```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF TEXAS
 2                         HOUSTON DIVISION

 3   JAMIE LEIGH JONES,            .
     PLAINTIFF,                    .
 4                                 . H-07-CV-2719
          v.                       . HOUSTON, TEXAS
 5                                 . JUNE 20, 2011
                                   . 8:38 A.M.
 6   HALLIBURTON COMPANY D/B/A     .
     KBR KELLOGG BROWN & ROOT      .
 7   (KBR); KELLOGG BROWN & ROOT   .
     SERVICES, INC.;               .
 8   DEFENDANTS.                   .
     . . . . . . . . . . . . . . . .
 9

10                    TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE KEITH P. ELLISON
11                UNITED STATES DISTRICT JUDGE

12
     A P P E A R A N C E S:
13
     FOR THE PLAINTIFF:
14
          Lannie Todd Kelly
15        Heidi Olsen Vicknair
          The Kelly Law Firm PC
16        One Riverway
          Suite 1150
17        Richmond, Texas 77056

18        Ron Estefan
          Attorney at Law
19        One Riverway
          Suite 1150
20        Richmond, Texas 77056

21        Stephanie Marie Morris
          The Law Office of Stephanie M. Morris, PLLC
22        27 S. Darington Street
          West Chester, Pennsylvania 19382
23

24   Proceedings recorded by mechanical stenography, transcript
     produced by computer-aided transcription.
25                         - - - - -
```

1    A P P E A R A N C E S: (Continued)

2    FOR DEFENDANT KBR:

3         Joanne Vorpahl
          Susan Cates
4         Blake Runions
          Stephanie Holcombe
5         Daniel K. Hedges
          Porter & Hedges
6         1000 Main Street
          36th Floor
7         Houston, Texas 77002

8    FOR DEFENDANT CHARLES BORTZ:

9         Andrew T. McKinney, IV
          Sharon Cullen
10        McKinney Cooper LLP
          Three Riverway
11        Suite 500
          Houston, Texas 77056
12
     OFFICIAL COURT REPORTER:
13
          Cheryll K. Barron, CSR, CM, FCRR
14        U.S. District Court
          515 Rusk Street
15        Houston, Texas  77002

16

17                              - - - - -

18

19

20

21

22

23

24

25

1                                  INDEX

2                                                                      PAGE

3     PLAINTIFFS' WITNESSES

4     Jamie Leigh Jones

5         Direct Examination by Mr. Kelly                    10

6         Cross-Examination by Mr. McKinney                  71

7                                - - - - -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

08:18  1

2        THE COURT:  Everybody had a satisfactory weekend?

3            Okay.  I understand you-all want to talk to me

4   briefly.  Everybody may be seated.  I'm going to get you-all

08:38  5   trained yet.

6        MR. ESTEFAN:  Probably by the end of the trial, yes,

7   Judge.  Right around there.

8        MS. VORPAHL:  Judge, you got my -- I guess I'm just

9   going to talk since everybody else is sort of gathering their

08:39 10   thoughts.  I requested that we might clarify for the jury at

11   some point that leading questions are appropriate on

12   cross-examination.

13        THE COURT:  Done.  Done.  I'll take care of that.

14        MS. VORPAHL:  Thank you.

08:39 15        MR. KELLY:  Judge, the issue of -- and I know that

16   this has been briefed again this weekend, but the issue of

17   Charles Bortz' criminal history is something I would like to

18   get into with Ms. Jones.

19        THE COURT:  But neither one of them resulted in a

08:39 20   conviction, right?

21        MR. KELLY:  Well, one of them resulted in a plea

22   bargain, your Honor, so he was --

23        THE COURT:  He took anger management and it wasn't on

24   his record any longer, right?

08:39 25        MR. KELLY:  Again, your Honor, that may be; but

08:39  1   there's certainly things the average person can find on the

2   Internet and this goes more to -- I think Ms. Morris is more

3   prepared to argue this than I am.  But it goes more to the

4   defense of the counterclaim than it does to --

08:39  5           THE COURT:  The argument is that even though he wasn't

6   convicted, this was on the Internet and it diminished his

7   reputation before anything Ms. Jones did?

8           MR. KELLY:  Okay.  He was convicted?

9           MS. MORRIS:  Yes.

08:40  10          MR. KELLY:  First of all, he was convicted and well,

11  I'm going to let you guys argue.  You-all are prepared more

12  than I am.

13          MS. MORRIS:  Your Honor, the arrest in South Carolina

14  did result in a plea offer and he accepted and he pled guilty

08:40  15  to assault for a domestic -- it was a domestic violence related

16  assault.

17          THE COURT:  On that particular point, let me hear from

18  the other side.

19          MR. McKINNEY:  Yes.  There's absolutely no evidence in

08:40  20  the record that it was a domestic violence related assault, and

21  it was a misdemeanor.  We briefed all this.  We've gotten the

22  records.  They're on file with the Court.  We furnished them to

23  opposing counsel.

24          The crime is punishable -- a maximum of 30 days

08:40  25  per the South Carolina statute.  I was completely mistaken last

08:40  1    week.  I thought it was in Florida, all this had happened in

2    Florida.  It happened in South Carolina.  The biggest point

3    here, however, is -- several -- several important points.

4    First, Ms. Jones has no personal knowledge whatsoever of any of

08:41  5    these events.  And --

6         THE COURT:  I'm concerned, Ms. Morris, with the

7    Internet carrying such a lot of invective, a large amount of it

8    unfounded.  If we let everything that appears on the Internet,

9    under anyone's name, serve to diminish their reputation in a

08:41  10   defamation action, we're not going to have any defamation

11   actions left, are we?

12        MS. MORRIS:  Your Honor, Mr. McKinney leaves out the

13   fact that Mr. Bortz, during his deposition, is the one that

14   told us about these arrests and convictions.

08:41  15        THE COURT:  Well, that was good of him to do that.

16   That was very forthright, but I know we're in a new age now;

17   but defamation is reconceptualized after the Internet.  It just

18   seems to me it has all sorts of mischief.

19        MS. MORRIS:  Your Honor, if I may also address the

08:42  20   issue of whether it was a domestic violence related assault.

21   He also testified that it was his girlfriend who called the

22   police after he assaulted her and her shirt was ripped when the

23   police arrived.  I do -- I did, just now, do a criminal history

24   check on South Carolina, because I thought it was Florida,

08:42  25   also, and I was trying to find documentation to prove his

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:42  1    conviction.  And I just found that I can get that on South

2    Carolina -- from South Carolina.

3              THE COURT:  I'm not going to allow it in yet.  I'll

4    look more carefully at the law of defamation.  But that seems

08:42  5    like a very hazardous policy, to say if your name is blackened

6    on the Internet you can't sue for defamation.

7              MS. MORRIS:  I don't think that that's really what

8    we're arguing.  We're arguing he had a reputation for violence.

9    That doesn't --

08:43  10             THE COURT:  I know the same thing, though.  His

11   reputation, you say, is a product of information on the

12   Internet that may be false.

13             MS. MORRIS:  No.

14             MR. ESTEFAN:  Not exclusively, Judge.  Defamation is

08:43  15   one of those things that people frequently say my opinion -- my

16   neighbor's opinion of me went down because of whatever you're

17   saying and the people I interact with every day.

18             THE COURT:  I understand.

19             MR. ESTEFAN:  Well, being taken out of your home in

08:43  20   handcuffs in a police cruiser likely affects the neighbor's

21   opinion of you.

22             THE COURT:  I know this isn't a criminal case; but the

23   notion that if you're arrested you're, therefore, guilty or if

24   you're arrested that you're, therefore, not worthy of a good

08:43  25   opinion.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:43  1        MR. ESTEFAN:  No, your Honor, but the counter position

2   is that Mr. Bortz comes in and says, I'm pristine and my record

3   was perfect.

4        THE COURT:  He can certainly open the door.  If he

08:43  5   opens the door of that, that will be entirely different; but I

6   don't want to put Ms. Jones in the position of arguing that

7   when we don't have better --

8        MR. ESTEFAN:  Understood.

9        THE COURT:  -- better evidence than we do right now.

08:44  10       MR. ESTEFAN:  I understand, your Honor, the Court's

11   ruling.

12       THE COURT:  The other question I understand is this

13   issue of the fact that she worked for Hooters --

14       MR. McKINNEY:  It's out, Judge.  We're not going to

08:44  15   put that into evidence.

16       THE COURT:  Okay.  Good.

17       MR. KELLY:  There is one other issue, your Honor,

18   that's sort of related.  We have the issue of Norman Chu

19   e-mails that we understand that KBR defendants at least want to

08:44  20   cross-examine Ms. Jones with.  We believe it was excluded by

21   the Court's 412 ruling.  It was -- Norman Chu was a friend of

22   Ms. Jones, if you recall her testimony.  He sent a couple of

23   e-mails that could be read as more than being friends.

24   However, the e-mails themselves are, for one thing, hearsay;

08:44  25   and Ms. Jones has testified that they were no more than

08:44   1   friends.  And it's certainly much more prejudicial than

        2   probative.

        3           THE COURT:  You mean the correspondence from Mr. Chu

        4   or the e-mails from Mr. Chu?

08:44   5           MR. KELLY:  Yes, your Honor.  We don't think they

        6   should be -- they should be admitted at all.  I think under 403

        7   analysis, they'd be kept out but certainly under a 412 analysis

        8   they'd be kept out.

        9           THE COURT:  Are you about to finish your direct

08:45  10   examination?

       11           MR. KELLY:  I have a couple of hours left, your Honor.

       12           THE COURT:  Well, then we don't need to take this up

       13   till the next break.  Let's not keep the jury waiting any

       14   longer.  And try to bring these things to me at the end of the

08:45  15   day, the previous day, rather than delay the jury in the

       16   morning.

       17           MR. KELLY:  Your Honor, this was something that was

       18   filed over the weekend.

       19           THE COURT:  That goes for both sides.

08:45  20       *(Jury present)*

       21           THE COURT:  Thank you.  Please be seated.  Everyone

       22   enjoyed a good weekend.  Welcome back.

       23               Yes, you may take the stand, Ms. Jones.

       24               And you may proceed, Mr. Kelly.

08:46  25           MR. KELLY:  Thank you, your Honor.

1   **JAMIE LEIGH JONES, PREVIOUSLY SWORN, CONTINUED TO TESTIFY:**

2   **DIRECT EXAMINATION**

3   BY MR. KELLY:

4   Q.  Jamie, when we left, you were about to be examined by

5   Dr. Schulz.  Do you recall that?

6   A.  I do.

7   Q.  Do you remember that Kristen Rumba was some 10 feet behind

8   you?

9   A.  Yes.

10  Q.  So, the record from Kristen Rumba's notes --

11          MR. KELLY:  It's Joint Exhibit 52, counsel.  Is there

12  any objection?

13          MR. McKINNEY:  I'm sure we don't.

14          MS. VORPAHL:  If it's a joint exhibit, we have no

15  objection.

16          MR. KELLY:  Can we show that on the screen?  Joint

17  Exhibit --

18          MS. VORPAHL:  Excuse me.  That says Exhibit 43.

19          MR. KELLY:  Yeah, Joint Exhibit 52.

20  BY MR. KELLY:

21  Q.  Jamie, I just want to direct your attention to the first

22  couple of words.  Do you see where it says "20" and it's

23  scratched out and "22" is written on top of it?

24  A.  Yes.

25  Q.  Who is telling Kristen Rumba that you're 22?

08:48   1   A.  Well, I started to say my story; but it was too emotional

2   for me.  So, Pete Arroyo said that I was 22 and relayed the

3   rest of the information.

4   Q.  Did you then correct the age?

08:48   5   A.  I didn't even care at that point.

6   Q.  It says in this record that you have been in the country

7   for two days.  Did you see that?

8   A.  Yes.

9   Q.  How long had you been in the country?

08:48   10   A.  Well, that would be the fourth morning.

11   Q.  As you're standing in the examination room, Kristen Rumba

12   behind you, are you dressed?

13   A.  Initially, yes.

14   Q.  What happens, Jamie?

08:49   15   A.  Let's see.  I -- we were about to start the rape kit.  So,

16   Dr. Jodi Schulz, she puts a blue, like, evidence collector

17   towel on the floor and she instructs me to stand on it.  And I

18   had to take off all of my clothes, bra, underwear, everything;

19   and she collects it.

08:49   20   She asks me if that -- my clothes were the same

21   as the ones I had on the night before and the underwear and bra

22   were but not the outer garments.  So, she collected the

23   underwear and bra.  As I'm standing there, she took pictures of

24   the bruises.

08:49   25   Q.  Let me ask you about that.  Jamie, when she took the

08:49    1   pictures of the bruises, did she say anything to you?

         2   A.   She started taking the pictures; and after that, she

         3   started collecting more evidence.  She was scraping under my

         4   nails and --

08:50    5              MR. KELLY:  Can we put up Joint Exhibits 112 -- we'll

         6   go with 112, first.

         7   BY MR. KELLY:

         8   Q.   Do you recognize Joint Exhibit 112, Jamie?

         9   A.   Yes.

08:50   10   Q.   And, Jamie, you've spoken to the media about your case,

        11   right?

        12   A.   Yes.

        13   Q.   And I understand that you told the media you had severe

        14   bruising?

08:50   15   A.   Right.

        16   Q.   When I look at your bruise on your wrist, I don't see a

        17   severe bruise.  Can you tell me what you meant by "severe

        18   bruising"?

        19   A.   I don't get bruises on wrists and in between my legs, on my

08:51   20   thighs, and all the locations where they were located, during

        21   any everyday situation.  And to me, the locations made them

        22   severe, and the fact that they were part of what happened to

        23   me.  They -- the areas where they are sensitive, the inner

        24   thighs, the wrist, but they're connected with a crime.  And

08:51   25   when they're connected with a crime, it makes them severe to

08:51  1    me.  Because those bruises weren't supposed to be there when I
       2    woke up.  And it was a severe situation, which made that severe
       3    to me.
       4    Q.  After she takes these photographs, what happens next,
08:52  5    Jamie?
       6    A.  She starts scraping underneath my fingernails, collects
       7    evidence.  She tried to get any debris or evidence off my pubic
       8    area and my scalp.  She swabs inside of my mouth and --
       9    Q.  Does she have you lay back on the table?
08:52  10   A.  I lay back on the table.  I put my legs in the stirrups,
       11   and she attempts to collect the evidence of my vaginal and anal
       12   area with a swab.  And it was so painful that she had to put
       13   Lidocaine down there just to try to do the exam.
       14   Q.  Just to finish the exam?
08:52  15   A.  Just to finish the exam, she had to put Lidocaine.  Just
       16   her touching that area hurt so badly.
       17   Q.  Did she say anything to you about what she's seeing?
       18   A.  She said that I was quite torn up down there and she goes
       19   up to me and she looks me in the eyes and says, "I don't know
08:53  20   if you know this, but you were penetrated both vaginally and
       21   anally.
       22   Q.  You had a surgery performed, a laser surgery performed
       23   before you left, correct?
       24   A.  Yes.
08:53  25   Q.  And I think you had told us you had been completely healed

08:53    1  before you got to Iraq?

         2  A.  Yes.

         3      MR. McKINNEY:  Excuse me, Judge.  I believe what's on

         4  the screen at this moment has not been produced.

08:53    5      MR. KELLY:  It's the wrong exhibit.

         6      THE COURT:  The jury will disregard the immediate

         7  prior exhibit.

         8      MR. KELLY:  That's not for -- this one's Exhibit 105,

         9  Joint Exhibit 105.

08:55   10  BY MR. KELLY:

        11  Q.  Jamie, had you --

        12      MR. KELLY:  I had my numbers wrong, Judge.  I

        13  apologize.

        14      THE COURT:  Yes, sir.  What number is this?

08:55   15      MR. KELLY:  This is the one that we showed in the

        16  opening statement, your Honor.  I'm looking for the number.

        17          Do we have the number on that?

        18      THE COURT:  Okay.  Do the defendants agree this has

        19  been admitted?

08:55   20      MR. McKINNEY:  If it hasn't, it should be; but it's

        21  part of a larger set of records.

        22      THE COURT:  Okay.  All right.  Let's proceed.

        23      MR. KELLY:  I thought it was Joint 105, your Honor.

        24  Obviously I'm --

08:55   25      MR. ESTEFAN:  It is 105.  It's the third page of 105.

08:55   1           MR. KELLY:  Okay.  Third page of 105.  Okay.  My

2       apologies.

3       BY MR. KELLY:

4       Q.  So, in the third page of Joint 105, Jamie, you see where it

08:55   5       says "very erythematous"?

6       A.  Yes.

7       Q.  Have you learned what that meant?

8       A.  I believe that means red.

9       Q.  Is that the way you were before this attack?

08:56   10      A.  No.

11      Q.  And if you look at the --

12              MR. KELLY:  If you scroll down the page on that third

13      page.

14      BY MR. KELLY:

08:56   15      Q.  How are you described --

16              MR. KELLY:  Maybe on the next page.  I apologize.

17      Maybe on the next page.

18      BY MR. KELLY:

19      Q.  Dr. Schulz describes you.  Do you recall how she describes

08:56   20      your demeanor, Jamie?

21      A.  Guarded and shaking.

22              MR. KELLY:  And on Jones Bates Stamp 000035, Bill.

23      Bates Stamp 000035.  It's in the same medical record we just

24      looked at.  That's the one.

08:57   25      BY MR. KELLY:

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:57  1   Q.  It says in the lower portion that Dr. Schulz gave you

2   Lidocaine.  Can you see what she gives you the Lidocaine for?

3   A.  For abrasions.

4   Q.  For abrasions.  Did you ever tell Dr. Schulz in your own

08:58  5   words what had happened to you, Jamie?

6   A.  No.

7   Q.  Up in the upper right-hand corner, it says that there's no

8   history of STDs.  She records no history of STDs.  Do you see

9   that?

08:58  10   A.  Yes.

11   Q.  Did you talk to Dr. Schulz at all about your STDs?

12   A.  No.

13   Q.  Why don't you correct her when she writes "no STDs," Jamie?

14   A.  I didn't even read this paper until after I filed a

08:59  15   lawsuit.

16   Q.  When you lay on the exam table, Jamie, and Dr. Schulz is

17   performing the rape exam kit, do you learn whether blood was

18   ever found?

19   A.  It was.

08:59  20   Q.  Was there a lot of blood found?

21   A.  By this time I had gone to the bathroom in the morning.  I

22   had gone to the bathroom there.  There wasn't a lot, but there

23   was some found.

24   Q.  Was semen found?

08:59  25   A.  Yes.

08:59   1    Q.   Jamie, you've told us how you woke up in the morning and

        2    you didn't remember quite a bit about what had happened the

        3    night before?

        4    A.   Right.

08:59   5    Q.   Had you had enough alcohol to account for that?

        6    A.   No.

        7    Q.   Did you know what had happened to your body?

        8    A.   When I woke up?

        9    Q.   Yes.

08:59   10   A.   I was putting the pieces together.  I was so sore all over.

        11   I woke up naked, and I was figuring it out.  I knew that I had

        12   been raped.

        13   Q.   Did you know that you had been drugged?

        14   A.   Yes.

09:00   15   Q.   How did you know that?

        16   A.   Because I didn't remember anything at all from the night

        17   before and one of the firefighters -- and he handed me the

        18   drink and said, "Don't worry, I saved all my ruffies for

        19   Dubai," and I don't remember after I took that drink.  I don't

09:00   20   remember what happened to my body.

        21   Q.   Was this the same firefighter that woke up in your room the

        22   next morning?

        23   A.   No.

        24        MR. KELLY:   Can we put up Joint Exhibit 130 at Bates

09:00   25   Number 001613, please?

09:01 1      1613.

2     MR. McKINNEY:  What page is that?

3     MR. KELLY:  1613.

4     MR. McKINNEY:  Okay.

09:01 5 BY MR. KELLY:

6 Q.  Jamie, do you recall back at Greenspoint Mall going through

7 a LOGCAP orientation?

8 A.  I recall the LOGCAP orientation.

9 Q.  Do you recall a warning about not using illicit drugs?

09:01 10 A.  Yes.

11 Q.  Among others it lists --

12     MR. KELLY:  Let's turn the page to 1614.  I believe

13 it's on the next page.

14 BY MR. KELLY:

09:02 15 Q.  Among others, it lists benzodiazepines, right?

16 A.  It does.  On the first page it says not to buy these at

17 markets or bizarres.

18 Q.  Jamie, as you're laying on the table in Dr. Schulz' office

19 and you said the pieces are coming back together, what happens

09:02 20 next?

21 A.  Well, then I get dressed.  And Dr. Schulz compiles

22 everything and puts it into the rape kit.  And when she opens

23 the door, there was KBR security guards just pacing back and

24 forth.  And she takes the rape kit and hands it to one of the

09:03 25 KBR and then the KBR -- I think it was Hultz, said, "Come with

09:03  1    me."

2    Q.  Do you follow him?

3    A.  Yeah.

4    Q.  Where does he take you, Jamie?

09:03  5    A.  Well, then he -- we get into an SUV and Hultz is sitting in

6    the front seat in the -- yeah, the passenger side and then

7    Steven Parnell was sitting in the driver's side.  And the rape

8    kit was on Hultz's lap.

9    Q.  Where do you think you're going, Jamie?

09:03  10   A.  Well, they're saying, "What happened?  We need to know

11   answers."  And they were questioning me.  And they were very

12   crass when they were questioning me.

13          And I say, "I don't want to talk about it right

14   now.  I don't want to talk about this right now.  I would like

09:04  15   to get some clothes."

16          And then they said, "We're not going to your

17   barracks.  We're taking you somewhere else."  And they kept

18   questioning and questioning.

19   Q.  Where do they take you, Jamie?

09:04  20   A.  We pull up and there's a container that wasn't around

21   anything else and I get out of the car and they immediately

22   come up behind me like they're surrounding me and they were

23   bigger guys.  And I see the armed guards in front of me, and

24   they were dressed from head to toe in long sleeves, long pants.

09:04  25   It was probably like 112 degrees out.  They had machine guns.

09:05  1        So, they're behind me; and they follow me to go

2   to the door.  One of the guys with the machine guns opens the

3   door and I go inside and they close the door behind me.

4   Q.  As you go inside, Jamie, describe once you're inside.

09:05  5   A.  Inside it was a small bed to the right, and there's like a

6   bathroom area with a sink and toilet and possibly a shower.

7   Q.  You say "possibly a shower."  Did you use the shower?

8   A.  No.

9   Q.  Are you in there alone, Jamie?

09:05  10   A.  Yes.

11   Q.  What are you wearing at this time?

12   A.  At this time I'm wearing a light shirt -- I don't have a

13   bra -- and some jeans.

14   Q.  Dr. Schulz had taken your bra?

09:06  15   A.  Yeah.  I felt exposed.

16   Q.  What do you do inside the trailer when you first go in?

17   A.  At first I'm really sore.  I'm in a lot of pain.

18   Everything hurts, and I lay down to gather my thoughts.  I

19   didn't know what to do.

09:06  20   Q.  What are you thinking?

21   A.  I'm thinking that I want to be -- I'm in a foreign country.

22   I want to be at home with my family.  I want to go get some

23   medical care.  I'm hurting really badly.  And as I'm laying

24   there, Jamie Armstrong comes in.  Sorry.

09:07  25   Q.  What does Jamie say to you?

09:07   1   A.  She said, "I need a statement.  You have got to give me a
        2   statement.  I need a statement.  I need a statement right now."
        3          And I said, "I don't want to talk about this
        4   right now.  I want some clothes.  I want -- I want some food.
09:07   5   I want some water."
        6          And then -- I'm sorry.  She says, "You better be
        7   careful because another girl was raped and she was buried over
        8   here."
        9   Q.  That's what Jamie Armstrong tells you.  That's what she
09:07  10   said.  How does that make you feel, Jamie?
       11   A.  I'm scared to death.
       12   Q.  Who do you want now?
       13   A.  I want my dad.  He's my protector.
       14   Q.  Why don't you just call him?
09:07  15   A.  So, that's what I -- Jamie Armstrong leaves the trailer and
       16   I go -- after she leaves, I go over to the door.  I turn the
       17   doorknob, and I try to push it open.  It gets open about an
       18   inch.  All of the sudden it slams back on me.
       19          And then I turn the doorknob again and I'm trying
09:08  20   to open it and it's not budging really and I'm getting freaked
       21   out.  Then I started banging on the door and I'm saying, "I
       22   need out of here.  I need a phone.  I need to contact my dad.
       23   I need help."
       24   Q.  Does anyone help you, Jamie?
09:08  25   A.  After a long time of this, one of the KBR -- I mean, the

09:08  1   armed guards leaned in and he wasn't speaking English.  He

2   wasn't speaking English.  He was saying something in a foreign

3   tongue to me.  And I was like, "I need to use the phone,"

4   (indicating).

09:08  5   Q.  Did he give you one?

6   A.  He handed me a phone.  I contacted my dad.  I told my dad,

7   "Dad, daddy, I've just been raped.  I'm being held against my

8   will."  I told him what Jamie Armstrong told me.  I told him

9   that, "There was another girl that was raped that was buried

09:09  10  over here.  I'm really scared."

11              He said, "Buddy, don't worry, I'm going to find a

12  way to get you home."

13  Q.  Your dad calls you "Buddy"?

14  A.  Yes.

09:09  15  Q.  How long were you in that trailer?

16  A.  I don't know.  But every minute seemed like forever.

17              THE COURT:  Do you want a break?

18              THE WITNESS:  Yes.

19              THE COURT:  Okay.

09:09  20              THE WITNESS:  Thank you.

21              THE COURT:  Ten minutes or as long as Ms. Jones needs.

22              Would all rise for the jury, please.

23      (Recess was taken from 9:09 a.m. to 9:21 a.m.)

24      (Jury present)

09:21  25              THE COURT:  Members of the jury, please be seated.

09:21  1                    All right.  You may resume.

2                    MR. KELLY:  Thank you, your Honor.

3        BY MR. KELLY:

4        Q.  Jamie, you've just called your dad from a trailer in

09:21  5        Baghdad?

6        A.  Yes.

7        Q.  Tell us about your dad.

8        A.  He was always an IT manager, and I just was always in awe

9        about the work that he would do on computers.  He would bring

09:21  10        computers home that were broken and I would watch him fix it

11        and then when I got a little older, I was able to start fixing

12        the computers with him and that was our time to spend together.

13        And gave me a lot of the training to become an IT technician.

14        And I always just looked up to him.

09:22  15        Q.  When did you first start joining your dad while he would

16        fix computers?  How old were you?

17        A.  Maybe 12.

18        Q.  As you're sitting in this trailer, Jamie, where is your

19        father?

09:22  20        A.  He's in Spring, Texas.

21        Q.  Is he still living with your mother?

22        A.  No.

23        Q.  You mentioned earlier, Jamie, that you don't know how long

24        you were in that trailer.  Can you give us an estimate now?

09:22  25        A.  Well, now that I've seen some things, I know it was six

09:22  1   hours; but when I was in that trailer, every minute felt like
       2   forever.
       3   Q.  I want you to look at an e-mail from the security manager,
       4   Will Goodgine, to Gabe Andino.  It's Joint Exhibit 55.
09:23  5         MR. KELLY:  I believe it's Joint Exhibit 55.
       6   BY MR. KELLY:
       7   Q.  Before you go into the body of the exhibit, can you see
       8   what time that e-mail is sent?  What time is that e-mail sent,
       9   Jamie?
09:23  10  A.  7:59.
       11  Q.  And what does it say that you fear, Jamie?
       12  A.  Retaliation and retribution.
       13  Q.  Does it say that you're alone?
       14  A.  Yes.
09:24  15  Q.  And turns the case over to the Department of State.  Do you
       16  see that?
       17  A.  Yes.
       18  Q.  Does anyone come into that trailer, after that e-mail is
       19  sent, to talk to you again?
09:24  20  A.  Jamie Armstrong.
       21  Q.  She comes in after that?
       22  A.  Yeah.
       23  Q.  What does Jamie Armstrong do at this point in time?
       24  A.  She tells me, "I need a statement from you.  You've got to
09:24  25  tell me what happened.  I need a statement."

09:24   1                    And at this time I'm hurting worse and worse.

2      Whatever drug they gave me is coming off, and I'm hurting a lot

3      worse at this moment.  I don't even want to deal with her, and

4      she's being so mean to me.  And --

09:25   5      Q.  Do you want to give her a statement?

6      A.  No.

7      Q.  Why don't you want to give her a statement?

8      A.  I asked her, "So, is authorities involved?  I want to give

9      authorities a statement.  I want to give a statement to

09:25  10      something -- to somebody who was in a position to do something

11      about this."

12      Q.  What does she tell you about that?

13      A.  "I don't know of any authority involvement."

14      Q.  She tells you that after this e-mail is sent?

09:25  15      A.  Yes.

16      Q.  Do you give her a statement, Jamie?

17      A.  Eventually.

18      Q.  How does that come about?

19      A.  I try to bargain with her for a use of a phone if I

09:25  20      could -- if I give her a statement, will you let me use the

21      phone, will you go get me some clothes, get me some food.

22      Q.  Does she make that deal?

23      A.  It was to my understanding.  I didn't get food or clothes

24      or anything from her.  My mother remembers talking to her.  And

09:26  25      I don't know if it was in that trailer.

09:26    1          MR. KELLY:  I would like to put up Joint Exhibit 103.

         2          MR. McKINNEY:  What is that last exhibit, please?  I

         3    just missed the number.

         4          MR. KELLY:  It was Joint Exhibit 55, and we're putting

09:26    5    up 103 now.

         6    BY MR. KELLY:

         7    Q.  Jamie, what is this?

         8    A.  This was a statement I wrote in that trailer in Baghdad.

         9    Q.  When you wrote this statement, had you spoken with an

09:27   10    attorney yet?

        11    A.  No.

        12    Q.  How many people had you told what happened to you?

        13    A.  I told Pete Arroyo and I told my dad that I had just been

        14    raped.

09:27   15    Q.  Did you tell Pete Arroyo the whole story?

        16    A.  No.

        17    Q.  Had you told anyone the whole story?

        18    A.  No.

        19    Q.  Is this the first time you've told the whole story?

09:27   20    A.  Yes.

        21    Q.  Jamie, if you would, I would like you to read your

        22    statement into the record.

        23    A.  Okay.

        24          "Yesterday when I got off work, I went to the

09:28   25    DFAC by foot and then" -- I can't really read it -- "went and

09:28  1  played guitar for little while.  Then around 9:00 o'clock p.m.,

2  I ran into the firefighters outside and talked to them for a

3  little while.  I'm not sure how long.  I had a drink with me.

4  Then I went home and laid in my bed.  Then one of

09:28  5  the firefighters called and asked why I left and to go back and

6  hang out with them.  I finally did go back and hung out a

7  little while.

8  "Then they did offer me a drink, and I drank it.

9  And one of the firefighters said, 'There's no Rohypnol in this

09:28  10  drink or anything,' and laughed.  He seemed as though it was a

11  joke.  Then he said, 'I'm saving my ruffies for Dubai.'

12  "After that I have no memory of the night.  The

13  last thing I remember was being downstairs with the

14  firefighters."

09:29  15  Q.  Jamie, off to the side there's a little note and I think

16  some of it is cut off; but do you know what that says?

17  A.  It says, "Jamie has no idea how long she was downstairs,

18  anywhere between 30 minutes and two hours."

19  Q.  Was that your handwriting?

09:29  20  A.  No.

21  Q.  Whose was that?

22  A.  Jamie Armstrong.

23  MR. KELLY:  Let's go to the second page.

24  BY MR. KELLY:

09:29  25  Q.  Can you continue reading on Page 2, Jamie?

09:29   1   A.  Yes.

2        "When I woke up this morning, one of the

3   firefighters was in my room and I was naked.  I had two bruises

4   on my thighs, one on my wrist, and a scratch on my stomach and

09:30   5   bruises on my legs.  I don't remember what I talked about to

6   the firefighter in the morning.  I was still disoriented.

7        "The only thing I do remember was asking if he

8   had sex and was it protected and he said that he had

9   unprotected sex.  He walked me outside for work.  I was so

09:30   10   shocked that I couldn't even see straight.  My friend, Pete

11   Arroyo, took me to work in his car.  I don't remember what all

12   Pete and I talked about this morning.

13        "Once I came to terms with what happened, I

14   called Pete and asked that he meet me at my office.  I told him

09:30   15   that I felt as though I was raped and asked for advice.  I knew

16   I could trust him, so he was the individual that I first

17   contacted.  He then took me to the medic."

18        And then it says, "Jamie told me the following:

19   She asked me to" -- something -- "write this on her behalf.

09:31   20   "Five" -- something -- "and one was with girlfriend.  The

21   firefighter in her room was Bortz.  Bortz' roommate, in and

22   out.  Jamie does not know where Bortz was when she woke up.

23   The first time she saw him was when she went back in the room.

24   Jamie was there, may have left.

09:31   25        "One guy with dirty blond hair went in and out,

09:31   1   got Jamie the drink, maybe the one that said that.  Jamie told

2   the firefighters she was a neat freak and had bought a lot of

3   decorations, and they said they would check it out later."

4   Q.  Jamie, I notice that the name was Bortz, not Charles Bortz.

09:32   5   Why is that?

6   A.  I didn't know his first name.

7   Q.  Let's look at the third page.

8   A.  "Additional statements.  When I woke up, I felt as though I

9   was drugged.  I was so dizzy I couldn't walk straight.  I never

09:32   10  felt as though I had a hangover or anything.  I also don't

11  remember how I met up with Pete or where he picked me up.  I

12  also don't remember getting ready for work."

13  Q.  That was your statement before you had told it to anyone?

14  A.  It was.

09:33   15  Q.  After you made that statement to Jamie Armstrong, did she

16  get you the food, water, and clothes that you had asked for?

17  A.  No.

18  Q.  Jamie, do you wear a towel on your head when your hair is

19  wet?

09:33   20  A.  No.  I have long hair and even when I didn't have long

21  hair, my hair tangles really badly, so I can't do that.

22  Q.  After Jamie Armstrong takes the statement, does she leave?

23  A.  Yes.

24  Q.  Who is the next person you see?

09:33   25  A.  The next people I saw was the State Department.

09:33  1   Q.  Do you remember their names?

2   A.  I'll always remember their names.  It was Heidi McMichael

3   and Matthew McCormack.

4   Q.  Did they say anything to you when they came in that

09:34  5   trailer?

6   A.  Well, I asked how they knew where I was and they said that

7   Congressman Poe's office called, because from what I knew,

8   Jamie Armstrong said no authorities were going to be involved.

9   Q.  And when they came in that trailer and told you that

09:34  10  Congressman Poe had sent them --

11  A.  Yes.

12  Q.  -- how did that make you feel?

13  A.  Relieved.

14  Q.  Relieved why?

09:34  15  A.  Because now I could get out of there, I could get out of

16  that trailer, I could go home.  I was hurting pretty badly.  I

17  knew I needed to go and see someone.

18  Q.  Did you have a bra on yet?

19  A.  No.  And I had a light T-shirt on, and I was feeling pretty

09:35  20  exposed.

21  Q.  Had anyone brought you anything from your room?

22  A.  No.  Now, when the State Department came, Heidi McMichael

23  went and got me some clothes.

24  Q.  From your room?

09:35  25  A.  My room.

09:35  1   Q.  Did you get to eat?

       2   A.  They took me to the DFAC because I was so hungry.  And I

       3   remember eating a kiwi.  And I remember Yan -- I think his name

       4   is Kempsta -- met us down there.  And he was an agent.  And he

09:35  5   was talking to my mom on the phone and said, "I'm here with

       6   Jamie.  We're making sure she gets some food.  We're taking

       7   care of her."

       8   Q.  Did you have any feeling about Ted Poe, about getting you

       9   out of that trailer, Jamie?

09:36  10  A.  Ted Poe is my hero.  I named my first-born daughter after

       11  him.  Her name is Anabelle Lilly Poetry Daigle.

       12  Q.  "Poetry" is after Ted Poe?

       13  A.  Yes, because she probably wouldn't be here if it wasn't for

       14  him.

09:36  15  Q.  Where do the agents take you after they took you to eat,

       16  Jamie?

       17  A.  They took me to the State Department side.  And Heidi

       18  McMichael stayed the night in my room with me, and she had a

       19  gun with her.  And I couldn't sleep.  I cried all night.  So,

09:36  20  in turn, she couldn't sleep.

       21          So, the next day she took me to go see a State

       22  Department psychiatrist, to get me Ambien to sleep.  And she

       23  was very nice.  She was reading, like, a book on crime, like, a

       24  novel; and she was talking to me about it, trying to take my

09:37  25  mind off of what had just happened.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:37    1    Q.  Did you ever talk with anybody from KBR again?

   2    A.  Yes.  When I was in Baghdad, I had written an e-mail that I

   3    had been raped and several people from KBR called that I worked

   4    with in Houston and asked if I was okay.

09:37    5    Q.  What about before you left the country, Jamie, did you talk

   6    with anybody from KBR before you left Baghdad?

   7    A.  Yes.  On the 29th, there was a meeting and Gabe Andino and

   8    the KBR security manager was in the meeting and I made sure I

   9    had the State Department officials with me in that meeting

09:38   10    because at that point I was scared to death.

  11    Q.  Jamie, you had -- in some of your public statements, you've

  12    said that you were told to -- you could either stay and get

  13    over it or that you could return to Houston and there would be

  14    no guaranteed job.  You made those statements public?

09:38   15    A.  Right.  And he said no guaranteed job back in Iraq or back

  16    in Houston.

  17    Q.  Who made that statement?

  18    A.  Gabe Andino.

  19    Q.  That man over there (indicating)?

09:38   20    A.  Yes.

  21    Q.  Did you know who made them before this trial started?

  22    A.  Do what?

  23    Q.  Did you know the person who made those statements before

  24    this trial started?

09:38   25    A.  No.  I remembered because I saw his face.

09:38   1   Q.  When you saw his face in this trial, you knew it was him?

2   A.  Yes.

3   Q.  How did you leave the country, Jamie?

4   A.  I left via -- it's called a little bird.  It's a

09:38   5   helicopter, and one of the -- Matthew McCormack, he went with

6   me; and KBR made sure they had an HR person go with me, too.

7   Q.  When you say it's called a "little bird," is that like a

8   big military helicopter or is that something smaller?

9   A.  No.  It's tiny.  We were at war, and the Black Hawks were

09:39   10   all out that day.  And the little bird is a tiny helicopter.

11   Q.  Jamie, when you're leaving on the little bird, who is going

12   with you?

13   A.  Jamie Armstrong from HR and the State Department agent,

14   Matthew McCormack.

09:39   15   Q.  Are you taking any of your personal belongings?

16   A.  I have the one suitcase that Heidi McMichael packed from

17   the State Department.

18   Q.  Are you taking your computer with you, Jamie?

19   A.  No.

09:39   20   Q.  Who has your computer?

21   A.  KBR.

22   Q.  This is the same computer that you sent your e-mails out

23   about what happened to you?

24   A.  Yes.

09:40   25   Q.  When you get home, Jamie, do you go and see any doctors?

09:40  1    A.  Yes.

2    Q.  What doctors do you see?

3    A.  It took two weeks to get into Dr. Sabrina Lahiri, who is a

4    plastic surgeon.  And she did my first surgery, and I wanted

09:40  5    her to evaluate my chest.

6    Q.  Why did you want her to evaluate your chest, Jamie?

7    A.  Because I was suffering a disfigurement from the rape in

8    Iraq.  And it was hurting so badly, I needed someone to

9    evaluate it.  And she told me that I would have to have a

09:40  10   reconstructive surgery and it would take several months to

11   heal.

12   Q.  Are there any other doctors that you see, Jamie?

13   A.  I saw -- I got several opinions on the chest.  I got an

14   opinion from Dr. Ciaravino, who actually did do the first

09:41  15   reconstructive surgery.  I'm in need of another one.  And I

16   went to one of KBR's doctors, Dr. Eisenmann, who agreed I

17   needed a reconstructive surgery.  And then I went to seek

18   therapy for my post-traumatic stress disorder.

19   Q.  Okay.  Let me slow you down a little bit.  Did you -- when

09:41  20   you were back in that rape examination room, did you

21   specifically complain to Dr. Schulz about your chest?

22   A.  I said I was hurting all over.

23            MR. KELLY:  Let me show Joint Exhibit 91.

24   BY MR. KELLY:

09:42  25   Q.  Jamie, when you got home, did you let anyone at KBR know

09:42   1   that your chest was injured?

2   A.   Jamie Armstrong.

3   Q.   And is this Joint Exhibit 91 the e-mail that you sent to

4   Jamie Armstrong to tell her that?

09:42   5   A.   Yes.

6           MR. KELLY:   If we could look at Joint Exhibit 168.

7   BY MR. KELLY:

8   Q.   This is a letter from Dr. Lahiri to Ms. Falanga.  Do you

9   know who Ms. Falanga is?

09:42  10   A.   Special agent.

11   Q.   Is she investigating your case?

12   A.   Yes.

13   Q.   This is written on August 23rd, 2005?

14   A.   Yes.

09:43  15   Q.   How long after you first saw her did Dr. Lahiri write to

16   Lynn Falanga?

17   A.   Eight days later.

18   Q.   And the last part of it there, Jamie, says, "This deformity

19   does not occur in the normal postoperative fashion in a breast

09:43  20   augmentation."  Did Dr. Lahiri tell you that?

21   A.   She was really angry when she saw my chest because she said

22   it was perfect before and it really angered her.

23   Q.   You've -- in some of your public statements, Jamie, you've

24   said that you had a torn pectoral muscle, right?

09:43  25   A.   Yes.

09:43  1   Q.  Do you know whether you, in fact, had a torn pectoral

2   muscle?

3   A.  Well, the whole anatomy there was really confusing because

4   they said that I had trauma to my pectoral muscle and I guess

09:44  5   that resulted in a torn fibrous tissue, which is right under

6   the muscle.  And so, you know, it was -- it was just words,

7   schematics, I guess.

8   Q.  You understand that a little better now?

9   A.  Now.

09:44  10   Q.  Jamie, have you ever said that you had ruptured breast

11   implants?

12   A.  I've never said that.

13   Q.  Has that been picked up by the press?

14   A.  That has.

09:44  15   Q.  Has there been some misunderstanding about that?

16   A.  When you first took on my case, there was a

17   miscommunication between me and you and that's because I was

18   out in California and we had phone conversations and --

19   Q.  And it was miscommunication between you and I?

09:44  20   A.  Right.

21   Q.  I want to apologize to you for that, Jamie.

22                   Were your breasts ruptured?

23   A.  They weren't ruptured.

24   Q.  What happened to them?

09:45  25   A.  They were disfigured.  The way that I was attacked, pushed

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

09:45  1    on the top and they had fell down and out.  So, they were

2    disfigured that way.

3    Q.  And you've had one breast reconstructive surgery, you said;

4    and I think you told us you need another one?

09:45  5    A.  Yes.

6          MR. KELLY:  Okay.  Could we put up Joint Exhibit 124,

7    please?

8    BY MR. KELLY:

9    Q.  Jamie, can you tell us in your words why they needed

09:45  10   reconstructive surgery now?

11   A.  Well, because they are pushed out and one nipple is a lot

12   further down than the other.  And there's some rippling and it

13   looks a lot worse in person than it does on the picture.

14   But -- you know, when I first got the first reconstructive

09:46  15   surgery, I was excited to get the memory of Baghdad off of me.

16   And my husband knew how excited I was.

17          And, you know, we go to the doctor and they do

18   the surgery and I'm all bandaged up.  All the way around they

19   have bandages.  And I remember my mother came over because she

09:46  20   knew how excited I was to get those bandages off to try to give

21   some order or whatever.

22          But my husband and I go into the bedroom and he

23   takes the bandages off and I see his face and I knew that they

24   probably weren't just right yet.  And he doesn't say anything.

09:47  25   So, then I go to the bathroom and I look in the mirror and I

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:47  1    start crying because it's still not right.

2    And I'm so excited to get the memory of the rape

3    off of me and it wasn't gone.  And, yes, I can hide it in a

4    bra, I can hide it in a swimsuit top; but when I go to the

09:47  5    shower and I have to see in the mirror, why do I have to be

6    constantly reminded of it?  I mean -- and, yes, I need a second

7    reconstructive surgery and it -- I just want the memory gone.

8    Q.  You said you were diagnosed with post-traumatic stress

9    disorder?

09:47  10   A.  Yes.

11   Q.  Does the sight of your breasts being misshapen cause you

12   additional stress?

13   A.  Absolutely.

14   Q.  How many physicians have diagnosed you with post-traumatic

09:48  15   stress disorder?

16   A.  Okay.  Well, there was Don Nelson, James Paskowitz, Diana

17   Guest, Nicole Dockter, Dr. Deborah Young, Dr. Manguno-Mire,

18   Dr. Meisner initially.  And there's another female doctor I

19   can't quite remember her name.  So, eight or more.

09:48  20   Q.  You said "Dr. Meisner initially."  What did you mean by

21   that?

22   A.  Well, as we came closer to this lawsuit, he changed his

23   diagnosis.

24   Q.  Do you know why he changed his diagnosis?

09:49  25   A.  KBR wanted him to.

09:49  1   Q.  Had you testified about Dr. Meisner?

2   A.  I did.  He made me quite uncomfortable during his

3   evaluation of me because he was an adversary, he was trying

4   to -- I guess he was hired by them.

09:49  5   Q.  Jamie, is Dr. Meisner the only physician hired by the

6   adversary, hired by KBR, that has said that you do, in fact,

7   have post-traumatic stress disorder?

8   A.  There was another.  Manguno-Mire said I have post-traumatic

9   stress; and they were hired by them as well, she was.

09:49  10  Q.  Had you ever had any type of psychological treatment at all

11  before you went to Iraq?

12  A.  Yes.  My parents got a divorce.  I took Ambien just a

13  couple of times, I believe.  I took -- let's see.  I think it

14  was Zoloft around eight times and Lamictal a few times, too.

09:50  15  Q.  Prior to what happened to you in Iraq, Jamie, had you ever

16  been diagnosed with post-traumatic stress disorder, PTSD?

17  A.  No.  I don't believe so, not that I can recall.

18  Q.  You remember an admission to a hospital where the doctors

19  questioned whether you might have had a psychosomatic episode?

09:50  20  A.  Yes.  It was a psychosomatic versus viral syndrome and that

21  was in 2002.  So, that was 11 years ago.  And --

22          THE COURT:  I believe that's nine years ago, isn't it?

23          THE WITNESS:  Oh, is it?  Oh, I'm sorry.

24  BY MR. KELLY:

09:51  25  Q.  I think that is.

09:51   1   A.  Nine years ago.  So, I was 17.  I was a minor child and my
2   parents weren't getting very -- they weren't getting along.
3   They had just gotten a divorce within the last couple of years;
4   so, they were still having some issues.  And during that
09:51   5   hospital stay, they were fighting and to out lash at my mother,
6   my dad said some unfavorable things about her.
7   Q.  Let me just ask you this, Jamie.  When they said
8   "psychosomatic" in your records, were you ever diagnosed with a
9   psychosomatic condition?
09:52   10  A.  No.
11  Q.  It was just something they were considering?
12  A.  They were just considering it because of my parents'
13  behavior.  And I went in the hospital with 102 fever, and they
14  just couldn't figure out what the illness was.
09:52   15  Q.  In addition to being diagnosed with post-traumatic stress
16  disorder, Jamie, have you actually received treatment for
17  post-traumatic stress disorder?
18  A.  I went -- I've been to therapy over 200 times now for PTSD.
19  And it's something that is a part of me now that I'm trying to
09:52   20  overcome.
21  Q.  How frequently do you have to go now?
22  A.  Now I go every two weeks.  I live really far away.  I live
23  in Cut and Shoot, and my therapist is in the Galleria area.
24  So, I go every two weeks.
09:53   25              And I'm also going to a psychiatrist who has

09:53   1    prescribed me Paxil and Xanax.

2    Q.  What do the Paxil and Xanax do for you?

3    A.  It helps desensitize me from the situation.  It helps stop

4    the feelings of anxiety and hypervigilance.

09:53   5    Q.  What is hypervigilance in your understanding?

6    A.  Jumpy, scared to be around crowds, and things like that.

7    Q.  How is it that you've managed to be around crowds and to

8    speak publicly if you suffer from hypervigilance, Jamie?

9    A.  Well, I can do that if I have a family or friend with me.

09:53   10   They're my protectors, and I feel safe.

11   Q.  Have you always had one of these protectors with you when

12   you have spoken publicly?

13   A.  Absolutely.

14   Q.  There's a man sitting outside in a room probably wondering

09:54   15   what's happening in here.  Can you tell us about it?

16   A.  My husband, Joseph Kallan Daigle.  He is a great husband

17   and a fabulous father.  I named my second born, who is four

18   months old now, Abigail Kallan Jo Daigle, after him.

19   Q.  How did you meet him?

09:54   20   A.  We met -- my mother -- I was living with my mother, and we

21   lived in the same apartment complex.

22   Q.  Tell me when this happens.  First of all, what time are we

23   talking about?

24   A.  It was in 2006.  I don't remember when exactly it was.  But

09:54   25   it was an apartment barbecue.  And at this point in time, my

09:55  1    mother had gone through great lengths to try to get me out of

2    the house.   There would be days when I wouldn't even shower

3    because I was so depressed.   She actually bought me a dog so

4    that I would take it for walks so that it would force me to go

09:55  5    out of the house.

6              So, she really wanted me to go to this barbecue.

7    And so, I went.   And this guy, he just starts hitting on me;

8    and I was quite rude to him because I didn't want any kind of

9    attention from him.   So I left.   So, then my mother talks to

09:55  10   him for awhile and then she gets his phone number and has me

11   call and apologize.

12             So, I called at like 6:00 in the morning because

13   I didn't think he would answer and he did.   And we became such

14   great friends and it took us awhile to start dating and then we

09:56  15   got engaged and then married.

16   Q.   Jamie, did you -- were you dating Kallan when you had your

17   first breast reconstructive surgery?

18   A.   Yes.   We may -- we may have been engaged at that time.   But

19   he was my caretaker.   And I remember how humiliating it was

09:56  20   when I wasn't supposed to move my arms and he had to wipe me

21   when I went to the bathroom.

22   Q.   This was your fianceé having to wipe you?

23   A.   Yes.

24   Q.   There's some photographs that I think some of the defense

09:56  25   lawyers are going to show you.   Do you know what I am talking

*Cheryll K. Barron, CSR, CM, FCRR*                              *713.250.5585*

09:56   1  about?

2  A.   Yes.

3  Q.   And these photographs are of you in sexy poses?

4  A.   Yes.

09:57   5  Q.   Tell me why you took those photographs, Jamie.

6  A.   My fiancée and I -- or boyfriend, I don't remember if we

7  were engaged at the time; but we had broken up and I posted

8  them just to make him jealous.  And we got back together.

9  Q.   So, it worked?

09:57   10  A.   Yeah.

11  Q.   In the photographs, do you show the part of your breasts

12  that bother you?

13  A.   No.

14  Q.   You posted them you said.  You post-them on MySpace?

09:57   15  A.   Yes.

16  Q.   Why MySpace?

17  A.   Because he was my friend on MySpace and I knew he would

18  check it.  And really I just wanted just him to see it and --

19  it's stupid.  I was 21.

09:58   20  Q.   Jamie, I'm reminded I have forgotten to ask you:  Who is

21  Terri Scott?

22  A.   Terri Scott, I saw her -- I think it was August 5th, when I

23  got back to Houston.  And she was my OB-GYN who looked at me

24  down there.

09:58   25  Q.   This is August 5th of 2005?

*Cheryll K. Barron, CSR, CM, FCRR*          *713.250.5585*

09:58   1   A.   Yes.

2   Q.   Is this the same doctor that had done the laser surgery on

3   you before you had left?

4   A.   Yes.

09:58   5   Q.   Same doctor that told you everything was fine right before

6   you left?

7   A.   Yes.

8   Q.   What did she find when she looked at you on August 5th

9   after you returned from Iraq?

09:58   10   A.   She said I still had a laceration.

11   Q.   You still had a laceration?

12   A.   Yes.

13   Q.   Did she give you any treatments, Jamie?

14   A.   In regards to?

09:59   15   Q.   In regard to that laceration.

16   A.   No.

17   Q.   When you left Iraq on the little bird, did you have to wear

18   body armor?

19   A.   I think I wore a helmet.  I think that the vest was in my

09:59   20   room still.

21   Q.   At the time that you were in Iraq, Jamie, what was your

22   education level?

23   A.   I had a few college hours, but really I just had the high

24   school diploma.

09:59   25   Q.   What is your education level today, Jamie?

_Cheryll K. Barron, CSR, CM, FCRR_                              _713.250.5585_

09:59   1   A.  Well, after what happened to me, I just wanted to get an

2   understanding of human behavior and try to reach for some

3   answers as to what happened, maybe get some sort of closure.

4   So, I got my Bachelor's in Criminal Justice, with an emphasis

10:00   5   in forensics; and I wanted to become a component of the

6   criminal justice system.

7           And then, you know, I had the Jamie Leigh

8   Foundation, which helps victims.  And to help the foundation

9   more, I decided to get my Master's in Business Administration.

10:00   10  So, I've got those.

11  Q.  Tell me about the Jamie Leigh Foundation.  Why did you

12  found it, Jamie?

13  A.  Well, because I became aware that this is not an isolated

14  incident.  And the Jamie Leigh Foundation, it's a 501(c)(3),

10:00   15  which is tax a deductible, non-profit organization.  And we

16  help government contractors who become crime victims in the

17  Middle East.  And I wanted them to have a refuge, somebody to

18  talk to when this happens to them.

19  Q.  Doesn't KBR have something that they can turn to?

10:01   20  A.  No.

21  Q.  Have you assisted other victims, Jamie?

22  A.  I've assisted a lot of other victims.

23          MS. VORPAHL:  Your Honor, I object to this testimony.

24  And it was covered by the motion in limine.  May we approach?

10:01   25          THE COURT:  No, I think that's right.  Let's move on.

BY MR. KELLY:

Q.   Jamie, have you learned --

          MR. KELLY:   Your Honor, may I approach?  It's a
tangential issue, and I don't want to offend the Court.

          (At sidebar with all counsel)

          MR. KELLY:   I think it's different; but it is
tangential, your Honor.  There's an issue about how she learned
of the secrecy of arbitration, and it's through helping other
women.  And it directly affects the fraud in inducement to
arbitrate in her case.  It's one of the ways that she learned
about the secrecy of arbitration.  And so I would like to get
into that issue.  And because it's tangential, I thought I
ought to approach.

          THE COURT:   Well, the secrecy of the arbitration
is -- I mean, can be identified in ways other than going
through how many victims she's helped, right?

          MR. KELLY:   I'm not going to ask her how many, your
Honor, which is actually, in fact, what I thought was covered
by the motion in limine.  Not whether she's helped any.  Not
whether she's helped any.  But this is as far as I was going to
go.  I was never going to ask her how many, because that's what
I thought actually was going to be covered by the motion in
limine.

          MS. HOLCOMBE:   This is it right here.

          THE COURT:   You can ask her just did, in the course of

10:03   1    her work with the foundation -- in the course of her work with

2    the foundation, did she learn that arbitration was to be

3    secret.

4              MR. KELLY:  That's perfect, your Honor.

10:03   5              MS. VORPAHL:  Your Honor, that's clearly hearsay.  I

6    mean, what -- she learned it from somebody telling her.

7              THE COURT:  This is a whole different argument.

8              MS. VORPAHL:  Why go and have that argument in front

9    of the jury where it's hearsay.  Clearly it's -- she's relying

10:03   10   on hearsay to say that.

11             THE COURT:  Not necessarily.  How did she learn?  Did

12   somebody tell her?  Or she looked at an arbitration agreement?

13             MR. KELLY:  No, she learned by people telling her that

14   they weren't allowed to talk about it.

10:03   15             MS. VORPAHL:  That's clearly hearsay.

16             MR. HEDGES:  That's like triple hearsay.

17             THE COURT:  Yeah, that is hearsay.  We can't do that.

18             MR. McKINNEY:  Moreover, Judge, it's only secret if

19   it's done by agreement.  You have to agree that it's secret;

10:03   20   otherwise, it's a public proceeding.

21             MR. KELLY:  Actually, that's not true.

22             THE COURT:  I don't have time to hear that one.

23             MR. KELLY:  That's not true.

24        (In open court)

10:04   25   BY MR. KELLY:

10:04  1   Q.  Jamie, were you specifically ever told, when you first

2   signed your contract with KBR, that arbitration would be

3   secret?

4   A.  No.

10:04  5   Q.  Did you hear Ms. Vorpahl stand up last week and say that

6   there was no secrecy in the arbitration agreement?

7   A.  I heard that.

8         MR. KELLY:  Can we see Joint Exhibit 137, please?

9   It's paragraph -- I'm sorry.  It's on Page 002781.  And I'm

10:04  10   highlighting Paragraph 5A.

11         Well, go up to 5A and B.  I'm not sure.  It may

12   have been in there and I just didn't see it.

13         In the top section, there, is what I want.

14   BY MR. KELLY:

10:06  15   Q.  Who does it say can waive confidentiality?

16   A.  Okay.  This means that only the program, rather than any

17   individual disputant, may waive confidentiality.

18   Q.  Stop you right there, Jamie.

19         As an individual disputant, is it pretty clear

10:06  20   that you couldn't waive confidentiality of arbitration?

21   A.  Yes.

22         THE COURT:  Does everybody understand what arbitration

23   is, or do you need -- everybody with us?

24         THE JURORS:  (Nodding in unison)

10:06  25         THE COURT:  Okay.

BY MR. KELLY:

Q.  So arbitration was, in fact, secret?

     MR. ESTEFAN:  Your Honor?

     THE COURT:  Yes.

     MR. ESTEFAN:  I'm sorry to interrupt.  One of the jurors is indicating he's having trouble hearing.

     THE COURT:  That's my fault.  I didn't switch the mic back on.  My apologies.

BY MR. KELLY:

Q.  If you look at Paragraph 10, which I believe is on that same page, is it clear that arbitration is the final binding decision that will be made?

A.  Yes.  And it's the exclusive remedy.

Q.  And what we're looking at, Jamie, was this ever explained to you?

A.  No.

Q.  Did you have to do anything to avoid arbitration and face this jury?

A.  I had to do a lot.

Q.  What did you have to do?

A.  I went in front of Congress twice, the Senate once.  I had to go in front of the media --

     MS. VORPAHL:  Your Honor, at this time I would like to, pursuant to Federal Rule 106, read the remainder of the provision, because it really -- it's not a secrecy provision.

10:07 1   It's a provision that deals with subpoenas.  So under the

2   doctrine of optional completeness, I would really like for the

3   jury to see the entire provision.

4        THE COURT:  Your response?

10:08 5        MR. KELLY:  I would like them to see the entire DRP,

6   your Honor.  I mean, it's -- they have it in evidence.  I don't

7   have any problem with that.

8        THE COURT:  Okay.

9        MS. VORPAHL:  The testimony has been completely

10:08 10  misleading.  If you'll take a look, the entire provision reads,

11  for -- it's entitled "Confidentiality."  And if we could go

12  back, sir, please, to the beginning of Paragraph 5, I would

13  just like to read the whole thing so that the jury understands

14  the entirety of Provision 5.

10:08 15       It reads, 5A:  "The dispute resolution program,

16  which is called the program, its administrator, any subordinate

17  administrators, the staff of the program, and any other person

18  conducting conferences or serving as an impartial third party

19  on behalf of the program, in any in-house dispute resolution

10:08 20  process conducted under the auspices of the program, will hold

21  matters reported to the program and related communications in

22  confidence, in keeping with the standards of practice and the

23  code of ethics of the Ombudsman Association.  The code of

24  ethics and the standards of practice of the Ombudsman

10:09 25  Association are incorporated into this plan by reference and

10:09   1   appended.

2           "For purposes of requests by or subpoenas from

3   any party that the program administrator or any subordinate

4   administrators or any member of the staff of the program or

10:09   5   person conducting conferences or serving as an impartial third

6   party on behalf of the program in any in-house dispute

7   resolution process conducted under the auspices of the program,

8   provide testimony in any internal or external investigation,

9   administrative hearing or arbitration or litigation proceeding,

10:09   10   the confidentiality standards described in this section,

11   attached to the dispute resolution program rather than any

12   individual disputant.  This means that only the program, rather

13   than any individual disputant, may waive confidentiality and

14   the program may only waive confidentiality even upon request or

10:10   15   subpoena by a disputant under circumstances consistent with the

16   Ombudsman Association code of ethics and standard of practice."

17           The B provision reads:  "No employee shall be

18   subject to any form of discipline or retaliation for initiating

19   or participating in good faith in any process or proceeding

10:10   20   under this plan."

21           And that is the entirety of Section 5 of

22   Exhibit 137, Joint Exhibit 137.

23           THE COURT:  Okay.  Thank you.

24   BY MR. KELLY:

10:10   25   Q.  After hearing that, Jamie, is it clear to you whether or

10:10   1   not you could testify after an arbitration openly?

2           MS. VORPAHL:  Your Honor, I'm going to object to this

3   whole line of questioning.  It calls for legal conclusions.

4           THE COURT:  Well, all she can testify to is her

10:11   5   understanding.  And you'll have an opportunity to controvert

6   her understanding when you do cross.

7           What was your understanding as to whether

8   arbitration was something about which your participation was

9   subject to the confidentiality requirement?

10:11   10           THE WITNESS:  Well, now my understanding is that it

11   would be secret and binding and no chance for an appeal.  And

12   it stacked in favor of big business.

13           THE COURT:  Okay.  That's enough.  All right.

14   BY MR. KELLY:

10:11   15   Q.  Jamie, you were telling us some of the things that you had

16   to do to defeat the mandatory binding arbitration provision.

17   And could you run through those again so we all make sure that

18   we've heard you?

19   A.  I went to Congress twice, Senate once.  I went in front of

10:11   20   the media just to make it public, what was going on.

21   Q.  Why did you fight so hard to get your case in front of this

22   jury?

23   A.  Well, I think that the very foundation of our Constitution

24   allows a trial by jury.  I want to tell my story in front of my

10:12   25   peers, and let them decide the outcome of this case.  I don't

10:12    1    want it in front of some arbitrator who they have repeat

2    business with.  This is something that is important to me and

3    important to others.

4    Q.  When you were back at Greenspoint Mall, Jamie, did they

10:12    5    tell you you were going to give up this right if you'd been

6    raped?

7    A.  No.

8    Q.  Did they tell you you were going to give up this right if

9    you had been sexually assaulted?

10:12    10    A.  No.

11    Q.  What were you told about arbitration?

12    A.  I wasn't told anything.  I was told to sign a contract.

13    Q.  Did you ask about the risks you would face in Iraq?

14    A.  It wasn't that -- I didn't even have to ask.  It was during

10:13    15    a presentation I was told that it is more likely I would get in

16    a car accident here in the United States than anything happen

17    overseas working with KBR.

18    Q.  Did you rely upon the representations made by those KBR

19    managers in signing that contract?

10:13    20    A.  I had to.

21    Q.  Did you rely upon those representations when you made your

22    decision to go to Iraq?

23    A.  Yes, I did.

24    Q.  Was there any mention during your orientation of sexual

10:13    25    assault on women in Iraq?

10:13   1    A.  No.

    2    Q.  Was there any mention of rampant sexual harassment problems

    3    in Iraq?

    4    A.  No.

10:13   5    Q.  Prior to being in that trailer, Jamie, had you ever heard

    6    of a rape victim being buried in Iraq?

    7    A.  No.

    8    Q.  Was there any mention to you when you were at Greenspoint

    9    Mall that KBR would imprison people it viewed as troublemakers?

10:14  10    A.  No.

   11    Q.  Was there any mention of sending complainers to more

   12    desolate camps?

   13    A.  No.

   14    Q.  If you had been told any of those things, Jamie, would you

10:14  15    have gone?

   16    A.  No way.

   17    Q.  Why not?

   18    A.  Because they chose to not disclose these things so that you

   19    would go.  If they were open and disclosed it, I don't think

10:14  20    anyone would go.

   21    Q.  Since filing this lawsuit, Jamie, has anything been done to

   22    enhance your PTSD?

   23    A.  Yes.

   24    Q.  What?

10:14  25    A.  Well, I've noticed KBR following me on and off for six

10:15  1   years.  And then they're not discreet about it.  They'll use

2   KBR marked vehicles.  And, to me, it feels like an intimidation

3   tactic.

4   Q.  Have you been able to finally go back to work?

10:15  5   A.  Yes.  I started working at a Christian school, and I was

6   teaching school-age children.  And then I taught at the

7   Christian school high school level.  And, then, now I'm a

8   college professor.

9   Q.  How is it that you were able to go back and teach in a

10:15  10  school environment with PTSD, Jamie?

11  A.  I had to take medication.  And I went initially to a small

12  Christian school where I would feel safe.  And then it

13  escalated to where I would be able to become a college

14  professor.  And they have security guards there.  And my

10:16  15  husband toured me around the campus so that I would feel

16  comfortable for the first few days of my employment.

17  Q.  Jamie, you introduced us earlier to your family.  You told

18  us about Kallan, and you told us about Anabelle and Abigail.

19  And you told us how Anabelle was named.

10:16  20  A.  Yes.

21  Q.  You heard KBR's lawyers stand up and say that Ted Poe

22  didn't rescue you at all when they opened this case, didn't

23  you?

24  A.  I heard that.  I think it's absolutely ludicrous.  They

10:16  25  know that he was the one -- his office was the one that got me

10:16   1    out of there.

2    Q.  How does it feel, Jamie, to know that you have to go

3    through your life in excruciating detail to bring this lawsuit?

4    A.  I feel very exposed.  I feel like this furthers the

10:17   5    retaliation.

6    Q.  Is this something you wanted to do?

7    A.  No one wants this.  But having my entire life exposed,

8    every bad thing I've ever done or every little inconsistency I

9    may have told, having that -- even my STDs shown to the world,

10:17   10   if -- if that's the only sacrifice that I have to make to make

11   KBR stop doing this to people, and so that the jury can decide

12   that they need to stop, then it will all be worth it.

13          MR. KELLY:  I would like to show Exhibit 78.  I think

14   this is Joint Exhibit 78.

10:18   15          Take that one down.  I think it's the wrong one.

16   BY MR. KELLY:

17   Q.  Jamie, you talked a little bit about the Jamie Leigh

18   Foundation.

19   A.  Yes.

10:18   20   Q.  How is the Jamie Leigh Foundation funded?

21          MS. VORPAHL:  Your Honor, I'm going to object.  Again,

22   this was covered by the motion in limine.

23          THE COURT:  Yeah, let's move on.

24   BY MR. KELLY:

10:19   25   Q.  Jamie, if this jury sees fit to punish KBR for what it's

10:19  1  done to you, what is it your intention to do with the funds?

2  A.  All of it will go to the Jamie Leigh Foundation and help

3  these women.

4  Q.  All of it?

10:19  5  A.  All of it.

6  Q.  There's a couple of things I want to touch on that kind of

7  back us up a little bit.

8  A.  Okay.

9  Q.  Did you report Eric Iler's sexual coercion of you to

10:19  10  anyone?

11  A.  I did.

12  Q.  To who?

13  A.  I reported it to Frederick Heard, and he said that he would

14  take care of it.  And he reported it to his boss and who I

10:20  15  believe to be Eric Iler's boss, Stan Young.  I used their open

16  door policy.

17  Q.  Did you hear Kara Hall testifying that it was against KBR's

18  rules for supervisors and subordinates to have sexual

19  relations?

10:20  20  A.  Yes.

21  Q.  After you reported what was happening with you and Eric

22  Iler, was Eric fired?

23  A.  No.  It wasn't even investigated.

24  Q.  Did you hear Kara Hall testify that cohabitating or

10:20  25  spending the night with someone from the opposite sex in the

10:20   1   Green Zone was a terminable offense?

2   A.   Yes.

3   Q.   Was Charles Bortz fired?

4   A.   No.

10:21   5   Q.   You know that Charles Bortz filed a lawsuit against you

6   after you filed this lawsuit?

7   A.   Yes.

8   Q.   He says you slandered him, didn't he?

9   A.   Yes.

10:21   10   Q.   What does that mean to you?

11   A.   I am appalled by it.   He knows I didn't slander him.

12   Q.   What does slander mean, Jamie, in your understanding?

13   A.   Not tell the truth about someone.

14   Q.   Are you telling the truth about what happened to you?

10:21   15   A.   Absolutely.

16   Q.   Have you been honest every time you've spoken publicly?

17   A.   Yes.

18          MR. KELLY:   Your Honor, could we take a quick break to

19   get an exhibit in order?   I believe -- well, we need to get an

10:22   20   exhibit in order.

21          THE COURT:   Okay.   We'll take a 10-minute break,

22   please.

23               All rise for the jury.

24      *(Recess was taken from 10:23 a.m. to 10:33 a.m.)*

10:33   25      *(Jury not present)*

10:33 1          THE COURT:  Okay.  Let me ask for quiet.  May I ask

2     for quiet, please?

3               Yes, sir?

4          MR. McKINNEY:  Apparently there's not an issue.  My

10:33 5     apologies.

6          MS. HOLCOMBE:  We do have an issue -- I'm sorry, your

7     Honor.  I didn't know -- I'm sorry.  It's a brief issue.  It's

8     just with the exhibit they were looking for, your Honor.

9          THE COURT:  Yes.  Okay.  Yes, ma'am.

10:33 10         MS. HOLCOMBE:  We did have objections to it that we

11    have filed with the Court, and we would like to renew those

12    objections at this point.

13         THE COURT:  Tell me what the exhibit is.

14         MS. HOLCOMBE:  Your Honor, it's exhibit --

10:33 15         MR. KELLY:  It's Plaintiffs' 78.  I think I was

16    calling it Joint 78 earlier, your Honor.

17         MS. HOLCOMBE:  And, your Honor, it's actually an

18    opposed Plaintiffs' Exhibit 78.  KBR objects to this as

19    relevance under 401 and --

10:33 20         THE COURT:  Please tell me what it is.  I can't figure

21    this out.

22         MR. KELLY:  It's a photograph taken by Ms. Jones, your

23    Honor, of KBR at her house.

24         THE COURT:  I think you were speaking.  So, go ahead.

10:34 25         MS. HOLCOMBE:  Your Honor, we also object under

10:34  1    Federal Rule of Evidence 403.  As you can tell in that picture,

2    that picture is highly unfairly prejudicial and misleading and

3    confusing.  You cannot tell from this picture whose van is

4    there.  You don't know if it's a neighbor's.  You don't know if

10:34  5    it's anybody.

6              She's going to say that it's KBR, and the picture

7    does not speak that.  Therefore, entering this picture into

8    evidence would be unfairly prejudicial to KBR and would leave

9    an improper inference for the jury when the picture does not

10:34  10   speak what Ms. Jones is about to testify about.

11        MR. KELLY:  The photographer is on the stand, your

12   Honor.  She's going to tell you what it is, what she saw, and

13   what she took a photograph of.  It's not a great quality

14   photograph, I'll grant you; but it's not great quality because

10:34  15   she took it from a cellular telephone from a distance where she

16   felt safe.

17        THE COURT:  Well, it's prejudicial if KBR has not, in

18   fact, been following her, if -- I mean, surely you know.  Have

19   they or have they not?

10:35  20        MS. HOLCOMBE:  Your Honor, it's not my understanding

21   that they have.  However, I would say that I could go outside

22   and take a picture of a blue car down the street far away,

23   bring it into court and say, I know that it was Mr. Kelly's

24   car, and just someone would have to take my word for it, even

10:35  25   though you can't see Mr. Kelly in the car, you don't see any

10:35   1   reference to Mr. Kelly to the car.  And that's essentially what
2   would happen here.
3   It would be unfairly prejudicial for Ms. Jones to
4   say that this white van carrying, I guess, a trailer maybe
10:35   5   behind it, is, in fact, a KBR car, when it doesn't say that.
6   For her to say that alone and then put a picture that doesn't
7   reference that is unfairly prejudicial.
8   MS. VORPAHL:  And I will represent to the Court I just
9   communicated with Celia Balli, who is in-house counsel for KBR
10:35   10   who is responsible for this case at KBR.  I will represent to
11   the Court that to KBR's knowledge, no one in a KBR truck has
12   ever followed Ms. Jones.
13   THE COURT:  Has anybody in a different vehicle or by a
14   different mode ever followed her?
10:36   15   MS. VORPAHL:  To my knowledge, absolutely not.
16   THE COURT:  Well --
17   MR. KELLY:  Well, your Honor, I think that's
18   cross-examination information.  The other thing is I believe --
19   THE COURT:  What makes Ms. Jones think this was
10:36   20   Halliburton or -- excuse me, KBR?
21   MR. KELLY:  Well, this isn't the only time she's been
22   followed, your Honor.  This is just the first time that she
23   pulled out the camera and took a photograph.
24   THE COURT:  Taking this camera shot, what about it
10:36   25   makes her think it was KBR?

10:36    1          MR. KELLY:  Well, first of all, it said "KBR" on the

       2     side of the truck.  We're hoping we can blow it up and get a

       3     clearer resolution so that we can show that.  However,

       4     Ms. Jones will testify that the truck said "KBR" on the side.

10:36    5     She lives way out in Cut and Shoot, where there's no reason --

       6     she lives on a back road.  The only reason for KBR to have been

       7     out where she was was to follow her.

       8          THE COURT:  We can play with the technical capacity of

       9     our courtroom equipment; and if it does, with enhancement, show

10:37   10     it to be KBR, a KBR vehicle, it can come in.  But this is

      11     not -- this by itself is not probative of anything that I can

      12     tell.  It's not -- I can't allow this in without more.  I

      13     really can't.

      14          MR. KELLY:  Well, the "more," your Honor, would be the

10:37   15     photographer who took the photograph telling you what the image

      16     is and that she --

      17          THE WITNESS:  No, I can pull up the color photo.

      18          MR. KELLY:  We may have a better quality, your Honor.

      19     I was unaware we had a better quality.

10:37   20          MR. HEDGES:  Your Honor, I think she's already

      21     testified, correctly or incorrectly, that there was a KBR truck

      22     out there and she saw it.  That just doesn't --

      23          THE COURT:  Well, her testimony was much more explicit

      24     than that.  She said she had been followed for six years.

10:38   25               The reason she would introduce this photo would

10:38   1   be to enhance the testimony she's already given, right?

2         MR. KELLY:  Well, it was -- yes, your Honor, I mean,

3   she had intended to testify about this photograph and the

4   problem was that I called it a joint exhibit.  It was a

10:38   5   plaintiffs' exhibit, and it took us awhile to find it.

6         THE COURT:  But this exhibit by itself does not

7   enhance her testimony.  It really doesn't.  It's just an empty

8   country road with a non-identifiable truck and van to one side.

9   If you can get a better resolution, I'll take another look at

10:38   10   it; but on this, I'm afraid not.  I'm sorry, I'm afraid not.

11         May we have the jury come back in, please?

12   *(Jury present)*

13         THE COURT:  Members of the jury, please be seated.

14         You may resume.

10:39   15   BY MR. KELLY:

16   Q.  Jamie, when we were talking last week, you said something

17   about wanting to be sure before you said anything about Charles

18   Bortz raping you.  Do you remember that?

19   A.  Yes.

10:39   20   Q.  You have spoken to the media on a number of occasions

21   about --

22   *(Tape playing)*

23         THE COURT:  Sorry.  I don't know what that was.

24   BY MR. KELLY:

10:40   25   Q.  See, you've spoken to the media.

10:40   1    A.  Yeah.

2    Q.  And you have indicated that you believe you were gang

3    raped?

4    A.  They came to that conclusion looking at all the evidence

10:40   5    that I had.

6    Q.  Do you believe that you were gang raped?

7    A.  Well, I was hanging around several firefighters.  I was

8    handed a drink by one firefighter; and he said, "Don't worry,

9    there's no ruffies in this drink or anything.  I'm saving the

10:40   10   ruffies for Dubai."  And that was a different guy than the guy

11   that was in my room the next morning.  So, I think it was more

12   than one.

13   Q.  Does your level of injury make you think that it was more

14   than one?

10:40   15   A.  Yes.

16   Q.  Do you have any memory at all of more than one person?

17   A.  I have a flashback.

18   Q.  What does that mean when you say you have a flashback?

19   A.  Well, it just means that it's just -- like a glimpse in

10:41   20   time.  I don't have any memory, but there's one flashback.

21   Q.  Have you ever been certain enough, Jamie, to file a lawsuit

22   against anyone except for Charles Bortz?

23   A.  No.

24   Q.  How certain are you that Charles Bortz raped you?

10:41   25   A.  A hundred percent.

| | | |
|---|---|---|
| 10:41 | 1 | Q.  I would like to show you these media clips, Jamie, that |
| | 2 | apparently are the basis for this claim against you. |
| | 3 | A.  All right. |
| | 4 | Q.  Let's watch them together. |
| 10:41 | 5 | MR. KELLY:  There's Bortz Exhibit -- I forgot the |
| | 6 | number. |
| | 7 | MR. McKINNEY:  255. |
| | 8 | MR. KELLY:  255.  And I think they're coming in |
| | 9 | without objection. |
| 10:42 | 10 | MR. McKINNEY:  They're my exhibit.  I have no |
| | 11 | objection. |
| | 12 | MS. VORPAHL:  And we have no objection, your Honor. |
| | 13 | THE COURT:  All right.  Thank you. |
| | 14 | Admitted without objection. |
| 10:42 | 15 | *(Tape playing)* |
| | 16 | BY MR. KELLY: |
| | 17 | Q.  Brian Ross said "within a day."  Was he right? |
| | 18 | A.  No. |
| | 19 | Q.  Did you give him that information? |
| 10:45 | 20 | A.  No. |
| | 21 | *(Tape playing)* |
| | 22 | BY MR. KELLY: |
| | 23 | Q.  Brian Ross said on your fourth night in Iraq.  Was it your |
| | 24 | fourth night? |
| 10:45 | 25 | A.  I think it was the third. |

10:45 1 Q. Did you give him that information?

2 A. I don't know. I don't think so.

3  (Tape playing)

4 BY MR. KELLY:

10:48 5 Q. Did you use the phrase "so badly mauled"?

6 A. No.

7 Q. Did you say that you had been repeatedly raped --

8 A. No.

9 Q. -- anally and vaginally?

10:48 10  (Tape playing)

11 BY MR. KELLY:

12 Q. Jamie, you had said on this last clip and the one before

13 that they confirmed rape?

14 A. Uh-huh.

10:50 15 Q. We talked about Dr. Schulz' testimony earlier when she said

16 that she could confirm penetration?

17 A. Right.

18 Q. Why did you say that she confirmed rape?

19 A. Because it wasn't consensual. I was drugged with a rape

10:50 20 facilitation drug. So, it confirmed rape to me.

21 Q. So, it confirmed rape to you?

22 A. Yes.

23  (Tape playing)

24   MS. VORPAHL: May we approach, your Honor?

10:58 25   MR. McKINNEY: We probably need to approach so we

10:58   1    don't violate a ruling.

2              (At sidebar with all counsel)

3                   MR. McKINNEY:  I watched this a couple of weeks ago,

4    gave it to opposing counsel a couple of weeks ago, gave the

10:58   5    edited versions a couple of weeks ago with all exhibits and

6    whatnot.  But as we're getting to this point, it occurs to me

7    that there probably is going to be a reference to the grand

8    jury, and I don't know how to fix that.

9                   THE COURT:  Do you know whether that's true or not?

10:58  10                   MR. KELLY:  I don't.  I'm actually playing

11   Mr. McKinney's cuts, which he was nice enough to bring because

12   I didn't have mine.  So, I'm actually playing a defense exhibit

13   right now.

14                   MR. McKINNEY:  Let me be clear for the record.

10:59  15   Exactly what's being played right now was produced two weeks

16   ago.  The transcripts were produced two weeks ago, and the

17   transcripts are on file with the Court as marked exhibits.

18                   THE COURT:  Do you want to take the risk or not?

19                   MS. CULLEN:  Actually, your Honor, I have the

10:59  20   transcript.  It does mention the grand jury in the record.

21                   MR. KELLY:  I don't think we need to keep playing it.

22   We've got pretty much what we need here; but, Judge, could I

23   get some sort of an instruction.  I'm sort of being beat up by

24   objections here.  Obviously, I'm offering it; but it was a

10:59  25   defense exhibit.  Can we at least get an instruction to the

10:59   1    jury that it's not -- I looked wrong in front of this jury

2    enough.

3              MR. McKINNEY:  I think the appropriate instruction --

4    I think an instruction is appropriate that there is a portion

11:00   5    of this offer that is dealt with by one of the Court's

6    evidentiary rulings and --

7              THE COURT:  I can deal with that.

8              MR. McKINNEY:  -- and nobody wants to put that in

9    evidence.

11:00   10     (In open court)

11             THE COURT:  Ladies and gentlemen, let's stop for a

12   couple of brief instructions.  The first is this:  I've decided

13   that that exhibit just referenced -- I decided that the exhibit

14   just referenced should not come in.  It's not the fault of

11:00   15   either lawyer.  Neither lawyer did anything -- no, that's not

16   working either.  Somebody cut off somewhere else.

17             MR. KELLY:  The whole exhibit, I think it --

18             MR. McKINNEY:  Judge, we're going to redact that

19   exhibit down.  And could we form --

11:01   20             THE COURT:  Do it right now or --

21             MR. McKINNEY:  No, your Honor.  Just -- but to conform

22   with the Court's rulings, we will redact the exhibit now.

23             THE COURT:  But we're not using it right now, are we?

24             MR. McKINNEY:  Correct.

11:01   25             THE COURT:  That's all I'm saying.

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

11:01  1          MR. KELLY:  What's been played we want to go ahead and

2     use it, your Honor.

3          THE COURT:  What's already been played?

4          MR. KELLY:  Right.

11:01  5          THE COURT:  Okay.  Well, that's fine.

6          MR. KELLY:  Okay.

7          THE COURT:  This still isn't working.

8          Okay.  You have to turn on a button, which is way

9     beyond me.

11:01  10         Couple of instructions.  First, I've decided not

11    to allow that exhibit, not because of anything that's been done

12    wrong by either attorney.  There is a portion that's not

13    admissible under rulings I made prior to your appearing for

14    jury duty.

11:01  15         The second piece of lawyer advice I need to offer

16    is this.  We've talked a little about leading questions; that

17    is, the idea that a question sometimes suggests the answer.

18    Those are generally strongly disfavored when a lawyer has his

19    own witness at the witness stand.  However, there's no

11:02  20    objection to them, they're not looked upon disfavorably if an

21    attorney has a hostile witness on -- in the witness box.  And

22    that we may have shortly.  Not now, but we may have shortly.

23         But there's nothing inappropriate about leading

24    questions being used there.  So, I want to tell you that just

11:02  25    so you don't think that our rules on admissibility here are

11:02   1    entirely arbitrary.

2                    Does everybody understand what I said?

3                    Thank you very much.

4                    You may resume.

11:02   5    BY MR. KELLY:

6    Q.  Jamie, those clips seem to have a lot of statements by

7    people that weren't you, in them.

8    A.  Yeah.  I think that's the nature of media sometimes.

9    Q.  Have you learned anything about dealing with the media

11:03   10   through your time that you've spent with them?

11   A.  Well, yeah.  They add a lot of stuff that you don't say.

12   Q.  In your fight to avoid the arbitration provisions, Jamie,

13   did you have to spend personal money?

14   A.  Absolutely.  I had to spend a lot of money.

11:03   15   Q.  How much money do you think you had to spend personally to

16   fight the arbitration provision?

17   A.  Probably around 30,000.  And also I had to hire another

18   lawyer who had to help fight the arbitration provision.

19   Q.  Another lawyer other than us?

11:03   20   A.  Yes.  And that would be, you know, 5 percent on top of what

21   your cut is and everything else.  So --

22   Q.  So, your expenses have increased as a result of having to

23   fight arbitration?

24   A.  Yes.

11:04   25                MR. KELLY:  Thank you.

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

11:04 1    THE COURT:  All right.  All right.  We'll now hear

2 from defendants.  I'm not sure which defendant wishes to

3 provide first.

4     MS. VORPAHL:  Your Honor, Mr. McKinney will go.

11:04 5    THE COURT:  Mr. McKinney.  All right.  Please be just

6 as open minded and just as attentive in the -- in receiving the

7 defendants' examination as you were in receiving the

8 plaintiffs'.

9     MR. McKINNEY:  Just a minute or two to get set up,

11:04 10 please, Judge.

11     THE COURT:  All right.

12          **CROSS-EXAMINATION**

13 BY MR. McKINNEY:

14 Q.  Ms. Jones, good morning.

11:05 15 A.  Good morning, Mr. McKinney.

16 Q.  Well, to begin, you know who I am, who my client is?

17 A.  Yes.

18 Q.  And I hope you understand -- and please tell me if you do

19 or do not -- that these questions that I am going to ask you --

11:05 20 and there are going to be quite a few of them -- you understand

21 that these questions are necessitated by the charges you've

22 brought against my client.  You understand that?

23 A.  Yes.

24 Q.  Ms. Jones, I'm going to ask you now if you recall at the

11:05 25 beginning of the case your attorney made an opening statement

11:05  1    and then I made an opening statement?

2    A.  Yes.

3    Q.  Do you recall me telling the jury that in my opinion what

4    this case was about was you, you and your life and the issues

11:06  5    in your life, how you see those issues and how others perceive

6    those issues, as well; do you recall that?

7    A.  I recall you saying that.

8    Q.  And also discussing how there would be evidence in this

9    case, medical records, police records, e-mails, statements, and

11:06  10   investigative reports which some people see things differently

11   than you do and you have explanations for that, correct?

12   A.  Yes.

13   Q.  Do you recall when I was speaking with Ms. Katz, we talked

14   about falsifiable and non-falsifiable statements?

11:07  15   A.  Yes.

16   Q.  And do you recall or do you know what a non-falsifiable

17   statement is?

18   A.  Yes.

19   Q.  Tell me what you -- what your understanding of a

11:07  20   non-falsifiable statement is --

21        MR. McKINNEY:  Are you hearing me, folks?

22   BY MR. McKINNEY:

23   Q.  Can you tell me, please, and tell our jury, please, what

24   your understanding of a non-falsifiable statement is?

11:07  25   A.  Something that cannot -- a statement that cannot be

11:07  1  falsified.

2  Q.  Well, actually, it's the opposite.

3  A.  Oh.

4  Q.  And so that we're on the same page, a non-falsifiable

11:08  5  statement is one that is made by someone that can neither be

6  proved nor disproved because there's no independent

7  corroborating or validating evidence.

8  A.  Okay.

9  Q.  Do you follow that definition?

11:08  10  A.  Yes.

11  Q.  Do you also remember me telling the jury on opening

12  statement that we would be looking at other things that have

13  happened in your life and how you perceive those things and how

14  other people perceive those things to see if those other events

11:08  15  in your life can give us guidance in understanding how you

16  perceive the events that you say happened in Iraq?  Do you

17  recall that?

18  A.  Yes.

19  Q.  Shortly after you married your husband, the two of you --

11:09  20  or he joined the Navy; is that right?

21  A.  Yes, he did.

22  Q.  And he was stationed in San Diego?

23  A.  Yes.

24  Q.  And while he was stationed in San Diego, you lived with

11:09  25  him.  Is that correct?

11:09  1   A.  Yes.

2   Q.  Do you have the exhibit notebooks in front of you?

3   A.  No.

4        MR. ESTEFAN:  I think they're behind her,

11:09  5   Mr. McKinney.

6        MR. McKINNEY:  Judge, may I approach because we're

7   going to be going over a number of --

8        THE COURT:  Yes.  Yes, you may.

9        MR. McKINNEY:  Thank you.

11:09  10  BY MR. McKINNEY:

11  Q.  There's a lot here, Ms. Jones.  I apologize.

12  A.  Okay.

13       MR. KELLY:  Your Honor, I think we need to approach.

14       THE COURT:  No.  This is about this testimony.  We've

11:10  15  already covered that before.

16       MR. KELLY:  I don't know that we had a rule on one

17  particular portion of one.

18       THE COURT:  We did, too.  This testimony is permitted.

19       MR. KELLY:  It's not the testimony.  It's the

11:10  20  documents I'm concerned about.

21       THE COURT:  Documents?

22       MR. KELLY:  There are documents that I don't know that

23  we got a ruling on, Judge.

24       MR. McKINNEY:  Judge, I have the Court's -- we have

11:10  25  the record the Court made.  And subject to redaction, which

11:10   1   most of the records I'm going to be talking about do not

2   require any redaction to conform with the Court's rulings, and

3   the others have been redacted.

4           MR. KELLY:  Well, that may be.  If he's not going into

11:10   5   certain documents, maybe there's not an issue.

6           THE COURT:  All right.

7           MR. McKINNEY:  We will not --

8           THE COURT:  There are -- those looking for a space to

9   sit, there are seats that I think we can fit a few more bodies

11:10   10  in on both sides.

11           Alternatively, there is -- on this front bench,

12  the one just past the swinging doors, there is some space that

13  I'm sure the attorneys would not mind sharing with you.

14  BY MR. McKINNEY:

11:11   15  Q.  Ms. Jones, please look in the deposition notebook --

16           MR. McKINNEY:  And the exhibit is not to go up at this

17  time.

18  BY MR. McKINNEY:

19  Q.  Please look in the deposition notebook under Tab 82,

11:11   20  please, ma'am.

21  A.  Okay.

22  Q.  And I'll be happy to assist you if you require any

23  assistance.

24  A.  Okay.

11:12   25  Q.  All right.  And if you would kindly turn -- and you'll note

11:12   1   at the bottom of the page in the lower right-hand corner, there

2   are some Bates stamp numbers beginning with 000.  Do you see

3   those?

4   A.  Yes.

11:12   5   Q.  If you would kindly turn to 878, please, ma'am.

6   A.  Okay.

7   Q.  Now, Ms. Jones, can you tell our jury before we go into

8   this document --

9        MR. McKINNEY:  And, ma'am, if you could be ready to

11:12   10  put up 878, Bortz Exhibit 82 up.  It's the third page, I

11  believe.

12  BY MR. McKINNEY:

13  Q.  The documents I'm getting ready to ask you about involve an

14  incident that occurred in San Diego between you and your

11:12   15  husband, correct?

16  A.  It was just a domestic dispute.

17  Q.  Yes, ma'am.  Specifically a domestic dispute that occurred

18  at the bowling alley there on the Navy base.  Is that correct?

19  A.  Yes.

11:13   20  Q.  Actually, let's go to Page 879.

21  A.  Okay.

22  Q.  What we're going to do, Ms. Jones -- and by way of

23  background, this is a domestic dispute in which you accused

24  your husband of physically assaulting you, correct?

11:13   25  A.  He did physically assault me, yes.

11:13  1  Q.  Yes, ma'am.  And what we're going to do over the next 15 or

2  20 minutes is review the different ways in which you reported

3  to various authorities and doctors what you say your husband

4  did.  And we're going to start with Page 878, if you could drop

11:14  5  down to the narrative portion at the bottom of the page

6  beginning with "Origin."

7  A.  Okay.

8      MR. McKINNEY:  And highlight and enlarge --

9  actually -- there we go.

11:14  10  BY MR. McKINNEY:

11  Q.  This is a very poor copy, and I apologize for that.

12      MR. McKINNEY:  Yes, can you highlight that -- all of

13  that, please?

14  BY MR. McKINNEY:

11:14  15  Q.  Let's read this together.  I'll read it out loud.

16  A.  Okay.

17  Q.  "Origin:  At about 2028 hours on Sunday 8 April, 2007, I,

18  Officer Pupp," P-U-P-P, "and Police Officer" -- I cannot

19  pronounce that last name -- "were dispatched to Building 772,

11:15  20  bowling alley, for a domestic dispute."

21      And then the next line refers to Victim's

22  "Statement"; and it states:  "Jamie Leigh Daigle, dependent

23  wife, a/k/a Jamie Leigh Jones, army contractor, said to

24  Officer Mrogzka, quote, 'My husband hit me on the right side of

11:15  25  my face because he was angry and wanted to go home,'" period,

11:15  1   close quote.

2                    Now, do you recall, Ms. Jones, sitting here

3   today, whether, in fact, you made that statement or whether the

4   officer, in some form or fashion, misunderstood you?

11:16  5   A.  That was right.

6   Q.  That is a statement you made to the officer?

7   A.  Yes.

8   Q.  Now, if we drop down a little bit into the middle -- I'm

9   not sure that I'm able to point this out to the jury, but in

11:16  10  the middle paragraph it states -- in the middle of the

11  paragraph it states that, "The staff reported that both the

12  victim and suspect" -- that would be your husband, correct?

13  A.  Yes.

14  Q.  -- "had been there drinking and bowling from around

11:16  15  1500 hours."

16                    Are you familiar with military time?

17  A.  Yes.

18  Q.  So, that would be about 3:00 o'clock in the afternoon,

19  correct?

11:17  20  A.  Yes.

21  Q.  And this altercation was at 8:00 o'clock?

22  A.  Yes.

23  Q.  So, you and your husband had been drinking from about

24  3:00 o'clock until about 8:00 o'clock?

11:17  25  A.  Okay.

11:17    1    Q.   "Staff told me that" -- they have your husband down as

         2    AMAN Daigle?

         3    A.   Airman.

         4    Q.   Pardon me?

11:17    5    A.   It means airman.

         6    Q.   Airman Daigle.  "Airman Daigle made an attempt to leave the

         7    bowling alley.  They began to get in a verbal conflict.  Staff

         8    personnel saw the female run out the south side door and the

         9    male ran after her yelling.  Mrs. Daigle came running in

11:17   10    through the north side door crying and screaming that

        11    Mr. Daigle had hit her."

        12                   Is that, in fact, what happened?

        13    A.   When we had the altercation, at some point he dragged me

        14    outside for us to discuss it.

11:18   15    Q.   And I'm just asking you at this point.  What the police

        16    officers have recorded that the witnesses said is that you ran

        17    out the door screaming, your husband followed yelling, and you

        18    came back in screaming that you had been hit.  And is that,

        19    again, a --

11:18   20    A.   I didn't come back in.

        21    Q.   Pardon me?

        22    A.   It was out in the parking lot.

        23    Q.   So, you did not come back inside the bowling alley?

        24    A.   I don't -- no.

11:18   25    Q.   That you're able to recall?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:18   1   A.  Not that I recall, no.

2   Q.  All right.  "The acting watch commander" -- this is the

3   bottom three lines.  "The acting watch commander, Police

4   Officer Schooley, arrived and spoke briefly with the two

11:19   5   officers" -- I still can't pronounce the --

6        THE COURT:  We can all see it.  That's okay.  You

7   don't have to pronounce it.

8   Q.  -- "the staff and both individuals.  Schooley noticed the

9   victim had injuries, blood in both eyes.  So, he requested the

11:19   10  federal fire -- he requested federal fire on scene.  A. man

11  Daigle," Airman Daigle, "told Schooley he was not physically

12  hurt and declined medical attention.  And I began speaking with

13  the two individuals," et cetera, et cetera.

14        Now, Ms. Jones, at the bottom --

11:19   15        MR. McKINNEY:  Next page, right here, please.

16        Yes.  Could you enlarge and highlight all that,

17  please?

18        No.  Just the bottom three lines, please, of that

19  paragraph.

11:20   20        We're having an exhibit malfunction.  We'll get

21  there in just a moment.

22        Can you make it a little bit bigger, please?

23  Well, perhaps that is as good as we can get.

24        THE COURT:  Why don't you read it --

11:20   25        MR. McKINNEY:  Yes.  I'm getting ready to do that,

11:20   1   Judge.

2   BY MR. McKINNEY:

3   Q.  Beginning shortly into the bottom of the third line,

4   there -- or the third line from the bottom, there is this

11:20   5   notation, quote:  "Federal fire arrived and placed the female

6   victim in the ambulance.  Federal fire told us the victim

7   claimed her husband hit her in the head with a baseball bat

8   earlier in the day.  Federal fire transferred the victim to

9   Balboa Naval Medical Center."

11:21   10              Did you tell the ambulance attendants that your

11   husband had hit you with a baseball bat earlier in the day?

12   A.  No.

13   Q.  So, do you have any idea why this information would appear

14   in this report?

11:21   15   A.  Because they saw that I had a mark on my face and they made

16   some assumptions.

17   Q.  Well, you -- I don't mean to quarrel with you, Ms. Jones;

18   but in order for a statement such as this -- you claiming that

19   your husband had hit you in the head with a baseball bat

11:22   20   earlier in the day, in order for that to appear in these

21   records, you would agree with me that information would have to

22   come from somewhere?

23   A.  Yeah, it had to come from somewhere.

24   Q.  It would be hard -- but you're saying it did not come from

11:22   25   you?

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

11:22  1    A.   Yes.

2    Q.   Regardless of how it appears in this document?

3    A.   Yes.

4    Q.   Bortz 219, Ms. Jones, it will be in another notebook there,

11:22  5    you can see from the --

6    A.   Okay.

7    Q.   And, Ms. Jones, for your background understanding of the

8    process I'm going through, what I have done and what I am going

9    to do is I'm going to ask you about each record that exists

11:23  10   relating to this event in the apparent order in which people

11   saw you and took information from you.

12   A.   Okay.

13   Q.   So that we can see how that information is recorded over

14   time and perhaps something might change over time.  Do you

11:23  15   understand what we're doing?

16   A.   Yes.

17        MR. McKINNEY:  If we could put Bortz 219 up on the

18   screen, please.  And highlight the portion, first, the date up

19   at the top.  Just highlight all of that, please, everything on

11:24  20   the screen, including down to the part where it says "Physical

21   Exam."

22   BY MR. McKINNEY:

23   Q.   As you'll see at the top -- and this is a Pre-hospital Care

24   Report, which was the ambulance service that picked you up.  Do

11:24  25   you see that?

11:24   1    A.   Yes.

2    Q.   And it's dated April the 8th, 2007.

3    A.   Okay.

4    Q.   Identifies you as Jamie Daigle, correct?

11:24   5    A.   Yes.

6    Q.   And the chief complaint is:  "Patient presents with right

7    cheek pain and head trauma."  Do you see that?

8    A.   Yes.

9    Q.   And that's what you told the ambulance attendants was the

11:25  10    problem?

11    A.   You know, we just had a domestic dispute and --

12    Q.   Understood.  And I'm just asking you --

13           THE COURT:  Let her finish her answer.

14           MR. McKINNEY:  Sorry, Judge.

11:25  15    A.   I just think this whole thing is kind of silly, but we --

16    when he was put --

17           THE WITNESS:  Can I just say the whole story how it

18    happened?

19           THE COURT:  Well, now, your lawyer will give you that

11:25  20    opportunity on cross.

21           THE WITNESS:  Okay.

22           THE COURT:  Let's just respond to Mr. McKinney's

23    questions now.

24    BY MR. McKINNEY:

11:25  25    Q.   I think the question simply was:  Did you, in fact, tell

11:25  1    the ambulance people that you had pain in the right cheek and

2    head trauma?

3    A.  As a 22-year-old, I really doubt I said head trauma.

4    Q.  All right.  Under "History" -- and that's where -- and the

11:25  5    jury will come to see this time and time again.  Under

6    "History," you understand from what you've learned in this

7    lawsuit that the history is where the doctor or the paramedic

8    or the nurse or whoever else might be -- you might be seeing

9    writes down what you tell them happened.  You understand that?

11:26  10   A.  I do.

11   Q.  It states, quote:  "We responded to a recreational/public

12   area and found the patient in a sitting position requiring

13   assistance to the stretcher in mild condition."  Then he

14   identifies the building, "to find a 22-year-old female sitting

11:26  15   on a chair talking, complaints of right cheek pain and she

16   stated, quote, that she was sitting in the bar when her husband

17   suddenly struck her in the right cheek bone, close quote.  No

18   loss of consciousness -- there was no loss of consciousness

19   associated with this event.  The strong odor of ETOH was

11:26  20   noted."

21            You know that "ETOH" means alcohol?

22   A.  Yes.

23   Q.  "Patient was hysterical and obviously upset.  No visible

24   injuries were present, no swelling, bruising, or lacerations

11:27  25   were noted."  You were put on a gurney, loaded in the ambulance

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:27  1  and taken to the hospital, correct?

2  A.  Yep.

3  MR. McKINNEY:  Bortz 221.  And if you could highlight

4  everything from "Chief Complaint" through the body of the

11:28  5  narrative down through "Past Medical History," please.

6  BY MR. McKINNEY:

7  Q.  If we were to look at the top of the page, which we're not

8  going to do in the interest of time, it would reveal that you

9  were seen in the emergency room by a staff physician Commander

11:28  10  Brendon Gelford.  Do you happen to remember that gentleman?

11  A.  No.

12  Q.  All right.

13  A.  Not that I can recall.

14  Q.  He notes --

11:28  15  MR. McKINNEY:  If you could highlight that, please.

16  BY MR. McKINNEY:

17  Q.  He notes that your chief complaint was assault and then he

18  writes down history of present illness.  Again, this is where

19  the doctor writes down what you tell him.  He states, quote:

11:28  20  "22-year-old female who presented to the emergency room

21  department with a history of being assaulted by her husband at

22  approximately 2000" -- which would be 8:00 p.m., correct?

23  A.  Yes.

24  Q.  -- "Sunday, 8 April, 2007.  She changed her story a few

11:29  25  times and with me she reported initially that she was informing

11:29  1   her husband that she might have been pregnant and her husband

2   got very angry and started hitting her in the stomach and also

3   hit her on the right side of the face.  She said she called the

4   police and they took her husband into custody and she was

11:29  5   brought to the emergency department."

6          She goes on to state, "She subsequently changed

7   her story and reported that she was at the bowling alley on the

8   base with her husband and her husband became very upset because

9   she was winning and started hitting her in the stomach and hit

11:29  10   her in the face on the right side.  Police were called, and

11   again the husband was taken into custody."

12          Now, up to this point we have indications from

13   people who have spoken with you about a baseball bat, about

14   sitting in a bar and suddenly, for no reason, your husband

11:30  15   striking you in the face, you reporting to your husband that

16   you might be pregnant and him hitting you in the face and

17   kicking you in the stomach, and then, again, that you were

18   winning bowling and this angered your husband and he began

19   hitting you in the stomach and hitting you in the face.  Now,

11:30  20   would you agree with me that this information had to come from

21   someone?

22   A.  No one took the time to sit there and capture my entire

23   story.  And when my husband and I argue, it's arguing over a

24   constellation of issues.  So, when I'm hysterical and the

11:31  25   police just take my husband and he's my protector, then in

11:31  1   broken words and through crying and everything else they

2   probably didn't capture my entire story.

3   Q.  All right.  Is any part of what we've read so far except

4   the baseball bat something that you say was written down

11:31  5   inaccurately, incorrectly, made up, whatever?

6   A.  He didn't kick me in the stomach.  I was pretty clear that

7   he hit me.

8   Q.  All right.  Well, the part about informing your husband

9   that you might be pregnant and he got angry and started hitting

11:32  10   you, is that something you actually said to the doctor or is

11   that an assumption or a misapprehension or a mistake by the

12   doctor?

13   A.  We had been trying to get pregnant for five months, and I

14   was telling him since I was a full-time student that I didn't

11:32  15   want to continue trying.  And he took that as could have been

16   pregnant, I guess.

17   Q.  So, you think you -- excuse me.  So, you didn't tell the

18   doctor that you told your husband you were pregnant.  What you

19   told the doctor was you told your husband -- if this makes any

11:33  20   sense -- it doesn't.  So, I'm going to start over.

21      The doctor wrote down you told your husband you

22   were pregnant and that caused your husband to get mad and start

23   hitting you.  But you did not say that to the doctor.  Is that

24   what you are telling us?

11:33  25   A.  I said -- I probably said we had been trying to get

11:33  1   pregnant for five months.  You know, when you're hysterically

2   crying and you're trying to make sense of what someone is

3   saying and you write stuff down, I can't be held accountable

4   for what they wrote.

11:33  5   Q.  Well, actually, also at the top of the page, if we look at

6   the time that you were seen by the doctor, it was about an hour

7   later?

8   A.  Okay.

9   Q.  Do you think you were still hysterical an hour later?

11:33  10  A.  Oh, yeah.

11  Q.  All right.  And so, the part where the doctor also wrote

12  down that -- where you changed your story and you were winning

13  at bowling and that made your husband mad and he started

14  hitting you, is that something the doctor misunderstood from

11:34  15  you or is that something you actually told the doctor?

16  A.  That was another part of our argument.

17          MR. McKINNEY:  Let's go to Bortz 81, please.

18  BY MR. McKINNEY:

19  Q.  And if we could look at the bottom paragraph --

11:35  20  A.  I'm not there yet.  Hold on.

21  Q.  Okay.  Sorry.

22  A.  Okay.

23  Q.  This is a note following -- by one of the investigators.

24          MR. McKINNEY:  And if we could highlight from the

11:35  25  third paragraph -- right there, yes -- on down, please.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:35   1   BY MR. McKINNEY:

2   Q.   If you'll note here, "The investigator spoke with the

3   doctor and the nurse who treated V. Daigle," which would be

4   "Victim Daigle," I believe.   Victim Daigle -- "V. Daigle gave

11:35   5   them different accounts of what happened in different locations

6   where the incident occurred.   The nurse informed DA there were

7   no signs of any injury to V. Daigle.   DA did not observe any

8   visible injuries, and her eyes appeared to be bloodshot when

9   speaking with her."

11:36   10              I think there is a lab report, Ms. Jones -- and

11   tell me if you dispute this -- that shows that your blood

12   alcohol level was .259 or thereabouts?

13   A.   I'm sure it was.

14   Q.   All right.   Now, as you can see here, the nurse is

11:36   15   informing the investigating officer that despite your

16   statements that you had been hit, there were actually no signs

17   of injury.   Do you dispute that?

18   A.   You know, it's just whatever you want to believe.   Captain

19   Booney, on this same document, says that I had a mark on my --

11:37   20   bruise on my face and --

21   Q.   Yes.   That's in the upper paragraph.   Let's go to that.

22              MR. McKINNEY:   We'll drop down.   I'll just read it

23   into the record.

24   BY MR. McKINNEY:

11:37   25   Q.   This is where I think you're saying that Schooley stated

11:37   1    Victim Daigle was emotional and had what appeared to be blood

2    in her eyes and a bruise on her face.  Schooley also said a bat

3    may have been used to strike Victim Daigle but could not verify

4    this.

11:37   5    A.  That's probably where the bat came from.

6    Q.  Okay.  Now, if we look at Bortz Exhibit 84, we will learn

7    that as a result of these allegations, your husband was placed

8    under what we would call, in civilian life, a restraining

9    order, correct?

11:38   10   A.  Yeah, a military protective order.  Now, when you're in the

11   military and you get called on a domestic disturbance, the

12   military does MPO.  I didn't file this MPO.

13   Q.  Understood.  Understood.

14          Your husband was under the MPO for about five

11:38   15   days, correct?

16   A.  I don't think it was -- I think it was less.  Do we have

17   the dates?

18   Q.  Probably somewhere.

19   A.  I think it was less than that.

11:38   20   Q.  Let's go to -- make sure I have the right number here.

21          Do you remember Chief Petty Officer Diaz-Pelot?

22   A.  What are you on?

23   Q.  I'm just asking you right now if you remember that person.

24   A.  If I could see the document, I might be able to remember.

11:39   25   Q.  Sure.  That will be Bortz --

11:39   1          THE COURT:  Okay.  We're -- apparently the jury is
        2   having trouble hearing.
        3          MR. McKINNEY:  Sure.
        4   BY MR. McKINNEY:
11:39   5   Q.  That would be Bortz 83 --
        6          THE COURT:  Excuse me, try to pull the microphone
        7   closer to you.
        8          THE WITNESS:  Can you not hear me?
        9          THE COURT:  Apparently some of them could not.
11:39  10          THE WITNESS:  Sorry.
       11          THE COURT:  No.  It's a continuing problem in this
       12   courtroom.  The acoustics are imperfect.
       13          THE WITNESS:  Okay.  Is that better?
       14   BY MR. McKINNEY:
11:39  15   Q.  Bortz 83, Page 000974.
       16   A.  What page is that?
       17          MR. McKINNEY:  May I approach the witness, your Honor?
       18          THE COURT:  You may.
       19          MR. McKINNEY:  I may have given you the wrong --
11:40  20   probably gave you the wrong exhibit number.
       21          THE WITNESS:  That's okay.  No problem.  I can read it
       22   from the screen.
       23   BY MR. McKINNEY:
       24   Q.  I will do that more than once probably before we get
11:40  25   through this, and I appreciate you correcting me.  I meant to

11:40  1    say Bortz 83.  If I said 84, that's my mistake.

2    A.  Oh, okay.

3    Q.  We're looking at the bottom of the page, the last

4    paragraph; and you'll see the reference to CPO, which I believe

11:40  5    means chief petty officer, Diaz-Pelot.

6    A.  (No response.)

7    Q.  I'm just asking you if you remember Chief Petty Officer

8    Diaz-Pelot being involved in the investigation of your case?

9    A.  Not really but I think -- isn't that who was talking to --

11:41  10   oh, yeah.  I think I may have called --

11   Q.  Let's just go over this.  This is, by the way, part of the

12   State Department investigation, correct, this document that

13   we're looking at?

14   A.  Yeah.

11:41  15   Q.  Which you have read, have you not?

16   A.  I have, uh-huh.

17   Q.  And what we see here at the bottom of Page 29 of the report

18   is that the RA, the reporting agent, asked Chief Petty Officer

19   Diaz-Pelot what her interaction with the victim was throughout

11:41  20   this incident.  "CPO stated that Joseph was ordered to report

21   to her office the following day.  CPO Diaz-Pelot stated that

22   Sailor Daigle was very upset about the MPO because his wife

23   needed his support.  He stated that he never hit her and that

24   she would say the same thing.

11:42  25              "Sailor Daigle stated that they had been drinking

11:42  1  and his wife was on medication for stress and she knew she
2  should not have been drinking but she was.  Sailor Daigle
3  stated that his wife was involved in an incident in Iraq" --
4          MR. McKINNEY:  Turn the page, please.
11:42  5  BY MR. McKINNEY:
6  Q.  -- "but CPO Diaz-Pelot did not ask what the incident was,
7  nor did she ask what kind of medication his wife was taking.
8          "CPO Diaz-Pelot stated that she explained to
9  Sailor Daigle that the MPO would remain in place until the
11:43  10  FAP's investigation was completed.  Sailor Daigle understood
11  and left her office.  CPO stated that it was at this time that
12  victim started to call her and leave several messages asking
13  for the MPO to be removed."
14          Do you recall calling Chief Diaz-Pelot?
11:43  15  A.  Yes.
16  Q.  "RA asked CPO Diaz-Pelot if she could recall any specific
17  statements victim made.  CPO Diaz-Pelot stated that she spoke
18  with victim on one occasion and in that conversation she very
19  clearly remembers her making the following statements."
11:43  20          MR. McKINNEY:  Highlight those statements, please.
21  BY MR. McKINNEY:
22  Q.  Quote, "Please remove the MPO.  I really need my husband at
23  home."
24          Quote, "He never hit me," close quote.
11:43  25          Quote, "It was all my fault," close quote.

11:44  1          Quote, "I don't remember what happened," close
2      quote.
3          Quote, "I was really drunk," close quote.
4          Quote, "I was drinking on my meds, and I wasn't
11:44  5      supposed to be," close quote.
6          And finally, quote, "I have the ER report which
7      shows that I had no injuries at all," close quote.
8          Are those, each and every one, statements that
9      you actually made to Chief Petty Officer Diaz-Pelot?
11:44  10     A.  I don't know what all I said; but I said whatever I could
11     to get him home, because he was my protector and he was -- I
12     needed him home.  So, I retracted my statement.
13     Q.  You fully recanted everything that you had said about your
14     husband?
11:44  15     A.  Because I didn't want him in trouble and I wanted him home
16     with me and I wanted him to protect me against you-all.
17     Q.  Well, Ms. Jones, other than ask you questions in this
18     courtroom with Judge Ellison present, have I ever done anything
19     to you ever in your life that you're aware of?
11:45  20     A.  Not you.
21     Q.  But back to my question, Ms. Jones, because what we appear
22     to have here is an instance of you making a variety of
23     allegations against your husband regarding assaultive behavior,
24     recanting those allegations in what appear to be very clear and
11:45  25     specific terms and now telling us that -- and the jury and the

11:45   1   Judge that the recantation did not happen and the assault
        2   happened as recorded.  Is that a fair statement?
        3   A.  You ask me -- can you --
        4   Q.  I will try.
11:46   5   A.  Okay.
        6   Q.  What we have apparently is, in the first instance, you
        7   making a variety of allegations or, recorded in a variety of
        8   ways, allegations of your husband striking you and hitting you
        9   in the stomach, et cetera, correct?
11:46   10  A.  No one captured my whole story and I was pretty hysterical
        11  and crying and that's the result.
        12  Q.  All right.  So, it wasn't written down correctly in the
        13  first place.  You want us to understand that.  Is that right?
        14  A.  Couple of parts.  But when you're crying hysterically
11:46   15  because your husband gets taken, it's -- I don't know if they
        16  could understand me, to be honest.
        17  Q.  All right.  The statements that I read to you that Chief
        18  Diaz-Pelot remembered --
        19  A.  Those were the next day.
11:46   20  Q.  Yes.  Did you actually make those statements?
        21  A.  I probably did.  I said whatever I could to get him home.
        22  Q.  Understood.  Now, while you were in San Diego, you were
        23  seeing two counselors, correct?
        24  A.  Yes.
11:47   25  Q.  Could you turn to Bortz 225, please?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:47  1    A.  Yeah.  I'll catch up.

2    Q.  We're in no hurry.

3    A.  Okay.

4    Q.  We're going to be looking at the entry on 4-11-07.

11:47  5    A.  Okay.

6    Q.  And this is from one of the doctors that you have told us

7    that has diagnosed you with post-traumatic stress disorder,

8    correct?

9    A.  Yes.

11:48  10   Q.  Dr. Guest?

11   A.  Yes.

12   Q.  Or Diana Guest, MFT.  I guess she's not a doctor, but she's

13   a therapist?

14   A.  Right.

11:48  15   Q.  All right.  And as you will see, on April the 11th of 2007,

16   you went to see Dr. Guest.  You reported that you had a

17   difficult day with flashbacks and nausea and that you appeared

18   nervous, but there's no entry in Dr. Guest's records about the

19   incident that had taken place three days before.  Is there some

11:48  20   reason why apparently you did not report that incident to your

21   therapist, Ms. Guest?

22   A.  It's just -- I was there to deal with what happened in

23   Iraq, and I wasn't there for that.

24   Q.  All right.  Let's look at Bortz 226.

11:49  25   A.  Okay.

11:49  1   Q.  And these handwritten notes by your other treater in

2   San Diego, Nicole Dockter, which I'll be happy to show you the

3   complete records if you have any questions about that.

4          MR. McKINNEY:  And let's highlight everything down to

11:49  5   4-18-02, between 4-13 and 4-18-02.

6   BY MR. McKINNEY:

7   Q.  As you can see, this was a visit with Nicole Dockter on

8   April the 13th, 2007, five days after the assault in the

9   bowling alley.  Do you see that?

11:49  10  A.  Yes.

11  Q.  And you told the doctor -- or you told your therapist that

12  you had had an anxiety attack on Sunday?

13  A.  Uh-huh.

14  Q.  Now --

11:50  15         THE COURT:  You need to say "yes."

16  A.  Yes.

17  BY MR. McKINNEY:

18  Q.  You're aware that Sunday was actually the day that you had

19  had the domestic violence issue?

11:50  20  A.  Yes.

21  Q.  You went on to tell your therapist that Kallan had planned

22  something without telling you and that was your first time

23  apart.  Do you see that?

24  A.  Okay.  The other --

11:50  25  Q.  I'm just asking you right now, ma'am, if you see what is

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:50  1   written down there?

2   A.  I see it, yeah.

3   Q.  All right.  Now, if I may ask you, why would you tell your

4   therapist that your husband had planned something without

11:50  5   telling you and it was your first time apart for that reason

6   and that that produced an anxiety attack, why wouldn't you tell

7   your therapist, well, the truth?

8   A.  Kallan planned something without telling me; that was, he

9   planned on us going to the bowling alley.  And he was taken

11:51  10  away.  That was the first time that we had been apart over

11  there.  And actually had my mother fly in from Houston to -- I

12  had my mother fly in from Houston so that she could be there

13  for me because I always needed someone to be there.

14  Q.  Well, I understand that part.  But -- and thank you for

11:51  15  that.

16         But if we look at Nicole Dockter's records,

17  doesn't it appear that you were not discussing a domestic

18  violence incident and your husband being arrested, rather it

19  appears that your husband made some sort of plans to be by

11:52  20  himself on Sunday and that, therefore, you were separated from

21  him and this produced an anxiety attack?  Isn't that a fair

22  interpretation and construction of these records?

23  A.  She was pretty careful with not putting a lot of personal

24  matters in the records because she knew the consequence.

11:52  25  Q.  So, you think the doctor -- you're telling us you actually

11:52  1   told the doctor about the domestic violence incident but the

2   doctor did not record that accurately because --

3   A.  I told her a little bit.  I told her that Kallan had

4   planned something and we went to the bowling alley, we had an

11:52  5   altercation.  It's our first time apart right now.

6   Q.  All right.

7        MR. McKINNEY:  I'm about to change topics, your Honor.

8        THE COURT:  Is this a suitable time for a lunch break?

9   That's fine with me.  Let's try to be back here by 12:45.

11:53  10       Would all please rise for the jury.

11   *(Jury not present)*

12       THE COURT:  Please be seated.  You may step down.

13   Thank you.

14       We still have outstanding the issue of the State

11:53  15   Department report V98, and I hope you're not going to go into

16   it with her yet.

17       MR. McKINNEY:  Well, Judge, according to your

18   ruling --

19       THE COURT:  You have to redact a lot of information.

11:54  20       MR. McKINNEY:  -- we need to redact the references to

21   the grand jury.

22       THE COURT:  You have not done that yet?

23       MR. McKINNEY:  We have done that.

24       THE COURT:  Could we see a copy at some point then?

11:54  25       MS. HOLCOMBE:  Absolutely, your Honor.

11:54    1            MR. McKINNEY:  Judge, my intention with the witness is

2    to go into portions of the report; but at no time will any

3    reference to the grand jury be shown to the jury.

4            THE COURT:  Well, I will look at it.  We have some

11:54    5    other issues in this case, hearsay within hearsay.  But let me

6    look at the redacted report before we spend any more time on

7    this.  Anything further before we break?

8            MR. McKINNEY:  Judge, and I would like to move to put

9    Bortz 225 and 226 into evidence, please.

11:55    10            THE COURT:  Any objection?

11            MS. VORPAHL:  No objection.

12            MR. KELLY:  No objection, your Honor.

13            THE COURT:  Admitted.

14            MR. KELLY:  Well, I take that back.  As to 225, I

11:55    15    believe it needs to be redacted also.

16            MR. McKINNEY:  Is there a reference in there?

17            MR. KELLY:  Yeah.  I don't think you put it up on the

18    screen and so, I didn't need to get up; but I think there's a

19    reference to the grand jury in 225 --

11:55    20            THE COURT:  We both agreed that needs to come out.

21            MR. McKINNEY:  Judge, all of our exhibits are offered

22    subject to redaction, we understand that.

23            THE COURT:  All right.  Thank you very much.

24        *(Recess was taken from 11:55 a.m. to 12:36 p.m.)*

12:36    25        *(Jury not present)*

THE COURT:  Okay.  We're going to go back on the record.

There are three things to talk about.  One of the jury has sent a message that he would like to receive a list of all the witnesses to be called the next day, in advance, so they can keep track.

Secondly, I assume everybody has received -- Congressman Poe has filed a motion to quash the subpoena served on him.

MR. HEDGES:  We have not received the -- it's sitting back on the computers at the office.  What is the --

THE COURT:  It's not unexpected.  And they said they would be willing to appear before the Court if possible, and telephonically preferably.  Their arguments are there are no extraordinary circumstances that justify this extraordinary remedy.  The speech and debate clause of the U.S. Constitution is an absolute bar.  To the extent the subpoena seeks to compel testimony with respect to Congressman Poe's legislative activities, Congressman Poe is unlikely to have relevant firsthand admissible testimony.

I really think -- I understand why this was done.  And to the highest and best traditions of the bar, we want to make available evidence that can be useful.  But I would -- well, plaintiff can have its day in court, certainly.

What kinds of things do you intend to ask

12:44   1   Congressman Poe about?

2        MR. KELLY:  Actually, your Honor, if -- we were

3   notified -- this is kind of a related issue that may make that

4   Congressman Poe issue moot.

12:44   5        We were notified on Sunday morning by e-mail --

6   it was actually 9:40 Sunday morning.  We were -- we received an

7   e-mail from Patty Chapman, who was working in Congressman Poe's

8   office at the time of this event.

9        THE COURT:  Yes.

12:44   10        MR. KELLY:  What we had intended to call Congressman

11   Poe for was to testify that he, in fact, did dispatch the

12   Department of State to get Jamie out of the trailer.

13   Ms. Chapman has informed us as of yesterday that she, in fact,

14   is the person who did that.  I have an e-mail that will

12:45   15   indicate to the Court that we learned of her --

16        THE COURT:  If you're abandoning your request for

17   Congressman Poe's presence, that takes care of that one.

18        MR. KELLY:  If we can bring Patty Chapman, I have no

19   need for Congressman --

12:45   20        THE COURT:  I don't know whether we can bring her or

21   not.  But if you're --

22        Is she in Houston?

23        MR. KELLY:  She is in Houston, your Honor.

24        THE COURT:  That's fine with me to have her come

12:45   25   instead of Congressman Poe.  This is the -- this is what I

12:45   1   received from Congressman Poe.  You might hand that to -- okay.

2   Let's -- so, I'll grant his motion to quash.

3       MR. KELLY:  Yes, sir.

4       MS. VORPAHL:  Your Honor, so that you understand that

12:45   5   we're not agreeing that Patty Chapman is the right person to

6   come or -- I mean, her name has been in the file the entire

7   time.  They could have gone and talked to her.  It's clear what

8   her purpose is in coming here.

9            I just wanted to make sure that you understood

12:46   10  that.

11      THE COURT:  We'll have an argument about whether she

12  can testify and it's admissible and all that.

13      MS. VORPAHL:  All right.

14      THE COURT:  But for now, I just want to deal with

12:46   15  Congressman Poe.

16      MS. VORPAHL:  Very well.  I just didn't want our

17  silence to be in any way a token of our --

18      THE COURT:  Okay.  The next issue is we're looking at

19  whether we can use the criminal history, if any, of Mr. Bortz

12:46   20  against him.  There's no question that that's normally allowed

21  for mitigation of damages.  However, Texas law -- well, there's

22  an issue of law, first, as to whether his reputation is so bad

23  as to be libel-proof, which would entitle plaintiff to summary

24  judgment.  I haven't seen a motion enough to suggest he's

12:47   25  libel-proof.

12:47  1          Now, in terms of mitigating damages, Texas law

2    appears to provide that that kind of mitigation must be

3    pleaded -- or pled, as you prefer -- especially in an answer.

4    And I don't think we have special pleadings.  At least for now

12:47  5    I can't let it in because of that.

6          Now, I'm willing to be educated about this state

7    law issue on special pleadings.  But that looks like to be

8    the -- to be the linchpin.

9          Another thing about a legal libel-proof claim is

12:47  10    that doesn't go to the jury anyway.  That's a decision for the

11    judge.  And I've made my ruling.  I don't think he's

12    libel-proof; that is, his reputation is not so bad that he

13    couldn't show that his character has been attacked and his

14    reputation is diminished.

12:48  15          Okay.  I would like to get the jury back in here.

16    We can talk about these at the next break.

17          Are there interns here?

18          Oh, one more thing.  I don't want anybody -- we

19    had this again this morning.  I don't want anybody expressing

12:48  20    chagrin, surprise, dismay, dislike based on any of the

21    testimony.  We heard some of that this morning.  If you want to

22    stay in the courtroom, fine; but you must be poker-faced and

23    silent.  We don't want any "amens" or anything like that on

24    anyone's testimony.

12:49  25    *(Discussion off the record)*

12:49   1          MR. McKINNEY:  I'm getting ready to go into an

2     exhibit, Judge, that requires further redaction.  We have a

3     disagreement.

4          THE COURT:  We'll take that up at the next hearing.

12:49   5     We can't redact it right now, can we?

6          MR. McKINNEY:  Well, it's my next exhibit with this

7     witness.

8          THE COURT:  Okay.  What's the issue?

9          MR. McKINNEY:  It's a 412 issue, if I can approach.

12:49   10          I agree that the next sentence needs to be

11    redacted, but the one highlighted does not because it's not

12    sexual conduct.  It's an allegation of sexual harassment.

13          MS. MORRIS:  Which exhibit?

14          MR. McKINNEY:  Oh, gosh.  It's the psychosomatic

12:49   15    record.

16          MR. ESTEFAN:  What page of it, Andrew, are you on?

17          THE COURT:  You willing to redact the sentence that

18    begins "In addition"?

19          MR. McKINNEY:  Yes.  The second sentence regarding the

12:50   20    purported aggressor's friend should come out.  I agree with

21    that.  The following sentence, however, refers to sexual

22    harassment, not sexual conduct.

23          THE COURT:  That can come in.

24          Okay.  Now, I want the jury to come in, please.

12:50   25    Everybody stand.

12:50     1          *(Jury present)*

          2                  THE COURT:  Members of the jury, please be seated.

          3                  You may resume your inquiry.

          4                  MR. McKINNEY:  May it please the Court?

12:51     5      BY MR. McKINNEY:

          6      Q.  Ms. Jones, if we could go, please, to the -- well,

          7      actually, Ms. Jones, if you would please turn to page -- to

          8      B153 in your notebook, we're going to begin with a new topic.

          9                  And while you're looking, Ms. Jones, I was

12:51    10      informed over the noon hour that both of us are speaking rather

         11      softly, so I'm going to speak up.  I don't mean to be rude.

         12      And I ask that you try to elevate your voice as well.

         13      A.  Okay.

         14      Q.  All right.  Do you recall, Ms. Jones -- we're not ready to

12:52    15      put up B153 at this moment.

         16                  Do you recall in your direct examination this

         17      morning being asked about an episode of psychosomatic illness

         18      versus a possible viral syndrome by your attorney?

         19      A.  Yes.

12:52    20      Q.  And is Exhibit B153 the medical records that documents the

         21      possible viral syndrome versus psychosomatic illness?

         22      A.  That was the record that we were referring to.

         23      Q.  All right.  Now, can you tell the jury what your

         24      understanding of a psychosomatic illness is?

12:52    25      A.  Psychosomatic is -- it's often used when a doctor cannot

12:53  1  figure out a diagnosis for -- yeah.

2  Q.  Well, do you understand that "psychosomatic" means that the

3  condition is one that is being imagined or pretended by the

4  patient?

12:53  5  A.  It can mean that, yes.

6  Q.  Now, if we look at the first page --

7  MR. McKINNEY:  I would like to, at this point, your

8  Honor, move for the admission of B153, subject to the redaction

9  discussed off the record -- or outside the jury's presence.

12:53  10  MR. KELLY:  No objection, your Honor.

11  THE COURT:  Granted without objection.

12  MR. McKINNEY:  If you could, under "Hospital Course,"

13  which I believe is right there, highlight, please, the first

14  five lines.  And blow it up a little bit.

12:54  15  BY MR. McKINNEY:

16  Q.  As you can see here, Ms. Jones, you presented at the

17  hospital with a history of the following issues in your life:

18  Hypercholesterolemia, endometriosis.  And then for the last

19  several days you reported a history of fever, headache, neck

12:54  20  stiffness, photophobia, myalgias, and difficulty walking.  Do

21  you recall telling the doctor that those were the problems that

22  you were having?

23  A.  From what I remember, that's what I was having, yes.

24  Q.  All right.  Now, the balance of this paragraph here that's

12:54  25  not highlighted -- and we can read it in detail if necessary --

12:54  1   let me ask you:  Have you read the balance of this paragraph
       2   yourself?
       3   A.  I've read the whole document, yes, sir.
       4   Q.  All right.  Then you know that the doctors ran a whole lot
12:55  5   of different tests on you, including a lumbar puncture -- that
       6   is, an actual tap into your spinal fluid -- and found nothing
       7   wrong with you.  You know that?
       8   A.  It says possible viral syndrome, Mr. McKinney.
       9   Q.  Yes.  It says that at the top.  But if you look through all
12:55  10  of the testing -- and we can go through it line by line --
       11  every bit of it came up negative.  Do you agree or disagree
       12  with that, based on your review of the document?
       13  A.  Well, I had a 102 fever, but it did -- we did run some
       14  tests, and it didn't --
12:55  15  Q.  Actually, if we look in the middle of the page here
       16  regarding your fever, six lines up from the bottom of this
       17  paragraph, "The max during her hospital stay had been a
       18  hundred," referring to your temperature.  Do you see that?
       19  A.  If you look at the entire medical record, there is a graph,
12:56  20  and it goes up to 102.
       21  Q.  All right.  The next paragraph begins:  "At this point, the
       22  possibility of a psychosomatic manifestation of her multiple
       23  psychosocial stressors was considered."  And you understand
       24  that's because they couldn't find anything wrong with you other
12:56  25  than a low-grade fever?

12:56 1   A.  Yes, I understand.

2   Q.  And the record goes on to state that when you were

3   confronted -- well, let me read it directly.

4          "When posed to the patient, she adamantly denies

12:57 5   any relation to her multiple stressors, which will be described

6   below.  She was very resistant to my questioning in trying to

7   explore these areas and was seen on a social courtesy visit by

8   her usual psychologist, Dr. Robbie Burnett."

9          Now, as I understand it, Dr. Burnett is a woman?

12:57 10  A.  Yes.

11  Q.  And she was a psychologist that you were seeing at the

12  time?

13  A.  Yes.

14  Q.  And as I recall from your pretrial testimony, you would

12:57 15  either see Dr. Burnett by yourself or with your father?

16  A.  Yes.

17  Q.  And Dr. Burnett came out to the hospital to meet with your

18  physician regarding this stay because of your rather alarming

19  symptoms.  Is that not so?

12:57 20  A.  Yes.

21  Q.  The report goes on to say:  "Dr. Burnett evaluated the

22  patient on August the 18th and felt that she was not a risk to

23  herself or others and that she was safe for discharge from a

24  psychological standpoint.  This having been said, Dr. Burnett

12:58 25  reports that the patient has numerous psychosocial stressors,

12:58  1    including having a difficult relationship with both of her

2    parents."

3              And this may become relevant as the case

4    progresses, Ms. Jones.  Were you having, back in August of

12:58  5    2002, a difficult relationship with both of your parents?

6    A.   They went through a divorce and I don't know what our

7    relationship standing was like then, but I'm extremely close to

8    both parents and I have been throughout my life.  So, we -- I

9    mean, every child has rough patches with their parents.

12:59  10   Q.   All right.  Well, let's see what Dr. Burnett here reports

11   to the doctor.  "Her mother herself may have some psychiatric

12   illness, even some features suggestive of Munchausen's

13   syndrome."  Do you know what Munchausen syndrome is?

14   A.   I do, and I totally disagree with that.  My parents were at

12:59  15   this hospital visit and they had been through divorce within

16   the past couple of years and they were fighting with each other

17   in front of the doctor and the doctor documented some things.

18             And my dad outlashes at my mom and said that when

19   I stay at my mother's house, sometimes I come back sick.  So,

12:59  20   he makes an allegation that my mother might be poisoning me;

21   but my mother was far from that.  She was a stay-at-home

22   mother.  She took me to the -- on drill team things and she was

23   the head of the Girl Scout leader and everything else.  So, I

24   take issue with some things that are documented in this record.

01:00  25             THE COURT:  Does the jury all understand

01:00  1  "Munchausen's"?  Maybe some of you don't.  That's a disease

2  that was diagnosed not too many decades ago.  It refers to a

3  mother who seeks to sicken a child in order to generate

4  sympathy for her, the mother.

01:00  5  BY McKINNEY:

6  Q.  Ms. Jones, I appreciate everything you just said; but you

7  understand that this is information that is being imparted to

8  your treating physician, Dr. Susan Jackson -- Susan Lackson, by

9  your psychologist, Dr. Robbie Burnett.  You understand that, do

01:00  10  you not?

11      MR. KELLY:  Your Honor, I would like to object.  He's

12  testifying, and this is actually patently hearsay because we

13  don't even have a diagnosis from the mom.  And he's testifying

14  about that hearsay.

01:01  15      MR. McKINNEY:  I'm actually just -- well --

16      THE COURT:  Okay.  Do you know whether the information

17  to which Mr. McKinney refers was, in fact, given to your

18  treating physician, Dr. Lackson?

19      THE WITNESS:  A lot of things in this record are

01:01  20  completely erroneous, and I believe that she maybe got me

21  confused with someone else or she was an older lady --

22      THE COURT:  I'm not doubting that at all and maybe

23  this point cuts in your favor, but do you know whether

24  Dr. Lackson, in fact, conveyed the information to Dr. Burnett?

01:01  25      MR. McKINNEY:  It's just the opposite, Judge, and

01:01  1    that's exactly what the report recites but --

2          THE COURT:  Just a second.  Just a second.  I'm sorry.

3    It is, yeah, to Dr. Lackson by Dr. Burnett.  I'm sorry.

4    BY McKINNEY:

01:01  5    Q.  Let me see if I can shorten this.  Ms. Jones.  If you will,

6    turn back to the very last sentence of the first page --

7    A.  Okay.

8    Q.  -- very bottom sentence.  You will see where the sentence

9    begins, quote, "This having been said, Dr. Burnett reports that

01:02  10   the patient has numerous psychosocial stressors, including,"

11   et cetera, et cetera, what we've already read?

12   A.  I have a question.  If Dr. Lackson wrote the report,

13   doesn't that make her the one that's writing all of this?

14   Or --

01:02  15          THE COURT:  Well, that's a slightly different

16   question.  We can talk about whether it was her own hand that

17   wrote her report.

18          THE WITNESS:  It looks like it.

19          MR. McKINNEY:  It's actually -- the report is signed

01:02  20   by Dr. Lackson, who, according to the report, was receiving

21   information from Dr. Burnett --

22          THE COURT:  That's what he's asking about.  Do you

23   know yourself whether that was -- in fact, that report was

24   conveyed to another doctor?

01:02  25          THE WITNESS:  I don't know.

01:03   1                    THE COURT:  Okay.

2       BY McKINNEY:

3       Q.  Were you present when Dr. Burnett and Dr. Lackson spoke?

4       A.  No.

01:03   5       Q.  All right.  So, after the part about Munchausen's syndrome,

6       Dr. Lackson notes further information as follows, quote:  "Her

7       father is reported to be an alcoholic, and they went through a

8       bitter divorce several years ago.  In addition, the patient is

9       changing schools to remove herself from a difficult situation."

01:03   10                   Now, you agree with me that in order for

11      Dr. Burnett to present that information to Dr. Lackson, that

12      information would have to come from somewhere, either you or

13      one of your family members?

14      A.  My family was fighting in front of the doctors, and they

01:03   15      got a lot of their information from them fighting amongst each

16      other.  And, I mean, my parents hate each other.  My dad had an

17      affair; and, you know, he was trying to get back at my mom just

18      for whatever reason.  And he was trying to accuse her of having

19      Munchausen's; and she probably tried to accuse him of being an

01:04   20      alcoholic, which he's not.

21      Q.  All right.  We drop down several lines.  It states that you

22      had been working as a waitress and apparently had suffered

23      sexual harassment there resulting in the firing of your boss.

24      And, again, isn't that the kind of information that could only

01:04   25      come from you in order to wind up in this report?

A.   I'm still friends with this boss.   And he could come in here and testify today that this never happened.

Q.   Okay.

A.   And he works -- he worked at Pasta Company, and now he works at Taco Cabana on Loop 336.   And that's why I am saying that a lot of this information is erroneous.   I don't know where it came from.   This did not come from me, and I don't even know what to say about it because it's not true, so --

Q.   Okay.   So, just to finish with this one part and then we'll move on.   Although apparently it has been reported to your physician that you were sexually harassed by your boss, in fact, the truth is just the opposite, you were not sexually harassed by your boss; your boss remains your friend to this very day.

A.   Yes.

Q.   Fair statement?

A.   Yes.

Q.   Pardon me?

A.   Yes.

Q.   Okay.   All right.   Let's drop down to the next paragraph because this is the part where they're actually talking about you and observations of you in the hospital.

A.   Okay.

Q.   Okay?

         MR. McKINNEY:   Let's go ahead and highlight this

01:06  1  paragraph.

2  BY MR. McKINNEY:

3  Q.  It states here that:  "The patient was seen by physical

4  therapy during her hospital stay and improved in terms of her

01:06  5  endurance and her ability to walk.  Her exam findings were

6  inconsistent, however, at times with sudden weakness,

7  questionable ataxia and a scissoring gait, which was reported

8  to be voluntary per the physical therapist."  And you and I

9  discussed this in your deposition, as you will recall?

01:06  10  A.  Yes.

11  Q.  And you understood then and you understood now that your

12  physical therapist -- or the physical therapist that you were

13  seeing at the hospital was essentially reporting that you were

14  pretending or faking some symptoms.  You understand that?

01:07  15  A.  Yeah.  But once that seed has been planted, people start

16  thinking that that's what's going on.  And I did -- I can't --

17  I went in to the doctor with 102 fever, and I don't agree with

18  a lot of this stuff.  So --

19  Q.  I understand.  And we're going to kind of round this out in

01:07  20  just a minute and move on to another record and then we'll talk

21  about Mr. Iler and your time in Iraq.  But right now these --

22  we're going over events in your life to see how you see them

23  and others see these same events.

24       And your testimony is that this physical

01:07  25  therapist inaccurately reported what he saw or she saw you do

01:07 1   because this physical therapist had been influenced in some

2   form or fashion by one or both of your parents.  Is that what

3   you are telling us?

4   A.  I'm not saying that.  I mean, the physical therapist

01:08 5   probably really thought I was faking it.  But I wasn't faking

6   it because I had a hundred degree fever.  And --

7   Q.  Let's go to the next entry then.  "In addition, on the day

8   of her discharge, the patient's nurse observed her walking from

9   the bathroom unassisted until Jamie saw her nurse, at which

01:08 10   point she began to stagger and grab for the walls.  This

11   further suggests that her neurologic symptoms are, in fact,

12   voluntary or psychosomatic in nature."

13           Now, let's focus on the part where the nurse

14   reports to the doctor that she sees you walking in a perfectly

01:08 15   normal fashion and then when you notice that you are being

16   observed by the nurse, you staggered and grabbed for the walls.

17   Did that happen?

18   A.  She never confronted me about this or brought this to my

19   attention --

01:09 20   Q.  Understood.

21   A.  -- but -- no.

22   Q.  I'm simply asking did that happen, did you, in fact --

23   A.  I don't remember anything like that.

24   Q.  All right.  Do you think the nurse reported inaccurately

01:09 25   what she --

01:09   1   A.   This may have been just a misunderstanding.   I mean --

2   Q.   All right.

3   A.   Maybe I got weak.   I mean, there could be a lot of

4   explanations for that.

01:09   5   Q.   Okay.

6   A.   But she never brought it up to my attention.   And also, I

7   never have seen this document until I filed the lawsuit.   So --

8   Q.   Finally, the doctor notes -- and this is the next

9   paragraph -- "It should be mentioned that the patient's

01:09   10   neurologic exam is inconsistent.   She has complained of the

11   above-mentioned symptoms as well as numbness in the middle of

12   her tongue, shaking at times, parenthesis, (she did have a

13   dystonic reaction to Phenergan which has subsequently

14   resolved), close parenthesis, and left-sided weakness.   But on

01:10   15   exam, she has normal strength, which gives way voluntarily."

16   You understand that the physician here is noting

17   that you would voluntarily go weak or go limp when he was

18   testing your strength as a part of a neurological exam?

19   A.   Yes.

01:10   20   Q.   And again, the physician perceived that you were causing

21   your symptoms rather than actually having the symptoms.   You

22   see that?

23   A.   I think that my parents were acting so crazy in front of

24   them that they -- the seed was planted.   But -- I mean, they

01:11   25   still said that it could still be viral.   It said viral versus

01:11  1   psychosomatic.

2   Q.  You understand that the doctor -- both a doctor, a nurse,

3   and a physical therapist, three separate adults, all made

4   separate observations about you?

01:11  5   A.  Yes.

6   Q.  That underscored the doctor's concern about your having a

7   psychosomatic issue rather than an actual issue?

8   A.  But they didn't rule out an actual issue, Mr. McKinney.

9   Q.  Are you quite sure about that?

01:11  10   A.  It said, "Possible viral symptom versus psychosomatic

11   illness."

12   Q.  In the interest of time, we'll let the jury, when they

13   deliberate, read all of the negative findings on your testing

14   in Exhibit B153.

01:12  15           THE COURT:  Okay.  Now, now, now --

16           MR. KELLY:  Your Honor.

17           THE COURT:  You're testifying.  You're testifying.

18   The question is stricken.

19           MR. McKINNEY:  Understood.

01:12  20   BY McKINNEY:

21   Q.  Now, let me change subjects with you just briefly.  I want

22   to nail something down that I believe you said in your direct

23   testimony last week; and that is, that in order to get away

24   from Mr. Iler, you got transferred to the operations department

01:12  25   there at KBR.  Is that correct?

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

01:12  1   A.  Yes.

2   Q.  And that would have been some time in March or April of

3   2005.  Is that correct?

4   A.  I think it would have been after March.

01:12  5   Q.  All right.  Of 2005?

6   A.  Yes.

7         MR. McKINNEY:  Excuse me.  I need to get one more

8   exhibit.

9         THE COURT:  All right.

01:13  10   BY McKINNEY:

11   Q.  I'm now going to ask you about a hospital admission in

12   September of 2004 in which you were reporting blacking out.

13   A.  Oh, okay.

14   Q.  All right?  And that would be Exhibit B164, if you care to

01:13  15   look at it.

16   A.  Okay.

17   Q.  Are you there?

18   A.  Yes, sir, I am.

19   Q.  Now, generally do you recall reporting to your physicians

01:14  20   at the time, September of 2004 -- and you might want to look at

21   the third page of Exhibit B164 -- that for the last two months,

22   your headaches were becoming more frequent with increased

23   severity two to three times a week and on three occasions,

24   headaches were followed by blurry vision, after which time you

01:14  25   blacked out and passed out?  Do you recall reporting that to

01:14  1  your doctors back in September of 2004?

2  A.  Yes.

3  Q.  And, in fact, were you having blackouts back in 2004?

4  A.  I went to the doctor to rule out a seizure disorder.

01:15  5  Q.  Yes, ma'am.  The question is:  Were you, in fact, having

6  blackout periods during -- in September of 2004?

7  A.  Let's see.  In September of 2004, I was working at

8  operations and I would get really tired and oftentimes I would

9  fall asleep and that's not like me.  So, I went to the doctor

01:15  10  to see if I was just passing out or blacking out.

11  Q.  Well, if you'll recall, I began this line of questioning by

12  confirming with you that you transferred to operations actually

13  after March of 2005.

14  A.  Okay.

01:16  15  Q.  And this is September of 2004, well before you transferred

16  to operations.

17  A.  Trying to remember.  I was also working a lot of nights.

18  Eric Iler would keep me late at night oftentimes, and that

19  would make me very tired.  So, if it wasn't the night shift, it

01:16  20  was all those hours after work that he would make me stay and I

21  remember being really tired and that's why I wanted to go see

22  if there was something secondary going on.

23  Q.  Well, again, if we look at the third page of B164 --

24  A.  I only have two pages.

01:17  25  Q.  I have it as a four-page document.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:17    1    A.  Oh, wait.  Maybe -- okay.  Never mind.  I'm sorry.  My

         2    mistake.

         3    Q.  Can you get to the -- how many pages do you have there?

         4    A.  Four now.

01:17    5    Q.  All right.  If you'll look at the third page --

         6    A.  Okay.

         7    Q.  -- we talked about this just a moment ago.

         8    A.  Okay.

         9    Q.  Where there's the history of your present illness, do you

01:17   10    see that in the middle of the page?

        11    A.  Past medical history?

        12    Q.  History of present illness right --

        13    A.  Oh, yes.  Okay.  I see it.

        14    Q.  Now, if we were to read all of that in detail for our jury,

01:17   15    we wouldn't find any reference to you working late at the

        16    office, would we?  Go ahead and read it to yourself and feel

        17    free to tell me if there's a reference there to you working

        18    late at the office.

        19    A.  There wasn't one.  I don't even know if I talked about

01:17   20    that.

        21    Q.  And instead, we have very specific descriptions of you

        22    having headaches followed by blurry vision, then blacking out

        23    and passing out and not being able to remember the event.

        24    That's what the doctor wrote down that you reported?

01:18   25    A.  Right.

01:18  1    Q.  Now, is it, in fact, true that in September of 2004 that
       2    you were having periods where you would black out and have no
       3    memory?
       4                I'm not talking about falling asleep.  I'm
01:18  5    talking about actually blacking out, as it says here in the
       6    record, and having no memory.
       7    A.  I didn't know what was going on.  I mean, I was even
       8    driving and hit the side of the wall and don't remember hitting
       9    the side of the wall because I either fell asleep or blacked
01:19 10    out.  So, that's why I went to the doctor and tried to figure
      11    it out.
      12    Q.  All right.  So, let's move on then --
      13    A.  Okay.
      14    Q.  -- to Eric Iler.  And in that connection, let me see if I
01:19 15    understand that situation.  Sometime -- do I understand
      16    correctly that sometime in August or September of 2004, Eric
      17    Iler learned that you and your boyfriend had broken up?
      18    A.  We broke up in July.
      19    Q.  And sometime after that, did Mr. Iler then begin to come on
01:20 20    to you?
      21    A.  Right.
      22    Q.  And was that in August or September?
      23    A.  I don't remember the month.  It was after July.
      24    Q.  Okay.  Now, do you recall telling us in your deposition
01:20 25    that it could have been August or September or October, you

01:20    1    really didn't remember?

         2    A.  Right, I did tell you that.

         3    Q.  Do I understand that the nature of your relationship with

         4    Mr. Iler was that he required you to pretend to be his

01:20    5    girlfriend?

         6    A.  No, that's not exactly right.  He required me to have sex

         7    with him and everything else and then that made me have to

         8    pretend.  It was a quid pro quo.

         9    Q.  Okay.  And we're going to get to all of the details.

01:21   10    A.  I had to play the part.

        11    Q.  That's what I am asking.  You were instructed or compelled

        12    or coerced, according to your testimony, by Mr. Iler to play

        13    the part of his girlfriend, including all of the sex that we

        14    won't talk about too much hopefully in too much detail.  But

01:21   15    that's what the situation was, correct; that is, compelled to

        16    play the part of his girlfriend?

        17    A.  Yeah.

        18    Q.  And you'll need to speak up --

        19    A.  Yes.

01:21   20    Q.  -- Ms. Jones.

        21            And so, every day for some number of months, you

        22    had to play the role of Eric Iler -- the unwilling role of Eric

        23    Iler's girlfriend?

        24    A.  Yes.

01:22   25    Q.  And you don't know whether that started in August or

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

01:22   1   whether that started in September or whether that started in

2   October?

3   A.   The thing was that it was pretty quickly after he found out

4   that I did not have a boyfriend anymore, things would escalate.

01:22   5   He would take me to a dinner or -- I mean, he molded the

6   situation.

7   Q.   Yes, ma'am.   And I understand that.   Excuse me.   Let me get

8   a drink.

9            I'm actually trying to nail down our date

01:22   10   parameters at this point so that the jury can understand how

11   long you were required to pretend to be Eric Iler's girlfriend.

12   A.   Well, clearly by October some sex was involved.

13   Q.   But it started off without sex, correct?

14   A.   Right.

01:22   15   Q.   He would simply take you to lunch or force you to go to

16   lunch or force you to go to dinner and that started sometime

17   before October, did it not?

18   A.   Well, yeah.   And at first it would be like, Oh, well, we

19   worked all day.   We're both hungry.   Let's go have a bite to

01:23   20   eat, things like that.   And then it became very unwanted when

21   it got past a certain point.

22   Q.   And again, so that we have our dates down, you told us in

23   your deposition that Mr. Iler and you first had sexual

24   intercourse in December around Christmas time.   Is that

01:23   25   correct?

A.  I think that we had some kind of sexual activity definitely
in October.

Q.  Yes, ma'am.  And you told us that, too.  And the specific
question I'm asking pertains to sexual intercourse.  And did
you not tell us in your deposition that you had -- the first
time you had sexual intercourse with Eric Iler was in December,
sometime around Christmas?

A.  I'm really bad with dates.  So, I'm going to disclose that
I'm really horrible with dates.  It's going to be really hard
to nail down certain dates with me just because this was years
ago.

Q.  Understood.  Let me get my notes I seem to have misplaced.
That's why I brought a second set.

A.  Okay.

        MR. McKINNEY:  If we could look at, please, Ms. Jones'
deposition at -- just a second.

BY MR. McKINNEY:

Q.  I hate it when this happens.

A.  No problem.  Take your time.

Q.  Well, I'll try to find it in my notes when we're not taking
up the jury's time.

A.  Okay.

Q.  If there is deposition testimony to the effect that the
relationship with Mr. Iler began sexually sometime in September
or October but did not progress to sexual intercourse until

01:25  1    December in the Christmastime frame, would our jury be entitled

2    to rely on the accuracy of that testimony?

3    A.  I'm trying to remember the dates.  The dates is really

4    hard.  September and October -- that was -- let's see.

01:26  5    Q.  Actually, I think I've found it.

6    A.  Okay.

7    Q.  Let's go to --

8    A.  Also, throughout my deposition I wasn't real sure on the

9    date.  But I know probably around September or October there

01:26  10   was things that would make us derobe.  But probably November,

11   December-ish is when actual intercourse started.

12   Q.  All right.  And I think if we look at Page 296 of your

13   deposition --

14   A.  Okay.

01:27  15   Q.  -- it's the second volume of your deposition.  Sorry.  286.

16          MR. McKINNEY:  Your Honor, I can approach or I can put

17   it up on the screen.

18          THE COURT:  Put it on the screen, please.

19          MR. McKINNEY:  Can we put up Page 286, Line 20?

01:27  20          THE COURT:  This is an exhibit that's already been

21   admitted.

22          MR. McKINNEY:  It's her testimony from her deposition.

23             I'm far more technologically challenged than

24   anyone in the room.

01:28  25          THE COURT:  You're in good company.

BY McKINNEY:

Q.  You can see where I've highlighted the portion:  "I believe that you've testified that you first had intercourse with Eric Iler in December of 2004.  Is that correct?"

MR. KELLY:  Your Honor, that's not her testimony. That's the question.

MR. McKINNEY:  Yes.  Sorry, that's the question.

MR. KELLY:  Mischaracterizes the --

MR. McKINNEY:  No, that's correct, that is the question.  My mistake.

BY MR. McKINNEY:

Q.  Your answer at Page 287, Line 1:  "I think actual vaginal intercourse.  I think that's about the -- about the time."

And then as we can see on down, so the question was asked:  "So, you really don't know when you first engaged in some sort of sexual activity with Eric Iler?"

Your answer was:  "I just thought it to be around Christmas time frame."

And then the question is:  "That you first engaged in sexual activity with Eric Iler?"

And your answer:  "No, sexual intercourse."

Now, is that reliable testimony that we can all depend on as we evaluate this case?

A.  And also, the -- if you further read -- if you read the whole thing, then, yes.

01:29  1    Q.  Yes, exactly.  And sometimes --

2    A.  Which means in September or October --

3    Q.  There were other types?

4    A.  -- other types of sexual activity, yes.

01:30  5    Q.  Yes.  Understood.

6            THE COURT:  Just to be complete, you also noted at the

7    time that you were very bad with times and dates.

8            THE WITNESS:  I'm very bad with times and dates.

9            THE COURT:  You said that as part of your testimony.

01:30  10           THE WITNESS:  I mean, it's been an ongoing problem

11   with me.  I just cannot remember times and dates very well.

12   BY McKINNEY:

13   Q.  Now, again, so that we have our time frames down, the deer

14   hunt that you told us about where, according to you, some

01:30  15   pretty horrible things happened, that was in right around

16   January the 1st of 2005?

17   A.  I think it was in February.

18   Q.  All right.  Because of the transmittal letter or the

19   transmittal e-mails?

01:30  20   A.  I'm pretty sure it was February.

21   Q.  All right.  Did you testify in your direct examination that

22   the deer hunt was canceled or called off after a day because

23   Eric's father became very sick and actually passed away the

24   following week?

01:31  25   A.  That was not in my testimony.  That must have been Eric

01:31   1    Iler's.

2    Q.  All right.  Did you testify on your direct testimony that

3    the deer hunting trip was -- only lasted one night and one day?

4    A.  I don't remember what I said, but I think it lasted a night

01:31   5    and a full day; and then when I went home is when I sent those

6    pictures.

7    Q.  All right.  How many deer hunts did you go on with

8    Mr. Iler?

9    A.  I think just the one.

01:31   10   Q.  Okay.  Are you sure about that?

11   A.  Pretty sure.

12   Q.  Okay.  Let's now go to Exhibit B2.

13   A.  Okay.

14   Q.  Actually B3, please look at that one first.

01:32   15   A.  Where are we at?  What tab?

16   Q.  That will be Bortz Exhibit 3.

17   A.  Oh, okay.

18   Q.  Are you there?

19   A.  I am.

01:33   20   Q.  Do you recognize Bortz Exhibit 3 as a document that

21   purports to be an e-mail reminder to yourself?

22   A.  Yes.

23        MR. McKINNEY:  Your Honor, I move for the admission of

24   Bortz 3.

01:33   25        MR. KELLY:  No objection.

01:33   1          THE COURT:  Admitted without objection.

2          MR. McKINNEY:  And while we're on the subject, I also

3   move for the admission of Bortz 2.  It's the e-mail right

4   before that one.

01:33   5          MR. KELLY:  Also no objection, your Honor.

6          THE COURT:  Admitted without objection.

7   BY McKINNEY:

8   Q.  We talked about these e-mails in your deposition?

9   A.  Yes.

01:33   10   Q.  And you told us then that you had no recollection of

11   preparing either one of these e-mail reminders to yourself?

12   A.  Right.  But that doesn't mean that I didn't.  And I had to

13   play the part.  It's not like I'm going to remember Eric Iler's

14   birthday.  I could care less about it being in my memory

01:34   15   because he wasn't an actual boyfriend.  So, I had to set

16   reminders.

17          And if I didn't play the part, I would be fired.

18   My job was held above my head.  I had more than me to think

19   about.  I had to think about my mother and everything else.

01:34   20   Q.  What was your mother's circumstances?  You mentioned your

21   mother's ill health several times now.  What was going on with

22   your mother back in August, September, October of 2004 that was

23   of concern to you?

24   A.  I'm not good with dates; but she had a lot of difficulties

01:34   25   in and around this time frame and that would be she was obese,

01:34   1   she had horrible diabetes, she had to get lots of treatment for

2   that.  She had a gastric bypass, which, in turn, led to a

3   life-threatening abscess and an intestinal leak.  And she's had

4   to have a couple of surgeries since her gastric bypass to try

01:35   5   to resolve those issues.

6           So, she was super sick.  She had -- she was in

7   and out of the hospital.  I would -- oftentimes I would drive

8   from work straight to the hospital and stay with her at night

9   at the hospital and then wake up from the hospital and drive

01:35   10   back to work.

11   Q.  Well, if I may, Ms. Jones, is it your testimony here today

12   that in the fall of 2004 -- and I realize you're bad with

13   dates -- but in the fall of 2004, you were under significant

14   financial duress as a result of your mother's ill health?

01:35   15   A.  I don't remember when she got the gastric bypass, but

16   that's when more financial duress was.  However, we were under

17   quite a bit of financial duress before because she was -- had

18   really bad complications with diabetes and we were living

19   together in a really small home and she had to take an FMLA.

01:36   20           THE COURT:  Ladies and gentlemen, FMLA, as you may

21   have experienced, is a Family Medical Leave Act.  It allows

22   for, under certain conditions, employees to take leave from

23   their employer without jeopardizing their employment.

24   BY McKINNEY:

01:36   25   Q.  Your mother had her gastric bypass surgery in February of

01:36   1    2005, correct?

2    A.  If that's from her deposition that -- she would know.  But

3    before her gastric bypass, she had a whole lot of medical

4    issues, which led her to do something that drastic.  And I had

01:36   5    to help her with all those medical issues.

6    Q.  All right.  I don't want to belabor this point, Ms. Jones;

7    but for a year or so up until July, you lived away from home,

8    correct?

9    A.  Up until around July.

01:37   10   Q.  All right.

11   A.  And when I broke up with my boyfriend and moved in with my

12   mom, that's when I really started to figure it out.

13   Q.  And about that time, July, August, September, somewhere in

14   there, at a time when you're saying that you were under

01:37   15   significant financial duress, you bought a new Jaguar --

16   A.  The Jaguar was not very expensive.

17   Q.  -- true?

18   A.  And I needed a car for -- a decent working car, and it was

19   the bottom-of-the-line stick shift Jaguar.

01:37   20   Q.  All right.  And another expense, discretionary expense,

21   that you incurred in November of 2004 at a time when you have

22   told us that you were under extreme financial duress was your

23   breast augmentation surgery.  That was not inexpensive, was it?

24   A.  I took out a loan, and I had to make payments on that.  And

01:38   25   that was something that Eric Iler kept wanting me to do.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:38  1   Q.   Eric Iler wanted you to get your implants?

       2   A.   Yes.

       3   Q.   All right.  More about that perhaps later.

       4            MR. McKINNEY:  Let's put Bortz Exhibit 3 up on the

01:38  5   screen, please.

       6   BY McKINNEY:

       7   Q.   So, here we see on Tuesday, August the 10th, you have sent

       8   an e-mail reminder to yourself in capital letters with three

       9   exclamation marks reminding you that Eric's birthday is on the

01:38 10   20th.  That's what we see here on this piece of paper.  Is that

      11   not true?

      12   A.   Right.

      13   Q.   And did Mr. Iler require you to write this e-mail reminder

      14   to yourself and print it out and show it to him as part of

01:39 15   pretending to be his girlfriend?

      16   A.   Mr. McKinney, you know that's not the case.  You know that

      17   he was coercing me into this relationship and I had to do

      18   things to keep my job.  I had to play the part and I -- if he

      19   was my actual boyfriend, I would remember his birthday.  I --

01:39 20   it wasn't something that I cared to remember.

      21            And so, I had to send reminders to myself.  And

      22   if I failed to do something, it was held over my head.  He was

      23   treating me in the worst possible way.  I don't know -- I don't

      24   know your background, Mr. McKinney; but the things that I had

01:39 25   to do to keep my job, I hate myself for.  And I hate what he

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:39   1   did to me.  And if I could take all this back, be somewhere

        2   else and this not be my reality, I would.

        3   Q.  Ms. Jones, you're right, you don't know me.  And if you

        4   did, you probably wouldn't say what you just said.  That's

01:40   5   beside the point.

        6               What we're talking about, Ms. Jones -- and I'm

        7   sorry to put you through this, but it's necessitated by the

        8   lawsuit that you filed.

        9   A.  I understand.

01:40  10   Q.  (Continuing) -- is we're going to talk about --

       11   A.  And I respect your position.

       12   Q.  We're going to talk about e-mails that you wrote and that

       13   your mother wrote -- and we'll be talking about those very

       14   shortly -- at the time that, you would agree with me, are

01:40  15   subject to multiple interpretations, one of which is your

       16   relationship with Eric Iler was purely consensual?

       17   A.  It absolutely was not.

       18   Q.  But it is subject -- these documents -- you will agree with

       19   me these documents are consistent with --

01:41  20   A.  This right here is not --

       21   Q.  -- a consensual relationship?

       22   A.  -- is not consistent with it.  If he was my actual

       23   boyfriend, I would remember his birthday.

       24               THE COURT:  Let's move on.  Let's move on.

01:41  25   BY McKINNEY:

01:41   1   Q.  Exhibit B2 is an e-mail reminder to yourself all in caps,

2   exclamation mark, to buy Eric a present?

3   A.  Yes, it is.

4   Q.  It's a fair interpretation of Bortz Exhibit 2 that at the

01:41   5   time you were doing exactly what this e-mail appears to say,

6   reminding yourself to get a present for Eric Iler, correct?

7   A.  A reminder.

8   Q.  Now, let's go to some e-mails between you and your mother,

9   Bortz Exhibit 7.  And we'll start at the bottom -- or at the

01:42   10   beginning of the e-mail string, which is the last page of Bortz

11   Exhibit 7.

12        MR. McKINNEY:  And I move for the admission of Bortz

13   Exhibit 7.

14        MS. VORPAHL:  No objection.

01:42   15        MR. KELLY:  Let me see what it is, first.

16        No objection, your Honor.

17   *(Sotto voce discussion between plaintiffs' and defense*

18   *counsel)*

19   BY McKINNEY:

01:42   20   Q.  Let's go to the last page, please, of Bortz 7, the

21   beginning of the e-mail string.  At the very bottom, you can

22   see that there is an e-mail original message from

23   CindyJones@coair.com.  Do you see that?

24   A.  Yes.

01:43   25   Q.  Cindy Jones would be your mother, correct?

01:43   1    A.  Right.

2    Q.  Who's name is now Breanna Morgan?

3    A.  Yes.

4    Q.  And it appears that -- and Ms. -- what we see here is that

01:43   5    your mother is forwarding some pictures to you from a tsunami

6    back in 2005 to your address at LOGCAP III, correct?

7    A.  Right.

8    Q.  And then above, right up here, we see a response back to

9    your mother and the response says:  "Hey, I was assigned to

01:44   10   check Eric's voice mail while he is out; and there was a

11   message from his ex on there.  It was like, 'Hey, Eric, I've

12   been trying to call you.  I don't know why you're not answering

13   me.  I didn't expect you to be at work anyways'.  And that's

14   all she said.  I know it was his ex because the answering

01:44   15   machine states the caller's name for you.  And it said Jennifer

16   Royal."

17                And if we turn the page and look at the bottom,

18   we'll see that that e-mail was sent by you to your mother on

19   Wednesday, January the 5th, 2005, at 1:16 p.m.

01:45   20                Now, do you actually have any memory whatsoever

21   of this e-mail chain?

22   A.  No.

23   Q.  All right.  And that's what you told us in your deposition,

24   correct?

01:45   25   A.  Right.  However, this is at a time when my mother didn't

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:45  1   know -- I didn't want to burden her with what was going on at

2   work.

3   Q.  So, your mother did not know about your relationship with

4   Eric Iler at this point?

01:45  5   A.  She knew that there was one, but she didn't know that it

6   was a quid pro quo and I don't even -- she knew about it when I

7   was hospitalized for HPV.

8   Q.  You and your mother were close?

9   A.  Yes.

01:45  10   Q.  And you lived together?

11   A.  Yes.

12   Q.  Shared a one-bedroom apartment?

13   A.  Right.

14   Q.  Every day you were living with the pressure and the burden

01:46  15   of pretending to be Eric Iler's girlfriend, did you pretend to

16   be his girlfriend around your mother as well?

17   A.  I don't think that she met him until I was hospitalized

18   with the herpes outbreak.

19   Q.  Yes, ma'am.  That was actually not the question.

01:46  20          At this point -- we're talking January the 5th of

21   2005 -- you have made a number of overnight trips to Eric's

22   home in Liberty, Texas, have you not?

23   A.  Yes.

24   Q.  Your mother knew where you were going because you would

01:46  25   tell her, correct?

01:46  1   A.  She didn't know his age.  She didn't know a lot.  I

2   disclosed it from her because she had a lot of health issues;

3   and if she knew what her daughter was doing to help her pay for

4   medical bills, I don't know what she would have done.

01:47  5   Q.  All right.  Now, that actually was not the question,

6   either.  At this point in time your mother knows that you have

7   made a number of overnight trips to Liberty, Texas, to be with

8   Eric Iler, correct?

9   A.  I don't know if she knew where I was going.  I don't know

01:47  10   if I disclosed that to her.

11   Q.  All right.  Well, did she knew that you were going out with

12   Eric Iler?

13   A.  She knew that, yeah.

14   Q.  All right.  And did she, like mother's often do, ask you

01:47  15   about your boyfriend, what does he do?

16   A.  I would never talk about it.

17   Q.  You would never talk about it?

18   A.  No.

19   Q.  Okay.  So, your mother might ask you, but you wouldn't

01:47  20   respond?

21   A.  Right.

22   Q.  All right.  So, what we see after the portion we just read,

23   your -- your mother's response is:  "That tells you

24   something" --

01:48  25          MR. McKINNEY:  Highlight this part right here.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

BY McKINNEY:

Q.   "That tells you something" -- this is your mother writing back to you.

          "He does not want to talk with her, Jamie.  Take that as a good sign.  He has included you to share in his grief.  He has chosen you."

          And your response right up here:  "Are you sure, Mom?"  That's what you wrote apparently to your mom at this point in time, January of 2005, correct?

A.   I don't remember these e-mails; but Jennifer Royal used to be a subordinate of Eric Iler's and if he would have gone with her or chose her, then I wouldn't have a place in his office for employment anymore.

Q.   All right.

A.   And that was my apprehension.

Q.   Well, so, you remember -- you don't remember these e-mails, but you do remember being worried when you got the voice mail message --

A.   No.  I was worried about Jennifer Royal.

Q.   That's what I was getting ready to ask.  You were concerned when you heard the voice mail message from Ms. Royal that she might become involved again with Mr. Iler and he would no longer -- I'm supposing here and tell me if I'm wrong -- your concern was that Ms. Royal would replace you as Mr. Iler's girlfriend and you would lose your job.  Is that what you are

01:50   1    telling us?

2    A.   No.

3    Q.   All right.  Tell me where I got it wrong.

4    A.   Okay.  I don't even remember the voice mail.  I don't

01:50   5    remember the e-mails.  However, I do remember there being a

6    time when I was worried that if Jennifer Royal came into the

7    picture I would have no job, I would have no way to support me

8    and my mother.  And there was times where they would go out to

9    eat and everything else.  And she was also a young lady, too.

01:50  10    And I feel that he was -- he predated [sic] on young women, on

11    young employees.

12    Q.   Well, Ms. Royal will be here to testify eventually; and

13    we'll hear her side of the story.  But let's focus on these

14    e-mails which you say you don't remember and you don't remember

01:50  15    the voice mail that led to these e-mails, correct?

16    A.   Right.

17    Q.   So, you say to your mother:  "Are you sure, Mom?"

18         MR. McKINNEY:  And if we turn the page, if we can

19    highlight that.

01:51  20    BY McKINNEY:

21    Q.   Your mother writes back:  "Yes, I am sure.  He has included

22    you and chosen you to share in his grief.  You are where he

23    must feel peace and safe.  Maybe she thinks she has a shot now

24    that she thinks he is at a sad time in his life, not knowing

01:51  25    that he has this part of his life fulfilled."

01:51   1          MR. McKINNEY:  Turn the page.

2    BY MR. McKINNEY:

3    Q.  "No worries.  You are there.  She isn't.  Smile to

4    yourself.  You are the one."

01:52   5          Would your mother say this to you if she thought

6    that you were in the kind of relationship that you have

7    described having with Eric Iler?

8    A.  She was oblivious to it at this time.

9    Q.  All right.  Would she say this to you if she did not have

01:52   10   the belief and the impression that you were having a consensual

11   relationship with Eric Iler and a relationship that you wanted

12   to preserve?  Would a mother make a statement like this to a

13   daughter if she didn't believe that that daughter had a

14   boyfriend that she wanted to keep?

01:53   15   A.  I kept her from all this.  I concealed it.

16   Q.  So --

17   A.  So, no, she wouldn't have said it.

18   Q.  So, that leads me to ask the question that I asked a moment

19   ago.  Were you pretending so well that you pretended around

01:53   20   your mother as well as Eric Iler and everyone else?

21   A.  I had a lot of avoidance when my mother would talk to me

22   about Eric Iler.  I avoided the issue a lot.  She knew his

23   name.  She knew I would spend time with him.

24   Q.  All right.

01:53   25   A.  I wanted to protect her.

01:53  1   Q.  Now, we're going to -- we're still going to be talking
       2   about Mr. Iler, but we're going to talk about the difficult
       3   subject of sexually transmitted diseases.  And you were -- get
       4   my -- having a note malfunction, again.
01:54  5                   You're aware, unfortunately, in this day and age,
       6   and for the last 20 or 25 years ago, sexually transmitted
       7   diseases have been a nationwide and a worldwide problem?
       8   A.  Yes.
       9   Q.  And people can get STDs through normal, healthy relations
01:55  10  with someone and -- or through involuntary relations, correct?
       11  A.  Correct.
       12  Q.  You now have two STDs, correct, HPV and HSV?
       13  A.  Different strains of it, but, yes.
       14  Q.  And you understand the HPV to be Human Papilloma Virus
01:55  15  or -- which is more commonly known as genital warts, correct?
       16  A.  Yes.
       17  Q.  And you understand that HSV is the Herpes Simplex Virus?
       18  You've come to understand that?
       19  A.  Of course.
01:55  20  Q.  All right.  Now, when you met your husband and as your
       21  relationship with your husband progressed, you, of course, were
       22  required to disclose that you had these two diseases, right?
       23  A.  I did disclose it.
       24  Q.  And once disclosed, that would get -- your husband and you
01:56  25  would have the option of abstaining when your diseases were

01:56  1   active or taking appropriate protective measures.  That's how

2   one deals with an STD, correct?

3   A.  That's how one deals with it.  We don't deal with it

4   necessarily in that way, but generally speaking, yes.

01:57  5   Q.  Let's look now, please -- if you would, look now, please,

6   Ms. Jones, at B165.

7           MR. McKINNEY:  And I move to admit B165.

8           MR. KELLY:  Has this one been redacted?  Is it subject

9   to redaction?

01:57  10           MR. McKINNEY:  I don't believe it is.

11     *(Discussion off the record)*

12           MS. VORPAHL:  We have no objection.

13           MR. KELLY:  No, you're right.  I don't object to this

14   one either.

01:57  15           THE COURT:  No objection?

16           MR. KELLY:  No, your Honor.

17           THE COURT:  Admitted without objection.

18           MR. McKINNEY:  If we could put B165 up.

19   BY McKINNEY:

01:58  20   Q.  Ms. Jones, you've had a chance to see this document before,

21   have you not?

22   A.  Yes.

23   Q.  And this is a record from Dr. Scott, your regular OB-GYN,

24   back in 2004?

01:58  25   A.  Yes.

01:58   1   Q.  And the record is dated October 25th, 2004?

2   A.  Right.

3          MR. McKINNEY:  And if we could highlight starting from

4   the "18-year-old" down to that part right there.

01:58   5          THE WITNESS:  I think they got my age wrong.  There

6   was another error in the medical record.

7   BY McKINNEY:

8   Q.  Actually, at the time you were 19?

9   A.  Yes.

01:58   10   Q.  So, it says:  "18-year-old WF," white female, "presents

11   complaining of N/V" -- do you know what "N/V" stands for?

12   A.  No.  I'm sorry.

13   Q.  All right.  (continuing) -- "for a day, severe headache.

14   Patient reports chronic headaches and recently seen in ER

01:59   15   secondary to passing out, diagnosed with seizure disorder."  Do

16   you see that?

17   A.  I see it.

18   Q.  Were you actually diagnosed with a seizure disorder?

19   A.  I don't know.  I was given Topamax for a possible seizure

01:59   20   disorder.

21   Q.  All right.  Now, the next line states:  "Patient also wants

22   STD screen secondary to newest boyfriend" -- you understand the

23   2 with the little zero behind it means secondary?

24   A.  Right.

01:59   25   Q.  To begin again:  "Patient also wants STD screen secondary

02:00   1   to newest boyfriend, called her and said he had an STD."

2   Did Eric Iler call you on October 25th, 2004, and

3   tell you that he had an STD?  Or prior to October 25th --

4   A.   This is after we had some sexual encounters.  And we talked

02:00   5   on the phone about a mark that he had down there.  And he said

6   that it was from a circumcision.  But I didn't believe that it

7   was.

8   Q.   All right.

9   A.   So we had the STD conversation, at which he did not

02:00   10   disclose.

11   Q.   Well, let's --

12   A.   But because I saw that mark down there, it freaked me out

13   and I wanted an STD screen.  And the doctor wanted a reason, so

14   I shortchanged it and said something as quick as possible.

02:01   15   Q.   So, you actually remember having this conversation with the

16   doctor?

17   A.   Yeah.

18   Q.   All right.  Back in October of 2004, you remember that

19   conversation here today in 2011?

02:01   20   A.   I remember the reason for the visit and some of the

21   conversation.

22   Q.   All right.

23   A.   And she'll be here to testify, too.

24   Q.   Sure she will.

02:01   25   Now, what the doctor wrote down is that you

02:01   1    characterized Mr. Iler as your newest boyfriend.  We see that

2    there, do we not?

3    A.   Yes.

4    Q.   And what the doctor wrote down is that your newest

02:01   5    boyfriend had called you and disclosed to you that he had an

6    STD.  That's what the doctor wrote down?

7    A.   Yes.

8    Q.   If we just looked at this sentence, what the doctor wrote

9    down -- presumably based on what you told the doctor, correct?

02:02   10   A.   I said that I had a phone conversation about an STD with

11   the newest boyfriend.  And I used the word "boyfriend" because

12   I didn't know how to describe him, and my mother was sitting

13   right there.

14   Q.   You say your mother was sitting there?

02:02   15   A.   Yes.

16   Q.   Can you see where -- is there any indication in the

17   doctor's record that your mother was present?

18   A.   It wouldn't matter if there is or isn't.  She was there.

19   Q.   All right.  Why would you bring your mother to a doctor

02:02   20   visit if you're going to be discussing an STD?

21   A.   Because we went to the same doctor, and she took me to my

22   doctors' visits often.

23   Q.   And your mother would actually come into the room while you

24   were being examined by your OB-GYN?

02:03   25   A.   Yes.

02:03   1    Q.  And this is the mother who you kept the various details

2    about Mr. Iler, you kept that secret from your mom there at the

3    house?

4    A.  And I wanted the STD screen.  And if like HIV or hepatitis

02:03   5    or something was positive, I would want her there.

6              Because when I was here, I didn't get tested for

7    that.  I got tested for -- because he didn't disclose what he

8    had.  If he had disclosed what he had, I would have gotten

9    tested for HPV or HSV.  In here I got tested for like AIDS,

02:03   10   hepatitis, different things like that.

11   Q.  Okay.  Actually, I don't think that was the question.  I'll

12   try to start over here.

13             Just trying to get the picture of the

14   relationship you had with your mother at the same time you were

02:04   15   having the relationship with Mr. Iler.  And I want to make sure

16   I understand it correctly.

17             While at home, you would talk very little about

18   Mr. Iler, you would not respond to your mother's questions, and

19   you did this for many, many, many months, correct?

02:04   20   A.  Yes.

21   Q.  Yet, when you had a conversation with Mr. Iler -- and he

22   will be here to testify also, so we'll hear his side of it.

23   But you had a conversation with Eric Iler.  And after that

24   conversation, you decided you wanted to see your doctor about

02:04   25   an STD screen, correct?

02:05  1   A.  Yes.

2   Q.  And although your practice had been to keep Mr. Iler out of

3   the conversation with your mother, for some reason you chose to

4   bring your mother to this particular OB-GYN meeting where it

02:05  5   was necessary to explain these matters to your doctor.  Is that

6   pretty much what you're telling us?

7   A.  Yes.  Because the mark on him looked really bad.  And I was

8   afraid that he was going to catch hepatitis, AIDS, something

9   like that.  He didn't disclose what he had, so I didn't get

02:05  10  tested for herpes or HPV.  If he would have disclosed that, I

11  would have just got tested for that.

12  Q.  Okay.  Well, to follow up on the answer you just gave, on

13  the one hand you're keeping all of these issues from your

14  mother; on the other hand, you're concerned because of this

02:06  15  horrible mark that you saw on Mr. Iler that he could have a

16  very severe and profound STD.  And without telling your mother

17  anything about Mr. Iler, the bad news, you brought her to a

18  doctor meeting and disclosed in the presence of your mother

19  that your boyfriend told you he had an STD and you wanted to be

02:06  20  screened, correct?

21  A.  Yes.

22  Q.  Now, did your mom have any questions for you about Mr. Iler

23  after she sat in that doctor meeting and learned that you were

24  dating a man who had a sexually transmitted disease?

02:07  25  A.  Yeah, I'm sure she did.

02:07  1   Q.  Well, if you can remember in detail the conversation that

2   you had with your doctor, with your mother present, back in

3   October of 2004, perhaps you can remember in detail the

4   conversation you had with your mother, who I would imagine was

02:07  5   somewhat shocked, was she not, to hear that her 19-year-old

6   daughter was dating a man that had an STD?  Tell me about that

7   conversation with your mother.

8   A.  I just know that she went there for support, and she wanted

9   more answers.  She hadn't met him yet.  She wanted to know how

02:07  10  old he was, and things like that.  And I still didn't disclose

11  that.  I didn't want to burden her.

12  Q.  Well, I'm working here off of my knowledge of how my wife

13  would have reacted at my daughters --

14          THE COURT:  No, no, no, no, no.

02:08  15          MR. McKINNEY:  Excuse me.  I'll try to phrase it

16  differently.

17  BY MR. McKINNEY:

18  Q.  You and your mother living there in a one-bedroom

19  apartment, she finds out that you're dating a man with an STD

02:08  20  in late October of 2004, and she doesn't have a ton of pretty

21  pointed questions for you about what's going on in your life

22  and, "Who is this man," et cetera, et cetera?

23  A.  Well, the STD wasn't confirmed here at this appointment

24  because we didn't test for the two diseases that he had.  He

02:08  25  didn't disclose those.  I simply went in because of the mark

02:08   1   that he had down there.  And we talked about the mark and kind

2   of what it looked like.  I was really concerned about it.  And

3   had --

4   Q.  But, Ms. Jones, that wasn't the question.

02:09   5   A.  But you're saying that he definitely had the STD --

6          THE COURT:  No.  I believe he is asking about your

7   mother's reaction.

8          THE WITNESS:  Oh.  Just --

9   BY MR. McKINNEY:

02:09   10   Q.  Here's the question.  You and your mom are there in this

11   small apartment, you're her only daughter, you're 19 years old,

12   she knows you're going out with a man named Eric Iler whom you

13   work with.  All true, correct?

14   A.  Yes.

02:09   15   Q.  And your mother has sat in on this doctor visit where you

16   disclose for the first time to your mother that your boyfriend

17   has called and informed you that he has an STD and you want an

18   STD screen.  Again, so far this is the fact pattern we're

19   looking at, correct?

02:10   20   A.  And I don't know if those are my choice words, but that's

21   what the doctor wrote down.

22   Q.  Well, the doctor writes -- as you know, the doctors try to

23   write down what their patients tell them.

24   A.  The doctors' notes have all kinds of errors, Mr. McKinney.

02:10   25   Even here it says I'm 18 years old.

02:10  1    Q.   Doctors try to write down what you tell them; do they not?

       2    A.   They try.

       3              Now, how I remember the conversation is that -- I

       4    don't know who called who, but we talked about the -- am I

02:10  5    taking too long?

       6    Q.   No, no.  I was just seeing if I was taking too long,

       7    actually.  Please continue.

       8    A.   We talked about a mark that I saw down there on him.  And

       9    it looked like an STD, but he said it was a scar from a

02:10  10   circumcision.  I go here to see if I had an STD.

       11   Q.   Right.  And where I'm trying to get to, Ms. Jones, is I'm

       12   trying to find out --

       13   A.   And I don't know the choice words used in front of my

       14   mother.  I just know that yes, it was alarming to her.  She was

02:11  15   protective.  But I wasn't going to go into detail with all that

       16   I was going through.  I just couldn't do that to her.  She was

       17   sick and everything else.  But if it turned out that I had

       18   hepatitis or AIDS or even herpes or HPV during this visit, I

       19   would want my mom.  And that's why she met him for the first

02:11  20   time at the hospital, when I had herpes.

       21   Q.   Are you finished?

       22   A.   (Indicating).

       23   Q.   And so, I think the question was:  How were you able -- in

       24   the aftermath of your mother learning this for the first time,

02:12  25   sitting there in the doctor's office, didn't she just have

02:12  1   hundreds of questions for you, as any concerned mother would,

2   about "who is this man?  What's going on in your life?"  And as

3   any concerned mother, she just wouldn't take "no, I don't want

4   to talk about it" for an answer?  I mean, didn't that happen?

02:12  5   A.  She had to take my non-disclosure for an answer.

6   Q.  All right.  Let's go to B110.

7         Actually, before we go to that, I wanted to pick

8   up on another subject, another aspect of your testimony

9   regarding Eric Iler.  You told us in fairly graphic detail

02:13 10   about a noise that Mr. Iler would make and cause you to come to

11   his office?

12   A.  Yes.

13   Q.  All right.  You also told us in fairly great detail that

14   Mr. Iler was very clear to you that no one could find out about

02:13 15   your relationship because he would lose his job.  Correct?

16   A.  Yes.

17   Q.  And he had been a manager at KBR for some period of time.

18   Is that right?

19   A.  For a long time.

02:14 20   Q.  And his office had two doors, did it not?

21   A.  Yes.

22   Q.  And --

23   A.  Both of which would close.

24   Q.  Yes.  But as you've told us, you would have to actually go

02:14 25   through his office to get to your work area?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:14    1   A.  Yes.

         2   Q.  And there were other people who would also have to go

         3   through his office to get to your work area and to their work

         4   area, correct?

02:14    5   A.  Yes.  But he could lock the doors.

         6   Q.  All right.  If he locks the doors, no one is going to be

         7   able to get to their work area, correct?

         8   A.  Some of the admins could.

         9   Q.  But others could not, correct?

02:14   10   A.  Right.

        11   Q.  And locking the doors with a young woman behind the door

        12   sends a fairly clear signal to folks who might be wondering why

        13   Mr. Iler is locking the door; does it not?

        14   A.  Yeah.  But he would do it pretty behind -- he would make

02:14   15   sure that other people wouldn't see oftentimes, like during a

        16   lunch break or after work.

        17   Q.  Well, I'm sure that if --

        18   A.  He was secret.

        19   Q.  I am sure that if he was doing the things that you say he

02:15   20   was doing, he would certainly not want to have anyone see him

        21   do that?

        22   A.  Right.

        23   Q.  But that's really not what I was asking you.  I'm trying to

        24   imagine -- help me if you can -- this man who is very concerned

02:15   25   about keeping your relationship secret --

02:15   1    A.  Yes.

2    Q.  -- locking doors, the two of you behind locked doors,

3    blocking off access to a work area.  Isn't that pretty risky

4    behavior for that manager to take with you at work?

02:15   5    A.  He did it.  And he would say that we were in a meeting and

6    things like that, too.

7    Q.  And how common was it for a manager at KBR, in your

8    experience, to lock the doors for a meeting with a single young

9    woman?

02:16   10   A.  Yeah.

11   Q.  A male manager?

12   A.  I only know what Eric Iler did.

13   Q.  All right.  Let's put -- the next two exhibits are

14   Bortz 110 and Bortz 109, if you care to look at those,

02:16   15   Ms. Jones.

16   A.  Are you putting them on the screen?

17   Q.  I will in a minute.  But I need you to identify them for

18   the record so I can move for admission.

19   A.  What number?

02:16   20   Q.  B110 and B109.

21        And just to lay the predicate, both B109 and

22   B110, these are e-mails that you sent to Mr. Iler in February

23   of 2005, correct?

24   A.  Yes.

02:17   25        MR. McKINNEY:  And I'll move for the admission of B110

02:17   1    and B109.

2    MR. KELLY:  I don't have any objection, your Honor.

3    MS. VORPAHL:  No objection here.

4    THE COURT:  Admitted without objection.

02:17   5    MR. McKINNEY:  If we could put B110 up on the screen,

6    please, and highlight the -- from here down to the message.

7    BY MR. McKINNEY:

8    Q.  So here we see on Sunday, February the 13th, 2005, you're

9    sending an e-mail to Mr. Iler:  "Subject:  Baby.  Here is my

02:18   10   friend Dodie's new baby boy.  He's so cute," exclamation mark?

11   A.  Yes.

12   Q.  And then let's just quickly --

13   A.  I sent that because he always wanted to know where I was,

14   and he didn't believe that I was seeing my girlfriend's baby.

02:18   15   And I did that so that he would know where I really was.

16   Q.  That was Sunday at 10:31 p.m. at night?

17   A.  I believe that's when we got back from the deer lease.

18   Q.  All right.  We'll find out more about when the deer hunt --

19   A.  I'm not positive.  I think it was.

02:19   20   Q.  Let's go --

21   A.  Whatever the case, I sent that so he would know where I was

22   at when I sent that.

23   Q.  Okay.  Well, actually, if we go to B109 --

24   A.  Okay.

02:19   25   Q.  -- sent on Sunday, but about four hours earlier, reference

02:19   1   is "deer lease," and you sent some pictures from the hunting

2   trip, correct?

3   A.   So probably I sent those and then went to visit that baby.

4   That's why it's four hours' difference.

02:19   5   Q.   Pardon me?

6   A.   It's probably likely that I sent the deer lease pictures

7   and then went to go visit the baby.   That's why there's a

8   four-hour difference.

9   Q.   All right.   Now, let's --

02:19   10   A.   But I'm not certain.

11   Q.   -- turn the page on B109.

12          MR. McKINNEY:   And we can enlarge that a little bit.

13   BY MR. McKINNEY:

14   Q.   This is a picture of you being -- well, I suppose

02:20   15   pretending to have a good time?

16   A.   He brought me there as a trophy.   He brought me there to

17   show me off to his friends.   They even wanted me to have sex

18   with him in front of them.

19   Q.   I recall your testimony on that subject, but that was not

02:20   20   the question.

21          Is this a picture of you pretending to have a

22   good time?

23   A.   If you look at my left eye, it's pretty red.   It looks like

24   I've been crying.

02:20   25   Q.   Okay.

02:20   1    A.  It's pretty clear that it's very red.

2         MR. McKINNEY:  And if we turn to the next page, if you

3    can turn that sideways.

4    BY MR. McKINNEY:

02:21   5    Q.  This is you and Mr. Iler?

6    A.  Yes.

7    Q.  And you contend that you are crying in this picture?

8    A.  Looks like I was crying earlier.  Look at my eyes.  They're

9    really red.

02:21   10   Q.  Okay.

11   A.  And the body language.

12   Q.  And then skip to the last picture, if you would, please.

13   It's another picture of you and Mr. Iler.

14   A.  It's the same picture.

02:21   15   Q.  It's the same one?

16   A.  Yes.

17   Q.  The smile on your face in those pictures that we've looked

18   at was not a genuine smile, was it?

19   A.  I had to be there as his trophy.

02:22   20   Q.  You had no choice?

21   A.  I cried at that deer lease a few times when I was by

22   myself, and that's why my eyes are red.

23   Q.  Okay.  Have you seen Mr. Iler since your return from Iraq?

24   A.  Not that I remember.  I know that he called when there was

02:22   25   an e-mail about me being raped that I sent to Mike.

02:22    1    Q.  Right.  You sent to who?

    2    A.  Mike White back in Houston.  And he told everyone in

    3    Houston.

    4    Q.  When did you send the e-mail to Mr. White?

02:22    5    A.  In Baghdad.  When I was e-mailing Pete Arroyo.

    6    Q.  Okay.  That morning --

    7    A.  Yes.

    8    Q.  -- after.  Okay.  We'll get to that in a bit, then.

    9         MR. McKINNEY:  Your Honor, this might not be a bad

02:22   10    time for an afternoon break, if it's -- if you're comfortable

   11    with that.

   12         THE COURT:  Are you at a break point?

   13         MR. McKINNEY:  I am at a breaking point.

   14         THE COURT:  All right.  15 minutes, please.  All rise

02:23   15    for the jury.

   16      (Jury not present)

   17         THE COURT:  You may be seated.

   18            You may step down before the lawyers break.

   19            The rest of you are free to leave, if you wish.

02:23   20            On the State Department investigative report, the

   21    report comes in, I think under 803(8)(b).  What we have -- in

   22    addition to that, we have multiple hearsay statements.  One of

   23    them is McCormack stated that Jones had been interviewed and

   24    was currently receiving medical attention.  The author of the

02:24   25    report -- it was written by Chip Leonard.  He summarizes

02:24 1    contacts with State Department personnel, McCormack and Michael

2    in Iraq, who were the first responders.  And he has many

3    interviews that State Department personnel had in Iraq with

4    Jones, Bortz and the witnesses.

02:24 5         So I don't know -- I don't know what we want to

6    do with those, I think, unless let's go through them one by one

7    after hours.

8         MR. McKINNEY:  My intent, your Honor, is to only

9    offer, at this time, portions of the State Department

02:24 10   investigation where the reporter is reporting his or her direct

11   interview of a witness, not any interviews of a witness, not

12   any second or third degree hearsay, just the actual witness

13   interview itself, which is an observation made pursuant to law.

14        THE COURT:  Okay.  But let's -- well, Leonard's

02:25 15   statement would come in because of 803(8)(b).  But a statement

16   to Leonard, how would that come in?

17        MR. McKINNEY:  And I'm not -- I will not even offer

18   that in my examination.

19        THE COURT:  All right.  Okay.

02:25 20        Yes.

21        MS. HOLCOMBE:  Your Honor, KBR defendants would like

22   to move to enter in the entire Department of State reports on a

23   couple of grounds.  One, your Honor, pursuant to -- if your

24   Honor has read *Rodriguez vs. City of Houston* -- again, it's

02:25 25   just a Southern District of Texas case, not a Fifth Circuit.

02:25  1    However, in that case they are looking at a report similar to
       2    the kind of report we're looking at here, where it dealt with
       3    an internal investigation.  It was an IAD report in a sexual
       4    harassment case.  The only differences in that case, the
02:26  5    plaintiff wanted the whole report in.  And here it's the
       6    defendants.
       7              And in that case, they talked about, in
       8    Footnote 2, how the defendant objected to that internal
       9    investigation report because, quote, it contains multiple
02:26 10    levels of hearsay and is not material to any issue in this
      11    action.  And the Court found that the objection was without
      12    merit.  That the disputed internal affairs division report
      13    contained, quote, factual findings resulting from an
      14    investigation made pursuant to authority granted by law.  And
02:26 15    that the defendant -- again, the one objecting in that case --
      16    had not shown that the sources of information in the report
      17    lacked trustworthiness, and the report was therefore
      18    admissible.  And then it said -- and so, therefore, your Honor,
      19    my first ground is that under 803(8)(c), the report in its
02:26 20    entirety, including the statements that were made pursuant to
      21    the investigation, should all come in in their entirety.  But
      22    to answer --
      23              THE COURT:  That passage you read, though, didn't deal
      24    with the point I'm trying to deal with.  You can't just say the
02:27 25    whole report comes in.  I think the report comes in subject to

02:27   1   the continuing compliance with other rules of hearsay.  And one

2   of those is that we have statements contained in the report

3   that are, again, sometimes several layers of hearsay.  I

4   didn't -- who was the judge in that case?

02:27   5        MS. HOLCOMBE:  Your Honor, it was Magistrate Judge

6   Milloy, I believe.  Yes, your Honor.

7        THE COURT:  Does she ever deal with this issue in the

8   report of a hearsay upon hearsay within the report.

9        MS. HOLCOMBE:  Your Honor, the entire report, from my

02:27   10   understanding of the case -- and I certainly wouldn't want to

11   misrepresent it.  But my understanding is the entire report was

12   not redacted, and that the --

13        THE COURT:  I know.  I understand you to say that.

14   But what was the basis for that decision?

02:27   15        MS. HOLCOMBE:  The basis of the decision was

16   803(8)(c).  There were -- inside this report, there were

17   statements by other people, including five coworkers -- or

18   sorry -- that Rodriguez had complained to five coworkers about

19   the behavior, the alleged sexual harassing behavior.

02:28   20        Your Honor, to address your other concern

21   regarding the hearsay statements -- alleged hearsay statements

22   within the report, under 803(1), the present sense impression

23   exception --

24        THE COURT:  No, these were taken a long time

02:28   25   afterwards.

02:28  1          MS. MORRIS:  Your Honor, if I could just address that

2     issue quickly.

3          THE COURT:  Yes.

4          MS. MORRIS:  I have not read the *Rodriguez* case, but

02:28  5     my research tells me that when there's a report with factual

6     findings where the basis upon those findings is hearsay

7     statements or interviews with witnesses and it's a summary of

8     what that investigative person found, that has been admitted.

9     It's not like Mr. McKinney is saying an investigating officer

02:28  10    writes down exactly what someone is saying and then it's

11    allowed to be presented in court.  It's basically an

12    evaluative -- I think it's called an evaluative report, where

13    the basis of their findings is hearsay statements -- is based

14    on hearsay statements.

02:29  15         THE COURT:  So, on that theory, what comes in and what

16    doesn't?

17         MS. MORRIS:  If there was a statement -- if there is a

18    factual finding by the officer where she says, "I found" --

19    let's say it's a car accident.  "I arrived at the scene.  I

02:29  20    interviewed three witnesses.  I observed the damage to the

21    cars.  My findings are that Driver A was at fault here, based

22    upon those hearsay statements and my observations."  That's her

23    finding of fact.

24         THE COURT:  And what would come in, just the finding

02:29  25    of fact?

02:29  1          MS. MORRIS:  Yes.  Even though it's based on a hearsay

2     statement.

3          MS. HOLCOMBE:  Your Honor, I have another reason why

4     the entire report should come in.  Some of the statements will

02:29  5     be presented in court through testimony, either live or by

6     deposition; so, therefore, those statements will not be

7     hearsay.  The other statements from deponents that will not be

8     here -- or declarants that will not be here in court would fall

9     under 807, as they would be offered to prove an evidence of a

02:30  10     material fact.

11          For example, Officer Karen Diaz-Pelot, her

12     statements regarding Ms. Jones and what took place after the

13     bowling alley incident are offered to prove a material fact in

14     this case.  And, your Honor, that is a fact as to her

02:30  15     credibility and her repetition habit of telling statements and

16     recanting.

17          THE COURT:  So you're talking about the residual --

18          MS. HOLCOMBE:  Yes, your Honor.

19          THE COURT:  Well, as to your first point, a prior

02:30  20     statement by a witness would come in, it's still hearsay.  It's

21     doesn't make it -- it's not -- it doesn't get around the

22     hearsay exception simply because the declarant is going to

23     testify.  It would come in under 803(d)(1) in order to show

24     that it was either inconsistent with declarant's testimony or

02:31  25     consistent with the declarant's testimony and is offered to

02:31  1    rebut an express or implied charge against declarant of recent

2    fabrication or improper influence.  It would come in then but

3    only then.

4              An out-of-court statement by anyone, even

02:31  5    somebody who's coming here to testify, is still hearsay.

6    And -- well, it would ordinarily be hearsay except for what

7    801(d)(1) says, which is it will come in if it was inconsistent

8    with what was said in Court and, therefore, has impeachment

9    value or it was consistent with what the declarant is saying on

02:31  10   the stand in order to rebut an express or implied suggestion of

11   recent fabrication.  And it may be those statements do come in

12   then; but we would have to take them one by one, I think.

13             Well, we'll feel our way along.  Okay.

14        *(Recess was taken from 2:31 p.m. to 2:46 p.m.)*

02:46  15        *(Jury present)*

16        THE COURT:  Members of the jury, you may be seated.

17             You may resume your inquiry, Mr. McKinney.

18        MR. McKINNEY:  May it please the Court.

19   BY MR. McKINNEY:

02:46  20   Q.  Ms. Jones, over the break, I went back and checked my notes

21   on some of the things you and I have talked about so far; and

22   there are a couple of points I would like to go back and cover

23   quickly, hopefully.

24             At the beginning -- or earlier this afternoon we

02:46  25   discussed your testimony that you had the -- your first

02:47  1  intercourse with Mr. Iler was in the December time frame, and

2  that other sexual activities started in the September, October

3  time frame.  Do you recall that?

4  A.  Yes.

02:47  5  Q.  And I would like to put the back end on that.  I would like

6  to nail down for our jury when the sexual activity between you

7  and Mr. Iler ceased.  And I believe that it quit in -- or the

8  sexual activity ended in March, when Mr. Iler sent you an

9  e-mail stating that you were no longer needed at the event

02:47  10  center.  Is that correct?

11  A.  I think so.

12  Q.  All right.

13  A.  Not a hundred percent, though.

14  Q.  Pardon me?

02:47  15  A.  I'm not a hundred percent.

16  Q.  Well, let me just show you quickly your deposition

17  testimony and see if that refreshes your memory.  I asked you

18  the question at Page 191, Line 8:  "Do I understand correctly

19  that your relationship with Eric Iler began sometime in the

02:48  20  September, October 2004 time frame?"

21            Your answer:  "It was either -- I don't believe

22  that we had intercourse until December-ish, but there was

23  sexual activity somewhere around that time.

24            "QUESTION:  September/October?

02:48  25            "ANSWER:  I believe so."

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:48   1                    And then I asked you:  "All right.  Did the

2    sexual -- sexual activity continue until as late as May or June

3    of 2005?  What was the cutoff date, please, ma'am?"

4                    And you testified:  "I believe it was March.  It

02:48   5    was when he sent an e-mail stating that I was no longer needed

6    at the event center."

7    A.  Yes, I said I believe it was.  I'm pretty sure, but I'm not

8    a hundred percent.  I'm really bad with remembering stuff.

9    So --

02:49   10   Q.  Well, I see where you said you believed it was in March but

11   it seems -- and tell me if I'm wrong --

12                    MR. KELLY:  This improper --

13   BY MR. McKINNEY:

14   Q.  -- but isn't it fairly --

02:49   15                    MR. KELLY:  Sorry.

16                    THE COURT:  Just a second.  We have an objection.

17                    MR. KELLY:  This is improper impeachment.  She's

18   testified consistently what she's been shown.  It's also

19   improper to show the deposition in its entirety -- or outside

02:49   20   of what he's actually asking, to the jury.

21                    MR. McKINNEY:  I'm refreshing the witness' recall

22   because she has told us she has a difficult time with dates and

23   whatnot and --

24                    THE COURT:  Well, why don't you show her the

02:49   25   deposition?

02:49   1          MR. McKINNEY:  I'll be happy to.

     2                 May I approach, your Honor?

     3          THE COURT:  Yes, you may.

     4   BY MR. McKINNEY:

02:49   5   Q.  Ms. Jones, right here where it says, "I believe it was

     6   March."  And then the next sentence, "It was when he sent me an

     7   e-mail stating that I was no longer needed at the event

     8   center."

     9                 It was the e-mail that, in your mind, tells you

02:50  10   when the sexual activity stopped.  Is that correct?

    11   A.  Yeah, but --

    12   Q.  And I'm going to show you the e-mail.  We'll see the date

    13   on that.

    14   A.  Yeah, I know.  But it may have -- I think it may have

02:50  15   resumed sometime after that until I got my transfer.  But,

    16   yeah, it stopped at that point; but I think that it may have

    17   resumed.

    18   Q.  Ms. Jones, you understood my question, I was asking you for

    19   the cutoff date on sexual activity?

02:50  20   A.  Right.

    21   Q.  And you told me it was when you got that e-mail, correct?

    22   A.  Right, but I think it may have resumed until I got my

    23   transfer.

    24   Q.  You neglected to mention that in response to my question,

02:51  25   correct?

02:51   1    A.  I just remembered that.  I'm sorry.

2              MR. McKINNEY:  Your Honor, I move for the admission of

3    Bortz Exhibits 250 and 251.

4              MR. KELLY:  No objection, your Honor.

02:51   5              THE COURT:  Admitted without objection.

6    BY MR. McKINNEY:

7    Q.  Ms. Jones, can you see this exhibit?  This is Exhibit 251

8    that I'm referring to.

9    A.  Yes.

02:52   10   Q.  And it appears to be from Eric Iler to you, dated

11   March 21st, 2005.  Do you see that?

12   A.  I do.

13   Q.  And is this the e-mail where Mr. Iler -- that Mr. Iler sent

14   to you telling you it would no longer be necessary for you to

02:52   15   come to the event center?

16   A.  On Mondays -- yeah.

17   Q.  Now, Ms. Jones, it was also called to my attention -- and

18   maybe I just missed this in your testimony before our break.

19   We talked about the deer camp pictures and the pictures of

02:53   20   Dodie's baby, which we did not show those pictures in your

21   examination.  Are those pictures made in the same weekend?

22   A.  I don't know.  Possibly.

23   Q.  All right.  Well, I asked you -- as you'll recall, the two

24   e-mails were both dated February the 13th?

02:53   25   A.  Right.

02:53  1   Q.  And one shows you dressed for hunting, the other shows you

2   dressed a little bit differently?

3   A.  Right.

4   Q.  And can you help us understand the time that might have

02:53  5   passed between the deer camp pictures and the pictures of

6   Dodie's baby?

7   A.  I guess I don't remember.  I just remember having to send

8   those to state where I was at.

9   Q.  It's something I never would have noticed.

02:54  10        MR. McKINNEY:  But if we could put up Exhibit B110.

11   BY MR. McKINNEY:

12   Q.  And actually, the picture that is attached, the first

13   picture attached to B110, I believe you told us that you sent

14   this picture to Mr. Iler to establish your whereabouts on that

02:54  15   Sunday.  Is that correct, or did I misunderstand you?

16   A.  Whenever I sent the e-mail, it was to establish my

17   whereabouts, yes.

18   Q.  All right.  Well, if the e-mail was sent on February the

19   13th --

02:54  20        MR. McKINNEY:  If we could go back to the first page.

21   BY MR. McKINNEY:

22   Q.  The e-mail was sent late in the evening on February the

23   13th.  Is it your testimony to our jury that you were trying to

24   show to Mr. Iler where you had been that evening?

02:55  25   A.  Yeah, but I don't know if I was there that evening.  I just

02:55  1    didn't want to see Eric Iler.

2    Q.  Got you.  So, it could have been before February the 13th

3    that you actually went out to see Dodie's baby?

4    A.  Possibly.

02:55  5    Q.  All right.  Now, if we could go back to the photograph.

6    And again, I promise you this is not something I would have

7    normally noticed; but your hair in this picture, is this your

8    hair or is there --

9    A.  No.

02:55  10   Q.  -- some additional hair there?

11   A.  There's additional hair there.

12   Q.  All right.  Because if we can go to B109 --

13   A.  That was a clip-on extension.  And you can tell from the

14   picture it wasn't a very good one.

02:56  15   Q.  Like I say, this was obviously a note that was passed to me

16   because this would have blown right by me.  But if we can go

17   now to B109 and the picture of you there.

18           MR. McKINNEY:  May I approach the witness, your Honor?

19           THE COURT:  You may.

02:56  20   A.  I still have that hair extension if you need it.

21   BY MR. McKINNEY:

22   Q.  No, I don't need it.

23   A.  Okay.

24   Q.  I'm just --

02:56  25   A.  Just so that you know for sure that it wasn't my hair.

02:56   1   Q.  I get in trouble all the time for missing changes in hair.

2               So, this is one that's been called to my

3   attention, but it appears -- and tell me if we're wrong here --

4   A.  It appears to be the same color.  And that's a big deal

02:57   5   because I change my hair color all the time.

6   Q.  I'm more focused on the length of your hair in the deer

7   lease picture compared to the length of your hair in the

8   Dodie's baby picture.  And I realize you have an attachment

9   there.

02:57   10   A.  Yes.

11   Q.  Is the attachment, does that account for the difference in

12   length?

13   A.  Yes.  It's a -- it's a clip-on, right here.  And you can

14   see it, and it's fake.

02:57   15   Q.  All right.  Again, just a couple of more questions

16   regarding the sex that you say that you were forced to have at

17   the office with Mr. Iler.  You, in response to one of --

18   actually, I believe Judge Ellison's questions clarifying your

19   testimony, you told us in your deposition that that was oral

02:57   20   sex, correct?

21   A.  It was that and other foreplay --

22   Q.  All right.  But --

23   A.  -- where there was touching involved.

24   Q.  -- not intercourse?  Pardon me?

02:58   25   A.  There was genital-to-genital involvement, just not actual

02:58   1   intercourse.

2   Q.  All right.  And you also told us that this happened between

3   one and 10 times; that is, more than once and less than 10

4   times at the office, correct?

02:58   5   A.  Right.

6   Q.  Do you recall when Mr. Iler's class reunion was that you

7   described --

8   A.  I wish I knew.

9   Q.  -- so vividly?

02:58   10   A.  I know he was class of 1984, which was the year I was born.

11   Q.  Right.  So, it was sometime in 2004?

12   A.  (Nodding head.)

13   Q.  Do you recall what month?

14   A.  Well, generally those happen like around November, but I

02:59   15   don't know specifically when his was.

16   Q.  All right.

17   A.  The class reunions generally happen during Thanksgiving

18   breaks and stuff.

19   Q.  Let's now move to Iraq.

02:59   20   A.  Okay.

21   Q.  As I understand what you've told us, the first person you

22   saw the morning you woke up was Charles Bortz?

23   A.  Yes.

24   Q.  The next person you saw was Pete Arroyo?

03:00   25   A.  I don't know.  Because the next person -- the person I told

03:00   1   about it was Pete Arroyo.

2   Q.  All right.  Well, who was the next person that you saw?

3   A.  I went into the office.  There was possibly people around.

4   Q.  Well, didn't Pete Arroyo drive you to the office?

03:00   5   A.  Oh, yes.  I'm sorry.

6   Q.  So, starting from the morning when you woke up, in order,

7   the people that you saw would be first Charles Bortz, then Pete

8   Arroyo, correct?

9   A.  Correct.

03:00   10   Q.  And then people at the office?

11   A.  Correct.

12   Q.  Would that include a man named Anthony Adams?

13   A.  I don't know.  I've seen his testimony and everything, but

14   I don't remember.

03:00   15   Q.  You don't remember him?

16   A.  Now, if he comes -- I haven't seen his video.  If I saw the

17   video, maybe.

18   Q.  African-American male?

19   A.  Oh, no, I don't remember him.

03:01   20   Q.  All right.

21   A.  Huh-uh, not that morning.

22   Q.  Do you remember any of the people that you spoke with at

23   work that morning; that is, actually at your office, person to

24   person?

03:01   25   A.  No.

03:01  1    Q.  The next person you saw was Kristen -- sorry, was Pete

       2    Arroyo again?

       3    A.  Pete Arroyo again, yes.

       4    Q.  And then Kristen Rumba?

03:01  5    A.  Yes.

       6    Q.  And some KBR security people?

       7    A.  No.

       8    Q.  Who would be next?

       9    A.  Wait.  Maybe.

03:01 10    Q.  Were you not escorted to the clinic by some KBR security

      11    people?

      12    A.  Yes.

      13    Q.  All right.  And Pete Arroyo?

      14    A.  Yes.

03:01 15    Q.  And Ms. Rumba?

      16    A.  Yes.

      17    Q.  And then you saw Dr. Schulz?

      18    A.  Yes.

      19    Q.  And from there you were taken by KBR security to the

03:01 20    container that you described?

      21    A.  Yes.

      22    Q.  Okay.  So, that's the general chronology of that morning?

      23    A.  Right.

      24    Q.  We're going to be comparing, just as background here,

03:02 25    statements that have been attributed to you that day.

03:02  1    A.   What do you mean?

2    Q.   And to sort of review the bidding, one statement that has

3    been attributed to you is the statement that -- or the history

4    that Kristen Rumba took, correct?

03:02  5    A.   That's what Pete Arroyo told Kristen Rumba, yes.

6    Q.   Yes.  That's your clear position on that, is that Pete

7    Arroyo communicated that information to Kristen Rumba, correct?

8    A.   Correct.

9    Q.   And it's also your position that Ms. Rumba then reported to

03:03  10   Dr. Schulz what was said, correct?

11   A.   Uh-huh, yes.

12   Q.   You're aware -- or are you aware that Ms. Rumba and

13   Dr. Schulz both directly dispute your position in that regard?

14   A.   I'm aware that Kristen Rumba says that she generally is a

03:03  15   PA, I believe.  She generally gives the information to the

16   doctor.  Now, Dr. Jodi Schulz, I'm aware that she would not

17   recognize me if she saw me.  She doesn't know my hair color or

18   anything.  So, she was just directly reading from her notes.

19   So, with that said, I don't think she has a clear memory on it

03:04  20   from her --

21   Q.   Yes, ma'am.  I actually was not asking you that question.

22   I was asking you if you understand that both Dr. Schulz and

23   Ms. Rumba directly dispute your position that the events

24   reported to them originated from Pete Arroyo and Kristen Rumba

03:04  25   and not from you?

03:04   1   A.  But Pete Arroyo doesn't dispute that.

2   Q.  We'll see.

3           MR. McKINNEY:  If we could put up Exhibit 52, please.

4                Well, actually, let's-- not Exhibit 52, rather

03:05   5   Exhibit 98, Bortz 98.  And that would be 00960.  Please go to

6   that, but don't put it up.

7                Judge, I can approach and explain to the Court

8   what this is or I can tell the Court from here without getting

9   into the substance of it.

03:05   10          THE COURT:  Mr. Kelly?

11          MR. KELLY:  Well, I think this is the subject of what

12   we discussed during the break, your Honor; and so, it might be

13   something to approach on.

14          THE COURT:  Okay.  All right.

03:05   15          MR. KELLY:  I'm not sure where he's going.

16          MR. McKINNEY:  I think it can be done without excusing

17   the jury.  I'm not going to go into the substance of it, but

18   it's how ever the Court wants to proceed.

19          THE COURT:  Are we talking about a document or a

03:05   20   photograph?

21          MS. HOLCOMBE:  Document.

22          THE COURT:  Well, first show it to her; and I'll see

23   it before you show it to the jury.

24   BY MR. McKINNEY:

03:05   25   Q.  Ms. Jones, do you recognize this document as coming from

03:05  1  the State Department's final investigation of your allegations,

2  which you have previously told us that you have read?

3  A.  Yes.  I was talking about what Pete Arroyo said in his

4  deposition, though.

03:06  5  MR. McKINNEY:  The portion that I wish to read to the

6  witness is the account taken from Mr. Arroyo on -- let me make

7  sure I have the date right -- August the 6th of 2005, about

8  11 days after -- sorry -- about nine days after these

9  allegations --

03:06  10  THE COURT:  This is his -- Mr. Arroyo's statement?  Is

11  that --

12  MR. McKINNEY:  To the agent's present sense impression

13  is the basis that I'm offering it because of the proximity and

14  time.

03:06  15  THE COURT:  No.  "Present sense impression" means a

16  statement made at the time of the event or condition.  It's not

17  a statement made two weeks later about the present sense

18  impression.  So, it doesn't come in under that exception.

19  MR. McKINNEY:  I also offer it simply as an

03:07  20  observation made pursuant to law.

21  THE COURT:  Well, this is exactly the problem I was

22  trying to identify at the break; and I think it cannot come in.

23  With respect to what Judge Milloy held in the *Rodriguez* case,

24  one thing that was left out was the most important sentence in

03:07  25  the opinion; and that is, Judge Milloy said to the extent that

03:07  1    any individual statement within the exhibit is hearsay,

2    immaterial or irrelevant, she wasn't going to consider it.  So,

3    no, it can't come in.

4    BY MR. McKINNEY:

03:08  5    Q.  When Pete Arroyo picked you up that morning, did you get

6    into his vehicle and mention to him having socialized with some

7    individuals that you had met the previous night and that you

8    had drunk a cocktail?

9    A.  I don't remember the exact words that I used.

03:08  10   Q.  Well, do you remember at all the ride to work with Pete

11   Arroyo that morning?

12   A.  In the morning?

13   Q.  Yes.

14   A.  Barely.

03:08  15   Q.  Do you remember anything that was discussed whatsoever?

16   A.  I don't know.

17   Q.  Did you tell Mr. Arroyo that you and Mr. Bortz had

18   discussed the fact that he was going to break up with his

19   girlfriend because he wanted to start dating you?  Did you tell

03:09  20   Mr. Arroyo that?

21   A.  I don't remember that at all.

22   Q.  Did you -- do you recall --

23   A.  I don't even hardly remember the ride to work.  I was still

24   under the influence of whatever they decided to give me in my

03:09  25   drink.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

03:09   1   Q.  Yes, ma'am.  Do you recall Mr. Arroyo stating to you that

2   he informed you that you should be cautious because you would

3   be working with Vanetta and he warned you about camp gossip and

4   that it would not look good for your career.  Do you recall

03:09   5   Mr. Arroyo making that statement to you?

6   A.  I don't recall any statements in the car.  I'm sorry.  I

7   think I was still very groggy at that point.

8   Q.  All right.  Do you recall what you were wearing that day?

9   Was it jeans and a T-shirt?

03:10   10   A.  It was jeans and it was a light shirt.

11   Q.  Did you tell Pete Arroyo that on Wednesday night you had

12   partied with five KBR firemen in your room?  Did you tell Pete

13   Arroyo that?

14   A.  His deduction.

03:10   15   Q.  I'm asking you if you told him.

16   A.  Those were not my words, absolutely were not my words.

17   Q.  Did you tell him that you had a drink that you believed to

18   be whiskey?

19   A.  I don't recall that.

03:11   20   Q.  Did you tell Mr. Arroyo that you woke up that morning with

21   Charles Bortz in your bed?

22   A.  Those weren't my choice words.

23   Q.  And that you had no memories of what had happened the night

24   before, did you tell Mr. Arroyo that?

03:11   25   A.  I'm sure I did tell him that.

03:11  1   Q.  And did you tell Mr. Arroyo that -- about the conversation

       2   between you and Mr. Bortz about whether or not you had had sex?

       3   A.  I don't remember.  Probably.

       4   Q.  Did you tell Mr. Arroyo about an individual making a

03:11  5   statement about the drug Rohypnol?

       6   A.  Yes.

       7   Q.  You did tell Mr. Arroyo about that?

       8   A.  I did.

       9   Q.  You do have that recall?

03:11 10   A.  I do.  That was a different conversation, different place,

      11   though.  We're talking about two different conversations.  One

      12   was in the morning, when I have no memory and he's picking me

      13   up from work.  And, then, we were talking about another

      14   conversation when --

03:12 15   Q.  Yes.  This is the conversation --

      16   A.  -- the fog starts to lift --

      17   Q.  You're correct, this is --

      18   A.  -- later in --

      19   Q.  -- the second conversation --

03:12 20   A.  -- the day.  Okay.

      21   Q.  Yes.

      22   A.  Just wanted to make that clear.

      23   Q.  Yes.  On the ride after -- and we'll fill in all the

      24   details in a little bit, but I'm just trying to get the big

03:12 25   picture here.

03:12   1          Did you tell Mr. Arroyo in the second

2    conversation that you had with him that you were concerned that

3    since you had no memories, you might have had sex with all five

4    individuals?  Do you recall making that statement to him?

03:12   5    A.  I don't think I used the word "sex."  I think I used the

6    word "rape."

7    Q.  All right.  And did you also tell --

8    A.  I don't even know if those were my choice words but --

9    Q.  Did you also tell Mr. Arroyo that you were concerned that

03:13   10   you might come in to contact with a sexually transmitted

11   disease?

12   A.  I don't recall that.

13   Q.  Now let's go to Exhibit 52.  That's a joint exhibit.

14         MR. McKINNEY:  Can we get that up, please?  You don't

03:13   15   have Exhibit 52, Joint 52?

16         Having exhibit malfunctions again.  I'm sorry,

17   your Honor.

18   BY MR. McKINNEY:

19   Q.  Do you recognize the exhibit that we have up on the screen?

03:14   20   A.  I do.

21   Q.  And this is the statement that you say Ms. Rumba got

22   directly from Pete Arroyo, correct?

23   A.  Yes.

24   Q.  Did you provide any information whatsoever to Ms. Rumba?

03:15   25   A.  That I was 20.

03:15   1   Q.   Anything else?

2   A.   All I remember is him telling her what happened.  I just

3   remember Arroyo saying it.

4   Q.   All right.

03:15   5   A.   I started to say, yes, that I was 20; and then he said that

6   I was 22.

7   Q.   Okay.  Now, this statement or this history that Ms. Rumba

8   took was before anyone began actually investigating your

9   allegations, correct?

03:15   10   A.   Correct.

11   Q.   And what it says -- and we've been over this before, but I

12   want to ask you some questions about it.

13        "A 22-year-old female states she was in her room

14   last night at around 10:00 o'clock.  Four firemen came to her

03:16   15   room and offered her a drink.  Patient states she had already

16   had some alcohol, quote, one big one, closed quote, prior.  She

17   states she could taste alcohol in the drink offered.  The

18   firemen joked about Rohypnol and that they were saving it for

19   Dubai.  Patient states she doesn't remember anything after

03:16   20   that.  She woke up feeling sore and there was one man in her

21   room that said they'd had sex.  Patient has been in country two

22   days.  Physical exam deferred."

23        I don't know what "AP" means, but "possible rape,

24   escorted to CSH."  Now --

03:17   25   A.   I did tell her that I was allergic to all antibiotics and

03:17  1   Phenergan.

2   Q.   Yes.   I was going to ask you about that.   Apparently the

3   question was raised as to your allergies and medications; and

4   that information certainly couldn't have come from Pete Arroyo,

03:17  5   correct?

6   A.   That came from me.

7   Q.   All right.   Now, to get back to the body of Ms. Rumba's

8   document here and --

9          MR. McKINNEY:   And I move for the exhibit [sic] of

03:17  10   Joint 52.

11          MR. KELLY:   No objection, your Honor.

12          THE COURT:   It's admitted without objection.

13   BY MR. McKINNEY:

14   Q.   She begins by saying 20 or 22 "year old female states she

03:18  15   was in her room last night"; that is, she's writing down that

16   you are saying this, is she not?

17   A.   That's not what happened.

18   Q.   I'm just asking you if you would agree with me that the

19   plain language of the words that Ms. Rumba chose indicates that

03:18  20   you were relating this story, not Pete Arroyo, correct?

21   A.   It appears that way; but that's not the case, yes.

22   Q.   All right.

23   A.   It does appear that way.

24   Q.   The next sentence begins -- well, to complete the sentence,

03:18  25   "Patient states she was in her room last night around

03:18   1   10:00 o'clock.  Four firemen came to her room and offered her a

2   drink."

3          The next sentence, like the first sentence

4   begins, quote, "Patient states she had already had some

03:19   5   alcohol," quote, "one big one," close quote, "prior."  That's

6   the end of that sentence.  And again, it begins "patient

7   states," does it not?

8   A.  It does.

9   Q.  And if we didn't have you here to tell us that it was

03:19   10   actually Pete Arroyo doing the talking, any reasonable reader

11   of this document would conclude that you were passing along

12   this information, not Pete Arroyo?

13          MR. KELLY:  Calls for speculation, your Honor.

14          THE COURT:  Well, she's plenty smart enough to say she

03:19   15   doesn't know if she doesn't know.

16   BY MR. McKINNEY:

17   Q.  Let me repeat the question.  If we just look at this

18   document, it looks like you're the person who is doing the

19   talking, correct?

03:19   20   A.  Yes, sir.

21   Q.  It's only because you're here to tell us that Pete Arroyo

22   was actually doing the talking that we might draw a different

23   conclusion.  Fair statement?

24   A.  Pete Arroyo's testimony also says that, but yes.

03:20   25   Q.  If we turn to Joint Exhibit 105 and -- the second page of

03:20  1    Joint Exhibit 105.

2    A.  Is that one I need to go to first?

3    Q.  Well, we're going to have to put it up on the screen

4    because you don't have it there in front of you.

03:20  5    A.  Oh, no problem.

6         MR. McKINNEY:  But I believe it's in evidence.  And if

7    we could enlarge the highlighted portion at the bottom.

8         Actually, at the bottom, please.

9    BY MR. McKINNEY:

03:21  10   Q.  Item 26 is where Dr. Schulz fills in the blank that says:

11   "Victim's Description of Alleged Assault."

12        Do you see that?

13   A.  Yes.

14   Q.  It says, "10:00 p.m., patient asleep, five men knocked on

03:21  15   door and were allowed in, offered drinks.  Patient accepted one

16   drink, alleged assailants joking about Rohypnol, stated it

17   was" -- "stated something to the effect that they were saving

18   it for another location.  Patient remembers nothing until 6:30

19   the next morning.  One alleged assailant was present, told the

03:22  20   patient they had had sex," words to that effect.

21   A.  Okay.

22   Q.  Again, this appears in Dr. Schulz' record as your

23   description of the events of the alleged assault, not Kristen

24   Rumba's, correct?

03:22  25   A.  Can you clarify?  I'm sorry.

03:22  1    Q.  Well, the blank that's being filled in here is "Victim's

2    Description of Alleged Assault."  And you would be the victim,

3    correct?

4    A.  Yes.  But even if she did write it -- I mean, that's

03:22  5    pretyped.  Even if she told her, that's pretyped.

6    Q.  We'll get there -- I agree that's a form document --

7    A.  It's a form.

8    Q.  -- and the form says, "Victim's Description of Alleged

9    Assault"?

03:23  10   A.  Right.

11   Q.  The part that the doctor has filled in here does not

12   indicate that anyone other than the victim is reporting the

13   information, correct?

14   A.  Doesn't indicate that, correct.

03:23  15   Q.  I'm trying to think how to phrase the question.  Bear with

16   me.

17   A.  Take your time.

18   Q.  Your testimony to our jury in response to Mr. Kelly's

19   questions is that you were at a gathering the night before and

03:24  20   you had two sips from a drink and no recollection after taking

21   those two sips, correct?

22   A.  I think so.

23   Q.  And that is part of what you told Jamie Armstrong when she

24   came to see you and told you that a statement was needed to

03:24  25   investigate your case.  And she told you all these other

Cheryll K. Barron, CSR, CM, FCRR                    713.250.5585

03:24   1   things, apparently, that you testified to.  But one of the

2   things she told you was that she needed a statement because

3   your case needed to be investigated, correct?

4   A.   By KBR?

03:24   5   Q.   Yes.

6   A.   Yes.

7   Q.   Now, in fact, you had been at a social gathering the night

8   before and Charles Bortz was there and a number of other people

9   were there.  That's -- that, in fact, did happen, did it not?

03:25   10   A.   I was at a social gathering outside on a curb and by picnic

11   tables.

12   Q.   Correct.  What did not happen is four or five men did not

13   come to your room and you let them in and they gave you a drink

14   and you remember nothing else.  Even though there's two

03:25   15   statements to that effect, you're saying that that did not

16   happen?

17   A.   That's Pete Arroyo saying that, because I was outside.  I

18   was talking on the phone, and I said that a firefighter was

19   walking up with another person.  And, so, he assumed for some

03:25   20   reason that I was inside and that that they knocked on my door.

21   Q.   And actually, that was not the question, Ms. Jones.  I'm

22   simply asking you if the histories recorded by Ms. Rumba and by

23   Dr. Schulz to the effect that four or five men came to your

24   room while you were asleep, knocked on the door, you opened the

03:26   25   door, you let them in, they gave you a drink and you remember

03:26   1   nothing else after that, those histories are, according to you,

2   incorrect, correct?

3   A.   Well, they didn't come from me.

4   Q.   They didn't come from you and they're not true?

03:26   5   A.   They didn't knock on my door.

6   Q.   Well, no -- four or five men didn't come to your room

7   either, did they?

8   A.   I don't know what happened when I lost my memory.

9   Q.   Well, according to -- okay.  As -- let me back up.

03:26   10          MR. McKINNEY:  Going back to Exhibit 52, if we could

11   just take that off.

12   BY MR. McKINNEY:

13   Q.   Again, this is Joint Exhibit 52.  It's on the screen in

14   front of you.

03:26   15   A.   Okay.

16   Q.   And it describes -- apparently in your words, but you say

17   it was Pete Arroyo's words.  But it describes a completely

18   different route to -- or a completely different event leading

19   up to your loss of memory.  It describes four men, four

03:27   20   firemen, coming to your room and you letting them in and them

21   making you a drink and joking about Rohypnol and you not

22   remembering anything afterwards, correct?

23   A.   That's what it basically says on there, yes.

24   Q.   Yes.

03:27   25          MR. McKINNEY:  Now, I am now, your Honor, going to

03:28  1    question the witness on Bortz Exhibit 69.  It is a State

2    Department letter --

3                THE COURT:  Okay.  Subject to the usual guidelines

4    that we've gone over.

03:28  5                MR. McKINNEY:  Well, it discusses, in the body of the

6    letter, statements that Ms. Jones made to investigators.

7                THE COURT:  Well, that would come in.

8                MR. McKINNEY:  Exhibit B69.

9                MR. KELLY:  (Indicating.)

03:28  10               MR. McKINNEY:  I move to offer B69 into evidence.

11               THE COURT:  Any objection?

12               MR. KELLY:  Just a moment, your Honor.  Let me read

13   the whole thing.

14               MS. VORPAHL:  No objection here.

03:29  15               MR. KELLY:  No objection, your Honor.

16               THE COURT:  All right.  Admitted without objection.

17               MR. McKINNEY:  Can we put that up on the screen,

18   please?

19   BY MR. McKINNEY:

03:29  20   Q.  As you can see, this is a letter from the State Department

21   to the Federal Bureau of Investigation concerning your case.

22   And it is dated August 2nd, 2005.  You can see that up in the

23   right-hand corner?

24   A.  Okay.

03:29  25   Q.  Do you see that?

A.   Yeah.

Q.   The letter begins:  "Dear Ms. Colatosti, I am requesting the assistance of the FBI's laboratory in processing a rape kit as it pertains to a sensitive investigation being conducted by this office.  On the evening of Friday, July 27th, 2005, Charles David Bortz allegedly sexually assaulted Jamie Leigh Jones on a USG compound occupied by KBR, paren, Kellogg Brown & Root, closed paren, in Baghdad, Iraq.  Both Bortz and Jones are employees of KBR under a Department of State contract."

Other than the part about requesting assistance in processing a rape kit, does this initial paragraph accurately describe -- that is, do you have any issues with or have a problem with any of the description of the date, Mr. Bortz, yourself, you're both employees of KBR, et cetera? Does the first paragraph seem accurate to you?

A.   I thought I was under an Army contract, but I don't know.

Q.   Let's look at the second paragraph.

A.   For sure.

Q.   "According to the victim's statement, both she and Bortz and several other KBR employees were drinking at a common area on the evening of Friday, July 27, 2005.  The next thing Jones can recall is waking up naked and in bed with Bortz.  Jones asked Bortz if they had intercourse.  He responded in the affirmative.  Jones then asked if he used protection, and he

03:31  1    responded in the negative."

2              Now, you probably dispute waking up naked and in

3    bed with Bortz; but the rest of that sentence, does that fairly

4    summarize the report you gave to the Department of State

03:31  5    investigators?

6    A.   Yeah.

7    Q.   Okay.  Let's look at the next paragraph.  Because this is

8    the important one.

9              "Jones initially reported to the US military

03:32  10    physician who examined her that five KBR firefighters came to

11    her room and offered her a drink and claimed that she should

12    not worry, there were no ruffies in it.  Prior to her medevac,

13    Jones stated to a DS agent that she lied to the US military

14    doctor" -- sorry, let me rephrase that -- restate that.  "Prior

03:32  15    to her medevac, Jones stated to a DS" -- that is, a Department

16    of State agent -- "that she lied to the US military doctor

17    because he was pressuring her for a story as to what happened."

18              Now, I want to ask you about that.  Because here

19    we have a report, do we not, from someone with the Department

03:32  20    of State to someone with the Federal Bureau of Investigation

21    putting down in black and white on August the 2nd, 2005, that

22    you told the Army doctor the story about five men coming to

23    your room, that it was not a true story, and that the only

24    reason you gave that story was because you were under pressure

03:33  25    from the Army doctor?  That's what that paragraph says, doesn't

03:33    1    it?

2    A.   That's what it says.   I've never seen this before.

3    Q.   I know you've never seen it --

4         MR. KELLY:   Actually, your Honor, it mischaracterizes

03:33    5    the document.

6         THE WITNESS:   I have no idea what this is.

7         THE COURT:   Just a second.   Just a second.

8         MR. KELLY:   It mischaracterizes the document.   What

9    the document says is that some random agent, who's unknown to

03:33   10    any of us, made the statement to the person writing the

11    document.   It doesn't say --

12         THE WITNESS:   I've never said that in my life.

13         THE COURT:   All right.   I understand.

14         MR. KELLY:   It's several layers down.

03:34   15         THE COURT:   Okay.   Well, the document has been

16    admitted without objection.   I'm going to allow Mr. McKinney to

17    inquire about it.   I will allow redirect from plaintiffs'

18    counsel for as long as necessary.

19    BY MR. McKINNEY:

03:34   20    Q.   I understand you've never seen this document before.   But

21    if we look carefully at what it says --

22    A.   The person that was pressuring me was Jamie Armstrong, and

23    I never said that I lied about anything.

24    Q.   Ms. Jones, let's just go through the document and I will

03:34   25    ask you some questions and Mr. Kelly will have a chance to ask

03:34    1   you some questions.

2   A.   Okay.

3   Q.   Fair enough?

4   A.   Yes.

03:34    5   Q.   What this Department of State person is reporting is that

6   it was you who told Dr. Schulz about five men coming to your

7   room.  That's what this letter says, doesn't it?

8   A.   That's inaccurate because even Pete Arroyo said I didn't

9   say that.

03:35   10   Q.   Yes, ma'am.  I didn't ask you whether it was accurate or

11   not.  I'm asking you whether, in fact, the letter says that it

12   was you and not anyone else who told the Army doctor that five

13   men had come to your room.

14   A.   That's what it says.

03:35   15   Q.   They came to your room, they offered you a drink, they told

16   you there were no ruffies in it and -- and that's what -- that

17   is essentially what is in Dr. Schulz' history under Victim's

18   Description of Assailant [sic], is it not?

19   A.   It's in there.

03:35   20   Q.   Now, you understood after you were interviewed by the

21   Department of State that they were investigating your

22   allegations.  You understood that, did you not?

23   A.   I did.

24   Q.   And the Department of State came to you several times; and,

03:36   25   in fact, you called them during the course of your

03:36    1    investigation to add information to their investigation,

2    correct?

3    A.   Correct.

4    Q.   And what this person is reporting is that prior to your

03:36    5    medevac -- that's slang for you being evacuated or being moved

6    out of the country, correct?

7    A.   Yes.

8    Q.   (Continuing) -- that you stated to a DS agent that you had

9    lied to the doctor because the doctor was pressuring you for a

03:36   10    story as to what happened.  That's what this person wrote down?

11    A.   He even says the doctor was a male.

12    Q.   Understood.

13    A.   This person did not talk to me.

14    Q.   And I -- well, this person is reporting --

03:36   15    A.   The doctor was clearly a female.

16    Q.   Yes, ma'am.  This person is reporting -- let's back up.

17                    If, on the one hand, you, in fact, told

18    Dr. Schulz that five men came to your room and then when you

19    realized this matter was being investigated and you knew that

03:37   20    there were multiple witnesses to you being at this social

21    gathering and so you changed your story, if, in fact, that

22    happened --

23    A.   That's not how it happened, Mr. McKinney.

24    Q.   Yes, ma'am, I understand that's your --

03:37   25                    MR. KELLY:  Your Honor, he's arguing at this point,

03:37   1   your Honor.

2            MR. McKINNEY:  Hypothetical question.

3            THE COURT:  Okay.  It's a very compound question.

4   Let's break it down.

03:37   5            MR. McKINNEY:  I will try to.

6   BY MR. McKINNEY:

7   Q.  The sequence of events that morning, Ms. Jones, depending

8   on how one interprets the documents that were written at the

9   time, the sequence of events has your initial statement to

03:38   10  Ms. Rumba in which she puts down "Patient states" and it's the

11  version of the story that has four men coming to your room and

12  coming inside, that's the first documented statement we have in

13  this case, correct?

14  A.  Yes, but I didn't make that statement.

03:38   15  Q.  Yes, I know that's your testimony.

16            And then the next documented statement we have is

17  the statement to the Army doctors that is substantively

18  identical to the statement to Ms. Rumba except the number of

19  firemen goes from four to five, correct?

03:38   20  A.  That's what it said.

21  Q.  And then after an investigation is launched and you are

22  asked to give a statement in regard to the investigation and

23  you realize that an investigation has been launched, it's

24  necessary for you to account for the fact that you were at a

03:39   25  social gathering and not in your room as was reported to

03:39   1   Ms. Rumba and to Dr. Schulz.  Isn't that so?

2   A.  No.  And my report was to KBR people.  It wasn't -- at that

3   time, I was told that there was no such investigation, that

4   federal officials weren't even involved.  So, it wouldn't have

03:39   5   even -- even in your scenario, it wouldn't even be necessary.

6   Q.  If we look again at Exhibit 69, isn't it obvious to you

7   that the State Department, from the very beginning, was

8   concerned about the inconsistency between the story that was

9   reported by Ms. Rumba and Dr. Schulz and the statement that you

03:40   10   gave to the State Department in which you told them that you

11   were at a social gathering?  Isn't that obvious from this

12   letter?

13   A.  That calls for me to speculate on what they thought.

14   Q.  Isn't it obvious from this letter that the State Department

03:40   15   investigators came to you and asked you to explain why

16   Dr. Schulz has a version of the story that has five men coming

17   to your room, being allowed in, et cetera, and your statement

18   to the State Department in the official investigation being

19   different and referring to the social gathering that you

03:40   20   described in detail in your direct examination, isn't it clear

21   from this letter that that's exactly what is going on and you

22   are being confronted with the inconsistencies in your story?

23   A.  No.

24   Q.  And isn't it finally clear, Ms. Jones, in this letter that

03:41   25   for whatever reason, rightly or wrongly, the State Department

03:41   1   investigator wrote down that you explained the inconsistency by

2   saying that you lied to Dr. Schulz and that, in fact -- and the

3   reason why you lied was because the doctor forced you to give a

4   statement?  Isn't that the sum and substance of this letter?

03:41   5   A.  If this was true, it would have the DS' agents' names, it

6   would have the doctor's name, it would have the doctor that --

7   it wouldn't say "he"; it would have said "she."  They would

8   have taken the time to write down everything, and they didn't.

9          I've never seen this, and that is not what I

03:41   10   said.  And they may have assumed that I lied or something like

11   that but --

12   Q.  Well, Ms. Jones, let me ask you this --

13          THE COURT:  No.  You go ahead and finish.  Go ahead

14   and finish.

03:42   15          MR. McKINNEY:  Go ahead.

16          THE COURT:  They may have assumed you lied.

17   BY MR. McKINNEY:

18   Q.  I'm sorry.  Go ahead.

19   A.  But, you know, that was just an assumption.  Because if

03:42   20   this was something that they decided to take into

21   consideration, they definitely would have put the agent's name,

22   they would have put the doctor's name, they would have put that

23   she was a female.  And also the fact that they were pressuring

24   me, I told them time and time again that Jamie Armstrong

03:42   25   coerced me into a statement.  So, that could have been a

1  confusion.  I was definitely coerced into that one.

2  Q.  Well, let me ask you, Ms. Jones, did the State Department

3  investigators ever come to you and ask you to explain the

4  differences -- or why there was a difference between what

5  appeared in Dr. Schulz' records and what appeared in your

6  description of the events as given to the State Department?

7  Did anyone ever ask you about that?

8  A.  Actually, Dr. -- not Dr.

9          Special Agent Lynn Falanga, she told me that she

10  saw the difference.  And she also said that because they

11  believed that I had been drugged, that the first couple of

12  statements wouldn't even come into it because they believed

13  that those were maybe made while I was under Rohypnol.

14          Now, I know that Pete Arroyo was the one that

15  made the first statement that relayed it and relayed it.  But

16  she had told me it wouldn't even have been submitted into

17  evidence because it was a non-issue.

18          MR. McKINNEY:  May it please the Court, that really

19  was not the question.

20          THE COURT:  Okay.  What was the question again,

21  please?

22          MR. McKINNEY:  Could the witness please be instructed

23  to answer as responsively as possible to the question?

24          THE COURT:  Well, in most instances, I think she is.

25  She is under an oath to tell the whole truth, and I think she's

03:44  1    trying to do that.

2              But this will move faster if you listen carefully

3    to what Mr. McKinney says and respond to that.  And Mr. Kelly,

4    on redirect, will bring out some more of the story.  Okay?

03:44  5              THE WITNESS:  No problem.

6              MR. McKINNEY:  Could I have the question read back for

7    the jury?

8              THE COURT:  Yeah, I can do that.

9              The question was:  Let me ask you, Ms. Jones, did

03:44  10   the State Department investigators ever come to you and ask you

11   to explain the differences or why there was a difference

12   between what appeared on Dr. Schulz' records and what appeared

13   in your description of the events as given to the State

14   Department?  Did anyone ever ask you about that?

03:44  15             So, he's asking about inconsistency; and he's

16   further asking the more specific question:  Did anyone ever ask

17   you about it?

18   BY MR. McKINNEY:

19   Q.  From the State Department.

03:44  20   A.  What I remember is them pointing it out and stating that it

21   wouldn't come into evidence, that that was a problem in the

22   beginning and they pointed it out.  And because of me being

23   under the influence in the morning, that that wouldn't have

24   been an issue.

03:44  25   Q.  Would the bottom line then -- in connection with Bortz

03:45   1   Exhibit 69 that we've just reviewed at some length and some

2   detail here, would the bottom line be that whoever wrote this

3   is either making something up about you or talked to someone

4   who is making something up about you?  Would that be the bottom

03:45   5   line?

6   A.   That would be speculation.  I don't know what happened.

7   Q.   The description that you gave to Ms. Armstrong, you say

8   that was a coerced statement?

9   A.   Yes.

03:46   10   Q.   You did not want to write a statement?

11   A.   No.  I wanted to write a statement to authorities.

12   Q.   All right.  Is your statement to Ms. Rumba, nonetheless,

13   the truth?

14   A.   Rumba?

03:46   15   Q.   Sorry.  To Ms. Armstrong, nonetheless, the truth?

16   A.   Yes.

17   Q.   Later that day, did you give a statement to the State

18   Department?

19   A.   Yes.  It wasn't a written statement; it was a verbal.

03:46   20   Q.   Have you read it?

21   A.   Yes.

22   Q.   Does the State Department report of your statement -- or

23   does the State Department's account of your statement, is that

24   the truth?

03:47   25   A.   There was a couple of things that they wrote down wrong;

03:47  1   but other than that, yes.

2            MR. McKINNEY:  Your Honor, may I publish to the jury

3   the portion of the State Department report dealing directly

4   with their interview of Ms. Jones?

03:47  5            THE COURT:  Tell me what pages we're talking about.

6            MR. McKINNEY:  It would be -- in the final report, it

7   would be -- I believe it would be 0948.

8            MR. KELLY:  What's the exhibit number?

9            MR. McKINNEY:  Exhibit --

03:47  10           THE COURT:  It's B98, but it's a portion of it.

11           MR. McKINNEY:  Yes.  There might be a better way to do

12   this, if I can have a half a second.

13   BY MR. McKINNEY:

14   Q.  Let's look instead at B67.

03:48  15           THE COURT:  67 of B98?

16           MR. McKINNEY:  No, Judge, Exhibit B67.

17           THE COURT:  Exhibit B67.  Are you going to hand her a

18   copy, or does she already have one?

19               Do you have one?

03:49  20           MR. McKINNEY:  Do you need a copy, your Honor?

21           THE COURT:  No, I don't.  But does she have a copy?

22           MR. McKINNEY:  It should be in the notebook there.

23           THE WITNESS:  Are you putting it on the screen?

24   BY MR. McKINNEY:

03:49  25   Q.  We will in just a second, but I need to lay the foundation

03:49   1   so I can move it for admission into evidence.  So, if you
2   wouldn't mind looking at it.
3   A.  What page?
4   Q.  B67.
03:49   5   A.  Okay.  I'm there.
6   Q.  Are you there?  Okay.
7        And would you glance at the -- not the cover
8   page, but the following three pages and tell us whether or not
9   that is, in fact, the portion of the State Department
03:49   10   investigation pertaining to statements that you made?
11   A.  Yes.
12        MR. McKINNEY:  I move for the admission of B67.
13        MS. VORPAHL:  No objection, your Honor.
14        THE COURT:  Any objection?
03:50   15        MR. KELLY:  Your Honor, it's a three-page document.  I
16   haven't had an opportunity to read every word of it.  I don't
17   have any glaring objections right now other than I would like
18   an opportunity to read every word before I --
19        THE COURT:  You've seen this document before?
03:50   20        MR. KELLY:  I have seen it.  I don't have any
21   objection that I'm aware of right now.  There's a lot of
22   documents in this case, your Honor.
23        THE COURT:  I know that.  I know that.  Well --
24        MR. KELLY:  I don't have any problem with him
03:50   25   questioning off of it --

03:50  1          THE COURT:  Okay.

2          MR. KELLY:  -- as we go, if I could raise objection --

3          THE COURT:  Let's proceed, and I'll --

4          MR. McKINNEY:  I intend to publish it.

03:50  5          THE COURT:  May we proceed by question for a moment

6     until --

7          MR. McKINNEY:  Sure.

8          THE COURT:  Okay.

9     BY MR. McKINNEY:

03:50  10    Q.  I'll try to ask a couple of questions while your attorney

11    reviews the document, but you might want to look at it because

12    my questions come directly from the document.

13    A.  Okay.

14    Q.  Were you interviewed on the evening of July 28th, 2005, by

03:51  15    the State Department?

16    A.  Yes.

17    Q.  Specifically by T.J. Lunardi and Brian Nguyen -- sorry --

18    Heidi McMichael?

19    A.  Yes.

03:51  20    Q.  Did Mr. Lunardi begin the investigation by introducing

21    himself and asking if you were okay to answer questions?

22    A.  Yes.

23    Q.  And did you tell him that you were physically okay and

24    would speak with the investigators?

03:51  25    A.  Apparently.

03:51   1   Q.  Did Mr. -- did Mr. Lunardi inform you that the initial

2   interview would be short and that the regional medical officer,

3   Dr. Panakkal David, was standing by to provide counseling and

4   assistance?

03:52   5   A.  Yes.

6   Q.  Were you asked if you could recount the previous day's

7   activities beginning in the early morning?

8   A.  Yes.

9   Q.  And did you explain that you had only been in country for

03:52   10   approximately 48 hours and you were unfamiliar with the terrain

11   and layout of the embassy and Camp Hope and knew -- and only

12   knew a few individuals?

13   A.  Apparently.  I think the hours are wrong.

14   Q.  Right.  You actually had been about 72 or more hours?

03:52   15   A.  72 or more.

16   Q.  Three and a half days or so?

17   A.  Yes.

18   Q.  Did you tell the investigating officers that you had had

19   dinner that evening with your coworker -- they have him down as

03:52   20   Khalin here, but I think it was Khalid, K-H-A-L-I-D?

21   A.  He pronounces it "Khalid," though.

22   Q.  "Khalid"?

23   A.  Yeah.

24   Q.  All right.  Anyway, you told the investigating officers

03:53   25   that you -- or the investigating agent that you had had dinner

03:53   1    with Khalid?

2    A.   Yes.

3    Q.   Gone to play the guitar with him?

4    A.   Yes.

03:53   5    Q.   And did you tell the investigating agent that you had

6    sipped on a glass of whiskey while you were playing a guitar?

7    A.   I swigged on -- I took one swig out of a bottle.

8    Q.   All right.   Okay.   It kind of gets jumbled up in here a

9    little bit, and a lot of this is probably unnecessary

03:53   10   background information.

11              But the general sequence of events that evening,

12   you played the guitar with Khalid, and then you went back to

13   your room.   I believe you told us that you were in your room

14   and either you called Pete Arroyo or Pete Arroyo called you.

03:54   15   Is that correct?

16   A.   Yes.

17   Q.   Now, prior to this time, you had met Charles Bortz, been

18   introduced to him, correct?

19   A.   Yes.

03:54   20   Q.   And then you had met him in passing in your barracks?

21   A.   Yes.

22   Q.   And at some point before this evening, Mr. Bortz' phone

23   number had been loaded into your cell phone?

24   A.   Yes, by Sara Simco.

03:54   25   Q.   Was that at your request that Ms. Simco load that

03:54  1   information?

2   A.  Yeah.  I had her put a bunch of different numbers in there;

3   but I didn't specifically say for Charles Bortz, but just

4   people around the barracks, so I would know how to get to

03:54  5   different places.  I'm really bad with directions.

6   Q.  All right.  So, in any event, to move on, you were outside

7   on the phone with Mr. Arroyo and Ms. Simco and Mr. Bortz came

8   up to you and invited you to join their gathering?

9   A.  Right.

03:55  10   Q.  And you did?

11   A.  Yes.

12   Q.  Because it's a good chance to meet people and make new

13   friends and you were going to be there for a year?

14   A.  Right.

03:55  15   Q.  Did you know at this point that Mr. Bortz was dating a

16   woman named Beneta Brumatti?

17   A.  No.

18   Q.  You had earlier that day been informed by Ms. Simco of some

19   kind of secret regarding her boyfriend.  You told us about that

03:55  20   in connection with Mr. Kelly's examination?

21   A.  Yes.

22         MR. McKINNEY:  May it be published?

23         MR. KELLY:  No objection.

24         THE COURT:  Okay.  Exhibit B67, admitted without

03:56  25   objection.

03:56    1         MR. McKINNEY:  Is this 0048?

       2         MR. KELLY:  Yes.

       3   BY MR. McKINNEY:

       4   Q.  All right.  Let's go under Item 5, please.  And in the

03:56    5   middle --

       6         MR. McKINNEY:  I'll try to do it this way.  Right here

       7   where it says, "RA questioned Jones about Bortz," let's get

       8   down to that sentence; and then we'll just go sentence by

       9   sentence.

03:57   10   BY MR. McKINNEY:

     11   Q.  The agent questioned you about Charles Bortz; and you told

     12   the agent that you had met him the previous night and had been

     13   introduced by Sara Simco, correct?

     14   A.  Correct.

03:57   15   Q.  Is that right?

     16   A.  Yes.

     17   Q.  And that actually happened?

     18   A.  Yeah.

     19   Q.  That's what you told the agent?

03:57   20   A.  Yeah.

     21   Q.  Yes.  Okay.  You told the agent that you -- or did you tell

     22   the agent that you knew that Charles Bortz was a firefighter

     23   and that he had several roommates but you were unsure of their

     24   names?  Did you tell the agent that?

03:57   25   A.  Yes.

03:57  1    Q.  Now, let me stop right there.  I think you told our jury

2    that when you had woken up that morning and you saw Mr. Bortz

3    in your room, you did not know his name?

4    A.  His first name.

03:58  5    Q.  His first name?

6    A.  Yes.

7    Q.  All right.  Continuing now with what the agents wrote down

8    from your interview, did you -- you agreed, I suppose -- we

9    talked about that -- you agreed to join the group but first you

03:58  10   went to your room and poured a glass of Baileys or a cup of

11   Baileys, correct?

12   A.  Right.

13   Q.  And I think you actually remember even today that it was a

14   third of an 8-ounce cup?

03:58  15   A.  Because it was like a shot, little bit more than a shot.

16   Q.  But a relatively small amount of alcohol?

17   A.  Right.

18   Q.  And so, when you arrived at the party, according to this,

19   you told the agent that you saw Mr. Bortz, you saw Sara Simco,

03:59  20   a young woman named Melissa, Jimmy, and Bortz' two roommates?

21   A.  You can tell I'm bad with names from that because --

22   Q.  I'm bad with names, too.  But looks like there were about

23   six people or seven people there when you arrived?

24   A.  Right.  Because I think Jimmy was actually somebody else's

03:59  25   name.

03:59    1             Do you remember who that was?

2   Q.  And then later in the evening, Mr. Castillo and Matt Ryan

3   and Tyler Schmidt, and I believe Mr. Castillo's girlfriend

4   showed up at the gathering, correct, off and on over the

04:00   5   evening?

6   A.  Yes.

7   Q.  So, we're now up to about 10 or 11 people who were there

8   with you and Mr. Bortz at one time or another because you were

9   actually able to remember them being there with you?

04:00   10   A.  Okay.

11   Q.  Do you agree with that?

12   A.  Yeah.

13   Q.  We drop on down to the last line:  "Jones recalled everyone

14   sitting around drinking and talking."  You were sitting beside

04:00   15   Bortz and shared an unknown cocktail with him.  Did you tell

16   the agents that?

17   A.  I shared the Baileys with Bortz.

18   Q.  Well, let me just -- what the agent has written down here,

19   based on his interview of you, is that you were sitting next to

04:01   20   Charles Bortz and sharing an unknown cocktail with him.

21             You had already told the agent about the Baileys,

22   correct?

23   A.  Right.

24   Q.  And apparently, what the agent wrote down is that it looks

04:01   25   like you were sharing a different drink, an unknown drink, at

04:01  1    that point?

2    A.   I don't recall that today.   That's all.

3    Q.   And then it goes on to state -- and is this something that

4    you told the agent -- that you also recalled sipping some of

04:01  5    Castillo's cocktail?

6    A.   (No response).

7    Q.   That is, you were sipping out of Mr. Bortz' drink, and you

8    also sipped some out of Mr. Castillo's drink.   Do you recall

9    telling the agent those things?

04:01  10   A.   I don't recall that today.   But I wouldn't have lied to the

11   agent either.   So --

12   Q.   Would you defer to what the agent has written down here

13   compared to your memory today, generally speaking?

14   A.   Generally.

04:02  15   Q.   Okay.   Then the next sentence refers to the comment you

16   made about Ms. Simco's boyfriend in front of the crowd?

17   A.   (No response).

18   Q.   Do you see that at the bottom of the page?

19   A.   Yes.

04:02  20   Q.   This was a mistake, and Ms. Simco was upset and left.   And

21   you told us that you went to apologize.   And that's recounted

22   here in the agent's statement, correct?

23   A.   Yes.

24   Q.   If we drop down to the last sentence -- last two sentences

04:02  25   of -- we're on the next page now.   These -- beginning right

04:02  1  about here.  Well, let's just leave it like that.

2          Right here, Ms. Jones, it begins that you -- that

3  you reported that you stayed at Ms. Simco's for a few minutes,

4  and then you returned to the party.  Do you recall returning to

04:03  5  the party directly after going to see Ms. Simco?

6  A.  No.  I went up to my room first.

7  Q.  All right.  What it says here is that you returned to the

8  party, and you stated that you told them that you were

9  returning to your room and said goodnight to the individuals

04:03  10  there.  Do you see that?

11  A.  They weren't typing when they were talking to me.  Now, I

12  clearly remember this, that I went from Simco's room to my

13  room.

14  Q.  Okay.

04:03  15  A.  And then I returned later, after confirming that people

16  were still gathering outside.

17  Q.  Now, here in Item 6 --

18          MR. McKINNEY:  If you can highlight that for us,

19  please.

04:04  20  BY MR. McKINNEY:

21  Q.  -- did you tell the investigators that day on July the 28th

22  that after you returned to your room, Charles Bortz called you

23  on your cell phone?

24  A.  I believe I called him to see if the party was still going

04:04  25  on.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

04:04  1   Q.  Yes, ma'am.  But it says just the opposite here.

2   A.  It does.

3   Q.  It says that you told the agents that Charles Bortz called

4   you.  Is that what you told to the agents?

04:04  5   A.  I don't think so.

6   Q.  Pardon me?

7   A.  I don't think so.  Because I called him.

8   Q.  You think they got it wrong?

9   A.  Yeah.

04:04  10   Q.  All right.  Have you looked, by the way, at your cell phone

11   records that document the call to you from -- from you to

12   Charles Bortz?

13   A.  I tried to look at those.  They don't make any kind of

14   sense to me.

04:05  15   Q.  All right.

16   A.  Why is it I called him or he called me?

17   Q.  Well, you called him --

18   A.  Okay.

19   Q.  -- according to the records, but there apparently was also

04:05  20   a five-minute phone conversation.

21        Do you find it surprising that you would have

22   called Charles Bortz, whose first name you did not know, and

23   chatted with him for five minutes from your barracks room?

24   A.  Not necessarily at this time.  Because I was calling to see

04:05  25   if they were still hanging out, and I remember him saying that

04:05  1    they wanted me to go back down and hang out.   And nothing

2    alarming really had happened at this point.

3    Q.   Okay.   Now, Item 7 is a notation that was made by the agent

4    also?

04:06  5    A.   Okay.

6    Q.   And it begins:   "Upon returning to the party, Jones

7    recalled Bortz' roommate asking her if she wanted a cocktail.

8    Jones stated that she told him yes.   And that he returned a few

9    minutes later with several cocktails."

04:06  10   A.   Also is --

11   Q.   If you could wait --

12   A.   Okay.

13   Q.   -- I'm going to ask you a question.

14   A.   No problem.   Sorry, Mr. McKinney.

04:06  15   Q.   It's okay.

16              Focusing on the words that the agent wrote down,

17   based upon his conversation with you, he begins with the phrase

18   "upon returning to the party."   Do you see that?

19   A.   Yes.

04:07  20   Q.   That would imply, would it not, that pretty much the first

21   thing that happened when you got to the party was that Matt

22   Ryan offered you a drink, would it not?

23   A.   Right.

24   Q.   And it would also -- and is that what happened; as soon as

04:07  25   you got back to the party, that Matt Ryan offered you a drink?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

04:07   1   A.   Yeah.   And it took a long time for him to come back with

2   the drinks.

3   Q.   Okay.

4   A.   And also the verbiage "cocktails."   That wouldn't be

04:07   5   something that I would use at 20 years old.

6   Q.   Well, all right.   But in any event, the agent goes on to

7   note in the next sentence that you said yes, and that he,

8   Ryan -- presumably Ryan -- returned a few minutes later with

9   several cocktails.

04:08   10          And that would imply, would it not, that at the

11   time you were being interviewed by the agent, that you told the

12   agent that within a few minutes of your getting back to the

13   party, you had, in fact, received the cocktail from Matt Ryan?

14   A.   Took a few minutes.

04:08   15   Q.   Well, a few is less than five normally, isn't it?

16   A.   No, not necessarily so.

17   Q.   Okay.   In any event, Mr. Ryan only made you one cocktail

18   that evening, did he not?

19   A.   Right.

04:08   20   Q.   And that's the cocktail that you've told us that you took

21   two sips from and you remember nothing else?

22   A.   Two sips that I remember, right.

23   Q.   That you remember.   And your mind goes blank after that?

24   A.   Correct.

04:08   25   Q.   Now, so far, Ms. Jones, what we've seen in the statement --

04:09    1    or in the report of your interview is that the agent has been

2    going sequentially or chronologically, one thing leading to

3    another?

4    A.  It's not chronological.  Because I was jumping around.  I

04:09    5    was talking about the night, and then I would forget something.

6    "Oh, yeah, this happened.  Oh, yeah, this happened."

7    Q.  And I understand that you would jump around.  But the agent

8    is putting your statement in chronological order, as you can

9    see?

04:09    10    A.  I don't agree with that.

11    Q.  Can you see that?

12           You don't agree with that?  Okay.

13    A.  No.  Because I read this before.  And I was jumping around

14    pretty badly because I had just been raped.  And for me to

04:09    15    gather my thoughts well enough to put it in sequential order

16    wasn't going to happen.

17    Q.  Okay.  Continuing, you told the agent -- or did you tell

18    the agent that you were unsure if Bortz received a cocktail at

19    the same time?

04:10    20    A.  I remember that.

21    Q.  Now, do you recall how many drinks Mr. Ryan brought back?

22    A.  No.

23    Q.  Well, it was at least -- it was more than one, was it not?

24    A.  It was more than one.

04:10    25    Q.  He brought back drinks for a number of people?

04:10  1   A.   He has two hands.

2   Q.   Right.

3   A.   So, I don't know how many he brought back.

4   Q.   And I was going to ask you, how was he carrying them?  Did

04:10  5   he have a tray?  Was he holding them like between his fingers

6   like sometimes people will do?  Holding them by the lids?

7   A.   I don't remember.

8   Q.   You just don't have a recollection?

9   A.   No.

04:10  10  Q.   All right.  And when he got to -- were you-all at the

11  picnic table at this point?

12  A.   I think I was still sitting on the curb.

13  Q.   All right.  Did he put the drink down on the picnic table

14  and then hand them out?  Do you remember --

04:10  15  A.   No.

16  Q.   -- one way or another?

17  A.   I specifically remember him grabbing a drink and saying,

18  "Don't worry.  Saved all my ruffies for Dubai."

19  Q.   Right, right.

04:11  20          See, what I'm trying to find out here, just in

21  case it ever becomes important, is he brings back several

22  drinks, and he distributes these drinks to various people?

23  A.   Okay.

24  Q.   All right?

04:11  25  A.   Uh-huh.

04:11   1   Q.   "Yes"?

2   A.   Yes.

3   Q.   Thank you.

4            And so they're all in red or blue cups, are they

04:11   5   not?

6   A.   Don't remember.

7   Q.   Some kind of plastic cup of the type normally used at

8   parties like this?

9   A.   Right.

04:11   10  Q.   And so, do you recall who he gave drinks to first, who he

11  gave drinks to second?  Were you the last person to get a

12  drink?  The first person?  Were you in the middle?

13           Again, just in case it becomes important later

14  on.

04:11   15  A.   No.  I don't think I was paying attention.

16  Q.   Okay.  And it was at this point in time when he got back

17  and he handed you the drink that he made the comment about not

18  having put a roofie in your drink, that he was saving the

19  ruffies for Dubai, correct?

04:12   20  A.   Yes.

21  Q.   And then we see the final sentence in Item Number 7 where

22  it states:  "Jones recalled also sipping on Bortz' drink

23  throughout the night."

24           Do you see that?

04:12   25  A.   Yes.

04:12   1   Q.   Which -- and do you agree with me that that statement
2   implies that on July the 28th, you had a memory of other events
3   happening after Mr. Ryan gave you the drink?  Isn't that the
4   fair import of this statement that the agent has written down?

04:13   5   A.   No.
6   Q.   Okay.   Item Number 8 --
7   A.   Okay.
8          MR. McKINNEY:   If we can highlight that.
9   BY MR. McKINNEY:

04:13   10   Q.   Did you tell the agent that approximately 10 to 30 minutes
11   after returning to the party -- that is, after your return to
12   the party -- that Bortz' friend, who you later learned was Greg
13   Soriano, and his girlfriend, a Hispanic female, arrived at the
14   party; did you make that statement to the agent?

04:14   15   A.   Yes.
16   Q.   And did you tell the agent that the time frame was 10 to 30
17   minutes?
18   A.   I don't know.
19   Q.   If the agent wrote down that you said 10 to 30 minutes, are

04:14   20   you in a position to disagree with that?
21   A.   All I know is, once I took a couple of sips out of that
22   drink, I don't have any memory other than recalling Soriano
23   leaving as I'm taking the sips.  So I don't know if it took me
24   awhile to take a couple of drinks out of that drink or what.

04:14   25   Q.   Well, but again, Ms. Jones, with respect, that was not the

04:14   1    question.

2                    I'm simply asking you if it appears here in this

3    report that you said Mr. Soriano showed up 10 to 30 minutes

4    after you came back to the party?

04:14   5    A.   That's what it says.   And again, I'm really bad with time

6    frames.   And I always have been.

7    Q.   We're trying to figure out what happened that night,

8    Ms. Jones.   And you understood that the investigator was

9    gathering evidence from you in connection with an official

04:15   10   investigation?

11   A.   Yes.

12   Q.   And you didn't have any reason not to be completely honest

13   with him at the time, did you?

14   A.   No.

04:15   15   Q.   And you had every reason to be as forthcoming and give as

16   much information as you were aware of to aid in the

17   investigation?

18   A.   And I tried.   But I was really crying a lot, and frantic

19   and everything else.   So --

04:15   20   Q.   Okay.   The report goes on to say that you didn't recall

21   Mr. Soriano and his girlfriend having anything to drink and

22   that they only stayed for a short period.   And then the agent

23   asked you about the subject of the conversation at that party.

24   Do you recall that?

04:16   25   A.   Yes.

04:16   1   Q.   Okay.   And you told the agent that you recalled the
2   conversation being typical work-related matters.   That's fairly
3   normal, isn't it?
4   A.   Uh-huh, yes.
04:16   5   Q.   And then the agent noted that you and Bortz talked about
6   one of his roommates liking you.   Did Mr. Bortz tell you that
7   one of his roommates liked you, thought you were cute,
8   something like that?
9   A.   Yeah, it was the guy that gave me the drink.   Wasn't that
04:16   10   his roommate?
11              I'm sorry, I'm not supposed to ask you questions.
12   Q.   I don't think it's the roommate, but I could be wrong.
13              And it also says that you told the agent that you
14   and Mr. Bortz discussed ways in which Mr. Bortz could break up
04:17   15   with his girlfriend.   And that's how the agent phrased it?
16   A.   Yes.
17   Q.   That you and Charles had a conversation about how he could
18   go about breaking up with Beneta Brumatti.   Did you and
19   Mr. Bortz, in fact, have a conversation in which the two of you
04:17   20   discussed how Charles could break up with Beneta?
21   A.   We talked about him wanting to break up with her, all the
22   reasons why he was breaking up with her, things like that.
23   Q.   And all of this happened after you returned to the party?
24   A.   Yes.
04:17   25   Q.   And after you had been given the drink by Matthew Ryan?

04:17   1   A.  But before I took those sips, for sure.

2   Q.  But apparently before you drank anything out of it?

3   A.  Yeah.

4   Q.  Okay.  You also told the agent that, at the time, you

04:18   5   couldn't remember the name of Mr. Bortz' girlfriend but you

6   were aware that she was on leave and that she worked in the

7   same IT section that you would be working in?

8   A.  Yep.

9   Q.  So, you actually -- before you -- before whatever happened,

04:18   10   happened that night, you knew that Charles was thinking about

11   breaking up with Beneta, and you knew that you and Beneta would

12   be working in the same office when she returned from her

13   vacation.

14   A.  Looks like it, yeah.

04:19   15   Q.  And here we get to Item Number 9.

16   MR. McKINNEY:  Let's highlight the first two

17   sentences.  There we go, first three lines.

18   BY MR. McKINNEY:

19   Q.  According to the agent, what you said back on July the 28th

04:19   20   was that one of Mr. Bortz' roommates -- who at the time you

21   didn't know his name apparently, but it was Tyler Schmidt --

22   left the party to return to his room, and the agent goes on to

23   say that you said that shortly after seeing Schmidt depart,

24   your memory ceases.  That's what he wrote down, correct?

04:20   25   A.  Uh-huh, yes.

04:20  1   Q.  Okay.

       2   A.  Sorry.

       3   Q.  Now, you had been at the party for how long between the

       4   time that you first arrived and got the drink from Matthew Ryan

04:20  5   until the time that Tyler Schmidt left and your memory ceased?

       6   Do you know how long you'd been there?

       7   A.  No clue.

       8   Q.  Half hour, hour?

       9   A.  No idea.

04:20  10  Q.  No idea.  All right.

       11             As we progress through Section 9, we're now at

       12  the point where you've woken up the next morning?

       13  A.  Yes.

       14  Q.  Do you see that?

04:21  15  A.  Can we use the bathroom pretty soon?

       16             THE COURT:  We'll take a break.  How late does the

       17  jury want to work tonight?

       18             5:00?  Okay, 5:00 o'clock.  Okay.  Short break,

       19  10-minute break.

04:21  20             THE WITNESS:  Okay.  Thanks.

       21     (Recess was taken from 4:21 to 4:31 p.m.)

       22     (Jury not present)

       23             THE COURT:  Just one second.

       24             You may resume your seat, Ms. Jones.

04:31  25             My office received a call from Dr. Meisner saying

04:31   1   he didn't realize he would be called as early as Wednesday and

2   asked for me to call him back.  I really don't want to call

3   him.

4           MR. ESTEFAN:  Is it Dr. Meisner or Dr. Scarano?

04:31   5           MR. HEDGES:  Meisner is my witness.

6           MR. McKINNEY:  Scarano?  You mean Scarano, your Honor?

7           MR. HEDGES:  Meisner is my witness.  I haven't told

8   him anything about showing up.

9           THE COURT:  We'll check.  The person who talked to him

04:31   10   said Meisner.

11           MR. HEDGES:  I haven't notified him that he's being

12   called to testify.

13           THE COURT:  Could you touch base with him?

14           MR. HEDGES:  Oh, yes, I will.  But I haven't --

04:32   15           THE COURT:  I'm not accusing you.

16           MR. McKINNEY:  Certainly wasn't me.

17           MR. KELLY:  Unless we had SNAFU, we didn't --

18           MR. HEDGES:  Did it make sense what he said?

19           THE COURT:  He was surprised he was being called so

04:32   20   soon and could I call him.

21           MR. HEDGES:  This Wednesday, did he think?

22           THE COURT:  This is hearsay upon hearsay.

23           MR. KELLY:  It's not admissible, then, Judge.

24           MR. HEDGES:  It's not even part of our case, then.

04:32   25           MR. ESTEFAN:  It would be our case in chief, and we

04:32  1   did not contact him.

2              THE COURT:  Well, could you call him, please, and

3   resolve the confusion.

4                   Would all please rise for the jury?

04:32  5      *(Jury present)*

6              THE COURT:  Members of the jury, please be seated.

7                   All right.  You may resume your inquiry.

8   BY MR. McKINNEY:

9   Q.  Ms. Jones, I am not going to -- unless you want to go into

04:33  10  it, I'm not going to ask you about the initial period when you

11  woke up.  We may have to discuss it at some point, but I'm not

12  going to ask you about that right now.

13                 What I would like to do is I would like to -- and

14  under Tab Number 9, skip down to the part where it says --

04:33  15  right here:  "Jones explained that she could not recall any

16  further conversations."  Do you see that?

17             MR. McKINNEY:  Let's just highlight the rest of that

18  paragraph.

19  BY MR. McKINNEY:

04:34  20  Q.  What we see here in this sentence --

21             MR. McKINNEY:  If we can get it highlighted.  There we

22  go.

23  BY MR. McKINNEY:

24  Q.  The first highlighted sentence says:  "Jones explained that

04:34  25  she could not recall any conversations that took place as they

04:34  1  were departing -- as they were departing her room."  Which

2  would imply that you and Mr. Bortz left your room together that

3  morning.  Do you remember that?

4  A.  I've always said that I can't recall what happened to the

04:34  5  man in my room.  So --

6  Q.  All right.  Well, let me direct your attention back to --

7  A.  But that doesn't mean I didn't remember back then.

8  Q.  -- back to the statement that you gave to Ms. Armstrong.

9          MR. McKINNEY:  If we could put the second page of

04:35  10  Joint Exhibit 103 on the board.  And I would like to highlight

11  the sentence that says -- make sure I don't blind anybody --

12  "He walked me outside for work."  Which is two -- five lines --

13  right there.

14  BY MR. McKINNEY:

04:35  15  Q.  Now, that sentence that we see right there, the "he"

16  referring, of course, to Charles Bortz --

17  A.  Uh-huh.

18  Q.  -- is a sentence written in your own handwriting, correct?

19  A.  Yes.

04:35  20  Q.  And it's written sometime on July the 28th, the day of all

21  these events, correct?

22  A.  Uh-huh.

23  Q.  "Yes"?  You have to -- for the court reporter, please.

24  A.  Yes.  I'm sorry.  I forget.

04:36  25          THE WITNESS:  Can you-all hear me?

04:36    1    BY MR. McKINNEY:

2    Q.   And what you indicate here is that Mr. Bortz walked you

3    outside for work, do you not?

4    A.   I do.

04:36    5    Q.   And I was just wondering if that didn't dovetail in with

6    the statement that we see here on --

7         MR. McKINNEY:   If we could go back to B67 --

8    A.   I'm not taking an issue with it.  I don't remember now, but

9    this was years ago.

04:36    10    BY MR. McKINNEY:

11    Q.   All right.

12    A.   Does that make sense?

13    Q.   And I simply want to ask you this question.  And I'm sure

14    you don't agree with it.  But does it not seem odd to you that

04:36    15    a man who has, according to you, raped you would spend the

16    night, and then stick around and walk you outside for your job

17    for work?

18    A.   He walked me outside.

19    Q.   Isn't that somewhat unusual behavior for a rapist?

04:37    20    A.   No.  He knew he was outside of jurisdiction.  He knew he

21    was outside of this civil court system until I got involved.

22    So, no.  He was brazen enough to still be there.

23    Q.   All right.  So, you know what was in Mr. Bortz' mind and

24    you know why he spent the night in your room and why he walked

04:37    25    you outside, and that's what you're telling our jury?

04:37  1   A.  I'm telling you why -- you asked me why -- you asked me a;

2   question; and I answered it, Mr. Kelly.

3        THE COURT:  Mr. McKinney.

4   A.  I mean -- I'm so sorry.  Mr. McKinney.

04:37  5        THE COURT:  No, that's all right.

6        THE WITNESS:  I'm getting tired now.

7        THE COURT:  We're almost done for the day.

8        THE WITNESS:  All right.

9   BY MR. McKINNEY:

04:37  10  Q.  Picking up with your statement, it says you were picked up

11  for work by Mr. Arroyo and he took you to work and you weren't

12  sure whether you called him or whether it was a chance meeting.

13  That part is -- you agree with that?

14  A.  Yes.

04:38  15  Q.  And then the agent goes on to note that you told the agent

16  that you felt sick at work and decided to leave.  "Jones stated

17  that afternoon she decided to seek medical assistance at the

18  Military Combat Surgical Hospital."

19        There's a lot more to it than that, isn't there?

04:38  20  A.  To what?

21  Q.  You feeling sick and deciding to leave work and that you

22  decided to seek medical assistance at the Military Combat

23  Surgical Hospital?

24  A.  Well, the whole report is what it's about.

04:39  25  Q.  Let's go to Page 10, and then we'll be through with this --

04:39   1   or let's go to the next page and look at Item Number 10.

2   A.   Okay.

3   Q.   "RA questioned Jones about the events that morning while

4   she was at work.  Jones informed RA that she recalled it being

04:39   5   a typical day at work.  Jones recalled contacting Arroyo that

6   morning but couldn't recall any other significant e-mail or

7   telephone calls."

8                    Do you see that?

9   A.   Yes.

04:39   10   Q.   Now, you're aware that your cell phone records show that

11   you called Charles Bortz that morning at 7:21, are you not?

12   A.   Yeah, I think I butt-dialed him.

13   Q.   For a two-minute phone call?

14   A.   Absolutely.  I did not talk to him.

04:39   15   Q.   Okay.

16   A.   Because he was the last person I talked to the previous

17   night about seeing if the gathering was still together; so, his

18   number would still be the last number called.

19                    THE COURT:  And you dialed it mistakenly?

04:40   20                    THE WITNESS:  Yeah, I did.

21   BY MR. McKINNEY:

22   Q.   Well, with all due respect, Ms. Jones --

23                    MR. McKINNEY:  If we could put up Joint Exhibit 133.

24   And highlight, please, beginning right -- I believe --

04:40   25   actually, no.  It's this right here, this section right here

04:41   1   (indicating).

2              No.  Just the -- that's more information than we

3   need.  Just, please, from right here to right here

4   (indicating), if you would cut that out and highlight it for

04:41   5   me.

6              Enlarge it, if possible.

7              Thank you.

8   BY MR. McKINNEY:

9   Q.  Other evidence in this case will show, Ms. Jones, that the

04:41   10  number we see here, the first number in this section, this is a

11  number called, (790)266-9206, that's Charles Bortz' number?

12  A.  Oh, okay.

13             THE COURT:  I want to make sure everybody understands

14  what Ms. Jones has said.  She said that she butt-dialed him,

04:42   15  which in her deposition we clarified as meaning she perhaps sat

16  on her phone and accidentally dialed that number.  Does

17  everybody -- okay.

18  BY MR. McKINNEY:

19  Q.  And you told the jury just a moment ago that the reason why

04:42   20  you believe you accidentally called Mr. Jones' -- Mr. Bortz'

21  number is because that was the last number you had called the

22  night before?

23  A.  That's what I thought, but --

24  Q.  And as we can see --

04:42   25  A.  That's how I remember it.

04:42   1   Q.   -- you made several phone calls to two different numbers

2   that morning: one at 6:38, one at 6:41, and one at 6:45?

3   A.   Okay.

4   Q.   And then you can see, after having made those three phone

04:42   5   calls, you called Charles Bortz' number, and the call lasted

6   two minutes.  Do you see that?

7   A.   I didn't talk to him.  So it must have been an accident

8   dial.  Something happened, but it was a two-minute phone call.

9   Q.   We do have a record, do we not --

04:43  10   A.   Yeah, you do.

11   Q.   -- of a call to Mr. Bortz' number, and a two-minute phone

12   call, with three intervening phone calls?

13   A.   Right, you do.

14   Q.   Now, let's forge ahead and get you at the office.  Okay?

04:43  15   You've gone to work.

16   A.   Okay.

17   Q.   And there you are at your desk.

18   A.   Okay.

19   Q.   Okay?

04:43  20        MR. McKINNEY:  At this time, I move for the admission

21   of Joint Exhibit Number 56.

22        MR. KELLY:  No objection, your Honor.

23        MR. McKINNEY:  I'll also offer 57, which is the

24   second --

04:44  25        MR. KELLY:  Also no objection, your Honor.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

04:44    1          THE COURT:  Admitted without objection.

   2          MR. McKINNEY:  Can we have Exhibit 56 put up, please?

   3    Go to the last page, please, which is the beginning of the

   4    e-mail string.

04:44    5              We must be talking about different exhibits.

   6              Joint Exhibit 56?  Oh, there we go.  Okay.

   7    BY MR. McKINNEY:

   8    Q.  At 7:19 --

   9          MR. McKINNEY:  No.  Actually, that's from the day

04:45   10    before.  The first e-mail is right here.

   11             If you'll blow that up.

   12    BY MR. McKINNEY:

   13    Q.  As you can see, Ms. Jones, at 7:19 a.m. you sent an e-mail

   14    to Pete Arroyo that says:  "Thanks so much for taking me to

04:45   15    work this morning."

   16    A.  Uh-huh.

   17    Q.  Do you see that?

   18    A.  I do.

   19    Q.  Do you remember sending that e-mail?

04:45   20    A.  I was still under the influence, so not really.

   21    Q.  Well, do you remember a little bit or you have no memory of

   22    it?  Where are we on that?

   23    A.  I don't really remember it.

   24    Q.  Okay.  And then if we scroll up to see Mr. Arroyo's reply

04:45   25    up here, we'll see that at 7:36, about 15 minutes later,

04:46   1   Mr. Arroyo writes back and says:  "Not a problem.  Just promise

2   you won't get caught up in camp gossip."  Do you see that?

3   A.  Uh-huh.

4   Q.  Can you say "yes" or "no," please, ma'am --

04:46   5   A.  Yes.  I'm so sorry.

6   Q.  -- for the court reporter?  Thank you.

7            Now, did you tell Pete Arroyo on the way to work

8   that morning that you and Charles had talked the night before,

9   and Charles had told you that he was going to break up with

04:46   10   Beneta because he was interested in you?  Did you tell Pete

11   Arroyo that on the way to work?

12   A.  I don't know what I said on the way to work.  I don't even

13   remember any of this.

14            But you're going to flip to an e-mail that will

04:47   15   say that.

16   Q.  Okay.

17            THE COURT:  You just have no memory at all of the

18   trip?

19            THE WITNESS:  I remember -- if we show all the

04:47   20   e-mails, I remember like the last couple, but not really.  I

21   don't really remember that trip in the morning.

22            THE COURT:  All right.

23   BY MR. McKINNEY:

24   Q.  All right.

04:47   25   A.  Unfortunately.

04:47   1   Q.  Well, let's look at your response.  Your response is here
        2   at the top.
        3   A.  Okay.
        4   Q.  And your response is:  "Oh, I'm sure I already am."
04:47   5   A.  Yes.
        6   Q.  Do you see that?
        7   A.  Yes, I do.
        8   Q.  Do you remember writing that response?
        9   A.  No.
04:47  10   Q.  No recollection whatsoever?
       11   A.  No.
       12   Q.  All right.  Well, as you sit here today, can you think of a
       13   reason why you would get caught up in camp gossip --
       14   A.  Yeah.
04:47  15   Q.  -- your third day in Iraq?
       16   A.  Yes.
       17   Q.  And what would that reason be?
       18   A.  Well, I had made Sara Simco upset with me for disclosing
       19   that she had a boyfriend on accident.
04:48  20   Q.  Okay.  What else would get you caught up in camp gossip?
       21   A.  Well, that definitely would.
       22   Q.  All right.  Is that it?
       23   A.  I was raped.
       24   Q.  Well, if you weren't raped, if just hypothetically you had
04:48  25   consensual sex with a fellow worker's boyfriend, would that be

04:48   1   likely to get you caught up in camp gossip?  Don't you think?

2   A.  It would.  But this wasn't consensual.

3   Q.  We turn the page.  And I will go to my grave not

4   understanding this response, but Mr. Arroyo wrote back to you

04:49   5   after you said that you were sure you were already caught up in

6   camp gossip and said:  "Good deal."

7          Do you have any idea what he meant by that?

8   Seems like an odd response, does it not?

9   A.  It does.

04:49   10   Q.  But then you replied right up here at 7:43 in the morning

11   and you stated:  "The girls hate me here."  Do you see that?

12   A.  I do.

13   Q.  Is there any doubt in your mind that you wrote that e-mail?

14   A.  No.

04:49   15   Q.  Do you remember it today?

16   A.  I don't remember it.

17   Q.  You don't remember writing that e-mail, but you know you

18   wrote it?

19   A.  Pretty sure I probably did.

04:50   20   Q.  Do you have any idea what you meant by that e-mail?

21   A.  Because of Sara Simco.

22   Q.  Now, I thought you told us in response to Mr. Kelly's

23   questions, I believe it was Thursday, that you went to

24   Ms. Simco's hooch, and she told you she really wasn't mad and

04:50   25   it wasn't any big deal and not to worry about it.

04:50   1   A.  Right.

2   Q.  Okay.  Now --

3   A.  But she really was still mad.  I could tell by her

4   demeanor, the way she was carrying herself, and now her

04:50   5   deposition, that she really was mad.

6   Q.  Well, since -- since you -- since that evening in Iraq, one

7   thing that's happened is you've accused Sara Simco's good

8   friend, Charles Bortz, of raping her -- of raping you, correct?

9   A.  He did.

04:50   10   Q.  Well --

11       THE COURT:  Okay.  All right.

12   BY MR. McKINNEY:

13   Q.  That would be a reason for Ms. Simco to be unhappy with

14   you, would it not, accusing her friend, Charles Bortz, of

04:51   15   raping you?

16   A.  She was unhappy with me then; she's unhappy with me now.

17   Q.  All right.  And so you think here this is not a reference

18   to you coming between Charles and his girlfriend; you think

19   this is a reference to telling that social gathering that Sara

04:51   20   Simco had a boyfriend?

21   A.  Yes.  I didn't even know Charles Bortz' girlfriend.

22   Q.  Well, you knew that Charles Bortz had a girlfriend?

23   A.  Yes.

24   Q.  You knew that she worked in your department?

04:51   25   A.  Yes.

04:51  1    Q.  And you knew that he was going to break up with her,
       2    because you told the State Department agents that you discussed
       3    that at the social gathering?
       4    A.  Right.
04:52  5    Q.  Let's go to the next page.  We see Pete Arroyo's response
       6    to your statement that "the girls hate me here."  What
       7    Mr. Arroyo said to you at 7:52 a.m., he states:  "Because you
       8    are a threat to their attention they get from the guys.  Don't
       9    worry.  When they see you are a real person, they will warm up
04:52  10   to you.  However, just be prepared to deal with Beneta when her
       11   boyfriend breaks up with her and begins his slow descent into
       12   the 'oh, shit, I shouldn't have broken up with my girlfriend'
       13   mode."  Jamie, just be yourself and everything will be fine."
       14              Your response two minutes later, 7:54 a.m., was:
04:53  15   "I don't know, dude.  This place is kind of messed up.  Already
       16   I have enemies and it's day three."
       17   A.  Uh-huh.
       18   Q.  You don't remember writing that either, do you?
       19   A.  Nope.
04:53  20   Q.  Do you have any idea -- well, if you don't remember writing
       21   it, can you tell us today what was in your mind when you wrote
       22   it?
       23   A.  Well, I had enemies.
       24   Q.  Pardon me?
04:53  25   A.  Well, I had just been raped.

04:53  1   Q.  Okay.

2   A.  Also, I was told that night that Charles Bortz was going to

3   break up with his girlfriend anyway.  So --

4          THE COURT:  Okay.  But why -- what prompted this

04:54  5   particular language, is what's being asked.

6          THE WITNESS:  Well, I had enemies; the rapist and -- I

7   think I was just really confused.  I was under the influence of

8   a rape facilitation drug.

9   BY MR. McKINNEY:

04:54  10  Q.  Okay.  Now, you told the State Department investigators

11  that you got a text message from Charles that morning, just a

12  general greeting saying hello to you, correct?

13  A.  I don't know what it said.  I don't even -- did it even say

14  on there?

04:55  15  Q.  Well, let's look at -- let's go back to B67.

16  A.  Okay.

17  Q.  And if we go to the last page, Item 10.

18  A.  Oh, okay.

19  Q.  And beginning when it's -- with the second sentence,

04:55  20  starting with "When RA and SA."  Directing your attention to

21  that sentence right there, beginning with the word "in," it

22  looks like you were questioned again on July the 30th.  Do you

23  see that?

24  A.  Oh, okay.  Yes.

04:56  25  Q.  And you were asked if you had e-mailed or telephoned Bortz

04:56  1   or anyone who was present at the party.  You denied contacting

2   Charles Bortz, but you said that you received a text message

3   from him that morning; you couldn't recall what the message

4   stated, but that it was a general greeting.

04:56  5         So, that's something -- you wouldn't have made

6   that up if the agents wrote that down.  And you probably got a

7   text message from Charles that morning that -- when you were in

8   the office giving you a general greeting of some kind.  Fair

9   statement?

04:56  10  A.  Fair statement.

11  Q.  "Additionally, Jones informed the investigator that she

12  recalled Simco e-mailing her and informing her that she had

13  left a notebook in her office.  Jones stated that the notebook

14  contained some written credit card numbers."

04:57  15        And that was on the 30th.  Do you recall

16  receiving that -- do you recall receiving that e-mail from Sara

17  Simco?

18  A.  Apparently I recalled it then.

19  Q.  All right.  Do you recall it today?

04:57  20  A.  I remember the notebook with the credit card numbers.

21  Q.  All right.  Let's drop down to Item 15, and we'll be done

22  for the day.

23  A.  Okay.

24  Q.  On August 31st, you called the agent on his cell phone.  By

04:57  25  this time, were you back in the States?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

04:57    1          THE COURT:  By August 31st.

    2          THE WITNESS:  Oh, yeah.  I was looking for the date.

    3    BY MR. McKINNEY:

    4    Q.  August 31st, you call the agent on his cell phone.  You

04:57    5    stated that you recalled receiving the e-mail from Simco, as

    6    you previously had told the agent, but now you have some

    7    additional information.  You stated that in the body of the

    8    message, Simco mentioned something to you about Bortz'

    9    girlfriend returning to Iraq.  "Jones informed the agent that

04:58   10    she felt she should be the one to relay the information to

   11    Bortz' girlfriend, as she was the one involved."

   12          Do you recall any of that activity?

   13    A.  Yes.  And -- sorry -- as you recall, I had access still to

   14    my e-mail.  So, I probably read the whole e-mail and saw that

04:58   15    in there and decided I wanted to make sure the record was

   16    straight.

   17          MR. McKINNEY:  It's a good stopping point, your Honor.

   18          THE COURT:  All right.

   19          MR. KELLY:  Before we go, your Honor, could we have

04:58   20    the rule of completeness.  There's a whole section of Number 9

   21    that was left out.

   22          THE COURT:  Let me check Rule 9 -- I mean,

   23    Paragraph 9.

   24          MR. KELLY:  Paragraph 9 starts at Line 3 with the word

04:59   25    "Jones," and goes to the word "unprotected," which is five

1   lines up.  It was not read to the jury.  Everything else on

2   this document seems to have been.

3           MR. McKINNEY:  As I told the witness, I would be happy

4   to go over that with her if she wanted to, or we could skip it.

5           THE WITNESS:  Yeah, you said that.

6           THE COURT:  Yeah.  And I think this is -- this is --

7   we've heard this before.  I don't think it's necessary.

8           MR. KELLY:  All right.

9           THE COURT:  Is 8:30 still convenient?

10              All right.  Would all rise for the jury, please.

11      *(Jury not present)*

12          THE COURT:  Everyone may be seated.  The clerk who

13   received this mysterious phone call knows something about our

14   case and he thought what he heard was Eisenmann and he thought

15   may be -- the closest thing he could think of was Meisner.  He

16   Googled the phone number and it turns out -- I don't -- this

17   may not -- this may compound the mystery -- that the phone

18   number is for Eisemann, E-I-S-E-M-A-N-N, Cosmetic Day Surgery

19   Center.

20          MR. KELLY:  That is our witness.

21          THE COURT:  That is your witness.  Okay.  All right.

22          MR. ESTEFAN:  That's correct.

23          THE COURT:  But the message was that doctor wanted me

24   to call him, and I don't want to do that.  So, you take care of

25   it.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

05:00   1          MR. ESTEFAN:  No, no.  We'll contact him, Judge.

2          MR. McKINNEY:  Judge, I have a note from your clerk

3    that I failed to move for the admission of Bortz 164.  It's the

4    St. Luke's Community Medical Center record.  Is that --

05:01   5          MR. ESTEFAN:  Has that been referred to?

6          MR. McKINNEY:  Oh, yeah, I examined her thoroughly on

7    it.  It's either the blackout or --

8          MR. KELLY:  That was the one we didn't know if you

9    redacted yet.  As long as it's redacted, I don't have an

05:01   10   objection to it, your Honor.

11         MR. McKINNEY:  Subject to redaction, I move for the

12   admission of Bortz 164.

13         THE COURT:  Admission granted.  Thank you.

14         MS. VORPAHL:  You didn't do Joint Exhibit 133 either,

05:01   15   but I think the joint exhibits are in.

16         THE COURT:  Yeah.

17         MS. VORPAHL:  So, we don't have to move joint

18   exhibits?

19         THE COURT:  No.

05:01   20         MS. VORPAHL:  Thank you.

21         THE COURT:  You-all work out that amongst yourselves.

22   We've got two other issues, I understand, you want to discuss.

23   Apparently KBR wants to talk about Jones' page and line

24   designations; and then I guess there's some lingering issue

05:02   25   about hearsay within hearsay under B98?

05:02  1          MS. VORPAHL:  The page and line --

2          MS. CATES:  Pages and lines were -- this is brief,

3     your Honor.  Page and lines were due awhile back before the

4     trial started.  Jones has amended hers and supplemented twice,

05:02  5     once last night.  I mean, these are the new ones just for two

6     of the witnesses.  So, we would have to start over if the Court

7     allows this late amendment.  They've mentioned that they'll get

8     us the rest this week.

9              We've already done all of our page and lines for

05:02  10    theirs.  You've asked us to designate cross and direct.  So, we

11    did do that yesterday; but we didn't designate new testimony.

12    We just put either it's cross or direct.  Now we would have to

13    go -- start all over, make all the new objections, redo all of

14    our directs and crosses, redo the electronic cuts.  At this

05:02  15    late stage of the game, your Honor, we would just ask that they

16    need to stand on their last set from a week ago.

17         MS. MORRIS:  Your Honor, we did go back and remove

18    any -- I think it was references to attorneys representing

19    them.

05:03  20         THE COURT:  You have to be near the mic.  I'm sorry.

21         MS. MORRIS:  We removed any statements with regard to

22    KBR representing some of the witnesses at the grand jury.  And

23    then there were also some additions and I believe some -- some

24    things removed but not much.

05:03  25         MS. CATES:  I mean, look at the amount of page and

1    lines just for two of the depos.

2          MS. MORRIS:  That hasn't increased.

3          MS. CATES:  The highlighting is what I'm told has

4    changed, my paralegal.

5          MS. MORRIS:  It may have changed, but it hasn't

6    increased.  Some of them have --

7          MR. KELLY:  A lot of it has changed in accordance with

8    the Judge's ruling that we have to add the first part of the

9    question and the last part of the answer.  And you asked for

10   that; and so, we changed it.

11         MS. HOLCOMBE:  That was changed, actually, in the one

12   before this one that we just got because I did go through

13   those; and those were actually -- those were changed to have

14   the beginning and the end, which was great.  And so, we didn't

15   know there would be any more other than the grand jury

16   references being taken out.  So, we didn't know what else --

17         MR. ESTEFAN:  I think the implication, Judge, is that

18   we're trying to sneak in some new stuff --

19         MS. HOLCOMBE:  No.

20         THE COURT:  No, I don't think they're saying that.

21   They're just saying that they're just not set up to respond to

22   it.

23         MR. ESTEFAN:  Well, they're doing -- I mean, as

24   recently as this weekend, they were sending stuff over to us,

25   too.

05:04  1        MS. CATES:  But it's nothing new.  It's just

2   exactly page and --

3        MR. ESTEFAN:  Well, either is ours.

4        MS. CATES:  -- line, cross or direct.  My paralegal

05:04  5   says that everything on that page highlighted is different.

6        MS. MORRIS:  Right.  Much of what the changes are are

7   introductions to the witness that we had designated lines to

8   even introduce the witness.  I've added introductions.

9        THE COURT:  No, I'm not faulting what you tried to do.

05:04  10  The question is the timing and what it does to your

11  adversaries.

12       MR. KELLY:  It's exactly -- I mean, as Mr. Estefan

13  says, your Honor, this weekend I was receiving new page and

14  line references from my adversaries.  We're not doing -- and I

05:04  15  don't purport that they're doing anything untoward either.  I'm

16  sure that they're trying to clean up their page and lines to

17  add introductions and so forth, as are we.  We're not doing

18  anything that is beyond this Court's rule.

19       MS. CATES:  We did not add any intros or try to clean

05:05  20  anything up.  We split everything into either cross or direct.

21  We thought that was what you wanted to do with the depositions.

22       THE COURT:  That's what I told you to do.

23       MS. CATES:  So, we had to do that.

24       MS. HOLCOMBE:  Respectfully, your Honor, when the --

05:05  25  the Court's ruling on Wednesday of the pretrial conference -- I

05:05 1  don't remember the date -- when it was decided that we would

2  need to have full answers and full questions, we did not

3  receive their full answers and full questions until Monday, the

4  beginning of trial.  And then we've been moving forward with

05:05 5  trial.  So, this weekend was the first time we were able to

6  respond and come up with our crosses and our directs when we

7  didn't receive them until trial had already begun, which was

8  five days after your ruling.  So, we were delayed on that

9  aspect is why it took us so long to divide ours into cross and

05:05 10  direct and that's all we were trying to do was --

11      MS. CATES:  You know, some of these witnesses they

12  indicate will be called tomorrow.  We got this e-mail at

13  11:00 o'clock last night.  And they purport that they're going

14  to have them for the rest of the deposition, and it just seems

05:05 15  very late in the game for this.

16      THE COURT:  Well, what -- okay.  If we assume that

17  plaintiffs' memory is correct and that these are all to take

18  care of ridding the transcript of grand jury references, don't

19  we need that?

05:06 20      MS. CATES:  There are only, I think, four grand jury

21  references that were designated in what they gave us last week,

22  not last night; and we brought those to their attention.  So,

23  that long list cannot account for four grand jury references.

24  It can't.

05:06 25      THE COURT:  These discovery fights in the middle of a

05:06   1    trial are so hard.  Does anybody have a suggestion as to how to

2    resolve this one?  I mean, is it all or nothing, either it all

3    comes in or nothing does?

4          MS. VORPAHL:  Our legal assistant is here and she's

05:07   5    the one who's made the best review during the day today, so --

6          THE COURT:  I don't have any doubt as to what each of

7    you has said.  It's not that I doubt the truthfulness of

8    anything.  I'm just trying to see a way home right now.

9          MS. VORPAHL:  What she would tell you -- and she can

05:07   10   certainly speak for herself -- is that there are whole pages

11   added and it's just problematic at this late time for them to

12   have to stay up again all night tonight trying to worry with

13   new designations.

14         MS. CATES:  And new objections and new electronic cuts

05:07   15   for these that are going to be called as early as tomorrow.

16         MS. MORRIS:  Your Honor, again, what I did was I

17   eliminated according to the Judge's rulings and then also at

18   the beginning did an introduction as to who the witness was,

19   how long they've been working in KBR, in what position.  There

05:07   20   may have been one or two substantive additions to the page and

21   line, but it wasn't significant.

22         MR. HEDGES:  May I make a suggestion?

23         MS. MORRIS:  There's a highlight indicating each

24   change that's been made, but that doesn't mean it's a

05:08   25   substantive one.

05:08     1          THE COURT:  Here's what we're going to do.  To the

      2     extent you want to introduce anyone, you can either do that by

      3     standing up and say, "This is Joe Smith.  He's been with the

      4     company for 10 years.  His position is sales."  To the extent

05:08     5     there's a -- it's only an excision of references to grand jury,

      6     we'll let those stand.  But anything -- all the other

      7     supplements to your original list or to your last list are not

      8     going to be allowed.  It's too big a change too late in the

      9     game.

05:08    10          You can provide the introduction orally or you

     11     can ask me to do it; and to the extent there's -- the only

     12     change is a grand jury deletion, that will be allowed.  And the

     13     same will be true of defendants.  I don't want anything more

     14     than that.  If you notice you haven't provided a proper intro

05:09    15     for a witness, I'll allow that.  If you're making a cut for a

     16     grand jury reference, I'll allow that.

     17          MR. KELLY:  Your Honor.

     18          THE COURT:  Here you go.

     19          MR. KELLY:  While the jury is out, this morning we

05:09    20     brought up the issue of Patty Chapman from Congressman Poe's

     21     office.  We would like to bring her to testify as early as

     22     tomorrow, possibly Wednesday; but obviously if -- I would like

     23     to know --

     24          THE COURT:  That's an issue that I didn't want to

05:09    25     spend a lot of time on while we had the jury waiting.  I think

05:09   1   the headnote, at least, to the objection is that she could have

2   been deposed at any time during the lengthy run up to this

3   case; and that hasn't been done.  Is that right?

4          MS. VORPAHL:  That's exactly right.  Her name is in

05:09   5   the chronology page.  I haven't had a chance to look at

6   Representative Poe's entire file but -- because we just got

7   this from them this morning.  And I'll be happy to do that, but

8   I know it's on the chronology page.

9          THE COURT:  Okay.  Well, I'm not --

05:10   10          MS. CATES:  She's never been on the witness list.

11          THE COURT:  Okay.  What is she being -- was

12   Congressman Poe ever going to be a witness in this case?

13          MR. ESTEFAN:  He was subpoenaed, Judge.

14          MR. KELLY:  He was subpoenaed.  It was -- we intended

05:10   15   to call him, Judge.

16          THE COURT:  Well, didn't he know?  I mean, there are

17   Constitutional reasons you can't do that.  Do you know that, in

18   the speech and debate clause --

19          MR. KELLY:  I understand that; but our understanding,

05:10   20   though, is that they had been in recess and he had been in the

21   State --

22          THE COURT:  Well, it doesn't matter whether they're in

23   recess or not.  He can't be -- he can't be -- he cannot be

24   forced to answer questions about anything that has to do with

05:10   25   Congressional activity unless there's a very high standard of

05:10   1    proof met.

2            MR. KELLY:  It wasn't the Congressional activity,

3    though, your Honor, that we wanted Congressman Poe to come

4    testify for.  Whatever he did on the floor of the House, that

05:10   5    wasn't what we were calling -- we were calling him specifically

6    for his --

7            MR. McKINNEY:  Your Honor --

8            MR. KELLY:  -- specifically to --

9            THE COURT:  What is Ms. Chapman -- is that her name,

05:10   10   Chapman?

11           MR. KELLY:  Yes, Patty.

12           THE COURT:  What's she going to testify about?

13           MR. KELLY:  She's going to say, your Honor, that she

14   received the phone call from Tom Jones, Jamie's father, and --

05:11   15   while Jamie was still in the trailer and that she called Jenny

16   Foo and directed Jenny Foo, on behalf of Congressman Poe, to

17   send agents to get Ms. Jones out of that trailer.

18           MS. VORPAHL:  She can't possibly say that.  She

19   doesn't know whether -- when Jamie Jones was in the hooch and

05:11   20   when she wasn't.  She can't possibly testify to that.

21           MR. KELLY:  That sounds like cross-examination, your

22   Honor; but that is what she says.  And I met with her

23   yesterday.  After she sent the e-mail yesterday morning, she

24   came up to my office and we met and that is what she will say

05:11   25   is that she got the phone call while Jamie was still in the

05:11   1   trailer, that that's what she communicated to Jenny Foo.

2           THE COURT:  What's her basis for saying Jamie was

3   still in the trailer?

4           MR. KELLY:  Because when Tom Jones called her, he

05:11   5   called her with the emergent situation --

6           THE COURT:  I know --

7           MR. KELLY:  -- of his daughter still being locked in

8   the trailer.

9           THE COURT:  So, it's Mr. Jones' hearsay statement

05:11   10  to -- well --

11          MR. HEDGES:  It's much easier than that, your Honor.

12  Here's the entry from the phone logs of Congressman Poe.  I

13  have no doubt that she called the State Department.  I have no

14  doubt she received a call from Tom Jones, but here's:  "Father,

05:12   15  Thomas Jones, called to say" --

16          THE COURT:  Slow down.

17          MR. HEDGES:  I'm sorry.  "Father, Thomas Jones, called

18  to say that his daughter was brutally raped in Baghdad by

19  civilians with Halliburton, 12:58 p.m., Washington DC time

05:12   20  7-29.  She was taken into custody by the department on 7-28."

21              So, she was in Iraq in a trailer; but it was the

22  State Department's trailer and she had been in the custody of

23  the State Department for a number of hours, if not half a day

24  or so.

05:12   25          MR. KELLY:  And she will testify, your Honor, that the

05:12   1    timing of that particular report is inaccurate.  I actually

2    asked her about that yesterday, and that's why I think that she

3    needs to come in to refute what Mr. Hedges is holding in his

4    hand right there.

05:12   5         THE COURT:  How could she possibly refute whether

6    Ms. Jones was or was not in a given trailer?  How could she

7    possibly refute that?

8         MR. KELLY:  Because she got a report back actually

9    from Ms. Foo that the agents had gone into the trailer -- after

05:13  10    she had asked that they go in, that the agents had gone into

11    the trailer and had, in fact -- and they used the word

12    "rescued" -- and had, in fact, rescued Ms. Jones from that

13    trailer and that they now had her in custody.  And the sequence

14    of events coming out of her office makes it clear that

05:13  15    Ms. Jones was being held against her will by KBR and that the

16    state -- the security -- excuse me -- the Department of State

17    had to go in and get her out.

18         THE COURT:  So, she was doing the phone work?

19         MR. KELLY:  She was, your Honor.

05:13  20         THE COURT:  Then why was Congressman Poe ever going to

21    be used as a witness?  I don't understand that we --

22         MR. KELLY:  Because the --

23         THE COURT:  -- we have one person that didn't have the

24    information and then we skipped a person that did the

05:13  25    information and --

05:13  1          MR. KELLY:  Because we really didn't know she had done

2      the phone work until yesterday, your Honor.  Ms. --

3          MS. VORPAHL:  Her name is all over this document.  May

4      I pass it up?

05:14  5          THE COURT:  I mean, we can't even agree on a timeline

6      as to when she was moved from one --

7          MR. HEDGES:  I think we do, your Honor.  I don't think

8      there's any question of that timeline.  She herself said, "Now

9      that I know all the information, I know -- I know I was in the

05:14  10     trailer for about six hours."  She was in the trailer from

11     about 2:00-something in the afternoon till about 8:00-something

12     at night.  At 8:00-something at night, the State Department

13     took custody of her and took her to a -- took her to a State

14     Department container, which is where the Gurkha guards were

05:14  15     located, not KBR.

16         THE COURT:  Does everybody agree on that timeline?

17         MR. KELLY:  I think we agree that's the timing of the

18     movement except for, your Honor, the fact that the statement

19     that we've seen several times now -- and it's a joint exhibit.

05:14  20     It's a statement that Jamie made while in that trailer -- was

21     made after 8:00 o'clock.  We can -- very clearly the State

22     Department was supposed to be in charge at that point in time.

23     So, it's not exactly clear when Ms. Jones was moved from the

24     trailer because Jamie Armstrong was still with her in the

05:14  25     trailer after the time she was supposed to be.

05:14  1          So, I think that what Mr. Hedges says is close;

2    but I don't think it's exactly right because clearly after the

3    State Department gets involved, Ms. Jones is still in the

4    trailer giving a statement to Ms. Armstrong.

05:15  5          MS. HOLCOMBE:  Your Honor, may I say something?  Two

6    things.  One, if Ms. Chapman -- is that her name?

7          MR. KELLY:  Yes.

8          MS. HOLCOMBE:  If Ms. Chapman was allowed to come in

9    and testify, she would be essentially stating statements that

05:15  10   were made out of court that Congressman Poe told her, that

11   Congressman Poe says that Tom Jones told Congressman Poe and,

12   therefore, that would be --

13         MR. HEDGES:  No.

14         MR. KELLY:  No.

05:15  15         MR. HEDGES:  Calls were to Ms. Chapman.  The calls

16   weren't to Congressman Poe.

17         MS. HOLCOMBE:  Or that Mr. Poe -- I'm sorry, that

18   Mr. Jones, then, told her out-of-court statement to

19   Ms. Chapman.  And so, therefore, it would be hearsay.

05:15  20         But a bigger issue, your Honor, I think is the

21   non-disclosure under the discovery rules because of the fact

22   that they've had this document, Ted Poe's Number 4, where it's

23   had her name on it where if the phone calls were made to her,

24   then they would be persons of knowledge of relevant facts under

05:15  25   the rules and in their interrogatory responses, they would have

05:16   1   listed her as a person with knowledge of relevant facts or even

2   on their witness list.  So, this isn't a new or -- surprise for

3   them.  It's unfair surprise for the KBR defendants.

4           MS. VORPAHL:  It may be elsewhere in the file.  That's

05:16   5   just the one sheet we have in here right now.

6           MR. KELLY:  And I would say that's not at all true,

7   your Honor.  In fact, they have had the exact documents we've

8   had all along.  There's certainly no unfair surprise.  The

9   witness contacted us yesterday, and we're standing here today

05:16   10  asking --

11          THE COURT:  I know they've had the documents all

12  along.  There's no reason for them to want to talk to her,

13  unless you were going to use her.  I think that's the point,

14  isn't it?

05:16   15          MR. HEDGES:  It is.

16          MS. HOLCOMBE:  Yes, your Honor.

17          THE COURT:  No, I'm afraid I can't allow it.  I'm

18  sorry.

19          MS. MORRIS:  Your Honor, if we could just address one

05:16   20  more issue with the page and line designation.  We have some

21  objections to the defendants' cross and direct.

22              There's a lot of discussion about Mr. Bortz'

23  position, how it was dangerous and how he managed several

24  firefighters and they would go out and --

05:17   25          MS. CATES:  Whose depo are we on?

05:17   1              MS. MORRIS:  I'm sorry?

2              MS. CATES:  Whose depo are we on?

3              THE COURT:  Are we on the depo of Mr. Bortz?

4              MS. MORRIS:  No.  Actually, it would be for -- I

05:17   5     believe Bortz talks about it also, but it's one of the -- it

6     wouldn't be Simco.  It's probably --

7              MR. ESTEFAN:  Probably Tyler Schmidt.

8              MS. MORRIS:  Tyler Schmidt.

9              MR. ESTEFAN:  Because he's a firefighter as well.

05:17   10             MS. MORRIS:  But there's a long discussion about how

11    Bortz' position was dangerous and how they would go out and

12    they would be in dangerous positions with bombs and --

13             THE COURT:  Your objection is relevance or --

14             MS. MORRIS:  Relevance, yes.

05:17   15             THE COURT:  -- or 403 or --

16             MS. MORRIS:  Both.  First relevance and then 403.

17    It's just an attempt to --

18             THE COURT:  Bolster?

19             MS. MORRIS:  Yes.

05:17   20             THE COURT:  Okay.

21             MR. McKINNEY:  Judge, there have been -- there has

22    been mountains of -- if that's bolstering, then Ms. Jones

23    bolstered for a good portion of her direct examination talking

24    about her college professorship and her foundation and her this

05:18   25    and her that, none of which prove or disprove any of the facts

05:18  1    of this case.

2              THE COURT:  And Mr. Bortz will be allowed to go into

3    what he did when he takes the stand.  Why do we need somebody

4    else talking about what Mr. Bortz did?

05:18  5              MR. McKINNEY:  Well, it's a little bit much for me to

6    bring my client in and say, "Tell us all the wonderful things

7    that you've done or tell us about your job and was it

8    dangerous," because he's an accused --

9              THE COURT:  You're saying Ms. Jones did that?

05:18  10             MR. McKINNEY:  Well, Ms. Jones has a different

11   approach to things than I do.  If a witness wants to come in

12   and is willing to come in and swear under oath that this is

13   what Charles Bortz did over there and this is the kind of

14   person he was, then it's relevant to this lawsuit.  It tells

05:18  15   the jury about this man and who he is and what he's done and

16   it's called placing the witness and it's allowed.

17             MS. CATES:  I mean, for Tyler Schmidt, if that's who

18   we're talking about -- I don't have exact page and lines -- it

19   looks like it's a page and a half of talking about what firemen

05:19  20   do.  That's what these guys are over there, they're firemen.

21   They need to be able to say -- I mean, this isn't pages upon

22   pages; but to take a minute or two out to say, "This is kind of

23   what we were doing over there on a day-to-day basis" just helps

24   place the witnesses.

05:19  25             THE COURT:  Well, you know, I haven't read those

05:19    1    depos.  Let's see.

     2         MS. CATES:  Your Honor, I think I have what she might

     3    be talking about.  Are you talking about Page 6 and 7?

     4         THE COURT:  Under what rule of evidence is this being

05:19    5    offered?

     6         MS. CATES:  I'm sorry.  I didn't hear the question.

     7         THE COURT:  What -- I was asking, actually, plaintiff:

     8    What rule of evidence is this being offered under?

     9         MR. McKINNEY:  It's being objected to by the

05:20   10    plaintiffs.

    11         MS. MORRIS:  Yes, your Honor.

    12         THE COURT:  I mean objected to.

    13         MS. MORRIS:  We're objecting as far as relevance and

    14    then 403.

05:20   15         THE COURT:  Okay.  It's not being -- okay.  You think

    16    it does meet the 608 test for evidence of character and conduct

    17    of a witness?  That seems to me a closer call.

    18         MS. MORRIS:  Your Honor, we don't have an objection as

    19    to anyone talking about their job, their position, and what

05:20   20    they did; but it goes beyond that and it talks about how there

    21    was car bombs and it's -- it's just attempt to show that

    22    there's --

    23         MR. ESTEFAN:  And body parts.

    24         MS. MORRIS:  And body parts and that no one was

05:20   25    injured but they were definitely going into very dangerous

05:20    1    situations and Mr. Bortz was able to bring them all out safe.
         2    It's just an attempt to prejudice the jury into thinking
         3    that -- and also bringing in the whole idea of the war zone.
         4         MS. VORPAHL:  Which several of the witnesses they've
05:20    5    called have already done.
         6         MR. McKINNEY:  And Ms. Jones has opened that topic up
         7    herself talking about how she was transported from the airport
         8    to the Green Zone and the dangers and this, that, and the other
         9    thing.  You know, it's just a flip side of Ms. Jones' testimony
05:21   10    about herself.
        11         MS. CATES:  And she's also said, "These firemen were
        12    heroes, that's why I trusted myself with them."  I mean, this
        13    is what they do.
        14         THE COURT:  Okay.
05:21   15         MS. CATES:  Your Honor, I think the orange is what
        16    we've designated.
        17         THE COURT:  Okay.  They're referring to a passage on
        18    Page 6 of Mr. Schmidt's deposition all the way to Page 8 --
        19    let's see -- and a small snippet on Page 9.
05:21   20         MS. VORPAHL:  And quite frankly, I think all of these
        21    witnesses will talk about it being a war zone, on both sides,
        22    and have already.
        23         THE COURT:  Well, okay.  If we really are talking
        24    about Pages 6 through the bottom of Page 7, that's all right.
05:23   25    I'll allow that.

05:23   1          MS. MORRIS:  Your Honor, I have a couple other

2     objections to the page and line.

3          THE COURT:  Okay.  Take this back.

4          MS. VORPAHL:  Thank you.

05:23   5          MS. MORRIS:  They designated a portion of Ms. Simco's

6     testimony where she talks about Ms. Jones' dress and makeup and

7     says that it's inappropriate for the workplace and we object

8     based on it's not relevant for --

9          MS. HOLCOMBE:  Response, your Honor?

05:23  10          THE COURT:  Yes, ma'am.

11          MS. HOLCOMBE:  Plaintiffs have also designated

12     discussion towards the end -- and I will get you the page and

13     line -- that discusses her makeup and attire and what that

14     would possibly mean and whether that was Ms. Simco's job to

05:23  15     inform her about that or not.  Therefore, they have -- also

16     have designations relating to the same topics; and so, I'm

17     confused as to --

18          THE COURT:  About how she's dressed for the workplace?

19          MS. HOLCOMBE:  Yes, sir.

05:24  20          THE COURT:  These are hard for me to resolve.  I don't

21     know what's coming in.

22          MR. McKINNEY:  Well, the testimony, Judge, I think,

23     is -- implicit in the testimony and it is -- the door's been

24     opened by Ms. Jones herself.  Ms. Jones discussed her reasons

05:24  25     for her breast augmentation and they were all -- you know, had

05:24   1   nothing to do with wanting men to look at her or --

2   THE COURT:  Yes, yes.

3   MR. McKINNEY:  -- anything in that way.

4   THE COURT:  Yes.

05:24   5   MR. McKINNEY:  And the testimony that Ms. Simco is

6   going to offer is that, in fact, Ms. Jones did dress

7   provocatively and did --

8   THE COURT:  So, it goes to credibility?

9   MR. McKINNEY:  -- prominently display her assets.

05:24   10   THE COURT:  So, this goes to credibility?

11   MR. McKINNEY:  Yes, it does.

12   MS. MORRIS:  How she -- I'm sorry.  Was it that she

13   prominently displayed her assets?  Ms. Simco talks about how

14   she dresses and her makeup.  She doesn't talk about any showing

05:25   15   of her breast implants.

16   THE COURT:  Tell me specifically what she said.  What

17   specifically did she say?

18   MS. MORRIS:  She said that she dressed inappropriately

19   for the office and she wore too much makeup.

05:25   20   THE COURT:  That doesn't really seem responsive to why

21   she got her breast augmentation, does it?

22   MR. McKINNEY:  I think there's more to it than that;

23   but the context of the testimony, if it goes to the jury, will

24   simply rebut the general line of testimony offered by --

05:25   25   volunteered by Ms. Jones that none of her breast augmentation

05:25  1    or her other activities are to cause men to look at her --

2          THE COURT:  But I don't really see Ms. Simco's

3    testimony responsive to that if all she's saying is she dressed

4    appropriately.  That could have been --

05:25  5          MR. McKINNEY:  She also says that Ms. Jones commented

6    that she wished she had gotten even larger breast implants.

7    And there will be a place in Ms. Jones' own records to her

8    doctor after the initial augmentation where Ms. Jones

9    complained that her breasts weren't large enough.

05:26  10         THE COURT:  Well, but there again, the reasons she

11   stated on the stand for why she got those might still be

12   responsive to the issue of why she wants even larger breasts.

13   She said she wanted to fill out her clothes better -- I don't

14   know.  I'm not an expert on this at all.

05:26  15         MR. McKINNEY:  I'm not either, Judge; but it sounds

16   like it's all part of the same program to me and the jury ought

17   to be allowed to sort it out.

18         THE COURT:  Okay.  But just saying she dressed

19   inappropriately, for all we know it could have been she showed

05:26  20   up in clothes from three seasons ago or whatever.  I don't

21   think that's responsive to her -- to the size of her breasts.

22   I really don't.  And if that's the only connection, then I

23   don't think we need that.  I think it's more prejudicial than

24   probative.

05:26  25              Now, if she's saying she -- if something that

05:26    1    specifically says she wore low-cut blouses or something like
         2    that or see-through blouses, that might be a slightly different
         3    point.  I -- this is all so uncomfortable.
         4         MS. HOLCOMBE:  Your Honor, we're fine to take it out
05:27    5    so long as opposing counsel takes out their page and line
         6    designation 84, Line 8 through 86, Line 10 that talks about
         7    this exact same discussion.
         8         MS. MORRIS:  Yes, your Honor.  We only put that in
         9    there because we wanted to put it out there first if they were
05:27   10    permitted to talk about it.
        11         THE COURT:  Okay.  Let's take them both out.
        12         MS. CATES:  Your Honor, we do have other objections to
        13    page and lines.  I don't know that we need to do them all here
        14    and today.  We're happy to --
05:27   15         THE COURT:  I would rather do them here than delay the
        16    jury, but what are you -- the reason we don't need to do them
        17    is what?  They may not be used, is that the point?
        18         MS. CATES:  We just know the next three are coming up.
        19    I didn't know if you wanted to handle the first three depos;
05:27   20    and then when they're ready, we can do them all.
        21         THE COURT:  We might as well keep going.  Anybody that
        22    needs to leave may do so.  Thank you.
        23         MS. VORPAHL:  Your Honor, may I be excused just
        24    briefly?
05:28   25         THE COURT:  Anybody that wants to leave can.

05:28  1          MS. VORPAHL:  I will be right back.

2          MR. ESTEFAN:  While we're rounding up the troops,

3     Judge, I believe the jury asked for what witnesses are coming

4     tomorrow.  And so, for the Court -- and I've told opposing

05:28  5     counsel this -- Sara Simco, Anthony Adams, and Tyler Schmidt.

6          THE COURT:  Sara Simco.  Let me write this down.

7          MR. ESTEFAN:  Now also known as Sara Tumbarella; but,

8     yes, the same person.

9          THE COURT:  Sara Simco, Anthony Adams.

05:28  10          MR. ESTEFAN:  Anthony Adams and Tyler Schmidt.  They

11     will all be by videotaped deposition, which is what we're about

12     to discuss right now.  And then, Judge, because we've got page

13     and lines and we think the total run time for those three

14     depositions is not going to be all that long, we may then call

05:28  15     the next witness after that, who I believe we're going to -- it

16     wasn't who we intended to call, but it will be Mr. Andino.

17          THE COURT:  What's his first name?

18          MR. ESTEFAN:  Gabe Andino.  He's the gentleman sitting

19     at KBR's counsel table.

05:29  20          THE COURT:  Gabe?

21          MR. ESTEFAN:  Gabriel.

22          THE COURT:  Gabriel.

23          MR. ESTEFAN:  Yes.  And that just -- all that depends,

24     your Honor, on how long -- but here's why I am advising the

05:29  25     Court that, your Honor.  If we go long on Jamie tomorrow on the

05:29  1    cross, then the videos may be all we get to because we have a

2    different witness, a doctor coming Wednesday morning.  We have

3    a doctor coming Wednesday morning.

4              THE COURT:  Okay.

05:29  5              MS. CATES:  And I think we've got a witness from

6    Afghanistan that Ron has agreed to bring in on Wednesday,

7    because she's got to go back to Afghanistan.

8              MR. KELLY:  Out of order.

9              MS. VORPAHL:  Out of order.

05:29  10             MR. ESTEFAN:  Who's that again, please?  Tell me.

11             MS. CATES:  Kimberly Nichols.

12             THE COURT:  Okay.  Let's go back to page and lines.

13             MS. CATES:  Shall we continue page and lines?

14                  The one I have for Tyler Schmidt -- I'll pass it

05:29  15    up -- I think it calls for speculation.  It's a lay opinion,

16    and it's prejudicial.  Sort of testimony by the attorney.

17             MS. MORRIS:  Is this it?

18             MS. CATES:  The highlighted section is our page and

19    line.

05:30  20             THE COURT:  Yeah.  Okay.  The question, I guess, by

21    Mr. Kelly:  "Okay.  And, in fact, if a woman had to ask if she

22    had sex with you, that would tend to indicate that she couldn't

23    really have consented, huh?

24                  "ANSWER:  Yeah."

05:30  25                  It's Mr. Schmidt's depo.

05:30  1               Okay.  Response?

2          MR. KELLY:  Well, your Honor, he's a KBR fireman.

3  Therefore, I think he's probably an expert.  I'm joking.

4          THE COURT:  Okay.  Yeah.  I think your response is it

05:30  5  a leading question, but it's a hostile witness.  So, it comes

6  in?

7          MR. KELLY:  Yes, sir.

8          MS. CATES:  It calls for speculation.  It's an

9  improper lay opinion and it is -- I think it's just confusing.

05:30  10  He wasn't there.

11          MR. KELLY:  I don't think it's confusing at all.  I

12  think it's pretty straightforward.

13          THE COURT:  But how would he know that those were the

14  only circumstances under which she couldn't possibly have

05:31  15  consented or that those are things that would include

16  circumstances -- I'm not going to allow that, no.

17          MS. CATES:  All right.  Thank you, your Honor.  That

18  concludes my objections for Tyler Schmidt, if we're going to go

19  one by one.

05:31  20          THE COURT:  Tyler Schmidt, anything from you guys?

21          MR. KELLY:  No.

22          THE COURT:  Okay.  Next witness?

23          MS. HOLCOMBE:  Your Honor, for Anthony Adams, there's

24  an entire -- let me start with the first one, your Honor.

05:32  25  It's -- I have copies.  Oh, there.  Here's a copy for you, copy

05:32  1    for the Judge.

2              Your Honor, for Page 21, we're objecting to

3    everything in pink.  The yellow -- just my color coding -- is

4    their designation, and the pink is what we objected to.

05:32  5              Your Honor, we object to Lines 20 through 22 --

6    in fact, Ms. Vorpahl even states it in the deposition -- as it

7    mischaracterized the evidence and assumes facts not in

8    evidence.  It assumes that men are sexually harassing women in

9    this question rather than a simple question.

05:32  10             MR. KELLY:  Well, your Honor, I think their evidence

11   has come in now and although there may have been no evidence

12   from this witness that there was sexual harassment, the point

13   of the matter is that because he doesn't see corrective action

14   being taken and because it is, in fact, happening, that that --

05:33  15   and we've heard the testimony from not only Amy Katz but also

16   Kara Hall -- the failure to enforce those policies is exactly

17   what leads to increased problems and so --

18             THE COURT:  Well, the questions that are posed here

19   are so intuitively obvious that I don't think they need any

05:33  20   emphasis in front of a jury.  You don't see all the

21   disciplinary actions taken or the lack thereof against men who

22   sexually harass women.  Of course they don't -- nobody sees all

23   of them.  I'm not going to allow this.

24             MR. KELLY:  Your Honor, they don't --

05:33  25             MS. HOLCOMBE:  Your Honor -- I'm sorry.

05:33    1          MR. KELLY:  Don't they make a proffer in this, though,

2   about the fact that he doesn't see anything -- is that what you

3   want to talk about?

4          MS. HOLCOMBE:  Yeah.

05:33    5          MR. KELLY:  Go ahead.

6          MS. HOLCOMBE:  On Page 20, Line 14 to Page 21, Line 2,

7   Mr. Adams is asked whether or not male employees are held to

8   KBR's harassment policy without any basis before asking that

9   question.  And that's in their direct.  I'm sorry.

05:34   10          MR. KELLY:  It's the reverse of this, your Honor.

11   He's saying, "Yeah, we're held to the same policies," and this

12   question --

13          THE COURT:  Okay.  This doesn't come in either.

14              Okay.  What else?

05:34   15          MS. HOLCOMBE:  Your Honor, if I could turn to --

16          MS. CATES:  Okay.  While she's looking for that, I can

17   switch over to Rumba.

18          THE COURT:  Okay.

19          MS. CATES:  Here's the first one, Stephanie, at

05:34   20   Page 27, Lines 14 to 25, if you want a copy just so you don't

21   have to dig for it.  It assumes facts not in evidence and it's

22   confusing for the witness and it mischaracterizes Pete Arroyo's

23   testimony.

24          THE COURT:  Okay.  What -- my question of this is not

05:35   25   so much it's objectionable as what does it add to anything?

05:35   1   It's mainly lawyer talking.

2           MS. CATES:  They designated it.  I think it should

3   come out.

4           MR. KELLY:  I think the fact that she admits that she

05:35   5   vaguely recalls it, your Honor, that's really -- and you've

6   heard the testimony from Ms. Jones today that Ms. Rumba says,

7   "Yeah, you know what?  Pete may have told me that after all."

8           And Ms. Jones has testified to that.  It's in her

9   deposition.  It took awhile to get her to admit it, but

05:35   10  ultimately the answer is, yeah, she vaguely remembers that.

11          MS. CATES:  We haven't heard Pete testify, and I don't

12  think that is what Pete testifies to.

13          MR. KELLY:  Well, I will disagree, your Honor, I think

14  this is exactly what Pete testifies to.

05:35   15          THE COURT:  Well, let me read me his thing.

16          "Pete has told us in his deposition that he

17  actually did the speaking for Jamie and that Jamie sat down,

18  too distraught to speak."  A bunch of objections.

19          "Mr. Kelly, does that --

05:36   20          "Okay.  Do you recall that particular scene at

21  all?"

22          The answer:  "Vaguely."

23          And you're saying it corroborates Ms. Jones'

24  testimony that Mr. Arroyo was her mouthpiece?

05:36   25          MR. KELLY:  It does, your Honor, particularly in light

05:36  1   of the fact that the defense is going to come in and take the
2   position that Kristen Rumba says Jamie said this and they're
3   taking the position that that is the facts and that Kristen
4   Rumba remembers it distinctly and she wrote it down.  And this
05:36  5   shows her memory is not so good after all and it could have
6   happened the way that I suggest.
7          MS. CATES:  Quite frankly, elsewhere I think she says
8   it could have happened that way, stronger than this vaguely;
9   but this is more about mischaracterizing Pete's testimony
05:36 10   completely.
11          I mean, you have a lawyer reading into the record
12   or acting like he's reading into the record facts that are not
13   true and that nobody else in this case is going to testify
14   about.  I mean, Rumba later says, "Perhaps Pete said something
05:37 15   to me"; and that's what they need, I think, for what they're
16   trying to argue.  They don't need for Todd --
17          THE COURT:  Your argument is it's cumulative then?
18          MS. CATES:  And it's just --
19          MR. McKINNEY:  It's a misstatement of the record.  So,
05:37 20   all the testimony flows from a misapprehension of fact.  So, to
21   vaguely recall what he describes as a scene that is
22   inaccurately described to begin with isn't evidence at all that
23   this jury could weigh one way or the other and base a
24   finding --
05:37 25          THE COURT:  Well, it starts off with something that we

05:37    1    have reason to want to know, that Pete actually did the
         2    speaking for Jamie and she was too distraught to speak.  And it
         3    ends up her saying vaguely she remembers that.  I'm going to
         4    allow it to stay in.  I'm sorry.  I'm going to allow it to stay
05:37    5    in.
         6              MS. CATES:  That's fine.
         7              To finish out Rumba, the two other objections
         8    that I wanted to discuss today were about KBR or -- I mean, not
         9    KBR -- Dan Hedges or Porter & Hedges representing witnesses at
05:38   10    the grand jury.  They don't mention grand jury.  We've
        11    specified to them.  Even if it's not about the grand jury, it's
        12    about representing them in general; and I think all of that
        13    needs to come out.
        14              MR. ESTEFAN:  We agree with that, I think.
05:38   15              MR. KELLY:  I think we -- actually, I don't know that
        16    I necessarily agree on legal grounds; but I think we agreed to
        17    do it and if it's still in there --
        18              THE COURT:  All right.  All right.
        19              MS. CATES:  Even though I met you before, we've talked
05:38   20    before?
        21              THE COURT:  Okay.  Very well.
        22              MR. KELLY:  We've agreed to do that.
        23              MS. CATES:  Thank you.  I just wanted to make sure.
        24              MR. KELLY:  Can I have it so I can --
05:38   25              THE COURT:  Okay.  Back to you.

05:38  1          MS. HOLCOMBE:  Yes, your Honor, I apologize.

2                  On Page 40 of Anthony Adams, starting at Line 17

3      all the way through Page 43, Line 13, it's an entire discussion

4      about Anthony Adams having surgery and his mother and what his

05:38  5      mother thought.  And, your Honor, we argue that this is not

6      relevant and it's very confusing and misleading to the jury

7      under 403, what Mr. Adams' past surgery has anything to do with

8      this case and the inferences or the improper inferences that

9      might arise from this.

05:39  10          THE COURT:  Let me hear the other side.

11          MR. KELLY:  I'm sorry, your Honor, I was still

12     grabbing these and I didn't hear the whole argument --

13          THE COURT:  The issue was whether Mr. Adams' health

14     and his mother and all that has a purpose.

05:39  15          MR. KELLY:  Oh, it does have a purpose, your Honor.

16     They've made the assumption or they certainly made the

17     assertion that following the administration of this drug that

18     Ms. Jones should be held to everything that she said as to

19     exactly right and so forth even though she's able to

05:39  20     communicate.  And this is just an example of how coming out of

21     an anesthetic doesn't give you the same level of consciousness

22     even though you can communicate and speak with everyone just

23     fine.  It --

24          MS. HOLCOMBE:  I'm sorry.  I didn't mean to interrupt.

05:39  25          MR. KELLY:  And that's really its sole purpose, and

05:39  1    Mr. Adams gave us an example of how that's true.

2              THE COURT:  Vis-a-vis his mother or himself?

3              MR. KELLY:  He was the one under the anesthetic

4    speaking with his mother, who came to visit him, your Honor.

05:40  5              MS. HOLCOMBE:  Your Honor, I don't think the parties

6    at least disagree on the one fact that Ms. Jones was not under

7    anesthesia in this case while she was in Iraq.  Therefore, the

8    analogy to what a patient comes out of -- how they come out of

9    an anesthetic treatment is very misleading to the jury given

05:40  10   there's a disputed issue as to, one, whether she was under

11   anything -- but nobody has ever said it's been anesthesia --

12   and to compare what they're calling is Rohypnol, or whatever

13   they're calling, to anesthesia is improper and unfairly

14   prejudicial under 403.  The entire line of questioning should

05:40  15   be stricken.

16             MR. KELLY:  And I'm reminded that there's another

17   reason I brought that issue up; but before I hand it over to

18   Ms. Morris, actually, that's not true.  And if the Court would

19   recall Dr. Scarano's testimony, he specifically testified that

05:40  20   both Rohypnol and GHB are used as anesthetics.  Not only that,

21   Randall Tackett, our toxicologist, who is going to testify in

22   this case, will also tell this Court and the ladies and

23   gentlemen of the jury that these drug rape facilitation drugs

24   are, in fact, used in some places as an anesthetic.

05:41  25             THE COURT:  I'll allow that.  I think it doesn't help

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

05:41   1   either side or hurt either side.  I'm going to allow it.

2       MS. HOLCOMBE:  Your Honor, Page 47, Line 9 through 14,

3   it's the reference to Ms. Vorpahl representing KBR in this

4   case.  We think it's unfairly prejudicial and we think that the

05:41   5   reference to that in this case is --

6       THE COURT:  Representing KBR in what capacity?  She

7   clearly represents them here.

8       MS. HOLCOMBE:  Just the reference to it in general,

9   your Honor, to Mr. Adams is not relevant.

05:41   10      THE COURT:  I'm puzzled by what the issue is.  She

11   clearly -- we said repeatedly she represents KBR and not

12   Mr. Bortz and all that.  But what -- what's objectionable?

13      MS. HOLCOMBE:  We'll withdraw that one, your Honor.

14      THE COURT:  Okay.

05:41   15      MS. HOLCOMBE:  The last one, your Honor, for Anthony

16   Adams is Page 49.  The objection starts at Line 5, but their

17   actual designation begins on Page 48, Line 8.  And if you read

18   through, it's Mr. -- we're objecting to Mr. Kelly's statements

19   about never seeing a statement and if there's a statement, I

05:42   20   want it and I want his depo again.  It's regarding a statement

21   that Mr. Adams gave to KBR security.

22      MR. KELLY:  That's my statement of -- I don't think

23   statements of counsel come in.  That probably -- if that's all

24   she's talking about.

05:42   25      MS. MORRIS:  He's asking about -- Mr. Adams mentions

05:42   1   that he gave a statement to KBR security, which we've never
2   received.  And Mr. Kelly is asking him about it.
3         THE COURT:  That doesn't need to be in front of the
4   jury, though.
05:42   5         MS. HOLCOMBE:  So with --
6         THE COURT:  Strike.
7         MS. HOLCOMBE:  So, Lines 5 through 11 would come out.
8   And that's all I have for Anthony Adams, your Honor.
9         THE COURT:  We'll take up one day's witnesses at a
05:43   10   time.
11         MS. CATES:  Todd and I just agreed on the rest of some
12   of them.
13         MR. McKINNEY:  I have an exhibit that I would like to
14   discuss with Ms. Jones tomorrow, your Honor.
05:43   15         THE COURT:  Okay.  Listen, everybody, we've got an
16   issue here.
17         MR. McKINNEY:  I'm quite sure the exhibit will draw an
18   objection.  I would like to tender, pass the exhibit to the
19   Court; and you can all look on it together.
05:43   20         MR. ESTEFAN:  Objection.
21         MR. McKINNEY:  I know you're going to object.
22         MR. KELLY:  Just to make you happy, we're going to
23   object right now.
24         MR. McKINNEY:  Tell you what, why don't you not object
05:43   25   and make me really happy?

05:43  1          THE COURT:  Plaintiff reports genital warts have

2     worsened.  She reports more outbreaks and something about --

3     somebody cream.

4          MR. McKINNEY:  Aldara Cream, that's a treatment.

05:43  5          THE COURT:  Aldara Cream confers --

6          MR. McKINNEY:  It's the next -- on down, Judge, where

7     it says, "Patient reports" -- and I've stricken out the 412

8     portion.  "Patient reports she had several drinks and passed

9     out.  Patient does not remember anything."

05:44  10         THE COURT:  Okay.  Where is that now?

11         MR. McKINNEY:  That is -- it's surrounded --

12         THE COURT:  Okay.  She had several drinks and passed

13    out.  Plaintiff does not remember anything.

14         MR. McKINNEY:  "Patient does not remember anything."

05:44  15         MR. KELLY:  Well, your Honor, in context, this is -- I

16    mean, there's actually a diagram of the vagina on this

17    document.  In context, it's clearly violative of 412.

18         MR. McKINNEY:  No.  With all due respect, this is a

19    May the 17th, 2005, document after Ms. Jones has testified that

05:44  20    she contracted HPV and HSV.  So, that's clearly in the case.

21    And I'm offering the document to show that two and a half

22    months or less prior to the blackout episode in Iraq, that

23    Ms. Jones reported to her doctor that she had several drinks,

24    passed out, and doesn't remember anything.  And that is

05:45  25    consistent with our defense that Ms. Jones, when she drinks

05:45   1   is -- part of our defense is that, you know, Ms. Jones wasn't
        2   drugged or anything like that.  She had some drinks.
        3           THE COURT:  She blacked out?
        4           MR. McKINNEY:  I don't think she blacked out.  I think
05:45   5   she knew exactly what she was doing, but that's neither here
        6   nor there.
        7           THE COURT:  I understand that.
        8           MS. VORPAHL:  Your Honor, I thought you ruled that
        9   that entire episode came in, that we weren't required to
05:45  10   redact -- I mean, it is so similar to what happened here.
       11           THE COURT:  Let me hear the other side's argument.
       12           MR. KELLY:  Actually, your Honor, I was about to --
       13   with the redaction -- I disagree with what Ms. Vorpahl says;
       14   but with the redaction, I was just about to withdraw my
05:45  15   objection to it.
       16           THE COURT:  I don't think it's objectionable.  I think
       17   it comes in.
       18           MR. McKINNEY:  Right.  But if Ms. Vorpahl is right --
       19   because I thought -- you know, I couldn't remember what the
05:45  20   Court had ruled on this, but what the -- the middle part
       21   here -- and it is directly on point to our case -- is Ms. Jones
       22   was reporting to her doctor that she --
       23           THE COURT:  I understand.  It comes in.
       24           MR. McKINNEY:  Well, no --
05:46  25           MS. VORPAHL:  The whole thing comes in unredacted.

05:46    1            MR. McKINNEY:  The redaction, Judge, is she doesn't
         2   remember whether she had intercourse.  And that is directly
         3   relevant to our case, of course, because it's on all fours --
         4            THE COURT:  Oh, you want to bring in the unredacted
05:46    5   version?
         6            MR. McKINNEY:  Yes.  That's what Ms. Vorpahl is
         7   arguing for, and I agree with that a hundred percent.
         8            MS. VORPAHL:  And I thought that's what the Court had
         9   previously ruled in -- and I understood that in the context of
05:46   10   the 2000 report didn't come in, the 2002 report didn't come in;
        11   but this is two months before and it's exactly the same thing.
        12            THE COURT:  Hold on just a second.
        13            MS. VORPAHL:  Could we provide you with an unredacted
        14   version so that you can --
05:46   15            MR. KELLY:  Well, clearly --
        16            THE COURT:  Tell me what the unredacted statement is.
        17            MS. VORPAHL:  Here.
        18            MR. KELLY:  I don't have it in front of me, your
        19   Honor.
05:47   20            MS. VORPAHL:  We're going to get it.  We're working on
        21   getting it right now.
        22            MR. KELLY:  While they're looking for it, your Honor,
        23   if I could point out that clearly that is an isolated view of
        24   what this Court's ruling was since it's Mr. Bortz' attorney who
05:47   25   is offering this redacted version.  And it's a little

05:47  1    frustrating that even when I agree, we can't agree --

2           THE COURT:  I do believe that she had sex.  I don't

3    think that has to do with -- I don't think that ought to come

4    in.  That's just one more issue of sexual conduct that I don't

05:48  5    think is all that probative.  That she passed out I think does

6    come in.

7           MR. McKINNEY:  Actually, what the record says is she

8    can't remember if she had sex.  It's not a question of -- well,

9    she says --

05:48  10          THE COURT:  Hand it to Mrs. Loewe, please.

11          MS. VORPAHL:  This way.

12          MR. McKINNEY:  I'm sorry.  And there's yet another

13    reason once the Court is finished reading.

14          THE COURT:  Well --

05:49  15          MR. McKINNEY:  One more before the Court because this

16    is important.  The centerpiece of Ms. Jones' case is that even

17    though she doesn't remember anything, she knows she did not

18    consent.

19          THE COURT:  All right.

05:49  20          MR. McKINNEY:  Here we have a grammatically similar

21    incident in which she's with a new boyfriend -- a new partner

22    and it's possible sexual intercourse but she doesn't remember

23    anything.  Now, that is directly on point to our fact pattern

24    here and totally in line with our defense of consent.  And it's

05:50  25    not a huge parading of her entire sex life.

05:50   1          THE COURT:  This is dated, what, 6-1-04?

    2          THE WITNESS:  It's 5-17-05, your Honor.

    3          THE COURT:  I can't read the date.  We've got 5-17-04?

    4          MS. VORPAHL:  '05.

05:50   5          MR. McKINNEY:  '05.

    6          THE COURT:  '05.

    7          MS. VORPAHL:  Just two months prior to --

    8          MR. KELLY:  Your Honor, there's a couple of things.

    9   First of all, by its own verbiage, this is voluntary

05:50  10   intoxication and there is no claim of assault.  There is no

   11   claim of anything involuntary sexual going on here.  This is

   12   simply a violation of the 412 ruling.

   13              What's more is I've already taken Ms. Jones on

   14   direct.  To allow it in now, after clearly counsel for both

05:50  15   sides, by the redacted version that was offered, understood the

   16   Court's ruling to be that this didn't come in, to allow it now

   17   is extremely prejudicial since I wasn't going into it on direct

   18   as a result of the Court's prior ruling, as at least two of the

   19   three counsel in the room understood.

05:51  20          MR. McKINNEY:  That is not correct.  I didn't know

   21   whether the Court had ruled or not.  And I'm simply offering a

   22   cleaned-up version, but Ms. Vorpahl told me before I ever made

   23   this offer that she didn't think that you had ruled.  And quite

   24   frankly, now that my head has cleared a little bit and I've

05:51  25   thought more about -- it's hard to remember everything I hear

05:51  1    from a witness on the witness stand at the end of the day

2    because I'm old and tired.

3           But this is -- well, I've said it.  She -- it's

4    on all fours with the facts of our defense.  It's very close in

05:51  5    time.  There's no reason why it can't be covered on redirect.

6    There's no prejudice there.  And it's not parading her entire

7    sex life for the jury as is complained by 412.  It's a single

8    reference to something directly on point in this case.  The

9    probative value here does substantially outweigh the prejudice

05:52  10   because the prejudice is minimal.

11         THE COURT:  Okay.  Let's go back to the first

12   principle.  Rule 412 makes inadmissible alleged sexual

13   misconduct unless evidence is offered to prove that any alleged

14   victim engaged in other sexual behavior -- no, excuse me --

05:52  15   unless it's offered to prove the sexual behavior or sexual

16   predisposition -- its probative value substantially outweighs

17   the danger of harm to any victim and of unfair prejudice to any

18   party.

19         Okay.  So, what -- it's defendants' burden to

05:53  20   show not just that it meets the 403 test but it substantially

21   outweighs the danger of harm to any victim and of unfair

22   prejudice to any party.  Now, why does this substantially

23   outweigh what would obviously be a lot of prejudice to

24   Ms. Jones?

05:53  25         MR. McKINNEY:  Well, the prejudice is not you had sex

05:53  1    with somebody.  That's not the prejudice that we're talking
       2    about.
       3               THE COURT:  That's the prejudice I'm worried about,
       4    that she -- sounds like she had somewhat maybe anonymous sex
05:53  5    with somebody who was brand new.
       6               MR. McKINNEY:  Which is exactly what happened in our
       7    case here.
       8               THE COURT:  Well, but that's exactly what 412 is
       9    aiming at, too.  It generally does not want evidence of a
05:53 10    woman's sexual history --
      11               MR. McKINNEY:  Except -- it's not just that she had a
      12    casual encounter.  It's --
      13               THE COURT:  It's the blackout, I know that.
      14               MR. McKINNEY:  -- the blackout, it's the new partner,
05:54 15    it's the "I can't recall that I had intercourse," and it's not
      16    a big deal in May of 2005.  But in July of 2005, the fact that
      17    she can't remember -- the very fact that she can't remember is
      18    what she hangs her hat on, may it please the Court, to show
      19    that it was not consensual.  The Court heard her deposition
05:54 20    testimony when I would ask her time and time again, how does
      21    she -- if she can't remember, how does she know that she did
      22    not --
      23               THE COURT:  That's not what she's saying here.  She
      24    says, "Patient reports possible sexual intercourse, new
05:54 25    partner."

05:54  1          MR. McKINNEY:  Yes.  So, it isn't even actual sexual

2  intercourse.  But the point I'm making is, Judge, she said --

3  and she has said it in this trial and said it repeatedly in her

4  deposition --

05:54  5          THE COURT:  No.  I see its probative value and also

6  see its prejudicial value.  That's why I'm looking for some

7  help here.

8          MR. McKINNEY:  Well, the reason why it substantially

9  outweighs or has sufficiently substantial --

05:55  10          THE COURT:  Outweighs.

11          MR. McKINNEY:  -- greater weight is because of its

12  proximity in time and its remarkable similarity to the facts of

13  this case.  It is not a casual encounter.  It does not involve

14  a blackout.  It's not anything like that.  We're not showing --

05:55  15  I promise this is not a promiscuity defense.  It is clearly,

16  however, a remarkably similar event.

17          MS. VORPAHL:  And the rule says that the standard is

18  that the probative value must substantially outweigh the danger

19  of harm to the victim and unfair prejudice.  And I submit to

05:55  20  you, your Honor, while this may be prejudicial to her, it is

21  not unfairly prejudicial --

22          MR. McKINNEY:  Excellent point.

23          MS. VORPAHL:  -- to point out that this very same

24  thing happened to her two months earlier.

05:55  25          THE COURT:  I'll reserve ruling.  Thank you.

1       *(End of requested proceedings)*

2                        * * * * *

3               COURT REPORTER'S CERTIFICATION

4       I certify that the foregoing is a correct transcript from
        the record of proceedings in the above-entitled cause.

5

6  Date:  June 20, 2011

7

8                        /s/   Cheryll K. Barron

9                        Cheryll K. Barron, CSR, CMR, FCRR
                         Official Court Reporter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'** [3] 267/6 267/30 273/2

**'05** [3]  279/4 279/5 279/6
**'Hey** [1]  136/11
**'I'm** [1]  27/11
**'My** [1]  77/24
**'oh** [1]  236/12
**'There's** [1]  27/9

**.**

**.259** [1]  89/12

**/**

**/s** [1]  283/8

**0**

**000** [1]  76/2
**000035** [2]  15/22 15/23
**000974** [1]  91/15
**001613** [1]  17/25
**002781** [1]  48/9
**0048** [1]  207/1
**00960** [1]  176/5
**02** [2]  97/5 97/5
**04** [2]  279/1 279/3
**05** [1]  279/2
**07** [1]  96/4
**0948** [1]  201/7

**1**

**10** [13]  49/10 172/3 172/3
209/7 218/10 218/16 218/19
219/3 227/25 228/1 237/17
247/4 262/6
**10 feet** [1]  10/7
**10-minute** [2]  58/21 222/19
**1000** [1]  2/6
**102** [4]  40/13 108/13 108/20
115/17
**103** [3]  26/1 26/5 225/10
**105** [9]  14/8 14/9 14/23
14/25 14/25 15/1 15/4 184/25
185/1
**106** [1]  49/24
**109** [1]  154/14
**10:00 o'clock** [2]  182/14
184/1
**10:00 p.m** [1]  185/14
**10:23** [1]  58/24
**10:31 p.m** [1]  155/16
**10:33** [1]  58/24
**10th** [1]  133/7
**11** [3]  39/21 209/7 274/7
**11 days** [1]  177/8
**110** [1]  154/14
**112** [3]  12/5 12/6 12/8
**112 degrees** [1]  19/25
**1150** [2]  1/16 1/19
**11:00 o'clock** [1]  245/13
**11:55** [1]  100/24
**11th** [1]  96/15
**12** [1]  23/17
**124** [1]  37/6
**12:36** [1]  100/24
**12:45** [1]  99/9
**12:58 p.m** [1]  250/19
**13** [1]  271/3
**130** [1]  17/24
**133** [2]  228/23 241/14
**137** [3]  48/8 51/22 51/22
**13th** [6]  97/8 155/8 168/24
169/19 169/23 170/2

**14** [3]  267/6 267/30 273/2
**1495** [5]  7/1 158/14 231/25
238/21
**1500 hours** [1]  78/15
**1613** [2]  18/1 18/3
**1614** [1]  18/12
**164** [2]  243/3 241/12
**168** [1]  35/6
**17** [2]  40/1 271/2
**17th** [1]  275/19
**18** [1]  150/25
**18-year-old** [2]  144/4 144/10
**18th** [1]  109/22
**19** [2]  144/8 150/11
**19-year-old** [1]  149/5
**191** [1]  165/18
**19382** [1]  1/22
**1984** [1]  172/10
**1:16 p.m** [1]  136/19
**1st** [1]  128/16

**2**

**20** [12]  1/5 10/22 77/2
126/19 142/6 181/25 182/5
183/14 214/5 266/5 267/6
283/6
**200** [1]  40/18
**2000** [2]  85/22 277/10
**2002** [3]  39/21 110/5 277/10
**2004** [22]  119/12 119/20 120/1
120/3 120/6 120/7 120/15
122/1 122/16 127/4 130/22
131/12 131/13 132/21 143/24
144/1 145/2 145/18 149/3
149/20 165/20 172/11
**2005** [24]  35/13 43/25 119/3
119/5 120/13 128/16 132/1
136/6 136/19 137/21 139/9
154/23 155/8 166/3 168/11
177/7 189/22 190/5 190/22
191/21 203/14 275/19 281/16
281/16
**2006** [1]  41/24
**2007** [5]  77/17 83/2 85/24
96/15 97/8
**2011** [3]  1/5 145/19 283/6
**2028** [1]  77/17
**20th** [1]  133/10
**21** [3]  43/19 266/2 267/6
**219** [2]  82/4 82/17
**21st** [1]  168/11
**22** [6]  10/23 10/25 11/2
182/6 183/14 266/5
**22-year-old** [4]  84/3 84/14
85/20 182/13
**221** [1]  85/3
**225** [4]  95/25 100/9 100/14
100/19
**226** [2]  96/24 100/9
**23rd** [1]  35/13
**25** [2]  142/6 267/20
**250** [1]  168/3
**251** [2]  168/3 168/7
**255** [2]  65/7 65/8
**25th** [3]  144/1 145/2 145/3
**26** [1]  185/10
**266-9206** [1]  229/11
**27** [3]  1/22 190/22 267/20
**2719** [1]  1/4
**27th** [1]  190/5
**28** [1]  250/20
**286** [2]  126/15 126/19

**287** [1]  127/12
**288** [5]  203/14 211/21 218/2
221/19 225/20
**29** [2]  92/17 250/20
**296** [1]  126/12
**29th** [1]  32/7
**2:00-something** [1]  252/11
**2:31** [1]  164/14
**2:46** [1]  164/14
**2nd** [2]  189/22 191/21

**3**

**30** [6]  5/24 27/18 218/10
218/16 218/19 219/3
**30,000** [1]  70/17
**30th** [2]  237/22 238/15
**31st** [3]  238/24 239/1 239/4
**336** [1]  114/5
**36th** [1]  2/6
**3:00 o'clock** [2]  78/18 78/24

**4**

**4-11-07** [1]  96/4
**4-13 and** [1]  97/5
**4-18-02** [2]  97/5 97/5
**40** [1]  271/2
**401** [1]  59/19
**403** [8]  9/6 60/1 255/15
255/16 257/14 271/7 272/14
280/20
**412** [9]  8/21 9/7 105/9 275/7
275/17 279/12 280/7 280/12
281/8
**43** [2]  10/18 271/3
**47** [1]  273/2
**48** [2]  204/10 273/17
**49** [1]  273/16
**4:21** [1]  222/21
**4:31** [1]  222/21

**5**

**5 percent** [1]  70/20
**5-17-04** [1]  279/3
**5-17-05** [1]  279/2
**500** [1]  2/11
**501** [1]  45/14
**515** [1]  2/14
**52** [10]  10/11 10/19 176/3
176/4 181/3 181/15 181/15
183/10 188/10 188/13
**55** [3]  24/4 24/5 26/4
**56** [3]  230/21 231/2 231/6
**57** [1]  230/23
**5:00** [1]  222/18
**5:00 o'clock** [1]  222/18
**5A** [3]  48/10 48/11 50/15
**5th** [5]  43/22 43/25 44/8
136/19 137/20

**6**

**6-1-04** [1]  279/1
**608** [1]  257/16
**67** [1]  201/15
**69** [3]  189/1 196/6 200/1
**6:00** [1]  42/12
**6:30** [1]  185/18
**6:38** [1]  230/2
**6:41** [1]  230/2
**6:45** [1]  230/2
**6th** [1]  177/7

**7**

**7-28** [1]  250/20

**7**

**7-29 [1]**   250/20
**72 [2]**   204/14 204/15
**77002 [2]**   2/7 2/15
**77056 [3]**   1/17 1/20 2/11
**772 [1]**   77/19
**78 [5]**   56/13 56/14 59/15
  59/16 59/18
**790 [1]**   229/11
**7:19 [1]**   231/8
**7:19 a.m [1]**   231/13
**7:21 [1]**   228/11
**7:36 [1]**   231/25
**7:43 [1]**   234/10
**7:52 a.m [1]**   236/7
**7:54 a.m [1]**   236/14
**7:59 [1]**   24/10

**8**

**8-ounce [1]**   208/14
**801 [1]**   164/7
**803 [6]**   158/21 159/15 160/19
  161/16 161/22 163/23
**807 [1]**   163/9
**81 [1]**   88/17
**82 [2]**   75/19 76/10
**83 [3]**   91/5 91/15 92/1
**84 [3]**   90/6 92/1 262/6
**86 [1]**   262/6
**878 [3]**   76/5 76/10 77/4
**879 [1]**   76/20
**8:00 o'clock [3]**   78/21 78/24
  252/21
**8:00 p.m [1]**   85/22
**8:00-something [2]**   252/11
  252/12
**8:30 [1]**   240/9
**8:38 [1]**   1/5
**8th [1]**   83/2

**9**

**91 [2]**   34/23 35/3
**9206 [1]**   229/11
**98 [2]**   176/5 176/5
**9:00 o'clock [1]**   27/1
**9:09 [1]**   22/23
**9:21 [1]**   22/23
**9:40 [1]**   102/6

**A**

**a.m [9]**   1/5 22/23 22/23
  58/24 58/24 100/24 231/13
  236/7 236/14
**a/k/a [1]**   77/23
**abandoning [1]**   102/16
**Abigail [2]**   41/18 55/18
**ability [1]**   115/5
**able [15]**   23/11 55/4 55/9
  55/13 78/9 79/25 90/24
  121/23 151/23 153/7 209/9
  245/5 256/21 258/1 271/19
**about [266]**   6/14 9/9 10/4
  11/15 11/25 12/10 13/17
  16/11 17/2 18/9 19/13 19/14
  21/3 21/17 23/7 23/9 25/11
  25/12 25/18 28/5 28/12 31/8
  31/8 31/24 32/5 33/23 34/21
  36/15 39/1 40/6 41/15 41/23
  43/1 45/11 46/7 46/11 47/14
  52/8 53/11 53/13 55/1 55/18
  55/18 56/17 58/13 58/14

**60** /10 60 /10 61/21 63/3 63/17
  63/21 63/25 65/15 65/19 67/17
  69/23 70/9 72/4 72/14 74/14
  74/20 75/1 76/13 77/17 78/18
  78/23 78/24 82/9 86/13 86/13
  87/8 88/6 90/14 92/22 94/13
  96/18 97/3 99/1 99/7 101/3
  102/1 103/11 104/6 104/9
  104/16 106/17 111/14 112/16
  112/22 113/5 114/8 114/21
  115/21 116/18 118/4 118/6
  118/9 119/11 121/7 121/19
  122/4 122/5 123/14 127/13
  127/13 128/14 129/10 130/8
  130/14 130/19 130/19 132/13
  133/3 134/6 134/10 134/12
  134/13 137/3 137/6 138/15
  138/16 138/17 139/19 141/22
  142/2 142/2 145/5 146/10
  147/2 147/17 147/24 148/17
  148/22 149/6 149/21 150/1
  150/2 150/6 151/4 151/8
  152/2 152/4 152/10 152/14
  153/25 155/18 155/25 157/25
  160/7 161/18 163/17 164/21
  168/19 173/1 176/19 177/3
  177/7 177/8 177/17 179/3
  180/1 180/2 180/4 180/5
  180/7 180/11 180/13 182/12
  182/18 183/2 185/16 188/21
  190/11 191/18 191/22 192/17
  192/23 193/6 196/8 198/7
  199/14 199/15 199/17 200/3
  200/4 201/5 204/14 206/19
  207/7 207/11 208/9 208/22
  209/7 209/21 210/16 211/1
  215/5 217/17 219/23 220/5
  220/17 220/18 220/21 221/10
  223/8 224/10 224/12 227/24
  228/3 228/17 231/5 231/25
  234/25 239/8 240/13 241/23
  252/10 252/11 252/11 254/22
  255/5 255/10 255/24 256/4
  256/7 256/15 256/18 256/19
  257/3 257/3 257/19 257/20
  257/7 258/10 258/21 258/24
  259/6 259/15 259/18 260/13
  260/14 262/6 262/10 263/11
  267/2 267/3 269/9 269/14
  270/8 270/11 270/12 271/4
  273/19 273/24 273/25 274/2
  275/2 276/12 276/14 279/25
  281/2 281/3

**above [4]**   117/11 130/18 136/8
  283/4
**above-entitled [1]**   283/4
**above-mentioned [1]**   117/11
**abrasions [2]**   16/3 16/4
**abscess [1]**   131/3
**absolute [1]**   101/17
**absolutely [11]**   5/19 38/13
  41/13 55/24 58/15 61/15
  70/14 99/25 134/17 179/16
  228/14
**abstaining [1]**   142/25
**accepted [2]**   5/14 185/15
**access [2]**   154/3 239/13
**accident [4]**   53/16 162/19
  230/7 233/19
**accidentally [2]**   229/16
  229/20

**accordance [1]**   243/7
**according [6]**   67/2 112/20
  123/12 128/14 188/1 188/9
  190/20 208/18 212/19 221/19
  226/15 246/17
**account [6]**   17/5 171/11 177/6
  195/24 200/23 245/23
**accountable [1]**   88/3
**accounts [1]**   89/5
**accuracy [1]**   126/2
**accurate [2]**   190/16 193/10
**accurately [2]**   99/2 190/13
**accuse [2]**   113/18 113/19
**accused [3]**   76/23 235/7 256/8
**accusing [2]**   223/15 235/14
**acoustics [1]**   91/12
**Act [1]**   131/21
**acting [4]**   80/2 80/3 117/23
  269/12
**action [3]**   6/10 160/11 266/13
**actions [2]**   6/11 266/21
**active [1]**   143/1
**activities [4]**   101/19 165/2
  204/7 261/1
**activity [13]**   125/1 127/16
  127/20 128/4 165/6 165/8
  165/23 166/2 167/10 167/19
  239/12 248/25 249/2
**actual [12]**   108/6 118/7 118/8
  126/11 127/12 130/15 133/19
  134/22 159/12 171/25 273/17
  282/1
**actually [84]**   34/14 40/16
  42/3 46/18 46/22 47/21 59/17
  67/10 67/12 67/19 73/2 76/20
  77/9 87/10 88/5 88/15 89/16
  94/9 95/20 97/18 98/11 98/25
  102/2 102/6 106/7 108/15
  111/12 111/15 112/19 114/21
  117/21 120/12 122/5 124/9
  126/5 128/23 129/14 136/20
  137/19 138/5 144/8 144/18
  145/15 146/23 147/11 151/7
  152/7 152/24 155/23 166/20
  169/12 170/3 171/18 173/23
  175/21 176/4 182/8 184/10
  184/22 185/8 187/21 192/4
  198/8 204/14 207/17 208/13
  208/24 209/9 221/9 228/25
  231/9 243/11 243/13 251/1
  251/8 255/4 257/7 268/17
  270/1 270/15 272/18 275/16
  276/12 278/7
**adamantly [1]**   109/4
**Adams [14]**   173/12 263/5 263/9
  263/10 265/23 267/7 271/2
  271/4 272/1 273/9 273/16
  273/21 273/25 274/8
**Adams' [2]**   271/7 271/13
**add [6]**   70/11 194/1 243/8
  244/17 244/19 267/25
**added [2]**   244/8 246/11
**addition [5]**   40/15 105/18
  113/8 116/7 158/22
**additional [5]**   29/8 38/12
  170/10 170/11 239/7
**Additionally [1]**   238/11
**additions [2]**   242/23 246/20
**address [5]**   6/19 136/6 161/20
  162/1 254/17
**administration [2]**   45/9
  271/17

**administrative [1]**   51/9
**administrator [2]**   50/16 51/3
**administrators [2]**   50/17 51/4
**admins [1]**   153/8
**admissibility [1]**   69/25
**admissible [5]**   69/13 101/20 103/12 160/18 223/23
**admission [15]**   39/18 107/8 119/11 129/23 130/3 135/12 154/18 154/25 168/2 202/1 202/12 230/20 241/3 241/12 241/13
**admit [2]**   143/7 268/9
**admits [1]**   268/4
**admitted [16]**   9/6 14/19 65/14 100/13 126/21 130/1 130/6 143/17 155/4 162/8 168/5 183/12 189/16 192/16 206/24 231/1
**adults [1]**   118/3
**advance [1]**   101/5
**adversaries [2]**   244/11 244/14
**adversary [2]**   39/3 39/6
**advice [2]**   28/15 69/15
**advising [1]**   263/24
**affair [1]**   113/17
**affairs [1]**   160/12
**affects [2]**   7/20 46/9
**affirmative [1]**   190/25
**Afghanistan [2]**   264/6 264/7
**afraid [4]**   63/10 63/10 148/8 254/17
**African [1]**   173/18
**African-American [1]**   173/18
**after [79]**   6/17 6/22 12/2 13/4 16/14 17/19 21/16 21/25 24/18 24/21 25/14 27/12 29/15 29/22 31/10 31/12 31/15 35/15 41/18 44/9 45/1 51/25 52/1 57/21 58/6 73/19 79/9 97/8 113/5 119/4 119/24 120/13 120/20 122/19 122/23 124/3 128/22 138/22 145/4 147/23 148/23 153/16 158/8 159/7 163/12 167/15 177/8 177/8 180/23 182/19 186/20 188/1 193/20 195/21 211/5 211/15 211/22 214/23 218/3 218/11 218/11 219/4 220/23 220/25 221/23 230/4 234/5 245/8 249/23 251/9 252/21 252/25 253/2 261/8 263/15 268/7 269/5 275/19 279/14
**aftermath [1]**   151/24
**afternoon [5]**   78/18 158/10 164/24 227/17 252/11
**afterwards [2]**   161/25 188/22
**again [46]**   4/16 4/25 21/19 24/19 32/1 52/17 56/21 79/19 84/5 85/18 86/11 86/17 104/19 113/24 117/20 120/23 124/22 128/13 139/22 142/4 144/25 150/18 159/24 160/15 161/3 170/6 171/15 174/2 174/3 181/16 184/6 185/22 188/13 196/6 197/24 198/20 217/13 218/25 219/5 237/22 246/12 246/16 261/10 264/10 273/20 281/20
**against [12]**   22/7 57/17 58/5

**age [6]**   6/16 11/4 55/6 138/1 142/5 144/5
**agent [53]**   31/4 33/13 35/10 92/18 191/13 191/16 192/9 194/8 198/9 204/25 205/5 207/11 207/12 207/19 207/21 207/22 207/24 208/19 209/18 209/13 209/24 210/4 210/9 210/11 210/12 213/3 213/16 214/6 214/11 214/12 215/1 215/7 215/17 215/18 218/4 218/10 218/14 218/16 218/19 219/22 220/1 220/5 220/13 220/15 221/4 221/19 221/22 227/15 227/15 238/24 239/4 239/6 239/9
**agent's [3]**   177/12 197/21 210/22
**agents [10]**   31/15 208/7 209/16 212/3 212/4 236/2 238/6 249/17 251/9 251/10
**agents' [1]**   197/5
**aggressor's [1]**   105/20
**ago [18]**   39/21 39/22 40/1 67/3 67/4 67/5 67/16 67/16 111/2 113/8 121/7 125/11 141/19 142/6 226/9 229/19 242/16 261/20
**agree [27]**   14/18 47/19 81/21 86/20 105/10 105/20 108/11 113/10 115/17 134/14 134/18 183/18 186/6 209/11 215/10 215/12 218/1 226/14 227/13 252/5 252/16 252/17 270/14 270/16 277/7 278/1 278/1
**agreed [8]**   34/16 100/20 208/8 208/9 264/6 270/16 270/22 274/11
**agreeing [1]**   103/5
**agreement [3]**   47/12 47/19 48/6
**ahead [10]**   59/24 69/1 114/25 121/16 197/13 197/13 197/15 197/18 230/14 267/5
**aid [1]**   219/16
**aided [1]**   1/24
**AIDS [3]**   147/9 148/8 151/18
**aiming [1]**   281/9
**airman [5]**   79/3 79/5 79/6 79/6 80/11
**airport [1]**   258/7
**alarming [3]**   109/18 151/14 213/2
**alcohol [7]**   17/5 84/21 89/12 182/16 182/17 184/5 208/16
**alcoholic [2]**   113/7 113/20
**Aldara [2]**   275/4 275/5
**all [282]**   4/3 4/4 5/10 5/11 5/21 6/1 6/18 9/6 11/18 12/20 14/22 16/11 17/10 17/16 17/18 21/18 22/22 23/1 28/11 31/19 33/10 34/22 37/18 37/18 39/10 41/22 46/5 52/4 52/13 52/17 55/22 56/12 57/2 57/4 57/5 58/23 62/1 64/4 64/16 65/3 65/13 67/2 67/5 68/25 71/1 71/1 71/5 71/11 75/6 75/25 77/12 80/2 80/6 80/16 82/19 84/4 85/12 87/3 87/8 88/11 89/14 93/25

94/17 94/18 94/16 95/12 95/17 97/11 98/16 99/5 99/6 99/10 100/21 100/23 101/5 103/12 103/13 106/14 106/23 107/24 108/4 108/9 108/21 110/10 110/25 111/22 112/13 113/5 113/21 114/20 116/24 117/2 118/3 118/13 119/5 119/9 119/14 120/20 121/5 121/14 122/12 123/9 123/13 124/19 126/12 127/22 128/18 128/21 129/2 129/7 132/5 132/6 132/10 132/20 133/3 134/1 135/1 136/14 136/23 138/5 138/11 138/14 138/22 139/14 140/3 141/9 141/15 141/24 142/20 144/13 144/21 145/8 145/18 145/22 146/19 148/13 150/3 150/24 151/15 152/6 152/13 153/6 154/13 155/18 156/9 158/14 158/14 159/19 160/21 165/12 166/1 168/23 169/18 170/5 170/12 171/1 171/5 171/15 171/22 172/2 172/16 173/2 173/20 174/13 176/14 178/10 178/21 179/8 180/23 181/3 181/7 182/2 182/4 182/25 183/7 183/22 186/25 189/16 192/13 200/12 204/24 205/8 206/6 207/4 208/7 210/2 211/7 212/10 212/15 214/6 216/10 216/10 216/13 216/18 216/24 217/4 218/21 220/21 220/23 222/10 224/4 224/7 225/6 225/20 225/25 226/11 226/23 227/5 227/8 228/22 232/17 232/19 232/22 232/24 233/12 233/22 235/11 235/17 238/19 238/21 239/18 240/8 240/10 240/10 240/21 241/21 242/9 242/13 242/13 242/13 245/10 245/17 246/2 246/2 246/12 247/6 252/3 252/9 254/6 254/8 254/11 256/6 258/1 258/18 258/20 258/24 259/25 261/3 261/14 261/16 261/19 262/3 262/13 262/20 263/11 263/14 263/23 264/1 265/11 265/17 266/20 266/22 268/7 268/21 269/5 269/20 269/22 270/12 270/18 270/18 271/3 271/14 273/12 273/23 274/8 274/19 275/18 277/3 278/5 278/19 279/9 280/4
**allegation [2]**   105/12 110/20
**allegations [9]**   90/7 94/23 94/24 95/7 95/8 177/1 177/9 182/9 193/22
**alleged [10]**   161/19 161/21 185/11 185/16 185/19 185/23 186/2 186/8 280/12 280/13
**allegedly [1]**   190/6
**allergic [1]**   182/25
**allergies [1]**   183/3
**alley [9]**   76/18 77/20 79/7 79/23 86/7 97/9 98/9 99/4 163/13
**allow [17]**   7/3 62/12 69/11 192/16 192/17 247/15 247/16 254/17 258/25 265/16 266/23 270/4 270/4 272/25 273/1

**allow... [2]**  279/14 279/16
**allowed [11]**  47/14 103/20
162/11 185/15 196/17 247/8
247/12 253/8 256/2 256/16
261/17
**allows [3]**  52/24 131/21 242/7
**almost [1]**  227/7
**alone [3]**  20/9 24/13 61/6
**along [5]**  40/2 164/13 184/11
254/8 254/12
**already [18]**  62/20 63/1 69/3
74/15 112/11 126/20 182/15
184/4 201/18 209/21 233/4
234/5 236/15 242/9 245/7
258/5 258/22 279/13
**also [63]**  6/19 6/21 6/25
29/10 29/12 40/25 59/25
70/17 72/8 73/11 86/2 88/5
88/11 90/2 100/15 117/6
120/17 126/8 127/24 128/6
130/2 130/5 140/9 144/21
144/25 147/22 152/13 153/2
166/18 168/17 172/2 175/9
177/19 181/7 181/9 184/24
197/23 198/10 210/4 210/8
212/19 213/4 213/10 213/24
214/4 217/22 220/13 221/4
230/23 230/25 237/2 242/23
246/17 255/5 258/3 258/11
259/11 259/15 261/5 263/7
266/15 272/22 282/5
**altercation [3]**  78/21 79/13
99/5
**Alternatively [1]**  75/11
**although [3]**  114/10 148/2
266/11
**always [9]**  23/8 23/8 23/14
30/2 41/11 98/13 155/13
219/6 225/4
**am [20]**  5/3 5/12 42/25 58/11
71/16 71/19 82/8 114/5
119/18 123/11 129/19 140/21
151/4 153/19 158/13 188/25
190/2 224/9 233/4 263/24
**AMAN [1]**  79/2
**AMAN Daigle [1]**  79/2
**Ambien [2]**  31/22 39/12
**ambulance [6]**  81/6 81/10
82/24 83/9 84/1 84/25
**amended [1]**  242/4
**amendment [1]**  242/7
**amens [1]**  104/23
**American [1]**  173/18
**Among [2]**  18/11 18/15
**amongst [2]**  113/15 241/21
**amount [3]**  6/7 208/16 242/25
**Amy [1]**  266/15
**Anabelle [3]**  31/11 55/18
55/19
**anal [1]**  13/11
**anally [2]**  13/21 66/9
**analogy [1]**  272/8
**analysis [2]**  9/7 9/7
**anatomy [1]**  36/3
**Andino [5]**  24/4 32/7 32/18
263/16 263/18
**Andrew [2]**  2/9 105/16
**anesthesia [3]**  272/7 272/11
272/13
**anesthetic [4]**  271/21 272/3

272/6 272/24
**anesthetics [1]**  272/20
**anger [1]**  4/23
**angered [2]**  35/22 86/18
**angry [4]**  35/21 77/25 86/2
87/9
**anonymous [1]**  281/4
**another [28]**  21/7 22/9 34/15
37/4 38/18 39/8 63/9 70/17
70/19 82/4 88/16 104/9
112/24 115/20 132/20 144/6
152/8 152/8 157/13 163/3
180/13 185/18 187/19 209/8
215/3 216/16 272/16 278/12
**answer [20]**  42/13 69/17 83/13
104/3 127/12 127/17 127/21
148/12 152/4 152/5 160/22
165/21 165/25 198/23 203/21
243/9 248/24 264/24 268/10
268/22
**answered [1]**  227/2
**answering [2]**  136/12 136/14
**answers [5]**  19/11 45/3 149/9
245/2 245/3
**Anthony [9]**  173/12 263/5
263/9 263/10 265/23 271/2
271/4 273/15 274/8
**antibiotics [1]**  182/25
**anxiety [4]**  41/4 97/12 98/6
98/21
**any [111]**  4/24 6/4 6/10 9/13
10/12 12/21 13/7 25/13 31/8
33/15 33/25 34/12 39/10 42/8
44/13 46/19 46/20 48/16 50/7
50/16 50/17 50/19 51/3 51/3
51/4 51/6 51/8 51/11 51/13
51/18 51/19 53/24 54/2 54/8
54/11 54/14 60/25 64/16
64/20 75/2 75/22 81/13 87/3
87/19 89/7 89/7 93/16 97/3
100/2 100/6 100/10 103/17
103/19 104/20 104/23 109/5
121/15 136/20 146/16 148/22
152/1 152/3 155/2 159/11
159/12 160/10 173/22 178/1
179/6 181/24 184/10 189/11
190/13 190/14 192/10 202/14
202/17 202/20 202/24 206/6
212/13 214/6 214/17 218/22
219/12 224/15 224/25 228/6
232/13 234/7 234/13 234/20
234/25 236/20 239/12 242/18
242/21 243/15 244/19 246/6
248/2 252/8 255/25 260/14
266/19 267/8 280/13 280/17
280/17 280/21 280/21 280/22
**anybody [10]**  32/1 32/6 60/5
61/13 104/18 104/19 225/11
246/1 262/21 262/25
**anymore [2]**  124/4 139/13
**anyone [21]**  21/24 24/18 26/17
29/13 30/21 34/25 54/20
57/10 64/22 126/24 153/20
164/4 182/8 186/12 193/12
198/7 199/14 199/16 238/1
247/2 257/19
**anyone's [2]**  6/9 104/24
**anything [57]**  5/7 12/1 13/17
17/16 19/21 25/24 29/10 30/4
30/21 37/24 49/17 53/12
53/16 54/21 62/11 63/17 64/9
68/15 69/11 70/9 94/18 100/7

7/04/23 108/24 116/23 148/17
175/1 176/2 181/5 182/1 182/19
188/22 192/23 219/21 221/2
223/8 244/15 244/18 244/24
246/8 247/6 247/13 248/24
260/3 265/20 267/2 267/25
271/7 272/11 275/9 275/13
275/14 275/24 276/2 278/17
278/23 279/11 282/14
**anything,' [1]**  27/10
**anyway [3]**  104/10 204/24
237/3
**anyways' [1]**  136/13
**anywhere [1]**  27/18
**AP [1]**  182/23
**apart [4]**  97/23 98/5 98/10
99/5
**apartment [5]**  41/21 41/25
137/12 149/19 150/11
**apologies [3]**  15/2 49/8 59/5
**apologize [8]**  14/13 15/16
36/21 42/11 74/11 77/11
210/21 271/1
**appalled [1]**  58/11
**apparent [1]**  82/10
**apparently [20]**  59/4 65/2
91/1 91/9 95/6 96/20 113/22
114/10 139/8 183/2 187/1
188/16 203/25 204/13 209/24
212/19 221/2 221/21 238/18
241/23
**appeal [1]**  52/11
**appear [7]**  81/13 81/20 94/21
94/24 98/17 101/13 183/23
**appeared [7]**  89/8 90/1 96/17
198/5 198/5 199/12 199/12
**appearing [1]**  69/13
**appears [12]**  6/8 82/2 98/19
104/2 135/5 136/4 168/10
171/3 171/4 183/21 185/22
219/2
**appended [1]**  51/1
**appointment [1]**  149/23
**appreciate [2]**  91/25 111/6
**apprehension [1]**  139/15
**approach [15]**  45/24 46/3
46/13 66/24 66/25 74/6 74/13
91/17 105/9 126/16 167/2
170/18 176/7 176/13 256/11
**appropriate [4]**  4/11 68/3
68/4 143/1
**appropriately [1]**  261/4
**approximately [3]**  85/22
204/10 218/10
**April [6]**  77/17 83/2 85/24
96/15 97/8 119/2
**arbitrary [1]**  70/1
**arbitrate [1]**  46/10
**arbitration [21]**  46/8 46/11
46/14 47/2 47/12 48/2 48/6
48/20 48/22 49/2 49/11 49/17
51/9 52/1 52/8 52/16 53/11
70/12 70/16 70/18 70/23
**arbitrator [1]**  53/1
**are [129]**  4/11 5/11 6/11 8/24
9/9 11/12 12/23 15/15 18/19
20/9 20/11 20/20 33/15 33/18
34/12 37/11 41/22 42/25 43/3
50/25 58/14 64/24 65/2 67/17
68/23 69/18 69/25 71/20
71/21 72/21 74/22 75/8 75/9
76/2 78/16 87/24 90/22 91/12

**are...** [91]  94/8 100/21 101/3
101/14 101/14 104/17 105/16
106/10 110/24 111/19 116/3
116/11 116/15 118/9 119/17
129/10 129/15 129/18 134/14
134/19 139/7 139/25 140/17
140/22 141/3 141/4 150/10
150/20 151/21 154/13 154/16
154/22 157/7 157/22 158/12
158/19 160/1 161/3 162/21
163/13 164/22 168/21 175/12
176/19 183/16 188/1 190/9
195/21 196/22 201/17 201/23
202/6 204/13 217/4 218/19
228/11 230/17 231/22 236/8
236/9 241/15 242/5 244/6
244/6 244/17 245/17 245/20
246/1 246/10 246/15 247/7
248/16 254/25 255/2 255/3
256/20 257/3 258/23 259/20
261/1 262/16 262/18 263/3
265/15 266/8 266/18 266/19
267/7 269/12 272/20 272/24
**area** [12]  13/8 13/12 13/16
20/6 40/23 84/12 152/25
153/3 153/4 153/7 154/3
190/21
**areas** [2]  12/23 109/7
**argue** [5]  5/3 5/11 86/23
269/16 271/5
**arguing** [6]  7/8 7/8 8/6 86/23
194/25 277/7
**argument** [8]  5/5 47/7 47/8
88/16 103/11 269/17 271/12
276/11
**arguments** [1]  101/14
**arise** [1]  271/9
**armed** [2]  19/23 22/1
**armor** [1]  44/18
**arms** [1]  42/20
**Armstrong** [21]  20/24 21/9
21/15 22/8 24/20 24/23 27/22
29/15 29/22 30/8 33/13 35/2
35/4 186/23 192/22 197/24
200/7 200/15 225/8 252/24
253/4
**army** [6]  77/23 190/17 191/22
191/25 193/12 195/17
**around** [32]  4/7 19/20 27/1
37/18 39/14 41/6 41/7 55/15
64/7 70/17 78/14 124/24
125/7 126/9 127/17 128/15
130/25 132/9 137/16 141/19
163/21 165/23 172/14 173/3
182/14 183/25 206/4 209/14
215/4 215/7 215/13 226/16
**arrest** [1]  5/13
**arrested** [3]  7/23 7/24 98/18
**arrests** [1]  6/14
**arrived** [8]  6/23 80/4 81/5
162/19 208/18 208/23 218/13
222/4
**Arroyo** [55]  11/2 26/13 26/15
28/11 158/5 172/24 173/1
173/4 173/8 174/2 174/3
174/13 175/5 175/7 175/24
176/1 177/3 177/6 178/5
178/11 178/17 178/20 179/1
179/5 179/11 179/13 179/20
179/24 180/1 180/4 180/7

184/21 187/17 193/8 198/14
205/14 205/14 206/7 227/11
228/5 231/14 232/1 232/7
232/11 234/4 236/7 268/24
**Arroyo's** [6]  177/10 184/24
188/17 231/24 236/5 267/22
**as** [167]  8/23 11/11 11/21
11/23 18/18 20/4 20/23 22/21
22/21 23/18 27/10 28/15 29/8
29/10 38/22 39/9 45/3 46/20
46/20 48/19 50/18 51/5 52/7
54/9 59/18 60/1 67/6 67/17
70/22 71/6 71/6 71/7 72/6
79/1 80/23 80/23 81/18 82/23
83/4 84/3 87/15 89/14 90/7
95/2 96/15 97/7 100/14
102/13 103/22 103/23 104/3
106/12 107/16 109/9 109/14
110/3 113/6 113/22 115/9
117/11 117/11 117/18 120/25
122/5 127/14 127/23 128/9
129/20 131/14 131/20 133/14
137/16 139/5 139/24 141/20
141/20 142/15 142/20 145/14
145/14 146/1 150/22 152/1
152/2 152/24 156/16 157/19
163/9 163/14 163/19 166/2
166/2 168/23 172/21 174/24
176/25 177/19 183/3 185/22
188/9 189/20 190/4 191/17
192/18 192/18 194/10 195/25
198/6 198/23 198/23 199/13
203/2 204/19 213/24 213/24
215/8 218/23 219/15 219/15
219/16 222/11 223/1 223/1
224/25 225/1 229/15 229/24
231/13 233/12 239/5 239/11
239/13 240/3 241/9 241/9
243/23 243/24 244/12 244/17
246/1 246/6 246/15 246/15
246/18 247/21 247/21 251/21
252/6 254/1 255/9 257/13
257/13 257/18 259/17 262/5
262/21 263/7 266/6 267/25
269/21 271/18 272/10 272/20
272/24 279/18 279/18 280/7
**ask** [52]  11/25 40/7 43/20
46/17 46/21 46/25 53/13
53/14 59/1 59/1 71/19 71/24
76/13 82/9 93/6 93/7 94/17
95/3 98/3 101/25 106/12
108/1 119/11 138/14 138/19
139/20 141/18 182/12 183/2
191/18 192/25 192/25 193/10
197/12 198/2 198/3 198/7
199/9 199/10 199/14 199/16
203/10 213/13 216/4 220/11
224/10 224/12 226/13 242/15
247/11 264/21 281/20
**asked** [33]  25/8 27/5 28/14
28/15 28/19 29/16 30/6 32/4
92/18 93/16 106/17 127/15
141/18 165/17 166/1 168/23
190/24 190/25 195/22 196/15
204/6 219/23 223/2 227/1
227/1 237/5 237/25 242/10
243/9 251/2 251/10 263/3
267/7
**asking** [31]  28/7 79/15 83/12
90/23 92/7 93/12 97/25

7/12 22/116/23 126/11 125/4
171/6 171/11 260/25 267/18
175/21 175/22 179/15 183/18
187/22 193/11 199/15 199/16
203/21 213/7 219/2 254/10
257/7 267/8 273/25 274/2
**asks** [1]  11/20
**asleep** [5]  120/9 122/4 122/9
185/14 187/24
**aspect** [2]  152/8 245/9
**assailant** [2]  185/19 193/18
**assailants** [1]  185/16
**assault** [14]  5/15 5/16 5/20
6/20 53/25 76/25 85/17 95/1
97/8 185/11 185/23 186/2
186/9 279/10
**assaulted** [4]  6/22 53/9 85/21
190/6
**assaulting** [1]  76/24
**assaultive** [1]  94/23
**assertion** [1]  271/17
**assets** [2]  260/9 260/13
**assigned** [1]  136/9
**assist** [1]  75/22
**assistance** [7]  75/23 84/13
190/3 190/11 204/4 227/17
227/22
**assistant** [1]  246/4
**assisted** [2]  45/21 45/22
**associated** [1]  84/19
**Association** [3]  50/23 50/25
51/16
**assume** [2]  101/7 245/16
**assumed** [3]  187/19 197/10
197/16
**assumes** [3]  266/7 266/8
267/21
**assumption** [3]  87/11 197/19
271/16
**assumptions** [1]  81/16
**at** [311]
**ataxia** [1]  115/7
**attached** [3]  51/11 169/12
169/13
**attachment** [2]  171/8 171/11
**attack** [4]  15/9 97/12 98/6
98/21
**attacked** [2]  36/25 104/13
**attempt** [4]  79/6 255/17
257/21 258/2
**attempts** [1]  13/11
**attendants** [2]  81/10 83/9
**attention** [13]  10/21 42/9
80/12 116/19 117/6 158/24
168/17 171/3 217/15 225/6
236/8 237/20 245/22
**attentive** [1]  71/6
**attire** [1]  259/13
**attorney** [9]  1/18 26/10 69/12
69/21 71/25 106/18 203/10
264/16 277/24
**attorneys** [2]  75/13 242/18
**attributed** [2]  174/25 175/3
**augmentation** [6]  35/20 132/23
259/25 260/21 260/25 261/8
**August** [19]  35/13 43/22 43/25
44/8 109/22 110/4 122/16
122/22 122/25 123/25 130/22
132/13 133/7 177/7 189/22
191/21 238/24 239/1 239/4
**August 23rd** [1]  35/13
**August 2nd** [1]  189/22

**A**

August 31st [3]  238/24 239/1
239/4
August 5th [2]  43/22 44/8
auspices [2]  50/20 51/7
author [1]  158/24
authorities [5]  25/8 25/9
30/8 77/3 200/11
authority [2]  25/13 160/14
available [1]  101/23
average [1]  5/1
avoid [2]  49/17 70/12
avoidance [1]  141/21
avoided [1]  141/22
aware [12]  45/13 94/19 97/18
142/5 175/12 175/12 175/14
175/16 202/21 219/16 221/6
228/10
away [6]  40/22 60/22 98/10
118/23 128/23 132/7
awe [1]  23/8
awhile [6]  42/10 42/14 63/5
218/24 242/3 268/9

**B**

B109 [7]  154/20 154/21 155/1
155/23 156/11 170/12 170/17
B110 [7]  152/6 154/20 154/22
154/25 155/5 169/10 169/13
B153 [5]  106/8 106/15 106/20
107/8 118/14
B164 [3]  119/14 119/21 120/23
B165 [3]  143/6 143/7 143/18
B2 [2]  129/12 135/1
B3 [1]  129/14
B67 [8]  201/14 201/16 201/17
202/4 202/12 206/24 226/7
237/15
B69 [2]  189/8 189/10
B98 [3]  201/10 201/15 241/25
baby [9]  155/9 155/10 155/14
156/3 156/7 168/20 169/6
170/3 171/8
Bachelor's [1]  45/4
back [90]  9/22 13/9 13/10
18/6 18/19 18/23 21/18 27/5
27/6 28/23 32/5 32/15 34/20
43/8 43/23 49/8 50/12 53/4
55/4 55/9 57/7 62/6 63/11
79/18 79/20 79/23 94/21 99/9
100/14 101/1 101/11 104/15
110/4 110/19 112/6 113/17
120/1 120/3 130/22 131/10
134/1 136/6 136/8 139/3
140/21 143/24 145/18 149/2
155/17 158/2 164/20 164/22
165/5 169/20 170/5 183/7
188/9 188/10 194/16 199/6
205/12 213/1 213/25 214/1
214/12 215/21 215/25 216/3
216/21 217/16 219/4 221/19
223/2 225/6 225/7 225/8
226/7 232/1 234/4 237/15
238/25 242/3 242/17 251/8
259/3 263/1 264/7 264/12
270/25 280/11
background [5]  76/23 82/7
133/24 174/24 205/10
bad [16]  56/8 103/22 104/12
125/8 128/7 128/8 131/12
131/18 148/7 148/17 158/9

badly [7]  13/16 20/23 29/21
30/16 34/8 66/5 215/14
Baghdad [8]  23/5 26/8 32/2
32/6 37/15 158/5 190/8
250/18
Baileys [4]  208/10 208/11
209/17 209/21
balance [2]  107/24 108/1
Balboa [1]  81/9
Balli [1]  61/9
bandaged [1]  37/18
bandages [3]  37/19 37/20
37/23
banging [1]  21/21
bar [4]  84/16 86/14 101/17
101/22
barbecue [2]  41/25 42/6
Barely [1]  178/14
bargain [2]  4/22 25/19
barracks [4]  19/17 205/20
206/4 212/23
Barron [3]  2/13 283/8 283/9
base [4]  76/18 86/8 223/13
269/23
baseball [5]  81/7 81/11 81/19
86/13 87/4
based [9]  104/20 108/12 146/9
162/13 162/21 163/1 209/19
213/17 259/8
basically [2]  162/11 188/23
basis [9]  65/2 161/14 161/15
162/6 162/13 177/13 250/2
256/23 267/8
bat [7]  81/7 81/11 81/19
86/13 87/4 90/2 90/5
Bates [4]  15/22 15/23 17/24
76/2
bathroom [7]  16/21 16/22 20/6
37/25 42/21 116/9 222/15
be [245]  4/4 4/25 7/12 8/5
8/23 9/6 9/6 9/7 9/8 9/21
10/4 11/10 13/1 14/20 20/21
20/22 21/6 22/25 30/8 31/13
32/13 38/5 41/6 41/7 42/2
46/15 46/22 47/2 48/2 49/12
51/17 52/11 55/13 56/12
57/15 60/8 61/3 62/10 62/14
63/1 63/13 63/17 67/7 67/14
70/20 71/5 71/20 72/8 72/25
73/5 73/12 74/7 75/1 75/4
75/22 76/9 78/12 78/18 81/24
82/4 84/8 84/8 85/22 86/16
87/9 88/3 89/3 89/8 90/1
90/24 90/25 91/5 93/13 94/5
94/24 95/16 96/4 97/2 98/12
98/13 98/19 99/9 99/12 100/3
100/15 101/5 101/13 101/23
103/17 103/23 104/2 104/6
104/7 104/8 104/22 105/10
106/2 106/11 109/5 110/20
113/7 115/8 117/3 117/9
117/25 119/14 123/4 124/11
124/18 125/9 126/1 127/17
128/6 129/16 129/21 130/17
130/25 133/15 134/1 134/2
134/13 135/25 136/13 137/15
137/16 138/7 139/11 140/12
142/1 142/14 145/23 146/20
147/22 148/19 153/6 153/12
157/19 158/9 158/17 162/11

165/3 165/6 165/7 165/8
167/1 168/10 168/14 171/4
173/7 174/8 174/24 176/5
176/12 176/16 179/2 179/3
179/18 186/2 187/3 196/5
198/22 200/2 200/4 200/6
201/6 201/7 201/7 201/11
201/22 204/2 206/13 206/22
214/4 219/12 219/15 220/12
221/7 221/12 223/1 223/25
224/6 226/22 227/25 228/18
231/5 233/17 233/25 235/13
235/13 236/10 236/13 236/13
238/21 239/10 240/3 240/12
240/15 242/20 243/15 245/12
246/15 247/8 247/12 247/13
248/7 248/12 248/23 248/23
248/23 251/21 252/22 252/25
253/9 253/12 253/19 253/24
254/4 255/4 255/6 255/12
256/2 256/21 257/3 261/7
261/11 261/17 262/2 262/17
262/23 263/1 263/11 263/14
263/16 264/1 271/18 272/15
274/3 279/16 280/5 280/23
282/20
Bear [1]  186/15
beat [1]  67/23
became [5]  42/13 45/13 86/8
124/20 128/23
because [142]  6/24 7/16 13/1
17/16 21/7 30/7 30/15 31/2
31/13 32/10 32/25 34/7 35/21
36/3 36/17 37/11 37/19 38/1
39/3 40/12 42/3 42/8 42/12
43/17 45/13 46/12 46/21
49/25 54/18 60/14 66/19
67/11 69/11 73/6 74/6 77/25
81/15 86/8 92/22 94/11 94/15
94/21 95/15 98/13 98/24 99/2
104/5 105/11 108/24 109/18
111/12 114/8 114/21 116/1
116/6 122/9 125/10 128/18
128/22 130/15 131/17 136/14
137/24 138/2 145/12 146/11
146/21 147/6 147/7 148/7
148/14 149/24 149/25 152/15
155/13 159/15 160/9 163/22
166/22 170/12 170/16 171/5
172/25 177/13 178/19 179/2
184/21 185/4 187/2 187/17
191/7 191/17 191/18 191/24
193/8 194/9 197/3 197/19
198/10 198/12 198/17 199/22
203/11 206/12 208/15 208/21
208/24 209/8 212/7 212/24
215/4 215/13 215/14 228/16
229/21 232/10 234/21 236/2
236/7 243/12 248/6 250/4
251/8 251/22 252/1 252/24
253/2 253/21 255/9 256/8
262/9 263/12 264/1 264/7
266/13 266/14 276/19 277/3
278/15 280/2 280/10 282/11
become [6]  23/13 45/5 45/16
55/13 110/3 139/22
becomes [2]  216/21 217/13
becoming [1]  119/22
bed [6]  20/5 27/4 179/21
190/23 191/3
bedroom [3]  37/22 137/12

**bedroom... [1]**  149/18
**been [121]**  4/16 11/6 11/9
 13/25 14/4 14/19 17/12 17/13
 22/7 26/13 32/3 36/13 36/15
 39/16 40/18 42/18 48/12 50/9
 53/5 53/9 54/14 54/21 55/4
 58/16 60/18 61/21 62/6 62/24
 64/21 66/7 69/1 69/3 69/11
 75/3 78/14 78/23 79/18 86/1
 87/13 87/15 87/25 89/16 90/3
 92/25 93/2 98/10 103/6
 104/13 108/17 109/24 110/8
 110/15 112/9 113/22 114/10
 115/15 116/1 117/1 119/2
 119/4 122/25 126/20 128/10
 128/25 136/12 142/7 143/8
 148/2 152/17 156/24 158/23
 162/8 166/18 169/24 170/2
 171/2 174/25 175/3 182/11
 182/21 187/7 192/15 195/23
 197/25 198/11 198/16 199/24
 204/9 204/14 205/17 205/23
 206/18 207/12 215/1 215/14
 219/6 220/25 222/3 222/6
 230/7 236/25 240/2 241/5
 245/4 246/19 246/20 246/24
 247/3 248/2 248/3 248/10
 248/20 248/20 250/22 255/21
 255/22 259/23 261/4 261/19
 266/11 272/11
**before [67]**  1/10 5/7 11/21
 13/23 14/1 15/9 17/3 17/17
 24/7 29/13 32/5 32/6 32/21
 32/23 35/22 39/11 44/3 44/5
 63/17 66/12 74/15 76/7 91/24
 96/19 100/6 100/7 101/13
 120/15 124/17 130/4 131/17
 132/3 143/20 152/7 158/18
 168/18 170/2 176/23 179/24
 182/8 182/11 186/19 187/8
 192/2 192/20 202/18 202/19
 205/22 215/13 221/1 221/2
 221/9 221/9 229/22 231/10
 232/8 239/19 240/7 242/3
 243/12 267/8 270/19 270/20
 272/17 277/11 278/15 279/22
**began [8]**  79/7 80/12 86/18
 116/10 120/11 125/24 165/19
 182/8
**begin [6]**  71/16 106/8 122/19
 144/25 203/20 269/22
**beginning [19]**  50/12 71/25
 76/2 77/6 81/3 135/10 135/21
 164/24 196/7 199/22 204/7
 210/25 228/24 231/3 237/19
 237/21 243/14 245/4 246/18
**begins [13]**  105/18 108/21
 112/9 183/14 183/24 184/4
 184/6 190/2 211/2 213/6
 213/17 236/11 273/17
**begun [1]**  245/7
**behalf [4]**  28/19 50/19 51/6
 249/16
**behavior [9]**  40/13 45/2 94/23
 154/4 161/19 161/19 226/19
 280/14 280/15
**behind [11]**  10/7 11/12 19/22
 20/1 20/3 61/5 74/4 144/23
 153/11 153/14 154/2
**being [55]**  7/19 8/23 22/7

25/4 27/13 38/1 40/15 54/5
 72/17 77/23 82/4 85/22 91/5
 92/8 98/18 106/17 107/3
 111/7 113/19 116/15 120/21
 121/23 130/14 139/17 140/5
 146/24 156/14 157/25 186/1
 190/4 194/5 194/5 194/19
 194/20 196/17 196/18 196/22
 199/22 209/9 214/11 220/2
 223/11 223/19 228/4 237/5
 243/16 248/11 250/7 251/15
 257/4 257/8 257/9 257/15
 258/21 266/14
**belabor [1]**  132/6
**belief [1]**  141/10
**believe [52]**  8/20 14/3 15/8
 18/12 24/5 39/13 39/17 39/22
 49/10 57/15 58/19 61/18 64/2
 64/6 76/11 89/4 89/18 92/4
 100/15 107/13 111/20 118/22
 127/2 141/13 143/10 145/6
 150/6 155/14 155/17 161/6
 165/7 165/21 165/25 166/4
 166/7 167/5 169/13 171/18
 175/15 185/6 201/7 205/13
 209/3 211/24 228/24 229/20
 234/23 242/23 255/5 263/3
 263/15 278/2
**believed [4]**  166/10 179/17
 198/11 198/12
**belongings [1]**  33/15
**below [1]**  109/6
**bench [1]**  75/11
**Beneta [7]**  206/16 220/18
 220/20 221/11 221/11 232/10
 236/10
**benzodiazepines [1]**  18/15
**beside [2]**  134/5 209/14
**best [2]**  101/22 246/5
**better [10]**  8/7 8/9 21/6 36/8
 62/18 62/19 63/9 91/13
 201/11 261/13
**between [18]**  12/19 27/18
 36/17 36/19 76/14 97/5 135/8
 135/17 165/6 169/5 172/2
 180/2 196/8 198/4 199/12
 216/5 222/3 235/18
**beyond [3]**  69/9 244/18 257/20
**bidding [1]**  175/2
**big [9]**  33/8 52/12 171/4
 180/24 182/16 184/5 234/25
 247/8 281/16
**bigger [3]**  19/23 80/22 253/20
**biggest [1]**  6/2
**Bill [1]**  15/22
**bills [1]**  138/4
**binding [3]**  49/11 52/11 52/16
**bird [5]**  33/4 33/7 33/10
 33/11 44/17
**birthday [4]**  130/14 133/9
 133/19 134/23
**bit [19]**  17/2 34/19 56/17
 57/7 78/8 80/22 99/3 107/14
 108/11 131/17 156/12 158/8
 169/2 180/24 205/9 208/15
 231/21 256/5 279/24
**bite [1]**  124/19
**bitter [1]**  113/8
**bizarres [1]**  18/17
**black [3]**  33/9 122/2 191/21
**blacked [4]**  119/25 122/9
 276/3 276/4

**blackened [1]**  7/5
**blackening [1]**  119/12 120/10
 121/22 122/5
**blackout [6]**  120/6 241/7
 275/22 281/13 281/14 282/14
**blackouts [1]**  120/3
**Blake [1]**  2/4
**blank [3]**  185/10 186/1 214/23
**blind [1]**  225/11
**blocking [1]**  154/3
**blond [1]**  28/25
**blood [5]**  16/17 16/20 80/9
 89/11 90/1
**bloodshot [1]**  89/8
**blouses [2]**  262/1 262/2
**blow [3]**  62/2 107/14 231/11
**blown [1]**  170/16
**blue [3]**  11/16 60/22 217/4
**blurry [2]**  119/24 121/22
**board [1]**  225/10
**bodies [1]**  75/9
**body [11]**  17/7 17/20 24/7
 44/18 85/4 157/11 183/7
 189/5 239/7 257/23 257/24
**Bolster [1]**  255/18
**bolstered [1]**  255/23
**bolstering [1]**  255/22
**bombs [2]**  255/12 257/21
**bone [1]**  84/17
**book [1]**  31/23
**Booney [1]**  89/19
**born [3]**  31/10 41/17 172/10
**BORTZ [99]**  2/8 6/13 8/2 28/21
 28/22 29/4 29/4 58/3 58/5
 63/18 64/22 64/24 65/5 76/10
 82/4 82/17 85/3 88/17 90/6
 90/25 91/5 91/15 92/1 95/25
 96/24 100/9 103/19 129/16
 129/20 129/24 130/3 133/4
 135/4 135/9 135/10 135/12
 135/20 154/14 154/14 159/4
 168/3 172/22 173/7 176/5
 178/17 179/21 180/2 187/8
 189/1 190/6 190/8 190/15
 190/20 190/23 190/24 191/3
 199/25 205/17 206/3 206/7
 206/15 207/7 207/11 207/22
 208/2 208/19 209/8 209/15
 209/17 209/20 211/22 212/3
 212/12 212/22 215/18 220/5
 220/6 220/14 220/14 220/19
 225/2 225/16 226/2 228/11
 235/8 235/14 235/22 237/2
 237/25 238/2 241/3 241/12
 255/3 255/5 256/2 256/4
 256/13 258/1 273/12
**Bortz 110 [1]**  154/14
**Bortz' [21]**  4/17 28/21 205/22
 208/20 210/7 213/7 217/22
 218/12 221/5 221/20 226/23
 229/11 229/20 230/5 230/11
 235/21 239/8 239/11 254/22
 255/11 277/24
**boss [7]**  57/14 57/15 113/23
 114/1 114/11 114/13 114/13
**both [27]**  9/19 13/20 75/10
 78/11 80/8 80/9 100/20
 106/10 110/1 110/5 110/8
 116/2 118/2 124/19 152/23
 154/21 168/24 175/13 175/22
 190/8 190/15 190/20 255/16
 258/21 262/11 272/20 279/14

**bother [1]** 43/12
**bottle [1]** 205/7
**bottom [23]** 76/1 77/5 80/3
80/14 80/18 81/3 81/4 88/19
92/3 92/17 108/16 112/8
132/19 135/9 135/21 136/17
185/7 185/8 199/25 200/2
200/4 210/18 258/24
**bottom-of-the-line [1]** 132/19
**bought [3]** 29/2 42/3 132/15
**bowling [12]** 76/18 77/20
78/14 79/7 79/23 86/7 86/18
88/13 97/9 98/9 99/4 163/13
**box [1]** 69/21
**boy [1]** 155/10
**boyfriend [24]** 43/6 122/17
124/4 130/15 132/11 133/19
134/23 138/15 141/14 144/22
145/1 146/1 146/5 146/11
146/11 148/19 150/16 206/19
210/16 233/19 233/25 235/20
236/11 278/21
**bra [7]** 11/18 11/21 11/23
20/13 20/14 30/18 38/4
**brand [1]** 281/5
**brazen [1]** 226/22
**break [26]** 9/13 22/17 58/18
58/21 99/8 100/7 104/16
153/16 158/10 158/12 158/18
164/20 168/18 176/12 177/22
178/18 195/4 220/14 220/20
220/21 222/16 222/18 222/19
232/9 236/1 237/3
**breaking [4]** 158/13 220/18
220/22 221/11
**breaks [2]** 172/18 236/11
**Breanna [1]** 136/2
**breast [10]** 35/19 36/10 37/3
42/17 132/23 259/25 260/15
260/21 260/25 261/6
**breasts [6]** 36/22 38/11 43/11
261/9 261/12 261/21
**Brendon [1]** 85/10
**Brian [3]** 65/17 65/23 203/17
**brief [3]** 59/7 68/12 242/2
**briefed [2]** 4/16 5/21
**briefly [4]** 4/4 80/4 118/21
262/24
**bring [15]** 9/14 23/9 56/3
60/23 67/11 102/18 102/20
146/19 148/4 199/4 247/21
256/6 258/1 264/6 277/4
**bringing [1]** 258/3
**brings [1]** 216/21
**broke [2]** 122/18 132/11
**broken [5]** 23/10 43/7 87/1
122/17 236/12
**brought [15]** 30/21 71/22 86/5
116/18 117/6 125/13 148/17
156/16 156/16 215/21 215/25
216/3 245/22 247/20 272/17
**BROWN [3]** 1/6 1/7 190/8
**bruise [4]** 12/16 12/17 89/20
90/2
**bruises [6]** 11/24 12/1 12/19
13/1 28/3 28/5
**bruising [3]** 12/14 12/18
84/24
**Brumatti [2]** 206/16 220/18
**brutally [1]** 250/18

**Buddy [2]** 22/11 22/13
**bugging [1]** 190/1
**building [2]** 77/19 84/14
**bunch [2]** 206/2 268/18
**burden [4]** 137/1 137/14
149/11 280/19
**Bureau [2]** 189/21 191/20
**buried [3]** 21/7 22/9 54/6
**Burnett [14]** 109/8 109/9
109/15 109/17 109/21 109/24
110/10 111/9 111/24 112/3
112/9 112/21 113/3 113/11
**business [3]** 45/9 52/12 53/2
**but [271]** 4/16 4/19 4/25 5/3
6/16 6/17 7/4 7/22 8/1 8/5
9/7 11/1 11/12 12/24 13/20
14/20 16/22 22/16 24/1 27/16
37/14 37/22 38/4 41/24 42/18
43/7 44/23 46/6 46/20 56/7
60/14 62/10 63/6 63/10 64/20
67/6 67/22 67/24 68/21 68/23
69/22 69/23 78/9 81/18 81/24
83/15 87/23 90/3 92/9 93/2
93/6 94/10 94/21 95/14 96/12
96/18 98/14 98/16 99/1 100/2
100/5 100/18 101/23 102/21
103/14 104/7 104/22 105/11
108/9 108/13 110/7 110/21
111/6 111/23 112/1 115/15
115/21 116/5 116/21 117/6
117/14 117/24 118/8 123/14
124/13 125/25 126/9 126/10
129/4 130/12 130/24 131/13
131/15 132/2 132/7 133/24
134/7 134/18 137/5 138/19
139/10 139/17 140/13 142/2
142/13 143/4 145/6 145/12
147/23 150/4 150/5 150/20
151/4 151/9 151/15 151/17
152/24 153/5 153/9 153/14
153/23 154/17 155/25 156/10
156/19 159/14 159/15 160/21
161/11 161/14 162/4 164/2
164/12 165/22 166/7 166/10
166/14 167/11 167/14 167/15
167/16 167/22 169/10 169/25
170/7 170/16 171/3 171/22
172/14 173/13 176/1 176/6
176/17 180/24 181/8 182/11
182/23 183/21 184/24 185/6
186/4 187/1 188/16 188/17
190/17 191/3 192/20 195/14
197/11 197/19 198/15 199/2
201/1 201/10 201/21 201/25
202/8 203/11 204/20 205/11
206/3 206/3 207/23 208/9
208/16 208/22 210/10 212/1
212/19 214/6 215/7 218/25
219/18 220/12 221/1 221/2
221/5 221/21 223/14 224/11
225/7 226/8 226/14 228/6
229/23 230/8 232/14 232/20
234/2 234/4 234/10 234/17
235/3 237/4 238/2 238/4
239/6 240/23 241/15 242/11
242/24 243/5 244/1 246/21
246/24 247/6 247/22 248/6
248/7 248/19 249/22 250/14
250/21 253/2 253/20 255/5
255/10 256/22 257/20 257/25
260/23 261/2 261/10 261/15
261/18 262/16 263/7 263/16

263/24 265/5 265/13 266/15
268/9 269/9 270/15 272/11
272/17 273/12 273/16 276/5
276/14 276/18 276/20 277/11
278/22 279/22 280/3 280/20
281/8 281/16 282/2
**But -- I [1]** 117/24
**But -- you [1]** 37/14
**butt [2]** 228/12 229/14
**butt-dialed [2]** 228/12 229/14
**button [1]** 69/8
**buy [2]** 18/16 135/2
**bypass [5]** 131/2 131/4 131/15
131/25 132/3

**C**

**Cabana [1]** 114/5
**California [1]** 36/18
**call [28]** 21/14 42/11 90/8
93/12 102/10 136/12 145/2
212/11 222/25 223/2 223/2
223/20 224/2 228/13 230/5
230/8 230/11 230/12 239/4
240/13 240/24 248/15 249/14
249/25 250/14 257/17 263/14
263/16
**called [57]** 6/21 23/4 27/5
28/14 30/7 32/3 33/4 33/7
42/12 50/16 63/4 86/3 86/10
90/11 92/10 101/5 128/22
145/1 146/5 150/17 151/4
157/24 162/12 168/17 171/2
193/25 205/14 205/14 211/22
211/24 212/3 212/7 212/16
212/16 212/17 212/22 223/1
223/12 223/19 227/12 228/11
228/18 229/11 229/20 229/21
230/5 230/24 245/12 246/15
249/15 250/4 250/5 250/13
250/15 250/17 256/16 258/5
**caller's [1]** 136/15
**calling [7]** 59/16 93/14
212/24 249/5 249/5 272/12
272/13
**calls [13]** 22/13 52/3 184/13
196/13 228/7 230/1 230/5
230/12 253/15 253/15 253/23
264/15 265/8
**came [29]** 28/13 30/4 30/9
30/22 37/19 38/22 64/4 79/9
79/18 90/5 108/11 109/17
114/7 140/6 182/14 183/6
184/1 186/24 187/23 191/10
193/15 193/24 194/18 196/15
206/7 219/4 249/24 272/4
276/9
**camera [2]** 61/23 61/24
**camp [9]** 168/19 169/5 179/3
204/11 232/2 233/13 233/20
234/1 234/6
**camps [1]** 54/12
**campus [1]** 55/15
**can [134]** 5/1 7/1 8/4 10/16
12/5 12/17 16/2 17/24 23/24
24/7 27/25 37/9 38/3 38/4
39/17 41/9 41/15 45/19 46/15
46/25 48/8 48/15 52/4 56/11
60/1 62/2 62/3 62/8 62/10
62/11 62/17 63/9 67/25 68/7
72/23 73/5 73/15 75/9 76/7
77/12 80/6 80/22 80/23 82/5
82/13 83/17 85/13 89/14 91/8

**can...** **[85]**  91/21 95/3 97/7
101/6 101/23 101/24 102/18
102/20 103/12 103/19 104/16
105/5 105/9 105/23 106/23
107/5 107/16 107/25 108/10
112/5 112/16 121/3 124/10
126/16 126/16 126/19 127/2
127/14 127/22 135/21 140/18
142/9 146/16 149/1 149/3
153/24 154/18 156/12 157/3
168/7 169/4 170/12 170/13
170/16 171/13 176/7 176/8
176/16 181/14 185/25 189/17
189/20 189/22 190/23 199/8
201/12 202/1 208/21 211/18
215/8 215/11 218/8 222/15
224/21 225/25 229/24 230/4
231/2 231/13 232/4 233/12
236/21 246/9 247/2 247/10
247/11 252/21 262/20 262/25
267/16 270/24 270/24 271/22
274/19 277/14
**canceled [1]**  128/22
**cannot [9]**  60/3 72/25 72/25
77/18 106/25 128/11 177/22
245/23 248/23
**capacity [2]**  62/8 273/6
**capital [1]**  133/8
**caps [1]**  135/1
**Captain [1]**  89/18
**capture [2]**  86/22 87/2
**captured [1]**  95/10
**car [13]**  19/21 28/11 53/16
60/22 60/24 60/25 61/1 61/5
132/18 132/18 162/19 179/6
257/21
**card [2]**  238/14 238/20
**care [12]**  4/13 11/5 20/23
31/7 57/14 82/23 102/17
119/14 130/14 154/14 240/24
245/18
**cared [1]**  133/20
**career [1]**  179/4
**careful [2]**  21/7 98/23
**carefully [3]**  7/4 192/21
199/2
**caretaker [1]**  42/19
**Carolina [6]**  5/13 5/25 6/2
6/24 7/2 7/2
**carrying [4]**  6/7 61/4 216/4
235/4
**cars [1]**  162/21
**case [58]**  7/22 12/10 24/15
35/11 36/16 46/10 52/21
52/25 55/22 61/10 71/25 72/4
72/9 92/8 100/5 110/3 127/23
133/16 155/21 159/25 160/1
160/4 160/4 160/7 160/15
161/4 161/10 162/4 163/14
177/23 183/21 186/25 187/3
189/21 195/13 202/22 216/21

217/13 223/24 227/25 229/8
233/14 248/20 248/7 259/6
269/13 271/8 272/7 272/22
273/4 273/5 275/20 276/21
277/3 278/16 280/8 281/7
282/13
**Castillo [1]**  209/2
**Castillo's [3]**  209/3 210/5
210/8
**casual [2]**  281/12 282/13
**catch [2]**  96/1 148/8
**Cates [1]**  2/3
**caught [5]**  232/2 233/13
233/20 234/1 234/5
**cause [4]**  38/11 152/10 261/1
283/4
**caused [1]**  87/22
**causing [1]**  117/20
**cautious [1]**  179/2
**ceased [2]**  165/7 222/5
**ceases [1]**  221/24
**Celia [1]**  61/9
**cell [6]**  205/23 211/23 212/10
228/10 238/24 239/4
**cellular [1]**  60/15
**center [7]**  81/9 165/10 166/6
167/8 168/15 240/19 241/4
**centerpiece [1]**  278/16
**certain [7]**  64/21 64/24 75/5
124/21 125/10 131/22 156/10
**certainly [12]**  5/1 8/4 9/1
9/7 101/24 153/20 161/10
183/4 223/16 246/10 254/8
271/16
**Certification [1]**  283/3
**certify [1]**  283/4
**cetera [9]**  80/13 80/13 95/9
112/11 112/11 149/22 149/22
190/15 196/17
**chagrin [1]**  104/20
**chain [1]**  136/21
**chair [1]**  84/15
**challenged [1]**  126/23
**chance [6]**  52/11 143/20
192/25 206/12 227/12 248/5
**change [7]**  82/14 99/7 118/21
171/5 246/24 247/8 247/12
**changed [12]**  38/22 38/24
85/24 86/6 88/12 194/21
243/4 243/5 243/7 243/10
243/11 243/13
**changes [2]**  171/1 244/6
**changing [1]**  113/9
**Chapman [11]**  102/7 102/13
102/18 103/5 247/20 249/9
249/10 253/6 253/8 253/15
253/19
**character [2]**  104/13 257/16
**characterized [1]**  146/1
**charge [2]**  164/1 252/22
**charges [1]**  71/21
**CHARLES [41]**  2/8 4/17 29/4
58/3 58/5 63/17 64/22 64/24
172/22 173/7 179/21 187/8
190/6 205/17 206/3 207/11
207/22 209/20 211/22 212/3
212/12 212/22 220/17 220/20
221/10 225/16 228/11 229/11
230/5 232/8 232/9 235/8
235/14 235/18 235/21 235/22
237/2 237/11 238/2 238/7
256/13

**chatted [1]**  212/23
**check [6]**  83/9 163/18 163/18
136/10 223/9 239/22
**checked [1]**  164/20
**cheek [4]**  83/7 84/1 84/15
84/17
**Cheryll [3]**  2/13 283/8 283/9
**chest [6]**  34/5 34/6 34/13
34/21 35/1 35/21
**Chester [1]**  1/22
**chief [11]**  83/6 85/4 85/17
90/21 92/5 92/7 92/18 93/14
94/9 95/17 223/25
**child [3]**  40/1 110/9 111/3
**children [1]**  55/6
**Chip [1]**  158/25
**choice [5]**  150/20 151/13
157/20 179/22 181/8
**chose [4]**  54/18 139/12 148/3
183/19
**chosen [2]**  139/6 140/22
**Christian [3]**  55/5 55/7 55/12
**Christmas [3]**  124/24 125/7
127/18
**Christmastime [1]**  126/1
**chronic [1]**  144/14
**chronological [2]**  215/4 215/8
**chronologically [1]**  215/2
**chronology [3]**  174/22 248/5
248/8
**Chu [4]**  8/18 8/21 9/3 9/4
**Ciaravino [1]**  34/14
**Cindy [1]**  135/25
**CindyJones [1]**  135/23
**Circuit [1]**  159/25
**circumcision [2]**  145/6 151/10
**circumstances [5]**  51/15
101/15 130/20 265/14 265/16
**City [1]**  159/24
**civil [1]**  226/21
**civilian [1]**  90/8
**civilians [1]**  250/19
**claim [4]**  65/2 104/9 279/10
279/11
**claimed [1]**  81/7 191/11
**claiming [1]**  81/18
**clarified [1]**  229/15
**clarify [2]**  4/10 185/25
**clarifying [1]**  171/18
**class [3]**  172/6 172/10 172/17
**clause [2]**  101/16 248/18
**clean [2]**  244/16 244/19
**cleaned [1]**  279/22
**cleaned-up [1]**  279/22
**clear [17]**  48/19 49/11 51/25
67/14 87/6 94/24 103/7
152/14 153/12 157/1 175/6
175/19 180/22 196/20 196/24
251/14 252/23
**cleared [1]**  279/24
**clearer [1]**  62/3
**clearly [17]**  47/5 47/9 47/15
93/19 124/12 194/15 211/12
252/21 253/2 273/7 273/11
275/17 275/20 277/15 277/23
279/14 282/15
**clerk [2]**  240/12 241/2
**client [3]**  71/16 71/22 256/6
**clinic [1]**  174/10
**clip [3]**  66/12 170/13 171/13
**clip-on [2]**  170/13 171/13
**clips [2]**  65/1 70/6

**C**

**close [16]**   20/3 78/1 84/17
93/24 93/25 94/1 94/3 94/5
94/7 110/7 117/14 137/8
152/23 184/5 253/1 280/4
**closed [2]**   182/16 190/19
**closer [3]**   38/22 91/7 257/17
**closest [1]**   240/15
**closure [1]**   45/3
**clothes [10]**   11/18 11/20
19/15 21/4 25/21 25/23 29/16
30/23 261/13 261/20
**clue [1]**   222/7
**CM [1]**   2/13
**CMR [1]**   283/9
**coair.com [1]**   135/23
**cocktail [9]**   178/8 209/15
209/20 210/5 213/7 214/13
214/17 214/20 215/18
**cocktails [3]**   213/9 214/4
214/9
**code [3]**   50/23 50/23 51/16
**coding [1]**   266/3
**coerced [4]**   123/12 197/25
198/1 200/8
**coercing [1]**   133/17
**coercion [1]**   57/9
**cohabitating [1]**   57/24
**Colatosti [1]**   190/2
**collect [1]**   13/11
**collected [1]**   11/22
**collecting [1]**   12/3
**collector [1]**   11/16
**collects [2]**   11/19 13/6
**college [4]**   44/23 55/8 55/13
255/24
**color [5]**   62/17 171/4 171/5
175/17 266/3
**Combat [2]**   227/18 227/22
**come [76]**   18/25 19/22 24/18
25/18 62/10 63/11 68/14
79/20 79/23 81/22 81/23
81/24 84/5 86/20 100/20
102/24 103/6 105/20 105/23
105/24 110/19 113/12 113/25
114/1 114/7 122/19 142/18
146/23 152/10 159/15 159/16
160/21 162/24 163/4 163/20
163/23 164/2 164/7 164/11
168/15 177/18 177/22 178/3
181/10 183/4 187/13 188/3
188/4 188/6 189/7 193/13
198/3 198/12 199/10 199/21
203/12 214/1 245/6 249/3
251/3 253/8 256/11 256/12
266/11 267/13 268/3 269/1
270/13 272/8 273/23 274/7
277/10 277/10 278/3 278/6
279/16
**comes [14]**   8/2 20/24 24/21
158/21 160/25 160/25 162/15
173/16 246/3 265/5 272/8
276/17 276/23 276/25
**comfortable [2]**   55/16 158/10
**coming [20]**   18/19 25/2 65/8
103/8 164/5 176/25 188/20
191/22 193/6 195/11 195/12
196/16 235/18 251/14 259/21
262/18 263/3 264/2 264/3
271/20
**commander [3]**   80/2 80/3 85/9

**comment [2]**   210/15 317/17
**commented [2]**   201/5 205/6
**common [2]**   154/7 190/21
**commonly [1]**   142/15
**communicate [2]**   271/20 271/22
**communicated [3]**   61/9 175/7
250/1
**communications [1]**   50/21
**Community [1]**   241/4
**company [4]**   1/6 114/4 126/25
247/4
**compare [1]**   272/12
**compared [2]**   171/7 210/13
**comparing [1]**   174/24
**compel [1]**   101/17
**compelled [2]**   123/11 123/15
**compiles [1]**   18/21
**complain [1]**   34/21
**complained [4]**   117/10 161/18
261/9 280/7
**complainers [1]**   54/11
**complaining [1]**   144/11
**complaint [3]**   83/6 85/4 85/17
**complaints [1]**   84/15
**complete [3]**   97/3 128/6
183/24
**completed [1]**   93/10
**completely [8]**   5/25 13/25
50/9 110/20 188/17 188/18
219/12 269/10
**completeness [2]**   50/2 239/20
**complex [1]**   41/21
**compliance [1]**   161/1
**complications [1]**   131/18
**component [1]**   45/5
**compound [3]**   190/7 195/3
240/17
**computer [4]**   1/24 33/18 33/20
33/22
**computer-aided [1]**   1/24
**computers [5]**   23/9 23/10
23/12 23/16 101/11
**concealed [1]**   141/15
**concern [4]**   118/6 130/23
139/24 161/20
**concerned [11]**   6/6 74/20
139/20 148/14 150/2 152/1
152/3 153/24 181/2 181/9
196/8
**concerning [1]**   189/21
**conclude [1]**   184/11
**concludes [1]**   265/18
**conclusion [2]**   64/4 184/23
**conclusions [1]**   52/3
**condition [4]**   40/9 84/13
107/3 177/16
**conditions [1]**   131/22
**conduct [4]**   105/12 105/22
257/16 278/4
**conducted [3]**   50/20 51/7
190/4
**conducting [2]**   50/18 51/5
**conference [1]**   244/25
**conferences [2]**   50/18 51/5
**confers [1]**   275/5
**confidence [1]**   50/22
**confidentiality [8]**   48/15
48/17 48/20 50/11 51/10
51/13 51/14 52/9
**confirm [1]**   66/16
**confirmed [5]**   66/13 66/18
66/20 66/21 149/23

**confirming [2]**   120/12 211/15
**conflict [2]**   210/7 240/11
**conform [2]**   68/21 75/2
**confronted [3]**   109/3 116/18
196/22
**confused [3]**   111/21 237/7
259/17
**confusing [6]**   36/3 60/3 265/9
265/11 267/22 271/6
**confusion [2]**   198/1 224/3
**Congress [2]**   49/21 52/19
**Congressional [2]**   248/25
249/2
**Congressman [24]**   30/7 30/10
101/8 101/18 101/19 102/1
102/4 102/7 102/10 102/17
102/19 102/25 103/1 103/15
247/20 248/12 249/3 249/16
250/12 251/20 253/10 253/11
253/11 253/16
**Congressman Poe [1]**   249/16
**connected [2]**   12/24 12/25
**connection [5]**   122/14 199/25
206/20 219/9 261/22
**consciousness [3]**   84/18 84/18
271/21
**consensual [7]**   66/19 134/16
134/21 141/10 233/25 234/2
281/19
**consent [2]**   278/18 278/24
**consented [2]**   264/23 265/15
**consequence [1]**   98/24
**consider [1]**   178/2
**consideration [1]**   197/21
**considered [1]**   108/23
**considering [2]**   40/11 40/12
**consistent [6]**   51/15 134/19
134/22 163/25 164/9 275/25
**consistently [1]**   166/18
**constantly [1]**   38/6
**constellation [1]**   86/24
**Constitution [2]**   52/23 101/16
**Constitutional [1]**   248/17
**construction [1]**   98/2
**contact [4]**   21/22 181/10
224/1 241/1
**contacted [3]**   22/6 28/17
254/9
**contacting [2]**   228/5 238/1
**contacts [1]**   159/1
**contained [3]**   160/13 161/2
238/14
**container [3]**   19/20 174/20
252/14
**contains [1]**   160/9
**contend [1]**   157/7
**context [4]**   260/23 275/15
275/17 277/9
**continue [5]**   27/25 87/15
151/7 166/2 264/13
**Continued [2]**   2/1 10/1
**continuing [7]**   91/11 134/10
144/13 161/1 194/8 208/7
215/17
**contract [4]**   48/2 53/12 53/19
190/10 190/17
**contracted [1]**   275/20
**contractor [1]**   77/23
**contractors [1]**   45/16
**controvert [1]**   52/5
**convenient [1]**   240/9
**conversation [26]**   93/18 145/9

**C**

conversation... **[24]**  145/15
145/19 145/21 146/10 147/21
147/23 147/24 148/3 149/1
149/4 149/7 151/3 180/1
180/10 180/14 180/15 180/19
181/2 212/20 213/17 219/23
220/2 220/17 220/19
conversations **[4]**  36/18
180/11 224/16 224/25
conveyed **[2]**  111/24 112/24
convicted **[3]**  5/6 5/8 5/10
conviction **[2]**  4/20 7/1
convictions **[1]**  6/14
Cooper **[1]**  2/10
copies **[1]**  265/25
copy **[8]**  77/11 99/24 201/18
201/20 201/21 265/25 265/25
267/20
corner **[3]**  16/7 76/1 189/23
correct **[108]**  11/4 13/23
16/13 68/24 72/11 73/25
76/15 76/18 76/24 78/12
78/19 83/4 85/1 85/22 90/9
90/15 92/12 95/9 95/23 96/8
118/25 119/3 123/15 124/13
124/25 127/4 127/9 132/1
132/8 135/6 135/25 136/6
136/24 137/25 138/8 139/9
140/15 142/10 142/11 142/12
142/15 143/2 146/9 147/19
147/25 148/20 150/13 150/19
152/15 153/4 153/7 153/9
154/23 156/2 165/10 167/10
167/21 167/25 169/15 171/20
172/4 173/8 173/9 173/11
175/4 175/7 175/8 175/10
180/17 181/22 182/9 182/10
183/5 183/20 184/19 185/24
186/3 186/13 186/14 186/21
187/3 187/12 188/2 188/22
194/2 194/3 194/6 195/13
195/19 205/15 205/18 207/13
207/14 208/11 209/4 209/22
210/22 214/24 217/19 221/24
225/18 225/21 235/8 237/12
240/22 245/17 279/20 283/4
correcting **[1]**  91/25
corrective **[1]**  266/13
correctly **[5]**  62/21 95/12
122/16 147/16 165/18
correspondence **[1]**  9/3
corroborates **[1]**  268/23
corroborating **[1]**  73/7
Cosmetic **[1]**  240/18
could **[99]**  8/23 25/20 28/16
30/15 30/15 30/16 32/12
32/13 35/6 37/6 50/11 52/1
52/17 58/18 60/21 66/16
67/22 68/19 76/9 77/4 80/16
82/17 85/3 85/15 87/15 88/19
88/24 90/3 90/24 91/9 93/16
94/10 95/16 95/21 95/25
98/12 99/24 103/7 106/6
107/12 113/24 114/1 117/3
117/25 122/25 125/15 130/14
134/1 143/18 144/3 148/15
152/14 153/5 153/8 153/9
155/5 162/1 169/10 169/20
170/2 170/5 176/3 182/17
185/7 188/10 197/25 198/22

193/6 201/2 204/7 213/11
220/3 220/16 220/20 221/19
223/13 223/20 224/2 224/15
224/25 225/9 226/7 228/23
235/3 239/19 240/4 240/15
248/1 251/5 251/6 254/19
261/4 261/19 267/15 269/5
269/8 269/23 277/13 277/23
couldn't **[16]**  28/10 29/9
31/19 31/20 40/14 48/20
104/13 108/24 151/16 183/4
221/5 228/6 238/3 264/22
265/14 276/19
counsel **[14]**  5/23 10/11 46/5
61/9 67/2 67/4 135/18 192/18
262/5 263/5 263/19 273/23
279/14 279/19
counseling **[1]**  204/3
counselors **[1]**  95/23
counter **[1]**  8/1
counterclaim **[1]**  5/4
country **[9]**  11/6 11/9 20/21
32/5 33/3 63/8 182/21 194/6
204/9
couple **[25]**  8/22 9/11 10/22
39/13 40/3 57/6 67/3 67/4
67/5 68/12 69/10 95/14
110/16 131/4 159/23 164/22
171/15 198/11 200/25 203/10
218/21 218/24 232/20 259/1
279/8
course **[9]**  46/25 47/1 107/12
142/19 142/21 193/25 225/16
266/22 277/3
court **[48]**  1/1 2/12 2/14 5/22
46/4 47/24 59/11 60/23 61/8
61/11 67/17 68/10 74/25
101/13 101/24 102/15 106/4
160/11 162/11 163/5 163/8
164/4 164/8 164/18 176/7
176/8 176/18 198/18 225/23
226/21 232/6 242/6 253/10
253/18 263/4 263/25 272/18
272/22 274/19 276/20 277/8
278/13 278/15 279/21 281/18
281/19 283/3 283/9
Court's **[11]**  8/10 8/21 68/5
68/22 74/24 75/2 244/18
244/25 277/24 279/16 279/18
courtesy **[1]**  109/7
courtroom **[4]**  62/9 91/12
94/18 104/22
cover **[2]**  164/22 202/7
covered **[6]**  45/24 46/18 46/22
56/22 74/15 280/5
coworker **[1]**  204/19
coworkers **[2]**  161/17 161/18
CPO **[8]**  92/4 92/20 92/21
93/6 93/8 93/11 93/16 93/17
crass **[1]**  19/12
crazy **[1]**  117/23
cream **[3]**  275/3 275/4 275/5
credibility **[3]**  163/15 260/8
260/10
credit **[2]**  238/14 238/20
cried **[2]**  31/19 157/21
crime **[5]**  5/24 12/24 12/25
31/23 45/16
criminal **[6]**  4/17 6/23 7/22
45/4 45/6 103/19
cross **[14]**  4/12 8/20 52/6
61/18 71/12 83/20 242/10

242/12 244/10 244/20 245/9
cross-examination **[4]**  4/12
61/18 71/12 249/21
cross-examine **[1]**  8/20
crosses **[2]**  242/14 245/6
crowd **[1]**  210/16
crowds **[2]**  41/6 41/7
cruiser **[1]**  7/20
crying **[10]**  38/1 79/10 87/1
88/2 95/11 95/14 156/24
157/7 157/8 219/18
CSH **[1]**  182/24
CSR **[2]**  2/13 283/9
Cullen **[1]**  2/9
cumulative **[1]**  269/17
cup **[3]**  208/10 208/14 217/7
cups **[1]**  217/4
curb **[2]**  187/10 216/12
currently **[1]**  158/24
custody **[6]**  86/4 86/11 250/20
250/22 251/13 252/13
cut **[8]**  27/16 40/23 62/5
68/16 70/21 229/4 247/15
262/1
Cut and Shoot **[1]**  40/23
cute **[2]**  155/10 220/7
cutoff **[2]**  166/3 167/19
cuts **[4]**  67/11 111/23 242/14
246/14
CV **[1]**  1/4

**D**

D/B/A **[1]**  1/6
DA **[2]**  89/6 89/7
dad **[13]**  21/13 21/22 22/6
22/6 22/7 22/13 23/4 23/7
23/15 26/13 40/6 110/18
113/16
daddy **[1]**  22/7
Daigle **[24]**  31/11 41/16 41/18
77/22 79/2 79/6 79/6 79/9
79/11 80/11 80/11 83/4 89/3
89/4 89/4 89/4 89/7 90/1
90/3 92/22 92/25 93/2 93/9
93/10
damage **[1]**  162/20
damages **[2]**  103/21 104/1
Dan **[1]**  270/9
danger **[3]**  280/17 280/21
282/18
dangerous **[5]**  254/23 255/11
255/12 256/8 257/25
dangers **[1]**  258/8
Daniel **[1]**  2/5
Darington **[1]**  1/22
date **[12]**  82/18 124/9 126/9
166/3 167/12 167/19 177/7
190/14 239/2 245/1 279/3
283/6
dated **[6]**  83/2 144/1 168/10
168/24 189/22 279/1
dates **[13]**  90/17 124/22 125/8
125/9 125/10 126/3 126/3
128/7 128/8 128/11 130/24
131/13 166/22
dating **[7]**  42/14 42/16 148/24
149/6 149/19 178/19 206/15
daughter **[8]**  31/10 138/3
141/13 141/13 149/6 150/11
250/7 250/18
daughters **[1]**  149/13

**David [2]** 190/6 204/3
**day [44]** 7/17 9/15 9/15 31/21
33/10 65/17 81/8 81/11 81/20
92/21 95/19 96/7 97/18
101/5 101/24 114/14 116/7
123/21 124/19 128/22 129/3
129/5 137/14 142/5 144/13
174/25 179/8 180/20 200/17
206/18 211/21 225/20 227/7
228/5 231/9 233/15 236/16
238/22 240/18 246/5 250/23
256/23 256/23 280/1
**day's [2]** 204/6 274/9
**day-to-day [1]** 256/23
**days [14]** 5/24 11/7 35/17
42/2 55/16 90/15 96/19 97/8
107/19 177/8 177/8 182/22
204/16 245/8
**DC [1]** 250/19
**deal [14]** 25/3 25/22 68/7
96/22 103/14 143/3 160/23
160/24 161/7 171/4 234/6
234/25 236/10 281/16
**dealing [2]** 70/9 201/3
**deals [3]** 50/1 143/2 143/3
**dealt [2]** 68/5 160/2
**Dear [1]** 190/2
**death [2]** 21/11 32/10
**debate [2]** 101/16 248/18
**Deborah [1]** 38/17
**debris [1]** 13/7
**decades [1]** 111/2
**December [7]** 124/24 125/6
126/1 126/11 127/4 165/1
165/22
**December-ish [2]** 126/11
165/22
**decent [1]** 132/18
**decide [2]** 52/25 56/11
**decided [12]** 45/9 68/12 68/13
69/10 147/24 178/24 197/20
227/16 227/17 227/22 239/15
245/1
**deciding [1]** 227/21
**decision [5]** 49/12 53/22
104/10 161/14 161/15
**declarant [3]** 163/22 164/1
164/9
**declarant's [2]** 163/24 163/25
**declarants [1]** 163/8
**declined [1]** 80/12
**decorations [1]** 29/3
**deductible [1]** 45/15
**deduction [1]** 179/14
**deer [12]** 128/13 128/22 129/3
129/7 155/17 155/18 156/1
156/6 157/21 168/19 169/5
171/6
**defamation [6]** 6/10 6/10 6/17
7/4 7/6 7/14
**defeat [1]** 52/16
**defendant [5]** 2/2 2/8 71/2
160/8 160/15
**defendants [8]** 1/8 8/19 14/18
71/2 159/21 160/6 247/13
254/3
**defendants' [3]** 71/7 254/21
280/19
**defense [11]** 5/4 42/24 67/12
67/25 135/17 269/1 275/25

**deferred [1]** 182/22
**definitely [6]** 125/1 150/5
197/21 198/1 233/21 257/25
**definition [1]** 73/9
**deformity [1]** 35/18
**degree [2]** 116/6 159/12
**degrees [1]** 19/25
**delay [2]** 9/15 262/11
**delayed [1]** 245/8
**deletion [1]** 247/12
**deliberate [1]** 118/13
**demeanor [2]** 15/20 235/4
**denied [1]** 238/1
**denies [1]** 109/4
**depart [1]** 221/23
**departing [2]** 225/1 225/1
**department [54]** 24/15 29/25
30/22 31/17 31/22 32/9 33/13
33/17 85/21 86/5 92/12 99/15
102/12 118/24 158/20 159/1
159/3 159/9 159/22 189/2
189/20 190/9 191/4 191/15
191/19 193/5 193/21 193/24
196/7 196/10 196/14 196/18
196/25 198/2 198/6 199/10
199/14 199/19 200/18 200/22
201/3 202/9 203/15 235/24
236/2 237/10 250/13 250/20
250/23 251/16 252/12 252/14
252/22 253/3
**Department's [3]** 177/1 200/23
250/22
**depend [1]** 127/23
**dependent [1]** 77/22
**depending [1]** 195/7
**depends [1]** 263/23
**depo [5]** 254/25 255/2 255/3
264/25 273/20
**deponents [1]** 163/7
**depos [3]** 243/1 257/1 262/19
**deposed [1]** 248/2
**deposition [32]** 6/13 75/15
75/19 115/9 122/24 124/23
125/5 125/16 125/23 126/8
126/13 126/15 126/22 130/8
132/2 136/23 163/6 165/16
166/19 166/25 171/19 177/4
229/15 235/5 245/14 258/18
263/11 266/6 268/9 268/16
281/19 282/4
**depositions [2]** 244/21 263/14
**depressed [1]** 42/3
**derobe [1]** 126/10
**descent [1]** 236/11
**describe [3]** 20/4 146/12
190/13
**described [8]** 15/15 51/10
109/5 141/7 172/7 174/20
196/20 269/22
**describes [6]** 15/19 15/19
188/16 188/17 188/19 269/21
**description [9]** 185/11 185/23
186/2 186/8 190/14 193/18
198/6 199/13 200/7
**descriptions [1]** 121/21
**desensitize [1]** 41/3
**designate [2]** 242/10 242/11
**designated [6]** 244/7 245/21
258/16 259/5 259/11 268/2
**designation [4]** 254/20 262/6

**designations [3]** 241/24
246/13 259/16
**desk [1]** 230/17
**desolate [1]** 54/12
**despite [1]** 89/15
**detail [11]** 56/3 107/25
121/14 123/14 149/1 149/3
151/15 152/9 152/13 196/20
200/2
**details [3]** 123/9 147/1
180/24
**DFAC [2]** 26/25 31/2
**diabetes [2]** 131/1 131/18
**diagnosed [9]** 38/8 38/14
39/16 40/8 40/15 96/7 111/2
144/15 144/18
**diagnosis [4]** 38/23 38/24
107/1 111/13
**diagram [1]** 275/16
**dial [1]** 230/8
**dialed [4]** 228/12 228/19
229/14 229/16
**Diana [2]** 38/16 96/12
**Diaz [13]** 90/21 92/5 92/8
92/19 92/21 93/6 93/8 93/14
93/16 93/17 94/9 95/18
163/11
**Diaz-Pelot [13]** 90/21 92/5
92/8 92/19 92/21 93/6 93/8
93/14 93/16 93/17 94/9 95/18
163/11
**did [223]** 5/7 5/14 6/23 11/4
11/7 12/1 13/17 16/4 16/11
17/7 17/13 17/15 20/7 22/5
23/15 26/15 27/6 27/8 29/15
30/4 30/12 30/18 31/1 31/8
32/1 32/5 32/21 32/23 33/3
34/4 34/6 34/14 34/19 34/20
34/25 35/15 35/20 38/20 39/2
41/19 42/13 42/16 44/8 44/13
44/17 45/11 46/25 47/2 47/11
47/11 48/5 49/17 49/20 52/21
53/4 53/8 53/13 53/18 53/21
53/23 57/9 57/11 57/17 57/24
59/10 65/19 66/1 66/5 66/7
66/18 68/15 70/13 73/21
74/18 76/25 77/4 79/23 81/10
81/24 83/25 87/23 89/7 93/6
93/7 95/1 95/20 95/21 96/20
99/2 102/11 102/14 108/13
108/13 114/7 115/16 116/17
116/22 116/22 117/12 122/19
123/2 124/4 124/17 125/4
125/25 128/21 129/2 129/7
133/13 134/1 134/4 137/3
137/15 138/11 138/14 141/9
142/23 145/2 145/9 147/19
148/22 148/25 152/20 154/5
154/12 155/15 158/4 166/1
168/20 169/15 178/5 178/17
178/19 178/22 179/11 179/12
179/17 179/20 179/24 179/25
180/1 180/4 180/7 180/8
181/1 181/7 181/9 181/24
182/25 186/4 187/9 187/9
187/12 187/12 187/15 188/7
193/22 193/23 194/13 198/2
198/7 199/9 199/14 199/16
200/10 200/17 203/20 203/23
204/1 204/1 204/9 204/18
205/5 206/10 206/15 207/21

**did... [47]**  207/24 208/3
208/8 209/15 211/21 212/22
214/18 215/17 216/4 216/13
218/10 218/14 218/16 219/13
220/6 220/18 223/18 223/21
224/1 228/14 228/20 232/7
232/10 234/19 235/9 237/13
242/11 242/17 243/12 244/19
245/2 246/16 246/18 249/4
251/24 256/3 256/4 256/9
256/13 257/20 260/6 260/7
260/17 268/17 270/1 278/17
281/21
**didn't [96]**  11/5 16/14 17/2
17/16 20/19 25/23 29/6 29/20
42/8 42/13 48/12 49/7 53/14
55/22 55/22 58/8 58/11 59/7
67/12 79/20 87/2 87/6 87/14
87/17 90/12 94/15 100/18
103/16 108/14 118/8 122/7
123/1 130/12 130/17 136/13
136/25 137/1 137/5 138/1
138/1 141/13 145/6 146/12
147/6 147/7 148/9 148/9
149/10 149/11 149/24 149/25
151/25 152/4 155/14 160/23
161/4 170/1 173/4 184/9
188/3 188/4 188/5 188/6
193/8 193/10 195/14 197/8
206/3 219/12 219/20 221/21
223/1 223/17 225/7 226/5
230/7 235/21 241/8 241/14
242/11 243/14 243/16 245/7
247/24 248/16 251/23 252/1
257/6 262/19 271/12 271/24
277/10 277/10 279/16 279/20
279/23
**Diego [5]**  73/22 73/24 76/14
95/22 97/2
**difference [6]**  156/4 156/8
171/11 198/4 198/10 199/11
**differences [3]**  160/4 198/4
199/11
**different [29]**  8/5 46/6 47/7
61/13 61/14 64/10 77/2 89/5
89/5 108/5 112/15 142/13
147/10 180/10 180/10 180/11
184/22 188/18 188/18 196/19
206/2 206/5 209/25 230/1
231/5 244/5 256/10 262/2
264/2
**differently [3]**  72/10 149/16
169/2
**difficult [6]**  96/17 110/1
110/5 113/9 142/2 166/22
**difficulties [1]**  130/24
**difficulty [1]**  107/20
**dig [1]**  267/21
**diminish [1]**  6/9
**diminished [2]**  5/6 104/14
**dinner [4]**  124/5 124/16
204/19 204/25
**diploma [1]**  44/24
**direct [20]**  9/9 10/2 10/21
106/16 118/22 128/21 129/2
159/10 196/20 225/6 242/10
242/12 244/4 244/20 245/10
254/21 255/23 267/9 279/14
279/17
**directed [1]**  249/16

**Directing [1]**  237/20
**directions [1]**  205/5
**directly [13]**  46/9 109/3
175/13 175/18 175/23 181/22
201/3 203/12 211/5 276/21
277/2 278/23 280/8
**directs [2]**  242/14 245/6
**dirty [1]**  28/25
**disagree [6]**  108/11 110/14
218/20 268/13 272/6 276/13
**disagreement [1]**  105/3
**discharge [2]**  109/23 116/8
**disciplinary [1]**  266/21
**discipline [1]**  51/18
**disclose [10]**  54/18 125/8
142/22 142/23 145/10 147/7
148/9 149/10 149/25 150/16
**disclosed [8]**  54/19 138/2
138/10 142/24 146/5 147/8
148/10 148/18
**disclosing [1]**  233/18
**disclosure [2]**  152/5 253/21
**discovery [2]**  245/25 253/21
**discreet [1]**  55/1
**discretionary [1]**  132/20
**discuss [6]**  79/14 224/11
241/22 263/12 270/8 274/14
**discussed [10]**  107/9 115/9
164/25 176/12 178/15 178/18
220/14 220/20 236/2 259/24
**discusses [2]**  189/5 259/13
**discussing [3]**  72/8 98/17
146/20
**discussion [8]**  104/25 135/17
143/11 254/22 255/10 259/12
262/7 271/3
**disease [3]**  111/1 148/24
181/11
**diseases [5]**  142/3 142/7
142/22 142/25 149/24
**disfavorably [1]**  69/20
**disfavored [1]**  69/18
**disfigured [2]**  36/25 37/2
**disfigurement [1]**  34/7
**dislike [1]**  104/20
**dismay [1]**  104/20
**disorder [12]**  34/18 38/9
38/15 39/7 39/16 40/16 40/17
96/7 120/4 144/15 144/18
144/20
**disoriented [1]**  28/6
**dispatch [1]**  102/11
**dispatched [1]**  77/19
**display [1]**  260/9
**displayed [1]**  260/13
**disprove [1]**  255/25
**disproved [1]**  73/6
**disputant [5]**  48/17 48/19
51/12 51/13 51/15
**dispute [15]**  50/15 50/19 51/6
51/11 76/16 76/17 76/23
77/20 83/11 89/11 89/17
175/13 175/23 176/1 191/2
**disputed [2]**  160/12 272/10
**disregard [1]**  14/6
**distance [1]**  60/15
**distinctly [1]**  269/4
**distraught [2]**  268/18 270/2
**distributes [1]**  216/22
**DISTRICT [5]**  1/1 1/1 1/11
2/14 159/25
**disturbance [1]**  90/11

**divide [1]**  245/9
**division [3]**  168/7 189/12
**divorce [5]**  39/12 40/3 110/6
110/15 113/8
**dizzy [1]**  29/9
**do [258]**  6/15 6/23 6/23 8/9
10/5 10/6 10/7 10/22 12/8
13/13 14/17 14/18 15/19 16/8
16/17 18/6 18/9 19/2 19/9
19/19 20/16 20/16 20/19
21/12 22/17 23/9 24/15 24/23
25/5 25/10 25/16 27/16 28/7
29/18 29/21 30/1 31/15 32/22
33/25 34/2 34/14 35/8 36/1
37/17 38/5 38/24 39/6 40/21
41/2 41/2 41/9 42/25 43/11
47/17 48/23 49/17 49/19
49/20 52/6 52/16 56/6 57/1
59/6 63/18 64/6 64/16 67/9
67/18 68/20 70/15 71/18
71/19 72/3 72/6 72/11 72/13
72/16 72/16 73/9 73/11 73/16
74/2 75/1 76/2 76/22 77/1
78/2 80/25 81/13 82/9 82/14
82/24 83/7 84/10 85/8 85/10
88/9 89/17 90/16 90/21 91/24
93/14 97/9 97/23 101/25
106/14 106/16 107/2 107/20
108/11 108/18 110/13 110/14
111/9 111/16 111/23 112/22
115/25 116/24 119/19 119/25
121/3 121/9 122/15 122/24
123/3 129/20 132/4 132/25
133/17 133/22 133/25 135/23
136/20 138/14 138/15 139/17
140/5 144/11 144/15 146/2
151/1 151/16 153/14 153/21
159/6 164/11 165/3 165/18
168/11 168/12 172/6 172/13
173/22 175/1 176/25 178/10
178/15 178/22 179/1 179/4
179/8 180/9 180/10 181/4
181/19 181/20 185/12 189/25
190/13 191/19 199/1 199/8
201/11 201/19 201/20 207/6
209/1 209/11 210/8 210/18
211/4 211/10 212/21 213/18
215/21 216/6 216/14 217/10
217/24 218/1 219/24 222/6
222/14 224/13 224/16 225/3
226/3 226/4 228/8 230/6
230/9 230/9 230/10 230/13
231/17 231/18 231/19 231/21
232/2 233/6 233/7 233/8
234/7 234/11 234/12 234/15
234/20 236/18 236/20 237/22
238/15 238/16 238/19 239/12
240/24 241/14 242/11 244/9
244/21 244/22 244/23 245/10
247/1 247/2 247/11 248/7
248/17 248/17 248/24 252/7
256/3 256/11 256/20 258/13
260/1 262/12 262/13 262/15
262/16 262/20 262/22 268/20
270/17 270/22 271/7 278/2
278/3
**Dockter [3]**  38/17 97/2 97/7
**Dockter's [1]**  98/16
**doctor [73]**  37/17 38/18 44/2
44/5 84/7 85/19 87/10 87/12
87/18 87/19 87/21 87/23 88/6
88/11 88/14 88/15 89/3 96/12

**doctor... [55]** 97/11 98/25 99/1 99/2 106/25 107/21 110/11 110/17 110/17 112/24 115/17 116/14 117/8 118/2 118/2 120/4 120/9 121/24 122/10 145/13 145/16 145/25 146/4 146/6 146/8 146/9 146/19 146/21 147/24 148/5 148/18 148/23 149/2 150/15 150/21 150/22 175/16 186/11 191/14 191/16 191/22 191/25 193/12 194/9 194/9 194/11 194/15 197/3 197/6 240/23 261/8 264/2 264/3 275/23 276/22

**doctor's [5]** 118/6 146/17 151/25 197/6 197/22

**doctors [13]** 33/25 34/2 34/12 34/16 39/18 77/3 96/6 108/4 113/14 120/1 150/22 151/1 195/17

**doctors' [2]** 146/22 150/24

**doctrine [1]** 50/2

**document [36]** 76/8 82/2 89/19 90/24 92/12 108/3 108/12 117/7 120/25 129/20 143/20 176/19 176/21 176/25 183/8 184/11 184/18 186/6 192/5 192/8 192/9 192/11 192/15 192/20 192/24 202/15 202/19 203/11 203/12 212/11 240/2 252/3 253/22 275/17 275/19 275/21

**documentation [1]** 6/25

**documented [4]** 110/17 110/24 195/12 195/16

**documents [12]** 74/20 74/21 74/22 75/5 76/13 106/20 134/18 134/19 195/8 202/22 254/7 254/11

**Dodie's [5]** 155/10 168/20 169/6 170/3 171/8

**does [79]** 5/4 13/9 18/16 19/4 20/25 21/10 21/24 24/11 24/13 24/18 24/23 25/12 25/18 25/22 28/22 29/22 35/19 37/13 38/11 48/15 48/22 56/2 58/10 58/12 60/7 60/9 62/9 63/6 64/13 64/18 67/20 70/2 90/12 105/11 110/25 138/15 139/4 153/13 161/7 171/11 183/23 184/7 184/8 186/11 190/12 190/16 191/3 200/22 200/23 201/18 201/21 212/2 222/16 226/12 226/14 229/16 234/8 234/9 244/10 246/1 246/3 252/16 257/16 260/11 260/21 267/25 268/19 268/25 271/15 275/9 275/13 275/14 278/5 280/9 280/22 281/9 281/20 281/21 282/13

**doesn't [42]** 7/9 37/24 45/19 61/5 61/6 62/22 63/7 87/20 98/17 104/10 112/13 130/12 149/20 162/16 163/21 163/21 175/17 176/1 177/18 182/19 184/15 184/15 186/14 191/25 192/11 193/7 225/7 246/24 248/22 249/19 260/14 260/20

265/13 267/2 267/13 271/21 274/14 275/24 277/1 277/17 278/17 278/22

**dog [1]** 42/3

**doing [16]** 56/11 82/15 135/5 138/3 153/19 153/20 184/10 184/18 184/22 243/23 244/14 244/15 244/17 251/18 256/23 276/5

**domestic [13]** 5/15 5/15 5/20 6/20 76/16 76/17 76/23 77/20 83/11 90/11 97/19 98/17 99/1

**Don [1]** 38/16

**don't [224]** 7/7 8/6 8/7 9/5 9/12 10/13 12/16 12/19 13/19 16/13 17/18 17/19 17/19 19/13 19/14 20/12 21/3 21/14 22/11 22/16 23/23 25/3 25/7 25/13 25/25 28/5 28/11 29/10 29/12 39/17 41/24 43/6 46/4 47/22 50/6 52/25 54/19 60/4 60/4 60/25 63/23 64/8 64/20 66/2 66/2 67/1 67/8 67/10 67/21 69/25 70/11 74/16 74/22 79/24 80/7 80/24 81/17 90/16 94/1 94/10 95/15 100/17 102/20 104/4 104/11 104/18 104/19 104/23 106/11 110/6 111/1 111/13 112/25 114/6 114/7 115/17 116/23 121/19 122/8 122/23 123/25 127/15 129/4 131/15 132/6 133/23 133/23 134/3 136/12 137/6 137/17 138/4 138/9 138/9 139/10 139/16 140/4 140/4 140/14 140/14 143/3 143/10 143/13 144/19 147/11 150/20 151/4 151/13 152/3 155/2 159/5 159/5 165/21 166/24 168/22 169/7 169/25 170/22 172/15 172/25 173/13 173/14 173/15 173/19 175/19 176/6 178/9 178/16 178/21 178/23 179/6 179/19 180/3 181/5 181/8 181/12 181/14 182/23 185/4 188/8 190/17 200/6 201/21 202/16 202/20 202/24 210/2 210/10 212/5 212/7 212/13 215/10 215/12 216/3 216/7 216/8 216/18 217/6 217/15 218/18 218/22 218/23 220/12 223/2 225/11 226/8 226/14 231/23 232/12 232/12 232/21 234/1 234/16 234/17 236/8 236/15 236/18 236/20 237/13 237/13 240/7 240/16 240/24 241/9 241/17 243/20 244/15 245/1 245/18 246/6 247/13 251/21 252/7 253/2 256/18 257/18 259/20 261/2 261/13 261/20 261/22 261/23 262/13 262/16 265/11 266/19 266/20 266/22 266/24 267/1 267/20 268/11 269/16 270/10 270/15 272/5 273/22 274/24 276/4 276/16 277/18 278/2 278/3 278/4

**done [23]** 4/13 4/13 44/2 47/19 54/21 56/8 57/1 69/11 82/8 94/18 99/22 99/23 101/21 138/4 176/16 227/7 238/21 242/9 248/3 252/1

256/7 256/15 258/5 260/2 20/3 20/3 21/16 21/21 57/16 79/8 79/10 79/17 153/11 153/13 185/15 187/20 187/24 187/25 188/5

**door's [1]** 259/23

**doorknob [2]** 21/17 21/19

**doors [8]** 75/12 152/20 153/5 153/6 153/11 154/2 154/2 154/8

**doubt [6]** 84/3 234/13 246/6 246/7 250/13 250/14

**doubting [1]** 111/22

**dovetail [1]** 226/5

**down [87]** 7/16 13/13 13/18 15/12 20/18 31/4 34/19 37/1 37/12 43/24 56/15 60/22 68/19 77/5 78/8 79/1 82/20 84/9 85/5 85/18 85/19 87/4 87/21 88/3 88/12 88/25 89/22 95/12 97/4 98/1 99/12 113/21 114/20 118/22 121/24 124/9 124/22 125/10 127/14 128/13 144/4 145/5 145/12 145/25 146/4 146/6 146/9 150/1 150/21 150/23 151/1 151/8 155/6 158/18 162/10 165/6 183/15 191/21 192/14 194/10 195/4 195/10 197/1 197/8 200/25 204/19 207/8 208/7 209/13 209/18 209/24 210/12 210/24 213/1 213/16 216/13 218/4 218/19 221/24 224/14 238/6 238/21 250/16 263/6 268/17 269/4 275/6

**downstairs [2]** 27/13 27/17

**Dr [3]** 15/19 198/8 198/8

**Dr. [72]** 10/5 11/16 16/1 16/4 16/11 16/16 16/18 18/18 18/21 20/14 34/3 34/14 34/16 34/21 35/8 35/15 35/20 38/17 38/17 38/18 38/20 39/1 39/5 66/15 96/10 96/16 96/18 109/8 109/9 109/15 109/17 109/21 109/24 110/10 111/8 111/9 111/18 111/24 111/24 112/3 112/3 112/9 112/12 112/20 112/21 113/3 113/3 113/6 113/11 113/11 143/23 174/17 175/10 175/13 175/16 175/22 185/10 185/22 187/23 193/6 193/17 194/18 196/1 196/9 196/16 197/2 198/5 199/12 204/3 222/25 223/4 223/4 272/19

**Dr. Burnett [12]** 109/9 109/15 109/17 109/21 109/24 110/10 111/24 112/3 112/9 112/21 113/3 113/11

**Dr. Ciaravino [1]** 34/14

**Dr. Deborah [1]** 38/17

**Dr. Eisenmann [1]** 34/16

**Dr. Guest [2]** 96/10 96/16

**Dr. Guest's [1]** 96/18

**Dr. Jodi [2]** 11/16 175/16

**Dr. Lackson [8]** 111/18 111/24 112/3 112/12 112/20 113/3 113/6 113/11

**Dr. Lahiri [3]** 35/8 35/15 35/20

**Dr. Manguno-Mire [1]** 38/17

**D**

Dr. Meisner [6]  38/18 38/20 39/1 39/5 222/25 223/4
Dr. Panakkal [1]  204/3
Dr. Robbie [2]  109/8 111/9
Dr. Sabrina [1]  34/3
Dr. Scarano [1]  223/4
Dr. Scarano's [1]  272/19
Dr. Schulz [20]  10/5 16/1 16/4 16/11 16/16 18/21 20/14 34/21 174/17 175/10 175/13 175/22 185/10 187/23 193/6 194/18 196/1 196/9 196/16 197/2
Dr. Schulz' [6]  18/18 66/15 185/22 193/17 198/5 199/12
Dr. Scott [1]  143/23
Dr. Susan [1]  111/8
dragged [1]  79/13
drank [2]  27/8 221/2
drastic [1]  132/4
draw [2]  184/22 274/17
dress [2]  259/6 260/6
dressed [9]  11/12 18/21 19/24 169/1 169/2 259/18 260/18 261/3 261/18
dresses [1]  260/14
drill [1]  110/22
drink [40]  17/18 17/19 27/3 27/8 27/10 29/1 64/8 64/9 124/8 178/25 179/17 182/15 182/17 184/2 185/16 186/20 187/13 187/25 188/21 191/11 193/15 209/25 209/25 210/7 210/8 213/22 213/25 216/13 216/17 217/12 217/17 217/18 217/22 218/3 218/22 218/24 219/21 220/9 220/25 222/4
drinking [7]  78/14 78/23 92/25 93/2 94/4 190/21 209/14
drinks [14]  185/15 214/2 215/21 215/25 216/22 216/22 217/10 217/11 218/24 275/8 275/12 275/23 275/25 276/2
drive [3]  131/7 131/9 173/4
Driver [1]  162/21
driver's [1]  19/7
driving [1]  122/8
drop [8]  77/4 78/8 89/22 113/21 114/20 209/13 210/24 238/21
DRP [1]  50/5
drug [6]  25/2 66/20 180/5 237/8 271/17 272/23
drugged [5]  17/13 29/9 66/19 198/11 276/2
drugs [2]  18/9 272/23
drunk [2]  94/3 178/8
DS [3]  191/13 191/15 194/8
DS' [1]  197/5
Dubai [5]  17/19 64/10 182/19 216/18 217/19
Dubai.' [1]  27/11
dude [1]  236/15
due [3]  228/22 242/3 275/18
duress [5]  131/14 131/16 131/17 132/15 132/22
during [16]  6/13 12/20 39/2 40/4 53/14 53/24 108/17 115/4 120/6 151/18 153/15 172/17 176/13 193/25 246/5 246/13
duty [1]  69/14
dystonic [1]  117/13

**E**

E-I-S-E-M-A-N-N [1]  240/18
e-mail [50]  24/3 24/8 24/8 24/18 25/14 32/2 35/3 102/5 102/7 102/14 129/21 130/3 130/11 133/8 133/13 135/1 135/5 135/10 135/21 135/22 136/18 136/21 155/9 157/25 158/4 165/9 166/5 167/7 167/9 167/12 167/21 168/13 169/16 169/18 169/22 228/6 231/4 231/10 231/13 231/19 232/14 234/13 234/17 234/20 238/16 239/5 239/14 239/14 245/12 249/23
e-mailed [1]  237/25
e-mailing [2]  158/5 238/12
e-mails [18]  8/19 8/23 8/24 9/4 33/22 72/9 128/19 130/8 134/12 135/8 139/10 139/16 140/5 140/14 140/15 154/22 168/24 232/20
each [7]  82/9 94/8 110/16 113/15 113/16 246/6 246/23
earlier [12]  23/23 55/17 59/16 66/15 81/8 81/11 81/20 155/25 157/8 164/24 206/18 282/24
early [4]  204/7 223/1 246/15 247/21
easier [1]  250/11
East [1]  45/17
eat [4]  31/1 31/15 124/20 140/9
eating [1]  31/3
edited [1]  67/5
educated [1]  104/6
education [2]  44/22 44/25
effect [5]  125/23 185/17 185/20 187/15 187/23
eight [3]  35/17 38/19 39/14
Eisemann [1]  240/18
Eisenmann [2]  34/16 240/14
either [30]  32/12 68/15 68/16 69/12 109/15 113/12 122/9 130/11 138/6 143/14 163/5 163/24 165/21 188/7 200/3 205/14 210/11 236/18 241/7 241/14 242/12 244/3 244/15 244/20 246/2 247/2 261/15 267/13 273/1 273/1
electronic [2]  242/14 246/14
elevate [1]  106/12
eliminated [1]  246/17
ELLISON [2]  1/10 94/18
Ellison's [1]  171/18
else [27]  4/9 19/17 19/21 68/16 70/21 84/8 87/1 110/23 111/21 123/7 130/19 134/2 140/9 141/20 151/17 182/1 187/14 188/1 193/12 214/21 219/19 233/20 240/1 243/16 256/4 267/14 269/13
else's [1]  208/24
elsewhere [2]  254/4 269/7
embassy [1]  204/11
emergency [3]  85/9 85/20 86/5
emergent [1]  250/5
emotional [2]  89/21 190/1
emphasis [2]  45/4 266/20
employee [1]  51/17
employees [6]  131/22 140/11 190/9 190/15 190/21 267/7
employer [1]  131/23
employment [3]  55/16 131/23 139/13
empty [1]  63/7
encounter [2]  281/12 282/13
encounters [1]  145/4
end [8]  4/6 9/14 165/5 184/6 243/14 259/12 280/1 283/1
ended [1]  165/8
endometriosis [1]  107/18
ends [1]  270/3
endurance [1]  115/5
enemies [3]  236/16 236/23 237/6
enforce [1]  266/16
engaged [6]  42/15 42/18 43/7 127/15 127/20 280/14
English [2]  22/1 22/2
enhance [3]  54/22 63/1 63/7
enhancement [1]  62/9
enjoyed [1]  9/22
enlarge [5]  77/8 80/16 156/12 185/7 229/6
enough [11]  17/5 52/13 64/21 67/11 68/2 103/24 184/14 193/3 215/15 226/22 261/9
enter [1]  159/22
entering [1]  60/7
entire [19]  50/3 50/5 50/10 56/7 86/22 87/2 103/6 108/19 159/22 161/9 161/11 163/4 248/6 265/24 271/3 272/14 276/9 278/25 280/6
entirely [2]  8/5 70/1
entirety [5]  50/14 51/21 160/20 160/21 166/19
entitle [1]  103/23
entitled [3]  50/11 126/1 283/4
entry [4]  96/4 96/18 116/7 250/12
environment [1]  55/10
episode [4]  39/19 106/17 275/22 276/9
equipment [1]  62/9
ER [2]  94/6 144/14
Eric [39]  57/9 57/15 57/21 57/22 120/18 122/14 122/16 123/22 123/22 124/11 125/6 127/3 127/16 127/20 128/25 130/13 132/25 133/1 134/16 135/2 135/6 136/11 137/4 137/15 138/8 138/12 139/11 141/7 141/11 141/20 141/22 145/2 147/23 150/12 152/9 154/12 165/19 168/10 170/1
Eric's [4]  128/23 133/9 136/10 137/21
erroneous [2]  111/20 114/6
error [1]  144/6
errors [1]  150/24
erythematous [1]  15/5
escalate [1]  124/4
escalated [1]  55/13
escorted [2]  174/10 182/24
especially [1]  104/3

**essentially [4]**   61/1 115/13
  193/17 253/9
**establish [2]**   169/14 169/16
**Estefan [2]**   1/18 244/12
**estimate [1]**   23/24
**et [9]**   80/13 80/13 95/9
  112/11 112/11 149/22 149/22
  190/15 196/17
**et cetera [9]**   80/13 80/13
  95/9 112/11 112/11 149/22
  149/22 190/15 196/17
**ethics [3]**   50/23 50/24 51/16
**ETOH [2]**   84/19 84/21
**evacuated [1]**   194/5
**evaluate [4]**   34/5 34/6 34/9
  127/23
**evaluated [1]**   109/21
**evaluation [1]**   39/3
**evaluative [2]**   162/12 162/12
**even [57]**   5/5 11/5 16/14 25/3
  28/10 29/20 42/2 51/14 53/14
  56/9 57/23 60/24 110/12
  111/13 114/8 121/19 122/7
  137/6 140/4 150/25 151/18
  156/17 159/17 163/1 164/4
  178/23 181/8 186/4 186/5
  187/14 193/8 194/11 196/4
  196/5 196/5 196/5 198/12
  198/16 208/13 223/24 232/12
  235/21 237/13 237/13 244/8
  252/5 254/1 261/6 261/12
  266/6 270/11 270/19 271/19
  271/22 278/1 278/16 282/1
**evening [13]**   169/22 169/24
  169/25 190/5 190/22 203/14
  204/19 205/11 205/22 209/2
  209/5 214/18 235/6
**event [14]**   82/10 84/19 102/8
  121/23 165/9 166/6 167/7
  168/15 177/16 188/18 206/6
  214/6 214/17 282/16
**events [16]**   6/5 73/14 73/16
  115/22 115/23 175/23 185/23
  195/7 195/9 198/6 199/13
  205/11 218/2 225/21 228/3
  251/14
**eventually [2]**   25/17 140/12
**ever [28]**   16/4 16/18 32/1
  36/10 39/10 39/15 40/8 48/1
  49/14 54/5 56/8 61/12 61/14
  64/21 94/18 94/19 161/7
  176/18 198/3 198/7 199/10
  199/14 199/16 216/21 248/12
  251/20 272/11 279/22
**every [16]**   7/17 22/16 24/1
  40/22 40/24 56/8 56/8 58/16
  94/8 108/11 110/9 123/21
  137/14 202/16 202/18 219/15
**everybody [12]**   4/2 4/4 4/9
  48/22 48/23 70/2 101/7
  105/25 229/13 229/17 252/16
  274/15
**everybody -- okay [1]**   229/17
**everyday [1]**   12/21
**everyone [6]**   9/21 141/20
  158/22 209/13 240/12 271/22
**everything [27]**   6/8 11/18
  18/22 20/18 44/5 70/21 82/19
  85/4 87/1 94/13 97/4 110/23
  111/6 123/7 130/19 140/9

151/17 173/13 197/8 219/16
  266/5 240/14 244/18 244/20
  266/3 271/18 279/25
**evidence [36]**   5/19 8/9 8/15
  11/16 12/3 13/7 13/7 13/11
  50/6 60/1 60/8 64/4 68/9
  72/8 73/7 100/9 101/23 163/9
  185/6 189/10 198/17 199/21
  202/1 219/9 229/9 257/4
  257/8 257/16 266/7 266/8
  266/10 266/11 267/21 269/22
  280/13 281/9
**evidentiary [1]**   68/6
**ex [2]**   136/11 136/14
**exact [4]**   178/9 254/7 256/18
  262/7
**exactly [21]**   41/24 67/15
  112/1 123/6 128/1 135/5
  162/10 177/21 196/21 244/2
  244/12 248/4 252/23 253/2
  266/16 268/14 271/19 276/5
  277/11 281/6 281/8
**exactly -- I [1]**   244/12
**exactly page [1]**   244/2
**exam [11]**   13/13 13/14 13/15
  16/16 16/17 82/21 115/5
  117/10 117/15 117/18 182/22
**examination [16]**   4/12 9/10
  10/2 11/11 34/20 61/18 71/7
  71/12 106/16 128/21 159/18
  168/21 196/20 206/20 249/21
  255/23
**examine [1]**   8/20
**examined [4]**   10/4 146/24
  191/10 241/6
**example [3]**   163/11 271/20
  272/1
**Excellent [1]**   282/22
**except [6]**   64/22 87/3 164/6
  195/18 252/18 281/11
**exception [3]**   161/23 163/22
  177/18
**excision [1]**   247/5
**excited [4]**   37/15 37/16 37/20
  38/2
**exclamation [3]**   133/9 135/2
  155/10
**excluded [1]**   8/20
**exclusive [1]**   49/13
**exclusively [1]**   7/14
**excruciating [1]**   56/3
**excuse [10]**   10/18 14/3 61/20
  87/17 91/6 119/7 124/7
  149/15 251/16 280/14
**excused [1]**   262/23
**excusing [1]**   176/16
**exhibit [105]**   10/11 10/14
  10/17 10/18 10/19 12/8 14/5
  14/7 14/8 14/9 17/24 24/4
  24/5 24/7 26/1 26/2 26/4
  34/23 35/3 35/6 37/6 48/8
  51/22 51/22 56/13 56/14
  58/19 58/20 59/8 59/13 59/14
  59/18 63/4 63/5 63/6 65/5
  65/10 67/12 67/25 68/13
  68/13 68/17 68/19 68/22
  69/11 74/2 75/16 76/10 80/20
  90/6 91/20 105/2 105/6
  105/13 106/20 118/14 119/8
  119/14 119/21 126/20 129/12
  129/16 129/20 133/4 135/1
  135/4 135/9 135/11 135/13

168/7 168/7 169/10 176/3
  174/4 175/17 181/13 181/13
  181/13 181/15 181/16 181/19
  183/9 184/25 185/1 188/10
  188/13 189/1 189/8 196/6
  200/1 201/8 201/9 201/16
  201/17 206/24 225/10 228/23
  230/21 231/2 231/6 241/14
  252/19 274/13 274/17 274/18
**Exhibit 103 [2]**   26/1 225/10
**Exhibit 105 [3]**   14/9 184/25
  185/1
**Exhibit 112 [1]**   12/8
**Exhibit 124 [1]**   37/6
**Exhibit 130 [1]**   17/24
**Exhibit 133 [2]**   228/23 241/14
**Exhibit 137 [3]**   48/8 51/22
  51/22
**Exhibit 168 [1]**   35/6
**Exhibit 2 [1]**   135/4
**Exhibit 251 [1]**   168/7
**Exhibit 3 [2]**   129/20 133/4
**Exhibit 43 [1]**   10/18
**Exhibit 52 [7]**   10/11 10/19
  176/3 176/4 181/15 188/10
  188/13
**Exhibit 55 [3]**   24/4 24/5 26/4
**Exhibit 56 [2]**   231/2 231/6
**Exhibit 69 [3]**   189/1 196/6
  200/1
**Exhibit 7 [3]**   135/9 135/11
  135/13
**Exhibit 78 [3]**   56/13 56/14
  59/18
**Exhibit 91 [2]**   34/23 35/3
**Exhibit 98 [1]**   176/5
**Exhibit B69 [1]**   189/8
**exhibits [9]**   12/5 67/5 67/17
  100/21 154/13 168/3 231/5
  241/15 241/16
**exists [1]**   82/9
**expect [1]**   136/13
**expense [2]**   132/20 132/20
**expenses [1]**   70/22
**expensive [1]**   132/16
**experience [1]**   154/8
**experienced [1]**   131/21
**expert [2]**   261/14 265/3
**explain [6]**   148/5 176/7
  196/15 198/3 199/11 204/9
**explained [5]**   49/14 93/8
  197/1 224/15 224/24
**explanations [2]**   72/11 117/4
**explicit [1]**   62/23
**explore [1]**   109/7
**exposed [4]**   20/15 30/20 56/4
  56/7
**express [2]**   164/1 164/10
**expressing [1]**   104/19
**extension [2]**   170/13 170/20
**extent [5]**   101/17 177/25
  247/2 247/4 247/11
**external [1]**   51/8
**extraordinary [2]**   101/15
  101/15
**extreme [1]**   132/22
**extremely [2]**   110/7 279/17
**eye [1]**   156/23
**eyes [6]**   13/19 80/9 89/8 90/2
  157/8 157/22

**F**

**fabrication [2]**   164/2 164/11

**fabulous [1]** 41/17
**face [15]** 32/25 33/1 37/23
49/17 53/13 77/25 81/15 86/3
86/10 86/15 86/16 86/19
89/20 90/2 157/17
**faced [1]** 104/22
**facilitation [3]** 66/20 237/8
272/23
**fact [60]** 6/13 8/13 12/22
36/1 39/6 46/18 49/2 60/18
61/5 78/3 79/12 83/25 102/11
102/13 111/17 111/24 112/23
114/12 116/11 116/22 120/3
120/5 122/1 150/18 162/23
162/25 163/10 163/13 163/14
178/18 187/7 187/9 193/11
193/25 194/17 194/21 195/24
197/2 197/23 202/9 214/13
220/19 251/11 251/12 252/18
253/21 254/7 260/6 264/21
266/6 266/14 267/2 268/4
269/1 269/20 272/6 272/24
278/23 281/16 281/17
**facts [9]** 253/24 254/1 255/25
266/7 267/21 269/3 269/12
280/4 282/12
**factual [3]** 160/13 162/5
162/18
**failed [2]** 133/22 241/3
**failure [1]** 266/16
**fair [9]** 95/2 98/21 114/16
135/4 184/23 193/3 218/4
238/8 238/10
**fairly [6]** 152/9 152/13
153/12 166/14 191/3 220/2
**faith [1]** 51/19
**fake [1]** 171/14
**faking [3]** 115/14 116/5 116/5
**Falanga [4]** 35/8 35/9 35/16
198/9
**fall [4]** 120/9 131/12 131/13
163/8
**falling [1]** 122/4
**false [1]** 7/12
**falsifiable [6]** 72/14 72/14
72/16 72/20 72/24 73/4
**falsified [1]** 73/1
**familiar [1]** 78/16
**family [6]** 20/22 41/9 55/17
113/13 113/14 131/21
**FAP's [1]** 93/10
**far [10]** 40/22 46/20 60/22
87/3 110/21 126/23 150/18
164/21 214/25 257/13
**fashion [4]** 35/19 78/4 116/2
116/15
**faster [1]** 199/2
**father [8]** 23/19 41/17 109/15
113/7 128/23 249/14 250/14
250/17
**fault [4]** 49/7 68/14 93/25
162/21
**faulting [1]** 244/9
**favor [2]** 52/12 111/23
**FBI's [1]** 190/3
**FCRR [2]** 2/13 283/9
**fear [1]** 24/11
**features [1]** 110/12
**February [9]** 128/17 128/20
131/25 154/22 155/8 168/24

**federal [16]** 49/21 80/1 80/9
80/10 81/5 81/6 81/8 189/21
191/20 196/4
**feel [12]** 21/10 30/12 41/10
55/12 55/15 56/2 56/4 56/4
121/16 140/10 140/23 164/13
**feeling [4]** 30/19 31/8 182/20
227/21
**feelings [1]** 41/4
**feels [1]** 55/2
**feet [1]** 10/7
**fell [2]** 37/1 122/9
**fellow [1]** 233/25
**felt [9]** 20/15 24/1 28/15
29/8 29/10 60/16 109/22
227/16 239/10
**female [11]** 38/18 79/8 81/5
84/14 85/20 144/10 182/13
183/14 194/15 197/23 218/13
**fever [7]** 40/13 107/19 108/13
108/16 108/25 115/17 116/6
**few [14]** 39/14 44/23 55/16
71/20 75/9 85/24 157/21
204/12 211/3 213/8 214/8
214/12 214/14 214/15
**fianceé [2]** 42/22 43/6
**fibrous [1]** 36/5
**Fifth [1]** 159/25
**fight [5]** 52/21 70/12 70/16
70/18 70/23
**fighting [4]** 40/5 110/16
113/14 113/15
**fights [1]** 245/25
**figure [6]** 40/14 59/20 107/1
122/10 132/12 219/7
**figuring [1]** 17/11
**file [7]** 5/22 64/21 67/17
90/12 103/6 248/6 254/4
**filed [8]** 9/18 16/14 58/5
58/6 59/11 101/8 117/7 134/8
**filing [1]** 54/21
**fill [2]** 180/23 261/13
**filled [2]** 186/1 186/11
**fills [1]** 185/10
**final [4]** 49/11 177/1 201/6
217/21
**finally [5]** 27/6 55/4 94/6
117/8 196/24
**financial [5]** 131/14 131/16
131/17 132/15 132/22
**find [14]** 5/1 6/25 22/11 44/8
63/5 84/14 108/24 121/15
125/20 151/12 152/14 155/18
212/21 216/20
**finding [4]** 162/18 162/23
162/24 269/24
**findings [7]** 115/5 118/13
160/13 162/6 162/6 162/13
162/21
**finds [1]** 149/19
**fine [9]** 44/5 69/5 99/9
102/24 104/22 236/13 262/4
270/6 271/23
**fingernails [1]** 13/6
**fingers [1]** 216/5
**finish [8]** 9/9 13/14 13/15
83/13 114/9 197/13 197/14
270/7
**finished [2]** 151/21 278/13
**fire [5]** 80/10 80/10 81/5
81/6 81/8

**fired [3]** 57/22 58/13 130/17
**firefighter [4]** 26/17 28/2 28/6
28/21 64/8 187/18 207/22
255/9
**firefighters [10]** 17/17 27/2
27/5 27/9 27/14 28/3 29/2
64/7 191/10 254/24
**fireman [1]** 265/2
**firemen [9]** 179/12 182/14
182/18 184/1 188/20 195/19
256/19 256/20 258/11
**firing [1]** 113/23
**Firm [1]** 1/15
**first [89]** 5/10 6/4 10/21
12/6 18/16 20/16 20/17 23/15
26/19 28/16 28/23 29/6 31/10
34/4 34/14 35/15 36/16 37/14
37/14 41/22 42/17 48/1 55/16
61/22 62/1 68/12 69/10 71/3
82/18 95/6 95/13 97/22 98/5
98/10 99/5 103/22 107/6
107/13 112/6 124/18 124/23
125/5 127/3 127/15 127/19
129/14 135/15 150/16 151/19
151/24 159/2 160/19 163/19
164/25 169/12 169/20 172/21
173/7 176/22 184/3 185/2
190/16 195/12 198/11 198/15
208/4 208/5 208/9 211/6
212/22 213/20 217/10 217/12
221/16 221/17 222/4 224/24
229/10 231/10 243/8 245/5
255/16 262/9 262/19 263/17
265/24 267/19 279/9 280/11
**first-born [1]** 31/10
**firsthand [1]** 101/20
**fit [2]** 56/25 75/9
**five [27]** 28/20 87/13 88/1
90/14 97/8 107/14 161/17
161/18 179/12 181/3 185/14
187/12 187/23 188/6 191/10
191/22 193/6 193/12 194/18
195/19 196/16 212/20 212/23
214/15 225/12 239/25 245/8
**five-minute [1]** 212/20
**fix [3]** 23/10 23/16 67/8
**fixing [1]** 23/11
**flashback [3]** 64/17 64/18
64/20
**flashbacks [1]** 96/17
**flip [2]** 232/14 258/9
**floor [3]** 2/6 11/17 249/4
**Florida [3]** 6/1 6/2 6/24
**flows [1]** 269/20
**fluid [1]** 108/6
**fly [2]** 98/11 98/12
**FMLA [2]** 131/19 131/20
**focus [2]** 116/13 140/13
**focused [1]** 171/6
**Focusing [1]** 213/16
**fog [1]** 180/16
**folks [2]** 72/21 153/12
**follow [5]** 19/2 20/1 62/7
73/9 148/12
**followed [7]** 61/12 61/14
61/22 62/24 79/17 119/24
121/22
**following [11]** 28/18 54/25
60/18 88/23 92/21 93/19
105/21 107/17 128/24 202/8
271/17
**follows [1]** 113/6

**Foo [4]** 249/16 249/16 250/1
251/9
**food [5]** 21/4 25/21 25/23
29/16 31/6
**foot [1]** 26/25
**Footnote [1]** 160/8
**Footnote 2 [1]** 160/8
**force [3]** 42/4 124/15 124/16
**forced [3]** 171/16 197/3
248/24
**foregoing [1]** 283/4
**foreign [2]** 20/21 22/2
**forensics [1]** 45/5
**foreplay [1]** 171/21
**forever [2]** 22/16 24/2
**forge [1]** 230/14
**forget [2]** 215/5 225/24
**forgot [1]** 65/5
**forgotten [1]** 43/20
**form [7]** 51/18 68/19 78/4
116/2 186/6 186/7 186/8
**forth [3]** 18/24 244/17 271/19
**forthcoming [1]** 219/15
**forthright [1]** 6/16
**forward [1]** 245/4
**forwarding [1]** 136/5
**found [13]** 7/1 16/18 16/20
16/23 16/24 45/12 84/12
108/6 124/3 126/5 160/11
162/8 162/18
**foundation [12]** 45/8 45/8
45/11 45/14 47/1 47/2 52/23
56/18 56/20 57/2 201/25
255/24
**four [17]** 41/17 120/25 121/4
155/25 156/4 156/8 182/14
184/1 187/12 187/23 188/6
188/19 188/19 195/11 195/19
245/20 245/23
**four-hour [1]** 156/8
**four-page [1]** 120/25
**fours [2]** 277/3 280/4
**fourth [3]** 11/10 65/23 65/24
**frame [7]** 126/1 127/18 130/25
165/1 165/3 165/20 218/16
**frames [2]** 128/13 219/6
**frankly [3]** 258/20 269/7
279/24
**frantic [1]** 219/18
**fraud [1]** 46/9
**freak [1]** 29/2
**freaked [2]** 21/20 145/12
**Frederick [1]** 57/13
**free [2]** 121/17 158/19
**frequent [1]** 119/22
**frequently [2]** 7/15 40/21
**Friday [2]** 190/5 190/22
**friend [10]** 8/21 28/10 41/9
43/17 105/20 114/13 155/10
218/12 235/8 235/14
**friends [6]** 8/23 9/1 42/14
114/1 156/17 206/13
**front [23]** 19/6 19/23 47/8
49/21 49/22 52/19 52/21
52/24 53/1 68/1 74/2 75/11
110/17 113/14 117/23 151/13
156/18 185/4 188/14 210/16
266/20 274/3 277/18
**frustrating [1]** 278/1
**fulfilled [1]** 140/25

**full [6]** 87/14 139/5 245/2
263/15 245/4 249/1
**full-time [1]** 87/14
**fully [1]** 94/13
**funded [2]** 56/20
**funds [1]** 57/1
**furnished [1]** 5/22
**further [8]** 37/12 100/7 105/2
113/6 116/11 127/24 199/16
224/16
**furthers [1]** 56/4

# G

**Gabe [5]** 24/4 32/7 32/18
263/18 263/20
**Gabriel [2]** 263/21 263/22
**gait [1]** 115/7
**Galleria [1]** 40/23
**game [3]** 242/15 245/15 247/9
**gang [2]** 64/2 64/6
**garments [1]** 11/22
**gastric [5]** 131/2 131/4
131/15 131/25 132/3
**gather [2]** 20/18 215/15
**gathering [15]** 4/9 186/19
187/7 187/10 194/21 195/25
196/11 196/19 206/8 209/4
211/16 219/9 228/17 235/19
236/3
**gave [23]** 16/1 23/13 25/2
67/4 67/4 89/4 91/20 148/12
187/13 187/25 191/4 191/24
196/10 200/7 217/10 217/11
218/3 220/9 225/8 245/21
272/1 273/21 274/1
**Gelford [1]** 85/10
**general [8]** 174/22 205/11
237/12 238/4 238/8 260/24
270/12 273/8
**generally [10]** 69/18 119/19
143/4 172/14 172/17 175/14
175/15 210/13 210/14 281/9
**generate [1]** 111/3
**genital [4]** 142/15 171/25
171/25 275/1
**genital-to-genital [1]** 171/25
**gentleman [2]** 85/10 263/18
**gentlemen [3]** 68/11 131/20
272/23
**genuine [1]** 157/18
**get [99]** 4/4 4/18 7/1 12/19
13/7 18/21 19/5 19/19 19/21
20/22 22/12 25/21 25/21
25/23 29/16 30/15 30/15 31/1
31/22 32/12 33/25 34/3 37/15
37/20 38/2 42/1 45/1 45/3
45/9 46/11 52/21 53/15 58/19
58/19 62/2 63/9 67/23 67/25
71/9 79/7 80/20 80/23 87/13
87/22 87/25 90/11 91/24
94/11 95/21 100/18 102/12
104/15 113/17 118/23 119/7
120/8 121/3 123/9 124/7
125/12 131/1 133/1 135/6
142/3 142/9 142/24 147/6
147/13 148/9 151/11 152/25
153/3 153/7 158/8 163/21
171/1 178/5 180/24 181/14
183/7 186/6 206/4 207/7
217/11 221/15 224/21 230/14
232/2 233/13 233/20 234/1
236/8 242/7 249/17 251/17

**gets [6]** 259/12 264/3 268/9 277/20
95/15 205/8 253/3 49/17 201/11 42/10
**getting [14]** 21/20 29/12 31/8
40/2 40/2 67/6 76/13 80/25
105/1 139/20 176/8 214/12
267/6 277/21
**GHB [1]** 272/20
**girl [3]** 21/7 22/9 110/23
**Girl Scout [1]** 110/23
**girlfriend [23]** 6/21 28/20
123/5 123/13 123/16 123/23
124/11 133/15 137/15 137/16
139/25 178/19 209/3 218/13
219/21 220/15 221/5 235/18
235/21 235/22 237/3 239/9
239/11
**girlfriend' [1]** 236/12
**girlfriend's [1]** 155/14
**girls [2]** 234/11 236/6
**give [23]** 21/1 22/5 23/24
25/5 25/7 25/8 25/9 25/16
25/20 37/20 44/13 53/5 53/8
65/19 66/1 73/15 83/19
178/24 195/22 197/3 200/17
219/15 271/21
**given [9]** 63/1 91/19 111/17
144/19 198/6 199/13 220/25
251/6 272/9
**gives [3]** 16/2 117/15 175/15
**giving [2]** 238/8 253/4
**glance [1]** 202/7
**glaring [1]** 202/17
**glass [2]** 205/6 208/10
**glimpse [1]** 64/19
**go [132]** 12/6 20/1 20/3 20/4
20/16 20/22 21/16 21/16 24/7
25/21 27/5 27/6 27/23 30/16
30/17 31/21 33/6 33/25 37/17
37/22 37/25 38/4 40/21 40/22
40/24 42/4 42/6 46/21 47/8
48/11 49/22 50/11 53/22
54/19 54/20 55/4 55/9 56/2
57/2 59/24 60/21 69/1 71/4
75/16 76/7 76/20 77/9 77/25
88/17 89/21 90/20 92/11
99/15 100/2 101/1 104/10
105/1 106/6 108/10 114/25
116/7 117/17 117/17 120/21
121/16 124/15 124/16 124/19
126/7 129/7 129/12 135/8
135/20 140/8 151/10 151/15
152/6 152/7 152/24 153/2
155/20 155/23 156/7 159/6
164/22 169/20 170/5 170/12
170/16 176/5 176/17 181/13
185/2 192/24 197/13 197/13
197/15 197/18 203/2 207/4
207/8 213/1 220/18 221/17
224/9 224/22 226/7 227/25
228/1 231/3 231/6 234/3
236/5 237/15 237/17 239/19
240/4 242/13 242/17 243/12
247/18 251/10 251/17 254/24
255/11 256/2 263/25 264/7
264/12 265/18 267/5 280/11
**goes [20]** 5/2 5/3 9/19 13/18
86/6 108/20 109/2 109/21
195/19 210/3 214/6 214/23
219/20 221/22 227/15 239/25
257/20 260/8 260/10 260/23
**going [133]** 4/4 4/9 5/11 6/10

**going... [129]** 7/3 8/14 18/6 19/9 19/16 22/11 30/8 33/11 40/25 42/25 46/15 46/17 46/20 46/21 46/22 52/2 52/20 53/5 53/8 56/21 60/6 60/12 67/7 68/18 71/19 71/20 71/24 74/7 74/7 75/1 75/4 76/22 77/1 77/4 82/8 82/8 82/9 85/8 87/20 96/4 98/9 99/15 101/1 106/8 106/11 115/16 115/19 115/22 119/11 120/22 122/7 123/9 125/8 125/9 130/13 130/21 134/10 134/12 137/1 137/24 138/9 138/11 142/1 142/1 142/2 146/20 148/8 149/21 150/12 151/15 151/16 152/2 153/6 163/22 167/12 174/24 176/15 176/17 178/2 178/18 183/2 185/3 188/10 188/25 192/16 196/21 201/17 206/13 211/5 211/24 213/13 215/2 215/16 216/4 224/9 224/10 224/12 232/9 232/14 236/1 237/2 245/13 246/15 247/1 247/8 248/12 249/12 249/13 251/20 254/13 257/25 260/6 262/21 263/14 263/15 266/16 265/18 266/23 269/1 269/13 270/3 270/4 272/21 273/1 274/21 274/22 277/20 279/11 279/17

**gone [13]** 16/21 16/22 38/3 38/7 42/1 54/15 103/7 139/11 189/4 205/3 230/15 251/9 251/10

**good [21]** 6/15 7/24 8/16 9/22 51/19 71/14 71/15 80/23 126/25 130/24 139/5 156/15 156/22 170/14 179/4 206/12 234/6 235/7 239/17 255/23 269/5

**Goodgine [1]** 24/4
**goodnight [1]** 211/9
**Googled [1]** 240/16
**gosh [1]** 105/14
**gossip [6]** 179/3 232/2 233/13 233/20 234/1 234/6
**got [63]** 4/8 14/1 21/1 23/11 24/24 26/24 29/1 30/23 34/13 34/13 34/25 37/14 39/12 42/15 43/8 43/23 45/4 45/10 55/25 67/22 74/23 86/2 87/9 111/20 113/15 117/3 118/24 124/21 131/15 139/17 140/3 144/5 147/7 147/9 148/11 155/17 167/15 167/21 167/22 170/2 181/21 212/8 213/21 213/25 216/10 217/16 222/4 226/21 237/11 238/6 241/22 243/12 245/12 248/6 249/25 251/8 260/21 261/11 263/12 264/5 264/7 274/15 279/3
**gotten [4]** 5/21 40/3 147/8 261/6
**government [1]** 45/16
**grab [1]** 116/10
**grabbed [1]** 116/16
**grabbing [2]** 216/17 271/12
**grade [1]** 108/25
**grammatically [1]** 278/20

**grand [16]** 67/7 67/20 99/23 100/6 100/10 100/22 202/20 245/18 245/20 245/23 247/5 247/12 247/16 270/10 270/10 270/11
**grant [2]** 60/14 103/2
**granted [3]** 107/11 160/14 241/13
**graph [1]** 108/19
**graphic [1]** 152/9
**grave [1]** 234/3
**great [7]** 41/16 42/1 42/14 60/13 60/14 152/13 243/14
**greater [1]** 282/11
**Green [2]** 58/1 258/8
**Greenspoint [3]** 18/6 53/4 54/8
**greeting [3]** 237/12 238/4 238/8
**Greg [1]** 218/12
**grief [2]** 139/6 140/22
**groggy [1]** 179/7
**ground [1]** 160/19
**grounds [2]** 159/23 270/16
**group [1]** 208/9
**guaranteed [2]** 32/14 32/15
**Guarded [1]** 15/21
**guards [5]** 18/23 19/23 22/1 55/14 252/14
**guess [10]** 4/8 36/4 36/7 39/4 61/4 87/16 96/12 169/7 241/24 264/20
**Guest [5]** 38/17 96/10 96/12 96/16 96/21
**Guest's [1]** 96/18
**guidance [1]** 73/15
**guidelines [1]** 189/3
**guilty [2]** 5/14 7/23
**guitar [4]** 27/1 205/3 205/6 205/12
**gun [1]** 31/19
**guns [2]** 19/25 20/2
**Gurkha [1]** 252/14
**gurney [1]** 84/25
**guy [5]** 28/25 42/7 64/10 64/10 220/9
**guys [6]** 5/11 19/23 20/2 236/8 256/20 265/20
**GYN [4]** 43/23 143/23 146/24 148/4

**H**

**H-07-CV-2719 [1]** 1/4
**habit [1]** 163/15
**had [317]**
**hadn't [1]** 149/9
**hair [16]** 28/25 29/18 29/20 29/21 29/21 170/7 170/8 170/10 170/11 170/20 170/25 171/1 171/5 171/6 171/7 175/17
**half [6]** 201/12 204/16 222/8 250/23 256/19 275/17
**Hall [3]** 57/17 57/24 266/16
**HALLIBURTON [3]** 1/6 61/20 250/19
**hand [13]** 16/7 76/1 103/1 112/16 148/13 148/14 189/23 194/17 201/17 216/14 251/4 272/17 278/10
**handcuffs [1]** 7/20
**handed [4]** 17/17 22/6 64/8

**handle [3]** 262/6 271/17
**hands [2]** 18/24 216/1
**handwriting [2]** 27/19 225/18
**handwritten [1]** 97/1
**hang [2]** 27/6 213/1
**hanging [2]** 64/7 212/25
**hangover [1]** 29/10
**hangs [1]** 281/18
**happen [13]** 53/16 61/2 85/10 95/1 116/17 116/22 152/4 172/14 172/17 187/9 187/12 187/16 215/16
**happened [57]** 6/1 6/2 12/22 16/5 17/2 17/7 17/20 19/10 24/25 26/12 28/13 31/25 33/23 36/24 39/15 45/1 45/3 58/14 73/13 73/16 79/12 83/18 84/9 89/5 94/1 95/2 96/22 114/2 128/15 172/2 179/23 182/2 183/17 188/8 191/17 194/10 194/22 194/23 200/6 207/17 213/2 213/21 213/24 215/6 215/6 219/7 220/23 221/7 221/10 225/4 230/8 235/7 269/6 269/8 276/10 281/6 282/24
**happening [4]** 41/15 57/21 218/3 266/14
**happens [6]** 11/14 13/4 18/19 41/22 45/18 125/18
**happy [8]** 75/22 97/2 167/1 240/3 248/7 262/14 274/22 274/25
**harass [1]** 266/22
**harassed [2]** 114/11 114/13
**harassing [2]** 161/19 266/8
**harassment [7]** 54/2 105/12 105/22 113/23 160/4 266/12 267/8
**hard [7]** 52/21 81/24 125/9 126/4 246/1 259/20 279/25
**hardly [1]** 178/23
**harm [3]** 280/17 280/21 282/19
**has [89]** 4/16 6/4 6/18 8/25 14/4 14/18 27/17 33/20 36/13 36/14 36/15 39/6 40/25 42/10 50/9 54/21 60/17 61/11 61/13 69/18 69/21 96/7 101/4 101/7 101/8 102/13 103/6 104/13 109/25 110/9 112/10 114/10 115/15 117/10 117/13 117/15 139/5 139/6 140/21 140/23 140/25 143/8 150/15 150/17 150/17 159/2 159/24 162/8 164/8 166/22 166/22 175/2 175/19 182/21 186/11 192/15 195/9 195/11 195/23 196/16 196/16 209/18 210/12 215/1 216/1 218/4 226/15 229/14 241/5 242/4 242/3 243/7 246/7 248/24 255/21 256/10 258/6 264/6 266/11 268/8 268/16 271/7 271/14 272/11 275/19 278/3 279/24 282/3 282/9
**hasn't [4]** 14/20 243/2 243/5 248/3
**hat [1]** 281/18
**hate [6]** 113/16 125/18 133/25 133/25 234/11 236/6
**have [344]**

**haven't [10]**   103/24 173/16
202/16 223/7 223/11 223/14
247/14 248/5 256/25 268/11
**having [34]**   40/4 42/22 49/6
56/7 56/9 70/22 80/20 91/2
107/22 107/23 109/24 110/1
110/4 112/9 113/18 117/21
118/6 120/3 120/5 121/22
122/2 122/6 141/7 141/10
142/4 145/15 147/15 169/7
178/6 181/16 217/18 219/21
230/4 271/4
**Hawks [1]**   33/9
**hazardous [1]**   7/5
**he [275]**   4/22 4/23 5/5 5/8
5/10 5/14 5/14 6/21 6/22 7/8
8/4 8/4 8/22 17/17 19/4 19/5
22/1 22/1 22/2 22/5 22/6
22/11 23/8 23/9 23/9 23/15
23/21 27/10 27/11 28/7 28/8
28/8 28/9 28/14 28/16 28/17
29/11 31/4 31/4 32/15 33/5
37/22 37/24 38/22 38/24 39/2
39/3 39/3 39/4 41/16 42/7
42/13 42/13 42/19 42/20
43/17 43/17 55/25 57/13
57/13 57/14 58/8 58/8 58/11
64/8 65/17 67/11 73/20 73/21
73/22 73/24 76/25 77/25
79/1 80/9 80/10 80/11 83/16
84/13 85/14 85/17 85/17
85/19 86/18 87/6 87/7 87/9
87/15 88/13 92/23 92/23
93/24 94/11 94/11 98/8 98/9
101/4 102/11 104/12 110/20
113/17 113/18 114/1 114/4
114/4 114/4 115/25 117/17
120/20 123/4 123/6 124/3
124/5 124/5 124/15 130/15
133/17 133/18 133/22 133/25
134/22 136/10 138/15 139/4
139/5 139/6 139/11 139/22
140/10 140/10 140/21 140/22
140/24 140/25 145/1 145/3
145/5 145/5 145/9 146/5
147/7 147/7 147/8 147/8
147/21 148/8 148/9 148/9
148/10 148/15 148/19 149/10
149/24 149/24 150/1 150/5
150/6 150/17 151/9 152/15
152/17 153/5 153/6 153/14
153/14 153/18 153/19 153/19
153/20 154/5 154/5 155/13
155/14 155/15 155/21 156/16
156/16 157/24 158/2 158/25
159/2 166/5 167/6 172/10
173/16 178/18 178/19 179/2
179/3 182/5 187/19 190/24
190/25 190/25 191/17 194/11
197/7 204/21 207/23 212/16
213/8 213/17 214/7 214/18
215/25 216/1 216/3 216/4
216/5 216/5 216/10 216/13
216/21 216/22 217/10 217/10
217/16 217/17 217/17 217/18
220/17 220/22 221/24 223/1
223/1 223/18 223/19 223/19
223/21 225/12 225/15 226/18
226/20 226/20 226/20 226/20
226/22 226/24 226/24 227/11

228/15 231/9 232/10 234/7
235/9 236/10 237/23 240/4
240/14 240/14 240/15 240/15
248/13 248/14 248/16 248/20
248/23 248/23 248/23 249/4
250/4 254/23 256/3 256/3
256/14 256/15 265/10 265/13
266/13 267/2 268/16 269/21
272/3 272/19 274/1
**he's [29]**   21/13 23/20 49/6
75/4 86/25 103/24 104/11
111/11 111/13 112/22 113/20
155/10 166/20 176/15 180/12
194/25 199/15 199/15 223/11
247/3 255/9 256/8 256/15
263/18 265/2 265/3 267/11
269/12 273/25
**head [12]**   19/24 29/18 81/7
81/19 83/7 84/2 84/3 110/23
130/18 133/22 172/12 279/24
**headache [2]**   107/19 144/13
**headaches [4]**   119/22 119/24
121/22 144/14
**headnote [1]**   248/1
**heal [1]**   34/11
**healed [1]**   13/25
**health [4]**   130/21 131/14
138/2 271/13
**healthy [1]**   142/9
**hear [16]**   5/17 47/22 48/5
57/17 57/24 71/1 91/8 140/13
147/22 149/5 225/25 257/6
271/10 271/12 276/11 279/25
**heard [14]**   48/7 52/18 54/5
55/21 55/24 57/13 104/21
139/21 240/7 240/14 266/15
268/6 268/11 281/19
**hearing [6]**   49/6 51/9 51/25
72/21 91/2 105/4
**hearsay [37]**   8/24 47/5 47/9
47/10 47/15 47/16 47/17
100/5 100/5 111/12 111/14
158/22 159/12 160/10 161/1
161/3 161/8 161/8 161/21
161/21 162/6 162/13 162/14
162/22 163/1 163/7 163/20
163/22 164/5 164/6 178/1
223/22 223/22 241/25 241/25
250/9 253/19
**Hedges [6]**   2/5 2/5 251/3
253/1 270/9 270/9
**Heidi [6]**   1/15 30/2 30/22
31/17 33/16 203/18
**held [9]**   22/7 88/3 130/18
133/22 177/23 251/15 267/7
267/11 271/18
**helicopter [3]**   33/5 33/8
33/10
**hello [1]**   237/12
**helmet [1]**   44/19
**help [12]**   21/23 21/24 45/8
45/16 57/2 70/18 132/5 138/3
153/24 169/4 272/25 282/7
**helped [3]**   46/16 46/19 46/20
**helping [1]**   46/8
**helps [4]**   41/3 41/3 45/8
256/23
**hepatitis [4]**   147/4 147/10
148/8 151/18
**her [248]**   6/22 6/22 8/22
13/16 16/13 25/3 25/5 25/7
25/8 25/16 25/19 25/20 25/24

25/24 28/19 28/21 31/7 31/11
35/22 38/19 40/6 43/22 46/10
46/17 46/21 46/25 47/1 47/1
47/6 47/12 47/13 52/4 52/6
59/23 60/18 61/6 61/14 61/25
62/7 62/23 63/7 74/4 79/9
79/11 81/7 81/7 83/13 83/13
84/16 84/17 85/21 85/24 86/1
86/1 86/2 86/3 86/4 86/7
86/8 86/8 86/9 86/10 89/8
89/9 90/2 90/2 92/19 92/21
92/23 93/11 93/12 93/19 99/3
99/3 99/16 102/15 102/20
102/24 103/6 103/7 103/8
108/17 108/22 109/5 109/8
110/1 110/11 111/4 112/13
112/16 112/17 113/6 113/18
115/4 115/4 115/5 115/5
116/8 116/8 116/9 116/11
117/12 126/22 126/22 127/5
131/4 131/8 131/25 132/2
132/3 132/4 132/5 137/1
137/25 138/2 138/3 138/3
138/10 139/4 139/12 139/12
140/13 141/15 141/25 145/1
147/5 148/17 149/5 149/11
150/1 151/14 151/16 159/10
162/22 163/11 163/14 163/15
166/24 175/18 175/20 176/22
182/2 182/13 182/14 182/15
182/20 182/25 183/15 183/25
184/1 184/1 186/5 191/10
191/11 191/11 191/12 191/15
191/17 201/17 206/2 206/19
213/7 220/21 220/22 221/12
225/1 229/15 229/16 235/3
235/4 235/8 235/14 236/1
236/10 236/11 238/12 238/12
238/13 240/4 241/6 247/21
248/4 249/9 249/22 250/2
250/4 250/5 251/2 251/13
251/14 251/15 251/17 252/3
252/13 252/13 252/13 252/24
253/6 253/10 253/18 253/23
253/23 254/1 254/12 254/13
255/23 255/24 255/24 255/24
255/25 259/13 259/15 259/24
259/25 260/1 260/9 260/13
260/14 260/15 260/21 260/25
261/1 261/1 261/7 261/9
261/13 261/21 261/21 268/8
268/9 268/24 269/5 270/3
275/23 276/22 278/25 280/6
281/18 281/19 281/20 282/3
282/20 282/24
**here [128]**   6/3 21/8 21/22
22/10 31/5 31/13 41/15 46/24
53/16 61/2 67/22 67/24 69/25
74/11 78/2 80/15 89/2 89/14
90/20 92/17 94/22 99/9 103/8
104/15 104/17 107/16 107/24
108/15 110/10 114/2 115/3
117/16 122/5 131/11 133/7
133/10 134/20 136/4 136/8
138/25 139/7 139/23 140/12
145/19 145/23 147/6 147/9
147/12 147/22 149/12 149/23
150/25 151/10 155/3 155/6
155/8 155/9 160/2 160/5
162/21 163/8 163/8 164/5
167/5 171/3 171/13 174/24

**here...** [61]  176/8 180/25
 183/8 184/9 184/21 186/1
 186/11 189/14 191/18 200/2
 204/20 205/8 207/6 209/18
 210/12 210/22 211/1 211/2
 211/7 211/17 212/1 216/20
 219/2 221/15 224/15 224/20
 226/2 226/6 228/25 228/25
 229/3 229/3 229/10 231/10
 231/25 233/1 233/12 234/10
 234/11 235/17 236/6 246/4
 247/18 254/5 254/9 262/13
 262/15 266/18 273/7 274/16
 276/5 276/10 276/21 277/17
 278/20 278/24 279/11 280/9
 281/7 281/23 282/7
**here's** [7]  150/10 247/1
 250/12 250/14 263/24 265/25
 267/19
**hero** [1]  31/10
**heroes** [1]  258/12
**herpes** [5]  137/18 142/17
 148/10 151/18 151/20
**hers** [1]  242/4
**herself** [9]  109/23 110/11
 113/9 235/4 246/10 252/8
 258/7 258/10 259/24
**Hey** [1]  136/9
**hide** [2]  38/3 38/4
**high** [3]  44/23 55/7 248/25
**highest** [1]  101/22
**highlight** [24]  77/8 77/12
 80/16 82/18 82/19 85/3 85/15
 88/24 93/20 97/4 107/13
 114/25 138/25 140/19 144/3
 155/6 211/18 218/8 221/16
 224/17 225/10 228/24 229/4
 246/23
**highlighted** [8]  105/11 107/25
 127/2 185/7 224/21 224/24
 244/5 264/18
**highlighting** [2]  48/10 243/3
**highly** [1]  60/2
**him** [101]  6/15 19/2 21/14
 22/8 22/8 23/10 23/12 23/14
 28/14 28/16 28/23 31/11
 31/14 33/1 38/25 41/18 41/19
 42/8 42/9 42/10 43/8 43/18
 58/8 58/11 65/19 66/1 73/25
 85/19 86/16 87/14 94/11
 94/12 94/15 94/15 94/16
 95/21 98/21 101/9 103/20
 113/19 123/7 133/14 137/17
 141/23 146/12 148/7 149/9
 151/8 151/19 153/20 156/18
 173/15 173/19 178/6 179/15
 179/17 179/25 181/2 181/4
 182/2 202/24 203/23 204/19
 205/3 205/18 205/20 207/12
 209/15 209/20 211/24 212/7
 212/16 212/17 212/23 212/25
 213/8 214/1 216/17 219/13
 220/21 222/3 223/3 223/8
 223/9 223/11 223/13 223/20
 224/1 224/2 227/12 228/12
 228/14 229/14 230/7 238/3
 240/24 241/1 248/15 249/5
 272/4 274/2
**himself** [3]  98/20 203/21
 272/2

**hire** [1]  70/17
**hired** [4]  39/3 69/9 69/9 69/18
**his** [96]  4/24 5/6 6/13 6/21
 6/25 7/10 28/11 29/6 31/3
 32/25 33/1 37/23 38/22 38/24
 39/2 42/10 55/25 57/14 69/18
 92/22 92/23 93/1 93/3 93/7
 103/2 103/22 104/12 104/13
 104/13 123/4 123/13 123/16
 133/15 133/19 134/23 136/11
 136/14 137/16 138/1 139/5
 139/12 140/22 140/24 140/25
 141/22 147/22 152/11 152/15
 152/20 152/25 153/3 156/17
 157/19 159/10 172/15 173/13
 173/16 177/3 177/10 178/6
 178/18 179/14 208/3 208/4
 208/5 209/19 213/17 216/5
 218/13 219/21 220/6 220/7
 220/10 220/15 221/21 221/22
 228/17 235/18 236/11 237/3
 238/24 239/4 247/4 249/6
 250/7 250/18 251/3 263/17
 268/15 268/16 271/4 271/4
 271/14 272/2 272/4 273/20
**Hispanic** [1]  218/13
**histories** [2]  187/22 188/1
**history** [20]  4/17 6/23 16/8
 16/8 84/4 84/6 84/7 85/5
 85/18 85/21 103/19 107/17
 107/19 121/9 121/11 121/12
 175/3 182/7 193/17 281/10
**hit** [13]  77/24 79/11 79/18
 81/7 81/11 81/19 86/3 86/9
 87/7 89/16 92/23 93/24 122/8
**hitting** [11]  42/7 86/2 86/9
 86/16 86/19 86/19 87/9 87/23
 88/14 95/8 122/8
**HIV** [1]  147/4
**Holcombe** [1]  2/4
**hold** [3]  50/20 88/20 277/12
**holding** [3]  216/5 216/6 251/3
**home** [20]  7/19 20/22 22/12
 23/10 27/4 30/16 33/25 34/25
 93/23 94/11 94/12 94/15
 95/21 110/21 129/5 131/19
 132/7 137/22 147/17 246/8
**home,'** [1]  77/25
**honest** [3]  58/16 95/16 219/12
**Honor** [174]  4/22 4/25 5/13
 6/12 6/19 8/1 8/10 8/17 9/5
 9/11 9/17 9/25 14/16 14/23
 23/2 45/23 46/3 46/7 46/18
 47/4 47/5 49/3 49/23 50/6
 52/2 56/21 58/18 59/7 59/8
 59/14 59/16 59/17 59/23
 59/25 60/12 60/20 61/17
 61/22 62/14 62/18 62/20 63/2
 65/12 66/24 67/19 68/21 69/2
 71/4 74/13 91/17 99/7 99/25
 100/12 102/2 102/23 103/4
 107/8 107/10 111/11 118/16
 126/16 127/5 129/23 130/5
 135/16 143/16 155/2 158/9
 159/8 159/21 159/23 159/24
 160/18 161/5 161/6 161/9
 161/20 162/1 163/3 163/14
 163/18 167/2 168/2 168/4
 170/18 176/12 181/17 183/11
 184/13 188/25 189/12 189/15
 192/4 194/25 195/1 201/2
 201/20 202/13 202/15 202/22

 223/6 230/22 230/25 239/17
 239/11 15 242/9 242/12 242/15
 242/17 244/13 244/24 246/16
 247/17 249/3 249/7 249/13
 249/22 250/11 250/25 251/19
 252/2 252/7 252/18 253/5
 253/20 254/7 254/16 254/19
 257/2 257/11 257/18 258/15
 259/1 259/9 262/4 262/8
 262/12 262/23 263/24 263/25
 265/2 265/17 265/23 265/24
 266/2 266/5 266/10 266/24
 266/25 267/10 267/15 268/5
 268/13 268/25 271/1 271/5
 271/11 271/15 272/4 272/5
 273/2 273/9 273/13 273/15
 274/8 274/14 275/15 276/8
 276/12 277/19 277/22 279/2
 279/8 282/20
**HONORABLE** [1]  1/10
**hooch** [2]  234/24 249/19
**Hooters** [1]  8/13
**hope** [3]  71/18 99/15 204/11
**hopefully** [2]  123/14 164/23
**hoping** [1]  62/2
**horrible** [4]  125/9 128/15
 131/1 148/15
**hospital** [21]  39/18 40/5
 40/13 82/23 85/1 107/12
 107/17 108/17 109/17 110/15
 114/22 115/4 115/13 119/11
 131/7 131/8 131/9 131/9
 151/20 227/18 227/23
**hospitalized** [2]  137/7 137/17
**hostile** [2]  69/21 265/5
**hour** [6]  88/6 88/9 106/10
 156/8 222/8 222/8
**hours** [14]  9/11 24/1 27/18
 44/23 77/17 78/15 120/20
 155/25 159/7 204/10 204/13
 204/14 250/23 252/10
**hours'** [1]  156/4
**house** [9]  42/2 42/5 50/19
 51/6 59/23 61/9 110/19 147/3
 249/4
**HOUSTON** [16]  1/2 1/4 2/7 2/11
 2/15 32/4 32/13 32/16 43/23
 98/11 98/12 102/22 102/23
 158/2 158/3 159/24
**how** [95]  11/9 15/15 15/19
 17/1 17/15 21/10 22/15 23/16
 23/23 25/18 26/12 27/3 27/17
 29/11 30/6 30/12 33/3 35/15
 37/16 37/20 38/14 40/21 41/7
 41/19 42/19 46/7 46/16 46/17
 46/21 47/11 55/9 55/19 56/2
 56/20 64/24 67/8 70/15 72/5
 72/5 72/8 73/13 73/13 73/15
 82/2 82/13 83/17 115/22
 121/3 124/10 129/7 143/1
 143/3 146/12 149/9 149/12
 151/3 151/23 154/7 159/16
 160/8 176/18 186/15 194/23
 195/8 206/4 215/21 216/3
 216/4 220/15 220/17 220/20
 222/3 222/6 222/16 229/25
 246/1 246/19 251/5 251/6
 254/23 254/25 255/10 255/11
 257/20 258/7 259/18 260/12
 260/13 263/24 265/13 271/20
 272/1 272/8 281/20 281/21
**however** [14]  6/3 8/24 60/21

**however... [11]**  62/3 69/19
 103/21 105/21 115/6 131/16
 136/25 140/5 160/1 236/10
 282/16
**HPV [7]**  137/7 142/12 142/14
 147/9 148/10 151/18 275/20
**HR [2]**  33/6 33/13
**HSV [4]**  142/12 142/17 147/9
 275/20
**huge [1]**  278/25
**huh [14]**  66/14 92/16 97/13
 173/21 175/11 216/25 220/4
 221/25 225/17 225/22 231/16
 232/3 236/17 264/23
**Huh-uh [1]**  173/21
**Hultz [2]**  18/25 19/5
**Hultz's [1]**  19/8
**human [2]**  45/2 142/14
**humiliating [1]**  42/19
**hundred [7]**  64/25 108/18
 116/6 165/13 165/15 166/8
 277/7
**hundreds [1]**  152/1
**hung [1]**  27/6
**hungry [2]**  31/2 124/19
**hunt [3]**  128/14 128/22 155/18
**hunting [3]**  129/3 156/1 169/1
**hunts [1]**  129/7
**hurry [1]**  96/2
**hurt [3]**  13/16 80/12 273/1
**hurting [6]**  20/23 25/1 25/2
 30/16 34/8 34/22
**hurts [1]**  20/18
**husband [49]**  37/16 37/22
 41/16 41/16 55/15 73/19
 76/15 76/24 77/3 77/24 78/12
 78/23 79/1 79/17 81/7 81/11
 81/19 84/16 85/21 86/1 86/1
 86/4 86/8 86/8 86/11 86/14
 87/18 87/19 87/21 87/22
 88/13 90/7 90/14 93/22 94/14
 94/23 95/8 95/15 98/4 98/18
 98/19 142/20 142/21 142/24
**Hypercholesterolemia [1]**
 107/18
**hypervigilance [3]**  41/4 41/5
 41/8
**Hypothetical [1]**  195/2
**hypothetically [1]**  233/24
**hysterical [4]**  84/23 86/24
 88/9 95/10
**hysterically [2]**  88/1 95/14

**I**

**I'll [28]**  4/13 7/3 30/2 60/14
 63/9 75/22 77/15 89/22 96/1
 97/2 103/2 125/20 147/11
 149/15 154/25 167/1 176/22
 203/3 203/10 207/6 230/23
 247/15 247/16 248/7 258/25
 264/14 272/25 282/25
**I'm [206]**  4/4 4/8 5/11 6/6
 7/3 8/2 10/13 11/23 14/16
 14/24 20/12 20/17 20/17
 20/21 20/21 20/23 20/23 21/6
 21/11 21/19 21/20 21/21 22/7
 22/10 22/11 25/1 25/2 27/3
 31/5 34/15 37/18 38/2 39/23
 40/19 40/25 43/20 46/17 48/9

48/9 48/11 49/5 52/25 55/7
59/3 59/18 61/1 61/21 63/10
63/10 64/9 67/10 67/12 67/23
67/24 68/25 71/2 71/24 74/20
75/1 75/13 76/13 78/8 78/9
79/15 80/25 82/8 82/9 83/12
86/24 87/20 88/20 89/13
90/23 92/7 97/25 99/7 104/6
105/1 106/11 110/7 111/15
111/22 112/2 112/3 114/1
116/4 116/22 119/11 121/1
122/4 122/4 124/9 125/4
125/8 125/8 125/9 126/3
126/23 128/8 128/20 130/13
130/24 134/6 139/23 139/23
144/12 148/25 149/12 150/25
151/11 151/11 153/17 153/23
155/19 156/10 159/17 160/24
165/15 166/7 166/7 166/8
166/11 166/21 167/12 168/1
168/8 170/24 171/6 173/5
175/14 175/16 176/15 176/17
177/13 179/6 179/15 179/25
180/24 181/16 183/18 185/25
186/15 187/21 192/16 193/11
197/18 202/5 202/21 206/5
208/21 208/22 213/13 216/20
218/23 219/2 219/5 220/11
220/11 223/15 224/10 224/11
225/24 226/8 226/13 227/1
227/4 227/6 232/5 233/4
242/20 243/3 244/9 244/15
246/8 248/9 250/17 253/17
254/17 254/17 255/1 257/6
259/16 260/12 261/14 261/15
265/3 265/16 266/23 266/25
267/9 270/3 270/4 270/4
271/11 271/24 272/16 273/1
273/10 274/17 275/21 278/12
279/21 280/2 281/3 282/2
282/6
**I've [27]**  22/7 23/25 36/12
40/18 45/10 45/22 54/25 56/8
68/12 69/10 104/11 108/3
126/5 127/2 136/11 156/24
173/13 192/2 192/12 197/9
225/4 244/8 263/4 275/7
279/13 279/24 280/3
**IAD [1]**  160/3
**idea [10]**  27/17 69/17 81/13
192/6 222/9 222/10 234/7
234/20 236/20 258/3
**identical [1]**  195/18
**identifiable [1]**  63/8
**identified [1]**  46/15
**identifies [2]**  83/4 84/14
**identify [2]**  154/17 177/22
**if [270]**  6/8 6/19 7/5 7/23
7/23 8/4 8/22 10/14 11/20
13/20 14/20 15/11 15/12
25/19 25/20 25/25 26/21 28/7
31/13 32/4 35/6 41/8 41/9
43/6 47/18 49/10 50/10 50/11
53/5 53/8 54/14 54/19 56/10
56/10 56/25 60/4 60/4 60/17
60/18 62/9 63/9 69/20 71/18
71/24 73/14 75/4 75/22 75/25
76/5 76/9 77/4 78/8 82/17
85/3 85/7 85/15 87/19 88/5
88/19 88/24 89/2 89/11 90/6
90/23 90/24 92/1 92/7 93/16
95/15 97/3 97/25 98/3 98/16

7/01/13 102/3 102/16 102/18
106/6 106/7 107/6 107/12
107/25 108/9 108/15 108/19
112/5 112/5 112/12 119/14
120/10 120/11 120/19 120/22
120/23 121/5 121/14 121/17
121/19 122/14 125/15 125/23
126/12 127/24 127/24 130/17
131/11 132/2 133/18 133/22
134/1 134/3 134/22 136/17
138/3 138/9 138/10 139/11
139/23 140/6 140/18 140/18
141/5 141/9 141/13 143/5
143/18 144/3 146/8 146/18
146/20 147/4 147/8 148/10
149/1 150/20 151/6 151/10
151/17 153/6 153/17 153/19
153/24 154/14 155/5 155/23
156/23 157/2 157/2 157/12
158/10 158/10 158/19 159/23
162/1 162/17 162/17 164/7
165/17 166/11 169/10 169/18
169/20 169/25 170/5 170/12
170/16 170/20 171/3 173/16
173/16 175/17 175/22 176/3
179/15 181/8 183/18 184/9
184/15 184/17 184/25 185/6
186/4 186/5 187/22 188/10
190/24 190/25 192/21 194/17
194/21 196/6 197/5 197/19
199/2 201/12 202/1 203/2
203/21 204/6 210/24 211/18
211/24 212/25 213/7 213/11
215/18 218/8 218/19 218/23
219/2 224/21 225/9 226/5
226/7 228/17 228/23 229/4
229/6 231/11 231/24 232/19
233/24 233/24 236/20 237/17
237/25 238/6 240/4 241/8
242/6 245/16 247/14 247/15
247/22 250/23 253/6 253/8
253/23 254/19 255/22 256/11
256/17 258/23 260/23 261/3
261/22 261/25 261/25 262/9
262/19 263/25 264/21 264/21
265/18 267/15 267/20 270/11
270/17 272/18 273/17 273/19
273/23 276/18 277/23 278/8
281/21
**if -- I [1]**  60/18
**III [1]**  136/6
**Iler [64]**  57/22 115/21 118/24
120/18 122/14 122/17 122/19
123/4 123/12 123/22 124/23
125/6 125/24 127/4 127/16
127/20 129/8 132/25 133/1
133/13 134/16 135/6 137/4
138/8 138/12 139/22 141/7
141/11 141/20 141/22 142/2
145/2 146/1 147/2 147/15
147/18 147/21 147/23 148/2
148/15 148/17 148/22 150/12
152/9 152/10 152/14 153/13
154/12 154/22 155/9 157/5
157/13 157/23 165/1 165/7
165/8 165/19 168/10 168/13
168/13 169/14 169/24 170/1
171/17
**Iler's [10]**  57/9 57/15 123/23
124/11 129/1 130/13 137/15
139/11 139/24 172/6

**ill [2]** 130/21 131/14
**illicit [1]** 18/9
**illness [9]** 40/14 85/18
106/17 106/21 106/24 110/12
118/11 121/9 121/12
**image [1]** 62/15
**imagine [2]** 149/4 153/24
**imagined [1]** 107/3
**immaterial [1]** 178/2
**immediate [1]** 14/6
**immediately [1]** 19/21
**imparted [1]** 111/7
**impartial [2]** 50/18 51/5
**impeachment [2]** 164/8 166/17
**imperfect [1]** 91/12
**implants [4]** 36/11 133/1
260/15 261/6
**implication [1]** 243/17
**implicit [1]** 259/23
**implied [2]** 164/1 164/10
**implies [1]** 218/2
**imply [3]** 213/20 214/10 225/2
**import [1]** 218/4
**important [8]** 6/3 53/2 53/3
177/24 191/8 216/21 217/13
278/16
**impression [5]** 141/10 161/22
177/12 177/15 177/18
**imprison [1]** 54/9
**improper [8]** 60/9 164/2
166/12 166/17 166/19 265/9
271/8 272/13
**improved [1]** 115/4
**in-house [3]** 50/19 51/6 61/9
**inaccurate [2]** 193/8 251/1
**inaccurately [4]** 87/5 115/25
116/24 269/22
**inadmissible [1]** 280/12
**inappropriate [2]** 69/23 259/7
**inappropriately [2]** 260/18
261/19
**INC [1]** 1/7
**inch [1]** 21/18
**incident [12]** 45/14 76/14
89/6 92/20 93/3 93/6 96/19
96/20 98/18 99/1 163/13
278/21
**include [2]** 173/12 265/15
**included [2]** 139/5 140/21
**including [7]** 82/20 108/5
110/1 112/10 123/13 160/20
161/17
**inconsistencies [1]** 196/22
**inconsistency [4]** 56/8 196/8
197/1 199/15
**inconsistent [4]** 115/6 117/10
163/24 164/7
**incorporated [1]** 50/25
**incorrect [1]** 188/2
**incorrectly [2]** 62/21 87/5
**increased [5]** 70/22 119/22
243/2 243/6 266/17
**incurred [1]** 132/21
**independent [1]** 73/6
**INDEX [1]** 3/1
**indicate [6]** 102/15 186/12
186/14 226/2 245/12 264/22
**indicated [1]** 64/2
**indicates [1]** 183/19
**indicating [8]** 22/4 32/19

49/6 151/22 189/9 220/1
251/24 246/7 252/23
**indication [1]** 146/16
**indications [1]** 86/12
**individual [7]** 28/16 48/17
48/19 51/12 51/13 178/1
180/4
**individuals [6]** 80/8 80/13
178/7 181/4 204/12 211/9
**inducement [1]** 46/9
**inexpensive [1]** 132/23
**inference [1]** 60/9
**inferences [2]** 271/8 271/8
**influence [5]** 164/2 178/24
199/23 231/20 237/7
**influenced [1]** 116/1
**inform [2]** 204/1 259/15
**information [38]** 7/11 11/3
61/18 65/19 66/1 81/13 81/21
82/11 82/13 86/20 99/19
111/7 111/16 111/24 112/21
113/6 113/11 113/12 113/15
113/24 114/6 160/16 175/7
175/15 181/24 183/4 184/12
186/13 194/1 205/10 206/1
219/16 229/2 239/7 239/10
251/24 251/25 252/9
**informed [9]** 89/6 102/13
106/10 150/17 179/2 206/18
228/4 238/11 239/9
**informing [4]** 85/25 87/8
89/15 238/12
**initial [5]** 190/12 195/9
204/1 224/10 261/8
**initially [6]** 11/13 38/18
38/20 55/11 85/25 191/9
**initiating [1]** 51/18
**injured [2]** 35/1 257/25
**injuries [4]** 80/9 84/24 89/8
94/7
**injury [3]** 64/13 89/7 89/17
**inner [1]** 12/23
**inquire [1]** 192/17
**inquiry [3]** 106/3 164/17
224/7
**inside [10]** 13/8 20/3 20/4
20/4 20/5 20/16 79/23 161/16
187/20 195/12
**instance [2]** 94/22 95/6
**instances [1]** 198/24
**instead [3]** 102/25 121/21
201/14
**instructed [2]** 123/11 198/22
**instruction [4]** 67/23 67/25
68/3 68/4
**instructions [2]** 68/12 69/10
**instructs [1]** 11/17
**intend [2]** 101/25 203/4
**intended [4]** 63/3 102/10
248/14 263/16
**intent [1]** 159/8
**intention [2]** 57/1 100/1
**interact [1]** 7/17
**interaction [1]** 92/19
**intercourse [18]** 124/24 125/4
125/6 125/25 126/11 127/3
127/13 127/21 165/1 165/22
171/24 172/1 190/24 277/2
278/22 281/15 281/24 282/2
**interest [2]** 85/8 118/12
**interested [1]** 232/10
**internal [4]** 51/8 160/3 160/8

160/13
**internet [6]** 2/25 57/8 57/9
6/17 7/6 7/12
**interns [1]** 104/17
**interpretation [2]** 98/22
135/4
**interpretations [1]** 134/15
**interprets [1]** 195/8
**interrogatory [1]** 253/25
**interrupt [2]** 49/5 271/24
**intervening [1]** 230/12
**interview [7]** 159/11 159/13
201/4 204/2 208/8 209/19
215/1
**interviewed [5]** 158/23 162/20
193/20 203/14 214/11
**interviews [3]** 159/3 159/11
162/7
**intestinal [1]** 131/3
**intimidation [1]** 55/2
**into [56]** 4/18 8/15 18/22
19/5 24/7 24/18 26/22 27/2
34/3 37/22 46/12 50/25 60/7
60/23 75/4 76/7 78/8 81/3
86/4 86/11 89/23 99/15 100/2
100/9 105/1 108/6 133/17
140/6 146/23 151/15 173/3
176/9 176/17 178/6 189/10
197/20 197/25 198/1 198/12
198/16 199/21 202/1 205/23
224/9 236/11 244/20 245/9
250/20 251/9 251/10 256/2
257/25 258/2 269/11 269/12
279/17
**intoxication [1]** 279/10
**intro [1]** 247/14
**introduce [3]** 62/25 244/8
247/2
**introduced [3]** 55/17 205/18
207/13
**introducing [1]** 203/20
**introduction [2]** 246/18
247/10
**introductions [3]** 244/7 244/8
244/17
**intros [1]** 244/19
**intuitively [1]** 266/19
**invective [1]** 6/7
**investigate [1]** 186/25
**investigated [3]** 57/23 187/3
194/19
**investigating [9]** 35/11 89/15
162/9 182/8 193/21 204/18
204/24 204/25 205/5
**investigation [24]** 51/8 92/8
92/12 93/10 159/10 160/3
160/9 160/14 160/21 177/1
189/21 190/4 191/20 194/1
194/1 195/21 195/22 195/23
196/3 196/18 202/10 203/20
219/10 219/17
**investigative [3]** 72/10
158/20 162/8
**investigator [4]** 89/2 197/1
219/8 238/11
**investigators [9]** 88/23 189/6
191/5 196/15 198/3 199/10
203/24 211/21 237/10
**invited [1]** 206/8
**involuntary [2]** 142/10 279/11
**involve [2]** 76/13 282/13
**involved [11]** 25/8 30/8 92/8

**involved... [8]**  93/3 124/12
 139/22 171/23 196/4 226/21
 239/11 253/3
**involvement [2]**  25/13 171/25
**Iraq [29]**  14/1 32/15 34/8
 39/11 39/15 44/9 44/17 44/21
 53/13 53/22 53/25 54/3 54/6
 65/23 73/16 93/3 96/23
 115/21 157/23 159/2 159/3
 172/19 190/8 233/15 235/6
 239/9 250/21 272/7 275/22
**irrelevant [1]**  178/2
**is [574]**
**is -- I [2]**  46/15 275/15
**ish [2]**  126/11 165/22
**isn't [28]**  7/22 39/22 61/21
 69/7 92/9 98/21 113/24 141/3
 146/18 154/3 166/14 196/1
 196/6 196/11 196/14 196/20
 196/24 197/4 214/15 218/3
 220/3 226/19 227/19 254/2
 254/14 256/21 269/22 282/1
**isolated [2]**  45/13 277/23
**issue [45]**  4/15 4/16 6/20
 8/13 8/17 8/18 46/4 46/7
 46/12 59/4 59/6 59/7 75/5
 97/19 99/14 102/3 102/4
 103/18 103/22 104/7 105/8
 105/9 110/24 118/7 118/7
 118/8 141/22 160/10 161/7
 162/2 198/17 199/24 226/8
 241/24 247/20 247/24 253/20
 254/20 261/12 271/13 272/10
 272/17 273/10 274/16 278/4
**issues [14]**  40/4 72/4 72/5
 72/6 86/24 100/5 107/17
 131/5 132/4 132/5 138/2
 148/13 190/13 241/22
**it [736]**
**it's [239]**  8/14 9/1 10/11
 10/14 10/22 14/5 14/20 14/25
 15/23 18/13 21/20 24/4 24/5
 33/4 33/4 33/7 33/9 38/1
 40/19 43/19 45/14 46/3 46/6
 46/8 46/10 46/12 47/9 47/9
 47/18 47/19 47/19 47/20 48/9
 48/9 49/13 49/25 50/1 50/6
 50/11 55/24 56/15 56/25 59/7
 59/7 59/14 59/15 59/17 59/22
 60/4 60/5 60/6 60/13 60/14
 60/17 60/20 62/12 63/7 64/19
 68/1 68/14 73/2 74/19 74/19
 76/10 83/2 86/23 89/18 91/11
 95/15 96/22 99/5 101/10
 101/12 103/7 103/12 105/6
 105/9 105/11 105/12 105/14
 106/25 111/25 112/19 114/8
 125/9 126/15 126/22 128/10
 130/3 130/13 134/7 135/4
 156/4 156/6 156/23 157/1
 157/1 157/13 157/14 157/15
 158/10 159/24 160/5 162/7
 162/9 162/10 162/11 162/12
 162/19 163/1 163/20 163/20
 163/21 166/18 169/9 171/13
 171/13 171/14 175/9 176/18
 177/16 183/12 184/21 185/6
 186/7 188/13 192/14 193/19
 195/3 195/10 195/23 201/10
 201/10 202/15 206/12 213/15

**215/4 220/12 223/23 223/24**
 233/10 235/22 235/24 236/9
 237/19 239/17 240/7 241/3
 241/7 241/9 242/12 244/1
 244/1 244/12 246/7 246/11
 246/24 247/5 247/8 248/8
 250/9 250/11 252/19 252/20
 252/23 253/2 253/22 254/3
 255/5 255/6 255/17 256/5
 256/14 256/16 256/16 256/19
 257/9 257/15 257/21 257/21
 258/2 258/9 259/7 259/8
 261/16 261/23 264/15 264/16
 264/25 265/5 265/8 265/9
 265/11 265/12 265/25 267/10
 267/21 267/25 268/1 268/8
 269/17 269/18 269/19 270/11
 270/11 270/17 271/3 271/6
 272/11 273/3 273/4 273/18
 273/20 275/6 275/11 275/17
 276/16 277/3 277/11 277/24
 277/25 278/8 278/22 278/24
 279/2 279/25 280/3 280/4
 280/6 280/7 280/15 280/19
 281/11 281/12 281/13 281/14
 281/15 281/15 282/14
**it's just [1]**  269/18
**Item [10]**  185/10 207/4 211/17
 213/3 217/21 218/6 221/15
 228/1 237/17 238/21
**Item 10 [1]**  237/17
**Item 15 [1]**  238/21
**Item 26 [1]**  185/10
**Item 5 [1]**  207/4
**Item 6 [1]**  211/17
**Item 7 [1]**  213/3
**its [11]**  50/16 101/24 160/19
 166/19 271/25 279/9 280/16
 282/5 282/6 282/11 282/12
**itself [3]**  62/11 63/6 159/13
**IV [1]**  2/9

**J**

**Jackson [1]**  111/8
**Jaguar [3]**  132/15 132/16
 132/19
**James [1]**  38/16
**JAMIE [137]**  1/3 10/1 10/4
 10/21 11/14 11/25 12/8 12/10
 13/5 14/11 15/4 15/20 16/5
 16/13 16/16 17/1 18/6 18/18
 19/4 19/9 19/19 20/4 20/9
 20/24 20/25 21/9 21/10 21/15
 21/24 22/8 23/4 23/18 23/23
 24/9 24/11 24/20 24/23 25/16
 26/7 26/21 27/15 27/17 27/22
 27/25 28/18 28/22 28/24 29/1
 29/1 29/4 29/15 29/18 29/22
 30/8 31/6 31/9 31/16 32/5
 32/11 33/3 33/11 33/13 33/18
 33/25 34/6 34/12 34/25 35/2
 35/4 35/18 35/23 36/10 36/21
 37/9 39/5 39/15 40/7 40/16
 41/8 42/16 43/5 43/20 44/13
 44/21 44/25 45/7 45/11 45/12
 45/14 45/21 46/2 48/1 48/18
 49/14 51/25 52/15 53/4 54/5
 54/14 54/21 55/10 55/17 56/2
 56/16 56/17 56/20 56/25 57/2
 58/12 63/16 64/21 65/11 66/12
 70/6 70/12 77/22 77/23 83/4
 102/12 116/9 139/4 186/23

**7/10/6 192/22 197/34 236/13**
 211/1 215/6 307 233/5 250/2
 252/20 252/24 263/25 268/17
 268/17 269/2 270/2
**Jamie's [1]**  249/14
**January [4]**  128/16 136/19
 137/20 139/9
**jealous [1]**  43/8
**jeans [3]**  20/13 179/9 179/10
**Jennifer [4]**  136/15 139/10
 139/19 140/6
**Jenny [3]**  249/15 249/16 250/1
**jeopardizing [1]**  131/23
**Jimmy [2]**  208/20 208/24
**Jo [1]**  41/18
**Joanne [1]**  2/3
**job [12]**  32/14 32/15 130/18
 133/18 133/25 139/25 140/7
 152/15 226/16 256/7 257/19
 259/14
**Jodi [2]**  11/16 175/16
**Joe [1]**  247/3
**join [2]**  206/8 208/9
**joined [1]**  73/20
**joining [1]**  23/15
**joint [37]**  10/11 10/14 10/16
 10/19 12/5 12/8 14/9 14/23
 15/4 17/24 24/4 24/5 26/1
 26/4 34/23 35/3 35/6 37/6
 48/8 51/22 56/14 59/16 63/4
 181/13 181/15 183/10 184/25
 185/1 188/13 225/10 228/23
 230/21 231/6 241/14 241/15
 241/17 252/19
**joke [1]**  27/11
**joked [1]**  182/18
**joking [3]**  185/16 188/21
 265/3
**JONES [140]**  1/3 4/18 5/7 6/4
 8/6 8/20 8/22 8/25 9/23 10/1
 15/22 22/21 59/22 60/10 61/3
 61/12 61/19 62/4 71/14 71/24
 74/11 75/15 76/7 76/22 77/23
 78/2 80/14 81/17 82/4 82/7
 89/10 94/17 94/21 106/6
 106/7 106/9 106/14 107/16
 110/4 111/6 112/5 123/20
 131/11 132/6 134/3 134/6
 135/25 143/6 143/20 150/4
 151/11 154/15 158/23 159/4
 163/12 164/20 167/5 167/18
 168/7 168/17 176/25 187/21
 189/6 190/7 190/9 190/22
 190/23 190/25 191/9 191/13
 191/15 192/24 195/7 196/24
 197/12 198/2 199/9 201/4
 207/7 209/13 211/2 213/6
 213/8 214/25 217/22 218/25
 219/8 222/24 224/9 224/15
 224/24 227/16 228/3 228/4
 228/5 228/22 229/9 229/14
 231/13 238/11 238/13 239/9
 239/25 242/4 249/14 249/17
 249/19 250/4 250/14 250/15
 250/17 251/6 251/12 251/15
 252/23 253/3 253/11 253/18
 255/22 256/9 256/10 258/6
 259/24 259/24 260/6 260/25
 261/5 261/8 268/6 268/8
 271/18 272/6 274/14 275/19
 275/23 275/25 276/1 276/21
 279/13 280/24

**Jones' [9]** 125/15 229/20 241/23 250/9 258/9 259/6 261/7 268/23 278/16
**Joseph [2]** 41/16 92/20
**judge [48]** 1/11 4/7 4/8 4/15 7/14 8/14 14/3 14/12 47/18 67/22 68/18 71/10 74/6 74/23 74/24 81/1 83/14 94/18 95/1 99/17 100/1 100/8 100/21 104/11 105/2 111/25 161/4 161/5 171/18 176/7 177/23 177/25 201/16 223/23 241/1 241/2 243/17 248/13 248/15 255/21 259/22 261/15 263/3 263/12 266/1 275/6 277/1 282/2
**Judge's [2]** 243/8 246/17
**judgment [1]** 103/24
**July [14]** 122/18 122/23 132/7 132/9 132/13 190/5 190/22 203/14 211/21 218/2 221/19 225/20 237/22 281/16
**July 27 [1]** 190/22
**July 28th [1]** 203/14
**jumbled [1]** 205/8
**jump [1]** 215/7
**jumping [2]** 215/4 215/13
**Jumpy [1]** 41/6
**JUNE [1]** 1/5 166/2 283/6
**jurisdiction [1]** 226/20
**jurors [1]** 49/6
**jury [104]** 1/10 4/10 9/13 9/15 9/20 14/6 22/22 22/24 22/25 47/9 49/18 50/3 50/13 52/22 52/24 56/11 56/25 58/23 58/25 60/9 63/11 63/12 63/13 67/8 67/20 68/1 68/1 69/14 72/3 72/23 73/11 76/7 78/9 84/5 91/1 94/25 99/10 99/11 99/21 100/3 100/3 100/19 100/25 101/4 104/10 104/15 105/24 106/1 106/2 106/23 110/25 118/12 121/14 124/10 126/1 158/15 158/16 164/15 164/16 165/6 166/20 169/23 176/17 176/23 186/18 199/7 201/2 208/1 222/17 222/22 224/4 224/5 224/6 226/25 229/19 240/1 240/10 240/11 242/22 243/15 245/18 245/20 245/23 247/5 247/12 247/16 247/19 247/25 256/15 258/2 260/23 261/16 262/16 263/3 266/20 269/23 270/10 270/10 270/11 271/6 272/9 272/23 274/4 280/7
**jury's [2]** 107/9 125/21
**just [201]** 4/8 6/17 6/23 7/1 10/21 13/13 13/14 13/15 13/15 15/23 18/23 21/14 22/7 23/4 23/8 23/14 26/3 26/13 31/25 36/6 37/24 38/7 39/12 40/3 40/7 40/11 40/12 40/14 42/7 43/8 43/18 43/18 44/23 45/1 46/25 48/12 50/13 52/20 59/8 60/24 61/8 61/22 62/22 63/7 64/19 64/19 68/13 68/14 68/21 69/24 71/5 71/6 71/9 75/12 76/16 79/15 80/18 80/21 82/19 83/11 83/12

83/15 83/17 83/21 86/25 87/11 89/10 89/13 92/2 92/11 96/22 97/25 103/9 103/14 103/16 111/6 111/15 111/25 112/2 112/2 113/17 114/9 114/12 115/20 117/1 118/21 120/10 121/7 125/10 125/16 127/17 128/6 128/11 129/9 134/4 138/22 146/8 147/13 148/11 148/12 149/8 150/8 151/6 151/14 151/16 151/25 152/3 154/21 155/12 159/12 159/25 160/24 162/1 162/24 165/16 166/16 168/1 168/18 169/7 169/25 170/24 170/25 171/15 171/25 174/24 175/18 180/22 180/24 182/2 183/18 184/17 188/11 189/12 192/7 192/7 192/24 197/19 200/1 201/25 206/3 207/8 209/18 211/1 212/1 215/14 216/8 216/20 217/13 222/23 224/17 226/5 229/2 229/3 229/19 232/1 232/17 233/24 236/10 236/13 236/25 237/7 237/11 242/5 242/12 242/15 243/1 243/12 243/21 243/21 244/1 245/14 246/8 246/11 248/6 254/5 254/19 255/17 256/23 257/21 258/2 258/9 261/18 262/18 262/23 263/23 265/9 266/3 267/20 269/18 270/23 271/20 271/22 273/8 274/11 274/22 276/14 277/12 278/4 279/7 280/20 281/11
**justice [2]** 45/4 45/6
**justify [1]** 101/15

**K**

**K-H-A-L-I-D [1]** 204/20
**Kallan [7]** 41/16 41/18 42/16 55/18 97/21 98/8 99/3
**Kara [3]** 57/17 57/24 266/16
**Karen [1]** 163/11
**Katz [2]** 72/13 266/15
**KBR [72]** 1/6 1/7 2/2 8/19 18/23 18/25 18/25 21/25 32/1 32/3 32/6 32/8 33/6 33/21 34/25 38/25 39/6 45/19 48/2 53/17 53/18 54/9 54/25 55/2 56/11 56/25 59/18 59/23 60/6 60/8 60/17 61/5 61/9 61/10 61/11 61/20 61/25 62/1 62/4 62/6 62/10 62/10 62/21 118/25 152/17 154/7 159/21 174/6 174/10 174/19 179/12 187/4 190/7 190/9 190/15 190/21 191/10 196/2 241/23 242/22 246/19 251/15 252/15 254/3 265/2 270/8 270/9 273/3 273/6 273/11 273/21 274/1
**KBR -- I [1]** 21/25
**KBR's [6]** 34/16 55/21 57/17 61/11 263/19 267/8
**keep [9]** 9/13 67/21 101/6 120/18 133/18 133/25 141/14 148/2 262/21
**keeping [3]** 50/22 148/13 153/25
**KEITH [1]** 1/10
**KELLOGG [3]** 1/6 1/7 190/7

**Kelly [12]** 1/14 1/15 9/24 60/25 248/6 248/16 255/22/25 199/3 227/2 264/21 268/19 274/2
**Kelly's [5]** 60/23 186/18 206/20 234/22 273/18
**Kempsta [1]** 31/4
**kept [7]** 9/7 9/8 19/17 132/25 141/15 147/1 147/2
**Khalid [5]** 204/20 204/21 204/22 205/1 205/12
**Khalin [1]** 204/20
**kick [1]** 87/6
**kicking [1]** 86/17
**Kimberly [1]** 264/11
**kind [20]** 42/8 57/6 83/15 93/7 102/3 104/2 113/24 115/19 125/1 141/6 150/1 160/2 205/8 206/19 212/13 217/7 236/15 238/8 256/13 256/22
**kindly [2]** 75/25 76/5
**kinds [2]** 101/25 150/24
**kit [7]** 11/15 16/17 18/22 18/24 19/8 190/3 190/12
**kiwi [1]** 31/3
**knew [34]** 17/11 28/15 30/6 30/7 30/17 33/1 37/16 37/20 37/23 43/17 93/1 98/24 137/5 137/6 137/24 138/3 138/9 138/11 138/13 141/22 141/23 172/8 194/19 204/11 204/12 207/22 221/10 221/11 226/20 226/20 235/22 235/24 236/1 276/5
**knock [1]** 188/5
**knocked [3]** 185/14 187/20 187/24
**know [178]** 4/15 6/16 7/10 7/22 13/19 13/20 17/7 17/13 17/15 19/10 20/19 22/16 23/23 23/25 25/13 25/25 27/16 28/22 29/6 32/21 32/23 34/25 35/9 36/1 36/6 37/14 37/17 38/24 42/25 45/7 55/25 56/2 58/5 59/7 60/4 60/4 60/18 60/23 63/23 66/2 67/8 67/9 70/20 71/16 72/16 74/16 74/22 83/11 84/21 88/1 89/18 94/10 95/15 102/20 108/4 108/7 110/6 110/13 111/16 111/23 112/23 112/25 113/17 114/6 114/8 121/19 122/7 123/25 126/9 127/15 132/2 133/16 133/16 133/23 133/24 134/3 136/12 136/14 137/1 137/3 137/5 138/1 138/1 138/4 138/9 138/9 144/11 144/19 146/12 149/8 149/9 150/20 150/22 151/4 151/13 151/14 154/12 155/13 155/15 155/21 157/24 159/5 159/5 161/13 167/14 168/22 169/25 170/25 172/10 172/15 172/25 173/13 175/17 178/16 181/8 182/23 184/15 184/15 188/8 190/17 192/3 195/15 197/19 198/14 200/6 202/23 202/23 206/4 206/15 208/3 212/22 216/3 218/18 218/21 218/23 221/21 222/6 226/23 226/24 232/12 234/17 235/21 236/15

**K**

know... [35]  237/13 241/8
243/15 243/16 245/11 247/23
248/8 248/16 248/17 249/19
250/6 252/1 252/9 252/9
252/9 254/11 256/25 258/9
259/21 259/25 261/14 261/19
262/13 262/18 262/19 265/13
268/7 270/1 270/15 274/21
276/1 276/19 279/20 281/13
281/21
knowing [1]  140/24
knowledge [6]  6/4 61/11 61/15
149/12 253/24 254/1
known [2]  142/15 263/7
knows [5]  58/11 138/6 150/12
240/13 278/17
Kristen [14]  10/7 10/10 10/25
11/11 174/1 174/4 175/4
175/5 175/7 175/14 175/24
185/23 269/2 269/3

**L**

lab [1]  89/10
laboratory [1]  190/3
laceration [3]  44/10 44/11
44/15
lacerations [1]  84/24
lack [1]  266/21
lacked [1]  160/17
Lackson [9]  111/8 111/18
111/24 112/3 112/12 112/20
113/3 113/6 113/11
ladies [3]  68/11 131/20
272/22
lady [2]  111/21 140/9
Lahiri [4]  34/3 35/8 35/15
35/20
laid [1]  27/4
Lamictal [1]  39/14
language [3]  157/11 183/19
237/5
Lannie [1]  1/14
lap [1]  19/8
large [2]  6/7 261/9
larger [3]  14/21 261/6 261/12
laser [2]  13/22 44/2
lash [1]  40/5
last [39]  5/25 26/2 27/13
35/18 40/3 48/5 63/16 66/12
77/19 92/3 107/18 112/6
118/23 119/21 135/10 135/20
142/6 157/12 182/14 183/15
183/25 209/13 210/24 210/24
217/11 228/16 228/18 229/21
231/3 232/20 237/17 242/5
242/16 243/9 245/13 245/21
245/22 247/7 273/15
lasted [3]  129/3 129/4 230/5
late [12]  120/18 121/15
121/18 149/20 166/2 169/22
222/16 242/7 242/15 245/15
246/11 247/8
later [17]  29/3 35/17 88/7
88/9 133/3 177/17 180/18
200/17 209/2 211/15 213/9
214/8 217/13 218/12 231/25
236/14 269/14
laughed [1]  27/10
launched [2]  195/21 195/23
law [11]  1/15 1/18 1/21 7/4

lawsuit [11]  16/15 38/22
54/21 56/3 58/5 58/6 64/21
84/7 117/7 134/8 256/14
lawyer [9]  68/15 68/15 69/15
69/18 70/18 70/19 83/19
268/1 269/11
lawyers [3]  42/25 55/21
158/18
lay [8]  13/9 13/10 16/16
20/18 154/21 201/25 264/15
265/9
layers [2]  161/3 192/14
laying [2]  18/18 20/23
layout [1]  204/11
leader [1]  110/23
leading [6]  4/11 69/16 69/23
188/18 215/2 265/5
leads [2]  141/18 266/17
leak [1]  131/3
leaned [1]  22/1
learn [4]  16/17 47/2 47/11
90/6
learned [12]  15/7 46/2 46/7
46/10 47/6 47/13 70/9 84/6
102/15 122/17 148/23 218/12
learning [1]  151/24
lease [5]  155/17 156/1 156/6
157/21 171/7
least [7]  8/19 67/25 104/4
215/23 248/1 272/6 279/18
leave [14]  29/22 33/3 60/8
79/6 93/12 131/21 131/22
158/19 211/1 221/6 227/16
227/21 262/22 262/25
leaves [3]  6/12 21/15 21/16
leaving [2]  33/11 218/23
led [3]  131/2 132/4 140/15
left [23]  6/11 9/11 10/4
13/23 27/5 28/24 32/5 32/6
33/4 42/9 44/3 44/6 44/17
93/11 117/14 156/23 177/24
210/20 221/22 222/5 225/2
238/13 239/21
left-sided [1]  117/14
legal [4]  52/3 104/2 246/4
270/16
legislative [1]  101/18
legs [3]  12/19 13/10 28/5
LEIGH [11]  1/3 10/1 45/7
45/11 45/14 56/17 56/20 57/2
77/22 77/23 190/6
length [4]  171/6 171/7 171/12
200/1
lengths [1]  42/1
lengthy [1]  248/2
Leonard [2]  158/25 159/16
Leonard's [1]  159/14
less [6]  90/16 90/19 130/14
172/3 214/15 275/22
let [45]  5/11 5/17 6/8 11/25
25/20 34/19 34/23 34/25 40/7
52/25 59/1 67/14 83/13 100/5
104/5 108/1 109/3 112/5
118/12 118/21 122/14 124/7
125/12 135/15 165/16 177/6
184/17 187/13 187/25 188/9
189/12 191/14 197/12 198/2
199/9 208/1 209/18 225/6
239/22 247/6 263/6 265/24
268/15 271/10 276/11

let's [37]  9/13 11/15 14/22
56/23 65/4 68/11 76/20 77/15
83/22 88/17 89/21 90/20
92/11 96/24 97/4 99/9 103/2
110/10 114/20 114/25 116/7
116/13 120/7 122/12 124/19
126/4 126/7 129/12 133/4
134/24 134/24 135/8 135/20
140/13 143/5 145/11 152/6
154/13 155/12 155/20 156/9
159/6 159/14 162/19 172/19
176/4 181/13 190/10 191/7
192/24 194/16 195/4 201/14
203/3 207/4 207/7 211/1
221/16 224/17 227/25 228/1
230/14 233/1 236/5 237/15
237/15 238/21 257/1 258/19
262/11 264/12 280/11
letter [13]  35/8 128/18 189/2
189/6 189/20 190/2 193/7
193/11 196/12 196/14 196/21
196/24 197/4
letters [1]  133/8
letting [1]  188/20
level [6]  44/22 44/25 55/7
64/13 89/12 271/21
levels [1]  160/10
libel [4]  103/23 103/25 104/9
104/12
libel-proof [4]  103/23 103/25
104/9 104/12
Liberty [2]  137/22 138/7
Lidocaine [4]  13/13 13/15
16/2 16/2
lids [1]  216/6
lied [9]  191/13 191/16 192/23
194/9 197/2 197/3 197/10
197/16 210/10
life [19]  56/3 56/7 72/4 72/5
73/13 73/15 90/8 94/19
107/17 110/8 115/22 131/3
140/24 140/25 149/21 152/2
192/12 278/25 280/7
life-threatening [1]  131/3
lift [1]  180/16
light [4]  20/12 30/19 179/10
268/25
like [96]  4/17 7/5 11/16
19/14 19/22 19/25 20/5 22/3
22/16 24/1 26/1 26/21 31/23
31/23 33/7 41/6 42/12 46/11
47/16 49/23 50/2 50/5 50/13
55/2 56/4 56/13 59/11 64/19
65/1 100/8 101/4 104/7
104/15 104/23 107/7 110/7
111/11 112/18 116/23 120/9
124/18 124/20 130/13 136/11
138/14 141/12 147/4 147/9
147/10 148/9 149/10 150/2
151/9 153/15 154/6 156/23
157/8 159/21 162/9 164/22
165/5 165/5 170/15 172/14
184/3 184/18 197/10 202/17
208/15 208/22 209/25 211/1
216/5 216/6 217/8 220/8
220/22 221/14 224/13 224/13
225/10 232/20 234/8 237/22
247/21 247/22 249/21 256/19
261/16 262/9 262/24 274/13
274/18 276/2 281/4 282/14
liked [1]  220/7

**likely [4]** 7/20 53/15 156/6
 234/1
**liking [1]** 220/6
**Lilly [1]** 31/11
**limine [4]** 45/24 46/19 46/23
 56/22
**limp [1]** 117/17
**linchpin [1]** 104/8
**line [39]** 52/3 77/21 81/3
 81/4 108/10 108/10 120/11
 126/19 127/12 132/19 144/21
 165/18 199/25 200/2 200/5
 209/13 239/24 241/23 242/1
 244/4 244/14 246/21 254/20
 259/2 259/13 260/24 262/5
 262/6 262/6 264/19 267/6
 267/6 271/2 271/3 272/14
 273/2 273/16 273/17 278/24
**lines [22]** 80/3 80/18 107/14
 108/16 113/21 221/17 225/12
 240/1 242/2 242/3 242/9
 243/1 244/7 244/16 256/18
 262/13 263/13 264/12 264/13
 266/5 267/20 274/7
**lingering [1]** 241/24
**list [6]** 101/4 245/23 247/7
 247/7 248/10 254/2
**listed [1]** 254/1
**listen [2]** 199/2 274/15
**lists [2]** 18/11 18/15
**litigation [1]** 51/9
**little [31]** 23/11 27/1 27/3
 27/7 27/15 33/4 33/7 33/10
 33/11 34/19 36/8 44/17 56/8
 56/17 57/7 69/16 78/8 80/22
 99/3 107/14 144/23 147/17
 156/12 169/2 180/24 205/9
 208/15 231/21 256/5 277/25
 279/24
**live [3]** 40/22 40/22 163/5
**lived [4]** 41/21 73/24 132/7
 137/10
**lives [2]** 62/5 62/6
**living [5]** 23/21 41/20 131/18
 137/14 149/18
**LLP [1]** 2/10
**load [1]** 205/25
**loaded [2]** 84/25 205/23
**loan [1]** 132/24
**located [2]** 12/20 252/15
**location [1]** 185/18
**locations [3]** 12/20 12/21
 89/5
**lock [2]** 153/5 154/8
**locked [2]** 154/2 250/7
**locking [3]** 153/11 153/13
 154/2
**locks [1]** 153/6
**Loewe [1]** 278/10
**LOGCAP [3]** 18/7 18/8 136/6
**LOGCAP III [1]** 136/6
**logs [1]** 250/12
**long [30]** 11/9 19/24 19/24
 21/25 22/15 22/21 23/23 27/3
 27/17 29/20 29/20 35/15
 124/11 151/5 151/6 152/19
 161/24 192/18 214/1 222/3
 222/6 241/9 245/9 245/23
 246/19 255/10 262/5 263/14
 263/24 263/25

**longer [7]** 4/24 9/4 39/23
 55/9 166/16 247/16 282/6
**look [54]** 7/4 12/16 15/11
 24/3 29/7 35/6 37/25 49/10
 50/10 63/9 75/15 75/19 85/7
 88/5 88/19 90/6 96/24 98/16
 100/4 100/6 107/6 108/9
 108/15 108/19 119/15 119/20
 120/23 121/5 125/15 126/12
 129/14 136/17 143/5 143/5
 154/14 156/23 157/8 179/4
 184/17 190/18 191/7 192/21
 196/6 201/14 203/11 212/13
 228/1 233/1 237/15 242/25
 248/5 260/1 261/1 274/19
**looked [13]** 15/24 23/14 43/23
 44/8 47/12 68/1 69/20 146/8
 148/7 150/2 151/9 157/17
 212/10
**looking [19]** 14/16 49/14 59/8
 64/4 73/12 75/8 92/3 92/13
 96/4 103/18 106/9 150/19
 160/1 160/2 202/2 239/2
 267/16 277/22 282/6
**looks [12]** 13/19 37/13 104/7
 112/18 156/23 157/8 184/18
 208/22 209/24 221/14 237/22
 256/19
**Loop [1]** 114/5
**lose [2]** 139/25 152/15
**loss [3]** 84/18 84/18 188/19
**lost [1]** 188/8
**lot [39]** 6/7 16/20 16/22
 20/17 23/13 25/2 29/2 37/11
 37/13 45/22 49/19 70/6 70/11
 70/14 74/11 79/22 98/23
 99/19 108/4 111/19 113/15
 114/6 115/18 117/3 120/17
 130/24 132/3 138/1 138/2
 141/21 141/22 202/21 205/9
 219/18 227/19 243/7 247/25
 254/22 280/23
**lots [1]** 131/1
**loud [1]** 77/15
**low [2]** 108/25 262/1
**low-cut [1]** 262/1
**low-grade [1]** 108/25
**lower [2]** 16/1 76/1
**ludicrous [1]** 55/24
**Luke's [1]** 241/4
**lumbar [1]** 108/5
**Lunardi [3]** 203/17 203/20
 204/1
**lunch [4]** 99/8 124/15 124/16
 153/16
**Lynn [2]** 35/16 198/9

**M**

**ma'am [20]** 59/9 75/20 76/5
 76/9 76/17 77/1 97/25 120/5
 124/7 125/3 137/19 166/3
 175/21 179/1 193/10 194/16
 194/24 212/1 232/4 259/10
**machine [3]** 19/25 20/2 136/15
**mad [5]** 87/22 88/13 234/24
 235/3 235/5
**made [61]** 12/21 13/2 29/15
 32/8 32/14 32/17 32/21 32/23
 33/6 39/2 49/12 53/18 53/21
 69/13 71/25 72/1 73/5 74/25
 78/3 78/6 79/6 81/15 87/5
 88/13 93/17 94/9 98/19

**7/04/1b 118/3 123/2 137/21
 137/7 159/6 160/5 160/20
 168/21 177/16 177/17 177/20
 189/6 192/10 198/13 198/15
 202/10 210/16 213/3 214/17
 217/17 230/1 230/4 233/18
 238/5 246/5 246/24 252/20
 252/21 253/10 253/23 271/16
 271/16 279/22**
**Magistrate [1]** 161/5
**mail [55]** 24/3 24/8 24/8
 24/18 25/14 32/2 35/3 102/5
 102/7 102/14 129/21 130/3
 130/11 133/8 133/13 135/1
 135/5 135/10 135/21 135/22
 136/10 136/18 136/21 139/17
 139/21 140/4 140/15 155/9
 157/25 158/4 165/9 166/5
 167/7 167/9 167/12 167/21
 168/13 169/16 169/18 169/22
 228/6 231/4 231/10 231/13
 231/19 232/14 234/13 234/17
 234/20 238/16 239/5 239/14
 239/14 245/12 249/23
**mailed [1]** 237/25
**mailing [2]** 158/5 238/12
**mails [18]** 8/19 8/23 8/24 9/4
 33/22 72/9 128/19 130/8
 134/12 135/8 139/10 139/16
 140/5 140/14 140/15 154/22
 168/24 232/20
**Main [1]** 2/6
**mainly [1]** 268/1
**make [43]** 21/10 25/22 30/12
 43/8 52/17 52/20 56/10 56/10
 64/13 80/22 88/2 90/20 95/20
 101/23 102/3 103/9 112/13
 120/19 120/20 126/10 132/24
 141/12 147/15 152/10 153/14
 163/21 177/6 180/22 195/14
 206/12 212/13 218/14 223/18
 225/11 226/12 229/13 239/15
 242/13 246/22 267/1 270/23
 274/22 274/25
**makes [7]** 12/25 61/19 61/25
 87/19 110/20 251/14 280/12
**makeup [2]** 259/6 259/13
 260/14 260/19
**making [12]** 31/6 93/19 94/22
 95/7 179/5 180/4 181/4
 188/21 200/3 200/4 247/15
 282/2
**male [5]** 79/9 154/11 173/18
 194/11 267/7
**malfunction [2]** 80/20 142/4
**malfunctions [1]** 181/16
**Mall [3]** 18/6 53/4 54/9
**man [15]** 32/19 41/14 80/10
 148/24 149/6 149/19 149/22
 150/12 152/2 153/24 173/12
 182/20 225/5 226/15 256/15
**managed [2]** 41/7 254/23
**management [1]** 4/23
**manager [7]** 23/8 24/3 32/8
 152/17 154/4 154/7 154/11
**managers [1]** 53/19
**mandatory [1]** 52/16
**Manguno [2]** 38/17 39/8
**Manguno-Mire [1]** 39/8
**manifestation [1]** 108/22
**many [14]** 26/12 38/14 46/16
 46/17 46/21 111/2 121/3

**many... [7]**  129/7 147/19
147/19 147/19 159/2 215/21
216/3
**March [8]**  119/2 119/4 120/13
165/8 166/4 166/10 167/6
168/11
**March 21st [1]**  168/11
**Marie [1]**  1/21
**mark [11]**  81/15 89/19 135/2
145/5 145/12 148/7 148/15
149/25 150/1 151/8 155/10
**marked [2]**  55/2 67/17
**markets [1]**  18/17
**marks [1]**  133/9
**married [2]**  42/15 73/19
**Master's [1]**  45/9
**material [3]**  160/10 163/10
163/13
**Matt [4]**  209/2 213/21 213/25
214/13
**matter [4]**  146/18 194/19
248/22 266/13
**matters [4]**  50/21 98/24 148/5
220/2
**Matthew [5]**  30/3 33/5 33/14
220/25 222/4
**mauled [1]**  66/5
**max [1]**  108/17
**maximum [1]**  5/24
**may [88]**  4/4 4/25 6/19 7/12
9/23 9/24 23/1 28/24 42/18
42/18 45/24 46/3 48/11 48/17
51/13 51/14 56/9 59/1 62/18
63/11 63/14 66/24 69/22
69/22 70/4 74/6 74/8 75/4
90/3 91/17 91/18 91/19 92/10
98/3 99/12 102/3 106/3 106/4
110/3 110/11 117/1 131/11
131/20 158/17 158/18 164/11
164/16 164/17 164/18 166/2
167/2 167/3 167/14 167/14
167/16 167/22 170/18 170/19
197/10 197/16 198/18 201/2
203/5 206/22 222/24 224/7
224/11 240/12 240/15 240/17
240/17 243/5 246/20 246/22
252/3 253/5 254/4 262/17
262/22 262/23 263/14 264/1
266/11 268/7 275/19 281/16
281/18 282/20
**maybe [18]**  15/16 15/17 23/17
29/1 45/3 61/4 75/5 111/1
111/20 111/22 117/3 121/1
140/23 168/18 173/17 174/9
198/13 281/4
**McCormack [5]**  30/3 33/5 33/14
158/23 159/1
**McKinney [21]**  2/9 2/10 6/12
71/4 71/5 71/15 74/5 108/8
111/17 118/8 133/16 133/24
150/24 162/9 164/17 192/16
194/23 199/3 213/14 227/3
227/4
**McKinney's [2]**  67/11 83/22
**McMichael [5]**  30/2 30/22
31/18 33/16 203/18
**me [267]**  4/3 5/17 6/18 7/16
9/14 10/18 11/2 11/17 11/20
11/25 12/17 12/21 12/23 13/1
13/3 13/19 13/19 14/3 17/17

19/13 19/11 19/12 18/22 19/23
19/22 20/11 20/20 20/22 21/10
21/18 22/3 22/6 22/8 23/13
24/24 24/25 25/2 25/4 25/20
25/21 25/21 27/3 27/8 28/9
28/11 28/14 28/17 28/18
28/19 29/11 30/23 31/2 31/17
31/18 31/21 31/22 31/24 32/9
33/6 33/6 34/9 34/19 34/23
36/17 37/15 38/3 39/2 39/3
40/7 40/19 41/1 41/3 41/9
41/22 42/1 42/3 42/4 42/6
42/7 42/10 42/20 43/5 43/23
45/1 45/11 53/2 54/25 55/2
55/15 55/25 59/1 59/13 59/20
61/20 66/20 67/6 67/14 69/9
71/18 72/3 72/19 72/21 72/23
73/11 76/25 77/24 79/1 79/4
79/13 79/21 81/21 85/25
86/20 87/6 87/7 87/17 89/11
91/6 91/8 91/25 93/24 94/16
94/16 95/3 95/16 98/8 98/13
99/9 100/5 102/24 108/1
109/3 110/20 110/22 111/20
112/5 113/10 114/7 114/18
116/18 118/21 119/7 120/9
120/18 120/19 120/20 121/17
122/14 123/6 123/7 124/5
124/7 124/7 125/10 125/12
128/11 130/18 132/25 133/17
133/23 134/1 134/3 134/14
134/19 135/15 136/13 139/23
140/3 140/7 141/18 141/21
145/12 146/21 149/6 149/15
153/24 156/5 156/16 156/16
156/17 156/17 157/25 162/5
165/14 165/16 166/11 167/6
167/21 170/15 170/16 171/3
171/24 175/17 175/17 177/6
178/24 180/12 183/6 183/18
184/17 186/16 188/3 188/9
189/12 191/14 192/22 194/13
196/13 197/12 197/24 197/25
198/2 198/9 198/16 199/9
199/22 201/5 208/1 209/18
211/11 212/6 212/14 212/16
213/1 215/14 218/1 218/23
220/9 223/2 223/16 225/6
225/12 225/25 226/18 227/1
227/1 229/5 231/14 233/18
234/11 235/16 235/16 236/6
236/24 239/22 240/23 247/11
251/16 256/5 257/17 259/20
260/16 261/16 263/6 264/10
265/24 268/7 268/15 268/15
269/15 271/10 274/25 276/11
277/16 277/18 279/22 280/14
**mean [53]**  9/3 21/25 25/4 38/6
38/20 46/15 47/6 50/6 58/10
58/12 60/18 63/2 64/18 81/17
103/6 106/11 107/5 110/9
113/16 116/4 117/1 117/3
117/24 122/7 124/5 128/10
130/12 152/4 175/1 186/4
223/6 225/7 227/4 239/22
242/5 242/25 243/23 244/12
246/2 246/24 248/16 252/5
256/17 256/21 257/12 258/12
259/14 269/11 269/14 270/8
271/24 275/16 276/10
**meaning [1]**  229/15
**means [12]**  15/8 48/16 51/12

19/17 29/11 32/5 34/21 32/5 107/2
118/22 142/23 147/11 182/23
**meant [5]**  12/17 15/7 91/25
234/7 234/20
**measures [1]**  143/1
**mechanical [1]**  1/24
**medevac [3]**  191/12 191/15
194/5
**media [9]**  12/10 12/13 49/22
52/20 63/20 63/25 65/1 70/8
70/9
**medic [1]**  28/17
**medical [19]**  15/23 20/23 72/9
80/12 81/9 85/5 106/20
108/19 121/11 131/21 132/3
132/5 138/4 144/6 158/24
204/2 227/17 227/22 241/4
**medication [3]**  55/11 93/1
93/7
**medications [1]**  183/3
**meds [1]**  94/4
**meet [5]**  28/14 41/19 109/17
206/12 257/16
**meeting [9]**  32/7 32/8 32/9
148/4 148/18 148/23 154/5
154/8 227/12
**meets [1]**  280/20
**Meisner [10]**  38/18 38/20 39/1
39/5 222/25 223/4 223/5
223/7 223/10 240/15
**Melissa [1]**  208/20
**member [1]**  51/4
**members [6]**  22/25 63/13 106/2
113/13 164/16 224/6
**memories [2]**  179/23 181/3
**memory [24]**  27/12 37/15 38/2
38/7 64/16 64/20 122/3 122/6
130/14 136/20 165/17 175/19
180/12 188/8 188/19 210/13
218/2 218/22 221/24 222/5
231/21 232/17 245/17 269/5
**men [15]**  185/14 187/12 187/23
188/6 188/19 191/22 193/6
193/13 194/18 195/11 196/16
260/1 261/1 266/8 266/21
**mention [8]**  53/24 54/2 54/8
54/11 67/20 167/24 178/6
270/10
**mentioned [6]**  23/23 117/9
117/11 130/20 239/8 242/7
**mentions [1]**  273/25
**merit [1]**  160/12
**message [12]**  101/4 135/22
136/11 139/18 139/21 155/6
237/11 238/2 238/3 238/7
239/8 240/23
**messages [1]**  93/12
**messed [1]**  236/15
**met [15]**  29/11 31/4 41/20
137/17 142/20 149/9 151/19
178/7 205/17 205/20 207/12
249/1 249/22 249/24 270/19
**MFT [1]**  96/12
**mic [2]**  49/7 242/20
**Michael [1]**  159/1
**microphone [1]**  91/6
**middle [11]**  45/17 78/8 78/10
78/10 108/15 117/11 121/10
207/5 217/12 245/25 276/20
**might [28]**  4/10 39/19 82/14
84/8 84/8 86/1 86/16 87/9
90/24 103/1 110/20 119/20

**M**

**might... [16]** 138/19 139/22
153/12 158/9 169/4 176/12
181/3 181/10 184/22 201/11
203/11 257/2 261/11 262/2
262/21 271/9
**Mike [2]** 157/25 158/2
**mild [1]** 84/13
**military [10]** 33/8 78/16
90/10 90/11 90/12 191/9
191/13 191/16 227/18 227/22
**Milloy [3]** 161/6 177/23
177/25
**mind [9]** 31/25 75/13 121/1
167/9 202/2 214/23 226/23
234/13 236/21
**minded [1]** 71/6
**mine [1]** 67/12
**minimal [1]** 280/10
**minor [1]** 40/1
**minute [12]** 22/16 24/1 58/21
71/9 115/20 154/17 212/20
222/19 228/13 230/8 230/11
256/22
**minutes [17]** 22/21 27/18 77/2
158/14 211/3 212/23 213/9
214/8 214/12 214/14 218/10
218/17 218/19 219/3 230/6
231/25 236/14
**Mire [2]** 38/17 39/8
**mirror [2]** 37/25 38/5
**misapprehension [2]** 87/11
269/20
**mischaracterized [1]** 266/7
**mischaracterizes [4]** 127/8
192/4 192/8 267/22
**mischaracterizing [1]** 269/9
**mischief [1]** 6/18
**miscommunication [2]** 36/17
36/19
**misconduct [1]** 280/13
**misdemeanor [1]** 5/21
**misleading [4]** 50/10 60/2
271/6 272/9
**misplaced [1]** 125/12
**misrepresent [1]** 161/11
**missed [2]** 26/3 168/18
**misshapen [1]** 38/11
**missing [1]** 171/1
**misstatement [1]** 269/19
**mistake [5]** 87/11 92/1 121/2
127/10 210/20
**mistaken [1]** 5/25
**mistakenly [1]** 228/19
**misunderstand [1]** 169/15
**misunderstanding [2]** 36/15
117/1
**misunderstood [2]** 78/4 88/14
**mitigating [1]** 104/1
**mitigation [2]** 103/21 104/2
**mode [2]** 61/14 236/13
**molded [1]** 124/5
**mom [12]** 31/5 110/18 111/13
113/17 132/12 139/8 139/8
140/17 147/2 148/22 150/10
151/19
**moment [9]** 14/4 25/3 80/21
106/15 121/7 141/18 189/12
203/5 229/19
**Monday [1]** 245/3
**Mondays [1]** 168/16

**money [3]** 70/13 70/14 70/15
**month [2]** 120/9 183/3
**months [11]** 34/10 41/18 87/13
88/1 119/21 123/21 147/19
275/22 277/11 279/7 282/24
**moot [1]** 102/4
**more [55]** 5/2 5/2 5/3 5/11
7/4 8/23 8/25 9/1 12/3 38/19
45/9 53/15 54/11 62/12 62/14
62/23 64/11 64/13 64/16 75/9
91/24 100/6 104/18 119/7
119/22 126/23 130/18 131/16
133/3 142/15 149/9 155/18
171/6 171/15 172/3 199/4
199/16 204/14 204/15 208/15
215/23 215/24 227/19 229/2
243/15 247/13 254/20 260/22
261/23 269/9 275/2 278/4
278/15 279/13 279/25
**Moreover [1]** 47/18
**Morgan [1]** 136/2
**morning [51]** 9/16 11/10 16/21
17/1 17/22 28/2 28/6 28/12
42/12 64/11 71/14 71/15
102/5 102/6 104/19 104/21
106/17 158/6 172/22 173/6
173/21 173/23 174/22 178/5
178/11 178/12 179/20 180/12
185/19 195/7 199/23 204/7
208/2 222/12 225/3 228/3
228/6 228/11 230/2 231/15
232/8 232/21 234/10 237/11
238/3 238/7 247/19 248/7
249/23 264/2 264/3
**Morris [5]** 1/21 1/21 5/2 6/6
272/18
**most [3]** 75/1 177/24 198/24
**mother [67]** 23/21 25/24 37/19
40/5 41/20 41/20 42/1 42/9
98/11 98/12 110/11 110/20
110/21 110/22 111/3 111/4
130/19 130/22 131/25 134/13
135/8 135/25 136/5 136/9
136/18 136/25 137/3 137/8
137/16 137/24 138/6 138/19
139/2 140/8 140/17 140/21
141/5 141/12 141/20 141/21
146/12 146/14 146/17 146/19
146/23 147/1 147/14 148/3
148/4 148/14 148/16 148/18
149/2 149/4 149/7 149/18
150/15 150/16 151/14 151/24
152/1 152/3 271/4 271/5
271/14 272/2 272/4
**mother's [8]** 110/19 130/20
130/21 131/14 138/14 138/23
147/18 150/7
**motion [7]** 45/24 46/19 46/22
56/22 101/8 103/2 103/24
**mountains [1]** 255/22
**mouth [1]** 13/8
**mouthpiece [1]** 268/24
**move [29]** 42/20 45/25 56/23
100/8 107/8 114/10 115/20
122/12 129/23 130/3 134/24
134/24 135/12 143/7 154/18
154/25 159/22 168/2 172/19
183/9 189/10 199/2 202/1
202/12 206/6 230/20 241/3
241/11 241/17
**moved [4]** 132/11 194/5 252/6
252/23

**movement [1]** 252/18
**moving [2]** 103/15 252/20
**MPO [7]** 90/12 90/12 90/14
92/22 93/9 93/13 93/22
**Mr [5]** 9/3 9/4 204/1 253/17
273/18
**Mr. [153]** 6/12 6/13 8/2 9/24
60/23 60/25 61/1 67/11 71/4
71/5 71/15 74/5 79/11 83/22
103/19 108/8 111/17 115/21
118/8 118/24 122/19 123/4
123/12 124/23 125/24 129/8
133/13 133/16 133/24 139/22
139/24 142/2 146/1 147/2
147/15 147/18 147/21 148/2
148/15 148/17 148/22 150/24
152/10 152/14 153/13 154/22
155/9 157/5 157/13 157/23
158/4 162/9 164/17 165/1
165/7 165/8 168/13 168/13
169/14 169/24 171/17 172/6
176/10 177/6 177/10 178/17
178/17 178/20 179/1 179/5
179/20 179/24 180/1 180/2
180/4 180/7 181/1 181/9
186/18 190/15 192/16 192/25
194/23 199/3 199/3 203/20
204/1 205/22 206/7 206/7
206/15 206/20 208/2 208/19
209/2 209/3 209/8 210/7
210/8 213/14 214/17 215/21
218/3 219/3 219/21 220/6
220/14 220/14 220/19 221/5
221/20 225/2 226/2 226/23
227/2 227/3 227/4 227/11
229/20 229/20 230/11 231/24
232/1 234/4 234/22 236/7
244/12 250/9 251/3 253/1
253/18 254/22 255/3 256/2
256/4 258/1 258/18 263/16
264/21 264/25 267/7 268/19
268/24 271/7 271/13 272/1
273/9 273/12 273/18 273/21
273/25 274/2 277/24
**Mr. Adams [5]** 267/7 272/1
273/9 273/21 273/25
**Mr. Adams' [2]** 271/7 271/13
**Mr. Andino [1]** 263/16
**Mr. Arroyo [18]** 177/6 178/17
178/20 179/1 179/5 179/20
179/24 180/1 180/4 180/7
181/1 181/9 206/7 227/11
232/1 234/4 236/7 268/24
**Mr. Arroyo's [2]** 177/10
231/24
**Mr. Bortz [22]** 6/13 8/2
103/19 178/17 180/2 190/15
206/7 206/15 208/2 208/19
209/8 220/6 220/14 220/14
220/19 225/2 226/2 255/3
256/2 256/4 258/1 273/12
**Mr. Bortz' [9]** 205/22 210/7
221/5 221/20 226/23 229/20
230/11 254/22 277/24
**Mr. Castillo [1]** 209/2
**Mr. Castillo's [2]** 209/3
210/8
**Mr. Daigle [1]** 79/11
**Mr. Estefan [1]** 244/12
**Mr. Hedges [2]** 251/3 253/1
**Mr. Iler [36]** 115/21 118/24
122/19 123/4 123/12 124/23

**M**

Mr. Iler... **[30]**  125/24 129/8
133/13 139/22 142/2 146/1
147/2 147/15 147/18 147/21
148/2 148/15 148/17 148/22
152/10 152/14 153/13 154/22
155/9 157/5 157/13 157/23
165/1 165/7 165/8 168/13
168/13 169/14 169/24 171/17
Mr. Iler's **[2]**  139/24 172/6
Mr. Jones **[1]**  253/18
Mr. Jones' **[2]**  229/20 250/9
Mr. Kelly **[10]**  9/24 60/25
61/1 176/10 192/25 199/3
227/2 264/21 268/19 274/2
Mr. Kelly's **[5]**  60/23 186/18
206/20 234/22 273/18
Mr. Lunardi **[2]**  203/20 204/1
Mr. McKinney **[19]**  6/12 71/4
71/5 71/15 74/5 108/8 111/17
118/8 133/16 133/24 150/24
162/9 164/17 192/16 194/23
199/3 213/14 227/3 227/4
Mr. McKinney's **[2]**  67/11
83/22
Mr. Ryan **[3]**  214/17 215/21
218/3
Mr. Schmidt's **[2]**  258/18
264/25
Mr. Soriano **[2]**  219/3 219/21
Mr. White **[1]**  158/4
Mrogzka **[1]**  77/24
Mrs. **[2]**  79/9 278/10
Mrs. Daigle **[1]**  79/9
Mrs. Loewe **[1]**  278/10
Ms **[9]**  6/4 8/20 9/23 123/20
136/4 251/9 252/2 253/15
279/13
Ms. **[159]**  4/18 5/2 5/7 6/6
8/6 8/22 8/25 22/21 35/8
35/9 48/5 59/22 60/10 61/3
61/12 61/19 62/4 71/14 71/24
72/13 74/11 75/15 76/7 76/22
78/2 80/14 81/17 82/4 82/7
89/10 94/17 94/21 96/21
102/13 106/6 106/7 106/9
106/14 107/16 110/4 111/6
112/5 125/15 131/11 132/6
134/3 134/6 139/21 139/24
140/12 143/6 143/20 150/4
151/11 154/15 163/12 164/20
167/5 167/18 168/7 168/17
174/15 175/9 175/12 175/23
176/25 181/21 181/24 182/7
183/7 183/19 187/21 187/22
189/6 190/2 192/24 195/7
195/10 195/18 196/1 196/9
196/24 197/12 198/2 199/9
200/7 200/12 200/15 201/4
205/25 206/7 206/18 210/16
210/20 211/2 211/3 211/5
214/25 218/25 219/8 222/24
224/9 225/8 228/22 229/9
229/14 231/13 234/24 235/13
249/9 249/17 251/6 251/12
251/15 252/23 253/3 253/4
253/6 253/8 253/19 255/22
256/9 256/10 258/6 258/9
259/5 259/6 259/14 259/24
259/24 260/5 260/6 260/13
260/25 261/2 261/5 261/7

2013/6 266/6 268/6 268/6
269/24 269/24 272/7 272/6
272/18 273/3 274/14 275/19
275/23 275/25 276/1 276/13
276/18 276/21 277/6 278/16
279/22 280/24
Ms. Armstrong **[4]**  200/7
200/15 225/8 253/4
Ms. Chapman **[5]**  102/13 249/9
253/6 253/8 253/19
Ms. Colatosti **[1]**  190/2
Ms. Falanga **[2]**  35/8 35/9
Ms. Guest **[1]**  96/21
Ms. Jones **[96]**  4/18 5/7 8/6
8/22 8/25 22/21 59/22 60/10
61/3 61/12 61/19 62/4 71/14
71/24 74/11 75/15 76/7 76/22
78/2 80/14 81/17 82/4 82/7
89/10 94/17 94/21 106/6
106/7 106/9 106/14 107/16
110/4 111/6 112/5 131/11
132/6 134/3 134/6 143/6
143/20 150/4 151/11 154/15
163/12 164/20 167/5 167/18
168/7 168/17 176/25 187/21
189/6 192/24 195/7 196/24
197/12 198/2 199/9 201/4
211/2 214/25 218/25 219/8
222/24 224/9 228/22 229/9
229/14 231/13 249/17 251/6
251/12 251/15 252/23 253/3
255/22 256/9 256/10 258/6
259/24 259/24 260/6 260/25
261/5 261/8 268/6 268/8
271/18 272/6 274/14 275/19
275/23 275/25 276/1 276/21
280/24
Ms. Jones' **[6]**  125/15 258/9
259/6 261/7 268/23 278/16
Ms. Katz **[1]**  72/13
Ms. Morris **[3]**  5/2 6/6 272/18
Ms. Royal **[3]**  139/21 139/24
140/12
Ms. Rumba **[15]**  174/15 175/9
175/12 175/23 181/21 181/24
182/7 183/19 187/22 195/10
195/18 196/1 196/9 200/12
268/6
Ms. Rumba's **[1]**  183/7
Ms. Simco **[8]**  205/25 206/7
206/18 210/20 211/5 235/13
260/5 260/13
Ms. Simco's **[6]**  210/16 211/3
234/24 259/5 259/14 261/2
Ms. Vorpahl **[7]**  48/5 266/6
273/3 276/13 276/18 277/6
279/22
much **[18]**  9/1 62/23 67/22
70/3 70/15 100/23 123/14
123/14 148/6 213/20 219/16
231/14 242/24 244/6 250/11
256/5 260/19 267/25
multiple **[6]**  108/22 109/5
134/15 158/22 160/9 194/20
Munchausen **[1]**  110/13
Munchausen's **[4]**  110/12 111/1
113/5 113/19
muscle **[4]**  35/24 36/2 36/4
36/6
must **[7]**  104/2 104/22 128/25
140/23 230/7 231/5 282/18
my **[222]**  4/8 7/15 7/15 8/2

7/11 11/18 11/20 12/3 12/19
14/19 15/12 15/18 15/18 13/8
13/10 13/11 14/12 15/1 17/18
17/20 20/18 20/22 21/13
21/13 21/22 22/6 22/6 22/7
25/23 25/24 26/13 27/4 27/11
28/3 28/4 28/4 28/4 28/5
28/10 28/14 29/21 30/25 31/5
31/10 31/10 31/18 31/24 34/4
34/5 34/18 35/21 36/4 36/16
37/16 37/19 37/22 39/12 40/1
40/5 40/6 40/12 40/23 41/10
41/16 41/17 41/20 41/20
41/25 42/9 42/19 42/20 43/6
43/17 43/23 44/19 45/4 45/9
49/7 49/8 52/10 52/24 52/24
55/14 55/16 56/7 56/9 59/4
60/20 60/24 61/15 64/11
65/10 71/16 71/22 72/3 77/25
81/15 86/22 86/23 86/25
86/25 87/2 89/19 89/20 92/1
93/22 93/25 94/4 94/11 94/12
94/21 95/10 98/11 98/12
100/1 104/11 105/6 109/6
110/8 110/14 110/18 110/18
110/19 110/20 110/21 113/14
113/16 113/16 113/17 116/18
117/6 117/23 121/1 125/12
125/20 126/8 127/10 128/25
130/14 130/18 130/18 130/19
132/11 132/11 133/18 133/19
133/22 133/25 134/2 134/22
136/25 139/15 140/8 141/21
142/4 144/5 146/12 146/21
149/12 149/12 149/13 150/20
151/13 151/19 152/5 155/9
155/14 156/23 157/8 157/22
159/8 159/18 160/19 161/9
161/11 162/5 162/21 162/22
164/20 167/15 167/18 167/22
167/24 168/17 169/16 170/25
171/2 171/5 175/17 178/24
179/16 179/16 179/22 181/8
187/20 188/5 188/8 192/12
196/2 203/12 211/6 211/12
215/15 216/18 222/25 223/5
223/7 225/5 234/3 236/12
239/14 243/4 244/4 244/14
249/24 256/6 265/18 266/3
267/24 273/22 276/14 279/24
myalgias **[1]**  107/20
myself **[4]**  133/21 133/25
157/22 258/12
MySpace **[3]**  43/14 43/16 43/17
mysterious **[1]**  240/13
mystery **[1]**  240/17

**N**

N/V **[2]**  144/11 144/11
nail **[4]**  118/22 124/9 125/10
165/6
nails **[1]**  12/4
naked **[4]**  17/11 28/3 190/23
191/2
name **[28]**  6/9 7/5 29/4 29/6
31/3 31/11 38/19 77/19 103/6
136/2 136/15 141/23 197/6
197/21 197/22 208/3 208/4
208/5 208/25 212/22 221/5
221/21 248/4 249/9 252/3
253/6 253/23 263/17
named **[7]**  31/10 41/17 55/19

**N**

**named... [4]** 150/12 173/12 206/16 208/20
**names [6]** 30/1 30/2 197/5 207/24 208/21 208/22
**narrative [2]** 77/5 85/5
**nationwide [1]** 142/7
**nature [3]** 70/8 116/12 123/3
**nausea [1]** 96/16
**Naval [1]** 81/9
**Navy [2]** 73/20 76/18
**near [1]** 242/20
**neat [1]** 29/2
**necessarily [5]** 47/11 143/4 212/24 214/16 270/16
**necessary [7]** 107/25 148/5 168/14 192/18 195/24 196/5 240/7
**necessitated [2]** 71/21 134/7
**neck [1]** 107/19
**need [49]** 9/12 19/10 21/1 21/2 21/2 21/22 21/22 21/22 21/23 22/3 24/24 24/25 34/15 37/4 38/6 48/23 56/12 58/19 66/25 67/21 67/22 69/15 74/13 93/22 97/15 99/20 100/18 102/19 119/7 123/18 154/17 170/20 170/22 185/2 201/20 201/25 229/3 242/16 245/2 245/19 256/3 256/21 261/23 262/13 262/16 266/19 269/15 269/16 274/3
**needed [14]** 30/17 34/8 34/17 37/9 92/23 94/12 98/13 132/18 165/9 166/5 167/7 186/24 187/2 187/3
**needs [7]** 22/21 100/15 100/20 105/10 251/3 262/22 270/13
**negative [3]** 108/11 118/13 191/1
**neglected [1]** 167/24
**neighbor's [3]** 7/16 7/20 60/4
**neither [4]** 4/19 68/15 73/5 276/5
**Nelson [1]** 38/16
**nervous [1]** 96/18
**neurologic [2]** 116/11 117/10
**neurological [1]** 117/18
**never [22]** 29/9 36/12 46/21 92/23 93/24 114/2 116/18 117/6 117/7 121/1 138/16 138/17 169/9 192/2 192/3 192/12 192/20 192/23 197/9 248/10 273/19 274/1
**new [20]** 6/16 106/8 132/15 155/10 206/12 242/5 242/11 242/13 243/18 244/1 244/13 246/13 246/14 246/14 254/2 278/21 278/21 281/5 281/14 281/24
**newest [5]** 144/22 145/1 146/1 146/4 146/11
**news [1]** 148/17
**next [51]** 9/13 13/4 15/16 15/17 17/22 18/13 18/20 29/24 29/25 31/21 64/11 77/1 77/21 80/15 95/19 101/5 103/18 104/16 105/4 105/6 105/10 108/21 114/20 116/7 117/8 144/21 154/13 157/2 167/6 172/24 172/25 173/2

174/3 174/8 183/24 184/3 185/14 190/21 191/1 199/9 209/19 210/15 210/25 214/7 222/12 228/1 236/5 262/18 263/15 265/22 275/6
**Nguyen [1]** 203/17
**nice [2]** 31/23 67/11
**Nichols [1]** 264/11
**Nicole [4]** 38/17 97/2 97/7 98/16
**night [40]** 11/21 17/3 17/16 27/12 31/18 31/19 57/25 65/23 65/24 120/18 120/19 129/3 129/4 131/8 155/16 178/7 179/11 179/23 182/14 183/15 183/25 186/19 187/7 207/12 215/5 217/23 219/7 221/10 226/16 226/24 228/17 229/22 232/8 237/2 242/5 245/13 245/22 246/12 252/12 252/12
**nights [1]** 120/17
**nine [3]** 39/22 40/1 177/8
**nipple [1]** 37/11
**no [233]** 5/19 6/4 7/13 8/1 8/25 10/14 15/10 16/6 16/7 16/8 16/12 16/13 17/6 17/23 20/8 23/22 25/6 26/11 26/16 26/18 27/9 27/12 27/17 27/20 29/17 29/20 30/8 30/19 30/22 32/14 32/15 32/25 33/9 33/19 39/17 40/10 43/13 44/16 45/20 45/25 47/13 48/4 48/6 49/16 51/17 52/11 53/7 53/10 54/1 54/4 54/7 54/10 54/13 54/16 56/7 57/23 58/4 61/11 62/5 62/17 64/9 64/23 65/10 65/12 65/18 65/20 66/6 66/8 68/15 68/21 69/19 73/6 74/3 74/14 79/24 80/1 80/18 81/12 84/17 84/18 84/23 84/24 85/11 86/14 86/22 89/7 89/16 91/11 91/21 92/6 94/7 95/10 96/2 96/18 100/2 100/11 100/12 100/14 102/18 103/20 107/10 113/4 116/21 122/2 122/6 123/6 125/19 127/9 127/21 129/25 130/5 130/10 135/14 135/16 136/22 138/18 139/19 139/22 140/2 140/7 140/7 141/3 141/17 143/12 143/13 143/15 143/16 144/12 149/14 149/14 149/14 149/14 149/14 150/6 151/6 151/6 152/3 152/14 153/6 155/3 157/20 161/24 165/9 166/5 167/7 168/4 168/14 170/9 170/22 173/19 173/25 174/7 177/15 178/3 179/23 180/12 181/3 183/11 185/5 186/20 188/6 189/14 189/15 191/12 192/6 193/16 196/2 196/3 196/23 197/13 199/5 200/11 201/16 201/21 202/13 206/17 206/23 210/6 210/17 211/6 213/14 214/16 215/13 215/22 216/9 216/15 217/15 218/5 219/14 222/7 222/9 222/10 226/20 226/22 227/5 228/25 229/2 230/22 230/25 231/9 231/21 232/4 232/17 233/9 233/10 233/11 234/14 241/1

241/1 241/19 243/13 243/20 253/13 253/13 253/14 254/8 254/12 254/17 255/4 257/24 265/16 265/21 266/11 275/18 276/24 279/10 279/10 280/5 280/6 280/14 282/5
**nobody [4]** 68/8 266/22 269/13 272/11
**Nodding [2]** 48/24 172/12
**noise [1]** 152/10
**non [10]** 45/15 63/8 72/14 72/16 72/20 72/24 73/4 152/5 198/17 253/21
**non-disclosure [2]** 152/5 253/21
**non-falsifiable [5]** 72/14 72/16 72/20 72/24 73/4
**non-identifiable [1]** 63/8
**non-issue [1]** 198/17
**non-profit [1]** 45/15
**none [2]** 255/25 260/25
**nonetheless [2]** 200/12 200/15
**noon [1]** 106/10
**Nope [1]** 236/19
**nor [3]** 73/6 93/7 276/6
**normal [5]** 35/19 116/15 117/15 142/9 220/3
**normally [4]** 103/20 170/7 214/15 217/7
**Norman [2]** 8/18 8/21
**north [1]** 79/10
**not [338]**
**notation [2]** 81/5 213/3
**note [9]** 27/15 75/25 88/23 89/2 142/4 170/15 214/7 227/15 241/2
**notebook [8]** 75/15 75/19 82/4 106/8 201/22 238/13 238/13 238/20
**notebooks [1]** 74/2
**noted [4]** 84/20 84/25 128/6 220/5
**notes [11]** 10/10 85/14 85/17 97/1 113/6 117/8 125/12 125/20 150/24 164/20 175/18
**nothing [11]** 69/23 108/6 185/18 187/14 188/1 213/1 214/21 244/1 246/2 246/3 260/1
**notice [3]** 29/4 116/15 247/14
**noticed [4]** 54/25 80/8 169/9 170/7
**notified [3]** 102/3 102/5 223/11
**noting [1]** 117/16
**notion [1]** 7/23
**novel [1]** 31/24
**November [3]** 126/10 132/21 172/14
**now [155]** 6/16 6/23 8/9 19/14 19/14 21/2 21/4 21/12 23/24 23/25 26/5 30/15 30/22 36/8 36/9 37/10 40/18 40/19 40/21 40/22 41/18 52/10 55/7 67/13 67/15 68/20 68/22 68/23 69/22 71/1 71/24 76/7 78/2 78/8 80/14 83/19 83/23 86/12 86/19 89/14 90/6 90/10 90/23 94/25 95/22 97/14 97/25 98/3 99/5 103/14 104/1 104/4 104/6 105/5 105/24 106/23

**now...** [99]  107/6 107/24
109/9 113/10 114/4 115/11
115/21 116/13 118/15 118/15
118/15 118/21 119/11 119/19
121/4 121/14 122/1 122/24
127/22 128/13 129/12 130/21
135/8 136/2 136/20 138/5
140/23 142/1 142/12 142/20
143/5 143/5 144/21 145/25
148/22 151/3 156/9 168/17
170/5 170/17 172/19 173/16
175/16 181/13 182/7 182/24
183/7 187/7 188/25 188/25
191/2 191/18 193/20 198/14
202/17 202/21 205/17 208/1
208/7 209/7 210/25 211/11
211/17 213/3 214/25 215/21
222/3 222/11 224/12 225/15
226/8 227/6 228/10 230/14
232/7 234/22 235/2 235/4
235/16 237/10 239/6 242/12
246/8 251/13 252/8 252/19
254/5 261/25 263/7 263/12
266/11 274/23 275/10 277/21
278/23 279/14 279/16 279/24
280/22
**number** [42]  14/14 14/16 14/17
17/25 26/3 42/10 63/20 65/6
74/7 90/20 91/20 123/21
137/21 138/7 154/19 187/8
195/18 201/8 205/23 215/25
217/21 218/6 221/15 224/14
228/1 228/18 228/18 229/10
229/10 229/11 229/11 229/16
229/21 229/21 230/5 230/11
230/21 239/20 240/16 240/18
250/23 253/22
**Number 001613** [1]  17/25
**Number 10** [1]  228/1
**Number 4** [1]  253/22
**Number 56** [1]  230/21
**Number 7** [1]  217/21
**Number 8** [1]  218/6
**Number 9** [3]  221/15 224/14
239/20
**numbers** [6]  14/12 76/2 206/2
230/1 238/14 238/20
**numbness** [1]  117/11
**numerous** [2]  109/25 112/10
**nurse** [10]  84/8 89/3 89/6
89/14 116/8 116/9 116/13
116/16 116/24 118/2

**O**

**o'clock** [10]  27/1 78/18 78/21
78/24 78/24 182/14 184/1
222/18 245/13 252/21
**oath** [2]  198/25 256/12
**OB** [4]  43/23 143/23 146/24
148/4
**OB-GYN** [4]  43/23 143/23
146/24 148/4
**obese** [1]  130/25
**object** [11]  45/23 52/2 56/21
59/25 111/11 143/13 259/7
266/5 274/21 274/24 274/24
**objected** [4]  160/8 257/9
257/12 266/4
**objecting** [4]  160/15 257/13
266/2 273/18

**objection** [52]  10/13 10/15
19/5 21/5 21/23 24/9 99/7
100/10 100/11 100/22 107/10
107/11 129/25 130/1 130/5
130/6 135/14 135/16 143/12
143/15 143/17 155/2 155/3
155/4 160/11 166/16 168/4
168/5 183/11 183/12 189/11
189/14 189/15 189/16 192/16
202/13 202/14 202/21 203/2
206/23 206/25 230/22 230/25
231/1 241/10 248/1 255/13
257/18 273/16 274/18 274/20
276/15
**objectionable** [3]  267/25
273/12 276/16
**objections** [12]  59/10 59/12
67/24 202/17 242/13 246/14
254/21 259/2 262/12 265/18
268/18 270/7
**objects** [1]  59/18
**oblivious** [1]  141/8
**observation** [2]  159/13 177/20
**observations** [3]  114/22 118/4
162/22
**observe** [1]  89/7
**observed** [3]  116/8 116/16
162/20
**obvious** [4]  196/6 196/11
196/14 266/19
**obviously** [6]  14/24 67/24
84/23 170/15 247/22 280/23
**occasion** [1]  93/18
**occasions** [2]  63/20 119/23
**occupied** [1]  190/7
**occur** [1]  35/19
**occurred** [3]  76/14 76/17 89/6
**occurs** [1]  67/6
**October** [19]  122/25 124/2
124/12 124/17 125/2 125/25
126/4 126/9 128/2 130/22
144/1 145/2 145/3 145/18
149/3 149/20 165/2 165/20
165/24
**October 2004** [1]  165/20
**October 25th** [2]  144/1 145/2
**odd** [2]  226/14 234/8
**odor** [1]  84/19
**off** [25]  11/18 13/7 25/2
26/24 27/15 27/16 31/25
37/15 37/20 37/23 38/3 54/25
68/16 104/25 107/9 124/13
128/22 143/11 149/12 154/3
156/17 188/11 202/25 209/4
269/25
**offend** [1]  46/4
**offense** [1]  58/1
**offer** [11]  5/14 27/8 68/5
69/15 159/9 159/17 177/19
189/10 230/23 260/6 279/23
**offered** [18]  100/21 163/9
163/13 163/25 182/15 182/17
184/1 185/15 191/11 193/15
213/22 213/25 257/5 257/8
260/24 279/15 280/13 280/15
**offering** [5]  67/24 177/13
275/21 277/25 279/21
**office** [33]  1/21 18/18 28/14
30/7 55/25 92/21 93/11
101/11 102/8 121/16 121/18
139/12 151/25 152/11 152/20
152/25 153/3 171/17 172/4

173/3 173/4 173/10 173/23
175/5 187/24 189/9 230/14
238/8 238/13 247/21 249/24
251/14 260/19
**officer** [16]  77/18 77/18
77/24 78/4 78/6 80/4 89/15
90/21 92/5 92/7 92/18 94/9
162/9 162/18 163/11 204/2
**Officer Mrogzka** [1]  77/24
**officers** [4]  79/16 80/5
204/18 204/24
**official** [4]  2/12 196/18
219/9 283/9
**officials** [2]  32/9 196/4
**often** [3]  106/25 138/14
146/22
**oftentimes** [4]  120/8 120/18
131/7 153/15
**oh** [30]  39/23 39/23 73/3
88/10 92/2 92/10 104/18
105/14 119/13 121/1 121/13
124/18 129/17 150/8 173/5
173/19 185/5 215/6 215/6
223/14 229/12 231/6 233/4
237/18 237/24 239/2 241/6
265/25 271/15 277/4
**okay** [209]  4/3 5/8 8/16 14/18
14/22 15/1 15/1 18/4 22/19
26/23 32/4 34/19 37/6 38/16
48/16 48/25 50/8 51/23 52/13
57/8 58/21 59/1 59/9 69/5
69/6 69/8 73/8 74/12 75/21
75/24 76/6 76/21 77/7 77/16
78/25 80/6 82/6 82/12 83/3
83/21 88/8 88/21 88/22 90/6
91/1 91/13 91/21 92/2 95/5
96/3 96/5 96/25 97/24 101/1
103/1 103/18 104/15 105/8
105/24 106/13 111/16 112/7
113/1 114/3 114/9 114/20
114/23 114/24 117/5 118/15
119/13 119/16 120/14 121/1
121/6 121/8 121/13 122/13
122/24 123/9 125/14 125/22
126/6 126/14 129/10 129/12
129/13 129/17 138/19 140/4
147/11 148/12 155/23 155/24
156/25 157/10 157/23 158/6
158/8 159/14 159/19 164/13
170/23 172/20 174/22 176/14
180/20 182/7 185/21 188/9
188/15 189/3 189/24 191/7
192/15 193/2 195/3 198/20
199/4 202/5 202/6 203/1
203/8 203/13 203/21 203/23
205/8 206/24 207/21 209/10
210/15 211/14 212/18 213/3
213/5 213/12 213/15 214/3
214/17 215/12 215/17 216/23
217/16 218/6 218/7 219/20
220/1 221/4 222/1 222/18
222/18 222/20 228/2 228/15
229/12 229/17 230/3 230/14
230/16 230/18 230/19 231/6
231/24 232/16 233/3 233/20
235/2 235/11 237/1 237/4
237/10 237/16 237/18 237/24
238/23 240/21 245/16 248/9
248/11 255/20 257/15 257/15
258/14 258/17 258/23 259/3
261/18 262/11 264/4 264/12
264/20 264/21 265/1 265/4

**okay...** [15]  265/22 267/13
267/14 267/16 267/18 267/24
268/20 270/21 270/25 273/14
274/15 275/10 275/12 280/11
280/19
**old** [15]  23/16 41/18 84/3
84/14 85/20 144/4 144/10
149/5 149/10 150/11 150/25
182/13 183/14 214/5 280/2
**older** [2]  23/11 111/21
**Olsen** [1]  1/15
**Ombudsman** [3]  50/23 50/24
51/16
**on** [334]
**once** [11]  20/4 28/13 49/21
52/19 91/24 115/15 142/24
172/3 218/21 242/5 278/13
**one** [164]  1/16 1/19 4/19 4/21
6/13 7/15 8/17 8/24 14/15
15/24 17/17 18/24 20/2 21/25
22/5 27/4 27/9 28/2 28/4
28/20 28/25 29/1 33/5 33/16
34/15 34/16 37/3 37/4 37/11
41/11 46/10 47/22 49/5 55/25
55/25 56/7 56/15 56/15 61/11
63/8 64/8 64/12 64/14 64/16
64/20 66/12 68/5 73/5 74/16
74/17 75/12 86/22 88/23
93/18 94/8 95/10 96/6 101/3
102/17 104/18 105/11 107/3
112/13 113/13 114/9 116/2
119/7 121/19 129/3 129/3
129/9 129/14 130/4 130/11
134/15 137/5 137/12 141/4
143/2 143/3 143/8 143/14
148/13 149/18 152/14 153/6
157/15 158/22 159/6 159/6
159/23 160/15 161/1 164/12
164/12 169/1 170/14 171/2
171/17 172/3 175/2 177/24
180/11 182/16 182/16 182/20
184/5 184/5 185/2 185/15
185/19 187/1 191/8 194/17
195/8 198/1 198/14 201/18
201/19 205/7 209/8 214/17
215/2 215/23 215/24 216/16
220/6 220/7 221/20 222/23
230/2 230/2 230/2 235/6
239/10 239/11 241/8 243/11
243/12 246/2 246/5 246/20
246/25 251/23 252/6 253/6
254/5 254/19 255/5 257/24
264/14 265/19 265/19 265/24
267/19 269/23 272/3 272/6
272/10 273/13 273/15 274/9
278/4 278/15
**one's** [1]  14/8
**one-bedroom** [2]  137/12 149/18
**ones** [2]  11/21 242/5
**ongoing** [1]  128/10
**only** [31]  28/7 39/5 47/18
48/16 51/12 51/14 56/10
61/21 62/6 113/24 120/24
129/3 150/11 154/12 159/8
160/4 164/3 184/21 191/23
204/9 204/11 214/17 219/22
245/20 247/5 247/11 261/22
262/8 265/14 266/15 272/20
**open** [9]  8/4 21/17 21/17
21/20 47/24 54/19 57/15

**opened** [4]  68/10 71/6
71/11 95/22 187/24 259/6
259/24
**opening** [4]  14/16 71/25 72/1
73/11
**openly** [1]  52/1
**opens** [3]  8/5 18/22 20/2
**operations** [4]  118/24 120/8
120/12 120/16
**opinion** [9]  7/15 7/16 7/21
7/25 34/14 72/3 177/25
264/15 265/9
**opinions** [1]  34/13
**opportunity** [4]  52/5 83/20
202/16 202/18
**opposed** [1]  59/18
**opposing** [4]  5/23 67/4 262/5
263/4
**opposite** [5]  57/25 73/2
111/25 114/12 212/1
**option** [1]  142/25
**optional** [1]  50/2
**or** [234]  7/23 9/4 13/7 18/17
22/21 25/23 25/24 27/10
29/10 29/11 32/13 32/15 33/8
37/21 38/19 41/9 43/6 47/12
48/23 50/18 51/2 51/3 51/4
51/4 51/5 51/8 51/9 51/9
51/14 51/18 51/19 51/19
51/25 56/8 57/24 60/19 61/13
61/20 62/21 64/9 67/9 67/18
68/20 71/9 71/19 72/16 73/7
73/20 77/1 78/3 78/4 81/4
84/7 84/8 84/8 84/24 87/10
87/11 87/11 88/15 89/12 95/7
96/12 97/11 102/20 103/6
104/3 104/23 107/3 107/9
108/11 109/15 109/23 111/21
112/14 113/12 115/12 115/14
115/25 116/2 116/2 116/12
116/18 117/17 119/2 120/10
122/9 122/16 122/22 122/25
122/25 123/11 123/12 123/25
124/1 124/5 124/15 124/16
125/25 126/9 126/16 128/2
128/18 128/22 132/7 135/9
139/12 142/6 142/10 142/15
143/1 145/3 146/18 147/4
147/5 147/9 148/10 151/18
151/18 151/18 153/16 159/10
159/12 161/17 162/7 163/5
163/8 163/24 164/1 164/2
164/9 164/10 164/24 165/7
166/2 166/19 169/15 170/8
175/3 175/12 175/17 176/8
176/19 177/16 178/2 180/2
182/7 183/14 187/12 187/23
188/6 188/18 190/13 193/10
194/5 196/25 197/10 198/4
199/11 200/3 200/22 201/18
202/8 204/14 204/15 204/16
204/25 205/14 207/21 208/10
208/23 209/7 209/8 212/16
215/1 215/2 215/17 216/16
217/4 218/24 223/4 227/12
228/1 228/6 231/21 232/4
237/25 238/1 240/4 241/7
242/12 244/4 244/19 244/20
246/2 246/3 246/20 247/7
247/10 248/23 250/24 251/6
253/17 254/1 254/2 255/13
255/15 255/15 255/25 256/7

**256/22 258/3 258/15 260/1
261/11 261/25 261/25 262/1
266/21 267/7 269/12 269/23
270/8 270/9 271/8 271/16
272/2 272/12 273/1 275/22
276/2 279/21 280/15 282/9
or -- I** [2]  124/5 270/8
**oral** [1]  171/19
**orally** [1]  247/10
**orange** [1]  258/15
**order** [19]  37/21 58/19 58/20
81/18 81/20 82/10 90/9 90/10
111/3 113/10 113/25 118/23
163/23 164/10 173/6 215/8
215/15 264/8 264/9
**ordered** [1]  92/20
**ordinarily** [1]  164/6
**organization** [1]  45/15
**orientation** [3]  18/7 18/8
53/24
**Origin** [2]  77/6 77/17
**original** [2]  135/22 247/7
**originated** [1]  175/24
**other** [58]  5/18 8/12 8/17
34/12 37/12 45/21 45/22 46/8
46/15 50/17 61/18 70/19
73/12 73/14 73/14 94/17 97/1
97/24 100/5 108/24 110/16
113/16 113/16 128/3 128/4
148/14 153/2 153/15 161/1
161/17 161/20 163/7 165/2
169/1 171/21 186/12 186/25
187/8 190/11 190/21 201/1
202/17 218/2 218/22 228/6
229/9 241/22 243/15 247/6
258/8 259/1 261/1 262/12
269/23 270/7 271/10 276/11
280/14
**others** [8]  18/11 18/15 53/3
72/5 75/3 109/23 115/23
153/9
**otherwise** [1]  47/20
**ought** [3]  46/13 261/16 278/3
**ounce** [1]  208/14
**our** [44]  23/12 52/23 62/9
69/25 72/23 76/7 88/16 99/5
100/21 103/16 103/17 110/6
121/14 124/9 124/22 126/1
128/13 164/13 165/6 168/18
169/23 186/18 208/1 223/24
223/25 226/25 240/13 240/20
242/9 242/14 245/6 245/6
246/4 248/19 264/18 272/21
275/25 276/1 276/21 277/3
278/23 278/24 280/4 281/6
ours** [2]  244/3 245/9
**out** [132]  6/12 7/19 8/14 9/7
9/8 10/23 17/11 19/21 19/25
21/21 21/22 27/6 27/6 28/22
28/25 29/3 30/15 30/15 31/9
33/10 33/22 36/18 37/1 37/11
40/5 40/14 42/1 42/5 56/1
59/21 61/23 62/5 62/7 62/22
77/15 78/9 79/8 79/17 79/22
100/20 102/12 105/20 107/1
109/17 115/19 118/8 119/12
119/25 119/25 120/4 120/10
120/10 121/22 121/23 122/2
122/5 122/10 122/11 124/3
131/7 132/12 132/24 133/14
136/10 138/11 140/8 144/15
145/12 148/2 149/19 150/12

**out... [61]**  151/12 151/17
152/14 155/18 164/4 170/3
177/24 194/6 199/4 199/20
199/22 205/7 210/7 210/8
212/25 213/1 216/14 216/20
218/21 218/24 219/7 221/2
229/4 239/21 240/16 241/21
243/16 247/19 249/17 251/14
251/17 253/10 253/18 254/24
255/11 256/22 258/1 261/13
261/17 262/4 262/5 262/9
262/11 264/8 264/9 268/3
270/7 270/13 271/20 272/8
272/8 274/7 275/7 275/9
275/13 275/24 276/3 276/4
277/23 278/5 282/23
**out-of-court [2]**  164/4 253/18
**outbreak [1]**  137/18
**outbreaks [1]**  275/2
**outcome [1]**  52/25
**outer [1]**  11/22
**outlashes [1]**  110/18
**outside [18]**  27/2 28/9 41/14
60/21 79/14 107/9 166/19
187/10 187/17 206/6 211/16
225/12 226/3 226/16 226/18
226/20 226/21 226/25
**outstanding [1]**  99/14
**outweigh [3]**  280/9 280/23
282/18
**outweighs [4]**  280/16 280/21
282/9 282/10
**over [37]**  9/18 17/10 21/7
21/16 22/10 24/15 32/13
32/19 34/22 37/19 40/18 74/7
77/1 82/13 82/14 86/23 87/20
92/11 98/10 106/10 115/22
133/22 147/12 164/20 182/11
189/4 209/4 240/4 242/6
242/13 243/24 252/3 256/13
256/20 256/23 267/17 272/17
**overcome [1]**  40/20
**overnight [2]**  137/21 138/7
**overseas [1]**  53/17
**own [6]**  16/4 69/19 112/16
225/18 261/7 279/9

**P**

**P-U-P-P [1]**  77/18
**p.m [10]**  27/1 85/22 100/24
136/19 155/16 164/14 164/14
185/14 222/21 250/19
**PA [1]**  175/15
**pacing [1]**  18/23
**packed [1]**  33/16
**page [103]**  3/2 14/25 15/1
15/4 15/12 15/13 15/16 15/17
18/2 18/12 18/13 18/16 27/23
27/25 29/7 48/9 49/11 73/4
76/1 76/10 76/20 77/4 77/5
80/15 85/7 88/5 91/15 91/16
92/3 92/17 93/4 105/16 106/7
107/6 108/15 112/6 119/21
120/23 120/25 121/5 121/10
126/12 126/19 127/12 135/10
135/20 136/17 140/18 141/1
156/11 157/2 165/18 169/20
184/25 202/3 202/8 202/15
210/18 210/25 225/9 227/25
228/1 231/3 234/3 236/5

237/17 241/23 247/1 242/3
243/20 243/21 244/24 244/4
244/13 244/16 246/20 248/5
248/8 254/20 256/18 256/19
257/3 258/18 258/18 258/19
258/24 259/2 259/12 262/5
262/13 263/12 264/12 264/13
264/18 266/2 267/6 267/6
267/20 271/2 271/3 273/2
273/16 273/17
**Page 000974 [1]**  91/15
**Page 002781 [1]**  48/9
**Page 10 [1]**  227/25
**Page 191 [1]**  165/18
**Page 2 [1]**  27/25
**Page 20 [1]**  267/6
**Page 21 [1]**  267/6
**Page 27 [1]**  267/20
**Page 286 [1]**  126/19
**Page 287 [1]**  127/12
**Page 29 [1]**  92/17
**Page 296 [1]**  126/12
**Page 40 [1]**  271/2
**Page 43 [1]**  271/3
**Page 47 [1]**  273/2
**Page 48 [1]**  273/17
**Page 49 [1]**  273/16
**Page 6 [2]**  257/3 258/18
**Page 7 [1]**  258/24
**Page 8 [1]**  258/18
**Page 878 [1]**  77/4
**Page 879 [1]**  76/20
**Page 9 [1]**  258/19
**pages [9]**  120/24 121/3 201/5
202/8 242/2 246/10 256/21
256/22 258/24
**Pages 6 [1]**  258/24
**pain [4]**  20/17 83/7 84/1
84/15
**painful [1]**  13/12
**Panakkal [1]**  204/3
**pants [1]**  19/24
**paper [2]**  16/14 133/10
**Papilloma [1]**  142/14
**parading [2]**  278/25 280/6
**paragraph [26]**  48/9 48/10
49/10 50/12 78/10 78/11
80/19 88/19 88/25 89/21 92/4
107/24 108/1 108/17 108/21
114/20 115/1 117/9 190/12
190/16 190/18 191/7 191/25
224/18 239/23 239/24
**Paragraph 10 [1]**  49/10
**Paragraph 5 [1]**  50/12
**Paragraph 9 [2]**  239/23 239/24
**paralegal [2]**  243/4 244/4
**paramedic [1]**  84/7
**parameters [1]**  124/10
**Pardon [8]**  79/4 79/21 114/18
156/5 165/14 171/24 212/6
236/24
**paren [2]**  190/7 190/8
**parenthesis [2]**  117/12 117/14
**parents [10]**  39/12 40/2 110/2
110/5 110/8 110/9 110/14
113/16 116/2 117/23
**parents' [1]**  40/12
**parking [1]**  79/22
**Parnell [1]**  19/7
**part [39]**  12/22 14/21 35/18
40/19 43/11 82/20 87/3 87/8
88/11 88/16 92/13 98/14

7/13 75/12 114/9 114/21 116/13
115/22 117/19/23/15 123/16
128/9 130/13 130/17 133/14
133/18 138/25 140/25 144/4
186/11 186/23 190/11 223/24
224/14 227/13 243/8 243/9
261/16 276/1 276/20
**participating [1]**  51/19
**participation [1]**  52/8
**particular [6]**  5/17 74/17
148/4 237/5 251/1 268/20
**particularly [1]**  268/25
**partied [1]**  179/12
**parties [2]**  217/8 272/5
**partner [3]**  278/21 281/14
281/25
**parts [3]**  95/14 257/23 257/24
**party [24]**  50/18 51/3 51/6
208/18 211/4 211/5 211/8
211/24 213/6 213/18 213/21
213/25 214/13 218/11 218/12
218/14 219/4 219/23 220/23
221/22 222/3 238/1 280/18
280/22
**Paskowitz [1]**  38/16
**pass [3]**  252/4 264/14 274/18
**passage [2]**  160/23 258/17
**passed [8]**  119/25 128/23
169/5 170/15 275/8 275/12
275/24 278/5
**passenger [1]**  19/6
**passing [5]**  120/10 121/23
144/15 184/11 205/20
**past [6]**  75/12 85/5 110/16
121/11 124/21 271/7
**Pasta [1]**  114/4
**patches [1]**  110/9
**patently [1]**  111/12
**patient [30]**  83/6 84/12 84/23
107/4 109/4 109/22 109/25
112/10 113/8 115/3 144/14
144/21 144/25 182/15 182/19
182/21 183/25 184/4 184/6
185/14 185/15 185/18 185/20
195/10 272/8 275/7 275/8
275/9 275/14 281/24
**patient's [2]**  116/8 117/9
**patients [1]**  150/23
**pattern [2]**  150/18 278/23
**Patty [5]**  102/7 102/18 103/5
247/20 249/11
**Paxil [2]**  41/1 41/2
**pay [1]**  138/3
**paying [1]**  217/15
**payments [1]**  132/24
**PC [1]**  1/15
**peace [1]**  140/23
**pectoral [3]**  35/24 36/1 36/4
**peers [1]**  52/25
**Pelot [13]**  90/21 92/5 92/8
92/19 92/21 93/9 93/8 93/14
93/16 93/17 94/9 95/18
163/11
**penetrated [1]**  13/20
**penetration [1]**  66/16
**Pennsylvania [1]**  1/22
**people [36]**  7/15 7/17 26/12
29/25 32/3 47/13 54/9 56/11
70/7 72/10 73/14 82/10 84/1
86/13 115/15 142/9 153/2
153/15 161/17 173/3 173/7
173/10 173/22 174/6 174/11

**people... [11]** 187/8 196/2 206/4 206/12 208/23 208/23 209/7 211/15 215/25 216/6 216/22
**per [2]** 5/25 115/8
**perceive [4]** 72/5 73/13 73/14 73/16
**perceived [1]** 117/20
**percent [6]** 64/25 70/20 165/13 165/15 166/8 277/7
**perfect [3]** 8/3 35/22 47/4
**perfectly [1]** 116/14
**performed [2]** 13/22 13/22
**performing [1]** 16/17
**perhaps [6]** 80/23 82/14 133/3 149/3 229/15 269/14
**period [4]** 77/25 152/17 219/22 224/10
**periods [2]** 120/6 122/2
**permitted [2]** 74/18 262/10
**person [40]** 5/1 29/24 32/23 33/6 37/13 50/17 51/5 64/16 90/23 102/14 103/5 162/8 172/21 172/24 172/25 172/25 173/2 173/23 173/24 174/1 184/18 187/19 192/10 192/22 193/5 194/4 194/10 194/13 194/14 194/16 217/11 217/12 223/9 228/16 236/9 251/23 251/24 254/1 256/14 263/8
**personal [4]** 6/4 33/15 70/13 98/23
**personally [1]** 70/15
**personnel [3]** 79/8 159/1 159/3
**persons [1]** 253/24
**pertaining [1]** 202/10
**pertains [2]** 125/4 190/4
**Pete [49]** 11/2 26/13 26/15 28/10 28/12 28/14 29/11 158/5 172/24 173/1 173/4 173/7 174/1 174/3 174/13 175/5 175/6 175/24 176/1 177/3 178/5 178/10 179/11 179/12 181/22 183/4 183/20 184/10 184/12 184/21 184/24 187/17 188/17 193/8 198/14 205/14 205/14 231/14 232/7 232/10 236/5 267/22 268/7 268/11 268/12 268/14 268/16 269/14 270/1
**Pete's [1]** 269/9
**petty [5]** 90/21 92/5 92/7 92/18 94/9
**Phenergan [2]** 117/13 183/1
**phone [36]** 21/22 22/3 22/6 25/19 25/21 31/5 36/18 42/10 145/5 146/10 187/18 205/22 205/23 206/7 211/23 212/10 212/20 228/10 228/13 229/16 230/1 230/4 230/8 230/11 230/12 238/24 239/4 240/13 240/16 240/17 249/14 249/25 250/12 251/18 252/2 253/23
**photo [2]** 62/17 62/25
**photograph [8]** 59/22 60/13 60/14 61/23 62/15 63/3 170/5 176/20
**photographer [2]** 60/11 62/15
**photographs [5]** 13/4 42/24

**43/3 43/5 43/11**
**phobia [1]** 110/20
**phrase [4]** 66/5 149/15 186/15 213/17
**phrased [1]** 220/15
**physical [10]** 82/20 115/3 115/8 115/12 115/12 115/24 116/1 116/4 118/3 182/22
**physically [4]** 76/24 76/25 80/11 203/23
**physician [9]** 39/5 85/9 109/18 111/8 111/18 114/11 117/16 117/20 191/10
**physicians [2]** 38/14 119/19
**pick [1]** 152/7
**picked [5]** 29/11 36/13 82/24 178/5 227/10
**picking [2]** 180/12 227/10
**picnic [3]** 187/10 216/11 216/13
**picture [26]** 37/13 60/1 60/2 60/3 60/6 60/7 60/9 60/22 61/6 140/7 147/13 156/14 156/21 157/7 157/12 157/13 157/14 169/12 169/13 169/14 170/7 170/14 170/17 171/7 171/8 180/25
**pictures [14]** 11/23 12/1 12/2 129/6 136/5 156/1 156/6 157/17 168/19 168/19 168/20 168/21 169/5 169/5
**piece [2]** 69/15 133/10
**pieces [2]** 17/10 18/19
**pink [2]** 266/3 266/4
**place [10]** 93/9 95/13 96/19 139/12 163/12 180/10 224/25 236/15 256/24 261/7
**placed [2]** 81/5 90/7
**places [2]** 206/5 272/24
**placing [1]** 256/16
**plain [1]** 183/19
**plaintiff [8]** 1/3 1/13 101/24 103/23 160/5 257/7 275/1 275/13
**plaintiffs [2]** 257/10 259/11
**plaintiffs' [8]** 3/3 59/15 59/18 63/5 71/8 135/17 192/17 245/17
**plan [2]** 50/25 51/20
**planned [5]** 97/21 98/4 98/8 98/9 99/4
**plans [1]** 98/19
**planted [2]** 115/15 117/24
**plastic [2]** 34/4 217/7
**play [9]** 62/8 123/10 123/12 123/16 123/22 130/13 130/17 133/18 205/3
**played [5]** 27/1 67/15 69/1 69/3 205/12
**playing [10]** 63/22 65/15 65/21 66/3 66/10 66/23 67/10 67/12 67/21 205/6
**plea [2]** 4/21 5/14
**pleaded [1]** 104/3
**pleadings [2]** 104/4 104/7
**please [82]** 9/21 17/25 22/22 22/25 26/2 37/7 48/8 50/12 58/22 59/2 59/20 63/11 63/13 71/5 71/10 71/18 72/23 72/23 75/15 75/19 75/20 76/5 77/13 80/15 80/17 80/18 80/22 82/18 82/19 85/5 85/15 88/17

**88/25 93/4 93/20 93/22 95/25 99/10 100/22 106/22 106/24 106/2 106/4 106/6 106/7 107/13 125/15 126/18 129/14 133/5 135/20 143/5 143/5 151/7 155/6 157/12 158/14 164/18 166/3 176/3 176/5 181/14 185/8 189/18 198/18 198/21 198/22 207/4 211/19 224/2 224/4 224/6 225/23 228/24 229/3 231/2 231/3 232/4 240/10 264/10 278/10 281/18**
**pled [2]** 5/14 104/3
**plenty [1]** 184/14
**PLLC [1]** 1/21
**Poe [23]** 30/10 31/8 31/10 31/12 55/21 101/8 101/19 102/1 102/4 102/11 102/25 103/1 103/15 248/12 249/3 249/16 250/12 251/20 253/10 253/11 253/11 253/16 253/17
**Poe's [7]** 30/7 101/18 102/7 102/17 247/20 248/6 253/22
**Poetry [2]** 31/11 31/12
**point [54]** 4/11 5/17 6/2 11/5 24/23 32/10 41/25 59/12 67/6 78/9 79/13 79/15 86/12 99/24 107/7 108/21 111/23 116/10 124/10 124/21 132/6 134/5 137/4 137/20 138/6 139/9 158/12 158/13 160/24 163/19 167/16 179/7 194/25 205/22 206/15 210/1 213/2 216/11 217/16 222/12 224/11 239/17 252/22 254/13 262/3 262/17 266/12 276/21 277/23 278/23 280/8 282/2 282/22 282/23
**pointed [2]** 149/21 199/22
**pointing [1]** 199/20
**points [2]** 6/3 164/22
**poisoning [1]** 110/20
**poker [1]** 104/22
**poker-faced [1]** 104/22
**police [16]** 6/22 6/23 7/20 72/9 77/18 79/15 80/3 86/4 86/10 86/25
**policies [2]** 266/16 267/11
**policy [3]** 7/5 57/16 267/8
**poor [1]** 77/11
**Porter [2]** 2/5 270/9
**portion [16]** 16/1 68/4 69/12 74/17 77/5 82/18 127/2 138/22 177/5 185/7 201/3 201/10 202/9 255/23 259/5 275/8
**portions [2]** 100/2 159/9
**posed [2]** 109/4 266/18
**poses [1]** 43/3
**position [17]** 8/1 8/6 25/10 84/12 134/11 175/6 175/9 175/13 175/23 218/20 246/19 247/4 254/23 255/11 257/19 269/2 269/3
**positions [1]** 255/12
**positive [2]** 147/5 155/19
**possibility [1]** 108/22
**possible [13]** 101/13 106/18 106/21 108/8 118/10 133/23 144/19 145/14 182/23 198/23 229/6 278/22 281/24
**possibly [12]** 20/6 20/7

**P**

possibly... **[10]**   168/22 170/4
 173/3 247/22 249/18 249/20
 251/5 251/7 259/14 265/14
post **[10]**   34/18 38/8 38/14
 39/7 39/8 39/16 40/15 40/17
 43/14 96/7
post-them **[1]**   43/14
post-traumatic **[9]**   34/18 38/8
 38/14 39/7 39/8 39/16 40/15
 40/17 96/7
posted **[2]**   43/7 43/14
postoperative **[1]**   35/19
poured **[1]**   208/10
practice **[4]**   50/22 50/24
 51/16 148/2
Pre **[1]**   82/23
Pre-hospital **[1]**   82/23
predated **[1]**   140/10
predicate **[1]**   154/21
predisposition **[1]**   280/16
prefer **[1]**   104/3
preferably **[1]**   101/14
pregnant **[8]**   86/1 86/16 87/9
 87/13 87/16 87/18 87/22 88/1
prejudice **[11]**   258/2 280/6
 280/9 280/10 280/17 280/22
 280/23 280/25 281/1 281/3
 282/19
prejudicial **[14]**   9/1 60/2
 60/8 60/17 61/3 61/7 261/23
 264/16 272/14 273/4 279/17
 282/6 282/20 282/21
prepared **[3]**   5/3 5/11 236/10
preparing **[1]**   130/11
prescribed **[1]**   41/1
presence **[3]**   102/17 107/9
 148/18
present **[29]**   9/20 22/24 58/25
 63/12 84/24 85/18 94/18
 99/11 100/25 106/1 113/3
 113/11 121/9 121/12 135/2
 135/6 146/17 149/2 158/16
 161/22 164/15 177/12 177/15
 177/17 185/19 222/22 224/5
 238/1 240/11
presentation **[1]**   53/15
presented **[4]**   85/20 107/16
 162/11 163/5
presents **[2]**   83/6 144/10
preserve **[1]**   141/12
press **[1]**   36/13
pressure **[2]**   137/14 191/24
pressuring **[4]**   191/17 192/22
 194/9 197/23
presumably **[2]**   146/9 214/8
pretend **[4]**   123/4 123/8
 124/11 137/15
pretended **[2]**   107/3 141/19
pretending **[6]**   115/14 133/15
 137/15 141/19 156/15 156/21
pretrial **[2]**   109/14 244/25
pretty **[23]**   30/16 30/19 48/19
 67/22 87/6 95/10 98/23 124/3
 128/15 128/20 129/11 148/6
 149/20 153/14 154/3 156/23
 157/1 166/7 213/20 215/14
 222/15 234/19 265/12
pretyped **[1]**   186/5 186/5
previous **[5]**   9/15 178/7 204/6
 207/12 228/16

previously... **[4]**   10/1 37/2
 37/5 277/2
principle **[1]**   280/12
print **[1]**   133/14
prior **[15]**   14/7 39/15 54/5
 69/13 145/3 163/19 182/16
 184/5 191/12 191/14 194/4
 205/17 275/22 279/7 279/18
pristine **[1]**   8/2
pro **[2]**   123/8 137/6
probably **[32]**   4/6 19/25 31/13
 37/24 41/14 66/25 67/7 70/17
 87/2 87/25 90/5 90/18 91/20
 91/24 95/21 113/19 116/5
 126/9 126/10 134/4 156/3
 156/6 180/3 191/2 205/9
 234/19 238/6 239/14 255/6
 255/7 265/3 273/23
probative **[8]**   9/2 62/11
 261/24 278/5 280/9 280/16
 282/5 282/18
problem **[16]**   50/7 63/4 83/10
 91/11 91/21 125/19 128/10
 142/7 177/21 185/5 190/14
 199/5 199/21 202/24 213/14
 232/1
problematic **[1]**   246/11
problems **[3]**   54/2 107/21
 266/17
proceed **[5]**   9/24 14/22 176/18
 203/3 203/5
proceeding **[3]**   47/20 51/9
 51/19
proceedings **[3]**   1/24 283/1
 283/4
process **[4]**   50/20 51/7 51/19
 82/8
processing **[2]**   190/3 190/12
produced **[6]**   1/24 14/4 67/15
 67/16 98/6 98/21
product **[1]**   7/11
professor **[2]**   55/8 55/14
professorship **[1]**   255/24
proffer **[1]**   267/1
profit **[1]**   45/15
profound **[1]**   148/16
program **[15]**   48/16 50/15
 50/16 50/17 50/19 50/20
 50/21 51/3 51/4 51/6 51/7
 51/11 51/12 51/14 261/16
progress **[2]**   125/25 222/11
progressed **[1]**   142/21
progresses **[1]**   110/4
prominently **[2]**   260/9 260/13
promiscuity **[1]**   282/15
promise **[3]**   170/6 232/1
 282/15
prompted **[1]**   237/4
pronounce **[3]**   77/19 80/5 80/7
pronounces **[1]**   204/21
proof **[5]**   103/23 103/25 104/9
 104/12 249/1
proper **[1]**   247/14
protect **[2]**   94/16 141/25
protected **[1]**   28/8
protection **[1]**   190/25
protective **[3]**   90/10 143/1
 151/15
protector **[3]**   21/13 86/25
 94/11
protectors **[2]**   41/10 41/11
prove **[6]**   6/25 163/9 163/13

255/25 280/23 280/15
**proved** **[1]**   247/14
provide **[7]**   51/8 71/3 104/2
 181/24 204/3 247/10 277/13
provided **[1]**   247/14
provision **[10]**   49/25 49/25
 50/1 50/3 50/10 50/14 51/17
 52/16 70/16 70/18
provisions **[1]**   70/12
provocatively **[1]**   260/7
proximity **[2]**   177/13 282/12
psychiatric **[1]**   110/11
psychiatrist **[2]**   31/22 40/25
psychological **[2]**   39/10
 109/24
psychologist **[3]**   109/8 109/11
 111/9
psychosocial **[3]**   108/23
 109/25 112/10
psychosomatic **[15]**   39/19
 39/20 40/8 40/9 105/14
 106/17 106/21 106/24 106/25
 107/2 108/22 116/12 118/1
 118/7 118/10
PTSD **[4]**   39/16 40/18 54/22
 55/10
pubic **[1]**   13/7
public **[6]**   32/11 32/14 35/23
 47/20 52/20 84/11
publicly **[3]**   41/8 41/12 58/16
publish **[2]**   201/2 203/4
published **[1]**   206/22
pull **[3]**   19/20 62/17 91/6
pulled **[1]**   61/23
puncture **[1]**   108/5
punish **[1]**   56/25
punishable **[1]**   5/24
Pupp **[1]**   77/18
purely **[1]**   134/16
purport **[2]**   244/15 245/13
purported **[1]**   105/20
purports **[1]**   129/21
purpose **[4]**   103/8 271/14
 271/15 271/25
purposes **[1]**   51/2
pursuant **[6]**   49/24 159/13
 159/23 160/14 160/20 177/20
push **[1]**   21/17
pushed **[2]**   36/25 37/11
put **[45]**   8/6 8/15 12/5 13/10
 13/12 13/15 17/24 26/1 37/6
 61/6 68/8 76/10 82/17 83/16
 84/25 100/8 100/17 106/15
 126/16 126/18 126/19 133/4
 134/7 143/18 154/13 155/5
 165/5 169/10 176/3 176/6
 185/3 189/17 197/21 197/22
 197/22 206/2 215/15 216/13
 217/18 225/9 228/23 231/2
 242/12 262/8 262/9
puts **[3]**   11/8 18/22 195/10
putting **[7]**   17/10 26/4 98/23
 154/16 191/21 201/23 215/8
puzzled **[1]**   273/10

**Q**

quality **[4]**   60/13 60/14 62/18
 62/19
quarrel **[1]**   81/17
quash **[2]**   101/8 103/2
question **[58]**   8/12 69/17
 83/25 94/21 103/20 112/12

**question... [52]**  112/16
 118/18 120/5 125/4 127/6
 127/7 127/10 127/14 127/19
 137/19 138/5 141/18 147/11
 150/4 150/10 151/23 156/20
 165/18 165/24 167/18 167/24
 175/21 183/3 184/17 186/15
 187/21 189/1 195/2 195/3
 198/19 198/20 198/23 199/6
 199/9 199/16 203/5 213/13
 219/1 226/13 227/2 243/9
 244/10 252/8 257/6 264/20
 265/5 266/9 266/9 267/9
 267/12 267/24 278/8
**questionable [1]**  115/7
**questioned [5]**  39/19 207/7
 207/11 228/3 237/22
**questioning [9]**  19/11 19/12
 19/18 19/18 52/3 109/6
 120/11 202/25 272/14
**questions [27]**  4/11 69/16
 69/24 71/19 71/21 83/23
 94/17 97/3 147/18 148/22
 149/21 152/1 171/15 171/18
 182/12 186/19 192/25 193/1
 203/10 203/12 203/21 220/11
 234/23 245/2 245/3 248/24
 266/18
**quick [2]**  58/18 145/14
**quickly [5]**  124/3 155/12
 162/2 164/23 165/16
**quid [2]**  123/8 137/6
**quiet [2]**  59/1 59/2
**quit [1]**  165/7
**quite [12]**  13/18 17/2 38/19
 39/2 42/8 71/20 118/9 131/17
 258/20 269/7 274/17 279/23
**quo [2]**  123/8 137/6
**quote [29]**  77/24 78/1 81/5
 84/11 84/16 84/17 85/19
 93/22 93/24 93/24 93/25
 93/25 94/1 94/2 94/3 94/3
 94/4 94/5 94/6 94/7 112/9
 113/6 160/9 160/13 182/16
 182/16 184/4 184/5 184/5

**R**

**RA [6]**  92/18 93/16 207/7
 228/3 228/4 237/20
**raise [1]**  203/2
**raised [1]**  183/3
**rampant [1]**  54/2
**ran [4]**  27/2 79/9 79/16
 108/4
**Randall [1]**  272/21
**random [1]**  192/9
**rape [20]**  11/15 16/17 18/22
 18/24 19/7 34/7 34/20 38/2
 54/6 66/13 66/18 66/19 66/20
 66/21 181/6 182/23 190/3
 190/12 237/8 272/23
**raped [19]**  17/12 21/7 22/7
 22/9 26/14 28/15 32/3 53/6
 64/3 64/6 64/24 66/7 157/25
 215/14 226/15 233/23 233/24
 236/25 250/18
**raping [4]**  63/18 235/8 235/8
 235/15
**rapist [2]**  226/19 237/6
**rather [12]**  9/15 48/16 51/11

51/13 98/18 106/19 109/18
 111/9 118/7 176/4 262/15
 266/9
**reach [1]**  45/2
**reacted [1]**  149/13
**reaction [2]**  117/13 150/7
**read [42]**  8/23 16/14 26/21
 26/25 49/24 50/13 77/15
 77/15 80/24 87/3 89/22 91/21
 92/15 95/17 107/25 108/1
 108/3 109/3 112/11 118/13
 121/14 121/16 127/24 127/24
 138/22 159/24 160/23 162/4
 177/2 177/5 189/12 199/6
 200/20 202/16 202/18 215/13
 239/14 240/1 256/25 268/15
 273/17 279/3
**reader [1]**  184/10
**reading [6]**  27/25 31/23
 175/18 269/11 269/12 278/13
**reads [3]**  50/10 50/15 51/17
**ready [8]**  29/12 76/9 76/13
 80/25 105/1 106/14 139/20
 262/20
**real [2]**  126/8 236/9
**reality [1]**  134/2
**realize [4]**  131/12 171/8
 195/23 223/1
**realized [1]**  194/19
**really [64]**  7/7 20/17 20/23
 21/20 22/10 26/25 29/21
 35/21 35/22 36/3 40/22 42/6
 43/18 44/23 49/25 50/2 62/13
 63/7 84/3 92/9 93/22 94/3
 101/21 116/5 120/8 120/21
 123/1 125/8 125/9 125/9
 126/3 127/15 131/18 131/19
 132/12 148/7 150/2 153/23
 155/15 157/9 166/8 198/18
 206/5 213/2 219/5 219/18
 223/2 231/20 231/23 232/20
 232/21 234/24 235/3 235/5
 237/7 252/1 258/23 260/20
 261/2 261/22 264/23 268/5
 271/25 274/25
**reason [28]**  62/5 62/6 62/25
 86/14 96/20 98/5 113/18
 145/13 145/20 148/3 163/3
 187/20 191/24 196/25 197/3
 219/12 219/15 229/19 233/13
 233/17 235/13 254/12 262/16
 270/1 272/17 278/13 280/5
 282/8
**reasonable [1]**  184/10
**reasons [4]**  220/22 248/17
 259/24 261/10
**rebut [3]**  164/1 164/10 260/24
**recall [67]**  8/22 10/5 15/19
 18/6 18/8 18/9 39/17 71/24
 72/3 72/6 72/7 72/13 72/16
 73/17 78/2 79/25 80/1 85/13
 93/14 93/16 106/14 106/16
 107/21 109/14 115/9 119/19
 119/25 120/11 122/24 156/19
 165/3 166/21 168/23 172/6
 172/13 178/22 179/1 179/4
 179/6 179/8 179/19 180/9
 181/4 181/12 190/23 210/2
 210/8 210/10 211/4 215/21
 217/10 219/20 219/24 224/15
 224/25 225/4 228/6 238/3
 238/15 238/16 238/19 239/12

239/13 268/20 269/21 272/19
 274/1
**recalled [10]**  209/13 210/4
 213/7 217/22 220/1 228/4
 228/5 238/12 238/18 239/5
**recalling [1]**  218/22
**recalls [1]**  268/5
**recantation [1]**  95/1
**recanted [1]**  94/13
**recanting [2]**  94/24 163/16
**receive [3]**  101/4 245/3 245/7
**received [13]**  40/16 101/7
 101/10 102/6 103/1 214/13
 215/18 222/25 238/2 240/13
 249/14 250/14 274/2
**receiving [8]**  71/6 71/7
 112/20 158/24 238/16 238/16
 239/5 244/13
**recent [2]**  164/1 164/11
**recently [2]**  144/14 243/24
**recess [7]**  22/23 58/24 100/24
 164/14 222/21 248/20 248/23
**recites [1]**  112/1
**recognize [5]**  12/8 129/20
 175/17 176/25 181/19
**recollection [4]**  130/10
 186/20 216/8 233/10
**reconceptualized [1]**  6/17
**reconstructive [8]**  34/10
 34/15 34/17 37/3 37/10 37/14
 38/7 42/17
**record [39]**  4/24 5/20 8/2
 10/10 11/6 15/23 26/22 67/14
 67/20 74/25 82/9 89/23 99/2
 101/2 104/25 105/15 106/22
 107/9 108/19 109/2 110/24
 111/19 115/20 122/6 143/11
 143/23 144/1 144/6 146/17
 154/18 185/22 230/9 239/15
 241/4 269/11 269/12 269/19
 278/7 283/4
**recorded [6]**  1/24 79/16 82/13
 95/2 95/7 187/22
**records [20]**  5/22 14/21 16/8
 40/8 72/9 72/9 75/1 81/21
 96/18 97/3 98/16 98/22 98/24
 106/20 198/5 199/12 212/11
 212/19 228/10 261/7
**recount [1]**  204/6
**recounted [1]**  210/21
**recreational [1]**  84/11
**recreational/public [1]**  84/11
**red [6]**  15/8 156/23 157/1
 157/9 157/22 217/4
**redact [7]**  68/18 68/22 99/19
 99/20 105/5 105/17 276/10
**redacted [10]**  75/3 100/6
 100/15 105/11 143/8 161/12
 241/9 241/9 277/25 279/15
**redaction [10]**  74/25 75/2
 100/22 105/2 107/8 143/9
 241/11 276/13 276/14 277/1
**redirect [3]**  192/17 199/4
 280/5
**redo [2]**  242/13 242/14
**reference [18]**  50/25 61/1
 61/7 67/7 92/4 100/3 100/16
 100/19 121/15 121/17 155/25
 235/17 235/19 247/16 273/3
 273/5 273/8 280/8
**referenced [2]**  68/13 68/14
**references [8]**  99/20 242/18

**references...** **[6]** 243/16
244/14 245/18 245/21 245/23
247/5
**referred [1]** 241/5
**referring [6]** 106/22 108/18
168/8 196/19 225/16 258/17
**refers [5]** 77/21 105/21 111/2
111/17 210/15
**refreshes [1]** 165/17
**refreshing [1]** 166/21
**refuge [1]** 45/17
**refute [3]** 251/3 251/5 251/7
**regard [4]** 44/15 175/13
195/22 242/21
**regarding [10]** 94/23 105/19
108/16 109/18 152/9 161/21
163/12 171/16 206/19 273/20
**Regardless [1]** 82/2
**regards [1]** 44/14
**regional [1]** 204/2
**regular [1]** 143/23
**related [7]** 5/15 5/20 6/20
8/18 50/21 102/3 220/2
**relating [3]** 82/10 183/20
259/16
**relation [1]** 109/5
**relations [3]** 57/19 142/9
142/10
**relationship [18]** 110/1 110/5
110/7 123/3 125/24 133/17
134/16 134/21 137/3 141/6
141/11 141/11 142/21 147/14
147/15 152/15 153/25 165/19
**relatively [1]** 208/16
**relay [1]** 239/10
**relayed [3]** 11/2 198/15
198/15
**relevance [5]** 59/19 255/13
255/14 255/16 257/13
**relevant [9]** 101/19 110/3
253/24 254/1 256/14 259/8
271/6 273/9 277/3
**reliable [1]** 127/22
**Relieved [2]** 30/13 30/14
**rely [3]** 53/18 53/21 126/2
**relying [1]** 47/9
**remain [1]** 93/9
**remainder [1]** 49/24
**remains [1]** 114/13
**remarkable [1]** 282/12
**remarkably [1]** 282/16
**remedy [2]** 49/13 101/16
**remember [125]** 10/7 17/2
17/16 17/19 17/20 27/13 28/5
28/7 28/11 29/11 29/12 30/1
30/2 31/3 31/3 37/19 38/19
39/18 41/24 42/19 43/6 63/18
73/11 85/10 90/21 90/23
90/24 92/7 94/1 107/23
116/23 120/17 120/21 121/23
122/8 122/23 123/1 126/3
128/11 129/4 130/13 131/15
133/19 133/20 134/23 139/10
139/16 139/16 139/17 140/4
140/5 140/5 140/14 140/14
145/15 145/18 145/20 149/1
149/3 151/3 157/24 169/7
169/7 173/14 173/15 173/19
173/22 178/9 178/10 178/15
178/21 178/23 180/3 182/2

182/3 182/19 187/14 187/25
193/20 208/10 209/7 209/9
211/12 212/25 214/21 214/22
214/23 215/20 216/7 216/14
216/17 217/6 221/5 225/3
225/7 226/8 229/25 231/19
231/21 231/23 232/13 232/19
232/20 232/21 233/8 234/15
234/16 234/17 236/18 236/20
238/20 245/1 275/9 275/13
275/14 275/24 276/19 277/2
278/8 278/17 278/22 279/25
281/17 281/17 281/21
**remembered [3]** 32/25 95/18
168/1
**remembering [2]** 166/8 188/22
**remembers [6]** 25/24 93/19
185/18 268/10 269/4 270/3
**reminded [3]** 38/6 43/20
272/16
**reminder [5]** 129/21 133/8
133/13 135/1 135/7
**reminders [3]** 130/11 130/16
133/21
**reminding [2]** 133/9 135/6
**remove [3]** 93/22 113/9 242/17
**removed [3]** 93/13 242/21
242/24
**renew [1]** 59/11
**repeat [2]** 53/1 184/17
**repeatedly [3]** 66/7 273/11
282/3
**repetition [1]** 163/15
**rephrase [1]** 191/14
**replace [1]** 139/24
**replied [1]** 234/10
**reply [1]** 231/24
**report [57]** 57/9 81/14 82/24
89/10 92/17 92/20 94/6 96/20
99/15 100/2 100/6 109/21
112/1 112/12 112/17 112/19
112/20 112/23 113/25 158/20
158/21 158/25 160/1 160/2
160/3 160/5 160/9 160/12
160/16 160/17 160/19 160/25
160/25 161/2 161/8 161/8
161/9 161/11 161/16 161/22
162/5 162/12 163/4 191/4
191/19 196/2 200/22 201/3
201/6 215/1 219/3 219/20
227/24 251/1 251/8 277/10
277/10
**reported [23]** 50/21 57/13
57/14 57/21 77/2 78/11 85/25
86/7 96/16 107/19 113/7
114/10 115/7 115/25 116/24
121/24 175/9 175/24 191/9
195/25 196/9 211/3 275/23
**reporter [5]** 2/12 159/10
225/23 232/6 283/9
**Reporter's [1]** 283/3
**reporting [13]** 86/15 92/18
115/13 119/12 119/19 119/25
159/10 186/12 193/5 194/4
194/14 194/16 276/22
**reports [12]** 72/10 109/25
110/10 112/9 116/14 144/14
159/22 275/1 275/2 275/7
275/8 281/24
**represent [2]** 61/8 61/10
**representations [2]** 53/18
53/21

**Representative [1]** 248/6
**Representative Poll's [1]** 248/6
**representing [6]** 242/18
242/22 270/9 270/12 273/3
273/6
**represents [2]** 273/7 273/11
**reputation [7]** 5/7 6/9 7/8
7/11 103/22 104/12 104/14
**request [3]** 51/14 102/16
205/25
**requested [4]** 4/10 80/9 80/10
283/1
**requesting [2]** 190/2 190/11
**requests [1]** 51/2
**require [3]** 75/2 75/22 133/13
**required [5]** 123/4 123/6
124/11 142/22 276/9
**requirement [1]** 52/9
**requires [1]** 105/2
**requiring [1]** 84/12
**rescue [1]** 55/22
**rescued [2]** 251/12 251/12
**research [1]** 162/5
**reserve [1]** 282/25
**residual [1]** 163/17
**resistant [1]** 109/6
**resolution [6]** 50/15 50/19
51/7 51/11 62/3 63/9
**resolve [4]** 131/5 224/3 246/2
259/20
**resolved [1]** 117/14
**respect [6]** 101/18 134/11
177/23 218/25 228/22 275/18
**Respectfully [1]** 244/24
**respond [6]** 83/22 138/20
147/18 199/3 243/21 245/6
**responded [3]** 84/11 190/24
191/1
**responders [1]** 159/2
**response [23]** 50/4 92/6 136/8
136/9 138/23 139/7 167/24
171/17 186/18 210/6 210/17
233/1 233/1 233/4 233/8
234/4 234/8 234/22 236/5
236/14 259/9 265/1 265/4
**responses [1]** 253/25
**responsible [1]** 61/10
**responsive [4]** 260/20 261/3
261/12 261/21
**responsively [1]** 198/23
**rest [7]** 11/3 158/19 191/3
224/17 242/8 245/14 274/11
**restate [1]** 191/14
**restraining [1]** 90/8
**result [6]** 5/14 70/22 90/7
95/11 131/14 279/18
**resulted [3]** 4/19 4/21 36/5
**resulting [2]** 113/23 160/13
**resume [7]** 23/1 63/14 70/4
106/3 164/17 222/24 224/7
**resumed [3]** 167/15 167/17
167/22
**retaliation [3]** 24/12 51/18
56/5
**retracted [1]** 94/12
**retribution [1]** 24/12
**return [4]** 32/13 157/23
218/11 221/22
**returned [9]** 44/9 211/4 211/7
211/15 211/22 213/8 214/8
220/23 221/12
**returning [6]** 211/4 211/9

**returning... [4]** 213/6 213/18
 218/11 239/9
**reunion [1]** 172/6
**reunions [1]** 172/17
**reveal [1]** 85/8
**reverse [1]** 267/10
**review [4]** 77/2 108/12 175/2
 246/5
**reviewed [1]** 200/1
**reviews [1]** 203/11
**Richmond [2]** 1/17 1/20
**ridding [1]** 245/18
**ride [3]** 178/10 178/23 180/23
**right [285]**
**right-hand [3]** 16/7 76/1
 189/23
**rightly [1]** 196/25
**ripped [1]** 6/22
**rippling [1]** 37/12
**rise [6]** 22/22 58/23 99/10
 158/14 224/4 240/10
**risk [2]** 67/18 109/22
**risks [1]** 53/13
**risky [1]** 154/3
**Riverway [3]** 1/16 1/19 2/10
**road [2]** 62/6 63/8
**Robbie [2]** 109/8 111/9
**Rodriguez [4]** 159/24 161/18
 162/4 177/23
**Rohypnol [8]** 27/9 180/5
 182/18 185/16 188/21 198/13
 272/12 272/20
**role [2]** 123/22 123/22
**Ron [2]** 1/18 264/6
**roofie [1]** 217/18
**room [53]** 11/11 17/21 28/3
 28/21 28/23 30/21 30/24
 30/25 31/18 34/20 41/14
 44/20 64/11 85/9 85/20
 126/24 146/23 179/12 182/13
 182/15 182/21 183/15 183/25
 184/1 187/13 187/24 188/6
 188/20 191/11 191/23 193/7
 193/13 193/15 194/18 195/11
 195/25 196/17 205/13 205/13
 208/3 208/10 211/6 211/9
 211/12 211/13 211/22 212/23
 221/22 225/1 225/2 225/5
 226/24 279/19
**roommate [4]** 28/21 213/7
 220/10 220/12
**roommates [5]** 207/23 208/20
 220/6 220/7 221/20
**ROOT [3]** 1/6 1/7 190/8
**Ross [2]** 65/17 65/23
**rough [1]** 110/9
**round [1]** 115/19
**rounding [1]** 263/2
**route [1]** 188/18
**Royal [7]** 136/16 139/10
 139/19 139/21 139/24 140/6
 140/12
**rude [2]** 42/8 106/11
**ruffies [8]** 17/18 27/11 64/9
 64/10 191/12 193/16 216/18
 217/19
**rule [12]** 49/24 60/1 74/16
 118/8 120/4 239/20 239/22
 244/18 257/4 257/8 280/12
 282/17

**ruled [5]** 276/8 276/20 277/8
 277/9 279/24
**rules [5]** 57/18 69/25 161/1
 253/21 253/25
**ruling [14]** 8/11 8/21 67/1
 74/23 99/18 104/11 243/8
 244/25 245/8 277/24 279/12
 279/16 279/18 282/25
**rulings [5]** 68/6 68/22 69/13
 75/2 246/17
**Rumba [30]** 10/7 10/25 11/11
 174/4 174/15 175/4 175/5
 175/7 175/9 175/12 175/14
 175/23 175/24 181/21 181/24
 182/7 183/19 187/22 195/10
 195/18 196/1 196/9 200/12
 200/14 267/17 268/6 269/2
 269/4 269/14 270/7
**Rumba's [3]** 10/10 183/7
 185/24
**run [5]** 52/17 79/8 108/13
 248/2 263/13
**Runions [1]** 2/4
**running [1]** 79/9
**ruptured [3]** 36/10 36/22
 36/23
**Rusk [1]** 2/14
**Ryan [11]** 209/2 213/22 213/25
 214/8 214/8 214/13 214/17
 215/21 218/3 220/25 222/4

**S**

**SA [1]** 237/20
**Sabrina [1]** 34/3
**sacrifice [1]** 56/10
**sad [1]** 140/24
**safe [6]** 41/10 55/12 60/16
 109/23 140/23 258/1
**said [131]** 11/2 13/18 17/18
 18/19 18/25 19/16 21/1 21/3
 21/10 22/11 27/9 27/11 28/8
 29/1 29/3 30/6 30/8 31/5
 32/12 32/15 34/22 35/21
 35/24 36/4 36/10 36/12 37/3
 38/8 38/20 39/6 39/8 40/6
 40/7 43/14 44/10 57/13 62/1
 62/4 62/24 63/16 63/17 64/8
 65/17 65/23 66/12 66/15 70/2
 77/23 79/16 84/3 86/3 87/10
 87/25 87/25 90/2 92/1 94/10
 94/10 94/13 95/21 101/12
 109/24 110/18 111/6 112/9
 117/25 117/25 118/10 118/22
 128/9 129/4 134/4 136/14
 136/15 141/17 145/1 145/5
 145/14 146/10 151/9 160/18
 164/8 166/7 166/10 175/10
 175/19 177/3 177/25 182/5
 182/21 187/18 192/12 192/23
 193/8 195/20 197/7 197/10
 198/10 211/9 214/7 218/19
 219/3 221/19 221/23 223/10
 223/18 225/4 229/14 229/14
 232/12 234/5 234/6 236/7
 237/13 238/2 240/5 246/7
 252/8 258/11 260/16 260/18
 261/13 269/2 269/14 271/18
 272/11 273/11 280/3 282/2
 282/3 282/3
**Sailor [5]** 92/22 92/25 93/2
 93/9 93/10
**sales [1]** 247/4

**same [31]** 7/10 11/20 15/23
 36/11 36/21 38/3 43/11 44/5
 49/11 73/4 89/19 92/24
 115/23 146/21 147/14 157/14
 157/15 168/21 171/4 215/19
 221/7 221/12 247/13 259/16
 261/16 262/7 263/8 267/11
 271/21 277/11 282/23
**San [5]** 73/22 73/24 76/14
 95/22 97/2
**San Diego [1]** 97/2
**Sara [12]** 205/24 207/13
 208/19 233/18 234/21 235/7
 235/19 238/16 263/5 263/6
 263/7 263/9
**sat [4]** 148/23 150/15 229/15
 268/17
**satisfactory [1]** 4/2
**saved [2]** 17/18 216/18
**saving [5]** 27/11 64/9 182/18
 185/17 217/18
**saw [32]** 28/23 29/25 32/25
 33/1 34/13 35/15 35/21 43/22
 60/12 62/22 79/8 81/15 82/11
 115/25 115/25 116/9 145/12
 148/15 151/8 172/22 172/24
 173/2 173/7 173/16 174/1
 174/17 175/17 198/10 208/2
 208/19 208/19 239/14
**say [78]** 7/5 7/11 7/15 11/1
 12/1 13/17 13/19 20/7 20/25
 24/11 24/13 30/4 33/7 37/24
 47/10 48/5 48/15 55/21 60/6
 60/21 60/23 61/4 61/5 61/6
 64/18 66/7 66/18 70/11 73/16
 77/3 83/17 87/4 87/23 92/1
 92/24 97/15 109/21 114/8
 134/4 135/5 140/14 140/17
 141/5 141/9 146/14 153/19
 154/5 160/24 161/13 162/19
 170/15 171/16 181/21 182/5
 184/14 188/16 192/11 193/9
 197/7 200/7 206/3 219/20
 221/23 232/4 232/15 237/13
 247/3 249/13 249/18 249/24
 250/15 250/18 253/5 254/6
 256/6 256/21 256/22 260/17
**saying [37]** 7/17 19/10 21/21
 22/2 68/25 72/7 81/24 88/3
 89/25 114/5 116/4 132/14
 150/5 162/9 162/10 164/9
 182/3 183/14 183/16 187/15
 187/17 197/2 212/25 216/17
 222/25 237/12 243/20 243/21
 250/2 256/9 261/3 261/18
 261/25 267/11 268/22 270/3
 281/23
**says [72]** 8/2 10/18 10/22
 11/6 13/19 15/5 16/1 16/7
 18/16 21/6 27/16 27/17 28/18
 35/18 58/8 82/20 89/19 108/8
 108/9 122/5 136/9 144/10
 150/25 162/18 164/7 167/5
 175/14 182/11 184/24 185/10
 185/14 186/8 188/23 191/25
 192/2 192/9 192/21 193/7
 193/11 193/14 194/11 199/3
 207/7 211/7 212/1 212/3
 219/5 220/13 224/14 224/24
 225/11 227/10 231/14 232/1
 244/5 244/13 249/22 253/1
 253/11 259/7 261/5 262/1

221/5 222/11 228/25 229/10
239/20 264/9

**Section 5 [1]** 51/21
**Section 9 [1]** 222/11
**security [10]** 18/23 24/3 32/8
 55/14 174/6 174/10 174/19
 215/16 273/21 274/1
**see [145]** 10/22 11/7 11/15
 12/16 15/4 16/2 16/8 19/23
 24/7 24/16 28/10 29/24 30/17
 31/21 33/25 34/2 34/12 37/23
 38/5 39/13 43/18 48/8 48/12
 50/3 50/5 60/25 60/25 63/25
 72/5 72/10 73/14 76/2 80/6
 82/5 82/13 82/23 82/25 83/7
 84/5 89/14 90/24 92/4 92/17
 96/15 96/16 97/7 97/9 97/23
 97/25 98/2 99/24 107/16
 108/18 109/15 110/10 112/5
 112/8 115/22 115/22 115/23
 117/22 120/7 120/10 120/21
 121/10 121/13 122/14 126/4
 127/2 127/14 133/7 133/10
 135/15 135/22 135/23 136/4
 136/8 136/18 138/22 143/20
 144/16 144/17 146/1 146/16
 147/24 151/10 153/15 153/20
 155/8 165/17 166/10 167/12
 168/7 168/11 170/1 170/3
 171/14 176/2 176/22 185/12
 186/24 189/20 189/22 189/25
 210/18 211/5 211/10 211/24
 212/24 213/18 215/9 215/11
 216/20 217/21 217/24 222/14
 224/16 224/20 225/15 226/6
 228/8 229/10 229/24 230/4
 230/6 231/13 231/17 231/24
 231/25 232/2 233/6 234/11
 236/5 236/9 237/23 246/8
 257/1 258/19 261/2 262/2
 266/13 266/20 267/2 282/5
 282/6
**see-through [1]** 262/2
**seed [2]** 115/15 117/24
**seeing [10]** 13/17 84/8 95/23
 109/11 115/13 151/6 155/14
 221/23 228/17 273/19
**seek [3]** 34/17 227/17 227/22
**seeks [2]** 101/17 111/3
**seem [5]** 70/6 125/12 190/16
 226/14 260/20
**seemed [2]** 22/16 27/10
**seems [7]** 6/18 7/4 166/11
 234/8 240/2 245/14 257/17
**seen [19]** 23/25 85/9 88/6
 103/24 109/7 115/3 117/7
 144/14 157/23 173/13 173/16
 192/2 192/3 192/20 197/9
 202/19 202/20 214/25 252/19
**sees [3]** 56/25 116/14 266/22
**seizure [4]** 120/4 144/15
 144/18 144/19
**semen [1]** 16/24
**Senate [2]** 49/21 52/19
**send [4]** 133/21 158/4 169/7
 249/17
**sending [4]** 54/11 155/9
 231/19 243/24
**sends [1]** 153/12
**sense [9]** 87/20 88/2 161/22
 177/12 177/15 177/17 212/14
 223/18 226/12

**says... [10]** 268/6 269/2
 269/7 269/14 275/7 276/13
 278/7 278/9 281/24 282/17
**scalp [1]** 13/8
**scar [1]** 151/9
**Scarano [3]** 223/4 223/6 223/6
**Scarano's [1]** 272/19
**scared [4]** 21/11 22/10 32/10
 41/6
**scenario [1]** 196/5
**scene [4]** 80/10 162/19 268/20
 269/21
**schematics [1]** 36/7
**Schmidt [12]** 209/3 221/21
 221/23 222/5 255/7 255/8
 256/17 263/5 263/10 264/14
 265/18 265/20
**Schmidt's [2]** 258/18 264/25
**school [7]** 44/24 55/5 55/6
 55/7 55/7 55/10 55/12
**school-age [1]** 55/6
**Schooley [5]** 80/4 80/8 80/11
 89/25 90/2
**schools [1]** 113/9
**Schulz [23]** 10/5 11/16 15/19
 16/1 16/4 16/11 16/16 18/21
 20/14 34/21 174/17 175/10
 175/13 175/16 175/22 185/10
 187/23 193/6 194/18 196/1
 196/9 196/16 197/2
**Schulz' [6]** 18/18 66/15
 185/22 193/17 198/5 199/12
**scissoring [1]** 115/7
**Scott [3]** 43/21 43/22 143/23
**Scout [1]** 110/23
**scraping [2]** 12/3 13/6
**scratch [1]** 28/4
**scratched [1]** 10/23
**screaming [3]** 79/10 79/17
 79/18
**screen [22]** 10/16 14/4 82/18
 82/20 91/22 100/18 126/17
 126/18 133/5 144/22 144/25
 145/13 147/4 147/25 150/18
 154/16 155/5 181/19 185/3
 188/13 189/17 201/23
**screened [1]** 148/20
**scroll [2]** 15/12 231/24
**seasons [1]** 261/20
**seat [2]** 19/6 222/24
**seated [10]** 4/4 9/21 22/25
 63/13 99/12 106/2 158/17
 164/16 224/6 240/12
**seats [1]** 75/9
**second [26]** 27/23 38/6 41/17
 69/15 105/19 112/2 112/2
 125/13 125/16 126/15 159/12
 166/16 180/19 181/1 184/25
 190/18 192/7 192/7 201/12
 201/25 217/11 222/23 225/9
 230/24 237/19 277/12
**secondary [5]** 120/22 144/15
 144/22 144/23 144/25
**Secondly [1]** 101/7
**secrecy [5]** 46/8 46/11 46/14
 48/6 49/25
**secret [10]** 47/3 47/18 47/19
 48/3 49/2 52/11 147/2 153/18
 153/25 206/19
**section [9]** 48/13 51/10 51/21

**sensitive [2]** 12/23 190/4
**sent [32]** 6/23 24/4 24/8
 24/19 25/14 30/10 33/22 35/3
 101/4 129/5 133/7 136/18
 154/22 155/13 155/21 155/22
 155/25 156/1 156/3 156/6
 157/25 158/1 165/8 166/5
 167/6 168/13 169/13 169/16
 169/18 169/22 231/13 249/23
**sentence [30]** 105/10 105/17
 105/19 105/21 112/6 112/8
 112/8 146/8 167/6 177/24
 183/24 183/24 184/3 184/3
 184/6 191/3 207/8 207/8
 207/9 210/15 210/24 214/7
 217/21 224/20 224/24 225/11
 225/15 225/18 237/19 237/21
**sentences [2]** 210/24 221/17
**separate [2]** 118/3 118/4
**separated [1]** 98/20
**September [20]** 119/12 119/20
 120/1 120/6 120/7 120/15
 122/1 122/16 122/22 122/25
 124/1 125/24 126/4 126/9
 128/2 130/22 132/13 165/2
 165/20 165/24
**September/October [1]** 165/24
**sequence [4]** 195/7 195/9
 205/11 251/13
**sequential [1]** 215/15
**sequentially [1]** 215/2
**serve [1]** 6/9
**served [1]** 101/8
**service [1]** 82/24
**SERVICES [1]** 1/7
**serving [2]** 50/18 51/5
**set [6]** 14/21 71/9 125/13
 130/15 242/16 243/21
**seven [1]** 208/23
**several [26]** 6/3 6/3 32/3
 34/10 34/13 64/7 93/12
 107/19 113/8 113/21 130/21
 161/3 190/21 192/14 193/24
 207/23 213/9 214/9 216/21
 230/1 252/19 254/23 258/4
 275/8 275/12 275/23
**severe [9]** 12/13 12/17 12/17
 12/22 12/25 13/2 13/2 144/13
 148/16
**severity [1]** 119/23
**sex [23]** 28/8 28/9 57/25
 123/6 123/13 124/12 124/13
 156/17 171/16 171/20 180/2
 181/3 181/5 182/21 185/20
 233/25 264/22 278/2 278/8
 278/25 280/7 280/25 281/4
**sexual [40]** 53/24 54/2 57/9
 57/18 105/12 105/12 105/21
 105/22 113/23 124/23 125/1
 125/4 125/6 125/25 127/16
 127/20 127/21 128/4 145/4
 160/3 161/19 165/2 165/6
 165/8 165/23 166/2 166/2
 167/10 167/19 266/12 278/4
 278/22 279/11 280/12 280/14
 280/15 280/15 281/10 281/24
 282/1
**sexually [11]** 53/9 114/11
 114/12 125/24 142/3 142/6
 148/24 181/10 190/6 266/8
 266/22
**sexy [1]** 43/3

**shaking [2]**  15/21 117/12
**shall [2]**  51/17 264/13
**share [2]**  139/5 140/22
**shared [3]**  137/12 209/15
 209/17
**sharing [3]**  75/13 209/20
 209/25
**Sharon [1]**  2/9
**she [396]**
**she'll [1]**  145/23
**she's [33]**  13/17 25/4 46/16
 46/19 46/20 47/9 60/6 60/12
 61/21 62/20 63/1 96/12 96/12
 131/3 166/17 166/18 183/15
 184/14 198/25 235/16 246/4
 248/10 249/13 258/11 259/18
 261/3 261/25 264/7 267/16
 271/19 273/24 278/21 281/23
**sheet [1]**  254/5
**shift [2]**  120/19 132/19
**shirt [5]**  6/22 20/12 30/19
 179/9 179/10
**shit [1]**  236/12
**shocked [2]**  28/10 149/5
**Shoot [2]**  40/23 62/5
**short [3]**  204/2 219/22 222/18
**shortchanged [1]**  145/14
**shorten [1]**  112/5
**shortly [6]**  69/22 69/22 73/19
 81/3 134/14 221/23
**shot [4]**  61/24 140/23 208/15
 208/15
**should [16]**  9/6 9/6 14/20
 68/14 93/2 105/20 117/9
 160/21 163/4 179/2 191/11
 201/22 239/10 268/2 271/18
 272/14
**shouldn't [1]**  236/12
**show [28]**  10/16 34/23 42/25
 43/11 56/13 62/3 62/9 65/1
 97/2 104/13 133/14 156/17
 163/23 165/16 166/19 166/24
 167/12 168/20 169/24 176/22
 176/23 228/10 229/9 232/19
 257/21 275/21 280/20 281/18
**showed [4]**  14/15 209/4 219/3
 261/19
**shower [5]**  20/6 20/7 20/7
 38/5 42/2
**showing [3]**  223/8 260/14
 282/14
**shown [4]**  56/9 100/3 160/16
 166/18
**shows [5]**  89/11 94/7 169/1
 169/1 269/5
**sic [3]**  140/10 183/9 193/18
**sick [6]**  110/19 128/23 131/6
 151/17 227/16 227/21
**sicken [1]**  111/3
**side [21]**  5/18 19/6 19/7
 27/15 31/17 62/2 62/4 63/8
 77/24 79/8 79/10 86/3 86/10
 122/8 122/9 140/13 147/22
 258/9 271/10 273/1 273/1
**side's [1]**  276/11
**sidebar [2]**  46/5 67/2
**sided [1]**  117/14
**sides [4]**  9/19 75/10 258/21
 279/15
**sideways [1]**  157/3

**sight [1]**  38/11
**sign [2]**  59/21 78/9
**signal [1]**  153/12
**signed [2]**  48/2 112/19
**significant [4]**  131/13 132/15
 228/6 246/21
**signing [1]**  53/19
**signs [2]**  89/7 89/16
**silence [1]**  103/17
**silent [1]**  104/23
**silly [1]**  83/15
**Simco [22]**  205/24 205/25
 206/7 206/18 207/13 208/19
 210/20 211/5 233/18 234/21
 235/13 235/20 238/12 238/17
 239/5 239/8 255/6 260/5
 260/13 263/5 263/6 263/9
**Simco's [8]**  210/16 211/3
 211/12 234/24 235/7 259/5
 259/14 261/2
**similar [4]**  160/1 276/10
 278/20 282/16
**similarity [1]**  282/12
**simple [1]**  266/9
**Simplex [1]**  142/17
**simply [12]**  83/25 116/22
 124/15 149/25 163/22 177/19
 187/22 219/2 226/13 260/24
 279/12 279/21
**since [11]**  4/9 54/21 87/14
 131/4 157/23 181/3 235/6
 235/6 235/6 277/24 279/17
**single [2]**  154/8 280/7
**sink [1]**  20/6
**sipped [2]**  205/6 210/8
**sipping [3]**  210/4 210/7
 217/22
**sips [7]**  186/20 186/21 214/21
 214/22 218/21 218/23 221/1
**sir [9]**  14/14 50/12 59/3
 103/3 108/3 119/18 184/20
 259/19 265/7
**sit [3]**  75/9 86/22 233/12
**sitting [18]**  19/5 19/7 23/18
 41/14 78/2 84/12 84/14 84/16
 86/14 101/10 146/12 146/14
 151/25 209/14 209/14 209/19
 216/12 263/18
**situation [8]**  12/21 13/2 41/3
 113/9 122/15 123/15 124/6
 250/5
**situations [1]**  258/1
**six [6]**  23/25 54/25 62/24
 108/16 208/23 252/10
**size [1]**  261/21
**skip [3]**  157/12 224/14 240/4
**skipped [1]**  251/24
**slams [1]**  21/18
**slander [2]**  58/11 58/12
**slandered [1]**  58/8
**slang [1]**  194/5
**sleep [3]**  31/19 31/20 31/22
**sleeves [1]**  19/24
**slightly [2]**  112/15 262/2
**slow [3]**  34/19 236/11 250/16
**small [6]**  20/5 55/11 131/19
 150/11 208/16 258/19
**smaller [1]**  33/8
**smart [1]**  184/14
**smile [3]**  141/3 157/17 157/18
**Smith [1]**  247/3
**SNAFU [1]**  223/17

**sneak [1]**  243/18
**snippet [1]**  268/9
**so [244]**  4/22 10/10 11/2
 11/15 11/22 13/12 13/16 15/4
 17/10 20/1 21/15 25/4 25/8
 28/9 28/16 29/9 29/21 31/2
 31/19 31/21 34/8 36/6 37/1
 37/25 38/2 38/19 39/17 39/21
 40/1 40/4 40/24 42/3 42/3
 42/4 42/6 42/7 42/9 42/9
 42/12 43/9 45/4 45/10 46/11
 49/2 50/1 50/13 52/17 52/21
 54/18 55/15 56/11 59/24 62/3
 64/11 66/2 66/5 66/20 66/21
 66/25 67/12 69/24 69/25
 70/21 70/22 73/4 78/18 78/23
 79/23 80/9 81/13 82/13 86/24
 87/3 87/17 87/17 87/20 88/11
 94/12 95/12 98/12 98/25
 100/18 101/5 103/2 103/4
 103/22 104/12 106/11 109/19
 110/8 110/19 110/23 113/5
 114/8 114/9 115/18 117/7
 117/23 120/9 120/19 122/10
 122/12 123/21 124/10 124/22
 125/8 127/14 127/15 128/13
 130/15 131/6 132/7 133/7
 133/21 137/3 138/19 138/22
 139/16 140/17 141/16 141/17
 141/18 141/19 144/10 145/9
 145/13 145/15 147/22 148/9
 150/18 151/23 154/18 155/8
 155/10 155/15 155/21 156/3
 159/5 160/18 162/15 163/6
 163/17 164/21 165/11 165/25
 166/9 170/2 170/25 171/2
 172/9 172/11 173/6 174/22
 175/18 175/19 176/12 177/18
 178/2 186/22 187/19 194/21
 196/1 196/4 197/25 199/15
 202/1 202/1 204/16 206/4
 206/6 208/18 209/7 210/11
 212/5 212/7 214/16 214/25
 216/3 217/4 217/10 218/23
 219/19 221/9 223/19 225/5
 226/22 226/23 227/4 228/17
 230/7 231/14 231/20 232/5
 235/17 237/3 238/5 239/14
 240/24 241/17 242/6 242/10
 243/10 243/14 243/16 244/17
 244/23 245/5 245/8 245/9
 245/22 246/1 246/5 250/9
 250/21 250/24 251/18 252/23
 253/1 253/19 254/2 259/16
 260/8 260/10 262/3 262/5
 262/22 263/4 265/5 266/17
 266/19 267/20 267/25 269/5
 269/19 269/20 270/24 271/19
 274/5 274/7 275/20 276/10
 277/14 280/19 282/1
**social [9]**  109/7 187/7 187/10
 194/20 195/25 196/11 196/19
 235/19 236/3
**socialized [1]**  178/6
**softly [1]**  106/11
**sole [1]**  271/25
**some [101]**  4/11 10/7 16/23
 19/15 20/13 20/22 21/4 21/4
 21/5 23/25 25/21 25/21 27/16
 30/23 31/6 32/11 35/23 36/15
 37/12 37/21 40/4 40/6 42/24
 42/24 45/2 45/3 52/15 53/1

**some... [73]**  67/23 72/10
  75/12 76/2 78/4 79/13 81/16
  91/9 96/19 98/19 99/24 100/4
  104/21 108/13 110/11 110/12
  110/17 110/24 111/1 115/14
  116/1 119/2 123/21 124/12
  125/1 127/16 128/14 135/8
  136/5 145/4 145/20 148/3
  152/17 153/8 156/1 163/4
  164/21 170/10 174/6 174/10
  178/6 182/12 182/16 184/4
  187/19 192/9 192/25 193/1
  199/4 200/1 200/1 205/22
  206/18 210/4 210/8 217/7
  224/11 238/8 238/14 239/6
  241/24 242/22 242/23 242/23
  242/23 243/6 243/18 245/11
  254/20 272/24 274/11 276/2
  282/6
**somebody [11]**  25/10 45/17
  47/6 47/12 68/16 164/5
  208/24 256/3 275/3 281/1
  281/5
**someone [15]**  30/17 34/8 57/25
  58/13 60/24 73/5 86/21 88/2
  98/13 111/21 142/10 162/10
  191/19 191/20 200/3
**something [62]**  4/17 9/17 22/2
  25/10 25/10 28/19 28/20 33/8
  40/11 40/19 45/19 52/8 53/2
  56/6 63/16 72/25 82/14 87/4
  87/10 88/14 88/15 97/22 98/4
  98/8 99/4 118/22 120/22
  132/4 132/25 133/20 133/22
  138/24 139/2 145/14 147/5
  148/8 169/9 170/6 176/13
  185/17 197/10 197/20 200/3
  200/4 210/3 214/5 215/5
  220/8 230/8 238/5 239/8
  240/13 252/11 252/11 252/12
  253/5 261/25 262/1 269/14
  269/25 275/2 280/8
**sometime [10]**  122/15 122/16
  122/19 124/16 125/7 125/24
  165/19 167/15 172/11 225/20
**sometimes [6]**  69/17 70/8
  110/19 128/1 161/3 216/6
**somewhat [3]**  149/5 226/19
  281/4
**somewhere [9]**  19/17 68/16
  81/22 81/23 90/18 113/12
  132/13 134/1 165/23
**soon [3]**  213/24 222/15 223/20
**sore [3]**  17/10 20/17 182/20
**Soriano [4]**  218/13 218/22
  219/3 219/21
**sorry [52]**  20/24 21/6 39/23
  48/9 49/5 59/6 59/7 63/10
  63/23 83/14 88/21 91/10
  112/2 112/3 121/1 126/15
  127/7 134/7 144/12 161/18
  166/15 168/1 173/5 174/1
  177/8 179/6 181/16 185/25
  191/14 197/18 200/15 203/17
  213/14 220/11 222/2 225/24
  227/4 232/5 239/13 242/20
  250/17 253/17 254/18 255/1
  257/6 260/12 266/25 267/9
  270/4 271/11 271/24 278/12
**sort [10]**  4/9 8/18 45/3 67/23

**sorts [1]**  6/18
**Sotto [1]**  135/17
**sounds [3]**  249/21 261/15
  281/4
**sources [1]**  160/16
**south [7]**  5/13 5/25 6/2 6/24
  7/1 7/2 79/8
**SOUTHERN [2]**  1/1 159/25
**space [2]**  75/8 75/12
**speak [10]**  41/8 60/7 60/10
  106/11 123/18 203/24 246/10
  268/18 270/2 271/22
**speaking [12]**  22/1 22/2 59/24
  72/13 80/12 89/9 106/10
  143/4 210/13 268/17 270/2
  272/4
**special [4]**  35/10 104/4 104/7
  198/9
**specific [5]**  93/16 94/25
  121/21 125/3 199/16
**specifically [13]**  34/21 48/1
  76/17 172/15 203/17 206/3
  216/17 249/5 249/8 260/16
  260/17 262/1 272/19
**specified [1]**  270/11
**speculate [1]**  196/13
**speculation [4]**  184/13 200/6
  264/15 265/8
**speech [2]**  101/16 248/18
**spend [8]**  23/12 70/13 70/14
  70/15 100/6 141/23 226/15
  247/25
**spending [1]**  57/25
**spent [2]**  70/10 226/24
**spinal [1]**  108/6
**split [1]**  244/20
**spoke [5]**  80/4 89/2 93/17
  113/3 173/22
**spoken [7]**  12/10 26/9 41/12
  58/16 63/20 63/25 86/13
**Spring [1]**  23/20
**St [1]**  241/4
**stacked [1]**  52/12
**staff [7]**  50/17 51/4 78/11
  79/1 79/7 80/8 85/9
**stage [1]**  242/15
**stagger [1]**  116/10
**staggered [1]**  116/16
**stamp [3]**  15/22 15/23 76/2
**Stamp 000035 [1]**  15/23
**Stan [1]**  57/15
**stand [13]**  9/23 11/17 48/5
  55/21 60/11 69/19 105/25
  164/10 242/16 247/6 256/3
  261/11 280/1
**standard [3]**  51/16 248/25
  282/17
**standards [3]**  50/22 50/24
  51/10
**standing [6]**  11/11 11/23
  110/7 204/3 247/3 254/9
**standpoint [1]**  109/24
**stands [1]**  144/11
**start [15]**  11/15 23/11 23/15
  38/1 42/14 77/4 87/20 87/22
  115/15 135/9 147/12 178/19
  242/6 242/13 265/24
**started [22]**  11/1 12/2 12/3
  21/21 32/21 32/24 55/5 86/2
  86/9 87/9 88/13 93/12 123/25

**starting [4]**  144/3 173/6
  237/20 271/2
**starts [6]**  13/6 42/7 180/16
  239/24 269/25 273/16
**state [59]**  24/15 29/25 30/22
  31/17 31/21 32/9 33/13 33/17
  86/6 92/12 99/14 102/12
  104/6 109/2 158/20 159/1
  159/3 159/9 159/22 169/8
  177/1 189/1 189/20 190/9
  191/4 191/16 191/20 193/5
  193/21 193/24 196/7 196/10
  196/14 196/18 196/25 198/2
  198/6 199/10 199/13 199/9
  200/17 200/22 200/23 201/3
  202/9 203/15 210/3 236/2
  237/10 248/21 250/13 250/22
  250/23 251/16 251/16 252/12
  252/13 252/21 253/3
**stated [25]**  84/16 89/25 92/20
  92/21 92/23 92/25 93/3 93/8
  93/11 93/17 158/23 185/16
  185/17 191/13 191/15 194/8
  211/8 213/8 227/16 234/11
  238/4 238/13 239/5 239/7
  261/11
**statement [101]**  14/16 21/1
  21/2 21/2 21/2 24/24 24/25
  25/5 25/7 25/9 25/9 25/16
  25/20 26/8 26/9 26/22 29/13
  29/15 29/22 32/17 71/25 72/1
  72/17 72/20 72/24 72/25 73/5
  73/12 77/22 78/3 78/6 81/18
  94/12 95/2 114/16 141/12
  159/15 159/15 162/17 163/2
  163/20 164/4 175/2 175/3
  177/10 177/16 177/17 178/1
  179/5 180/5 181/4 181/21
  182/7 184/23 186/24 187/2
  190/20 192/10 195/9 195/12
  195/14 195/16 195/17 195/18
  195/22 196/9 196/17 197/4
  197/25 198/15 200/8 200/10
  200/11 200/12 200/17 200/19
  200/22 200/23 210/22 214/25
  215/8 218/1 218/4 218/14
  225/8 226/6 227/10 236/6
  238/9 238/10 250/9 252/18
  252/20 253/4 253/18 273/19
  273/19 273/20 273/22 274/1
  277/16
**statements [41]**  29/8 32/11
  32/14 32/23 35/23 70/6 72/9
  72/14 89/16 93/17 93/19
  93/20 94/8 95/17 95/20
  158/22 160/20 161/2 161/17
  161/21 161/21 162/7 162/13
  162/14 162/22 163/4 163/6
  163/7 163/12 163/15 164/11
  174/25 179/6 187/15 189/6
  198/12 202/10 242/21 253/9
  273/18 273/23
**states [25]**  1/1 1/11 53/16
  77/22 78/10 78/11 84/11
  85/19 113/21 115/3 136/15
  144/21 182/13 182/15 182/17
  182/19 183/14 183/25 184/4
  184/7 195/10 217/22 236/7
  238/25 266/6

**stating [6]**  165/9 166/5 167/7 179/1 199/20 253/9
**stationed [2]**  73/22 73/24
**statute [1]**  5/25
**stay [13]**  32/12 40/5 104/22 108/17 109/18 110/19 110/21 115/4 120/20 131/8 246/12 270/4 270/4
**stay-at-home [1]**  110/21
**stayed [3]**  31/18 211/3 219/22
**STD [22]**  143/2 144/22 144/25 145/1 145/3 145/9 145/13 146/6 146/10 146/20 147/4 147/25 148/16 148/19 149/6 149/19 149/23 150/5 150/17 150/18 151/9 151/10
**STDs [7]**  16/8 16/8 16/11 16/13 56/9 142/9 142/12
**stenography [1]**  1/24
**step [2]**  99/12 158/18
**Stephanie [4]**  1/21 1/21 2/4 267/19
**Steven [1]**  19/7
**stick [2]**  132/19 226/16
**stiffness [1]**  107/20
**still [41]**  23/21 28/6 38/1 40/4 44/10 44/11 44/20 69/7 80/5 88/9 99/14 114/1 117/25 117/25 142/1 149/10 163/20 164/5 170/20 178/23 179/7 211/16 211/24 212/25 216/12 226/22 228/17 228/18 231/20 235/3 239/13 240/9 249/15 249/25 250/3 250/7 252/24 253/3 261/11 270/17 271/11
**stirrups [1]**  13/10
**stomach [7]**  28/4 86/2 86/9 86/17 86/19 87/6 95/9
**stop [6]**  41/3 48/18 56/11 56/12 68/11 208/1
**stopped [2]**  167/10 167/16
**stopping [1]**  239/17
**story [25]**  11/1 26/15 26/17 26/19 52/24 83/17 85/24 86/7 86/23 87/2 88/12 95/10 140/13 183/20 191/17 191/22 191/23 191/24 194/10 194/21 195/11 196/8 196/16 196/22 199/4
**straight [4]**  28/10 29/9 131/8 239/16
**straightforward [1]**  265/12
**strains [1]**  142/13
**street [4]**  1/22 2/6 2/14 60/22
**strength [2]**  117/15 117/18
**stress [11]**  34/18 38/8 38/12 38/15 39/7 39/9 39/16 40/15 40/17 93/1 96/7
**stressors [4]**  108/23 109/5 109/25 112/10
**stretcher [1]**  84/13
**stricken [3]**  118/18 272/15 275/7
**strike [2]**  90/3 274/6
**striking [2]**  86/15 95/8
**string [3]**  135/10 135/21 231/4
**strong [1]**  84/19
**stronger [1]**  269/8

**strongly [1]**  69/18
**struck [1]**  77/21
**student [1]**  87/14
**stuff [7]**  70/11 88/3 115/18 166/8 172/18 243/18 243/24
**stupid [1]**  43/19
**subject [18]**  51/18 52/9 74/25 100/22 107/8 130/2 134/15 134/18 142/3 143/8 152/8 155/9 156/19 160/25 176/11 189/3 219/23 241/11
**subjects [1]**  118/21
**submit [1]**  282/19
**submitted [1]**  198/16
**subordinate [3]**  50/16 51/3 139/11
**subordinates [1]**  57/18
**subpoena [3]**  51/15 101/8 101/17
**subpoenaed [2]**  248/13 248/14
**subpoenas [2]**  50/1 51/2
**subsequently [2]**  86/6 117/13
**substance [3]**  176/9 176/17 197/4
**substantial [1]**  282/9
**substantially [6]**  280/9 280/16 280/20 280/22 282/8 282/18
**substantive [2]**  246/20 246/25
**substantively [1]**  195/17
**such [4]**  6/7 42/13 81/18 196/3
**sudden [2]**  21/18 115/6
**suddenly [2]**  84/17 86/14
**sue [1]**  7/6
**suffer [1]**  41/8
**suffered [1]**  113/22
**suffering [1]**  34/7
**sufficiently [1]**  282/9
**suggest [2]**  103/24 269/6
**suggestion [3]**  164/10 246/1 246/22
**suggestive [1]**  110/12
**suggests [2]**  69/17 116/11
**suitable [1]**  99/8
**suitcase [1]**  33/16
**Suite [3]**  1/16 1/19 2/11
**sum [1]**  197/4
**summarize [1]**  191/4
**summarizes [1]**  158/25
**summary [2]**  103/23 162/7
**Sunday [11]**  77/17 85/24 97/12 97/18 98/20 102/5 102/6 155/8 155/16 155/25 169/15
**super [1]**  131/6
**supervisors [1]**  57/18
**supplemented [1]**  242/4
**supplements [1]**  247/7
**support [3]**  92/23 140/7 149/8
**suppose [2]**  156/14 208/8
**supposed [6]**  13/1 42/20 94/5 220/11 252/22 252/25
**supposing [1]**  139/23
**sure [49]**  10/13 27/3 31/6 32/8 33/6 48/11 52/17 63/17 71/2 75/13 78/9 89/13 90/20 90/25 91/3 103/9 118/9 126/8 128/20 129/10 129/11 139/7 140/17 140/21 145/24 147/15 148/25 153/15 153/19 166/7 170/25 176/15 177/7 179/25 190/19 203/7 221/1

225/1 226/13 227/12 229/13 231/4 232/23 239/6 239/15 244/16 270/23 274/17
**surely [1]**  60/18
**surgeon [1]**  34/4
**surgeries [1]**  131/4
**surgery [18]**  13/22 13/22 34/4 34/10 34/15 34/17 37/3 37/10 37/15 37/18 38/7 42/17 44/2 131/25 132/23 240/18 271/4 271/7
**Surgical [2]**  227/18 227/23
**surprise [4]**  104/20 254/2 254/3 254/8
**surprised [1]**  223/19
**surprising [1]**  212/21
**surrounded [1]**  275/11
**surrounding [1]**  19/22
**Susan [3]**  2/3 111/8 111/8
**suspect [1]**  78/12
**SUV [1]**  19/5
**swab [1]**  13/12
**swabs [1]**  13/8
**swear [1]**  256/12
**swelling [1]**  84/24
**swig [1]**  205/7
**swigged [1]**  205/7
**swimsuit [1]**  38/4
**swinging [1]**  75/12
**switch [2]**  49/7 267/17
**SWORN [1]**  10/1
**sympathy [1]**  111/4
**symptom [1]**  118/10
**symptoms [6]**  109/19 115/14 116/11 117/11 117/21 117/21
**syndrome [7]**  39/20 106/18 106/21 108/8 110/13 110/13 113/5
**system [2]**  45/6 226/21

**T**

**T-shirt [2]**  30/19 179/9
**T.J. [1]**  203/17
**T.J. Lunardi [1]**  203/17
**tab [3]**  75/19 129/15 224/14
**Tab 82 [1]**  75/19
**table [7]**  13/9 13/10 16/16 18/18 216/11 216/13 263/19
**tables [1]**  187/11
**Tackett [1]**  272/21
**Taco [1]**  114/5
**tactic [1]**  55/3
**take [48]**  4/13 9/12 9/23 11/18 19/4 19/19 31/15 31/24 34/10 42/4 50/10 55/11 56/15 57/14 58/18 58/21 60/22 60/24 63/9 67/18 86/25 100/14 105/4 110/24 124/5 124/15 125/19 131/19 131/22 134/1 139/4 152/3 152/5 154/4 164/12 186/17 188/11 197/20 218/24 222/16 240/24 245/17 256/22 259/3 262/4 262/11 269/1 274/9
**taken [22]**  7/19 20/14 22/23 58/24 59/22 85/1 86/11 95/15 96/19 99/8 100/24 161/24 164/14 174/19 177/6 197/8 222/21 243/16 250/20 266/14 266/21 279/13
**takes [7]**  13/4 18/24 29/22 37/23 102/17 256/3 262/5

**taking [16]**  12/2 19/17 31/6
33/15 33/18 61/24 93/7
125/20 143/1 151/5 151/6
186/20 218/23 226/8 231/14
269/3
**talk [34]**  4/3 4/9 16/11 19/13
19/14 21/3 24/19 32/1 32/5
45/18 47/14 101/3 104/16
112/16 115/20 123/14 134/10
134/12 138/16 138/17 139/4
141/21 142/2 147/17 152/4
194/13 228/14 230/7 241/23
254/12 258/21 260/14 262/10
267/3
**talked [26]**  27/2 28/5 28/12
56/17 66/15 69/16 72/13
103/7 121/7 121/19 130/8
145/4 150/1 151/4 151/8
160/7 164/21 168/19 200/3
208/9 220/5 220/21 223/9
228/16 232/8 270/19
**talking [42]**  25/24 31/5 31/24
41/23 42/25 63/16 75/1 84/15
92/9 114/21 122/4 122/5
134/6 134/13 137/20 142/1
163/17 176/19 177/3 180/11
180/13 184/10 184/19 184/22
187/18 201/5 209/14 211/11
215/5 231/5 255/23 256/4
256/18 256/19 257/3 257/3
257/19 258/7 258/23 268/1
273/24 281/1
**talks [6]**  42/9 255/5 257/20
259/6 260/13 262/6
**tangential [3]**  46/4 46/7
46/12
**tangles [1]**  29/21
**tap [1]**  108/6
**Tape [6]**  63/22 65/15 65/21
66/3 66/10 66/23
**taste [1]**  182/17
**taught [1]**  55/6
**tax [1]**  45/15
**teach [1]**  55/9
**teaching [1]**  55/6
**team [1]**  110/22
**technical [1]**  62/8
**technician [1]**  23/13
**technologically [1]**  126/23
**Ted [5]**  31/8 31/10 31/12
55/21 253/22
**telephone [2]**  60/15 228/7
**telephoned [1]**  237/25
**telephonically [1]**  101/14
**tell [98]**  12/17 16/4 23/7
24/25 25/12 26/15 35/4 35/20
37/9 41/15 41/22 43/5 45/11
47/12 52/24 53/5 53/8 58/13
59/13 59/20 60/1 60/3 60/12
62/12 69/24 71/18 72/19
72/23 72/23 76/7 81/10 83/25
84/9 85/19 87/17 89/11 97/21
98/3 98/6 106/23 121/17
123/2 125/5 137/25 139/23
140/3 145/3 149/6 150/23
151/1 166/11 170/13 171/3
176/8 178/17 178/19 179/11
179/12 179/17 179/20 179/24
179/25 180/1 180/4 180/7
181/1 181/7 181/9 182/25

184/16 184/21 198/25 201/5
206/20 207/10 207/13 207/20
207/21 207/24 208/21 209/15
211/21 215/17 218/10 218/16
220/6 232/7 232/10 235/3
236/21 246/9 256/6 256/7
260/16 264/10 272/22 274/24
277/16
**telling [28]**  10/25 47/6 47/13
52/15 58/14 62/15 72/3 73/11
87/14 87/24 94/25 97/22 98/5
98/8 98/25 107/21 116/3
122/24 140/1 148/6 148/16
163/15 168/14 182/2 210/9
226/25 227/1 235/19
**tells [8]**  21/9 24/24 25/14
138/23 139/2 162/5 167/9
256/14
**temperature [1]**  108/18
**Ten [1]**  22/21
**tend [1]**  264/22
**tender [1]**  274/18
**terminable [1]**  58/1
**terms [4]**  28/13 94/25 104/1
115/4
**terrain [1]**  204/10
**Terri [2]**  43/21 43/22
**test [3]**  149/24 257/16 280/20
**tested [6]**  147/6 147/7 147/9
147/9 148/10 148/11
**testified [11]**  6/21 8/25 39/1
62/21 127/3 166/4 166/18
187/1 268/8 272/19 275/19
**testifies [2]**  268/12 268/14
**testify [27]**  10/1 52/1 52/4
57/24 60/10 62/4 63/3 102/11
103/12 114/2 128/21 129/2
140/12 145/23 147/22 163/23
164/5 223/12 247/21 249/4
249/12 249/20 250/25 253/9
268/11 269/13 272/21
**testifying [5]**  57/17 111/12
111/13 118/17 118/17
**testimony [60]**  8/22 45/23
50/9 51/8 62/23 63/1 63/7
66/15 74/14 74/18 74/19
101/18 101/20 104/21 104/24
109/14 115/24 118/23 123/12
125/23 126/2 126/22 127/5
127/22 128/9 128/25 129/2
131/11 152/8 156/19 163/5
163/24 163/25 164/25 165/17
168/18 169/23 171/19 173/13
184/24 186/18 195/15 242/11
258/9 259/6 259/22 259/23
260/5 260/23 260/24 261/3
264/16 266/15 267/23 268/6
268/24 269/9 269/20 272/19
281/20
**testing [3]**  108/10 117/18
118/13
**tests [2]**  108/5 108/14
**TEXAS [13]**  1/1 1/4 1/17 1/20
2/7 2/11 2/15 23/20 103/21
104/1 137/22 138/7 159/25
**text [3]**  237/11 238/2 238/7
**than [52]**  5/3 5/4 5/12 8/9
8/23 8/25 9/1 9/15 37/12
37/13 46/15 48/16 51/11
51/13 53/16 62/24 64/10
64/12 64/14 64/16 70/19
72/11 90/19 91/24 94/17

7/08 8/25 117/23 118/23 126/23
111/11 186/7 327/9 335/
186/12
190/11 201/1 202/17 208/15
214/15 215/23 215/24 218/22
227/19 229/2 243/15 247/14
250/11 256/11 260/22 261/23
262/15 266/9 269/8
**thank [23]**  4/14 9/21 9/25
22/20 23/2 51/23 65/13 70/3
70/25 74/9 98/14 99/13
100/23 217/3 229/7 232/6
241/13 241/20 259/4 262/22
265/17 270/23 282/25
**Thanks [2]**  222/20 231/14
**Thanksgiving [1]**  172/17
**that [1678]**
**that's [173]**  7/7 8/18 14/8
15/24 21/9 21/9 21/15 36/17
39/22 45/25 46/21 47/4 47/5
47/15 47/16 47/21 47/23 49/7
52/13 56/10 61/1 61/17 67/9
68/15 68/25 69/5 69/11 69/12
70/8 80/6 83/9 84/4 89/21
90/5 91/21 92/1 95/11 99/9
102/24 103/20 104/10 107/23
107/24 108/24 111/1 112/1
112/13 112/15 112/22 114/5
115/16 120/9 120/21 121/24
122/10 123/6 123/11 123/15
125/13 126/20 127/5 127/6
127/7 127/9 127/13 131/16
132/2 132/12 133/10 133/16
134/4 136/13 136/23 139/8
139/20 143/1 143/3 146/6
150/20 151/19 153/23 155/17
156/4 156/7 157/22 162/22
171/2 171/4 174/22 175/5
175/6 181/13 183/17 183/21
184/5 186/1 186/4 186/5
186/6 187/9 187/17 188/23
191/25 192/2 193/7 193/8
193/14 193/16 194/5 194/10
194/23 194/24 195/12 195/15
195/20 196/21 207/19 210/2
210/21 214/20 219/5 220/2
220/15 221/24 226/25 227/5
229/2 229/11 229/23 229/25
231/9 235/7 238/5 240/22
244/22 245/10 246/24 247/24
248/4 250/1 251/2 252/17
254/4 254/6 254/13 255/22
256/17 256/20 258/12 258/24
261/21 261/22 267/9 268/5
269/15 270/6 271/25 272/1
272/18 273/22 273/23 274/8
275/4 275/20 276/5 277/6
277/8 278/4 281/1 281/3
281/8 281/23 282/6
**their [33]**  4/9 6/9 30/1 30/2
57/15 101/14 110/9 113/15
131/23 131/23 150/23 153/3
153/7 160/21 162/13 194/1
201/4 206/8 207/23 236/8
242/16 244/16 245/3 245/22
253/25 254/2 257/19 257/19
262/5 266/4 266/10 267/9
273/16
**theirs [1]**  242/10
**them [73]**  4/19 4/21 5/22
12/21 12/25 27/2 27/6 30/10
32/21 36/24 39/4 39/9 43/8
43/14 43/14 45/17 45/18 50/5

them... **[55]**   52/25 65/4 69/20
70/7 70/10 71/20 84/9 89/5
91/9 113/15 115/22 117/24
150/23 151/1 154/16 154/17
156/18 158/23 159/6 164/12
175/24 187/13 187/25 188/20
188/20 193/25 196/10 197/24
199/20 209/9 211/8 216/4
216/5 216/6 216/14 242/19
243/6 245/7 245/14 246/11
248/7 254/3 254/12 258/1
258/12 262/11 262/13 262/15
262/16 262/20 266/23 270/11
270/12 273/7 274/12
**themselves [1]**   8/24
**then [126]**   9/12 11/4 18/21
18/25 19/5 19/6 19/16 21/6
21/19 21/21 23/11 26/25 27/1
27/4 27/4 27/8 27/11 28/17
28/18 34/17 37/25 42/9 42/10
42/14 42/15 45/7 55/1 55/6
55/7 55/12 56/12 61/6 72/1
77/21 84/13 85/17 86/17
86/25 99/24 107/18 108/4
110/7 114/9 115/11 115/20
116/7 116/15 121/22 122/12
122/19 123/7 124/20 127/14
127/19 127/25 129/5 130/10
131/9 136/8 139/12 155/12
156/3 156/7 157/12 158/8
160/18 162/10 164/2 164/3
164/12 166/1 167/6 173/7
173/10 174/4 174/17 175/9
180/13 182/5 190/25 194/18
195/16 195/21 199/25 205/12
205/20 207/8 209/2 210/3
210/15 211/4 211/15 215/5
216/14 217/21 219/22 220/5
223/23 223/24 225/7 226/16
227/15 227/25 230/4 231/24
234/10 235/16 238/18 241/24
242/23 245/4 246/17 251/20
251/24 253/18 253/24 255/16
255/22 256/14 257/14 261/22
262/20 263/12 263/14 264/1
269/17
**theory [1]**   162/15
**therapist [14]**   40/23 96/13
96/21 97/11 97/21 98/4 98/7
115/8 115/12 115/12 115/25
116/1 116/4 118/3
**therapy [3]**   34/18 40/18 115/4
**there [208]**   4/7 8/17 10/11
11/23 13/1 13/13 13/18 16/20
16/22 16/22 16/22 18/23 20/9
20/24 22/9 28/24 30/15 31/4
32/7 32/13 32/19 34/12 35/18
36/3 36/15 36/16 38/16 39/8
42/2 43/24 48/6 48/12 48/13
48/18 53/24 54/2 54/8 54/11
55/14 56/1 60/4 62/21 62/22
67/7 68/4 69/12 69/24 71/20
72/8 74/22 75/8 75/9 75/11
75/12 76/1 76/18 77/9 78/14
80/21 81/4 81/4 82/4 84/18
86/22 88/20 88/25 89/6 89/10
89/16 96/19 96/22 96/23 98/1
98/11 98/12 98/13 100/16
100/16 101/3 101/14 104/17
107/13 108/19 113/23 117/3

118/25 119/17 120/23 121/3
123/11 126/5 127/14 128/9
128/3 129/18 132/14 135/22
136/10 136/11 137/5 140/5
140/8 141/3 144/4 144/5
145/5 145/12 146/2 146/13
146/14 146/16 146/18 146/18
147/2 147/5 149/8 149/18
150/1 150/10 151/8 151/25
153/2 156/16 156/16 157/19
157/24 161/16 161/16 162/17
162/17 164/22 165/22 169/25
170/8 170/10 170/11 170/17
171/9 171/23 171/25 173/3
174/19 182/20 185/4 186/6
187/8 187/9 188/23 191/12
193/16 193/19 194/20 196/3
198/4 199/11 200/25 201/11
201/22 202/5 202/6 206/2
206/13 208/1 208/22 208/23
209/7 209/9 211/10 212/19
221/17 222/6 224/21 225/13
225/15 226/22 227/19 230/17
231/6 234/13 237/14 237/21
239/15 242/23 243/15 245/20
246/10 246/19 248/16 251/4
255/21 255/21 256/13 256/20
256/23 257/20 261/7 261/10
262/9 262/9 265/10 265/25
266/11 266/12 270/17 276/6
279/10 279/10 280/6
**there's [56]**   5/1 5/19 16/7
19/20 20/5 27/15 37/12 38/18
41/14 42/24 46/7 57/6 59/4
62/5 64/9 64/20 65/5 69/19
69/23 73/6 74/11 75/5 96/18
100/18 103/20 103/21 121/9
121/17 156/7 162/5 170/11
187/14 202/21 227/19 239/20
241/24 246/23 247/5 247/11
248/25 252/8 254/8 254/12
254/22 255/10 257/22 260/22
265/23 272/10 272/16 273/19
275/16 278/12 279/8 280/5
280/6
**thereabouts [1]**   89/12
**therefore [13]**   7/23 7/24 60/7
98/20 160/17 160/18 163/6
164/8 253/12 253/19 259/15
265/3 272/7
**thereof [1]**   266/21
**these [49]**   6/5 6/14 9/14 13/4
18/16 41/11 43/3 54/18 57/3
65/1 71/19 71/21 81/20 90/7
97/1 98/22 104/16 109/7
115/21 115/23 130/8 130/11
134/18 134/19 139/10 139/16
140/13 140/15 142/22 148/5
148/13 154/22 161/24 177/8
186/25 210/25 216/22 225/21
242/5 245/11 245/17 245/25
246/15 256/20 258/11 258/20
259/20 271/12 272/23
**they [180]**   8/25 9/5 9/6 12/20
12/22 12/23 12/23 19/11
19/11 19/12 19/16 19/17
19/19 19/21 19/22 19/24
19/25 20/1 20/3 25/2 27/8
29/3 29/3 30/4 30/4 30/6
30/6 30/9 31/2 31/15 31/17
33/6 36/4 36/23 36/25 37/1
37/1 37/9 37/11 37/17 37/18

37/23 39/3 49/2 49/3 40/4
45/19 47/14 50/6 53/1 53/4
53/8 54/18 54/19 55/14 55/22
55/24 56/12 59/8 60/19 60/19
60/21 64/4 66/13 70/11 79/1
79/7 81/15 81/15 86/4 87/1
88/4 92/25 95/15 101/6
101/12 101/12 103/7 108/24
110/6 110/15 110/16 113/7
113/14 117/24 117/24 118/8
118/12 140/8 144/5 151/1
151/2 156/17 160/1 160/7
163/9 178/24 182/18 185/17
185/20 187/13 187/20 187/25
188/3 188/4 188/5 188/7
190/24 193/15 193/15 193/15
193/21 196/13 197/7 197/8
197/10 197/16 197/20 197/21
197/22 197/22 197/23 198/10
198/12 199/22 200/25 204/19
211/11 211/11 212/8 212/13
212/25 213/1 217/4 219/22
224/25 225/1 236/8 236/9
236/9 242/15 243/24 245/11
245/13 245/21 248/20 251/10
251/11 251/13 253/24 253/25
254/7 254/24 255/11 255/12
256/21 257/20 257/25 258/13
259/5 259/15 259/25 262/9
262/17 263/10 266/19 266/22
266/24 267/1 268/2 269/15
269/16 270/10 271/16 272/8
**they'd [3]**   9/7 9/8 182/21
**they'll [2]**   55/1 242/7
**they're [32]**   5/22 12/24 12/25
19/10 19/22 20/1 41/10 55/1
65/8 65/10 69/20 74/4 114/21
157/8 188/4 217/4 243/20
243/21 243/21 243/23 244/15
244/16 245/13 248/22 256/20
258/17 262/20 269/2 269/15
272/12 272/13 277/22
**they've [6]**   242/7 246/19
253/22 254/11 258/4 271/16
**thighs [3]**   12/20 12/24 28/4
**thing [25]**   7/10 8/24 27/13
28/7 50/13 56/8 61/18 83/15
92/24 104/9 104/18 124/3
127/25 177/24 189/13 190/22
213/21 215/2 235/7 240/15
258/9 268/15 276/25 277/11
282/24
**things [42]**   5/1 7/15 9/14
23/25 40/6 41/6 52/15 54/14
54/18 57/6 72/10 73/12 73/13
73/14 101/3 101/25 110/17
110/22 110/24 111/19 124/4
124/20 126/10 128/15 133/18
133/24 147/10 149/10 153/19
154/6 164/21 187/1 187/2
200/25 210/9 220/22 242/24
253/6 256/6 256/11 265/15
279/8
**think [178]**   5/2 7/7 9/5 9/6
13/25 18/25 19/9 27/15 31/3
37/4 39/13 39/25 42/13 42/24
43/22 44/19 44/19 45/25 46/6
52/23 54/19 55/24 56/13
56/15 59/15 59/24 61/17
61/19 61/25 62/20 64/11
64/13 65/8 65/25 66/2 67/21

**think... [142]**  68/3 68/4
68/17 69/25 70/8 70/15 74/4
74/13 75/9 83/15 83/25 87/17
88/9 89/10 89/25 90/16 90/16
90/19 92/9 92/10 98/25
100/17 100/18 101/21 104/4
104/11 116/24 117/23 119/4
125/1 126/5 126/12 127/12
127/13 128/17 129/4 129/9
130/18 130/19 137/17 144/5
147/11 151/23 155/19 158/21
159/6 160/25 162/12 164/12
165/11 164/14 167/16 167/22
175/19 176/11 176/16 177/22
179/7 181/5 181/5 186/15
186/22 198/24 198/25 204/13
204/20 208/1 208/13 208/24
212/5 212/7 212/8 216/12
217/15 220/12 223/21 228/12
233/12 234/1 235/17 235/18
237/7 240/6 240/7 240/15
241/15 242/18 243/17 243/20
245/20 247/25 251/2 252/7
252/7 252/17 253/1 253/2
253/20 254/13 257/2 257/15
258/15 258/20 259/22 260/22
261/21 261/23 261/23 263/13
264/5 264/15 265/3 265/4
265/9 265/11 265/12 266/10
266/19 268/2 268/4 268/12
268/13 269/7 269/15 270/12
270/14 270/15 270/16 272/5
272/25 273/4 273/4 273/22
276/4 276/4 276/16 276/16
278/3 278/3 278/5 278/5
279/23
**thinking [5]**  20/20 20/21
115/16 221/10 258/2
**thinks [2]**  140/23 140/24
**third [18]**  14/25 15/1 15/4
15/12 29/7 50/18 51/5 65/25
76/10 81/3 81/4 88/25 119/21
120/23 121/5 159/12 208/14
233/15
**this [485]**
**Thomas [2]**  250/15 250/17
**thoroughly [1]**  241/6
**those [68]**  7/15 13/1 32/14
32/23 37/20 43/5 45/10 52/17
53/18 53/21 54/14 59/11
69/14 70/6 72/5 72/6 73/13
73/14 73/14 75/8 76/3 93/20
94/8 94/24 95/19 95/20
107/21 120/20 129/5 131/5
132/5 134/13 149/25 150/20
154/14 156/3 157/17 159/6
161/2 162/6 162/22 163/6
164/11 168/20 168/21 169/8
172/14 179/16 179/22 181/8
186/21 188/1 198/13 210/9
212/13 221/1 230/4 243/13
243/13 243/13 245/22 247/6
256/25 261/11 263/13 265/13
265/15 266/16
**though [22]**  5/5 7/10 27/10
28/15 29/8 29/10 60/25
160/23 163/1 165/13 177/4
180/11 187/14 204/21 248/20
249/3 267/1 270/19 271/19
271/22 274/4 278/17

**thought [22]**  6/1 6/24 14/23
18/5 46/3 46/18 55/22 59/6
127/17 141/5 190/17 196/13
220/7 229/23 234/22 240/14
240/14 244/21 271/5 276/8
276/19 277/8 279/25
**thoughts [3]**  4/10 20/18
215/15
**threat [1]**  236/8
**threatening [1]**  131/3
**three [22]**  2/10 80/3 80/18
96/19 101/3 118/3 119/23
119/23 133/8 162/20 202/8
202/15 204/16 221/17 230/4
230/12 236/16 261/20 262/18
262/19 263/13 279/19
**three-page [1]**  202/15
**through [38]**  18/6 42/1 46/8
46/16 52/17 56/3 70/10 79/10
82/8 85/4 85/5 87/1 91/25
108/9 108/10 110/6 110/15
113/7 134/7 142/9 142/10
151/16 152/25 153/3 159/6
163/5 192/24 222/11 227/25
243/12 258/24 262/2 262/6
266/5 271/3 273/2 273/18
274/7
**throughout [4]**  92/19 110/8
126/8 217/23
**Thursday [1]**  234/23
**till [2]**  9/13 252/11
**time [127]**  16/21 20/11 20/12
21/25 23/12 24/8 24/8 24/23
25/1 26/19 28/23 41/22 41/25
42/18 43/7 44/21 47/22 49/23
58/16 61/21 61/22 64/20
70/10 75/17 78/16 82/14
82/14 84/5 84/5 85/8 86/22
87/14 88/6 93/11 97/22 98/5
98/10 99/5 99/8 100/2 100/6
102/8 103/7 109/12 115/21
118/12 119/2 119/20 119/24
124/24 125/6 125/19 125/21
127/13 127/18 128/7 128/13
130/25 132/13 132/14 132/21
134/14 135/5 136/25 138/6
139/9 140/6 140/24 141/8
141/23 144/8 147/14 150/16
151/20 151/24 152/17 152/19
156/15 156/22 158/10 159/9
161/24 165/1 165/3 165/20
165/23 166/22 169/4 171/1
171/5 177/14 177/16 186/17
195/9 196/3 197/8 197/24
197/24 205/17 209/8 212/24
214/1 214/11 215/19 217/16
218/16 219/5 219/13 221/4
221/20 222/4 222/5 230/20
238/25 245/5 246/11 247/25
248/2 250/19 252/22 252/25
263/13 274/10 280/5 281/20
281/20 282/12
**timeline [3]**  252/5 252/8
252/16
**times [18]**  39/13 39/14 39/14
40/18 85/25 115/6 117/12
119/23 128/7 128/8 128/11
130/21 140/8 157/21 172/3
172/4 193/24 252/19
**times at [1]**  172/4
**timing [3]**  244/10 251/1
252/17

**tiny [2]**  33/9 33/10
227/6 280/2
**tissue [1]**  36/5
**today [18]**  44/25 78/3 114/2
131/11 145/19 208/13 210/2
210/10 210/13 233/12 234/15
236/21 238/19 246/5 254/9
262/14 268/6 270/8
**Todd [3]**  1/14 269/16 274/11
**toe [1]**  19/24
**together [11]**  17/10 18/19
23/12 43/8 65/4 77/15 131/19
137/10 225/2 228/17 274/19
**toilet [1]**  20/6
**token [1]**  103/17
**told [126]**  6/14 12/13 13/25
17/1 22/6 22/8 22/8 22/8
26/12 26/13 26/13 26/17
26/19 28/14 28/18 29/1 29/13
30/9 32/12 34/9 37/4 44/5
48/1 53/11 53/12 53/12 53/15
54/14 55/17 55/18 55/19 56/9
79/1 80/11 81/6 83/9 87/18
87/19 87/19 87/21 88/15 96/6
97/11 97/11 99/1 99/3 99/3
124/22 125/3 128/14 130/10
132/22 136/23 146/9 148/19
152/9 152/13 152/24 158/2
166/22 167/21 169/13 171/19
172/2 172/21 172/25 175/5
177/2 179/15 185/19 186/5
186/23 186/24 186/25 187/2
191/22 193/6 193/12 193/15
194/17 196/3 196/10 197/24
198/9 198/16 204/24 205/13
206/19 207/11 207/19 207/21
208/1 208/19 209/21 210/4
210/21 211/8 212/3 212/4
213/8 214/11 214/20 215/17
220/1 220/13 221/4 223/7
227/15 229/19 232/9 234/22
234/24 236/2 237/2 237/10
239/6 240/3 243/3 244/22
253/10 253/11 253/18 263/4
268/7 268/16 279/22
**Tom [54]**  249/14 250/4 250/14
253/11
**tomorrow [6]**  245/12 246/15
247/22 263/4 263/25 274/14
**ton [1]**  149/20
**tongue [2]**  22/3 117/12
**tonight [2]**  222/17 246/12
**too [21]**  11/1 33/6 39/14
74/18 111/2 123/14 123/14
125/3 140/9 145/23 151/5
151/6 154/6 208/22 243/25
247/8 247/8 260/19 268/18
270/2 281/9
**took [45]**  4/23 11/23 11/25
17/19 28/11 28/17 31/2 31/15
31/17 31/21 34/3 36/16 39/12
39/13 42/14 43/5 60/13 60/15
61/23 62/15 63/5 82/11 86/4
86/22 87/15 110/22 132/24
146/21 163/12 175/4 182/8
205/7 214/1 214/14 214/20
218/21 218/23 221/1 224/25
227/11 245/9 252/13 252/13
252/13 268/9
**top [11]**  10/23 37/1 38/4
48/13 70/20 82/19 82/23 85/7

**top...** [3] 88/5 108/9 233/2
**Topamax** [1] 144/19
**topic** [2] 106/8 258/6
**topics** [2] 99/7 259/16
**torn** [4] 13/18 35/24 36/1 36/5
**total** [1] 263/13
**totally** [2] 110/14 278/24
**touch** [2] 57/6 223/13
**touching** [2] 13/16 171/23
**toured** [1] 55/15
**towards** [1] 259/12
**towel** [2] 11/17 29/18
**toxicologist** [1] 272/21
**track** [1] 101/6
**traditions** [1] 101/22
**trailer** [34] 20/16 21/15 22/15 23/4 23/18 23/24 24/1 24/18 25/25 26/8 30/5 30/9 30/16 31/9 54/5 61/4 102/12 249/15 249/17 250/1 250/3 250/8 250/21 250/22 251/6 251/9 251/11 251/13 252/10 252/10 252/20 252/24 252/25 253/4
**trained** [1] 4/5
**training** [1] 23/13
**transcript** [5] 1/10 1/24 67/20 245/18 283/4
**transcription** [1] 1/24
**transcripts** [2] 67/16 67/17
**transfer** [2] 167/15 167/23
**transferred** [4] 81/8 118/24 120/12 120/15
**transmittal** [1] 128/18 128/19
**transmitted** [4] 142/3 142/6 148/24 181/10
**transported** [1] 258/7
**trauma** [4] 36/4 83/7 84/2 84/3
**traumatic** [9] 34/18 38/8 38/14 39/7 39/8 39/16 40/15 40/17 96/7
**tray** [1] 216/5
**treated** [1] 89/3
**treater** [1] 97/1
**treating** [3] 111/8 111/18 133/23
**treatment** [5] 39/10 40/16 131/1 272/9 275/4
**treatments** [1] 44/13
**trial** [12] 1/10 4/6 32/21 32/24 33/1 52/24 242/4 245/4 245/5 245/7 246/1 282/3
**tried** [6] 13/7 113/19 122/10 212/13 219/18 244/9
**trip** [4] 129/3 156/2 232/18 232/21
**triple** [1] 47/16
**trips** [2] 137/21 138/7
**troops** [1] 263/2
**trophy** [2] 156/16 157/19
**trouble** [4] 49/6 91/2 94/15 171/1
**troublemakers** [1] 54/9
**truck** [5] 61/11 62/2 62/4 62/21 63/8
**true** [16] 47/21 47/23 67/9 114/8 122/1 132/17 133/11 150/13 188/4 191/23 197/5

217/13 254/6 269/13 272/1 272/8
**trust** [1] 28/16
**trusted** [1] 258/12
**trustworthiness** [1] 160/17
**truth** [8] 58/13 58/14 98/7 114/12 198/25 200/13 200/15 200/24
**truthfulness** [1] 246/7
**try** [22] 9/14 13/13 21/17 25/19 37/20 42/1 45/2 91/6 95/4 99/9 106/12 125/20 131/4 147/12 149/15 150/22 151/1 151/2 195/5 203/10 207/6 244/19
**trying** [34] 6/25 21/19 31/24 39/3 40/19 87/13 87/15 87/25 88/2 109/6 113/17 113/18 120/17 124/9 126/3 136/12 147/13 151/11 151/12 153/23 160/24 169/23 177/22 180/24 186/15 199/1 216/20 219/7 243/18 244/16 245/10 246/8 246/12 269/16
**tsunami** [1] 136/5
**Tuesday** [1] 133/7
**Tumbarella** [1] 263/7
**turn** [22] 18/12 21/16 21/19 31/20 45/19 69/8 75/25 76/5 93/4 95/25 106/7 112/6 131/2 136/17 140/18 141/1 156/11 157/2 157/3 184/25 234/3 267/15
**turned** [1] 151/17
**turns** [2] 24/15 240/16
**twice** [3] 49/21 52/19 242/4
**two** [55] 11/7 27/18 28/3 34/3 40/22 40/24 67/15 67/16 71/9 73/19 80/4 80/13 95/23 119/21 119/23 120/24 142/12 142/22 149/24 152/20 154/2 154/13 168/23 177/17 180/11 182/21 186/20 186/21 187/14 208/20 210/24 214/21 214/22 216/1 220/19 221/16 225/12 228/13 230/1 230/6 230/8 230/11 236/14 241/22 242/5 243/1 246/20 253/5 256/22 270/7 275/21 277/11 279/7 279/18 282/24
**two-minute** [3] 228/13 230/8 230/11
**Tyler** [11] 209/3 221/21 222/5 255/7 255/8 256/17 263/5 263/10 264/14 265/18 265/20
**type** [2] 39/10 217/7
**types** [2] 128/3 128/4
**typical** [2] 220/2 228/5
**typing** [1] 211/11

**U**

**U.S** [2] 2/14 101/16
**uh** [13] 66/14 92/16 97/13 173/21 175/11 216/25 220/4 221/25 225/17 225/22 231/16 232/3 236/17
**uh-huh** [12] 66/14 92/16 97/13 175/11 216/25 220/4 221/25 225/17 225/22 231/16 232/3 236/17
**ultimately** [1] 268/10
**unassisted** [1] 116/9

**unaware** [1] 62/19
**uncomfortable** [1] 332/2 262/3
**under** [54] 6/9 9/6 9/7 12/3 36/5 50/1 50/20 51/7 51/15 51/20 59/19 59/25 69/13 75/19 84/4 84/5 90/8 90/14 107/12 131/13 131/16 131/22 132/14 132/22 158/21 160/19 161/22 163/9 163/23 177/18 178/24 190/9 190/17 191/24 193/17 198/13 198/25 199/23 207/4 224/14 231/20 237/7 241/25 253/21 253/24 256/12 257/4 257/8 265/14 271/7 272/3 272/6 272/10 272/14
**underneath** [1] 13/6
**underscored** [1] 118/6
**understand** [57] 4/3 7/18 8/10 8/12 8/19 12/13 36/8 48/22 70/2 71/18 71/20 71/22 82/15 84/6 84/9 95/13 95/16 98/14 100/22 101/21 103/4 107/2 108/23 109/1 109/9 110/25 111/7 111/9 115/14 115/19 117/16 118/2 122/15 122/15 123/3 124/7 124/10 134/9 142/14 142/17 142/18 144/22 147/16 161/13 165/18 169/4 172/21 175/22 192/13 192/20 194/24 215/7 241/22 248/19 251/21 276/7 276/23
**understanding** [18] 25/23 41/5 45/2 52/5 52/6 52/7 52/10 58/12 60/20 72/19 72/24 73/15 82/7 106/24 161/10 161/11 234/4 248/19
**understands** [2] 50/13 229/13
**understood** [21] 8/8 83/12 90/13 90/13 93/10 95/22 103/9 115/11 115/11 116/20 118/19 125/12 128/5 167/18 193/20 193/22 194/12 219/8 277/9 279/15 279/19
**underwear** [3] 11/18 11/21 11/23
**unexpected** [1] 101/12
**unfair** [5] 254/3 254/8 280/17 280/21 282/19
**unfairly** [7] 60/2 60/8 61/3 61/7 272/13 273/4 282/21
**unfamiliar** [1] 204/10
**unfavorable** [1] 40/6
**unfortunately** [2] 142/5 232/25
**unfounded** [1] 6/8
**unhappy** [3] 235/13 235/16 235/16
**unison** [1] 48/24
**UNITED** [3] 1/1 1/11 53/16
**unknown** [4] 192/9 209/15 209/20 209/25
**unless** [7] 159/6 223/17 224/9 248/25 254/13 280/13 280/15
**unlikely** [1] 101/19
**unnecessary** [1] 205/9
**unprotected** [2] 28/9 239/25
**unredacted** [4] 276/25 277/4 277/13 277/16
**unsure** [2] 207/23 215/18
**until** [20] 16/14 78/24 93/9 116/9 117/7 125/25 132/7 132/9 137/17 165/22 166/2

**U**
**until... [9]** 167/15 167/22
185/18 203/6 222/5 226/21
245/3 245/7 252/2
**untoward [1]** 244/15
**unusual [1]** 226/19
**unwanted [1]** 124/20
**unwilling [1]** 123/22
**up [152]** 9/12 12/5 13/2 13/18
13/19 16/7 17/1 17/8 17/11
17/21 17/24 19/20 19/22
23/14 26/1 26/5 28/2 28/22
29/8 29/11 29/11 36/13 37/6
37/18 43/7 48/5 48/11 53/5
53/8 55/21 57/7 62/2 62/17
67/23 71/9 75/16 76/10 76/10
82/17 82/18 82/24 86/12 87/5
96/1 100/17 100/18 105/4
106/11 106/15 107/14 108/11
108/16 108/20 113/25 117/6
122/17 122/18 123/18 125/21
126/17 126/19 131/9 132/7
132/9 132/11 133/4 136/8
139/7 143/18 148/12 152/8
155/5 169/10 172/22 173/6
176/3 176/6 178/5 178/18
179/20 180/13 181/14 181/19
182/20 185/3 187/19 188/9
188/19 189/17 189/22 190/23
191/2 194/16 200/3 200/4
205/8 206/8 208/2 209/4
209/7 211/6 219/3 220/14
220/18 220/20 220/21 220/22
221/11 222/12 223/8 224/11
227/10 227/10 228/23 231/2
231/11 231/24 231/25 232/2
232/9 233/13 233/20 234/1
234/5 234/10 236/1 236/9
236/11 236/12 236/15 237/3
238/6 240/1 243/21 244/16
244/20 245/6 246/12 247/3
247/20 248/2 249/24 252/4
258/6 261/20 262/18 263/2
264/15 270/3 272/17 274/9
279/22
**upon [12]** 51/14 53/18 53/21
69/20 161/8 162/6 162/22
213/6 213/17 213/18 223/22
256/21
**upper [2]** 16/7 89/21
**upset [5]** 84/23 86/8 92/22
210/20 233/18
**us [76]** 6/14 13/25 17/1 23/7
23/24 31/4 37/4 37/9 41/15
42/14 48/23 52/15 55/17
55/18 55/18 55/19 57/7 63/5
70/19 73/15 79/14 81/6 87/24
94/25 95/13 96/6 98/9 98/25
102/13 106/10 116/3 122/24
124/22 125/3 125/5 126/10
128/14 130/10 132/22 136/23
140/1 148/6 152/9 152/13
152/24 166/22 169/4 169/13
171/19 172/2 172/21 177/2
184/9 184/21 191/9 191/13
191/16 192/10 202/8 205/13
206/19 210/21 211/18 214/20
234/22 236/21 242/8 242/10
243/24 245/9 245/21 254/9
256/6 256/7 268/16 272/1
**use [11]** 20/7 22/3 25/19

**used [17]** 57/15 69/24 90/3
106/25 139/10 146/11 151/13
178/9 181/5 181/5 190/25
217/7 251/11 251/21 262/17
272/20 272/24
**useful [1]** 101/23
**USG [1]** 190/7
**using [2]** 18/9 68/23
**usual [2]** 109/8 189/3

**V**
**V98 [1]** 99/15
**vacation [1]** 221/13
**vagina [1]** 275/16
**vaginal [2]** 13/11 127/12
**vaginally [2]** 13/20 66/9
**vaguely [6]** 268/5 268/10
268/22 269/8 269/21 270/3
**validating [1]** 73/7
**value [6]** 164/9 280/9 280/16
282/5 282/6 282/18
**van [3]** 60/3 61/4 63/8
**Vanetta [1]** 179/3
**variety [3]** 94/22 95/7 95/7
**various [3]** 77/3 147/1 216/22
**vehicle [3]** 61/13 62/10 178/6
**vehicles [1]** 55/2
**verbal [2]** 79/7 200/19
**verbiage [2]** 214/4 279/9
**verify [1]** 90/3
**version [7]** 195/11 196/16
277/5 277/14 277/25 279/15
279/22
**versions [1]** 67/5
**versus [5]** 39/20 106/18
106/21 117/25 118/10
**very [50]** 6/16 7/5 15/5 19/11
31/23 40/2 52/23 56/4 70/3
77/11 86/2 86/8 92/22 93/18
94/24 100/23 103/16 109/6
112/6 112/8 114/14 120/19
121/21 124/20 128/7 128/8
128/11 128/23 132/16 134/13
135/21 147/17 148/16 152/14
153/24 157/1 170/14 179/7
195/3 196/7 245/15 248/25
252/21 257/25 270/21 271/6
272/9 280/4 281/17 282/23
**vest [1]** 44/19
**via [1]** 33/4
**Vicknair [1]** 1/15
**victim [20]** 54/6 78/12 80/9
81/6 81/6 81/8 89/4 89/4
90/1 90/3 92/19 93/12 93/17
93/18 186/2 186/12 280/14
280/17 280/21 282/19
**Victim Daigle [2]** 90/1 90/3
**victim's [6]** 77/21 185/11
186/1 186/8 190/20 193/17
**victims [5]** 45/8 45/16 45/21
45/22 46/16
**video [2]** 173/16 173/17
**videos [1]** 264/1
**videotaped [1]** 263/11
**view [1]** 277/23
**viewed [1]** 54/9
**violate [1]** 67/1
**violation [1]** 279/12
**violative [1]** 275/17
**violence [7]** 5/15 5/20 6/20

108/8 117/25 117/25 118/10
**Virus [2]** 142/14 142/17
**vis [2]** 272/2 272/2
**Vis-a-vis [1]** 272/2
**visible [2]** 84/23 89/8
**vision [2]** 119/24 121/22
**visit [10]** 97/7 109/7 110/15
145/20 146/20 150/15 151/18
156/3 156/7 272/4
**visits [1]** 146/22
**vividly [1]** 172/9
**voce [1]** 135/17
**voice [6]** 106/12 136/10
139/17 139/21 140/4 140/15
**volume [1]** 126/15
**voluntarily [2]** 117/15 117/17
**voluntary [3]** 115/8 116/12
279/9
**volunteered [1]** 260/25
**Vorpahl [8]** 2/3 48/5 266/6
273/3 276/13 276/18 277/6
279/22

**W**
**wait [3]** 121/1 174/9 213/11
**waiting [2]** 9/13 247/25
**waitress [1]** 113/22
**waive [5]** 48/15 48/17 48/20
51/13 51/14
**wake [1]** 131/9
**waking [2]** 190/23 191/2
**walk [3]** 29/9 115/5 226/16
**walked [5]** 28/9 225/12 226/2
226/18 226/24
**walking [4]** 107/20 116/8
116/14 187/19
**walks [1]** 42/4
**wall [2]** 122/8 122/9
**walls [2]** 116/10 116/16
**want [84]** 4/3 8/6 8/19 10/21
19/13 19/14 20/21 20/22
20/22 21/3 21/4 21/4 21/4
21/5 21/12 21/13 22/17 24/3
25/3 25/5 25/7 25/8 25/9
34/6 36/21 38/7 42/8 46/4
48/13 52/24 53/1 57/6 67/18
69/1 69/24 87/15 89/18 94/15
95/13 101/22 103/14 103/16
104/18 104/19 104/21 104/23
105/24 118/21 119/20 132/6
137/1 139/4 147/5 147/15
149/11 150/17 151/19 152/3
153/20 159/5 161/10 170/1
182/12 191/18 200/10 203/11
222/17 223/2 224/9 226/13
229/13 240/24 241/22 247/2
247/13 247/24 254/12 267/3
267/20 270/1 273/20 273/20
277/4 281/9
**wanted [43]** 34/4 38/25 42/6
43/18 45/1 45/5 45/17 56/6
77/25 94/15 94/16 103/9
120/21 133/1 141/11 141/14
141/25 145/13 145/13 147/4
147/24 148/19 149/8 149/9
152/7 155/13 156/17 160/5
178/19 180/22 200/11 213/1
213/7 239/15 240/4 240/23
244/21 249/3 261/13 262/7
262/19 270/8 270/23

**wanting [4]** 63/17 132/25
220/21 260/1
**wants [9]** 56/7 68/8 144/21
144/25 176/18 241/23 256/11
261/12 262/25
**war [3]** 33/9 258/3 258/21
**warm [1]** 236/9
**warned [1]** 179/3
**warning [1]** 18/9
**warts [2]** 142/15 275/1
**was [713]**
**Washington [1]** 250/19
**wasn't [44]** 4/23 5/5 16/22
19/20 22/1 22/2 31/13 38/3
42/20 53/12 53/14 57/23
66/19 94/4 95/12 96/23 116/5
120/19 121/19 126/8 130/15
133/20 149/23 150/4 151/15
170/14 170/25 178/2 196/2
200/19 215/16 220/9 223/16
234/2 234/24 234/25 246/21
249/2 249/5 249/20 263/16
265/10 276/1 279/17
**watch [4]** 23/10 65/4 80/2
80/3
**watched [1]** 67/3
**water [2]** 21/5 29/16
**way [34]** 15/9 22/12 36/25
37/2 37/18 54/16 62/5 69/8
76/22 92/11 103/17 117/15
133/23 140/7 143/4 164/13
183/21 183/23 201/11 207/6
212/10 216/16 232/7 232/11
232/12 235/4 246/8 258/18
260/3 269/6 269/8 269/23
271/3 278/11
**ways [5]** 46/10 46/15 77/2
95/8 220/14
**we [376]**
**we -- I [1]** 110/8
**we'll [32]** 12/5 58/21 71/1
80/20 89/22 103/11 105/4
114/9 115/20 118/12 134/13
135/9 136/18 140/13 147/22
155/18 158/8 164/13 167/12
176/2 180/23 186/6 207/8
222/16 223/9 227/25 231/25
238/21 241/1 247/6 273/13
274/9
**we're [79]** 6/10 6/16 7/8 7/8
8/14 19/16 19/17 26/4 31/6
31/6 49/14 62/2 67/6 68/18
68/23 73/4 74/6 76/22 77/1
77/4 80/20 82/15 85/7 91/1
92/3 92/13 96/2 96/4 101/1
103/5 103/18 106/8 106/14
115/19 115/22 123/9 124/19
125/20 130/2 134/6 134/10
134/12 137/20 142/1 142/1
142/2 150/18 160/2 171/3
174/24 180/11 185/3 201/5
209/7 210/25 219/7 222/11
227/7 243/18 244/14 244/17
247/1 254/9 256/18 257/13
262/4 262/14 263/2 263/11
263/15 265/18 266/2 267/11
273/18 274/22 277/20 277/20
281/1 282/14
**we've [28]** 5/21 52/18 67/22
69/16 74/14 87/3 112/11

157/17 182/11 189/4 200/1
245/4 249/9 249/9 249/9
245/4 252/19 254/7 258/16
263/12 264/5 266/15 270/10
270/19 270/22 274/1 274/15
279/3
**weak [2]** 117/3 117/17
**weakness [2]** 115/6 117/14
**wear [2]** 29/18 44/17
**wearing [3]** 20/11 20/12 179/8
**Wednesday [9]** 136/19 179/11
223/1 223/21 244/25 247/22
264/2 264/3 264/6
**week [9]** 6/1 48/5 63/16
118/23 119/23 128/24 242/8
242/16 245/21
**weekend [8]** 4/2 4/16 9/18
9/22 168/21 243/24 244/13
245/5
**weeks [9]** 34/3 40/22 40/24
67/3 67/4 67/5 67/15 67/16
177/17
**weigh [1]** 269/23
**weight [1]** 282/11
**Welcome [1]** 9/22
**well [180]** 4/21 5/10 6/15
7/19 9/12 11/1 11/10 18/21
19/5 19/10 23/25 30/6 36/3
37/11 38/16 38/22 39/9 41/9
45/1 45/13 46/14 48/11 52/4
52/10 52/23 54/25 58/19
60/17 61/16 61/17 61/21 62/1
62/14 62/23 63/2 64/7 64/19
69/5 70/11 71/16 72/6 73/2
75/4 80/23 81/17 83/19 87/8
88/5 94/17 98/7 98/14 99/17
100/4 100/14 101/24 103/16
103/21 105/6 106/6 106/12
107/2 108/13 109/3 110/10
111/15 112/15 117/11 120/11
120/15 120/23 124/12 124/18
124/18 125/20 128/11 131/11
137/16 138/11 139/16 140/12
141/19 141/20 145/11 148/12
149/1 149/12 149/23 150/22
153/17 155/23 156/14 159/14
163/19 164/6 164/13 165/16
166/10 166/24 168/23 169/18
172/14 173/2 173/4 176/4
176/11 176/22 177/21 178/10
183/24 184/14 185/3 186/1
188/3 188/6 188/9 189/5
189/7 192/15 194/14 197/12
198/2 198/24 202/23 209/18
211/1 212/17 214/6 214/15
215/15 215/23 218/25 224/2
225/6 227/24 228/22 231/21
233/1 233/12 233/18 233/21
233/24 235/6 235/10 235/22
236/20 236/23 236/25 237/6
237/15 243/23 244/3 245/16
248/9 248/16 248/22 250/10
255/9 256/5 256/10 256/25
258/23 259/22 261/10 262/21
265/2 266/10 266/18 268/13
268/15 269/25 270/21 275/15
276/24 277/15 278/8 278/14
280/3 280/25 281/8 282/8
**went [43]** 7/16 26/24 26/25
27/4 28/23 28/25 30/23 33/5
34/16 34/17 39/11 40/13
40/18 42/7 42/21 49/21 52/19

52/19 55/11 85/16 87/21 99/4
96/16 97/18 97/18 120/4
120/7 122/10 129/5 146/21
149/8 149/25 156/3 156/7
164/20 170/3 173/3 205/12
208/10 210/21 211/6 211/12
234/23
**were [227]** 8/25 10/4 11/15
11/20 11/22 12/20 12/22
13/20 15/9 19/11 19/11 19/12
19/22 19/24 22/15 23/10
23/16 23/24 30/8 32/12 33/9
33/9 34/20 36/22 36/25 37/1
38/8 39/9 40/4 40/5 40/8
40/11 40/12 42/16 43/7 44/21
48/1 52/15 53/4 53/5 53/8
53/11 54/8 54/19 55/9 59/8
59/24 63/16 64/2 64/6 67/16
71/7 77/19 84/24 84/25 84/25
85/7 85/9 86/10 86/17 87/18
87/22 88/6 88/9 88/12 89/6
89/16 95/19 95/22 95/22
98/17 98/20 102/2 102/5
102/6 106/22 107/21 107/22
109/2 109/11 110/4 110/14
110/16 113/3 114/11 114/12
115/5 115/12 115/13 117/20
117/23 119/12 119/12 119/24
120/3 120/5 121/14 122/2
123/11 124/11 128/3 128/7
131/13 131/16 131/18 132/14
132/22 135/5 137/8 137/14
137/24 138/11 139/20 141/6
141/10 141/19 142/3 142/21
142/25 144/8 144/18 146/24
147/14 148/23 151/23 153/2
154/5 159/2 160/20 161/16
161/16 161/24 165/9 168/24
169/23 171/16 174/10 174/19
179/8 179/16 179/16 180/13
181/2 181/8 181/9 182/18
183/20 184/11 185/15 185/17
186/19 187/9 187/24 190/21
191/12 191/24 193/16 193/20
193/21 194/20 195/8 195/24
196/11 197/23 198/13 203/14
203/21 203/23 204/6 204/10
205/6 205/13 206/6 206/13
207/23 208/22 209/7 209/8
209/14 209/19 209/25 210/7
211/8 211/11 211/16 212/25
214/11 215/18 216/10 217/11
217/12 219/16 220/7 221/6
225/1 225/1 227/10 234/5
234/5 237/22 237/25 238/7
238/25 242/2 242/3 242/23
243/13 243/13 243/24 245/5
245/8 245/10 245/21 249/5
249/5 252/14 253/10 253/15
253/23 254/13 256/23 257/25
258/11 259/25 262/9 265/13
270/8
**weren't [15]** 13/1 36/23 37/24
40/2 40/2 47/14 70/7 179/22
196/4 211/11 227/11 233/24
253/16 261/9 276/9
**West [1]** 1/22
**wet [1]** 29/19
**WF [1]** 144/10
**what [366]**
**what's [17]** 14/3 41/15 67/15
69/1 69/3 105/8 115/16

**what's... [10]**  149/21 152/2
201/8 237/5 249/12 250/2
259/21 263/17 273/12 279/13
**whatever [15]**  7/16 25/2 37/21
87/5 89/18 94/10 95/21
113/18 155/21 178/24 196/25
221/9 249/4 261/20 272/12
**whatnot [2]**  67/6 166/23
**whatsoever [5]**  6/4 136/20
178/15 181/24 233/10
**when [155]**  6/22 8/7 10/4
11/25 12/16 12/25 13/1 16/13
16/16 17/8 18/22 19/12 20/16
23/11 23/15 24/1 26/9 26/24
28/2 28/22 28/23 29/8 29/18
29/20 30/4 30/9 30/22 32/2
33/1 33/7 33/11 33/25 34/19
34/25 35/21 36/16 37/14 38/4
40/7 41/11 41/22 41/24 42/2
42/16 42/20 42/21 43/22 44/8
44/17 45/18 48/1 52/6 53/4
53/21 54/8 55/22 60/9 61/5
63/16 64/18 66/15 69/18
72/13 79/13 83/16 84/16
86/23 86/24 88/1 89/8 90/10
95/14 106/25 109/2 109/4
110/18 113/3 116/15 117/17
118/12 124/20 125/18 125/20
126/11 127/15 129/5 129/5
131/15 131/16 132/11 132/12
132/14 132/21 136/25 137/6
139/17 139/21 140/6 141/21
142/20 142/25 147/6 147/21
151/20 155/17 155/18 155/22
157/21 157/24 158/4 158/5
162/5 165/6 165/8 166/5
167/6 167/10 167/21 172/6
172/15 173/6 178/5 180/12
180/14 186/23 188/8 194/18
208/2 208/18 208/23 211/11
213/21 216/10 217/16 221/12
224/10 236/9 236/10 236/21
237/19 237/20 238/7 244/24
245/1 245/6 249/19 249/20
250/4 252/6 252/23 256/3
262/20 275/25 278/1 281/20
**Whenever [1]**  169/16
**where [74]**  10/22 12/20 12/23
15/4 19/4 19/9 19/19 23/18
28/22 29/11 30/6 31/15 39/18
47/9 55/12 55/13 60/15 62/5
62/7 82/20 84/4 84/7 85/18
88/11 88/12 89/6 89/25 90/5
112/8 114/7 114/21 116/13
121/9 122/2 127/2 128/14
129/15 137/24 138/9 140/3
140/8 140/22 146/16 148/4
150/15 151/11 155/13 155/15
155/21 159/10 160/2 162/6
162/12 162/18 166/10 167/5
168/13 169/8 169/24 171/23
176/15 185/10 207/7 217/21
222/12 224/14 231/22 252/14
253/22 253/23 259/6 261/8
275/6 275/10
**whereabouts [2]**  169/14 169/17
**whether [37]**  6/20 16/17 36/1
39/19 46/19 46/20 51/25 52/7
67/9 78/3 78/3 102/20 103/11
103/19 103/22 111/16 111/23

113/15 113/23 127/25 124/1
130/11 186/21 199/19 200/14
202/8 227/12 227/12 248/22
249/19 251/5 259/14 267/7
271/13 272/10 277/2 279/21
**which [71]**  13/2 36/5 45/8
45/15 46/18 49/10 50/16 52/8
67/11 69/8 71/2 72/10 74/25
76/23 77/2 82/10 82/24 85/7
85/22 89/3 92/4 92/15 94/6
97/2 103/23 105/13 107/13
109/5 111/17 113/20 115/7
116/9 117/13 117/15 119/12
119/24 128/2 131/2 132/4
134/15 135/10 140/14 142/15
145/9 152/23 159/13 164/7
168/20 172/10 177/2 195/10
196/10 218/1 220/14 220/19
225/1 225/12 229/15 230/23
231/3 239/25 243/14 245/7
252/14 255/25 258/4 263/11
265/14 274/1 278/21 281/6
**while [26]**  23/15 27/1 27/3
27/7 73/24 95/22 106/9 130/2
136/10 146/23 147/17 187/24
198/13 203/10 205/6 228/3
247/19 247/25 249/15 249/25
252/20 263/2 267/16 272/7
277/22 282/20
**whiskey [2]**  179/18 205/6
**white [5]**  61/4 144/10 158/2
158/4 191/21
**who [77]**  6/21 10/25 21/12
25/10 29/24 32/17 32/21
32/23 33/11 33/20 34/3 34/14
34/16 35/9 40/25 41/17 43/20
43/23 45/16 48/15 53/1 57/12
57/14 61/9 61/10 62/15 70/18
71/16 71/16 85/20 86/13 89/3
92/9 102/7 102/14 111/3
112/20 147/1 148/24 149/4
149/22 151/4 151/4 152/2
153/2 153/12 153/24 158/1
159/2 161/4 173/2 174/8
184/18 191/10 193/6 193/12
200/4 209/1 209/7 217/10
217/10 218/12 221/20 223/9
226/15 238/1 240/12 246/18
256/15 256/17 263/15 263/16
266/21 272/4 272/21 277/24
281/5
**who's [5]**  136/2 164/5 192/9
246/5 264/10
**whoever [2]**  84/8 200/2
**whole [26]**  26/15 26/17 26/19
36/3 47/7 50/13 52/3 68/17
83/15 83/17 95/10 108/3
108/4 127/25 132/3 160/5
160/25 189/13 198/25 227/24
239/14 239/20 246/10 258/3
271/12 276/25
**whom [1]**  150/12
**whose [5]**  27/21 60/3 212/22
254/25 255/2
**why [63]**  16/13 21/14 25/7
27/5 29/5 30/14 34/6 37/9
38/5 38/24 43/5 43/16 45/11
47/8 52/21 54/17 66/18 80/24
81/13 96/20 98/3 98/6 101/21
114/5 120/21 122/10 125/13
136/12 146/19 151/19 153/12
156/4 156/7 157/22 163/3

7/66/24 196/25 197/13 198/4
199/11 199/16 200/22 226/24
226/24 227/1 227/1 229/19
233/13 237/4 245/9 251/2
251/20 256/3 258/12 260/20
261/11 261/12 263/24 274/24
280/5 280/22 282/6 282/8
**wife [6]**  77/23 92/22 93/1
93/3 93/7 149/12
**will [74]**  8/5 14/6 22/8 24/4
25/20 25/21 49/12 50/20
56/12 57/2 61/8 61/10 62/4
68/22 71/4 75/7 82/4 83/19
84/5 90/6 90/25 91/24 95/4
96/15 100/2 100/4 102/14
109/5 112/5 112/8 115/9
129/16 134/18 140/12 145/24
147/22 154/17 159/17 163/4
163/6 163/7 163/8 164/7
192/17 192/24 192/25 195/5
199/2 199/4 201/25 216/6
223/14 229/9 232/14 234/3
236/9 236/13 245/12 247/12
247/13 249/24 250/25 251/15
256/2 258/21 259/12 260/23
261/7 263/1 263/11 263/16
268/13 272/22 274/17
**willing [4]**  101/13 104/6
105/17 256/12
**wind [1]**  113/25
**winning [3]**  86/9 86/18 88/12
**wipe [2]**  42/20 42/22
**wish [3]**  158/19 172/8 177/5
**wished [1]**  261/6
**wishes [1]**  71/2
**withdraw [2]**  273/13 276/14
**within [9]**  40/3 65/17 100/5
110/15 161/8 161/22 178/1
214/12 241/25
**without [24]**  62/12 65/9 65/14
97/22 98/4 98/8 107/11
124/13 130/1 130/6 131/23
143/17 148/16 155/4 160/11
168/5 176/8 176/16 183/12
189/16 192/16 206/24 231/1
267/8
**witness [41]**  69/19 69/19
69/21 69/21 91/17 100/1
105/7 159/11 159/11 159/12
163/20 170/18 177/6 189/1
198/22 223/5 223/7 240/3
240/20 240/21 244/7 244/8
246/18 247/15 248/10 248/12
251/21 254/2 254/9 256/11
256/16 257/17 263/15 264/2
264/5 265/5 265/22 266/12
267/22 280/1 280/1
**witness' [1]**  166/21
**witnesses [16]**  3/3 79/16
101/5 159/4 162/7 162/20
194/20 242/6 242/22 245/11
256/24 258/4 258/21 263/3
270/9 274/9
**woke [13]**  13/2 17/1 17/8
17/11 17/21 28/2 28/22 29/8
172/22 173/6 179/20 182/20
224/11
**woken [2]**  208/2 222/12
**woman [6]**  109/9 153/11 154/9
206/16 208/20 264/21
**woman's [1]**  281/10
**women [6]**  46/9 53/25 57/3

**women... [3]** 140/10 266/8
266/22
**won't [2]** 123/14 232/2
**wonderful [1]** 256/6
**wondering [3]** 41/14 153/12
226/5
**word [10]** 60/24 146/11 181/5
181/6 202/16 202/18 237/21
239/24 239/25 251/11
**words [17]** 10/22 16/5 36/6
37/9 87/1 150/20 151/13
178/9 179/16 179/16 179/22
181/8 183/19 185/20 188/16
188/17 213/16
**wore [3]** 44/19 260/19 262/1
**work [44]** 23/9 26/24 28/9
28/11 29/12 47/1 47/1 55/4
120/20 131/8 131/10 136/13
137/2 150/13 152/25 153/3
153/3 153/7 153/16 154/3
154/4 173/23 178/10 178/23
180/13 220/2 222/17 225/12
226/3 226/17 227/11 227/11
227/16 227/21 228/4 228/5
230/15 231/15 232/7 232/11
232/12 241/21 251/18 252/2
**work-related [1]** 220/2
**worked [7]** 8/13 32/3 43/9
114/4 124/19 221/6 235/24
**worker's [1]** 233/25
**working [17]** 53/17 55/5 68/16
69/7 102/7 113/22 120/7
120/17 121/15 121/17 132/18
149/12 179/3 221/7 221/12
246/19 277/20
**workplace [2]** 259/7 259/18
**works [2]** 114/4 114/5
**world [1]** 56/9
**worldwide [1]** 142/7
**worried [4]** 139/17 139/19
140/6 281/3
**worries [1]** 141/3
**worry [8]** 17/18 22/11 64/8
191/12 216/18 234/25 236/9
246/12
**worse [4]** 25/1 25/1 25/3
37/13
**worsened [1]** 275/2
**worst [1]** 133/23
**worth [1]** 56/12
**worthy [1]** 7/24
**would [263]** 4/17 11/10 19/14
22/22 23/9 23/9 23/10 23/15
26/1 26/21 26/21 29/3 32/13
34/9 34/10 42/2 42/4 42/4
42/13 43/17 46/11 48/2 49/23
50/2 50/5 50/12 52/11 53/13
53/15 54/9 54/14 54/19 54/20
55/12 55/13 55/15 56/13
57/13 59/11 60/8 60/8 60/21
60/24 61/2 61/3 62/14 62/25
62/25 65/1 70/20 72/8 73/12
75/13 75/25 76/5 78/12 78/18
81/13 81/21 81/21 81/24 85/8
85/22 86/20 89/3 90/8 91/5
92/24 93/9 98/3 99/10 100/8
101/4 101/13 101/23 103/23
104/15 106/7 107/7 109/14
111/11 113/12 117/17 119/2
119/4 119/14 120/8 120/8

120/18 120/19 120/20 121/16
124/5 124/17 124/24 126/17
124/18 126/1 126/10 130/17
130/25 131/7 131/7 132/2
133/19 134/2 134/14 134/23
135/25 137/24 138/4 138/16
138/17 139/11 139/22 139/24
139/25 140/7 140/7 140/8
141/5 141/9 141/12 141/21
141/23 142/24 142/25 143/5
146/19 146/23 147/5 147/8
147/17 147/18 148/10 148/11
149/4 149/13 151/19 152/1
152/10 152/15 152/23 152/24
153/2 153/14 153/14 153/20
154/5 155/15 155/21 157/12
159/15 159/16 159/21 162/24
163/8 163/9 163/20 163/23
164/2 164/6 164/12 164/22
165/5 165/5 168/14 169/9
170/6 170/16 173/7 173/12
174/8 175/16 176/5 179/2
179/4 183/18 184/11 186/2
189/7 197/5 197/6 197/6
197/7 197/7 197/21 197/22
197/22 199/25 200/2 200/4
200/6 201/6 201/7 201/7
202/7 202/17 203/24 204/2
206/4 210/12 212/21 213/20
213/20 213/22 213/24 214/5
214/10 214/10 215/5 215/7
221/7 221/11 223/1 223/25
224/4 224/13 224/13 225/2
225/10 226/15 228/18 229/4
233/13 233/17 233/20 233/21
233/25 234/2 235/13 235/14
240/3 240/10 242/6 242/12
242/15 243/15 245/1 246/9
247/21 247/22 253/9 253/12
253/19 253/24 253/25 254/6
254/24 255/4 255/11 255/12
259/14 262/15 264/22 265/13
265/15 272/18 274/7 274/13
274/18 280/23 281/20
**wouldn't [24]** 31/13 42/2 98/6
121/15 134/4 138/19 139/12
141/17 146/18 152/3 153/15
161/10 196/4 196/5 197/7
198/12 198/16 199/21 199/23
202/2 210/10 214/4 238/5
255/6
**wrist [3]** 12/16 12/24 28/4
**wrists [1]** 12/19
**write [11]** 28/19 35/15 88/3
133/13 150/23 151/1 186/4
197/8 200/10 200/11 263/6
**writes [8]** 16/13 84/9 85/18
85/19 140/21 150/22 162/10
232/1
**writing [8]** 112/13 139/2
183/15 192/10 233/8 234/17
236/18 236/20
**written [15]** 10/23 32/2 35/13
87/4 95/12 98/1 158/25 195/8
200/19 209/18 210/12 218/4
225/18 225/20 238/14
**wrong [18]** 14/5 14/12 56/15
68/1 69/12 91/19 91/20 108/7
108/24 139/23 140/3 144/5
166/11 171/3 200/25 204/13
212/8 220/12
**wrongly [1]** 196/25

**wrote [31]** 26/8 36/18 87/21
88/4 88/9 88/12 89/6 122/17
121/24 134/12 134/13 139/8
145/25 146/4 146/6 146/8
150/21 194/10 197/1 200/2
200/25 208/7 209/24 213/16
218/19 221/24 234/4 234/13
234/18 236/21 238/6 269/4

# X

**Xanax [2]** 41/1 41/2

# Y

**Yan [1]** 31/3
**yeah [65]** 10/19 19/3 19/6
20/15 24/22 43/10 47/17
56/23 64/1 70/8 70/11 81/23
88/10 90/10 92/10 92/14 96/1
98/2 100/17 107/1 112/3
115/15 123/17 124/18 138/13
145/17 148/25 153/14 154/10
167/11 167/14 167/16 168/16
169/25 190/1 191/6 199/8
204/23 206/2 207/18 207/20
209/12 212/9 214/1 215/6
215/6 220/9 221/3 221/14
228/12 228/20 230/10 233/14
239/2 240/5 240/6 241/6
241/16 264/20 264/24 265/4
267/4 267/11 268/7 268/10
**year [11]** 84/3 84/14 85/20
132/7 144/4 144/10 149/5
172/10 182/13 183/14 206/13
**years [15]** 39/21 39/22 40/1
40/3 55/1 62/24 110/16 113/8
125/10 142/6 150/11 150/25
214/5 226/9 247/4
**yelling [2]** 79/9 79/17
**yellow [1]** 266/3
**Yep [2]** 85/2 221/8
**yes [329]**
**yesterday [8]** 26/24 102/13
242/11 249/23 249/23 251/2
252/2 254/9
**yet [12]** 4/5 7/3 26/10 30/18
37/24 88/20 99/16 99/22
147/21 149/9 241/9 278/12
**you [1590]**
**you'd [2]** 53/5 222/6
**you'll [11]** 50/10 52/5 75/25
82/23 89/2 92/4 120/11 121/5
123/18 168/23 231/11
**you're [61]** 7/16 7/23 7/23
7/24 7/24 10/25 11/11 18/18
19/9 20/4 23/18 24/13 33/11
79/25 81/24 88/1 88/2 89/25
90/10 94/19 95/14 97/18
98/25 99/15 102/16 102/21
106/9 118/17 118/17 126/25
131/12 132/14 134/3 136/12
142/5 143/13 146/20 148/6
148/13 148/14 149/19 150/5
150/11 150/11 150/12 155/8
158/10 163/17 175/12 180/17
184/18 184/21 187/15 190/15
226/25 228/10 232/14 247/15
256/9 268/23 274/21
**you've [30]** 12/10 17/1 23/4
24/24 26/19 32/11 35/23
35/23 37/3 41/7 58/16 63/25
70/10 71/21 84/6 127/3
142/18 143/20 152/24 172/21

**Y**

**you've... [10]**  192/3 192/20
202/19 214/20 222/12 230/15
235/7 242/10 256/7 268/5
**you-all [7]**  4/3 4/4 5/11
94/16 216/10 225/25 241/21
**young [8]**  38/17 57/15 140/9
140/10 140/11 153/11 154/8
208/20
**your [559]**
**yourself [13]**  108/2 109/15
112/23 121/16 129/21 130/11
133/8 133/14 135/1 135/6
141/4 190/15 236/13
**yourselves [1]**  241/21

**Z**

**zero [1]**  144/23
**Zoloft [1]**  39/14
**zone [4]**  58/1 258/3 258/8
258/21