1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
2                         HOUSTON DIVISION

3  JAMIE LEIGH JONES,              .
   PLAINTIFF,                      .
4                                  . H-07-CV-2719
          v.                       . HOUSTON, TEXAS
5                                  . JUNE 23, 2011
                                   . 8:49 A.M.
6  HALLIBURTON COMPANY D/B/A       .
   KBR KELLOGG BROWN & ROOT        .
7  (KBR); KELLOGG BROWN & ROOT .
   SERVICES, INC.;                 .
8  DEFENDANTS.                     .
   . . . . . . . . . . . . . .     .
9

10                    TRANSCRIPT OF JURY TRIAL
               BEFORE THE HONORABLE KEITH P. ELLISON
11                 UNITED STATES DISTRICT JUDGE

12
   A P P E A R A N C E S:
13
   FOR THE PLAINTIFF:
14
        Lannie Todd Kelly
15      Heidi Olsen Vicknair
        The Kelly Law Firm PC
16      One Riverway
        Suite 1150
17      Richmond, Texas 77056

18      Ron Estefan
        Attorney at Law
19      One Riverway
        Suite 1150
20      Richmond, Texas 77056

21      Stephanie Marie Morris
        The Law Office of Stephanie M. Morris, PLLC
22      27 S. Darington Street
        West Chester, Pennsylvania 19382

23

24  Proceedings recorded by mechanical stenography, transcript
    produced by computer-aided transcription.
25                         - - - - -

1    A P P E A R A N C E S:   (Continued)

2    FOR DEFENDANT KBR:

3         Joanne Vorpahl
          Susan Cates
4         Blake Runions
          Stephanie Holcombe
5         Daniel K. Hedges
          Porter & Hedges
6         1000 Main Street
          36th Floor
7         Houston, Texas 77002

8    FOR DEFENDANT CHARLES BORTZ:

9         Andrew T. McKinney, IV
          Sharon Cullen
10        McKinney Cooper LLP
          Three Riverway
11        Suite 500
          Houston, Texas 77056
12
     OFFICIAL COURT REPORTER:
13
          Cheryll K. Barron, CSR, CM, FCRR
14        U.S. District Court
          515 Rusk Street
15        Houston, Texas  77002

16                                   - - - - -

17

18

19

20

21

22

23

24

25

<pre>
 1                            INDEX

 2                                               PAGE

 3    PLAINTIFFS' WITNESS

 4    Charles Bortz

 5        Direct Examination by Mr. Estefan        22

 6        Cross-Examination by Mr. McKinney        61

 7        Cross-Examination by mR. hEDGES          80

 8        Redirect Examination by Mr. Estefan      84

 9        Recross-Examination by Mr. McKinney      88

10        Recross-Examination by Mr. Hedges        88

11

12              VIDEOTAPED DEPOSITION TESTIMONY

13    Sara Simco

14        Presented by Plaintiffs                 118

15    Sara Simco

16        Presented by Defendant                  118

17    Anthony Adams

18        Presented by Plaintiffs                 118

19    Anthony Adams

20        Presented by Defendants                 119

21    Pete Arroyo

22        Presented by Plaintiffs                 124

23                    - - - - -

24

25
</pre>

Cheryll K. Barron, CSR, CM, FCRR                    713.250.5585

1          P R O C E E D I N G S

2      *(Jury not present)*

3          THE COURT:  If there's a scheduling issue with

4      anybody, I'll try to work around it, but --

08:49   5          MR. ESTEFAN:  That's -- we were just talking about

6      working in another of their experts next week sometime.

7          THE COURT:  That's fine.

8          MR. ESTEFAN:  That's fine.  So we'll work with the

9      Court's schedule.

08:49  10          THE COURT:  Certainly we agree on the dismissal.  It's

11      not been signed yet, and I don't see a signature page.

12          MR. McKINNEY:  It's opposed, your Honor.

13          THE COURT:  Oh, it is?

14          MR. McKINNEY:  It is.  And I would like to put to the

08:50  15      Court the following:

16              The Court ruled in limine --

17          THE COURT:  Yes.

18          MR. McKINNEY:  -- that these convictions would not

19      come in.  And I did mention in my opening statement that there

08:50  20      was a counterclaim on file and discussed it briefly.  However,

21      the evidence has not started on the counterclaim, not offered

22      by me, in any event.  And as the Court knows, I argued far more

23      vigorously than I should have yesterday --

24          THE COURT:  No, no, no.  I was not offended.

08:50  25          MR. McKINNEY:  -- that the, quote, defamation damage

---

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:50  1   defense, close quote, pretext or rationale -- pretext here,

2   rationale here -- was essentially a pretext and prejudiced my

3   client.

4              And in view of the Court's ruling, which I

08:51  5   believe to be different than the in limine ruling, that's a

6   material change in the posture of the trial.  And therefore, I

7   would like to drop the counterclaim and have conferred with my

8   client and secured his approval to do so.  We are not in any

9   way amending a pleading or changing a pleading.

08:51  10         THE COURT:  I understand.  I understand.  I actually

11   think that's a wise move.

12              Let me hear from plaintiff.

13         MR. ESTEFAN:  Several things, your Honor.  One is that

14   I notice their counterclaim is a dismissal without prejudice,

08:51  15   which obviously implies that they intend to leave their options

16   open to bring it up again.

17              Secondly, it's slander -- the defamation claim

18   has -- there's been evidence of it.  We've talked about it on

19   the stand.  So now to throw that grenade in the jury box and

08:52  20   then run out of the room leaves us with a jury going, "A lawyer

21   said" -- and two lawyers have said something about there being

22   a slander claim here against Ms. Jones.  And, so, we're going

23   to be -- we can't explain the absence of the slander claim.

24         THE COURT:  I can explain that -- I can explain that

08:52  25   to the jury.

08:52  1         MR. ESTEFAN:  Okay.  Well, then, if the Court is

2  inclined to grant defendants' motion over our objection, I

3  would ask that it be a dismissal without -- I mean, with

4  prejudice to refile and that an instruction be given to the

08:52  5  jury.  And so that -- either the Court can do it or we can in

6  our closing argument address it.

7          Otherwise, the jury is left with the wrong

8  impression about what claims are being asserted here.

9         THE COURT:  And I gather KBR has no dog in this fight

08:52  10  at all.

11         MR. HEDGES:  We do not, your Honor.

12         MS. VORPAHL:  That's exactly right.  We have no dog.

13         MR. McKINNEY:  May I say --

14         THE COURT:  Yes, sir.

08:52  15         MR. McKINNEY:  -- with respect to prejudice or lack of

16  prejudice, as a practical matter, a dismissal without prejudice

17  at this time would leave my client with all acts of defamation,

18  up to and including today, time barred because it's a one-year

19  statute under Texas law.

08:53  20         THE COURT:  Yes.  Yes, it would.

21         MR. McKINNEY:  So, we would have no objection to a

22  dismissal with prejudice as to any and all acts of defamation

23  as of the date of signing but without prejudice to any

24  subsequent acts of defamation; that is, we do not want to be

08:53  25  precluded on the merits to anything that might happen after

08:53  1    today.

2              THE COURT:  Doesn't that give you everything you want?

3              MR. ESTEFAN:  It does, your Honor, except that I -- I

4    need to put on the record that I continue to take exception to

08:53  5    opposing counsel saying, "They have pretext, they have agendas,

6    they have all these" -- you know, that -- that's unnecessary.

7              THE COURT:  Well, I --

8              MR. ESTEFAN:  And for them to say that we had a

9    pretext because we're defending our client is, frankly,

08:54  10   insulting.

11             MR. McKINNEY:  In which case, I withdraw the comment.

12   I anticipated, quite frankly, a much more vigorous opposition.

13   And I apologize for any questions I raised.  But I really did

14   think that this motion would be far more opposed than it is.

08:54  15             And I did exceed the bounds of decency, and I

16   apologize to the Court and especially to counsel.

17             THE COURT:  Okay.  Thank you very much.  That was a

18   handsome apology.

19             I will grant the motion for dismissal of the

08:54  20   counterclaim with prejudice up to today's date, without

21   prejudice as to any later date.

22             MR. ESTEFAN:  Your Honor, one final point on that.  Is

23   the plaintiff entitled to -- counter-defendant entitled to

24   costs for the defense of the slander?

08:54  25             THE COURT:  At the end of the trial, I always -- I

08:54  1   always make my ruling on attorney's fees and costs.  Because I

2   think, rather than sharpshooting one act or another or one

3   inadvertent statement or another, I would rather see the

4   totality of it and decide --

08:55  5          MR. ESTEFAN:  Understood, your Honor.

6          THE COURT:  -- when it's appropriate, to shift costs

7   or expenses.

8          MR. ESTEFAN:  I understand your ruling, your Honor.

9          THE COURT:  Okay.

08:55  10          MS. HOLCOMBE:  Your Honor, we have one more matter to

11   take up with the Court, unless you all want to take it up at

12   lunchtime, the deposition designations that I e-mailed about.

13          MR. ESTEFAN:  I don't know how long they'll go on, on

14   direct of Mr. Bortz.  So, we may -- we may -- I don't think

08:55  15   we'll get to that depo.  Is it --

16          THE COURT:  Now, let me make --

17          MS. HOLCOMBE:  Yeah.

18          THE COURT:  -- let me make one thing clear.

19   Mr. Bortz, then -- if you don't have your counterclaim, then

08:55  20   you would do the direct, wouldn't you?

21          MR. ESTEFAN:  I'm -- I'm calling him as an adverse

22   witness, your Honor.  So it would be in the nature of a

23   cross-examination of Mr. Bortz.  But they then would direct

24   examine.

08:55  25          THE COURT:  So, you're saying you go first?

08:55   1          MR. ESTEFAN:  I do.

2          THE COURT:  Yeah, I think that's right.

3          MR. ESTEFAN:  I'm calling him in my case in chief.

4          MR. McKINNEY:  And just to be 100 percent painfully

08:55   5   clear, the -- no part of the arrest or conviction will come

6   into evidence at this point.

7          THE COURT:  That's right.

8          MR. ESTEFAN:  And plaintiff will not -- will not

9   violate that court ruling.

08:56   10          THE COURT:  Very good.

11          MR. McKINNEY:  Now, I have another matter that I

12   wanted to take up with the Court, obviously outside the

13   presence of the jury.

14          When I asked Ms. Jones on the witness stand if

08:56   15   escorting her to the bus stop was an unusual act for a rapist,

16   her response was that he knew he was outside the Court's

17   jurisdiction, which was not really a response to the question.

18   It was injecting matters into the case, that are really not

19   responsive to the question.

08:56   20          I do not wish to imply -- I don't wish to

21   expressly mention the grand jury investigation; but to rebut

22   that specific charge, I would like to elicit question --

23   testimony from my client that he was, in fact, interviewed

24   under oath by federal law enforcement officials, he waived the

08:56   25   Fifth Amendment and testified fully and freely, and go no

08:57 | 1
further than that, simply to respond to that one statement.

08:57 | 2
THE COURT: Okay. I think his point is well taken.

3
That was -- that was very misleading to say that. And

4
Ms. Jones really isn't qualified to make a statement about

08:57 | 5
federal court jurisdiction.

6
MR. KELLY: With due respect, your Honor, I understand

7
the Court's ruling; but I want to -- I want to clarify

8
something. It wasn't misleading to state it when you look at

9
the e-mails that are not coming into evidence, I understand, in

08:57 | 10
this court. But it's very clear from the e-mails that were

11
sent to Ms. Jones that she was being told by the Department of

12
State investigators that there was probably not going to be

13
jurisdiction in this case and was ultimately called by the

14
prosecutors and was told that the case was not going forward

08:57 | 15
and one of the issues was a lack of jurisdiction.

16
I mean, so she wasn't being misleading. She may

17
have gone beyond the bounds of the question, I'll -- I'll grant

18
that. But she was not being misleading at all. That was

19
actually a fact. And --

08:58 | 20
MR. HEDGES: I represented about 10 of those witnesses

21
before the grand jury, and I don't think the Justice Department

22
pays to fly about 12 or 15 people back from Iraq and

23
Afghanistan to appear before a grand jury over several weeks in

24
a case that was -- they don't think they have jurisdiction in,

08:58 | 25
to begin with.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:58   1          MR. KELLY:  Except that they were getting heat from

2      Congressman Poe's office for not having done anything; so, they

3      put up a grand jury sham.  Was it any wonder why there was no

4      indictment at all when Mr. Hedges represented 10 of the

08:58   5      witnesses?

6          MR. ESTEFAN:  Judge, we're -- we're walking a fine

7      line between the Department of State investigation and the

8      grand jury.  We're getting awfully close there.

9          THE COURT:  I agree.  I agree.  How would you propose

08:58   10     to rectify this?

11         MR. ESTEFAN:  Well, I -- you know, I don't think that

12     anything Ms. Jones said was -- was in any way improper as far

13     as whether he's -- I mean, it was her impression of whether he

14     was beyond the bounds of --

08:58   15         THE COURT:  Well, I'm not saying she misrepresented

16     things.  But it -- introduces a -- what I believe to be a

17     clearly erroneous statement of the law.  And I think we need to

18     do something about that.  I just -- on the Department of State

19     protectorate, for one American citizen to attack another, I

08:59   20     really -- I really doubt that that's --

21         MR. ESTEFAN:  Well --

22         THE COURT:  -- that's beyond the Court's jurisdiction.

23         MR. ESTEFAN:  I understand, your Honor.  If you look

24     at the nature of the question, though, Mr. McKinney invited the

08:59   25     speculation when he asked the question, "Why would a rapist

08:59  1   still be in the room?"  So he invited her to free roam, range

2   as far as she can about -- I mean, if you -- it's the question

3   that he elicited the answer for and now he doesn't like the

4   answer.

08:59  5            MR. McKINNEY:  Your Honor, I have the question and

6   answer right here that I'm going to --

7            THE COURT:  Well, let's -- let's get it literally,

8   then.

9            MS. VORPAHL:  Goes to the next page, too.

08:59  10            MR. McKINNEY:  Understood.

11            This is at 226 of the certified record.

12            "Question:  And I simply want to ask you this

13   question.  And I'm sure you don't agree with it.  But does it

14   not seem odd to you that a man who has, according to you, raped

09:00  15   you would spend the night and then stick around and walk you

16   outside for your job for work?

17            "Answer:  He walked me outside.

18            "Question:  Isn't that somewhat unusual behavior

19   for a rapist?

09:00  20            "Answer:  No.  He knew he was outside of

21   jurisdiction.  He knew he was outside of this civil court

22   system until I got involved.  So, no.  He was brazen enough to

23   still be there.

24            "Question:  All right.  So, you know what was in

09:00  25   Mr. Bortz' mind and you know why he spent the night in your

room and why he walked you outside, and that's what you're
telling our jury?

"Answer:  I'm telling you why -- you asked me
why -- you asked me a question; and I answered it" --

She referred to me as Mr. Kelly, and you
corrected her.

So, that's essentially -- the "outside the
jurisdiction, and he knew that," is a rather incendiary
statement that we would like to make a limited response.  And
that limited response is, A, he never believed he was -- he
doesn't know what "jurisdiction" is.  And more specifically, he
was, in fact -- to directly rebut the statement that there's no
jurisdiction, he was, in fact, interviewed by law enforcement
officials.

THE COURT:  Well, why don't we just left it at he knew
he wasn't out of the jurisdiction.

MR. McKINNEY:  Well, he doesn't really know what
"jurisdiction" is, Judge.  He's a fireman.  And I think it is
fair -- and we will be very careful about this.  We will not
indicate in any way that there was a grand jury or the grand
jury failed to indict or that other people were talked to or
anything like that.  We're going to confine it solely and
exclusively to Mr. Bortz' personal --

THE COURT:  Okay.  If you're not going to use the word
"jurisdiction," what are you going to say?  "Did you ever think

1    you were beyond American law?"

2              What's going to be the question?

3         MR. McKINNEY:  I'm going to say -- well, first of all,

4    let's keep in mind that Charles Bortz is going to testify to a

5    perfectly consensual relationship.  So court jurisdiction at

6    the time really probably was not even remotely on his mind.

7    And waking up the next morning, he's not thinking about

8    jurisdiction either.

9         THE COURT:  No, but I --

10        MR. McKINNEY:  He -- he did return to the United

11   States.  He was examined.  He did waive the Fifth.  He did

12   take -- he did speak fully and freely to federal investigative

13   authorities, law enforcement authorities.  And that's all I

14   plan to offer.

15        THE COURT:  Okay.  I'm going to allow it.

16             All right.

17        MR. ESTEFAN:  Your Honor, one more thing.  Since it's

18   a motion in limine, I plan to ask Mr. Bortz if KBR is paying

19   for his lawyer.  I think it goes to his bias on the issue of

20   any of his testimony.

21        MR. McKINNEY:  That's completely improper.

22        MR. ESTEFAN:  Certainly, it's not.

23        MR. HEDGES:  But if they do that, then I get to

24   introduce the letter from KBR to Mr. Bortz saying, "We will pay

25   for your lawyer if you agree to testify completely and

09:03   1   truthfully to the federal grand jury in Florida."

2   MR. ESTEFAN:  No, that's a separate proceeding.

3   They're paying for his defense of this lawsuit, not for his

4   defense in the grand jury hearing.  They did pay for that, too.

09:03   5   That's a separate thing, Judge.

6   But it goes to his bias, and that's a witness'

7   bias.  He's a critical witness.

8   THE COURT:  Well --

9   MR. McKINNEY:  I'm going to -- I'm going to put

09:03   10   something on the record right here.

11   The only reason why Mr. Estefan knows that is

12   because we had what I thought were confidential discussions

13   about resolving aspects of this case and I made that disclosure

14   in a confidential communication in my office with Mr. Estefan

09:03   15   and Mr. Kelly.

16   I have never told anyone who is paying me what,

17   my hourly rate is, what my fee arrangements are.  And it is a

18   standard rule of evidence that the time and circumstances and

19   compensation of -- and the attorney-client relationship are

09:04   20   inadmissible save and except when a claimant is affirmatively

21   seeking relief grounded on attorney's fees.

22   THE COURT:  Yeah.  I'm not going to allow introduction

23   of anything on attorney's fees.  That's like the grand jury

24   investigation.  We'll just get in a lengthy derivative

09:04   25   proceeding on how much, is it KBR's policy, what were the

09:04  1   conditions.  So, I'm not going to allow it.

        2           Anything else before the jury comes in?

        3      MR. KELLY:  I would just like to clarify one thing,

        4   your Honor.  I'm not asking for anything from the Court.  I

09:04  5   just want to make a clarification.

        6           There's been -- on this jurisdictional issue, the

        7   truth of the matter is that the -- the Military

        8   Extra-Jurisdictional Act did not expand to cover these kinds of

        9   crimes until the Poe/Slaughter Amendment made that happen.  And

09:05  10  the Poe/Slaughter Amendment was enacted because of efforts by

      11  Jamie Leigh Jones to get it done because there had been no

      12  jurisdiction in this case.

      13         So, her testimony from the stand was very

      14  truthful.  It is obviously an issue way beyond what we want to

09:05  15  go into in this trial, but the insinuation that it was

      16  untruthful is grossly inaccurate.

      17      THE COURT:  Okay.  All right.  Very well.

      18        Okay.  May we bring in the jury, please?

      19      MS. VORPAHL:  Your Honor, can I just say one thing for

09:05  20  the record?

      21      THE COURT:  Uh-huh.

      22      MS. VORPAHL:  We removed the portions of the

      23  orientation handbook that specifically discuss the

      24  extraterritorial jurisdiction of the federal court system over

09:05  25  persons in Iraq.  I mean, so, I take big issue with -- with

09:05  1   what Mr. Kelly has just said.  And we removed those portions

2   from --

3             THE COURT:  The original --

4             MS. VORPAHL:  -- the handbook and redacted any

09:05  5   references to them.

6             THE COURT:  The original handbook that she would have

7   had.

8             MS. VORPAHL:  Yeah, the --

9             THE COURT:  What is -- what --

09:05  10            MS. VORPAHL:  -- the orientation materials.

11            THE COURT:  -- would have said that there is

12   jurisdiction.

13            MS. VORPAHL:  Absolutely.

14            THE COURT:  Okay.  That's what I would have thought.

09:06  15            MS. VORPAHL:  And I'll be happy to tender those --

16   those documents --

17            THE COURT:  Thank you.

18            MS. VORPAHL:  -- if you would like to see them.

19            MR. McKINNEY:  May I excuse myself for one brief

09:06  20   moment before the jury comes in?

21            THE COURT:  All right.  Well --

22            MR. McKINNEY:  That's fine.

23            THE COURT:  I already signaled them to come.

24            MR. McKINNEY:  Okay.  We're good.

09:06  25        *(Sotto voce discussion at bench with court staff)*

09:06  1              THE COURT:  Okay.  All right.  Good news for

2      Mr. McKinney.  We're two jurors short.

3              MR. McKINNEY:  Hallelujah.

4              THE COURT:  Yes, sir.  Go ahead.

09:07  5              MR. HEDGES:  Judge, in closing arguments, do you allow

6      video clips from a witness who only testified by video to be

7      used, the clips --

8              THE COURT:  Yes.

9              MR. HEDGES:  -- themselves to be used in closing?

09:07  10             THE COURT:  I do.

11             MR. HEDGES:  Thank you.

12             THE COURT:  One thing on this -- I wish Mr. McKinney

13     was here, but please relay it.  I know this is a very emotional

14     part of the case.  I know feelings are running very high.  But

09:07  15     we are going to maintain our professionalism.  I don't want

16     voices raised, and I most certainly do not want sidebars loud

17     enough for the jury to hear.

18                 I understand all the variables at play; but in

19     this courtroom nobody acts rudely or disrespectfully toward

09:07  20     anybody else and no one seeks unfair advantage by stage

21     whispering that the jury can hear.

22             MR. KELLY:  Your Honor, I have a question just brought

23     to my attention.  Did you say we're not having court this

24     Friday?

09:07  25             THE COURT:  Yes.

09:07  1          MR. KELLY:  We have an expert about to get in the air.
       2  I -- I didn't know that.
       3          THE COURT:  Well, he's -- I didn't hear any objection
       4  to it.
09:08  5          MR. ESTEFAN:  No, no.  But I didn't know this was
       6  tomorrow.  I thought it was going to be next week.
       7          THE COURT:  Well --
       8          MR. KELLY:  I have a doc- -- I have two doctors,
       9  actually, who were planning to testify tomorrow.  One of them
09:08 10  is coming from out of town, your Honor.  He's our -- our
      11  expert.  I don't know when we --
      12          THE COURT:  Can you -- can you reach him by phone?
      13          MR. KELLY:  Let's scramble, see if we can reach him.
      14      (Discussion off the record)
09:08 15          MR. KELLY:  Your Honor, we may not get him if we don't
      16  get him tomorrow.
      17          THE COURT:  Okay.  And what -- how long is his
      18  testimony going to take -- will the testimony take?
      19          MR. KELLY:  He will probably take half a day, at -- at
09:08 20  the most.  I mean, I plan to be with him an hour and a half
      21  myself probably, at the max.
      22          MR. McKINNEY:  You're -- you're going to do the
      23  examination?
      24          MR. KELLY:  On Tackett?
09:08 25          MR. McKINNEY:  No.  Oh, on Tackett.

09:08   1           MR. ESTEFAN:  Your Honor, we talk about --

2           MR. McKINNEY:  Change of subject.  I walked out of the

3   room.

4           MR. KELLY:  No, no, no.  It's tomorrow's schedule.

09:08   5   And it flew right by me when it was first said.  But I have an

6   expert that, if he's not in the air, he's at the airport.

7           THE COURT:  Where is he coming from?

8           MR. KELLY:  Georgia.

9           MR. ESTEFAN:  Atlanta.

09:09   10      *(Sotto voce discussion at bench with court staff)*

11          THE COURT:  The problem is, I'm happy to work but

12   we've told the jury they're off.

13          MS. LOEWE:  I think they're okay with tomorrow.  It's

14   Friday -- next Friday was the one they were most concerned

09:09   15   with.

16          THE COURT:  I'll ask them about it.  Let's see if I

17   can solve the problem that way.

18          MR. KELLY:  Thank you, your Honor.

19          MR. McKINNEY:  Along the lines of the July 4th

09:09   20   weekend, your Honor, is it the Court's plan to start up Tuesday

21   morning, July the 5th, which would make July the 4th a travel

22   day for the jury or --

23          THE COURT:  They want the whole weekend.

24          MR. McKINNEY:  Well, that's what I was wondering,

09:09   25   whether they would -- whether you were going to give them a

09:09  1    half a day Tuesday --

2              THE COURT:  If they ask for it.  But I'm not going

3    to -- I'm not going to raise it on my own.

4              MR. McKINNEY:  Okay.

09:09  5              THE COURT:  Okay.  The jury is here.  Is everybody

6    ready?

7              MR. ESTEFAN:  Yes, your Honor.

8              THE COURT:  Okay.

9         *(Jury present)*

09:11  10             THE COURT:  Thank you.  Please be seated.

11             Ladies and gentlemen, a couple of points.  One, I

12   understand at least one of you is not feeling well today.  I

13   want that juror, and any other juror who is having health

14   issues, to feel free to leave the jury box without seeking my

09:11  15   permission if things turn worse.  We can then decide whether

16   that juror wants to go home and be excused from the jury

17   permanently or just needs a few minutes.  And believe me, I do

18   understand health -- health issues trump other issues.  I do

19   understand that.

09:12  20             Secondly, I had -- I had thought that we could

21   take tomorrow off -- at least you can -- so I could do other

22   work.  And I think the judge dropped the ball on this.  Somehow

23   it was not communicated to the attorneys that Friday was an off

24   day, and we have a doctor flying in from out of state to

09:12  25   testify tomorrow.  Could you work -- could you work, say, from

09:12   1   8:30 to noon tomorrow?  Can everybody do that?

2                   Okay.  That's what we'll plan on doing.  And I

3   apologize to all within the sound of my voice for my omission.

4                   Okay.  You ready to call your next witness?

09:12   5           MR. ESTEFAN:  I am, your Honor.  At this time,

6   plaintiff would call Mr. Charles Bortz to the stand.

7           THE COURT:  Mr. Bortz.

8                   Let's see how things are over here.  We have

9   water and a mountain of exhibits.

09:12  10                   Mr. Bortz, Mrs. Loewe will administer the oath.

11          MS. LOEWE:  Do you solemnly swear the testimony you're

12  about to give in the matter now before the Court will be the

13  truth, the whole truth, and nothing but the truth?

14          THE WITNESS:  I do.

09:13  15          THE COURT:  Please have your seat there, and try to do

16  the best you can about speaking into the mic directly.  We've

17  had some problems with it.

18          THE WITNESS:  Yes, your Honor.

19          THE COURT:  You -- you may inquire.

09:13  20          MR. ESTEFAN:  Thank you, your Honor.

21          **CHARLES BORTZ, DULY SWORN, TESTIFIED:**

22                      **DIRECT EXAMINATION**

23  BY MR. ESTEFAN:

24  Q.  Good morning, Mr. Bortz.

09:13  25  A.  Good morning.

09:13   1    Q.   Would you state your name, please, sir?

        2    A.   Charles David Bortz.

        3    Q.   Mr. Bortz, you applied for a job with KBR in February or

        4    March of 2005?

09:13   5    A.   I believe that's correct, sir.

        6    Q.   And you came to Houston and went through the orientation

        7    program at Greenspoint Mall?

        8    A.   Yes, sir.

        9    Q.   And I believe that you left Houston and went to Camp Hope

09:13  10    in the Green Zone to work for KBR.   Is that right?

       11    A.   Yes, sir.

       12    Q.   While you were at the orientation, you learned about KBR's

       13    rules and policies?

       14    A.   Yes, sir.

09:13  15    Q.   And KBR gave you, in fact, its Code of Business Conduct.

       16    You -- you got that, didn't you?

       17    A.   If you're talking about a handbook, I believe they gave us

       18    a small paperback handbook.

       19    Q.   Yes, sir.   It's -- I think we've seen that.   It's either a

09:13  20    pamphlet -- there's a little pamphlet, and then there's also a

       21    bigger book.   Did you get both of those?

       22    A.   I believe I got a pamphlet.   I -- I don't recall the rest,

       23    sir.

       24    Q.   Okay.   You arrived at Camp Hope, it was probably late

09:14  25    March, early April, 2005.   Is that about right?

09:14  1    A.  Yes, sir.

2    Q.  Okay.  And you were assigned to live in Barracks 2?

3    A.  I believe so.

4    Q.  I need some help from you about Barracks 2 because I've not

09:14  5    been to Barracks 2.  When you go in, is it a long hallway with

6    rooms on either side, like a dormitory?

7    A.  Well, I believe initially when you enter the building

8    there's a foyer.  And in my case, as you face the building, to

9    the right side of the building -- it was a long building, not a

09:14  10   wide building.  So you would enter into the foyer.  There would

11   be a bathroom on the right, I believe; a stairwell directly in

12   front; and then a doorway to a hallway, somewhat like what you

13   described.

14   Q.  Okay.  So, on the first floor, if -- if I'm looking at this

09:14  15   this way --

16   A.  Uh-huh.  Yes.

17   Q.  -- and the rooms are facing you and me, the doors are, this

18   way and this way -- in other words, the length of the -- the --

19   of the barracks runs this way.

09:15  20              You said there was a bathroom downstairs?

21   A.  Yes, sir.

22   Q.  Is that one bathroom or two bathrooms downstairs?

23   A.  I believe there's one bathroom on either side of the

24   building, sir.

09:15  25   Q.  So, was one the women's and one the men's?

09:15   1   A.   To the better extent of my knowledge.

2   Q.   Okay.

3   A.   I had a bathroom directly outside my dormitory; so, I

4   didn't really concern myself with the others.

09:15   5   Q.   And you were on the first floor?

6   A.   Yes, sir.

7   Q.   Do you know if the second floor had bathrooms on it?

8   A.   I believe so.

9   Q.   Okay.  The -- you have three male roommates in your room?

09:15   10   A.   Yes, sir.

11   Q.   And when you aren't working when you're there in Iraq, you

12   have a lot of free time on your hands?

13   A.   Some days, yes.

14   Q.   And I recognize that you are, as a fireman, potentially on

09:15   15   call but only when the department got overwhelmed?

16   A.   That's fair to say, yes.

17   Q.   Okay.  So, when you are not working, you and the other KBR

18   employees are not allowed to leave the Green Zone.  Is that

19   true?

09:16   20   A.   Well, to the better extent of my knowledge, we never left

21   the Green Zone at all.

22   Q.   Right.  So, but what I mean is, when you have all this free

23   time, you have to find a way to occupy it.  And, so, you, for

24   example, would go to your room and play video games.

09:16   25   A.   Yes, at times.

09:16   1    Q.   Okay.  Go to the gym and work out.

2    A.   Yes, sir.

3    Q.   Might have social get-togethers where you drink alcohol

4    with friends.

09:16   5    A.   On occasion.

6    Q.   And you met -- you meet a woman there while you're at -- at

7    Camp Hope, named Beneta Brumatti?

8    A.   Yes, sir.

9    Q.   And she becomes your girlfriend?

09:16  10    A.   Yes, sir.

11    Q.   Your relationship with her becomes intimate?

12    A.   Yes, sir.

13    Q.   And -- and, Mr. Bortz, I want to tell you up front, I -- I

14    apologize because we're going to have to get into some stuff

09:16  15    that's necessary.  All right?

16    A.   I understand.

17    Q.   And I'm sorry about that, and I'll try not to get any more

18    sensitive than I have to.

19              THE COURT:  And we all agree on that.  We all agree on

09:17  20    that.

21              THE WITNESS:  I understand.

22    BY MR. ESTEFAN:

23    Q.   You -- you spend the night with Beneta in her room?

24    A.   On occasion, yes.

09:17  25    Q.   And you know that KBR has a policy against that?

09:17   1    A.  Cohabitation?

    2    Q.  Yes, sir.

    3    A.  Yes, I do.

    4         THE COURT:  Is it a limit on cohabitation alone, or is

09:17   5    it a limit in -- is the limit on any kind of sexual

    6    relationship between two employees?

    7         THE WITNESS:  Your Honor, to the better extent of my

    8    knowledge, the limit on cohabitation was that we weren't to

    9    live and share quarters.

09:17   10        THE COURT:  But you could be in somebody else's -- the

    11   room of someone of the opposite sex, and that was not in

    12   violation of the policy?

    13        THE WITNESS:  To the better extent of my knowledge,

    14   no, sir.

09:17   15        THE COURT:  And likewise, sexual intercourse would not

    16   be either.  Is that correct?

    17        THE WITNESS:  I'm not actually sure what the policy --

    18        THE COURT:  Okay.

    19        THE WITNESS:  -- prescribed policy on that was.

09:17   20   BY MR. ESTEFAN:

    21   Q.  Well, unless it was overnight.  I mean, in other words, you

    22   could go to someone's room; but you're not supposed to spend

    23   the night over there?

    24   A.  To the better extent of my knowledge, yes.

09:18   25   Q.  All right.  Do you know who Kara Hall is?

09:18   1    A.   No, sir.

2    Q.   Okay.  He told us that a violation of that policy, spending

3    the night in someone else's room, is a termination offense.

4    Did you know that?

09:18   5    A.   No, sir.

6    Q.   Well, you knew that KBR didn't enforce that policy against

7    you, for example, right?

8    A.   Against me, no, sir.

9    Q.   Or anyone else?

09:18   10   A.   I don't have any recollection -- any other past judgments,

11   I actually don't know.

12   Q.   So, did you figure it was okay for you or anyone else to

13   break that rule?

14   A.   I wouldn't say that I figured it was okay, but I didn't

09:18   15   think that it was going to cause any major grief.

16   Q.   Right.  You never got punished for it, and -- and you

17   figured you never would?

18   A.   True.  Yes.

19   Q.   In July of 2005, your girlfriend Beneta -- I hope I'm

09:18   20   pronouncing that right.

21   A.   Yes, sir.

22   Q.   -- goes on vacation.  I guess you call that "leave" or

23   R & R?

24   A.   Yes.

09:18   25   Q.   And, so, do you remember when in July that was that she

09:19   1   left to go to R & R?

2   A.   No, sir.

3   Q.   Okay.  Well, on July 25th, 2005, you meet Jamie Leigh Jones

4   that day, right?

09:19   5   A.   Yes, sir.

6   Q.   That's her first day in-country, in -- in the base, on --

7   on -- in Camp Hope, right?

8   A.   Yes, sir.

9   Q.   And the way that you meet Jamie is you're in your room with

09:19   10   at least, I think, one other of your roommates and you're

11   playing video games?

12   A.   Yes, sir.

13   Q.   And Sara Simco and Pete Arroyo bring her by there?

14   A.   Yes, sir.

09:19   15   Q.   And introduce you to her and her to you.  And they're

16   showing her around the camp, right?

17   A.   Yes, sir.

18   Q.   And you thought that she was pretty?

19   A.   Yes, sir.

09:19   20   Q.   And you were attracted to her when you first met her?

21   A.   I would say she was attractive, yes.

22   Q.   Now, if you're -- excuse me.  If you're at the end of the

23   hall, on the first floor, right by a bathroom, is Jamie's

24   room -- she's -- she's in Room 201.  Is she directly above you

09:20   25   or across the other end of the barracks and above you?

09:20   1   A.   I believe it was directly above.

2   Q.   Okay.  And how many floors did this barracks have?

3   A.   Two.

4   Q.   You've said it had three.

09:20   5   A.   I said I thought it had three, sir; and I was incorrect, in

6   fact.

7   Q.   And actually, it wasn't just one time you said you thought

8   it was three.  It was more than once you said it was a

9   three-story building, right?

09:20   10   A.   That's true.

11   Q.   Another time that you see Jamie is as she's going to the

12   women's restroom, which is on the first floor.  Remember that?

13   A.   Yes, sir.

14   Q.   And you say something to her like, "You shouldn't wear a

09:20   15   bathrobe when you go to the women's room -- restroom."

16        And -- and she wasn't wearing a bathrobe, was

17   she?

18   A.   Sir, I don't recall making that remark.  I recall it from

19   reading my statement.  And I'm sure I made it in jest, but I do

09:20   20   not recall that remark.

21   Q.   Okay.  Well, when did you make your statement?

22   A.   My first statement?  My initial statement?

23   Q.   Yes, sir.

24   A.   To the State Department to -- what would be the next day,

09:20   25   the very next day, I believe.

09:21   1    Q.  So, about July 28th or 29th.  Is that correct?

2    A.  The 28th, I believe, was my first statement.  I'm not

3    entirely sure of the date.  Sorry.

4    Q.  That's fine.

09:21   5                And in that statement you said that you made the

6    statement I just told you about, which is, "You should -- you

7    shouldn't wear a bathrobe when you go to the bathroom"?

8    A.  I believe in the statement it says that.  I'm sure I made

9    it in jest.  And I wasn't exactly sure about it.  I don't

09:21   10   actually recall making the statement.  I'm sorry.

11   Q.  Okay.  Well, you also said that, "The guys here are weird."

12   You told Jamie that, didn't you?

13   A.  (Nodding head).

14            THE COURT:  You need to speak up, sir.

09:21   15   A.  Yes, sir, to the better extent of my knowledge.  But once

16   again, I -- I don't remember saying it.  It's just something I

17   read in my statement.

18   BY MR. ESTEFAN:

19   Q.  Okay.

09:21   20   A.  And I'm sure I made it in jest.

21   Q.  Well, when -- we asked you about that during your

22   deposition when we met, and you said you had no reason to

23   disagree that you made that statement because it's in the

24   written statement.

09:21   25   A.  I understand.  I agree.

09:21   1   Q.   So you stick by that now?

        2   A.   Whatever is in my statement, I agree with, sir.

        3   Q.   Except the one comment we're going to get to in a minute.

        4               To be fair to you, Mr. Bortz, there was one

09:22   5   comment that you did correct and you told us about?  Remember

        6   that?

        7   A.   And the third floor of the barracks, which I honestly just

        8   did not recollect.

        9   Q.   Okay.  And -- so, between these two barracks, Barracks 2

09:22  10   and Barracks 1, there's some space between them, right?

       11   A.   Yes, sir.

       12   Q.   And there's a -- I don't know, you-all call them "jersey

       13   barriers" or something?

       14   A.   Yes, sir.

09:22  15   Q.   What are "jersey barriers"?

       16   A.   I don't know if anybody's familiar with military bases.

       17   But the best way to describe it is security for traffic.  It's

       18   the concrete barrier designed to -- usually when you see a car

       19   going in a military installation, there would be a bobbing and

09:22  20   weaving between them, like kind of a serpentine.  It keeps you

       21   from going in a straight line.

       22   Q.   Okay.  And, so, is it -- is it like what we see on the

       23   highway, that divides one lane of traffic going one way from

       24   another?

09:22  25   A.   Yes, sir.  Yes, sir.

09:22  1   Q.  Okay.  The concrete barriers?

2   A.  Yes, sir.

3   Q.  And there's also a picnic table out there between these two

4   barracks, right?

09:22  5   A.  Yes, sir, I believe so.

6   Q.  I want to jump ahead a little bit to the evening of

7   Wednesday, July 27th, 2005.  Okay?

8   A.  Yes, sir.

9   Q.  You with me?

09:23  10   A.  Yes, sir.

11   Q.  And on that evening, you and several other people are out

12   at that picnic table, or around there?

13   A.  Yes, sir.

14   Q.  Right?

09:23  15   A.  Yes, sir.

16   Q.  And you-all are having a little get-together, and I believe

17   you're having drinks?

18   A.  Yes, sir.

19   Q.  And the occasion, I think, is that Matt Ryan, who is a

09:23  20   firefighter, is going on leave?

21   A.  Yes, sir.  I spent time with my friend before he departed

22   for leave.

23   Q.  Right.  And Matt's your friend; and he's also a

24   firefighter, right?

09:23  25   A.  Yes, sir.

09:23   1   Q.   And, so, you guys work together?

2   A.   Yes, sir.

3   Q.   Okay.  And he's going on vacation to Dubai?

4   A.   I don't recall.

09:23   5   Q.   Okay.

6   A.   I know that when we go on R & R, sometimes people would lay

7   over for a day, maybe two days, in Dubai before they went home.

8   But I don't remember what Matt's intentions were specifically.

9   Q.   Okay.  People are at this gathering, drinking and

09:23   10   socializing, right?

11   A.   Yes, sir.

12   Q.   And you see Jamie outside.  As you're sitting on this -- on

13   or near this picnic table, you look over and you see Jamie

14   Jones?

09:23   15   A.   Yes, sir.

16   Q.   And she's standing outside the barracks?

17   A.   Yes, sir.

18   Q.   She's using a cell phone?

19   A.   Yes, sir.

09:24   20   Q.   And you walk over to her, and you invite her to the

21   gathering?

22   A.   I believe so.

23   Q.   When you walk up to her, do you know that she's talking on

24   the phone with Pete Arroyo?

09:24   25   A.   No, sir, not that I can recall.

*Cheryll K. Barron, CSR, CM, FCRR*                              *713.250.5585*

09:24   1    Q.  Well, do you hear her say into the phone, "Pete, there are

2    some firemen here and they're inviting me -- they want me to

3    come have drinks with them"?

4    A.  No, I do not recall that, sir.

09:24   5    Q.  You don't -- you didn't hear her say that?

6    A.  I don't recall.

7    Q.  Okay.  Well, Jamie comes and joins the group.  And she

8    stays there for a little while, and then she leaves the group.

9    And she leaves alone, right?

09:24   10   A.  Correct, to the better extent of my knowledge.

11   Q.  Now, later in the evening -- and I think you thought at

12   that point she had gone to her room.  Is that fair?

13   A.  It's fair to say, but I don't recall.

14   Q.  Okay.  You didn't see which direction she went when she

09:24   15   left the gathering?

16   A.  I do not recall.

17   Q.  Okay.  Well, later in the evening Jamie calls you from her

18   room and she's wanting to find out if -- if anybody is still

19   down there?

09:25   20   A.  I believe that's true.

21   Q.  Okay.  And this time when she -- you say, "Yeah, we're all

22   here.  Come on back down."  And so she does.  Remember that?

23   She comes back to the gathering?

24   A.  I remember she comes back, yes.

09:25   25   Q.  And she's dressed a little differently than she was the

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:25   1    last time you saw her, wasn't she?

2    A.   I don't recall.

3    Q.   Wearing sweatpants and a T-shirt, pullover-shirt type

4    thing?

09:25   5    A.   I believe that's in my statement, sir, yes, I can recall

6    that.

7    Q.   All right.   And she brings with her a cup, a plastic cup?

8    A.   Yes, sir.

9    Q.   And it's got Baileys Irish Cream in it?

09:25  10    A.   Yes, sir.

11    Q.   But it's not full, is it?

12    A.   I don't recall, sir.

13    Q.   You know what Baileys Irish Cream is?

14    A.   I know it's a liquor.   I don't know exactly what kind of

09:25  15    liquor it is that they put in it or anything like that.

16    Q.   Okay.   Did you -- have you ever had it before, before you

17    met Jamie that night?

18    A.   I believe so.   I believe I've tasted it before.

19    Q.   Okay.   So, you actually took some of Jamie's drink and

09:25  20    drank from it, right, that night?

21    A.   I believe at some point I did take a drink from it.

22    Q.   Yes, sir.   That evening.

23    A.   I believe so.

24    Q.   If you remember as you're looking in that glass, are you

09:26  25    and Jamie sitting next to each other?

09:26  1    A.  I believe so.

2    Q.  And you look in her glass.  Do you see how much Baileys is

3    in there?

4    A.  No, sir, I don't recall.

09:26  5    Q.  Okay.  Did you drink all of it?

6    A.  No, sir.

7    Q.  Did Jamie drink all of it?

8    A.  No, sir.

9    Q.  How much did you see Jamie drink while she was with you?

09:26  10   A.  I don't recall how much was in the glass, so I don't recall

11   how much specifically she drank.  I had a taste, I recall.

12   Other than that, I don't -- I really don't remember.

13   Q.  Okay.  Well, then you made a comment to Jamie something

14   along the lines of, "Hey, Matt Ryan makes really good drinks."

09:26  15   Do you remember that?

16   A.  It's possible.  I don't remember making that remark

17   specifically, no.

18   Q.  Okay.  And you ask her, "Hey, you want a drink?  Matt will

19   make you one."  Do you remember that?

09:26  20   A.  It's possible.  But I don't specifically remember that

21   remark.

22   Q.  Okay.  And then Matt leaves to go make the drink?

23   A.  (Nodding head).

24   Q.  And I -- I know you acknowledged that.  And I didn't ask

09:26  25   you a question yet, so "uh-huh" is okay.

09:26  1            But -- but he comes back; and he's got the drink

2    for Jamie, right?

3    A.  All right.  Yes.

4    Q.  Do you remember?

09:27  5    A.  I remember Matt bringing a drink, yes.

6    Q.  Okay.  And as he hands the drink to Jamie, he says, "Don't

7    worry.  I've saved all my ruffies for Dubai."  You heard that

8    comment?

9    A.  I recall from my statement, but I don't recall the --

09:27  10   exactly the remark was made.  I know there was a reference to

11   that, but I -- I cannot remember exactly how it was said.

12   Q.  Yes, sir.  And here's where I want to go back and clear up.

13   Because in your written statement I think that it was written

14   that you had made that statement about the ruffies.  And you

09:27  15   didn't make that statement?

16   A.  I believe that was a transcription of my statement and

17   someone, like, miswrote.

18   Q.  Yes, sir.  And in fairness to you, you didn't make the

19   ruffies comment.  That was -- that comment originally came from

09:27  20   Matt Ryan?

21   A.  I did not make that comment, sir, no.

22   Q.  But you heard Matt make it?

23   A.  I believe so, sir.

24   Q.  All right.  The gathering ends.

09:27  25   A.  (Nodding head).

09:27    1   Q.  And there's just men around.  And Jamie is the only woman

2   still left there, right, at the end of the night?  There's

3   several men, and then there's Jamie?

4   A.  I believe so.

09:28    5   Q.  Right.  And you and Jamie go back up to her room.  True?

6   A.  Yes, sir.

7   Q.  And Jamie seems to you a little tipsy or buzzed or drunk?

8   A.  She seems to have her faculties, sir.

9   Q.  Is she buzzed or drunk at all?

09:28  10   A.  Not to my -- I couldn't tell visibly.  I couldn't tell by

11   her speech or the way she carried herself.  She seemed fine.

12   Q.  All right.  Mr. Bortz, you and Jamie go into her room and

13   begin getting intimate?

14   A.  Yes, sir.

09:28  15   Q.  In fact, you described the sex between you and Jamie as

16   "slow and gentle"?

17   A.  Yes, sir.

18   Q.  You say that the bed that you have sex with Jamie in has

19   sheets on it?

09:28  20   A.  To the better extent of my knowledge.

21   Q.  I mean, you would remember if it was a -- an unmade bed or

22   just a mattress, wouldn't you?

23   A.  Well, sir, I remember that there was one unmade bed and one

24   made bed.  And when I woke up, I woke up on the bed that had

09:29  25   the sheets on it.  And I believe that was on the bottom bunk.

09:29   1   Q.  Well, have you ever said that the bed that you had sex in

        2   had sheets on it?

        3   A.  I honestly do not recall, sir.  I would have to read my

        4   statement again.

09:29   5   Q.  Okay.

        6   A.  I'm sorry.

        7   Q.  Well, I -- I just want to clear this up.

        8           MR. ESTEFAN:  Your Honor, may I approach the witness?

        9           THE COURT:  You may.

09:29  10   BY MR. ESTEFAN:

       11   Q.  Mr. Bortz?

       12   A.  Sir?

       13   Q.  I would like to show you your deposition.  Do you remember

       14   having it taken?

09:29  15   A.  Yes, sir.

       16           MR. McKINNEY:  Could I have, please, a page and line

       17   reference --

       18           MR. ESTEFAN:  Yes, sir.  I'm going to Page --

       19           MR. McKINNEY:  -- and just a moment to go to it?

09:29  20           MR. ESTEFAN:  Page 94, Lines 15 through 17,

       21   Mr. McKinney.

       22           MR. McKINNEY:  Bear with me half a second.

       23   BY MR. ESTEFAN:

       24   Q.  And you can hold that, Mr. Bortz, if you like.  And right

09:30  25   here, question and answer.  And you don't have to read it out

09:30    1    loud.
         2    A.  I understand.
         3            MR. ESTEFAN:  You ready?
         4            MR. McKINNEY:  Fire away.
09:30    5    BY MR. ESTEFAN:
         6    Q.  Okay.  The question reads:  "Were there sheets on the bed
         7    when you were having intercourse?"
         8                And your answer is?
         9    A.  "Yes."
09:30   10            MR. ESTEFAN:  May I have those pictures, Todd?
        11                These are already in, I think.  I don't know the
        12    exhibit numbers, but --
        13            MR. McKINNEY:  They are.
        14            MS. VORPAHL:  Yes, they're fine.
09:30   15            MR. ESTEFAN:  Any objection?
        16            MR. McKINNEY:  No, no objection.
        17    BY MR. ESTEFAN:
        18    Q.  Mr. Bortz, I want to show you -- try to work this out as
        19    best I can -- photographs that I will tell you are of Jamie's
09:30   20    room.
        21            THE COURT:  Can the jury all see that?
        22            MR. ESTEFAN:  I don't know.  Can you?
        23            THE COURT:  We --
        24            MR. ESTEFAN:  Can you see that?
09:30   25            THE COURT:  We can see it on the screen.

09:30   1           MR. ESTEFAN:  Okay.  That --

        2           THE COURT:  Okay.  I guess that's the best we can do.

        3   Okay.

        4   BY MR. ESTEFAN:

09:30   5   Q.  That's half the room.

        6               And then you see these blankets on the end of the

        7   bed here?

        8   A.  Yes, sir.

        9   Q.  Here's the other half of the room.

09:31  10   A.  Yes, sir.

       11   Q.  Okay?

       12               So, I've got it kind of oriented, the way the

       13   room looks, if I'm standing over near the doorway over here,

       14   these beds are on that wall.

09:31  15   A.  Yes, sir.

       16   Q.  And these bunk beds are on this wall over here.

       17   A.  Yes, sir.

       18   Q.  Is that fair?

       19   A.  Fair, sir.

09:31  20   Q.  And you see that only one bed has any sheets on it?

       21   A.  Yes, sir.

       22   Q.  And the other three don't.

       23   A.  Yes, sir.

       24   Q.  Is that fair?

09:31  25   A.  Yes, sir.

09:31  1    Q.  Okay.  Now, you said that the sex that you and Jamie had
       2    was either on a bottom bunk or on an open bed?
       3    A.  Yes, sir.
       4    Q.  So, we got a little issue with where that was, because we
09:31  5    know that it was a top bunk by looking at that photo, right?
       6    A.  Yes, sir.
       7    Q.  How do you explain that discrepancy?
       8    A.  The only thing I can tell you is that it's been six years
       9    since this happened, and a lot of things are very fuzzy to me.
09:32  10   I read my statements and see what I -- I, you know, previously
       11   said, like to the State Department and so on; but I cannot
       12   remember every little detail.  I'm having a hard time with even
       13   some of the smallest ones.
       14   Q.  That's understandable.  It's hard to remember every little
09:32  15   detail, isn't it?
       16   A.  It's very difficult.  And I'm trying.
       17   Q.  Yes, sir.  And I appreciate you trying.  I do.
       18          There's no open bed -- I mean, these are -- the
       19   beds we're looking at in these photos are the only beds in her
09:32  20   room.  Is that true?
       21   A.  That I can see, yes, sir.
       22   Q.  I mean, from your memory?
       23        (Sotto voce discussion at bench with court staff)
       24          THE COURT:  Okay.  Let's just stop for a moment.
09:32  25   Okay.

09:32  1          MR. ESTEFAN:  We have to take a break.

2          THE COURT:  We have to take a break.  One of the

3     jurors is unwell this morning.  We'll take a break and maybe --

4     and I'll get everybody back if and when she's able to continue.

09:32  5     If she's not, we'll just make a decision as to whether to

6     release her as a juror, and we'll proceed with whoever remains.

7          MR. ESTEFAN:  Yes, your Honor.

8          THE COURT:  Let's give her -- if she wants to stay,

9     let's give her a chance.

09:33  10          MR. ESTEFAN:  Yes, sir.

11     *(Recess was taken from 9:32 a.m. to 9:56 a.m.)*

12     *(Jury not present)*

13          THE COURT:  Okay.  Ladies and gentlemen, the report

14     from the juror is she's been fighting a cold.  And I guess some

09:55  15     of the medicines she's ingested has made her stomach upset.

16     She very much wants to stay on the jury.  And she proposed --

17     since she feels better lying down, she's proposed, could she

18     lie down in the ante office there and put the phone -- put the

19     phone -- earphones on and try to listen that way.

09:56  20               She's not getting better right away, though.  So

21     we have to make a decision.  We could -- we could release her,

22     which is not what she wants.  That would give us 10 jurors,

23     still a statutorily proper number.

24               We could send her home today and come back

09:56  25     tomorrow.  But I know Mr. Bortz, plaintiffs wanted to do this

today.

I doubt this is the kind of thing that will keep her out till Monday, but it could keep her out tomorrow.  I don't know.

MR. HEDGES:  I would suggest trying what you mentioned, let her lie down and listen by headphones.  And if she just keeps getting worse, then you're going to have to cut her loose, I think.

THE COURT:  Yeah.  I really don't want to stop the trial.

MR. McKINNEY:  Judge, I -- we -- I don't think we can, given witness schedules.  My client is --

THE COURT:  Is everybody okay with letting her try to lie in whatever position she wants to?

MR. ESTEFAN:  Absolutely.

THE COURT:  I see everybody's head nodding.  So, we'll do that.

MR. ESTEFAN:  As long as we can accommodate her.

MR. HEDGES:  I believe Ms. Loewe said that the jury would prefer, if they come in tomorrow, to go ahead and do a full day?

THE COURT:  That's the other thing I was going to take up.  Yeah, they'd rather do a whole day.  And I'm going to try to clear my schedule so I can get a whole day.  So --

MR. HEDGES:  I mean, I have a -- my cosmetic surgeon

09:57  1    expert is scheduled for Monday afternoon.  If you can imagine,

2    getting those people to schedule something for you is near

3    impossible.  I need one of their cosmetic surgeons, Dr. Lahiri,

4    to testify before I put on --

09:57  5          THE COURT:  Okay.

6          MR. HEDGES:  -- Rose, because Rose's testimony -- and

7    I think they'd let her go for tomorrow when they heard we

8    weren't coming tomorrow, but we're trying to get her --

9          MR. ESTEFAN:  We'll try to get her back.

09:57  10         THE COURT:  All right.  I hope he can help me on some

11   cosmetic surgery.

12         MR. McKINNEY:  Hardly necessary, your Honor.

13         MS. VORPAHL:  All of us.

14         MR. McKINNEY:  On the subject of a full day tomorrow,

09:57  15   if we could stop in the 4:00, 4:30 time range.

16         THE COURT:  Come in 8:30 to 4:30, that will be eight

17   hours, except for lunch.  We can do that.

18         MR. ESTEFAN:  Yes, sir.

19         THE COURT:  All right.

09:58  20         MR. KELLY:  Just so the Court is aware, your Honor, we

21   are trying our best to get Dr. Lahiri back on.  Our fear is

22   that when she was released she may have started scheduling

23   patients.  So that's been --

24         THE COURT:  All right.  All right.

09:58  25              Ms. Loewe, would you communicate our message to

09:58   1    the juror?  If she wants to lie down and try to listen that

2    way, we're happy to accommodate her.

3              MS. LOEWE:  I'm trying to see if our headphones reach

4    that far.

09:58   5              THE COURT:  Are they not working?

6              MS. LOEWE:  Well, they do till I get this far.

7          *(Recess taken from 9:58 a.m. to 10:05 a.m.)*

8          *(Jury present)*

9              THE COURT:  Members of the jury, please be seated.

10:05   10             Ladies and gentlemen, I thank you for your

11   patience.  And let me just say I've received your message you

12   wish to work a full day tomorrow, and we will do so.  Let me

13   just say that I think it's a really noble act.  You would get

14   the same amount of money working a half day that you'll get for

10:05   15   working a full day.  Your sense of sacrifice, your sense of

16   fairness is -- has made a deep impression on me.  It really

17   has.

18             All right.  You may proceed.

19             MR. ESTEFAN:  Thank you, your Honor.

10:05   20   BY MR. ESTEFAN:

21   Q.  Mr. Bortz, we were talking about the room and the

22   intimacies between you and Ms. Jones.  Do you remember that?

23   A.  Yes, sir.

24   Q.  And again, just to rewind just a little bit --

10:06   25   A.  Yes, sir.

10:06  1   Q.   -- you've described the intimacy as slow and gentle?

2   A.   Yes, sir.

3   Q.   And you did not have anal sex with Jamie?

4   A.   Not at any time, sir.

10:06  5   Q.   And you did not ever ejaculate?

6   A.   No, sir.

7   Q.   There was no rough sex between you and Jamie?

8   A.   No, sir.

9   Q.   You didn't grab her wrists?

10:06  10   A.   No, sir.

11   Q.   You didn't open her thighs forcefully with your hands?

12   A.   Absolutely not.

13   Q.   You didn't injure her breasts in any way?

14   A.   No, sir.

10:06  15   Q.   After the intimacy between you and Jamie, you fall asleep

16   and spend the night in her room?

17   A.   Yes, sir.

18   Q.   No one else is in the room that evening, other than you and

19   Jamie?

10:06  20   A.   Yes, sir, that's correct.

21         THE COURT:  At any time during the evening were there

22   others there?

23         THE WITNESS:  No, sir.  Nor was anyone welcome there.

24   No one knew I was up there, even, as far as I know.

10:07  25   BY MR. ESTEFAN:

10:07   1   Q.  Let's move to the next morning, Mr. Bortz.  You wake up

        2   before Jamie does?

        3   A.  Yes, sir.

        4   Q.  And when you woke up, I believe you said the alarm woke you

10:07   5   up?

        6   A.  Yes, sir.

        7   Q.  And Jamie had asked you to set the alarm?

        8   A.  Yes, sir.

        9   Q.  Because she had to be at work that morning?

10:07  10   A.  Yes, sir.

       11   Q.  You had to be at work a little later that morning?

       12   A.  Yes, sir.

       13   Q.  And she was hard to wake up?

       14   A.  She didn't want to get up, sir.  She wanted to sleep

10:07  15   longer.

       16   Q.  Right.  She was hard to arouse, though, right?  That's fair

       17   to say, isn't it?

       18   A.  Yes, sir, it's fair to say.

       19   Q.  In fact, you tried more than once to wake her up and you

10:07  20   couldn't get her up.  Isn't that true?

       21   A.  I did try later on.

       22   Q.  Yes.  Before she gets out of bed, you leave the room?

       23   A.  Yes, sir.

       24   Q.  And you went to the men's room --

10:07  25   A.  Yes, sir.

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

10:07   1   Q.   -- the men's restroom.   And when you get back in the room,

2   she's not there?

3   A.   Correct.

4   Q.   So, she comes back to her room and walks in; and as she

10:07   5   walks into the room, where are you in this room?

6   A.   To be honest with you, sir, I can't recall exactly where I

7   was.   I know at that time, from reading my statement, that I

8   was getting dressed, like, putting my shoes and socks on and

9   whatnot.

10:08   10   Q.   Do you recall whether you were on that bunk over there or

11   this bunk over here or neither of the two?

12   A.   I don't recall, sir.   I honestly don't.

13   Q.   What you do recall is her asking you the question --

14   A.   Yes, sir.

10:08   15   Q.   -- "Did we have sex last night?"

16   A.   Yes, sir.

17   Q.   And your answer to that was, "Yes, we did"?

18   A.   Yes, sir.

19   Q.   And, then, you recall her asking the next question, which

10:08   20   is, "Was it protected?"

21   A.   Yes.

22   Q.   And you said, "No, it wasn't"?

23   A.   Correct.

24   Q.   After those questions are asked and answered, you help

10:08   25   Jamie get dressed?

10:08   1   A.   Help her get dressed, sir?  No.

2   Q.   You help her with her makeup?

3   A.   Yes.  Well, I didn't assist her with applying her makeup.

4   I sat there and held the mirror for her.

10:08   5   Q.   Okay.  Do you know what the mirror looks like?

6   A.   I don't recall, no.

7   Q.   Is it a big mirror or little mirror?  Is it round or

8   square?

9   A.   I believe it was a smaller mirror.  I don't remember if it

10:09   10   was round or square.  I know it wasn't something that you would

11   have on your wall.

12   Q.   Is it something you might hold, like the size of this?

13   A.   I don't recall.  I honestly don't, sir.

14   Q.   Is it that mirror that's sitting right there on the bed,

10:09   15   the yellow-framed mirror right there?

16   A.   It's entirely possible, sir; but I don't remember.

17   Q.   You said earlier that you gave a statement, and you said

18   something about your first statement.  Was that July the 28th?

19   Was it that day?

10:09   20   A.   Sir, I believe it -- yes, I believe it was July 28th.

21   I have a statement in front of me, if that's all right with

22   you.

23   Q.   Of course, it's all right, yes, sir.

24   A.   This right here says the 30th of July, and I don't know if

10:09   25   this is the first or second.  So, I'm not entirely sure of the

10:09  1    dates; but I thought that it was either the same day or the
       2    next day after the incident that I was in for questioning by
       3    the State Department.
       4    Q.  Okay.  And just so we know, the reason the State Department
10:10  5    is questioning you is because they're KBR's client in the Green
       6    Zone, at Camp Hope, right?
       7    A.  That's not something I can confirm or deny, sir.
       8    Q.  Okay.  But they're looking into it, and they're questioning
       9    you?
10:10  10   A.  (Nodding head.)
       11   Q.  Remember that?
       12   A.  Yes, sir.  Yes.
       13   Q.  And during that statement, you were asked some questions?
       14   A.  Yes, sir.
10:10  15   Q.  Now, was it that statement or a later statement when you --
       16   before you gave it you wanted to have KBR security with you?
       17   A.  That was, I believe, the initial statement, when I asked
       18   Mr. Goodgine to be with me.
       19   Q.  That would be William Goodgine?
10:10  20   A.  Yes.
       21   Q.  So, the first time you were asked for the statement -- not
       22   when you gave it; but the first time you were asked for the
       23   statement, you declined?
       24   A.  No, sir, I did not.
10:10  25   Q.  Okay.  You wanted to have KBR security there before you

10:10   1   gave the statement?

2   A.   Yeah.  I didn't feel comfortable giving the statement,

3   because I didn't understand who these people were or what their

4   goal was.  I just -- I felt slightly uncomfortable; so, it made

10:11   5   me feel more comfortable to have him in there.

6   Q.   Okay.  Do you recall after you -- going back to the room

7   for a minute, walking out of the room with Jamie?

8   A.   Yes, sir.

9   Q.   Did you walk her to the bus stop?

10:11   10   A.   Yes, sir.

11   Q.   You watched her get on the bus?

12   A.   I escorted her to the bus stop and kissed her good-bye and

13   said good-bye and turned and walked away and assumed that she

14   got on the bus.  I was sure that she had gotten on the bus.

10:11   15   Q.   Have you ever said that you watched her get on the bus?

16   A.   I do not recall, sir.  I can read my statement if you would

17   like.

18   Q.   Is it in your statement?

19   A.   I don't recall, sir.  I would have to look.

10:11   20   Q.   Okay.  Well, you can do that.

21   A.   It doesn't state specifically that I actually saw or not,

22   sir.

23   Q.   Right.  Have you ever testified that you kissed her and

24   as -- and then she got on the bus and you watched her get on

10:12   25   the bus?

10:12  1    A.  I do not recall if I said I watched her get on the bus.  I

2    do not.

3    Q.  All right.  Well, I would like to refresh your

4    recollection.

10:12  5         MR. ESTEFAN:  Your Honor, may I approach?

6         THE COURT:  You may.

7         MR. ESTEFAN:  Thank you.

8              Page 109, counsel, beginning on Line 15.

9    BY MR. ESTEFAN:

10:12  10   Q.  I'll let you read that, Mr. Bortz.  You see right here on

11   Line 15, the question is, "Did you wait for the bus with

12   Jamie?"

13              And your answer is?

14   A.  "Uh-huh."

10:12  15   Q.  And you said you kissed her.  And your answer is?

16   A.  "Uh-huh."

17   Q.  "Was that when she was getting on the bus?"

18              And your answer is?

19   A.  "Yes, I did wait for the bus with her; and, yes, I did kiss

10:12  20   her before she got on the bus."

21   Q.  The question is, "Okay.  Was she getting on the bus when

22   you kissed her?"

23              And your answer is?

24   A.  "You mean in the act of doing so while I did?"

10:12  25   Q.  And the question is, "No.  I mean, was -- did you kiss her

10:13  1   as she walked on the bus?"

2                    And your answer is?

3   A.   "Yeah."

4   Q.   And then you said -- the followup to that is?

10:13  5   A.   "As far as I recall."

6   Q.   Right.  And, so, the next question is, "So, you actually

7   saw her get on the bus to go to work?"

8                    And your answer is?

9   A.   "Yes."

10:13  10  Q.   Thank you, Mr. Bortz.

11                    Now, going back for a minute to Sara Simco, you

12  know Sara?

13  A.   Yes.

14  Q.   And you know her pretty well?

10:13  15  A.   She's one of my best friends.

16  Q.   In fact, she's such a good friend that you and Sara have

17  spent the night together?

18  A.   I would say only that we had spent the night together, but

19  it has nothing to do with whether we're such good friends.

10:13  20  Q.   Right.  But, I mean -- and it's your testimony that you and

21  Sara spent the night together but had no sexual relationship?

22  A.   That's absolutely correct.

23  Q.   Right.  And Sara was the woman that brought Jamie by your

24  room that first meeting that you had?

10:14  25  A.   And Mr. Arroyo.

10:14   1   Q.   And Mr. Arroyo, Pete Arroyo, true?  Right?

2   A.   Yes.

3   Q.   Sara was actually leaving the country, and Jamie was her

4   replacement.  Is that right?

10:14   5   A.   I don't know about that.

6   Q.   Okay.  Well --

7   A.   I thought it's because she -- I thought she had months left

8   before she left.

9   Q.   Months before she left?

10:14   10   A.   I don't recall hearing any remarks like that, no.

11   Q.   Okay.  Well, you do recall getting a phone call after

12   this -- after Jamie was at the CSH, the army hospital, you got

13   a call from Sara.  You remember that?

14   A.   Yes, sir.

10:14   15   Q.   And that call was her telling you that, "Jamie is saying

16   that you raped her."  Do you remember that?

17   A.   Yes, sir.

18   Q.   Later on, your friend Sara called you after this lawsuit

19   had been filed and she told you that there -- that you were

10:15   20   being sued in this case.  She told you that, right?

21   A.   I don't recall her specifically saying that I was being

22   sued in this case.  I remember she would talk about it had come

23   up.

24   Q.   Right.

10:15   25   A.   I know she called me and said that she had been contacted.

10:15   1   Q.  Yeah.  And your response to her was when you -- when she

2   asked you or said to you that we were looking for you, she said

3   your response was, "They don't know where I am, and I ain't

4   saying."  Wasn't that your response?

10:15   5   A.  I believe it says that in the e-mail.  Wasn't that an

6   e-mail, sir?

7   Q.  Yes, sir.

8   A.  (Nodding head.)

9   Q.  Mr. Bortz, I'm going to show you a picture that's been

10:15   10   blown up.

11          MR. ESTEFAN:  Counsel has all seen this.

12              Any objection?  It's already in, I think.

13          MR. McKINNEY:  I realize, your Honor, that this

14   photograph is in evidence.  However, it is an anatomical

10:16   15   depiction of a woman's private area, that has been addressed by

16   experts in this case.

17              And I'm happy for my client to answer any

18   relevant questions in this case, but I think it's beyond proper

19   examination to ask any lay male to comment on female anatomy in

10:16   20   trial.  I just don't think it's right.

21          THE COURT:  We're going to have to proceed question by

22   question.

23              Tell me what your purpose is in doing this.

24          MR. ESTEFAN:  Well, your Honor, I believe that

10:16   25   Mr. Bortz testified that the -- several things that he's talked

10:16    1    about.  He said he never grabbed her wrists, never grabbed her
         2    thighs, never had anal sex with her --
         3            THE COURT:  Okay.
         4            MR. ESTEFAN:  -- never -- and, so, all of this is
10:16    5    documented on this; and I would like to ask him how -- if he
         6    has any explanation for how these marks got on Jamie.
         7            THE COURT:  I think we can proceed without a
         8    demonstrative on that.  Tell him the anatomical parts about
         9    which you wish to ask and tell him -- and ask him what he can
10:17   10    add to the story.
        11            MR. ESTEFAN:  I will, your Honor.
        12            MR. McKINNEY:  And my issue is, one, your Honor, if
        13    you'll -- I don't mean to make a speaking objection, but I
        14    addressed the -- some of the aspects of that drawing, fissures
10:17   15    and whatnot, with Dr. Scott yesterday; and it's really a
        16    question of medical and physical causation --
        17            THE COURT:  Okay.  I think -- I understand your point,
        18    but I'm not going to cut Mr. Estefan off right now.
        19                Do the best you can, sir.  And if you don't know
10:17   20    an answer, just say frankly you don't know an answer.  That's
        21    fine.
        22            THE WITNESS:  I understand, your Honor.
        23    BY MR. ESTEFAN:
        24    Q.  Mr. Bortz, do you have any explanation for how Jamie's
10:18   25    wrists got bruised or were bruised the morning of the 28th?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:18   1   A.  No, sir.  I saw nothing, and I did nothing.

2   Q.  Do you have any explanation for how the bruises got on the

3   inside of both of her thighs?

4   A.  No, sir.

10:18   5   Q.  Any explanation for how her breasts got injured?

6   A.  None, sir.

7        MR. ESTEFAN:  Give me one second, please, Mr. Bortz.

8        *(Sotto voce discussion between plaintiffs counsel)*

9   BY MR. ESTEFAN:

10:18  10   Q.  Mr. Bortz, there was some -- there was DNA testing done on

11   fluids found on Ms. Jones.  You know that?

12   A.  I'm aware of that, sir.

13   Q.  Yes.  In fact, the doctor's report found copious mucoid

14   discharge.  Do you have any explanation for how that got on

10:19  15   Ms. Jones?

16        MR. McKINNEY:  Your Honor, I don't like interrupting;

17   but that is purely a question for a medical doctor to address.

18   Copious mucoid discharge occurs for many, many reasons.

19        THE COURT:  Yeah, I understand that.  There's no

10:19  20   prohibition on a fact witness testifying as to something that a

21   expert witness will also testify about.  I'm going to allow it.

22   A.  Could you explain -- I don't exactly understand you.  You

23   mean mucus?

24   BY MR. ESTEFAN:

10:19  25   Q.  Well, it's mucoid discharge, which could be mucus, could be

10:19   1    semen.

2              THE COURT:  Have you ever heard previously the term

3    "mucoid discharge"?

4              THE WITNESS:  No, sir.

10:19   5              THE COURT:  Let's move on.  Let's move on.

6    BY MR. ESTEFAN:

7    Q.  All right.  Mr. Bortz, as a firefighter, part of your job

8    is carrying people, fair?

9    A.  Yes, sir, part of my job is training to do that.

10:20   10   Q.  And on this -- would it be possible for you to lift Jamie

11   Jones into that upper bunk?

12   A.  How so, sir?

13   Q.  Well, physically can you lift her?  Are you capable of

14   doing that?

10:20   15   A.  I don't know, sir.  I think it's possible.

16   Q.  Okay.  The night that you-all got together out at the

17   picnic tables, when that evening ended, you were drunk, weren't

18   you?

19   A.  No, sir.  I did not state that at any time.

10:20   20   Q.  Okay.  You had been drinking?

21   A.  I had had some drinks, yes, sir.

22              MR. ESTEFAN:  I'll pass the witness.

23                   Thank you, your Honor.

24                   ////

10:20   25                   ////

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

**CROSS-EXAMINATION**

BY MR. McKINNEY:

Q.  It's customary for a party to introduce himself or herself,
to a degree, to the jury.  And, so, I'm going to go back and
fill in some of those blanks at this point.

Tell us a little bit, where you were born, where
you were raised, family you grew up in, that kind of thing.

A.  I was born in Southern Oregon.  We stayed there until -- I
want to say I was in the fourth grade; and we moved to the
Northwest, Astoria, Oregon, and then went to Warrington,
Oregon, which is right across the bridge.  It's a small fishing
and logging area.  It's pretty much all the community does.

Q.  All right.  You're a firefighter?

A.  Yes, sir.

Q.  When did you first begin working with a fire department?

A.  Well, I was a volunteer in Warrington, Oregon, at the age
of 17.

Q.  Did you go through high school?

A.  Pardon me?

Q.  Did you go through high school?

A.  Yes, sir.

Q.  Graduated from high school?

A.  (Nodding head).

Q.  What did you do after you got out of high school?

A.  Twelve days after graduation, I joined the Air Force.

10:22  1   Q.  How long were you in the Air Force?

2   A.  Eight years, eight months.

3   Q.  Okay.  The court reporter is -- you talk kind of fast.

4   A.  Sorry.

10:22  5   Q.  Okay.  And what did you do in the Air Force?

6   A.  I was a firefighter the entire time.

7   Q.  You entered the Air Force as a Basic Airman E-1?

8   A.  Yes, sir.

9   Q.  Were you promoted during your time in the Air Force?

10:22  10  A.  Yes, sir.

11  Q.  What was your rank or grade when you separated from the

12  Air Force?

13  A.  I was an E-5, which is a staff agent.

14  Q.  Your discharge was -- how were you discharged?  What

10:22  15  was the --

16  A.  I elected to leave the military, not because of any sort of

17  issues.

18  Q.  Did you have an honorable discharge?

19  A.  Yes.  Yes.

10:23  20  Q.  All right.  Now, when you left the military, who did you go

21  to work for?

22  A.  Kellogg Brown & Root.

23  Q.  And how much time was there between you leaving the

24  military and going to work for KBR?

10:23  25  A.  I know that I either got, like, officially discharged or my

10:23  1    terminal leave ended on March 5th.  And then I left very

2    shortly after that, two to three weeks after that, for Houston.

3    Q.  And when you were hired by KBR as a -- well, what was your

4    job when you were hired by KBR, what were you hired to do?

10:23  5    A.  I was a captain, which is crew chief, which is responsible

6    for himself and the other people on the vehicle and assigns

7    tasks and duties, on emergencies and off.

8    Q.  All right.  So, you hired in as a captain in KBR's fire

9    department?

10:23  10    A.  Yes, sir.

11    Q.  And, by the way, let me go back.  In your military career,

12    did you have any overseas duty?

13    A.  I served 16 months in Honduras; and I was deployed to

14    England, Kuwait and Afghanistan.

10:24  15    Q.  All right.  Back to KBR, you've told us, I believe, already

16    when you started with KBR and when you went to Iraq and so

17    we'll let that stand.

18              Your relationship with Beneta Brumatti, do you

19    remember approximately when that began while you were in Iraq?

10:24  20              Or just how long were you and Beneta Brumatti

21    together as boyfriend and girlfriend?

22    A.  I think three months.  So, it was shortly after I arrived.

23    Q.  All right.  Now, we're going to talk now about the evening

24    in question and the morning after.  And you've already answered

10:25  25    a number of questions about that, and you've told us -- or told

10:25  1  the jury a number of times that you just don't remember?

2  A.  Yes, sir.

3  Q.  You have before you a document that's been marked.  If

4  you'll look in the lower portion, there's a sticker on it that

10:25  5  says 185.

6  A.  Yes, sir.

7  Q.  And you recognize what --

8        MR. McKINNEY:  And more specifically, your Honor, that

9  is Joint Exhibit 185.

10:25  10        THE COURT:  All right.

11  BY MR. McKINNEY:

12  Q.  Do you recognize the document that is marked as 185, or

13  Joint 185?

14  A.  Yes, sir, I do.

10:25  15  Q.  And what is that document?

16  A.  I believe this to be my statement to the State Department.

17  Q.  All right.  Now, are there a number of things in that

18  statement that you were able to remember six years ago that,

19  because of the passage of time, you just aren't able to

10:25  20  remember today?

21  A.  Yes, sir.

22  Q.  And just, then, kind of generally, before we get into the

23  details of your statement and the details of that evening, did

24  you answer all of the questions that were put to you by the

10:26  25  State Department special agents as truthfully and honestly as

10:26   1    you could?

2    A.   Yes, sir, I did.

3    Q.   When you were interviewed by those agents, you understood

4    that Ms. Jones had accused you of rape?

10:26   5    A.   Yes, sir.

6    Q.   Did you understand when you answered those questions that

7    you were being interviewed as a suspect in a rape case?

8    A.   Yes, sir, I did.

9    Q.   Were you told that you did not have to give an interview,

10:26   10   that you could stop the interview at any time, that --

11   essentially given what we would call Miranda rights?

12   A.   Yes, sir.

13   Q.   Did you understand then and do you understand today that

14   when there's an accusation of a crime you have the right as an

10:27   15   American citizen to refuse to answer any questions

16   whatsoever -- any and all questions?

17   A.   I understand that, sir.

18   Q.   Did you understand that back then?

19   A.   Yes, sir, I did.

10:27   20   Q.   Did you, nonetheless, waive your Fifth Amendment rights

21   back then?

22   A.   Yes, sir, I did.

23   Q.   And answer each and every question that was put to you?

24   A.   That's correct.

10:27   25   Q.   Since coming back to the United States, were you

10:27  1    interviewed, under oath, by other federal law enforcement

2    officials?

3    A.   Would you rephrase that?  Federal law enforcement

4    officials, not that I recall.  Other attorneys?

10:27  5    Q.   Yes, people working for the United States Government.

6    A.   Yes, sir.

7    Q.   Were you interviewed by people working for the United

8    States Government, under oath and did you waive the Fifth

9    Amendment again here in the United States?

10:28  10    A.   That is correct, sir.

11    Q.   And did you answer all of the questions that were put to

12    you, fully and freely and as honestly as you could, without

13    taking the Fifth Amendment?

14    A.   That's correct, sir.

10:28  15    Q.   You gave a deposition in this case, under oath?

16    A.   Yes, sir.

17    Q.   Did you at any time take the Fifth Amendment regarding --

18    during your deposition?

19    A.   No, sir, I did not.

10:28  20    Q.   Have you ever refused to answer questions put to you about

21    Ms. Jones' allegations, on the grounds of the Fifth Amendment

22    or any other reason?

23    A.   Not at any time, sir.

24    Q.   Okay.  Now, referring back to the day in question -- and if

10:28  25    you need to look at your statement, feel free to do so.  And I

10:28    1   will from time to time call your attention to some of the

         2   details in the statement.

         3   A.  Yes, sir.

         4   Q.  The day before -- or sorry.  The day of the social

10:29    5   gathering, before the gathering that evening, you had played

         6   video games in your room with your roommates?

         7            THE COURT:  One -- I'm sorry.  One moment.

         8       (Sotto voce discussion at bench with court staff)

         9            THE COURT:  Our juror has had to make a trip to the

10:29   10   restroom.  We'll wait just a few minutes.

        11            Okay.  We're ready.  Let's continue.

        12            MR. McKINNEY:  Could I have the last question and

        13   answer?  I think I've forgotten where I was.

        14            THE COURT:  I think I can do that.

10:32   15            "The day before -- or sorry.  The day of the

        16   social gathering" --

        17            MR. McKINNEY:  I know exactly where I was.  Thank you,

        18   your Honor.

        19   BY MR. McKINNEY:

10:32   20   Q.  Earlier in that day, you and your friends -- some of your

        21   friends had been playing games, the video-type games, in your

        22   room?

        23   A.  No.  Actually, that night in question -- it says on here,

        24   on the statement, 1730, 1800 hours --

10:32   25   Q.  Right.

10:32  1   A.   -- when I was with Mr. McCaw and Mr. Ryan.

2   Q.   So, what time would that be in civilian time?

3   A.   I'm sorry.  5:30, 6:00 o'clock.

4   Q.   You were playing video games, drinking some beer?

10:33  5   A.   We were just sitting around.  I don't recall specifically.

6   I mean, we talked a lot.

7   Q.   Okay.  In any event, so that the jury fully understands the

8   time sequences and your level of alcohol consumption, when you

9   were with your friends before joining the gathering, I believe

10:33  10  your statement says that you had had five to six beers?

11  A.   Yes, sir, that's what my statement says.  I agree with

12  that.

13  Q.   Now, at the social gathering itself, do you recall or does

14  your statement state, either way, how much alcohol you

10:33  15  consumed?

16  A.   I recall for sure saying I shared the mixed drink with

17  Ms. Jones, but I'm not sure what it says in regard to whether I

18  had another beer before that or during that time.  I can read

19  it if you like.

10:33  20  Q.   No.  That's fine.

21          So, that evening, you've talked about seeing

22  Ms. Jones talking on the phone and inviting her to join you?

23  A.   (Nodding head.)

24  Q.   Now, at some point she wound up with a glass of Baileys?

10:34  25  A.   Yes, sir.

10:34   1    Q.  And how did she get that glass of Baileys?  Did she go to
        2    her room and get that?
        3    A.  Yes, sir.  To the better extent of my knowledge, it came
        4    from her.
10:34   5    Q.  Do you know how many times Ms. Jones left the gathering
        6    area and returned?  Do you recall how many times?
        7    A.  I believe twice.
        8    Q.  Do you recall Ms. Jones calling you?
        9    A.  Yes, sir.
10:34   10   Q.  If you would, please, look at the third page of your
        11   statement and look at the second full paragraph and see if you
        12   can see the time that the Department of State agents documented
        13   the phone call to you from Ms. Jones.
        14   A.  You said Page 3, sir?
10:35   15   Q.  It's Page 3 of my statement --
        16   A.  Sorry, sir.  It's Page 4.
        17   Q.  Page 4.  My -- you're right.  It's Page 4.
        18   A.  Yes, sir, I see what it says.
        19   Q.  And what time is that?
10:35   20   A.  It says 2211, which is 10:11.
        21   Q.  10:11.  Now, turn to the last page and look at the top
        22   paragraph.
        23   A.  Yes, sir.
        24   Q.  And look at the last sentence.  In fact, would you mind
10:35   25   reading the last sentence for us, slowly?

10:35  1    A.  You're talking about the sentence that starts with, "Prior

2    to resuming questioning"?

3    Q.  Yes.

4    A.  "Bortz presented his cellular phone and showed RA and

10:36  5    SA McCormick two missed calls which came from the telephone

6    number labeled 'Jamie Jones,' one at 2121 hours," which is

7    9:21, "and one at 2122 hours," which is 9:22, "on 27 July,

8    2005."

9    Q.  Do you actually remember showing your cell phone to those

10:36  10   agents and showing those two earlier missed calls from

11   Ms. Jones?

12   A.  I remember giving them the phone, yes.

13   Q.  Do you recall as you sit here today whether you were -- do

14   you recall seeing your phone and seeing that Ms. Jones had

10:36  15   actually tried to contact you twice earlier in the evening,

16   before she finally got ahold of you at 10:00 -- at 11 minutes

17   after 10:00 that evening?

18            MR. ESTEFAN:  Your Honor, I'm hesitant to stand; but

19   there's a lot of leading questions.  This is his witness.

10:37  20            MR. McKINNEY:  It certainly is my witness, and the

21   problem is six years have gone by and -- I can try to break it

22   down.

23            THE COURT:  I'll allow this last question.  Then we

24   should limit the number of leading questions.

10:37  25            MR. McKINNEY:  I will do the best I can, your Honor.

10:37  1          THE COURT:  The question pending was do you recall

2  seeing your phone, seeing that Ms. Jones had actually tried to

3  contact you twice earlier in the evening, before she got hold

4  of you.

10:37  5  A.  Sir, I do not specifically remember that.

6  BY MR. ESTEFAN:

7  Q.  Does it appear from your statement that Ms. Jones had

8  actually tried to contact you twice earlier in the evening,

9  before she finally got you at 11 minutes after 10:00?

10:37  10  A.  Yes, sir, it appears that way.

11  Q.  Do you remember who -- do you remember the names of the

12  various people who were at the gathering, as we've been calling

13  it, the evening of Wednesday, the 27th?

14  A.  Just from my head I can remember Michael McCaw, Matthew

10:38  15  Ryan, I believe Greg Soriano, Tyler Schmidt, Jaime Castillo,

16  Erica Dollar, and Sara Simco was the only names I can remember

17  off the top of my head.

18  Q.  Do you remember Matt Ryan bringing a drink down, that he

19  had made for Jamie Leigh Jones?

10:38  20  A.  Yes, I do.

21  Q.  Did you drink any of that drink?

22  A.  Yes, I did.

23  Q.  Did you and Ms. Jones share that drink?

24  A.  Yes, sir, we did.

10:38  25  Q.  Did that drink have any impact on your ability to function,

10:38   1   to remember, to control your actions; did it have any impact on

2   you at all?

3   A.   No, sir.

4   Q.   Did Ms. Jones appear to have been affected or impacted by

10:39   5   that drink in any way?

6   A.   No, sir.

7   Q.   Did her demeanor change, her ability to speak or

8   communicate?

9   A.   No, sir.

10:39   10   Q.   Her alertness, her awareness, did any of that appear to you

11   to change?

12   A.   No, sir.   She did not appear impaired to me at all.

13   Q.   Do you recall anything about arm wrestling, how you and

14   Ms. Jones sat together, anything of that nature?

10:39   15   A.   I recall -- and I'm not sure who challenged who, but I

16   think Matt challenged me to an arm wrestling contest and we did

17   so.

18   Q.   And after that?

19   A.   Then, after that, Ms. Jones challenged me to do the same

10:39   20   thing.

21   Q.   You and Ms. Jones, were you sitting together?

22   A.   At one point later in the evening, we were sitting next to

23   each other.

24   Q.   Did you hold hands at any point?

10:39   25   A.   Yes, sir.

10:39   1    Q.  When the evening wrapped up, do you recall who the last few

        2    folks were at the gathering when it broke up?

        3    A.  Not positively, no, sir.

        4    Q.  All right.  Do you recall about what time in the evening it

10:40   5    was that the gathering ended?

        6    A.  From my statement.  But from my mind, no, I don't remember

        7    specifically.

        8    Q.  Based on your statement, about what time did the gathering

        9    end?

10:40  10    A.  Based on my statement, it's around 11:45, midnight.

       11    Q.  Tell us in your own words how you and Jamie Leigh Jones

       12    came to be in her room.

       13    A.  As we came into the building, into the foyer --

       14    Q.  From the point in time when the gathering breaks up.

10:40  15    A.  All right.  We walked into the building together, and she

       16    was on the stairway and stopped.  And as I was coming in the

       17    doorway, she asked me if I wanted to go upstairs with her to

       18    her room.

       19    Q.  And what did you say?

10:40  20    A.  I said, "Yes."  And I proceeded upstairs with her.

       21    Q.  Went inside the room?

       22    A.  Yes, sir.

       23    Q.  One thing led to another?

       24    A.  Yes, sir.

10:41  25    Q.  Did the two of you take off your clothes?

10:41   1    A.   Yes, sir.

2    Q.   Did you undress yourself?

3    A.   Yes, sir, I did.

4    Q.   Who undressed Ms. Jones?

10:41   5    A.   She did, sir.

6    Q.   Without going into any details, were you intimate?

7    A.   Yes, sir.

8    Q.   At some point in your intimacy, did anything happen that

9    seemed unusual to you?

10:41   10   A.   Yes, sir.

11   Q.   And did you tell the special agents about that, and is the

12   detail of that in your statement there before you?

13   A.   Yes, sir, it is.

14   Q.   Very, very briefly and without going into the detail that

10:41   15   you went into with the agents, what happened at that point?

16   A.   She grabbed me by the hand and requested that I follow her

17   into the hallway and have intercourse there on the railing to

18   the stairwell.

19   Q.   Did you stay in the hallway for a very long period of time?

10:42   20   A.   No, sir, we did not.

21   Q.   What did you do?

22   A.   I was very uncomfortable, sir.

23   Q.   After leaving the hallway, what did you do?

24   A.   We continued back to the room and had intercourse for a

10:42   25   short time.

10:42   1    Q.   And you say "for a short time."  Why was that?

        2    A.   It was late.  I was very tired.

        3    Q.   At some point did Ms. Jones ask you to stop?

        4    A.   Yes, sir, she had.

10:42   5    Q.   And is that documented in your statement?

        6    A.   Yes, sir.

        7    Q.   And why did -- and when Ms. Jones asked you to stop, what

        8    did you do?

        9    A.   I complied.

10:42  10    Q.   And did Ms. Jones tell you or did you discuss why you

       11    stopped making love?

       12    A.   Yes, sir.

       13    Q.   And what was the reason given by Ms. Jones for stopping?

       14    A.   She was concerned about the fact that I had been seeing

10:42  15    another woman, Beneta Brumatti.

       16    Q.   And what did you tell Ms. Jones?

       17    A.   I told her that it was something I had to deal with and I

       18    was okay.

       19    Q.   And then what happened?

10:43  20    A.   And then I asked her if she wanted to continue having

       21    intercourse.

       22    Q.   And?

       23    A.   And she said yes, and we did.

       24    Q.   Then what happened?

10:43  25    A.   That was when we -- we started again.  But it was getting

10:43  1   really late, and I was very tired; so we pretty much just
2   stopped and went to sleep.
3   Q.  Did the two of you sleep together?
4   A.  Yes, sir.
10:43  5   Q.  Same bed?
6   A.  Yes, sir.
7   Q.  You've told us what happened the next day; but there are a
8   couple of details that are in your statement, that I would like
9   to bring out at this point.  When you left the room, after
10:43  10   trying to wake her up, to go to the bathroom and you came back
11   to her room, was anyone there?
12   A.  No, sir.  Oh, at the doorway.
13   Q.  Standing outside the door.
14   A.  Yes, sir.
10:43  15   Q.  Standing outside the door?
16   A.  Not in the room, no.
17   Q.  Who was standing outside the door?
18   A.  I have to read, because I know his name is Anthony but I
19   don't know if that's his first or last or -- I know he's
10:43  20   another employee that worked for IT.
21   Q.  Did you have a conversation with Anthony?
22   A.  I don't recall exactly what was said but I believe he
23   inquired as to her whereabouts and I said that she wasn't ready
24   to go to work yet.  Because he was there to walk her to work.
10:44  25   Q.  All right.  You went back in the room?

10:44  1    A.  Yes, sir.

2    Q.  And Ms. Jones, was she there at that time?

3    A.  No, sir.

4    Q.  When she came back into the room, you had a conversation

10:44  5    with her?

6    A.  Yes, sir.

7    Q.  And tell us about that.

8    A.  She had walked into the room and asked me, "Did we have sex

9    last night?"

10:44  10            And I don't recall my exact words without reading

11   my statement, but I was like, "Are you serious?  That's not

12   funny."

13            And she said, "No.  I was just kidding"; and she

14   made it appear as though she was just making a joke.

10:44  15   Q.  And she asked you whether the sex was protected?

16   A.  Yes, sir.

17   Q.  And you told her?

18   A.  "No," sir.

19   Q.  The next morning, you told us about holding the mirror and

10:45  20   walking her outside; and so we're not going to go back over

21   that again.  Later that day, you received a phone call from

22   Sara Simco?

23   A.  Yes, sir.

24   Q.  And Sara told you that Ms. Jones was making these

10:45  25   allegations?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:45    1    A.   Yes, sir.

         2    Q.   What was your reaction when you heard that?

         3    A.   I was completely shocked.   I didn't even know how to react

         4    to it really.   It was disbelief.

10:45    5    Q.   And when you were interviewed by the State Department

         6    agents, what was your state of mind at that time?

         7    A.   You mean during my first interview?

         8    Q.   Yes.

         9    A.   I was scared.   I was stressed.   I was confused.

10:45   10    Q.   The State Department agents, when they questioned you, were

        11    they aggressive in their questioning?

        12    A.   Not at first; but, later on, they were very aggressive,

        13    yes.

        14    Q.   And asked you many questions and went back over details?

10:46   15    A.   Yes, sir, repeatedly.

        16    Q.   Tried to find holes in your story?

        17    A.   Yes, sir.

        18    Q.   Which you would expect someone investigating a crime to do?

        19    A.   Yes, sir.

10:46   20    Q.   Now, that morning, before you got the phone call from Sara

        21    Simco, did you get a phone call from anyone else?

        22    A.   Yes, sir.

        23    Q.   And who was that?

        24    A.   I did get a phone call from Jamie Leigh Jones.

10:46   25    Q.   And what was the nature of that phone call from Ms. Jones?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

A.  I don't remember the exact things that were said, but the gentleman -- it says "Anthony."  I'm sorry, I don't see any other differentiation -- had told her that he was in some way offended or upset by the fact that I had slept with her and I was dating another woman at the time.  So, she called me to inform me of that.

Q.  And that's all documented in your statement?

A.  Yes, sir.

Q.  I'm just about finished.

Are you here to tell this jury that you are a hero or an angel or someone special deserving of their consideration?

A.  I'm just a regular person like everyone else.

Q.  Did you rape Jamie Leigh Jones?

A.  No, sir, I did not.

Q.  You have not been here for this trial?

A.  No, sir.

Q.  Where have you been?

A.  I've been in South Carolina.

Q.  What do you do in South Carolina?

A.  I'm a GS7 driver operator.  I work for the United States Air Force at Charleston Air Force Base.

Q.  Is your crew currently fully staffed?

A.  No, sir.  We have to make up for deployments and schooling, training and such as that.

10:48  1    Q.  Are you understaffed and is that why you are remaining in

2    South Carolina rather than being here for this trial?

3    A.  Absolutely.

4              MR. McKINNEY:  Pass the witness.

10:48  5              THE COURT:  Yes, sir, Mr. Hedges.

6              MR. McKINNEY:  Oh, your Honor, I move for the

7    admission of Bortz -- sorry -- Joint Exhibit 185.

8              THE COURT:  Motion granted.

9              MR. HEDGES:  May I proceed, your Honor?

10:48  10             THE COURT:  You may proceed.

11                        **CROSS-EXAMINATION**

12   BY MR. HEDGES

13   Q.  Good morning, Mr. Bortz.

14   A.  Good morning, sir.

10:48  15   Q.  My name is Dan Hedges.  I'm a lawyer for KBR.

16             How old are you now, sir?

17   A.  I'm 34.

18   Q.  And you said you began as a firefighter when you were 17?

19   A.  Yes, sir.

10:48  20   Q.  Are you still a firefighter?

21   A.  Yes, sir.

22   Q.  So, half of your life has been spent as a firefighter?

23   A.  Yes, sir.

24   Q.  Is part of your training as a firefighter -- I recognize

10:49  25   you're not a paramedic but a firefighter, but do you receive a

10:49   1   certain amount of medical training?

2   A.   Yes, sir.

3   Q.   Tell us a little bit about that.

4   A.   Up until about three months ago, I was a first responder,

10:49   5   which is basic bandaging and packaging of patients, like

6   preparing them for transport, administering oxygen, controlling

7   bleeding, and airway stuff.

8   Q.   Are you trained to try to figure out what is wrong with

9   somebody, what injury or illness do they have, so that you know

10:49   10   how to treat it?

11   A.   Yes, sir, in a very basic way.

12   Q.   Do you know how to recognize someone who is in shock?

13   A.   Yes, sir.

14   Q.   How do you recognize whether someone is in shock?

10:49   15   A.   Their basic appearance, their general impression as you

16   approach them.   Some people have slurred speech, appear as if

17   they're having a heart attack.   Some people have cool, clammy

18   skin.   There's lots of different ways to identify shock.

19   Q.   And in responding to accidents and things like that, have

10:50   20   you ever run into people who were under the influence of drugs?

21   A.   I honestly don't recall.

22   Q.   Okay.   Let me ask you a few more questions about the

23   morning of the 28th.

24   A.   Yes, sir.

10:50   25   Q.   When you saw and spoke to Ms. Jones, did she appear to be

10:50  1  in shock?

2  A.  No, sir.

3  Q.  Did she appear to be under the influence of drugs?

4  A.  No, sir.

10:50  5  Q.  Was her speech slurred?

6  A.  No, sir.

7  Q.  Was she confused in talking to you?

8  A.  No, sir.

9  Q.  Were her questions and answers making sense, and were they

10:50  10  responsive?

11  A.  Yes, sir.

12  Q.  How was her gait?  Was she walking?  Was she wobbling back

13  and forth or having an unsteady gait?

14  A.  She seemed normal to me.

10:50  15  Q.  Was there anything about her appearance or her demeanor

16  that morning that did not seem normal?

17  A.  Only when she inquired about, "Did we have sex last night?"

18  That's the only time her demeanor appeared off.

19  Q.  How did it appear?

10:51  20  A.  That's hard to explain.  Just --

21  Q.  But did you get the impression that she was joking?

22  A.  I didn't at first.  But then she said she was, and I really

23  couldn't think of any other way to take it.

24  Q.  Just a few more questions.

10:51  25       Was it Mr. Goodgine, from security, who was with

10:51    1    you during the Department of State interview?

       2    A.  Yes, sir, it was.

       3    Q.  How long did that first Department of State interview last?

       4    A.  I don't know if I look at the paper, but I think the first

10:51    5    time I sat in there was approximately three and a half to four

       6    hours.

       7    Q.  And was Mr. Goodgine there with you the whole time?

       8    A.  Yes, sir.

       9    Q.  Did the Department of State approve of Mr. Goodgine being

10:51   10    with you?

     11    A.  Yes, sir.

     12    Q.  Did Mr. Goodgine ask you any questions?

     13    A.  No, sir.  He just sat.

     14    Q.  Did Mr. Goodgine object to any of the questions that the

10:51   15    State Department asked you?

     16    A.  Not that I recall.

     17    Q.  Did Mr. Goodgine instruct you not to answer any of the

     18    questions that the State Department asked you?

     19    A.  No, sir.

10:52   20    Q.  Did you answer every question the State Department asked

     21    you truthfully and completely?

     22    A.  Yes, sir, I did.

     23          MR. HEDGES:  I pass the witness, your Honor.

     24          THE COURT:  Any redirect?

10:52   25          MR. ESTEFAN:  Brief redirect, your Honor.

**REDIRECT EXAMINATION**

BY MR. ESTEFAN:

Q.   Mr. Bortz, you said earlier that you weren't drunk when you left the gathering?

A.   That's correct, sir.

Q.   Your statement actually says you were buzzed?

A.   Yes, sir.

Q.   And this State Department interview was begun on July 30th. Is that right?

A.   Yes, sir.

Q.   That's when the first interviews began?

A.   I believe so, sir.

Q.   Yes, sir.  And after this incident, you weren't isolated by anybody at Camp Hope, were you?

A.   You mean moved?

Q.   Moved, put in a separate room, put in a container?

A.   No.

Q.   You had two days -- after you knew from your friend Sara's phone call, you had two days to get your story together before you got an interview, before these agents started interviewing you from the Department of State.  Isn't that right?

A.   Yes, sir.

Q.   And do you recall -- you said you were very cooperative and gave everybody whatever they wanted.  I would like to show you an exhibit.  It's KBR 68, one page from that, Page 000263.

10:54  1          MR. ESTEFAN:  Judge, we may need your intervention.

2          *(At sidebar with all counsel)*

3          MR. ESTEFAN:  I asked him about that document because

4     he said he never refused -- he gave a statement, he's never

10:54  5     refused any cooperation with the State Department.  And sure

6     enough, it says he did not wish to submit to a sample of DNA.

7     And that doesn't go to a criminal investigation.  That's a

8     continuation of the Department of State investigation.

9          MR. McKINNEY:  I did not ask him about -- I asked him

10:54  10     strictly about has he ever refused to answer any questions, has

11     he ever taken the Fifth Amendment.  And the answers were, no,

12     he's never refused, never taken the Fifth Amendment.

13               This is not a request for a question, and there's

14     nothing wrong with asking for counsel when --

10:55  15          MR. ESTEFAN:  Of course, there's not.

16          MR. McKINNEY:  And it's not even impeachment.  It's

17     punishing him for insisting or requesting the right to counsel.

18          THE COURT:  But you raised the issue.  I'm going to

19     allow it.

10:55  20          MR. ESTEFAN:  Thank you, Judge.

21          *(Open court)*

22          MR. ESTEFAN:  Judge, I would like to mark this as

23     Plaintiffs' 82 and offer it -- I think 83.  I'm sorry.

24     Ms. Loewe has got the numbers here.

10:55  25          THE COURT:  Okay.  Admitted over objection.

10:55   1                      Okay.   Juror is in the restroom again.   I'm going

2       to step off the bench for just a minute.   Everybody may also

3       step out.

4           *(Recess was taken from 10:56 a.m. to 11:08 a.m.)*

11:07   5           *(Jury present)*

6               THE COURT:   Members of the jury, please be seated.

7                      All right.   You may resume your inquiry.

8               MR. ESTEFAN:   Thank you, your Honor.

9       BY MR. ESTEFAN:

11:08   10      Q.   Mr. Bortz, when Mr. McKinney was asking -- your lawyer was

11      asking you about the State Department investigation --

12              MR. ESTEFAN:   Is it off?   Hello?

13              THE COURT:   Sorry.

14      BY MR. ESTEFAN:

11:08   15      Q.   Mr. Bortz, can you hear me better?

16      A.   Yes, sir.

17      Q.   When your lawyer, Mr. McKinney, was asking you about the

18      State Department investigation and you said that you were fully

19      cooperative and, you know, you were read your Miranda rights

11:08   20      and all that stuff, do you remember all that?

21      A.   Yes, sir.

22      Q.   You were asked in October, October the 10th, in fact, of

23      2005, to submit -- to voluntarily submit DNA samples by the

24      State Department.   They asked you that, didn't they?

11:08   25      A.   Yes, sir.

11:08  1    Q.  What did you tell them?

2    A.  At the time all I can recall was telling them that I wanted

3    to consult a lawyer first.

4    Q.  So, you declined the request and asked for a lawyer?

11:09  5    A.  I asked for the time to seek out a lawyer on my own so that

6    I could protect my own rights.  I didn't understand the

7    situation.

8    Q.  Mr. Bortz, how did you leave KBR?

9    A.  What do you mean?

11:09  10   Q.  Well, were you fired or did you quit?

11   A.  I quit.

12   Q.  When?

13   A.  In May of 2006.

14   Q.  So, roughly 10 months after this incident?

11:09  15   A.  Yes, sir.

16   Q.  And you were never disciplined --

17   A.  No, sir.

18   Q.  -- for this?

19            Remember back to that orientation in Houston --

11:09  20   here in Houston, at the Greenspoint Mall.  One of the things

21   KBR says in its literature is, "People are our biggest asset."

22   Do you agree with that statement?

23   A.  I don't recall specifically, sir; but I'm sure if it's

24   stated --

11:09  25   Q.  Well, would you agree that companies are a reflection of

11:09  1  the people they hire?

2  A.  Yes, sir.

3  Q.  Would you agree it's also true the other way around, that

4  the people are a reflection of the company they work for?

11:10  5  A.  Yes, sir.

6         MR. ESTEFAN:  Pass the witness.

7         THE COURT:  Any further questions?

8         MR. McKINNEY:  Very, very briefly.

9                    **RECROSS-EXAMINATION**

11:10  10  BY MR. McKINNEY:

11  Q.  In July of 2005 when the State Department investigators

12  were speaking with you, did you give DNA samples at that time?

13  A.  I don't believe it was in July, sir.  I can't remember

14  exactly what month it was that I gave it to them.  It was

11:10  15  shortly after they requested it.

16  Q.  And have you since given additional DNA samples at the

17  request of the State Department or some other US agency?

18  A.  Yes, sir, that's correct.

19         MR. McKINNEY:  That's all I have.  Thank you, Judge.

11:10  20         THE COURT:  Anything further?

21         MR. HEDGES:  One.

22                    **RECROSS-EXAMINATION**

23  BY MR. HEDGES:

24  Q.  Mr. Bortz, did the State Department ever take any action

11:10  25  against you?

11:10  1    A.  I'm not sure how to answer that, sir.  I was --

       2            MR. McKINNEY:  Don't --

       3            THE COURT:  No, I don't think we need that.

       4            THE WITNESS:  Sorry.

11:11  5            THE COURT:  Okay.  No further questions?

       6            MR. ESTEFAN:  Nothing further, your Honor.

       7            THE COURT:  Okay.  May we release Mr. Bortz?

       8            MR. McKINNEY:  Actually, Judge, in view of -- let me

       9    just clarify one thing.  May I approach the bench?

11:11 10        (At sidebar with all counsel)

      11            MR. McKINNEY:  He didn't want to violate the motion in

      12    limine.  The impression, inadvertently, has been left that

      13    maybe something bad happened; and I don't know how to clear the

      14    air on that.

11:11 15            THE COURT:  Well, then we say there was no discipline

      16    imposed.

      17            MR. KELLY:  No.  The whole point is, your Honor, is

      18    Mr. Hedges violated the motion in limine, blatantly.  This

      19    needs to be ignored, left alone and left on.  That was a

11:11 20    blatant attempt to violate the motion.

      21            MR. HEDGES:  The State Department?  I just asked if

      22    the State Department did anything.

      23            MS. VORPAHL:  Why can't we say no charges were ever

      24    brought against him?

11:12 25            MR. KELLY:  That's the whole point.  That's the whole

11:12  1   point.

2            MR. HEDGES:  I thought it was related to the grand

3   jury, your Honor.

4            THE COURT:  Well, I meant to keep out for sure that

11:12  5   the investigation by the Department of Justice.

6            MR. HEDGES:  Did I say Department of justice?

7            THE COURT:  No.

8            MR. KELLY:  But your implication is no charges --

9            MR. HEDGES:  That's absurd.

11:12  10           MR. KELLY:  That's absurd, Dan.  You knew what you

11   were doing.

12           THE COURT:  What can I say to fix it?  Just that --

13           MR. KELLY:  I ask it be left alone, Judge.

14           MR. McKINNEY:  I think it would be appropriate to -- I

11:12  15  think the appropriate statement to make is that the witness'

16  response of not knowing how to answer was based on the Court's

17  instruction to all parties not to go into certain areas and

18  that the jury should not draw any negative inference from the

19  witness' response.

11:13  20           MR. HEDGES:  Or an inference of any kind.

21           MR. KELLY:  Inference of any kind.

22           THE COURT:  Okay.  I'll give that.

23      *(In open court)*

24           THE COURT:  Ladies and gentlemen, I cut off the

11:13  25  witness' most recent answer because I didn't want him,

11:13   1   inadvertently, to violate one of the Court's instructions to

   2   the lawyers about what could be testified to and what could

   3   not.

   4           Mr. Bortz had been instructed by his lawyer,

11:13   5   correctly, as to what not to go into; and, for that reason, I

   6   made the decision that he shouldn't answer.  No inference

   7   whatsoever should be drawn from that.  Do you understand?

   8           You may step down, Mr. Bortz.  You're free to go.

   9   Thank you.

11:13  10           THE WITNESS:  Yes, sir.

  11           THE COURT:  Okay.  Do we have another witness?

  12           MR. ESTEFAN:  We do, your Honor.  We're going to try

  13   that video again, and we think it will be working.

  14           THE COURT:  Very good.

11:14  15           MR. ESTEFAN:  We call Sara Simco by videotaped

  16   deposition.

  17           THE COURT:  We're having problems.  It's going and no

  18   sound.

  19           MR. ESTEFAN:  I think I did announce the witness, but

11:16  20   the Court said you might talk about --

  21           THE COURT:  Sara Simco is the person speaking.

  22           MR. ESTEFAN:  A KBR employee.

  23           THE COURT:  Sara Simco, whose name has been already

  24   invoked in this trial, is the deponent, is the person speaking.

11:17  25           MR. KELLY:  Your Honor, can we take a short break and

Cheryll K. Barron, CSR, CM, FCRR                     713.250.5585

11:17    1    get this in order?

2               THE COURT:  That's fine.  All rise for the jury.

3          *(Jury not present)*

4               THE COURT:  Please be seated.  As you may remember,

11:18    5    this is the day I told the jury I would buy their lunch.

6                    Anyway, so, they still want to do that.  We're

7    trying to expedite it by giving them menus from Massas.  We'll

8    take an order and then we'll phone in the orders so it will be

9    ready.  We'll have a longer than usual lunch hour.

11:18   10                    You-all can sit down.  I'm going to stay here

11   during this break.

12               MR. ESTEFAN:  This worked yesterday, Judge.  I'm sorry

13   about this.

14               THE COURT:  That's all right.  I'm an absolute Luddite

11:18   15   when it comes to machines of all kinds.

16          *(Recess was taken from 11:18 a.m. to 11:46 a.m.)*

17               THE COURT:  Okay.  What's next?

18               MS. MORRIS:  We have a couple of small issues on the

19   deposition designations.

11:46   20               THE COURT:  Let's go ahead.

21               MS. CATES:  Stephanie is on her way.

22               MR. ESTEFAN:  Actually, Ms. Holcombe is -- they're

23   trying to work out depo problems.

24               THE COURT:  Okay.  That's fine.

11:47   25                    Everybody back?  Okay.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:47  1          MS. HOLCOMBE:  Your Honor, we have one small issue to
       2   take up right now regarding Ms. Simco's --
       3          THE COURT:  Yes.  Let's take it up.
       4          MS. HOLCOMBE:  Your Honor, originally when we had
11:47  5   objections -- we would have objected earlier, but it wasn't
       6   clear in here.  I was just told from opposing counsel that at
       7   some point -- I believe probably around page 61 -- of
       8   Ms. Simco's video deposition they would like to stop the video
       9   deposition to show an exhibit of an e-mail.
11:47  10          We object to this for a couple of reasons.  One,
       11  this particular e-mail is not on their trial exhibit list.
       12  But, more importantly, this particular e-mail was not offered
       13  as a deposition exhibit.  It was not shown to Ms. Simco in
       14  her -- it's entirety and Mr. Kelly only read portions of this
11:48  15  e-mail and therefor we feel that it is improper and unfairly
       16  prejudicial as Ms. Simco is not coming live to be able to
       17  discuss the rest of the e-mail, for them to offer it and show
       18  to the jury this unoffered, unintended exhibit that was not
       19  used in the deposition or now.  We have no problem with the
11:48  20  testimony that's considered.  We agreed on that.  It's fine.
       21  But actually showing on exhibit that was never offered we find
       22  prejudicial under 403.
       23          MS. MORRIS:  Your Honor, Mr. Kelly appeared by phone
       24  during this deposition and he read this e-mail directly to
11:48  25  Ms. Simco and she discussed it during her deposition.  We had

11:48  1    designated this portion of the deposition, and they had plenty

2    of notice that we were going to talk about it and/or present it

3    during the deposition cuts.

4         THE COURT:  What's the subject of the --

11:48  5         MS. MORRIS:  The e-mail is about -- Ms. Simco is

6    employed as a KBR employee when she writes this e-mail to

7    Mr. Bortz and says she wants to kill Ms. Jones, she hates her,

8    et cetera.

9         And it was produced by the other side.  So it is

11:49  10   a KBR document.

11        MS. HOLCOMBE:  Response -- oh, sorry.

12        THE COURT:  Let me give Mr. Kelly time at bat.

13        MR. KELLY:  Just to add to that, it's also between

14   party opponents, your Honor, or at least two -- to and from one

11:49  15   party opponent, for sure, and Ms. Simco.

16        It also shows her bias, not to mention -- and I

17   think you just said this and I may be repeating myself.  It was

18   produced by these defendants.  To say that --

19        THE COURT:  She said that.  Why wasn't it listed as an

11:49  20   exhibit?

21        MS. MORRIS:  I was under the impression it was

22   included with the deposition exhibit when the deposition was

23   noticed.  And that specific portion, they were provided notice

24   that we would be presenting it.

11:49  25        MS. HOLCOMBE:  Response, your Honor?

11:49   1          THE COURT:  Yes.  It's a deposition of her talking

        2   about this e-mail?

        3          MS. MORRIS:  Yes.

        4          MR. McKINNEY:  She talks about selected portions of

11:49   5   it, not the entire e-mail.  The e-mail was not, as I recall,

        6   marked as an exhibit to her deposition.

        7          MS. VORPAHL:  It's not.

        8          MR. McKINNEY:  It is Ms. Simco's after the fact

        9   statement, expressing an unkind opinion about Ms. Jones.

11:50  10   There's plenty of other evidence that will be in evidence that

       11   will show --

       12          THE COURT:  I normal would let it in except for this

       13   fact of not having been -- the other side not having been

       14   notified.  Otherwise, I think it's relevant and --

11:50  15          MR. KELLY:  Your Honor, they produced it.  They've had

       16   it -- well before we had it.  They produced it.  There's been a

       17   number of documents that have been produced against us for just

       18   this reason, because we had them and therefore -- or to show

       19   bias.

11:50  20          THE COURT:  Okay.  You have to remind me.  The

       21   defendants have used documents against you that weren't on the

       22   exhibit list?

       23          MS. MORRIS:  Yes.  I think it was just yesterday.

       24          MR. KELLY:  Just yesterday.  I mean, I brought this to

11:50  25   the Court's attention, that we continue to get documents from

11:50  1    the defense that were not on the exhibit list.  And, at least

2    in this case, this is a document that the defense produced.

3    They had it.

4              THE COURT:  No.  I understand that point.

11:51  5             MS. HOLCOMBE:  Your Honor, that's not what we're

6    saying.  We're not saying that just because it was not on the

7    trial exhibit list that's our concern.  We're not arguing

8    authenticity, which is I think something you've addressed as

9    far as us producing it.  And we're not arguing hearsay.  What

11:51  10   we're arguing is it's unfairly prejudicial as Ms. Simco did not

11   have the document in front of her during her deposition when

12   she talked about it and that only portions of it were discussed

13   during her deposition.  It was not offered and admitted as an

14   exhibit --

11:51  15            THE COURT:  But Ms. Simco was represented or not?

16            MR. McKINNEY:  No.

17            MS. HOLCOMBE:  No.  No, your Honor.  She was not

18   represented.

19              So, we -- there's discussion in here that it's

11:51  20   coming out regardless but to actually show this e-mail that was

21   never shown to Ms. Simco --

22            THE COURT:  Wait a minute.  Okay.  I would have

23   thought -- let me say this.  I would have thought that if other

24   parts of the e-mail had not been asked -- had not been inquired

11:51  25   about and other parts of the e-mail are not as damaging as the

11:52  1  parts they wish to use, wouldn't that be a good thing for you,

2  to produce the whole e-mail?

3       MR. McKINNEY:  That's actually not the issue.  A

4  deposition is, in many ways, like taking testimony in open

11:52  5  court.  In open court it's inappropriate for an attorney to

6  examine a witness selectively from a document that has not been

7  shown to the witness, that has not been marked as an exhibit is

8  and is not either a part of the deposition record or a part of

9  the trial record.  And that's exactly what happened here.

11:52  10  There's a line of testimony where the witness is being examined

11  selectively from a document that was never made a part of the

12  deposition.

13       Now, as adversaries, we are entitled to be aware

14  of the fact that the line of questioning is improper, that the

11:52  15  document has not been properly made a part of the record and

16  that the document is not -- that no foundation is being laid in

17  the deposition for the admission of the document.  And that is

18  one of the many problems with this document.

19       THE COURT:  But she's not -- apparently, they're not

11:53  20  claiming any objection to authenticity.

21       MR. McKINNEY:  It's not a question of authenticity.

22       THE COURT:  What is the question?  I have a hard time

23  focusing on the issue.

24       MR. McKINNEY:  It's a question of a witness being

11:53  25  examined selectively from a document that is not a part of the

11:53   1    deposition record.

2                    THE COURT:  Were you there at the deposition?

3                    MR. McKINNEY:  I was there.

4                    THE COURT:  Was KBR's attorney there?

11:53   5            MR. McKINNEY:  Yes.

6                    MR. HEDGES:  I was.

7                    MR. McKINNEY:  But she was not a KBR employee at the

8       time she was deposed.

9                    MS. MORRIS:  When she wrote it she was.

11:53   10           MR. McKINNEY:  When she was what?

11                   MS. MORRIS:  When she wrote the e-mail she was a --

12                   MR. McKINNEY:  I understand that.  I understand she

13      was a KBR employee at the time she wrote the e-mail.  But

14      certainly not authorized -- certainly not authorized to make an

11:53   15      admission on behalf of Charles Bortz.  And her statement is a

16      statement to Charles Bortz.  It's an out of court statement

17      offered the for the truth of the matter asserted or,

18      alternatively, to show some kind of bias or prejudice.  But the

19      statement has a tremendous amount of blow-back on my client

11:54   20      Charles Bortz because it was made to him.

21                   THE COURT:  Why didn't -- if you-all were there, why

22      didn't you just say, "You need to show her the whole document.

23      You need to lay a predicate"?

24                        I mean, that's -- you knew it would be coming --

11:54   25      whoever -- even though Ms. Simco wasn't represented, you knew

11:54  1    it would be used against your clients.  The time to clear all

2    that up would have been at the deposition.

3              MR. HEDGES:  The problem was Mr. Kelly was not

4    physically present at the deposition.  He took it video.  So,

11:54  5    there was no piece of paper to see.

6              THE COURT:  Well, but you could have required him to

7    read the whole thing if that was the issue.

8              MR. McKINNEY:  Well, we could have asked him to read

9    it; but we could not have required him to read it.  And --

11:54  10             THE COURT:  Did you do anything to let him know at the

11   time there was going to be a problem with it if you try to

12   introduce this at trial?

13             MS. MORRIS:  The record does not reflect that.

14             MR. McKINNEY:  No, Judge.  But I would -- I mean, I

11:54  15   believe in professional courtesy.  I surely do.  But for the

16   same reason that if I thought Mr. Kelly were improperly laying

17   a foundation in the courtroom, trying to offer an adverse

18   exhibit or was not properly qualifying his witness in an

19   effective way, I would not feel obliged to pass him a note and

11:55  20   tell him how to practice law.  It's -- nor has he ever passed

21   me any notes to suggest a better way that I might go about

22   doing things.

23             And with respect, when we are taking a deposition

24   and we are adverse, it's I think pretty much the universal

11:55  25   practice of trial lawyers to let the other side go about their

11:55   1    job the way they see fit and if their efforts fall short then

2    their efforts fall short, just as I bear the burden of my

3    efforts falling short.

4            MS. MORRIS:  Your Honor, there --

11:55   5            THE COURT:  I mean, that's -- there's a lot to what

6    you say.  But if, for example, there was an issue that you

7    thought breached the attorney-client privilege, I think it

8    would very definitely have been incumbent on you to raise it

9    right then, not say later that, "I'm objecting to this because

11:56  10    it trespasses on the privilege."  You have to give him some

11    opportunity to fix whatever you think is wrong.

12            MR. McKINNEY:  There's actually, Judge, two additional

13    points.  One, there is not an attorney-client privilege issue

14    here that I'm aware of.  Secondly --

11:56  15            THE COURT:  No.  I use that as an example.

16            MR. McKINNEY:  Also, we reserved all objections till

17    time of trial except as to the form of the question.  And I'm

18    no procedural expert.  Most of my practice is state court

19    practice.  But my assumption has always been that when you

11:56  20    start making substantive objections on the record and -- that

21    you wind up waiving those objections.  And the Court now is

22    suggesting that perhaps we should have made substantive

23    objections at a time when all objections were reserved until

24    the time of trial.  And we could not have known --

11:57  25            THE COURT:  Well, but what I am talking about is what

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:57  1   you didn't reserve, which is objections to the form of the

2   question.  I mean --

3        MR. McKINNEY:  That's the only thing we reserved was

4   to the form of the question.  But this goes to the substance of

11:57  5   the admissibility, not whether it was a leading or

6   argumentative question or whether it called for speculation.

7   That's not the issue on this offer.

8        THE COURT:  No, no, no.  You the don't reserve till

9   time of trial the form of the question.  You reserve till trial

11:57  10  substantive issues.

11       MR. McKINNEY:  Correct.

12       THE COURT:  Okay.  What I am saying is this seems to

13  me a form of the question kind of problem.  You could have

14  asked Mr. Bortz, when he proffered his questions, to include a

11:57  15  full rendition of the exhibit and that wasn't done.  He could

16  have done that at the time.  But having him do it now is hard.

17  Ms. Simco, I'm sure, is way out of subpoena range, right?

18       MS. MORRIS:  Yes.

19       MR. McKINNEY:  Yes.

11:58  20       MS. HOLCOMBE:  And, your Honor, we would have -- there

21  have been other deponents that have been out of state who have

22  appeared or have been in state and Mr. Kelly has been

23  unavailable where they have physically had exhibits.  We've had

24  exhibits introduced into our depositions in order to put on

11:58  25  notice.  But not having -- I would have raised this objection

11:58   1    earlier, when we first did this, but I was not aware at all,

        2    based on reading the deposition, that they were going to

        3    actually introduce the exact exhibit of the e-mail, because it

        4    wasn't referenced as it and it wasn't on their trial exhibit

11:58   5    list.

        6           THE COURT:  I understand that.  But I would think that

        7    the whole exhibit, which I can introduce -- allow introduction

        8    of now, would be in your favor.  If you think that -- if you

        9    think Mr. Kelly was sharp shooting and just picking out the

11:58  10    damaging parts of the e-mail, that allowing the whole e-mail in

       11    could be to your client's benefit.

       12           MR. McKINNEY:  Perhaps we're not being clear.  The

       13    e-mail was never referred to and made an exhibit in the

       14    deposition.

11:59  15           THE COURT:  I understand that.

       16           MR. McKINNEY:  And, instead, questions were being

       17    predicated on the e-mail.  Our objection is not, as I

       18    understand it, the questions themselves.  It is simply to

       19    putting the e-mail into evidence during this witness' testimony

11:59  20    when it was not made a part of the deposition, when it was not

       21    specifically referred to.  That's the issue that we have, the

       22    document itself.

       23           THE COURT:  So are you saying that what's damaging to

       24    your clients about this is the cut and paste that was allegedly

11:59  25    done by opposing counsel on the e-mail, or are you saying that

11:59   1    it's just a 403 problem?

2              I'm not sure what's -- if you're saying that he

3    was just incorrectly editing the e-mail, we can take care of

4    that.  We can introduce the whole e-mail.

11:59   5              MR. McKINNEY:  I'm saying that you don't ask questions

6    of a witness selectively from a document, any kind of document,

7    in a deposition that -- where the document is not marked and

8    given to the witness and the witness allowed to read it and

9    then when you offer the deposition testimony you then put in

12:00  10    the document that was never shown to the witness in the first

11    place and never made a part of the deposition.  It's like I'm

12    doing a deposition of someone, I'm offering a deposition of

13    someone, and I pull in some random document from some other

14    place and say, "Let's look at this document while we're taking

12:00  15    this witness' testimony."

16              THE COURT:  Ms. Morris?

17              MS. MORRIS:  Your Honor, if I could just remind the

18    Court this e-mail is being used to show bias of Ms. Simco.  And

19    Mr. Kelly did read the portions that --

12:00  20              THE COURT:  Shows bias.

21              MS. MORRIS:  Yes, into the record.  And she talks

22    about them and she will talk about them during the deposition.

23              THE COURT:  Okay.  Assuming that's true, I guess what

24    I hear from the other side -- I'm not sure about this -- is

12:01  25    they don't want the whole e-mail entered.

12:01   1          MS. HOLCOMBE:  Correct, your Honor.

2          THE COURT:  The problem is not that he was sharp

3     shooting and picking out certain portions of the e-mail.  You

4     think I fairly quoted from the e-mail, then.

12:01   5          MS. HOLCOMBE:  Your Honor, he did quote from the

6     e-mail.  We do not want the rest of the e-mail in.  She was

7     never questioned about it.  She has never seen it.  And it will

8     be unfairly prejudicial to the jury --

9          THE COURT:  So, it's not that he took things out of

12:01  10     context.  It's that the whole e-mail is damaging to your

11     client.

12          MS. VORPAHL:  And it's not -- I don't believe -- I

13     would like to see it.  I don't believe it's a KBR document.

14          MS. MORRIS:  It is.

12:01  15          MS. VORPAHL:  Is it?

16          MS. MORRIS:  Yes.

17          MS. VORPAHL:  Then I apologize.  It was not on KBR's

18     computer system.

19          MS. MORRIS:  It's written from KBR's e-mail.  And,

12:01  20     therefore, your Honor --

21          MS. VORPAHL:  It is?

22          MS. MORRIS:  Yes.  She was still working for KBR when

23     she wrote it.

24          MS. VORPAHL:  I very much apologize.  I was just under

12:01  25     a misimpression.

12:01   1          MS. HOLCOMBE:  The rest of it, your Honor, is the

2     testimony in the plaintiffs' page and line designations covers

3     what they want to use from the e-mail.  So allowing the e-mail

4     actually into evidence is cumulative of what they're already

12:02   5     going to have Ms. Simco talk about.

6          THE COURT:  These are all new objections.  We now have

7     cumulativeness.  That's not normally a basis on which I exclude

8     evidence unless it's really over the top.  I mean, the jury can

9     sort out what's cumulative and what's not.

12:02  10          MS. HOLCOMBE:  It's above and beyond, your Honor.

11    It's not to be separate and apart.  Cumulative would still be

12    under 403.  The idea being that, one, the entire e-mail should

13    not come in because Ms. Simco never saw the e-mail and was not

14    questioned on the entire e-mail, is the first part.  Then even

12:02  15    if we were to only show the e-mail with only the parts that she

16    was, that's cumulative and unfairly prejudicial under that.

17    They get the same effect by getting to question her and the

18    jury hearing the answers.

19          THE COURT:  Then why are you opposing the whole e-mail

12:02  20    if it's the same effect?

21          MS. HOLCOMBE:  Because to have the e-mail on top of

22    that would be unfairly prejudicial when Ms. Simco never saw the

23    e-mail and the rest of the commentary was inside.

24          MR. KELLY:  Using that logic, your Honor, we would

12:03  25    never argue a physical exhibit at all.  We would just hear from

12:03  1    the witnesses, no physical exhibits because everything would be

       2    cumulative if that's the logic.

       3         MR. McKINNEY:  No.  It's just the opposite.  What you

       4    don't do when you have a witness on the witness stand or in a

12:03  5    deposition or on a video deposition being shown to the jury is

       6    you don't interrupt the witness' testimony and flash up a

       7    document for the jury to consider, that the witness does not

       8    have in their hand and has not had a chance to read from.

       9         THE COURT:  Okay.  That's -- I keep thinking I

12:03  10   understand the problem, and then the problem changes.  If

       11   that's the problem, then let's put the whole e-mail up in

       12   advance of the -- in advance of the video clip.

       13        MS. HOLCOMBE:  She's not here live to discuss the rest

       14   of the e-mail.  Since the e-mail was never shown to her during

12:03  15   her deposition, she wasn't there to discuss and rehabilitate

       16   and talk about the other portions that the jury is going to

       17   see.

       18        THE COURT:  But that document -- if it had been listed

       19   properly, that document would have come in without anybody to

12:04  20   sponsor it.

       21        Ms. Morris, we need you for this.

       22        MS. MORRIS:  I'm sorry.

       23        THE COURT:  The document would be admissible even if

       24   you didn't have Ms. Simco's deposition, wouldn't it?

12:04  25        MS. MORRIS:  I believe so, yes.  It's a statement by a

1   KBR employee.

2           THE COURT:  So, if that's true, then why -- I don't

3   think the fact she wasn't asked about it carries any weight.  I

4   mean, they could introduce it without even referring to

5   Ms. Simco.

6           MR. McKINNEY:  Perhaps the Court should see the

7   document.

8           THE COURT:  Okay.  All right.  That's fine.

9           MR. McKINNEY:  And with all due respect, simply

10  because it's a statement by a KBR employee doesn't make it an

11  admission of a party opponent.  It has to be someone authorized

12  to make the statement and of sufficient rank and standing in

13  the company to be able to bind the company.

14          MS. MORRIS:  No.  I think it's they have to be an

15  employee, just --

16          MS. HOLCOMBE:  And acting within the course and scope

17  when saying something, and this is not within the acting of the

18  course and scope.

19          THE COURT:  Well, this is a statement by the party's

20  agent or service concerning a matter within the scope of the

21  agency or employment, made during the existence of

22  relationship.  That sounds like it covers this.

23          Give Mrs. Loewe the document.  I'll take a look

24  at it while we're recessed.

25          MR. HEDGES:  What time do you want us back, your

12:05  1   Honor?

2        THE COURT:  Depends whenever they get back.  You'll

3   surely safe not getting back before 1:00 p.m.

4       *(Recess was taken from 12:05 p.m. to 12:54 p.m.)*

5       *(Jury not present)*

6        THE COURT:  Okay.  On the deposition excerpt, I think

7   the parts that have been asked about are sufficient.  I don't

8   think we need the whole e-mail.  So I'm not going to allow it

9   in.

12:54  10        As to -- and then you had a question for me?

11        MS. HOLCOMBE:  We have some additional objections on

12   Arroyo.  And there are only three and we've -- we had five and

13   we agreed on two; so, now we only have three.  So, hopefully --

14   and we talked about them and I think we know what each other's

12:55  15   objections and response are.

16        THE COURT:  All right.  Go ahead.  Go ahead.

17        MS. HOLCOMBE:  Okay.  I have a copy for your Honor.

18        MR. KELLY:  Your Honor, I want to make sure I'm clear

19   on what the Court just ruled.  Are you saying we can show the

12:55  20   parts that were discussed but not the other parts?

21        THE COURT:  No.  Just show the deposition.

22        MS. HOLCOMBE:  Okay.  The first one is Page 74, Lines

23   25 through 12.  Your Honor we object to everything in pink.

24        THE COURT:  One more time with the page and line.

12:55  25        MS. HOLCOMBE:  Yes, your Honor.  Page 74 begins at

12:55  1    Line 25 --

2              THE COURT:  Okay.  I'm with you.  "During the time you

3    were with KBR" --

4              Okay.

12:56  5         MS. HOLCOMBE:  Our objection is, one, he said, "Did

6    you ever hear of anything," that would be hearsay.  But

7    moreover, your Honor, it's not relevant and unfairly

8    prejudicial as the alleged rapist in Ms. Barker's situation, he

9    said, is not even a KBR employee at all.  Therefore, it would

12:56  10   be highly prejudicial to have this before the jury, as well as

11   it's based on inadmissible hearsay by somebody who's not

12   identified and will not come in to testify.

13             THE COURT:  Okay.

14             MR. McKINNEY:  And further to that, there's no

12:56  15   indication of the point in time where Mr. Arroyo heard of this.

16   If he heard of it after the date in question here in this

17   trial, it's not relevant to any issue in the case.  It would

18   just be something that he heard --

19             THE COURT:  I understand.

12:56  20             MR. McKINNEY:  -- in addition, to the other

21   objections.  It won't prove notice or anything like that.

22             THE COURT:  Okay.  Let me hear a response from

23   plaintiff.

24             MS. MORRIS:  Your Honor, it does prove notice.  That's

12:57  25   exactly what it's being offered for, to show the environment

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

12:57  1   there in the Green Zone.  Tracy Barker was a KBR employee.

2          THE COURT:  Well --

3          MS. MORRIS:  And this occurred one month prior to --

4          THE COURT:  Well, it only offers notice if it were

12:57  5   actually true, right?  I mean --

6          MR. KELLY:  Your Honor, we heard yesterday some

7   testimony from a witness brought in by KBR to say, "This was a

8   wonderful place.  Nobody was ever raped.  It was beautiful.  In

9   fact, there was no place better than Baghdad to work in the

12:57  10  whole time I've been at KBR."

11             This stuff is happening right there.  And that

12  was a woman from human resources.  And this is happening right

13  under her nose.

14         MS. MORRIS:  Response, your Honor?

12:57  15             She didn't say that nothing ever bad happens in

16  Baghdad.  There was a war going on; and there are other people,

17  maybe insurgents or other things happening.  What she said was

18  that there were no allegations of rape by a KBR employee.  And

19  in this particular thing, Mr. Arroyo agrees, no, this person

12:57  20  was not even a KBR employee.

21         THE COURT:  Yeah.  I don't think that comes in.  I'm

22  sorry.

23         MS. HOLCOMBE:  The second, your Honor, on Page 148,

24  Lines 2 through 22, we object -- you need to read it first,

12:58  25  your Honor.

12:58  1          THE COURT:  Yes.  Give me a second.

2                Is this again notice; is that the notion?

3          MR. McKINNEY:  Well, no.  This is being offered to

4     show the availability or the -- I think the intent is to show

12:58  5     the availability of Rohypnol and the question, "Do you know

6     that Rohypnol was available in the Green Zone," he says,

7     "Honestly, I don't know."

8                So, the question becomes the answer.  It's a

9     negative answer.  He doesn't know.  So, it's not evidence at

12:58  10    all that a jury could decide one way or another.

11               The second question, "What drugs do you know to

12    be available in the Green Zone," he said, "Steroids, blah,

13    blah, blah, heroin and then over the counter drugs and what

14    not, not relevant to any issue in the case.  It's intended to

12:59  15    prejudice, doesn't advance the ball one way or the other on any

16    of the issues the jury is going to decide.  It's of the class

17    of evidence that is used to indirectly impugn, not impeach, but

18    impugn a party to the lawsuit, which is not -- doesn't belong

19    in the case.

12:59  20         MS. MORRIS:  Your Honor, this is a question that was

21    asked by Mr. Hedges, the response about the drugs.  And

22    Mr. Arroyo does respond that there are steroids available in

23    the Green Zone and our expert Tackett will testify that

24    Rohypnol is a steroid.

12:59  25         MR. KELLY:  As well as GHB.

12:59  1           MS. MORRIS:  And the last sentence, on Line 21 through

2  22, he says, "So, there's a myriad of different drugs that can

3  be bought, both legal and illegal types of drug."  So, he

4  never --

12:59  5           THE COURT:  Is this notice of drug use, is that what

6  it is?

7           MS. MORRIS:  Yeah, and the availability of drugs.

8           MR. McKINNEY:  Judge, you previously ruled that

9  proving simply that drugs were available or that some unknown

01:00  10  person has access to drugs isn't probative of any issue in this

11  case; and this is exactly what this class of evidence that this

12  offer falls into.  It's perfectly legitimate in the discovery

13  deposition to ask questions about things that you don't expect

14  to come into evidence.  As the Court's said during Ms. Jones

01:00  15  deposition, simply because it's discovered in a deposition

16  doesn't make it admissible into evidence.  And this is --

17  again, doesn't show that anybody involved in this case, top,

18  side or bottom, actually had possession of drugs or bought

19  drugs or anything else.

01:00  20           THE COURT:  Yeah.  I don't think I can let this in.  I

21  think it is prejudicial, and I think -- I really think

22  plaintiff hadn't done anything to show Rohypnol was involved in

23  this case.  But beyond that, beyond that, I think drugs are

24  available every place.

01:01  25           MR. KELLY:  Your Honor, they've made the argument in

the past and I believe they're going to make it in this case
that because this was a locked down base and secure that the
drugs couldn't be gotten.

THE COURT:  In this trial they said that?

MR. KELLY:  He said it not -- I don't know if he said
it in this trial, but we have certainly heard that argument
throughout this case in various depositions.

THE COURT:  I'm concerned about what's in the trial.
If they say that, then this is going to come in as --

MR. McKINNEY:  No one is going to say drugs were
unavailable in Iraq.  That position will not be taken.

THE COURT:  Yeah.  I'm not going to be able to allow
that.

MS. HOLCOMBE:  And the last one, your Honor -- because
we agree on the final two.  The last one is Page 150, Line 25,
through Page 151, Line 13.

MR. McKINNEY:  There's not an agreement on that part.

MS. HOLCOMBE:  Sorry.  Yes, your Honor, for clarity,
Page 150, Line 25, through Page 151, Line 13, there is an
objection.  I'll let you read, your Honor, and then --

THE COURT:  Okay.  "Those don't sound alike the
comments of a woman who consented to sexual intercourse, do
they, sir?"

Mr. Arroyo's response, "How could I -- in my
personal opinion, I didn't judge Jamie on the answer as much as

I was just listening to her and seeing that she needed to voice something in her.  At that point, yes, I could say, no, that doesn't sound conscionable.  And, no, that sounds like something is up."

        I'm not sure I understand this even.

        MR. McKINNEY:  Well, I understand it perfectly, Judge, because I was at the deposition; and I know what the context of the question and answer is.  And it's like this.

        Pete Arroyo was being examined by Mr. Kelly as to whether Ms. Jones related to Mr. Arroyo her two questions to Charles Bortz, "Did we have sex?  Was it protected?"  And Mr. Kelly was eliciting Mr. Arroyo's lay opinion on the mind-set or mental status or mental intent of Charles Bortz in that, if Ms. Jones was asking these questions, wouldn't that indicate to you that there was perhaps some issue regarding consent between Ms. Jones and Mr. Bortz; otherwise, she wouldn't have asked these questions.  And that's the type of answer that Mr. Arroyo was getting at here.  And it's not just impermissible lay opinion, it's asking one lay witness to infer the state of mind of another party by hearing one side of a conversation to which that lay witness was not present.

        THE COURT:  Let's break this down for a second.  The issue -- nobody is contesting that Ms. Jones did not ask, "Have we had sex" and "Did we have sex" and then "Did we use protection"?  Nobody is contesting that, right?

01:04  1          MR. McKINNEY:  Clearly in the case.

2          THE COURT:  So, what does this add?

3          MS. MORRIS:  Your Honor, this is offered to show

4    Mr. Arroyo's state of mind and his perception of Ms. Jones the

01:04  5    morning after and why he ended up taking her to the clinic.

6    This is his conversation with her about what happened and what

7    she's experiencing at that moment.  And in response to that, he

8    thinks that she needs to go to the clinic.

9          And to add -- or to comment on Mr. McKinney's

01:04  10   analysis that this is a lay opinion, he himself asked Ms. Jones

11   why she thought Mr. Bortz would have walked her to the bus stop

12   and --

13         THE COURT:  Yeah, I'm going to allow this one.  I'm

14   going to allow it.

01:04  15         MR. McKINNEY:  Excuse me, Judge.  I hate to belabor

16   the point, but it's actually one that is fairly important.  The

17   question is:  "Those don't sound like the comments of a woman

18   who consented to sexual intercourse, do they?"

19         And with all due respect, no lay witness has any

01:05  20   business coming into court and opining whether or not the sex

21   between Jamie Jones and Charles Bortz was consensual.  He was

22   not there for any part of the conversation or any part of their

23   being together.

24         THE COURT:  701 gives some latitude on these things if

01:05  25   the witness is not testifying as an expert, the witness

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:05    1    testimony in the form of opinion is limited to -- it's not

2    based on scientific, technical or specialized knowledge,

3    helpful to a clearer understanding of the witness' testimony,

4    rationally based on -- I think that covers it.  I'm going to

01:05    5    allow it.

6            Is the jury back yet?

7            Okay.  We don't have a jury back yet.

8        MR. HEDGES:  Your Honor, in view of the fact we're

9    going to be playing depositions, would it be all right if later

01:06    10    in the afternoon I sneak out a little early?

11        THE COURT:  Sure.

12        MR. ESTEFAN:  Judge, while you're still in the

13    courtroom, since we haven't started Ms. Simco's deposition yet

14    and Mr. Bortz did drop his counterclaim, could we get an

01:06    15    announcement to the jury from the Court about the counterclaim

16    being dropped?  Because they didn't hear a bit of evidence

17    about it during his testimony.

18        MR. McKINNEY:  There's no need for the Court to

19    comment on dropping the counterclaim any more than there's a

01:06    20    need for me to bring up the fact that they tried to amend their

21    petition -- or their complaint and alter the pleaded facts.

22    The counterclaim will not be submitted to the jury.  There's

23    nothing --

24        THE COURT:  I thought you were worried that you had

01:06    25    raised it in the initial argument and we -- did you say that

01:06   1   you were worried about the effect of --

2       MR. McKINNEY:  No, I'm not worried about it at all.  I

3   think it blew right by the jury, and I don't care.  I don't

4   think it needs to be commented on.  It simply won't be

01:06   5   submitted.  The jury will decide the plaintiffs' case, and that

6   will had be that.

7       MR. ESTEFAN:  About four hours ago he took a different

8   position, Judge; and that was that he was that he was okay with

9   the Court or us, someone giving them an instruction.  Because

01:07  10   he injected the counterclaim into the case and now he's thrown

11   that grenade in the box; and we can't undo that.

12       MR. McKINNEY:  This is not a proper time to make that

13   instruction.  There's nothing pending before the jury right now

14   which would warrant the Court calling attention to that.  The

01:07  15   Court can at the time the Court charges the jury --

16       THE COURT:  I think I'll revisit the issue then.  Not

17   now.

18       (Recess was taken from 1:07 p.m. to 1:24 p.m.)

19       (Jury present)

01:24  20       THE COURT:  Members of the jury, please be seated.

21       All right.  We're calling a witness by

22   deposition.  Is that correct?

23       MR. ESTEFAN:  Your Honor, under the "third time is the

24   charm" credo --

01:25  25       THE COURT:  We'll try again.  All right.

01:25    1          MR. ESTEFAN:  -- call Sara Simco.

         2          *(Videotaped of testimony of Sara Simco playing)*

         3          MR. ESTEFAN:  Your Honor, that's our offer.  I believe

         4    the defendants have their part.

01:53    5          THE COURT:  All right.  Do you understand that, ladies

         6    and gentlemen?

         7                The plaintiffs designated those passages for

         8    receipt into evidence, and now we're going to hear passages

         9    that the defendants wish to have in evidence.

02:16   10          *(Videotaped of testimony of Sara Simco playing)*

        11          THE COURT:  Okay.  You wish to call another witness?

        12          MR. KELLY:  Anthony Adams also by video deposition,

        13    your Honor.

        14          THE COURT:  Who?

02:04   15          MR. KELLY:  Anthony Adams.

        16          THE COURT:  Okay.  Thank you.

        17          *(Videotaped of testimony of Anthony Adams playing)*

        18          MR. KELLY:  That concludes our proffer, your Honor.

        19          THE COURT:  Does that complete the deposition?

02:33   20          MR. ESTEFAN:  It does on that witness, Judge.  We have

        21    yet another; and that would be Tyler Schmidt.

        22          THE COURT:  Tyler Schmidt.

        23          MS. HOLCOMBE:  We have --

        24          MR. ESTEFAN:  Oh, I'm sorry.  They have cross.  I

02:33   25    thought that was their cross.

02:33   1              MS. HOLCOMBE:  That was you-all's direct.

        2              THE COURT:  Okay.  For the defendants now, their edits

        3      from the video deposition.

        4          *(Videotaped of testimony of Anthony Adams playing)*

02:45   5              THE COURT:  Okay.  Does that complete that deposition?

        6              MR. ESTEFAN:  I believe it does, your Honor.

        7              THE COURT:  Okay.  Do you have another?

        8              MR. ESTEFAN:  We do.  Again, these are all overseas

        9      people.  This is Tyler Schmidt, another KBR employee.

02:45  10              MS. CATES:  Your Honor, can we approach before we

       11      start the next video?

       12              THE COURT:  Yes.

       13          *(At sidebar with all counsel)*

       14          *(Jury not present)*

02:46  15              THE COURT:  Who wanted to talk first?

       16              MS. CATES:  I will.

       17                  Your local rules on your website say that all

       18      objections have to be removed from video depositions.  We

       19      talked about it.  They're all in there, in their clips.

02:46  20              MS. HOLCOMBE:  We thought that was understood, too,

       21      between both sides back when we first talked about this at the

       22      pretrial conference.

       23              MS. CATES:  It calls attention to parts of testimony

       24      that --

02:46  25              THE COURT:  Yeah.  What can I do to fix that now?

02:46   1          MS. CATES:  They can reduce their clips.  I mean, our

2      video person does that automatically pretty quickly.  I don't

3      think it's a huge process.

4          MS. VORPAHL:  I would ask -- I'm sorry to interrupt my

02:47   5      own colleague.  But I would ask that you explain to the jury

6      that both sides made objections during these depositions and

7      that every effort has been made to remove the objections but it

8      appears that some of our objections were not removed from their

9      clips and understand that both sides have made these same kind

02:47   10     of objections.

11          THE COURT:  I don't have any problem doing that.

12          MR. McKINNEY:  And further, Judge, if you would ask

13     the jury to disregard the objections and not to draw an

14     inferences from them, explain that objections have to be made

02:47   15     or they're waived and they usually are waived, as they have

16     been in this case, obviously.

17          MS. CATES:  And then I would just ask, for clips not

18     played today, that they remove their objections.

19          THE COURT:  We have the same issue with Mr. Schmidt,

02:47   20     then?

21          MR. KELLY:  We don't know, your Honor.  We thought we

22     had done it, I think.  I think this is all part of the

23     technical issue.  I walked in on the tail end of this, but I

24     certainly agree that -- you know, I wish they were out, too.

02:47   25          THE COURT:  All right.  I'll give an instruction.

02:47  1       *(Recess was taken from 2:47 p.m. to 2:57 p.m.)*

     2       *(Jury not present)*

     3         MS. VORPAHL:  We just wanted to explain to the Court

     4  there appears there's so much redundancy and I asked my team

02:57  5  why there was that redundancy in our cuts.  And the answer is

     6  because they've gone back and -- when they saw our cuts, they

     7  decided to put stuff back in theirs.  So, I mean, we're not --

     8  it's not the transcript that we had.  And I just want the Court

     9  to understand why there's so much repetition.

02:57  10        THE COURT:  That happens.  I know it does.  I've

    11  always thought that judges had a much easier job than lawyers,

    12  and this is one more validation of that problem.

    13        MR. ESTEFAN:  I think the hardest job in the courtroom

    14  is the tech person right now, it seems.

02:57  15        MS. CATES:  Your Honor, if I could address one more

    16  issue, and this is --

    17        THE COURT:  On the record or off?

    18        MS. CATES:  On the record.  I just want to make sure I

    19  don't violate any orders.

02:57  20          In William Goodgine's deposition, we have -- he

    21  talks about how the Department of State didn't bring charges

    22  against anyone.  And there was no objection from the

    23  plaintiffs.  So -- but I didn't -- before that gets played, I

    24  wanted to just make sure --

02:58  25        THE COURT:  We need to get that out.

02:58  1          MR. KELLY:  Yes.  Thank you.

2          MS. CATES:  I just -- since you didn't object, I

3     didn't know if it was fair game.

4          MR. KELLY:  I think when we looked at that it was

02:58  5     before the judge ruled.

6          MS. CATES:  That's why I brought it up now.  So, we're

7     not going to do Mr. Goodgine today.

8          MR. ESTEFAN:  We'll do Tyler Schmidt and Pete Arroyo,

9     I think.

02:58  10          THE COURT:  Who's that?

11          MR. ESTEFAN:  Pete Arroyo, your Honor.

12          THE COURT:  Okay.  Here's one more factoid.  The jury

13     says they want to work till 5:30.

14          MR. ESTEFAN:  That's fine.  That's enough time to get

03:09  15     Pete Arroyo in, you know what I mean?  Because his is going to

16     be almost two hours, Judge.

17          THE COURT:  Oh, my goodness.

18          MR. ESTEFAN:  It really is.

19          THE COURT:  Okay.

03:09  20          MR. ESTEFAN:  Sorry about that.

21          THE COURT:  Okay.  Are we ready to go with Arroyo,

22     then?

23          Okay.  Let's get the jury in, then.

24     (Jury present)

03:12  25          THE COURT:  Members of the jury, please be seated.  We

03:12   1   have one more deposition excerpt to go through.  Actually, two.

2   But it's the -- first the plaintiffs' edits and then the

3   defendants'.  It's of Pete Arroyo, whose name you've heard

4   often during this case.

03:12   5          I wanted to say something both about the

6   depositions you will hear henceforth and the depositions you've

7   already heard.  You have occasionally heard lawyers assert

8   objections.  That is really no more than the lawyer saying, "I

9   may want to talk to the judge about that question" or that

03:13  10   answer before it's presented to a jury.

11          We intended to get all the objections edited out

12   of the excerpts we're going to show you.  They do slow things

13   up, and they raise unnecessary questions.  We didn't manage to

14   do that consistently.  But no inference whatsoever should be

03:13  15   made based on the assertion of objections.  That's every

16   lawyer's rights.

17          If objections were not asserted, at least

18   sometimes, the lawyer would be derelict.  So, please do not

19   weight at all the objections you hear in any of these

03:13  20   depositions.  Everybody clear on that?

21          All right.

22          MR. McKINNEY:  Judge, I appreciate that instruction.

23   In addition, could the jury be informed that both sides are

24   required to make those objections at that time in order --

03:13  25          THE COURT:  Well, I thought I said that.  I mean,

03:13   1   that's why a lawyer would be derelict if they do not object.  I

2   mean, they do need to be made.

3              All right.  Let's roll.

4          MR. KELLY:  Call Pete Arroyo by --

03:14   5      *(Videotaped of testimony of Pete Arroyo playing)*

6          MS. VORPAHL:  Your Honor?

7      *(Sotto voce discussion between plaintiffs' and defense*

8   *counsel)*

9          MS. VORPAHL:  May we approach, your Honor?

04:11   10          THE COURT:  Let's approach.

11      *(At sidebar with all counsel)*

12          MS. VORPAHL:  They played what you --

13          THE COURT:  Yeah, I heard it.  We can hear it in

14   chambers.

04:11   15          MR. KELLY:  We stopped it as soon as -- it's a

16   technical area.

17          MS. MORRIS:  I double checked with them beforehand and

18   I thought everything was okay.  I double checked and made sure

19   it was taken out but --

04:12   20          AUDIOVIDEO TECHNICIAN:  On the program, it takes the

21   dead space as well; so, it renumbered the -- so --

22          THE COURT:  I see.  Well, it's happened.  What do you

23   want me to do about it?

24          MR. McKINNEY:  I don't want to show any more of this

04:12   25   deposition until we have certification from the plaintiffs'

04:12  1    technician that he actually has viewed the video and verified
2    that it's properly edited.
3              This is happening too many times, and you can't
4    unring a bell, can't put toothpaste back in the tube.  And
04:12  5    we're just running out of instructions we can give to fix these
6    things.
7         THE COURT:  That seems fair.  Let's check and make
8    sure we're not going to have it again.
9              I guess I need to excuse the jury, then.
04:12  10             Unless you have a live witness you want to call.
11        MR. McKINNEY:  Are there any problems in the Schmidt
12   deposition?  Can we stop this one and pick up with Schmidt?
13        THE COURT:  I would feel better if somebody actually
14   sat down and listened to it.
04:13  15        MR. McKINNEY:  Are there any problems, do we have any
16   objections that if they come in it's a bomb?
17        MS. VORPAHL:  I can check the --
18        MS. HOLCOMBE:  There might not be anything major.  I
19   can confirm.  If there's not any major thing, then I don't
04:13  20   think there would be a problem.
21        MS. VORPAHL:  Yeah.  I don't know, though.  I mean, I
22   would rather just know that we've got it right.
23        THE COURT:  That's what I think.
24        MS. VORPAHL:  I do, too.
04:13  25        MR. McKINNEY:  That's fine.

04:13   1          MS. VORPAHL:  I mean, if this happens again --

2          MS. MORRIS:  Your Honor, I can watch every video

3    tonight.

4          THE COURT:  All right.

04:14   5      *(In open court)*

6          THE COURT:  Ladies and gentlemen, the best laid plans

7    often go astray.  We thought we had fixed all the problems with

8    these excerpted depositions, and we found out we haven't.  So

9    I'm going to have to let you go today.

04:14  10          We'll resume at 8:30 in the morning.  I do

11   apologize.  As I said before, there are lots of moving parts in

12   any trial, especially one this lengthy and fact intensive.  But

13   we didn't get this right.

14          So, until tomorrow morning, would everyone please

04:14  15   rise for the jury.

16      *(Jury not present)*

17          THE COURT:  Okay.  You may be seated.  How many more

18   video depositions are you going to use?

19          MR. ESTEFAN:  About, I think, four or five, your

04:15  20   Honor, after this one.

21          THE COURT:  Are you at the end of your live witness?

22          MR. ESTEFAN:  No, we're not at the end of our live

23   witnesses.

24          THE COURT:  How many more of those do you have?

04:15  25          MR. ESTEFAN:  I would have to count them up, Judge,

04:15   1    but --

        2           THE COURT:  Okay.  Well, at one point in this case I

        3    thought we were motiving right along; but now we're going to be

        4    at least all of next week, aren't we, a four day week?

04:15   5           MR. ESTEFAN:  Yes, sir.  We have two live witnesses

        6    tomorrow, at least, and possibly a video deposition if we can

        7    squeeze that in.  And, so, we can get three more witnesses done

        8    that way.

        9                And then we're going to start getting into the

04:15  10    experts and family members of Ms. Jones.

       11           THE COURT:  So, we may be looking at two more full

       12    weeks.

       13           MS. HOLCOMBE:  I was going to say, when Mr. Estefan

       14    and I talked last night he was saying they're only a third of

04:16  15    the way done with all their witnesses.

       16           MR. ESTEFAN:  We spent four days on Ms. Jones, your

       17    Honor.  We didn't anticipate that.

       18           MR. McKINNEY:  I have to say that's probably fair.  I

       19    wouldn't have anticipated that much time with Ms. Jones either

04:16  20    on the witness stand.  So, that probably does throw their

       21    schedule off.  But --

       22           MR. KELLY:  We also lost --

       23           MR. ESTEFAN:  And we've been accommodating defense

       24    witnesses.  We've been doing everything we can.

04:16  25           THE COURT:  No.  I'm not trying to point the finger at

04:16  1  anybody.  I'm just trying to see how far off I was in my

2  prediction for the jury.

3           MR. McKINNEY:  Pretty sure we'll be done by Labor Day.

4           MS. VORPAHL:  Respectfully --

04:16  5           THE COURT:  Well, we are going to start losing jurors,

6  we really are.

7           MS. VORPAHL:  I agree.  And Mr. McKinney you say that.

8  Labor Day is --

9           MR. McKINNEY:  I'm kidding.  That was a joke.  We'll

04:16  10  be done well before Labor Day.

11           MS. VORPAHL:  No.  Oh, I'm sorry.  I'm thinking the

12  Fourth of July.  Yes.  Yes, I agree; we will be done by Labor

13  Day.

14           THE COURT:  Okay.  Well --

04:17  15           MS. HOLCOMBE:  Your Honor, because the video

16  deposition is not being transcribed by the court reporter

17  during the time, since we did have an objection that was

18  played, for purposes of the record, may I read to Ms. -- the

19  court reporter --

04:17  20           THE COURT:  Ms. Barron.

21           MS. HOLCOMBE:  Yes, Ms. Barron -- the part that was

22  objected to that was played that was the subject of our bench

23  conference just five minutes ago?

24           THE COURT:  Okay.

04:17  25           MS. HOLCOMBE:  It was Page 148, beginning at Line 2,

04:17   1   of Mr. Pete Arroyo's deposition.  And the part that was

2   objected to that was played on the video was, "Okay.  Do you

3   know that Rohypnol was available in the Green Zone?

4        "Honestly" --

04:17   5        And then around that time things were objecting

6   and things were being stopped.  But I do believe it went as far

7   as to, "Honestly, I did not know that.  I knew drugs were

8   available.  So, I would surmise" --

9        And then, honestly, I don't know how much more

04:18   10  was played at that point.

11       THE COURT:  Okay.  You're not moving for a mistrial on

12  that, are you?

13       MR. McKINNEY:  No.

14       MS. HOLCOMBE:  No, your Honor.  Just for purposes of

04:18   15  the record, though.

16       THE COURT:  Well, I don't know there's anything we can

17  do to move this along.  We can start earlier and work later;

18  but I really feel a great deal of sympathy for the court

19  reporter, among others.  And I don't think we ought to make the

04:18   20  day too long or just -- I mean, biologically, we'll be trying

21  to do a lot of hard things when everyone is very tired.

22       And I guess settlement is an academic fantasy.

23  Is that right?

24       Okay.  All right.

04:19   25       MR. KELLY:  Your Honor, I would like to say for the

04:19   1   record also, while I stand here with egg on my face, there's

2   nothing that was overt, nothing intentional.  I'm embarrassed

3   by what just happened.  And just make the record clean --

4           THE COURT:  I don't have any --

04:19   5           MR. KELLY:  -- it was never intentional.

6           THE COURT:  I haven't heard anyone suggesting it was

7   intentional.

8               Okay.  Anything more for me before we adjourn?

9               All right.  Thank you very much.

10      *(Proceedings recessed for evening)*

11                      * * * * *

12              <u>COURT REPORTER'S CERTIFICATION</u>

13      I certify that the foregoing is a correct transcript from
        the record of proceedings in the above-entitled cause.

14

15   Date:  <u>June 23, 2011</u>

16

17                      <u>/s/   Cheryll K. Barron</u>

18                      Cheryll K. Barron, CSR, CMR, FCRR
                        Official Court Reporter

19

20

21

22

23

24

25

'Jamie [1]  70/6

-

-- you [1]  7/6

/

/s [1]  130/17

0

000263 [1]  84/25

1

10 [4]  10/20 11/4 44/22
 87/14
100 percent [1]  9/4
1000 [1]  2/6
109 [1]  54/8
10:00 [3]  70/16 70/17 71/9
10:05 [1]  47/7
10:11 [2]  69/20 69/21
10:56 [1]  86/4
10th [1]  86/22
11 [2]  70/16 71/9
1150 [2]  1/16 1/19
11:08 [1]  86/4
11:18 [1]  92/16
11:45 [1]  73/10
11:46 [1]  92/16
12 [2]  10/22 108/23
12:05 [1]  108/4
12:54 [1]  108/4
13 [2]  113/16 113/19
148 [2]  110/23 128/25
15 [4]  10/22 40/20 54/8
 54/11
150 [2]  113/15 113/19
151 [2]  113/16 113/19
16 [1]  63/13
17 [3]  40/20 61/17 80/18
1730 [1]  67/24
1800 [1]  67/24
185 [5]  64/5 64/9 64/12
 64/13 80/7
19382 [1]  1/22
1:00 p.m [1]  108/3
1:07 [1]  117/18
1:24 [1]  117/18

2

2005 [8]  23/4 23/25 28/19
 29/3 33/7 70/8 86/23 88/11
2006 [1]  87/13
201 [1]  29/24
2011 [2]  1/5 130/15
21 [1]  112/1
2121 [1]  70/6
2122 [1]  70/7
22 [2]  110/24 112/2
2211 [1]  69/20
226 [1]  12/11
23 [2]  1/5 130/15
25 [4]  108/23 109/1 113/15
 113/19
25th [1]  29/3
27 [2]  1/22 70/7
2719 [1]  1/4
27th [2]  33/7 71/13
28th [6]  31/1 31/2 51/18
 51/20 58/25 81/23
29th [1]  31/1

2:47 [1]  131/1
2:57 [1]  121/1

3

30th [2]  51/24 84/8
34 [1]  80/17
36th [1]  2/6

4

403 [3]  93/22 103/1 105/12
4:00 [1]  46/15
4:30 [2]  46/15 46/16
4th [2]  20/19 20/21

5

500 [1]  2/11
515 [1]  2/14
5:30 [2]  68/3 122/13
5th [2]  20/21 63/1

6

61 [1]  93/7
68 [1]  84/25
6:00 o'clock [1]  68/3

7

701 [1]  115/24
74 [2]  108/22 108/25
77002 [2]  2/7 2/15
77056 [3]  1/17 1/20 2/11

8

82 [1]  85/23
83 [1]  85/23
8:30 [3]  22/1 46/16 126/10
8:49 [1]  1/5

9

94 [1]  40/20
9:21 [1]  70/7
9:22 [1]  70/7
9:32 [1]  44/11
9:56 [1]  44/11
9:58 [1]  47/7

A

a.m [9]  1/5 44/11 44/11 47/7
 47/7 86/4 86/4 92/16 92/16
ability [2]  71/25 72/7
able [6]  44/4 64/18 64/19
 93/16 107/13 113/12
about [99]  4/5 5/18 5/21 6/8
 8/12 10/4 10/20 10/22 11/18
 12/2 13/19 14/7 15/13 19/1
 20/1 20/16 22/12 22/16 23/12
 23/17 23/25 24/4 26/17 31/1
 31/6 31/9 31/21 32/5 38/14
 47/21 51/18 56/5 56/22 58/1
 58/8 59/21 63/23 63/25 66/20
 68/21 70/1 72/13 73/4 73/8
 74/11 75/14 77/7 77/19 79/9
 81/3 81/4 81/22 82/15 82/17
 85/3 85/9 85/10 86/11 86/17
 91/2 91/20 92/13 94/2 94/5
 95/2 95/4 95/9 96/12 96/25
 99/21 99/25 100/25 102/24
 103/22 103/22 103/24 104/7
 105/5 106/16 107/3 108/7
 108/14 111/21 112/13 113/8
 115/6 116/15 116/17 117/1
 117/2 117/7 119/19 119/21
 121/21 122/20 123/5 123/9
 124/23 126/19

about [...] 113/12/24
above [5]  23/24 29/25 30/1
 105/10 130/13
above-entitled [1]  130/13
absence [1]  5/23
absolute [1]  92/14
absolutely [5]  17/13 45/15
 48/12 55/22 80/3
absurd [2]  90/9 90/10
academic [1]  129/22
access [1]  112/10
accidents [1]  81/19
accommodate [2]  45/18 47/2
accommodating [1]  127/23
according [1]  12/14
accusation [1]  65/14
accused [1]  65/4
acknowledged [1]  37/24
across [2]  29/25 61/11
act [5]  8/2 9/15 16/8 47/13
 54/24
acting [2]  107/16 107/17
action [1]  88/24
actions [1]  72/1
acts [4]  6/17 6/22 6/24 18/19
actually [31]  5/10 10/19 19/9
 27/17 28/11 30/7 31/10 36/19
 53/21 55/6 56/3 67/23 70/9
 70/15 71/2 71/8 84/6 89/8
 92/22 93/21 96/20 97/3
 100/12 102/3 105/4 110/5
 112/18 115/16 123/1 125/1
 125/13
Adams [4]  118/12 118/15
 118/17 119/4
add [4]  58/10 94/13 115/2
 115/9
addition [2]  109/20 123/23
additional [3]  88/16 100/12
 108/11
address [3]  6/6 59/17 121/15
addressed [3]  57/15 58/14
 96/8
adjourn [1]  130/8
administer [1]  22/10
administering [1]  81/6
admissibility [1]  105/15
admissible [2]  106/23 112/16
admission [4]  80/7 97/17
 98/15 107/17
admitted [2]  85/25 96/13
advance [3]  106/12 106/12
 111/15
advantage [1]  18/20
adversaries [1]  97/13
adverse [3]  8/21 99/17 99/24
affected [1]  72/4
affirmatively [1]  15/20
Afghanistan [2]  10/23 63/14
after [28]  6/25 48/15 50/24
 52/2 53/6 56/11 56/12 56/18
 61/24 61/25 63/2 63/2 63/22
 63/24 70/17 71/9 72/18 72/19
 74/23 76/9 84/13 84/18 87/14
 88/15 95/8 109/16 115/5
 126/20
afternoon [2]  46/1 116/10
again [15]  5/16 31/16 40/4
 47/24 66/9 75/25 77/21 86/1
 91/13 111/2 112/17 117/25
 119/8 125/8 126/1
against [10]  5/22 26/25 28/6

**against... [7]**  28/8 88/25
  89/24 95/17 95/21 99/1
  121/22
**age [1]**  61/16
**agency [2]**  88/17 107/21
**agendas [1]**  7/5
**agent [2]**  62/13 107/20
**agents [9]**  64/25 65/3 69/12
  70/10 74/11 74/15 78/6 78/10
  84/20
**aggressive [2]**  78/11 78/12
**ago [4]**  64/18 81/4 117/7
  128/23
**agree [17]**  4/10 11/9 11/9
  12/13 14/25 26/19 26/19
  31/25 32/2 68/11 87/22 87/25
  88/3 113/15 120/24 128/7
  128/12
**agreed [2]**  93/20 108/13
**agreement [1]**  113/17
**agrees [1]**  110/19
**ahead [6]**  18/4 33/6 45/20
  92/20 108/16 108/16
**ahold [1]**  70/16
**aided [1]**  1/24
**ain't [1]**  57/3
**air [11]**  19/1 20/6 61/25 62/1
  62/5 62/7 62/9 62/12 79/22
  79/22 89/14
**Air Force [6]**  61/25 62/5 62/7
  62/9 62/12 79/22
**Airman [1]**  62/7
**airport [1]**  20/6
**airway [1]**  81/7
**alarm [2]**  49/4 49/7
**alcohol [3]**  26/3 68/8 68/14
**alertness [1]**  72/10
**alike [1]**  113/21
**all [111]**  6/10 6/17 6/22 7/6
  8/11 10/18 11/4 12/24 14/3
  14/13 14/16 16/17 17/21 18/1
  18/18 22/3 25/21 25/22 26/15
  26/19 26/19 27/25 32/12
  33/16 35/21 36/7 37/5 37/7
  38/3 38/7 38/24 39/9 39/12
  41/21 46/10 46/13 46/19
  46/24 46/24 47/18 51/21
  51/23 54/3 57/11 58/4 60/7
  60/16 61/12 61/13 62/20 63/8
  63/15 63/23 64/10 64/17
  64/24 65/16 66/11 72/2 72/12
  73/4 73/15 76/25 79/7 85/2
  86/7 86/20 86/20 87/2 88/19
  89/10 90/17 92/2 92/10 92/14
  92/15 98/21 99/1 100/16
  100/23 102/1 105/6 105/25
  107/8 107/9 108/16 109/9
  111/10 115/19 116/9 117/2
  117/21 117/25 118/5 119/8
  119/13 119/17 119/19 120/22
  120/25 123/11 123/19 123/21
  124/3 124/11 126/4 126/7
  127/4 127/15 129/24 130/9
**all's [1]**  119/1
**allegations [3]**  66/21 77/25
  110/18
**alleged [1]**  109/8
**allegedly [1]**  102/24
**allow [13]**  14/15 15/22 16/1
  18/5 59/21 70/23 85/19 102/7

**allowed [2]**  25/18 103/8
**allowing [2]**  102/10 105/3
**almost [1]**  122/16
**alone [4]**  27/4 35/9 89/19
  90/13
**along [4]**  20/19 37/14 127/3
  129/17
**already [8]**  17/23 41/11 57/12
  63/15 63/24 91/23 105/4
  123/7
**also [13]**  23/20 31/11 33/3
  33/23 59/21 86/2 88/3 94/13
  94/16 100/16 118/12 127/22
  130/1
**alter [1]**  116/21
**alternatively [1]**  98/18
**always [4]**  7/25 8/1 100/19
  121/11
**am [4]**  22/5 57/3 100/25
  101/12
**amend [1]**  116/20
**amending [1]**  5/9
**Amendment [10]**  9/25 16/9
  16/10 65/20 66/9 66/13 66/17
  66/21 85/11 85/12
**American [3]**  11/19 14/1 65/15
**among [1]**  129/19
**amount [3]**  47/14 81/1 98/19
**anal [2]**  48/3 58/2
**analysis [1]**  115/10
**anatomical [2]**  57/14 58/8
**anatomy [1]**  57/19
**and/or [1]**  94/2
**Andrew [2]**  2/9
**angel [1]**  79/11
**announce [1]**  91/19
**announcement [1]**  116/15
**another [19]**  4/6 8/2 8/3 9/11
  11/19 30/11 32/24 68/18
  73/23 75/15 76/20 79/5 91/11
  111/10 114/20 118/11 118/21
  119/7 119/9
**answer [38]**  12/3 12/4 12/6
  12/17 12/20 13/3 40/25 41/8
  50/17 54/13 54/15 54/18
  54/23 55/2 55/8 57/17 58/20
  58/20 64/24 65/15 65/23
  66/11 66/20 67/13 83/17
  83/20 85/10 89/1 90/16 90/25
  91/6 111/8 111/9 113/25
  114/8 114/18 121/5 123/10
**answered [4]**  13/4 50/24 63/24
  65/6
**answers [3]**  82/9 85/11 105/18
**ante [1]**  44/18
**Anthony [7]**  76/18 76/21 79/2
  118/12 118/15 118/17 119/4
**anticipate [1]**  127/17
**anticipated [2]**  7/12 127/19
**any [84]**  4/22 5/8 6/22 6/23
  7/13 7/21 11/3 11/12 13/20
  14/20 17/4 19/3 21/13 26/17
  27/5 28/10 28/10 28/15 41/15
  42/20 48/4 48/13 48/21 56/10
  57/12 57/17 57/19 58/6 58/24
  59/2 59/5 59/14 60/19 62/16
  63/12 65/10 65/15 65/16
  66/17 66/22 66/23 68/7 71/21
  71/25 72/1 72/5 72/10 72/24
  74/6 79/2 82/23 83/12 83/14

  109/17 111/14 111/15 112/10
  115/19 115/22 115/22 116/19
  120/11 121/19 123/19 124/24
  125/11 125/15 125/15 125/19
  126/12 130/4
**anybody [7]**  4/4 18/20 35/18
  84/14 106/19 112/17 128/1
**anybody's [1]**  32/16
**anyone [8]**  15/16 28/9 28/12
  48/23 76/11 78/21 121/22
  130/6
**anything [22]**  6/25 11/2 11/12
  13/22 15/23 16/2 16/4 36/15
  72/13 72/14 74/8 82/15 88/20
  89/22 99/10 109/6 109/21
  112/19 112/22 125/18 129/16
  130/8
**Anyway [1]**  92/6
**apart [1]**  105/11
**apologize [7]**  7/13 7/16 22/3
  26/14 104/17 104/24 126/11
**apology [1]**  7/18
**apparently [1]**  97/19
**appear [10]**  10/23 71/7 72/4
  72/10 72/12 77/14 81/16
  81/25 82/3 82/19
**appearance [2]**  81/15 82/15
**appeared [3]**  82/18 93/23
  101/22
**appears [3]**  71/10 120/8 121/4
**applied [1]**  23/3
**applying [1]**  51/3
**appreciate [2]**  43/17 123/22
**approach [7]**  40/8 54/5 81/16
  89/9 119/10 124/9 124/10
**appropriate [3]**  8/6 90/14
  90/15
**approval [1]**  5/8
**approve [1]**  83/9
**approximately [2]**  63/19 83/5
**April [1]**  23/25
**are [76]**  5/8 6/8 9/18 10/9
  13/25 15/17 15/19 18/14
  18/15 22/8 24/17 24/17 25/14
  25/17 25/18 31/11 32/15
  33/11 33/16 34/9 35/1 36/24
  41/11 41/13 41/19 42/14
  42/16 43/9 43/18 43/19 46/21
  47/5 50/5 50/24 60/13 64/17
  76/7 76/8 77/11 79/10 79/10
  80/1 80/1 80/16 80/20 81/8
  87/21 87/25 88/4 96/25 97/13
  99/23 99/24 102/23 102/25
  105/6 105/19 108/7 108/12
  108/15 108/19 110/16 111/22
  112/23 119/8 120/15 122/21
  123/23 125/11 125/15 126/11
  126/18 126/21 128/5 128/6
  129/12
**area [4]**  57/15 61/12 69/6
  124/16
**areas [1]**  90/17
**aren't [3]**  25/11 64/19 127/4
**argue [1]**  105/25
**argued [1]**  4/22
**arguing [3]**  96/7 96/9 96/10
**argument [4]**  6/6 112/25 113/6
  116/25
**argumentative [1]**  101/6

**A**

**arguments [1]** 18/5
**arm [2]** 72/13 72/16
**army [1]** 56/12
**around [10]** 4/4 12/15 29/16
33/12 39/1 68/5 73/10 88/3
93/7 129/5
**arouse [1]** 49/16
**arrangements [1]** 15/17
**arrest [1]** 9/5
**arrived [2]** 23/24 63/22
**Arroyo [19]** 29/13 34/24 55/25
56/1 56/1 108/12 109/15
110/19 111/22 114/9 114/10
114/18 122/8 122/11 122/15
122/21 123/3 124/4 124/5
**Arroyo's [4]** 113/24 114/12
115/4 129/1
**as [97]** 4/22 6/16 6/22 6/23
7/21 8/21 11/12 11/13 12/2
12/2 13/5 24/8 25/14 30/11
34/12 36/24 38/6 39/15 41/18
44/5 44/6 45/18 45/18 48/1
48/24 48/24 50/4 53/24 55/1
55/5 55/5 59/20 60/7 62/7
63/3 63/8 63/21 64/12 64/25
64/25 65/7 65/14 66/12 66/12
70/13 71/12 73/13 73/16
76/23 77/14 79/25 80/18
80/22 80/24 81/15 81/16
85/22 91/5 92/4 93/13 93/16
94/6 94/19 95/5 95/6 96/8
96/9 96/10 96/13 96/25 96/25
97/7 97/13 100/2 100/15
100/17 102/4 102/17 108/10
109/8 109/10 109/10 111/25
111/25 112/14 113/9 113/25
113/25 114/9 115/25 120/15
124/15 124/15 124/21 126/11
129/6 129/7
**ask [23]** 6/3 12/12 14/18
20/16 21/2 37/18 37/24 57/19
58/5 58/9 58/9 75/3 81/22
83/12 85/9 90/13 103/5
112/13 114/23 120/4 120/5
120/12 120/17
**asked [37]** 9/14 11/25 13/3
13/4 31/21 49/7 50/24 52/13
52/17 52/21 52/22 57/2 73/17
75/7 75/20 77/8 77/15 78/14
83/15 83/18 83/20 85/3 85/9
86/22 86/24 87/4 87/5 89/21
96/24 99/8 101/14 107/3
108/7 111/21 114/17 115/10
121/4
**asking [9]** 16/4 50/13 50/19
85/14 86/10 86/11 86/17
114/14 114/19
**asleep [1]** 48/15
**aspects [2]** 15/13 58/14
**assert [1]** 123/7
**asserted [3]** 6/8 98/17 123/17
**assertion [1]** 123/15
**asset [1]** 87/21
**assigned [1]** 24/2
**assigns [1]** 63/6
**assist [1]** 51/3
**assumed [1]** 53/13
**Assuming [1]** 103/23
**assumption [1]** 100/19
**Astoria [1]** 61/10

**astray [1]** 126/7
**Atlanta [1]** 20/9
**attack [2]** 11/19 81/17
**attempt [1]** 89/20
**attention [5]** 18/23 67/1
95/25 117/14 119/23
**attorney [6]** 1/18 15/19 97/5
98/4 100/7 100/13
**attorney's [3]** 8/1 15/21
15/23
**attorney-client [3]** 15/19
100/7 100/13
**attorneys [2]** 21/23 66/4
**attracted [1]** 29/20
**attractive [1]** 29/21
**authenticity [3]** 96/8 97/20
97/21
**authorities [2]** 14/13 14/13
**authorized [3]** 98/14 98/14
107/11
**automatically [1]** 120/2
**availability [3]** 111/4 111/5
112/7
**available [7]** 111/6 111/12
111/22 112/9 112/24 129/3
129/8
**aware [5]** 46/20 59/12 97/13
100/14 102/1
**awareness [1]** 72/10
**away [3]** 41/4 44/20 53/13
**awfully [1]** 11/8

**B**

**back [41]** 10/22 35/22 35/23
35/24 38/1 38/12 39/5 44/4
44/24 46/9 46/21 50/1 50/4
53/6 55/11 61/4 63/11 63/15
65/18 65/21 65/25 66/24
74/24 76/10 76/25 77/4 77/20
78/14 82/12 87/19 92/25
98/19 107/25 108/2 108/3
116/6 116/7 119/21 121/6
121/7 125/4
**bad [2]** 89/13 110/15
**Baghdad [2]** 110/9 110/16
**Baileys [5]** 36/9 36/13 37/2
68/24 69/1
**ball [2]** 21/22 111/15
**bandaging [1]** 81/5
**Barker [1]** 110/1
**Barker's [1]** 109/8
**barracks [12]** 24/2 24/4 24/5
24/19 29/25 30/2 32/7 32/9
32/9 32/10 33/4 34/16
**Barracks 1 [1]** 32/10
**Barracks 2 [4]** 24/2 24/4 24/5
32/9
**barred [1]** 6/18
**barrier [1]** 32/18
**barriers [3]** 32/13 32/15 33/1
130/17 130/18
**Barron [5]** 2/13 128/20 128/21
130/7 130/18
**base [3]** 29/6 79/22 113/2
**based [8]** 73/8 73/10 90/16
102/2 109/11 116/2 116/4
123/15
**bases [1]** 32/16
**basic [4]** 62/7 81/5 81/11
81/15
**basis [1]** 105/7
**bat [1]** 94/12

**bathrobe [3]** 30/15 30/16 31/7
**bathroom [6]** 30/11 31/7 31/24 31/24
24/22 24/23 25/3 29/23 31/7
76/10
**bathrooms [2]** 24/22 25/7
**be [106]** 5/5 5/23 6/3 6/4
6/24 7/14 8/22 9/4 10/12
11/16 12/1 12/23 13/19 14/2
17/15 18/6 18/9 19/6 19/20
21/10 21/16 22/12 24/11
27/10 27/16 30/24 32/4 32/19
46/16 47/9 49/9 49/11 50/6
52/18 52/19 59/25 59/25
60/10 64/16 68/2 73/12 81/25
82/3 86/6 89/19 90/13 90/14
91/2 91/7 91/13 92/4 92/8
93/16 94/17 94/24 95/10 97/1
97/13 98/24 99/1 99/11 102/8
102/11 104/8 105/11 105/11
105/22 106/1 106/23 107/11
107/13 107/14 109/6 109/10
109/18 111/12 112/3 113/3
113/11 113/12 116/9 116/9
116/22 117/4 117/4 117/6
117/20 118/21 119/18 120/14
122/16 122/25 123/14 123/18
123/23 124/1 124/2 125/18
125/20 126/17 127/3 127/11
128/3 128/10 128/12 129/20
**bear [2]** 40/22 100/2
**beautiful [1]** 110/8
**because [40]** 6/18 7/9 8/1
15/12 16/10 16/11 24/4 26/14
31/23 38/13 43/4 46/6 49/9
52/5 53/3 56/7 62/16 64/19
76/18 76/24 85/3 90/25 95/18
96/6 98/20 100/9 102/3
105/13 105/21 106/1 107/10
112/15 113/2 113/14 114/7
116/16 117/9 121/6 122/15
128/15
**becomes [3]** 26/9 26/11 111/8
**bed [14]** 39/18 39/21 39/23
39/24 39/24 40/1 41/6 42/7
42/20 43/2 43/18 49/22 51/14
76/5
**bed -- I [1]** 43/18
**beds [4]** 42/14 42/16 43/19
43/19
**been [48]** 4/11 5/18 16/6
16/11 24/5 43/8 44/14 46/23
56/19 56/25 57/9 57/15 60/20
64/3 67/21 71/12 72/4 75/14
79/16 79/18 79/19 80/22
89/12 91/4 91/23 95/13 95/13
95/16 95/17 96/24 96/24 97/6
97/7 97/15 99/2 100/8 100/19
101/21 101/21 101/22 101/22
106/18 108/7 110/10 120/7
120/16 127/23 127/24
**beer [2]** 68/4 68/18
**beers [1]** 68/10
**before [44]** 1/10 10/21 10/23
16/2 17/20 22/12 33/21 34/7
36/16 36/16 36/18 46/4 49/2
49/22 52/16 52/25 54/20 56/8
56/9 64/3 64/22 67/4 67/5
67/15 68/9 68/18 70/16 71/3
71/9 74/12 78/20 84/19 84/20
95/16 108/3 109/10 117/13
119/10 121/23 122/5 123/10
126/11 128/10 130/8

**B**

beforehand [1]  124/17
began [3]  63/19 80/18 84/11
begin [3]  10/25 39/13 61/15
beginning [2]  54/8 128/25
begins [1]  108/25
begun [1]  84/8
behalf [1]  98/15
behavior [1]  12/18
being [25]  5/21 6/8 10/11
  10/16 10/18 56/20 56/21 65/7
  80/2 83/9 97/10 97/16 97/24
  102/12 102/16 103/18 105/12
  106/5 109/25 111/3 114/9
  115/23 116/16 128/16 129/6
belabor [1]  115/15
believe [55]  5/5 11/16 21/17
  23/5 23/9 23/17 23/22 24/3
  24/7 24/11 24/23 25/8 30/1
  30/25 31/2 31/8 33/5 33/16
  34/22 35/20 36/5 36/18 36/18
  36/21 36/23 37/1 38/16 38/23
  39/4 39/25 45/19 49/4 51/9
  51/20 51/20 52/17 57/5 57/24
  63/15 64/16 68/9 69/7 71/15
  76/22 84/12 88/13 93/7 99/15
  104/12 104/13 106/25 113/1
  118/3 119/6 129/6
believed [1]  13/10
bell [1]  125/4
belong [1]  111/18
bench [7]  17/25 20/10 43/23
  67/8 86/2 89/9 128/22
benefit [1]  102/11
Beneta [6]  26/7 26/23 28/19
  63/18 63/20 75/15
best [9]  22/16 32/17 41/19
  42/2 46/21 55/15 58/19 70/25
  126/6
better [15]  25/1 25/20 27/7
  27/13 27/24 31/15 35/10
  39/20 44/17 44/20 69/3 86/15
  99/21 110/9 125/13
between [17]  11/7 27/6 32/9
  32/10 32/20 33/3 39/15 47/22
  48/7 48/15 59/8 62/23 94/13
  114/16 115/21 119/21 124/7
beyond [9]  10/17 11/14 11/22
  14/1 16/14 57/18 105/10
  112/23 112/23
bias [8]  14/19 15/6 15/7
  94/16 95/19 98/18 103/18
  103/20
big [2]  16/25 51/7
bigger [1]  23/21
biggest [1]  87/21
bind [1]  107/13
biologically [1]  129/20
bit [5]  33/6 47/24 61/6 81/3
  116/16
blah [3]  111/12 111/13 111/13
Blake [1]  2/4
blankets [1]  42/6
blanks [1]  61/5
blatant [1]  89/20
blatantly [1]  89/18
bleeding [1]  81/7
blew [1]  117/3
blow [1]  98/19
blow-back [1]  98/19
blown [1]  57/10

bobbing [1]  32/19
bomb [1]  23/21
book [1]  23/21
born [2]  61/6 61/8
BORTZ [53]  2/8 8/14 8/19 8/23
  14/4 14/18 14/24 22/6 22/7
  22/10 22/21 22/24 23/2 23/3
  26/13 32/4 39/12 40/11 40/24
  41/18 44/25 47/21 49/1 54/10
  55/10 57/9 57/25 58/24 59/7
  59/10 60/7 70/4 80/7 80/13
  84/3 86/10 86/15 87/8 88/24
  89/7 91/4 91/8 94/7 98/15
  98/16 98/20 101/14 114/11
  114/13 114/16 115/11 115/21
  116/14
Bortz' [2]  12/25 13/23
both [8]  23/21 59/3 112/3
  119/21 120/6 120/9 123/5
  123/23
bottom [3]  39/25 43/2 112/18
bought [2]  112/3 112/18
bounds [3]  7/15 10/17 11/14
box [3]  5/19 21/14 117/11
boyfriend [1]  63/21
brazen [1]  12/22
breached [1]  100/7
break [8]  28/13 44/1 44/2
  44/3 70/21 91/25 92/11
  114/22
breaks [1]  73/14
breasts [2]  48/13 59/5
bridge [1]  61/11
brief [2]  17/19 83/25
briefly [3]  4/20 74/14 88/8
bring [6]  5/16 16/18 29/13
  76/9 116/20 121/21
bringing [2]  38/5 71/18
brings [1]  36/7
broke [1]  73/2
brought [6]  18/22 55/23 89/24
  95/24 110/7 122/6
BROWN [3]  1/6 1/7 62/22
bruised [2]  58/25 58/25
bruises [1]  59/2
Brumatti [4]  26/7 63/18 63/20
  75/15
building [9]  24/7 24/8 24/9
  24/9 24/10 24/24 30/9 73/13
  73/15
bunk [7]  39/25 42/16 43/2
  43/5 50/10 50/11 60/11
burden [1]  100/2
bus [18]  9/15 53/9 53/11
  53/12 53/14 53/14 53/15
  53/24 53/25 54/1 54/11 54/17
  54/19 54/20 54/21 55/1 55/7
  115/11
business [2]  23/15 115/20
but [116]  4/4 6/23 7/13 8/23
  9/21 10/7 10/10 10/18 11/16
  12/13 14/9 14/23 15/6 16/15
  18/13 18/14 18/18 19/5 20/5
  20/11 21/2 22/13 25/15 25/22
  27/10 27/22 28/14 30/19
  31/15 32/17 34/8 35/13 36/11
  37/20 38/1 38/17 38/9 38/11
  38/22 41/12 43/11 44/25 45/3
  46/8 51/16 52/1 52/8 52/22
  55/18 55/20 55/21 57/18
  58/13 58/18 59/17 68/17
  70/18 72/15 73/6 75/25 76/7

  76/18 76/22 77/11 78/12 79/1
  80/25 81/15 82/11 82/22 83/4
  85/18 87/23 90/8 91/19 93/5
  93/12 93/21 96/15 96/20
  97/19 98/7 98/13 98/18 99/6
  99/9 99/14 99/15 100/6
  100/19 100/25 101/4 101/16
  101/25 102/1 102/6 106/18
  108/20 109/6 111/17 112/23
  113/6 115/16 120/5 120/7
  120/23 121/23 123/2 123/14
  124/19 126/12 127/1 127/3
  127/21 129/6 129/18
buy [1]  92/5
buzzed [3]  39/7 39/9 84/6
bye [2]  53/12 53/13

**C**

call [22]  22/4 22/6 25/15
  28/22 32/12 56/11 56/13
  56/15 65/11 67/1 69/13 77/21
  78/20 78/21 78/24 78/25
  84/19 91/15 118/1 118/11
  124/4 125/10
called [5]  10/13 56/16 56/21
  79/5 101/6
calling [6]  8/21 9/3 69/8
  71/12 117/14 117/21
calls [4]  35/17 70/5 70/10
  119/23
came [8]  23/6 38/19 69/3 70/5
  73/12 73/13 76/10 77/4
camp [7]  23/9 23/24 26/7 29/7
  29/16 52/6 84/14
can [73]  5/24 5/24 6/5 6/5
  12/2 16/19 18/21 19/12 19/12
  19/13 20/17 21/15 21/21 22/1
  22/16 34/25 36/5 40/24 41/19
  41/21 41/22 41/24 41/25 42/2
  43/8 43/21 45/11 45/18 45/24
  46/1 46/10 46/17 52/7 53/16
  53/20 58/7 58/9 58/19 60/13
  67/14 68/18 69/12 70/21
  70/25 71/14 71/16 86/15 87/2
  90/12 91/25 92/10 102/7
  103/3 103/4 105/8 108/19
  112/2 112/20 117/15 119/10
  119/25 120/1 124/13 125/5
  125/12 125/17 125/19 126/2
  127/6 127/7 127/24 129/16
  129/17
can't [7]  5/23 50/6 88/13
  89/23 117/11 125/3 125/4
cannot [2]  38/11 43/11
capable [1]  60/13
captain [2]  63/5 63/8
car [1]  32/18
care [2]  103/3 117/3
career [1]  63/11
careful [1]  13/19
Carolina [3]  79/19 79/20 80/2
carried [1]  39/11
carries [1]  107/3
carrying [1]  60/8
case [31]  7/11 9/3 9/18 10/13
  10/14 10/24 15/13 16/12
  18/14 24/8 56/20 56/22 57/16
  57/18 65/7 66/15 96/2 109/17
  111/14 111/19 112/11 112/17
  112/23 113/1 113/7 115/1
  117/5 117/10 120/16 123/4
  127/2

**Castillo [1]** 71/15
**Cates [1]** 2/3
**causation [1]** 58/16
**cause [2]** 28/15 130/13
**cell [2]** 34/18 70/9
**cellular [1]** 70/4
**certain [3]** 81/1 90/17 104/3
**certainly [8]** 4/10 14/22
18/16 70/20 98/14 98/14
113/6 120/24
**certification [2]** 124/25
130/12
**certified [1]** 12/11
**certify [1]** 130/13
**cetera [1]** 94/8
**challenged [3]** 72/15 72/16
72/19
**chambers [1]** 124/14
**chance [2]** 44/9 106/8
**change [4]** 5/6 20/2 72/7
72/11
**changes [1]** 106/10
**changing [1]** 5/9
**charge [1]** 9/22
**charges [4]** 89/23 90/8 117/15
121/21
**CHARLES [11]** 2/8 14/4 22/6
22/21 23/2 98/15 98/16 98/20
114/11 114/13 115/21
**Charleston [1]** 79/22
**charm [1]** 117/24
**check [2]** 125/7 125/17
**checked [2]** 124/17 124/18
**Cheryll [3]** 2/13 130/17
130/18
**Chester [1]** 1/22
**chief [2]** 9/3 63/5
**circumstances [1]** 15/18
**citizen [2]** 11/19 65/15
**civil [1]** 12/21
**civilian [1]** 68/2
**claim [3]** 5/17 5/22 5/23
**claimant [1]** 15/20
**claiming [1]** 97/20
**claims [1]** 6/8
**clammy [1]** 81/17
**clarification [1]** 16/5
**clarify [3]** 10/7 16/3 89/9
**clarity [1]** 113/18
**class [2]** 111/16 112/11
**clean [1]** 130/3
**clear [6]** 8/18 9/5 10/10
38/12 40/7 45/24 89/13 93/6
99/1 102/12 108/18 123/20
**clearer [1]** 116/3
**clearly [2]** 11/17 115/1
**client [13]** 5/3 5/8 6/17 7/9
9/23 15/19 45/12 52/5 57/17
98/19 100/7 100/13 104/11
**client's [1]** 102/11
**clients [2]** 99/1 102/24
**clinic [2]** 115/5 115/8
**clip [1]** 106/12
**clips [6]** 18/6 18/7 119/19
120/1 120/9 120/17
**close [2]** 5/1 11/8
**closing [3]** 6/6 18/5 18/9
**clothes [1]** 73/25
**CM [1]** 2/13
**CMR [1]** 130/18

**Code [1]** 23/15
**cohabitation [1]** 27/1 27/4
27/8
**cold [1]** 44/14
**colleague [1]** 120/5
**come [15]** 4/19 9/5 17/23 35/3
35/22 44/24 45/20 46/16
56/22 105/13 106/19 109/12
112/14 113/9 125/16
**comes [9]** 16/2 17/20 35/7
35/23 35/24 38/1 50/4 92/15
110/21
**comfortable [2]** 53/2 53/5
**coming [10]** 10/9 19/10 20/7
46/8 65/25 73/16 93/16 96/20
98/24 115/20
**comment [11]** 7/11 32/3 32/5
37/13 38/8 38/19 38/19 38/21
57/19 115/9 116/19
**commentary [1]** 105/23
**commented [1]** 117/4
**comments [2]** 113/22 115/17
**communicate [2]** 46/25 72/8
**communicated [1]** 21/23
**communication [1]** 15/14
**companies [1]** 87/25
**company [4]** 1/6 88/4 107/13
107/13
**compensation [1]** 15/19
**complaint [1]** 116/21
**complete [2]** 118/19 119/5
**completely [4]** 14/21 14/25
78/3 83/21
**complied [1]** 75/9
**computer [2]** 1/24 104/18
**computer-aided [1]** 1/24
**concern [2]** 25/4 96/7
**concerned [3]** 20/14 75/14
113/8
**concerning [1]** 107/20
**concludes [1]** 118/18
**concrete [2]** 32/18 33/1
**conditions [1]** 16/1
**Conduct [1]** 23/15
**conference [2]** 119/22 128/23
**conferred [1]** 5/7
**confidential [2]** 15/12 15/14
**confine [1]** 13/22
**confirm [2]** 52/7 125/19
**confused [2]** 78/9 82/7
**Congressman [1]** 11/2
**conscionable [1]** 114/3
**consensual [2]** 14/5 115/21
**consent [1]** 114/16
**consented [2]** 113/22 115/18
**consider [1]** 106/7
**consideration [1]** 79/12
**considered [1]** 93/20
**consistently [1]** 123/14
**consult [1]** 87/3
**consumed [1]** 68/15
**consumption [1]** 68/8
**contact [3]** 70/15 71/3 71/8
**contacted [1]** 56/25
**container [1]** 84/16
**contest [1]** 72/16
**contesting [2]** 114/23 114/25
**context [2]** 104/10 114/7
**continuation [1]** 85/8
**continue [5]** 7/4 44/4 67/11
75/20 95/25

**continued [2]** 32/1 71/24
**control [1]** 32/1
**controlling [1]** 81/6
**conversation [5]** 76/21 77/4
114/21 115/4 115/22
**conviction [1]** 9/5
**convictions [1]** 4/18
**cool [1]** 81/17
**Cooper [1]** 2/10
**cooperation [1]** 85/5
**cooperative [2]** 84/23 86/19
**copious [2]** 59/13 59/18
**copy [1]** 108/17
**correct [18]** 23/5 27/16 31/1
32/5 35/10 48/20 50/3 50/23
55/22 65/24 66/10 66/14 84/5
88/18 101/11 104/1 117/22
130/13
**corrected [1]** 13/6
**correctly [1]** 91/5
**cosmetic [3]** 45/25 46/3 46/11
**costs [3]** 7/24 8/1 8/6
**could [38]** 21/20 21/21 21/25
21/25 27/10 27/22 40/16
44/17 44/21 44/21 44/24 45/3
46/15 59/22 59/25 59/25 65/1
65/10 66/12 67/12 87/6 91/2
91/2 99/6 99/8 99/9 100/24
101/13 101/15 102/11 103/17
107/4 111/10 113/24 114/2
116/14 121/15 123/23
**couldn't [5]** 39/10 39/10
49/20 82/23 113/3
**counsel [14]** 7/5 7/16 54/8
57/11 59/8 85/2 85/14 85/17
89/10 93/6 102/25 119/13
124/8 124/11
**count [1]** 126/25
**counter [2]** 7/23 111/13
**counter-defendant [1]** 7/23
**counterclaim [11]** 4/20 4/21
5/7 5/14 7/20 8/19 116/14
116/15 116/19 116/22 117/10
**country [2]** 29/6 56/3
**couple [4]** 21/11 76/8 92/18
93/10
**course [4]** 51/23 85/15 107/16
107/18
**court [52]** 1/12 2/12 2/14 4/15
4/16 4/22 6/1 6/5 7/16 8/11
9/9 9/12 10/5 10/10 12/21
14/5 16/4 16/24 17/25 18/23
20/10 22/12 43/23 46/20 62/3
67/8 85/21 90/23 91/20 97/5
97/5 98/16 100/18 100/21
103/18 107/6 108/19 115/20
116/15 116/18 117/9 117/14
117/15 117/15 121/3 121/8
126/5 128/16 128/19 129/16
130/12 130/18
**Court's [10]** 4/9 5/4 9/16
10/7 11/22 20/20 90/16 91/1
95/25 112/14
**courtesy [1]** 99/15
**courtroom [4]** 18/19 99/17
116/13 121/13
**cover [1]** 16/8
**covers [3]** 105/2 107/22 116/4
**Cream [2]** 36/9 36/13
**credo [1]** 117/24
**crew [2]** 63/5 79/23
**crime [2]** 65/14 78/18

## C

**crimes [1]**  16/9
**criminal [1]**  85/7
**critical [1]**  15/7
**cross [5]**  8/23 61/1 80/11
 118/24 118/25
**cross-examination [3]**  8/23
 61/1 80/11
**CSH [1]**  56/12
**CSR [2]**  2/13 130/18
**Cullen [1]**  2/9
**cumulative [5]**  105/4 105/9
 105/11 105/16 106/2
**cumulativeness [1]**  105/7
**cup [2]**  36/7 36/7
**currently [1]**  79/23
**customary [1]**  61/3
**cut [4]**  45/7 58/18 90/24
 102/24
**cuts [3]**  94/3 121/5 121/6
**CV [1]**  1/4

## D

**D/B/A [1]**  1/6
**damage [1]**  4/25
**damaging [4]**  96/25 102/10
 102/23 104/10
**Dan [2]**  80/15 90/10
**Daniel [1]**  2/5
**Darington [1]**  1/22
**date [6]**  6/23 7/20 7/21 31/3
 109/16 130/15
**dates [1]**  52/1
**dating [1]**  79/5
**David [1]**  23/2
**day [34]**  19/19 20/22 21/1
 21/24 29/4 29/6 30/24 30/25
 34/7 45/21 45/23 45/24 46/14
 47/12 47/14 47/15 51/19 52/1
 52/2 66/24 67/4 67/4 67/15
 67/15 67/20 76/7 77/21 92/5
 127/4 128/3 128/8 128/10
 128/13 129/20
**days [6]**  25/13 34/7 61/25
 84/18 84/19 127/16
**dead [1]**  124/21
**deal [2]**  75/17 129/18
**decency [1]**  7/15
**decide [5]**  8/4 21/15 111/10
 111/16 117/5
**decided [1]**  121/7
**decision [3]**  44/5 44/21 91/6
**declined [2]**  52/23 87/4
**deep [1]**  47/16
**defamation [5]**  4/25 5/17 6/17
 6/22 6/24
**defendant [3]**  2/2 2/8 7/23
**defendants [6]**  1/8 94/16
 95/21 118/4 118/9 119/2
**defendants' [2]**  6/2 123/3
**defending [1]**  7/9
**defense [8]**  5/1 7/24 15/3
 15/4 96/1 96/2 124/7 127/23
**definitely [1]**  100/8
**degree [1]**  61/4
**demeanor [3]**  72/7 82/15 82/18
**demonstrative [1]**  58/8
**deny [1]**  52/7
**departed [1]**  33/21
**department [37]**  10/11 10/21
 11/7 11/18 25/15 30/24 43/11

**depiction [1]**  57/15
**deployed [1]**  63/13
**deployments [1]**  79/24
**depo [2]**  8/15 92/23
**deponent [1]**  91/24
**deponents [1]**  101/21
**deposed [1]**  98/8
**deposition [63]**  3/12 8/12
 31/22 40/13 66/15 66/18
 91/16 92/19 93/8 93/9 93/13
 93/19 93/24 93/25 94/1 94/3
 94/22 94/22 95/1 95/6 96/11
 96/13 97/4 97/8 97/12 97/17
 98/1 98/2 99/2 99/4 99/23
 102/2 102/14 102/20 103/7
 103/9 103/11 103/12 103/12
 103/22 106/5 106/5 106/15
 106/24 106/8 108/21 112/13
 112/15 112/15 114/7 116/13
 117/22 118/12 118/19 119/3
 119/5 121/20 123/1 124/25
 125/12 127/6 128/16 129/1
**depositions [10]**  101/24 113/7
 116/9 119/18 120/6 123/6
 123/6 123/20 126/8 126/18
**derelict [2]**  123/18 124/1
**derivative [1]**  15/24
**describe [1]**  32/17
**described [3]**  24/13 39/15
 48/1
**deserving [1]**  79/11
**designated [2]**  94/1 118/7
**designations [3]**  8/12 92/19
 105/2
**designed [1]**  32/18
**detail [4]**  43/12 43/15 74/12
 74/14
**details [6]**  64/23 64/23 67/2
 74/6 76/8 78/14
**did [137]**
**didn't [40]**  19/2 19/3 19/5
 23/16 25/4 28/6 28/14 31/12
 35/5 35/14 37/24 38/15 38/18
 48/9 48/11 48/13 49/14 51/3
 53/2 53/3 78/3 82/22 86/24
 87/6 89/11 90/25 98/21 98/22
 101/1 106/24 110/15 113/25
 116/16 121/21 121/23 122/2
 122/3 123/13 126/13 127/17
**different [4]**  5/5 81/18 112/2
 117/7
**differentiation [1]**  79/3
**differently [1]**  35/25
**difficult [1]**  43/16
**direct [5]**  8/14 8/20 8/23
 22/22 119/1
**direction [1]**  35/14
**directly [7]**  13/12 22/16
 24/11 25/3 29/24 30/1 93/24
**disagree [1]**  31/23
**disbelief [1]**  78/4
**discharge [6]**  59/14 59/18
 59/25 60/3 62/14 62/18
**discharged [2]**  62/14 62/25

**discipline [1]**  89/15
**disciplined [1]**  89/7
**disclosure [1]**  15/13
**discovered [1]**  112/15
**discovery [1]**  112/12
**discrepancy [1]**  43/7
**discuss [5]**  16/23 75/10 93/17
 106/13 106/15
**discussed [4]**  4/20 93/25
 96/12 108/20
**discussion [8]**  17/25 19/14
 20/10 43/23 59/8 67/8 96/19
 124/7
**discussions [1]**  15/12
**dismissal [6]**  4/10 5/14 6/3
 6/16 6/22 7/19
**disregard [1]**  120/13
**disrespectfully [1]**  18/19
**DISTRICT [4]**  1/1 1/1 1/11
 2/14
**divides [1]**  32/23
**DIVISION [1]**  1/2
**DNA [5]**  59/10 85/6 86/23
 88/12 88/16
**do [138]**
**doc [1]**  19/8
**doctor [2]**  21/24 59/17
**doctor's [1]**  59/13
**doctors [1]**  19/8
**document [29]**  64/3 64/12
 64/15 85/3 94/10 96/2 96/11
 97/6 97/11 97/15 97/16 97/17
 97/18 97/25 98/22 102/22
 103/6 103/6 103/7 103/10
 103/13 103/14 104/13 106/7
 106/18 106/19 106/23 107/7
 107/23
**documented [4]**  58/5 69/12
 75/5 79/7
**documents [4]**  17/16 95/17
 95/21 95/25
**does [19]**  7/3 12/13 35/22
 49/2 61/12 68/13 71/7 99/13
 106/7 109/24 111/22 115/2
 118/19 118/20 119/5 119/6
 120/2 121/10 127/20
**doesn't [13]**  7/2 12/3 13/11
 13/17 53/21 85/7 107/10
 111/9 111/15 111/18 112/16
 112/17 114/3
**dog [2]**  6/9 6/12
**doing [9]**  22/2 54/24 57/23
 60/14 90/11 99/22 103/12
 120/11 127/24
**Dollar [1]**  71/16
**don't [110]**  4/11 8/13 8/14
 8/19 9/20 10/21 10/24 11/11
 12/13 13/15 18/15 19/11
 19/15 23/22 28/10 28/11
 30/18 31/9 31/16 32/12 32/16
 34/4 34/8 35/5 35/6 35/13
 36/2 36/12 36/14 37/4 37/10
 37/10 37/12 37/12 37/16
 37/20 38/6 38/9 40/25 41/11
 41/22 42/22 45/4 45/9 45/11
 50/12 50/12 51/6 51/9 51/13
 51/13 51/16 51/24 53/19 56/5
 56/10 56/21 57/3 57/20 58/13
 58/19 58/20 59/16 59/22
 60/15 64/1 68/5 73/6 76/19
 76/22 77/10 79/1 79/2 81/21
 83/4 87/23 88/13 89/2 89/3

**don't... [31]**   89/13 101/8
103/5 103/25 104/12 104/13
106/4 106/6 107/2 108/7
110/21 111/7 112/13 112/20
113/5 113/21 115/17 116/7
117/3 117/3 120/2 120/11
120/21 121/19 124/24 125/19
125/21 129/9 129/16 129/19
130/4
**done [13]**   11/2 16/11 59/10
101/15 101/16 102/25 112/22
120/22 127/7 127/15 128/3
128/10 128/12
**door [3]**   76/13 76/15 76/17
**doors [1]**   24/17
**doorway [4]**   24/12 42/13 73/17
76/12
**dormitory [2]**   24/6 25/3
**double [2]**   124/17 124/18
**doubt [2]**   11/20 45/2
**down [13]**   35/19 35/22 44/17
44/18 45/6 47/1 70/22 71/18
91/8 92/10 113/2 114/22
125/14
**downstairs [2]**   24/20 24/22
**Dr. [3]**   46/3 46/21 58/15
**Dr. Lahiri [2]**   46/3 46/21
**Dr. Scott [1]**   58/15
**drank [2]**   36/20 37/11
**draw [2]**   90/18 120/13
**drawing [1]**   58/14
**drawn [1]**   91/7
**dressed [4]**   35/25 50/8 50/25
51/1
**drink [18]**   26/3 36/19 36/21
37/5 37/7 37/9 37/18 37/22
38/1 38/5 38/6 68/16 71/18
71/21 71/21 71/23 71/25 72/5
**drinking [3]**   34/9 60/20 68/4
**drinks [4]**   33/17 35/3 37/14
60/21
**driver [1]**   79/21
**drop [2]**   5/7 116/14
**dropped [2]**   21/22 116/16
**dropping [1]**   116/19
**drug [2]**   112/3 112/5
**drugs [15]**   81/20 82/3 111/11
111/13 111/21 112/2 112/7
112/9 112/10 112/18 112/19
112/23 113/3 113/10 129/7
**drunk [4]**   39/7 39/9 60/17
84/3
**Dubai [3]**   34/3 34/7 38/7
**due [3]**   10/6 107/9 115/19
**DULY [1]**   22/21
**during [24]**   31/21 48/21 52/13
62/9 66/18 68/18 78/7 83/1
92/11 93/24 93/25 94/3 96/11
96/13 102/19 103/22 106/14
107/21 109/2 112/14 116/17
120/6 123/4 128/17
**duties [1]**   63/7
**duty [1]**   63/12

**E**

**E-1 [1]**   62/7
**E-5 [1]**   62/13
**e-mail [49]**   57/5 57/6 93/9
93/11 93/12 93/15 93/17
93/24 94/5 94/6 95/2 95/5
95/5 96/20 96/24 96/25 97/2
97/7 98/3 100/5 102/8 102/9
102/10 102/13 102/17 102/19
102/25 103/3 103/4 103/18
103/25 104/3 104/4 104/6
104/6 104/10 104/19 105/3
105/3 105/12 105/13 105/14
105/15 105/19 105/21 105/23
106/11 106/14 106/14 108/8
**e-mailed [1]**   8/12
**e-mails [2]**   10/9 10/10
**each [4]**   36/25 65/23 72/23
108/14
**earlier [10]**   51/17 67/20
70/10 70/15 71/3 71/8 84/3
93/5 102/1 129/17
**early [2]**   23/25 116/10
**earphones [1]**   44/19
**easier [1]**   121/11
**edited [2]**   123/11 125/2
**editing [1]**   103/3
**edits [2]**   119/2 123/2
**effect [3]**   105/17 105/20
117/1
**effective [1]**   99/19
**effort [1]**   120/7
**efforts [4]**   16/10 100/1 100/2
100/3
**egg [1]**   130/1
**eight [3]**   46/16 62/2 62/2
**either [12]**   6/5 14/8 23/19
24/6 24/23 27/16 43/2 52/1
62/25 68/14 97/8 127/19
**ejaculate [1]**   48/5
**elected [1]**   62/16
**elicit [1]**   9/22
**elicited [1]**   12/3
**eliciting [1]**   114/12
**ELLISON [1]**   1/10
**else [8]**   16/2 18/20 28/9
28/12 48/18 78/21 79/13
112/19
**else's [2]**   27/10 28/3
**embarrassed [1]**   130/2
**emergencies [1]**   63/7
**emotional [1]**   18/13
**employed [1]**   94/6
**employee [13]**   76/20 91/22
94/6 98/7 98/13 107/1 107/10
107/15 109/9 110/1 110/18
110/20 119/9
**employees [2]**   25/18 27/6
**employment [1]**   107/21
**enacted [1]**   16/10
**end [9]**   7/25 29/22 29/25
39/2 42/6 73/9 120/23 126/21
126/22
**ended [4]**   60/17 63/1 73/5
115/5
**ends [1]**   38/24
**enforce [1]**   28/6
**enforcement [5]**   9/24 13/13
14/13 66/1 66/3
**England [1]**   63/14
**enough [4]**   12/22 18/17 85/6
122/14
**enter [2]**   24/7 24/10
**entered [2]**   62/7 103/25
**entire [4]**   62/6 95/5 105/12
105/14
**entirely [3]**   31/3 51/16 51/25
**entirety [1]**   93/14

**entitled [4]**   7/23 7/23 97/13
130/15
**environment [1]**   109/25
**Erica [1]**   71/16
**erroneous [1]**   11/17
**escorted [1]**   53/12
**escorting [1]**   9/15
**especially [2]**   7/16 126/12
**essentially [3]**   5/2 13/7
65/11
**Estefan [5]**   1/18 15/11 15/14
58/18 127/13
**et [1]**   94/8
**et cetera [1]**   94/8
**even [12]**   14/6 43/12 48/24
78/3 85/16 98/25 105/14
106/23 107/4 109/9 110/20
114/5
**evening [21]**   33/6 33/11 35/11
35/17 36/22 48/18 48/21
60/17 63/23 64/23 67/5 68/21
70/15 70/17 71/3 71/8 71/13
72/22 73/1 73/4 130/10
**event [2]**   4/22 68/7
**ever [17]**   13/25 36/16 40/1
48/5 53/15 53/23 60/2 66/20
81/20 85/10 85/11 88/24
89/23 99/20 109/6 110/8
110/15
**every [8]**   43/12 43/14 65/23
83/20 112/24 120/7 123/15
126/2
**everybody [8]**   21/5 22/1 44/4
45/13 84/24 86/2 92/25
123/20
**everybody's [1]**   45/16
**everyone [3]**   79/13 126/14
129/21
**everything [5]**   7/2 106/1
108/23 124/18 127/24
**evidence [19]**   4/21 5/18 9/6
10/9 15/18 57/14 95/10 95/10
102/19 105/4 105/8 111/9
111/17 112/11 112/14 112/16
116/16 118/8 118/9
**exact [3]**   77/10 79/1 102/3
**exactly [13]**   6/12 31/9 36/14
38/10 38/11 50/6 59/22 67/17
76/22 88/14 97/9 109/25
112/11
**examination [9]**   8/23 19/23
22/22 57/19 61/1 80/11 84/1
88/9 88/22
**examine [2]**   8/24 97/6
**examined [4]**   14/11 97/10
97/25 114/9
**example [4]**   25/24 28/7 100/6
100/15
**exceed [1]**   7/15
**except [7]**   7/3 11/1 15/20
32/3 46/17 95/12 100/17
**exception [1]**   7/4
**excerpt [2]**   108/6 123/1
**excerpted [1]**   126/8
**excerpts [1]**   123/12
**exclude [1]**   105/7
**exclusively [1]**   13/23
**excuse [4]**   17/19 29/22 115/15
125/9
**excused [1]**   21/16
**exhibit [24]**   41/12 64/9 80/7
84/25 93/9 93/11 93/13 93/18

## E

exhibit... **[16]**  93/21 94/20
94/22 95/6 95/22 96/1 96/7
96/14 97/7 99/18 101/15
102/3 102/4 102/7 102/13
105/25
**Exhibit 185 [2]**  64/9 80/7
exhibits **[4]**  22/9 101/23
101/24 106/1
existence **[1]**  107/21
expand **[1]**  16/8
expect **[2]**  78/18 112/13
expedite **[1]**  92/7
expenses **[1]**  8/7
experiencing **[1]**  115/7
expert **[8]**  19/1 19/11 20/6
46/1 59/21 100/18 111/23
115/25
experts **[3]**  4/6 57/16 127/10
explain **[9]**  5/23 5/24 5/24
43/7 59/22 82/20 120/5
120/14 121/3
explanation **[5]**  58/6 58/24
59/2 59/5 59/14
expressing **[1]**  95/9
expressly **[1]**  9/21
extent **[9]**  25/1 25/20 27/7
27/13 27/24 31/15 35/10
39/20 69/3
Extra **[1]**  16/8
Extra-Jurisdictional **[1]**  16/8
extraterritorial **[1]**  16/24

## F

face **[2]**  24/8 130/1
facing **[1]**  24/17
fact **[23]**  9/23 10/19 13/12
13/13 23/15 30/6 39/15 49/19
55/16 59/13 59/20 69/24
75/14 79/4 86/22 95/8 95/13
97/14 107/3 110/9 116/8
116/20 126/12
factoid **[1]**  122/12
facts **[1]**  116/21
faculties **[1]**  39/8
failed **[1]**  13/21
fair **[14]**  13/19 25/16 32/4
35/12 35/13 42/18 42/19
42/24 49/16 49/18 60/8 122/3
125/7 127/18
fairly **[2]**  104/4 115/16
fairness **[2]**  38/18 47/16
fall **[3]**  48/15 100/1 100/2
falling **[1]**  100/3
falls **[1]**  112/12
familiar **[1]**  32/16
family **[2]**  61/7 127/10
fantasy **[1]**  129/22
far **[11]**  4/22 7/14 11/12 12/2
47/4 47/6 48/24 55/5 96/9
128/1 129/6
fast **[1]**  62/3
favor **[1]**  102/8
FCRR **[2]**  2/13 130/18
fear **[1]**  46/21
February **[1]**  23/3
federal **[7]**  9/24 10/5 14/12
15/1 16/24 66/1 66/3
fee **[1]**  15/17
feel **[8]**  21/14 53/2 53/5
66/25 93/15 99/19 125/13

feelings **[1]**  18/14
feels **[1]**  44/17
fees **[2]**  8/1 15/21 15/23
felt **[1]**  53/4
female **[1]**  57/19
few **[5]**  21/17 67/10 73/1
81/22 82/24
Fifth **[9]**  9/25 14/11 65/20
66/8 66/13 66/17 66/21 85/11
85/12
fight **[1]**  6/9
fighting **[1]**  44/14
figure **[2]**  28/12 81/8
figured **[2]**  28/14 28/17
file **[1]**  4/20
filed **[1]**  56/19
fill **[1]**  61/5
final **[2]**  7/22 113/15
finally **[2]**  70/16 71/9
find **[4]**  25/23 35/18 78/16
93/21
fine **[15]**  4/7 4/8 11/6 17/22
31/4 39/11 41/14 58/21 68/20
92/2 92/24 93/20 107/8
122/14 125/25
finger **[1]**  127/25
finished **[1]**  79/9
fire **[3]**  41/4 61/15 63/8
fired **[1]**  87/10
firefighter **[10]**  33/20 33/24
60/7 61/13 62/6 80/18 80/20
80/22 80/24 80/25
fireman **[2]**  13/18 25/14
firemen **[1]**  35/2
Firm **[1]**  1/15
first **[34]**  8/25 14/3 20/5
24/14 25/5 29/6 29/20 29/23
30/12 30/22 31/2 51/18 51/25
52/21 52/22 55/24 61/15
76/19 78/7 78/12 81/4 82/22
83/3 83/4 84/11 87/3 102/1
103/10 105/14 108/22 110/24
119/15 119/21 123/2
fishing **[1]**  61/11
fissures **[1]**  58/14
fit **[1]**  100/1
five **[4]**  68/10 108/12 126/19
128/23
fix **[4]**  90/12 100/11 119/25
125/5
fixed **[1]**  126/7
flash **[1]**  116/6
flew **[1]**  20/5
floor **[7]**  2/6 24/14 25/5 25/7
29/23 30/12 32/7
floors **[1]**  30/2
Florida **[1]**  15/1
fluids **[1]**  59/11
fly **[1]**  10/22
flying **[1]**  21/24
focusing **[1]**  97/23
folks **[1]**  73/2
follow **[1]**  74/16
following **[1]**  4/15
followup **[1]**  55/4
Force **[8]**  61/5 62/1 62/5
62/7 62/9 62/12 79/22 79/22
forcefully **[1]**  48/11
foregoing **[1]**  130/13
forgotten **[1]**  67/13

form **[6]**  100/17 101/1 101/4
101/9 101/9 101/9
forth **[1]**  82/13
forward **[1]**  10/14
found **[3]**  59/11 59/13 126/8
foundation **[2]**  97/16 99/17
four **[5]**  83/5 117/7 126/19
127/4 127/16
fourth **[2]**  61/9 128/12
foyer **[3]**  24/8 24/10 73/13
framed **[1]**  51/15
frankly **[3]**  7/9 7/12 58/20
free **[6]**  12/1 21/14 25/12
25/22 66/25 91/8
freely **[3]**  9/25 14/12 66/12
Friday **[4]**  18/24 20/14 20/14
21/23
friend **[3]**  33/21 33/23 55/16
56/18 84/18
friends **[6]**  26/4 55/15 55/19
67/20 67/21 68/9
front **[4]**  24/12 26/13 51/21
96/11
full **[8]**  36/11 45/21 46/14
47/12 47/15 69/11 101/15
127/11
fully **[6]**  9/25 14/12 66/12
68/7 79/23 86/18
function **[1]**  71/25
funny **[1]**  77/12
further **[7]**  10/1 88/7 88/20
89/5 89/6 109/14 120/12
fuzzy **[1]**  43/9

## G

gait **[2]**  82/12 82/13
game **[1]**  122/3
games **[6]**  25/24 29/11 67/6
67/21 67/21 68/4
gather **[1]**  6/9
gathering **[17]**  34/9 34/21
35/15 35/23 38/24 67/5 67/5
67/16 68/9 68/13 69/5 71/12
73/2 73/5 73/8 73/14 84/4
gave **[10]**  23/15 23/17 51/17
52/16 52/22 53/1 66/15 84/24
85/4 88/14
general **[1]**  81/15
generally **[1]**  64/22
gentle **[2]**  39/16 48/1
gentleman **[1]**  79/2
gentlemen **[6]**  21/11 44/13
47/10 90/24 118/6 126/6
Georgia **[1]**  20/8
get **[50]**  8/15 12/7 14/23
15/24 16/11 19/1 19/15 19/16
23/21 26/3 26/14 26/17 32/3
33/16 44/4 45/24 46/8 46/9
46/21 47/6 47/13 47/14 49/14
49/20 50/1 50/25 51/1 53/11
53/15 53/24 54/1 55/7 64/22
69/1 69/2 78/21 78/24 82/21
84/19 92/1 95/25 105/17
108/2 116/14 121/25 122/14
122/23 123/11 126/13 127/7
get-together **[1]**  33/16
get-togethers **[1]**  26/3
gets **[2]**  49/22 121/23
getting **[15]**  11/1 11/8 39/13
44/20 45/7 46/2 50/8 54/17
54/21 56/11 75/25 105/17
108/3 114/18 127/9

**GHB [1]** 111/25

**girlfriend [3]** 26/9 28/19 63/21

**give [16]** 7/2 20/25 22/12 44/8 44/9 44/22 59/7 65/9 88/12 90/22 94/12 100/10 107/23 111/1 120/25 125/5

**given [6]** 6/4 45/12 65/11 75/13 88/16 103/8

**gives [1]** 115/24

**giving [4]** 53/2 70/12 92/7 117/9

**glass [5]** 36/24 37/2 37/10 68/24 69/1

**go [46]** 8/13 8/25 9/25 16/15 18/4 21/16 24/5 25/24 26/1 27/22 29/1 30/15 31/7 34/6 37/22 38/12 39/9 39/12 40/19 45/20 46/7 55/7 61/4 61/18 61/20 62/20 63/11 69/1 73/17 76/10 76/24 77/20 85/7 90/17 91/5 91/8 92/20 99/21 99/25 108/16 108/16 115/8 122/21 123/1 126/7 126/9

**goal [1]** 53/4

**goes [5]** 12/9 14/19 15/6 28/22 101/4

**going [80]** 5/20 5/22 10/12 10/14 12/6 13/22 13/24 13/25 14/2 14/3 14/4 14/15 15/9 15/9 15/22 16/1 18/15 19/6 19/18 19/22 20/25 21/2 21/3 26/14 28/15 30/11 32/3 32/19 32/21 32/23 33/20 34/3 40/18 45/7 45/22 45/23 53/6 55/11 57/9 57/21 58/18 59/21 61/4 62/24 63/23 74/6 74/14 77/20 85/18 86/1 91/12 91/17 92/10 94/2 99/11 102/2 105/5 106/16 108/8 110/16 111/16 113/1 113/9 113/10 113/12 115/13 115/14 116/4 116/9 118/8 122/7 122/15 123/12 125/8 126/9 126/18 127/3 127/9 127/13 128/5

**gone [4]** 10/17 35/12 70/21 121/6

**good [14]** 9/10 17/24 18/1 22/24 22/25 37/14 53/12 53/13 55/16 55/19 80/13 80/14 91/14 97/1

**good-bye [2]** 53/12 53/13

**Goodgine [9]** 52/18 52/19 82/25 83/7 83/9 83/12 83/14 83/17 122/7

**Goodgine's [1]** 121/20

**goodness [1]** 122/17

**got [28]** 12/22 23/16 23/22 25/15 28/16 36/9 38/1 42/12 43/4 53/14 53/24 54/20 56/12 58/6 58/25 59/2 59/5 59/14 60/16 61/24 62/25 70/16 71/3 71/9 78/20 84/20 85/24 125/22

**gotten [2]** 53/14 113/3

**Government [2]** 66/5 66/8

**grab [1]** 48/9

**grabbed [3]** 58/1 58/1 74/16

**grade [2]** 61/9 62/11

**Graduated [1]** 61/22

**graduation [1]** 61/25

**grand [3]** 11/2 11/10 12/10 11/3 11/8 13/20 13/20 15/1 15/4 15/23 90/2

**grant [3]** 6/2 7/19 10/17

**granted [1]** 80/8

**great [1]** 129/18

**Green [9]** 23/10 25/18 25/21 52/5 110/1 111/6 111/12 111/23 129/3

**Greenspoint [2]** 23/7 87/20

**Greg [1]** 71/15

**grenade [2]** 5/19 117/11

**grew [1]** 61/7

**grief [1]** 28/15

**grossly [1]** 16/16

**grounded [1]** 15/21

**grounds [1]** 66/21

**group [2]** 35/7 35/8

**GS7 [1]** 79/21

**guess [6]** 28/22 42/2 44/14 103/23 125/9 129/22

**guys [2]** 31/11 34/1

**gym [1]** 26/1

## H

**H-07-CV-2719 [1]** 1/4

**had [80]** 7/8 15/12 16/11 17/7 21/20 21/20 22/17 25/3 25/7 30/4 30/5 31/22 35/12 36/16 37/11 38/14 39/24 40/1 40/2 43/1 49/7 49/9 49/11 53/14 55/18 55/21 55/24 56/7 56/19 56/22 56/25 58/2 60/20 60/21 60/21 65/4 67/5 67/9 67/21 68/10 68/10 68/18 70/14 71/2 71/7 71/19 74/24 75/4 75/14 75/17 77/4 77/8 79/3 79/4 84/18 84/19 91/4 93/4 93/25 94/1 95/15 95/16 95/18 96/3 96/24 96/24 101/23 101/23 106/8 106/18 108/10 108/12 112/18 114/24 116/24 117/6 120/22 121/8 121/11 126/7

**hadn't [1]** 112/22

**half [9]** 19/19 19/20 21/1 40/22 42/5 42/9 47/14 80/22 83/5

**hall [2]** 27/25 29/23

**Hallelujah [1]** 18/3

**HALLIBURTON [1]** 1/6

**hallway [5]** 24/5 24/12 74/17 74/19 74/23

**hand [2]** 74/16 106/8

**handbook [5]** 16/23 17/4 17/6 23/17 23/18

**hands [4]** 25/12 38/6 48/11 72/24

**handsome [1]** 7/18

**happen [3]** 6/25 16/9 74/8

**happened [10]** 43/9 74/15 75/19 75/24 76/7 89/13 97/9 115/6 124/22 130/3

**happening [4]** 110/11 110/12 110/17 125/3

**happens [3]** 110/15 121/10 126/1

**happy [4]** 17/15 20/11 47/2 57/17

**hard [8]** 43/12 43/14 49/13 49/16 82/20 97/22 101/16 129/21

**hardest [1]** 121/13

**hardly [1]** 46/9

**has [36]** 4/21 5/18 6/9 12/14 17/1 26/25 39/18 42/20 44/15 47/16 47/17 55/19 57/11 57/15 58/6 67/9 80/22 85/10 85/10 85/24 89/12 91/23 97/6 97/7 97/15 98/19 99/20 100/19 101/22 104/7 106/8 107/11 112/10 115/19 120/7 125/1

**hate [1]** 115/15

**hates [1]** 94/7

**have [169]**

**haven't [3]** 116/13 126/8 130/6

**having [16]** 11/2 18/23 21/13 33/16 33/17 40/14 41/7 43/12 75/20 81/17 82/13 91/17 95/13 95/13 101/16 101/25

**he [88]** 9/16 9/16 9/23 9/24 11/13 11/25 12/1 12/3 12/3 12/17 12/20 12/20 12/21 12/21 12/22 12/25 13/1 13/8 13/10 13/10 13/10 13/11 13/13 13/15 13/16 13/17 14/10 14/10 14/11 14/11 14/11 14/12 19/19 20/7 28/2 33/21 38/1 38/6 38/6 46/10 58/1 58/1 58/5 58/9 71/18 76/22 76/24 79/3 83/13 85/4 85/4 85/4 85/6 85/10 85/11 89/11 91/6 93/24 99/4 99/20 101/14 101/15 103/2 104/2 104/5 104/9 109/5 109/8 109/16 109/18 111/6 111/9 111/12 112/2 112/3 113/5 113/5 115/7 115/7 115/10 115/21 117/7 117/8 117/8 117/10 121/20 125/1 127/14

**he's [16]** 11/13 13/18 14/7 15/7 19/3 19/10 20/6 20/6 33/23 34/3 38/1 57/25 76/19 85/4 85/12 117/10

**he's -- I [1]** 11/13

**head [16]** 31/13 37/23 38/25 45/16 52/10 57/8 61/23 68/23 71/14 71/17

**headphones [2]** 45/6 47/3

**health [3]** 21/13 21/18 21/18

**hear [16]** 5/12 18/17 18/21 19/3 35/1 35/5 86/15 103/24 105/25 109/6 109/22 116/16 118/8 123/6 123/19 124/13

**heard [15]** 38/7 38/22 46/7 60/2 78/2 109/15 109/16 109/18 110/6 113/6 123/3 123/7 123/7 124/13 130/6

**hearing [4]** 15/4 56/10 105/18 114/20

**hearsay [3]** 96/9 109/6 109/11

**heart [1]** 81/17

**heat [1]** 11/1

**Hedges [7]** 2/5 2/5 11/4 80/5 80/15 89/18 111/21

**Heidi [1]** 1/15

**held [1]** 51/4

**Hello [1]** 86/12

**help [5]** 24/4 46/10 50/24 51/1 51/2

**helpful [1]** 116/3

**henceforth [1]** 123/6

her [140]
here [36]  5/1 5/2 5/22 6/8
12/6 15/10 18/13 21/5 22/8
31/11 35/2 35/22 40/25 42/7
42/13 42/16 50/11 51/24
54/10 66/9 67/23 70/13 79/10
79/16 80/2 85/24 87/20 92/10
93/6 96/19 97/9 100/14
106/13 109/16 114/18 130/1
here's [3]  38/12 42/9 122/12
hero [1]  79/11
heroin [1]  111/13
herself [2]  39/11 61/3
hesitant [1]  70/18
Hey [2]  37/14 37/18
high [5]  18/14 61/18 61/20
61/22 61/24
highly [1]  109/10
highway [1]  32/23
him [27]  8/21 9/3 19/12 19/13
19/15 19/16 19/20 53/5 58/5
58/8 58/9 58/9 85/3 85/9
85/9 85/17 89/24 90/25 98/20
99/6 99/8 99/9 99/10 99/19
99/20 100/10 101/16
himself [3]  61/3 63/6 115/10
hire [1]  88/1
hired [4]  63/3 63/4 63/4 63/8
his [22]  5/8 10/2 14/6 14/19
14/19 14/20 15/3 15/3 15/6
19/17 70/4 70/19 76/18 76/19
91/4 99/18 101/14 115/4
115/6 116/14 116/17 122/15
Holcombe [2]  2/4 92/22
hold [4]  40/24 51/12 71/3
72/24
holding [1]  77/19
holes [1]  78/16
home [3]  21/16 34/7 44/24
Honduras [1]  63/13
honest [1]  50/6
honestly [11]  32/7 40/3 50/12
51/13 64/25 66/12 81/21
111/7 129/4 129/7 129/9
Honor [105]  4/12 5/13 6/11
7/3 7/22 8/5 8/8 8/10 8/22
10/6 11/23 12/5 14/17 16/4
16/19 18/22 19/10 19/15 20/1
20/18 20/20 21/7 22/5 22/18
22/20 27/7 40/8 44/7 46/12
46/20 47/19 54/5 57/13 57/24
58/11 58/12 58/22 59/16
60/23 64/8 67/18 70/18 70/25
80/6 80/9 83/23 83/25 86/8
89/6 89/17 90/3 91/12 91/25
93/1 93/4 93/23 94/14 94/25
95/15 96/5 96/17 100/4
101/20 103/17 104/1 104/5
104/20 105/1 105/10 105/24
108/1 108/17 108/18 108/23
108/25 109/7 109/24 110/6
110/14 110/23 110/25 111/20
112/25 113/14 113/18 113/20
115/3 116/8 117/23 118/3
118/13 118/18 119/6 119/10
120/21 121/15 122/11 124/6
124/9 126/2 126/20 127/17
128/15 129/14 129/25
honorable [2]  1/10 62/18
hope [8]  23/9 23/24 26/7

28/10 29/7 46/10 53/6 84/14
hopefully [1]  108/6
hospital [1]  56/12
hour [2]  19/20 92/9
hourly [1]  15/17
hours [7]  46/17 67/24 70/6
70/7 83/6 117/7 122/16
HOUSTON [10]  1/2 1/4 2/7 2/11
2/15 23/6 23/9 63/2 87/19
87/20
how [48]  8/13 11/9 15/25
19/17 22/8 30/2 37/2 37/9
37/10 37/11 38/11 43/7 58/5
58/6 58/24 59/2 59/5 59/14
60/12 62/1 62/14 62/23 63/20
68/14 69/1 69/5 69/6 72/13
73/11 78/3 80/16 81/10 81/12
81/14 82/12 82/19 83/3 87/8
89/1 89/13 90/16 99/20
113/24 121/21 126/17 126/24
128/1 129/9
However [2]  4/20 57/14
huge [1]  120/3
huh [5]  16/21 24/16 37/25
54/14 54/16
human [1]  110/12

I

I have [1]  51/21
I'll [15]  4/4 10/17 10/17
17/15 20/16 26/17 44/4 54/10
60/22 70/23 90/22 107/23
113/20 117/16 120/25
I'm [89]  8/21 8/21 9/3 11/15
12/6 12/13 13/3 14/3 14/15
15/9 15/9 15/22 16/1 16/4
20/11 21/2 21/3 24/14 26/17
27/17 28/19 30/19 31/2 31/8
31/10 31/20 40/6 40/18 42/13
43/12 43/16 45/23 47/3 51/25
57/9 57/17 58/18 59/12 59/21
61/4 67/7 68/3 68/17 70/18
72/15 79/2 79/9 79/13 79/21
80/15 80/17 85/18 85/23 86/1
87/23 89/1 92/10 92/12 92/14
100/9 100/14 100/17 101/17
103/2 103/5 103/11 103/12
103/24 106/22 108/8 108/18
109/2 110/21 113/8 113/12
114/5 115/13 115/13 116/4
117/2 118/24 120/4 126/9
127/25 128/1 128/9 128/11
128/11 130/2
I've [9]  24/4 36/18 38/7
42/12 47/11 67/13 79/19
110/10 121/10
idea [1]  105/12
identified [1]  109/12
identify [1]  81/18
if [94]  4/3 6/1 8/19 9/14
11/23 12/2 13/24 14/18 14/23
14/25 17/18 19/13 19/15 20/6
20/16 21/2 21/15 23/17 24/14
24/14 25/7 29/22 29/22 32/16
35/18 35/18 36/24 39/21
40/24 42/13 44/4 44/5 44/8
45/6 45/20 46/1 46/15 47/1
47/3 51/9 51/21 51/24 53/16
54/1 58/5 58/12 58/19 64/3
66/24 68/19 69/10 69/11
73/17 75/20 76/19 81/16 83/4
87/23 89/21 96/23 98/21 99/7

99/11 99/16 100/1 100/6
100/17 100/25 102/5 103/17
105/15 105/20 106/2 106/10
106/18 106/23 107/2 109/16
110/4 111/5 113/9 113/9 114/14
115/24 116/9 120/12 121/15
122/3 123/17 124/1 125/13
125/16 125/19 126/1 127/6
ignored [1]  89/19
illegal [1]  112/3
illness [1]  81/9
imagine [1]  46/1
impact [2]  71/25 72/1
impacted [1]  72/4
impaired [1]  72/12
impeach [1]  111/17
impeachment [1]  85/16
impermissible [1]  114/19
implication [1]  90/8
implies [1]  5/15
imply [1]  9/20
important [1]  115/16
importantly [1]  93/12
imposed [1]  89/16
impossible [1]  46/3
impression [7]  6/8 11/13
47/16 81/15 82/21 89/12
94/21
improper [4]  11/12 14/21
93/15 97/14
improperly [1]  99/16
impugn [2]  111/17 111/18
in-country [1]  29/6
inaccurate [1]  16/16
inadmissible [2]  15/20 109/11
inadvertent [1]  8/3
inadvertently [2]  89/12 91/1
inappropriate [1]  97/5
INC [1]  1/7
incendiary [1]  13/8
incident [3]  52/2 84/13 87/14
inclined [1]  6/2
include [1]  101/14
included [1]  94/22
including [1]  6/18
incorrect [1]  30/5
incorrectly [1]  103/3
incumbent [1]  100/8
INDEX [1]  3/1
indicate [2]  13/20 114/15
indication [1]  109/15
indict [1]  13/21
indictment [1]  11/4
indirectly [1]  111/17
infer [1]  114/19
inference [5]  90/18 90/20
90/21 91/6 123/14
inferences [1]  120/14
influence [2]  81/20 82/3
inform [1]  79/6
informed [1]  123/23
ingested [1]  44/15
initial [3]  30/22 52/17
116/25
initially [1]  24/7
injected [1]  117/10
injecting [1]  9/18
injure [1]  48/13
injured [1]  59/5
injury [1]  81/9
inquire [1]  22/19
inquired [3]  76/23 82/17

**I**

inquired... [1]  96/24
inquiry [1]  86/7
inside [3]  59/3 73/21 105/23
insinuation [1]  16/15
insisting [1]  85/17
installation [1]  32/19
instead [1]  102/16
instruct [1]  83/17
instructed [1]  91/4
instruction [6]  6/4 90/17
  117/9 117/13 120/25 123/22
instructions [2]  91/1 125/5
insulting [1]  7/10
insurgents [1]  110/17
intend [1]  5/15
intended [2]  111/14 123/11
intensive [1]  126/12
intent [2]  111/4 114/13
intentional [3]  130/2 130/5
  130/7
intentions [1]  34/8
intercourse [7]  27/15 41/7
  74/17 74/24 75/21 113/22
  115/18
interrupt [2]  106/6 120/4
interrupting [1]  59/16
intervention [1]  85/1
interview [7]  65/9 65/10 78/7
  83/1 83/3 84/8 84/20
interviewed [7]  9/23 13/13
  65/3 65/7 66/1 66/7 78/5
interviewing [1]  84/20
interviews [1]  84/11
intimacies [1]  47/22
intimacy [3]  48/1 48/15 74/8
intimate [3]  26/11 39/13 74/6
into [36]  9/6 9/18 10/9 16/15
  22/16 24/10 26/14 35/1 39/12
  50/5 52/8 60/11 64/22 73/13
  73/13 73/15 74/6 74/14 74/15
  74/17 77/4 77/8 81/20 90/17
  91/5 101/24 102/19 103/21
  105/4 112/12 112/14 112/16
  115/20 117/10 118/8 127/9
introduce [8]  14/24 29/15
  61/3 99/12 102/3 102/7 103/4
  107/4
introduced [1]  101/24
introduces [1]  11/16
introduction [2]  15/22 102/7
investigating [1]  78/18
investigation [8]  9/21 11/7
  15/24 85/7 85/8 86/11 86/18
  90/5
investigative [1]  14/12
investigators [2]  10/12 88/11
invite [1]  34/20
invited [2]  11/24 12/1
inviting [2]  35/2 68/22
invoked [1]  91/24
involved [3]  12/22 112/17
  112/22
Iraq [6]  10/22 16/25 25/11
  63/16 63/19 113/11
Irish [2]  36/9 36/13
is [270]
isn't [7]  10/4 12/18 43/15
  49/17 49/20 84/21 112/10
isolated [1]  84/13
issue [25]  4/3 14/19 16/6

16/10 16/25 43/4 58/12 85/18
87/7 87/11 87/25 90/7 93/14
100/13 101/7 102/21 109/17
111/14 112/10 114/15 114/23
117/16 120/19 120/23 121/16
issues [8]  10/15 21/14 21/18
  21/18 62/17 92/18 101/10
  111/16
it [305]
it's [103]  4/10 4/12 5/17
  6/18 8/6 10/10 12/2 14/17
  14/22 20/4 20/13 23/19 23/19
  31/16 31/23 32/17 35/13 36/9
  36/11 36/14 37/16 37/20 43/8
  43/14 43/16 47/13 49/18
  51/16 51/23 55/20 56/7 57/12
  57/18 57/20 58/15 59/25
  60/15 61/3 61/11 61/12 69/15
  69/16 69/17 73/10 84/25
  85/16 85/16 87/23 88/3 91/17
  93/14 93/20 94/13 95/1 95/7
  95/14 96/10 96/19 97/5 97/21
  97/24 98/16 99/20 99/24
  103/1 103/11 104/9 104/10
  104/12 104/13 104/19 105/8
  105/10 105/11 105/20 106/3
  106/25 107/10 107/14 109/7
  109/11 109/17 109/25 111/8
  111/9 111/14 111/16 112/12
  112/15 114/8 114/18 114/19
  115/16 116/1 120/3 121/8
  123/2 123/3 123/10 124/15
  124/22 125/2 125/16
its [2]  23/15 87/21
itself [2]  68/13 102/22
IV [1]  2/9

**J**

Jaime [1]  71/15
JAMIE [46]  1/3 16/11 29/3
  29/9 30/11 31/12 34/12 34/13
  35/7 35/17 36/17 36/25 37/7
  37/9 37/13 38/2 38/6 39/1
  39/3 39/5 39/7 39/12 39/15
  39/18 43/1 48/3 48/7 48/15
  48/19 49/2 49/7 50/25 53/7
  54/12 55/23 56/3 56/12 56/15
  58/6 60/10 71/19 73/11 78/24
  79/14 113/25 115/21
Jamie's [4]  29/23 36/19 41/19
  58/24
jersey [2]  32/12 32/15
jest [3]  30/19 31/9 31/20
Joanne [1]  2/3
job [8]  12/16 23/3 60/7 60/9
  63/4 100/1 121/11 121/13
join [1]  68/22
joined [1]  61/25
joining [1]  68/9
joins [1]  35/7
Joint [3]  64/9 64/13 80/7
joke [2]  77/14 128/9
joking [1]  82/21
JONES [55]  1/3 5/22 9/14 10/4
  10/11 11/12 16/11 29/3 34/14
  47/22 59/11 59/15 60/11 65/4
  68/17 68/22 69/5 69/8 69/13
  70/11 70/14 71/2 71/7 71/19
  71/23 72/4 72/14 72/19 72/21
  73/11 74/4 75/3 75/7 75/10
  75/13 75/16 77/2 77/24 78/24
  78/25 79/14 81/25 94/7 95/9

97/11 107/16 114/16 114/16
115/8 115/14 115/17 115/19
115/21
127/10 127/16 127/19
Jones' [1]  66/21
Jones,' [1]  70/6
judge [29]  1/11 11/6 13/18
  15/5 18/5 21/22 45/11 85/1
  85/20 85/22 88/19 89/8 90/13
  92/12 99/14 100/12 112/8
  113/25 114/6 115/15 116/12
  117/8 118/20 120/12 122/5
  122/16 123/9 123/22 126/25
judges [1]  121/11
judgments [1]  28/10
July [16]  20/19 20/21 20/21
  28/19 28/25 29/3 31/1 33/7
  51/18 51/20 51/24 70/7 84/8
  88/11 88/13 128/12
July 27th [1]  33/7
July 28th [2]  31/1 51/20
July 30th [1]  84/8
jump [1]  33/6
JUNE [2]  1/5 130/15
jurisdiction [18]  9/17 10/5
  10/13 10/15 10/24 11/22
  12/21 13/8 13/11 13/13 13/16
  13/18 13/25 14/5 14/8 16/12
  16/24 17/12
jurisdictional [2]  16/6 16/8
juror [8]  21/13 21/13 21/16
  44/6 44/14 47/1 67/9 86/1
jurors [4]  18/2 44/3 44/22
  128/5
jury [82]  1/10 4/2 5/19 5/20
  5/25 6/5 6/7 9/13 9/21 10/21
  10/23 11/3 11/8 13/2 13/20
  13/21 15/1 15/4 15/23 16/2
  16/18 17/10 17/18 17/21
  20/12 20/22 21/5 21/9 21/14
  21/16 41/21 44/12 44/16
  45/19 47/8 47/9 61/4 64/1
  68/7 79/10 86/5 86/6 90/3
  90/18 92/2 92/3 92/5 93/18
  104/8 105/8 105/18 106/5
  106/7 106/16 108/5 109/10
  111/10 111/16 116/6 116/7
  116/15 116/22 117/3 117/5
  117/13 117/15 117/19 117/20
  119/14 120/5 120/13 121/2
  122/12 122/23 122/24 122/25
  123/10 123/23 125/9 126/15
  126/16 128/2
just [86]  4/5 9/4 11/18 13/15
  15/24 16/3 16/5 16/19 17/1
  18/22 21/17 30/7 31/6 31/16
  32/7 39/1 39/22 40/7 40/19
  43/24 44/5 45/7 46/20 47/11
  47/13 47/24 47/24 52/4 53/4
  57/20 58/20 63/20 64/1 64/9
  64/22 67/10 68/5 71/14 76/1
  77/13 77/14 79/9 79/13 82/20
  82/24 83/13 86/2 89/9 89/21
  90/12 93/6 94/13 94/17 95/17
  95/23 95/24 96/6 98/22 100/2
  102/9 103/1 103/3 103/17
  104/24 105/25 106/3 107/15
  108/19 108/21 109/18 114/1
  114/18 120/17 121/3 121/8
  121/18 121/24 122/2 125/5
  125/22 128/3 128/23 129/14
  129/20 130/3 130/3
justice [3]  10/21 90/5 90/6

**K**

**Kara [1]**  27/25
**KBR [40]**  1/6 1/7 2/2 6/9 14/18 14/24 23/3 23/10 23/15 25/17 26/25 28/6 52/16 52/25 62/24 63/3 63/4 63/15 63/16 80/15 84/25 87/8 87/21 91/22 94/6 94/10 98/7 98/13 104/13 104/22 107/1 107/10 109/3 109/9 110/1 110/7 110/10 110/18 110/20 119/9
**KBR's [7]**  15/25 23/12 52/5 63/8 98/4 104/17 104/19
**keep [5]**  14/4 45/2 45/3 90/4 106/9
**keeps [2]**  32/20 45/7
**KEITH [1]**  1/10
**KELLOGG [3]**  1/6 1/7 62/22
**Kelly [15]**  1/14 1/15 13/5 15/15 17/1 93/14 93/23 94/12 99/3 99/16 101/22 102/9 103/19 114/9 114/12
**kidding [2]**  77/13 128/9
**kill [1]**  94/7
**kind [14]**  27/5 32/20 36/14 42/12 45/2 61/7 62/3 64/22 90/20 90/21 98/18 101/13 103/6 120/9
**kinds [2]**  16/8 92/15
**kiss [2]**  54/19 54/25
**kissed [4]**  53/12 53/23 54/15 54/22
**knew [12]**  9/16 12/20 12/21 13/8 13/15 28/6 48/24 84/18 90/10 98/24 98/25 129/7
**know [78]**  7/6 8/13 11/11 12/24 12/25 13/11 13/17 18/13 18/14 19/2 19/5 19/11 25/7 26/25 27/25 28/4 28/11 32/12 32/16 34/6 34/23 36/13 36/14 36/14 37/24 38/10 41/11 41/22 43/5 43/10 44/25 45/4 48/24 50/7 51/5 51/10 51/24 52/4 55/12 55/14 56/5 56/25 57/3 58/19 58/20 59/11 60/15 62/25 67/17 69/5 76/18 76/19 76/19 78/3 81/9 81/12 83/4 86/19 89/13 99/10 108/14 111/5 111/7 111/9 111/11 113/5 114/7 120/21 120/24 121/10 122/3 122/15 125/21 125/22 129/3 129/7 129/9 129/16
**knowing [1]**  90/16
**knowledge [10]**  25/1 25/20 27/8 27/13 27/24 31/15 35/10 39/20 69/3 116/2
**known [1]**  100/24
**knows [2]**  4/22 15/11
**Kuwait [1]**  63/14

**L**

**labeled [1]**  70/6
**Labor [4]**  128/3 128/8 128/10 128/12
**lack [2]**  6/15 10/15
**ladies [6]**  21/11 44/13 47/10 90/24 118/5 126/6
**Lahiri [2]**  46/3 46/21
**laid [2]**  97/16 126/6
**lane [1]**  32/23

**Lannie [1]**  1/14
**large [6]**  30/13 45/6 65/22 69/21 69/24 69/25 70/23 73/1 76/19 77/9 82/17 83/3 112/1 113/14 113/15 127/14
**late [3]**  23/24 75/2 76/1
**later [13]**  7/21 35/11 35/17 49/11 49/21 52/15 56/18 72/22 77/21 78/12 100/9 116/9 129/17
**latitude [1]**  115/24
**law [12]**  1/15 1/18 1/21 6/19 9/24 11/17 13/13 14/1 14/13 61/1 66/3 99/20
**lawsuit [3]**  15/3 56/18 111/18
**lawyer [13]**  5/20 14/19 14/25 80/15 86/10 86/17 87/3 87/4 87/5 91/4 123/8 123/18 124/1
**lawyer's [1]**  123/16
**lawyers [5]**  5/21 91/2 99/25 121/11 123/7
**lay [9]**  34/6 57/19 98/23 114/12 114/19 114/19 114/21 115/10 115/19
**laying [1]**  99/16
**leading [3]**  70/19 70/24 101/5
**learned [1]**  23/12
**least [8]**  21/12 21/21 29/10 94/14 96/1 123/17 127/4 127/6
**leave [11]**  5/15 6/17 21/14 25/18 28/22 33/20 33/22 49/22 62/16 63/1 87/8
**leaves [4]**  5/20 35/8 35/9 37/22
**leaving [3]**  56/3 62/23 74/23
**led [1]**  73/23
**left [19]**  6/7 13/15 23/9 25/20 29/1 35/15 39/2 56/7 56/8 56/9 62/20 63/1 69/5 76/9 84/4 89/12 89/19 89/19 90/13
**legal [1]**  112/3
**legitimate [1]**  112/12
**LEIGH [7]**  1/3 16/11 29/3 71/19 73/11 78/24 79/14
**length [1]**  24/18
**lengthy [2]**  15/24 126/12
**let [21]**  5/12 8/16 8/18 45/6 46/7 47/11 47/12 54/10 63/11 63/17 81/22 89/8 94/12 95/12 96/23 99/10 99/25 109/22 112/20 113/20 126/9
**let's [22]**  12/7 12/7 14/4 19/13 20/16 22/8 43/24 44/8 44/9 49/1 60/5 60/5 67/11 92/20 93/3 103/14 106/11 114/22 122/23 124/3 124/10 125/7
**letter [1]**  14/24
**letting [1]**  45/13
**level [1]**  68/8
**lie [4]**  44/18 45/6 45/14 47/1
**life [1]**  80/22
**lift [2]**  60/10 60/13
**like [46]**  4/14 5/7 9/22 12/3 13/9 13/22 15/23 16/3 17/18 24/6 24/12 30/14 32/20 32/22 36/15 38/17 40/13 40/24 43/11 50/8 51/5 51/12 53/17 54/3 56/10 58/5 59/16 62/25

68/19 76/8 77/21 78/13 81/5 81/19 83/4 83/22 93/8 97/4 103/11 104/13 107/22 109/21 114/3 114/8 115/17 129/25
**likewise [1]**  27/15
**limine [5]**  4/16 5/5 14/18 89/12 89/18
**limit [5]**  27/4 27/5 27/5 27/8 70/24
**limited [3]**  13/9 13/10 116/1
**line [16]**  11/7 32/21 40/16 54/8 54/11 97/10 97/14 105/2 108/24 109/1 112/1 113/15 113/16 113/19 113/19 128/25
**lines [5]**  20/19 37/14 40/20 108/22 110/24
**liquor [2]**  36/14 36/15
**list [5]**  93/11 95/22 96/1 96/7 102/5
**listed [2]**  94/19 106/18
**listen [3]**  44/19 45/6 47/1
**listened [1]**  125/14
**listening [1]**  114/1
**literally [1]**  12/7
**literature [1]**  87/21
**little [15]**  23/20 33/6 33/16 35/8 35/25 39/7 43/4 43/12 43/14 47/24 49/11 51/7 61/6 81/3 116/10
**live [8]**  24/2 27/9 93/16 106/13 125/10 126/21 126/22 127/5
**LLP [1]**  2/10
**local [1]**  119/17
**locked [1]**  113/2
**Loewe [5]**  22/10 45/19 46/25 85/24 107/23
**logging [1]**  61/12
**logic [2]**  105/24 106/2
**long [10]**  8/13 19/17 24/5 24/9 45/18 62/1 63/20 74/19 83/3 129/20
**longer [2]**  49/15 92/9
**look [14]**  10/8 11/23 34/13 37/2 53/19 64/4 66/25 69/10 69/11 69/21 69/24 83/4 103/14 107/23
**looked [1]**  122/4
**looking [5]**  24/14 36/24 43/5 43/19 52/8 57/2 127/11
**looks [2]**  42/13 51/5
**loose [1]**  45/8
**losing [1]**  128/5
**lost [1]**  127/22
**lot [6]**  25/12 43/9 68/6 70/19 100/5 129/21
**lots [2]**  81/18 126/11
**loud [2]**  18/16 41/1
**love [1]**  75/11
**lower [1]**  64/4
**Luddite [1]**  92/14
**lunch [3]**  46/17 92/5 92/9
**lunchtime [1]**  8/12
**lying [1]**  44/17

**M**

**machines [1]**  92/15
**made [33]**  15/13 16/9 30/19 31/5 31/8 31/20 31/23 37/13 38/10 38/14 39/24 44/15 47/16 53/4 71/19 77/14 91/6 97/11 97/15 98/20 100/22

made... **[12]**  102/13 102/20
 103/11 107/21 112/25 120/6
 120/7 120/9 120/14 123/15
 124/2 124/18
**mail [49]**  57/5 57/6 93/9
 93/11 93/12 93/15 93/17
 93/24 94/5 94/6 95/2 95/5
 95/5 96/20 96/24 96/25 97/2
 98/11 98/13 102/3 102/10
 102/10 102/13 102/17 102/19
 102/25 103/3 103/4 103/18
 103/25 104/3 104/4 104/6
 104/6 104/10 104/19 105/3
 105/3 105/12 105/13 105/14
 105/15 105/19 105/21 105/23
 106/11 106/14 106/14 108/8
**mailed [1]**  8/12
**mails [2]**  10/9 10/10
**Main [1]**  2/6
**maintain [1]**  18/15
**major [3]**  28/15 125/18 125/19
**make [33]**  8/1 8/16 8/18 10/4
 13/9 16/5 20/21 30/21 37/19
 37/22 38/15 38/18 38/21
 38/22 44/5 44/21 58/13 67/9
 79/24 90/15 98/14 107/10
 107/12 108/18 112/16 113/1
 117/12 121/18 121/24 123/24
 125/7 129/19 130/3
**makes [1]**  37/14
**makeup [2]**  51/2 51/3
**making [8]**  30/18 31/10 37/16
 75/11 77/14 77/24 82/9
 100/20
**male [2]**  25/9 57/19
**Mall [2]**  23/7 87/20
**man [1]**  12/14
**manage [1]**  123/13
**many [11]**  30/2 59/18 59/18
 69/5 69/6 78/14 97/4 97/18
 125/3 126/17 126/24
**March [3]**  23/4 23/25 63/1
**Marie [1]**  1/21
**mark [1]**  85/22
**marked [5]**  64/3 64/12 95/6
 97/7 103/7
**marks [1]**  58/6
**Massas [1]**  92/7
**material [1]**  5/6
**materials [1]**  17/10
**Matt [9]**  33/19 37/14 37/18
 37/22 38/5 38/20 38/22 71/18
 72/16
**Matt's [2]**  33/23 34/8
**matter [7]**  6/16 8/10 9/11
 16/7 22/12 98/17 107/20
**matters [1]**  9/18
**Matthew [1]**  71/14
**mattress [1]**  39/22
**max [1]**  19/21
**may [31]**  6/13 8/14 8/14 10/16
 16/18 17/19 19/15 22/19 40/8
 40/9 41/10 46/22 47/18 54/5
 54/6 80/9 80/10 85/1 86/2
 86/7 87/13 89/7 89/9 91/8
 92/4 94/17 123/9 124/9
 126/17 127/11 128/18
**maybe [4]**  34/7 44/3 89/13
 110/17
**McCaw [2]**  68/1 71/14

McCormick [1]  70/5
**McKinney [5]**  8/9 12/20 12/20
 18/2 18/12 40/21 86/10 86/17
 128/7
**McKinney's [1]**  115/9
**me [55]**  4/22 5/12 8/16 8/18
 12/17 13/3 13/4 13/5 15/16
 20/5 21/17 24/17 28/8 29/22
 33/9 35/2 35/2 40/22 43/9
 46/10 47/11 47/12 47/16
 51/21 52/18 53/5 56/25 57/23
 59/7 61/19 63/11 72/12 72/16
 72/19 73/17 74/16 77/8 79/5
 79/6 81/22 82/14 86/15 89/8
 94/12 95/20 96/23 99/21
 101/13 108/10 109/22 111/1
 115/15 116/20 124/23 130/8
**mean [37]**  6/3 10/16 11/13
 12/2 16/25 19/20 25/22 27/21
 39/21 43/18 43/22 45/25
 54/24 54/25 55/20 58/13
 59/23 68/6 78/7 84/15 87/9
 95/24 98/24 99/14 100/5
 101/2 105/8 107/4 110/5
 120/1 121/7 122/15 123/25
 124/2 125/21 126/1 129/20
**meant [1]**  90/4
**mechanical [1]**  1/24
**medical [3]**  58/16 59/17 81/1
**medicines [1]**  44/15
**meet [3]**  26/6 29/3 29/9
**meeting [1]**  55/24
**members [5]**  47/9 86/6 117/20
 122/25 127/10
**memory [1]**  43/22
**men [2]**  39/1 39/3
**men's [3]**  24/25 49/24 50/1
**mental [2]**  114/13 114/13
**mention [3]**  4/19 9/21 94/16
**mentioned [1]**  45/6
**menus [1]**  92/7
**merits [1]**  6/25
**message [2]**  46/25 47/11
**met [4]**  26/6 29/20 31/22
 36/17
**mic [1]**  22/16
**Michael [1]**  71/14
**midnight [1]**  73/10
**might [6]**  6/25 26/3 51/12
 91/20 99/21 125/18
**military [7]**  16/7 32/16 32/19
 62/16 62/20 62/24 63/11
**mind [9]**  12/25 14/4 14/6
 69/24 73/6 78/6 114/13
 114/20 115/4
**mind-set [1]**  114/13
**minute [5]**  32/3 53/7 55/11
 86/2 96/22
**minutes [5]**  21/17 67/10 70/16
 71/9 128/23
**Miranda [2]**  65/11 86/19
**mirror [8]**  51/4 51/5 51/7
 51/7 51/9 51/14 51/15 77/19
**misimpression [1]**  104/25
**misleading [4]**  10/3 10/8
 10/16 10/18
**misrepresented [1]**  11/15
**missed [2]**  70/5 70/10
**mistrial [1]**  129/11
**miswrote [1]**  38/17
**mixed [1]**  68/16
**moment [5]**  17/20 40/19 43/24

?717  115/7
**Monday [2]**  45/3 46/1
**money [1]**  47/14
**month [2]**  88/14 110/3
**months [7]**  56/7 56/9 62/2
 63/13 63/22 81/4 87/14
**more [28]**  4/22 7/12 7/14 8/10
 13/11 14/17 26/17 30/8 49/19
 53/5 64/8 81/22 82/24 93/12
 108/24 116/19 121/12 121/15
 122/12 123/1 123/8 124/24
 126/17 126/24 127/7 127/11
 129/9 130/8
**moreover [1]**  109/7
**morning [19]**  14/7 20/21 22/24
 22/25 44/3 49/1 49/9 49/11
 58/25 63/24 77/19 78/20
 80/13 80/14 81/23 82/16
 115/5 126/10 126/14
**Morris [4]**  1/21 1/21 103/16
 106/21
**most [5]**  18/16 19/20 20/14
 90/25 100/18
**motion [8]**  6/2 7/14 7/19
 14/18 80/8 89/11 89/18 89/20
**motiving [1]**  127/3
**mountain [1]**  22/9
**move [6]**  5/11 49/1 60/5 60/5
 80/6 129/17
**moved [3]**  61/9 84/15 84/16
**moving [2]**  126/11 129/11
**Mr [1]**  68/1
**Mr. [93]**  8/14 8/19 8/23 11/4
 11/24 12/25 13/5 13/23 14/18
 14/24 15/11 15/14 15/15 17/1
 18/2 18/12 22/6 22/7 22/10
 22/24 23/3 26/13 32/4 39/12
 40/11 40/21 40/24 41/18
 44/25 47/21 49/1 52/18 54/10
 55/10 55/25 56/1 57/9 57/25
 58/18 58/24 59/7 59/10 60/7
 68/1 80/5 80/13 82/25 83/7
 83/9 83/12 83/14 83/17 84/3
 86/10 86/10 86/15 86/17 87/8
 88/24 89/7 89/18 91/4 91/8
 93/14 93/23 94/7 94/12 99/3
 99/16 101/14 101/22 102/9
 103/19 109/15 110/19 111/21
 111/22 113/24 114/9 114/10
 114/12 114/12 114/16 114/18
 115/4 115/9 115/11 116/14
 120/19 122/7 127/13 128/7
 129/1
**Mr. Arroyo [7]**  55/25 56/1
 109/15 110/19 111/22 114/10
 114/18
**Mr. Arroyo's [3]**  113/24
 114/12 115/4
**Mr. Bortz [40]**  8/14 8/19 8/23
 14/18 14/24 22/7 22/10 22/24
 23/3 26/13 32/4 39/12 40/11
 40/24 41/18 44/25 47/21 49/1
 54/10 55/10 57/9 57/25 58/24
 59/7 59/10 60/7 80/13 84/3
 86/10 86/15 87/8 88/24 89/7
 91/4 91/8 94/7 101/14 114/16
 115/11 116/14
**Mr. Bortz' [2]**  12/25 13/23
**Mr. Charles [1]**  22/6
**Mr. Estefan [4]**  15/11 15/14
 58/18 127/13
**Mr. Goodgine [8]**  52/18 82/25

**M**

Mr. Goodgine... **[6]**  83/7 83/9
 83/12 83/14 83/17 122/7
**Mr. Hedges [4]**  11/4 80/5
 89/18 111/21
**Mr. Kelly [13]**  13/5 15/15
 17/1 93/14 93/23 94/12 99/3
 99/16 101/22 102/9 103/19
 114/9 114/12
**Mr. McKinney [7]**  11/24 18/2
 18/12 40/21 86/10 86/17
 128/7
**Mr. McKinney's [1]**  115/9
**Mr. Pete [1]**  129/1
**Mr. Ryan [1]**  68/1
**Mr. Schmidt [1]**  120/19
**Mrs. [2]**  22/10 107/23
**Mrs. Loewe [2]**  22/10 107/23
**Ms [5]**  98/25 106/24 115/10
 127/16 128/18
**Ms. [71]**  5/22 9/14 10/4 10/11
 11/12 45/19 46/25 47/22
 59/11 59/15 65/4 66/21 68/17
 68/22 69/5 69/8 69/13 70/11
 70/14 71/2 71/7 71/23 72/4
 72/14 72/19 72/21 74/4 75/3
 75/7 75/10 75/13 75/16 77/2
 77/24 78/25 81/25 85/24
 92/22 93/2 93/8 93/13 93/16
 93/25 94/5 94/7 94/15 95/8
 95/9 96/10 96/15 96/21
 101/17 103/16 103/18 105/5
 105/13 105/22 106/21 107/5
 109/8 112/14 114/10 114/14
 114/16 114/23 115/4 116/13
 127/10 127/19 128/20 128/21
**Ms. Barker's [1]**  109/8
**Ms. Barron [2]**  128/20 128/21
**Ms. Holcombe [1]**  92/22
**Ms. Jones [43]**  5/22 9/14 10/4
 10/11 11/12 47/22 59/11
 59/15 65/4 68/17 68/22 69/5
 69/8 69/13 70/11 70/14 71/2
 71/7 71/23 72/4 72/14 72/19
 72/21 74/4 75/3 75/7 75/10
 75/13 75/16 77/2 77/24 78/25
 81/25 94/7 95/9 112/14
 114/10 114/14 114/16 114/23
 115/4 127/10 127/19
**Ms. Jones' [1]**  66/21
**Ms. Loewe [3]**  45/19 46/25
 85/24
**Ms. Morris [2]**  103/16 106/21
**Ms. Simco [14]**  93/13 93/16
 93/25 94/5 94/15 96/10 96/15
 96/21 101/17 103/18 105/5
 105/13 105/22 107/5
**Ms. Simco's [4]**  93/2 93/8
 95/8 116/13
**much [21]**  7/12 7/17 15/25
 37/2 37/9 37/10 37/11 44/16
 61/12 62/23 68/14 76/1 99/24
 104/24 113/25 121/4 121/9
 121/11 127/19 129/9 130/9
**mucoid [4]**  59/13 59/18 59/25
 60/3
**mucus [2]**  59/23 59/25
**my [77]**  4/19 5/2 5/7 6/17
 8/1 9/3 9/23 15/14 15/17
 15/17 18/23 21/3 21/14 22/3
 22/3 24/8 25/1 25/3 25/20

 27/5 27/7 27/13 27/24 30/19 30/23
 30/25 31/10 31/15 32/22 33/8
 33/21 35/10 36/5 38/7 38/9
 38/16 39/10 39/20 40/3 43/10
 45/12 45/24 45/25 50/7 50/8
 53/16 55/15 57/17 58/12 60/9
 62/25 64/16 68/11 69/3 69/15
 69/17 70/20 71/14 71/17 73/6
 73/6 73/10 77/10 77/11 78/7
 80/15 87/5 87/6 98/19 100/2
 100/18 100/19 113/24 120/4
 121/4 122/17 128/1 130/1
**myriad [1]**  112/2
**myself [4]**  17/19 19/21 25/4
 94/17

**N**

**name [5]**  23/1 76/18 80/15
 91/23 123/3
**named [2]**  26/7
**names [2]**  71/11 71/16
**nature [4]**  8/22 11/24 72/14
 78/25
**near [3]**  34/13 42/13 46/2
**necessary [2]**  26/15 46/12
**need [18]**  7/4 11/17 24/4
 31/14 46/3 66/25 85/1 89/3
 98/22 98/23 106/21 108/8
 110/24 116/18 116/20 121/25
 124/2 125/9
**needed [1]**  114/1
**needs [4]**  21/17 89/19 115/8
 117/4
**negative [2]**  90/18 111/9
**neither [1]**  50/11
**never [28]**  13/10 15/16 25/20
 28/16 28/17 58/1 58/1 58/2
 58/4 85/4 85/4 85/12 85/12
 87/16 93/21 96/21 97/11
 102/13 103/10 103/11 104/7
 104/7 105/13 105/22 105/25
 106/14 112/4 130/5
**new [1]**  105/6
**news [1]**  18/1
**next [19]**  4/6 12/9 14/7 19/6
 20/14 22/4 30/24 30/25 36/25
 49/1 50/19 52/2 55/6 72/22
 76/7 77/19 92/17 119/11
 127/4
**night [18]**  12/15 12/25 26/23
 27/23 28/3 36/17 36/20 39/2
 48/16 50/15 55/17 55/18
 55/21 60/16 67/23 77/9 82/17
 127/14
**no [130]**  4/24 4/24 4/24 6/9
 6/12 6/21 9/5 9/25 11/3
 12/20 12/22 13/12 14/9 15/2
 16/11 18/20 19/5 19/5 19/25
 20/4 20/4 20/4 27/14 28/1
 28/5 28/8 29/2 31/22 34/25
 35/4 37/4 37/6 37/8 37/17
 38/21 41/16 41/16 43/18 48/6
 48/7 48/8 48/10 48/14 48/18
 48/23 48/24 50/22 51/1 51/6
 52/24 54/25 55/21 56/10 59/1
 59/4 59/19 60/4 60/19 66/19
 67/23 68/20 72/3 72/6 72/9
 72/12 73/3 73/6 74/20 76/12
 76/16 77/3 77/13 77/18 79/15
 79/17 79/24 82/2 82/4 82/6
 82/8 83/13 83/19 84/17 85/11
 87/17 89/3 89/5 89/15 89/17

 89/23 90/7 90/18 91/6 91/17
 91/19 95/14 96/17 96/17 96/17
 97/16 99/5 99/14 100/15
 100/18 101/8 101/8 101/8
 106/1 106/3 107/14 108/21
 109/14 110/9 110/18 110/19
 111/3 113/10 114/2 114/3
 115/19 116/18 117/2 121/22
 123/8 123/14 126/22 127/25
 128/11 129/13 129/14
**noble [1]**  47/13
**nobody [4]**  18/19 110/8 114/23
 114/25
**nodding [8]**  31/13 37/23 38/25
 45/16 52/10 57/8 61/23 68/23
**None [1]**  59/6
**nonetheless [1]**  65/20
**noon [1]**  22/1
**nor [2]**  48/23 99/20
**normal [3]**  82/14 82/16 95/12
**normally [1]**  105/7
**Northwest [1]**  61/10
**nose [1]**  110/13
**not [232]**
**note [1]**  99/19
**notes [1]**  99/21
**nothing [11]**  22/13 55/19 59/1
 59/1 85/14 89/6 110/15
 116/23 117/13 130/2 130/2
**notice [9]**  5/14 94/2 94/23
 101/25 109/21 109/24 110/4
 111/2 112/5
**noticed [1]**  94/23
**notified [1]**  95/14
**notion [1]**  111/2
**now [39]**  5/19 8/16 9/11 12/3
 22/12 29/22 32/1 35/11 43/1
 52/15 55/11 58/18 62/20
 63/23 63/23 64/17 66/24
 68/13 68/24 69/21 78/20
 80/16 93/2 93/19 97/13
 100/21 101/16 102/8 105/6
 108/13 117/10 117/13 117/17
 118/8 119/2 119/25 121/14
 122/6 127/3
**number [7]**  44/23 63/25 64/1
 64/17 70/6 70/24 95/17
**numbers [2]**  41/12 85/24

**O**

**o'clock [1]**  68/3
**oath [5]**  9/24 22/10 66/1 66/8
 66/15
**object [6]**  83/14 93/10 108/23
 110/24 122/2 124/1
**objected [3]**  93/5 128/22
 129/2
**objecting [2]**  100/9 129/5
**objection [15]**  6/2 6/21 19/3
 41/15 41/16 57/12 58/13
 85/25 97/20 101/25 102/17
 109/5 113/20 121/22 128/17
**objections [26]**  93/5 100/16
 100/20 100/21 100/23 100/23
 101/1 105/6 108/11 108/15
 109/21 119/18 120/6 120/7
 120/8 120/10 120/13 120/14
 120/18 123/8 123/11 123/15
 123/17 123/19 123/24 125/16
**obliged [1]**  99/19
**obviously [4]**  5/15 9/12 16/14
 120/16

**occasion [3]** 26/5 26/24 33/19
**occasionally [1]** 123/7
**occupy [1]** 25/23
**occurred [1]** 110/3
**occurs [1]** 59/18
**October [2]** 86/22 86/22
**odd [1]** 12/14
**off [15]** 19/14 20/12 21/21
21/23 58/18 63/7 71/17 73/25
82/18 86/2 86/12 90/24
121/17 127/21 128/1
**offended [2]** 4/24 79/4
**offense [1]** 28/3
**offer [8]** 14/14 85/23 93/17
99/17 101/7 103/9 112/12
118/3
**offered [8]** 4/21 93/12 93/21
96/13 98/17 109/25 111/3
115/3
**offering [1]** 103/12
**offers [1]** 110/4
**office [4]** 1/21 11/2 15/14
44/18
**OFFICIAL [2]** 2/12 130/18
**officially [1]** 62/25
**officials [4]** 9/24 13/14 66/2
66/4
**often [2]** 123/4 126/7
**oh [8]** 4/13 19/25 76/12 80/6
94/11 118/24 122/17 128/11
**okay [128]** 6/1 7/17 8/9 10/2
13/24 14/15 16/17 16/18
17/14 17/24 18/1 19/17 20/13
21/4 21/5 21/8 22/2 22/4
23/24 24/2 24/14 25/2 25/9
25/17 26/1 27/18 28/2 28/12
28/14 29/3 30/2 30/21 31/11
31/19 32/9 32/22 33/1 33/7
34/3 34/5 34/9 35/7 35/14
35/17 35/21 36/16 36/19 37/5
37/13 37/18 37/22 37/25 38/6
40/5 41/6 42/1 42/2 42/3
42/11 43/1 43/24 43/25 44/13
45/13 46/5 51/5 52/4 52/8
52/25 53/6 53/20 54/21 56/6
56/11 58/3 58/17 60/16 60/20
62/3 62/5 66/24 67/11 68/7
75/18 81/22 85/25 86/1 89/5
89/7 90/22 91/11 92/17 92/24
92/25 95/20 96/22 101/12
103/23 106/9 107/8 108/6
108/17 108/22 109/2 109/4
109/13 109/22 113/21 116/7
117/8 118/11 118/16 119/2
119/5 119/7 122/12 122/19
122/21 122/23 124/18 126/17
127/2 128/14 128/24 129/2
129/11 129/24 130/8
**old [1]** 80/16
**Olsen [1]** 1/15
**omission [1]** 22/3
**on [188]**
**once [3]** 30/8 31/15 49/19
**one [81]** 1/16 1/19 5/13 6/18
7/22 8/2 8/2 8/10 8/18 10/1
10/15 11/19 14/17 16/3 16/19
17/19 18/12 18/20 19/9 20/14
21/11 21/12 24/2 24/22 24/23
24/25 24/25 29/10 30/7 32/3
32/4 32/23 32/23 37/13 39/23

39/23 42/20 44/2 46/3 48/1
48/24 55/13 63/10 63/13 65/9
67/7 70/6 70/7 72/22 73/23
84/25 87/20 88/21 89/9 91/1
93/1 93/10 94/14 97/18
100/13 105/12 108/22 108/24
109/5 110/3 111/10 111/15
113/10 113/14 113/15 114/19
114/20 115/13 115/16 121/12
121/15 122/12 123/1 125/12
125/12 126/20 127/2
**one-year [1]** 6/18
**ones [1]** 43/13
**only [20]** 15/11 18/6 25/15
39/1 42/20 43/8 43/19 55/18
71/16 82/17 82/18 93/14
96/12 101/3 105/15 105/15
108/12 108/13 110/4 127/14
**open [9]** 5/16 43/2 43/18
48/11 85/21 90/23 97/4 97/5
126/5
**opening [1]** 4/19
**operator [1]** 79/21
**opining [1]** 115/20
**opinion [6]** 95/9 113/25
114/12 114/19 115/10 116/1
**opponent [2]** 94/15 107/11
**opponents [1]** 94/14
**opportunity [1]** 100/11
**opposed [2]** 4/12 7/14
**opposing [4]** 7/5 93/6 102/25
105/19
**opposite [2]** 27/11 106/3
**opposition [1]** 7/12
**options [1]** 5/15
**or [112]** 5/1 5/9 6/5 6/15 8/2
8/2 8/3 8/7 9/5 10/22 13/20
13/21 13/21 18/19 20/22
21/17 23/3 24/22 27/4 28/9
28/12 28/22 29/25 31/1 32/13
33/12 34/13 36/15 39/7 39/7
39/9 39/11 39/21 43/2 50/10
50/11 51/7 51/7 51/10 51/25
52/1 52/7 52/15 53/3 53/21
57/2 58/25 61/3 62/11 62/25
63/20 63/25 64/12 66/22 67/4
67/15 68/13 68/18 72/4 72/7
75/10 76/19 76/19 79/4 79/11
79/11 81/9 82/13 82/15 85/17
87/10 88/17 90/20 93/19 94/2
94/14 95/18 96/15 97/8 98/17
98/18 99/18 101/5 101/6
101/22 102/25 106/4 106/5
107/20 107/21 109/21 110/17
111/4 111/10 111/15 112/9
112/18 112/18 112/19 114/13
114/13 115/9 115/20 115/22
116/2 116/21 117/9 120/15
121/17 123/9 126/19 129/20
**order [4]** 92/1 92/8 101/24
123/24
**orders [2]** 92/8 121/19
**Oregon [4]** 61/8 61/10 61/11
61/16
**orientation [5]** 16/23 17/10
23/6 23/12 87/19
**oriented [1]** 42/12
**original [2]** 17/3 17/6
**originally [2]** 38/19 93/4
**other [41]** 13/21 21/13 21/18
21/21 24/18 25/17 27/21
28/10 29/10 29/25 33/11

736/25 37/12 42/9 42/22 45/22
48/18 54/16 64/24 66/22
72/23 79/3 82/23 88/3 88/17
94/9 95/10 95/13 96/23 96/25
99/25 101/21 103/13 103/24
106/16 108/20 109/20 110/16
110/17 111/15
**other's [1]** 108/14
**others [3]** 25/4 48/22 129/19
**otherwise [3]** 6/7 95/14
114/16
**ought [1]** 129/19
**our [26]** 6/2 6/6 7/9 13/2
18/15 19/10 19/10 46/21
46/21 46/25 47/3 67/9 87/21
96/7 101/24 102/17 109/5
111/23 118/3 118/18 120/1
120/8 121/5 121/6 126/22
128/22
**out [38]** 5/20 13/16 19/10
20/2 21/24 26/1 33/3 33/11
35/18 40/25 41/18 45/3 45/3
49/22 53/7 60/16 61/24 76/9
81/8 86/3 87/5 90/4 92/23
96/20 98/16 101/17 101/21
102/9 104/3 104/9 105/9
116/10 120/24 121/25 123/11
124/19 125/5 126/8
**outside [15]** 9/12 9/16 12/16
12/17 12/20 12/21 13/1 13/7
25/3 34/12 34/16 76/13 76/15
76/17 77/20
**over [18]** 6/2 10/23 16/24
22/8 27/23 34/7 34/13 34/20
42/13 42/13 42/16 50/10
50/11 77/20 78/14 85/25
105/8 111/13
**overnight [1]** 27/21
**overseas [2]** 63/12 119/8
**overt [1]** 130/2
**overwhelmed [1]** 25/15
**own [5]** 21/3 73/11 87/5 87/6
120/5
**oxygen [1]** 81/6

**P**

**p.m [7]** 108/3 108/4 108/4
117/18 117/18 121/1 121/1
**packaging [1]** 81/5
**page [27]** 3/2 4/11 12/9 40/16
40/18 40/20 54/8 69/10 69/14
69/15 69/16 69/17 69/17
69/21 84/25 84/25 93/7 105/2
108/22 108/24 108/25 110/23
113/15 113/16 113/19 113/19
128/25
**Page 000263 [1]** 84/25
**Page 109 [1]** 54/8
**Page 148 [2]** 110/23 128/25
**Page 150 [1]** 113/15
**Page 151 [1]** 113/16
**Page 3 [2]** 69/14 69/15
**Page 4 [3]** 69/16 69/17 69/17
**Page 74 [2]** 108/22 108/25
**painfully [1]** 9/4
**pamphlet [3]** 23/20 23/20
23/22
**paper [2]** 83/4 99/5
**paperback [1]** 23/18
**paragraph [1]** 69/11 69/22
**paramedic [1]** 80/25
**Pardon [1]** 61/19

**P**

**part [20]**  9/5 18/14 60/7 60/9 80/24 97/8 97/8 97/11 97/15 97/25 102/20 103/11 105/14 113/17 115/22 115/22 118/4 120/22 128/21 129/1
**particular [3]**  93/11 93/12 110/19
**parties [1]**  90/17
**parts [11]**  58/8 96/24 96/25 97/1 102/10 105/15 108/7 108/20 108/20 119/23 126/11
**party [6]**  61/3 94/14 94/15 107/11 111/18 114/20
**party's [1]**  107/19
**pass [5]**  60/22 80/4 83/23 88/6 99/19
**passage [1]**  64/19
**passages [2]**  118/7 118/8
**passed [1]**  99/20
**past [2]**  28/10 113/1
**paste [1]**  102/24
**patience [1]**  47/11
**patients [2]**  46/23 81/5
**pay [2]**  14/24 15/4
**paying [3]**  14/18 15/3 15/16
**pays [1]**  10/22
**PC [1]**  1/15
**pending [2]**  71/1 117/13
**Pennsylvania [1]**  1/22
**people [20]**  10/22 13/21 33/11 34/6 34/9 46/2 53/3 60/8 63/6 66/5 66/7 71/12 81/16 81/17 81/20 87/21 88/1 88/4 110/16 119/9
**percent [1]**  9/4
**perception [1]**  115/4
**perfectly [3]**  14/5 112/12 114/6
**perhaps [4]**  100/22 102/12 107/6 114/15
**period [1]**  74/19
**permanently [1]**  21/17
**permission [1]**  21/15
**person [7]**  79/13 91/21 91/24 110/19 112/10 120/2 121/14
**personal [2]**  13/23 113/25
**persons [1]**  16/25
**Pete [12]**  29/13 34/24 35/1 56/1 114/9 122/8 122/11 122/15 123/3 124/4 124/5 129/1
**petition [1]**  116/21
**phone [22]**  19/12 34/18 34/24 35/1 44/18 44/19 56/11 68/22 69/13 70/4 70/9 70/12 70/14 71/2 77/21 78/20 78/21 78/24 78/25 84/19 92/8 93/23
**photo [1]**  43/5
**photograph [1]**  57/14
**photographs [1]**  41/19
**photos [1]**  43/19
**physical [3]**  58/16 105/25 106/1
**physically [3]**  60/13 99/4 101/23
**pick [1]**  125/12
**picking [2]**  102/9 104/3
**picnic [4]**  33/3 33/12 34/13 60/17
**picture [1]**  57/9

**pictures [1]**  41/19
**piece [1]**  41/15
**pink [1]**  108/23
**place [5]**  103/11 103/14 110/8 110/9 112/24
**plaintiff [8]**  1/3 1/13 5/12 7/23 9/8 22/6 109/23 112/22
**plaintiffs [4]**  44/25 59/8 118/7 121/23
**plaintiffs' [7]**  3/3 85/23 105/2 117/5 123/2 124/7 124/25
**plan [5]**  14/14 14/18 19/20 20/20 22/2
**planning [1]**  19/9
**plans [1]**  126/6
**plastic [1]**  36/7
**play [2]**  18/18 25/24
**played [8]**  67/5 120/18 121/23 124/12 128/18 128/22 129/2 129/10
**playing [9]**  29/11 67/21 68/4 116/9 118/2 118/10 118/17 119/4 124/5
**pleaded [1]**  116/21
**pleading [2]**  5/9 5/9
**please [15]**  16/18 18/13 21/10 22/15 23/1 40/16 47/9 59/7 69/10 86/6 92/4 117/20 122/25 123/18 126/14
**plenty [2]**  94/1 95/10
**PLLC [1]**  1/21
**Poe [2]**  16/9 16/10
**Poe's [1]**  11/2
**Poe/Slaughter [2]**  16/9 16/10
**point [26]**  7/22 9/6 10/2 35/12 36/21 58/17 61/5 68/24 72/22 72/24 73/14 74/8 74/15 75/3 76/9 89/17 89/25 90/1 93/7 96/4 109/15 114/2 115/16 127/2 127/25 129/10
**points [2]**  21/11 100/13
**policies [1]**  23/13
**policy [7]**  15/25 26/25 27/12 27/17 27/19 28/2 28/6
**Porter [1]**  2/5
**portion [3]**  64/4 94/1 94/23
**portions [8]**  16/22 17/1 93/14 95/4 96/12 103/19 104/3 106/16
**position [3]**  45/14 113/11 117/8
**positively [1]**  73/3
**possession [1]**  112/18
**possible [5]**  37/16 37/20 51/16 60/10 60/15
**possibly [1]**  127/6
**posture [1]**  5/6
**potentially [1]**  25/14
**practical [1]**  6/16
**practice [4]**  99/20 99/25 100/18 100/19
**precluded [1]**  6/25
**predicate [1]**  98/23
**predicated [1]**  102/17
**prediction [1]**  128/2
**prefer [1]**  45/20
**prejudice [11]**  5/14 6/4 6/15 6/16 6/16 6/22 6/23 7/20 7/21 98/18 111/15
**prejudiced [1]**  5/2
**prejudicial [9]**  93/16 93/22

96/10 104/8 105/16 105/22 109/8 109/19 110/25
**preparing [1]**  81/6
**prescribed [1]**  27/19
**presence [1]**  9/13
**present [15]**  4/2 21/9 44/12 47/8 86/5 92/3 94/2 99/4 108/5 114/21 117/19 119/14 121/2 122/24 126/16
**presented [2]**  70/4 123/10
**presenting [1]**  94/24
**pretext [5]**  5/1 5/1 5/2 7/5 7/9
**pretrial [1]**  119/22
**pretty [7]**  29/18 55/14 61/12 76/1 99/24 120/2 128/3
**previously [3]**  43/10 60/2 112/8
**prior [2]**  70/1 110/3
**private [1]**  57/15
**privilege [3]**  100/7 100/10 100/13
**probably [8]**  10/12 14/6 19/19 19/21 23/24 93/7 127/18 127/20
**probative [1]**  112/10
**problem [15]**  20/11 20/17 70/21 93/19 99/3 99/11 101/13 103/1 104/2 106/10 106/10 106/11 120/11 121/12 125/20
**problems [7]**  22/17 91/17 92/23 97/18 125/11 125/15 126/7
**procedural [1]**  100/18
**proceed [6]**  44/6 47/18 57/21 58/7 80/9 80/10
**proceeded [1]**  73/20
**proceeding [2]**  15/2 15/25
**proceedings [3]**  1/24 130/10 130/13
**process [1]**  120/3
**produce [1]**  97/2
**produced [7]**  1/24 94/9 94/18 95/15 95/16 95/17 96/2
**producing [1]**  96/9
**professional [1]**  99/15
**professionalism [1]**  18/15
**proffer [1]**  118/18
**proffered [1]**  101/14
**program [2]**  23/7 124/20
**prohibition [1]**  59/20
**promoted [1]**  62/9
**pronouncing [1]**  28/20
**proper [3]**  44/23 57/17 117/12
**properly [4]**  97/15 99/18 106/19 125/2
**propose [1]**  11/9
**proposed [2]**  44/16 44/17
**prosecutors [1]**  10/14
**protect [4]**  87/6
**protected [3]**  50/20 77/15 114/11
**protection [1]**  114/25
**protectorate [1]**  11/19
**prove [2]**  109/21 109/24
**provided [1]**  94/23
**proving [1]**  112/9
**pull [1]**  103/13
**pullover [1]**  36/3
**pullover-shirt [1]**  36/3
**punished [1]**  28/16

## P

**punishing [1]**  85/17
**purely [1]**  59/17
**purpose [1]**  57/23
**purposes [2]**  128/18 129/14
**put [19]**  4/14 7/4 11/3 15/9
  36/15 44/18 44/18 46/4 64/24
  65/23 66/11 66/20 84/16
  84/16 101/24 103/9 106/11
  121/7 125/4
**putting [2]**  50/8 102/19

## Q

**qualified [1]**  10/4
**qualifying [1]**  99/18
**quarters [1]**  27/9
**question [56]**  9/17 9/19 9/22
  10/17 11/24 11/25 12/2 12/5
  12/12 12/13 12/18 12/24 13/4
  14/2 18/22 37/25 40/25 41/6
  50/13 50/19 54/11 54/21
  54/25 55/6 57/21 57/22 58/16
  59/17 63/24 65/23 66/24
  67/12 67/23 70/23 71/1 83/20
  85/13 97/21 97/22 97/24
  100/17 101/2 101/4 101/6
  101/9 101/13 105/17 108/10
  109/16 111/5 111/8 111/11
  111/20 114/8 115/17 123/9
**questioned [3]**  78/10 104/7
  105/14
**questioning [6]**  52/2 52/5
  52/8 70/2 78/11 97/14
**questions [32]**  7/13 50/24
  52/13 57/18 63/25 64/24 65/6
  65/15 65/16 66/11 66/20
  70/19 70/24 78/14 81/22 82/9
  82/24 83/12 83/14 83/18
  85/10 88/7 89/5 101/14
  102/16 102/18 103/5 112/13
  114/10 114/14 114/17 123/13
**quickly [1]**  120/2
**quit [2]**  87/10 87/11
**quite [1]**  7/12
**quote [3]**  4/25 5/1 104/5
**quoted [1]**  104/4

## R

**RA [1]**  70/4
**railing [1]**  74/17
**raise [3]**  21/3 100/8 123/13
**raised [6]**  7/13 18/16 61/7
  85/18 101/25 116/25
**random [1]**  103/13
**range [3]**  12/1 46/15 101/17
**rank [2]**  62/11 107/12
**rape [4]**  65/4 65/7 79/14
  110/18
**raped [3]**  12/14 56/16 110/8
**rapist [4]**  9/15 11/25 12/19
  109/8
**rate [1]**  15/17
**rather [6]**  8/2 8/3 13/8 45/23
  80/2 125/22
**rationale [2]**  5/1 5/2
**rationally [1]**  116/4
**reach [3]**  19/12 19/13 47/3
**react [1]**  78/3
**reaction [1]**  78/2
**read [20]**  31/17 40/3 40/25
  43/10 53/16 54/10 68/18

76/18 86/18 93/14 93/24 98/7
99/5 99/7 100/24 109/24
110/24 113/20 128/18
**reading [5]**  30/19 50/7 69/25
  77/10 102/2
**reads [1]**  41/6
**ready [7]**  21/6 22/4 41/3
  67/11 76/23 92/9 122/21
**realize [1]**  57/13
**really [24]**  7/13 9/17 9/18
  10/4 11/20 11/20 13/17 14/6
  25/4 37/12 37/14 45/9 47/13
  47/16 58/15 76/1 78/4 82/22
  105/8 112/21 122/18 123/8
  128/6 129/18
**reason [8]**  15/11 31/22 52/4
  66/22 75/13 91/5 95/18 99/16
**reasons [2]**  59/18 93/10
**rebut [2]**  9/21 13/12
**recall [57]**  23/22 30/18 30/18
  30/20 31/10 34/4 34/25 35/4
  35/6 35/13 35/16 36/2 36/5
  36/12 37/4 37/10 37/10 37/11
  38/9 38/9 40/3 50/6 50/10
  50/12 50/13 50/19 51/6 51/13
  53/6 53/16 53/19 54/1 55/5
  56/10 56/11 56/21 66/4 68/5
  68/13 68/16 69/6 69/8 70/13
  70/14 71/1 72/13 72/15 73/1
  73/4 76/22 77/10 81/21 83/16
  84/23 87/2 87/23 95/5
**receipt [1]**  118/8
**receive [1]**  80/25
**received [2]**  47/11 77/21
**recent [1]**  90/25
**Recess [7]**  44/11 47/7 86/4
  92/16 108/4 117/18 121/1
**recessed [2]**  107/24 130/10
**recognize [6]**  25/14 64/7
  64/12 80/24 81/12 81/14
**recollect [1]**  32/8
**recollection [2]**  28/10 54/4
**record [19]**  7/4 12/11 15/10
  16/20 19/14 97/8 97/9 97/15
  98/1 99/13 100/20 103/21
  121/17 121/18 128/18 129/15
  130/1 130/3 130/13
**recorded [1]**  1/24
**RECROSS [2]**  88/9 88/22
**RECROSS-EXAMINATION [2]**  88/9
  88/22
**rectify [1]**  11/10
**redacted [1]**  17/4
**redirect [3]**  83/24 83/25 84/1
**reduce [1]**  120/1
**redundancy [2]**  121/4 121/5
**reference [2]**  38/10 40/17
**referenced [1]**  102/4
**references [1]**  17/5
**referred [3]**  13/5 102/13
  102/21
**referring [2]**  66/24 107/4
**refile [1]**  6/4
**reflect [1]**  99/13
**reflection [2]**  87/25 88/4
**refresh [1]**  54/3
**refuse [1]**  65/15
**refused [5]**  66/20 85/4 85/5
  85/10 85/12
**regard [1]**  68/17
**regarding [3]**  66/17 93/2
  114/15

**regardless [1]**  96/20
**regular [1]**  47/13
**rehabilitate [1]**  106/15
**related [2]**  90/2 114/10
**relationship [7]**  14/5 15/19
  26/11 27/6 55/21 63/18
  107/22
**relay [1]**  18/13
**release [3]**  44/6 44/21 89/7
**released [1]**  46/22
**relevant [5]**  57/18 95/14
  109/7 109/17 111/14
**relief [1]**  15/21
**remaining [1]**  80/1
**remains [1]**  44/6
**remark [3]**  30/18 30/20 37/16
  37/21 38/10
**remarks [1]**  56/10
**remember [47]**  28/25 30/12
  31/16 32/5 34/8 35/22 35/24
  36/24 37/12 37/15 37/16
  37/19 37/20 38/4 38/5 38/11
  39/21 39/23 40/13 43/12
  43/14 47/22 51/9 51/16 52/11
  56/13 56/16 56/22 63/19 64/1
  64/18 64/20 70/9 70/12 71/5
  71/11 71/11 71/14 71/16
  71/18 72/1 73/6 79/1 86/20
  87/19 88/13 92/4
**remind [2]**  95/20 103/17
**remotely [1]**  14/6
**remove [2]**  120/7 120/18
**removed [4]**  16/22 17/1 119/18
  120/8
**rendition [1]**  101/15
**renumbered [1]**  124/21
**repeatedly [1]**  78/15
**repeating [1]**  94/17
**repetition [1]**  121/9
**rephrase [1]**  66/3
**replacement [1]**  56/4
**report [2]**  44/13 59/13
**reporter [2]**  2/12 62/3 128/16
  128/19 129/19 130/18
**Reporter's [1]**  130/12
**represented [5]**  10/20 11/4
  96/15 96/18 98/25
**request [3]**  85/13 87/4 88/17
**requested [2]**  74/16 88/15
**requesting [1]**  85/17
**required [3]**  99/6 99/9 123/24
**reserve [3]**  101/1 101/8 101/9
**reserved [3]**  100/16 100/23
  101/3
**resolving [1]**  15/13
**resources [1]**  110/12
**respect [5]**  6/15 10/6 99/23
  107/9 115/19
**Respectfully [1]**  128/4
**respond [2]**  10/1 111/22
**responder [1]**  81/4
**responding [1]**  81/19
**response [17]**  9/16 9/17 13/9
  13/10 57/1 57/3 57/4 90/16
  90/19 94/11 94/25 108/15
  109/22 110/14 111/21 113/24
  115/7
**responsible [1]**  63/5
**responsive [2]**  9/19 82/10
**rest [6]**  23/22 93/17 104/6
  105/1 105/23 106/13
**restroom [5]**  30/12 30/15 50/1

**R**

restroom... **[2]** 67/10 86/1
resume **[2]** 86/7 126/10
resuming **[1]** 70/2
return **[1]** 14/10
returned **[1]** 69/6
revisit **[1]** 117/16
rewind **[1]** 47/24
Richmond **[2]** 1/17 1/20
right **[115]** 6/12 9/2 9/7 12/6
 12/24 14/16 15/10 16/17
 17/21 18/1 20/5 23/10 23/25
 24/9 24/11 25/22 26/15 27/25
 28/7 28/16 28/20 29/4 29/7
 29/16 29/23 30/9 32/10 33/4
 33/14 33/23 33/24 34/10 35/9
 36/7 36/20 38/2 38/3 38/24
 39/2 39/5 39/12 40/24 43/5
 44/20 46/10 46/19 46/24
 46/24 47/18 49/16 49/16
 51/14 51/15 51/21 51/23
 51/24 52/6 53/23 54/3 54/10
 55/6 55/20 55/23 56/1 56/4
 56/20 56/24 57/20 58/18 60/7
 61/11 61/13 62/20 63/8 63/15
 63/23 64/10 64/17 65/14
 67/25 69/17 73/4 73/15 76/25
 84/9 84/21 85/17 86/7 92/14
 93/2 100/9 101/17 107/8
 108/16 110/5 110/11 110/12
 114/25 116/9 117/3 117/13
 117/21 117/25 118/5 120/25
 121/14 123/21 124/3 125/22
 126/4 126/13 127/3 129/23
 129/24 130/9
rights **[5]** 65/11 65/20 86/19
 87/6 123/16
rise **[2]** 92/2 126/15
Riverway **[3]** 1/16 1/19 2/10
roam **[1]** 12/1
Rohypnol **[5]** 111/5 111/6
 111/24 112/22 129/3
roll **[1]** 124/3
Ron **[1]** 1/18
room **[49]** 5/20 12/1 13/1 20/3
 25/9 25/24 26/23 27/11 27/22
 28/3 29/9 29/24 29/24 30/15
 35/12 35/18 39/5 39/12 41/20
 42/5 42/9 42/13 43/20 47/21
 48/16 48/18 49/22 49/24 50/1
 50/4 50/5 50/5 53/6 53/7
 55/24 67/6 67/22 69/2 73/12
 73/18 73/21 74/24 76/9 76/11
 76/16 76/25 77/4 77/8 84/16
Room 201 **[1]** 29/24
roommates **[3]** 25/9 29/10 67/6
rooms **[2]** 24/6 24/17
ROOT **[3]** 1/6 1/7 62/22
Rose **[1]** 46/6
Rose's **[1]** 46/6
rough **[1]** 48/7
roughly **[1]** 87/14
round **[2]** 51/7 51/10
rudely **[1]** 18/19
ruffies **[3]** 38/7 38/14 38/19
rule **[2]** 15/18 28/13
ruled **[4]** 4/16 108/19 112/8
 122/5
rules **[2]** 23/13 119/17
ruling **[6]** 5/4 5/5 8/1 8/8
 9/9 10/7

run **[2]** 5/30 81/20
running **[1]** 5/10 11/20
running **[2]** 18/14 125/5
runs **[1]** 24/19
Rusk **[1]** 2/14
Ryan **[6]** 33/19 37/14 38/20
 68/1 71/15 71/18

**S**

SA **[1]** 70/5
SA McCormick **[1]** 70/5
sacrifice **[1]** 47/15
safe **[1]** 108/3
said **[58]** 5/21 5/21 11/12
 17/1 17/11 20/5 24/20 30/4
 30/5 30/7 30/8 31/5 31/11
 31/22 38/11 40/1 43/1 43/11
 45/19 49/4 50/22 51/17 51/17
 53/13 53/15 54/1 54/15 55/4
 56/25 57/2 57/2 58/1 69/14
 73/20 75/23 76/22 76/23
 77/13 79/1 80/18 82/22 84/3
 84/23 85/4 86/18 91/20 94/17
 94/19 109/5 109/9 110/17
 111/12 112/14 113/4 113/5
 113/5 123/25 126/11
same **[9]** 47/14 52/1 72/19
 76/5 99/16 105/17 105/20
 120/9 120/19
sample **[1]** 85/6
samples **[3]** 86/23 88/12 88/16
Sara **[19]** 29/13 55/11 55/12
 55/16 55/21 55/23 56/3 56/13
 56/18 71/16 77/22 77/24
 78/20 91/15 91/21 91/23
 118/1 118/2 118/10
Sara's **[1]** 84/18
sat **[5]** 51/4 72/14 83/5
 83/13 125/14
save **[1]** 15/20
saved **[1]** 38/7
saw **[8]** 36/1 53/21 55/7 59/1
 81/25 105/13 105/22 121/6
say **[48]** 6/13 7/8 10/3 13/25
 14/3 16/19 18/23 21/25 25/16
 28/14 29/21 30/14 35/1 35/5
 35/13 35/21 39/18 47/11
 47/13 49/17 49/18 55/18
 58/20 61/9 73/19 75/1 89/15
 89/23 90/6 90/12 94/18 96/23
 98/22 100/6 100/9 103/14
 110/7 110/15 113/9 113/10
 114/2 116/25 119/17 123/5
 127/13 127/18 128/7 129/25
saying **[20]** 7/5 8/25 11/15
 14/24 31/16 56/15 56/21 57/4
 68/16 96/6 96/6 101/12
 102/23 102/25 103/2 103/5
 107/17 108/19 123/8 127/14
says **[19]** 31/8 38/6 51/24
 57/5 64/5 67/23 68/10 68/11
 68/17 69/18 69/20 79/2 84/6
 85/6 87/21 94/7 111/6 112/2
 122/13
scared **[1]** 78/9
schedule **[5]** 4/9 20/4 45/24
 46/2 127/21
scheduled **[1]** 46/1
schedules **[1]** 45/12
scheduling **[2]** 4/3 46/22
Schmidt **[8]** 71/15 118/21
 118/22 119/9 120/19 122/8

7/25 7/15 125/23
school **[4]** 61/18 61/20 61/22
 61/24
schooling **[1]** 79/24
scientific **[1]** 116/2
scope **[3]** 107/16 107/18
 107/20
Scott **[1]** 58/15
scramble **[1]** 19/13
screen **[1]** 41/25
seat **[1]** 22/15
seated **[7]** 21/10 47/9 86/6
 92/4 117/20 122/25 126/17
second **[9]** 25/7 40/22 51/25
 59/7 69/11 110/23 111/1
 111/11 114/22
Secondly **[3]** 5/17 21/20
 100/14
secure **[1]** 113/2
secured **[1]** 5/8
security **[4]** 32/17 52/16
 52/25 82/25
see **[35]** 4/11 8/3 17/18 19/13
 20/16 22/8 30/11 32/18 32/22
 34/12 34/13 35/14 37/2 37/9
 41/21 41/24 41/25 42/6 42/20
 43/10 43/21 46/15 47/3 54/10
 69/11 69/12 69/18 79/2 99/5
 100/1 104/13 106/17 107/6
 124/22 128/1
seeing **[7]** 68/21 70/14 70/14
 71/2 71/2 75/14 114/1
seek **[1]** 87/5
seeking **[2]** 15/21 21/14
seeks **[1]** 18/20
seem **[2]** 12/14 82/16
seemed **[3]** 39/11 74/9 82/14
seems **[5]** 39/7 39/8 101/12
 121/14 125/7
seen **[3]** 23/19 57/11 104/7
selected **[1]** 95/4
selectively **[4]** 97/6 97/11
 97/25 103/6
semen **[1]** 60/1
send **[1]** 44/24
sense **[3]** 47/15 47/15 82/9
sensitive **[1]** 26/18
sent **[1]** 10/11
sentence **[4]** 69/24 69/25 70/1
 112/1
separate **[4]** 15/2 15/5 84/16
 105/11
separated **[1]** 62/11
sequences **[1]** 68/8
serious **[1]** 77/11
serpentine **[1]** 32/20
served **[1]** 63/13
service **[1]** 107/20
SERVICES **[1]** 1/7
set **[2]** 49/7 114/13
settlement **[1]** 129/22
several **[5]** 5/13 10/23 33/11
 39/3 57/25
sex **[16]** 27/11 39/15 39/18
 40/1 43/1 48/3 48/7 50/15
 58/2 77/8 77/15 82/17 114/11
 114/24 114/24 115/20
sexual **[5]** 27/5 27/15 55/21
 113/22 115/18
sham **[1]** 11/3
share **[2]** 27/9 71/23
shared **[1]** 68/16

**Sharon [1]**  2/9
**sharp [2]**  102/9 104/2
**sharpshooting [1]**  8/2
**she [137]**
**she's [20]**  29/24 29/24 30/11
34/16 34/18 34/23 35/18
35/25 44/4 44/5 44/14 44/15
44/17 44/20 50/2 55/15 55/16
97/19 106/13 115/7
**sheets [5]**  39/19 39/25 40/2
41/6 42/20
**shift [1]**  8/6
**shirt [2]**  36/3 36/3
**shock [4]**  81/12 81/14 81/18
82/1
**shocked [1]**  78/3
**shoes [1]**  50/8
**shooting [2]**  102/9 104/3
**short [7]**  18/2 74/25 75/1
91/25 100/1 100/2 100/3
**shortly [3]**  63/2 63/22 88/15
**should [9]**  4/23 31/6 70/24
90/18 91/7 100/22 105/12
107/6 123/14
**shouldn't [3]**  30/14 31/7 91/6
**show [23]**  40/13 41/18 57/9
84/24 93/9 93/17 95/11 95/18
96/20 98/18 98/22 103/18
105/15 108/19 108/21 109/25
111/4 111/4 112/17 112/22
115/3 123/12 124/24
**showed [1]**  70/4
**showing [4]**  29/16 70/9 70/10
93/21
**shown [6]**  93/13 96/21 97/7
103/10 106/5 106/14
**shows [2]**  94/16 103/20
**side [9]**  24/6 24/9 24/23 94/9
95/13 99/25 103/24 112/18
114/20
**sidebar [4]**  85/2 89/10 119/13
124/11
**sidebars [1]**  18/16
**sides [4]**  119/21 120/6 120/9
123/23
**signaled [1]**  17/23
**signature [1]**  4/11
**signed [1]**  4/11
**signing [1]**  6/23
**Simco [26]**  29/13 55/11 71/16
77/22 78/21 91/15 91/21
91/23 93/13 93/16 93/25 94/5
94/15 96/10 96/15 96/21
98/25 101/17 103/18 105/5
105/13 105/22 107/5 118/1
118/2 118/10
**Simco's [5]**  93/2 93/8 95/8
106/24 116/13
**simply [7]**  10/1 12/12 102/18
107/9 112/9 112/15 117/4
**since [8]**  14/17 43/9 44/17
65/25 88/16 106/14 116/13
122/2 128/17
**sir [260]**
**sit [2]**  70/13 92/10
**sitting [6]**  34/12 36/25 51/14
68/5 72/21 72/22
**situation [2]**  87/7 109/8
**six [4]**  43/8 64/18 68/10
70/21

**size [1]**  51/12
**spin [3]**  81/6 81/6 81/6
**slander [4]**  5/17 5/22 5/23
7/24
**Slaughter [2]**  16/9 16/10
**sleep [3]**  49/14 76/2 76/3
**slept [1]**  79/4
**slightly [1]**  53/4
**slow [3]**  39/16 48/1 123/12
**slowly [1]**  69/25
**slurred [2]**  81/16 82/5
**small [4]**  23/18 61/11 92/18
93/1
**smaller [1]**  51/9
**smallest [1]**  43/13
**sneak [1]**  116/10
**so [117]**  4/8 5/8 5/19 5/22
6/5 6/21 8/14 8/22 8/25
10/16 11/2 12/1 12/22 12/24
13/7 14/5 16/1 16/13 16/25
21/21 24/3 24/10 24/14 24/25
25/3 25/8 25/17 25/22 25/23
28/12 28/25 31/1 32/1 32/9
32/22 33/5 34/1 34/22 35/22
36/18 36/19 36/23 37/1 37/10
37/25 38/23 39/4 42/12 43/4
43/11 44/20 45/16 45/24
45/24 46/20 46/23 47/12 50/4
51/25 52/4 52/21 53/4 54/24
55/6 55/6 58/4 60/12 61/4
63/8 63/16 63/22 66/25 68/2
68/7 68/21 72/17 76/1 77/20
79/5 80/22 81/9 84/12 87/4
87/5 87/14 92/6 92/8 94/9
96/19 99/4 102/23 104/9
105/3 106/25 107/2 108/8
108/13 108/13 111/8 111/9
112/2 112/3 115/2 121/4
121/7 121/9 121/23 122/6
123/18 124/21 124/21 126/8
126/14 127/7 127/11 127/20
129/8
**social [4]**  26/3 67/4 67/16
68/13
**socializing [1]**  34/10
**socks [1]**  50/8
**solely [1]**  13/22
**solemnly [1]**  22/11
**solve [1]**  20/17
**some [37]**  22/17 24/4 25/13
26/14 32/10 35/2 36/19 36/21
43/13 44/14 46/10 52/13
58/14 59/10 60/21 61/5 67/1
67/20 68/4 68/24 74/8 75/3
79/3 81/16 81/17 88/17 93/7
98/18 100/10 103/13 103/13
108/11 110/6 112/9 114/15
115/24 120/8
**somebody [4]**  27/10 81/9
109/11 125/13
**somehow [1]**  21/22
**someone [11]**  27/11 28/3 38/17
78/18 79/11 81/12 81/14
103/12 103/13 107/11 117/9
**someone's [1]**  27/22
**something [22]**  5/21 10/8
11/18 15/10 30/14 31/16
32/13 37/13 46/2 51/10 51/12
51/18 52/7 59/20 75/17 89/13
96/8 107/17 109/18 114/2
114/4 123/5
**sometime [1]**  4/6

**sometimes [2]**  34/6 123/18
**somewhat [2]**  51/8 54/12
**soon [1]**  124/15
**Soriano [1]**  71/15
**sorry [24]**  26/17 31/3 31/10
40/6 62/4 67/4 67/7 67/15
68/3 69/16 79/2 80/7 85/23
86/13 89/4 92/12 94/11
106/22 110/22 113/18 118/24
120/4 122/20 128/11
**sort [2]**  62/16 105/9
**Sotto [6]**  17/25 20/10 43/23
59/8 67/8 124/7
**sound [5]**  22/3 91/18 113/21
114/3 115/17
**sounds [2]**  107/22 114/3
**South [3]**  79/19 79/20 80/2
**SOUTHERN [2]**  1/1 61/8
**space [2]**  32/10 124/21
**speak [3]**  14/12 31/14 72/7
**speaking [5]**  22/16 58/13
88/12 91/21 91/24
**special [3]**  64/25 74/11 79/11
**specialized [1]**  116/2
**specific [2]**  9/22 94/23
**specifically [14]**  13/11 16/23
34/8 37/11 37/17 37/20 53/21
56/21 64/8 68/5 71/5 73/7
87/23 102/21
**speculation [2]**  11/25 101/6
**speech [3]**  39/11 81/16 82/5
**spend [4]**  12/15 26/23 27/22
48/16
**spending [1]**  28/2
**spent [7]**  12/25 33/21 55/17
55/18 55/21 80/22 127/16
**spoke [1]**  81/25
**sponsor [1]**  106/20
**square [2]**  51/8 51/10
**squeeze [1]**  127/7
**staff [5]**  17/25 20/10 43/23
62/13 67/8
**staffed [1]**  79/23
**stage [1]**  18/20
**stairway [1]**  73/16
**stairwell [2]**  24/11 74/18
**stand [9]**  5/19 9/14 16/13
22/6 63/17 70/18 106/4
127/20 130/1
**standard [1]**  15/18
**standing [6]**  34/16 42/13
76/13 76/15 76/17 107/12
**start [6]**  20/20 100/20 119/11
127/9 128/5 129/17
**started [6]**  4/21 46/22 63/16
75/25 84/20 116/13
**starts [1]**  70/1
**state [43]**  10/8 10/12 11/7
11/18 21/24 23/1 30/24 43/11
52/3 52/4 53/21 60/19 64/16
64/25 68/14 69/12 78/5 78/6
78/10 83/1 83/3 83/9 83/15
83/18 83/20 84/8 84/21 85/5
85/8 86/11 86/18 86/24 88/11
88/17 88/24 89/21 89/22
100/18 101/21 101/22 114/20
115/4 121/21
**stated [1]**  87/24
**statement [74]**  4/19 8/3 10/1
10/4 11/17 13/9 13/12 30/19
30/21 30/22 30/22 31/2 31/5
31/6 31/8 31/10 31/17 31/23

**statement... [56]** 31/24 32/2
36/5 38/9 38/13 38/14 38/15
38/16 40/4 50/7 51/17 51/18
51/21 52/13 52/15 52/15
52/17 52/21 52/23 53/1 53/2
53/16 53/18 64/16 64/18
64/23 66/25 67/2 67/24 68/10
68/11 68/14 69/11 69/15 71/7
73/6 73/8 73/10 74/12 75/5
76/8 77/11 79/7 84/6 85/4
87/22 90/15 95/9 98/15 98/16
98/16 98/19 106/25 107/10
107/12 107/19
**statements [1]** 43/10
**STATES [8]** 1/1 1/11 14/11
65/25 66/5 66/6 66/9 79/21
**status [1]** 114/13
**statute [1]** 6/19
**statutorily [1]** 44/23
**stay [4]** 44/8 44/16 74/19
92/10
**stayed [1]** 61/8
**stays [1]** 35/8
**stenography [1]** 1/24
**step [3]** 86/2 86/3 91/8
**Stephanie [4]** 1/21 1/21 2/4
92/21
**steroid [1]** 111/24
**steroids [2]** 111/12 111/22
**stick [2]** 12/15 32/1
**sticker [1]** 64/4
**still [10]** 12/1 12/23 35/18
39/2 44/23 80/20 92/6 104/22
105/11 116/12
**stomach [1]** 44/15
**stop [12]** 9/15 43/24 45/9
46/15 53/9 53/12 65/10 75/3
75/7 93/8 115/11 125/12
**stopped [5]** 73/16 75/11 76/2
124/15 129/6
**stopping [1]** 75/13
**story [4]** 30/9 58/10 78/16
84/19
**straight [1]** 32/21
**Street [3]** 1/22 2/6 2/14
**stressed [1]** 78/9
**strictly [1]** 85/10
**stuff [5]** 26/14 81/7 86/20
110/11 121/7
**subject [4]** 20/2 46/14 94/4
128/22
**submit [3]** 85/6 86/23 86/23
**submitted [2]** 116/22 117/5
**subpoena [1]** 101/17
**subsequent [1]** 6/24
**substance [1]** 101/4
**substantive [3]** 100/20 100/22
101/10
**such [3]** 55/16 55/19 79/25
**sued [2]** 56/20 56/22
**sufficient [2]** 107/12 108/7
**suggest [2]** 45/5 99/21
**suggesting [2]** 100/22 130/6
**Suite [3]** 1/16 1/19 2/11
**supposed [1]** 27/22
**sure [28]** 12/13 27/17 30/19
31/3 31/8 31/9 31/20 51/25
53/14 68/16 68/17 72/15 85/5
87/23 89/1 90/4 94/15 101/17
103/2 103/24 108/18 114/5

**surely [2]** 99/15 108/3
**surgeon [1]** 45/25
**surgeons [1]** 46/3
**surgery [1]** 46/11
**surmise [1]** 129/8
**Susan [1]** 2/3
**suspect [1]** 65/7
**swear [1]** 22/11
**sweatpants [1]** 36/3
**SWORN [1]** 22/11
**sympathy [1]** 129/18
**system [3]** 12/22 16/24 104/18

# T

**T-shirt [1]** 36/3
**table [3]** 33/3 33/12 34/13
**tables [1]** 60/17
**Tackett [3]** 19/24 19/25
111/23
**tail [1]** 120/23
**take [25]** 7/4 8/11 8/11 9/12
14/12 16/25 19/18 19/18
19/19 21/21 36/21 44/1 44/2
44/3 45/22 66/17 73/25 82/23
88/24 91/25 92/8 93/2 93/3
103/3 107/23
**taken [13]** 10/2 40/14 44/11
47/7 85/11 85/12 86/4 92/16
108/4 113/11 117/18 121/1
124/19
**takes [1]** 124/20
**taking [5]** 66/13 97/4 99/23
103/14 115/5
**talk [11]** 20/1 56/22 62/3
63/23 91/20 94/2 103/22
105/5 106/16 119/15 123/9
**talked [10]** 5/18 13/21 57/25
68/6 68/21 96/12 108/14
119/19 119/21 127/14
**talking [9]** 4/5 23/17 34/23
47/21 68/22 70/1 82/7 95/1
100/25
**talks [3]** 95/4 103/21 121/21
**tasks [1]** 63/7
**taste [1]** 37/11
**tasted [1]** 36/18
**team [1]** 121/4
**tech [1]** 121/14
**technical [3]** 116/2 120/23
124/16
**technician [1]** 125/1
**telephone [1]** 70/5
**tell [18]** 26/13 39/10 39/10
41/19 43/8 57/23 58/8 58/9
61/6 73/11 74/11 75/10 75/16
77/7 79/10 81/3 87/1 99/20
**telling [4]** 13/2 13/3 56/15
87/2
**tender [1]** 17/15
**term [1]** 60/2
**terminal [1]** 63/1
**termination [1]** 28/3
**testified [6]** 9/25 18/6 22/21
53/23 57/25 91/2
**testified that [1]** 57/25
**testify [8]** 14/4 14/25 19/9
21/25 46/4 59/21 109/12
111/23
**testifying [2]** 59/20 115/25
**testimony [27]** 3/12 9/23

7/4 120/9 16/13 18/18 19/18
121/11 126/20 97/20 97/4
97/10 102/19 103/9 103/15
105/2 106/6 110/7 116/1
116/3 116/17 118/2 118/10
118/17 119/4 119/23 124/5
**testing [1]** 59/10
**TEXAS [8]** 1/1 1/4 1/17 1/20
2/7 2/11 2/15 6/19
**than [17]** 4/23 5/5 7/14 8/2
10/1 26/18 30/8 35/25 37/12
48/18 49/19 80/2 92/9 110/9
116/19 121/11 123/8
**thank [19]** 7/17 17/17 18/11
20/18 21/10 22/20 47/10
47/19 54/7 55/10 60/23 67/17
85/20 86/8 88/19 91/9 118/16
122/1 130/9
**that [621]**
**that's [95]** 4/5 4/7 4/8 5/5
5/11 6/12 7/6 9/2 9/7 11/20
11/22 13/1 13/7 14/13 14/21
15/2 15/5 15/6 15/23 17/14
17/22 20/24 22/2 23/5 25/16
26/15 29/6 30/10 31/4 35/20
36/5 42/2 42/5 43/14 45/22
46/23 48/20 49/16 51/14
51/21 52/7 55/22 57/9 58/20
64/3 65/24 66/14 68/11 68/20
76/19 77/11 79/7 82/18 82/20
84/5 84/11 85/7 88/18 88/19
89/25 89/25 90/9 90/10 92/2
92/14 92/24 93/20 96/5 96/7
97/3 97/9 98/24 100/5 101/3
101/7 102/21 103/23 105/7
105/16 106/2 106/9 106/11
107/2 107/8 109/24 114/17
118/3 122/6 122/14 122/14
123/15 124/1 125/23 125/25
127/18
**their [28]** 4/6 5/14 5/15 46/3
53/3 78/11 79/11 81/15 81/15
92/5 93/11 99/25 100/1 100/2
102/4 106/8 115/22 116/20
116/21 118/4 118/25 119/2
119/19 120/1 120/8 120/18
127/15 127/20
**theirs [1]** 121/7
**them [27]** 7/8 17/5 17/18
17/23 19/9 20/16 20/25 32/10
32/12 32/20 35/3 70/12 81/6
81/16 87/1 87/2 88/14 92/7
93/17 95/18 103/22 103/22
108/14 117/9 120/14 124/17
126/25
**themselves [2]** 18/9 102/18
**then [61]** 5/20 6/1 8/19 8/19
8/23 12/8 12/15 14/23 21/15
23/20 24/12 35/8 37/13 37/22
39/3 42/6 45/7 50/19 53/24
55/4 61/10 63/1 64/22 65/13
65/18 65/21 70/23 72/19
75/19 75/20 75/24 82/22
89/15 92/8 100/1 100/9 103/9
103/9 104/4 104/17 105/14
105/19 106/10 106/11 107/2
108/10 111/13 113/9 113/20
114/24 117/16 120/17 120/20
122/22 122/23 123/2 125/9
125/19 127/9 129/5 129/9
**there [88]** 4/19 5/21 10/12
11/3 11/8 12/23 13/20 16/11

**there... [80]** 17/11 22/15
24/10 24/20 25/11 26/6 27/23
29/13 32/4 32/19 33/3 33/12
35/1 35/8 35/19 37/3 38/10
39/2 39/23 41/6 44/18 48/7
48/21 48/22 48/23 48/24 50/2
50/10 51/4 51/14 51/15 52/25
53/5 56/19 59/10 59/10 61/8
62/23 64/17 74/12 74/17 76/7
76/11 76/24 77/2 82/15 83/5
83/7 89/15 98/2 98/3 98/4
98/21 99/5 99/11 100/4 100/6
100/13 101/20 106/15 108/12
110/1 110/9 110/11 110/16
110/16 110/18 111/22 113/19
114/15 115/22 119/19 121/4
121/5 121/22 125/11 125/15
125/18 125/20 126/19
**there's [40]** 4/3 5/18 13/12
16/6 23/20 23/20 24/8 24/23
32/10 32/12 33/3 39/1 39/2
39/3 43/18 59/19 64/4 65/14
70/19 81/18 85/13 85/15
95/10 95/16 96/19 97/10
100/5 100/12 109/14 112/2
113/17 116/18 116/19 116/22
117/13 121/4 121/9 125/19
129/16 130/1
**therefor [1]** 93/15
**therefore [4]** 5/6 95/18
104/20 109/9
**these [26]** 4/18 7/6 16/8 32/9
33/3 41/11 42/6 42/14 42/16
43/18 43/19 53/3 58/6 77/24
84/20 94/18 105/6 114/14
114/17 115/24 119/8 120/6
120/9 123/19 125/5 126/8
**they [74]** 5/15 7/5 7/5 7/6
8/23 10/24 10/24 11/1 11/2
14/23 15/4 20/14 20/23 20/25
21/2 23/17 34/7 35/2 36/15
41/13 45/20 46/7 47/5 47/6
57/3 78/10 78/11 78/12 81/9
82/9 84/24 86/24 86/24 88/1
88/4 88/15 92/6 93/8 94/1
94/23 95/15 95/16 96/3 97/1
100/1 101/23 102/2 103/25
105/3 105/17 107/4 107/14
108/2 113/4 113/9 113/23
115/18 116/16 116/20 118/24
120/1 120/15 120/15 120/18
120/24 121/6 121/6 122/13
123/12 123/13 124/1 124/2
124/12 125/16
**they'd [2]** 45/23 46/7
**they'll [1]** 8/13
**they're [17]** 15/3 20/12 20/13
29/15 35/2 41/14 52/5 52/8
52/8 81/17 92/22 97/19 105/4
113/1 119/19 120/15 127/14
**they've [3]** 95/15 112/25
121/6
**thighs [3]** 48/11 58/2 59/3
**thing [19]** 8/18 14/17 15/5
16/3 16/19 18/12 36/4 43/8
45/2 45/22 61/7 72/20 73/23
89/9 97/1 99/7 101/3 110/19
125/19
**things [20]** 5/13 11/16 21/15
22/8 43/9 57/25 64/17 79/1

81/10 87/20 99/22 106/9
100/24 111/25 122/9
125/6 129/5 129/6 129/21
**think [81]** 5/11 7/14 8/2 8/14
9/2 10/2 10/21 10/24 11/1
11/17 13/18 13/25 14/19
20/13 21/22 23/19 28/15
29/10 33/19 35/11 38/13
41/11 45/8 45/11 46/7 47/13
57/12 57/18 57/20 58/7 58/17
60/15 63/22 67/13 67/14
72/16 82/23 83/4 85/23 89/3
90/14 90/15 91/13 91/19
94/17 95/14 95/23 96/8 99/24
100/7 100/11 102/6 102/8
102/9 104/4 107/3 107/14
108/6 108/8 108/14 110/21
111/4 112/20 112/21 112/21
112/21 112/23 116/4 117/3
117/4 117/16 120/3 120/22
120/22 121/13 122/4 122/9
125/20 125/23 126/19 129/19
**thinking [3]** 14/7 106/9
128/11
**thinks [1]** 115/8
**third [4]** 32/7 69/10 117/23
127/14
**this [170]**
**those [19]** 10/20 17/1 17/15
17/16 23/21 41/10 46/2 50/24
61/5 65/3 65/6 70/9 70/10
100/21 113/21 115/17 118/7
123/24 126/24
**though [7]** 11/24 44/20 49/16
77/14 98/25 125/21 129/15
**thought [26]** 15/12 17/14 19/6
21/20 29/18 30/5 30/7 35/11
52/1 56/7 56/7 90/2 96/23
96/23 99/16 100/7 115/11
116/24 118/25 119/20 120/21
121/11 123/25 124/18 126/7
127/3
**three [14]** 2/10 25/9 30/4
30/5 30/8 30/9 42/22 63/2
63/22 81/4 83/5 108/12
108/13 127/7
**three-story [1]** 30/9
**through [10]** 23/6 40/20 61/18
61/20 108/23 110/24 112/1
113/16 113/19 123/1
**throughout [1]** 113/7
**throw [2]** 5/19 127/20
**thrown [1]** 117/10
**till [6]** 45/3 47/6 100/16
101/8 101/9 122/13
**time [74]** 6/17 6/18 14/6
15/18 22/5 25/12 25/23 30/7
30/11 33/21 35/21 36/1 43/12
46/15 48/4 48/21 50/7 52/21
52/22 60/19 62/6 62/9 62/23
64/19 65/10 66/17 66/23 67/1
67/1 68/2 68/2 68/8 68/18
69/12 69/19 73/4 73/8 73/14
74/19 74/25 75/1 77/2 78/6
79/5 82/18 83/5 83/7 87/2
87/5 88/12 94/12 97/22 98/8
98/13 99/1 99/11 100/17
100/23 100/24 101/9 101/16
107/25 108/24 109/2 109/15
110/10 117/12 117/15 117/23
122/14 123/24 127/19 128/17
129/5

**times [5]** 25/25 64/1 69/5
69/6 79/6
**tipsy [1]** 39/7
**tired [3]** 75/2 76/1 129/21
**today [11]** 6/18 7/1 21/12
44/24 45/1 64/20 65/13 70/13
122/18 122/7 126/9
**today's [1]** 7/20
**Todd [2]** 1/14 41/10
**together [13]** 33/16 34/1
55/17 55/18 55/21 60/16
63/21 72/14 72/21 73/15 76/3
84/19 115/23
**togethers [1]** 26/3
**told [22]** 10/11 10/14 15/16
20/12 28/2 31/6 31/12 32/5
56/19 56/20 63/15 63/25
63/25 65/9 75/17 76/7 77/17
77/19 77/24 79/3 92/5 93/6
**tomorrow [16]** 19/6 19/9 19/16
20/13 21/21 21/25 22/1 44/25
45/3 45/20 46/7 46/8 46/14
47/12 126/14 127/6
**tomorrow's [1]** 20/4
**tonight [1]** 126/3
**too [7]** 12/9 15/4 119/20
120/24 125/3 125/24 129/20
**took [4]** 36/19 99/4 104/9
117/7
**toothpaste [1]** 125/4
**top [6]** 43/5 69/21 71/17
105/8 105/21 112/17
**totality [1]** 8/4
**toward [1]** 18/19
**town [1]** 19/10
**Tracy [1]** 110/1
**traffic [2]** 32/17 32/23
**trained [1]** 81/8
**training [4]** 60/9 79/25 80/24
81/1
**transcribed [1]** 128/16
**transcript [4]** 1/10 1/24
121/8 130/13
**transcription [2]** 1/24 38/16
**transport [1]** 81/6
**travel [1]** 20/21
**treat [1]** 81/10
**tremendous [1]** 98/19
**trespasses [1]** 100/10
**trial [24]** 1/10 5/6 7/25
16/15 45/10 57/20 79/16 80/2
91/24 93/11 96/7 97/9 99/12
99/25 100/17 100/24 101/9
101/9 102/4 109/17 113/4
113/6 113/8 126/12
**tried [6]** 49/19 70/15 71/2
71/8 78/16 116/20
**trip [1]** 67/9
**true [12]** 25/9 28/18 30/10
35/20 39/5 43/20 49/20 56/1
88/3 103/23 107/2 110/5
**trump [1]** 21/18
**truth [5]** 16/7 22/13 22/13
22/13 98/17
**truthful [1]** 16/14
**truthfully [3]** 15/1 64/25
83/21
**try [15]** 4/4 22/15 26/17
41/18 44/19 45/13 45/23 46/9
47/1 49/21 70/21 81/8 91/12
99/11 117/25
**trying [13]** 43/16 43/17 45/5

**T**

trying... [10]  46/8 46/21
 47/3 76/10 92/7 92/23 99/17
 127/25 128/1 129/20
tube [1]  125/4
Tuesday [2]  20/20 21/1
turn [2]  21/15 69/21
turned [1]  53/13
Twelve [1]  61/25
twice [4]  69/7 70/15 71/3
 71/8
two [26]  5/21 18/2 19/8 24/22
 27/6 30/3 32/9 33/3 34/7
 50/11 63/2 70/5 70/10 73/25
 76/3 84/18 84/19 94/14
 100/12 108/13 113/15 114/10
 122/16 123/1 127/5 127/11
Tyler [5]  71/15 118/21 118/22
 119/9 122/8
type [3]  36/3 67/21 114/17
types [1]  112/3

**U**

U.S [1]  2/14
uh [5]  16/21 24/16 37/25
 54/14 54/16
uh-huh [5]  16/21 24/16 37/25
 54/14 54/16
ultimately [1]  10/13
unavailable [2]  101/23 113/11
uncomfortable [2]  53/4 74/22
under [14]  6/19 9/24 66/1
 66/8 66/15 81/20 82/3 93/22
 94/21 104/24 105/12 105/16
 110/13 117/23
understaffed [1]  80/1
understand [39]  5/10 5/10 8/8
 10/6 10/9 11/23 18/18 21/12
 21/18 21/19 26/16 26/21
 31/25 41/2 53/3 58/17 58/22
 59/19 59/22 65/6 65/13 65/13
 65/17 65/18 87/6 91/7 96/4
 98/12 98/12 102/6 102/15
 102/18 106/10 109/19 114/5
 114/6 118/5 120/9 121/9
understandable [1]  43/14
understanding [1]  116/3
understands [1]  68/7
understood [4]  8/5 12/10 65/3
 119/20
undo [1]  117/11
undress [1]  74/2
undressed [1]  74/4
unfair [1]  18/20
unfairly [6]  93/15 96/10
 104/8 105/16 105/22 109/7
unintended [1]  93/18
UNITED [8]  1/1 1/11 14/10
 65/25 66/5 66/7 66/9 79/21
universal [1]  99/24
unkind [1]  95/9
unknown [1]  112/9
unless [4]  8/11 27/21 105/8
 125/10
unmade [2]  39/21 39/23
unnecessary [2]  7/6 123/13
unoffered [1]  93/18
unring [1]  125/4
unsteady [1]  82/13
until [7]  12/22 16/9 61/8
 81/4 100/23 124/25 126/14

untruthful [1]  16/16
unusual [3]  44/1 12/18 44/20
unwell [1]  44/3
up [49]  5/16 6/18 7/20 8/11
 8/11 9/12 11/3 14/7 20/20
 26/13 31/14 34/23 38/12 39/5
 39/24 39/24 40/7 45/23 48/24
 49/1 49/4 49/5 49/13 49/14
 49/19 49/20 56/23 57/10 61/7
 68/24 73/1 73/2 73/14 76/10
 79/24 81/4 93/2 93/3 99/2
 100/21 106/6 106/11 114/4
 115/5 116/20 122/6 123/13
 125/12 126/25
upper [1]  60/11
upset [2]  44/15 79/4
upstairs [2]  73/17 73/20
us [20]  5/20 23/17 28/2 32/5
 44/22 46/13 61/6 63/15 63/25
 69/25 73/11 76/7 77/7 77/19
 81/3 88/17 95/17 96/9 107/25
 117/9
use [7]  13/24 97/1 100/15
 105/3 112/5 114/24 126/18
used [7]  18/7 18/9 93/19
 95/21 99/1 103/18 111/17
using [2]  34/18 105/24
usual [1]  92/9
usually [2]  32/18 120/15

**V**

vacation [2]  28/22 34/3
validation [1]  121/12
variables [1]  18/18
various [2]  71/12 113/7
vehicle [1]  63/6
verified [1]  125/1
very [30]  7/17 9/10 10/3
 10/10 13/19 16/13 16/17
 18/13 18/14 30/25 43/9 43/16
 44/16 63/1 74/14 74/14 74/19
 74/22 75/2 76/1 78/12 81/11
 84/23 88/8 88/8 91/14 100/8
 104/24 129/21 130/9
Vicknair [1]  1/15
video [24]  18/6 18/6 25/24
 29/11 67/6 67/21 68/4 91/13
 93/8 93/8 99/4 106/5 106/12
 118/12 119/3 119/11 119/18
 120/2 125/1 126/2 126/18
 127/6 128/15 129/2
video-type [1]  67/21
videotaped [7]  3/12 91/15
 118/2 118/10 118/17 119/4
 124/5
view [5]  5/4 89/8 116/8
viewed [1]  125/1
vigorous [1]  7/12
vigorously [1]  4/23
violate [5]  9/9 89/11 89/20
 91/1 121/19
violated [1]  89/18
violation [2]  27/12 28/2
visibly [1]  39/10
voce [6]  17/25 20/10 43/23
 59/8 67/8 124/7
voice [2]  22/3 114/1
voices [1]  18/16
voluntarily [1]  86/23
volunteer [1]  61/16
Vorpahl [1]  2/3

**W**

wait [4]  54/11 54/19 67/10
 96/22
waive [3]  14/11 65/20 66/8
waived [3]  9/24 120/15 120/15
waiving [1]  100/21
wake [4]  49/1 49/13 49/19
 76/10
waking [1]  14/7
walk [5]  12/15 34/20 34/23
 53/9 76/24
walked [9]  12/17 13/1 20/2
 53/13 55/1 73/15 77/8 115/11
 120/23
walking [4]  11/6 53/7 77/20
 82/12
walks [2]  50/4 50/5
wall [3]  42/14 42/16 51/11
want [37]  6/24 7/2 8/11 10/7
 10/7 12/12 16/5 16/14 18/15
 18/16 20/23 21/13 26/13 33/6
 35/2 37/18 38/12 40/7 41/18
 45/9 49/14 61/9 89/11 90/25
 92/6 103/25 104/6 105/3
 107/25 108/18 121/8 121/18
 122/13 123/9 124/23 124/24
 125/10
wanted [13]  9/12 44/25 49/14
 52/16 52/25 73/17 75/20
 84/24 87/2 119/15 121/3
 121/24 123/5
wanting [1]  35/18
wants [7]  21/16 44/8 44/16
 44/22 45/14 47/1 94/7
war [1]  110/16
warrant [1]  117/14
Warrington [2]  61/10 61/16
was [315]
was the [1]  62/15
wasn't [20]  10/8 10/16 13/16
 30/7 30/16 31/9 36/1 50/22
 51/10 57/4 57/5 76/23 93/5
 94/19 98/25 101/15 102/4
 102/4 106/15 107/3
watch [1]  126/2
watched [4]  53/11 53/15 53/24
 54/1
water [1]  22/9
way [35]  5/9 11/12 13/20
 16/14 20/17 24/15 24/18
 24/18 24/19 25/23 29/9 32/17
 32/23 39/11 42/12 44/19 47/2
 48/13 63/11 68/14 71/10 72/5
 79/3 81/11 82/23 88/3 92/21
 99/19 99/21 100/1 101/17
 111/10 111/15 127/8 127/15
ways [2]  81/18 97/4
we [209]
we'll [20]  4/8 8/15 15/24
 22/2 44/3 44/5 44/6 45/16
 46/9 63/17 67/10 92/7 92/8
 92/9 117/25 122/8 126/10
 128/3 128/9 129/20
we're [42]  5/22 7/9 11/6 11/6
 11/8 13/22 17/24 18/2 18/23
 26/14 32/3 35/21 43/19 46/8
 47/2 55/19 57/21 63/23 67/11
 77/20 91/12 91/17 92/6 96/5
 96/6 96/7 96/9 96/10 102/12
 103/14 107/24 116/8 117/21
 118/8 121/7 122/6 123/12

we're... **[5]**  125/5 125/8
 126/22 127/3 127/9
we've **[10]**  5/18 20/12 22/16
 23/19 71/12 101/23 108/12
 125/22 127/23 127/24
wear **[2]**  30/14 31/7
wearing **[2]**  30/16 36/3
weaving **[1]**  32/20
website **[1]**  119/17
Wednesday **[2]**  33/7 71/13
week **[4]**  4/6 19/6 127/4 127/4
weekend **[2]**  20/20 20/23
weeks **[3]**  10/23 63/2 127/12
weight **[2]**  107/3 123/19
weird **[1]**  31/11
welcome **[1]**  48/23
well **[67]**  6/1 7/7 10/2 11/11
 11/15 11/21 12/7 13/15 13/17
 14/3 15/8 16/17 17/21 19/3
 19/7 20/24 21/12 24/7 25/20
 27/21 28/6 29/3 30/21 31/11
 31/21 35/1 35/7 35/17 37/13
 39/23 40/1 40/7 47/6 51/3
 53/20 54/3 55/14 56/6 56/11
 57/24 59/25 60/13 61/16 63/3
 87/10 87/25 89/15 90/4 95/16
 99/6 99/8 100/25 107/19
 109/10 110/2 110/4 111/3
 111/25 114/6 123/25 124/21
 124/22 127/2 128/5 128/10
 128/14 129/16
went **[13]**  23/6 23/9 34/7
 35/14 49/24 61/10 63/16
 73/21 74/15 76/2 76/25 78/14
 129/6
were **[101]**  4/5 10/10 11/1
 13/21 14/1 15/12 15/25 19/9
 20/14 20/25 23/12 24/2 25/5
 29/20 34/8 41/6 41/7 47/21
 48/21 50/10 52/13 52/21
 52/22 53/3 56/19 57/2 58/25
 60/17 61/6 61/7 62/1 62/9
 62/14 63/3 63/4 63/4 63/19
 63/20 64/18 64/24 65/3 65/7
 65/9 65/25 66/7 66/11 68/4
 68/5 68/9 70/13 71/12 72/21
 72/22 73/2 74/6 78/5 78/10
 78/12 79/1 80/18 81/20 82/9
 82/9 84/6 84/14 84/23 85/11
 86/18 86/19 86/22 87/10
 87/16 88/12 89/23 90/11 94/2
 94/23 96/1 96/12 98/2 98/21
 99/16 100/23 102/2 102/16
 105/15 108/20 109/3 110/4
 110/18 112/9 113/10 116/24
 117/1 120/8 120/24 123/17
 127/3 129/5 129/6 129/7
weren't **[6]**  27/8 46/8 60/17
 84/3 84/13 95/21
West **[1]**  1/22
what **[109]**  6/8 11/16 12/24
 13/1 13/11 13/17 13/25 15/12
 15/16 15/17 15/25 16/14 17/1
 17/9 17/9 17/14 19/17 20/24
 22/2 24/12 25/22 27/17 30/24
 32/15 32/22 34/8 36/13 36/14
 43/10 44/22 45/5 50/13 51/5
 53/3 57/23 58/9 61/24 62/5
 62/11 62/14 63/3 63/4 64/7
 64/15 65/11 68/2 68/11 68/17

69/18 69/18 73/4 73/6 73/19
 75/14 75/19 75/24 76/7 76/22
 78/2 78/6 78/25 79/20 81/8
 81/9 87/1 87/9 88/14 90/10
 90/12 91/2 91/2 91/5 96/5
 96/9 97/9 97/22 98/10 100/5
 100/25 100/25 101/12 103/23
 105/3 105/4 106/3 107/25
 108/14 108/19 109/25 110/17
 111/11 111/13 112/5 112/11
 114/7 115/2 115/6 115/6
 119/25 122/15 124/12 124/22
 125/23 130/3
what's **[8]**  14/2 92/17 94/4
 102/23 103/2 105/9 105/9
 113/8
whatever **[4]**  32/2 45/14 84/24
 100/11
whatnot **[2]**  50/9 58/15
whatsoever **[3]**  65/16 91/7
 123/14
when **[100]**  8/6 9/14 10/8 11/4
 11/25 15/20 19/11 20/5 24/5
 24/7 25/11 25/11 25/15 25/17
 25/22 28/25 29/20 30/15
 30/21 31/7 31/21 31/22 32/18
 34/6 34/23 35/14 35/21 39/24
 41/7 44/4 46/7 46/22 49/4
 50/1 52/15 52/17 52/22 54/17
 54/21 57/1 57/1 60/17 61/15
 62/11 62/20 63/3 63/4 63/16
 63/16 63/19 65/3 65/6 65/14
 68/1 68/8 73/1 73/2 73/14
 75/7 75/25 76/9 77/4 78/2
 78/5 78/10 80/18 81/25 82/17
 84/3 84/11 85/14 86/10 86/17
 87/12 88/11 92/15 93/4 94/6
 94/22 96/11 98/9 98/10 98/11
 99/23 100/19 100/23 101/14
 102/1 102/20 102/20 103/9
 104/22 105/22 106/4 107/17
 119/21 121/6 122/4 127/13
 129/21
whenever **[1]**  108/2
where **[16]**  20/7 26/3 38/12
 43/4 50/5 50/6 57/3 61/6
 61/6 67/13 67/17 79/18 97/10
 101/23 103/7 109/15
whereabouts **[1]**  76/23
whether **[16]**  11/13 11/13
 20/25 20/25 21/15 44/5 50/10
 55/19 68/17 70/13 77/15
 81/14 101/5 101/6 114/10
 115/20
which **[30]**  5/4 5/15 7/11 9/17
 20/21 30/12 31/6 32/7 35/14
 44/22 50/19 58/9 59/25 61/11
 62/13 63/5 63/5 69/20 70/5
 70/6 70/7 78/18 81/5 96/8
 101/1 102/7 105/7 111/18
 114/21 117/14
while **[10]**  23/12 26/6 35/8
 37/9 54/24 63/19 103/14
 107/24 116/12 130/1
whispering **[1]**  18/21
who **[25]**  12/14 15/16 18/6
 19/9 21/13 27/25 33/19 53/3
 62/20 71/11 71/12 72/15
 72/15 73/1 74/4 76/17 78/23
 81/12 81/20 82/25 101/21
 113/22 115/18 118/14 119/15

who's **[3]**    109/11 122/10
 124/10
whole **[20]**    20/23 22/13 45/23
 45/24 83/7 89/17 89/25 89/25
 97/2 98/22 99/7 102/7 102/10
 103/4 103/25 104/10 105/19
 106/11 108/8 110/10
whose **[2]**    91/3 123/3
why **[24]**    11/3 11/25 12/25
 13/1 13/3 13/4 13/15 15/11
 75/1 75/7 75/10 80/1 89/23
 94/19 98/21 98/21 105/19
 107/2 115/5 115/11 121/5
 121/9 122/6 124/1
wide **[1]**    24/10
will **[35]**    7/19 9/5 9/8 9/8
 13/19 13/19 14/24 19/18
 19/19 22/10 22/12 37/18
 41/19 45/2 46/16 47/12 58/11
 59/21 67/1 70/25 91/13 92/8
 95/10 95/11 103/22 104/7
 109/12 111/23 113/11 116/22
 117/5 117/6 119/16 123/6
 128/12
William **[2]**    52/19 121/20
wind **[1]**    100/21
wise **[1]**    5/11
wish **[10]**    9/20 9/20 18/12
 47/12 58/9 85/6 97/1 118/9
 118/11 120/24
withdraw **[1]**    7/11
within **[4]**    22/3 107/16 107/17
 107/20
without **[13]**    5/14 6/3 6/16
 6/23 7/20 21/14 58/7 66/12
 74/6 74/14 77/10 106/19
 107/4
without -- I **[1]**    6/3
witness **[42]**    3/3 8/22 9/14
 15/7 18/6 22/4 40/8 45/12
 59/20 59/21 60/22 70/19
 70/20 80/4 83/23 88/6 91/11
 91/19 97/6 97/7 97/10 97/24
 99/18 103/6 103/8 103/8
 103/10 106/4 106/4 106/7
 110/7 114/19 114/21 115/19
 115/25 115/25 117/21 118/11
 118/20 125/10 126/21 127/20
witness' **[5]**    6/5 90/15 90/19
 90/25 102/19 103/15 106/6
 116/3
witnesses **[8]**    10/20 11/5
 106/1 126/23 127/5 127/7
 127/15 127/24
wobbling **[1]**    82/12
woke **[4]**    39/24 39/24 49/4
 49/4
woman **[8]**    26/6 39/1 55/23
 75/15 79/5 110/12 113/22
 115/17
woman's **[1]**    57/15
women's **[3]**    24/25 30/12 30/15
won't **[2]**    109/21 117/4
wonder **[1]**    11/3
wonderful **[1]**    110/8
wondering **[1]**    20/24
word **[1]**    13/24
words **[4]**    24/18 27/21 73/11
 77/10
work **[25]**    4/4 4/8 12/16 20/11
 21/22 21/25 21/25 23/10 26/1
 34/1 41/18 47/12 49/9 49/11

**work... [11]**  55/7 62/21 62/24
 76/24 76/24 79/21 88/4 92/23
 110/9 122/13 129/17
**worked [2]**  76/20 92/12
**working [11]**  4/6 25/11 25/17
 47/5 47/14 47/15 61/15 66/5
 66/7 91/13 104/22
**worried [3]**  116/24 117/1
 117/2
**worry [1]**  38/7
**worse [2]**  21/15 45/7
**would [109]**  4/14 4/18 5/7 6/3
 6/17 6/20 6/21 7/14 8/3 8/20
 8/22 8/23 9/22 11/9 11/25
 12/15 13/9 16/3 17/6 17/11
 17/14 17/18 20/21 20/25 22/6
 23/1 24/10 24/10 25/24 27/15
 28/17 29/21 30/24 32/19 34/6
 39/21 40/3 40/13 44/22 45/5
 45/20 46/25 47/13 51/10
 52/19 53/16 53/19 54/3 55/18
 56/22 58/5 60/10 65/11 66/3
 68/2 69/10 69/24 76/8 78/18
 84/24 85/22 87/25 88/3 90/14
 92/5 93/5 93/8 94/24 95/12
 96/22 96/23 98/24 99/1 99/2
 99/14 99/19 100/8 101/20
 101/25 102/6 102/8 104/13
 105/11 105/22 105/24 105/25
 106/1 106/19 106/23 109/6
 109/9 109/17 115/11 116/9
 117/14 118/21 120/4 120/5
 120/12 120/17 123/18 124/1
 125/13 125/20 125/22 126/14
 126/25 129/8 129/25
**would -- I [1]**  99/14
**wouldn't [8]**  8/20 28/14 39/22
 97/1 106/24 114/14 114/17
 127/19
**wound [1]**  68/24
**wrapped [1]**  73/1
**wrestling [2]**  72/13 72/16
**wrists [3]**  48/9 58/1 58/25
**writes [1]**  94/6
**written [4]**  31/24 38/13 38/13
 104/19
**wrong [4]**  6/7 81/8 85/14
 100/11
**wrote [4]**  98/9 98/11 98/13
 104/23

**Y**

**Yeah [19]**  8/17 9/2 15/22 17/8
 35/21 45/9 45/23 53/2 55/3
 57/1 59/19 110/21 112/7
 112/20 113/12 115/13 119/25
 124/13 125/21
**year [1]**  6/18
**years [4]**  43/8 62/2 64/18
 70/21
**yellow [1]**  51/15
**yellow-framed [1]**  51/15
**yes [236]**
**yesterday [6]**  4/23 58/15
 92/12 95/23 95/24 110/6
**yet [7]**  4/11 37/25 76/24
 116/6 116/7 116/13 118/21
**you [666]**
**you'll [4]**  47/14 58/13 64/4
 108/2

**you're [26]**  8/25 13/6 13/24
 19/22 19/24 22/11 23/11
 25/11 26/6 27/22 29/9 29/10
 29/22 29/22 33/17 34/12
 36/24 45/7 61/13 69/17 70/1
 80/25 91/8 103/2 116/12
 129/11
**you've [10]**  30/4 48/1 63/15
 63/24 63/25 68/21 76/7 96/8
 123/3 123/6
**you-all [5]**  32/12 33/16 60/16
 92/10 98/21
**you-all's [1]**  119/1
**your [211]**
**yourself [1]**  74/2

**Z**

**Zone [9]**  23/10 25/18 25/21
 52/6 110/1 111/6 111/12
 111/23 129/3