<pre>
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                        HOUSTON DIVISION

 3   JAMIE LEIGH JONES,           .
     PLAINTIFF,                   .
 4                                . H-07-CV-2719
           v.                     . HOUSTON, TEXAS
 5                                . JUNE 24, 2011
                                  . 8:29 A.M.
 6   HALLIBURTON COMPANY D/B/A    .
     KBR KELLOGG BROWN & ROOT     .
 7   (KBR); KELLOGG BROWN & ROOT  .
     SERVICES, INC.;              .
 8   DEFENDANTS.                  .
     . . . . . . . . . . . . . .  .
 9

10                   TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE KEITH P. ELLISON
11               UNITED STATES DISTRICT JUDGE

12
     A P P E A R A N C E S:
13
     FOR THE PLAINTIFFS:
14
          Lannie Todd Kelly
15        Heidi Olsen Vicknair
          The Kelly Law Firm PC
16        One Riverway
          Suite 1150
17        Richmond, Texas 77056

18        Ron Estefan
          Attorney at Law
19        One Riverway
          Suite 1150
20        Richmond, Texas 77056

21        Stephanie Marie Morris
          The Law Office of Stephanie M. Morris, PLLC
22        27 S. Darington Street
          West Chester, Pennsylvania 19382
23

24   Proceedings recorded by mechanical stenography, transcript
     produced by computer-aided transcription.
25                         - - - - -
</pre>

1    A P P E A R A N C E S:   (Continued)

2    FOR DEFENDANT KBR:

3        Joanne Vorpahl
         Susan Cates
4        Stephanie Holcombe
         Daniel K. Hedges
5        Porter & Hedges
         1000 Main Street
6        36th Floor
         Houston, Texas 77002

7

     FOR DEFENDANT CHARLES BORTZ:

8
         Andrew T. McKinney, IV
9        Sharon Cullen
         McKinney Cooper LLP
10       Three Riverway
         Suite 500
11       Houston, Texas 77056

12   OFFICIAL COURT REPORTER:

13       Cheryll K. Barron, CSR, CM, FCRR
         U.S. District Court
14       515 Rusk Street
         Houston, Texas  77002

15

16                         - - - - -

17

18

19

20

21

22

23

24

25

INDEX

PAGE

PLAINTIFFS WITNESSES

Randall Tackett

   Direct Examination by Mr. Kelly                          16

   Cross-Examination by Mr. McKinney                       44

   Cross-Examination by Ms. Cates                         123

   Redirect Examination by Mr. Kelly                      131

   Recross-Examination by Mr. McKinney                    144

   Further Redirect Examination by Mr. Kelly              148

Pete Arroyo, by Video

   Excerpts Presented by Plaintiffs                       150

   Excerpts Presented by Defendants                       150

Sabrina Ann Lahiri

   Direct Examination by Mr. Kelly                        155

   Cross-Examination by Mr. Hedges                        170

   Cross-Examination by Ms. Cullen                        186

   Redirect Examination by Mr. Kelly                      218

Tyler Schmidt, by Video

   Excerpts Presented by Plaintiffs                       227

   Excerpts Presented by Defendants                       228

- - - - -

<u>P R O C E E D I N G S</u>

*(Jury not present)*

1    THE COURT:  Good morning.  Good morning and welcome.

        All right.  I understand we have some things to

talk about.

        MR. McKINNEY:  We do, your Honor.  Regarding the

expert that's coming up, we've been shown a demonstrative aid

that we believe directly violates this Court's order on the

Daubert challenge to the expert.  KBR filed a Daubert

challenge.  I don't know if we joined in it or not.  I don't

think it was necessary whether we did join in it or not.  And

the gravamen of the Court's order is that --

        THE COURT:  I thought we had just -- I thought we had

already taken this up.

        MR. McKINNEY:  I thought you ruled on it and said that

the witness is not competent to testify in that area.  It

embraces the --

        THE COURT:  No, I mean this particular exhibit.  No?

        MR. McKINNEY:  No.

        MR. KELLY:  Well, your Honor, we may have used that

exhibit.  I don't know if we did or not, but I do know this:

We certainly talked about those criteria.  And my understanding

of the Court's ruling is the only thing that our expert is not

permitted to talk about is the ultimate issue of fact here.  He

can certainly talk about the issues upon which he bases his

08:30  1    expert opinion.

2              THE COURT:  Hold on just a second.

3              Okay.  I guess the deal was you wanted to show

4    this to Jones or one of the other witnesses, and I said no.

08:30  5    Okay.  And now it's going to be shown to whom?

6              MR. McKINNEY:  A toxicologist, your Honor, a PhD in

7    toxicology and pharmacology.  And your order cabins his

8    testimony to the effects of drug and alcohol upon the body.

9    That's one item.  The second item, drugs that are commonly used

08:31  10   to facilitate sexual assault.

11             The third item is the observable behavior of

12   individuals under the influence of such drugs and the use of

13   toxicology reports to determine whether an individual is the

14   victim of a drug-facilitated sexual assault.  The last area, as

08:31  15   I read the Court's language, cabins or limits the toxicologist,

16   the witness, to looking at the actual toxicology report to

17   determine whether or not Ms. Jones was potentially the victim

18   of a drug-facilitated assault.

19             All the toxicology reports are negative as to any

08:31  20   drug.  So, the witness would have nothing to offer in that

21   particular area, defaulting back to the only two areas the

22   Court identified in the order and which, of course, we have

23   predicated our trial strategy and our cross-examination

24   strategy on, are that Tackett can provide his expert opinion

08:32  25   regarding, first, the effects of drugs and alcohol upon the

08:32  1    body, and second, drugs that are commonly used to facilitate

2    sexual assault.

3               He's not a medical doctor.  He cannot review

4    medical records and opine that another -- that a medical

08:32  5    doctor's findings are or are not consistent with non-consensual

6    sex.  He's patently unqualified to offer an opinion on that;

7    and I suspect that opinion will be solicited, based on the

8    checklist.  And that's -- our motion is to strictly limit this

9    expert to the Court's order, because experts, unlike lay

08:32  10   people, particularly a retained expert, can and often are

11   advocates on the witness stand for one side or the other and

12   should be narrowly corralled by the gatekeeper.

13              THE COURT:  Okay.  I understand your point.

14              Mr. Kelly.

08:33  15              MR. KELLY:  Your Honor, it's our understanding of the

16   Court's ruling that similarly to Dr. Scarano, Dr. Tackett was

17   limited to being able -- not being able to testify as to the

18   ultimate issue of the fact here, which is essentially:  Did

19   Ms. Jones, in fact, give consent?

08:33  20              But as to the criteria that have been provided,

21   these are the criteria that are routinely used by toxicologists

22   and pharmacologists as well as the law enforcement around the

23   country, and we will hear that from Dr. Tackett, to determine

24   whether or not a date rape drug -- or a date rape -- a date

08:33  25   facilitation drug has been used.  Those are the criteria that

08:33  1   are used.  Those are the criteria that are looked at and

     2   evaluated, and that's all we want to do is be able to testify

     3   that those are the ten criteria and evaluate them and apply

     4   them or not apply them, as the case may be, to the facts of

08:34  5   this case.

     6            That is immanently within this expert's domain.

     7   He is not going to testify that, in fact, Jamie Jones did not

     8   give consent, which, you know, appears to be the issue.  He's

     9   not going to opine as to any witness' credibility or lack

08:34  10  thereof.  He may very well, as to the parties who have given

     11  statements, he may talk about those and accept those as facts;

     12  but only to the parties which I think the Court has limited the

     13  other hearsay instructions to and the other hearsay -- the uses

     14  of hearsay.

08:34  15           So, even though he's not using the hearsay

     16  outside, although he could and normally would in his

     17  practice --

     18           THE COURT:  All right.

     19           MR. KELLY:  -- he's not doing that here.  We've

08:34  20  limited him.  We've strictly --

     21           THE COURT:  Okay.  I got the Tackett motion in limine

     22  in front of me.  What the Court said was Tackett's statement

     23  that Jones suffered a sexual assault goes beyond providing

     24  relevant information that would be useful to the trier of fact

08:35  25  and actually opines on credibility and reliability of Jones.

08:35   1   As such, we exclude that portion of Tackett's expert opinion

2   which concludes Jones was the victim of sexual assault.

3            Isn't that what this does?

4        MR. McKINNEY:  It's exactly what it does, your Honor.

08:35   5        MR. KELLY:  No.

6        MR. McKINNEY:  And the next page of your opinion lists

7   the areas where Dr. Tackett is allowed to testify.  And if I

8   may, just to reiterate, Daubert was a long time in coming, long

9   overdue; and in no criminal or civil matter is a scientist

08:35   10  allowed to come in, or any other expert, and say:  Here is a

11  checklist which has been fashioned by an organization; and if

12  you follow this checklist and you check "yes" on X number of

13  criteria, then having done so, you have evidence of the

14  ultimate issue.

08:36   15       THE COURT:  I understand your point.  Let me hear from

16  Mr. --

17       MR. KELLY:  Your Honor, everything we do in this

18  courtroom is evidence of the ultimate issue or we wouldn't be

19  here.  He is not going to opine on the ultimate issue and that

08:36   20  was our understanding of the Court's ruling and I think it's

21  very clearly in the black-and-white order of the Court's rule.

22           All he's doing is offering why that -- why

23  specific evidence is important when evaluating whether or not a

24  drug -- or a rape facilitation drug was used.  That is all that

08:36   25  that chart does.  It does not say, in fact, Ms. Jones was

08:36  1   raped.  It says:  These are the criteria you should look for.

2   These are the things that are important in evaluating whether

3   or not a drug facilitation -- or excuse me -- a rape

4   facilitation drug was used.

08:36  5            That's all he's saying:  These are the important

6   things to look for, this is how they apply to this case.

7            But he is not going to say, in fact, Ms. Jones

8   was raped.  He's not going to offer that opinion.

9            MR. McKINNEY:  He is a toxicologist --

08:37  10           THE COURT:  Just a second.

11           Another concern I have, Mr. Kelly, is that a lot

12   of this does not -- like Number 6 on this checklist, sexual

13   vaginal soreness and signs of sexual activity without memory,

14   he's not qualified to testify on vaginal entry.

08:37  15           MR. KELLY:  He's not going to testify on the injuries

16   themselves, your Honor.  He's going to testify that based upon

17   his review of the facts of this case, which is what he does as

18   a toxicologist/pharmacologist evaluating these cases, his

19   review of the case and the facts of this case make it clear

08:37  20   that those were there.

21           And all he's doing is relying upon the statements

22   made by Mr. Bortz, Ms. Jones, and those in the medical records

23   themselves, the findings in the medical records.  He's not

24   evaluating the findings in the medical records of other

08:37  25   physicians other than to say:  This is what they found.

08:38   1          MS. CATES:  Your Honor, can I add one thing?

2          THE COURT:  Sure.

3          MS. CATES:  Those factors come from a law enforcement

4    investigation manual.  It is about how to investigate

08:38   5    allegations, not about determining whether, in fact, a

6    drug-facilitated rape occurred.  So, it's very misleading to

7    put those in there as something else.  And eight out of ten of

8    those are solely relied on what the victim says because it's

9    about investigation.

08:38  10          THE COURT:  I'm sorry.  I'm not going to be able to

11    allow this.  I'm sorry.

12          MR. McKINNEY:  Judge, can we -- because we've had

13    miscommunications and misunderstandings about what the Court's

14    rulings are and are not, which necessitate us approaching the

08:38  15    bench in the presence of the jury, can we clearly and

16    definitively limit Dr. Tackett's observations, opinions, and

17    bases, therefore, to the effects of drugs on the human body and

18    his opinion on whether or not Ms. Jones was, in fact, drugged?

19    That's -- would seem to me to be the only thing that he can

08:39  20    testify to as --

21          THE COURT:  Well, I cover that some more in the

22    relevant opinion:  However, Tackett can provide his expert

23    opinion regarding the effects of drugs and alcohol upon the

24    body, drugs that are commonly used to facilitate sexual

08:39  25    assault, the observable behavior of individuals under the

08:39   1    influence of such drugs, and the use of toxicology reports to

2    determine whether an individual is a victim of a

3    drug-facilitated sexual assault.

4              That's what I had in mind.

08:39   5         MR. McKINNEY:  Yes, Judge.  It's the last -- and I

6    think that's what I asked the Court to reiterate so that we

7    don't have any more miscommunications, but it's the last leg of

8    it that I'm afraid might be misunderstood --

9         THE COURT:  Hold on just a second.

08:39   10   (Sotto voce discussion at bench with court staff)

11        THE COURT:  Okay.  Go ahead, please, Mr. McKinney.

12        MR. McKINNEY:  The last leg that I'm concerned might

13   be misunderstood, which is -- see if I have it directly in

14   front of me -- the use of toxicology reports to determine

08:40   15   whether an individual is the victim of drug-facilitated sexual

16   assault.

17             Now, I don't mean to read the Court's mind, but

18   my interpretation of what the Court was ruling here is that

19   this doctor would be competent to examine a toxicology report

08:40   20   and opine whether it shows the presence or absence of a date

21   rape type drug.

22        THE COURT:  Rohypnol, yeah.

23        MR. McKINNEY:  But not to opine that -- on any matter

24   touching upon the possibility of an actual sexual assault drug,

08:41   25   facilitated or otherwise.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:41  1          THE COURT:  I think that's right.  He can't say that

2     because of her vaginal injury, because of whatever was found

3     near the vagina or near the anus that, therefore, there was a

4     sexual assault, no.

08:41  5          MS. MORRIS:  Your Honor, if I could address the Court?

6               Mr. -- or Dr. Tackett also lectures and trains

7     police officers and sexual assault advocates on how to detect

8     if someone is suffering from a drug-facilitated assault because

9     it's so complex.  And as we heard Ms. Jones talk about, she

08:41  10    woke up in the morning groggy, kind of in a fog, and slowly

11    starts to realize something happened to her.  And he lectures

12    these professionals on how to detect those symptoms, and he's

13    done it for years.

14              So, he's not only just a toxicologist, but he's

08:42  15    in a specific area concentrated on drug-facilitated rape.

16         THE COURT:  Well, he can talk all about -- he can say

17    whatever he wants to about Rohypnol.  But give me something he

18    would testify on in this case.  What would he say besides --

19         MS. MORRIS:  He would -- the journal that was just

08:42  20    talked about, he will reference the journal and the ten factors

21    that he tells these professionals to look for when detecting if

22    someone has suffered from a drug-facilitated rape.

23         THE COURT:  And was he qualified as a law

24    enforcement expert?

08:42  25         MS. CATES:  No.

08:42 1     MR. KELLY:  He's qualified as a

2    pharmacologist/toxicologist, your Honor; and based upon his

3    teaching and based upon his experience, I think you'll find

4    that he's also qualified by teaching law enforcement officers.

08:42 5     These criteria -- these criteria were

6    specifically testified about in his deposition, of course; but

7    they also -- as he will testify, these are the criteria that

8    need to be weighed.  The drug test itself, the toxicology test

9    itself, and he will testify, is no more important than any one

08:43 10   of the other criteria.  And to limit him to saying we can only

11   talk about Criteria Number 2, even though the nine other

12   criteria are just as important -- and I realize we're not doing

13   that.  There's a couple of others in here.

14   But to use an example, if we were to say:  He can

08:43 15   only testify to -- even if you pick three of them, he can

16   testify to Criteria Number 2, 6, and 8 but not the rest --

17   THE COURT:  That does sound more reasonable.  If he

18   wants to say:  After someone has taken Rohypnol, after -- next

19   morning effects include amnesia or --

08:43 20   MR. McKINNEY:  That's all fine.

21   THE COURT:  He can say that.

22   MR. KELLY:  That's all he's doing, your Honor.  So, I

23   guess maybe do it this way then, your Honor.  Without giving

24   the answer on the right-hand side, can we at least present the

08:43 25   chart so that the jury has something to follow?  We can answer

08:43  1  it in closing.

2        MR. McKINNEY:  Judge, that's --

3        MR. KELLY:  I mean, these are the criteria, your

4  Honor, that are used to do this.

08:43  5        THE COURT:  The only way that would work is if you

6  said he has no confidence on Factors 2 and 6 and 7, 8.  I just

7  don't think that --

8        MR. KELLY:  Well, I don't --

9        MR. McKINNEY:  It's not even expert testimony.  Simply

08:44  10  because someone teaches a class or a hundred classes does not

11  pass the Daubert challenge of reliability of method, peer

12  review, uses outside of the litigation, or the crime -- or the

13  prosecution of crimes, et cetera, et cetera, et cetera.  Not

14  learned treatise --

08:44  15        THE COURT:  I'm sorry.  I'm not able to allow this.

16  I'm sorry.  I'll stick to my report.

17            What's next?

18        MS. CULLEN:  Your Honor -- and I don't know that we

19  have to take it up now; but he also has a demonstrative he

08:44  20  wants to use with Dr. Lahiri, the plastic surgeon.

21        THE COURT:  Let's wait on that one.

22            Anything else?

23        MR. KELLY:  I will need a couple of minutes, your

24  Honor, to speak with my expert so that we don't violate the

08:44  25  Court's order.

08:44  1          THE COURT:  All right.  That's fine.  Go take care of

    2  that.

    3          MS. HOLCOMBE:  Oh, we have one other issue; but if the

    4  jury's ready, we can take that up later, as well.  It's a small

08:44  5  issue.

    6          THE COURT:  Let's wait.  Unless we can do it in two

    7  minutes.  Well, Mr. Kelly has left.  I'll be back in just a

    8  second.

    9      *(Recess taken from 8:45 a.m. to 8:54 a.m.)*

08:54 10      *(Jury present)*

   11          THE COURT:  Ladies and gentlemen, I apologize for our

   12  late start.

   13              Plaintiff wish to call a witness?

   14          MR. KELLY:  Yes, your Honor, Dr. Randall Tackett.

08:54 15          THE COURT:  Dr. Tackett.

   16          Dr. Tackett, good morning, sir.  We're going to

   17  have you up here nearest in this seat.  Before you take your

   18  seat, Mrs. Loewe will administer the oath.

   19          MS. LOEWE:  Do you solemnly swear the testimony you're

08:54 20  about to give in the matter now before the Court will be the

   21  truth, the whole truth, and nothing but the truth?

   22          THE WITNESS:  I do.

   23          THE COURT:  Thank you.  Please be seated.  Try to make

   24  yourself as comfortable as you can, and try to speak directly

08:55 25  into the mike.  That's been a little bit of a problem.

08:55  1                    You may inquire.

2                    MR. KELLY:  Thank you, your Honor.  May it please the

3      Court?

4                    **RANDALL TACKETT, DULY SWORN, TESTIFIED:**

5                    **DIRECT EXAMINATION**

6      Q.  Good morning, Dr. Tackett.

7      A.  Good morning.

8      Q.  Could you introduce yourself to the ladies and gentlemen of

9      the jury, please?

08:55  10     A.  Yes.  My name is Randall Tackett.

11     Q.  And what do you do for a living, Dr. Tackett?

12     A.  I'm a professor at the University of Georgia College of

13     Pharmacy.

14     Q.  And what do you teach?

08:55  15     A.  I teach a number of courses.  I teach physiology,

16     pathophysiology, teach an ethics course.  I teach a forensics

17     pharmacy course.  I teach an abused drugs course, and I also do

18     a number of continuing education programs.

19     Q.  Tell me about your education, Doctor.  Where were you

08:55  20     educated in college, and what did you study?

21     A.  I got my Bachelor's degree at Jacksonville University.

22     That was a Bachelor's in biology.  I received that in 1975.

23                    And then I went to Auburn University and received

24     a Master's in pharmacology and toxicology.  I received that in

08:56  25     1977.  Then I went to the University of Georgia College of

08:56 | 1  Pharmacy and received a doctoral, my PhD, in 1979.  And then

2  left there, went to the Medical University of South Carolina in

3  the Department of Pharmacology and Toxicology and did a

4  two-year plus doctoral fellowship.

08:56 | 5  Q.  And what positions have you held as a

6  toxicologist/pharmacologist?

7  A.  Well, after doing my postdoctoral studies, basically I

8  returned back to the University of Georgia as an assistant

9  professor.  And I served as the department head for

08:56 | 10  pharmacology and toxicology.  I was also -- went through

11  associate professor, promoted to full professor.

12          I'm also in the -- part of the regulatory affairs

13  program.  I also teach in the Alliant University program as --

14  which is in California.  And I do lectures also for Fairleigh

08:57 | 15  Dickinson, which is in New Jersey, dealing with psychotropic

16  drugs.

17          In addition to those activities, I'm the graduate

18  coordinator for our department; and I'm also the director of a

19  clinical trial program.

08:57 | 20  Q.  Okay.  What is toxicology?

21  A.  Toxicology is the basic science of looking at the adverse

22  effects of drugs.  Today toxicology has moved to be a little

23  bit more environmental, but it still looks primarily how do

24  drugs produce their adverse effect, their toxic effects, and

08:57 | 25  what's the basis for those effects.

08:57  1   Q.   What is pharmacology?

2   A.   Pharmacology is -- when I came through, pharmacology was

3   the broader discipline which basically looks at how drugs act

4   on the human body and that includes how they produce their

08:57  5   therapeutic actions; but it also includes how those drugs may

6   produce their adverse effects.   So, pharmacology actually

7   encompasses toxicology.   And toxicology, when I came through,

8   was actually looked as a subdiscipline of pharmacology.

9   Q.   In your training, Doctor, had you become familiar with

08:58  10   drugs used to facilitate rape?

11   A.   Yes.   I've done that in -- one of my other responsibilities

12   is that I am chairman of the Student Wellness Committee.

13   Previously we called that the Student Impairment Committee.

14   And one of my responsibilities is to deal with students that

08:58  15   may have problems with either drug or alcohol, and that can

16   include some of these drugs which may be used as date rape

17   drugs.

18         Additionally, as part of my responsibility of

19   teaching the abused drugs class, that is a section that I

08:58  20   teach.   I also do continuing education programs.   There's

21   usually at least one program a year that's a workshop that

22   deals with drugs of abuse, which includes those.

23         And I've also been called with regard to --

24   sometimes to do orientation at colleges and high schools and

08:59  25   different programs to make freshmen coming in about the

08:59   1   possibility of alcohol and other drugs that may be used for

2   date rape. [sic]

3   Q.  The other drugs that may be used for date rape, Doctor,

4   what are these drugs by name?

08:59   5   A.  Well, when you look at what is called "date rape drugs,"

6   the classic one that came out was Rohypnol.  And Rohypnol is

7   actually what we refer to as a benzodiazepine, which it's

8   related to things like Xanax, Valium; it's just much more

9   potent.  It's actually a prescription drug available in other

08:59   10   countries other than the United States.

11   But in addition to that, what it's classically

12   been included has been a drug called GHB, that's

13   gamma-hydroxybutyrate.  There are some analogues of GHB which

14   are chemical -- chemical drugs that are very similar.  We call

09:00   15   those -- there's GBL and BD are the two analogues that have

16   been used.  Ecstasy has been included, alcohol.  Barbiturates

17   in the past were used as a date rape drug.

18   And we also see some derivatives of scopolamine

19   that may be used.  And so, there's a number of drugs.  And also

09:00   20   we will see that many times those drugs may be combined.  So,

21   you may add different drugs.

22   And then classically we've also seen people use

23   very heavy sedatives, benzodiazepines or some of the sleep

24   drugs, like Ambien in particular.

09:00   25   Q.  Doctor, the -- I want to ask you first about Rohypnol.

09:00  1    Does it have a legitimate medical purpose?

2    A.  Rohypnol is actually a pharmaceutical that's available in

3    other countries, and it's used as a sleeping pill.  The United

4    States, it is not approved.  The FDA has not approved the --

09:01  5    Rohypnol because of its side effects, but it does have a

6    legitimate medical use in other countries.  But it is not

7    approved by the FDA, so it is not -- you're not able to use it

8    legally in the United States.

9    Q.  And GHB, does it have a legitimate medical purpose?

09:01  10   A.  GHB, there is one very limited use of GHB.  It is for

11   treatment of narcolepsy.  That's when people just sort of drift

12   off.  And that is a very, very structured way of getting GHB.

13   There's only one pharmacy in the United States that sells it.

14   Everything has to go through that pharmacy in St. Louis.

09:01  15          Prior to that, GHB was actually available over

16   the counter.  You could actually buy it in some of these

17   nutrition stores.  Body builders used it because it released

18   growth hormone and it would -- in low dosages what it would do

19   is it would stimulate muscle growth and decrease fat

09:02  20   deposition.

21   Q.  When a person is under the influence of one of these date

22   rape drugs, Doctor, can they appear to the outside world as

23   normal?

24   A.  Yes.  What you have to look at within a drug is that the

09:02  25   effects we see are going to be based upon the dose that the

09:02   1   individual gets; it's going to be based upon other drugs that

2   they may get.  And most people have the opinion that with these

3   date rape drugs, it basically knocks them out and then someone

4   has sex with them and then they wake up and that's it.

09:02   5          But as that drug is -- what we normally see being

6   reported is that when people are given these date rape drugs, a

7   lot of times they can be put into alcohol, which is a very,

8   very common venue.  They can be slipped into a drink.  It's one

9   of the things that we tell our freshmen is:  Don't take a

09:03   10  drink -- don't leave your drink sitting around and open because

11  people can add these to your drink.

12         They can start becoming sedated, and that can

13  come on pretty quickly.  There can be a lot of different

14  effects that occur, depending on the dose and the other drugs.

09:03   15  In some cases we see a sedation that can occur.  Some cases we

16  may actually see that those individuals become also -- almost

17  more aggressive, even maybe even more sexually active.  This

18  can be explained by the drug having different effects on

19  excitatory or inhibitory pathways.

09:03   20  Q.  Actually, you anticipated my next question.  How can it

21  affect libido and inhibition, Doctor?

22  A.  Well, here's what I tell my -- when I'm having to explain

23  to parents, this is the way I try to -- how can you take a

24  sedative and -- which it puts somebody to sleep -- and those

09:03   25  individual actually show excitation or stimulation.

09:03  1            And what can happen is this.  Think of your brain

2      very simply as having excitatory and inhibitory pathways.  If

3      I'm giving a sedative and it sedates my inhibitory pathways,

4      it's like taking the brakes off so I can get excitation.  And

09:04  5      that's not unique to these drugs.  Because if any of you have

6      kids, you probably have heard of a common drug called Benadryl

7      that some kids it will make them sleepy; some kids you give it

8      to them and they're bouncing off the walls.

9            And so, what's happening with these drugs is that

09:04  10     they're acting on different pathways in the brain.  And when we

11     see in some individuals that you get the excitation, other

12     individuals you may get sedation.  Also that's dependent on the

13     dose that they get.  For example, a person that may be

14     extremely excited can -- high enough dose can actually become

09:04  15     comatose.

16           So, we can't predict which patient or which

17     person is going to react to that drug in a particular way.

18     Because there's a lot of variables there.

19     Q.  Doctor, you told us a lot about your education, your

09:05  20     training, and what you do for a living.  Do you also train

21     investigators?

22     A.  Well, we say "train investigators."  They are very common

23     in a number of my workshops that I do.  Every year in October,

24     I think for the probably the past ten or 15 years, I've done a

09:05  25     workshop which is called an abused drugs workshop.  I have also

09:05 1  had numerous CE programs where I've dealt with social workers.

2  I've given programs to judges in probate court, traffic court

3  judges, that included law enforcement.  I've done a program --

4  couple of programs for the DEA that go over these drugs.

09:05 5     So, that goes over the explanation of how these

6  drugs work, what you should look for, even the toxicology

7  reports; i.e., the drug levels and what they may mean and how

8  they're interpreted.

9  Q.  When you say "CE courses," that's continuing education?

09:06 10  A.  Yes, continuing education.

11  Q.  Have you testified about the effects of rape facilitation

12  drugs in other cases?

13  A.  Yes, sir.

14  Q.  And do you testify predominantly for plaintiffs,

09:06 15  predominantly for defendants?  What are you -- what's your

16  normal testifying, Doctor?

17  A.  When I get called, actually I -- on the cases that I get

18  called in is that if somebody called the College of Pharmacy,

19  many times there's about five of us that these will be referred

09:06 20  to.  And -- but over the years -- and I've been doing this

21  since about the mid to late Nineties.  The majority of my calls

22  would be for basically plaintiffs and -- probably about

23  85 percent.  What I've seen over the last three to five years

24  is that I've had more defense cases that have come my way.

09:06 25     Several of the defense cases will never go to

09:06   1   trial.  They may settle, and many of the defense lawyers that

2   have hired me have been ones that were actually on the other

3   side of cases that I've had.

4   Q.   Quite a compliment to have the opponent hire you as their

09:07   5   expert in a later case, isn't it?

6   A.   I look at -- you know, I don't look at it that way; but, I

7   mean, when somebody calls me, I basically say:  This is what I

8   can opine to.

9        And sometimes it's not beneficial for them, and I

09:07  10   don't hear back from them.  But basically if I can help them,

11   then I usually try to do that.

12        THE COURT:  Could you kind of walk him through what he

13   tells perspective clients about what he can opine on?

14        MR. KELLY:  I'll be happy to, your Honor.

09:07  15   BY MR. KELLY:

16   Q.   When -- well, maybe the best way to do that is:  You became

17   involved in this case at my request?

18   A.   Correct.

19   Q.   And at some point in time, you and I had a discussion about

09:07  20   what you were qualified to talk about and what you weren't

21   qualified to talk about, right?

22   A.   Right.

23   Q.   And what did you tell me, Doctor, that you were qualified

24   to render opinions about to the ladies and gentlemen of the

09:07  25   jury?

09:07   1    A.   Basically my training as a pharmacologist and toxicologist,

2    I've got over 30 years of that.  And I've testified in court

3    about the effects of drugs.  And that can include date rape

4    drugs, it can include drugs of abuse, it can even include about

09:08   5    pharmaceuticals that there may be adverse effects with.

6             The other thing is the interpretation of lab

7    tests, which includes what do they mean, what's their

8    limitations.

9             So, I've testified with regard to primarily the

09:08   10   pharmacology and toxicology of drugs.  That may include how

11   these drugs are distributed in the body, how they -- changing

12   the route of administration may affect the different effect in

13   the body; and it also includes, for example, how do we -- you

14   know, quantitatively what does it mean when we get a drug test,

09:08   15   what does that drug test tell us, what are the limitations,

16   even testified with regard to how people may beat drug tests.

17   Q.   Have you -- are you qualified to opine on the symptoms that

18   are reported in a particular victim and whether or not those

19   are related to or typically related to the administration of a

09:09   20   drug -- a rape facilitation drug?

21   A.   That's -- yes, that's basically taking pharmacology, which

22   is what does the drug do in the body; and what it does in the

23   body relates to this particular symptom.  So, many times it is

24   looking at here's a person that has these particular symptoms

09:09   25   and the question is:  Is this consistent with either an action

09:09  1    of a drug, an interaction of multiple drugs, or an interaction

2    of the drug in a particular disease state that may occur.

3         MR. KELLY:  Your Honor, may I approach?

4         THE COURT:  Him or me?

09:09  5         MR. KELLY:  You, your Honor.

6    *(At sidebar with all counsel)*

7         MR. KELLY:  In light of this testimony, your Honor --

8    I understand the Court's rulings with respect to opining as to

9    whether or not certain ingredients were actually present in

09:10  10   this case; but I would like to reurge -- to at least be allowed

11   to have him list the criteria that he looks at to make the

12   findings that he's just told us, this jury, that he's qualified

13   to make.

14        MR. McKINNEY:  One, you're talking too loud.  And,

09:10  15   two, you know, he said he's only qualified to opine on the

16   effect of drugs on the body and interpret lab reports, which is

17   all he's -- all the Court has ruled he's allowed to.

18        THE COURT:  And I don't think you really ever offered

19   him through the report as qualified in this area.  So, I don't

09:10  20   think that he's been deposed in this area, I don't think.

21        MR. KELLY:  He was, your Honor.  He was clearly

22   deposed on this area.

23        MR. McKINNEY:  With all due respect, his report lists

24   ten criteria; but they are not the criteria that are on your

09:10  25   demonstrative exhibit.  They're distinctly different from those

09:10    1    criteria.  And he was not deposed on those criteria.  And

         2    besides that, he's not qualified to testify on --

         3         THE COURT:  No.  My ruling doesn't change.  It's

         4    preserved for the record.

09:11    5         (Open court)

         6    BY MR. KELLY:

         7    Q.  Dr. Tackett, at my request you reviewed documents in this

         8    case?

         9    A.  I did.

09:11   10    Q.  Do you recall what documents that you reviewed?

        11    A.  There were a number of documents that included the

        12    investigation summary of this case.  There was some medical

        13    records of Ms. Jones.  There were a number of sealed documents

        14    that I received with a diskette, some depositions, some

09:11   15    toxicology reports associated with this.  So, that's sort of a

        16    general summary.

        17    Q.  Were you paid for your time in reviewing those documents,

        18    Doctor?

        19    A.  Yes, sir.

09:11   20    Q.  Have you been paid for your time to travel and appear in

        21    this courtroom?

        22    A.  Yes, sir.

        23    Q.  Okay.  And do you know, as you sit there today, what you've

        24    been paid?

09:11   25    A.  I think it's somewhere between three and four thousand

09:11 1   dollars.

2   Q.  And you've been paid that by my law firm on behalf of

3   Ms. Jones?

4   A.  Yes.

09:12 5   Q.  The documents that you reviewed, are those typically the

6   documents that you would review in formulating your opinions

7   with respect to toxicology and pharmacology as it relates to a

8   rape-facilitation drug?

9   A.  Yes, sir.

09:12 10   Q.  You said that you reviewed some medical records that

11   include toxicology results?

12   A.  Correct.

13       MR. KELLY:  I don't know the exhibit number; but I

14   think, Mr. McKinney, that you offered this yesterday.  It's

09:12 15   Jones 000264.

16       MR. McKINNEY:  I have the number.  It is Bortz 73, if

17   that's the Landstuhl report.

18       MR. KELLY:  It is.

19           Your Honor, may I approach?

09:13 20       THE COURT:  You may.

21   BY MR. KELLY:

22   Q.  Actually, before I do that, Doctor, you're aware that there

23   was a urine drug test evaluated in this case?

24   A.  Yes, sir.

09:13 25   Q.  And you've reviewed that urine drug test?

09:13  1    A.  Yes, sir.

2              MR. KELLY:  Okay.  Bortz 264, is that what you said?

3              MR. McKINNEY:  73.

4              MR. KELLY:  Bortz 73.

09:13  5              If I may approach, your Honor?

6         THE COURT:  You may approach.

7    BY MR. KELLY:

8    Q.  Oh, you have a copy?

9    A.  I have a copy.

09:13  10   Q.  This is Bortz 73; and, Doctor, what is that?

11   A.  What this is, is basically -- well, it's actually a fax;

12   but it contains a drug screen with regard for -- it's for

13   Ms. Jamie Jones.  And drug screens which are in -- in

14   drug-facilitated sexual assault, we like to get drug screens

09:14  15   because that can tell us if the drug has been given.  There's

16   many cases that you may not get one because there's been such a

17   delay between it's been reported.

18              And so, this is a drug screen that -- for the

19   most part, it's -- the first part of it is pretty typical of a

09:14  20   drug screen, which screens for some common drugs of abuse.  But

21   on the drug-facilitated sexual assault cases, generally you

22   will request sort of a second tier, which includes some of the

23   drugs that may be used for drug-facilitated assaults.  For

24   example, Rohypnol, that is not usually picked up on a regular

09:14  25   drug screen.  It has to be requested.

09:14   1   Q.   Was Rohypnol tested for on this particular drug screen?

2   A.   Rohypnol was tested.   It's actually the last test, which

3   is -- flunitrazepam is the science name for this.   And it was

4   tested, yes.

09:15   5   Q.   Was GHB tested for?

6   A.   GHB was not tested, nor was alcohol.

7   Q.   Doctor, do you know the date that Ms. Jones claimed that

8   she was raped by Charles Bortz?

9   A.   The date was June -- excuse me.   It was July 28th.

09:15   10   Q.   That's the day she was --

11   A.   The evening of the 27th or 28th is when it occurred.

12   Q.   And when does this report say that the urine was collected

13   from Ms. Jones?

14   A.   This says the urine was collected -- if you see the

09:15   15   highlighted portion there, it was July 27th at 9:00 o'clock in

16   the morning.

17   Q.   Would it do any good to determine whether or not someone

18   had been given a drug if you took their urine before they

19   claimed to have been given the drug?

09:15   20   A.   No, I mean, this would be a baseline screen.   This would be

21   more typical of a screen that would occur, for example, during

22   employment to see if it's there.   The only thing that's

23   different is it's not routinely -- I'm not aware of any initial

24   baseline screen that would look for Rohypnol as part of it

09:16   25   since it has to be usually requested.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:16  1          So, this July 27 drug screen that was done that
       2  was collected at 9:00 o'clock in the morning, basically does
       3  not say that she received the drug, because it was tested
       4  before.
09:16  5  Q.  Well, now, I see that the time -- that the date is wrong.
       6  It's the 27th of July; but at 9:00 o'clock in the morning, in
       7  your review of this case, do you know where Ms. Jones was at
       8  9:00 o'clock in the morning on the 28th, even if that date is
       9  just a typo?
09:16  10  A.  If we looked at July 28th, I think she was just getting up
       11  and leaving the barracks to go to the hospital.
       12  Q.  At any rate, she wasn't at the hospital yet?
       13  A.  Not to my knowledge, no.
       14  Q.  And, Doctor, what if this is just a typo, does it make any
09:17  15  difference to you?
       16  A.  Yes.  I mean, here's what you are dealing with.  When
       17  you're looking at drug screens -- first of all, when drug
       18  screens are done, there's a -- most places have a pretty
       19  identified protocol of how it needs to be done so it's
09:17  20  consistent.  I mean, you're making decisions about somebody's
       21  employment or whatever; and so, it needs to be done and needs
       22  to be consistent.
       23          So, if you have a wrong date here, the question
       24  asked is that, how accurate is this drug screen.
09:17  25          I mean, first of all, it was collected, according

09:17   1    to this document, the morning before the incident happened.

2    So, if that's wrong and you got two errors there, the next

3    question -- you actually got three.  I think the name is

4    misspelled.  But just with the date issue, the question becomes

09:17   5    is:  How accurate are the other results?

6               So, if one error was made here, there's a

7    question of:  Is this someone else's urine?  Is this -- is

8    there an error in recording?

9               But this would be what we call a fatal flaw in a

09:18   10   drug screen.

11   Q.  When you say "a fatal flaw in a drug screen," does this

12   make this report worth anything?

13   A.  It's a report that says -- if you go for it at face value

14   would say -- let's say that there is -- if there's an error in

09:18   15   that, it would be.  Because it's basically analyzing for a drug

16   in a urine that supposedly was never exposed to that drug.

17              So, if you go that the medical records are

18   correct, then what you have to say is that she was screened the

19   morning of the 27th at 9:00 o'clock and she showed no drugs

09:18   20   there.  And, so, can you infer that she was given drugs based

21   upon this drug screen?  Absolutely not.  Basically said she had

22   a clean urine the morning of.

23   Q.  Can you think of any reason why somebody might supply urine

24   when they knew it to be clean?

09:18   25   A.  Well, I mean, from a standpoint of if this -- the question

09:19   1   becomes, is this the drug screen that was done and then used to

2   say we screened for Rohypnol, the -- I mean, the only other

3   reason would be to get a clean urine.

4   Q.   Have you looked at other results of drug screening in this

09:19   5   case?

6   A.   As far as the -- I looked at the FBI, which was on another

7   drug screen.   They basically relied on this.   And then there is

8   the documentation, I think, by Dr. Schulz at the -- when she

9   was at the clinic.

09:19   10   Q.   Does that also rely on this one?

11   A.   That's what it appears to be, because it shows all

12   negative; and that was done at 11:10, which would be consistent

13   with a drug screen being done the day before to get the results

14   back.

09:19   15   Q.   So, no matter where we look for the urine drug testing,

16   we're going to have the same fatal flaw.   Is that what you are

17   telling us?

18   A.   If you're relying on this -- when I say "fatal flaw," if

19   we're trying to say Ms. Jones had not had Rohypnol or any of

09:20   20   these drugs by the morning of the 27th, then that's an accurate

21   report.   If we're saying that this is indicative that she was

22   given the drug the evening of the 27th, morning of the 28th,

23   you can't make that inference from this -- from this results.

24   Q.   Have you looked at results of toxicology results on blood,

09:20   25   Doctor?

09:20  1    A.   There was no blood results done.

2    Q.   At all or on this one?

3    A.   There was none done on this one here.

4    Q.   On that one.  Was there blood -- was there blood drawn at

09:20  5    all?

6    A.   I recall the blood was drawn, but there was no GHB or

7    ethanol or Rohypnol done on those.

8    Q.   And why would that be that there was no GHB or ethanol

9    tested?

09:20  10   A.   Well, the statement in the FBI report -- I don't understand

11   really why it wasn't tested because this was drawn pretty soon

12   after the rape occurred; but the point would be is that --

13   that's given was that it was too long since the incident is

14   when the blood was done.

09:21  15   Q.   Let me ask you about that, Doctor.  The -- I think it's

16   called the half-life of these drugs.  What is the half-life of

17   Rohypnol?

18   A.   Rohypnol is a fairly short-acting drug.  I think the

19   half-life is probably three to four hours.  And what half-life

09:21  20   is, is how long does it take for half the drug to disappear

21   from your body.  Where that has an implication for, is that

22   the -- how long the drug would stay in the body would be

23   relatively short.

24            In general, for Rohypnol, you're usually looking

09:21  25   at the drug staying in the blood the matter of anywhere from 12

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:21  1    to 72 hours.  After 72 hours, we're unlikely to pick that up.

       2              Now, in the urine, it may stay around a little

       3    bit longer because the urine concentrates and it's filtering

       4    the blood; but that depends also on -- for example, if the

09:21  5    person gets up and goes to the bathroom, then what you've done

       6    is emptied the bladder and emptied the drug.

       7              So, if a urine was collected immediately upon

       8    arising, that would be the most concentrate.  But if she's --

       9    if the person has urinated a couple of times, that could

09:22  10   conceivably drop the level in the urine even lower.

       11   Q.  So, if the person had gotten up, gone to the bathroom, and

       12   then gone to the clinic, that would drop the concentration

       13   down?

       14   A.  Yes.  In fact, that's a very common way that people try to

09:22  15   beat drug screens is they try to go to the bathroom as often as

       16   possible so that they can void the urine out.

       17   Q.  Now, Doctor, we asked about the half-life of Rohypnol.

       18   What about the half-life of GHB?

       19   A.  GHB is a much shorter half-life.  You're looking at

09:22  20   probably two to three hours, and it's less likely to stay

       21   around.  Probably you're looking 8 to 12 hours is what you are

       22   going to see with GHB being present.

       23   Q.  So, from the time you're given GHB, it can be completely

       24   out of your system in as little as eight hours?

09:22  25   A.  Yes.

09:23   1    Q.  And when a person is given one of these drugs -- well, let

2    me ask you this, first of all:  Is there a consistent reaction

3    for all people given these drugs?  Do they all act the same?

4    A.  No.  It's just like I gave you the example with Benadryl,

09:23   5    is a lot of people react a certain way; but, you know, you've

6    got a couple of things.  We -- when we're seeing a

7    drug-facilitated sexual assault, first of all, you're using --

8    the question is, one, what dose did the individual get; two, is

9    it mixed with anything else; i.e., alcohol would be a good

09:23   10   example.  And I've seen also instances where there's been sort

11   of a concoction where there's been two or three substances

12   mixed together.

13              And so, it depends on the person's state of mind,

14   other drugs they may be taking, their metabolism.  There's a

09:23   15   number of factors that come into play.

16   Q.  What are the typical effects that you see in somebody who

17   has been administered one of these rape-facilitation drugs?

18   A.  Well, when you say this -- for example, let's take

19   Rohypnol.  At low doses, we see people using those for raves

09:24   20   and it's sort of a stimulant and it gives them a good euphoria.

21              At higher dosages what you may see is they may

22   see decreased inhibitions, they may be disoriented, confused.

23   We see the same thing with GHB.  At a high enough dose, they

24   may pass out; but there may be a period where they go through

09:24   25   excitation, increased libido, activity.

09:24    1          If you've ever seen anybody that, for example,

2    drank a lot of alcohol and has what is truly a blackout, they

3    seem to be operating somewhat normally, although they're

4    impaired; but they don't remember anything.  And we see a

09:24    5    similar type thing; and we see this with the other related

6    drugs, like the other benzodiazepines.  We can see that with

7    high doses of, for example, Xanax.

8    Q.  Tell me about coming off the drug, Doctor.  Once they --

9    once the person has been given the drug, once it starts to

09:25   10    dissipate from their system, tell me how the person typically

11    reacts as they are coming off the drug.

12    A.  We generally see -- and this, again, is very similar with

13    some of the benzodiazepines and some of the sleep drugs in the

14    same categories.  What we can see is that the person may wake

09:25   15    up and is groggy, maybe disoriented, confused.  And several of

16    these drugs have been -- were actually developed as anesthetics

17    or adjuncts to anesthesia.

18          And so, at hire dosages, it's not uncommon that

19    these people may have amnesia.  It's called "retrograde

09:25   20    amnesia," where they don't remember what's happened the hours

21    before.

22    Q.  Does the amnesia wear off instantly and it -- suddenly

23    you've got a perfect memory again, or how does that -- how does

24    that happen?

09:25   25    A.  No.  The amnesia what you see is a couple of things is

09:25   1   there will be periods in which the person may not remember

2   events.  This period can vary.  It can be from a few hours,

3   even several minutes to longer periods.

4               What has been reported with these drugs is that

09:26   5   occasionally the person will have sort of what we call "cameo"

6   appearances, where they may remember, like, little cameos or

7   bits and pieces of the events but still there are periods where

8   it's almost like the brain hasn't formed the memory or, if a

9   memory has been formed in a hippocampus, it has not -- the

09:26   10  brain can't access it.

11              And, so, we can't understand exactly why it

12  varies so much between individuals.  And we -- it's hard to

13  tell what's happening because when those people are in that

14  state, they -- they're sort of out of it, if you will.

09:27   15  Q.  Do these cameo appearances occur immediately in all -- in

16  all victims or do they come back later or how does that

17  normally work?

18  A.  Generally, you're going to see them emerge as -- over a

19  period of time and you may see a few more emerge and then you

09:27   20  may just see a few that stay there.  But it's usually -- it's

21  almost like the pathways are trying to start firing again.  So,

22  they can -- they can occur afterwards, and that can occur

23  anywhere from a few minutes to a few hours or several days or

24  months.

09:27   25              MR. KELLY:  I may be about to pass the witness, your

09:27  1    Honor.   Let me check with my co-counsel.

2              THE COURT:  All right.

3              MR. KELLY:  Your Honor, may I approach just for

4    clarification from the Court?

09:28  5        (At sidebar with all counsel)

6              MR. KELLY:  Your Honor, some of these symptoms that

7    are toxicological, I want to go into them.  Obviously, I have

8    to stay away from the ones about sexual -- but the --

9              MR. McKINNEY:  It is okay to ask him if he -- it

09:28 10    fairly records signs or symptoms of her being under the

11    influence of the date rape drug.

12             MR. KELLY:  Fair enough.  If you'll let me do that,

13   that's all I want.  That's what I thought you were objecting

14   to.

09:29 15             MR. McKINNEY:  No.  No.

16        (In open court)

17   BY MR. KELLY:

18   Q.  Doctor, in your review of this case on behalf of Ms. Jones,

19   did you find any signs, symptoms of her having been

09:29 20   administered a rape-facilitation drug?

21   A.  Yes, I found several.  Number one, I think, was the fact

22   that she had the amnesia, that she can't remember periods of

23   time that -- when sexual activity occurred, and I think sexual

24   activity was documented in numerous records.

09:29 25             Another issue was that she had -- after receiving

09:29  1   the last drink that was mixed for her, that seemed to -- she

2   doesn't remember anything afterwards.  That would indicate to

3   me that that was most likely when the -- when the drug was

4   administered.

09:30  5          The issue with regard to the -- that she seemed

6   more intoxicated than you would anticipate from the alcohol

7   that she had ingested that morning -- or, excuse me, not that

8   morning -- that evening, we found that, you know -- even

9   Mr. Bortz, I think, said that it was entirely possible that she

09:30  10  may have been intoxicated.

11          And, so, you see the amnesia, you see an onset

12  that seems to be quick, and you see a -- the issue of the

13  greater intoxication than you would anticipate with roughly

14  about three drinks, two to three drinks at most.  And then also

09:30  15  I think the cameo appearances would be the things that I would

16  see that are very consistent with a drug-facilitated sexual

17  assault.

18  Q.  Does the mention of a drug -- a rape-facilitation drug

19  during the person's period of consciousness matter at all?

09:31  20  A.  Well, there's two things here as one gets down to it, the

21  drugs -- would the drugs be available.  And there's two issues.

22          Number one is that the ruffies were mentioned

23  just prior to her being -- appearing to be heavily intoxicated.

24  And the other thing is the fact that the -- that the tests were

09:31  25  designed -- I mean, the drug tests were able to pick up -- or

09:31  1    had the access to request Rohypnol, would indicate that this

       2    may have occurred before, that they were familiar with those

       3    type of things.

       4              The other issue is that the other -- several of

09:31  5    the other date rape drugs are pretty readily available.  I

       6    mean, GHB and its derivatives can be -- the recipes are on the

       7    Internet and can actually be formulated with very common

       8    household chemicals.

       9              So, the fact that there was an awareness of date

09:32  10   rape drugs in the area to me would be also consistent with

       11   drug-facilitated sexual assault.

       12   Q.  Doctor, I've been scribbling as you've been talking.

       13        MR. KELLY:  Your Honor, may I approach?

       14        THE COURT:  Me or him?

09:32  15        MR. KELLY:  Him.

       16        THE COURT:  Yes, you may.

       17   BY MR. KELLY:

       18   Q.  Normally I would ask you to do this, Doctor; but you were

       19   talking fast, I was scribbling fast, and I'm going to make sure

09:32  20   I got this right.  And please tell me if I don't.

       21   A.  Okay.

       22   Q.  I think the first -- the first thing that you said that you

       23   saw was amnesia?

       24   A.  Amnesia was a strong clue.

09:32  25   Q.  And then you said there were missing times.  Did I

09:32    1   understand that right?

2   A.  Basically there was -- when I said the -- with the amnesia,

3   there's times that -- that she can't account for, which is part

4   of that amnesia.  So, there's periods -- periods of time that

09:32    5   can't be accounted for.

6   Q.  I was trying to think about how to shorthand this:  Cannot

7   account --

8   A.  For all times -- or for times.  That's fine.

9   Q.  Okay.  All right.

09:33   10   A.  There's the cameos.

11   Q.  The cameos.  Is that the same as flashbacks?

12   A.  Some people call them that.  It's just basically -- I don't

13   know if it's exactly the same because a flashback can be

14   something other than a cameo.

09:33   15   Q.  Got you.  We'll call it cameo.  Did you mention sexual

16   activity with no memory?

17   A.  That's part of the amnesia.  We would also have the

18   intoxicated more than anticipated, the sudden onset of

19   intoxication.

09:33   20   Q.  Okay.  Sudden --

21   A.  And then also greater intoxication than anticipated.

22          And then awareness of the date rape drug, I

23   guess, would be the best.  There's one other one that I didn't

24   mention, which would be you have that -- the last drink that

09:34   25   she received was mixed by someone else.

09:35   1   Q.  Fair enough.

2   A.  Uh-huh.

3   Q.  Those are the ones I wrote down.  We covered all the ones

4   that I wrote down.  Is that all of them, Doctor?

09:35   5   A.  I think so.

6   Q.  Doctor, when you evaluate a hypothetical case -- not

7   necessarily this one, when you evaluate a hypothetical case and

8   you see each of these items in that case, can you make a

9   finding, can you make a determination that a rape facilitation

09:36   10   drug was used even without a positive toxicology test?

11   A.  I think these are all consistent with the actions of

12   several of the drugs that are used for drug-facilitated

13   assaults.  And so, I would say more likely than not that the --

14   that one was involved.

09:36   15   Q.  Is that really the whole -- or one of the whole purposes

16   for these rape facilitation drugs is to use them and they leave

17   the body quickly?

18   A.  That, plus the aspect that the individual is in some way

19   rendered where that they are more subject to or can't resist

09:36   20   the sexual advances.

21            MR. KELLY:  Pass the witness, your Honor.

22            THE COURT:  All right.  Any inquiry from defense?

23            MR. McKINNEY:  I do have some questions, your Honor.

24            THE COURT:  Yes, sir.

09:36   25                 ///

**CROSS-EXAMINATION**

BY MR. McKINNEY:

Q.  Doctor, good morning.  I represent Charles Bortz.  I don't believe we've ever met?

A.  No.

Q.  I'm Andrew McKinney.  How do you do?

A.  Doing good.  Thank you, sir.

Q.  Thank you.  Doctor, I'm going to be a little bit longer with you than Mr. Kelly was, so --

THE COURT:  We'll break whenever you need to, sir.

THE WITNESS:  Thank you.

BY MR. McKINNEY:

Q.  -- so please stand by.

I understand -- well, you alluded to, in some of your answers to Mr. Kelly, that you work with lawyers as some part of your means of making a living.  Is that correct?

A.  That's correct.

Q.  And do you charge for your services by the hour or on a flat-fee basis?

A.  Both.  It depends on the particular case.  Generally it's by the hour.

Q.  And what would your hourly rate be?

A.  Four hundred for case review and $500 for deposition testimony.

Q.  Per hour?

A.  Yes.

Q.  And about how many cases do you have going at this time?
I'm not asking you the details of the case or to violate any
confidence, just how many cases do you have going at this time?

A.  When you're talking about cases, there's a number of times
where I get contacted that I look up some information and
provide back to the attorney and that's as far as it goes.  I
would say it can vary anywhere from as few as five to -- it may
go on sometimes maybe ten to 15.

Q.  At one time?

A.  Correct.  Again, with a -- just to qualify that, one of the
things that may happen is, for example, I may be contacted and
there may be several months before additional information or
I'm called to actually do something other than just look at the
case.

Q.  Understood.  And, by the way, a little bit off track,
when were you initially contacted to assist Mr. Kelly in this
case?

A.  You know, I don't remember.  I didn't look back -- when I
was getting ready for the trial, I didn't look back when that
occurred.

Q.  Sometime in 2010.  Is that correct?

A.  I think so.

Q.  All right.  Now, back to the -- your -- the business part
of your working with lawyers.  On an analyzed basis, how much

09:39  1    money did you make last year in consulting with attorneys?

2    A.   That, I don't know because --

3    Q.   Approximately?

4    A.   I can't even tell you because my consulting also includes

09:39  5    not only working with attorneys but it also includes when I'm

6    giving lectures for drug companies or doing occasionally some

7    consulting work with pharmaceutical companies or working with,

8    for example, different -- like the psychological associations

9    and that sort of thing.  So, that's all lumped into my income

09:39  10   as far as consulting.

11   Q.   All right.  Thank you for that.

12              Now, when you consult for a drug company or give

13   a speech or something of that nature, are you also charging 4

14   to $500 an hour?

09:40  15   A.   When it comes down to -- for example, a drug company, if I

16   give a speech, that's -- or a talk, that's usually around

17   $1,500 for about an hour talk, a thousand to $1500.  So, that

18   varies depending on the particular activity and that sort of

19   thing.

09:40  20   Q.   Do you typically travel to give those speeches?

21   A.   Sometimes I do; sometimes I don't.  Sometimes we're doing

22   them by virtual -- now, virtual technology.

23   Q.   All right.  Do you have preparation time before you do

24   those speeches?

09:40  25   A.   In some of those, I do; but many times it's exactly what

09:40   1    I'm working on or areas that I'm in.  So, it may be the results

2    of some grant money that -- a project that I've done; and then

3    they ask me to report the results.

4    Q.  All right, sir.  So, you cannot give our jury an

09:40   5    approximation as to how much money you made last year or the

6    year before working with attorneys?

7    A.  No, sir, I don't know that.  I just never have looked it

8    up.

9    Q.  All right, sir.  Let's talk generally then about drugs and

09:40   10   the effect on their body -- on the body, particularly drugs

11   that you classify as date rape drugs.  Is it okay if I use the

12   term "date rape"?

13   A.  That's the old classification, and I'm very comfortable

14   with that because that's what they used to be called.  We've

09:41   15   emerged into using "drug-facilitated sexual assault drugs,"

16   which is a little bit more.  So, "date rape" is little bit

17   easier terminology as far as you talking about it.

18   Q.  All right.  And are the date rape drugs that you have

19   mentioned to our jury, are they what toxicologists and

09:41   20   pharmacologists refer to as dose response type drugs?  The

21   larger the dose, the larger the response, as the dose wears

22   off, the response begins to erode in more or less approximate

23   relationship to the level of drug remaining in the body?

24   A.  That's actually -- the dose response relationship is a

09:41   25   basic tenet in pharmacology.  Every drug that we look at has

09:41   1   a -- is usually having a dose response.  And so, the type of

2   actions that you're describing would be -- we would anticipate

3   a dose response with that, meaning that a dose would occur

4   and that as you increase the dose, you get an increasing

09:42   5   action.

6            Now, what you have to be careful about is you

7   can't just simply say -- for example, with the central acting

8   drugs, as you increase the dose, what you may start getting

9   is -- for example, let's say you started with sedation.  You

09:42   10   may reach a point where you start getting excitation.  So, it

11   is a dose response that is related to how much is the drugs

12   getting into the central nervous system.

13   Q.  In case it becomes important as your examination

14   progresses, let me try to make this as clear as possible for me

09:42   15   and hopefully for our jury; but you never know how good or bad

16   I'm going to be doing on a particular day.

17            If I understand what you're saying, let's say

18   that we have a specified dose of Rohypnol and it's given to an

19   individual.  You would expect that individual, subject to the

09:43   20   individual's own susceptibility and particular body chemistry

21   and metabolism and whatnot -- that's also a factor on how these

22   drugs interact, correct?

23   A.  Correct, as well as other drugs that may be there.

24   Q.  In other words, there's a variability among individual

09:43   25   people.  Some people react one way to a drug, other people

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:43  1    react a different way and sometimes the same person will react

       2    differently to the same drug and the same amount on different

       3    occasions for a variety of reasons.

       4    A.   Yes.

09:43  5    Q.   Now, is what you're telling us, is that on the dose

       6    response relationship -- and let's use Rohypnol as an

       7    example -- that with a given dose, you expect the response to

       8    change over time to perhaps move from sedation to lack of

       9    inhibition to excitability or whatever mood is being generated

09:44  10   in the brain by the chemical reaction, and then eventually

       11   amnesia and waking up?

       12   A.   Well, I think --

       13   Q.   Or something along those lines?  In other words, you're

       14   saying the response progresses over time and changes over time?

09:44  15   A.   Somewhat.  Let me see if I can clarify it.

       16        When we talk about dose response, that is

       17   actually looking at that as you give a different dose -- for

       18   example, if I gave you 1 milligram of this drug, you might get

       19   a little sleepy.  If I give you 2 milligrams, you get more

09:44  20   sleepy.  So, that's truly a dose response.

       21        Now, what you're talking about is the spectrum of

       22   a person getting a single dose, if I'm correct.

       23   Q.   Well, two things.  I'm talking about a single dose of a

       24   specified level -- and I have no idea what the level would

09:45  25   be -- that that dosage would be typically expected to produce a

09:45  1    range of responses while the drug remains active in the body

2    and there is a variability among the type of responses based

3    upon the dosage?

4    A.   It can be, yes.

09:45  5    Q.   And is that common with Rohypnol and the other date rape

6    drugs; that is, you get a level of response, a relatively low

7    level of response with a relatively low dose.  As you increase

8    the dosage, the response becomes more marked or more patent or

9    more noticeable.  And then at the highest levels, you probably

09:45  10    produce death, but we're not talking about that in this case.

11    But there's an increasing level of reaction based upon an

12    increasing level of dosage?

13    A.   You would anticipate that -- if you were doing an animal

14    experiment where that you could give a controlled amount of

09:45  15    dose and you were monitoring certain things, you would

16    anticipate that probably 90 percent of the animals would

17    respond all about the same.  You would have, you know, a

18    percentage of high responders and a percentage of low

19    responders.  Some would be more hypersensitive.  Some would be

09:46  20    less sensitive.

21         But you would anticipate that that would be

22    somewhat predictable in a controlled environment.  Knowing a

23    given dose, removing any of the other variables or keeping

24    those constant, you would expect that.

09:46  25    Q.   All right.  Now, as the drug -- well, let me ask the

09:46   1    question this way.

2                     In order to get, for example, sedation as a

3    response to one of these drugs, does the drug actually have to

4    be in the body?

09:46   5    A.  Well, the question is, is whether you get sedation.

6    Sometimes what you find is that the drug -- you would

7    anticipate the drug to be in the body to have a sedative

8    effect.  But say -- for example, one of the things we see with

9    people using Ecstasy is the heightened activity that they see

09:47   10   under the influence of Ecstasy and the secondary effects of

11   possibly dehydration.  What you find is, as the drug wears off,

12   we find that there is -- they may be more sedated after that

13   excitatory effect wears off.

14                    We see that with people that drink, is they go

09:47   15   out and when they're partying, they seem to have a lot of

16   energy; but then as the alcohol is wearing off, they're just

17   sort of dead tired and they have sort of a hangover the next

18   morning.  So, you can see that with these type drugs also.

19   Q.  All right.  I probably then picked the wrong example.

09:47   20                    One of the products or effects of a date rape

21   drug is to lower the inhibitions of the person who's taking the

22   drug?

23   A.  Either lower the inhibitions or lower the person's

24   inability to fight off the advances.

09:47   25   Q.  All right.  Now, taking either one of those two

09:47   1   characteristics, once the drug is no longer present in the

2   body, does the person who ingested the drug continue to have

3   lower inhibitions and continue to lack the ability -- assuming

4   they're not just passed out because they're tired or exhausted

09:48   5   or whatever, assuming there's not a physical reason for being

6   unable to resist, is there a chemical reason for being unable

7   to resist or a chemical reason for having a lack of inhibition

8   when the drug is no longer present in the body?

9   A.   Well, you can anticipate once the drug was out of the body

09:48   10   that you would not have those actions.  However, one of the

11   things which we don't know is -- for example, we're starting to

12   see some new scanning images, for example, with people that are

13   on drugs like methamphetamine, marijuana, and things like that,

14   that even after they've stopped taking the drug, that their

09:48   15   brain chemistry has been changed or altered and effects still

16   remain up to 14 months after they've had the drug out of their

17   body.

18             So, it's possible that an individual exposed to a

19   drug, either chronically or a high dose of a drug, may have

09:49   20   brain chemistry changes that may remain.  Those are hard to

21   quantitate.

22   Q.   Could I stop you there, Doctor?

23   A.   Sure.

24   Q.   Because we're not talking about chronic, long-term drug

09:49   25   use.  We're not talking about methamphetamines.  We're talking

09:49   1   about a woman who alleges that on a single discreet occasion,

2   she was given a date rape drug.

3   A.   Right.  But if you remember, what I also said was either

4   chronic use or maybe even a high dosage of the drug.

09:49   5   Q.   All right.

6   A.   So, either one could have occurred.  We don't know that

7   but --

8   Q.   Excuse me.

9            THE COURT:  No, no.  Let him finish.

09:49  10            Go ahead, Doctor.

11   A.   We don't know that on every individual because clinically

12   we can't pull everybody in and evaluate them with the scanning

13   that we need.  But we do know that drugs do that and can do

14   that, that even after their body -- after they've been

09:49  15   eliminated from the body, there may be residual changes that

16   may still be there.

17   BY MR. McKINNEY:

18   Q.   Are you aware of any documented -- objectively,

19   scientifically, or medically documented changes in Ms. Jones'

09:50  20   body that you can point to?

21   A.   Not from a standpoint of any scanning or anything that's

22   been done, no.

23   Q.   All right.  The amnesia element of Rohypnol, once the drug

24   leaves the body, does the person who's ingested the drug cease

09:50  25   having amnesiac -- amnesia type episodes or do those continue?

A.  Those can be continued.

Q.  All right.  So, even after the drug leaves the body, you're telling us that the person can have a period of recovered memory, then a period of no memory, and then a period of recovered memory and -- even without the drug in the body?

A.  Yes.  And that's been documented -- let me point out an important thing that I tell my students.

Number one, it's been documented.  We know that Ambien, that people can have these blackouts where they've sleep drove and they don't remember anything that's happened and the FDA put a warning out with it.  Ambien is in this same general class.  It's not called a date rape drug, but it has been used.  We know that benzodiazepines can do it, and we know alcohol can do it.

The other thing you have to be aware is -- and this is the example I give my students -- you drive home every day and let's say you've been sitting in court all day and what happens is you just start thinking about the case, you drive home.  You're home and somebody says, "Did you pass the QuikTrip?"

Well, you don't really remember passing the QuikTrip; but you know you pass it every day, so you fill in that.  So, one of the things you have to look for is some details that appear to be coming back may be filled in because the body tries to do it and -- but the amnesiac effects, we

09:51   1    know with alcoholics, we know with -- and even some people that

2    have taken Ambien for the first time, that there are periods of

3    amnesia that have remained long after the drug has been out of

4    the body.

09:51   5    Q.  With alcoholics and who else?

6    A.  People that are on Ambien, which affects the GABA receptor,

7    which is the same type of receptor that many of these date rape

8    drugs do.  Those are the two in particular that we see.

9            So, this general class of drugs has been

09:52  10    associated with it -- when I say "class," it's more a

11    pharmacological classification of the sedative hypnotics --

12    also, with regard to acting on the GABA receptor, which would

13    include some of the date rape drugs.

14    Q.  All right.  You said a lot there, Doctor; and I want to try

09:52  15    to break it down a little bit because it may become important

16    later.

17            Do you have peer reviewed -- and you understand

18    what a "peer-reviewed document" is?

19    A.  Yes.

09:52  20    Q.  -- peer-reviewed authority for the proposition that a

21    single exposure to a date rape drug will, after the drug has

22    left the body, produce periods of discrete clarity or actual

23    recall, followed by periods of total amnesia, followed by

24    periods of clarity to one degree or another and ultimately no

09:53  25    more amnesia?  Do you have peer-reviewed authority for that

09:53  1    position?

2    A.  No, sir.  There's -- and I would doubt that you would find

3    peer reviewed because these are more of case observations,

4    which a lot of times may not be written up.  And what you look

09:53  5    at for this is you look at other drugs that are similar.

6            And, first of all, the date rape drugs, Rohypnol,

7    gamma hydroxy butyrate, those type of drugs are not used

8    medically.  But the fact is if you want to say, "Do we have

9    peer reviewed," we know the FDA put -- put a warning out for

09:53  10   somnambulism, which is sleepwalking, and sleep driving for the

11   drugs that are used for sedative hypnotics; and these drugs

12   would fall in that class.

13           So, by inference I would say that that's

14   consistent pharmacologically.

09:54  15   THE COURT:  Ladies and gentlemen, just briefly,

16   peer-reviewed articles are articles that are not published

17   until after someone in the field who has similar expertise has

18   reviewed the article and pronounced them publication worthy.

19   There are many publications that will print articles without

09:54  20   that, without another authority having reviewed it and

21   qualified it.

22           Peer review exists in just about every

23   respectable profession, law, medicine, I'm sure pharmacology.

24   Does everybody understand that concept?

09:54  25           Is that a fair statement?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:54  1            THE WITNESS:  I think you did a real good job, Judge.

2    BY MR. McKINNEY:

3    Q.  And just to round that out, a peer-review study is one

4    where other people in the same area, other Ph.D.s in toxicology

09:54  5    and pharmacology, read the document, read the study and say,

6    "Yes, this meets all of the scientific criteria to be reliable

7    and useful in the field of pharmacology and toxicology."

8    A.  Correct.  And even with peer review, we do find that papers

9    are retracted because of new information that's come up or

09:55  10    information that wasn't done.

11            But I think an important issue with peer review

12    that you have to keep in mind is that if you -- it takes

13    approximately six months to a year to get a paper reviewed.

14    So, if we had to wait for a peer-reviewed article on every

09:55  15    clinical aspect, then we would be way behind.

16    Q.  Well, just to kind of underscore the point, if a person

17    claims, on a single exposure to a date rape drug, to have had a

18    period of amnesia, a period of clarity, followed by another

19    period of amnesia, followed by recovering memory and ultimately

09:56  20    recovered memory, while you may think that there is

21    non-peer-reviewed support for that proposition, in terms of

22    writings and articles and other literature that other experts

23    can go look at to validate and say that that scenario is

24    possible, what you're telling the jury is no such peer-reviewed

09:56  25    authoritative articles exist, correct?

A.  Correct.  It would do every patient with all the variables

that are there.  In fact, the issue becomes -- when you are

looking at scientific proof, you have to look at the different

variables that come into play; and those all have to be taken

into consideration.  And so, the issue is on an individual

case, you would have multiple, multiple case studies.  The

question becomes:  Who is going to write those up?

            And so, we can't just -- peer review is

important; but what you have to do many times is you have to

look at peer-reviewed articles in other areas such as I just

gave you and you infer from similar mechanisms of action --

this is a basic tenet of pharmacology of evolving new

information -- and say:  Is that consistent?

            And that's what I did here.

            MR. McKINNEY:  May I approach the witness, your Honor?

            THE COURT:  You may.

BY MR. McKINNEY:

Q.  Do you recognize this as your report?

A.  Yes, sir, it is.

Q.  All right.  Now, in your report you list some criteria on

Page 3 of your report?

A.  That's correct.

Q.  Would you review all of those criteria, please, without

disclosing what they are at this time, please.

A.  Yes, sir, I'm familiar with these.

09:58  1    Q.  All right.  Now, are these the criteria that you use to

2    determine whether someone was or was not or may have been or

3    probably was not under the influence of a date rape drug?

4    A.  Those are part of the criteria I use, and they're based

09:58  5    upon -- they're the foundations for these ten criteria, which

6    are actually in a training manual -- are based upon

7    pharmacological, which includes my 30 years of training.

8    Q.  Yes.  But I'm asking you specifically about the ten

9    criteria that you chose to put in your report that you prepared

09:58  10   in this case for Todd Kelly.

11   A.  Yes, sir.

12   Q.  And the ten criteria that you put in your report for Todd

13   Kelly are the ten criteria that you thought were important in

14   identifying or evaluating whether someone like Ms. Jones was

09:59  15   under the influence or not of a date rape drug on the occasion

16   in question?

17   A.  Correct.

18   Q.  All right.  Now, let's talk about subjective reporting

19   versus objective findings.  Okay?

09:59  20   A.  Yes.

21   Q.  And you're familiar with that concept, aren't you?

22   A.  Absolutely.

23        MR. McKINNEY:  May I approach the board, please, your

24   Honor?

09:59  25        THE COURT:  Yes, sir.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

BY MR. McKINNEY:

Q.  I apologize for my awful handwriting.  It's not good, and it never has been.

Subjective reporting is typically the person like Ms. Jones, her personal, voluntary, self-reported signs and symptoms, correct?

A.  Correct.

Q.  Subjective can also be how I, for example, might interpret what you are doing right now.  I might say that the witness appears to be sober, alert, communicative, his eyes are properly focused, et cetera, et cetera.  That's not an objective finding -- or that's my subjective impression of you, correct?

A.  Correct.

Q.  Now, an objective finding would be if I were to put you on some scales and weigh you and find out your weight or measure your height or your waist or your shoe size, your heart rate, your blood pressure, take an x-ray.  That is an objective finding, correct?

A.  That's correct.

Q.  A subjective finding is 100 percent within the control of, for example, Ms. Jones or a witness who might be describing an event that the witness claims to have seen?

A.  Correct.

Q.  If we look at your ten diagnostic criteria for whether or

10:01   1   not someone is or is not under the influence of a date rape

2   drug -- and do you have your report handy there in front of

3   you?

4   A.   I should have.  Yes, I've got one.

10:02   5   Q.   All right.   The first criteria for determining whether or

6   not someone is or is not under the influence of a date rape

7   drug is whether the victim reports that she was under the

8   influence of a drug during a sexual assault, correct?

9   A.   That's correct.

10:02   10   Q.   That would be a subjective report, correct?

11   A.   Correct.

12   Q.   I'm going to Item Number 1, 2, 3, 4, 5, 6, 7, 8, 9, 10.

13   And just for short --

14          MR. McKINNEY:   Judge, may I stand at this easel for a

10:03   15   moment?

16          THE COURT:   You may.

17          MR. McKINNEY:   I'm blocking the jury's view.

18          THE WITNESS:   You can stand here.

19          MR. McKINNEY:   I'll do it like this.   There we go.

10:03   20   BY MR. McKINNEY:

21   Q.   Your first criteria is subjective, correct?

22   A.   Correct.

23   Q.   The second on your criteria list is the toxicology test

24   indicates that the victim was under the influence of a drug.

10:03   25   That's an objective finding, correct?

10:03  1    A.  Correct.  You might just want to check it.  It might be

2    easier for you.  Just whatever you want to do.

3    Q.  Thanks, but I'm going to do this, too, just so I remember

4    later.

10:03  5                The third criteria is the victim reports drinking

6    with friends and having just one or two drinks, too few to

7    account for the high level of intoxication the victim

8    experienced.  That would be a subjective criteria?

9    A.  That's subjective, but it has one aspect of objective there

10:04  10   in the fact that you're quantitating the drinks.

11   Q.  Well --

12   A.  But the overall thing is subjective.

13   Q.  Well, the victim is quantifying the drinks, correct?

14   A.  Right.

10:04  15   Q.  And that is a subjective quantification by the victim.  The

16   victim could say -- the victim could say, "I had one drink"

17   where, in fact, the evidence might show the victim had 20.

18   It's entirely subject to the victim's ability to remember and

19   report accurately?

10:04  20   A.  Correct.

21   Q.  The fourth item is the victim recalls feeling, quote,

22   "strange," close quote, then suddenly feeling very drunk.  And

23   "very drunk" is in quotes?

24   A.  Correct.

10:04  25   Q.  Again, that would be subjective, correct?

10:04  1    A.   Yes, sir.

2    Q.   Entirely based upon what the victim reports?

3    A.   Correct.

4    Q.   Item Number 5, the victim reports being heavily intoxicated

10:04  5    very rapidly within a time period of five to 15 minutes.

6    Again, a purely subjective report --

7    A.   Subjective.

8    Q.   -- from the victim?

9              6, waking up eight or more hours later uncertain

10:05  10   about what happened but believing she may have been raped

11   because she is experiencing vaginal soreness or other signs of

12   sexual activities.  That would be her subjective reporting,

13   correct?

14   A.   Correct, but you've got an objective component.

10:05  15   Q.   It's subject to objective verification?

16   A.   Right.  On the sexual activities, looking for the presence

17   of semen, looking for the presence of any -- any evidence of

18   sexual activity.

19   Q.   Understood.

10:05  20   A.   So, that's objective.

21   Q.   Understood.  That is, whether or not there was actually sex

22   can be objectively verified?

23   A.   Correct.

24   Q.   But what the patient says about her personal condition,

10:06  25   pain, et cetera, purely subjective?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:06  1    A.  Correct.

2    Q.  Item 7, being told she was given roaches, ruffies, Mexican

3    Valium, R-2, GHB or Easy Lay.  What is "Easy Lay"?

4    A.  Easy Lay can be the GHB or Rohypnol.  It refers to --

10:06  5    Q.  I get that.  I just was wondering what the chemistry was

6    behind that.

7                    Again, that would be a subjective report from the

8    patient or from the victim?

9    A.  Correct.

10:06  10   Q.  Item 8, the victim reports that witnesses told her she

11   suddenly appeared drunk, drowsy, dizzy, confused -- confused

12   with impaired motor skills and impaired judgment.

13                   This would be a subjective report from someone

14   like Ms. Jones as to what other people told her about her

10:07  15   condition?

16   A.  Correct.

17   Q.  Item Number 9, the victim reports symptoms of amnesia.

18   Again, you can't measure amnesia.  There's no test for it.

19   It's what the victim says happened to her or says she

10:07  20   experienced?

21   A.  Right.

22   Q.  She remember -- this is the tenth item.  She remembers a

23   sequence of cameo appearances -- "cameo appearances" being in

24   quotes -- in which she recalls waking up, possibly seeing the

10:08  25   assailant having sex with her but being unable to move and then

10:08  1    passing out again.   These memories may be associated with loud

2    noise or pain.

3                    And again, that's subjective, correct?

4    A.  Correct.

10:08  5    Q.  Now, in regard to these cameo appearances, do I understand

6    correctly that what you're referring to is that during the

7    actual period of amnesia, the initial phase of amnesia during

8    which the date rape drug is acting, that the victim may

9    remember brief snatches of events, perhaps not very clearly,

10:08  10   but brief snatches of events after she ultimately awakens?

11   A.  Yes.

12   Q.  Cameo appearances are not a description of what happens

13   after the victim awakens, having slept off the effect of drugs,

14   correct?

10:09  15   A.  Well, you talked about a period of amnesia and the

16   person -- if they have amnesia, the drug is out of their

17   system.  And so, that amnesia -- those cameo appearances can

18   occur after the -- as you said, and after the drug has worn

19   off.

10:09  20   Q.  Actually, I didn't say that, Doctor.  You did.

21   A.  I think you just said it just a minute ago.

22                    THE COURT:  Okay.  Never mind.  Let's go.

23   BY MR. McKINNEY:

24   Q.  I'm asking whether or not you're saying that these cameo

10:09  25   appearances continue to occur after the effects of the drug

```
10:09    1   have worn off, after the victim has gone to sleep and then
         2   woken up.  And you're telling us that the cameo appearances can
         3   continue to occur?
         4   A.  Yes, sir.
10:09    5   Q.  But there's no peer-reviewed literature to support that,
         6   correct?
         7   A.  Not that specifically talks about that, no.
         8   Q.  That would be your interpretation of non-peer-reviewed
         9   matters, correct?
10:10   10   A.  Correct.
        11   Q.  Now, on the objective report, on the objective side, the
        12   only objective criteria that you note is the toxicology test
        13   indicates the victim was under the influence of a drug,
        14   correct?
10:10   15   A.  Yes, sir.
        16   Q.  And you've talked about the Landstuhl toxicology report,
        17   have you not?
        18   A.  Yes, sir.
        19       MR. McKINNEY:  Let's put Bortz 73 up, please.
10:10   20   BY MR. McKINNEY:
        21   Q.  And we'll go through Bortz 73; and then we're going to
        22   compare it to another document in just a second, Doctor.
        23       And so the jury is completely clear, you're not
        24   here to advocate for one side or the other, are you?
10:11   25   A.  No, sir.
```

10:11   1    Q.  You're a totally disinterested and objective scientist who

        2    just doesn't have a dog in this fight?

        3    A.  I am basically -- this is in some of the cases when people

        4    call me, is that I give the opinion based upon what I see in

10:11   5    the information.

        6    Q.  All right.  And you have expressed the opinion that the

        7    testing done by the Department of the Army is that the medical

        8    facility in Landstuhl, Germany is fatally flawed, in your

        9    opinion?

10:11  10    A.  Based upon if this is being represented as the post-event

       11    drug screen.

       12    Q.  All right.  And that's because if we go to the second

       13    page --

       14            MR. McKINNEY:  Highlight the date of the report,

10:12  15    please.

       16               No, it's right here.  Highlight this, please,

       17    right here.  Right here, please, these two lines.

       18               Technical difficulties.  There we go.

       19    BY MR. McKINNEY:

10:12  20    Q.  The report is dated -- or purports to be dated the day

       21    before Ms. Jones went to see the doctor, correct?

       22    A.  Correct.

       23    Q.  Now, are you under the impression that Ms. Jones, in fact,

       24    went to see a doctor the day before she actually saw the

10:13  25    doctor?

10:13   1   A.  She was being transferred.  It's possible.  What I looked
        2   at is that July 27th, '05 --
        3   Q.  Sorry, Doctor.  Straightforward question.  Are you under
        4   the impression that Ms. Jones, on July the 27th, went to a
10:13   5   doctor and gave a urine specimen?
        6           THE COURT:  Okay.  Now, he's sworn to tell the whole
        7   truth.  So, let's let him state his answer.  And then you can
        8   then follow-up with additional questions.
        9   A.  What I was going to say is, is that when I looked at this
10:13  10   data, I was expecting a drug test dated on July 28th.  On
       11   July 27th, I said:  In order to explain this, this could either
       12   be explained that she had a drug test on July 27th, as this
       13   implies, and, therefore, the question is:  Did she have a drug
       14   test before then?
10:13  15           And again, as I said before, is it would be
       16   unusual that Rohypnol would be tested in a general drug screen.
       17   So, if this record is correct, this would say that she had the
       18   drug screen on July 27th at 9:00 o'clock.
       19   BY MR. McKINNEY:
10:14  20   Q.  And with all due respect, Doctor, I'm going to have the
       21   question read back because I'm pretty sure that you didn't
       22   answer it.
       23           MR. McKINNEY:  So, if we could have it read back.  I
       24   object as not being responsive at all to the question.
10:14  25           THE COURT:  Yes, sir.

10:14   1                    The question is:  Sorry, Doctor.  Straightforward

        2   question.  Are you under -- under the impression that

        3   Ms. Jones, on July 27th went to a doctor and gave a urine

        4   specimen?

10:14   5   A.  If I'm -- and you're asking for an answer, and I am saying:

        6   If I believe the test as it stands and the records are not in

        7   error, then she did have to have it.  If this is wrong, then

        8   she didn't have the drug test on July 27th, that there's an

        9   error in the medical record.

10:14  10   BY MR. McKINNEY

       11   Q.  Well, Doctor, you've looked at her deposition, Ms. Jones'

       12   deposition?

       13   A.  Yes, sir.

       14   Q.  You've looked at the State Department investigation in this

10:14  15   case?

       16   A.  Yes, sir.

       17   Q.  You've looked at a number of other witnesses' testimony and

       18   other documents in this case?

       19   A.  Yes, sir.

10:15  20   Q.  Have you seen any indication whatsoever, other than the

       21   date on this report, that Ms. Jones went to a doctor the day

       22   before she alleges she was raped and gave a urine sample?

       23   A.  No.  That's why I said this was flawed because if this was

       24   truly the test afterwards, then it's flawed because there's an

10:15  25   error on this record, two errors on this record.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:15  1   Q.  Okay.  Okay.  Well, then take that logic -- take your logic

2   to its logical extension.

3               If you were to send out a letter yourself or a

4   report that had the wrong date on it, would your report be

10:15  5   fatally flawed, just as you say this lab report is fatally

6   flawed because it may have the wrong date on it; or does that

7   logic not apply to you, it only applies to the Army's hospital

8   in Germany?

9   A.  No, sir.  What I am saying is:  When you're looking at a

10:16  10   critical time -- for example, if one of us, juror, me, the

11   Judge, any of you, sent out a report that just basically had a

12   wrong date on it and you were not trying to corroborate a

13   chronological issue, then that would be a problem.  And so,

14   nowhere have I seen that this has been corrected or any

10:16  15   indication that this date was wrong.

16               So, it says July 27th.  I do see medical records

17   that have a lot of errors in them.  So, either this is an error

18   on the medical records or the report -- if we take it at face

19   value, then the report is flawed.

10:16  20   Q.  Well, let's take another thing at face value, then, on this

21   report.  Do you see the name "Schulz" there highlighted for

22   you?

23   A.  Yes, sir.

24   Q.  All right.  Do you know who that person is?

10:16  25   A.  She was a physician, an Army physician.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:16   1   Q.  And what did that doctor do?

2   A.  She did the exam on Mrs. Jones.

3   Q.  On what date?

4   A.  That was on the 28th.

10:17   5   Q.  All right.  And it shows that Dr. Schulz requested this

6   blood screen -- this urine screen, correct?

7   A.  Correct.

8   Q.  And have you seen any evidence in Dr. Schulz' records that

9   she saw Jamie Leigh Jones on the 27th?

10:17  10   A.  No, sir.

11   Q.  All right.  And so, can we not safely conclude reasonably

12   that the date is a typographical error because we can validate

13   who ordered the report and we know when Dr. Schulz captured the

14   urine specimen; that is, sometime on the 28th?

10:17  15   A.  In other words, we can agree that there's an error in the

16   medical record.

17   Q.  Well, we can agree that the date is wrong?

18   A.  Well, that's part of the medical record, not only the date

19   but the time is wrong.

10:17  20   Q.  All right.  The time is off by maybe an hour or two,

21   correct?

22   A.  Probably, yeah, hour and a half to two, right.

23   Q.  All right.  The report itself -- let me ask you this.

24            How long does Rohypnol stay in the urine

10:17  25   typically?  What's the range?

10:17  1    A.  It can go up to 72 hours.

2    Q.  And what's the minimum?

3    A.  It can be gone within a day.

4    Q.  24 hours?

10:18  5    A.  Correct.

6    Q.  This urine screen was captured in plenty of time -- this

7    urine sample was captured in plenty of time, if it was taken by

8    Dr. Schulz within 12 to 14 hours of Ms. Jones' allegations --

9    or within -- yeah.  If it was taken within 24 hours of

10:18  10   Ms. Jones allegedly ingesting Rohypnol, then this urine

11   specimen was taken in plenty of time to actually find Rohypnol

12   in her system, correct?

13   A.  Correct, assuming that she had not voided a large amount of

14   the urine prior to taking this urine sample.

10:18  15   Q.  Tell me again what the half-life of Rohypnol is.

16   A.  Rohypnol can be four hours to six hours, depending on

17   people.  Generally it's considered around three -- three, four

18   hours, I think.

19   Q.  And what is a heavy dosage of Rohypnol sufficient to

10:18  20   produce amnesia?

21   A.  Well, it varies.  As far as we know, that amnesia can occur

22   with 1 to 2 milligrams.  In some people it can go in higher

23   than that.  So, the point becomes, is that it doesn't

24   necessarily have to be a real high dose if it's combined with

10:19  25   other drugs or other substances such as alcohol.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:19   1    Q.   So that we understand -- now, what's the half-life again?

        2    A.   It's average around four hours, I would say.

        3    Q.   All right.

        4    A.   I've seen anywhere from three to six hours, depending on

10:19   5    the information or whatever the subject is, or title of the

        6    article is.

        7    Q.   So, if Ms. Jones had a dose of one milligram -- which would

        8    be a relatively small dose -- would it not, of Rohypnol.

        9    A.   Correct.

10:19  10    Q.   I think if you work backwards on the math, by about 10:30

       11    or 11:00 in the morning, that 1 milligram would remain in her

       12    system to the point of about an eighth of a milligram.  Would

       13    that be about, right?

       14    A.   Well, you're looking at probably blood levels and the

10:20  15    question is --

       16    Q.   We're talking about -- okay.

       17    A.   You're talking about urine levels.  So, again, one of the

       18    issues that would have been nice on these reports, as the FBI

       19    report says, is to have blood and urine.  We don't have the

10:20  20    blood and urine test for Rohypnol or -- we just have a urine

       21    test for Rohypnol.

       22    Q.   Isn't urine the preferred method for screening for

       23    Rohypnol?

       24    A.   Generally for benzodiazepines, the preference would be

10:20  25    urine because it stays around; but it does have limitations

10:20   1   with it also.

2   Q.   I think my question, though, was:  If we do the math and

3   work backwards using a half-life formula, and assume a low dose

4   of Rohypnol of 1 milligram, there would still be easily

10:20   5   detectable levels of Rohypnol in Ms. Jones' system by the time

6   the urine specimen was captured.  Isn't that so?

7   A.   Potentially, if she -- again, if she urinates, that's going

8   to decrease the concentration.

9   Q.   I understand it's going to decrease the concentration.  But

10:21   10   still, using your half-life factors or your half-life formula,

11   there would still be easily detectable levels of Rohypnol by

12   10:30, 11:00, or even at noon the following day?

13   A.   Again, it's possible.  But you have to factor in -- we

14   don't know how many times she may have gone to the bathroom

10:21   15   before the collection.  We know there's one time.  And we also

16   don't know how fast she metabolized the drug.

17   Q.   Would it be fair to say, Doctor, that the objective testing

18   shows no Rohypnol in her system?

19   A.   The objective testing, with the limitations that I've

10:21   20   talked about, does show none detected.

21   Q.   So, you have no objective evidence, no verifiable

22   scientific or medical evidence that would show that Rohypnol

23   was in Ms. Jones' system.  Fair statement?

24   A.   I disagree with that, because I think the objective

10:22   25   information is an important scientific information.  If someone

10:22  1   comes into the doctor and says, "I hurt.  I have a sharp pain,"

2   you can't say, "Well, that's a subjective symptom.  We're going

3   to ignore it."  You act on that.

4              So, all these other things that we put

10:22  5   subjective, knowing that, with the pharmacology of the drugs, I

6   think there is scientific evidence that shows that.

7   Q.  I'm saying objective scientific evidence.  Not the

8   patient's subjective complaints, but objective, independent,

9   verifiable, tangible evidence, objective evidence.  Is there

10:22  10   any of that that would show that Ms. Jones had Rohypnol or any

11   other drug in her system at the time she alleges?

12   A.  Not, again, with the drug tests that were done with the

13   limitations that I talked about.

14   Q.  Well, any other objective scientific tangible evidence that

10:23  15   we can mark as an exhibit and put into evidence?

16   A.  When you look at these drugs, you're mainly looking at

17   subjective symptoms, and so that is what you look at.

18   Q.  All right.  Let's visit, then, the ten criteria again.

19              MR. McKINNEY:  If -- if I may approach?

10:23  20              THE COURT:  You may approach.

21   BY MR. McKINNEY:

22   Q.  Do you understand that Ms. Jones' history in this case is

23   simply that she took two sips of a drink and remembers nothing

24   until she woke up the next morning?

10:23  25   A.  Yes, sir.

10:23  1    Q.  Keeping that history in mind --

2    A.  Barring the fact that she does have the cameos.

3    Q.  She has flashbacks?

4    A.  Well, I use the "cameos" because flashbacks can be a little

10:24  5    bit different.

6    Q.  All right.  Fine.

7         If we go through the criteria, the first

8    criteria, "The victim reports that she was under the influence

9    of a drug during a sexual assault," that would be yes, correct?

10:24  10   A.  Correct.

11   Q.  Regarding objective evidence, the answer would be no?

12   A.  Correct.  And I would, you know, asterisk that because of

13   the limitations.

14   Q.  I understand your position.

10:24  15        "The victim reports drinking with friends and

16   having" -- this is the third criteria.

17        "The victim reports drinking with friends and

18   having just one or two drinks, too few to account for the high

19   level of intoxication the victim experienced."

10:25  20        The victim did not report intoxication in this

21   case, correct?

22   A.  Well, what I consider intoxication is she reports the issue

23   of not remembering anything else.  That is a sign of

24   intoxication, in my opinion.

10:25  25   Q.  So, can we put this down as a maybe?

10:25   1   A.  I would, yes.

2   Q.  Subject -- well, it's subject to your interpretation of her

3   history, correct?

4   A.  Right.  So I thought that's what you were doing, was my

10:25   5   perceptions of these.

6   Q.  All right.

7           THE COURT:  Yeah, I think you ought to put down

8   whatever his perception.

9               And the jury understands --

10:25  10           MR. McKINNEY:  I've done that Judge.  I've done that.

11   BY MR. McKINNEY:

12   Q.  "She recalls feeling strange, then suddenly very drunk."

13               She's given no such history, has she?

14   A.  No.  But she showed that she passed out.  I would say

10:25  15   that's pretty drunk.  So I would say yes.

16   Q.  Well, in terms of the specific inquiry that says -- I mean,

17   I'll be -- I'll be happy to put a "yes" up there, but let's

18   talk about it first.

19   A.  Okay.

10:25  20   Q.  All right?

21               "She recalls feeling strange."

22               Has she said that?

23   A.  No.  She just recalls she don't remember things.  I would

24   say that's strange.

10:25  25   Q.  Let's look at --

A.  Did she say the term "strange"?  No.

Q.  Let's look at your criteria, and look at it very carefully.
"She recalls having a strange feeling."

        Have you seen anywhere in any of her testimony
where she said she had a strange feeling?

A.  No.  I'm just interpreting the "strange" as somebody not
remembering anything would be strange to me.

Q.  But I'm not asking you -- that would be your subjective
interpretation of her subjective report, correct?

A.  That -- that's what -- that's what you're doing here.

        THE COURT:  What he's asked -- that's what he's been
asked, and that's why he's hired.

        MR. McKINNEY:  Actually, Judge, that's not what I'm
asking, with all due respect.

        THE COURT:  Well, you need to clarify that, because
that sure came across to me.

BY MR. McKINNEY:

Q.  Did you see anywhere where Ms. Jones stated that she
herself felt strange before losing her memory?

A.  I did not see her use the term "strange."

Q.  All right.  Did you see anywhere where Ms. Jones
described -- and your words are "feeling suddenly very drunk"?
Did you see anywhere where Ms. Jones said she felt -- suddenly
felt very drunk?

A.  The term "very drunk" was not used.  But again, I keep

10:27    1   saying, when you don't remember anything after taking a couple
         2   of drinks, that, to me, fits "strange" and "very drunk."
         3   Q.  Yes, sir, I would agree with you that that is a possible
         4   interpretation.  But the question is:  Did Ms. Jones ever
10:27    5   report any of those, that you're aware of?
         6   A.  Not in those terms.
         7   Q.  So, I'm going to put down no and yes.
         8   A.  I would prefer you put yes and then no, because you're
         9   writing my -- my perception.  So put me down first, and then
10:27   10   put your interpretation later.
        11        THE COURT:  Yeah, I think -- I think --
        12   BY MR. McKINNEY:
        13   Q.  I'll do that.  I'll do that.
        14        THE COURT:  This is losing its -- its rigor.  I mean,
10:27   15   it's like coauthors who are writing to totally different
        16   purposes.
        17        MR. McKINNEY:  Understood, Judge.
        18   BY MR. McKINNEY:
        19   Q.  Item Number 6:  "Waking up eight or more hours later" --
10:28   20   A.  You missed 5.  I'm sorry.
        21   Q.  Oh, I'm sorry.  Item 5:  "The victim reports being heavily
        22   intoxicated very rapidly within a time period of five to 15
        23   minutes."
        24        Did she report that she was intoxicated or simply
10:28   25   report she has no memory?

10:28    1    A.  Again, she reports that she doesn't remember anything after
         2    that.  To me, that is heavily intoxicated.
         3    Q.  All right.  But again, to be clear, she does not report
         4    feeling intoxicated.  She doesn't report any of her feelings
10:28    5    after -- after what she says were the two sips, correct?
         6    A.  Correct.
         7    Q.  So, do you mind if I put a question mark beside your yes?
         8    Would that offend you?
         9    A.  Well, why don't you go ahead and put no?  Since you're
10:28   10    disagreeing with me up there, just go ahead and put no there.
        11    Q.  Okay.  I'll do that.
        12            Item 6:  "Waking up eight or more hours later
        13    uncertain about what has happened, but believing she may have
        14    been raped because she's experiencing vaginal soreness or other
10:29   15    signs of sexual activity."
        16            She definitely said that?
        17    A.  Yes.
        18    Q.  Being told she was given roaches, ruffies, Mexican Valium,
        19    R-2, GHB or Easy Lay, she wasn't actually told that; but
10:29   20    someone mentioned it?
        21    A.  Correct.
        22    Q.  So would we call that a maybe?
        23    A.  Actually, with that, I just simply -- I didn't put it as --
        24    you can put it as a no.  She wasn't told that, but it just put
10:29   25    the issue, so there was -- as far as being told that, she

10:29  1  wasn't.  So that is what I would put up there.

2  Q.   Item Number 8, "The victim reports that witnesses told her

3  she suddenly appeared drunk, drowsy, dizzy, confused, with

4  impaired motor skills and impaired judgment."

10:29  5           She made no such reports, correct?

6  A.   No.  The only other thing that I see, is I think in the

7  investigative report, Mr. Bortz said that she was, I think his

8  term was possibly intoxicated.

9  Q.   But her report is -- would be no as to her, correct?

10:30  10  A.   Correct, as far as what she was told.

11  Q.   "The victim reports symptoms of amnesia," that's a yes?

12  A.   Correct.

13  Q.   And she remembers a sequence of cameo appearances?

14  A.   Yes.

10:30  15  Q.   And that would be either her flashbacks or whatever?

16  A.   Yes.

17  Q.   So, we have yes she reports, yes here, we disagree on 4 and

18  5, a yes, two nos, two yeses?

19  A.   Uh-huh.

10:30  20  Q.   Correct?

21  A.   Correct.

22  Q.   Do you from time to time look at reports made by

23  investigating agencies and what witnesses say in those reports

24  about the victim as a part of performing your analysis as to

10:31  25  whether or not the victim was under the influence of a drug at

10:31  1    a given point in time?

2    A.  Yes, sir, I do.

3    Q.  And have you looked at the final report of the Department

4    of State regarding the investigation of Ms. Jones' allegations?

10:31  5    A.  Yes, sir, I have looked at it.

6    Q.  Have you also looked at Ms. Jones' e-mail strings on the

7    morning of July the 28th?

8    A.  I have seen those in the past, yes.

9    Q.  Have you examined them in any detail?

10:31  10   A.  Well, I did look at them back when I first started this

11   case.

12   Q.  Have you looked at them since sometime in 2010?

13   A.  Yes, sir.

14   Q.  And when would that have been?

10:32  15   A.  I don't remember.  It's been a little bit awhile ago,

16   though.

17   Q.  In the last two or three weeks?

18   A.  No.  Probably in the last six weeks or so.

19   Q.  And what was your purpose in looking at those e-mails?

10:32  20   A.  Again, just reviewing back with those -- just the overall

21   case, and just looking to see if anything else popped out.

22   Q.  Did you and Mr. Kelly discuss the e-mail string at any

23   time?

24   A.  No, sir.

10:32  25   Q.  Have you discussed the e-mail string with any of Ms. Jones'

10:32    1    attorneys?

         2    A.   Not that I'm aware of, no.

         3    Q.   Do you know, as you sit here today, or have an opinion, as

         4    you sit here today, as to which date rape drug you think

10:32    5    Ms. Jones might have been given?

         6    A.   No, sir.  With the problems with the testing, and the lack

         7    of testing on some, is that I don't think anybody can tell you

         8    which drug, or if it -- or which combination of drugs she may

         9    have received.  And that is not an uncommon situation in a date

10:33   10    rape case.

        11    Q.   I understand.  I'm just asking if you know -- have an

        12    opinion as to which drug she was given or what the dosage might

        13    have been?

        14    A.   No.

10:33   15    Q.   Do you have an opinion as to whether it was a low, a medium

        16    or a high dose of a date rape drug?

        17    A.   You can't determine that because if alcohol was involved,

        18    that would affect the actions.  And so you can't determine

        19    that, no, sir.

10:33   20    Q.   All right.  Now, in your report you noted that Rohypnol is

        21    associated with amnesia?

        22    A.   Correct.

        23    Q.   You talked about GHB in your report?

        24    A.   Correct.

10:33   25    Q.   And you did not note in your report that GHB is associated

10:33   1   with amnesia, correct?

2   A.   I probably didn't.  No, sir, I didn't.

3   Q.   All right.  Now, would that be a fatal flaw?

4   A.   No, sir.  Because basically, I was looking at the general

10:33   5   pharmacology, and I was providing information with regard to

6   the general -- if you notice, I didn't list every side effect

7   associated with --

8   Q.   I was just asking.

9   A.   Correct.

10:34   10         The point is, is that my report was my general

11   impression and giving an overview.  This is -- the -- the lab

12   test -- like I said, there are plenty of medical records that

13   have errors in them and are used.  The point becomes is, that

14   needs to be clarified to make a decision.

10:34   15         The issue becomes, I've got seven out of ten

16   subjective things, which gives me a passing of 70 percent on

17   "yes," in my opinion.

18   Q.   Actually, technically it's seven out of nine, but -- or six

19   out of nine, but --

10:34   20   A.   I was just -- let's see, you've got one, two --

21   Q.   You have nine subjective elements.

22   A.   -- three, four, five six, seven.  That's seven out of ten

23   of these.  And, then, if you -- because this is objective, that

24   would be --

10:34   25   Q.   Fair enough.

A.   -- in a test a bad question, we throw that out.

Q.   I'm -- I'm with you.   I'm -- I'm -- I'm bad on math.

All right.   To get back to your report, your report does not indicate that GHB is associated with amnesia, does it?

A.   No, sir.   But we know it is.   You look in the mater- -- in the data.   And again, we were looking at, at this particular point, no -- nothing was tested with GHB.   We know Rohypnol was tested.   And that's why I focused more on Rohypnol.   And bottom line is, is that the amnesia and everything is consistent with all the date rape drugs.

Q.   Let me ask you, though:  Are some of the date rape drugs more associated with amnesia than others?

A.   Well, obviously, Rohypnol has been.   GHB -- in fact, in any lectures in GHB, we find out people wake up, and almost died from GHB, and they don't believe us because they can't remember that they almost died.

So, pretty much, if you look at all of the drugs that are -- the benzodiazepines, the sleep drugs, the Rohypnol, the GHB and its analogs, all of them have a very common situation with potentially producing amnesia, over -- strong intoxication, and the effects we've talked about.

MR. McKINNEY:  Could I have the question read back, please?

THE COURT:  Okay.   "Let me ask you, though, are some

10:36  1    of the date rape drugs more associated with amnesia than

2    others?"

3    BY MR. McKINNEY:

4    Q.  Doctor, the -- the question is:  Are there particular

10:36  5    types, specific types of date rape drugs that are more likely

6    or more commonly observed to produce amnesia on a consistent

7    basis than other date rape drugs?

8    A.  I would say Rohypnol has a greater recognition by the

9    medical community that it can because it's been seen more.  GHB

10:36  10   is hard to diagnose, and so we've not had as much

11   documentation.  But GHB can do it, too.  So those two would be

12   the ones that I would see.

13   Q.  I understand that GHB can produce amnesia.  It's been

14   observed to produce amnesia.  The question I have is whether

10:37  15   GHB has been documented to consistently produce amnesia at the

16   same level or same rate that Rohypnol produces amnesia?

17   A.  I'd say you can't make that -- you're -- you're asking

18   really apples and oranges, because it depends on the dose, it

19   depends on the metabolism, it depends on the -- for example, if

10:37  20   alcohol is present, it can be enhanced more if another drug is

21   present.  So you can't just simply say compared to the two --

22   given equal circumstances, both can cause it.  But you can't

23   say, in my opinion pharmacologically, that one causes it more

24   than the other because you can't compare them on equal -- on

10:37  25   equal fields.

10:37   1    Q.  Well, I'm going to ask you a couple of more questions --

        2    A.  Sure.

        3    Q.  -- about that.

        4              Rohypnol is associated with amnesia, no doubt

10:37   5    about it?

        6    A.  Yes, sir.

        7    Q.  And you're telling our jury that in your opinion, GHB is

        8    associated with amnesia, but the documentation isn't nearly as

        9    substantial for that proposition as it is for Rohypnol,

10:38  10    correct?

       11    A.  Exactly.  Because here's a good case.  This case is a good

       12    example.  You don't meas- -- you're more likely to pick up

       13    Rohypnol, it stays around longer, than you are with gamma

       14    hydroxybutyrate, and so that's why it's been documented more

10:38  15    with these date rape cases is because you can pick up -- it

       16    stays around longer; and so, therefore, it would be more likely

       17    to be detected and then be associated with it.

       18    Q.  Was the answer, at least the beginning, that Rohypnol is

       19    documented to be associated with amnesia, and that the

10:38  20    relationship -- or the association of amnesia with GHB is not

       21    well documented, but you nonetheless believe that there is an

       22    association?

       23    A.  I would say not as well recognized.  But yes, I believe

       24    there's an association.

10:38  25    Q.  Okay.  Now, the question I have for you -- and I think I

10:39  1     asked it, but I'm not sure I got an answer, so I'll ask it

2     again.

3                 Does GHB -- has it been demonstrated in the

4     documented peer reviewed literature to consistently produce

10:39  5     amnesia, or is that -- or is the amnesia that is associated

6     with GHB something that happens occasionally, but not

7     consistently?

8     A.   I would say it's been documented, but as far as a dose

9     relationship, has not been established for GHB.

10:39  10    Q.   And the question, Doctor, is whether amnesia has been

11    consistently associated in the literature with amnesia?

12    A.   I would say yes.

13    Q.   All right.  And do you have any studies that you can point

14    to, as you sit here on the stand, peer reviewed studies that

10:39  15    make that association?

16    A.   No, sir.  I think it would be more in a series of case

17    reviews that it's -- it showed up in some of those cases.

18    Q.   And a case review is a report about one person, one time?

19    A.   Correct.

10:39  20    Q.   And it's settled within the scientific community that case

21    reports are not a valid basis for determining a cause and

22    effect or a broad range for -- for deducing or arriving at a

23    general broad range proposition.  Isn't that the case?

24    A.   Not necessarily.  Case reports can sometimes be stronger

10:40  25    than randomized controlled trials.  When you have a challenge,

10:40   1   you give the drug, and then you remove the drug.  The effect

2   goes away.  You give a rechallenge.

3               So you've got a challenge, a de-challenge, and

4   you give the drug again.  And what happens is, you repeat the

10:40   5   effect.  That's pretty strong evidence of a cause/effect.

6               And, you know, one of the things that we've got

7   with Ms. Jones here is that there's been periods when she's

8   drank before, but there's been no evidence that I saw in her

9   medical literature, with what I reviewed, of where that she's

10:40  10   had these periods of amnesia.  And so, to me, that's another

11   piece of evidence that goes into the strength of that it was a

12   drug-facilitated sexual assault.

13   Q.  Let me see if I just understand -- if I understand what you

14   just said.

10:41  15               Because you've seen no evidence in the medical

16   records of Ms. Jones that she has had an alcohol-induced period

17   of amnesia, that strengthens your opinion that this was a

18   drug-related event?

19   A.  Yes, sir.

10:41  20               MR. McKINNEY:  What's the exhibit number?

21   BY MR. McKINNEY:

22   Q.  And I guess the opposite would be true.  If there was such

23   an event in Ms. Jones' history, and your opinion would be less,

24   you would have to reduce your opinion that this was a

10:41  25   drug-related event?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:41   1   A.  I still think there's strong evidence here, and the issue

2   would become is that even if there was some incidence of where

3   that there was a true period, did you see, and a long period

4   associated of amnesia that she's experienced and also the cameo

10:42   5   appearances.  [sic]

6           So, it -- it would look at -- it depends on, you

7   know, did -- if a person had a blackout or just passed out,

8   that would be different than someone who had a long period of

9   amnesia.

10:42   10  Q.  Right.  And for example, couldn't remember whether she had

11  intercourse or not?

12  A.  That could be a short period of amnesia, but not

13  necessarily drug-induced.  It could be alcohol-induced.

14  Q.  All right.  Are you aware that Ms. Jones' OB-GYN has

10:42   15  testified before our jury?

16  A.  I don't know who's testified before the jury.

17  Q.  All right.  Have you reviewed the records of Dr. Scott, and

18  specifically a record dated two months and ten days before

19  Ms. Jones went to Iraq?

10:42   20  A.  I've looked at some records from -- and may have included

21  Dr. Scott, but I just -- I would have to look at the record.

22  Q.  All right.

23  A.  Or you would have to show me the record and let me see it.

24  Q.  All right.  And I'll do that in just a second.  Well, let's

10:43   25  do it right now.

10:43   1          MR. McKINNEY:  Let's put Bortz 182 up, please.

2          THE COURT:  Ladies and gentlemen, while we're doing

3    that, I just want to check if any of you are in desperate need

4    of a break.  Here's -- here's my schedule for this morning.  I

10:43   5    have a criminal matter at -- at 11:30.  I'm going to have to

6    break for awhile.  If we can make it to like 11:20, that

7    would -- 11:20 would be a good time?

8       *(Sotto voce discussion at bench with court staff)*

9          THE COURT:  I need to spend a little while on that.

10:43   10   So, if we can make it to like 11:15, that would be good.  Can

11   you-all do that or do you want a break right now?  Raise your

12   hand if you need a break.

13          We'll keep marching.  We'll keep marching.

14          MR. McKINNEY:  Let's enlarge the highlighted portion,

10:43   15   please.

16   BY MR. McKINNEY:

17   Q.  What it says here, Doctor, is that:  "Patient reports

18   possible sexual intercourse with a new partner after she had

19   several drinks and passed out.  Patient does not remember

10:44   20   anything."

21          Now, in addition to this record that you see

22   before you, I want you to assume that Dr. Scott has testified

23   that she actually remembers this specific visit with Ms. Jones,

24   and that Dr. Scott has testified clearly that Ms. Jones told

10:44   25   her she simply did not recall whether she had had sex or not

10:44    1    after having passed out.  She just didn't know.  Can you make

         2    that assumption for me?

         3    A.  Okay.

         4    Q.  Now, I believe you said a moment ago that you thought that

10:44    5    Ms. Jones' history of not passing out, not having blackout

         6    periods under the influence of alcohol was supportive of your

         7    opinion that Ms. Jones was under the influence of a date rape

         8    drug on the occasion in question.  Did you not say essentially

         9    that to our jury?

10:45   10    A.  I did.

        11    Q.  And do you not see here and have you not just heard

        12    evidence that directly undercuts the assumption that you are

        13    making about Ms. Jones' history?

        14    A.  Absolutely not.  What you've got here is a

10:45   15    misinterpretation.  You're confusing things.

        16            There's two things that you see.  And this gets

        17    confused a lot.  You have people that pass out which just

        18    become unconscious.  And then you have people that are in

        19    blackouts, where they're -- for example, the typical thing is

10:45   20    somebody goes and -- goes and gets drunk, and they're up on the

        21    table dancing and everything like that.  They don't remember

        22    all of that.  That is a blackout.

        23            And that's what I am talking about with Ms. Jones

        24    on -- in July.  This is passing out.  Someone just simply

10:45   25    unconsciously passes out.  It would not surprise me, if you

10:46   1   were passed out, that you would not remember anything.  So, you

2   can't confuse passed out with blackouts.

3   Q.  Well, I'll try not to make that confusion, or I'll try not

4   to make that mistake again.  We have another medical record to

10:46   5   look at.

6   A.  Sure.

7   Q.  Are you aware that in September of 2004 that Ms. Jones was

8   hospitalized for three- to four-day periods complaining of

9   blackouts, syncope, S-Y-N-C-O-P-E.  You understand what that

10:46  10   is?

11   A.  Right.  But we're confusing terms again.  Syncope is

12   fainting.  That's blacking out.  That is not a lapse in memory

13   or an amnesiatic state.

14   Q.  All right.  Bear with me just a second.

10:47  15          MR. McKINNEY:  Let's go to Bortz Exhibit 164, please.

16   BY MR. McKINNEY:

17   Q.  It's your belief that -- that -- that syncope means

18   fainting?

19   A.  Yes, sir.  That's the scientific definition of it.

10:47  20   Q.  All right.

21   A.  That can occur from a drop in blood pressure.

22          MR. McKINNEY:  Let's go to, I believe it's the third

23   page of the record.  And let's highlight, I think it's this

24   portion.  Yes, the -- the middle portion, please.

10:48  25          No, right here.  Just enlarge.

10:48     1                    Okay.  Good enough.

          2     BY MR. McKINNEY:

          3     Q.  Do you see right here where Ms. Jones reports blacking out

          4     and passing out?

10:48     5     A.  Yes, sir.

          6               MR. McKINNEY:  How are we coming on that, Sharon?  Not

          7     yet?

          8               MS. CULLEN:  Working on it.

          9               MR. McKINNEY:  All right.

10:49    10     BY MR. McKINNEY:

         11     Q.  We're going to forge ahead a little bit, probably come back

         12     to this subject in just a minute.

         13     A.  Okay.  I would just say that when you've got blackout and

         14     passed out is what -- is consistent with what we just talked

10:49    15     about.

         16     Q.  All right.  Is a blackout a period of amnesia?  Is that

         17     what you're telling us?

         18     A.  Well, when you say -- a blackout is a period -- if you look

         19     at what they define it as, is it's almost like you're -- these

10:49    20     activities go and your brain is not making the memories.  Or

         21     it's made the memories and you can't recall it.  Because when

         22     people are blacked out, many times they are up and moving and

         23     doing things, but they're still active.  Passing out is when

         24     you just faint, or just -- people use "blackout" and "pass out"

10:49    25     all the time interchangeably.  But a true blackout is what we

10:49   1   see that's usually drug-induced.  Alcohol is a good one that

    2   does it.  We see it with the benzodiazepines, or usually the

    3   GABA type drugs.

    4         THE COURT:  Let me slow you up just a little bit.  A

10:50   5   lot of big words and --

    6         THE WITNESS:  Sorry.

    7         THE COURT:  -- and we have to stay up with every

    8   syllable.  She has to stay up with every syllable you say.

    9   Start over again.  You were -- you were saying --

10:50   10        THE WITNESS:  Are you going to tell me --

    11        THE COURT:  -- "A true blackout is what we see that's

    12  usually drug-induced.  Alcohol" --

    13        THE WITNESS:  And benzodiazepines or GABA acting

    14  drugs, those drugs acting on the GABA receptor.  That's

10:50   15  G-A-B-A.

    16  BY MR. McKINNEY:

    17  Q.  I'm simply asking -- or I was -- I was hoping to have

    18  simply asked if a blackout is synonymous, in your mind, with a

    19  report of amnesia or loss of memory?

10:50   20  A.  When you say a blackout, is -- in a true definition is it

    21  would be a period of amnesia or loss of memory but the person

    22  is still up and moving versus someone passing out and being

    23  unconscious, which then they wouldn't remember.

    24  Q.  So, you're saying the difference between passing out and

10:51   25  blacking out is whether the person is functional versus

10:51  1   essentially asleep?

2   A.  Somewhat.  There's plenty of people that drink and pass out

3   but don't have blackouts.  There's people that black out and

4   don't pass out.

10:51  5   Q.  Okay.

6   A.  I'm on a college campus and I see that all the time.

7   Q.  You're lost -- I'm lost, but that's okay.

8        A note that I made during your direct examination

9   is higher doses of date rape drug- -- date rape drugs are

10:51  10  associated with amnesia.  Is that correct?

11  A.  Correct.  And that's -- that's a dose-related effect.  But

12  again, that dose response curve can be shifted by the presence

13  of other drugs.

14  Q.  Understand.

10:51  15       The question I have, getting back to GHB is --

16  and Rohypnol, for that matter, at lower doses are those drugs

17  therefore not associated with amnesia, or at least not to the

18  degree?

19  A.  I would say you would anticipate not as much.  But Rohypnol

10:52  20  would be a little bit more potent than GHB, I would say.  I

21  think it's back to maybe what you were asking.

22  Q.  That sort of gets back to what I was asking.  Because

23  Ms. Jones reports amnesia, do you assume a higher dose of

24  whatever date rape drug she was given?

10:52  25  A.  No, sir, not necessarily, simply because you have alcohol

10:52  1    there, and it may depend on how sensitive she is to those

2    particular drugs.

3    Q.  Did you also testify in response to some of Mr. Kelly's

4    questions -- did you also testify in response to some of -- of

10:53  5    the questions you were asked today that -- completely lost my

6    track when Ms. Cullen gave me those pieces of paper.

7    A.  Okay.  Now, that may be a blackout.

8    Q.  No.  It's not a blackout.  Well, it may have been a

9    blackout.  I do -- I probably do that a lot, then.  But I

10:53  10   haven't, to my knowledge, taken any drugs.

11              Oh, now I remember the question.  So I didn't

12   black out.  I remember the question.

13              Did you testify earlier today that under the

14   influence of a date rape drug, the person who has ingested the

10:54  15   drug can appear perfectly normal?

16   A.  They can be, yes.

17   Q.  Or the person might appear intoxicated?

18   A.  Correct.

19   Q.  Or the person might be rendered unconscious?

10:54  20   A.  Again, that would be dose, metabolism, presence of other

21   drugs.  All that would affect how a person may interact with

22   that.

23   Q.  But so that we have, hopefully, a clear answer to the

24   question, there are a broad range of behaviors that a person

10:54  25   who has ingested a date rape drug might exhibit?

10:54    1    A.   Yes, sir.

         2    Q.   And the -- the range of behaviors ranges from appearing

         3    perfectly normal --

         4    A.   Correct.

10:54    5    Q.   Other extreme, correct?

         6    A.   Correct.

         7    Q.   And a whole host of behaviors in the middle from acting

         8    drowsy, correct?

         9    A.   Correct.

10:55   10    Q.   Or intoxicated?

        11    A.   Correct.   Aggravated.

        12    Q.   Angry?   Happy?

        13    A.   Correct.

        14    Q.   Sexually uninhibited?

10:55   15    A.   Correct.

        16    Q.   Sad?

        17    A.   Correct.

        18    Q.   All of these behaviors might occur?

        19    A.   Correct.   And we see that with other related drugs also.

10:55   20    Q.   Right.   Now, if someone is described as tipsy or ditzy,

        21    D-I-T-Z-Y, that would be consistent with mild to moderate

        22    alcohol consumption, as well as consistent with, in your

        23    opinion, ingestion of a date rape drug, correct?

        24    A.   That's a possibility, yes.

10:55   25    Q.   Could be consistent with either one?

10:55  1   A.  Correct.

2   Q.  You're aware, are you not, that the various people who

3   observed Ms. Jones that evening, separate and apart from

4   Charles Bortz, describe her as ditzy and tipsy but otherwise

10:56  5   communicating in a reasonable fashion, behaving in what

6   appeared to be an appropriate fashion for the nature of the

7   social gathering, et cetera, et cetera.  And it's not just one

8   witness; it's three or four witnesses who so describe

9   Ms. Jones, correct?

10:56  10   A.  I don't know how many witnesses.  I did see that

11   description at least in one or two witnesses.

12   Q.  Now, do you discount that description?

13   A.  No, sir.  I basically -- you know, the issue becomes if she

14   was starting to feel the effects of alcohol, and then was given

10:56  15   a date rape drug, then you would have a much greater effect.

16   So, it's not inconsistent with my -- my opinion.

17   Q.  It's also true, is it not, that your opinion depends

18   entirely on Ms. Jones' history of having blacked out, correct?

19           If that -- if that is not an accurate history,

10:57  20   then your opinions that you've expressed here today would have

21   to be withdrawn, correct?

22   A.  I looked at not just amnesia, I looked at all of these

23   points.  And I think, like we said, that she meets seven out of

24   nine criteria, and that includes amnesia, which is one of them.

10:57  25   Q.  Well, I don't want to argue with you because every time I

10:57   1   do, I lose.  But let me try, just if you don't mind.

2                    To reiterate or repeat, her basic history is that

3   she took -- took two sips of a drink and has no memory

4   thereafter, correct?

10:57   5   A.   Correct.

6   Q.   She doesn't describe feeling intoxicated, she doesn't

7   describe any of her other feelings that appear on your

8   checklist, but you interpret her basic history of having had

9   two sips and passed out as being consistent with these other

10:58   10   factors, correct?

11   A.   Yes, sir.  Yes, sir.

12   Q.   So it all comes down to, does it not, the validity of the

13   fundamental history that Ms. Jones gives, that being that she

14   took two drinks and has no memory thereafter?  If that is not

10:58   15   the case, then all of your inferences that you draw from that

16   history would cease to exist, correct?

17   A.   Well, I think it's a big part of it.  But, I mean, there's

18   cameos and all these other subjective issues that we've talked

19   about.  So the amnesia issue is part of it.  But again, when

10:58   20   you're putting -- when you're looking at a drug effect, you --

21   you don't simply pull out each one and say, "Well, if this goes

22   away, this doesn't happen."  The point is, is that the amnesia

23   fits in with a lot of these issues that are there, and it is a

24   very important part.  And so, I'm not going to take a parcel

10:59   25   out and say if the amnesia goes, everything else falls.

10:59  1   Q.  Well, then let's -- let's do it line by line.  I hate to

2   have to go through this with you.  But let's just do it line by

3   line.

4           The first item, reporting that she was under the

10:59  5   influence of a drug during the sexual assault, that wouldn't go

6   away if the amnesia went away, correct?

7   A.  Correct.

8   Q.  That would remain.

9           The second item is the objective item, so that's

10:59  10  not a part of our analysis, correct?

11  A.  Well, actually, it is.  But for what we're talking about

12  now, it's not.

13  Q.  What -- what we're talking about right now --

14  A.  Right.

10:59  15  Q.  -- it's not part of our analysis.

16          The -- the third item, the victim reporting

17  drinking with friends, having just one or two drinks -- one or

18  two -- one or two drinks, too few to account for the high level

19  of intoxication the vic- -- the victim experienced, if we take

11:00  20  away her statement that she had two drinks and passed out,

21  we -- we have absolutely no history from her that evening as to

22  how she felt, correct?

23  A.  Other than we know that Mr. Bortz made in his statement.

24  Q.  Talking about what she reports here.  This is -- your

11:00  25  criteria calls for the victim reporting drinking with friends

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:00   1    and having just one or two drinks.

        2    A.  Repeat your question, please.

        3    Q.  If we take away Ms. Jones' history, if we, for whatever

        4    reason, find that her history is not supported by the evidence,

11:00   5    then your "yes" finding as to the victim reporting with

        6    friend -- reporting drinking with friends and having just one

        7    or two drinks, too few -- too few to account for the high level

        8    of intoxication the victim experienced, this criteria,

        9    Number 3, goes away if we lose her history of having two drinks

11:01  10    and passing out, correct?

       11    A.  Correct.

       12    Q.  Likewise, item Number 4, her report that she feel- -- felt

       13    strange, and then suddenly felt drunk, if we take away her

       14    history of claiming that she had two drinks and doesn't

11:01  15    remember anything, the fourth criteria also goes away, correct?

       16    A.  Well, if you take away any of these.  If you take away her

       17    history of these actions which she described, then these

       18    criteria wouldn't be met.

       19    Q.  That's exactly what I asked you a moment ago, and that --

11:01  20    that shortens my questions significantly.

       21            Sort of the punch line here, Doctor, is that your

       22    opinion that Ms. Jones was under the influence of a date rape

       23    drug of undetermined origin and dosage depends entirely upon

       24    her subjective history, of which only she has control, that she

11:02  25    took two sips from a cup and doesn't remember anything after

11:02  1   that.  If you eliminate that history from the basis for your
       2   opinion, you would have to withdraw your opinion, would you
       3   not?
       4   A.  It would modify my opinion unless there was some new
11:02  5   information that became available.
       6   Q.  And it would modify your opinion to the point where you
       7   would not have an opinion one way or the other whether
       8   Ms. Jones was under the influence of a date rape drug without
       9   that essential history; isn't that so?
11:02  10  A.  Whether it was Ms. Jones or any other -- any other person,
       11  it would be dependent upon the subjective aspects of their --
       12  of their history, yes.  And that would have to be consistent
       13  with the pharmacology of the drugs, which I believe exists
       14  here.
11:03  15  Q.  But I think in the course of that answer what you said was
       16  if Ms. Jones' history does not bear out, then your fundamental
       17  opinions in this case would be withdrawn, correct?
       18  A.  Correct.  If there was not subjective history similar to
       19  this, then that would modify my opinions.
11:03  20       MR. McKINNEY:  May I have a moment, your Honor, to
       21  check my notes and confer with counsel, and maybe a very short
       22  break in which to do so?  Because I think it will wrap things
       23  up if I am able to do that.  If you prefer not -- I mean, I
       24  realize --
11:03  25       THE COURT:  No, we need to take a short break.

11:03   1            MR. McKINNEY:  -- that's fine.

2            THE COURT:  And I'll just have to come get you when

3    we're ready.  We have -- do have one other hearing so ...

4            Okay.  Would all rise?

11:04   5            MR. McKINNEY:  Well, actually, Judge, let me just --

6    rather than send the jury out and waste more of their time, let

7    me just ask around and see if --

8            THE COURT:  Okay.  Sure.

9    BY MR. McKINNEY:

11:04   10   Q.  On the objective testing angle -- let me get to that.

11           MR. McKINNEY:  If we could put up -- I hate it when

12   this happens.  Oh, I know which one it is.  It's the Joint 105,

13   please.

14           And go, please, to the next page.

11:05   15           Next page.

16           Well, that's not it either.  Go to the next page.

17           Next, next.  There we go.  Highlight this entry

18   right here, please (indicating).

19   BY MR. McKINNEY:

11:05   20   Q.  Are you able to interpreter this lower line right here?

21   A.  You talking about the urine tox.

22   Q.  Yes.

23   A.  It says:  "Urine tox negative."

24   Q.  Right.  That would relate back to the Landstuhl record?

11:06   25   A.  Correct.

*Cheryll K. Barron, CSR, CM, FCRR*                     *713.250.5585*

11:06   1   Q.   The doctor interpreted the record as showing no Rohypnol in

2   the system?

3   A.   Correct.

4   Q.   Now, is it common or uncommon for a person, after having --

11:06   5   after coming out from under the effect of a -- of a date rape

6   drug, to tell one version of the events, and then -- to the

7   first person she speaks to, then to tell another version of the

8   events, but essentially identical versions of the events, to

9   the next two people she speaks to, and then thereafter have a

11:06   10   substantially different version of events from the night

11   before?   Is that common or uncommon?

12   A.   That's actually fairly recognized.   If you look at the

13   training manuals, one of the issues that comes into play is

14   when the person is -- there's several things that happen after

11:07   15   exposure to a date rape drug.   There's -- there can be shame,

16   embarrassment.   The issue of how the questions are framed, who

17   the person is, those are all identified as issues that can show

18   some inconsistencies between the overall story and also trying

19   to fill those in.   That's been recognized and given that, and

11:07   20   that's -- and law enforcement is aware of that.

21   Q.   Yes, sir.

22         And you referred to a training manual.   And with

23   respect -- when I ask you a question about your expertise, I'm

24   actually asking it based on the actual scientific authorities,

11:07   25   the published literature, the peer reviewed literature.

11:07  1          Is there peer reviewed literature that stands for
       2    the proposition that people under the date rape drug will -- in
       3    the aftermath, after they've woken up, had several hours to
       4    clear their head, will report three substantially different
11:08  5    version -- versions of the events leading up to their period of
       6    unconsciousness?  Is that documented in the literature?
       7    A.   I'm not aware of it specifically being documented in the
       8    literature for the date rape drugs from that aspect.
       9    Q.   And that -- that was my question.
11:08 10    A.   Right.  But we have seen it -- similar type situation with
      11    anesthetics and sedative hypnotics, that there's more
      12    literature on that, where that there may be confusion, and that
      13    sort of thing.  But for Rohypnol and for GHB, I'm not aware of
      14    a paper that specifically says that, other than it is
11:08 15    recognized by the people that work with this all the time.
      16    Q.   I guess the last question I want to ask you is back to your
      17    diagnostic criteria, item Number 6, where it's -- it's
      18    predicated -- the inquiry is predicated on waking up eight or
      19    more hours later, uncertain about what happened, but believing
11:09 20    she may have been raped because, et cetera, et cetera.  And I
      21    want to focus on the predicate:  Waking up eight or more hours
      22    later.  Why do you include that specific sleep period in your
      23    criteria?
      24    A.   Well, that criteria was actually from the training manuals
11:09 25    which I was using.  And so, obviously, that would vary,

11:09  1 depending on the dose.  It could vary on how tired or ill or

2 whatever that individual was.  And so, generally you're looking

3 at a period of time that can occur when the person wakes up

4 several hours later and can't figure out what's happened.

11:10  5 Q.  Let me ask you this:  Are these your criteria or someone

6 else's criteria?

7 A.  These are the criteria based on the pharmacology.  And --

8 and these are also from the training manual.  And it's based

9 upon pharmacological principles.

11:10  10 Q.  All right.  But I'm -- I'm saying, did you originate these

11 criteria or did you lift them from peer reviewed literature?

12 A.  Actually, this was lifted from the training manual, with

13 the pharmacology attached to it.

14 Q.  Is there peer reviewed literature that supports and

11:10  15 authorizes and endorses these criteria as a scientific -- as a

16 recognized scientific method for determining whether or not

17 someone is or is not under the influence of a date rape drug?

18 A.  The -- these criteria are taken from several references of

19 peer reviewed material and summarized with this.  And they're

11:10  20 consistent with the pharmacology.

21 Q.  And with all due respect, in case this is something we need

22 to take up later, is there a peer reviewed article anywhere

23 that specifically addresses these ten criteria that you used in

24 your report, and has stated that these ten criteria are

11:11  25 scientifically valid -- are a scientifically valid means of

determining whether or not someone is or is not under the

influence of a date rape drug?

A.   These criteria basically are -- are based upon the science

coming from a number of sources, which includes peer reviewed

material, the pharmacology, observations of law enforcement.

And these have been summarized as these would be consistent

with a date rape drug.  These are supported by the mechanism of

action of these drugs, as far as the therapeutics and

toxicology, which is available in most pharmacological

textbooks.

Q.   I understand your answer.

What I'm asking is, has another toxicologist or

pharmacologist, subject to peer review by other pharmacologists

and toxicologists, looked at your list, analyzed it, tested it,

validated it, and reported that your list is, in fact, a

scientifically reliable and valid method for determining

whether or not someone is or is not under the influence of a

date rape drug?

A.   As someone looks specifically at each of this criteria in

this ten, I would say individually, and it's a composite like

we do with a lot of things.  We -- when we're dealing with

drugs like this, when we're dealing with drugs that are used

for crimes, the point is, we're not going to have the

scientific rigid studies that you would have if you're going to

put a drug out for people to take on an everyday basis.  So

11:12   1   what you do is, you take the pharmacology of the drugs, you

2   take the observations of people that have seen this, you take

3   the case reports, and you take all of that and you say, "This

4   is consistent," and that is a scientific method of putting

11:13   5   things together.

6              And so, in answer to your question is yes, I

7   believe that when you take the composite of where all this has

8   come from, it is rigorous and scientifically valid.

9   Q.  And with all due respect, Doctor, I'm going to have to

11:13   10  object to your answer as not responsive.

11             MR. McKINNEY:  Your Honor, this is a Daubert pointed

12  question.  It is a requirement of the law that a -- an

13  expert's, his program or his methods --

14             THE COURT:  Yeah.  Yeah, I understand.

11:13   15            MR. McKINNEY:  -- have to be peer reviewed and

16  recognized as scientifically valid.

17             THE COURT:  Dr. Tackett's response is that it's taken

18  from many sources, some of which have been peer reviewed.

19  That's -- that's -- that's not outside the bounds of --

11:13   20            MR. McKINNEY:  But -- but, Judge, I'm --

21             THE COURT:  -- expert testimony.

22             MR. McKINNEY:  -- with -- with respect, I'm entitled

23  to a direct answer to the question as to whether or not there

24  is actually even one person in Dr. Jones' [sic] discipline --

11:14   25  Dr.  --

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:14  1          THE COURT:  Tackett.

2          MR. McKINNEY:  -- Dr. Tackett's dis- -- his discipline

3  that has independently tested and validated this method -- this

4  method.

11:14  5          THE COURT:  Well, implicit in his answer is -- is that

6  not -- not the entire list, but parts of it.  And --

7               Is that fair?

8          THE WITNESS:  I think that's exactly it.  It's one of

9  the things where that, when you -- when you look at -- when you

11:14  10  look at the scientific method, especially when you're going

11  into new areas, you have to pull from various sources.  And

12  that's exactly what this has been done -- what -- what has been

13  done.  You look at each one of those things up there.  And what

14  it is, it's based on the pharmacology of the drug and the

11:14  15  observations seen in case reports.

16               So, if you were to go peruse the literature --

17  which I have done -- you would find that that -- those -- there

18  are components of that.

19               Now, the place where that has been sort of

11:15  20  summarized is actually in this training manual,

21  Drug-Facilitated Sexual Assault, which is provided to people on

22  how to recognize these actions.  And it explicitly says that a

23  pharmacologist and toxicologist is necessary to do that.

24               And so, Judge, the way you put it is exactly

11:15  25  right.  It's pulling from all these disciplines, which is the

11:15   1   scientific method.  And it is taking my 30 years of experience

2   and basically how I know these drugs work and -- and relating

3   them here.  So, I think it is a scientific method, and it is

4   validated by the mechanism of action of these drugs.  And so --

11:15   5   and again, you're pulling from a number of disciplines.

6          THE COURT:  I really think this is an issue, ladies

7   and gentlemen -- we -- we talked about expert witnesses before.

8   Do you remember that?

9               With an expert witness or a fact witness, it's in

11:15   10   your hands.  It would be totally improper of me to keep the

11   testimony out.  But you have to decide how much weight to give

12   any witness' testimony.  And good lawyers like we have here

13   will -- will walk the witness through each aspect of their

14   opinion, and then you'll have to decide how it fits in with the

11:16   15   rest of the evidence, what -- what kind of expertise the

16   witness brought to the -- to the inquiry, whether they're

17   inconsistent opinions from other experts.

18               Does everybody understand what we're talking

19   about?

11:16   20               Okay.  Would this be a good time for a break?  Or

21   you still have more questions?

22          MR. McKINNEY:  I have one or two more.

23          THE COURT:  Okay.  All right.

24   BY MR. McKINNEY:

11:16   25   Q.  I think I'm asking a simple question, but apparently I'm

11:16  1    not because I get a long answer.  I'm going to try it one more

2    time and a little bit different -- from a little bit different

3    approach.

4              Your -- your list of ten items has nine

11:16  5    subjective components, all of which come from -- either

6    directly from the victim or, in one instance, from witnesses,

7    correct?

8    A.  Correct.

9    Q.  And is there a peer reviewed document anywhere that says

11:17  10   that the presence of a date rape drug can be scientifically and

11   reliably determined based on nine subjective self-reported --

12   or eight subjective self-reported criteria?

13             Has anyone ever said in writing -- besides you in

14   a courtroom, has anyone ever said in writing, and subject to

11:17  15   peer review, that the patient -- or the victim's own reporting

16   is a scientific -- scientifically valid and recognized basis

17   for determining whether or not a drug is in someone's system?

18   A.  And I would answer to you the same thing is, if you look --

19   the answer is yes.  When you look at --

11:18  20   Q.  Can you tell me the name of the article?

21             THE COURT:  Let him finish.

22             MR. McKINNEY:  Well, Judge, with all due respect, I'm

23   asking if there's one article out there anywhere.  He has said

24   yes.  I would really like to know the name of that article,

11:18  25   because I'm quite confident it does not exist and --

11:18  1        THE COURT:  Okay.  I don't want you testifying.  I

2  think the question has been asked and the answer has been

3  given.  And he's saying that -- that aspects of the list have

4  been subject to peer review, and other aspects have not.  But

11:18  5  have, likewise, been compiled by a -- a legitimate, trustworthy

6  scientific method.

7        I -- I mean, I -- I don't -- peer review in

8  the -- in any science is -- is -- is always going to be behind

9  what's happening at the frontiers of science.  And I -- I don't

11:18  10  know that we're benefiting anybody by continuing to go over

11  this.

12        But let me -- I'll let you finish your answer.

13        THE WITNESS:  Well, when you're saying, is anybody --

14  that the -- like I said, where have these -- these ten criteria

11:19  15  been published?  It's in the National Center for Women and

16  Policing.  It's supported by a grant.  And if you look at who's

17  on there, this is drug-facilitated sexual assault.

18        If you go to each of those ten criteria -- for

19  example, take Rohypnol or GHB.  Go to a good toxicology or

11:19  20  pharmacology book, go to -- and I didn't bring my references,

21  but there's several references that talk about all of these

22  effects -- amnesia.  It's subjective.  It's listed in that

23  information.

24        Part of what I do as a pharmacologist is take

11:19  25  information from various sources and interpret it and put it

11:19    1    forward.

         2                 So, is there peer review for aspects of this?

         3    Yes.

         4                 Is this documented anywhere?  It's in a

11:19    5    Drug-Facilitated Sexual Assault training man- --

         6                 THE COURT:  Manual.

         7                 THE WITNESS:  -- manual -- excuse me.

         8                 Thank you.

         9                 -- with these ten points.  And if you look at --

11:19   10    this includes senior attorneys, it includes attorney generals,

        11    it includes pharmacologists and toxicologists.  I think it's

        12    pretty good company that says these are good criteria.  And

        13    it's based upon basic pharmacology that's in the peer

        14    literature, as well as in textbooks.

11:20   15    BY MR. McKINNEY:

        16    Q.  I understand.

        17                 THE COURT:  Yeah, let's move on.  Let's move on.

        18                 MR. McKINNEY:  Understood, Judge.

        19    BY MR. McKINNEY:

11:20   20    Q.  How many witnesses that evening describe Ms. Jones as being

        21    essentially normal and perfectly ordinary in how she conducted

        22    herself?

        23    A.  I don't remember off the top of my head.

        24    Q.  At least four?

11:20   25    A.  Again, I just don't remember.

11:20   1   Q.  Did you see where Tyler Schmidt made that report to the

2   Department of -- of State?

3   A.  Again, I don't remember the exact names.  I know that there

4   were a couple of witnesses that did it, but I don't know the

11:20   5   exact number.

6   Q.  Greg Soriano?

7   A.  Again, don't remember the name right off the top of the

8   bat.

9   Q.  Genaro Castillo?

11:21   10   A.  I remember the name.

11   Q.  Matt Ryan?

12   A.  I remember the name, yes.

13   Q.  Do you prefer Ms. Jones' testimony over the statements to

14   the Department of State of these other witnesses?

11:21   15        MR. KELLY:  Your Honor --

16   BY MR. McKINNEY:

17   Q.  Are you doing that as a part of your analysis?

18        MR. KELLY:  Your Honor, we had a conversation

19   yesterday about the hearsay within hearsay in the reports, and

11:21   20   Mr. McKinney knows that.  He's -- he's asking these questions

21   out of desperation because he doesn't like the answer.

22        THE COURT:  No, let's not go into that.

23        MR. McKINNEY:  It's not desperation.  I'm asking

24   the -- the expert whether he's preferring one person's account

11:21   25   of the incidents over another.  That's -- I'm allowed to ask

11:21  1    that question.

2            MR. KELLY:  No, not on -- not when it's hearsay

3    within -- based on hearsay within hearsay, which the -- the

4    Court already ruled upon.

11:21  5            THE COURT:  Okay.  All right.  Wait, wait.

6            MR. McKINNEY:  He's read it, he's looked at it, and he

7    said this is the kind of information that he relies upon, which

8    are statements in reports.  It's what experts do.

9            THE COURT:  Well, but I don't think -- I don't think

11:22  10   it's a question of preferring one witness over another.  It's a

11   question of drawing from all the reports, drawing from every

12   source a -- a rounded view of what Ms. Jones' behavior was --

13   was like.  But, anyway, I'll -- I'll let -- I'll let

14   Dr. Tackett answer the question.

11:22  15           MR. McKINNEY:  I'll ask the question a different way,

16   if it helps.

17           THE COURT:  Okay.

18   BY MR. McKINNEY:

19   Q.  If you look at the statements of these other individuals

11:22  20   who I have identified -- that you have reviewed, correct?

21   A.  Correct.

22   Q.  And which you would customarily review in arriving at your

23   opinions in a case like this --

24   A.  Correct.

11:22  25   Q.  -- correct?

11:22    1                Each of those individuals describes a young woman

2    who does not appear to be under the influence of -- to be

3    noticeably under the influence of any drug except perhaps

4    mildly tipsy or ditzy, correct?

11:23    5    A.  On those witnesses, yes.

6            MR. McKINNEY:  That's all I have.  Thank you.

7            THE COURT:  Yeah, we'll take a break.  And I'll --

8    we'll have to come get you when we're done.

9                Would all rise for the jury, please?

10        *(Jury not present)*

11            THE COURT:  Okay.  All right.

12            MR. KELLY:  I may not even get any opposition on this

13    at this point, your Honor.  But the first time that he went

14    through the list of criteria he put the acid on the hinges.

11:24    15    The second time he lit the dynamite under --

16            THE COURT:  I know.  Is that the same list we were

17    talking about earlier?

18            MR. KELLY:  Yes.  He read this list.

19            THE COURT:  Just a second.  No.  I have a different

11:24    20    question.  I think Mr. McKinney's view is that's a different

21    list from the one he was talking about.

22            MR. KELLY:  I would beg the Court to look back at the

23    testimony and read what's on this list, because it is certainly

24    paraphrased but the identical list that he just read from.

11:24    25            MR. McKINNEY:  Your list is paraphrased.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:24   1          I need to ask this witness a couple of questions

2     outside the presence of the jury, your Honor.

3              I'm sorry.  I have to make a Daubert record here.

4     This witness' testimony does not pass Daubert muster under --

11:24   5     by any stretch of the imagination.  I need to ask --

6          THE COURT:  I really disagree with you on that.  I

7     mean, he has talked about pharmacological issues, he has long

8     history in pharmacology and I think he has pretty well steered

9     clear of questions that are not pharmacological.

11:25   10          MR. McKINNEY:  If I may propound a question or to two

11    to the witness outside the jury's presence, I would like to

12    make my record.

13          THE COURT:  To what point?  What are the questions?

14          MR. McKINNEY:  I want to establish that this

11:25   15    investigative manual that he has referred to repeatedly in a

16    self-bolstering manner is not a learned treatise recognized in

17    the scientific community of pharmacology and toxicology.

18          MR. KELLY:  Your Honor --

19          THE COURT:  I think he's essentially answered that

11:25   20    question.  I'm not going to allow that.

21          MR. McKINNEY:  Well, Judge, we don't know what the

22    answer is.  It's not a recog- -- it can't be a recognized

23    treatise.  A, it's not published; B, it's not peer reviewed.

24          THE COURT:  He never claimed it's peer reviewed.

11:25   25          MR. McKINNEY:  And I wish to establish that for the

1    record because it may become important on appeal.

2    MR. KELLY:  Yes, your Honor, if I may on that very

3    issue, although I disagree with the original ruling, the Court

4    disallowed my going into those ten criteria from that document.

5    Mr. McKinney asked the -- went through those ten criteria three

6    different times.  He opened the door, he got what he asked for,

7    and now he wants to undo it.  He asked for this, Judge.  He

8    asked for it after having beaten me in the motion to keep it

9    out.

10    THE COURT:  My question is at our bench conference it

11    was suggested that the list that had been previously tendered

12    by Dr. Tackett was inconsistent with the list that was being

13    tendered in this court.

14    MR. KELLY:  And it was not, your Honor.  In fact, I

15    have the list in front of me and the Court has the list --

16    MR. McKINNEY:  Excuse me --

17    THE COURT:  Let him finish.  I'll come to you next,

18    Mr. McKinney.

19    MR. McKINNEY:  Yes, sir.

20    MR. KELLY:  The Court has the list --

21    THE COURT:  Yeah, I do.

22    MR. KELLY:  And if you would like, your Honor, I will

23    read --

24    THE COURT:  No, I don't.  I would not like that.

25    Okay, Mr. McKinney.  Your response?

11:26  1          MR. McKINNEY:  What I asked the witness after showing

2     him his report is whether the criteria, as identified in his

3     report, were the criteria that he uses for determining whether

4     or not there was a drug present in an alleged victim.  And he

11:27  5     told me that those are the criteria he uses for determining

6     whether or not a drug is present.

7               The demonstrative aid that you have there leaves

8     out important components of what appears in the report.  It

9     recasts those components in an adversarial fashion.  For

11:27 10     example, it states that there is physical evidence of

11     intercourse or whatever, that's beyond the doctor's expertise.

12               And it's captioned not as the criteria for

13     determining the existence of a drug in a victim but rather

14     whether there was a drug facilitated sexual assault.  And the

11:28 15     two are entirely different.  This witness is only qualified to

16     opine on whether or not a drug was present.

17          THE COURT:  Well, what it says is -- it doesn't say --

18     it says, "sexual/vaginal soreness and signs of sexual activity

19     without memory."  And that's taken from other reports.  He

11:28 20     didn't offer himself as an expert on whether sexual assault had

21     taken place.

22               Let me have a word with my colleagues.

23          MR. KELLY:  Your Honor, if I may before you do, I'm

24     happy to hand the Court, so it doesn't have to all be

11:28 25     transcribed, a copy of the report so that you can compare and

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:28    1    see if that in fact is a fair summary that you're holding in

         2    your hand.

         3            MS. VORPAHL:  I don't care if you ask him about his

         4    report.

11:28    5            THE COURT:  That is Dr. Tackett's report?

         6            MR. KELLY:  This is the ten items from Dr. Tackett's

         7    report I have the Court can compare.

         8            MS. CATES:  Your Honor, can I say just one thing?  I

         9    do think it misrepresents the ten factors in part because the

11:29   10    factors make it clear that it's the victim's report; and that

        11    does not say that.

        12            MR. KELLY:  Your Honor, Dr. Tackett reviewed the

        13    document in your hand and it is his testimony that that is an

        14    accurate representation of his testimony.  But I am happy to

11:29   15    provide the Court --

        16            THE COURT:  Give it to Mrs. Loewe.

        17            MR. KELLY:  -- so you don't have to make a guess.

        18            THE COURT:  Give it to Mrs. Loewe.

        19        *(Discussion off the record)*

11:33   20            THE COURT:  This list, I think it has to come in now.

        21    It -- I was prepared to allow your asking questions about it,

        22    but it wasn't just you asked questions.  You put it on the

        23    board and then you tried to put it in answers really different

        24    from what were -- what is on here.

11:33   25            MR. McKINNEY:  Judge, I have no objection to him using

11:33   1   the criteria directly out of his letter, in his report.  Those
         2   are not the criteria that are within his report.  And the
         3   caption at the top is definitely not what the witness testified
         4   to nor is it what the Court ruled the witness was permitted to
11:33   5   testify to.
         6            What I specifically established with this witness
         7   is that the criteria in his letter are the criteria for
         8   determining the presence of a drug in a person at a particular
         9   time, which is the area of testimony you said this witness can
11:34  10   address.
        11            THE COURT:  Dr. Tackett, the title here "Ten Criteria
        12   for Drug-Facilitated Sexual Assault," is that one that and on
        13   professional level you're comfortable with 1or is that
        14   misleading.
11:34  15            THE WITNESS:  That's fine with me.  The bottom line is
        16   that -- you know, when you look at it, this is all -- it's as
        17   you said, Judge, is that this comes from a number of sources.
        18   And, so, these are things are consistent with drug facilitated
        19   rape.  And, so, the ten criteria doesn't mean that they have to
11:34  20   have all ten met.  It's just ten criteria that are there.  And
        21   that's the number, and I'm comfortable with that.
        22            THE COURT:  I'm going to allow it, and let's move on
        23   to something else.
        24            Does anybody have anything else while the jury
11:34  25   out?

MR. KELLY:  Just because I don't want to step on anything, because you allowed it, your Honor, we have a PowerPoint presentation with the exact same verbiage.  It's just being presented in a slightly different way, is how I would like to present it to it jury.

MR. McKINNEY:  I would like to see the Power Point.

MR. KELLY:  I thought we did already.

THE COURT:  Well, you guys look at the PowerPoint.  I'm going to turn to my 11:30 hearing.

*(Recess was taken from 11:34 a.m. to 11:56 a.m.)*

*(Jury present)*

THE COURT:  Ladies and gentlemen, please be seated.

Okay.  Your inquiry.

**CROSS-EXAMINATION**

BY MS. CATES:

Q.  Hi, Dr. Tackett.

A.  How are you?

Q.  I'm good.  I'm Susan Cates, and I represent KBR.  We met at your deposition, actually.

A.  Yes.

Q.  I have a few follow-up questions for you.

A.  Okay.

MS. CATES:  If you'll pull up Joint 105.

THE WITNESS:  Okay.  You'll have to -- oh, you're talking to them, sorry.

11:56   1   BY MS. CATES:

2   Q.   Oh, yeah.   It will be on your screen.

3        MS. CATES:   Will you go to the third page?

4   BY MS. CATES:

11:56   5   Q.   Have you seen the documents from the army hospital in Iraq?

6   A.   Are you talking about -- I mean, I've seen this that you're

7   talking about here, yes.

8   Q.   And at the top it says "Jamie Jones"?

9   A.   Correct.

11:56   10  Q.   And the doctor is Dr. Schulz?

11  A.   Correct.

12  Q.   And that's the doctor that did Jamie's rape kit

13  examination, correct?

14  A.   Yes, ma'am.

11:56   15  Q.   And what is the date listed?

16  A.   That's July 28th, '05.

17  Q.   And these are the results from the army hospital.   If

18  you'll look down a little at the drug urine test --

19       MS. CATES:   If you could highlight that?

11:57   20  BY MS. CATES:

21  Q.   The urine drug screen results are all negative?

22  A.   Correct.

23  Q.   And this would demonstrate that the results were -- or the

24  test was run on July 28th?

11:57   25  A.   Well, this is the date that the -- I mean, the test could

11:57   1   have been run -- this doesn't exclude if the test was run on

2   the 27th, let's put it that way.  This is the date of the 28th,

3   and it's reporting those results, but that doesn't necessarily

4   mean the tests were run on that date.

11:57   5   Q.  But it is a document that shows that -- it does say the

6   28th?

7   A.  Says the 28th.  And it says some results that reported on

8   the 28th.

9   Q.  Well, I don't think it says that they were actually

11:57   10   reported on the 28th.

11   A.  Well, it's got the date of the document on the 28th, and

12   that's when it was filled out.

13   Q.  And it could have been the date that the evidence was

14   collected.

11:58   15   A.  That's a possibility.

16   Q.  It is possible.

17           So, if the jury decides to rely on the lab

18   reports in this case, from the army hospital, they will

19   disagree with your report, correct?

11:58   20   A.  In what way?

21   Q.  You've said that the lab results don't prove that she

22   wasn't drugged.  And if the jury disagrees with that and relies

23   on those lab reports that are negative, then they will disagree

24   with your conclusion.

11:58   25   A.  Not necessarily.  The point is, first of all, look at this

11:58  1    group that you've got on here.  There's a urine drug screen and

2    there's -- nowhere does it list, that I see, the Rohypnol test.

3    Q.  You testified that Rohypnol was a -- I'm going to mess up

4    this word.

11:58  5    A.  Benzodiazepine.

6    Q.  Yes.

7    A.  It's not included in the benzodiazepine screen.  If it was,

8    if you go to the -- if you want to put up the other document

9    that has the test, you will notice they have benzodiazepine

11:58  10   listed up, and it says, "None detected."  But then they run a

11   separate screen for the flunitrazepam, which is Rohypnol.

12          MS. CATES:  Let's go ahead and pull up that exhibit.

13   It's B73.

14   BY MS. CATES:

11:59  15   Q.  So, on the second page is --

16   A.  Look at the second column there.

17   Q.  Right.  The benzo- -- that one.

18   A.  The benzodiaze- --

19   Q.  Thank you.

11:59  20          And that was negative?

21   A.  Correct.

22   Q.  And the cocaine is negative, the opiates are negative?

23   A.  Correct.

24   Q.  THC is negative?

11:59  25   A.  Correct.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:59   1    Q.   Methadone was negative?

2    A.   Correct.

3    Q.   Amphetamines was negative?

4    A.   Correct.

11:59   5    Q.   Barb was negative?

6    A.   Barbiturates.

7    Q.   Thank you.

8                 And on the next page, methamphetamine was

9    negative, correct?

11:59   10   A.   Correct.

11   Q.   And then flunitra- -- I can't --

12   A.   Flunitrazepam.

13   Q.   Thank you.

14                -- was negative?

11:59   15   A.   Right.  And, so, on the test -- on the first figure you

16   showed me, if we could go back to that document --

17   Q.   Well, I want to look at this document.

18   A.   Okay.

19   Q.   The flunitrazepam, that's the Rohypnol, correct?

12:00   20   A.   Correct.

21   Q.   And it shows it's negative?

22   A.   Right.

23   Q.   And if the jury decides that this report was taken -- that

24   the sample was taken and tested on the 28th or after, then

12:00   25   they're going to disagree with your conclusions in this case.

12:00 1   A.  But remember -- well, if the jury decides that there's no,

2   they would disagree with my conclusions.

3           But remember, there's two issues here.  One, not

4   all date rape drugs are tested.  GHB wasn't tested.  And they

12:00 5   even didn't test alcohol.  And two is, remember that the

6   flunitrazepam, that's a urine test.

7           And, so, we know that Ms. Jones urinated prior.

8   So, that could be below the level of detection.  So, it's not

9   an uncommon thing in date rape cases that what may actually

12:00 10   happen is you may get a negative result.

11           And the question is also, this is a screen, it's

12   not an HPLT -- or excuse me -- a GC test, which is more

13   sensitive.  So, it could be that she's below the level.  The

14   test says it's a negative screen.

12:01 15   Q.  Doesn't that contradict your testimony from this morning

16   that it would test positive for up to 24 hours?

17   A.  I said "in some people."  When you say "up to 24 hours," I

18   didn't say absolutely up to 24 hours.  Depends on her

19   metabolism, depends on the dose that she got, depends on --

12:01 20           THE COURT:  Twenty-four hours is the maximum, then;

21   not a minimum?

22           THE WITNESS:  Rohypnol can go 24 to 72 hours.

23           THE COURT:  Okay.

24           THE WITNESS:  So, yes, that's a maximum.  That's a

12:01 25   good way to put it.

12:01    1           So, the point becomes is that the urine test --

         2    and notice it says, again, collected on July 27th.  That test

         3    basically says non-detected.  But again, that's assuming that

         4    she did get Rohypnol and didn't get another drug.  And it's --

12:01    5    also, we don't have a number of other variables which could

         6    occur.

         7    BY MS. CATES:

         8    Q.  If you'll try and just answer my question, because you got

         9    way off topic.

12:01   10           THE COURT:  Now, we don't need these comments about

        11    whether somebody is or isn't responsive.  He has taken an oath

        12    to tell the whole truth, and that's -- I personally thought his

        13    answer was responsive.

        14           MS. CATES:  I'm sorry, your Honor.

12:02   15    BY MS. CATES:

        16    Q.  Then I may have misunderstood.  So, if I could get a clear

        17    answer to my question, which may not be great; but is it that

        18    Rohypnol would be detected generally 24 to 72 hours?  Is that

        19    what you said?

12:02   20    A.  Up to.

        21    Q.  Up to 72 hours?

        22    A.  Correct.

        23    Q.  And these tests were done within 24 hours?

        24    A.  Correct.

12:02   25    Q.  Thank you so much.

12:02  1          If the jury decides not to accept Jones'
2    subjective story that you were told through her attorneys, that
3    she had two sips of a drink and then remembers nothing until
4    the next day, they will also reject your opinion.  Is that
12:02  5    correct?
6    A.   I think you're asking me to make an opinion for these
7    jurors and what they're going to do.  I think that it's up to
8    them to decide the evidence.  I mean, I've given my opinions
9    and the basis of my opinions, and the point becomes is that I
12:02  10   would assume in making this -- making their decision it would
11   encompass my testimony as well as all the other witnesses.
12          So, for you to ask me if they reject my opinion
13   or accept my opinion, I think, again, you're taking and saying
14   just my testimony.  This case involves a lot of testimony.  And
12:03  15   I think this jury is going to be responsible for looking at all
16   the evidence, not just my information.
17   Q.   I definitely agree that the jury will be looking at all the
18   evidence.  But key to your opinions and testimony today is
19   Jones' subjective story that she had two sips of a drink and
12:03  20   doesn't remember anything else.  Is that true?
21   A.   Correct.
22   Q.   Thank you.
23          THE COURT:  Okay.  Redirect?
24          MR. KELLY:  Yes, your Honor.
25                 ///

**REDIRECT EXAMINATION**

BY MR. KELLY:

Q.  I know you're getting tired of looking at Bortz 72, Doctor;
but I'm going to put it up one more time, if we may.

          The 27th of July at 9:00 o'clock is mentioned
more than once, isn't it?

A.  Yes, sir.

Q.  What does that tell you?

A.  Well, I mean, every drug screen -- these drug screens are
done -- specifically they can be individually or they can be
done as a panel.  But on each one of them it says that the drug
screen was collected at 9:00 o'clock on July 27th.

Q.  And again, GHB was not tested for?

A.  Correct.

Q.  So, the jury could actually believe that this was just a
medical error and that there was no Rohypnol and that Jamie
Jones was drugged with a date rape drug, couldn't they?

A.  It's possible.

Q.  Doctor, you mentioned that -- earlier in your
cross-examination, that sometimes these -- these date rape
drugs can have effects similar to Ambien.  Is that right?

A.  Correct.

Q.  And I think you talked about peer reviews with respect to
Ambien and amnesia?

A.  Correct.

12:04  1    Q.  Can you tell the jury what you meant by that?

2    A.  Ambien -- as I mentioned earlier this morning, the main

3    thing is, is Ambien is a sleep type drug.  Rohypnol is used for

4    sleep.  And back in, I think it was 2007, there was a lot of

12:05  5    information that came out.  The FDA put a warning out that

6    people may be subject to sleep driving, actually sleep sex,

7    sleep texting, sleep phoning, where that they don't know what's

8    going on.

9           And, for example, we would find individuals --

12:05 10    I'm going to tell this story.  My wife is going to get mad.

11    But she takes Ambien and has sleep eating.  And she gets up in

12    the middle of the night; and she will eat an entire bowel of

13    pudding and not know about it, wake up the next morning and she

14    doesn't remember anything about it.  That's sort of what this

12:05 15    is.

16           And, so, it is peer reviewed with regard to the

17    standpoint that the FDA came out and put information out that

18    said this is a potential side effect of these type of drugs.

19           And the FDA would not put a warning out on

12:05 20    Rohypnol because the FDA does not approve Rohypnol.  Nor did

21    the FDA approve GHB in the format, and it wasn't approved at

22    that particular time.

23    Q.  Doctor, the chart next to you that there was some fun had

24    over, I guess, as it was being created, you were discussing ten

12:06 25    criteria that you use.  And I guess the first question I have

12:06  1   for you is what are those ten criteria for.

2   A.  This is -- in looking at what these drugs can do and trying

3   to decide -- I mean, for different drugs we may say what are

4   we -- how would we know if this person is under the influence

12:06  5   of this drug or did this drug produce an effect.

6          And these ten criteria look at things that have

7   been observed with drug-facilitated sexual assault.  And, so,

8   what these criteria are, are things that would be consistent

9   with drug-facilitated sexual assault.

12:06  10  Q.  And, Doctor, rather than my writing or any lawyer writing,

11  have you assisted with creating your own chart of these

12  documents and how they relate to this case?

13  A.  Yes, sir.  In fact, what I gave you was, I took the ten

14  criteria that we read through here and they're paraphrased

12:07  15  basically just to fit on a PowerPoint slide.

16  Q.  Okay.  So, I want to talk about the first one up there,

17  which is, "The victim reports being drugged."

18          And in this case, is that one present in Jamie's

19  case?

12:07  20  A.  Yes.

21  Q.  Now, that's been identified as a subjective finding.  In

22  addition, to Ms. Jones herself stating that, have you seen that

23  anywhere else, in any medical records, anything like that, that

24  you reviewed?

12:07  25  A.  I mean, it was in the initial medical records, I think,

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

12:07  1   that Dr. Schulz had, in which she took the history.

2            I go to Mr. Bortz' testimony.  He said that she

3   was -- I forget the exact term -- but "potentially impaired," I

4   believe was the term he used.  And, so, that would corroborate

12:07  5   with what she said.

6   Q.  You also mentioned that, with respect to the positive

7   toxicological test, that there was not one; but you had some

8   explanation?

9   A.  The point is, is with a positive toxicology test, it has --

12:08  10   it's "none detected," which means it's below the level of

11   detection.  And with a toxicol- -- just like with all of these

12   drugs, when you have these toxicology tests, the point

13   becomes -- is you have to look at the overall nature of the

14   test.

12:08  15            This was a screen.  There's a question of whether

16   the screen -- you know, whether the test actually occurred or

17   is collected on the 27th, if you believe the medical records

18   verbatim is what they are.  If you decide not to believe it, it

19   was just a medical error, then there's an error in the chart.

12:08  20   But it's a urine test.  It doesn't test for all the date rape

21   drugs.

22            The FBI report said that they prefer both blood

23   and urine.  That always gives us a two-tier test.  The other

24   thing is, is that GHB and ethanol was not tested for.  Those

12:08  25   are usually out of the system pretty quick, but you can

12:08   1   sometimes pick those up on blood and urine.

2           So, but when I say "bad testing," the issue is

3   that there was some holes in this testing.  The other thing is

4   that Ms. Jones, we know, went to the bathroom at least once

12:09   5   before giving the drug test.  So, if her bladder was full and

6   basically she emptied half of it, that would empty half of the

7   drug that was there.  If she emptied her bladder completely,

8   then there may just be a small residual, because the drug -- I

9   mean, your bladder is basically a reservoir.  And as the drug

12:09   10   is being metabolized, as it gets out of your system, it goes to

11   your bladder, which is holding tank.  And basically, if you

12   empty half the holding tank, you got half the drug.  If you

13   empty all of the holding tank, then the majority of the drug

14   may be where you're below the level.

12:09   15           As I said earlier this morning, one of the common

16   ways of beating drug tests is you drink a lot of water and go

17   to the bathroom a lot so that you get it out of your system.

18           The other issue that comes into play here is we

19   don't know -- during the evening, we don't have any idea how

12:09   20   many times she may have gone to the bathroom, if she did or if

21   she didn't.  So, we know one time, which was in the morning

22   before that.  And, so, there's some problems with just taking

23   that test and saying "none detected," and just throwing it out

24   the window and saying, "Well, it wasn't a drug-facilitated

12:10   25   assault."

12:10   1   Q.  Isn't that one of the -- if I'm a bad guy, isn't that one

2   of the reasons I want to use a drug facilitation -- excuse

3   me -- a rape facilitation drug, anyway, is because it leaves

4   the body quickly?

12:10   5   A.  Well, there's two reasons.  One is basically it usually

6   gets out of the system pretty quickly.  And secondly is its

7   effects which tend to make drug-facilitated rape possible.

8   Q.  Those effects being, I think you talked about earlier, the

9   increased libido, the lack of memory, those things.  Is that

12:10   10   right?

11   A.  Yeah, the amnesia.  You know, and not everybody has an

12   increased libido.  It has in some people.  But it can be a

13   sedative.  So, it just depends on the drug combination,

14   everything that she has.

12:10   15   Q.  Let's go on to the third one, Doctor, "Drinking too little

16   to account for the intoxication level."  I think you and

17   Mr. McKinney had a little wrestling match over that one.  But

18   your answer is?

19   A.  Basically, she talked about taking two sips and doesn't

12:11   20   remember anything.  In reading the investigative report, the

21   different depositions and so forth, you know, the thing is, is

22   that I looked at and she could have had around two to three

23   drinks.  It's not clear if she drank a lot -- you know, drank a

24   full drink versus having a couple of sips.  And, you know, what

12:11   25   was indicated just before we broke was, you know, that she had

1   a couple of sips and then she doesn't remember anything else.

2   That, to me, is drinking too little to account for

3   intoxication.

4   Q.  And then you also, I think, had a little wrestling match

5   over the next one, "The victim felt strange or suddenly drunk."

6   And I want to give you an opportunity to explain your answer on

7   that one, Doctor.

8   A.  Again, when I say I don't anticipate somebody having a

9   drink and doesn't remember anything afterwards as being normal;

10  so, that, to me, is strange, would classify as being strange or

11  suddenly drunk.  That is a sign of intoxication, when you don't

12  have that period there.

13  Q.  And what about, "The victim being heavily intoxicated

14  rapidly"?

15  A.  That goes with the same thing I just said, is she had a

16  couple of sips of that drink.  That drink was mixed by someone

17  else and given to her, and she doesn't remember anything after

18  that.

19  Q.  Now, I want to talk about the next one a little bit,

20  Doctor.  You said that -- vaginal soreness and signs of sexual

21  activity, I think that that one was written up as subjective

22  when Mr. McKinney was asking you questions.  But there's

23  actually an objective component to that, as well, is there not?

24  A.  Well, without memory, it's a subjective point.  You know,

25  an important thing to remember is, from a scientist's

12:12  1   standpoint, I would love to have all objective values: blood

2   pressures, weights.  Those are numbers that we can -- you know,

3   they're pretty there.

4               But if you think of all the diseases that we rely

12:12  5   on in diagnosing as subjective, you know, we were talking about

6   antidepressants, depression is -- anxiety, these type of things

7   are largely dependent on diagnosing by subjective.  So, the

8   subjective aspect is without the memory.  The vaginal soreness,

9   signs of sexual activity, those are documented in the -- in

12:13  10  Dr. Schulz' report.

11              MR. KELLY:  Your Honor, may I approach?

12              THE COURT:  You may.

13  BY MR. KELLY:

14  Q.  Doctor, is this the report that you're talking about?

12:13  15  A.  Turn it this way just a little.

16              Yes.

17  Q.  What do you see that is an objective finding of sexual

18  activity here?

19  A.  Well, "very erythematous" is basically redness.  So,

12:13  20  that --

21              MS. CATES:  Objection, your Honor.  May we approach?

22              THE COURT:  Well, I think I know what you're going to

23  say.  We can't really have testimony by this witness as to

24  OB-GYN kind of testimony.  So --

12:13  25  BY MR. KELLY:

12:13    1    Q.  Well, let me ask you this, Doctor.  In reviewing

         2    Dr. Schulz' testimony, was it clear that at least some sort of

         3    sexual activity had occurred?

         4    A.  Yes.

12:14    5    Q.  Did you review any investigative documents that would

         6    indicate that sexual activity had occurred?

         7    A.  Yes.

         8            MS. CATES:  Objection, your Honor.  I think he's

         9    misconstruing facts.  I don't think he's qualified to be an

12:14   10    expert here about whether sexual activity occurred.

        11            THE COURT:  Well, what he said, I think, is that he

        12    took Dr. Scott's report and made that one of his assumptions.

        13            Does everybody understand that?  He's not

        14    offering any new evidence as to whether sex went on or not.

12:14   15    He's just saying he based his report on what the OB-GYN said in

        16    her report.  Everybody got that?

        17            Okay.

        18    BY MR. KELLY:

        19    Q.  Did you review FBI documents that would confirm that sexual

12:14   20    activity occurred?

        21    A.  Yes, sir.

        22    Q.  What did you review?

        23    A.  There was samples that -- or a discussion of presence of

        24    semen in various places.

12:14   25    Q.  What places did you recall seeing that?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

12:14  1    A.  I remember, I think, on the bed sheets, on her panties.  I

2    thought there was one other place, but I can't remember.  But

3    there was semen that was present in two or three places.

4    Q.  Vaginal swabs maybe?

12:15  5    A.  That may have been it, yes.

6    Q.  So, that would be the objective component of Number 6?

7    A.  Correct.

8    Q.  Okay.  Now, being told she got a date rape drug -- before

9    we answer this one -- before we answer this, explain why that's

12:15  10   important.  Why is it important to know -- or to evaluate

11   whether or not someone was told they got a date rape drug?

12   A.  The thing about it is that what I looked at with this is

13   that was there the knowledge or was there the presence in that

14   particular area of drugs that may be date rape drugs.  And, so,

12:15  15   just being the fact that these were mentioned tells me that in

16   that particular environment that people were aware of these

17   date rape drugs.

18   Q.  So, in this case, we didn't exactly get the comment that

19   she got it, but the import we still got?

12:16  20   A.  That there was date rape drugs.  I mean, if a person said

21   "Well, you were given a date rape drug," then obviously there's

22   good evidence that they were given it.

23          But the fact that they were mentioned,

24   basically -- and I think there was a description that someone

12:16  25   said he didn't put them in a drink and they were -- so,

12:16   1    therefore, they were familiar with the -- to me, it said

2    they're familiar with the effect that the drug might have.

3    Q.  What about Number 8, "Witnesses told her she was drunk"?  I

4    think you indicated the answer to that one was "no"?

12:16   5    A.  Correct.  Except -- yeah, that's true.  There was -- she

6    was not told that she was drunk.

7             You know, there was a discussion about that she

8    may have been tipsy.  But also -- and there were some people

9    that said that she seemed normal.  But the point is, is that

12:16  10    there's a question of was there anybody with her during that

11    period of when she had the amnesiatic effect, that would be

12    able to tell her.  And then we do have, as I mentioned,

13    other -- Mr. Bortz' statement, said she was possibly or

14    potentially intoxicated.

12:17  15    Q.  And Number 9 is, "Victim reports amnesia."  And I think you

16    answered "yes" --

17    A.  Yes.

18    Q.  -- before?

19             And that one, of course, is a subjective finding?

12:17  20    A.  Correct.

21    Q.  We agree with that.

22             And who else could possibly tell you that there's

23    amnesia?

24    A.  It's like asking somebody if you're sad.  I mean, you're

12:17  25    the person that determines if you're sad.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

12:17   1          We have no quantitative way of assessing whether
        2    somebody has amnesia.
        3    Q.  And then there's a -- last one is, "Cameo appearances and
        4    flashbacks."  And you said she did have those?
12:17   5    A.  Correct.
        6    Q.  Okay.  So, does the exhibit on the board fairly and
        7    accurately represent your findings with respect to whether or
        8    not Ms. Jones was given a rape-facilitation drug?
        9    A.  Yes, sir, it does.
12:17  10    Q.  And I have another format of that, that I would like to
       11    show you.
       12               MR. KELLY:  Your Honor, may I approach?
       13               THE COURT:  Yes, sir.
       14               MR. KELLY:  I would like to mark that as the next
12:18  15    plaintiffs' exhibit in line.  It's the one I showed you --
       16               MS. CATES:  May I see it?
       17               MR. KELLY:  Yes.  It's the one I showed you earlier.
       18               MS. CATES:  I didn't get to see it.
       19               MR. KELLY:  I'll show it to you.
12:18  20          I think that's my only copy, Doctor; so, I need
       21    to show it to opposing counsel first.
       22               MS. CATES:  Your Honor, we're going to object to this
       23    exhibit.
       24               THE COURT:  Let's approach.
12:19  25          *(At sidebar with all counsel)*

12:19  1      MR. McKINNEY:  I don't know if it's been marked.  I

2  don't know what the number is, but --

3      THE COURT:  This is the same thing I ruled on, isn't

4  it?

12:19  5      MR. McKINNEY:  Yes, you did, your Honor.

6          It's a summary.  It was a demonstrative aid.

7  That's how you ruled on it.  We're not allowed to summarize a

8  witness' testimony and mark it as an exhibit and send it back

9  to the jury.

12:19  10      MS. CATES:  It's the same as expert --

11      MR. KELLY:  That's fine.  I'll just show it to him.

12      THE COURT:  Okay.

13      MR. KELLY:  I'll just show it to him.  I don't need to

14  mark it.

12:19  15    (In open court)

16  BY MR. KELLY:

17  Q.  Doctor, is what I just put on the easel a more fair and

18  accurate representation of your opinion with respect to whether

19  or not Ms. Jones was given a rape-facilitation drug?

12:19  20  A.  Yes, sir.

21  Q.  What is your opinion as to whether or not Ms. Jones was

22  begin a rape-facilitation drug?

23      MS. CATES:  Objection, your Honor.  It's covered by

24  the Daubert motion.

12:20  25      MR. KELLY:  No.

12:20   1          THE COURT:  Well, what -- I mean, 704 provides that

2    testimony in the form of opinion is not objectionable simply

3    because it embraces an ultimate issue.  He's entitled to

4    testify about what, from his expertise, he can say about --

12:20   5          MS. CATES:  I thought -- I'm sorry.

6          THE COURT:  Go ahead.

7          MS. CATES:  I thought that was in violation of your

8    Court's order that we discussed this morning.

9          MR. KELLY:  I think if took the next step it may be,

12:20   10   your Honor; but I don't think this step violates the Court's

11   order.

12         THE COURT:  Just a second.

13            I'm going to allow it.  I'm going to allow it.

14   BY MR. KELLY:

12:21   15   Q.  Do you have an opinion as to whether Ms. Jones was given

16   the rape-facilitation drug?

17   A.  In my opinion, all of these things are very consistent with

18   that she was given a drug to facilitate the assault.

19   Q.  And is your opinion offered here to a reasonable scientific

12:21   20   probability?

21   A.  Yes.

22         MR. KELLY:  I pass the witness.

23                    **RECROSS-EXAMINATION**

24   BY MR. McKINNEY:

12:21   25   Q.  I will not be long at all.  Hopefully, I won't be long at

12:21  1  all.

2  A.  Qualifying it.

3  Q.  Try to get some short answers if we can.

4  Are you aware of Ms. Jones going to the doctor

12:21  5  the day before she saw Dr. Schulz?

6  COURT SECURITY OFFICER:  Your Honor, excuse me.  His

7  microphone is not on.

8  THE COURT:  That's my fault.

9  MR. McKINNEY:  I will repeat the question.

12:22  10  BY MR. McKINNEY:

11  Q.  Are you aware of Ms. Jones going to the doctor the day

12  before she saw are Dr. Schulz?

13  A.  No.

14  Q.  You talked about Ambien in response to some of Mr. Kelly's

12:22  15  questions.  What does Ambien have to do with this case?  Did

16  Ms. Jones take Ambien?  Is that one of your theories?

17  A.  No, sir.  But it comes into using the pharmacological

18  method in which you take -- when you have information of

19  structurally similar drugs or drugs that may act through the

12:22  20  same mechanism, there are inferences made as to the mechanism

21  of action and the side effects.  That's a very common thing

22  that's done in clinical medicine, pharmacology, and toxicology.

23  So, the fact is, is that by looking at drugs that

24  have similar actions and working on similar receptors, things

12:22  25  that occur with those can apply to the drugs that we're just

12:22   1   learning new information about.

2   Q.  Well, in order to apply the Ambien lesson to whatever drug

3   you believe Ms. Jones took, you would have to know what that

4   drug was first, wouldn't you?

12:23   5   A.  When you look at the general classes -- again, I can't tell

6   you which drug she took.  But if you look at Ambien, Ambien

7   acts on a GABA receptor.  That is the same receptor that

8   Rohypnol acts on.  GABA -- excuse me -- gamma-hydroxybutyrate,

9   or GHB, acts through the receptor.

12:23   10           Many of the drug-facilitated -- excuse me -- the

11   drugs used for date rape all act through that receptor.  So, it

12   would pharmacologically be rational to assume that those

13   actions, by going through the same receptor mechanisms, could

14   produce similar actions.

12:23   15   Q.  I think you said that because Ambien impacts on the same

16   part of the brain as these other drugs that therefor you can

17   translate a study on Ambien to all of these other drugs

18   possibly.  Is that what you said?

19   A.  I actually said "receptor."  You said "part of the brain."

12:24   20   But I would include part of the brain as well as the receptors.

21           The ability to do that is referred to as

22   "structure activity relationship."  And we use that to design

23   new drugs.

24   Q.  I'm just trying to find out if you are saying that Ambien

12:24   25   has the same effect on the brain as Rohypnol or GHB.

12:24  1   A.  Ambien can have similar -- in fact, if you look at the

2   effects of Ambien -- first of all, Rohypnol is used as a sleep

3   agent, and Ambien is used as a sleep agent.  So -- and the way

4   they're doing that is acting through the GABA receptor.  So,

12:24  5   there are similarities.  There are some differences in the

6   drugs as far as pharmacokinetics and the exact mechanism, but

7   there are similarities.

8   Q.  So, is Ambien a date rape drug?

9   A.  Ambien has been used as a date rape drug but not to the --

12:24  10  and I mentioned that very early on this morning.

11  Q.  Is there any evidence that Ms. Jones was given Ambien that

12  evening?

13  A.  No.

14  Q.  And finally, you said that my client stated that possibly

12:25  15  Ms. Jones was intoxicated.  The totality of his statement to

16  the State Department was she might possibly have been

17  intoxicated but appeared to be in full control of her

18  faculties.  Fair statement?

19  A.  Let me look real quick.  I think I have that statement

12:25  20  here.

21          I'm looking at -- this is the FBI report.  It's

22  Bates Number Jones 00157.  And what I was referring to is, "In

23  response to a direct question, Bortz stated that Jones did not

24  exhibit behaviors which would indicate a loss of her faculties,

12:25  25  that she was impaired in her ability to walk or slurring in

12:25  1   speech.  However, Bortz" --

2              THE COURT:  Slow down just a little bit.

3              THE WITNESS:  I'm sorry.

4              THE COURT:  "However"?

12:25  5              THE WITNESS:  I'm sorry.

6   A.  "However, Bortz admitted that it was 'entirely possible'

7   that Jones was intoxicated at the time."

8              That was what I was referring to at the time.

9   BY MR. McKINNEY:

12:26  10  Q.  All right.  But the point is that in toto -- or the

11  totality of his statement at the time was that she appeared

12  fine but it was possible -- or entirely possible that she was

13  intoxicated, correct?

14  A.  That's what it said, yes.

12:26  15  Q.  All right.  And nobody else even stated it was possible

16  that she was intoxicated?

17  A.  No, sir, not that I'm aware of.

18  Q.  All right.  Thank you.

19             THE COURT:  Anything further?

12:26  20             MR. KELLY:  I have one question, your Honor.

21                **FURTHER REDIRECT EXAMINATION**

22  BY MR. KELLY:

23  Q.  Is a comment about feeling like you have been "food

24  poisoned or something" consistent with coming out of an episode

12:26  25  of having been drugged with a rape-facilitation drug?

12:26    1    A.  Yes, sir.  Nausea is a very common side effect of those

         2    drugs.

         3                MR. KELLY:  I pass the witness.

         4                THE COURT:  You may step down, Doctor.  Thank you very

12:27    5    much.

         6                THE WITNESS:  Thank you, Judge.

         7                THE COURT:  Safe travels.

         8                THE WITNESS:  Appreciate it.

         9                THE COURT:  All right.  Let's try to get one more

12:27   10    witness in if we can.

        11                MR. ESTEFAN:  Your Honor, we have an issue about that.

        12    We do have Dr. Lahiri next.  And, so, we struggled about

        13    whether to finish Mr. Arroyo's deposition that we tried to do

        14    by video yesterday before putting her on; but we think she'll

12:27   15    take the balance of the afternoon after the lunch break

        16    perhaps.

        17                THE COURT:  Can we do the rest of Mr. Arroyo's?

        18                MR. ESTEFAN:  If the Court wishes to, certainly.

        19    We're ready.

12:27   20                MR. HEDGES:  We're just very anxious to make sure we

        21    get to Dr. Lahiri.

        22                THE COURT:  Well, I'm all for that.  I've got another

        23    scheduling issue.  The criminal case that I thought was this

        24    morning is at 1:30.  So, I thought if we could break for lunch

12:27   25    like 1:15 or so I could deal with the criminal matter while

12:27  1   you-all are eating and -- something like that.

2   MR. HEDGES:  I think that might get pretty much all

3   the rest of Arroyo.

4   MR. ESTEFAN:  We only have about ten minutes of our

12:28  5   proffer, your Honor.  And their cross is about --

6   THE COURT:  Well, let's try to wind it up, then.

7   Let's try to do that.

8   MR. ESTEFAN:  Okay.

9   MR. KELLY:  Your Honor, is it okay if I step outside

12:28  10   during the video if I need to?

11   THE COURT:  Yes.

12   *(Videotaped of testimony of Pete Arroyo playing)*

13   MR. ESTEFAN:  That concludes our offer, your Honor.

14   THE COURT:  Okay.  Defendants wish to play their

12:39  15   offering?

16   MS. HOLCOMBE:  Yes, your Honor.

17   *(Videotaped of testimony of Pete Arroyo playing)*

18   THE COURT:  Is that it?

19   MR. McKINNEY:  That's it's.

01:27  20   THE COURT:  We'll excuse the jury till 2:15.

21   Would all please rise for the jury?

22   *(Recess was taken from 1:27 p.m. to 2:31 p.m.)*

23   *(Jury not present)*

24   THE COURT:  Okay.  What's up?

02:31  25   MS. CULLEN:  Your Honor, Mr. Kelly wants to use a

02:31  1    demonstrative with Dr. Lahiri, who's the next up.  It's a

2    double-sided demonstrative.  There's two pictures.  I've got no

3    problem with the first one.  But the second one shows what he's

4    calling a tear in the capsule.

02:31  5            That is not consistent with the medical records

6    or the testimony of the doctors to date.  And I think it shows

7    a significantly different injury than the one documented by

8    surgeon Dr. Ciaravino, and I object to him using that, the one

9    on the right-hand side.  The difference being Dr. Ciaravino

02:32  10   described the implant bottoming out.

11          THE COURT:  Just a minute.  There's no objection to

12   one expert -- there's nothing improper with one expert

13   disagreeing with another.

14            Are you saying this is different from what's in

02:32  15   his report?

16          MS. CULLEN:  Dr. Lahiri does not say there's a torn

17   capsule, in her record.  This is a treating physician.  And she

18   certainly doesn't say that in her record, and she didn't

19   perform the surgery.  So, I'm not sure --

02:32  20         THE COURT:  Okay.  Let met ask Mr. Kelly.

21          MR. KELLY:  Well, first of all, there's actually yet a

22   third plastic surgeon who's looked at Ms. Jones, your Honor,

23   Dr. Michael Eisenmann, who actually looked at Ms. Jones on

24   behalf of KBR defendants.  In fact, it does say that Ms. Jones

02:32  25   has the torn capsules.

02:33  1          I will represent to the Court that I was speaking

      2    with Dr. Lahiri moments ago and she said that she is going to

      3    have to explain to the jury that the tears on this particular

      4    exhibit appear to be a little higher than they would have been.

02:33  5    So, we're going to have to make that explanation.  I can't make

      6    the change on the fly to the exhibit, but she'll explain that

      7    the tears are actually drawn a little higher.

      8          THE COURT:  Let's see what her testimony is.  And if

      9    Mr. Kelly has other treating physician documents to support the

02:33 10    demonstrative, we'll have to go through all that.  It won't be

     11    shown to the jury until it happens.

     12          MR. HEDGES:  Your Honor, to save doing something up

     13    here with the jury sitting over there, I intend to ask

     14    Dr. Lahiri some questions about some testimony she gave in a

02:33 15    deposition in a related lawsuit.  If she says the same thing on

     16    the stand she says in the deposition, that's fine.  But I may

     17    need to use that deposition to impeach her.

     18          THE COURT:  That's all right.  That's allowed.

     19          MR. KELLY:  Your Honor, that deposition transcript has

02:33 20    never been provided to us.  Now, I will represent to the Court

     21    I was present, but --

     22          MR. HEDGES:  He was there.

     23          MR. KELLY:  Wait, wait.

     24          I was present, but I was not entitled to a copy

02:34 25    of the transcript.  I do not have a copy of the transcript, and

02:34   1   it's never been provided to me.

2              THE COURT:  Well, your client should have provided

3   that.

4              MR. KELLY:  I don't even know that she has it.

02:34   5              THE COURT:  The treating physician should have

6   provided that, is what I mean.

7              MR. KELLY:  Well, the treating physician is not --

8   we're calling her as a witness, your Honor; but I don't have

9   control over her.

02:34  10              THE COURT:  Well, I mean, I'm not going to exclude it

11   on that basis.  It's a deposition you were present at.

12                   I'm sorry.

13              MR. HEDGES:  May not even need to use it.

14              THE COURT:  Okay.

02:34  15     (Discussion off the record)

16              THE COURT:  Okay.

17              MR. KELLY:  Your Honor, with respect to using a

18   deposition from another case in this case, I would only ask

19   that if that's going to happen, that it at least be done

02:35  20   properly.  We've seen a lot of improper attempts at impeachment

21   with depositions in this case, and I'd just like to make sure

22   that she actually, in fact, testifies inconsistently.

23              THE COURT:  Well, Mr. Hedges indicated that's the only

24   instance in which he's going to use it.

02:35  25              MR. HEDGES:  If she testifies consistently, your

02:35   1   Honor, we won't use it.

2   MR. KELLY:  As long as you're not reading it in first,

3   that's fine.

4   MR. HEDGES:  No.

02:35   5   MR. KELLY:  I guess that's the other thing, too, your

6   Honor.  Can we get a copy of the deposition from Mr. Hedges?

7   Because there's no way that I can --

8   THE COURT:  No.  He's got to do that in order to use

9   it.

02:36   10   (Jury present)

11   THE COURT:  Members of the jury, please be seated.

12   Good afternoon, Doctor.  We're going to have you

13   up in this seat right here.

14   Before you take your seat, Ms. Loewe will

02:36   15   administer the oath.

16   MS. LOEWE:  Do you solemnly swear the testimony you're

17   about to give in the matter now before the Court will be the

18   truth, the whole truth and nothing but the truth?

19   THE WITNESS:  I do.

02:37   20   THE COURT:  Please try to make yourself as comfortable

21   as you can, and try to speak directly into the mic.  We've had

22   some trouble with that.

23   You may inquire.

24   ///

25   ///

1        **SABRINA ANN LAHIRI, DULY SWORN, TESTIFIED:**

2                    **DIRECT EXAMINATION**

3    BY MR. KELLY:

4    Q.   Doctor, would you introduce yourself to the ladies and

5    gentlemen of the jury, please?

6    A.   My name is Sabrina Ann Lahiri, MD.

7    Q.   And what do you do for a living, Doctor?

8    A.   I'm a plastic and reconstructive surgeon.

9    Q.   Tell me where you got your education.

10   A.   I started my education -- you want me to start in college?

11   Q.   Yes, please.

12   A.   University of California at Berkeley.  And then I went to

13   the University of Arkansas Medical School.  Then I went to the

14   University of Texas, San Antonio, for general surgery training.

15   And then to the University of Miami for plastic surgery

16   training.

17   Q.   When did you graduate from your plastic surgery training,

18   Doctor?

19   A.   In 2002.

20   Q.   And what do you do now?

21   A.   I'm a plastic and reconstructive surgeon in The Woodlands,

22   Texas.

23   Q.   And do you currently treat patients on a daily basis?

24   A.   I do.

25   Q.   How many patients do you treat, say, on a monthly basis,

02:38   1   Doctor; how many patients do you think you see?

2   A.   Well, I probably see 80 patients a week.  So, I would say

3   roughly 300.

4   Q.   And as part of your practice, do you do breast augmentation

02:38   5   surgery?

6   A.   I do.

7   Q.   How many breast augmentation surgeries do you think you've

8   performed?

9   A.   I've performed a lot.  I would say, on the average,

02:38   10   probably 25 to 30 a month.

11        THE COURT:  Over 300 lifetime?

12        THE WITNESS:  Well, that's 20 to 25 a month for nine

13   years.

14        THE COURT:  So, more like over 1500?

02:38   15        THE WITNESS:  Yes.

16        THE COURT:  Okay.

17   BY MR. KELLY:

18   Q.   Do you know Jamie Leigh Jones?

19   A.   I do.

02:38   20   Q.   How do you know her?

21   A.   She was a patient of mine.

22   Q.   And when did you first meet Ms. Jones?

23   A.   I met her back in September of 2004.

24   Q.   And when she first came to see you, did you diagnose her

02:39   25   with a medical condition?

02:39    1    A.   I did.

         2    Q.   What medical condition is that?

         3    A.   It's called breast hypoplasia.

         4            MR. KELLY:  Your Honor, may I approach?

02:39    5            THE COURT:  You may.

         6            MR. KELLY:  And these are KBR 70, Page 90.

         7    BY MR. KELLY:

         8    Q.   Doctor, I'm going to put up two photographs and just ask

         9    you if you recognize those photographs.

02:39   10    A.   Yes, I do.

        11    Q.   And what are they?

        12    A.   They are breast photos of Jamie Jones.

        13    Q.   Does this show the -- you said breast hyperplasia?  Is

        14    that --

02:39   15    A.   Hypoplasia.

        16    Q.   Hypoplasia.

        17            And what's the difference between hypo and hyper?

        18    A.   Hypo is too small; hyper is too big.

        19    Q.   Is that the condition -- the breast hypoplasia, is that the

02:40   20    condition for which Jamie came to see you?

        21    A.   Correct.

        22    Q.   And did you make a recommendation based upon what you saw

        23    in those photographs?

        24    A.   I recommended a breast augmentation.

02:40   25    Q.   Did Jamie follow your recommendation?

02:40  1    A.   She did.

2    Q.   And was that breast augmentation successful, Doctor?

3    A.   It was very successful.

4    Q.   When you say "very successful," tell me what you mean by

02:40  5    that.

6    A.   I mean that she healed without any complications and had

7    excellent results.

8    Q.   Now, I understand that during the surgery there was an

9    incident that required a little bit of extra care.

02:40  10   A.   Yes.

11   Q.   Can you explain what that was?

12   A.   At the time of surgery, a pneumothorax occurred.  And

13   basically, because the breast sits very close on the rib cage

14   and the lungs, inadvertently retractors were placed in between

02:40  15   the ribs, which allows some air around the lung.  And that has

16   to be repaired at the time of surgery.  It was recognized, the

17   lung lining was repaired by me; and she recovered without any

18   complications from that.

19   Q.   Did you examine her again before she left to go to Iraq?

02:41  20   A.   I did.

21   Q.   And was she completely recovered at that time?

22   A.   Completely recovered, yes.

23   Q.   Doctor, there's been some reports in this case that I've

24   read that rely upon your postsurgical photographs from this

02:41  25   breast augmentation.  Can you tell me how many postsurgical

02:41  1   photographs you took?

2   A.  I didn't take any pre-trauma postsurgical photos.  So,

3   really only two sets.  But that was not before the trauma.

4   Q.  Okay.  So, if I understand it, then, the only photographs

02:41  5   that you took of Jamie's breasts at all before she went to Iraq

6   is the ones we're looking at.  And I think there may have been

7   a third one, as well.  But basically the ones that were taken

8   at this time?

9   A.  Correct.

02:42  10   Q.  Is it fair to say that any opinion that is formed based

11   upon the postsurgical photographs that you took from this

12   breast augmentation would have been formed in error?

13   A.  Yes.  Because they're after the trauma.

14   Q.  I want to direct your attention, if I could, to KBR

02:42  15   Exhibit 70 at Page 3.  And I think we'll have to put this on

16   the board.

17       MR. KELLY:  I don't believe I have an objection to

18   this exhibit.

19       MR. HEDGES:  Which one?

02:42  20       MR. KELLY:  KBR 70.

21       MR. HEDGES:  No objection.

22       THE COURT:  I'll admit it without objection, if it

23   hasn't already been.

24       MR. KELLY:  Thank you, your Honor.

02:42  25       The third page.

02:42   1           Your Honor, we have a communication issue here.

2   BY MR. KELLY:

3   Q.  Have you ever described the results of Jamie's breast

4   augmentation to anyone prior to her leaving for KBR?  [sic]

02:43   5   A.  I have.  I believe I described them as "perfect."

6   Q.  I probably have my page numbers wrong here.  Let me check.

7           MR. KELLY:  Just a moment, your Honor.  The exhibit

8   I'm looking for is not in the packet that I have.

9           THE COURT:  Okay.

02:45   10   BY MR. KELLY:

11   Q.  While we're looking for that -- so we don't keep the jury

12   waiting any longer than we have to, I'm going to come back to

13   it.

14           Do you recall when you last visited with Jamie

02:45   15   before she left for Iraq, Doctor?

16   A.  I do.

17   Q.  When was that?

18   A.  That was in March of '05, I believe.

19   Q.  Okay.  Was it March of '05 when you wrote the letter that

02:45   20   we're talking about?

21   A.  Yes.

22   Q.  And it's actually the letter that we're looking for right

23   now.

24   A.  Okay.

02:45   25   Q.  Oh, we have it.

02:45   1          MR. KELLY:  This was not in your exhibit.  Any

2   objection?

3          MS. VORPAHL:  No.

4          MR. HEDGES:  No objection.

02:45   5          MS. VORPAHL:  It's already been admitted.  You

6   admitted it.

7          MR. KELLY:  Has this been admitted?

8          Okay.  I don't know what the number is.

9   BY MR. KELLY:

02:45   10  Q.  Doctor, is this the letter you described earlier, referring

11  to --

12  A.  Yes.

13  Q.  And is that a word that you freely throw around?

14  A.  No, I don't often use "perfect," because breasts aren't

02:46   15  perfect.  But I felt like her results were excellent.

16  Q.  After this letter, Doctor, when did you next see Jamie

17  Jones?

18  A.  I saw her in August.

19  Q.  And do you recall the exact date?

02:46   20  A.  I don't remember the exact date.  I think it was in the

21  middle of August.

22  Q.  Okay.  This is after she returned from Iraq?

23  A.  Yes.

24  Q.  And when she returned from Iraq, did she give you a history

02:46   25  and physical at that time -- or a history?

02:46  1    A.  She gave me a history of what she described that happened

2    to her in Iraq.

3    Q.  And based upon that history, did you examine Jamie's chest?

4    A.  I did.

02:47  5                MR. KELLY:  May I approach, your Honor?

6                THE COURT:  You may.

7                     Where are your offices, Doctor?

8                THE WITNESS:  My offices?

9                THE COURT:  Roughly.

02:47  10               THE WITNESS:  They're in The Woodlands, Texas.

11               THE COURT:  I see.

12   BY MR. KELLY:

13   Q.  Can you read that date, Doctor?

14   A.  I can.  It says August 15th, 2005.

02:47  15   Q.  Doctor, is this -- were these photographs taken on that

16   first visit after Jamie returned from Iraq?

17   A.  Yes.

18   Q.  Now, I have to ask you to explain to me what you're seeing

19   there, other than just, obviously, a woman's breasts.  But can

02:47  20   you explain to us what we're looking at?

21   A.  Basically, obviously, this is a frontal view of breast

22   photography.  And what I saw at the time of the physical exam

23   is that this length of the breast is too long, which means that

24   it's bottomed out.  The left side is more so than the right

02:48  25   side, meaning that the length below the areola to the

02:48   1   infra-mammary fold is too long.  And what it does is it puts

2   the breast out of proportion.

3   Q.  What causes the condition that you just described as

4   "bottoming out"?

02:48   5   A.  It can be poor technique at the time of surgery; certainly,

6   older implants, meaning ten, 15 years down the road; trauma can

7   cause it also.

8   Q.  Now, going back to technique, you mentioned earlier the

9   pneumothorax that occurred during your procedure.  Could that

02:48   10   pneumothorax have led to the condition that we're looking at

11   with this bottoming out in Jamie?

12   A.  Absolutely not.

13   Q.  And why is that true?

14   A.  Well, it just doesn't cause this problem.  And the

02:49   15   pneumothorax was treated at the time of surgery.

16   Q.  And was it completely healed?

17   A.  Completely healed.

18   Q.  Is this a severe case of bottoming out, Doctor?

19   A.  It is.

02:49   20   Q.  Okay.

21   A.  And the pictures don't do it justice either.

22   Q.  Okay.  So, when you look at Jamie's chest yourself, it

23   actually looks worse than this?

24   A.  Yes.

02:49   25   Q.  Okay.  Now, I want to clear up a couple of things.  In this

02:49  1   photograph, in order for that condition to occur, in order for

2   the bottoming out condition to occur, what's happening

3   internally?

4   A.  Well, a couple of things can happen.  If it's lengthy,

02:49  5   let's say ten or 15 years down the road, it can be that the

6   capsule had stretched and thinned out.  This soon after an

7   operation, the capsule must have torn or disrupted somehow.

8   Q.  Have you reviewed any medical records that would indicate

9   that anyone else has looked at Ms. Jones and determined that,

02:50  10   in fact, the capsules were torn?

11   A.  I have.

12   Q.  And whose records have you reviewed?

13   A.  I reviewed Dr. Eisenmann's and Dr. Ciaravino's.

14   Q.  Did they both confirm your findings that there had been

02:50  15   capsules tearing?

16   A.  Yes, they did.

17   Q.  Have you reviewed a demonstrative aid in this case that

18   would help to explain this injury to people like myself, who

19   don't really understand what's going on with the breast

02:50  20   augmentation surgery?

21   A.  You say -- what do you mean by that?

22   Q.  Well, have you reviewed a demonstrative aid in this case

23   that would help explain what's happening here?

24   A.  "Demonstrative aid"?  I'm sorry I'm --

02:51  25           MR. KELLY:  May I approach, your Honor?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:51  1          THE WITNESS:  I'm sorry.

     2          THE COURT:  "Demonstrative" just means something the

     3  lawyers and the lawyers' colleagues have created to explain

     4  something to the jury.

02:51  5          THE WITNESS:  Oh, a pictorial.

     6  A.  Yes, I have.  I'm sorry.  I have, yes.

     7          MR. KELLY:  May I approach, your Honor?

     8          THE COURT:  You may approach.

     9  BY MR. KELLY:

02:51  10  Q.  Is that demonstrative aid something that you've had an

     11  opportunity to review and offer any corrections to that you

     12  might wish to offer?

     13  A.  I have.

     14  Q.  And does that demonstrative aid fairly and accurately

02:51  15  represent what was happening in August of 2005 in Jamie Jones'

     16  chest?

     17  A.  I believe it does.  It could show probably a little bit

     18  more tearing at the bottom, but yes.

     19          MR. KELLY:  Your Honor, I would like to publish this

02:51  20  to the jury at this time.

     21          MR. HEDGES:  No objection.

     22          THE COURT:  Admitted without objection.  Not admitted,

     23  but allowed without objection.

     24          One difference with demonstratives, as I probably

02:51  25  explained already, at the end of the case they do not go back

02:52   1   to the jury.

2   BY MR. KELLY:

3   Q.   Should be coming up electronically.

4                  And I believe this is the left-hand side of that

02:52   5   demonstratives.  Is that right, Doctor?

6   A.   You mean the left breast?

7   Q.   Right.  It's -- I'm sorry.

8                  We're only looking at half the demonstrative at a

9   time, right?

02:52   10   A.   This side.  Okay.

11   Q.   If you would explain to us what it is that we're looking

12   at -- there we go.  There's the whole thing.

13                  Can you explain what it is that we're seeing and

14   what's happening in Jamie's chest in August of 2005?

02:52   15   A.   Well, basically, you can see by the arrows on both photos

16   that the implant has shifted inferiorly, and that's called

17   "implant malposition."  And on that side view, they've put

18   arrows towards the torn capsule, which definitely can happen at

19   the top.  But also, when it shifts downward, the capsule is

02:53   20   torn more inferiorly; and that's why that implant shifts down.

21                  So, when the implant shifts down, you can see the

22   nipple starts pointing up.  And that's why that length or that

23   distance is too long.

24   Q.   You said that trauma can cause this.  And I guess -- before

02:53   25   I do that, let me -- let's look at the right-hand side, where

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:53   1   it says "torn capsules."

2              And I think you said earlier that you could show

3   more tearing lower.  Can you explain to us what you mean by

4   that, if this were to be made even more accurate than it is?

02:53   5   A.  Well, that bottom arrow, you should see more tearing of the

6   capsule inferiorly, also.

7   Q.  Okay.  Was this a severe case of bottoming out?

8   A.  Yes, it was when I saw it initially.

9   Q.  Did you, in fact, record that in your medical records, that

02:54   10   this was a severe injury?

11   A.  I did.

12   Q.  Is it still your opinion today that this is a severe

13   injury?

14   A.  Yes.

02:54   15              THE COURT:  Is there recognized treatment for this

16   kind of problem?

17              THE WITNESS:  There is.

18              THE COURT:  Has she had that yet?

19              THE WITNESS:  She had one treatment for that, yes.

02:54   20              THE COURT:  But you think there are more to come?

21              THE WITNESS:  Yes, I do believe she needs more.

22   Absolutely.

23   BY MR. KELLY:

24   Q.  Tell us what the additional treatment is that Ms. Jones

02:54   25   needs.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:54   1   A.   The treatment required for this is -- it's a difficult

2   operation.  You have to recreate the infra-mammary fold, and

3   you have to reposition the implant.  In prior years, it was you

4   tried to use some of that capsule as a hammock to sling it up

02:54   5   and try to hold that with sutures, which was fraught with

6   problems and frequently it would recur, the implant

7   malposition.  Now we have newer products such as Stratus.  So,

8   it's a skin that we use, that we put on the inside, that is

9   sutured in like a hammock; and it holds the implant up so that

02:55   10   it stays in the proper position.

11   Q.   You mentioned that Ms. Jones has had one attempted repair

12   at this already.  Who did that?

13   A.   Dr. Ciaravino did that.

14   Q.   Following Dr. Ciaravino's surgery, what was Jamie's

02:55   15   condition at that time?

16   A.   I think she had some improvement but still had implant

17   malposition.

18   Q.   Do you currently -- are you currently Jamie's physician?

19   A.   I have seen her recently, yes.

02:55   20        MR. KELLY:  Your Honor, may I approach?

21        THE COURT:  Yes, you may.

22   BY MR. KELLY:

23   Q.   Doctor, I put a photograph on the board which is dated

24   12-16-09.  Did you take that photograph, as well?

02:56   25   A.   I did.

02:56   1   Q.  And can you explain to us -- is that also Jamie Jones?

2   A.  Yes.

3   Q.  Can you explain to us what's going on in that photograph?

4   A.  She still has the implant malposition.  And you can see the

02:56   5   length below the areola to the fold is very long.  Obviously,

6   it's longer on the left side versus the right side.  Which does

7   need to be repaired.

8   Q.  And this is after Dr. Ciaravino had attempted his first

9   repair?

02:56   10   A.  Yes.

11   Q.  Economically, Doctor, what does it cost to have one of

12   these surgical repairs?

13   A.  With the Stratus that I described, which is a very

14   expensive product, probably in the range of nine to twelve

02:57   15   thousand dollars.

16   Q.  Okay.  You've explained what the surgery would entail.

17   Doctor, other than the -- well, let me ask it this way.

18          What is the most likely cause of what happened,

19   what's causing what's going on in that photograph?

02:57   20   A.  Well, I go back to the fact that she has implant

21   malposition.  And the root of it is what originally happened.

22   And it's an extremely difficult problem to repair in plastic

23   surgery.  It's just been known to do that.

24   Q.  When you say "what originally happened," Doctor, are you

02:57   25   talking about the trauma in Iraq?

02:57  1    A.  I'm assuming the trauma, yes.

2    Q.  When you say you're "assuming the trauma," I want to ask

3    you about that.  The condition that you see, based upon the

4    other 1500 or so surgeries that you've done, is it more likely

02:57  5    that what happened to Jamie was caused by trauma or by some

6    postsurgical abnormality?

7    A.  It was definitely most likely trauma.

8    Q.  The opinions that I've asked you for today, have you

9    offered them to a reasonable medical probability?

02:58  10   A.  Yes.

11           MR. KELLY:  Pass the witness.

12           THE COURT:  Okay.  You wish to inquire?

13           MR. HEDGES:  Yes, sir.

14                         **CROSS-EXAMINATION**

02:58  15   BY MR. HEDGES:

16   Q.  Doctor, my name is Dan Hedges.  I'm representing KBR.  I

17   don't believe we've had the pleasure of meeting before, have

18   we?

19   A.  No.

02:58  20           MR. HEDGES:  May I approach the paper board, your

21   Honor?

22           THE COURT:  You may.

23   BY MR. HEDGES:

24   Q.  I long ago learned that it was dangerous for me to do math

02:59  25   in public, but I wanted to clarify something.

02:59   1          I believe you said you did 30 breast

2    augmentations a month?

3    A.  About 25 to 30, yes.

4    Q.  So, if it was 30 a month, it would be 360 a year?

02:59   5    A.  Okay.

6    Q.  I believe you said you've been doing this for nine years?

7    A.  Nine years in private practice.

8    Q.  And, so, wouldn't it be more like over 3,000 surgeries,

9    breast augmentations?

02:59   10   A.  Probably, yes.

11   Q.  In about what percentage of those 3,250 surgeries have you

12   taken post-op photographs?

13   A.  Probably 75 to 80 percent of them.

14   Q.  Why weren't any post-op pictures taken -- or were they just

03:00   15   misplaced or something, as to Ms. Jones?

16   A.  It would be that the patient was -- well, either so happy

17   they don't come back.  I mean, some patients just don't come

18   back for follow-up.

19          I usually take post-op photos about six to nine

03:00   20   months later.  So I continue to see my patients out further.

21   So, I like for them -- their scars to fade a little bit more

22   before I take photos.  So, it's usually that the patient just

23   hasn't come back for them.

24   Q.  Do you recall one way or the other why there were no

03:00   25   post-op photos made of Ms. Jones?

03:00   1   A.   Because it was so soon after her initial surgery.

2   Q.   I'm sorry.  What was so soon after her initial surgery?

3   A.   When I saw her in March.  So, typically, I would take them

4   at six to nine months.  And that's why I didn't take them.

03:00   5   Q.   You did not see her six to nine months post-surgery?

6   A.   I saw her at about four months.

7           MR. HEDGES:  Can we put up KBR Exhibit 70, Page 71?

8           And can we blow up the third paragraph in the

9   written part?

03:01   10           Yeah.

11   BY MR. HEDGES:

12   Q.   Can you see that, Doctor?

13   A.   Uh-huh.

14   Q.   It says -- and this is the -- this is a more detailed

03:01   15   description of what you described earlier as a pneumothorax?

16   A.   Correct.

17   Q.   And it says, "The pectoralis muscle was then incised" --

18   does "incised" -- is that doctor talk for "cut"?

19   A.   Yes.

03:01   20   Q.   Okay.

21           -- "using electrocautery directly over the rib.

22   Two Army-Navy retractors were placed.  And upon looking after

23   the retractors were placed, it appeared that the intercostal

24   muscle was torn, and the pleura, visualizing the lung."

03:02   25           I want to go into that with you in some detail.

03:02  1    Are you saying that just the intercostal muscle was torn or are

2    you saying the intercostal muscle and the pleura was torn?

3    A.  Well, the intercostal muscle and the pleura, because there

4    are two sides of the pleura, yes.

03:02  5    Q.  So, the pleura was torn?

6    A.  Correct.

7    Q.  And I gathered we're talking something more than just a

8    puncture wound, because the tear was big enough that you could

9    actually see the lung?

03:02  10   A.  Not necessarily.  What you actually see, because the ribs

11   are so close together, you'll see air bubbling through it.

12   Q.  What does it mean when it says "visualizing the lung"?

13   Doesn't that mean you could see the lung?

14   A.  I mean, after I looked and saw air, then I could see, you

03:02  15   know, when I put the retractors in.  So, it might be, like, a

16   sliver of it, like a millimeter or two.

17   Q.  The "it" you're referring to is the lung, correct?

18   A.  Correct.

19   Q.  So, you were able to see the lung?

03:03  20   A.  Yes.

21   Q.  Let me ask you this.  Out of the over 3,000 breast

22   augmentations that you have performed, in how many of them has

23   the intercostal muscle been torn and the pleura also torn,

24   visualizing the lung?

03:03  25   A.  This is the only time.

03:03   1    Q.  Only time?

2    A.  Uh-huh.

3    Q.  Let me go into a little more detail on what was done.

4                Before I do, how many stitches were used to close

03:03   5    this tear?

6    A.  You know, I don't remember exactly how many.  Probably --

7    if you use a running, maybe four or five.

8    Q.  And did you have to stitch up each of the various layers

9    that were pierced?

03:03   10   A.  No.  What I did is I used a red rubber catheter.  And what

11   you do -- because what happens, when you violate that space,

12   air goes around the pleura, so you have to suction the air out.

13                So, you suction the air out with that catheter,

14   and then suture it up.  And, so, probably about four or five

03:04   15   sutures.  It was a pretty small tear in that area.

16          MR. HEDGES:  May I approach the board again, your

17   Honor?

18          THE COURT:  You may.

19   BY MR. HEDGES:

03:04   20   Q.  Doctor, before you actually get to the intercostal muscle

21   and the pleura, you have to actually go through some other

22   things first, correct?

23   A.  (No response).

24   Q.  Let's start here.  You have to cut through the skin?

03:04   25   A.  Sure.

03:05    1    Q.  You have to cut through the breast tissue?

2    A.  Yes.

3    Q.  And then you get to the pectoralis major?

4    A.  Correct.

03:05    5    Q.  And then do you have to cut through the pectoralis minor?

6    A.  Typically not.

7    Q.  But is the pectoralis minor typically under the pectoralis

8    major?

9    A.  Yes, it is.

03:05   10    Q.  And then the intercostal is actually below the pectoralis

11    minor, isn't it?

12    A.  Right.  It's in between the ribs.

13    A.  In between the ribs.

14    Q.  In between the ribs?

03:06   15    A.  That's why it's called intercostal.

16    Q.  Intercostal.  Okay.  Intra, between?

17    A.  Yes.

18    Q.  And you went through it and then through the ribs?

19    A.  Right.  So --

03:06   20    Q.  And down to the pleura?

21    A.  Yes.

22    Q.  Now, the pleura is the internal covering of the thoracic

23    cavity.  Is that accurate?

24    A.  Uh-huh.  There's a pleura on the lung and, then, inside the

03:06   25    thoracic cavity.

Cheryll K. Barron, CSR, CM, FCRR                    713.250.5585

03:06  1   Q.  And is it the pleura on the lung that you cut through?

2   A.  No.

3   Q.  It was the pleura on the cavity?

4   A.  Correct.

03:07  5   Q.  All right.  And just so the jury understands what we're

6   talking about, the thoracic cavity is where the lungs are

7   located?

8   A.  Correct.

9   Q.  And, Doctor, is it accurate to say that the pleura is --

03:07  10  some body parts have a lot more nerves and nerve endings in

11  them than other body parts.  Is that a fair statement?

12  A.  Uh-huh.

13  Q.  I'm sorry?

14  A.  Yes.

03:07  15  Q.  I need a "yes" or "no."  The court reporter actually needs

16  it.

17  A.  Yes.

18  Q.  And is the pleura one of the body parts that has a great

19  many nerve endings?

03:07  20  A.  It does.

21  Q.  And so, when you cut through one of these body parts, in

22  this case the pleura, that is that rich in nerve endings, you

23  certainly run a serious risk of causing severe and perhaps even

24  long-lasting pain, more so than if you cut through some area

03:07  25  that doesn't have a lot of rich nerve endings?

03:08    1   A.  I mean, you can.  But it was such a small area that it

         2   would be rare.

         3   Q.  Well, this occurrence is rare, is it not?

         4   A.  It is.

03:08    5   Q.  You've had it happen one time in over 3,000 operations?

         6   A.  Correct.

         7   Q.  Can it cause pleurisy or pleuritic chest pain?

         8   A.  It can.

         9   Q.  We've had some testimony from other witnesses in this case

03:08   10   that say that, as a result of what may or may not have happened

        11   to her in Iraq, Ms. Jones' pectoral muscle was torn.  Are you

        12   describing that, in the surgery that you performed on her in

        13   November of 2004, the pectoral muscle was torn?

        14        MR. KELLY:  Your Honor --

03:08   15   A.  No, it's not torn, actually.

        16        THE COURT:  I think she can handle it.

        17        MR. KELLY:  But it actually mischaracterizes what

        18   prior witnesses have said.  In fact, quite the opposite.  They

        19   said that --

03:09   20        THE COURT:  Okay.  Ladies and gentlemen, one of the

        21   issues that is often raised in a case like this, where there's

        22   a lot of medical testimony of a nuanced and subtle sort, is

        23   questions are asked that may refer to the testimony of a

        24   previous expert or a previous treating physician.

03:09   25             Very often attorneys on opposite sides of the

03:09    1   case have a different version of what a prior expert or

         2   treating physician might have said.  I'm not going to try to

         3   sort out in my own memory as to what was said.  I'll let them

         4   ask the questions.

03:09    5              I'd just remind the jury one more time that

         6   anything that comes from a lawyer's mouth is not evidence.  And

         7   if you don't remember it the same way the lawyer does, then go

         8   with your memory and not what the lawyer is saying.

         9              MR. HEDGES:  May I approach the board one more time,

03:09   10   your Honor?

        11              THE COURT:  You may.

        12   BY MR. HEDGES:

        13   Q.  Doctor, between which layers is the breast implant placed?

        14   A.  It's between the chest wall, so the ribs and the pectoralis

03:10   15   minor and major.

        16   Q.  I'm sorry.  It covers like this whole area?

        17   A.  It's between --

        18   Q.  Would you draw it for me?

        19   A.  It would be right here.

03:10   20   Q.  Okay.  Thank you.

        21   A.  And that's the top, yeah.

        22   Q.  Okay.  I think you may have answered this; but just for

        23   clarification, can you tell the jury what "bottoming out" is?

        24   A.  "Bottoming out" is the malposition of the implant so that

03:10   25   the length from the bottom of the areola to the infra-mammary

03:10   1   fold is too long.

2   Q.   How many surgeries have you performed to correct bottoming

3   out?

4   A.   Quite a few.

03:11   5   Q.   Hundreds?

6   A.   Probably.

7   Q.   And what percentage of those -- in what percentage of those

8   surgeries was the bottoming out caused by trauma?

9   A.   None that I know of.

03:11   10   Q.   None.

11   So out of hundreds of surgeries that you've

12   performed on breasts that have bottomed out, they've all been

13   either a result of the first surgery or just time and gravity

14   taking effect?

03:11   15   A.   Correct.

16   Q.   And none have been the result of trauma?

17   A.   Correct.

18   Q.   Going back to the issue of nerve endings, how -- what --

19   how sensitive to pain are breasts?

03:11   20   A.   They're fairly sensitive.

21   Q.   So, if Ms. Jones' breasts were severely traumatized on

22   July 27th, 2005, wouldn't she be likely to report not only

23   pain, but probably acute pain, to any doctor who examined her

24   the next day?

03:12   25   A.   I would think she would.

03:12   1   Q.  And for trauma -- and let's take, for example, an

2   automobile accident with which an air bag inflates and hits a

3   woman in the chest.  What are the visible signs of trauma that

4   a doctor seeing that woman the next day would see?

03:12   5   A.  Probably would see swelling, maybe some beginning of

6   bruising.  But mostly swelling.

7   Q.  Okay.  Mr. Kelly, asked you some questions about

8   Dr. Ciaravino's 2006 surgery.  And I would like to go through a

9   little bit more questioning on that.

03:13   10   A.  Okay.

11   Q.  Am I correct that it's your opinion that the stitching

12   laterally and inferiorly to maintain the capsule was likely to

13   last only three months to a year?

14   A.  It's hard to predict exactly how long it will last.  It's a

03:13   15   difficult operation to maintain.  I just -- I can never predict

16   how long it would last.

17   Q.  Is it your opinion that it was likely to last only three

18   months to a year?

19   A.  I would say a capsular repair as such might last a year to

03:13   20   several years, possibly.

21        MR. HEDGES:  May I approach the witness, your Honor?

22        THE COURT:  You may.

23   BY MR. HEDGES:

24   Q.  Doctor, do you remember giving your deposition a few weeks

03:14   25   ago?

A.   Yes.

Q.   And we'll look on Page 19, starting at Line 16, I'll read the question if you will read the answer.  Can you see that all right?

          "If, in fact, Dr. Ciaravino had surgically gone in and stitched laterally and inferiorly to maintain the capsule, what is your opinion as to the length of time that that result would have a positive effect, if any at all?"

          Would you read your answer, please?

A.   Starting with 21?

Q.   Yes, ma'am.

A.   I said, "That's hard to say exactly.  You know, usually a healthy capsule is very thin.  It doesn't hold suture well.  And, you know, if a patient has thinner tissues, those sutures can fail in three months, or they might last a year.  It's hard to predict exactly."

Q.   Having examined Ms. Jones over a span of what?  About five years or so?

A.   (Nodding head).

Q.   Does she have fairly thin tissue?

A.   She does now, yes.

Q.   And is it also your opinion that at some point in time between Dr. Ciaravino's surgery in 2006 and Ms. Jones' visit to you in 2009 she lost her infra-mammary fold and her breasts bottomed out because Dr. Ciaravino's sutures did not hold?

03:15   1   A.  I would assume that's the reason why, yes.

2   Q.  In fact, would you have predicted as of July, 2006, that if

3   just sutures were placed inferiorly and laterally, they very

4   likely would not hold?

03:15   5   A.  I just can't say that for sure.  They might.  I just don't

6   know.

7          MR. HEDGES:  May I approach the witness, your Honor?

8          THE COURT:  You may.

9   BY MR. HEDGES:

03:16   10   Q.  I'm on Page 24 of your deposition, and I'm going to read a

11   question at Line 12, and I would like for you to read the

12   answer.

13          The question is:  "You would have predicted as of

14   July of 2006, if just sutures were placed inferiorly and

03:16   15   laterally, that they would not hold?"

16          And what was your answer?

17   A.  I said, "Very high likelihood, yes."

18   Q.  Thank you.

19          Just to go back to the questions I was asking you

03:16   20   about bottoming out, the fact that you have performed hundreds

21   of surgeries to correct bottoming out and none of them have

22   been as a result of trauma, I assume that tells us that breasts

23   can and do -- breast implants can and do bottom out without any

24   trauma happening to them at all?

03:17   25   A.  They do.  But in most of the cases, they're ten and 15

03:17    1    years out.

2    Q.   Right.   One more question has to do with your deposition.

3    Isn't the actual cause of Ms. Jones' breast implants bottoming

4    out between the date of your surgery in November of 2004 and

03:17    5    when you saw her in August in 2005 was that her capsule thinned

6    out and didn't have the integrity to hold the weight of the

7    implant, as opposed to some kind of trauma?

8    A.   So, from -- you're saying from the surgery of November to

9    the next June?

03:17   10    Q.   To the next August.

11    A.   So, nine months?

12    Q.   Yes, ma'am.

13    A.   That would be rare to happen in nine months just from

14    thinning out.

03:18   15            MR. HEDGES:   May I approach the witness, your Honor?

16            THE COURT:   You may.

17    BY MR. HEDGES:

18    Q.   I'm on Page 21.   And starting at Line 24, the question,

19    Doctor, is, "Why did Ms. Jones' capsule not hold the implants

03:18   20    in place between the time you performed it in December of

21    2004" -- which you know is wrong.   It's actually November of

22    2004, correct?

23    A.   Correct.

24    Q.   -- "and when you saw her again in August of 2005?"

03:18   25            And could you read the answer which starts on

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

03:18  1   Page 22, Line 3?

2   A.  "Well, I can't say exactly.  It's thinned out.  It's a thin

3   capsule that doesn't have the integrity to hold the weight of

4   the implant."

03:18  5   Q.  Thank you, Doctor.

6        MR. KELLY:  I think we need an optional completeness

7   on that one, your Honor.

8        MR. HEDGES:  That's fine.  Go ahead.

9        MR. KELLY:  May I approach?

03:18  10       THE COURT:  He says it's okay.

11            You can approach the witness, you mean?

12       MR. KELLY:  Yes, sir.

13       THE COURT:  Okay.

14       MR. KELLY:  Doctor, if we continue reading, it says,

03:19  15   "At the time that you saw her in August of 2005, was the

16   deformity one that you would have anticipated to be

17   naturally -- to have naturally progressed from when you did the

18   augmentation in November of 2004?"

19       THE WITNESS:  I said, "Okay.  So, you're asking me is

03:19  20   it normal for her to look the way she did in August if I had

21   done her augmentation in November?"

22       MR. KELLY:  "Yes."

23       THE WITNESS:  And I said, "No, that's not normal.

24   It's not normal for me.  It's very uncommon in my practice for

03:19  25   that to happen."

03:19   1          MR. KELLY:  "Especially in so short a time?"

2          THE WITNESS:  "Correct."

3          MR. KELLY:  Thank you, your Honor.

4          MR. HEDGES:  Let's put up KBR 70 on Page 35.

03:20   5               Let's highlight the first line.

6     BY MR. HEDGES:

7     Q.  Doctor, can you translate that out of doctor print?

8     A.  Yes.  It says, "19 year old White female with complaint of

9     small breasts.  Patient desires improvement."

03:20   10    Q.  And Mr. Kelly put up the pictures of Ms. Jones

11    pre-operative.  And you would, being a plastic surgeon,

12    describe her breasts at that time as small?

13    A.  Correct.

14    Q.  Is she also a fairly small woman?

03:20   15    A.  She is petite, yes.

16    Q.  Does the -- what kind of breast implants do you typically

17    use?

18    A.  Nowadays I use silicone implants mostly.

19    Q.  Made by what company?

03:21   20    A.  Mentor.

21    Q.  Doesn't Mentor have guidelines for women of a certain

22    height, weight, et cetera, for what size of implant they would

23    recommend?

24    A.  They may have recommendations, but they always defer to the

03:21   25    plastic surgeon's training.

03:21   1    Q.  And are there recommendations for a 5'6", 120-pound,

        2    19-year-old with small breasts, somewhere in the size of 300 to

        3    350 cc's?

        4    A.  I've never seen those recommendations.

03:21   5    Q.  You've never seen Mentor's recommendations?

        6    A.  Not to tell me that that patient should have 300 to 350 cc

        7    implants.  Because even though she's 5'6", her chest might be

        8    wider.  All women have different shaped chests, so you can't

        9    put a specific size to a specific weight and height every time.

03:22  10    There's very different chest shapes and sizes.

       11    Q.  But a larger woman with a larger chest size, presumably

       12    broader shoulders, will better support larger implants than a

       13    smaller or, to use your word, petite woman, generally?

       14    A.  Not necessarily.

03:22  15    Q.  Okay.

       16    A.  Not necessarily.

       17    Q.  So, do you think that the 400 to 450 cc implants that you

       18    placed in Ms. Jones were appropriate for a person of her size?

       19    A.  I think they were very appropriate.

03:22  20             MR. HEDGES:  I pass the witness, your Honor.

       21             THE COURT:  Okay.  Mr. McKinney?  Ms. Cullen?

       22             MS. CULLEN:  Yes.

       23                     **CROSS-EXAMINATION**

       24    Q.  Dr. Lahiri, my name is Sharon Cullen; and I represent

03:23  25    Charles Bortz in this lawsuit.

A.   Okay.

Q.   I wanted to revisit with you a little bit.  You were kind enough to show us where, in the progression from outside to inside, the implant goes; that being under the pectoralis minor and above the intercostals and ribs.

Tell us how you go about placing the implant under the muscle.

A.   Meaning the exact technique?

Q.   I understand that you use a spacer in order to create a space under that muscle and then you slide the implant up under the muscle.  Is that correct?

A.   Correct.

Q.   And the muscle would keep it from coming up, where it's attached.  Is that correct?

A.   Putting it under the muscle isn't really to keep it from rising up.  It's for other reasons.  But basically, yes, the inferior edge of the muscle is elevated; and you slip the implant underneath it, correct.

Q.   Is the implant put under the muscle primarily for cosmetic reasons, it just looks more natural that way?

A.   It looks more natural.  And actually, the risk of them getting hard in the future is much less when you put them under the muscle.

Q.   But one of the practical effects of placing the implant under the muscle is that there is the muscle and, the way the

03:24  1   muscle is attached, that keeps the implant from working its way

       2   upward over time?

       3   A.   I don't -- I've never heard it put that way, no.

       4   Q.   All right.  Well, let me ask you this.

03:24  5   A.   Okay.

       6   Q.   What keeps it -- all right.  You've got it between -- the

       7   muscle comes across, and you've got this implant.  What is

       8   beneath -- and I don't mean toward the inside of the body.  I

       9   mean, if the woman were standing up, what is beneath the

03:24 10   implant that keeps it from just slipping down under the skin?

      11   A.   Well, there's several factors that keep it from slipping

      12   down, or bottoming out -- I think you're referring to that --

      13   is careful pocket dissection at the time of surgery so the

      14   pocket that you create for that implant is just perfectly sized

03:25 15   for it so that there's not any motion and you don't over

      16   dissect inferiorly.  So, that's one reason.

      17          Number 2 is the bottom portion that may not be

      18   completely under the muscle still has some thick investing

      19   fascia, that's actually from the upper abdomen, which you

03:25 20   maintain, which is the infra-mammary fold, to keep it from

      21   bottoming out.  So, there's several other layers of tissue

      22   that -- at the time of surgery, that I'm very careful to

      23   maintain so that the implant doesn't drop.

      24   Q.   You don't actually sew it in place, do you?

03:25 25   A.   No.

03:25   1    Q.  And over time, bottoming out can occur because, in fact,

2    the implant begins to separate the skin from the tissue

3    underneath and it literally begins to slide down inside?

4    A.  It does.

03:26   5    Q.  And would you agree that that's a function, at least in

6    part, of gravity and the force on those tissues that separate

7    the skin from the body?

8    A.  It is.

9    Q.  And would you agree that the weight of the implant would

03:26   10   have at least some effect on the speed at which that occurs?

11   A.  It can.

12   Q.  You mentioned that Ms. Jones suffered from a medical

13   condition called "hypoplasia," meaning small breasts?

14   A.  Correct.

03:26   15   Q.  And I just want to be really clear about this.  There are

16   no negative health -- physical health consequences to a woman

17   from having small breasts.  Is that correct?

18   A.  They can, psychologically.

19   Q.  Physically, there are no negative health implications for

03:27   20   having small breasts?

21   A.  Not that I know of, no.

22   Q.  I just want to visit very briefly the injury to the

23   intercostal muscles during the surgery.  You described in your

24   operative note repairing that injury "using a small muscle

03:27   25   flap."  Do you recall that?

03:27   1   A.   I do.

2   Q.   What does that mean?  Can you tell us what do you mean that

3   you used a small muscle flap?  And where did that muscle flap

4   come from?

03:27   5   A.   Well, it's basically just mobilizing part of her

6   intercostal muscle.  Because in between the ribs it's very

7   tight; there's not a lot of movement.  So, just trying to

8   suture sometimes can be difficult.  So, I just mobilized a bit

9   of the actual intercostal muscle into that area and sutured it

03:28   10   in.

11   Q.   I realize this is probably an oversimplification, but for

12   those of us who are not physicians, would it be fair to -- I

13   mean, we've all eaten -- it's Texas.  We've all eaten ribs.

14   And we know that between the bones there is that sort of shiny,

03:28   15   tough little fibrous thing and then there's a little meat on

16   top.  Is that the equivalent of an intercostal muscle for a pig

17   or a cow?

18   A.   It is.

19   Q.   Okay.  And, so, when you say you "mobilized" the

03:28   20   intercostal muscle, do you mean that you pulled some of it

21   loose from the rib?

22   A.   Just a little.  Probably, you know, 2 to 3 millimeters,

23   just enough to get sutures in place to close that area.

24   Q.   When you have to do that, pull some loose and then stitch

03:29   25   it together, is there some -- are there forces on those sutures

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

03:29    1    from the ribs where the muscles remain attached?

2    A.  I'm not quite sure what you mean.

3    Q.  It sounds as though there's not really enough muscle to

4    overlap it and sew it like with a hem on a dress.

03:29    5    A.  It's tight.  Yes, it's very tight.

6    Q.  It's tight?

7    A.  Uh-huh.

8    Q.  Is it prone to tearing, are those sutures prone to tearing?

9    A.  Not if you have a good repair at the end of the case.  I

03:29   10    mean, on a young, healthy person these things heal very

11    rapidly.  So, not in a small injury.  And in this circumstance,

12    I would say no.

13    Q.  Are you using permanent suture or the sort that dissolve?

14    A.  The sort that dissolves over a long period of time.

03:30   15    Q.  Given the density of nerve in that area, as Mr. Hedges

16    mentioned, would the fact that sutures are in place and perhaps

17    being subjected to some force, so that there is some pulling,

18    could that explain perhaps some chest pain?

19    A.  It can immediately postoperative.  But I would not expect

03:30   20    it long term.

21    Q.  I'm going to hop back in time a little bit.  You mentioned

22    that you finished your residency in plastic surgery, I believe,

23    in 2002.  Is that correct?

24    A.  Yes.

03:30   25    Q.  And you performed the surgery for Ms. Jones in November of

03:30   1    2004?

2    A.   Correct.

3    Q.   Could you tell us what you did for the two years between

4    your residency and when you did Ms. Jones' surgery?

03:30   5    A.   I had started my practice in 2002.

6    Q.   Were you a solo practitioner?

7    A.   Yes.

8    Q.   So, you had been actively practicing as a plastic surgeon

9    on your own, without supervision, for about two years when you

03:31   10    did this?

11    A.   Two years.

12    Q.   Also in your operative note -- and we can pull it up if any

13    of this isn't fresh in your mind -- but I noted a description

14    of a -- of the implant on the right being filled -- actually

03:31   15    we'd best -- because I think there's a typo; so, we best take a

16    look at it.

17    A.   Okay.

18              MS. CULLEN:   Can we pull up KBR 70 at Page 71, please?

19    BY MS. CULLEN:

03:32   20    Q.   On the second paragraph -- no.  Actually, the first

21    paragraph, on "Procedure and Detail," the second sentence, "A

22    3-centimeter inferior areolar incision was made using a 15

23    blade, starting on the left side," correct?

24    A.   Correct.

03:32   25    Q.   So, you began with the left breast?

03:32  1   A.  Correct.

2   Q.  And then you encountered the unfortunate tear of the

3   intercostal muscle, which you described repairing.  And you

4   described creating the subpectoral pocket and repairing the

03:32  5   intercostal.  Then the right breast incision is made, correct?

6   A.  Yes.

7   Q.  All right.  And the sizer is placed there with a 450 cc

8   sizer -- filled with 450 cc's.  Is that right?

9   A.  (No response).

03:33  10  Q.  You had already put the sizer on the left.  And when we go

11  to the next page, the sizers were removed, then you placed the

12  implants as you described?

13  A.  Uh-huh.

14  Q.  The sizer on the right breast was removed first.  That's

03:33  15  the bottom of that first paragraph on the second page.

16          "Pocket was irrigated, the implant was placed,

17  and it was filled to 450 cc's."  This being on the right,

18  correct?

19  A.  Correct.

03:33  20  Q.  Okay.  The next paragraph you say, "The sizer was removed

21  on the right," again?

22  A.  Okay.

23  Q.  Should that read "left"?

24  A.  Yes.

03:33  25  Q.  Okay.  And on the left the implant was placed and filled to

03:34  1    400 cc's.  And my question to you is this.  Why did you fill to

2    450 cc's on the right and only 400 on the left?

3    A.  It's not uncommon in women that have pretty significant

4    chest wall asymmetry; and, so, that's why I place sizers first,

03:34  5    and sit them up so -- when you sit them up, you can really see

6    asymmetry more.  So, I put more on that side because it was

7    smaller, meaning it needed more volume on that side.

8    Q.  This was not related in any way to the injury to the

9    intercostal muscle?

03:34  10   A.  No.

11   Q.  I next want to look at your first post-op follow-up visit

12   with Ms. Jones, which is KBR 70 at Page 87.  The surgery had

13   been on November 23rd, and you see her for the first time on

14   December 6th of '04.

03:35  15          MS. CULLEN:  And if we could highlight that note?

16          Thank you.

17   BY MS. CULLEN:

18   Q.  And, Doctor, I apologize; but I have a little difficulty

19   reading your handwriting.  Would you be kind enough to read

03:35  20   that note for us?

21   A.  It says, "Follow-up.  Some pain in the left chest.  No

22   shortness of breath."

23   Q.  Let me stop you right there, if you would.

24          She only complained of pain on the left?

03:35  25   A.  Yes.

03:35  1   Q.  Is that associated with the intercostal muscle or something

2   else?

3   A.  It's hard to say.  I mean, sometimes -- well, actually,

4   frequently women will have one breast that's more sore than the

03:35  5   other.  Could be related to that or it could be that this was

6   just the side she had more pain in.

7   Q.  And you're unable to opine as to any particular cause for a

8   woman having more pain on one side than the other?

9   A.  No.

03:36  10   Q.  Fair enough.

11          All right.  Doctor, if you would continue to read

12   that note.

13   A.  "She was unhappy with smaller size.  I explained she has

14   very large implants.  She understands."

03:36  15   Q.  Okay.  Let me stop you there.

16          Does this indicate that Ms. Jones still felt that

17   her breasts were too small after the implants?

18   A.  She -- yes, at that point, she was -- she was unhappy with

19   it.

03:36  20   Q.  And you --

21   A.  At that point, yes.

22   Q.  You explained that the implants were actually -- your words

23   are -- "very large"?

24   A.  They're very -- they were very large implants for that,

03:36  25   yeah.

03:36   1   Q.  I don't know anything about implant sizes.  Can you tell us

2   what the range of sizes is?

3   A.  They range from 200 to 800.

4   Q.  And she --

03:36   5   A.  So, these are right in the middle of the size, actually.

6   Q.  For those of us who are more familiar with bra sizes than

7   we are with cc's, can you give us some idea what is a 450 cc

8   implant equivalent to?

9   A.  It varies from person to person, like we discussed chest

03:37   10   size.  So, 450 can be a full C; in some women it can be a small

11   C; in some women it can be a small D.  So, it varies.

12   Q.  On someone the size of Ms. Jones, how would you --

13   A.  I would say she was a full C, small D.

14   Q.  Would you go ahead and continue reading that note, please?

03:37   15   A.  "She feels right breast is bigger."

16   Q.  That was the one that you had filled to 450 cc's.  Is that

17   correct?

18   A.  Correct.

19   Q.  Please continue.

03:37   20   A.  "Both breasts, right infra-mammary fold tight."  So it was

21   actually short on the right.

22   Q.  Is the infra-mammary fold -- we've been talking about that

23   for awhile now, and I would just like to be sure that we're not

24   misunderstanding you.

03:38   25            Is the infra-mammary fold simply the crease at

1    the very bottom of a woman's breast?

2    A.   Yes.

3    Q.   All right.  Please continue.

4    A.   "Good symmetry, size and shape; follow-up two weeks;

5    massage."

6              And then I wrote, "Discussed with mother, who was

7    present."

8    Q.   Had you discussed with Ms. Jones the size implants or --

9    actually, most patients, I would assume, don't really know what

10   size implant they need.  Would that be fair?

11   A.   We discuss it in detail in pre-op.  We have them try them

12   on several times so there's no surprise when it comes to

13   post-op care.

14             These issues are very common in patients.  I

15   would say probably 90 percent of patients are -- either think

16   their implants are too big or they're too small.  And it takes

17   them three to six months to kind of decide, you know, if they

18   like them when they like them.  So, this is actually a very

19   common scenario.  So, this isn't unusual, this whole thing that

20   we're describing in this note.

21             THE COURT:  How common is it for women who had breast

22   augmentation to ask that the implants be removed?

23             THE WITNESS:  Rarely.

24             THE COURT:  Less than 10 percent?

25             THE WITNESS:  Less than 1 percent.

BY MS. CULLEN:

Q.  Is there a limit to how large an implant should be placed on a particular woman?

A.  Well, I mean, the largest implant made is 800 cc's.  So, there's one limit.  You know, it's all about proportions, when I see patients in my office, you know, their shoulders, their hips, their chest width.

Someone described that her size should be a 350 cc implant.  It just doesn't happen that way.  There's just so much variety in chest walls.  So, there's no too big, too small.  It's what's appropriate for that specific person.

Q.  Well, let me ask you, I want to specifically talk about not the esthetics, not what someone wants or what you believe would be attractive in proportion to the body.

But in physical, medical, mechanical terms, is there a limit to how large an implant can be expected to perform acceptably on a given woman, especially a small one?

A.  I mean, it's hard to say.  I mean, there aren't any -- it's just hard to say exactly.  You know, is a 300 cc going to perform better than a 450?  I don't know.  There's just so much variety in the human body.  I couldn't tell you that specifically.

I can tell you, yes, I probably wouldn't put an 800 cc implant in a 5'4" or -6" person.  But I just -- I can't tell you that specifically.

03:41  1    Q.  What are the factors that you consider, other than

2    esthetics, when it comes to, as a practical matter, is this

3    going to work for a reasonable length of time before bottoming

4    out?  What factors do you look at?

03:41  5    A.  You look at the quality of their tissues; if they have, you

6    know, good integrity in their skin, no stretch marks, they

7    haven't had children, chest width or health issues.  I mean,

8    all those things are put into the factor of deciding on

9    implants.

03:41  10          If a woman's skin is very thin right before

11   surgery, I'm very honest to tell them that their skin is

12   probably not going to hold up long term, that they may need

13   some kind of revision.

14          So, again, there's -- just so many different

03:42  15   issues come into play as far as how long an implant is going to

16   hold up, how big an implant can go.  I'm not a doctor that

17   advocates large implants, for that reason.

18          And, you know, I may have put that in her note

19   that I thought they were very large; but, honestly, I think

03:42  20   they were a good size for her.

21   Q.  When skin doesn't hold up -- I believe that was the phrase

22   you used -- bottoming out is the result.  Is that correct?

23   A.  (No response).

24   Q.  Mr. Kelly showed you your note about her breasts being

03:42  25   perfect on March 5th of 2005, I believe.  You were pleased with

03:42   1   your work?  It was a good outcome for you?

2   A.  Yeah.  Honestly, that's not a word I typically use.  But

3   she had an excellent result, absolutely.

4   Q.  Why wouldn't you take pictures at that point, when

03:43   5   everything was perfect, to keep in your record?

6   A.  You know, I just didn't do it at that time in my practice.

7   I usually waited until their scar faded a little bit more.  And

8   that was usually at about six to nine months.

9   Q.  Tell me something, Doctor.  I mean, this has been six years

03:43   10   ago now.  And frankly, I don't recall off the top of my head

11   just when it was that your records were subpoenaed in this

12   case.

13             How can you remember when you took photographs

14   of -- is there -- are there dates in your chart someplace, that

03:43   15   we've missed, where it says when you took pictures?

16   A.  No.  But when we take them, we denote the dates that we

17   take photos.

18   Q.  Where?  Where do you make that note?

19   A.  Well, it may not be in the charts.  We may write it on the

03:43   20   back of the photos.  Or it may be in either my notes somewhere.

21   Q.  How do you know when you took the photos post-implant of

22   Jamie Jones?

23   A.  How do I know?

24   Q.  Yes, ma'am.

03:44   25   A.  I believe I did write in the notes that "photos were taken

03:44   1  today."

2  Q.  And if we don't find notes about when the photos were

3  taken, can you enlighten us?  Have you reviewed this chart in

4  preparation for coming here today?

03:44   5  A.  I have.

6  Q.  Did you?

7  A.  Yes.

8  Q.  Did you notice, when you reviewed your chart, whether there

9  were any notes, either on the backs of the photographs or in

03:44  10  your chart, about when you took the photos?

11  A.  I don't remember right now, but I'm sure there are on

12  there.

13  Q.  To follow up on an issue raised by Mr. Hedges with you, if

14  a woman suffered severe trauma which she described as a vicious

03:45  15  attack, severe trauma to her breasts, he asked about what one

16  might expect to see the next day.

17          And what I would like to take up with you is what

18  one might expect to see one week later.  One week after a

19  severe trauma, especially one bad enough to tear the capsules

03:45  20  around breast implants, what would you expect to find at that

21  point?

22  A.  I would envision swelling.  I would envision bruising,

23  soreness, redness.

24  Q.  You would expect there to be pain a week later?

03:45  25  A.  I would expect it, yes.

03:45  1   Q.  And visible bruising?

2   A.  Of some sort.  I mean, it's hard to say exactly if it would

3   be just redness then or -- because sometimes if a capsule is

4   torn the bruising is internal.

03:46  5   Q.  But you would expect there to be some visible bruising on

6   the outside?

7   A.  Something.

8   Q.  And pain?

9   A.  I would expect.

03:46  10   Q.  And swelling?

11   A.  (Indicating).

12   Q.  Now, I want to go to the office note that you made when

13   Ms. Jones came to see you after returning back to the United

14   States from Iraq.  I believe that was on August 15th.

03:46  15          MS. CULLEN:  If we could look, please, at KBR 70 at

16   Page 86, please.

17   BY MS. CULLEN:

18   Q.  And again, Doctor, I would appreciate your help in reading

19   this note.

03:46  20          MS. CULLEN:  Could you highlight for us -- there we

21   go.

22   BY MS. CULLEN:

23   Q.  Can you read your note for us?

24   A.  It says, "Plastic surgery follow-up.  Patient here for

03:47  25   follow-up after a short period in Iraq.  Patient states she was

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

03:47  1 sexually assault, with severe trauma to breasts and other areas

2 which have been treated, except for the breasts."

3 Q. Let me stop you there.

4     Did she tell you what injury to other parts of

03:47  5 her body had been treated?

6 A. She did not.

7 Q. All right.

8 A. That I remember.

9 Q. Okay.  Please continue.

03:47  10 A. "Patient states that her breasts were severely traumatized

11 during the incident.  She states she has severe bruising, pain

12 both breasts.  She has residual pain in left breast.  She is

13 here to evaluate breasts."

14 Q. All right.  Tell me what's the difference -- or can you

03:47  15 explain to us what do we mean here when we say "pain in both

16 breasts" and then "residual pain in left breast"?

17 A.  I believe what I said -- what I meant in the first sentence

18 is that she stated that her breasts were severely traumatized

19 during the incident and at that time they were severely bruised

03:48  20 and had pain in both breasts.  Now she has residual pain in the

21 left breast.

22 Q. All right.  At this point, approximately two weeks and

23 maybe two days after when she says she was assaulted and

24 traumatized, at that point in time would you anticipate being

03:48  25 able to see bruising, swelling, whatever?

03:48    1    A.  Possibly.

         2    Q.  Is it true that what you have just read to us is you

         3    writing down what Ms. Jones said to you?

         4    A.  Yes.

03:49    5    Q.  This is not in any way your interpretation of her

         6    situation; it's simply what Ms. Jones reported to you?

         7    A.  Correct.

         8    Q.  If you would continue reading.

         9              And take a look at it first and tell us is the

03:49   10    next section your record of what you saw.

        11    A.  Yes.

        12    Q.  All right.  Please read that for us.

        13    A.  It's, "Bilateral breast."  It says, "Severe deformity, left

        14    breast, loss of infra-mammary fold, flattened appearance,

03:49   15    tenderness on all areas, no masses and no lymphadenopathies."

        16    Q.  You don't mention bruising or swelling.  Is it fair to

        17    assume from that that you did not see bruising or swelling?

        18    A.  Yes.

        19    Q.  You mention "severe deformity."  Is there something about

03:49   20    this note that is different from bottoming out?

        21    A.  (No response).

        22    Q.  Was that a bad question?  Shall I rephrase that?

        23              Would you agree that the observations recorded in

        24    this note describe bottoming out?

03:50   25    A.  It does.  I -- what I do remember of this is I was shocked

03:50  1   when I saw her breasts, how different they looked from when I

2   saw her.

3   Q.  Because you had been so proud of the perfect job?

4   A.  Well, yeah, I mean, she had a nice result.  So, I was

03:50  5   shocked.

6   Q.  Do you typically describe bottoming out to your patients as

7   "deformity"?

8   A.  You know, not necessarily describe it to patients that way.

9   Q.  Do you describe it in your notes that way, typically?

03:50  10  A.  Typically, I'll write it in my notes or -- or I can -- I'll

11  tell patients that, also.  Patients are very savvy nowadays,

12  also, so --

13  Q.  So, you refer to it as a "deformity" rather than as

14  "bottoming out"?

03:51  15  A.  Could be either/or, yes.

16  Q.  Can you tell me whether you more frequently refer to it as

17  "bottoming out" or --

18      THE COURT:  Are you now asking about her conversations

19  with patients or her notes?

03:51  20      MS. CULLEN:  Her notes.

21      THE COURT:  Her notes.

22  A.  Well, you know, I may not have written it as "bottoming

23  out" at that point because I was just a little shocked in how

24  the breasts looked.  So it may have been, "Wow, these are

03:51  25  deformed."

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

03:51    1    BY MS. CULLEN:

2    Q.    It was a shocking story, wasn't it?

3    A.    Yes.

4    Q.    And, of course, you're concerned for your patient?

03:51    5    A.    Absolutely.

6    Q.    And that it was a story that certainly would elicit

7    sympathy and concern?

8    A.    Yes.    But these are objective findings at the time of the

9    exam.

03:51    10    Q.    We're all human and we're all affected by those --

11    A.    Sure.    Sure.

12    Q.    -- those kinds of terrible, traumatic stories.

13    A.    Absolutely.

14    Q.    Would you read the next portion of your note, please?

03:52    15    A.    It says, "Right breast deformity not as severe, moderate,

16    loss of infra-mammary fold, mild tenderness, no masses and no

17    lymphadenopathy."

18    Q.    Would it be fair to say that the condition of the right

19    breast was a similar type problem but less severe?

03:52    20    A.    Correct.

21    Q.    Would you continue reading your note, please, ma'am?

22    A.    It says, "Implants intact, breasts significantly changed

23    since last visit, deformity of bilateral breasts, assume

24    secondary to trauma."

03:52    25    Q.    Let me stop you there.

03:52   1          Why did you assume what you were seeing was

2    secondary to trauma?

3    A.  Just from prior experience of seeing patients this far from

4    surgery.  Being in this state is very unusual.

03:53   5    Q.  One doesn't often, frequently see bottoming out of this

6    degree nine months post-op.  Is that fair?

7    A.  I don't see it in my practice, in my patients.

8    Q.  In nine months?

9    A.  In nine months.

03:53   10   Q.  What's the shortest amount of time in which you have

11   recognized bottoming out, either from your own surgery or

12   another surgeon's work?

13   A.  It's rare that I have seen any bottoming out in my

14   patients.  I've seen other surgeon's bottoming out.  But I

03:53   15   just -- you know, I can't give you an example of how long.

16   It's hard to say.

17   Q.  You can't recall whether you've ever seen another surgeon's

18   work bottom out, if I may use that expression, in nine months?

19   A.  Could be.  If so, nine months would be pretty early.

03:53   20   That's pretty early.

21   Q.  If Ms. Jones had not told you she had been severely

22   assaulted and traumatized in Iraq, if you had not heard any

23   story of that sort from her, what would your diagnosis of the

24   problem have been on August 15th?

03:54   25   A.  The description of her breasts would be the same.

03:54   1    Q.  But what cause would you have attributed to it?

      2    A.  I honestly would have wondered what's up.  Because

      3    honestly -- and, you know, I'm not here to brag about that I'm

      4    the best plastic surgeon in the world and this doesn't happen

03:54   5    to me.  It's just very rare that I see bottoming out in my

      6    patients.  And to see this at nine months, something --

      7    something would have had to happen, other than just normal

      8    progression of breast implants.

      9    Q.  You mentioned poor surgical technique as one of the causes

03:55  10    of bottoming out.  I assume that you may have seen that happen

     11    with other surgeons' work?

     12    A.  I've seen it.

     13    Q.  And it's certainly upsetting to see someone, whose work

     14    appeared to have been perfect, in this sort of condition nine

03:55  15    months later.  Fair enough?

     16    A.  It's surprising, yes.

     17    Q.  You could not actually reach a medical opinion, based upon

     18    what you saw on August 15th, 2005, that Jamie Jones had in fact

     19    been raped or attacked?

03:55  20    A.  I personally couldn't say that because I wasn't there.  I

     21    just could make the observation.

     22    Q.  To reach the conclusion in your notes that the malposition

     23    problem with Jamie's breast was a result of trauma, you had to

     24    rely entirely upon what she told you, correct?

03:56  25    A.  Not entirely.  I mean, just intuitively, something happened

03:56  1   to her breasts for them to look like that.

2   Q.  What other kind of trauma have you seen cause bottoming

3   out?

4   A.  Other trauma that can cause breast deformity or bottoming

03:56  5   out, motor vehicle crashes.

6   Q.  Actually, you've never seen trauma cause bottoming out in

7   any of your patients, have you?

8   A.  But in medical records --

9   Q.  In medical literature, yes.

03:56  10   A.  That's right.

11   Q.  Yes.  Thank you.

12         And in the medical literature, what have you seen

13   as traumatic causes for bottoming out?

14   A.  Most commonly is -- not that it's common -- is motor

03:56  15   vehicle crashes.

16   Q.  Why would that cause bottoming out?

17   A.  It's just the compression of the breasts.

18   Q.  By the seat belt?

19   A.  Can be seat belt.  It can be not wearing a seat belt.  Can

03:57  20   be hitting a dashboard.

21   Q.  Doctor, I want to take a look -- oh, did we finish?  I

22   don't think we finished.

23         Would you finish reading your note, please,

24   ma'am?

03:57  25   A.  Says, "Patient will need removal and replacement of

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

03:57  1    implants, reconstruction of infra-mammary fold, bilateral.  She

2    understands the risks and benefits and patient will plan

3    surgery in October for inflammation to subside.  She will

4    require at least three to six months' recovery without

03:57  5    strenuous activities."

6    Q.  I wanted to ask you, after your prior surgery it was

7    three-plus months when you were saying her breasts were

8    perfect.  Here you're saying it will take three to six months'

9    recovery.

03:57  10          What is a typical recovery period following a

11   breast augmentation?

12   A.  Well, typically, they are feeling much better about two

13   weeks.  In my practice, I don't like for them to do any

14   strenuous activities or heavy lifting for about six to eight

03:58  15   weeks.

16   Q.  At what point is the bruising, swelling and pain gone,

17   typically?

18   A.  Typically, there isn't any bruising with breast

19   augmentation.  The swelling and pain, most of it is gone by

03:58  20   about two to four weeks.

21   Q.  Why do you wait six months to take post-op photographs?

22   A.  That was just what I did in my practice because I wanted

23   their scar to fade a little bit more.

24   Q.  Does it take longer to recover from a capsulorrhaphy, or a

03:58  25   repair of bottoming out, than it does to recover from the

03:58   1   initial augmentation surgery?

2   A.  It does.

3        MS. CULLEN:  I would like to now go to KBR 70 at

4   Page 44.

03:59   5            We would like to offer Bortz 192 into evidence.

6        MR. McKINNEY:  It's in.

7        MS. CULLEN:  Would you put up --

8        MR. KELLY:  I still have no objection.

9   BY MS. CULLEN:

04:00   10   Q.  Doctor, is that your -- that's not your handwriting, is it?

11   A.  No.

12   Q.  If Ms. Jones called your office, would this likely be one

13   of your staff who took this note?

14   A.  Yes.

04:00   15   Q.  Can you read that note?

16   A.  It says, "Jamie Jones called per her attorney" -- something

17   "not to schedule" -- oh, "to include details in your report,

18   only that she was raped in Baghdad and has breast trauma."

19   Q.  Does that say, "Do not include details in your report, only

04:00   20   that she was raped in Baghdad and has breast trauma"?

21   A.  Yes.

22   Q.  Do you recall being requested by Ms. Jones to write a

23   letter for her concerning those issues?

24   A.  Not relating to this letter.  I don't -- I don't remember

04:00   25   this note.

04:01    1            MS. CULLEN:  Let's look at KBR 70 at Page 27.

2       BY MS. CULLEN:

3       Q.  And this is a letter dated three days after the date of the

4       telephone note.

04:01    5       A.  Okay.

6       Q.  All right.  Do you recall writing this letter?

7       A.  Yes.

8       Q.  Did you write this letter at Ms. Jones' request?

9       A.  Yes.

04:01   10       Q.  And in it you state that she was seen in your office on

11       8-15-05 due to the rape that occurred in Baghdad resulting in

12       trauma to her chest cavity.  That certainly implied opinion

13       that trauma to her chest cavity was due to a rape that occurred

14       in Baghdad is based entirely on the story that Ms. Jones told

04:02   15       you, right?

16       A.  Yeah.

17       Q.  And would you please explain to us in layman's terms what

18       is the "chest cavity"?

19       A.  It's just the chest.

04:02   20       Q.  It's not the inside of the chest, where the organs are, the

21       chest cavity?

22       A.  Well, I mean, what I meant in this is just the chest.

23       Q.  Do you think that perhaps someone else prepared this letter

24       for your signature?

04:02   25       A.  Well, if someone else prepares it, I dictate it to them how

04:02  1   it's written.  So --
2   Q.  You don't have any problem with its expression of "trauma
3   to the chest cavity"?
4   A.  No.
04:02  5   Q.  All right.  What trauma occurred to the chest cavity, in
6   your opinion?
7   A.  Obviously, I wasn't there to say if trauma did happen or
8   not; but this note was requested so that she -- they wanted to
9   send her immediately back to work over there.  And, so, I
04:02  10   remember writing this letter so that she could actually stay
11   here and recover.
12   Q.  All right.  So, this was written at Ms. Jones' request, and
13   she explained to you that she needed you to say this so that
14   she wouldn't be forced to go right back to work in Iraq.  Is
04:03  15   that right?
16   A.  She didn't ask me to write anything specifically.  It was
17   that she had had some significant trauma and I was giving her
18   some time to stay in the United States before going back.
19   Q.  And as it notes in the phone note, the letter does reflect
04:03  20   that she was raped in Baghdad and, as a result, suffered
21   trauma.  Is that right?
22   A.  I'm sorry.  Say that again.
23   Q.  In fact, your letter does reflect what was requested in
24   the phone note, that she was raped in Baghdad and she has
04:03  25   trauma, true?

04:03   1    A.   That's what it says.

2                    MS. CULLEN:   Let's look at KBR 70 at Page 28, another

3    letter.

4                    I'm sorry, did I say Page 28?   I meant Page 26.

04:04   5    That's the one.

6    BY MS. CULLEN:

7    Q.   In this letter to Ms. Falanga -- did you understand who

8    Ms. Falanga was when you wrote this letter?

9    A.   I don't remember Ms. Falanga.

04:04   10   Q.   Department of State employee involved in the investigation

11   of the events in Iraq.

12   A.   Okay.

13   Q.   Does that refresh your memory at all?

14   A.   (No response.)

04:04   15   Q.   You may not have known who she was at the time you wrote

16   the letter.

17   A.   I don't remember Ms. Falanga.   Sorry.

18   Q.   Okay.   Fair enough.   You're telling Ms. Falanga that

19   Ms. Jones had been in your office on August 15th of 2005, that

04:05   20   she presented with a deformed left breast and loss of her

21   infra-mammary fold, which is the bottoming out that we've been

22   talking about, right?

23                    "She complained of pain in her left chest wall,"

24   is this the residual pain on the left side, that we saw

04:05   25   reflected in your office note?

04:05   1   A.   From after the surgery or after the --

2   Q.   After Iraq, your office note from when she came to see

3   you --

4   A.   Yes.

04:05   5   Q.   -- after returning from Iraq?

6   A.   Yes.

7   Q.   Okay.  Can you clarify for me, was Ms. Jones complaining of

8   pain in the breast or pain in the chest wall or how do you

9   distinguish between the two?

04:06   10   A.   It's hard to say.  It is hard to distinguish at times.  It

11   just hurts.  So, it could have been breast, could have been

12   chest wall, could have been both.  It's semantics.  It hurt on

13   the left side.

14   Q.   Tell me, anatomically, what all is included in the chest

04:06   15   wall.

16   A.   The breast.

17   Q.   Would it be that entire list that we have up there?

18   A.   Absolutely.

19   Q.   Right down through the pleura?

04:06   20   A.   Yes.

21   Q.   So, any one of those layers --

22   A.   Right.

23   Q.   -- could be the source of the pain?

24   A.   And, frequently, at the time of the visit it's difficult to

04:06   25   determine exactly where that pain is.

04:06   1   Q.  It's not always easy to pinpoint where pain is originating

2   from, is it?

3   A.  It's not.

4   Q.  This -- the last sentence in this note, I'm skipping down

04:06   5   to -- although, certainly, if there's anything that I'm

6   skipping that you think is relevant to my questions, you please

7   call it to my attention.

8          But the last sentence says, "This deformity does

9   not occur in a normal post-operative fashion in a breast

04:07   10   augmentation."

11          Have I understood your testimony correctly that,

12   in fact, bottoming out does occur post-operatively but

13   generally over a longer period of time?  Is that fair?

14   A.  That's fair.  It can; it doesn't always.  Yes.

04:07   15          THE COURT:  What percentage of the cases would you

16   say?  Just an order of magnitude.  Order of magnitude less than

17   20 percent, more than 40 percent?

18          THE WITNESS:  I would say less than 20 percent.

19   BY MS. CULLEN:

04:07   20   Q.  Would you agree that a normal postoperative result includes

21   an entire range, or continuum, of results from perfect to not

22   so great but acceptable and probably most surgical outcomes

23   fall somewhere in the middle of that range?

24   A.  I think it depends on -- especially with breast

04:08   25   augmentation -- what a woman looks like beforehand.

04:08    1    Q.  So, the post-op result is somewhat predictable for an
         2    experienced surgeon?
         3    A.  I would agree with that.
         4            THE COURT:  Does the results in a breast augmentation
04:08    5    depend much on the overall health of the patient, including
         6    mental health?
         7            THE WITNESS:  I'm sorry.  Say that again.
         8            THE COURT:  Do the results to be expected in a breast
         9    augmentation depend largely, somewhat, or not at all on the
04:08   10    overall health of the patient, including her mental health?
        11            THE WITNESS:  It does.  I mean, if you have many
        12    medical problems, your results won't most likely be as good.
        13    Mental health is very important in any type of surgery,
        14    especially plastic surgery.
04:09   15    BY MS. CULLEN:
        16    Q.  And, Doctor, would you agree that occasionally,
        17    unfortunately, a patient has a bad result even with all due
        18    care on the part of the surgeon?
        19    A.  It can happen.
04:09   20    Q.  You've discussed the difficulty with repairing bottoming
        21    out and how it's likely to recur in many instances,
        22    particularly when the repair is done by going in, as
        23    Dr. Ciaravino did, and putting in some stitches to try to keep
        24    it from sliding down.
04:10   25            Unsophisticated but I hope reasonably accurate

04:10  1    for those of us who aren't doctors.

2             Would repeat problems with breast implants, such

3    as bottoming out and even complaints of rippling, would those

4    sorts of problems be less likely to recur with smaller size

04:10  5    implants?

6    A.  It can.

7             MS. CULLEN:  I'll pass the witness.

8             Thank you very much, Dr. Lahiri.

9        THE WITNESS:  You're welcome.

04:10  10       THE COURT:  Can we excuse the witness?

11       MR. KELLY:  I have some redirect, your Honor.

12                    **REDIRECT EXAMINATION**

13   BY MR. KELLY:

14   Q.  Would Dr. Ciaravino have ever had to have done surgery at

04:10  15   all, Doctor, if there hadn't been some trauma?

16   A.  I don't believe so.

17   Q.  You said you were shocked when you saw Ms. Jones when she

18   returned from Iraq?

19   A.  Uh-huh, yes.

04:11  20   Q.  Is it fair to say, based on what you said, that that's

21   because her healing process was actually on an upward

22   trajectory until she went to Iraq?

23   A.  Absolutely.

24   Q.  In fact, just coincidentally, when you saw her in August of

04:11  25   2005 after she returned, that was about at the nine-month

04:11   1   period after you had done the surgery, wasn't it?

2   A.   Correct.

3   Q.   You should have been taking your success photographs that

4   month?

04:11   5   A.   Right.

6   Q.   Instead you were looking at the post-trauma result?

7   A.   (No response.)

8          MR. KELLY:   Can we put that Page 26 of KBR -- is it

9   70 -- back up?

04:11   10          Just blow that whole thing up, if you could,

11   Bill.

12          That other page was it, I thought.   That's 47,

13   Page 26.   I thought you just had it.

14   BY MR. KELLY:

04:12   15   Q.   Okay.   While he's finding that one, Doctor, you were asked

16   a lot of questions about this repair of the intercostal muscle

17   during the original breast augmentation.   Did you have a good

18   repair?

19   A.   I did.

04:12   20   Q.   How certain are you that that's not what caused the trauma

21   or the -- excuse me -- that that's not what caused the results

22   that you saw in August?

23   A.   I'm almost 100 percent sure.

24   Q.   In fact, that only happened on the left side, right?

04:12   25   A.   Correct.

04:12  1   Q.  We had some injury to the right side of Jamie's chest,

2   didn't we?

3   A.  That I could tell, absolutely.

4   Q.  No way that's related to the intercostal injury that

04:13  5   occurred --

6   A.  Right.

7   Q.  -- during the surgery?

8        Okay.  You started to tell us about the negative

9   psychological implications of hypoplasia, and I don't think you

04:13  10   got to finish that answer.  I would like to give you an

11   opportunity to do that.

12        What are the negative psychological implications,

13   in your experience, of hypoplasia?

14   A.  Well, obviously, I see a lot of young women, older women,

04:13  15   women of all ages that come into my practice; and they're very

16   distressed, you know.  They don't want to look at themselves in

17   the mirror; they don't want their husband or boyfriend to see

18   them.  It's very anxiety provoking for them.

19        It may not be a medical necessity to have a

04:13  20   breast augmentation; but for women, it's a major part of being

21   a woman and being feminine.  I do quite a bit of breast

22   reconstructions for cancer in my practice.  It's an important

23   part of being a woman in our society and I -- I don't think

24   that we should ever belittle that procedure.  I think it's an

04:14  25   important procedure, and it makes women feel better about

04:14   1    themselves psychologically and physically.

2    Q.  You were asked some questions by Ms. Cullen about the

3    condition of bottoming out is caused sort of when the skin

4    doesn't hold up, I think is the phrase that she used.

04:14   5            And you said that there were -- or I wrote down

6    three of the different factors that go into that.  One of them

7    was gravity, one of them was force, and one of them was the

8    weight of implants.  Do you remember that testimony?

9    A.  Yes.

04:14   10   Q.  Are there any other factors that you consider as far as

11   whether or not the skin doesn't hold up?

12   A.  Those are the main reasons.  I can't think of anything else

13   right now.

14   Q.  And here's -- gravity, I think you said if we just rely on

04:15   15   gravity, it's going to take -- did you say ten years or so?

16   A.  Usually it's a long period of time for gravity.

17   Q.  Let's talk about force.  Force can speed up that process,

18   can't it?

19   A.  Absolutely.

04:15   20   Q.  And is it fair to say that more force can speed that

21   process up more quickly?

22   A.  Yes.

23   Q.  You were also asked about -- in response to some of

24   Mr. Hedges' questions, you were asked about the Mentor

04:15   25   recommendations to breast implants.

04:15   1                        Is it fair to say, Doctor, that if you're going
        2   to evaluate a patient and determine what the best procedure of
        3   any kind is, medically, that you have to actually look at the
        4   patient?
04:15   5   A.   Absolutely.
        6   Q.   Is that why we rely upon doctors?
        7   A.   Absolutely.
        8   Q.   Can a doctor fairly evaluate a patient simply by looking at
        9   a manual or records?
04:16   10   A.   No.
        11   Q.   We have to rely upon your professional experience in
        12   evaluating?
        13   A.   Absolutely.
        14   Q.   You were asked if Jamie had thin tissue.  Do you recall
04:16   15   that?
        16   A.   Uh-huh.
        17   Q.   And you wrote -- I wrote you responded, "She does now,
        18   yes."  Do you recall that?
        19   A.   She does.
04:16   20   Q.   Can you explain what you meant by that?
        21   A.   Well, what I meant is that initially, when I first met her
        22   and she was my patient, she had excellent quality of tissues;
        23   and now she doesn't.  That's what I meant.  It's thinner now.
        24   Q.   And I want to talk to you just briefly and see if we can
04:16   25   explain this.  There was some questions about the repair work

04:16  1    that Dr. Ciaravino did, and I think there was some implication

2    that Dr. Ciaravino's repair work was not likely to last based

3    upon the way he did it.  Do you recall that?

4    A.  There were some questions about that, and my comments were

04:17  5    to the fact because I had done those procedures -- you know, I

6    wasn't accusing any doctor of not doing the right thing.

7    It's -- we, as plastic surgeons, struggle to fix that problem.

8    It's extremely difficult.

9          And, you know, I've done those procedures with

04:17  10   sutures; and sometimes they hold up and sometimes they don't.

11   Q.  And again, if there hadn't have been the trauma

12   precipitating the need for that surgical repair, there would

13   never have been that struggle in the first place.  Is that

14   fair?

04:17  15   A.  Exactly.

16   Q.  Is it true, Doctor, that areas that are rich in nerve

17   endings actually heal faster than areas of the body that are

18   not rich in nerve endings?

19   A.  They can because usually there's a blood vessel with it.

04:17  20   Q.  The surgical procedure that you've recommended that Jamie

21   needs to have now, I want to make sure that I -- can you

22   explain it to us again, what it is that she needs?

23   A.  Basically she -- because the distance between the bottom of

24   her areola and her infra-mammary fold is long, it's too long,

04:18  25   that needs to be shortened and the implant needs to be

04:18  1   elevated.  So, the implant has bottomed out.

2              And the technology nowadays allows us to use

3   something called "Stratus" for cosmetic uses; and it's actually

4   porcine skin or pig skin.  And it's sutured to the chest wall,

04:18  5   and it acts as a hammock for that implant.  So, it holds it up

6   long term so you're not relying on thinner tissues, a capsule.

7   You are relying on very thick tissue with a lot of integrity.

8   Q.  I know I'm skipping around, and I'm doing that because I'm

9   trying to be quick.

04:18  10  A.  Sure.

11            MR. KELLY:  If we could go to Page 86 of KBR

12  Exhibit -- before we do that, let's go back to that.  This is

13  Page 26.

14  BY MR. KELLY:

04:19  15  Q.  Doctor, you recall being asked questions about this letter

16  to Ms. Falanga.  Let me just ask you this.

17            First of all, I think it says, "her last visit on

18  12-20-05."  Is that a typo?

19            THE COURT:  We've been over that.  Her last visit was

04:19  20  on 12-20-05.

21            MR. KELLY:  I think it's --

22            THE WITNESS:  '04.  I think that says '05.

23  BY MR. KELLY:

24  Q.  Other than that typo, Doctor, is there anything in this

04:19  25  letter that is untruthful at all?

04:19   1   A.  No.

2          MR. KELLY:  Could we go to Page 86 of the same

3   exhibit, please?

4               Actually, just blow up under the Sections B

04:20   5   and -- I believe it's R.

6               There you go.

7   BY MR. KELLY:

8   Q.  Doctor, you were asked some questions about the top part of

9   this and about whether that was Ms. Jones' subjective reporting

04:20   10  to you.  Do you recall that?

11  A.  Yes.

12  Q.  Is this the objective portion of the examination?

13  A.  Yes.

14  Q.  This is your findings?

04:21   15  A.  Yes.

16  Q.  And you used the word "severe deformity," correct?

17  A.  Correct.

18  Q.  And you use the words "loss of infra-mammary fold"?

19  A.  Correct.

04:21   20  Q.  "Flattening" -- I'm sorry.  "Flattened appearance,

21  tenderness on all areas."  And that's the left breast, correct?

22  A.  Correct.

23  Q.  On the right breast, again you say "breast deformity

24  and" -- I'm sorry.  I can't read the next two words.  I have to

04:21   25  ask you to read those for me.  I apologize.

04:21  1   A.  "Not as severe, moderate, loss of infra-mammary fold, mild

       2   tenderness, no masses, no lymphadenopathy."

       3   Q.  And again, those words, "severe," to describe what happened

       4   on the left, those are your words?

04:21  5   A.  They're my words.

       6           MR. KELLY:  Thank you, Doctor.  I have no other

       7   questions.

       8           MR. HEDGES:  I think we just want to offer KBR

       9   Exhibit 70 into evidence at this time.  I think everybody used

04:21  10  it.

       11          MR. KELLY:  No objection, your Honor.

       12          THE COURT:  Admitted without objection.

       13          MR. HEDGES:  We have no further questions, your Honor.

       14          THE COURT:  Ms. Cullen?

04:22  15          MS. CULLEN:  Nothing further, your Honor.

       16          THE COURT:  You may step down, Doctor.  Thank you very

       17  much.

       18          MR. KELLY:  How does the Court wish to proceed, your

       19  Honor?

04:22  20          THE COURT:  What's coming next?

       21          MR. ESTEFAN:  Your Honor, we could play a relatively

       22  short video deposition; but it's probably going to be longer

       23  than the cutoff time we talked about yesterday.  And I think

       24  you wanted to knock off at 4:30 today.

04:22  25          THE COURT:  Not today, no.  We didn't need to knock

04:22  1  off today.

2  While we're talking about such things, ladies and

3  gentlemen, we will be shutting down the trial early next

4  Tuesday, the 28th, for a program we do each year for the summer

04:22  5  interns.  It will be about a man named Anthony Gray, who spent

6  19 years in prison for a crime he didn't commit.

7  If any of you are so minded -- and it's entirely

8  optional -- you can stay around for the program.  We have

9  interesting speakers.  Then we'll have wine and cheese

04:23  10  afterwards; but otherwise, you can plan on going home at

11  3:00 o'clock.

12  Monday we won't be able to go past 5:00 for a

13  totally different reason.  I've got to perform a wedding here

14  in chambers.  So, if any of you need to consecrate your vows,

04:23  15  that's available.

16  Why don't we take a five-minute break?

17  *(Recess taken from 4:23 p.m. to 4:47 p.m.)*

18  *(Jury present)*

19  THE COURT:  Members of the jury, please be seated.

20  MR. ESTEFAN:  Plaintiff calls Tyler Schmidt by video

21  deposition.

22  *(Videotaped of testimony of Tyler Schmidt playing)*

23  MR. ESTEFAN:  That concludes the offer for the

24  plaintiff, your Honor.

04:47  25  THE COURT:  Defense then?

04:47   1          MS. CATES:  We'll play our cross.

2          *(Videotaped of testimony of Tyler Schmidt playing)*

3          THE COURT:  Okay.  Is that it?

4          MR. HEDGES:  That's it.

04:55   5          THE COURT:  Okay.  Let's call it quits then, ladies

6      and gentlemen.  Monday morning, 8:30 a.m.

7              Would all please rise for the jury?

8      *(Jury not present)*

9          THE COURT:  All right.  First thing, before I forget

04:55   10     it, Dr. Scarano is available next week.  Do you have any idea

11     what day he's going to be needed?

12         MR. McKINNEY:  The closer toward the end of the week

13     the better.  But that's up to the doctor's schedule would be my

14     thought.  We have other witnesses coming on Monday and Tuesday,

04:56   15     I believe.  And Wednesday.

16         MR. ESTEFAN:  Yes.  We are accommodating quite a few

17     defense witnesses next week, your Honor.  So, Monday, Tuesday,

18     Wednesday are kind of full up.

19         THE COURT:  Okay.  And how many more witnesses do you

04:56   20     have, both live and on video?

21         MR. ESTEFAN:  Give me a minute, your Honor, and I can

22     tell you.

23              Twelve live and four more videos, I think, Judge.

24         MS. CULLEN:  Twelve more?

04:56   25         THE COURT:  Twelve live.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

04:57   1          MR. ESTEFAN:  Twelve live and four more videos.  Not
2      including Dr. Scarano, which -- you know, some of these defense
3      witnesses we have are being put in our week next week.
4          MS. CATES:  Who are the 12 live that still need to
04:57   5      come?
6          MR. ESTEFAN:  I'm not going to tell you.
7          THE COURT:  Well, we could streamline this trial if we
8      knew who one another was going to call.
9          MR. ESTEFAN:  We've been telling them ahead,
04:57   10     your Honor, at least a day oar two.  It's not like we're
11     ambushing them totally.
12         MS. CATES:  Usually the night before, Judge.  At the
13     end of the day they give us a list for the next day.
14         THE COURT:  Okay.  I'm told you need to talk to me
04:57   15     about something?
16         MS. HOLCOMBE:  Yes, your Honor.  We wanted to take
17     up -- we wanted to bring to the Court's attention and seek
18     to admit a portion with the State Department Report, Number 98,
19     Bortz 98.  Your Honor said we would kind of take it on a
04:58   20     case-by-case if something kind of came up throughout the trial.
21         THE COURT:  On the hearsay within hearsay?
22         MS. HOLCOMBE:  Yes, your Honor.
23             Yesterday, if you recall on Anthony Adams'
24     testimony when he appeared by video deposition he -- Mr. Kelly,
04:58   25     in plaintiffs' proffer of Mr. Adams' testimony, they

04:58  1    specifically referenced the Department of State statement that

2    he gave to the Department of State, Mr. Adams.  And actually,

3    Mr. Kelly, in the deposition, had him read a portion from it

4    and then also asked him if the actual notes themselves from the

04:58  5    interview was what he was reading, if those were them; and he

6    said, "Correct."

7              And I have the pages --

8              THE COURT:  (Indicating)

9              MS. HOLCOMBE:  Yes, your Honor.

04:58  10             I have the page and line here.  Based on the

11   objections to portions of the hearsay within hearsay

12   statements, it is our contention that Mr. Adams' portion of the

13   State Department report should be admissible, several reasons.

14   One, the hearsay argument is taken care of by the fact that he

04:59  15   has addressed his own statements in his deposition with

16   Mr. Kelly; and, two, under the argument of waiver, as Mr. Kelly

17   had no problem with his out-of-court statements that he

18   specifically had him read during his deposition.

19             And we would just like that the rest of his

04:59  20   statement that he has asked if it was correct can also be

21   admitted as a part of Bortz 98.

22             THE COURT:  Okay.

23             MR. KELLY:  Several responses, your Honor.  First of

24   all, it's cumulative.  Anything that Mr. Adams would have said

04:59  25   has already been gotten through their proffers of his

04:59   1   testimony.  Second of all, just because he was cross-examined
2   on his statement and asked if his statement was true or not
3   true and being cross-examined on that does not open the door to
4   the entire statement coming in.

04:59   5                And if they had wanted to do anything with that
6   statement, the time to do that was while he was being
7   questioned in his deposition.  He was cross-examined on
8   specific portions of his statement given to the State
9   Department.  That does not mean the whole statement from the
05:00   10   State Department comes in.

11                THE COURT:  Well, I mean, I know it's -- any of these
12   questions are going to be close, but I'm concerned if we're
13   taking some hearsay and not other hearsay, by the same speaker,
14   from the State Department report.

05:00   15                MR. KELLY:  Your Honor, it's not hearsay if he is the
16   deponent being cross-examined on it.  It's no longer hearsay,
17   because it's not being offered for the truth of the matter
18   asserted at that point.  In fact, quite the opposite; it's
19   being offered to show that he's testified inconsistently with
05:00   20   it.

21                MS. HOLCOMBE:  Actually, your Honor, he was being
22   asked about the truth of the matter asserted, whether he had,
23   in fact, explained the previous day if the victim came to his
24   office to discuss her new job.  And then Mr. Kelly proceeded to
05:01   25   ask several questions about if that was, in fact, true.

05:01    1    Therefore, it was being offered for the truth of the matter

2    asserted.

3           And Mr. Kelly even asked him about his actual

4    notes from the interview and if those were, indeed, true as

05:01    5    well.

6           Your Honor, his portion of the Department

7    of State report is only a page and a half of the entire report;

8    and it's the exact same declarant.  The only other statement --

9          THE COURT:  What was his job with KBR?

05:01    10          MR. KELLY:  He was an IT manager, by his testimony,

11    your Honor.

12           And the purpose for offering that particular

13    statement was not for -- not for the truth of the matter

14    asserted.  Quite the opposite, it was to show that even though

05:01    15    that he had stated that Ms. Jones was there three hours late

16    that was not possible because three hours late Ms. Jones was at

17    the clinic.  So --

18          THE COURT:  Yeah.  But what --

19          MR. KELLY:  It's -- it was not for the truth of it at

05:02    20    all.

21          THE COURT:  Well, what I am trying to work through is,

22    he was a KBR employee, why is it not an admission by party --

23    oh, I see, because you guys want to -- yeah, I see.

24          Okay.  Mr. McKinney.

05:02    25          MR. McKINNEY:  I'm agreeing with everything that

Ms. Holcombe says.

MR. KELLY:  Your Honor --

MR. McKINNEY:  I'm really tired.  It's the end of the day, and I don't have anything particularly intelligent to say at this point.

MR. KELLY:  Your Honor, I'm sort of being surprised by this motion, to be honest with you.  But the truth -- but if you can look at what I've proffered, I'm not offering it at all for the truth of the matter asserted.  I'm offering it, in fact, for the lie asserted.  I'm offering it exactly the opposite for the truth of the matter asserted.  The whole point is he wasn't being truthful; and that's why I offered it, to prove that he was biased and offering untruthful testimony.

MS. HOLCOMBE:  And just for clarity of the record, the statement that he says is being offered was not -- just so we're clear on the statement, this is not when she shows up the next morning, which is what you said earlier.  This is actually earlier in the testimony.

MR. KELLY:  I understand.  But both proffers were offered for the same reason, to show that he was untruthful, not to show the truth of the matter asserted.

THE COURT:  Okay.  Wait a minute.

Now, Ms. Holcombe, when you say it doesn't come in as a prior statement of the witness because we don't have the declarant testifying at this trial, is that the --

05:03  1          MS. HOLCOMBE:  No, your Honor.  The declarant did

2   actually testify in this trial about this statement.

3          THE COURT:  Well, if that counts, then why isn't it a

4   prior statement by a witness?  He's offering it to show

05:03  5   inconsistency; you're offering it to show consistency.

6          MS. HOLCOMBE:  Your Honor, it --

7          MR. KELLY:  I'm not offering it.  I cross-examined on

8   it, your Honor.  I'm not offering the entire statement.  They

9   want to offer the statements for the truth of the matter

05:03 10   asserted.  I offered portions of it to prove the lack of the

11   truth of the matter asserted.

12          THE COURT:  I understand that.  You offered it to show

13   "inconsistent with the declarant's testimony and given under

14   oath subject to the penalty of perjury at a trial or

05:03 15   deposition."

16          I think -- I think KBR is offering it under the

17   next subsection, "consistent with declarant's testimony offered

18   to rebut an expressed or implied charge" -- no?

19          MR. KELLY:  But it has to be express or implied charge

05:04 20   of recent fabrication of the specific issue that they're

21   offering.  The point is, your Honor, they want to offer the

22   whole statement.  They're not looking to -- to say that the

23   statements that I have attacked are recent fabrication.

24   They're trying -- they're offering the whole statement to say,

05:04 25   "Well, since he attacked little portions of it, let's go ahead

05:04  1   and put the whole thing in, since some of it we like."

2   That is not -- that is directly violative of what

3   the hearsay rule is meant to prohibit, your Honor.  The fact

4   that he has given an inconsistent lie in the past is the

05:04  5   purpose of impeachment, but it doesn't mean that it opens up

6   the door to all other hearsay statements to come in.

7   THE COURT:  No, no.  I'm not saying that it does.  I'm

8   just saying that you were attacking it for being inconsistent.

9   Why can't they -- why can't they offer something else to show

05:05  10   consistency?

11   MR. KELLY:  The opportunity to show consistency, if

12   you will, your Honor, was at his deposition, to give him the

13   opportunity to clean it up.  But he didn't -- they didn't.  And

14   to do that now through a hearsay statement --

05:05  15   THE COURT:  You're offering it now.  You're not

16   offering it at the deposition.  You're offering it now.

17   MR. KELLY:  No, your Honor, I'm not offering anything.

18   They want to offer it.  I --

19   THE COURT:  But you read from it -- you read from it

05:05  20   is the point.

21   MR. KELLY:  At his deposition, your Honor.

22   MS. HOLCOMBE:  Which is trial testimony today.  It's

23   the same as if he was testifying live, which we should take as

24   if it's trial testimony.  And may I just add?

05:05  25   THE COURT:  Yeah.  Let her finish.

05:05   1              MS. HOLCOMBE:  I would just like to add that even

2       though under 801(d)(2)(1) it can be the declarant testifying at

3       a trial today to prove, like you said, your Honor, under Part B

4       the consistency with his testimony prior.  And, therefore, we

05:05   5       would seek to offer --

6              THE COURT:  And this is (d)1, not (d)2, right?

7              MS. HOLCOMBE:  I'm sorry.  Yes, your Honor, (d)(1)(b)

8       to show consistency with his prior statements.

9              THE COURT:  I'll take a look at the statement.

05:06   10             MS. HOLCOMBE:  I have a copy here, your Honor.

11             MR. KELLY:  If I could briefly, your Honor, I won't

12      belabor the point.  But the opportunity for KBR to elicit

13      testimony from their employee was at the deposition, not to

14      come in here now and sneak in a statement after the fact.

05:06   15             I can't cross-examine that statement, your Honor.

16      I was able to point out inconsistencies at that time.  This was

17      very early on in the discovery phase of this case.

18             If they wanted him here, they should have brought

19      him.  They have control of him.  He works for the company.

05:06   20             THE COURT:  No.  But you're both working off a

21      deposition, and I guess both were -- agreed that a deposition

22      would be offered and then you brought in the State Department

23      report to show inconsistency.  And what they would like to do

24      now is bring in the deposition testimony to show consistency.

05:06   25      Seems like you-all are doing exactly the same thing.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

05:06   1          MR. KELLY:  No.  They're wanting to -- they're wanting

2   to put in the statement.

3          MR. ESTEFAN:  Not the deposition --

4          MR. KELLY:  Not the deposition testimony, they want to

05:07   5   put in a statement to the State Department, your Honor, not out

6   of the transcript.

7          THE COURT:  Well, it doesn't matter.  It's the same

8   thing.  It's a prior statement being offered to rebut a

9   suggestion of inconsistency.

05:07   10          MR. McKINNEY:  And to -- go ahead, Stephanie.

11          MS. HOLCOMBE:  I was just going to say, and his

12   statement is consistent with the testimony that --

13          THE COURT:  At the deposition?

14          MS. HOLCOMBE:  Yes, your Honor.

05:07   15          Other parts, too, that you had had a chance to

16   cross-examine him on are consistent.

17          MR. McKINNEY:  Additionally -- additionally, it's

18   Mr. Kelly's position that he successfully impeached the

19   witness' testimony --

05:07   20          THE COURT:  Yes.

21          MR. McKINNEY:  -- by using the statement.

22          THE COURT:  I know.

23          MR. McKINNEY:  The reason why the statement should

24   come in is because the jury can look at the statement and

05:07   25   determine if, in fact, the statement impeaches his testimony or

05:07   1    it's a lawyer's contention contained within the statement,

2    which is why the exception has -- why the rule has this

3    exception.

4           THE COURT:  Right.  I think you're saying the same

05:08   5    thing I'm saying.

6           MR. KELLY:  Then only the statement alluded to and the

7    specific portion of the statement alluded to -- what they want

8    to do, your Honor, is bring in a bunch of extraneous stuff that

9    this witness said to the investigator.  That's the purpose for

05:08   10   offering this to you.  It's because they want to bring in the

11   whole statement made to the Department of State so that they

12   can bring in the extraneous stuff, which bolsters other

13   parts of his testimony, not the specific things that were

14   impeached.  And that's -- your Honor, this is exactly the heart

05:08   15   of hearsay.

16          THE COURT:  Well, I know.  And the hearsay -- and the

17   hearsay rule has built in an exception.

18          MR. KELLY:  But not for this, your Honor, not to be

19   able to --

05:08   20          THE COURT:  Well, they can only offer what is

21   consistent with prior testimony, something from the State

22   Department report that is consistent with his testimony at that

23   deposition or his testimony at some other date; but to the

24   extent they do that, they're entitled to whatever shows

05:09   25   consistency.  And something entirely off the mark, such as what

05:09  1    he did during the Vietnam War, that's different.  But if it's

   2    something that goes to show that his testimony has throughout

   3    been consistent, that has to come in because you've got to

   4    bring in the State Department report for the purpose of showing

05:09  5    inconsistency.

   6         MS. HOLCOMBE:  And I would just add, your Honor, that

   7    if you'll note, I do have it marked "redacted" the parts that

   8    were not mentioned in this deposition --

   9         THE COURT:  I'll go through it this weekend.  Let's

05:09  10   not spend any more time on it.  I'll look at it this weekend.

   11        Anything else?

   12        MS. HOLCOMBE:  No, your Honor.

   13        MR. KELLY:  No, your Honor.

   14        THE COURT:  Thank you very much.

   15   *(Proceedings recessed for evening)*

   16                    * * * * *

   17            COURT REPORTER'S CERTIFICATION

   18        I certify that the foregoing is a correct transcript from
        the record of proceedings in the above-entitled cause.

   19

   20   Date:  June 24, 2011

   21

   22                    /s/   Cheryll K. Barron

   23                    Cheryll K. Barron, CSR, CMR, FCRR
                    Official Court Reporter

   24

   25

**$**

**$1,500 [1]**   46/17
**$1500 [1]**   46/17
**$500 [2]**   44/23 46/14

**'**

**'04 [2]**   194/14 224/22
**'05 [5]**   68/2 124/16 160/18
160/19 224/22
**'entirely [1]**   148/6

**-**

**-- you [1]**   24/6
**-6 [1]**   198/24

**/**

**/s [1]**   239/22

**0**

**000264 [1]**   28/15
**00157 [1]**   147/22
**05 [2]**   224/18 224/20
**09 [1]**   168/24

**1**

**1 percent [1]**   197/25
**10 [2]**   61/12 197/24
**100 percent [2]**   60/21 219/23
**1000 [1]**   2/5
**105 [2]**   104/12 123/23
**10:30 [2]**   73/10 74/12
**1150 [2]**   1/16 1/19
**11:00 [2]**   73/11 74/12
**11:10 [1]**   33/12
**11:15 [1]**   91/10
**11:20 [2]**   91/6 91/7
**11:30 [2]**   91/5 123/9
**11:34 [1]**   123/10
**11:56 [1]**   123/10
**12 [5]**   34/25 35/21 72/8
182/11 229/4
**12-16-09 [1]**   168/24
**12-20-05 [2]**   224/18 224/20
**120-pound [1]**   186/1
**14 [2]**   52/16 72/8
**15 [7]**   22/24 45/9 79/22
163/6 164/5 182/25 192/22
**15 minutes [1]**   63/5
**1500 [2]**   156/14 170/4
**15th [5]**   162/14 202/14 207/24
208/19 214/19
**16 [1]**   181/2
**164 [1]**   93/15
**182 [1]**   91/1
**19 [3]**   181/2 185/8 227/6
**19-year-old [1]**   186/2
**192 [1]**   211/5
**19382 [1]**   1/22
**1975 [1]**   16/22
**1977 [1]**   16/25
**1979 [1]**   17/1
**1:15 [1]**   149/25
**1:27 [1]**   150/22
**1:30 [1]**   149/24
**1or [1]**   122/13

**2**

**2 milligrams [2]**   49/19 72/22
**20 [2]**   62/17 156/12
**20 percent [2]**   216/17 216/18
**200 [1]**   196/3

**2003DD [1]**   193/10
**2004 [8]**   93/7 156/23 177/13
183/4 183/21 183/22 184/18
192/1
**2005 [11]**   162/14 165/15
166/14 179/22 183/5 183/24
184/15 199/25 208/18 214/19
218/25
**2006 [4]**   180/8 181/23 182/2
182/14
**2007 [1]**   132/4
**2009 [1]**   181/24
**2010 [2]**   45/22 82/12
**2011 [2]**   1/5 239/20
**21 [2]**   181/10 183/18
**22 [1]**   184/1
**23rd [1]**   194/13
**24 [12]**   1/5 72/4 72/9 128/16
128/17 128/18 128/22 129/18
129/23 182/10 183/18 239/20
**25 [3]**   156/10 156/12 171/3
**26 [4]**   214/4 219/8 219/13
224/13
**264 [1]**   29/2
**27 [3]**   1/22 31/1 212/1
**2719 [1]**   1/4
**27th [21]**   30/11 30/15 31/6
32/19 33/20 33/22 68/2 68/4
68/11 68/12 68/18 69/3 69/8
70/16 71/9 125/2 129/2 131/5
131/12 134/17 179/22
**28 [2]**   214/2 214/4
**28th [19]**   30/9 30/11 31/8
31/10 33/22 68/10 71/4 71/14
82/7 124/16 124/24 125/2
125/6 125/7 125/8 125/10
125/11 127/24 227/4
**2:15 [1]**   150/20
**2:31 [1]**   150/22

**3**

**3 millimeters [1]**   190/22
**3,000 [3]**   171/8 173/21 177/5
**3,250 [1]**   171/11
**3-centimeter [1]**   192/22
**30 [7]**   25/2 59/7 111/1
156/10 171/1 171/3 171/4
**300 [5]**   156/3 156/11 186/2
186/6 198/19
**35 [1]**   185/4
**350 [3]**   186/3 186/6 198/8
**360 [1]**   171/4
**36th [1]**   2/6
**3:00 o'clock [1]**   227/11

**4**

**40 percent [1]**   216/17
**400 [3]**   186/17 194/1 194/2
**44 [1]**   211/4
**450 [9]**   186/17 193/7 193/8
193/17 194/2 196/7 196/10
196/16 198/20
**47 [1]**   219/12
**4:23 [1]**   227/17
**4:30 [1]**   226/24
**4:47 [1]**   227/17

**5**

**5'4 [1]**   198/24
**5'6 [2]**   186/1 186/7
**500 [1]**   2/10
**515 [1]**   2/14

**5th [1]**   199/25

**6**

**6th [1]**   194/14

**7**

**70 [13]**   157/6 159/15 159/20
172/7 185/4 192/18 194/12
202/15 211/3 212/1 214/2
219/9 226/9
**70 percent [1]**   84/16
**704 [1]**   144/1
**71 [2]**   172/7 192/18
**72 [7]**   35/1 35/1 72/1 128/22
129/18 129/21 131/3
**73 [6]**   28/16 29/3 29/4 29/10
66/19 66/21
**75 [1]**   171/13
**77002 [2]**   2/6 2/14
**77056 [3]**   1/17 1/20 2/11

**8**

**8-15-05 due [1]**   212/11
**80 [1]**   156/2
**80 percent [1]**   171/13
**800 [3]**   196/3 198/4 198/24
**801 [1]**   236/2
**85 percent [1]**   23/23
**86 [3]**   202/16 224/11 225/2
**87 [1]**   194/12
**8:29 [1]**   1/5
**8:30 a.m [1]**   228/6
**8:45 [1]**   15/9
**8:54 [1]**   15/9

**9**

**90 [1]**   157/6
**90 percent [2]**   50/16 197/15
**98 [3]**   229/18 229/19 230/21
**9:00 [1]**   32/19
**9:00 o'clock [7]**   30/15 31/2
31/6 31/8 68/18 131/5 131/12

**A**

**a.m [6]**   1/5 15/9 15/9 123/10
123/10 228/6
**abdomen [1]**   188/19
**ability [4]**   52/3 62/18 146/21
147/25
**able [15]**   6/17 6/17 7/2 10/10
14/15 20/7 40/25 103/23
104/20 141/12 173/19 203/25
227/12 236/16 238/19
**abnormality [1]**   170/6
**about [178]**   4/5 4/22 4/24
4/25 7/11 10/4 10/5 10/9
10/13 12/9 12/16 12/17 12/20
13/6 13/11 15/20 16/19 18/25
19/25 22/19 23/11 23/19
23/21 23/22 24/13 24/19
24/20 24/21 24/24 25/3 25/4
31/20 34/15 35/17 35/18 37/8
38/25 39/8 40/14 42/6 45/2
45/5 46/17 47/9 47/17 48/6
49/16 49/21 49/23 50/10
50/17 52/24 52/25 53/1 54/18
56/22 59/8 59/18 63/10 63/24
64/14 65/15 66/17 66/16 73/10
73/12 73/13 73/16 73/17
74/20 75/13 77/18 80/13
81/24 83/23 85/22 87/3 87/5

**about... [100]**  88/18 92/13
  92/23 94/15 100/19 101/11
  101/13 101/24 104/21 105/23
  106/19 111/7 111/19 113/21
  115/19 117/17 117/21 118/7
  121/3 121/21 124/6 124/7
  129/10 131/23 132/13 132/14
  133/16 136/8 136/19 137/13
  137/19 138/5 138/14 139/10
  140/12 141/3 141/7 144/4
  144/4 145/14 146/1 148/23
  149/11 149/12 150/4 150/5
  152/14 154/17 160/20 169/25
  170/3 171/3 171/11 171/19
  172/6 174/14 176/6 180/7
  181/17 182/20 187/6 189/15
  192/9 196/1 196/22 198/5
  198/12 199/24 200/8 201/2
  201/10 201/15 204/19 205/18
  208/3 210/12 210/14 210/20
  214/22 218/25 219/16 220/8
  220/25 221/2 221/17 221/23
  221/24 222/25 223/4 224/15
  225/8 225/9 226/23 227/2
  227/5 229/15 231/22 231/25
  232/3 234/2
**about -- I [1]**  124/6
**above [2]**  187/5 239/18
**above-entitled [1]**  239/18
**absence [1]**  11/20
**absolutely [17]**  32/21 59/22
  92/14 101/21 128/18 163/12
  167/22 200/3 206/5 206/13
  215/18 218/23 220/3 221/19
  222/5 222/7 222/13
**abuse [3]**  18/22 25/4 29/20
**abused [3]**  16/17 18/19 22/25
**accept [3]**  7/11 130/1 130/13
**acceptable [1]**  216/22
**acceptably [1]**  198/17
**access [2]**  38/10 41/1
**accident [1]**  180/2
**accommodating [1]**  228/16
**according [1]**  31/25
**account [9]**  42/3 42/7 62/7
  76/18 101/18 102/7 115/24
  136/16 137/2
**accounted [1]**  42/5
**accurate [10]**  31/24 32/5
  33/20 99/19 121/14 143/18
  167/4 175/23 176/9 217/25
**accurately [3]**  62/19 142/7
  165/14
**accusing [1]**  223/6
**acid [1]**  117/14
**across [1]**  78/16 188/7
**act [5]**  18/3 36/1 75/3
  145/19 146/11
**acting [9]**  22/10 34/18 48/7
  55/12 65/8 95/13 95/14 98/7
  147/4
**action [6]**  25/25 48/5 58/11
  108/8 111/4 145/21
**actions [10]**  18/5 43/11 48/2
  52/10 83/18 102/17 110/22
  145/24 146/13 146/14
**active [3]**  21/17 50/1 94/23
**actively [1]**  192/8
**activities [6]**  17/17 63/12
  63/16 94/20 210/5 210/14

**actions [1]**  [continued]
  39/23 39/24 42/16 46/18 51/9
  63/18 80/15 120/18 137/21
  138/9 138/18 139/3 139/6
  139/10 139/20 146/22
**acts [4]**  146/7 146/8 146/9
  224/5
**actual [9]**  5/16 11/24 55/22
  65/7 105/24 183/3 190/9
  230/4 232/3
**actually [89]**  7/25 18/6 18/8
  19/7 19/9 20/2 20/15 20/16
  21/16 21/20 21/25 22/14
  23/17 24/2 26/9 28/22 29/11
  30/2 32/3 37/16 41/7 45/14
  47/24 49/17 51/3 59/6 63/21
  65/20 67/24 72/11 78/13
  80/19 80/23 84/18 91/23
  101/11 104/5 105/12 105/24
  106/24 107/12 109/24 110/20
  123/19 125/9 128/9 131/15
  132/6 134/16 137/23 146/19
  151/21 151/23 152/7 153/22
  160/22 163/23 173/9 173/10
  174/20 174/21 175/10 176/15
  177/15 177/17 183/21 187/21
  188/19 188/24 192/14 192/20
  195/3 195/22 196/5 196/21
  197/9 197/18 208/17 209/6
  213/10 218/21 222/3 223/17
  224/3 225/4 230/2 231/21
  233/17 234/2
**acute [1]**  179/23
**Adams [2]**  230/2 230/24
**Adams' [3]**  229/23 229/25
  230/12
**add [6]**  10/1 19/21 21/11
  235/24 236/1 239/6
**addition [4]**  17/17 19/11
  91/21 133/22
**additional [3]**  45/13 68/8
  167/24
**additionally [3]**  18/18 237/17
  237/17
**address [2]**  12/5 122/10
**addressed [1]**  230/15
**addresses [1]**  107/23
**adjuncts [1]**  37/17
**administer [2]**  15/18 154/15
**administered [3]**  36/17 39/20
  40/4
**administration [2]**  25/12
  25/19
**admissible [1]**  230/13
**admission [1]**  232/22
**admit [2]**  159/22 229/18
**admitted [8]**  148/6 161/5
  161/6 161/7 165/22 165/22
  226/12 230/21
**advances [2]**  43/20 51/24
**adversarial [1]**  120/9
**adverse [4]**  17/21 17/24 18/6
  25/5
**advocate [1]**  66/24
**advocates [3]**  6/11 12/7
  199/17
**affairs [1]**  17/12
**affect [4]**  21/21 25/12 83/18
  97/21
**affected [1]**  206/10
**affects [1]**  55/6
**afraid [1]**  11/8

**after [5]**  [continued] 18/8 17/7
  34/12 39/1 39/25 51/12 52/14
  52/16 53/14 53/14 54/2 55/3
  55/21 56/17 65/10 65/13
  65/18 65/18 65/25 66/1 79/1
  80/1 80/5 80/5 91/18 92/1
  102/25 105/4 105/5 105/14
  106/3 119/8 120/1 127/24
  137/17 149/15 159/13 161/16
  161/22 162/16 164/6 169/8
  172/1 172/2 172/22 173/14
  195/17 201/18 202/13 202/25
  203/23 210/6 212/3 215/1
  215/1 215/2 215/5 218/25
  219/1 236/14
**after the [1]**  65/18
**aftermath [1]**  106/3
**afternoon [2]**  149/15 154/12
**afterwards [5]**  38/22 40/2
  69/24 137/9 227/10
**again [53]**  37/12 37/23 38/21
  45/11 62/25 63/6 64/7 64/18
  65/1 65/3 68/15 72/15 73/1
  73/17 74/7 74/13 75/12 75/18
  78/25 80/1 80/3 82/20 85/7
  88/2 89/4 93/4 93/11 95/9
  96/12 97/20 100/19 111/5
  114/25 115/3 115/7 129/2
  129/3 130/13 131/13 137/8
  146/5 158/19 174/16 183/24
  193/21 199/14 202/18 213/22
  217/7 223/11 223/22 225/23
  226/3
**agencies [1]**  81/23
**agent [2]**  147/3 147/3
**ages [1]**  220/15
**Aggravated [1]**  98/11
**aggressive [1]**  21/17
**ago [8]**  65/21 82/15 92/4
  102/19 152/2 170/24 180/25
  200/10
**agree [11]**  71/15 71/17 79/3
  130/17 141/21 189/5 189/9
  204/23 216/20 217/3 217/16
**agreed [1]**  236/21
**agreeing [1]**  232/25
**ahead [12]**  11/11 53/10 80/9
  80/10 94/11 126/12 144/6
  184/8 196/14 229/9 234/25
  237/10
**aid [8]**  4/7 120/7 143/6
  164/17 164/22 164/24 165/10
  165/14
**aided [1]**  1/24
**air [7]**  158/15 173/11 173/14
  174/12 174/12 174/13 180/2
**alcohol [25]**  5/8 5/25 10/23
  18/15 19/1 19/16 21/7 30/6
  36/9 37/2 40/6 51/16 54/14
  72/25 83/17 86/20 89/16
  90/13 92/6 95/1 95/12 96/25
  98/22 99/14 128/5
**alcohol-induced [2]**  89/16
  90/13
**alcoholics [2]**  55/1 55/5
**alert [1]**  60/10
**all [198]**  4/4 5/19 7/2 7/18
  8/22 8/24 9/5 9/21 12/16
  13/20 13/22 15/1 26/6 26/17
  26/17 26/23 31/17 31/25
  33/11 34/2 34/5 36/2 36/3
  36/3 36/7 38/15 38/16 39/2

163/7 166/19 167/6 169/1
173/23 181/22 185/14 192/12
205/11 205/12 221/23 230/4
230/20

**altered [1]** 52/15

**although [4]** 7/16 37/3 119/3
216/5

**always [5]** 113/8 134/23
185/24 216/1 216/14

**am [9]** 18/12 67/3 69/5 70/9
92/23 103/23 121/14 180/11
232/21

**Ambien [25]** 19/24 54/9 54/11
55/2 55/6 131/21 131/24
132/2 132/3 132/11 145/14
145/15 145/16 146/2 146/6
146/6 146/15 146/17 146/24
147/1 147/2 147/3 147/8
147/9 147/11

**ambushing [1]** 229/11

**amnesia [73]** 13/19 37/19
37/20 37/22 37/25 39/22
40/11 41/23 41/24 42/2 42/4
42/17 49/11 53/23 53/25 55/3
55/23 55/25 57/18 57/19
64/17 64/18 65/7 65/7 65/15
65/16 65/17 72/20 72/21
81/11 83/21 84/1 85/4 85/10
85/13 85/21 86/1 86/6 86/13
86/14 86/15 86/16 87/4 87/8
87/19 87/20 88/5 88/8 88/10
88/11 89/10 89/17 90/4 90/9
90/12 94/16 95/19 95/21
96/10 96/17 96/23 99/22
99/24 100/19 100/22 100/25
101/6 113/22 131/24 136/11
141/15 141/23 142/2

**amnesiac [2]** 53/25 54/25

**amnesiatic [2]** 93/13 141/11

**among [2]** 48/24 50/2

**amount [4]** 49/2 50/14 72/13
207/10

**Amphetamines [1]** 127/3

**analogs [1]** 85/20

**analogues [2]** 19/13 19/15

**analysis [4]** 81/24 101/10
101/15 115/17

**analyzed [2]** 45/25 108/14

**analyzing [1]** 32/15

**anatomically [1]** 215/14

**and it [1]** 224/5

**and that [1]** 48/4

**Andrew [2]** 2/8 44/6

**anesthesia [1]** 37/17

**anesthetics [2]** 37/16 106/11

**angle [1]** 104/10

**Angry [1]** 98/12

**animal [1]** 50/13

**animals [1]** 50/16

**Ann [2]** 155/1 155/6

**another [25]** 6/4 9/11 33/6
39/25 55/24 56/20 57/18
66/22 70/20 86/20 89/10 93/4
105/7 108/12 115/25 116/10
129/4 142/10 149/22 151/13
153/18 207/12 207/17 214/2
229/8

**answer [37]** 13/24 13/25 68/7
68/22 69/5 76/11 87/18 88/1
97/23 103/15 108/11 109/6
109/10 109/23 110/5 112/1

115/21 116/14 118/22 129/8
129/13 129/17 136/18 137/6
140/9 140/9 141/4 181/3
181/9 182/12 182/16 183/25
220/10

**answered [3]** 118/19 141/16
178/22

**answers [3]** 44/15 121/23
145/3

**Anthony [2]** 227/5 229/23

**anticipate [11]** 40/6 40/13
48/2 50/13 50/16 50/21 51/7
52/9 96/19 137/8 203/24

**anticipated [4]** 21/20 42/18
42/21 184/16

**antidepressants [1]** 138/6

**Antonio [1]** 155/14

**anus [1]** 12/3

**anxiety [2]** 138/6 220/18

**anxious [1]** 149/20

**any [88]** 5/19 7/9 8/10 11/7
11/23 13/9 22/5 30/17 30/23
31/12 31/14 32/23 33/19
39/19 43/22 45/3 50/23 53/18
53/21 63/17 63/17 69/20
70/11 70/14 71/8 75/10 75/10
75/14 78/4 79/5 80/4 82/9
82/22 82/25 85/14 88/13 91/3
97/10 100/7 102/16 103/10
103/10 111/12 113/8 117/3
117/12 118/5 133/10 133/23
135/19 139/5 139/14 147/11
158/6 158/17 159/2 159/10
160/12 161/1 164/8 165/11
171/14 179/23 181/8 182/23
188/15 192/12 194/8 195/7
198/18 201/9 204/5 207/13
207/22 209/7 210/13 210/18
213/2 215/21 217/13 221/10
222/3 223/6 227/7 227/14
228/10 231/11 239/10

**anybody [6]** 37/1 83/7 113/10
113/13 122/24 141/10

**anyone [4]** 112/13 112/14
160/4 164/9

**anything [37]** 14/22 32/12
36/9 37/4 40/2 53/21 54/10
76/23 78/7 79/1 80/1 82/21
91/20 93/1 102/15 102/25
122/24 123/2 130/20 132/14
133/23 136/20 137/1 137/9
137/17 148/19 178/6 196/1
213/16 216/5 221/12 224/24
230/24 231/5 233/4 235/17
239/11

**anyway [2]** 116/13 136/3

**anywhere [13]** 34/25 38/23
45/8 73/4 78/4 78/18 78/21
78/23 107/22 112/9 112/23
114/4 133/23

**apart [1]** 99/3

**apologize [4]** 15/11 60/2
194/18 225/25

**apparently [1]** 111/25

**appeal [1]** 119/1

**appear [8]** 20/22 27/20 54/24
97/15 97/17 100/7 117/2
152/4

**appearance [2]** 204/14 225/20

**appearances [13]** 38/6 38/15
40/15 64/23 64/23 65/5 65/12

**all... [170]** 39/5 39/13 40/19
42/8 42/9 43/3 43/4 43/11
43/22 45/24 46/9 46/11 46/23
47/4 47/9 47/18 50/17 50/25
51/19 51/25 53/5 53/23 54/2
54/17 55/14 56/6 57/6 58/1
58/4 58/20 58/23 59/1 59/18
61/5 67/6 67/12 68/20 68/24
70/24 71/5 71/11 71/20 71/23
73/3 75/4 75/18 76/6 77/6
77/20 78/14 78/21 80/3 83/20
84/3 85/3 85/11 85/18 85/20
88/13 90/14 90/17 90/22
90/24 91/11 92/22 93/14
93/20 94/9 94/16 94/25 96/6
97/21 98/18 99/22 100/12
100/15 100/18 104/4 105/17
106/15 107/10 107/21 109/19
109/7 109/9 110/25 111/23
112/5 112/22 113/21 116/5
116/11 117/6 117/9 117/11
120/24 122/16 122/20 124/21
125/25 128/4 130/11 130/15
130/17 134/11 134/20 135/13
138/1 138/4 142/25 144/17
144/25 145/1 146/11 146/17
147/2 148/10 148/15 148/18
149/9 149/22 150/1 150/2
150/21 151/21 152/10 152/18
159/5 176/5 179/12 181/3
181/8 182/24 186/8 188/4
188/6 190/13 190/13 193/7
195/11 197/3 198/5 199/8
203/7 203/14 203/22 204/12
204/15 206/10 206/10 212/6
213/5 213/12 214/13 215/14
217/9 217/17 218/15 220/15
224/17 224/25 225/21 228/7
228/9 230/24 231/1 232/20
233/8 235/6 236/25

**allegations [3]** 10/5 72/8
82/4

**alleged [1]** 120/4

**allegedly [1]** 72/10

**alleges [3]** 53/1 69/22 75/11

**Alliant [1]** 17/13

**allow [7]** 10/11 14/15 118/20
121/21 122/22 144/13 144/13

**allowed [9]** 8/7 8/10 26/10
26/17 115/25 123/2 143/7
152/18 165/23

**allows [2]** 158/15 224/2

**alluded [3]** 44/14 238/6 238/7

**almost [7]** 21/16 38/8 38/21
85/15 85/17 94/19 219/23

**along [1]** 49/13

**already [9]** 4/14 116/4 123/7
159/23 161/5 165/25 168/12
193/10 230/25

**also [66]** 12/6 13/4 13/7
14/19 16/17 17/10 17/12
17/13 17/14 17/18 18/5 18/20
18/23 19/18 19/19 19/22
21/16 22/12 22/20 22/25
25/13 33/10 35/4 36/10 40/14
41/10 42/17 42/21 46/4 46/5
46/13 48/21 51/18 53/3 55/12
60/8 74/1 74/15 82/6 90/4
97/3 97/4 98/19 99/17 102/15
105/18 107/8 128/11 129/5

**appearances... [6]** 65/17
65/25 66/2 81/13 90/5 142/3
**appeared [8]** 64/11 81/3 99/6
147/17 148/11 172/23 208/14
229/24
**appearing [2]** 40/23 98/2
**appears [4]** 7/8 33/11 60/10
120/8
**apples [1]** 86/18
**applies [1]** 70/7
**apply [6]** 7/3 7/4 9/6 70/7
145/25 146/2
**appreciate [2]** 149/8 202/18
**approach [29]** 26/3 28/19 29/5
29/6 39/3 41/13 58/15 59/23
75/19 75/20 112/3 138/11
138/21 142/12 142/24 157/4
162/5 164/25 165/7 165/8
168/20 170/20 174/16 178/9
180/21 182/7 183/15 184/9
184/11
**approaching [1]** 10/14
**appropriate [4]** 99/6 186/18
186/19 198/11
**approve [2]** 132/20 132/21
**approved [4]** 20/4 20/4 20/7
132/21
**approximate [1]** 47/22
**approximately [3]** 46/3 57/13
203/22
**approximation [1]** 47/5
**are [235]** 5/9 5/19 5/24 6/1
6/5 6/5 6/10 6/21 6/21 6/25
7/1 7/1 7/1 7/3 9/1 9/2 9/2
9/5 10/8 10/14 10/14 10/24
13/7 13/12 14/3 14/4 19/4
19/13 19/14 19/14 19/15
20/25 21/6 22/22 23/15 25/11
25/15 25/17 25/18 25/19
26/24 26/24 28/5 29/13 31/16
31/18 32/5 32/17 33/16 35/21
36/16 37/11 38/7 38/13 38/21
39/7 40/16 41/5 41/6 43/3
43/11 43/12 43/19 46/13
47/18 47/19 52/12 52/20
53/18 55/2 55/6 55/8 56/3
56/5 56/7 56/11 56/16 56/16
56/19 57/9 58/2 58/2 58/24
59/1 59/4 59/6 59/6 59/13
60/9 60/10 65/12 66/24 67/23
68/3 69/2 69/6 78/22 79/15
84/12 84/13 85/12 85/19
85/25 86/4 86/5 87/13 88/21
90/14 91/3 92/12 92/18 93/7
94/6 94/22 94/22 95/10 96/9
96/16 97/24 99/2 100/23
104/20 105/16 105/17 107/5
107/25 108/3 108/3 108/7
108/22 110/18 114/12 115/17
116/8 118/9 118/13 120/5
120/15 122/2 122/2 122/7
122/18 122/18 122/20 123/17
124/6 124/17 124/21 125/23
126/22 128/4 131/9 133/1
133/3 133/8 133/8 134/18
134/25 138/2 138/7 138/9
144/17 145/4 145/11 145/12
145/20 146/24 147/5 147/5
147/7 150/1 151/14 152/7

167/20 168/18 169/24 173/1
173/1 173/4 173/11 176/6
177/11 177/23 179/19 180/3
186/1 189/15 189/19 190/12
190/25 191/8 191/13 191/16
195/23 196/5 196/6 196/7
197/14 197/15 197/16 199/1
199/8 200/14 201/11 205/11
205/18 205/24 206/8 210/12
212/20 219/20 220/12 221/10
221/12 223/16 223/17 224/7
226/4 227/7 228/16 228/18
229/3 229/4 231/12 234/23
236/25 237/16
**area [18]** 4/16 5/14 5/21
12/15 26/19 26/20 26/22
41/10 57/4 122/9 140/14
174/15 176/24 177/1 178/16
190/9 190/23 191/15
**areas [10]** 5/21 8/7 47/1
58/10 110/11 203/1 204/15
223/16 223/17 225/21
**aren't [4]** 59/21 161/14
198/18 218/1
**areola [4]** 162/25 169/5
178/25 223/24
**areolar [1]** 192/22
**argue [1]** 99/25
**argument [2]** 230/14 230/16
**arising [1]** 35/8
**Arkansas [1]** 155/13
**army [6]** 67/7 70/25 124/5
124/18 172/18 172/22
**Army's [1]** 70/7
**Army-Navy [1]** 172/22
**around [18]** 6/22 21/10 35/2
35/21 46/16 72/17 73/2 73/25
87/13 87/16 104/7 136/22
158/15 161/13 174/12 201/20
224/8 227/8
**arriving [2]** 88/22 116/22
**arrow [1]** 167/5
**arrows [2]** 166/15 166/18
**Arroyo [3]** 150/3 150/12
150/17
**Arroyo's [2]** 149/13 149/17
**article [7]** 56/18 57/14 73/6
107/22 112/20 112/23 112/24
**articles [6]** 56/16 56/16
56/19 57/22 57/25 58/10
**as [239]** 5/14 5/19 6/17 6/20
6/22 6/22 7/4 7/9 7/10 7/11
8/1 9/17 10/7 10/20 12/9
12/23 13/1 13/7 13/12 15/4
15/24 15/24 17/5 17/8 17/9
17/13 18/8 18/16 18/18 19/7
19/17 20/3 20/22 21/5 22/2
24/4 25/1 26/8 26/19 27/23
28/7 30/24 33/6 33/6 35/15
35/15 35/24 35/24 37/11
37/16 38/18 40/20 41/12
42/11 44/15 45/7 45/7 45/8
45/8 46/10 46/10 47/5 47/11
47/17 47/17 47/20 47/21 48/4
48/8 48/13 48/14 48/14 48/23
48/23 49/6 49/17 50/7 50/25
51/2 51/11 51/16 58/10 58/18
64/14 65/18 67/10 68/12
68/15 68/24 69/6 70/5 72/21
72/21 72/25 73/18 75/15
76/25 78/6 80/23 80/24 80/25

81/24 83/3 83/3 83/4 83/12
83/15 86/10 87/8 87/9 87/23
88/8 88/8 88/14 94/19 96/19
98/20 98/22 98/22 99/4 100/9
101/21 102/5 105/1 105/17
107/15 107/15 108/6 108/8
108/8 108/19 109/10 109/16
109/23 113/24 114/14 114/14
114/20 115/17 120/2 120/12
120/20 122/16 130/11 130/11
131/11 132/2 132/24 133/21
135/9 135/10 135/15 137/9
137/10 137/21 137/23 138/5
138/23 139/14 141/12 142/14
143/8 143/10 143/21 144/15
145/20 146/16 146/20 146/20
146/21 146/25 147/2 147/3
147/6 147/6 147/9 153/8
154/2 154/2 154/20 154/21
156/4 159/7 160/5 163/3
165/24 168/4 168/7 168/24
171/15 172/15 177/10 178/3
180/19 181/7 182/2 182/13
182/22 183/7 185/12 191/3
191/15 192/8 193/12 195/7
199/2 199/15 199/15 201/14
205/6 205/13 205/13 205/16
205/22 206/15 208/9 209/13
213/19 213/20 217/12 217/22
218/3 221/10 221/10 223/7
224/5 226/1 230/16 230/21
232/4 233/24 235/23 235/23
238/25
**ask [40]** 19/25 34/15 36/2
39/9 41/18 47/3 50/25 71/23
85/12 85/25 87/1 88/1 104/7
105/23 106/16 107/5 115/25
116/15 118/1 118/5 121/3
130/12 139/1 151/20 152/13
153/18 157/8 162/18 169/17
170/2 173/21 178/4 188/4
197/22 198/12 210/6 213/16
224/16 225/25 231/25
**asked [32]** 11/6 31/24 35/17
78/11 78/12 88/1 95/18 97/5
102/19 113/2 119/5 119/6
119/7 119/8 120/1 121/22
170/8 177/23 180/7 201/15
219/15 221/2 221/23 221/24
222/14 224/15 225/8 230/4
230/20 231/2 231/22 232/3
**asking [25]** 45/3 59/8 65/24
69/5 78/8 78/14 83/11 84/8
86/17 95/17 96/21 96/22
105/24 108/12 111/25 112/23
115/20 115/23 121/21 130/6
137/22 141/24 182/19 184/19
205/18
**asleep [1]** 96/1
**aspect [6]** 43/18 57/15 62/9
106/8 111/13 138/8
**aspects [4]** 103/11 113/3
113/4 114/2
**assailant [1]** 64/25
**assault [34]** 5/10 5/14 5/18
6/2 7/23 8/2 10/25 11/3
11/16 11/24 12/4 12/7 12/8
29/14 29/21 36/7 40/17 41/11
47/15 61/8 76/9 89/12 101/5
110/21 113/17 114/5 120/14
120/20 122/12 133/7 133/9

**A**

**assault... [3]** 135/25 144/18 203/1
**assaulted [2]** 203/23 207/22
**assaults [2]** 29/23 43/13
**asserted [10]** 231/18 231/22 232/2 232/14 233/9 233/10 233/11 233/21 234/10 234/11
**assessing [1]** 142/1
**assist [1]** 45/17
**assistant [1]** 17/8
**assisted [1]** 133/11
**associate [1]** 17/11
**associated [19]** 27/15 55/10 65/1 83/21 83/25 84/7 85/4 85/13 86/1 87/4 87/8 87/17 87/19 88/5 88/11 90/4 96/10 96/17 195/1
**association [4]** 87/20 87/22 87/24 88/15
**associations [1]** 46/8
**assume [12]** 74/3 91/22 96/23 130/10 146/12 182/1 182/22 197/9 204/17 206/23 207/1 208/10
**assuming [6]** 52/3 52/5 72/13 129/3 170/1 170/2
**assumption [2]** 92/2 92/12
**assumptions [1]** 139/12
**asterisk [1]** 76/12
**asymmetry [2]** 194/13 194/6
**at [282]**
**attached [4]** 107/13 187/14 188/1 191/1
**attack [1]** 201/15
**attacked [3]** 208/19 234/23 234/25
**attacking [1]** 235/8
**attempted [2]** 168/11 169/8
**attempts [1]** 153/20
**attention [3]** 159/14 216/7 229/17
**attorney [4]** 1/18 45/7 114/10 211/16
**attorneys [7]** 46/1 46/5 47/6 83/1 114/10 130/2 177/25
**attractive [1]** 198/14
**attributed [1]** 208/1
**Auburn [1]** 16/23
**augmentation [20]** 156/4 156/7 157/24 158/2 158/25 159/12 160/4 164/20 184/18 184/21 197/22 210/11 210/19 211/1 216/10 216/25 217/4 217/9 219/17 220/20
**augmentations [3]** 171/2 171/9 173/22
**August [16]** 161/18 161/21 162/14 165/14 166/14 183/5 183/10 183/24 184/15 184/20 202/14 207/24 208/18 214/19 218/24 219/22
**August 15th [3]** 207/24 208/18 214/19
**authoritative [1]** 57/25
**authorities [1]** 105/24
**authority [3]** 55/20 55/25 56/20
**authorizes [1]** 107/15
**automobile [1]** 180/2
**available [9]** 19/9 20/2 20/15

227/15 228/10
**average [2]** 73/2 156/9
**awakens [2]** 65/10 65/13
**aware [16]** 28/22 30/23 53/18 54/15 79/5 83/2 90/14 93/7 99/2 105/20 106/7 106/13 140/16 145/4 145/11 148/17
**awareness [2]** 41/9 42/22
**away [12]** 39/8 89/2 100/22 101/6 101/6 101/20 102/3 102/9 102/13 102/15 102/16 102/16
**awful [1]** 60/2
**awhile [3]** 82/15 91/6 196/23

**B**

**B73 [1]** 126/13
**Bachelor's [2]** 16/21 16/22
**back [45]** 5/21 15/7 17/8 24/10 33/14 38/16 45/7 45/19 45/20 45/24 54/24 68/21 68/23 82/10 82/20 85/3 85/23 94/11 96/15 96/21 96/22 104/24 106/16 117/22 127/16 132/4 143/8 156/23 160/12 163/8 165/25 169/20 171/17 171/18 171/23 179/18 182/19 191/21 200/20 202/13 213/9 213/14 213/18 219/9 224/12
**backs [1]** 201/9
**backwards [2]** 73/10 74/3
**bad [8]** 48/15 85/1 85/2 135/2 136/1 201/19 204/22 217/17
**bag [1]** 180/2
**Baghdad [6]** 211/18 211/20 212/11 212/14 213/20 213/24
**balance [1]** 149/15
**Barb [1]** 127/5
**Barbiturates [2]** 19/16 127/6
**barracks [1]** 31/11
**Barring [1]** 76/2
**Barron [3]** 2/13 239/22 239/23
**based [32]** 6/7 9/16 13/2 13/3 20/25 21/1 32/20 50/2 50/11 59/4 59/6 63/2 67/4 67/10 105/24 107/7 107/8 108/3 110/14 112/11 114/13 116/3 139/15 157/22 159/10 162/3 170/3 208/17 212/14 218/20 223/2 230/10
**baseline [2]** 30/20 30/24
**bases [2]** 4/25 10/17
**basic [6]** 17/21 47/25 58/12 100/2 100/8 114/13
**basically [37]** 17/7 18/3 21/3 23/22 24/7 24/10 25/1 25/21 29/11 31/2 32/15 32/21 33/7 42/2 42/12 67/3 70/11 84/4 99/13 108/3 111/2 129/3 133/15 135/6 135/9 135/11 136/5 136/19 138/19 140/24 158/13 159/7 162/21 166/15 187/16 190/5 223/23
**basis [12]** 17/25 44/19 45/25 86/7 88/21 103/1 108/25 112/16 130/9 153/11 155/23 155/25
**bat [1]** 115/8
**Bates [1]** 147/22
**bathroom [7]** 35/5 35/11 35/15

**BD [1]** 19/15
**be [288]**
**bear [2]** 93/14 103/16
**beat [2]** 25/16 35/15
**beaten [1]** 119/8
**beating [1]** 135/16
**became [2]** 24/16 103/5
**because [109]** 6/9 10/8 10/12 12/2 12/2 12/8 14/10 20/5 20/17 21/10 22/5 22/18 29/15 29/16 31/3 32/15 33/11 34/11 35/3 38/13 42/13 46/2 46/4 47/14 52/4 52/24 53/11 54/24 55/15 56/3 57/9 63/11 67/12 68/21 69/23 69/24 70/6 71/12 73/25 74/24 76/4 76/12 78/15 79/8 80/14 83/17 84/4 84/23 85/16 86/9 86/18 86/24 87/11 87/15 89/15 94/21 96/22 96/25 99/25 103/22 106/20 112/1 112/25 115/21 117/23 119/1 121/9 123/1 123/2 129/8 132/20 135/8 136/3 144/3 146/15 154/7 158/13 159/13 161/14 172/1 173/3 173/8 173/10 174/11 181/25 186/7 189/1 190/6 192/15 194/6 202/3 205/3 205/23 208/2 208/20 210/22 218/21 223/5 223/19 223/23 224/8 231/1 231/17 232/16 232/23 233/24 237/24 238/10 239/3
**become [7]** 18/9 21/16 22/14 55/15 90/2 92/18 119/1
**becomes [13]** 32/4 33/1 48/13 50/8 58/2 58/7 72/23 84/13 84/15 99/13 129/1 130/9 134/13
**becoming [1]** 21/12
**bed [1]** 140/1
**been [129]** 4/7 6/20 6/25 8/11 15/25 18/23 19/12 19/12 19/16 19/16 23/20 24/2 26/20 27/20 27/24 28/2 29/15 29/16 29/17 30/18 30/19 36/10 36/11 36/17 37/9 37/16 38/4 38/9 39/19 40/10 41/12 41/12 52/15 53/14 53/22 54/6 54/8 54/13 54/17 55/3 55/9 59/2 60/3 63/10 70/14 73/18 78/11 80/14 82/14 82/15 83/5 83/13 85/14 86/9 86/13 86/15 87/14 88/3 88/8 88/9 88/10 89/7 89/8 97/8 105/19 106/20 108/6 109/18 110/12 110/12 110/19 113/2 113/2 113/4 113/5 113/15 119/11 125/1 125/13 133/7 133/21 140/5 141/8 143/1 147/9 147/16 148/23 148/25 152/4 152/20 153/1 158/23 159/6 159/12 159/23 161/5 161/7 164/14 169/23 171/6 173/23 179/12 179/16 182/22 192/8 194/13 196/22 200/9 203/2 203/5 205/3 205/24 207/21 207/24 208/14 208/19 214/19 214/21 215/11 215/11 215/12 218/15 219/3 223/11 223/13 224/19 229/9 230/25 239/3
**before [54]** 1/10 15/17 15/20

**before...** **[51]** 28/22 30/18
 31/4 32/1 33/13 37/21 41/2
 45/13 46/23 47/6 67/21 67/24
 68/14 68/25 69/22 74/15
 78/19 89/8 90/15 90/16 90/18
 91/22 105/11 111/7 120/23
 135/5 135/22 136/25 140/8
 140/9 141/18 145/5 145/12
 149/14 154/14 154/17 158/19
 159/3 159/5 160/15 166/24
 170/17 171/22 174/4 174/20
 199/3 199/10 213/18 224/12
 228/9 229/12
**beforehand [1]** 216/25
**beg [1]** 117/22
**began [1]** 192/25
**begin [1]** 143/22
**beginning [2]** 87/18 180/5
**begins [3]** 47/22 189/2 189/3
**behalf [3]** 28/2 39/18 151/24
**behaving [1]** 99/5
**behavior [3]** 5/11 10/25
 116/12
**behaviors [5]** 97/24 98/2 98/7
 98/18 147/24
**behind [3]** 57/15 64/6 113/8
**being [63]** 6/17 6/17 21/5
 33/13 35/22 39/10 40/23 49/9
 52/5 52/6 63/4 64/2 64/23
 64/25 67/10 68/1 68/24 79/21
 80/18 80/25 95/22 100/9
 100/13 106/7 114/20 119/12
 123/4 132/24 133/17 135/10
 136/8 137/9 137/10 137/13
 140/8 140/15 151/9 185/11
 187/4 191/17 192/14 193/17
 199/24 203/24 207/4 211/22
 220/20 220/21 220/23 224/15
 229/3 231/3 231/6 231/16
 231/17 231/19 231/21 232/1
 233/6 233/12 233/15 235/8
 237/8
**belabor [1]** 236/12
**belief [1]** 93/17
**believe [34]** 4/8 44/4 69/6
 85/16 87/21 87/23 92/4 93/22
 103/13 109/7 131/15 134/4
 134/17 134/18 146/3 159/17
 160/5 160/18 165/17 166/4
 167/21 170/17 171/1 171/6
 191/22 198/13 199/21 199/25
 200/25 202/14 203/17 218/16
 225/5 228/15
**believing [3]** 63/10 80/13
 106/19
**belittle [1]** 220/24
**below [7]** 128/8 128/13 134/10
 135/14 162/25 169/5 175/10
**belt [3]** 209/18 209/19 209/19
**Benadryl [2]** 22/6 36/4
**bench [4]** 10/15 11/10 91/8
 119/10
**beneath [2]** 188/8 188/9
**beneficial [1]** 24/9
**benefiting [1]** 113/10
**benefits [1]** 210/2
**benzo [1]** 126/17
**benzodiaze [1]** 126/18
**benzodiazepine [4]** 19/7 126/5
 126/7 126/9

**benzodiazepines [8]** 18/20
 37/6 37/13 54/13 73/24 85/19
 95/2 95/13
**Berkeley [1]** 155/12
**beside [1]** 80/7
**besides [3]** 12/18 27/2 112/13
**best [6]** 24/16 42/23 192/15
 192/15 208/4 222/2
**better [5]** 186/12 198/20
 210/12 220/25 228/13
**between [23]** 27/25 29/17
 38/12 95/24 105/18 157/17
 158/14 175/12 175/13 175/14
 175/16 178/13 178/14 178/17
 181/23 183/4 183/20 188/6
 190/6 190/14 192/3 215/9
 223/23
**beyond [2]** 7/23 120/11
**biased [1]** 233/13
**big [7]** 95/5 100/17 157/18
 173/8 197/16 198/10 199/16
**bigger [1]** 196/15
**bilateral [3]** 204/13 206/23
 210/1
**Bill [1]** 219/11
**biology [1]** 16/22
**bit [27]** 15/25 17/23 35/3
 44/8 45/16 47/16 47/16 55/15
 76/5 82/15 94/11 95/4 96/20
 112/2 112/2 137/19 148/2
 158/9 165/17 171/21 180/9
 187/2 190/8 191/21 200/7
 210/23 220/21
**bits [1]** 38/7
**black [3]** 8/21 96/3 97/12
**black-and-white [1]** 8/21
**blacked [2]** 94/22 99/18
**blacking [3]** 93/12 94/3 95/25
**blackout [15]** 37/2 90/7 92/5
 92/22 94/13 94/16 94/18
 94/24 94/25 95/11 95/18
 95/20 97/7 97/8 97/9
**blackouts [5]** 54/9 92/19 93/2
 93/9 96/3
**bladder [5]** 35/6 135/5 135/7
 135/9 135/11
**blade [1]** 192/23
**blocking [1]** 61/17
**blood [18]** 33/24 34/1 34/4
 34/4 34/6 34/14 34/25 35/4
 60/18 71/6 73/14 73/19 73/20
 93/21 134/22 135/1 138/1
 223/19
**blow [3]** 172/8 219/10 225/4
**board [8]** 59/23 121/23 142/6
 159/16 168/23 170/20 174/16
 178/9
**body [45]** 5/8 6/1 10/17 10/24
 18/4 20/17 25/11 25/13 25/22
 25/23 26/16 34/21 34/22
 43/17 47/10 47/10 47/23
 48/20 50/1 51/4 51/7 52/2
 52/8 52/9 52/17 53/14 53/15
 53/20 53/24 54/2 54/5 54/25
 55/4 55/22 136/4 176/10
 176/11 176/18 176/21 188/8
 189/7 198/14 198/21 203/5
 223/17
**bolstering [1]** 118/16
**bolsters [1]** 238/12
**bones [1]** 190/14
**book [1]** 113/20

**PSI [2]** 134/6 138/16
 29/2 29/4 29/10 30/8 40/9
 44/3 66/19 66/21 81/7 91/1
 93/15 99/4 101/23 131/3
 147/23 148/1 148/6 186/25
 211/5 229/19 230/21
**Bortz' [2]** 134/2 141/13
**both [14]** 44/20 86/22 134/22
 164/14 166/15 196/20 203/12
 203/15 203/20 215/12 228/20
 233/19 236/20 236/21
**bottom [11]** 85/9 122/15
 165/18 167/5 178/25 182/23
 188/17 193/15 197/1 207/18
 223/23
**bottomed [4]** 162/24 179/12
 181/25 224/1
**bottoming [41]** 151/10 163/4
 163/11 163/18 164/2 167/7
 178/23 178/24 179/2 179/8
 182/20 182/21 183/3 188/12
 188/21 189/1 199/3 199/22
 204/20 204/24 205/6 205/14
 205/17 205/22 207/5 207/11
 207/13 207/14 208/5 208/10
 209/2 209/4 209/6 209/13
 209/16 210/25 214/21 216/12
 217/20 218/3 221/3
**bouncing [1]** 22/8
**bounds [1]** 109/19
**bowel [1]** 132/12
**boyfriend [1]** 220/17
**bra [1]** 196/6
**brag [1]** 208/3
**brain [12]** 22/1 22/10 38/8
 38/10 49/10 52/15 52/20
 94/20 146/16 146/19 146/20
 146/25
**brakes [1]** 22/4
**break [13]** 44/10 55/15 91/4
 91/6 91/11 91/12 103/22
 103/25 111/20 117/7 149/15
 149/24 227/16
**breast [63]** 156/4 156/7 157/3
 157/12 157/13 157/19 157/24
 158/2 158/13 158/25 159/12
 160/3 162/21 162/23 163/2
 164/19 166/6 171/1 171/9
 173/21 175/1 178/13 182/23
 183/3 185/16 192/25 193/5
 193/14 195/4 196/15 197/1
 197/21 201/20 203/12 203/16
 203/21 204/13 204/14 206/15
 206/19 208/8 208/23 209/4
 210/11 210/18 211/18 211/20
 214/20 215/8 215/11 215/16
 216/9 216/24 217/4 217/8
 218/2 219/17 220/20 220/21
 221/25 225/21 225/23 225/23
**breasts [34]** 159/5 161/14
 162/19 179/12 179/19 179/21
 181/24 182/22 185/9 185/12
 186/2 189/13 189/17 189/20
 195/17 196/20 199/24 201/15
 203/1 203/2 203/10 203/12
 203/13 203/16 203/18 203/20
 205/1 205/24 206/22 206/23
 207/25 209/1 209/17 210/7
**breath [1]** 194/22
**brief [2]** 65/9 65/10
**briefly [4]** 56/15 189/22
 222/24 236/11

**B**
bring [7] 113/20 229/17 236/24 238/8 238/10 238/12 239/4
broad [3] 88/22 88/23 97/24
broader [2] 18/3 186/12
broke [1] 136/25
brought [3] 111/16 236/18 236/22
BROWN [2] 1/6 1/7
bruised [1] 203/19
bruising [11] 180/6 201/22 202/1 202/4 202/5 203/11 203/25 204/16 204/17 210/16 210/18
bubbling [1] 173/11
builders [1] 20/17
built [1] 238/17
bunch [1] 238/8
business [1] 45/24
but [242]
butyrate [1] 56/7
buy [1] 20/16

**C**
cabins [2] 5/7 5/15
cage [1] 158/13
California [2] 17/14 155/12
call [11] 15/13 19/14 32/9 38/5 42/12 42/15 67/4 80/22 216/7 228/5 229/8
called [21] 18/13 18/23 19/5 19/12 22/6 22/25 23/17 23/18 23/18 34/16 37/19 45/14 47/14 54/12 157/3 166/16 175/15 189/13 211/12 211/16 224/3
calling [2] 151/4 153/8
calls [4] 23/21 24/7 101/25 227/20
came [12] 18/2 18/7 19/6 78/16 132/5 132/17 156/24 157/20 202/13 215/2 229/20 231/23
cameo [15] 38/5 38/15 40/15 42/14 42/15 64/23 64/23 65/5 65/12 65/17 65/24 66/2 81/13 90/4 142/3
cameos [6] 38/6 42/10 42/11 76/2 76/4 100/18
campus [1] 96/6
can [219] 4/25 5/24 6/10 10/1 10/12 10/15 10/19 10/22 12/16 12/16 13/10 13/14 13/15 13/21 13/24 13/25 15/4 15/6 15/24 18/15 20/22 21/7 21/8 21/11 21/12 21/12 21/13 21/15 21/18 21/20 21/23 22/1 22/4 22/14 22/14 24/8 24/10 24/13 25/3 25/4 25/4 29/15 32/20 32/23 35/16 35/23 37/6 37/14 38/2 38/2 38/22 38/22 38/22 41/6 41/7 42/13 43/8 43/9 45/8 49/15 50/4 51/18 52/9 53/13 53/20 54/1 54/3 54/9 54/13 54/14 57/23 60/8 61/18 63/22 64/4 65/17 66/2 68/7 71/11 71/12 71/15 71/17 72/1 72/3 72/16 72/21 72/22 75/15 76/4 76/25 80/24 83/7 86/9 86/11 86/13 86/20 86/22

91/10 92/1 93/21 96/12 97/15 97/16 105/15 105/17 107/3 112/10 112/20 120/25 121/7 121/8 122/9 128/22 131/10 131/10 131/21 132/1 133/2 134/25 136/12 138/2 144/4 145/3 145/25 146/16 147/1 149/10 149/17 154/6 154/7 154/21 158/11 158/25 162/13 162/14 162/19 163/5 163/6 164/4 164/5 166/13 166/15 166/18 166/21 166/24 167/3 169/1 169/3 169/4 172/7 172/8 172/12 177/1 177/7 177/8 177/16 178/23 180/15 181/3 181/15 182/23 182/23 184/11 185/7 189/1 189/11 189/18 190/2 190/8 191/19 192/12 192/18 194/5 196/1 196/7 196/10 196/10 196/11 198/16 198/23 199/16 200/13 201/3 202/23 203/14 205/10 205/16 209/4 209/19 209/19 209/19 211/15 215/7 216/14 217/19 218/6 218/10 219/8 221/17 221/20 222/8 222/20 222/24 223/19 223/21 227/8 227/10 228/21 230/20 233/8 236/2 237/24 238/12 238/20
can't [43] 12/1 22/16 33/23 38/10 38/11 39/22 42/3 42/5 43/19 46/4 48/7 53/12 58/8 64/18 75/2 83/17 83/18 85/16 86/17 86/21 86/22 86/24 93/2 94/21 107/4 118/22 127/11 138/23 140/2 146/5 152/5 182/5 184/2 186/8 198/24 207/15 207/17 221/12 221/18 225/24 235/9 235/9 236/15
cancer [1] 220/22
cannot [3] 6/3 42/6 47/4
capsular [1] 180/19
capsule [16] 151/4 151/17 164/6 164/7 166/18 166/19 167/6 168/4 180/12 181/7 181/13 183/5 183/19 184/3 202/3 224/6
capsules [5] 151/25 164/10 164/15 167/1 201/19
capsulorrhaphy [1] 210/24
caption [1] 122/3
captioned [1] 120/12
captured [4] 71/13 72/6 72/7 74/6
care [6] 15/1 121/3 158/9 197/13 217/18 230/14
careful [3] 48/6 188/13 188/22
carefully [1] 78/2
Carolina [1] 17/2
case [78] 7/4 7/5 9/6 9/17 9/19 9/19 12/18 24/5 24/17 26/10 27/8 27/12 28/23 31/7 33/5 39/18 43/6 43/7 43/8 44/20 44/23 45/3 45/15 45/18 48/13 50/10 54/18 56/3 58/6 58/6 59/10 69/15 69/18 75/22 76/21 82/11 82/21 83/10 87/11 87/11 88/16 88/18 88/20 88/23 88/24 100/15 103/17 107/21 109/3 110/15

130/14 133/12 133/18 133/19 140/18 145/15 149/23 153/18 153/18 153/21 158/23 163/18 164/17 164/22 165/25 167/7 176/22 177/9 177/21 178/1 191/9 200/12 229/20 229/20 236/17
case-by-case [1] 229/20
cases [19] 9/18 21/15 21/15 23/12 23/17 23/24 23/25 24/3 29/16 29/21 45/2 45/4 45/5 67/3 87/15 88/17 128/9 182/25 216/15
Castillo [1] 115/9
categories [1] 37/14
Cates [2] 2/3 123/18
catheter [2] 174/10 174/13
cause [16] 86/22 88/21 89/5 163/7 163/14 166/24 169/18 177/7 183/3 195/7 208/1 209/2 209/4 209/6 209/16 239/18
cause/effect [1] 89/5
caused [5] 170/5 179/8 219/20 219/21 221/3
causes [4] 86/23 163/3 208/9 209/13
causing [2] 169/19 176/23
cavity [10] 175/23 175/25 176/3 176/6 212/12 212/13 212/18 212/21 213/3 213/5
cc [7] 186/6 186/17 193/7 196/7 198/9 198/19 198/24
cc's [8] 186/3 193/8 193/17 194/1 194/2 196/7 196/16 198/4
CE [2] 23/1 23/9
cease [2] 53/24 100/16
Center [1] 113/15
centimeter [1] 192/22
central [2] 48/7 48/12
certain [5] 26/9 36/5 50/15 185/21 219/20
certainly [11] 4/22 4/25 117/23 149/18 151/18 163/5 176/23 206/6 208/13 212/12 216/5
Certification [1] 239/17
certify [1] 239/18
cetera [11] 14/13 14/13 14/13 60/11 60/11 63/25 99/7 99/7 106/20 106/20 185/22
chairman [1] 18/12
challenge [6] 4/9 4/10 14/11 88/25 89/3 89/3
chambers [1] 227/14
chance [1] 237/15
change [3] 27/3 49/8 152/6
changed [2] 52/15 206/22
changes [4] 49/14 52/20 53/15 53/19
changing [1] 25/11
characteristics [1] 52/1
charge [3] 44/18 234/18 234/19
charging [1] 46/13
CHARLES [5] 2/7 30/8 44/3 99/4 186/25
chart [9] 8/25 13/25 132/23 133/11 134/19 200/14 201/3 201/8 201/10
charts [1] 200/19

**check [6]**  8/12 39/1 62/1 91/3
 103/21 160/6
**checklist [5]**  6/8 8/11 8/12
 9/12 100/8
**cheese [1]**  227/9
**chemical [5]**  19/14 19/14
 49/10 52/6 52/7
**chemicals [1]**  41/8
**chemistry [4]**  48/20 52/15
 52/20 64/5
**Cheryll [3]**  2/13 239/22
 239/23
**chest [32]**  162/3 163/22
 165/16 166/14 177/7 178/14
 180/3 186/7 186/10 186/11
 191/18 194/4 194/21 196/9
 198/7 198/10 199/7 212/12
 212/13 212/18 212/19 212/20
 212/21 212/22 213/3 213/5
 214/23 215/8 215/12 215/14
 220/1 224/4
**Chester [1]**  1/22
**chests [1]**  186/8
**children [1]**  199/7
**chose [1]**  59/9
**chronic [2]**  52/24 53/4
**chronically [1]**  52/19
**chronological [1]**  70/13
**Ciaravino [8]**  151/8 151/9
 168/13 169/8 181/5 217/23
 218/14 223/1
**Ciaravino's [6]**  164/13 168/14
 180/8 181/23 181/25 223/2
**circumstance [1]**  191/11
**circumstances [1]**  86/22
**civil [1]**  8/9
**claimed [3]**  30/7 30/19 118/24
**claiming [1]**  102/14
**claims [2]**  57/17 60/23
**clarification [2]**  39/4 178/23
**clarified [1]**  84/14
**clarify [4]**  49/15 78/15
 170/25 215/7
**clarity [4]**  55/22 55/24 57/18
 233/14
**class [6]**  14/10 18/19 54/12
 55/9 55/10 56/12
**classes [2]**  14/10 146/5
**classic [1]**  19/6
**classically [2]**  19/11 19/22
**classification [2]**  47/13
 55/11
**classify [2]**  47/11 137/10
**clean [4]**  32/22 32/24 33/3
 235/13
**clear [14]**  9/19 48/14 66/23
 80/3 97/23 106/4 118/9
 121/10 129/16 136/23 139/2
 163/25 189/15 233/16
**clearly [5]**  8/21 10/15 26/21
 65/9 91/24
**client [2]**  147/14 153/2
**clients [1]**  24/13
**clinic [3]**  33/9 35/12 232/17
**clinical [3]**  17/19 57/15
 145/22
**clinically [1]**  53/11
**close [6]**  62/22 158/13 173/11
 174/4 190/23 231/12
**closer [1]**  228/12

**clue [1]**  41/24
**CM [1]**  2/13
**CMR [1]**  239/23
**co [1]**  39/1
**co-counsel [1]**  39/1
**coauthors [1]**  79/15
**cocaine [1]**  126/22
**coincidentally [1]**  218/24
**colleagues [2]**  120/22 165/3
**collected [9]**  30/12 30/14
 31/2 31/25 35/7 125/14 129/2
 131/12 134/17
**collection [1]**  74/15
**college [6]**  16/12 16/20 16/25
 23/18 96/6 155/10
**colleges [1]**  18/24
**column [1]**  126/16
**comatose [1]**  22/15
**combination [2]**  83/8 136/13
**combined [2]**  19/20 72/24
**come [29]**  8/10 10/3 21/13
 23/24 36/15 38/16 57/9 58/4
 94/11 104/2 109/8 112/5
 117/8 119/17 121/20 160/12
 167/20 171/17 171/17 171/23
 190/4 199/15 220/15 229/5
 233/23 235/6 236/14 237/24
 239/3
**comes [12]**  46/15 75/1 100/12
 105/13 122/17 135/18 145/17
 178/6 188/7 197/12 199/2
 231/10
**comfortable [5]**  15/24 47/13
 122/13 122/21 154/20
**coming [16]**  4/7 8/8 18/25
 37/8 37/11 54/24 94/6 105/5
 108/4 148/24 166/3 187/13
 201/4 226/20 228/14 231/4
**comment [2]**  140/18 148/23
**comments [2]**  129/10 223/4
**commit [1]**  227/6
**Committee [2]**  18/12 18/13
**common [17]**  21/8 22/6 22/22
 29/20 35/14 41/7 50/5 85/20
 105/4 105/11 135/15 145/21
 149/1 197/14 197/19 197/21
 209/14
**commonly [5]**  5/9 6/1 10/24
 86/6 209/14
**communicating [1]**  99/5
**communication [1]**  160/1
**communicative [1]**  60/10
**community [3]**  86/9 88/20
 118/17
**companies [2]**  46/6 46/7
**company [6]**  1/6 46/12 46/15
 114/12 185/19 236/19
**compare [4]**  66/12 86/24
 120/25 121/7
**compared [1]**  86/21
**competent [2]**  4/16 11/19
**compiled [1]**  113/5
**complained [2]**  194/24 214/23
**complaining [2]**  93/8 215/7
**complaint [1]**  185/8
**complaints [2]**  75/8 218/3
**completely [9]**  35/23 66/23
 97/5 135/7 158/21 158/22
 163/16 163/17 188/18
**completeness [1]**  184/6
**complex [1]**  12/9

**complicated [2]**  252/6
 158/18
**compliment [1]**  24/4
**component [3]**  63/14 137/23
 140/6
**components [4]**  110/18 112/5
 120/8 120/9
**composite [2]**  108/20 109/7
**compression [1]**  209/17
**computer [1]**  1/24
**computer-aided [1]**  1/24
**conceivably [1]**  35/10
**concentrate [1]**  35/8
**concentrated [1]**  12/15
**concentrates [1]**  35/3
**concentration [3]**  35/12 74/8
 74/9
**concept [2]**  56/24 59/21
**concern [2]**  9/11 206/7
**concerned [3]**  11/12 206/4
 231/12
**concerning [1]**  211/23
**conclude [1]**  71/11
**concludes [3]**  8/2 150/13
 227/23
**conclusion [2]**  125/24 208/22
**conclusions [2]**  127/25 128/2
**concoction [1]**  36/11
**condition [16]**  63/24 64/15
 156/25 157/2 157/19 157/20
 163/3 163/10 164/1 164/2
 168/15 170/3 189/13 206/18
 208/14 221/3
**conducted [1]**  114/21
**confer [1]**  103/21
**conference [1]**  119/10
**confidence [2]**  14/6 45/4
**confident [1]**  112/25
**confirm [2]**  139/19 164/14
**confuse [1]**  93/2
**confused [6]**  36/22 37/15
 64/11 64/11 81/3 92/17
**confusing [2]**  92/15 93/11
**confusion [2]**  93/3 106/12
**consciousness [1]**  40/19
**consecrate [1]**  227/14
**consensual [1]**  6/5
**consent [2]**  6/19 7/8
**consequences [1]**  189/16
**consider [3]**  76/22 199/1
 221/10
**consideration [1]**  58/5
**considered [1]**  72/17
**consistency [7]**  234/5 235/10
 235/11 236/4 236/8 236/24
 238/25
**consistent [33]**  6/5 25/25
 31/20 31/22 33/12 36/2 40/16
 41/10 43/11 56/14 58/13
 85/10 86/6 94/14 98/21 98/22
 98/25 100/9 103/12 107/20
 108/6 109/4 122/18 133/8
 144/17 148/24 151/5 234/17
 237/12 237/16 238/21 238/22
 239/3
**consistently [5]**  86/15 88/4
 88/7 88/11 153/25
**constant [1]**  50/24
**consult [1]**  46/12
**consulting [4]**  46/1 46/4 46/7
 46/10
**consumption [1]**  98/22

**C**

contacted [3]  45/6 45/12
45/17
contained [1]  238/1
contains [1]  29/12
contention [2]  230/12 238/1
continue [14]  52/2 52/3 53/25
65/25 66/3 171/20 184/14
195/11 196/14 196/19 197/3
203/9 204/8 206/21
continued [2]  2/1 54/1
continuing [5]  16/18 18/20
23/9 23/10 113/10
continuum [1]  216/21
contradict [1]  128/15
control [5]  60/21 102/24
147/17 153/9 236/19
controlled [3]  50/14 50/22
88/25
conversation [1]  115/18
conversations [1]  205/18
Cooper [1]  2/9
coordinator [1]  17/18
copy [8]  29/8 29/9 120/25
142/20 152/24 152/25 154/6
236/10
corralled [1]  6/12
correct [195]  24/18 28/12
32/18 44/16 44/17 45/11
45/22 48/22 48/23 49/22 57/8
57/25 58/1 58/22 59/17 60/6
60/7 60/13 60/14 60/19 60/20
60/24 61/8 61/9 61/10 61/11
61/21 61/22 61/25 62/1 62/13
62/20 62/24 62/25 63/3 63/13
63/14 63/23 64/1 64/9 64/16
65/3 65/4 65/14 66/6 66/9
66/10 66/14 67/21 67/22
68/17 71/6 71/7 71/21 72/5
72/12 72/13 73/9 76/9 76/10
76/12 76/21 77/3 78/9 80/5
80/6 80/21 81/5 81/9 81/10
81/12 81/20 81/21 83/22
83/24 84/1 84/9 87/10 88/19
96/10 96/11 97/18 98/4 98/5
98/6 98/8 98/9 98/11 98/13
98/15 98/17 98/19 98/23 99/1
99/9 99/18 99/21 100/4 100/5
100/10 100/16 101/6 101/7
101/10 101/22 102/10 102/11
102/15 103/17 103/18 104/25
105/3 112/7 112/8 116/20
116/21 116/24 116/25 117/4
124/9 124/11 124/13 124/22
125/19 126/21 126/23 126/25
127/2 127/4 127/9 127/10
127/19 127/20 129/22 129/24
130/5 130/21 131/14 131/22
131/25 140/7 141/5 141/20
142/5 148/13 157/21 159/9
172/16 173/6 173/17 173/18
174/22 175/4 176/4 176/8
177/6 179/2 179/15 179/17
180/11 182/21 183/22 183/23
185/2 185/13 187/11 187/12
187/14 187/18 189/14 189/17
191/23 192/2 192/23 192/24
193/1 193/5 193/18 193/19
196/17 196/18 199/22 204/7
206/20 208/24 219/2 219/25
225/16 225/17 225/19 225/21

corrected [1]  70/14
corrections [1]  165/11
correctly [2]  65/6 216/11
corroborate [2]  70/12 134/4
cosmetic [2]  187/19 224/3
cost [1]  169/11
could [64]  7/16 12/5 16/8
20/16 24/12 35/9 50/14 52/22
53/6 62/16 62/16 68/11 68/23
85/23 90/12 90/13 98/25
104/11 107/1 124/19 124/25
125/13 127/16 128/8 128/13
129/5 129/16 131/15 136/22
141/22 146/13 149/24 149/25
159/14 163/9 165/17 167/2
173/8 173/13 173/14 183/25
191/18 192/3 194/15 195/5
195/5 202/15 202/20 205/15
207/19 208/17 208/21 213/10
215/11 215/11 215/12 215/23
219/10 220/3 224/11 225/2
226/21 229/7 236/11
couldn't [4]  90/10 131/17
198/21 208/20
counsel [6]  26/6 39/1 39/5
103/21 142/21 142/25
counter [1]  20/16
countries [3]  19/10 20/3 20/6
country [1]  6/23
counts [1]  234/3
couple [15]  13/13 14/23 23/4
35/9 36/6 37/25 79/1 87/1
115/4 118/1 136/24 137/1
137/16 163/25 164/4
course [8]  5/22 13/6 16/16
16/17 16/17 103/15 141/19
206/4
courses [2]  16/15 23/9
court [41]  1/1 2/12 2/13 5/22
7/12 7/22 11/6 11/10 11/18
12/5 15/20 16/3 23/2 23/2
25/2 26/17 27/5 39/4 39/16
54/17 91/8 116/4 117/22
119/3 119/13 119/15 119/20
120/24 121/7 121/15 122/4
143/15 149/18 152/1 152/20
154/17 176/15 226/18 230/17
239/17 239/23
Court's [15]  4/8 4/12 4/23
5/15 6/9 6/16 8/20 8/21
10/13 11/17 14/25 26/8 144/8
144/10 229/17
courtroom [3]  8/18 27/21
112/14
cover [1]  10/21
covered [2]  43/3 143/23
covering [1]  175/22
covers [1]  178/16
cow [1]  190/17
crashes [2]  209/5 209/15
crease [1]  196/25
create [2]  187/9 188/14
created [2]  132/24 165/3
creating [2]  133/11 193/4
credibility [2]  7/9 7/25
crime [2]  14/12 227/6
crimes [2]  14/13 108/23
criminal [4]  8/9 91/5 149/23
149/25
criteria [83]  4/22 6/20 6/21
6/25 7/1 7/3 8/13 9/1 13/5

13/12
13/16 14/3 26/11 26/24 26/24
27/1 27/1 57/6 58/20 58/23
59/1 59/4 59/5 59/9 59/12
59/13 60/25 61/5 61/21 61/23
62/5 62/8 66/12 75/18 76/7
76/8 76/16 78/2 99/24 101/25
102/8 102/15 102/18 106/17
106/23 106/24 107/5 107/6
107/7 107/11 107/15 107/18
107/23 107/24 108/3 108/19
112/12 113/14 113/18 114/12
117/14 119/4 119/5 120/2
120/3 120/5 120/12 122/1
122/2 122/7 122/7 122/11
122/19 122/24 132/25 133/1
133/6 133/8 133/14
critical [1]  70/10
cross [15]  5/23 44/1 123/14
131/20 150/5 170/14 186/23
228/1 231/1 231/3 231/7
231/16 234/7 236/15 237/16
cross-examination [6]  5/23
44/1 123/14 131/20 170/14
186/23
cross-examine [2]  236/15
237/16
cross-examined [5]  231/1
231/3 231/7 231/16 234/7
CSR [2]  2/13 239/23
Cullen [6]  2/9 97/6 186/21
186/24 221/2 226/14
cumulative [1]  230/24
cup [1]  102/25
currently [3]  155/23 168/18
168/18
curve [1]  96/12
customarily [1]  116/22
cut [7]  172/18 174/24 175/1
175/5 176/1 176/21 176/24
cutoff [1]  226/23
CV [1]  1/4

**D**

D-I-T-Z-Y [1]  98/21
D/B/A [1]  1/6
daily [1]  155/23
Dan [1]  170/16
dancing [1]  92/21
dangerous [1]  170/24
Daniel [1]  2/4
Darington [1]  1/22
dashboard [1]  209/20
data [2]  68/10 85/7
date [107]  6/24 6/24 6/24
11/20 18/16 19/2 19/3 19/5
19/17 20/21 21/3 21/6 25/3
30/7 30/9 31/5 31/8 31/23
32/4 39/11 41/5 41/9 42/22
47/11 47/12 47/16 47/18 50/5
51/20 53/2 54/12 55/7 55/13
55/21 56/6 57/17 59/3 59/15
61/1 61/6 65/8 67/14 69/21
70/4 70/6 70/12 70/15 71/3
71/12 71/17 71/18 83/4 83/9
83/16 85/11 85/12 86/1 86/5
86/7 87/15 92/7 96/9 96/9
96/24 97/14 97/25 98/23
99/15 102/22 103/8 105/5
105/15 106/2 106/18 107/17
108/2 108/7 108/18 112/10
124/15 124/25 125/2 125/4

**date... [24]**  125/11 125/13
128/4 128/9 131/17 131/20
134/20 140/8 140/11 140/14
140/17 140/20 140/21 146/11
147/8 147/9 151/6 161/19
161/20 162/13 183/4 212/3
238/23 239/20
**dated [6]**  67/20 67/20 68/10
90/18 168/23 212/3
**dates [2]**  200/14 200/16
**Daubert [8]**  4/9 4/9 8/8 14/11
109/11 118/3 118/4 143/24
**day [24]**  30/10 33/13 48/16
54/17 54/17 54/22 67/20
67/24 69/21 72/3 74/12 93/8
130/4 145/5 145/11 179/24
180/4 201/16 228/11 229/10
229/13 229/13 231/23 233/4
**day she [1]**  30/10
**days [4]**  38/23 90/18 203/23
212/3
**de [1]**  89/3
**de-challenge [1]**  89/3
**DEA [1]**  23/4
**dead [1]**  51/17
**deal [3]**  5/3 18/14 149/25
**dealing [4]**  17/15 31/16
108/21 108/22
**deals [1]**  18/22
**dealt [1]**  23/1
**death [1]**  50/10
**December [2]**  183/20 194/14
**December 6th [1]**  194/14
**decide [6]**  111/11 111/14
130/8 133/3 134/18 197/17
**decide -- I [1]**  133/3
**decides [4]**  125/17 127/23
128/1 130/1
**deciding [1]**  199/8
**decision [2]**  84/14 130/10
**decisions [1]**  31/20
**declarant [4]**  232/8 233/25
234/1 236/2
**declarant's [2]**  234/13 234/17
**decrease [3]**  20/19 74/8 74/9
**decreased [1]**  36/22
**deducing [1]**  88/22
**defaulting [1]**  5/21
**DEFENDANT [2]**  2/2 2/7
**defendants [4]**  1/8 23/15
150/14 151/24
**defense [7]**  23/24 23/25 24/1
43/22 227/25 228/17 229/2
**defer [1]**  185/24
**define [1]**  94/19
**definitely [5]**  80/16 122/3
130/17 166/18 170/7
**definition [2]**  93/19 95/20
**definitively [1]**  10/16
**deformed [2]**  205/25 214/20
**deformity [11]**  184/16 204/13
204/19 205/7 205/13 206/15
206/23 209/4 216/8 225/16
225/23
**degree [4]**  16/21 55/24 96/18
207/6
**dehydration [1]**  51/11
**delay [1]**  29/17
**demonstrate [1]**  124/23
**demonstrated [1]**  88/3

**demonstrating [1]**  88/3
26/25 120/7 143/6 151/1
151/2 152/10 164/17 164/22
164/24 165/2 165/10 165/14
166/8
**demonstratives [2]**  165/24
166/5
**denote [1]**  200/16
**density [1]**  191/15
**department [23]**  17/3 17/9
17/18 67/7 69/14 82/3 115/2
115/14 147/16 214/10 229/18
230/1 230/2 230/13 231/9
231/10 231/14 232/6 236/22
237/5 238/11 238/22 239/4
**depend [3]**  97/1 217/5 217/9
**dependent [3]**  22/12 103/11
138/7
**depending [5]**  21/14 46/18
72/16 73/4 107/1
**depends [14]**  35/4 36/13 44/20
86/18 86/19 86/19 90/6 99/17
102/23 128/18 128/19 128/19
136/13 216/24
**deponent [1]**  231/16
**deposed [3]**  26/20 26/22 27/1
**deposition [37]**  13/6 20/20
44/23 69/11 69/12 123/19
149/13 152/15 152/16 152/17
152/19 153/11 153/18 154/6
180/24 182/10 183/2 226/22
227/21 229/24 230/3 230/15
230/18 231/7 234/15 235/12
235/16 235/21 236/13 236/21
236/21 236/24 237/3 237/4
237/13 238/23 239/8
**depositions [3]**  27/14 136/21
153/21
**depression [1]**  138/6
**derivatives [2]**  19/18 41/6
**describe [11]**  99/4 99/8 100/6
100/7 114/20 185/12 204/24
205/6 205/8 205/9 226/3
**described [17]**  78/22 98/20
102/17 151/10 160/3 160/5
161/10 162/1 163/3 169/13
172/15 189/23 193/3 193/4
193/12 198/8 201/14
**describes [1]**  117/1
**describing [4]**  48/2 60/22
177/12 197/20
**description [7]**  65/12 99/11
99/12 140/24 172/15 192/13
207/25
**design [1]**  146/22
**designed [1]**  40/25
**designed -- I [1]**  40/25
**desires [1]**  185/9
**desperate [1]**  91/3
**desperation [2]**  115/21 115/23
**detail [5]**  82/9 172/25 174/3
192/21 197/11
**detailed [1]**  172/14
**details [4]**  45/3 54/24 211/17
211/19
**detect [2]**  12/7 12/12
**detectable [2]**  74/5 74/11
**detected [7]**  74/20 87/17
126/10 129/3 129/18 134/10
135/23
**detecting [1]**  12/21
**detection [2]**  128/8 134/11

**determination [2]**  114/9
11/2 11/14 30/17 59/2 83/17
83/18 215/25 222/2 237/25
**determined [2]**  112/11 164/9
**determines [1]**  141/25
**determining [11]**  10/5 61/5
88/21 107/16 108/1 108/16
112/17 120/3 120/5 120/13
122/8
**developed [1]**  37/16
**diagnose [2]**  86/10 156/24
**diagnosing [2]**  138/5 138/7
**diagnosis [1]**  207/23
**diagnostic [2]**  60/25 106/17
**Dickinson [1]**  17/15
**dictate [1]**  212/25
**did [114]**  4/11 4/21 6/18 7/7
16/20 17/3 24/23 27/9 36/8
39/19 41/25 42/15 46/1 54/19
57/1 58/14 65/20 68/13 69/7
71/1 71/2 76/20 78/1 78/18
78/20 78/21 78/23 79/4 79/24
82/10 82/22 83/25 90/3 90/7
91/25 92/8 92/10 97/3 97/4
97/13 99/10 107/10 107/11
115/1 115/4 123/7 124/12
129/4 132/20 133/5 135/20
139/5 139/19 139/22 139/25
142/4 143/5 145/15 147/23
155/17 156/22 156/24 157/1
157/22 157/25 158/1 158/19
158/20 161/16 161/24 162/3
162/4 164/14 164/16 167/9
167/11 168/12 168/13 168/24
168/25 171/11 172/5 174/8
174/10 181/25 183/19 184/17
184/20 190/3 192/3 192/4
192/10 194/1 200/25 201/6
201/8 203/4 203/6 204/17
207/1 209/21 210/22 212/8
213/7 214/4 214/7 217/23
219/17 219/19 221/15 223/1
223/3 234/1 239/1
**didn't [32]**  42/23 45/19 45/20
65/20 68/21 69/8 80/23 84/2
84/2 84/6 92/1 97/11 113/20
120/20 128/5 128/18 129/4
135/21 140/18 140/25 142/18
151/18 159/2 172/4 183/6
200/6 213/16 220/2 226/25
227/6 235/13 235/13
**died [2]**  85/15 85/17
**difference [6]**  31/15 95/24
151/9 157/17 165/24 203/14
**differences [1]**  147/5
**different [40]**  18/25 19/21
21/13 21/18 22/10 25/12
26/25 30/23 46/8 49/1 49/2
49/17 58/3 76/5 79/15 90/8
105/10 106/4 112/2 112/2
116/15 117/19 117/20 119/6
120/15 121/23 123/4 133/3
136/21 151/7 151/14 178/1
186/8 186/10 199/14 204/20
205/1 221/6 227/13 239/1
**differently [1]**  49/2
**difficult [6]**  168/1 169/22
180/15 190/8 215/24 223/8
**difficulties [1]**  67/18
**difficulty [2]**  194/18 217/20
**direct [6]**  16/5 96/8 109/23

**direct... [3]** 147/23 155/2
159/14
**directly [9]** 4/8 11/13 15/24
92/12 112/6 122/1 154/21
172/21 235/2
**director [1]** 17/18
**dis [1]** 110/2
**disagree [8]** 74/24 81/17
118/6 119/3 125/19 125/23
127/25 128/2
**disagreeing [2]** 80/10 151/13
**disagrees [1]** 125/22
**disallowed [1]** 119/4
**disappear [1]** 34/20
**discipline [3]** 18/3 109/24
110/2
**disciplines [2]** 110/25 111/5
**disclosing [1]** 58/24
**discount [1]** 99/12
**discovery [1]** 236/17
**discreet [1]** 53/1
**discrete [1]** 55/22
**discuss [3]** 82/22 197/11
231/24
**discussed [6]** 82/25 144/8
196/9 197/6 197/8 217/20
**discussing [1]** 132/24
**discussion [7]** 11/10 24/19
91/8 121/19 139/23 141/7
153/15
**disease [1]** 26/2
**diseases [1]** 138/4
**disinterested [1]** 67/1
**diskette [1]** 27/14
**disoriented [2]** 36/22 37/15
**disrupted [1]** 164/7
**dissect [1]** 188/16
**dissection [1]** 188/13
**dissipate [1]** 37/10
**dissolve [1]** 191/13
**dissolves [1]** 191/14
**distance [2]** 166/23 223/23
**distinctly [1]** 26/25
**distinguish [2]** 215/9 215/10
**distressed [1]** 220/16
**distributed [1]** 25/11
**DISTRICT [4]** 1/1 1/1 1/11
2/13
**ditzy [3]** 98/20 99/4 117/4
**DIVISION [1]** 1/2
**dizzy [2]** 64/11 81/3
**do [207]** 4/6 4/21 7/2 8/17
13/23 14/4 15/6 15/19 15/22
16/11 16/11 16/14 16/17
17/14 17/23 18/20 18/24
20/18 22/20 22/20 22/23
23/14 24/11 24/16 25/7 25/13
25/22 27/10 27/23 28/22 30/7
30/17 31/7 36/3 38/15 38/16
39/12 41/18 43/23 44/6 44/6
44/18 45/2 45/4 45/14 46/20
46/21 46/23 46/23 46/25
53/13 53/13 53/13 53/25
54/13 54/14 54/25 55/8 55/17
55/25 56/8 57/8 58/1 58/9
58/18 61/2 61/19 62/2 62/3
65/5 70/16 70/21 70/24 71/1
74/2 75/22 79/13 79/13 80/7
80/11 81/22 82/2 83/3 83/15
86/11 88/13 90/24 90/25

97/9 97/9 99/12 100/1 101/1
101/2 103/22 103/23 104/3
106/22 108/21 109/1 110/23
111/8 113/24 115/13 116/8
119/21 120/23 121/9 130/7
133/2 138/17 141/12 144/15
145/15 146/21 149/12 149/13
149/17 150/7 152/25 154/8
154/16 154/19 155/7 155/7
155/20 155/20 155/23 155/24
155/25 156/1 156/4 156/4
156/6 156/7 156/18 156/19
156/20 157/10 160/14 160/16
161/19 163/21 164/21 165/25
166/25 167/21 168/18 169/23
170/24 171/24 174/4 174/11
175/5 180/24 182/23 182/23
182/25 183/2 185/16 186/17
188/24 189/25 190/1 190/2
190/20 190/24 199/4 200/6
200/18 200/21 200/23 203/15
204/25 205/6 205/9 210/13
210/21 211/19 211/22 212/6
212/23 215/8 217/8 220/11
220/21 221/8 222/14 222/18
223/3 224/12 225/10 227/4
228/10 228/19 231/5 231/6
235/14 236/23 238/8 238/24
239/7
**doctor [120]** 6/3 11/19 16/19
18/9 19/3 19/25 20/22 21/21
22/19 23/16 24/23 27/18
28/22 29/10 30/7 31/14 33/25
34/15 35/17 37/8 39/18 41/12
41/18 43/4 43/6 44/3 44/8
52/22 53/10 55/14 65/20
66/22 67/21 67/24 67/25 68/3
68/5 68/20 69/1 69/3 69/11
69/21 71/1 74/17 75/1 86/4
88/10 91/17 102/21 105/1
109/9 124/10 124/12 131/3
131/19 132/23 133/10 136/15
137/7 137/20 138/14 139/1
142/20 143/17 145/4 145/11
149/4 154/12 155/4 155/7
155/18 156/1 157/8 158/2
158/23 160/15 161/10 161/16
162/7 162/13 162/15 163/18
166/5 168/23 169/11 169/17
169/24 170/16 172/12 172/18
174/20 176/9 178/13 179/23
180/4 180/24 183/19 184/5
184/14 185/7 185/7 194/18
195/11 199/16 200/9 202/18
209/21 211/10 217/16 218/15
219/15 222/1 222/8 223/6
223/16 224/15 224/24 225/8
226/6 226/16
**doctor's [3]** 6/5 120/11
228/13
**doctoral [2]** 17/1 17/4
**doctors [3]** 151/6 218/1 222/6
**document [12]** 32/1 55/18 57/5
66/22 112/9 119/4 121/13
125/5 125/11 126/8 127/16
127/17
**documentation [3]** 33/8 86/11
87/8
**documented [16]** 39/24 53/18
53/19 54/6 54/8 86/15 87/14
87/19 87/21 88/4 88/8 106/6

**documents [13]** 27/7 27/10
27/11 27/13 27/17 28/5 28/6
69/18 124/5 133/12 139/5
139/19 152/9
**does [93]** 8/3 8/4 8/25 8/25
9/12 9/17 13/17 14/10 20/1
20/5 20/9 25/14 25/15 25/22
25/22 30/12 31/2 31/14 32/11
33/10 34/20 37/22 37/23
37/23 38/16 40/18 51/3 52/2
53/24 56/24 70/6 71/24 73/25
74/20 76/2 80/3 85/4 85/5
88/3 91/19 95/2 100/12
103/16 111/18 112/25 117/2
118/4 121/11 122/24 125/5
126/2 131/8 132/20 139/13
142/6 142/9 145/15 151/16
151/24 157/13 163/1 165/14
165/17 169/6 169/11 172/18
173/12 176/20 178/7 181/20
181/21 185/16 189/4 190/2
195/16 204/25 210/24 210/25
211/2 211/19 213/19 213/23
214/13 216/8 216/12 217/4
217/11 222/17 222/19 226/18
231/3 231/9 235/7
**doesn't [44]** 27/3 40/2 67/2
72/23 80/1 80/4 100/6 100/6
100/22 102/14 102/25 115/21
120/17 120/24 122/19 125/1
125/3 128/15 130/20 132/14
134/20 136/19 137/1 137/9
137/17 151/18 163/14 173/13
176/25 181/13 184/3 185/21
188/23 198/9 199/21 207/5
208/4 216/14 221/4 221/11
222/23 233/23 235/5 237/7
**dog [1]** 67/2
**doing [24]** 7/19 8/22 9/21
13/12 13/22 17/7 23/20 44/7
46/6 46/21 48/16 50/13 60/9
77/4 78/10 91/2 94/23 115/17
147/4 152/12 171/6 223/6
224/8 236/25
**dollars [2]** 28/1 169/15
**domain [1]** 7/6
**don't [122]** 4/10 4/10 4/21
11/7 11/17 14/7 14/8 14/18
14/24 21/9 21/10 24/6 24/10
26/18 26/19 26/20 28/13
34/10 37/4 37/20 41/20 42/12
44/3 45/19 46/2 46/21 47/7
52/11 53/6 53/11 54/10 54/21
73/19 74/14 74/16 77/23 79/1
80/9 82/15 83/7 85/16 87/12
90/16 92/21 96/3 96/4 99/10
99/25 100/1 100/21 113/1
113/7 113/9 114/23 114/25
115/3 115/4 115/7 116/9
116/9 118/21 119/24 121/3
121/17 123/1 125/9 125/21
129/5 129/10 132/7 135/19
135/19 137/8 137/11 139/9
143/1 143/2 143/13 144/10
153/4 153/8 159/17 160/11
161/8 161/14 161/20 163/21
164/19 170/17 171/17 171/17
174/6 178/7 182/5 188/3
188/8 188/15 188/24 196/1
197/9 198/20 200/10 201/2
201/11 204/16 207/7 209/22

**don't... [15]** 210/13 211/24 211/24 213/2 214/9 214/17 218/16 220/9 220/16 220/17 220/23 223/10 227/16 233/4 233/24

**done [41]** 8/13 12/13 18/11 22/24 23/3 31/1 31/18 31/19 31/21 33/1 33/12 33/13 34/1 34/3 34/7 34/14 35/5 47/2 53/22 57/10 67/7 75/12 77/10 77/10 110/12 110/13 110/17 117/8 129/23 131/10 131/11 145/22 153/19 170/4 174/3 184/21 217/22 218/14 219/1 223/5 223/9

**door [3]** 119/6 231/3 235/6

**dosage [8]** 49/25 50/3 50/8 50/12 53/4 72/19 83/12 102/23

**dosages [3]** 20/18 36/21 37/18

**dose [41]** 20/25 21/14 22/13 22/14 36/8 36/23 47/20 47/21 47/21 47/24 48/1 48/3 48/3 48/4 48/8 48/11 48/18 49/5 49/7 49/16 49/17 49/20 49/22 49/23 50/7 50/15 50/23 52/19 72/24 73/7 73/8 74/3 83/16 86/18 88/8 96/11 96/12 96/23 97/20 107/1 128/19

**dose-related [1]** 96/11

**doses [4]** 36/19 37/7 96/9 96/16

**double [1]** 151/2

**double-sided [1]** 151/2

**doubt [2]** 56/2 87/4

**down [29]** 35/13 40/20 43/3 43/4 46/15 55/15 76/25 77/7 79/7 79/9 100/12 124/18 148/2 149/4 163/6 164/5 166/20 166/21 175/20 188/10 188/12 189/3 204/3 215/19 216/4 217/24 221/5 226/16 227/3

**downward [1]** 166/19

**Dr [6]** 15/14 109/17 109/25 110/2 151/8 181/23

**Dr. [60]** 6/16 6/16 6/23 8/7 10/16 12/6 14/20 15/15 15/16 16/6 16/11 27/7 33/8 71/5 71/8 71/13 72/8 90/17 90/21 91/22 91/24 109/24 116/14 119/12 121/5 121/6 121/12 122/11 123/16 124/10 134/1 138/10 139/2 139/12 145/5 145/12 149/12 149/21 151/1 151/9 151/16 151/23 152/2 152/14 164/13 164/13 168/13 168/14 169/8 180/8 181/5 181/25 186/24 217/23 218/8 218/14 223/1 223/2 228/10 229/2

**Dr. Ciaravino [7]** 151/9 168/13 169/8 181/5 217/23 218/14 223/1

**Dr. Ciaravino's [5]** 164/13 168/14 180/8 181/25 223/2

**Dr. Eisenmann's [1]** 164/13

**Dr. Jones' [1]** 109/24

**Dr. Lahiri [9]** 14/20 149/12 149/21 151/1 151/16 152/2

**Dr. Michael [1]** 151/23

**Dr. Scarano [3]** 6/16 228/10 229/2

**Dr. Schulz [8]** 33/8 71/5 71/13 72/8 124/10 134/1 145/5 145/12

**Dr. Schulz' [3]** 71/8 138/10 139/2

**Dr. Scott [4]** 90/17 90/21 91/22 91/24

**Dr. Scott's [1]** 139/12

**Dr. Tackett [14]** 6/16 6/23 8/7 12/6 15/15 15/16 16/6 16/11 27/7 116/14 119/12 121/12 122/11 123/16

**Dr. Tackett's [3]** 10/16 121/5 121/6

**drank [4]** 37/2 89/8 136/23 136/23

**draw [2]** 100/15 178/18

**drawing [2]** 116/11 116/11

**drawn [4]** 34/4 34/6 34/11 152/7

**dress [1]** 191/4

**drift [1]** 20/11

**drink [19]** 21/8 21/10 21/10 21/11 40/1 42/24 51/14 62/16 75/23 96/2 100/3 130/3 130/19 135/16 136/24 137/9 137/16 137/16 140/25

**drinking [8]** 62/5 76/15 76/17 101/17 101/25 102/6 136/15 137/2

**drinks [17]** 40/14 40/14 62/6 62/10 62/13 76/18 79/2 91/19 100/14 101/17 101/18 101/20 102/1 102/7 102/9 102/14 136/23

**drive [2]** 54/16 54/18

**driving [2]** 56/10 132/6

**drop [4]** 35/10 35/12 93/21 188/23

**drove [1]** 54/10

**drowsy [3]** 64/11 81/3 98/8

**drug [240]**

**drug -- I [1]** 135/8

**drug-facilitated [26]** 5/14 5/18 10/6 11/3 11/15 12/8 12/15 12/22 29/14 29/21 29/23 36/7 40/16 41/11 43/12 47/15 89/12 110/21 113/17 114/5 122/12 133/7 133/9 135/24 136/7 146/10

**drug-induced [3]** 90/13 95/1 95/12

**drug-related [2]** 89/18 89/25

**drugged [5]** 10/18 125/22 131/17 133/17 148/25

**drugs [140]** 5/9 5/12 5/25 6/1 10/17 10/23 10/24 11/1 16/17 17/16 17/22 17/24 18/3 18/5 18/10 18/16 18/17 18/19 18/22 19/1 19/3 19/4 19/5 19/14 19/19 19/20 19/21 19/24 20/22 21/1 21/3 21/6 21/14 22/5 22/9 22/25 23/4 23/6 23/12 25/3 25/4 25/4 25/10 25/11 26/1 26/16 29/20 29/23 32/19 32/20 33/20 34/16 36/1 36/3 36/14 36/17 37/6 37/13 37/16 38/4 40/21

**Dr. Michael [1]** 151/23

47/9 47/10 47/11 47/15 47/18 47/20 48/8 48/11 48/22 48/23 50/6 51/3 51/18 52/13 53/13 55/8 55/9 55/13 56/5 56/6 56/7 56/11 56/11 65/13 72/25 75/5 75/16 83/8 85/11 85/12 85/18 85/19 86/1 86/5 86/7 95/3 95/14 95/14 96/9 96/13 96/16 97/2 97/10 97/21 98/19 103/13 106/8 108/8 108/22 108/22 109/1 111/2 111/4 128/4 131/21 132/18 133/2 133/3 134/12 134/21 140/14 140/14 140/17 140/20 145/19 145/19 145/23 145/25 146/11 146/16 146/17 146/23 147/6 149/2

**drunk [16]** 62/22 62/23 64/11 77/12 77/15 78/22 78/24 78/25 79/2 81/3 92/20 102/13 137/5 137/11 141/3 141/6

**due [9]** 26/23 68/20 78/14 107/21 109/9 112/22 212/11 212/13 217/17

**DULY [2]** 16/4 155/1

**during [20]** 30/21 40/19 61/8 65/6 65/7 76/9 96/8 101/5 135/19 141/10 150/10 158/8 163/9 189/23 203/11 203/19 219/17 220/7 230/18 239/1

**dynamite [1]** 117/15

**E**

**e-mail [3]** 82/6 82/22 82/25

**e-mails [1]** 82/19

**each [10]** 43/8 100/21 108/19 110/13 111/13 113/18 117/1 131/11 174/8 227/4

**earlier [13]** 97/13 117/17 131/19 132/2 135/15 136/8 142/17 161/10 163/8 167/2 172/15 233/17 233/18

**early [5]** 147/10 207/19 207/20 227/3 236/17

**easel [2]** 61/14 143/17

**easier [2]** 47/17 62/2

**easily [2]** 74/4 74/11

**easy [5]** 64/3 64/3 64/4 80/19 216/1

**eat [1]** 132/12

**eaten [2]** 190/13 190/13

**eating [2]** 132/11 150/1

**Economically [1]** 169/11

**Ecstasy [3]** 19/16 51/9 51/10

**edge [1]** 187/17

**educated [1]** 16/20

**education [8]** 16/18 16/19 18/20 22/19 23/9 23/10 155/9 155/10

**effect [25]** 17/24 25/12 26/16 47/1 51/8 51/13 65/13 84/6 88/22 89/5 89/5 96/11 99/15 100/20 105/5 132/18 133/5 141/2 141/11 146/25 149/1 179/14 181/8 189/10

**effects [31]** 5/8 5/25 10/17 10/23 13/19 17/22 17/24 17/25 18/6 20/5 20/25 21/14 21/18 23/11 25/3 25/5 36/16 51/10 51/20 52/15 54/25 65/25 85/22 99/14 113/22

**effects... [6]**  131/21 136/7 136/8 145/21 147/2 187/24
**eight [9]**  10/7 35/24 63/9 79/19 80/12 106/18 106/21 112/12 210/14
**eighth [1]**  73/12
**Eisenmann [1]**  151/23
**Eisenmann's [1]**  164/13
**either [21]**  18/15 25/25 51/23 51/25 52/19 53/3 53/6 68/11 70/17 81/15 98/25 104/16 112/5 163/21 171/16 179/13 197/15 200/20 201/9 205/15 207/11
**either/or [1]**  205/15
**electrocautery [1]**  172/21
**electronically [1]**  166/3
**element [1]**  53/23
**elements [1]**  84/21
**elevated [1]**  187/17 224/1
**elicit [2]**  206/6 236/12
**eliminate [1]**  103/1
**eliminated [1]**  53/15
**ELLISON [1]**  1/10
**else [23]**  10/7 14/22 36/9 42/25 55/5 76/23 82/21 100/25 122/23 122/24 130/20 133/23 137/1 137/17 141/22 148/15 164/9 195/2 212/23 212/25 221/12 235/9 239/11
**else's [2]**  32/7 107/6
**embarrassment [1]**  105/16
**embraces [2]**  4/17 144/3
**emerge [2]**  38/18 38/19
**emerged [1]**  47/15
**employee [3]**  214/10 232/22 236/13
**employment [2]**  30/22 31/21
**emptied [4]**  35/6 35/6 135/6 135/7
**empty [3]**  135/6 135/12 135/13
**encompass [1]**  130/11
**encompasses [1]**  18/7
**encountered [1]**  193/2
**end [5]**  165/25 191/9 228/12 229/13 233/3
**endings [7]**  176/10 176/19 176/22 176/25 179/18 223/17 223/18
**endorses [1]**  107/15
**energy [1]**  51/16
**enforcement [7]**  6/22 10/3 12/24 13/4 23/3 105/20 108/5
**enforcement expert [1]**  12/24
**enhanced [1]**  86/20
**enlarge [2]**  91/14 93/25
**enlighten [1]**  201/3
**enough [15]**  22/14 36/23 39/12 43/1 84/25 94/1 173/8 187/3 190/23 191/3 194/19 195/10 201/19 208/15 214/18
**entail [1]**  169/16
**entire [7]**  110/6 132/12 215/17 216/21 231/4 232/7 234/8
**entirely [12]**  40/9 62/18 63/2 99/18 102/23 120/15 148/12 208/24 208/25 212/14 227/7 238/25
**entitled [5]**  109/22 144/3

**entry [2]**  9/14 104/17
**environment [2]**  50/22 140/16
**environmental [1]**  17/23
**envision [2]**  201/22 201/22
**episode [1]**  148/24
**episodes [1]**  53/25
**equal [3]**  86/22 86/24 86/25
**equivalent [2]**  190/16 196/8
**erode [1]**  47/22
**error [13]**  32/6 32/8 32/14 69/7 69/9 69/25 70/17 71/12 71/15 131/16 134/19 134/19 159/12
**errors [4]**  32/2 69/25 70/17 84/13
**erythematous [1]**  138/19
**especially [6]**  110/10 185/1 198/17 201/19 216/24 217/14
**essential [1]**  103/9
**essentially [6]**  6/18 92/8 96/1 105/8 114/21 118/19
**establish [2]**  118/14 118/25
**established [2]**  88/9 122/6
**Estefan [1]**  1/18
**esthetics [2]**  198/13 199/2
**et [11]**  14/13 14/13 14/13 60/11 60/11 63/25 99/7 99/7 106/20 106/20 185/22
**et cetera [11]**  14/13 14/13 14/13 60/11 60/11 63/25 99/7 99/7 106/20 106/20 185/22
**ethanol [3]**  34/7 34/8 134/24
**ethics [1]**  16/16
**euphoria [1]**  36/20
**evaluate [8]**  7/3 43/6 43/7 53/12 140/10 203/13 222/2 222/8
**evaluated [2]**  7/2 28/23
**evaluating [6]**  8/23 9/2 9/18 9/24 59/14 222/12
**even [38]**  7/15 13/11 13/15 14/9 21/17 21/17 23/6 25/4 25/16 31/8 35/10 38/3 40/8 43/10 46/4 52/14 53/4 53/14 54/2 54/5 55/1 57/8 74/12 90/2 109/24 117/12 128/5 148/15 153/4 153/13 167/4 176/23 186/7 217/17 218/3 232/3 232/14 236/1
**evening [9]**  30/11 33/22 40/8 99/3 101/21 114/20 135/19 147/12 239/15
**event [5]**  60/23 67/10 89/18 89/23 89/25
**events [10]**  38/2 38/7 65/9 65/10 105/6 105/8 105/8 105/10 106/5 214/11
**eventually [1]**  49/10
**ever [10]**  26/18 37/1 44/4 79/4 112/13 112/14 160/3 207/17 218/14 220/24
**every [15]**  22/23 47/25 53/11 54/16 54/22 56/22 57/14 58/1 84/6 95/7 95/8 99/25 116/11 131/9 186/9
**everybody [7]**  53/12 56/24 111/18 136/11 139/13 139/16 226/9
**everyday [1]**  108/25
**everything [8]**  8/17 20/14 85/10 92/21 100/25 136/14

**evidence [34]**  8/13 8/18 8/23 62/17 63/17 71/8 74/21 74/22 75/6 75/7 75/9 75/9 75/14 75/15 76/11 89/5 89/8 89/11 89/15 90/1 92/12 102/4 111/15 120/10 125/13 130/8 130/16 130/18 139/14 140/22 147/11 178/6 211/5 226/9
**evolving [1]**  58/12
**exact [9]**  115/3 115/5 123/3 134/3 147/6 161/19 161/20 187/8 232/8
**exactly [22]**  8/4 38/11 42/13 46/25 87/11 102/19 110/8 110/12 110/24 140/18 174/6 180/14 181/12 181/16 184/2 198/19 202/2 215/25 223/15 233/10 236/25 238/14
**exam [3]**  71/2 162/22 206/9
**examination [16]**  5/23 16/5 44/1 48/13 96/8 123/14 124/13 131/1 131/20 144/23 148/21 155/2 170/14 186/23 218/12 225/12
**examine [5]**  11/19 158/19 162/3 236/15 237/16
**examined [8]**  82/9 179/23 181/17 231/1 231/3 231/7 231/16 234/7
**example [36]**  13/14 22/13 25/13 29/24 30/21 35/4 36/4 36/10 36/18 37/1 37/7 45/12 46/8 46/15 48/7 48/9 49/7 49/18 51/2 51/8 51/19 52/11 52/12 54/16 60/8 60/22 70/10 86/19 87/12 90/10 92/19 113/19 120/10 132/9 180/1 207/15
**excellent [4]**  158/7 161/15 200/3 222/22
**except [3]**  117/3 141/5 203/2
**exception [3]**  238/2 238/3 238/17
**excitability [1]**  49/9
**excitation [5]**  21/25 22/4 22/11 36/25 48/10
**excitatory [3]**  21/19 22/2 51/13
**excited [1]**  22/14
**exclude [3]**  8/1 125/1 153/10
**excuse [14]**  9/3 30/9 40/7 53/8 114/7 119/16 128/12 136/2 145/6 146/8 146/10 150/20 218/10 219/21
**exhausted [1]**  52/4
**exhibit [24]**  4/18 4/21 26/25 28/13 75/15 89/20 93/15 97/25 126/12 142/6 142/15 142/23 143/8 147/24 152/4 152/6 159/15 159/18 160/7 161/1 172/7 224/12 225/3 226/9
**Exhibit 164 [1]**  93/15
**Exhibit 70 [3]**  159/15 172/7 226/9
**exist [3]**  57/25 100/16 112/25
**existence [1]**  120/13
**exists [2]**  56/22 103/13
**expect [11]**  48/19 49/7 50/24 191/19 201/16 201/18 201/20 201/24 201/25 202/5 202/9

**E**

expected [3] 49/25 198/16
 217/8
expecting [1] 68/10
expensive [1] 169/14
experience [5] 13/3 111/1
 207/3 220/13 222/11
experienced [7] 62/8 64/20
 76/19 90/4 101/19 102/8
 217/2
experiencing [2] 63/11 80/14
experiment [1] 50/14
expert [25] 4/7 4/9 4/23 5/1
 5/24 6/9 6/10 8/1 8/10 10/22
 12/24 14/9 14/24 24/5 109/21
 111/7 111/9 115/24 120/20
 139/10 143/10 151/12 151/12
 177/24 178/1
expert's [2] 7/6 109/13
expertise [5] 56/17 105/23
 111/15 120/11 144/4
experts [4] 6/9 57/22 111/17
 116/8
explain [23] 21/22 68/11
 137/6 140/9 152/3 152/6
 158/11 162/18 162/20 164/18
 164/23 165/3 166/11 166/13
 167/3 169/1 169/3 191/18
 203/15 212/17 222/20 222/25
 223/22
explained [8] 21/18 68/12
 165/25 169/16 195/13 195/22
 213/13 231/23
explanation [3] 23/5 134/8
 152/5
explicitly [1] 110/22
exposed [2] 32/16 52/18
exposure [3] 55/21 57/17
 105/15
express [1] 234/19
expressed [3] 67/6 99/20
 234/18
expression [2] 207/18 213/2
extension [1] 70/2
extent [1] 238/24
extra [1] 158/9
extraneous [2] 238/8 238/12
extreme [1] 98/5
extremely [3] 22/14 169/22
 223/8
eyes [1] 60/10

**F**

fabrication [2] 234/20 234/23
face [3] 32/13 70/18 70/20
facilitate [5] 5/10 6/1 10/24
 18/10 144/18
facilitated [29] 5/14 5/18
 10/6 11/3 11/15 11/25 12/8
 12/15 12/22 29/14 29/21
 29/23 36/7 40/16 41/11 43/12
 47/15 89/12 110/21 113/17
 114/5 120/14 122/12 122/18
 133/7 133/9 135/24 136/7
 146/10
facilitation [19] 6/25 8/24
 9/3 9/4 23/11 25/20 28/8
 36/17 39/20 40/18 43/9 43/16
 136/2 136/3 142/8 143/19
 143/22 144/16 148/25
facility [1] 67/8

fact [84] 7/15 7/18 7/20
 7/24 8/25 9/7 10/5 10/18
 35/14 39/21 40/24 41/9 56/8
 58/2 62/10 62/17 67/23 76/2
 85/14 108/15 111/9 119/14
 121/1 133/13 140/15 140/23
 145/23 147/1 151/24 153/22
 164/10 167/9 169/20 177/18
 181/5 182/2 182/20 189/1
 191/16 208/18 213/23 216/12
 218/24 219/24 223/5 230/14
 231/18 231/23 231/25 233/10
 235/3 236/14 237/25
factor [3] 48/21 74/13 199/8
factors [13] 10/3 12/20 14/6
 36/15 74/10 100/10 121/9
 121/10 188/11 199/1 199/4
 221/6 221/10
facts [5] 7/4 7/11 9/17 9/19
 139/9
faculties [2] 147/18 147/24
fade [2] 171/21 210/23
faded [1] 200/7
fail [1] 181/15
faint [1] 94/24
fainting [2] 93/12 93/18
fair [26] 39/12 43/1 56/25
 74/17 74/23 84/25 110/7
 121/1 143/17 147/18 159/10
 176/11 190/12 195/10 197/10
 204/16 206/18 207/6 208/15
 214/18 216/13 216/14 218/20
 221/20 222/1 223/14
Fairleigh [1] 17/14
fairly [9] 34/18 39/10 105/12
 142/6 165/14 179/20 181/20
 185/14 222/8
Falanga [6] 214/7 214/8 214/9
 214/17 214/18 224/16
fall [2] 56/12 216/23
falls [1] 100/25
familiar [7] 18/9 41/2 58/25
 59/21 141/1 141/2 196/6
far [13] 33/6 45/7 46/10
 47/17 72/21 80/25 81/10 88/8
 108/8 147/6 199/15 207/3
 221/10
fascia [1] 188/19
fashion [4] 99/5 99/6 120/9
 216/9
fashioned [1] 8/11
fast [3] 41/19 41/19 74/16
faster [1] 223/17
fat [1] 20/19
fatal [5] 32/9 32/11 33/16
 33/18 84/3
fatally [3] 67/8 70/5 70/5
fault [1] 145/8
fax [1] 29/11
FBI [6] 33/6 34/10 73/18
 134/22 139/19 147/21
FCRR [2] 2/13 239/23
FDA [9] 20/4 20/7 54/11 56/9
 132/5 132/17 132/19 132/20
 132/21
fee [1] 44/19
feel [3] 99/14 102/12 220/25
feeling [11] 62/21 62/22
 77/12 77/21 78/3 78/5 78/22
 80/4 100/6 148/23 210/12
feelings [2] 80/4 100/7
feels [1] 196/15

felt [9] 78/19 78/23 78/24
 101/22 102/12 102/13 137/5
 161/15 195/16
female [1] 185/8
feminine [1] 220/21
few [15] 38/2 38/19 38/20
 38/23 38/23 45/8 62/6 76/18
 101/18 102/7 102/7 123/21
 179/4 180/24 228/16
fibrous [1] 190/15
field [2] 56/17 57/7
fields [1] 86/25
fight [2] 51/24 67/2
figure [2] 107/4 127/15
filed [1] 4/9
fill [3] 54/22 105/19 194/1
filled [7] 54/24 125/12
 192/14 193/8 193/17 193/25
 196/16
filtering [1] 35/3
final [1] 82/3
finally [1] 147/14
find [16] 13/3 39/19 51/6
 51/11 51/12 56/2 57/8 60/16
 72/11 85/15 102/4 110/17
 132/9 146/24 201/2 201/20
finding [11] 43/9 60/12 60/15
 60/19 60/21 61/25 102/5
 133/21 138/17 141/19 219/15
findings [9] 6/5 9/23 9/24
 26/12 59/19 142/7 164/14
 206/8 225/14
fine [11] 13/20 15/1 42/8
 76/6 104/1 122/15 143/11
 148/12 152/16 154/3 184/8
finish [9] 53/9 112/21 113/12
 119/17 149/13 209/21 209/23
 220/10 235/25
finished [2] 191/22 209/22
firing [1] 38/21
firm [2] 1/15 28/2
first [50] 5/25 19/25 29/19
 31/17 31/25 36/2 36/7 41/22
 41/22 55/2 56/6 61/5 61/21
 76/7 77/18 79/9 82/10 101/4
 105/7 117/13 125/25 127/15
 132/25 133/16 142/21 146/4
 147/2 151/3 151/21 154/2
 156/22 156/24 162/16 169/8
 174/22 179/13 185/5 192/20
 193/14 193/15 194/4 194/11
 194/13 203/17 204/9 222/21
 223/13 224/17 228/9 230/23
fit [1] 133/15
fits [3] 79/2 100/23 111/14
five [10] 23/19 23/23 45/8
 63/5 79/22 84/22 174/7
 174/14 181/17 227/16
five-minute [1] 227/16
fix [1] 223/7
flap [3] 189/25 190/3 190/3
flashback [1] 42/13
flashbacks [5] 42/11 76/3
 76/4 81/15 142/4
flat [1] 44/19
flat-fee [1] 44/19
flattened [2] 204/14 225/20
Flattening [1] 225/20
flaw [5] 32/9 32/11 33/16
 33/18 84/3
flawed [6] 67/8 69/23 69/24

**F**

flawed... [3]   70/5 70/6 70/19
Floor [1]   2/6
flunitra [1]   127/11
flunitrazepam [5]   30/3 126/11
  127/12 127/19 128/6
fly [1]   152/6
focus [1]   106/21
focused [2]   60/11 85/9
fog [1]   12/10
fold [16]   163/1 168/2 169/5
  179/1 181/24 188/20 196/20
  196/22 196/25 204/14 206/16
  210/1 214/21 223/24 225/18
  226/1
follow [12]   8/12 13/25 68/8
  123/21 157/25 171/18 194/11
  194/21 197/4 201/13 202/24
  202/25
follow-up [8]   68/8 123/21
  171/18 194/11 194/21 197/4
  202/24 202/25
followed [4]   55/23 55/23
  57/18 57/19
following [3]   74/12 168/14
  210/10
food [1]   148/23
for the [1]   233/9
force [6]   189/6 191/17 221/7
  221/17 221/17 221/20
forced [1]   213/14
forces [1]   190/25
foregoing [1]   239/18
forensics [1]   16/16
forge [1]   94/11
forget [2]   134/3 228/9
form [1]   144/2
format [2]   132/21 142/10
formed [4]   38/8 38/9 159/10
  159/12
formula [2]   74/3 74/10
formulated [1]   41/7
formulating [1]   28/6
forth [1]   136/21
forward [1]   114/1
found [4]   9/25 12/2 39/21
  40/8
foundations [1]   59/5
four [17]   27/25 34/19 44/23
  72/16 72/17 73/2 84/22 93/8
  99/8 114/24 128/20 172/6
  174/7 174/14 210/20 228/23
  229/1
four-day [1]   93/8
fourth [2]   62/21 102/15
framed [1]   105/16
frankly [1]   200/10
fraught [1]   168/5
freely [1]   161/13
frequently [5]   168/6 195/4
  205/16 207/5 215/24
fresh [1]   192/13
freshmen [2]   18/25 21/9
friend [1]   102/6
friends [6]   62/6 76/15 76/17
  101/17 101/25 102/6
front [4]   7/22 11/14 61/2
  119/15
frontal [1]   162/21
frontiers [1]   113/9
full [7]   17/11 135/5 136/24

fun [1]   132/23
function [1]   189/5
functional [1]   95/25
fundamental [2]   100/13 103/16
further [5]   148/19 148/21
  171/20 226/13 226/15
future [1]   187/22

**G**

G-A-B-A [1]   95/15
GABA [8]   55/6 55/12 95/3
  95/13 95/14 146/7 146/8
  147/4
gamma [4]   19/13 56/7 87/13
  146/8
gamma hydroxy [1]   56/7
gamma-hydroxybutyrate [2]
  19/13 146/8
gatekeeper [1]   6/12
gathered [1]   173/7
gathering [1]   99/7
gave [11]   36/4 49/18 58/11
  68/5 69/3 69/22 97/6 133/13
  152/14 162/1 230/2
GBL [1]   19/15
GC [1]   128/12
Genaro [1]   115/9
general [11]   27/16 34/24
  54/12 55/9 68/16 84/4 84/6
  84/10 88/23 146/5 155/14
generally [11]   29/21 37/12
  38/18 44/20 47/9 72/17 73/24
  107/2 129/18 186/13 216/13
generals [1]   114/10
generated [1]   49/9
gentlemen [11]   15/11 16/8
  24/24 56/15 91/2 111/7
  123/12 155/5 177/20 227/3
  228/6
Georgia [3]   16/12 16/25 17/8
Germany [2]   67/8 70/8
get [44]   21/2 22/4 22/11
  22/12 22/13 23/17 23/17
  25/14 29/14 29/16 33/3 33/13
  36/8 45/6 48/4 49/18 49/19
  50/6 51/2 51/5 57/13 64/5
  85/3 104/2 104/10 112/1
  117/8 117/12 128/10 129/4
  129/4 129/16 132/10 135/17
  140/18 142/18 145/3 149/9
  149/21 150/2 154/6 174/20
  175/3 190/23
gets [9]   21/1 35/5 40/20
  92/16 92/20 96/22 132/11
  135/10 136/6
getting [10]   20/12 31/10
  45/20 48/8 48/10 48/12 49/22
  96/15 131/3 187/22
GHB [47]   19/12 19/13 20/9
  20/10 20/10 20/12 20/15 30/5
  30/6 34/6 34/8 35/18 35/19
  35/22 35/23 36/23 41/6 64/3
  64/4 80/19 83/23 83/25 85/4
  85/8 85/14 85/15 85/16 85/20
  86/9 86/11 86/13 86/15 87/7
  87/20 88/3 88/6 88/9 96/15
  96/20 106/13 113/19 128/4
  131/13 132/21 134/24 146/9
  146/25
give [29]   6/19 7/8 12/17
  15/20 22/7 46/12 46/16 46/20

given [42]   7/10 21/6 23/2
  29/15 30/18 30/19 32/20
  33/22 34/13 35/23 36/1 36/3
  37/9 48/18 49/7 50/23 53/2
  64/2 77/13 80/18 82/1 83/5
  83/12 86/22 96/24 99/14
  105/19 113/3 130/8 137/17
  140/21 140/22 142/8 143/19
  144/15 144/18 147/11 191/15
  198/17 231/8 234/13 235/4
gives [4]   36/20 84/16 100/13
  134/23
giving [7]   13/23 22/3 46/6
  84/11 135/5 180/24 213/17
go [77]   11/11 15/1 20/14
  23/4 23/25 31/11 32/13 32/17
  35/15 36/24 39/7 45/9 51/14
  53/10 57/23 61/19 65/22
  66/21 67/12 67/18 72/1 72/22
  76/7 80/9 80/10 93/15 93/22
  94/20 101/2 101/5 104/14
  104/16 104/17 110/16 113/10
  113/18 113/19 113/20 115/22
  124/3 126/8 126/12 127/16
  128/22 134/2 135/16 136/15
  144/6 152/10 158/19 165/25
  166/12 169/20 172/25 174/3
  174/21 178/7 180/8 182/19
  184/8 187/6 193/10 196/14
  199/16 202/12 202/21 211/3
  213/14 221/6 224/11 224/12
  225/2 225/6 227/12 234/25
  237/10 239/9
goes [17]   7/23 23/5 35/5 45/7
  89/2 89/11 92/20 92/20
  100/21 100/25 102/9 102/15
  135/10 137/15 174/12 187/4
  239/2
going [92]   5/5 5/7 7/7 7/9 8/19
  9/7 9/8 9/15 9/16 10/10
  15/16 20/25 21/1 22/17 33/16
  35/22 38/18 41/19 44/8 45/2
  45/4 48/16 58/7 61/12 62/3
  66/21 68/9 68/20 74/7 74/9
  75/2 79/7 87/1 91/5 94/11
  95/10 100/24 108/23 108/24
  109/9 110/10 112/1 113/8
  118/20 119/4 122/22 123/9
  126/3 127/25 130/7 130/15
  131/4 132/8 132/10 132/10
  138/22 142/22 144/13 144/13
  145/4 145/11 146/13 152/2
  152/5 153/10 153/19 153/24
  154/12 157/8 160/12 163/8
  164/19 169/3 169/19 178/2
  179/18 182/10 191/21 198/19
  199/3 199/12 199/15 213/18
  217/22 221/15 222/1 226/22
  227/10 228/11 229/6 229/8
  231/12 237/11
gone [9]   35/11 35/12 66/1
  72/3 74/14 135/20 181/5
  210/16 210/19
good [35]   4/3 4/3 15/16 16/6
  16/7 30/17 36/9 36/20 44/3
  44/7 48/15 57/1 60/2 87/11
  87/11 91/7 91/10 94/1 95/1

**G**

**good... [16]** 111/12 111/20
113/19 114/12 114/12 123/18
128/25 140/22 154/12 191/9
197/4 199/6 199/20 200/1
217/12 219/17
**got [38]** 7/21 16/21 25/2 32/2
32/3 36/6 37/23 41/20 42/15
61/4 63/14 84/15 84/20 88/1
89/3 89/6 92/14 94/13 119/6
125/11 126/1 128/19 129/8
135/12 139/16 140/8 140/11
140/19 140/19 149/22 151/2
154/8 155/9 188/6 188/7
220/10 227/13 239/3
**gotten [2]** 35/11 230/25
**graduate [2]** 17/17 155/17
**grant [2]** 47/2 113/16
**gravamen [1]** 4/12
**gravity [6]** 179/13 189/6
221/7 221/14 221/15 221/16
**Gray [1]** 227/5
**great [3]** 129/17 176/18
216/22
**greater [4]** 40/13 42/21 86/8
99/15
**Greg [1]** 115/6
**groggy [2]** 12/10 37/15
**group [1]** 126/1
**growth [2]** 20/18 20/19
**guess [11]** 5/3 13/23 42/23
89/22 106/16 121/17 132/24
132/25 154/5 166/24 236/21
**guidelines [1]** 185/21
**guy [1]** 136/1
**guys [2]** 123/8 232/23
**GYN [3]** 90/14 138/24 139/15

**H**

**H-07-CV-2719 [1]** 1/4
**had [114]** 4/13 4/13 10/12
11/4 18/9 23/1 23/24 24/3
24/19 30/18 32/21 33/19
33/19 35/11 39/22 39/25 40/7
41/1 52/16 57/14 57/17 62/16
62/17 68/12 68/17 70/4 70/11
72/13 73/7 75/10 78/5 86/10
89/10 89/16 90/7 90/8 90/10
91/18 91/25 91/25 100/8
101/20 102/14 106/3 115/18
119/11 120/20 130/3 130/19
132/23 134/1 134/7 136/17
136/22 136/25 137/4 137/15
139/3 139/6 141/11 154/21
158/6 164/6 164/14 165/10
167/18 167/19 168/11 168/16
168/16 169/8 170/17 177/5
177/9 181/5 184/20 192/5
192/8 193/10 194/12 195/6
196/16 197/8 197/21 199/7
200/3 203/5 203/20 205/3
205/4 207/21 207/21 207/22
208/7 208/18 208/23 213/17
213/17 214/19 218/14 219/1
219/13 220/1 222/14 222/22
223/5 230/3 230/17 230/18
231/5 231/22 232/15 237/15
237/15
**hadn't [2]** 218/15 223/11
**half [20]** 34/16 34/16 34/19
34/19 34/20 35/17 35/18

74/10 74/10 135/6 135/6
135/12 135/12 166/8 232/7
**half-life [12]** 34/16 34/16
34/19 34/19 35/17 35/18
35/19 72/15 73/1 74/3 74/10
74/10
**HALLIBURTON [1]** 1/6
**hammock [3]** 168/4 168/9 224/5
**hand [8]** 13/24 91/12 120/24
121/2 121/13 151/9 166/4
166/25
**handle [1]** 177/16
**hands [1]** 111/10
**handwriting [3]** 60/2 194/19
211/10
**handy [1]** 61/2
**hangover [1]** 51/17
**happen [18]** 22/1 37/24 45/12
100/22 105/14 128/10 153/19
164/4 166/18 177/5 183/13
184/25 198/9 208/4 208/7
208/10 213/7 217/19
**happened [18]** 12/11 32/1
37/20 54/10 63/10 64/19
80/13 106/19 107/4 162/1
169/18 169/21 169/24 170/5
177/10 208/25 219/24 226/3
**happening [8]** 22/9 38/13
113/9 164/2 164/23 165/15
166/14 182/24
**happens [7]** 54/18 65/12 88/6
89/4 104/12 152/11 174/11
**happy [6]** 24/14 77/17 98/12
120/24 121/14 171/16
**hard [14]** 38/12 52/20 86/10
180/14 181/12 181/15 187/22
195/3 198/18 198/19 202/2
207/16 215/10 215/10
**has [129]** 6/25 7/12 8/11
12/22 13/18 13/25 14/6 14/19
15/7 17/22 19/12 19/16 20/4
20/14 21/4 25/24 26/17 29/15
29/25 30/25 34/21 35/9 36/17
37/2 37/9 38/4 38/9 38/9
47/25 52/15 54/12 55/3 55/9
55/21 56/17 56/17 60/3 62/9
65/18 66/1 70/14 76/3 77/13
77/22 79/25 80/13 85/14 86/8
86/15 88/3 88/9 88/10 89/16
90/14 91/22 91/24 95/8 97/14
97/25 100/3 100/14 102/24
107/24 108/12 109/7 110/3
110/12 110/12 110/19 112/4
112/13 112/14 112/23 113/2
113/2 118/7 118/7 118/8
118/15 119/15 119/20 121/20
126/9 129/11 132/11 134/9
136/11 136/12 136/14 142/2
146/25 147/9 151/25 152/9
152/19 153/4 158/15 161/7
164/9 166/16 167/18 168/11
169/4 169/20 173/22 176/18
181/14 183/2 188/18 195/13
200/9 203/11 203/12 203/20
211/18 211/20 213/24 217/17
224/1 230/15 230/20 230/25
234/19 235/4 238/2 238/2
238/17 239/2 239/3
**hasn't [3]** 38/8 159/23 171/23
**hate [2]** 101/1 104/11
**have [385]**

**having [32]** 8/13 21/18 21/22
22/2 39/19 48/1 52/7 53/25
56/20 62/6 64/25 65/13 76/16
76/18 78/3 92/1 92/5 99/18
100/8 101/17 102/1 102/6
102/9 105/4 119/8 136/24
137/8 148/25 181/17 189/17
189/20 195/8
**he [106]** 4/24 4/25 6/3 7/7
7/10 7/11 7/16 8/19 9/7 9/9
9/17 10/19 12/1 12/11 12/16
12/16 12/17 12/17 12/18
12/19 12/20 12/21 12/23 13/7
13/9 13/14 13/15 13/17 13/21
14/6 14/19 14/19 24/12 24/13
26/11 26/15 26/21 26/21 27/1
39/9 112/23 115/21 116/6
116/7 117/13 117/14 117/15
117/18 117/21 117/24 118/7
118/7 118/8 118/15 118/24
119/6 119/6 119/6 119/7
119/7 119/7 120/3 120/4
120/5 120/19 129/11 134/2
134/4 139/11 139/11 139/15
140/25 144/4 152/22 184/10
201/15 223/3 227/6 229/24
229/24 230/2 230/5 230/5
230/14 230/17 230/20 231/1
231/6 231/7 231/15 231/21
231/22 232/10 232/15 232/22
233/12 233/13 233/15 233/20
234/25 235/4 235/13 235/23
236/19 237/18 239/1
**he's [49]** 6/3 6/6 7/8 7/15
7/19 8/22 9/5 9/8 9/14 9/15
9/16 9/21 9/23 12/12 12/14
12/14 13/1 13/4 13/22 26/12
26/12 26/15 26/17 26/17
26/20 27/2 68/6 78/11 78/11
78/12 113/3 115/20 115/20
115/24 116/6 116/6 118/19
139/8 139/9 139/13 139/15
144/3 151/3 153/24 154/8
219/15 228/11 231/19 234/4
**head [5]** 17/9 106/4 114/23
181/19 200/10
**heal [2]** 191/10 223/17
**healed [3]** 158/6 163/16
163/17
**healing [1]** 218/21
**health [9]** 189/16 189/16
189/19 199/7 217/5 217/6
217/10 217/10 217/13
**healthy [2]** 181/13 191/10
**hear [3]** 6/23 8/15 24/10
**heard [5]** 12/9 22/6 92/11
188/3 207/22
**hearing [2]** 104/3 123/9
**hearsay [24]** 7/13 7/13 7/14
7/15 115/19 115/19 116/2
116/3 116/3 229/21 229/21
230/11 230/11 230/14 231/13
231/13 231/15 231/16 235/3
235/6 235/14 238/15 238/16
238/17
**heart [2]** 60/17 238/14
**heavily [5]** 40/23 63/4 79/21
80/2 137/13
**heavy [3]** 19/23 72/19 210/14
**Hedges [7]** 2/4 2/5 153/23
154/6 170/16 191/15 201/13

**H**
**Hedges' [1]**  221/24
**Heidi [1]**  1/15
**height [3]**  60/17 185/22 186/9
**heightened [1]**  51/9
**held [1]**  17/5
**help [4]**  24/10 164/18 164/23
  202/18
**helps [1]**  116/16
**hem [1]**  191/4
**her [131]**  12/2 12/11 39/10
  39/19 40/1 40/23 60/5 63/12
  63/24 64/10 64/14 64/14
  64/19 64/25 69/11 72/12
  73/11 74/18 75/11 77/2 78/4
  78/9 78/19 78/20 80/4 81/2
  81/9 81/9 81/15 89/8 91/25
  99/4 100/2 100/7 100/8
  101/20 101/21 102/4 102/9
  102/12 102/13 102/16 102/24
  128/18 130/2 135/5 135/7
  137/17 139/16 140/1 141/3
  141/10 141/12 147/17 147/24
  147/25 149/14 151/17 151/18
  152/8 152/17 153/8 153/9
  156/20 156/23 156/24 158/19
  160/4 161/15 161/18 162/2
  168/19 172/1 172/2 172/3
  172/5 172/6 177/11 177/12
  179/23 181/24 181/24 183/5
  183/5 183/24 184/15 184/20
  184/21 185/12 186/7 186/18
  190/5 194/13 195/17 198/8
  199/18 199/20 199/24 201/15
  203/5 203/10 203/18 204/5
  205/1 205/2 205/18 205/19
  205/20 205/21 207/23 207/25
  209/1 210/7 211/16 211/23
  212/12 212/13 213/9 213/17
  214/20 214/23 217/10 218/21
  218/24 222/21 223/24 223/24
  224/17 224/19 231/24 235/25
**here [69]**  4/24 6/18 7/19 8/10
  8/19 11/18 13/13 15/17 31/23
  32/6 34/3 40/20 58/14 61/18
  66/24 67/16 67/17 67/17
  78/10 81/17 83/3 83/4 88/14
  89/7 90/1 91/17 92/11 92/14
  93/25 94/3 99/20 101/24
  102/21 103/14 104/18 104/20
  111/3 111/12 118/3 121/24
  122/11 124/7 126/1 128/3
  133/14 135/18 138/18 139/10
  144/19 147/20 152/13 154/13
  160/1 160/6 164/23 174/24
  178/19 201/4 202/24 203/13
  203/15 208/3 210/8 213/11
  227/13 230/10 236/10 236/14
  236/18
**here's [7]**  21/22 25/24 31/16
  87/11 91/4 91/4 221/14
**herself [3]**  78/19 114/22
  133/22
**Hi [1]**  123/16
**high [14]**  18/24 22/14 36/23
  37/7 50/18 52/19 53/4 62/7
  72/24 76/18 83/16 101/18
  102/7 182/17
**higher [6]**  36/21 72/22 96/9
  96/23 152/4 152/7
**highest [1]**  50/9

**highlight [1]**
  93/23 104/17 124/19 185/5
  194/15 202/20
**highlighted [3]**  30/15 70/21
  91/14
**him [28]**  7/20 13/10 24/12
  26/4 26/11 26/19 39/9 41/14
  41/15 53/9 68/7 112/21
  119/17 120/2 121/3 121/25
  143/11 143/13 151/8 230/3
  230/4 230/18 232/3 235/12
  236/18 236/19 236/19 237/16
**himself [1]**  120/20
**hinges [1]**  117/14
**hippocampus [1]**  38/9
**hips [1]**  198/7
**hire [2]**  24/4 37/18
**hired [2]**  24/2 78/12
**his [64]**  4/25 5/7 5/24 7/16
  9/17 9/18 10/18 10/22 13/2
  13/3 13/6 26/23 60/10 68/7
  77/8 81/7 101/23 109/13
  109/13 110/2 110/5 120/2
  120/2 121/3 121/13 121/14
  122/1 122/1 122/2 122/7
  129/12 139/12 139/15 144/4
  145/6 147/15 148/11 151/15
  169/8 230/15 230/15 230/17
  230/18 230/25 230/25 231/2
  231/2 231/7 231/8 231/23
  232/3 232/6 232/9 232/10
  235/12 235/21 236/4 236/8
  237/11 237/25 238/13 238/22
  238/23 239/2
**history [31]**  75/22 76/1 77/3
  77/13 89/23 92/5 92/13 99/18
  99/19 100/2 100/8 100/13
  100/16 101/21 102/3 102/4
  102/9 102/14 102/17 102/24
  103/1 103/9 103/12 103/16
  103/18 118/8 134/1 161/24
  161/25 162/1 162/3
**hits [1]**  180/2
**hitting [1]**  209/20
**Holcombe [3]**  2/4 233/1 233/23
**hold [16]**  5/2 11/9 168/5
  181/13 181/25 182/4 182/15
  183/6 183/19 184/3 199/12
  199/16 199/21 221/4 221/11
  223/10
**holding [4]**  121/1 135/11
  135/12 135/13
**holds [2]**  168/9 224/5
**holes [1]**  135/3
**home [4]**  54/16 54/19 54/19
  227/10
**honest [2]**  199/11 233/7
**honestly [4]**  199/19 200/2
  208/2 208/3
**Honor [132]**  4/6 4/20 5/6 6/15
  8/4 8/17 9/16 10/1 12/5 13/2
  13/22 13/23 14/4 14/18 14/24
  15/14 16/2 24/14 26/3 26/5
  26/7 26/21 28/19 29/5 39/1
  39/3 39/6 41/13 43/21 43/23
  58/15 59/24 103/20 109/11
  115/15 115/18 117/13 118/2
  118/18 119/2 119/14 119/22
  120/23 121/8 121/12 123/2
  129/14 130/24 138/11 138/21
  139/8 142/12 142/22 143/5
  143/23 144/10 145/6 148/20

  150/13
**HONORABLE [1]**  1/10
**hop [1]**  191/21
**hope [1]**  217/25
**hopefully [3]**  48/15 97/23
  144/25
**hoping [1]**  95/17
**hormone [1]**  20/18
**hospital [6]**  31/11 31/12 70/7
  124/5 124/17 125/18
**hospitalized [1]**  93/8
**host [1]**  98/7
**hour [7]**  44/18 44/21 44/25
  46/14 46/17 71/20 71/22
**hourly [1]**  44/22
**hours [35]**  34/19 35/1 35/1
  35/20 35/21 35/24 37/20 38/2
  38/23 63/9 72/1 72/4 72/8
  72/9 72/16 72/16 72/18 73/2
  73/4 79/19 80/12 106/3
  106/19 106/21 107/4 128/16
  128/17 128/18 128/20 128/22
  129/18 129/21 129/23 232/15
  232/16
**household [1]**  41/8
**HOUSTON [5]**  1/2 1/4 2/6 2/11
  2/14
**how [89]**  9/6 10/4 12/7 12/12
  17/23 18/3 18/4 18/5 21/20
  21/23 23/5 23/7 25/10 25/11
  25/13 25/16 31/19 31/24 32/5
  34/20 34/22 37/10 37/23
  37/23 38/16 42/6 44/6 45/2
  45/4 45/25 47/5 48/11 48/15
  48/21 60/8 71/24 74/14 74/16
  94/6 97/1 97/21 99/10 101/22
  105/16 107/1 110/22 111/2
  111/11 111/14 114/20 114/21
  123/4 123/17 133/4 133/12
  135/19 143/7 155/25 156/1
  156/7 156/20 158/25 173/22
  174/4 174/6 179/2 179/18
  179/19 180/14 180/16 187/6
  196/12 197/21 198/2 198/16
  199/15 199/16 200/13 200/21
  200/23 205/1 205/23 207/15
  212/25 215/8 217/21 219/20
  226/18 228/19
**However [5]**  10/22 52/10 148/1
  148/4 148/6
**HPLT [1]**  128/12
**huh [10]**  43/2 81/19 172/13
  174/2 175/24 176/12 191/7
  193/13 218/19 222/16

**H**

human [4]   10/17 18/4 198/21
 206/10
hundred [2]   14/10 44/23
hundreds [3]   179/5 179/11
 182/20
hurt [2]   75/1 215/12
hurts [1]   215/11
husband [1]   220/17
hydroxy [1]   56/7
hydroxybutyrate [3]   19/13
 87/14 146/8
hyper [2]   157/17 157/18
hyperplasia [1]   157/13
hypersensitive [1]   50/19
hypnotics [3]   55/11 56/11
 106/11
hypo [2]   157/17 157/18
hypoplasia [7]   157/3 157/15
 157/16 157/19 189/13 220/9
 220/13
hypothetical [2]   43/6 43/7

**I**

I'd [3]   86/17 153/21 178/5
I'll [33]   14/16 15/7 24/14
 61/19 77/17 77/17 79/13
 79/13 80/11 88/1 90/24 93/3
 93/3 104/2 113/12 116/13
 116/13 116/13 116/15 117/7
 119/17 142/19 143/11 143/13
 159/22 178/3 181/2 205/10
 205/10 218/7 236/9 239/9
 239/10
I'm [153]   10/10 10/10 10/11
 11/8 11/12 14/15 14/15 14/16
 16/12 17/12 17/17 17/18
 21/22 22/3 30/23 41/19 44/6
 44/8 45/3 45/14 46/5 47/1
 47/1 47/13 48/16 49/22 49/23
 56/23 58/25 59/8 61/12 61/17
 62/3 65/24 68/20 68/21 69/5
 75/7 78/6 78/8 78/13 79/7
 79/20 79/21 83/2 83/11 85/2
 85/2 85/2 85/2 85/2 87/1
 88/1 91/5 95/17 96/6 96/7
 100/24 105/23 106/7 106/13
 107/10 107/10 108/12 109/9
 109/20 109/22 111/25 111/25
 112/1 112/22 112/25 115/23
 115/25 118/3 118/20 120/23
 122/21 122/22 123/9 123/18
 123/18 126/3 129/14 131/4
 132/10 136/1 144/5 144/13
 144/13 146/24 147/21 148/3
 148/5 148/17 149/22 151/19
 153/10 153/12 155/8 155/21
 157/8 160/8 160/12 164/24
 164/24 165/1 165/6 166/7
 170/1 170/16 172/2 176/13
 178/2 178/16 182/10 182/10
 183/18 188/22 191/2 191/21
 199/11 199/16 201/11 208/3
 208/3 213/22 214/4 216/4
 216/5 217/7 219/23 224/8
 224/8 224/8 225/20 225/24
 229/6 229/14 231/12 232/25
 233/3 233/6 233/8 233/9
 233/10 234/7 234/8 235/7
 235/7 235/17 236/7 238/5
I've [37]   18/11 18/23 22/24

23/24 24/3 25/2 25/2 25/9
36/14 41/12 47/2 61/4 73/4
74/19 77/10 77/10 84/15
90/20 124/6 130/8 149/22
151/2 156/9 158/23 170/8
186/4 188/3 207/14 208/12
223/9 227/13 233/8
i.e [2]   23/7 36/9
idea [4]   49/24 135/19 196/7
 228/10
identical [2]   105/8 117/24
identified [6]   5/22 31/19
 105/17 116/20 120/2 133/21
identifying [1]   59/14
if [272]
ignore [1]   75/3
ill [1]   107/1
images [1]   52/12
imagination [1]   118/5
immanently [1]   7/6
immediately [4]   35/7 38/15
 191/19 213/9
impacts [1]   146/15
impaired [7]   37/4 64/12 64/12
 81/4 81/4 134/3 147/25
Impairment [1]   18/13
impeach [1]   152/17
impeached [2]   237/18 238/14
impeaches [1]   237/25
impeachment [2]   153/20 235/5
implant [46]   151/10 166/16
 166/17 166/20 166/21 168/3
 168/6 168/9 168/16 169/4
 169/20 178/13 178/24 183/7
 184/4 185/22 187/4 187/6
 187/10 187/18 187/19 187/24
 188/1 188/7 188/10 188/14
 188/23 189/2 189/9 192/14
 193/16 193/25 196/1 196/8
 197/10 198/2 198/4 198/9
 198/16 198/24 199/15 199/16
 200/21 223/25 224/1 224/5
implants [27]   163/6 182/23
 183/3 183/19 185/16 185/18
 186/7 186/12 186/17 193/12
 195/14 195/17 195/22 195/24
 197/8 197/16 197/22 199/9
 199/17 201/20 206/22 208/8
 210/1 218/2 218/5 221/8
 221/25
implication [2]   34/21 223/1
implications [3]   189/19 220/9
 220/12
implicit [1]   110/5
implied [3]   212/12 234/18
 234/19
implies [1]   68/13
import [1]   140/19
important [21]   8/23 9/2 9/5
 13/9 13/12 48/13 54/7 55/15
 57/11 58/9 59/13 74/25
 100/24 119/1 120/8 137/25
 140/10 140/10 217/13 220/22
 220/25
impression [5]   60/12 67/23
 68/4 69/2 84/11
improper [3]   111/10 151/12
 153/20
improvement [2]   168/16 185/9
inability [1]   51/24
inadvertently [1]   158/14

incidence [1]   90/2
incident [5]   32/1 34/13 158/9
 203/11 203/19
incidents [1]   115/25
incised [2]   172/17 172/18
incision [2]   192/22 193/5
include [12]   13/19 18/16 25/3
 25/4 25/4 25/10 28/11 55/13
 106/22 146/20 211/17 211/19
included [7]   19/12 19/16 23/3
 27/11 90/20 126/7 215/14
includes [15]   18/4 18/5 18/22
 25/7 25/13 29/22 46/4 46/5
 59/7 99/24 108/4 114/10
 114/10 114/11 216/20
including [3]   217/5 217/10
 229/2
income [1]   46/9
inconsistencies [2]   105/18
 236/16
inconsistency [4]   234/5
 236/23 237/9 239/5
inconsistent [6]   99/16 111/17
 119/12 234/13 235/4 235/8
inconsistently [2]   153/22
 231/19
increase [3]   48/4 48/8 50/7
increased [3]   36/25 136/9
 136/12
increasing [3]   48/4 50/11
 50/12
indeed [1]   232/4
independent [1]   75/8
independently [1]   110/3
INDEX [1]   3/1
indicate [7]   40/2 41/1 85/4
 139/6 147/24 164/8 195/16
indicated [3]   136/25 141/4
 153/23
indicates [2]   61/24 66/13
indicating [3]   104/18 202/11
 230/8
indication [2]   69/20 70/15
indicative [1]   33/21
individual [14]   5/13 11/2
 11/15 21/1 21/25 36/8 43/18
 48/19 48/19 48/24 52/18
 53/11 58/5 107/2
individual's [1]   48/20
individually [2]   108/20
 131/10
individuals [9]   5/12 10/25
 21/16 22/11 22/12 38/12
 116/19 117/1 132/9
induced [5]   89/16 90/13 90/13
 95/1 95/12
infer [2]   32/20 58/11
inference [2]   33/23 56/13
inferences [2]   100/15 145/20
inferior [2]   187/17 192/22
inferiorly [8]   166/16 166/20
 167/6 180/12 181/6 182/3
 182/14 188/16
inflammation [1]   210/3
inflates [1]   180/2
influence [26]   5/12 11/1
 20/21 39/11 51/10 59/3 59/15
 61/1 61/6 61/8 61/24 66/13
 76/8 81/25 92/6 92/7 97/14
 101/5 102/22 103/8 107/17
 108/2 108/17 117/2 117/3

**I**

**influence... [1]** 133/4
**information [20]** 7/24 45/6 45/13 57/9 57/10 58/13 67/5 73/5 74/25 74/25 84/5 103/5 113/23 113/25 116/7 130/16 132/5 132/17 145/18 146/1
**infra [15]** 163/1 168/2 178/25 181/24 188/20 196/20 196/22 196/25 204/14 206/16 210/11 214/21 223/24 225/18 226/1
**infra-mammary [15]** 163/1 168/2 178/25 181/24 188/20 196/20 196/22 196/25 204/14 206/16 210/1 214/21 223/24 225/18 226/1
**ingested [5]** 40/7 52/2 53/24 97/14 97/25
**ingesting [1]** 72/10
**ingestion [1]** 98/23
**ingredients [1]** 26/9
**inhibition [3]** 21/21 49/9 52/7
**inhibitions [4]** 36/22 51/21 51/23 52/3
**inhibitory [3]** 21/19 22/2 22/3
**initial [6]** 30/23 65/7 133/25 172/1 172/2 211/1
**initially [3]** 45/17 167/8 222/21
**injuries [1]** 9/15
**injury [12]** 12/2 151/7 164/18 167/10 167/13 189/22 189/24 191/11 194/8 203/4 220/1 220/4
**inquire [3]** 16/1 154/23 170/12
**inquiry [5]** 43/22 77/16 106/18 111/16 123/13
**inside [6]** 168/8 175/24 187/4 188/8 189/3 212/20
**instance [2]** 112/6 153/24
**instances [2]** 36/10 217/21
**instantly [1]** 37/22
**Instead [1]** 219/6
**instructions [1]** 7/13
**intact [1]** 206/22
**integrity [4]** 183/6 184/3 199/6 224/7
**intelligent [1]** 233/4
**intend [1]** 152/13
**interact [2]** 48/22 97/21
**interaction [2]** 26/1 26/1
**interchangeably [1]** 94/25
**intercostal [20]** 172/23 173/1 173/2 173/3 173/23 174/20 175/10 175/15 175/16 189/23 190/6 190/9 190/16 190/20 193/3 193/5 194/9 195/1 219/16 220/4
**intercostals [1]** 187/5
**intercourse [3]** 90/11 91/18 120/11
**interesting [1]** 227/9
**internal [2]** 175/22 202/4
**internally [1]** 164/3
**Internet [1]** 41/7
**interns [1]** 227/5
**interpret [4]** 26/16 60/8 100/8 113/25

interpretation [8] 66/8 77/2 78/9 79/4 79/10 204/5
**interpreted [2]** 23/8 105/1
**interpreter [1]** 104/20
**interpreting [1]** 78/6
**interview [2]** 230/5 232/4
**into [29]** 15/25 21/7 21/8 36/15 39/7 46/9 47/15 48/12 58/4 58/5 75/1 75/15 89/11 105/13 110/11 115/22 119/4 135/18 145/17 154/21 172/25 174/3 190/9 199/8 199/15 211/5 220/15 221/6 226/9
**intoxicated [20]** 40/6 40/10 40/23 42/18 63/4 79/22 79/24 80/2 80/4 81/8 97/17 98/10 100/6 137/13 141/14 147/15 147/17 148/7 148/13 148/16
**intoxication [14]** 40/13 42/19 42/21 62/7 76/19 76/20 76/22 76/24 85/22 101/19 102/8 136/16 137/3 137/11
**Intra [1]** 175/16
**introduce [2]** 16/8 155/4
**intuitively [1]** 208/25
**investigate [1]** 10/4
**investigating [1]** 81/23
**investigation [6]** 10/4 10/9 27/12 69/14 82/4 214/10
**investigative [4]** 81/7 118/15 136/20 139/5
**investigator [1]** 238/9
**investigators [2]** 22/21 22/22
**investing [1]** 188/18
**involved [4]** 24/17 43/14 83/17 214/10
**involves [1]** 130/14
**Iraq [20]** 90/19 124/5 158/19 159/5 160/15 161/22 161/24 162/2 162/16 169/25 177/11 202/14 202/25 207/22 213/14 214/11 215/2 215/5 218/18 218/22
**irrigated [1]** 193/16
**is [782]**
**isn't [19]** 8/3 24/5 73/22 74/6 87/8 88/23 103/9 129/11 131/6 136/1 136/1 143/3 175/11 183/3 187/15 192/13 197/19 210/18 234/3
**issue [35]** 4/24 6/18 7/8 8/14 8/18 8/19 15/3 15/5 32/4 39/25 40/5 40/12 41/4 57/11 58/2 58/5 70/13 76/22 80/25 84/15 90/1 99/13 100/19 105/16 111/6 119/3 135/2 135/18 144/3 149/11 149/23 160/1 179/18 201/13 234/20
**issues [14]** 4/25 40/21 73/18 100/18 100/23 105/13 105/17 118/7 128/3 177/21 197/14 199/7 199/15 211/23
**it [650]**
**it's [244]**
**item [20]** 5/9 5/9 5/11 61/12 62/21 63/4 64/2 64/10 64/17 64/22 79/19 79/21 80/12 81/2 101/4 101/9 101/9 101/16 102/12 106/17
**Item 6 [1]** 80/12
**Item 7 [1]** 64/2

**items [3]** 43/8 112/4 121/6
**its [9]** 20/5 41/6 70/2 79/14 79/14 85/20 136/6 188/1 213/2
**itself [3]** 13/8 13/9 71/23
**IV [1]** 2/8

**J**

**Jacksonville [1]** 16/21
**JAMIE [22]** 1/3 7/7 29/13 71/9 124/8 131/16 156/18 157/12 157/20 157/25 160/14 161/16 162/16 163/11 165/15 169/1 170/5 200/22 208/18 211/16 222/14 223/20
**Jamie's [11]** 124/12 133/18 159/5 160/3 162/3 163/22 166/14 168/14 168/18 208/23 220/1
**Jersey [1]** 17/15
**Joanne [1]** 2/3
**job [4]** 57/1 205/3 231/24 232/9
**join [1]** 4/11
**joined [1]** 4/10
**Joint [2]** 104/12 123/23
**Joint 105 [1]** 123/23
**JONES [113]** 1/3 5/4 5/17 6/19 7/7 7/23 7/25 8/2 8/25 9/7 9/22 10/18 12/9 27/13 28/3 28/15 29/13 30/7 30/13 31/7 33/19 39/18 59/14 60/5 60/22 64/14 67/21 67/23 68/4 69/3 69/21 71/2 71/9 72/10 73/7 75/10 78/18 78/21 78/23 79/4 83/5 89/7 89/16 90/19 91/23 91/24 92/7 92/23 93/7 94/3 96/23 99/3 99/9 100/13 102/22 103/8 103/10 114/20 124/8 128/7 131/17 133/22 135/4 142/8 143/19 143/21 144/15 145/4 145/11 145/16 146/3 147/11 147/15 147/22 147/23 148/7 151/22 151/23 151/24 156/18 156/22 157/12 161/17 164/9 167/24 168/11 169/1 171/15 171/25 181/17 185/10 186/18 189/12 191/25 194/12 195/16 196/12 197/8 200/22 202/13 204/3 204/6 207/21 208/18 211/12 211/16 211/22 212/14 214/19 215/7 218/17 232/15 232/16
**Jones 000264 [1]** 28/15
**Jones' [31]** 53/19 69/11 72/8 74/5 74/23 75/22 82/4 82/6 82/25 89/23 90/14 92/5 92/13 99/18 102/3 103/16 109/24 115/13 116/12 130/1 130/19 165/15 177/11 179/21 181/23 183/3 183/19 192/4 212/8 213/12 225/9
**journal [2]** 12/19 12/20
**JUDGE [22]** 1/11 10/12 11/5 14/2 57/1 61/14 70/21 77/10 78/13 79/17 104/5 109/20 110/24 112/22 114/18 118/21 119/7 121/25 122/17 149/6 228/23 229/12
**judges [2]** 23/2 23/3
**judgment [2]** 64/12 81/4

**J**

**July [24]** 30/9 30/15 31/1
31/6 31/10 68/2 68/4 68/10
68/11 68/12 68/18 69/3 69/8
70/16 82/7 92/24 124/16
124/24 129/2 131/5 131/12
179/22 182/2 182/14
**July 27 [1]** 31/1
**July 27th [10]** 30/15 68/2
68/11 68/12 68/18 69/8 70/16
129/2 131/12 179/22
**July 28th [5]** 30/9 31/10
68/10 124/16 124/24
**JUNE [4]** 1/5 30/9 183/9
239/20
**juror [1]** 70/10
**jurors [1]** 130/7
**jury [56]** 1/10 4/2 10/15
13/25 15/10 16/9 24/25 26/12
47/4 47/19 48/15 57/24 66/23
77/9 87/7 90/15 90/16 92/9
104/6 117/9 117/10 118/2
122/24 123/5 123/11 125/17
125/22 127/23 128/1 130/1
130/15 130/17 131/15 132/1
143/9 150/20 150/21 150/23
152/3 152/11 152/13 154/10
154/11 155/5 160/11 165/4
165/20 166/1 176/5 178/5
178/23 227/18 227/19 228/7
228/8 237/24
**jury's [3]** 15/4 61/17 118/11
**just [199]** 4/13 5/2 8/8 9/10
11/9 12/14 12/19 13/12 14/6
15/7 19/8 20/11 26/12 31/9
31/10 31/14 32/4 36/4 38/20
39/3 40/23 42/12 45/4 45/11
45/14 47/7 48/7 51/16 52/4
54/18 56/15 56/22 57/3 57/16
58/8 58/10 61/13 62/1 62/2
62/3 62/6 64/5 65/21 65/21
66/22 67/2 70/5 70/11 73/20
76/18 77/23 78/6 80/10 80/23
80/24 82/20 82/20 82/21
83/11 84/8 84/20 86/21 89/13
89/14 90/7 90/21 90/24 91/3
92/1 92/11 92/17 92/24 93/14
93/25 94/12 94/13 94/14
94/24 94/24 95/4 99/7 99/22
100/1 101/2 101/17 102/1
102/6 104/2 104/5 104/7
114/25 117/19 117/24 121/8
121/22 122/20 123/1 123/4
129/8 130/14 130/16 131/15
133/15 134/11 134/19 135/8
135/22 135/23 136/13 136/25
137/15 138/15 139/15 140/15
143/11 143/13 143/17 144/12
145/25 146/24 148/2 149/20
151/11 153/21 157/8 160/7
162/19 163/3 163/14 165/2
169/23 171/14 171/17 171/22
173/1 173/7 176/5 178/5
178/22 179/13 180/15 182/3
182/5 182/5 182/14 182/19
183/13 187/20 188/10 188/14
189/15 189/22 190/5 190/7
190/8 190/22 190/23 195/6
196/23 198/9 198/9 198/19
198/20 198/24 199/14 200/6
200/11 202/3 204/2 205/23

208/21 208/25 209/17 210/22
212/19 212/22 215/11 216/16
218/24 219/10 219/13 221/14
222/24 224/16 225/4 226/8
230/19 231/1 233/14 233/15
235/8 235/24 236/1 237/11
239/6
**just -- you [1]** 207/15
**justice [1]** 163/21

**K**

**KBR [26]** 1/6 1/7 2/2 4/9
123/18 151/24 157/6 159/14
159/20 160/4 170/16 172/7
185/4 192/18 194/12 202/15
211/3 212/1 214/2 219/8
224/11 226/8 232/9 232/22
234/16 236/12
**keep [13]** 57/12 78/25 91/13
91/13 111/10 119/8 160/11
187/13 187/15 188/11 188/20
200/5 217/23
**keeping [2]** 50/23 76/1
**keeps [3]** 188/1 188/6 188/10
**KEITH [1]** 1/10
**KELLOGG [2]** 1/6 1/7
**Kelly [23]** 1/14 1/15 6/14
9/11 15/7 44/9 44/15 45/17
59/10 59/13 82/22 150/25
151/20 152/9 180/7 185/10
199/24 229/24 230/3 230/16
230/16 231/24 232/3
**Kelly's [3]** 97/3 145/14
237/18
**key [1]** 130/18
**kids [3]** 22/6 22/7 22/7
**kind [18]** 12/10 24/12 57/16
111/15 116/7 138/24 167/16
183/7 185/16 187/2 194/19
197/17 199/13 209/2 222/3
228/18 229/19 229/20
**kinds [1]** 206/12
**kit [1]** 124/12
**knew [2]** 32/24 229/8
**knock [2]** 226/24 226/25
**knocks [1]** 21/3
**know [119]** 4/10 4/21 4/21 7/8
14/18 24/6 25/14 26/15 27/23
28/13 30/7 31/7 36/5 40/8
42/13 45/19 46/2 47/7 48/15
50/17 52/11 53/6 53/11 53/13
54/8 54/13 54/13 54/22 55/1
55/1 56/9 70/24 71/13 72/21
74/14 74/15 74/16 76/12 83/3
83/11 85/6 85/8 89/6 90/7
90/16 92/1 99/10 99/13
101/23 104/12 111/2 112/24
113/10 115/3 115/4 117/16
118/21 122/16 128/7 131/3
132/7 132/13 133/4 134/16
135/4 135/19 135/21 136/11
136/21 136/23 136/24 136/25
137/24 138/2 138/5 138/22
140/10 141/7 143/1 143/2
146/3 153/4 156/18 156/20
161/8 173/15 174/6 179/9
181/12 181/14 182/6 183/21
189/21 190/14 190/22 196/1
197/9 197/17 198/5 198/6
198/19 198/20 199/6 199/18
200/6 200/21 200/23 205/8

203/7 203/17 215/8 220/16
223/5 223/9 224/8 229/2
231/11 237/22 238/16
**knowing [2]** 50/22 75/5
**knowledge [3]** 31/13 97/10
140/13
**known [2]** 169/23 214/15
**knows [1]** 115/20

**L**

**lab [7]** 25/6 26/16 70/5
84/11 125/17 125/21 125/23
**lack [7]** 7/9 49/8 52/3 52/7
83/6 136/9 234/10
**ladies [11]** 15/11 16/8 24/24
56/15 91/2 111/6 123/12
155/4 177/20 227/2 228/5
**Lahiri [11]** 14/20 149/12
149/21 151/1 151/16 152/2
152/14 155/1 155/6 186/24
218/8
**Landstuhl [4]** 28/17 66/16
67/8 104/24
**language [1]** 5/15
**Lannie [1]** 1/14
**lapse [1]** 93/12
**large [8]** 72/13 195/14 195/23
195/24 198/2 198/16 199/17
199/19
**largely [2]** 138/7 217/9
**larger [5]** 47/21 47/21 186/11
186/11 186/12
**largest [1]** 198/4
**last [27]** 5/14 11/5 11/7
11/12 23/23 30/2 40/1 42/24
46/1 47/5 82/17 82/18 106/16
142/3 160/14 180/13 180/14
180/16 180/17 180/19 181/15
206/23 216/4 216/8 223/2
224/17 224/19
**lasting [1]** 176/24
**late [4]** 15/12 23/21 232/15
232/16
**later [17]** 15/4 24/5 38/16
55/16 62/4 63/9 79/10 79/19
80/12 106/19 106/22 107/4
107/22 171/20 201/18 201/24
208/15
**laterally [4]** 180/12 181/6
182/3 182/15
**law [13]** 1/15 1/18 1/21 6/22
10/3 12/23 13/4 23/3 28/2
56/23 105/20 108/5 109/12
**lawsuit [2]** 152/15 186/25
**lawyer [3]** 133/10 178/7 178/8
**lawyer's [2]** 178/6 238/1
**lawyers [5]** 24/1 44/15 45/25
111/12 165/3
**lawyers' [1]** 165/3
**lay [5]** 6/9 64/3 64/3 64/4
80/19
**layers [4]** 174/8 178/13
188/21 215/21
**layman's [1]** 212/17
**leading [1]** 106/5
**learned [3]** 14/14 118/16
170/24
**learning [1]** 146/1
**least [14]** 13/24 18/21 26/10
87/18 96/17 99/11 114/24
135/4 139/2 153/19 189/5
189/10 210/4 229/10

**leave [2]**   21/10 43/16
**leaves [4]**   53/24 54/2 120/7 136/3
**leaving [2]**   31/11 160/4
**lectures [5]**   12/6 12/11 17/14 46/6 85/15
**led [1]**   163/10
**left [28]**   15/7 17/2 55/22 158/19 160/15 162/24 166/4 166/6 169/6 192/23 192/25 193/10 193/23 193/25 194/2 194/21 194/24 203/12 203/16 203/21 204/13 214/20 214/23 214/24 215/13 219/24 225/21 226/4
**left-hand [1]**   166/4
**leg [2]**   11/7 11/12
**legally [1]**   20/8
**legitimate [4]**   20/1 20/6 20/9 113/5
**LEIGH [3]**   1/3 71/9 156/18
**length [7]**   162/23 162/25 166/22 169/5 178/25 181/7 199/3
**lengthy [1]**   164/4
**less [11]**   35/20 47/22 50/20 89/23 187/22 197/24 197/25 206/19 216/16 216/18 218/4
**lesson [1]**   146/2
**let [46]**   8/15 34/15 36/1 39/1 39/12 48/14 49/15 50/25 53/9 54/6 68/7 71/23 85/12 85/25 89/13 90/23 95/4 100/1 104/5 104/6 104/10 107/5 112/21 113/12 113/12 116/13 116/13 119/17 120/22 139/1 147/19 151/20 160/6 166/25 169/17 173/21 174/3 178/3 188/4 194/23 195/15 198/12 203/3 206/25 224/16 235/25
**let's [53]**   14/21 15/6 32/14 36/18 47/9 48/9 48/17 49/6 54/17 59/18 65/22 66/19 68/7 70/20 75/18 77/17 77/25 78/2 84/20 90/24 91/1 91/14 93/15 93/22 93/23 101/1 101/1 101/2 114/17 114/17 115/22 122/22 125/2 126/12 136/15 142/24 149/9 150/6 150/7 152/8 164/5 166/25 174/24 180/1 185/4 185/5 212/1 214/2 221/17 224/12 228/5 234/25 239/9
**letter [22]**   70/3 122/1 122/7 160/19 160/22 161/10 161/16 211/23 211/24 212/3 212/6 212/8 212/23 213/10 213/19 213/23 214/3 214/7 214/8 214/16 224/15 224/25
**level [19]**   35/10 47/23 49/24 49/24 50/6 50/7 50/11 50/12 62/7 76/19 86/16 101/18 102/7 122/13 128/8 128/13 134/10 135/14 136/16
**levels [6]**   23/7 50/9 73/14 73/17 74/5 74/11
**libido [4]**   21/21 36/25 136/9 136/12
**lie [2]**   233/10 235/4
**life [12]**   34/16 34/16 34/19

35   8/8 30/9
72/15 73/1 74/3 74/10 74/10
**lifetime [1]**   156/11
**lift [1]**   107/11
**lifted [1]**   107/12
**lifting [1]**   210/14
**light [1]**   26/7
**like [79]**   9/12 19/8 19/24 22/4 26/10 29/14 36/4 37/6 38/6 38/8 38/21 46/8 52/13 52/13 59/14 60/4 61/19 64/14 79/15 84/12 91/6 91/10 92/21 94/19 99/23 108/20 108/22 111/12 112/24 113/14 115/21 116/13 116/23 118/11 119/22 119/24 123/5 123/6 133/23 134/11 141/24 142/10 142/14 148/23 149/25 150/1 153/21 156/14 161/15 164/18 165/19 168/9 171/8 171/21 173/15 173/16 177/21 178/16 180/8 182/11 191/4 196/9 196/23 197/18 197/18 201/17 209/1 210/13 211/3 211/5 216/25 220/10 229/10 230/19 235/1 236/1 236/3 236/23 236/25
**likelihood [1]**   182/17
**likely [18]**   35/20 40/3 43/13 86/5 87/12 87/16 169/18 170/4 170/7 179/22 180/12 180/17 182/4 211/12 217/12 217/21 218/4 223/2
**likewise [2]**   102/12 113/5
**limine [1]**   7/21
**limit [6]**   6/8 10/16 13/10 198/2 198/5 198/16
**limitations [6]**   25/8 25/15 73/25 74/19 75/13 76/13
**limited [4]**   6/17 7/12 7/20 20/10
**limits [1]**   5/15
**line [15]**   85/10 101/1 101/1 101/2 101/3 102/21 104/20 122/15 142/15 181/2 182/11 183/18 184/1 185/5 230/10
**lines [2]**   49/13 67/17
**lining [1]**   158/17
**list [25]**   26/11 58/20 61/23 84/6 108/14 108/15 110/6 112/4 113/3 117/14 117/16 117/18 117/21 117/23 117/24 117/25 119/11 119/12 119/15 119/15 119/20 121/20 126/2 215/17 229/13
**listed [3]**   113/22 124/15 126/10
**lists [2]**   8/6 26/23
**lit [1]**   117/15
**literally [1]**   189/3
**literature [17]**   57/22 66/5 88/4 88/11 89/9 105/25 105/25 106/1 106/6 106/8 106/12 107/11 107/14 110/16 114/14 209/9 209/12
**litigation [1]**   14/12
**little [44]**   15/25 17/22 35/2 35/24 38/6 44/8 45/16 47/16 47/16 49/19 55/15 76/4 82/15 91/9 94/11 95/4 96/20 112/2 112/2 124/18 136/15 136/17 137/2 137/4 137/19 138/15 148/2 152/4 152/7 158/9

180/9
187/2 190/15 190/15 190/22
191/21 194/18 200/7 205/23 210/23 234/25
**live [6]**   228/20 228/23 228/25 229/1 229/4 235/23
**living [4]**   16/11 22/20 44/16 155/7
**LLP [1]**   2/9
**located [1]**   176/7
**Loewe [4]**   15/18 121/16 121/18 154/14
**logic [3]**   70/1 70/1 70/7
**logical [1]**   70/2
**long [33]**   8/8 8/8 34/13 34/20 34/22 52/24 55/3 71/24 90/3 90/8 112/1 118/7 144/25 144/25 154/2 162/23 163/1 166/23 169/5 170/24 176/24 179/1 180/14 180/16 191/14 191/20 199/12 199/15 207/15 221/16 223/24 223/24 224/6
**long-lasting [1]**   176/24
**long-term [1]**   52/24
**longer [13]**   35/3 38/3 44/8 52/1 52/8 87/13 87/16 160/12 169/6 210/24 216/13 226/22 231/16
**look [77]**   9/1 9/6 12/21 19/5 20/24 23/6 24/6 24/6 30/24 33/15 45/6 45/14 45/19 45/20 47/25 54/23 56/4 56/5 57/23 58/3 58/10 60/25 75/16 75/17 77/25 78/2 78/2 81/22 82/10 85/6 85/18 90/6 90/21 93/5 94/18 105/12 110/9 110/10 110/13 112/18 112/19 113/16 114/9 116/19 117/22 122/16 123/8 124/18 125/25 126/16 127/17 133/6 134/13 146/5 146/6 147/1 147/19 163/22 166/25 181/2 184/20 192/16 194/11 199/4 199/5 202/15 204/9 209/1 209/21 212/1 214/2 220/16 222/3 233/8 236/9 237/24 239/10
**look at [1]**   24/6
**looked [29]**   7/1 18/8 31/10 33/4 33/6 33/24 47/7 68/1 68/9 69/11 69/14 69/17 82/3 82/5 82/6 82/12 90/20 99/22 99/22 108/14 116/6 136/22 140/12 151/22 151/23 164/9 173/14 205/1 205/24
**looking [38]**   5/16 17/21 25/24 31/17 34/24 35/19 35/21 49/17 58/3 63/16 63/17 70/9 73/14 75/16 82/19 82/21 84/4 85/7 100/20 107/2 130/15 130/17 131/3 133/2 145/23 147/21 159/6 160/8 160/11 160/22 162/20 163/10 166/8 166/11 172/22 219/6 222/8 234/22
**looks [8]**   17/23 18/3 26/11 108/19 163/23 187/20 187/21 216/25
**loose [2]**   190/21 190/24
**lose [2]**   100/1 102/9
**losing [2]**   78/19 79/14
**loss [8]**   95/19 95/21 147/24 204/14 206/16 214/20 225/18

**loss... [1]** 226/1
**lost [4]** 96/7 96/7 97/5
  181/24
**lot [30]** 9/11 21/7 21/13
  22/18 22/19 36/5 37/2 51/15
  55/14 56/4 70/17 92/17 95/5
  97/9 100/23 108/21 130/14
  132/4 135/16 135/17 136/23
  153/20 156/9 176/10 176/25
  177/22 190/7 219/16 220/14
  224/7
**loud [2]** 26/14 65/1
**Louis [1]** 20/14
**love [1]** 138/1
**low [7]** 20/18 36/19 50/6
  50/7 50/18 74/3 83/15
**lower [8]** 35/10 51/21 51/23
  51/23 52/3 96/16 104/20
  167/3
**lumped [1]** 46/9
**lunch [2]** 149/15 149/24
**lung [11]** 158/15 158/17
  172/24 173/9 173/12 173/13
  173/17 173/19 173/24 175/24
  176/1
**lungs [2]** 158/14 176/6
**lymphadenopathies [1]** 204/15
**lymphadenopathy [2]** 206/17
  226/2

**M**

**ma'am [6]** 124/14 181/11
  183/12 200/24 206/21 209/24
**mad [1]** 132/10
**made [19]** 9/22 32/6 47/5 81/5
  81/22 94/21 96/8 101/23
  115/1 139/12 145/20 167/4
  171/25 185/19 192/22 193/5
  198/4 202/12 238/11
**magnitude [2]** 216/16 216/16
**mail [3]** 82/6 82/22 82/25
**mails [1]** 82/19
**main [3]** 2/5 132/2 221/12
**mainly [1]** 75/16
**maintain [5]** 180/12 180/15
  181/6 188/20 188/23
**major [4]** 175/3 175/8 178/15
  220/20
**majority [2]** 23/21 135/13
**make [37]** 9/19 15/23 18/25
  22/7 26/11 26/13 31/14 32/12
  33/23 41/19 43/8 43/9 46/1
  48/14 84/14 86/17 88/15 91/6
  91/10 92/1 93/3 93/4 118/3
  118/12 121/10 121/17 130/6
  136/7 149/20 152/5 152/5
  153/21 154/20 157/22 200/18
  208/21 223/21
**makes [1]** 220/25
**making [6]** 31/20 44/16 92/13
  94/20 130/10 130/10
**malposition [7]** 166/17 168/7
  168/17 169/4 169/21 178/24
  208/22
**mammary [15]** 163/1 168/2
  178/25 181/24 188/20 196/20
  196/22 196/25 204/14 206/16
  210/1 214/21 223/24 225/18
  226/1
**man [2]** 114/5 227/5

**manage [1]** 118/13
**manner [1]** 118/16
**manual [10]** 10/4 59/6 105/22
  107/8 107/12 110/20 114/6
  114/7 118/15 222/9
**manuals [2]** 105/13 106/24
**many [31]** 19/20 23/19 24/1
  25/23 29/16 45/2 45/4 46/25
  55/7 56/19 58/9 74/14 94/22
  99/10 109/18 114/20 135/20
  146/10 155/25 156/1 156/7
  158/25 173/22 174/4 174/6
  176/19 179/2 199/14 217/11
  217/21 228/19
**March [4]** 160/18 160/19 172/3
  199/25
**March 5th [1]** 199/25
**marching [2]** 91/13 91/13
**Marie [1]** 1/21
**marijuana [1]** 52/13
**mark [6]** 75/15 80/7 142/14
  143/8 143/14 238/25
**marked [3]** 50/8 143/1 239/7
**marks [1]** 199/6
**massage [1]** 197/5
**masses [3]** 204/15 206/16
  226/2
**Master's [1]** 16/24
**match [2]** 136/17 137/4
**mater [1]** 85/6
**material [2]** 107/19 108/5
**math [4]** 73/10 74/2 85/2
  170/24
**Matt [1]** 115/11
**matter [21]** 8/9 11/23 15/20
  33/15 34/25 40/19 91/5 96/16
  149/25 154/17 199/2 231/17
  231/22 232/1 232/13 233/9
  233/11 233/21 234/9 234/11
  237/7
**matters [1]** 66/9
**maximum [2]** 128/20 128/24
**may [163]** 4/20 7/4 7/10 7/11
  8/8 16/1 16/2 18/5 18/15
  18/16 19/1 19/3 19/19 19/20
  19/21 21/2 21/16 22/12 22/13
  23/7 24/1 25/5 25/10 25/12
  25/16 26/2 26/3 28/19 28/20
  29/5 29/6 29/16 29/23 35/2
  36/14 36/21 36/21 36/22
  36/24 36/24 37/14 37/19 38/1
  38/6 38/19 38/20 38/25 39/3
  40/10 41/2 41/13 41/16 45/8
  45/12 45/12 45/13 47/1 48/8
  48/10 48/23 51/12 52/19
  52/20 53/15 53/16 54/24
  55/15 56/4 57/20 58/15 58/16
  59/2 59/23 61/14 61/16 63/10
  65/1 65/8 70/6 74/14 75/19
  75/20 80/13 83/8 90/20 97/1
  97/7 97/8 97/21 103/20
  106/12 106/20 117/12 118/10
  119/1 119/2 120/23 128/9
  128/10 129/16 129/17 131/4
  132/6 133/3 135/8 135/14
  135/20 138/11 138/12 138/21
  140/5 140/14 141/8 142/12
  142/16 144/9 145/19 149/4
  152/16 153/13 154/23 157/4
  157/5 159/6 162/5 162/6
  164/25 165/7 165/8 168/20
  168/21 170/20 170/22 174/16

**me...** 177/23
  178/9 178/11 178/22 180/21
  180/22 182/7 182/8 183/15
  183/16 184/9 185/24 188/17
  199/12 199/18 200/19 200/19
  200/20 205/22 205/24 207/18
  208/10 214/15 220/19 226/16
  235/24
**maybe [15]** 13/23 21/17 24/16
  37/15 45/9 53/4 71/20 76/25
  80/22 96/21 103/21 140/4
  174/7 180/5 203/23
**McKinney [13]** 2/8 2/9 11/11
  28/14 44/6 115/20 119/5
  119/18 119/25 136/17 137/22
  186/21 232/24
**McKinney's [1]** 117/20
**MD [1]** 155/6
**me [118]** 7/22 8/15 9/3 10/19
  11/14 12/17 16/19 24/2 24/7
  24/23 26/4 30/9 34/15 36/2
  37/8 37/10 39/1 39/12 40/3
  40/7 41/10 41/14 41/20 47/3
  48/14 48/14 49/15 50/25 53/8
  54/6 67/4 70/10 71/23 72/15
  78/7 78/16 79/2 79/9 80/2
  80/10 84/16 85/12 85/25
  89/10 89/13 90/23 90/23 92/2
  92/25 93/14 95/4 95/10 97/6
  100/1 104/5 104/7 104/10
  107/5 111/10 112/20 113/12
  114/7 119/8 119/15 119/16
  120/5 120/22 122/15 127/16
  128/12 130/6 130/12 136/3
  137/2 137/10 139/1 140/15
  141/1 145/6 146/8 146/10
  147/19 153/1 155/9 155/10
  158/4 158/17 158/25 160/6
  162/1 162/18 166/25 169/17
  170/24 173/21 174/3 178/18
  184/19 184/24 186/6 188/4
  194/23 195/15 198/12 200/9
  203/3 203/14 205/16 206/25
  208/5 213/16 215/7 215/14
  219/21 224/16 225/25 228/21
  229/14
**mean [69]** 4/18 11/17 14/3
  23/7 24/7 25/7 25/14 30/20
  31/16 31/20 31/25 32/25 33/2
  40/25 41/6 77/16 79/14
  100/17 103/23 113/7 118/7
  122/19 124/6 124/25 125/4
  130/8 131/9 133/3 133/25
  135/9 140/20 141/24 144/1
  153/6 153/10 158/4 158/6
  164/21 166/6 167/3 171/17
  173/12 173/13 173/14 177/1
  184/11 188/8 188/9 190/2
  190/2 190/13 190/20 191/2
  191/10 195/3 198/4 198/18
  198/18 199/7 200/9 202/2
  203/15 205/4 208/25 212/22
  217/11 231/9 231/11 235/5
**meaning [6]** 48/3 162/25 163/6
  187/8 189/13 194/7
**means [6]** 44/16 93/17 107/25
  134/10 162/23 165/2
**meant [8]** 132/1 203/17 212/22
  214/4 222/20 222/21 222/23
  235/3
**meas [1]** 87/12
**measure [2]** 60/16 64/18

M

**meat [1]**  190/15
**mechanical [2]**  1/24 198/15
**mechanism [5]**  108/7 111/4
145/20 145/20 147/6
**mechanisms [2]**  58/11 146/13
**medical [46]**  6/3 6/4 6/4 9/22
9/23 9/24 17/2 20/1 20/6
20/9 27/12 28/10 32/17 67/7
69/9 70/16 70/18 71/16 71/18
74/22 84/12 86/9 89/9 89/15
93/4 131/16 133/23 133/25
134/17 134/19 151/5 155/13
156/25 157/2 164/8 167/9
170/9 177/22 189/12 198/15
208/17 209/8 209/9 209/12
217/12 220/19
**medically [3]**  53/19 56/8
222/3
**medicine [2]**  56/23 145/22
**medium [1]**  83/15
**meet [1]**  156/22
**meeting [1]**  170/17
**meets [2]**  57/6 99/23
**Members [2]**  154/11 227/19
**memories [3]**  65/1 94/20 94/21
**memory [24]**  9/13 37/23 38/8
38/9 42/16 54/4 54/4 54/5
57/19 57/20 78/19 79/25
93/12 95/19 95/21 100/3
100/14 120/19 136/9 137/24
138/8 178/3 178/8 214/13
**mental [3]**  217/6 217/10
217/13
**mention [5]**  40/18 42/15 42/24
204/16 204/19
**mentioned [18]**  40/22 47/19
80/20 131/5 131/19 132/2
134/6 140/15 140/23 141/12
147/10 163/8 168/11 189/12
191/16 191/21 208/9 239/8
**Mentor [3]**  185/20 185/21
221/24
**Mentor's [1]**  186/5
**mess [1]**  126/3
**met [7]**  44/4 102/18 122/20
123/18 151/20 156/23 222/21
**metabolism [5]**  36/14 48/21
86/19 97/20 128/19
**metabolized [2]**  74/16 135/10
**Methadone [1]**  127/1
**methamphetamine [2]**  52/13
127/8
**methamphetamines [1]**  52/25
**method [12]**  14/11 73/22
107/16 108/16 109/4 110/3
110/4 110/10 111/1 111/3
113/6 145/18
**methods [1]**  109/13
**Mexican [2]**  64/2 80/18
**Miami [1]**  155/15
**mic [1]**  154/21
**Michael [1]**  151/23
**microphone [1]**  145/7
**mid [1]**  23/21
**middle [6]**  93/24 98/7 132/12
161/21 196/5 216/23
**might [28]**  11/8 11/12 32/23
49/18 60/8 60/9 60/22 62/1
62/1 62/17 83/5 83/12 97/17
97/19 97/25 98/18 141/2

178/2 180/19 181/15 182/5
186/7 201/16 201/18
**mike [1]**  15/25
**mild [3]**  98/21 206/16 226/1
**mildly [1]**  117/4
**milligram [5]**  49/18 73/7
73/11 73/12 74/4
**milligrams [2]**  49/19 72/22
**millimeter [1]**  173/16
**millimeters [1]**  190/22
**mind [10]**  11/4 11/17 36/13
57/12 65/22 76/1 80/7 95/18
100/1 192/13
**minded [1]**  227/7
**mine [1]**  156/21
**minimum [2]**  72/2 128/21
**minor [5]**  175/5 175/7 175/11
178/15 187/4
**minute [6]**  65/21 94/12 151/11
227/16 228/21 233/22
**minutes [7]**  14/23 15/7 38/3
38/23 63/5 79/23 150/4
**mirror [1]**  220/17
**mischaracterizes [1]**  177/17
**miscommunications [2]**  10/13
11/7
**misconstruing [1]**  139/9
**misinterpretation [1]**  92/15
**misleading [2]**  10/6 122/14
**misplaced [1]**  171/15
**misrepresents [1]**  121/9
**missed [2]**  79/20 200/15
**missing [1]**  41/25
**misspelled [1]**  32/4
**mistake [1]**  93/4
**misunderstanding [1]**  196/24
**misunderstandings [1]**  10/13
**misunderstood [3]**  11/8 11/13
129/16
**mixed [5]**  36/9 36/12 40/1
42/25 137/16
**mobilized [2]**  190/8 190/19
**mobilizing [1]**  190/5
**moderate [3]**  98/21 206/15
226/1
**modify [1]**  103/4 103/6 103/19
**moment [5]**  61/15 92/4 102/19
103/20 160/7
**moments [1]**  152/2
**Monday [4]**  227/12 228/6
228/14 228/17
**money [3]**  46/1 47/2 47/5
**monitoring [1]**  50/15
**month [6]**  156/10 156/12 171/2
171/4 218/25 219/4
**monthly [1]**  155/25
**months [25]**  38/24 45/13 52/16
57/13 90/18 171/20 172/4
172/5 172/6 180/13 180/18
181/15 183/11 183/13 197/17
200/8 207/6 207/8 207/9
207/18 207/19 208/6 208/15
210/7 210/21
**months' [2]**  210/4 210/8
**mood [1]**  49/9
**more [96]**  10/21 11/7 13/9
13/17 17/23 19/8 21/17 21/17
23/24 30/21 38/19 40/6 42/18
43/13 43/19 47/16 47/22
49/19 50/8 50/8 50/9 50/19
51/12 55/10 55/25 56/3 63/9

86/1
86/5 86/6 86/9 86/20 86/23
87/1 87/12 87/14 87/16 88/16
96/20 104/6 106/11 106/19
106/21 111/21 111/22 112/1
128/12 131/4 131/6 143/17
149/9 156/14 162/24 165/18
166/20 167/3 167/4 167/5
167/20 167/21 170/4 171/8
171/21 172/14 173/7 174/3
176/10 176/24 178/5 178/9
180/9 183/2 187/20 187/21
194/6 194/6 194/7 195/4
195/6 195/8 196/6 200/7
205/16 210/23 216/17 221/20
221/21 228/19 228/23 228/24
229/1 239/10
**morning [34]**  4/3 4/3 12/10
13/19 15/16 16/6 16/7 30/16
31/2 31/6 31/8 32/1 32/19
32/22 33/20 33/22 40/7 40/8
44/3 51/18 73/11 75/24 82/7
91/4 128/15 132/2 132/13
135/15 135/21 144/8 147/10
149/24 228/6 233/7
**Morris [2]**  1/21 1/21
**most [15]**  21/2 29/19 31/18
35/8 40/3 40/14 108/9 169/18
170/7 182/25 197/9 209/14
210/19 216/22 217/12
**mostly [2]**  180/6 185/18
**mother [1]**  197/6
**motion [6]**  6/8 7/21 119/8
143/24 188/15 233/7
**motor [4]**  64/12 81/4 209/5
209/14
**mouth [1]**  178/6
**move [5]**  49/8 64/25 114/17
114/17 122/22
**moved [1]**  17/22
**movement [1]**  190/7
**moving [2]**  94/22 95/22
**Mr [3]**  8/16 12/6 15/7
**Mr. [49]**  6/14 9/11 9/22 11/11
28/14 40/9 44/9 44/15 45/17
81/7 82/22 97/3 101/23
115/20 117/20 119/5 119/18
119/25 134/2 136/17 137/22
141/13 145/14 149/13 149/17
150/25 151/20 152/9 153/23
154/6 180/7 185/10 186/21
191/15 199/24 201/13 221/24
229/24 229/25 230/2 230/3
230/12 230/16 230/16 230/24
231/24 232/3 232/24 237/18
**Mr. Adams [2]**  230/2 230/24
**Mr. Adams' [2]**  229/25 230/12
**Mr. Arroyo's [2]**  149/13
149/17
**Mr. Bortz [4]**  9/22 40/9 81/7
101/23
**Mr. Bortz' [2]**  134/2 141/13
**Mr. Hedges [4]**  153/23 154/6
191/15 201/13
**Mr. Hedges' [1]**  221/24
**Mr. Kelly [18]**  6/14 9/11 44/9
44/15 45/17 82/22 150/25
151/20 152/9 180/7 185/10
199/24 229/24 230/3 230/16
230/16 231/24 232/3
**Mr. Kelly's [3]**  97/3 145/14
237/18

**M**

Mr. McKinney [10]  11/11 28/14
 115/20 119/5 119/18 119/25
 136/17 137/22 186/21 232/24
Mr. McKinney's [1]  117/20
Mrs. [4]  15/18 71/2 121/16
 121/18
Mrs. Jones [1]  71/2
Mrs. Loewe [3]  15/18 121/16
 121/18
Ms [6]  12/9 27/13 82/6
 151/22 154/14 225/9
Ms. [126]  5/17 6/19 8/25 9/7
 9/22 10/18 28/3 29/13 30/7
 30/13 31/7 33/19 39/18 53/19
 59/14 60/5 60/22 64/14 67/21
 67/23 68/4 69/3 69/11 69/21
 72/8 72/10 73/7 74/5 74/23
 75/10 75/22 78/18 78/21
 78/23 79/4 82/4 82/25 83/5
 89/7 89/16 89/23 90/14 90/19
 91/23 91/24 92/5 92/7 92/13
 92/23 93/7 94/3 96/23 97/6
 99/3 99/9 99/18 100/13 102/3
 102/22 103/8 103/10 103/16
 114/20 115/13 116/12 128/7
 133/22 135/4 142/8 143/19
 143/21 144/15 145/4 145/11
 145/16 146/3 147/11 147/15
 151/23 151/24 156/22 164/9
 167/24 168/11 171/15 171/25
 177/11 179/21 181/17 181/23
 183/3 183/19 185/10 186/18
 186/21 189/12 191/25 192/4
 194/12 195/16 196/12 197/8
 202/13 204/3 204/6 207/21
 211/12 211/22 212/8 212/14
 213/12 214/7 214/8 214/9
 214/17 214/18 214/19 215/7
 218/17 221/2 224/16 226/14
 232/15 232/16 233/1 233/23
Ms. Cullen [4]  97/6 186/21
 221/2 226/14
Ms. Falanga [6]  214/7 214/8
 214/9 214/17 214/18 224/16
Ms. Holcombe [2]  233/1 233/23
Ms. Jamie [1]  29/13
Ms. Jones [88]  5/17 6/19 8/25
 9/7 9/22 10/18 28/3 30/7
 30/13 31/7 33/19 39/18 59/14
 60/5 60/22 64/14 67/21 67/23
 68/4 69/3 69/21 72/10 73/7
 75/10 78/18 78/21 78/23 79/4
 83/5 89/7 89/16 90/19 91/23
 91/24 92/7 92/23 93/7 94/3
 96/23 99/3 99/9 100/13
 102/22 103/8 103/10 114/20
 128/7 133/22 135/4 142/8
 143/19 143/21 144/15 145/4
 145/11 145/16 146/3 147/11
 147/15 151/23 151/24 156/22
 164/9 167/24 168/11 171/15
 171/25 181/17 185/10 186/18
 189/12 191/25 194/12 195/16
 196/12 197/8 202/13 204/3
 204/6 207/21 211/12 211/22
 212/14 214/19 215/7 218/17
 232/15 232/16
Ms. Jones' [25]  53/19 69/11
 72/8 74/5 74/23 75/22 82/4
 82/25 89/23 90/14 92/5 92/13

much [22]  19/8 35/19 38/12
 45/25 47/5 48/11 85/18 86/10
 96/19 99/15 111/11 129/25
 149/5 150/2 187/22 198/10
 198/20 210/12 217/5 218/8
 226/17 239/14
multiple [3]  26/1 58/6 58/6
muscle [35]  20/19 172/17
 172/24 173/1 173/2 173/3
 173/23 174/20 177/11 177/13
 187/7 187/10 187/11 187/13
 187/15 187/17 187/19 187/23
 187/25 187/25 188/1 188/7
 188/18 189/24 190/3 190/3
 190/6 190/9 190/16 190/20
 191/3 193/3 194/9 195/1
 219/16
muscles [2]  189/23 191/1
must [1]  164/7
muster [1]  118/4
my [104]  4/22 11/18 14/16
 14/24 16/10 16/21 17/1 17/7
 18/11 18/14 18/18 21/20
 21/22 22/3 22/23 23/21 23/24
 24/17 25/1 27/3 27/7 28/2
 31/13 39/1 46/4 46/9 54/7
 54/16 59/7 60/2 60/12 74/2
 76/24 77/4 79/9 79/9 84/10
 84/10 84/17 86/23 91/4 97/5
 97/10 99/16 99/16 102/20
 103/4 103/19 103/21 106/9
 111/1 113/20 114/23 118/12
 119/4 119/10 120/22 123/9
 128/2 129/8 129/17 130/8
 130/9 130/11 130/12 130/13
 130/14 130/16 132/10 133/10
 142/20 144/17 145/8 147/14
 155/6 155/10 160/6 162/8
 170/16 171/20 178/3 184/24
 186/24 192/5 194/1 198/6
 200/6 200/10 200/20 205/10
 207/7 207/7 207/13 208/5
 210/13 210/22 216/6 216/7
 220/15 220/22 222/22 223/4
 226/5 228/13
myself [1]  164/18

**N**

name [13]  16/10 19/4 30/3
 32/3 70/21 112/20 112/24
 115/7 115/10 115/12 155/6
 170/16 186/24
named [1]  227/5
names [1]  115/3
narcolepsy [1]  20/11
narrowly [1]  6/12
National [1]  113/15
natural [2]  187/20 187/21
naturally [2]  184/17 184/17
nature [3]  46/13 99/6 134/13
Nausea [1]  149/1
Navy [1]  172/22
near [2]  12/3 12/3
nearest [1]  15/17
nearly [1]  87/8
necessarily [1]  43/7 72/24
 88/24 90/13 96/25 125/3
 125/25 173/10 186/14 186/16

necessary [2]  4/11 110/23
necessitate [1]  10/14
necessity [1]  220/19
need [29]  13/8 14/23 44/10
 53/13 78/15 91/3 91/9 91/12
 103/25 107/21 118/1 118/5
 129/10 142/20 143/13 150/10
 152/17 153/13 169/7 176/15
 184/6 197/10 199/12 209/25
 223/12 226/25 227/14 229/4
 229/14
needed [3]  194/7 213/13
 228/11
needs [11]  31/19 31/21 31/21
 84/14 167/21 167/25 176/15
 223/21 223/22 223/25 223/25
negative [21]  5/19 33/12
 104/23 124/21 125/23 126/20
 126/22 126/22 126/24 127/1
 127/3 127/5 127/9 127/14
 127/21 128/10 128/14 189/16
 189/19 220/8 220/12
nerve [8]  176/10 176/19
 176/22 176/25 179/18 191/15
 223/16 223/18
nerves [1]  176/10
nervous [1]  48/12
never [15]  23/25 32/16 47/7
 48/15 60/3 65/22 118/24
 152/20 153/1 180/15 186/4
 186/5 188/3 209/6 223/13
new [11]  17/15 52/12 57/9
 58/12 91/18 103/4 110/11
 139/14 146/1 146/23 231/24
newer [1]  168/7
next [44]  8/6 13/18 14/17
 21/20 32/2 51/17 75/24
 104/14 104/15 104/16 104/17
 104/17 105/9 119/17 127/8
 130/4 132/13 132/23 137/5
 137/19 142/14 144/9 149/12
 151/1 161/16 179/24 180/4
 183/9 183/10 193/11 193/20
 194/11 201/16 204/10 206/14
 225/24 226/20 227/3 228/10
 228/17 229/3 229/13 233/17
 234/17
nice [2]  73/18 205/4
night [3]  105/10 132/12
 229/12
nine [25]  13/11 84/18 84/19
 84/21 99/24 112/4 112/11
 156/12 169/14 171/6 171/7
 171/19 172/4 172/5 183/11
 183/13 200/8 207/6 207/8
 207/9 207/18 207/19 208/6
 208/14 218/25
nine-month [1]  218/25
Nineties [1]  23/21
nipple [1]  166/22
no [162]  4/18 4/18 4/19 5/4
 8/5 8/9 12/4 12/25 13/9 14/6
 27/3 30/20 31/13 32/19 33/15
 34/1 34/6 34/8 36/4 37/25
 39/15 39/15 42/16 44/5 47/7
 49/24 52/1 52/8 53/9 53/9
 53/22 54/4 55/24 56/2 57/24
 64/18 66/5 66/7 66/25 67/16
 69/23 70/9 71/10 74/18 74/21
 74/21 76/11 77/13 77/14
 77/23 78/1 78/6 79/7 79/8

**N**

**no... [108]**  79/25 80/9 80/10
80/24 81/5 81/6 81/9 82/18
82/24 83/2 83/6 83/14 83/19
84/2 84/4 85/6 85/8 87/4
88/16 89/8 89/15 93/25 96/25
97/4 99/13 100/3 100/14
101/21 103/25 105/1 115/22
116/2 117/19 119/24 121/25
128/1 131/16 141/4 142/1
143/25 145/13 145/17 147/13
148/17 151/2 151/11 154/4
154/7 154/8 159/21 161/3
161/4 161/14 165/21 170/19
171/24 174/10 174/23 176/2
176/15 177/15 184/23 188/3
188/25 189/16 189/19 189/21
191/12 192/20 193/9 194/10
194/21 195/9 197/12 198/10
199/6 199/23 200/16 204/15
204/15 204/21 206/16 206/16
211/8 211/11 213/4 214/14
219/7 220/4 222/10 225/1
226/2 226/2 226/6 226/11
226/13 226/25 230/17 231/16
234/1 234/18 235/7 235/7
235/17 236/20 237/1 239/12
239/13
**nobody [1]**  148/15
**Nodding [1]**  181/19
**noise [1]**  65/2
**non [4]**  6/5 57/21 66/8 129/3
**non-consensual [1]**  6/5
**non-detected [1]**  129/3
**non-peer-reviewed [2]**  57/21
66/8
**none [9]**  34/3 74/20 126/10
134/10 135/23 179/9 179/10
179/16 182/21
**nonetheless [1]**  87/21
**noon [1]**  74/12
**nor [3]**  30/6 122/4 132/20
**normal [13]**  20/23 23/16 97/15
98/3 114/21 137/9 141/9
184/20 184/23 184/24 208/7
216/9 216/20
**normally [5]**  7/16 21/5 37/3
38/17 41/18
**nos [1]**  81/18
**not [369]**
**note [32]**  66/12 83/25 96/8
189/24 192/12 194/15 194/20
195/12 196/14 197/20 199/18
199/24 200/18 202/12 202/19
202/23 204/20 204/24 206/14
206/21 209/23 211/13 211/15
211/25 212/4 213/8 213/19
213/24 214/25 215/2 216/4
239/7
**noted [2]**  83/20 192/13
**notes [14]**  103/21 200/20
200/25 201/2 201/9 205/9
205/10 205/19 205/20 205/21
208/22 213/19 230/4 232/4
**notes from [1]**  232/4
**nothing [8]**  5/20 15/21 75/23
85/8 130/3 151/12 154/18
226/15
**notice [4]**  84/6 126/9 129/2
201/8
**noticeable [1]**  50/9

**November [8]**  177/13 183/4
183/8 183/21 184/18 184/21
191/25 194/13
**November 23rd [1]**  194/13
**now [75]**  5/5 11/17 14/19
15/20 31/5 35/2 35/17 45/24
46/12 46/22 48/6 49/5 49/21
50/25 51/25 58/20 59/1 59/18
60/9 60/15 65/5 66/11 67/23
68/6 73/1 83/20 84/3 87/25
90/25 91/11 91/21 92/4 97/7
97/11 98/20 99/12 101/12
101/13 105/4 110/19 119/7
121/20 129/10 133/21 137/19
140/8 152/20 154/17 155/20
158/8 160/23 162/18 163/8
163/25 168/7 175/22 181/21
196/23 200/10 201/11 202/12
203/20 205/18 211/3 221/13
222/17 222/23 222/23 223/21
233/23 235/14 235/15 235/16
236/14 236/24
**nowadays [3]**  185/18 205/11
224/2
**nowhere [2]**  70/14 126/2
**nuanced [1]**  177/22
**number [41]**  8/12 9/12 13/11
13/16 16/15 16/18 19/19
22/23 27/11 27/13 28/13
28/16 36/15 39/21 40/22 45/5
54/8 61/12 63/4 64/17 69/17
79/19 81/2 89/20 102/9
102/12 106/17 108/4 111/5
115/5 122/17 122/21 129/5
140/6 141/3 141/15 143/2
147/22 161/8 188/17 229/18
**Number 1 [1]**  61/12
**Number 2 [3]**  13/11 13/16
188/17
**Number 3 [1]**  102/9
**Number 4 [1]**  102/12
**Number 5 [1]**  63/4
**Number 6 [4]**  9/12 79/19
106/17 140/6
**Number 8 [2]**  81/2 141/3
**Number 9 [2]**  64/17 141/15
**Number 98 [1]**  229/18
**Number one [3]**  39/21 40/22
54/8
**numbers [2]**  138/2 160/6
**numerous [2]**  23/1 39/24
**nutrition [1]**  20/17

**O**

**o'clock [9]**  30/15 31/2 31/6
31/8 32/19 68/18 131/5
131/12 227/11
**oar [1]**  229/10
**oath [4]**  15/18 129/11 154/15
234/14
**OB [3]**  90/14 138/24 139/15
**OB-GYN [3]**  90/14 138/24
139/15
**object [4]**  68/24 109/10
142/22 151/8
**objecting [1]**  39/13
**objection [16]**  121/25 138/21
139/8 143/23 151/11 159/17
159/21 159/22 161/2 161/4
165/21 165/22 165/23 211/8
226/11 226/12

**objections [1]**  230/11
**objective [31]**  59/19 60/12
60/15 60/18 61/25 62/9 63/14
63/15 63/20 66/11 66/11
66/12 67/1 74/17 74/19 74/21
74/24 75/7 75/8 75/9 75/14
76/11 84/23 101/9 104/10
137/23 138/1 138/17 140/6
206/8 225/12
**objectively [2]**  53/18 63/22
**observable [2]**  5/11 10/25
**observation [1]**  208/21
**observations [6]**  10/16 56/3
108/5 109/2 110/15 204/23
**observed [4]**  86/6 86/14 99/3
133/7
**obviously [9]**  39/7 85/14
106/25 140/21 162/19 162/21
169/5 213/7 220/14
**occasion [3]**  53/1 59/15 92/8
**occasionally [4]**  38/5 46/6
88/6 217/16
**occasions [1]**  49/3
**occur [22]**  21/14 21/15 26/2
30/21 38/15 38/22 38/22 48/3
65/18 65/25 66/3 72/21 93/21
98/18 107/3 129/6 145/25
164/1 164/2 189/1 216/9
216/12
**occurred [18]**  10/6 30/11
34/12 39/23 41/2 45/21 53/6
134/16 139/3 139/6 139/10
139/20 158/12 163/9 212/11
212/13 213/5 220/5
**occurrence [1]**  177/3
**occurs [1]**  189/10
**October [2]**  22/23 210/3
**of State [1]**  232/7
**off [26]**  20/12 22/4 22/8 37/8
37/11 37/22 45/16 47/22
51/11 51/13 51/16 51/24
65/13 65/19 66/1 71/20
114/23 115/7 121/19 129/9
153/15 200/10 226/24 227/1
236/20 238/25
**offend [1]**  80/8
**offer [16]**  5/20 6/6 9/8
120/20 150/13 165/11 165/12
211/5 226/8 227/23 234/9
234/21 235/9 235/18 236/5
238/20
**offer it [1]**  235/18
**offered [15]**  26/18 28/14
144/19 170/9 231/17 231/19
232/1 233/12 233/15 233/20
234/10 234/12 234/17 236/22
237/8
**offering [20]**  8/22 139/14
150/15 232/12 233/8 233/9
233/10 233/13 234/4 234/5
234/7 234/8 234/16 234/21
234/24 235/15 235/16 235/16
235/17 238/10
**office [9]**  1/21 198/6 202/12
211/12 212/10 214/19 214/25
215/2 231/24
**officers [2]**  12/7 13/4
**offices [2]**  162/7 162/8
**OFFICIAL [2]**  2/12 239/23
**often [6]**  6/10 35/15 161/14
177/21 177/25 207/5

**oh [12]**   15/3 29/8 79/21
97/11 104/12 123/24 124/2
160/25 165/5 209/21 211/17
232/23

**okay [105]**   5/3 5/5 6/13 7/21
11/11 17/20 27/23 29/2 39/9
41/21 42/9 42/20 47/11 59/19
65/22 68/6 70/1 70/1 73/16
77/19 80/11 85/25 87/25 92/3
94/1 94/13 96/5 96/7 97/7
104/4 104/8 111/20 111/23
113/1 116/5 116/17 117/11
119/25 123/13 123/22 123/24
127/18 128/23 130/23 133/16
139/17 140/8 142/6 143/12
150/8 150/9 150/14 150/24
151/20 153/14 153/16 156/16
159/4 160/9 160/19 160/24
161/8 161/22 163/20 163/22
163/25 166/10 167/7 169/16
170/12 171/5 172/20 175/16
177/20 178/20 178/22 180/7
180/10 184/10 184/13 184/19
186/15 186/21 187/1 188/5
190/19 192/17 193/20 193/22
193/25 195/15 203/9 212/5
214/12 214/18 215/7 219/15
220/8 228/3 228/5 228/19
229/14 230/22 232/24 233/22

**old [3]**   47/13 185/8 186/2
**older [2]**   163/6 220/14
**Olsen [1]**   1/15
**on [327]**
**once [8]**   37/8 37/9 37/9 52/1
52/9 53/23 131/6 135/4
**one [165]**   1/16 1/19 5/4 5/9
6/11 10/1 13/9 14/21 15/3
18/11 18/14 18/21 19/6 20/10
20/13 20/21 21/8 26/14 29/16
32/6 33/10 34/2 34/3 34/4
36/1 36/8 36/17 39/21 40/20
40/22 42/23 42/23 43/7 43/14
43/15 45/10 45/11 48/25 51/3
51/8 51/20 51/25 52/10 53/6
54/8 54/23 55/24 57/3 61/4
62/6 62/9 62/16 66/24 70/10
73/7 73/17 74/15 76/18 84/20
86/23 88/18 88/18 89/6 95/1
98/25 99/7 99/11 99/24
100/21 101/17 101/17 101/18
102/1 102/6 103/7 104/3
104/12 105/6 105/13 109/24
110/8 110/13 111/22 112/1
112/6 112/23 115/24 116/10
117/21 121/8 122/12 126/17
128/3 131/4 131/11 133/16
133/18 134/7 135/15 135/21
136/1 136/1 136/5 136/15
136/17 137/5 137/7 137/19
137/21 139/12 140/2 140/9
141/4 141/19 142/3 142/15
142/17 145/16 148/20 149/9
151/3 151/3 151/7 151/8
151/12 151/12 159/7 159/19
165/24 167/19 168/11 169/11
171/24 176/18 176/21 177/5
177/20 178/5 178/9 183/2
184/7 184/16 187/24 188/16
195/4 195/8 196/16 198/5
198/17 201/15 201/18 201/18

**ones [7]**   24/2 39/8 43/3 43/3
86/12 159/6 159/7
**only [40]**   4/23 5/21 7/12
10/19 12/14 13/10 13/15 14/5
20/13 26/15 30/22 33/2 46/5
66/12 70/7 71/18 81/6 102/24
120/15 142/20 150/4 153/18
153/23 159/3 159/4 166/8
173/25 174/1 179/22 180/13
180/17 194/2 194/24 211/18
211/19 219/24 232/7 232/8
238/6 238/20
**onset [2]**   40/11 42/18
**op [10]**   171/12 171/14 171/19
171/25 194/11 197/11 197/13
207/6 210/21 217/1
**open [5]**   21/10 27/5 39/16
143/15 231/3
**opened [1]**   119/6
**opens [1]**   235/5
**operating [1]**   37/3
**operation [3]**   164/7 168/2
180/15
**operations [1]**   177/5
**operative [4]**   185/11 189/24
192/12 216/9
**operatively [1]**   216/12
**opiates [1]**   126/22
**opine [11]**   6/4 7/9 8/19 11/20
11/23 24/8 24/13 25/17 26/15
120/16 195/7
**opines [1]**   7/25
**opining [1]**   26/8
**opinion [54]**   5/1 5/24 6/6 6/7
8/1 8/6 9/8 10/18 10/22
10/23 21/2 67/4 67/6 67/9
76/24 83/3 83/12 83/15 84/17
86/23 87/7 89/17 89/23 89/24
92/7 98/23 99/16 99/17
102/22 103/2 103/2 103/4
103/6 103/7 111/14 130/4
130/6 130/12 130/13 143/18
143/21 144/2 144/15 144/17
144/19 159/10 167/12 180/11
180/17 181/7 181/22 208/17
212/12 213/6
**opinions [12]**   10/16 24/24
28/6 99/20 103/17 103/19
111/17 116/23 130/8 130/9
130/18 170/8
**opponent [1]**   24/4
**opportunity [6]**   137/6 165/11
220/11 235/11 235/13 236/12
**opposed [1]**   183/7
**opposing [1]**   142/21
**opposite [6]**   89/22 177/18
177/25 231/18 232/14 233/11
**opposition [1]**   117/12
**optional [2]**   184/6 227/8
**or [317]**
**oranges [1]**   86/18
**order [18]**   4/8 4/12 5/7 5/22
6/9 8/21 14/25 51/2 68/11
144/8 144/11 146/2 154/8
164/1 164/1 187/9 216/16
216/16
**ordered [1]**   71/13
**ordinary [1]**   114/21

**organs [1]**   212/20
**orientation [1]**   18/24
**origin [1]**   102/23
**original [2]**   119/3 219/17
**originally [2]**   169/21 169/24
**originate [1]**   107/10
**originating [1]**   216/1
**other [126]**   5/4 6/11 7/13
7/13 8/10 9/24 9/25 13/10
13/11 15/3 18/11 19/1 19/3
19/9 19/10 20/3 20/6 21/1
21/14 22/11 23/12 24/2 25/6
32/5 33/2 33/4 36/14 37/5
37/6 40/24 41/4 41/4 41/5
42/14 42/23 45/14 48/23
48/24 48/25 49/13 50/5 50/23
54/15 56/5 57/4 57/4 57/22
57/22 58/10 63/11 64/14
66/24 69/17 69/18 69/20
71/15 72/25 72/25 75/4 75/11
75/14 80/14 81/6 86/7 86/24
96/13 97/20 98/5 98/19 100/7
100/9 100/18 101/23 103/7
103/10 103/10 104/3 106/14
108/13 111/17 113/4 115/14
116/19 120/19 126/8 129/5
130/11 134/23 135/3 135/18
140/2 141/13 146/16 146/17
152/9 154/5 162/19 169/17
170/4 171/24 174/21 176/11
177/9 187/16 188/21 195/5
195/8 199/1 203/1 203/4
207/14 208/7 208/11 209/2
209/4 219/12 221/10 224/24
226/6 228/14 231/13 232/8
235/6 237/15 238/12 238/23
**others [3]**   13/13 85/13 86/2
**otherwise [3]**   11/25 99/4
227/10
**ought [1]**   77/7
**our [24]**   4/23 5/23 5/23 6/8
6/15 8/20 15/11 17/18 21/9
47/4 47/19 48/15 87/7 90/15
92/9 101/10 101/15 119/10
150/4 150/13 220/23 228/1
229/3 230/12
**out [147]**   10/7 19/6 21/3
35/16 35/24 36/24 38/14
51/15 52/4 52/9 52/16 54/6
54/11 55/3 56/9 57/3 60/16
65/1 65/16 70/3 70/11 77/14
82/21 84/15 84/18 84/19
84/22 85/1 85/15 90/7 91/19
92/1 92/5 92/17 92/24 92/25
93/1 93/2 93/12 94/3 94/4
94/14 94/22 94/23 94/24
95/22 95/24 95/25 96/2 96/3
96/4 97/12 99/18 99/23 100/9
100/21 100/25 101/20 102/10
103/16 104/6 105/5 107/4
108/25 111/11 112/23 115/21
119/9 120/8 122/1 122/25
125/12 132/5 132/5 132/17
132/17 132/19 134/25 135/10
135/17 135/23 136/6 146/24
148/24 151/10 162/24 163/2
163/4 163/11 163/18 164/2
164/6 167/7 171/20 173/21
174/12 174/13 178/3 178/23
178/24 179/3 179/8 179/11
179/12 181/25 182/20 182/21

**out...** **[40]** 182/23 183/1
183/4 183/6 183/14 184/2
185/7 188/12 188/21 189/1
199/4 199/22 204/20 204/24
205/6 205/14 205/17 205/23
207/5 207/11 207/13 207/14
207/18 208/5 208/10 209/3
209/5 209/6 209/13 209/16
210/25 214/21 216/12 217/21
218/3 221/3 224/1 230/17
236/16 237/5
**out-of-court** **[1]** 230/17
**outcome** **[1]** 200/1
**outcomes** **[1]** 216/22
**outside** **[9]** 7/16 14/12 20/22
109/19 118/2 118/11 150/9
187/3 202/6
**over** **[35]** 20/15 23/4 23/5
23/20 23/23 25/2 38/18 49/8
49/14 49/14 85/21 95/9
113/10 115/13 115/25 116/10
132/24 136/17 137/5 152/13
153/9 156/11 156/14 171/8
172/21 173/21 177/5 181/17
188/2 188/15 189/1 191/14
213/9 216/13 224/19
**overall** **[6]** 62/12 82/20
105/18 134/13 217/5 217/10
**overdue** **[1]** 8/9
**overlap** **[1]** 191/4
**oversimplification** **[1]** 190/11
**overview** **[1]** 84/11
**own** **[7]** 48/20 112/15 133/11
178/3 192/9 207/11 230/15

**P**

**p.m** **[4]** 150/22 150/22 227/17
227/17
**packet** **[1]** 160/8
**page** **[39]** 3/2 8/6 58/21 67/13
93/23 104/14 104/15 104/16
124/3 126/15 127/8 157/6
159/15 159/25 160/6 172/7
181/2 182/10 183/18 184/1
185/4 192/18 193/11 193/15
194/12 202/16 211/4 212/1
214/2 214/4 214/4 219/8
219/12 219/13 224/11 224/13
225/2 230/10 232/7
**Page 19** **[1]** 181/2
**Page 21** **[1]** 183/18
**Page 22** **[1]** 184/1
**Page 24** **[1]** 182/10
**Page 26** **[4]** 214/4 219/8
219/13 224/13
**Page 27** **[1]** 212/1
**Page 28** **[2]** 214/2 214/4
**Page 3** **[2]** 58/21 159/15
**Page 35** **[1]** 185/4
**Page 44** **[1]** 211/4
**Page 71** **[2]** 172/7 192/18
**Page 86** **[3]** 202/16 224/11
225/2
**Page 87** **[1]** 194/12
**Page 90** **[1]** 157/6
**pages** **[1]** 230/7
**paid** **[4]** 27/17 27/20 27/24
28/2
**pain** **[30]** 63/25 65/2 75/1
176/24 177/7 179/19 179/23

195/6 195/8 201/24 202/8
203/11 203/12 203/15 203/16
203/20 203/20 210/16 210/19
214/23 214/24 215/8 215/8
215/23 215/25 216/1
**panel** **[1]** 131/11
**panties** **[1]** 140/1
**paper** **[4]** 57/13 97/6 106/14
170/20
**papers** **[1]** 57/8
**paragraph** **[5]** 172/8 192/20
192/21 193/15 193/20
**paraphrased** **[3]** 117/24 117/25
133/14
**parcel** **[1]** 100/24
**parents** **[1]** 21/23
**part** **[33]** 17/12 18/18 29/19
29/19 30/24 42/3 42/17 44/16
45/24 59/4 71/18 81/24
100/17 100/19 100/24 101/10
101/15 113/24 115/17 121/9
146/16 146/19 146/20 156/4
172/9 189/6 190/5 217/18
220/20 220/23 225/8 230/21
236/3
**particular** **[25]** 4/18 5/21
19/24 22/17 25/18 25/23
25/24 26/2 30/1 44/20 46/18
48/16 48/20 55/8 85/7 86/4
97/2 122/8 132/22 140/14
140/16 152/3 195/7 198/3
232/12
**particularly** **[4]** 6/10 47/10
217/22 233/4
**parties** **[2]** 7/10 7/12
**partner** **[1]** 91/18
**parts** **[9]** 110/6 176/10 176/11
176/18 176/21 203/4 237/15
238/13 239/7
**parts of** **[1]** 238/13
**party** **[1]** 232/22
**partying** **[1]** 51/15
**pass** **[16]** 14/11 36/24 38/25
43/21 54/19 54/22 92/17
94/24 96/2 96/4 118/4 144/22
149/3 170/11 186/20 218/7
**passed** **[10]** 52/4 77/14 90/7
91/19 92/1 93/1 93/2 94/14
100/9 101/20
**passes** **[1]** 92/25
**passing** **[10]** 54/21 65/1 84/16
92/5 92/24 94/4 94/23 95/22
95/24 102/10
**past** **[5]** 19/17 22/24 82/8
227/12 235/4
**patent** **[1]** 50/8
**patently** **[1]** 6/6
**pathophysiology** **[1]** 16/16
**pathways** **[5]** 21/19 22/2 22/3
22/10 38/21
**patient** **[26]** 22/16 58/1 63/24
64/8 91/17 91/19 112/15
156/21 171/16 171/22 181/14
185/9 186/6 202/24 202/25
203/10 206/4 209/25 210/2
217/5 217/10 217/17 222/2
222/4 222/8 222/22
**patient's** **[1]** 75/8
**patients** **[20]** 155/23 155/25
156/1 156/2 171/17 171/20
197/9 197/14 197/15 198/6

205/11
205/19 207/3 207/7 207/14
208/6 209/7
**PC** **[1]** 1/15
**pectoral** **[2]** 177/11 177/13
**pectoralis** **[8]** 172/17 175/3
175/5 175/7 175/7 175/10
178/14 187/4
**peer** **[41]** 14/11 55/17 55/18
55/20 55/25 56/3 56/9 56/16
56/22 57/3 57/8 57/11 57/14
57/21 57/24 58/8 58/10 66/5
66/8 88/4 88/14 105/25 106/1
107/11 107/14 107/19 107/22
108/4 108/13 109/15 109/18
112/9 112/15 113/4 113/7
114/2 114/13 118/23 118/24
131/23 132/16
**peer-review** **[1]** 57/3
**peer-reviewed** **[8]** 55/18 55/20
55/25 56/16 57/14 57/24
58/10 66/5
**penalty** **[1]** 234/14
**Pennsylvania** **[1]** 1/22
**people** **[48]** 6/10 19/22 20/11
21/2 21/6 21/11 25/16 35/14
36/3 36/5 36/19 37/19 38/13
42/12 48/25 48/25 48/25 51/9
51/14 52/12 54/9 55/1 55/6
57/4 64/14 67/3 72/17 72/22
85/15 92/17 92/18 94/22
94/24 96/2 96/3 99/2 105/9
106/2 106/15 108/25 109/2
110/21 128/17 132/6 136/12
140/16 141/8 164/18
**per** **[2]** 44/25 211/16
**percent** **[12]** 23/23 50/16
60/21 84/16 171/13 197/15
197/24 197/25 216/17 216/17
216/18 219/23
**percentage** **[6]** 50/18 50/18
171/11 179/7 179/7 216/15
**perception** **[2]** 77/8 79/9
**perceptions** **[1]** 77/5
**perfect** **[10]** 37/23 160/5
161/14 161/15 199/25 200/5
205/3 208/14 210/8 216/21
**perfectly** **[4]** 97/15 98/3
114/21 188/14
**perform** **[4]** 151/19 198/17
198/20 227/13
**performed** **[9]** 156/8 156/9
173/22 177/12 179/2 179/12
182/20 183/20 191/25
**performing** **[1]** 81/24
**perhaps** **[8]** 49/8 65/9 117/3
149/16 176/23 191/16 191/18
212/23
**period** **[33]** 36/24 38/2 38/19
40/19 54/3 54/4 54/4 57/18
57/18 57/19 63/5 65/7 65/15
79/22 89/16 90/3 90/3 90/8
90/12 94/16 94/18 95/21
106/5 106/22 107/3 137/12
141/11 191/14 202/25 210/10
216/13 219/1 221/16
**periods** **[14]** 38/1 38/3 38/7
39/22 42/4 42/4 55/2 55/22
55/23 55/24 89/7 89/10 92/6
93/8
**perjury** **[1]** 234/14
**permanent** **[1]** 191/13

**permitted [2]** 4/24 122/4
**person [49]** 20/21 22/13 22/17 25/24 35/5 35/9 35/11 36/1 37/9 37/10 37/14 38/1 38/5 49/1 49/22 51/21 52/2 53/24 54/3 57/16 60/4 65/16 70/24 88/18 90/7 95/21 95/25 97/14 97/17 97/19 97/21 97/24 103/10 105/4 105/7 105/14 105/17 107/3 109/24 122/8 133/4 140/20 141/25 186/18 191/10 196/9 196/9 198/11 198/24
**person's [4]** 36/13 40/19 51/23 115/24
**personal [2]** 60/5 63/24
**personally [2]** 129/12 208/20
**perspective [1]** 24/13
**peruse [1]** 110/16
**Pete [2]** 150/12 150/17
**petite [2]** 185/15 186/13
**Ph.D.s [1]** 57/4
**pharmaceutical [2]** 20/2 46/7
**pharmaceuticals [1]** 25/5
**pharmacokinetics [1]** 147/6
**pharmacological [7]** 55/11 59/7 107/9 108/9 118/7 118/9 145/17
**pharmacologically [3]** 56/14 86/23 146/12
**pharmacologist [7]** 9/18 13/2 17/6 25/1 108/13 110/23 113/24
**pharmacologist/toxicologist [1]** 13/2
**pharmacologists [4]** 6/22 47/20 108/13 114/11
**pharmacology [31]** 5/7 16/24 17/3 17/10 18/1 18/2 18/2 18/6 18/8 25/10 25/21 28/7 47/25 56/23 57/5 57/7 58/12 75/5 84/5 103/13 107/7 107/13 107/20 108/5 109/1 110/14 113/20 114/13 118/8 118/17 145/22
**pharmacy [6]** 16/13 16/17 17/1 20/13 20/14 23/18
**phase [2]** 65/7 236/17
**PhD [2]** 5/6 17/1
**phone [2]** 213/19 213/24
**phoning [1]** 132/7
**photograph [5]** 164/1 168/23 168/24 169/3 169/19
**photographs [13]** 157/8 157/9 157/23 158/24 159/1 159/4 159/11 162/15 171/12 200/13 201/9 210/21 219/3
**photography [1]** 162/22
**photos [12]** 157/12 159/2 166/15 171/19 171/22 171/25 200/17 200/20 200/21 200/25 201/2 201/10
**phrase [2]** 199/21 221/4
**physical [6]** 52/5 120/10 161/25 162/22 189/16 198/15
**physically [2]** 189/19 221/1
**physician [9]** 70/25 70/25 151/17 152/9 153/5 153/7 168/18 177/24 178/2
**physicians [2]** 9/25 190/12

**pick [6]** 13/15 35/1 40/25 87/12 87/15 135/1
**picked [2]** 29/24 51/19
**pictorial [1]** 165/5
**pictures [6]** 151/2 163/21 171/14 185/10 200/4 200/15
**piece [1]** 89/11
**pieces [2]** 38/7 97/6
**pierced [1]** 174/9
**pig [2]** 190/16 224/4
**pill [1]** 20/3
**pinpoint [1]** 216/1
**place [9]** 110/19 120/21 140/2 183/20 188/24 190/23 191/16 194/4 223/13
**placed [12]** 158/14 172/22 172/23 178/13 182/3 182/14 186/18 193/7 193/11 193/16 193/25 198/2
**places [4]** 31/18 139/24 139/25 140/3
**placing [2]** 187/6 187/24
**plaintiff [4]** 1/3 15/13 227/20 227/24
**plaintiffs [4]** 1/13 3/3 23/14 23/22
**plaintiffs' [2]** 142/15 229/25
**plan [2]** 210/2 227/10
**plastic [15]** 14/20 151/22 155/8 155/15 155/17 155/21 169/22 185/11 185/25 191/22 192/8 202/24 208/4 217/14 223/7
**play [8]** 36/15 58/4 105/13 135/18 150/14 199/15 226/21 228/1
**playing [4]** 150/12 150/17 227/22 228/2
**please [46]** 11/11 15/23 16/2 16/9 41/20 44/13 58/23 58/24 59/23 66/19 67/15 67/16 67/17 85/24 91/1 91/15 93/15 93/24 102/2 104/13 104/14 104/18 117/9 123/12 150/21 154/11 154/20 155/5 155/11 181/9 192/18 196/14 196/19 197/3 202/15 202/16 203/9 204/12 206/14 206/21 209/23 212/17 216/6 225/3 227/19 228/7
**pleased [1]** 199/25
**pleasure [1]** 170/17
**plenty [5]** 72/6 72/7 72/11 84/12 96/2
**pleura [17]** 172/24 173/2 173/3 173/4 173/5 173/23 174/12 174/21 175/20 175/22 175/24 176/1 176/3 176/9 176/18 176/22 215/19
**pleurisy [1]** 177/7
**pleuritic [1]** 177/7
**PLLC [1]** 1/21
**plus [3]** 17/4 43/18 210/7
**pneumothorax [5]** 158/12 163/9 163/10 163/15 172/15
**pocket [4]** 188/13 188/14 193/4 193/16
**point [45]** 6/13 8/15 24/19 34/12 48/10 53/20 54/6 57/16 72/23 73/12 82/1 84/10 84/13 85/8 88/13 100/22 103/6

85/17 96/8 99/7 103/2 123/6 125/25 129/1 130/9 134/9 134/12 137/24 141/9 148/10 181/22 195/18 195/21 200/4 201/21 203/22 203/24 205/23 210/16 231/18 233/5 233/12 234/21 235/20 236/12 236/16
**point is [1]** 233/12
**pointed [1]** 109/11
**pointing [1]** 166/22
**points [2]** 99/23 114/9
**poisoned [1]** 148/24
**police [1]** 12/7
**Policing [1]** 113/16
**poor [2]** 163/5 208/9
**popped [1]** 82/21
**porcine [1]** 224/4
**Porter [1]** 2/5
**portion [13]** 8/1 30/15 91/14 93/24 93/24 188/17 206/14 225/12 229/18 230/3 230/12 232/6 238/7
**portions [4]** 230/11 231/8 234/10 234/25
**position [4]** 56/1 76/14 168/10 237/18
**positions [1]** 17/5
**positive [5]** 43/10 128/16 134/6 134/9 181/8
**possibility [4]** 11/24 19/1 98/24 125/15
**possible [16]** 35/16 40/9 48/14 52/18 57/24 68/1 74/13 79/3 91/18 125/16 131/18 136/7 148/12 148/12 148/15 232/16
**possible' [1]** 148/6
**possibly [10]** 51/11 64/24 81/8 141/13 141/22 146/18 147/14 147/16 180/20 204/1
**post [15]** 67/10 171/12 171/14 171/19 171/25 172/5 194/11 197/13 200/21 207/6 210/21 216/9 216/12 217/1 219/6
**post-event [1]** 67/10
**post-implant [1]** 200/21
**post-op [9]** 171/12 171/14 171/19 171/25 194/11 197/13 207/6 210/21 217/1
**post-operative [1]** 216/9
**post-operatively [1]** 216/12
**post-surgery [1]** 172/5
**post-trauma [1]** 219/6
**postdoctoral [1]** 17/7
**postoperative [2]** 191/19 216/20
**postsurgical [5]** 158/24 158/25 159/2 159/11 170/6
**potent [2]** 19/9 96/20
**potential [1]** 132/18
**potentially [5]** 5/17 74/7 85/21 134/3 141/14
**pound [1]** 186/1
**Power [1]** 123/6
**PowerPoint [3]** 123/3 123/8 133/15
**practical [2]** 187/24 199/2
**practice [11]** 7/17 156/4 171/7 184/24 192/5 200/6 207/7 210/13 210/22 220/15 220/22
**practicing [1]** 192/8

**P**

**practitioner [1]** 192/6
**pre [3]** 159/2 185/11 197/11
**pre-op [1]** 197/11
**pre-operative [1]** 185/11
**pre-trauma [1]** 159/2
**precipitating [1]** 223/12
**predicate [1]** 106/21
**predicated [3]** 5/23 106/18 106/18
**predict [4]** 22/16 180/14 180/15 181/16
**predictable [2]** 50/22 217/1
**predicted [2]** 182/2 182/13
**predominantly [2]** 23/14 23/15
**prefer [4]** 79/8 103/23 115/13 134/22
**preference [1]** 73/24
**preferred [1]** 73/22
**preferring [2]** 115/24 116/10
**preparation [2]** 46/23 201/4
**prepared [3]** 59/9 121/21 212/23
**prepares [1]** 212/25
**prescription [1]** 19/9
**presence [12]** 10/15 11/20 63/16 63/17 96/12 97/20 112/10 118/2 118/11 122/8 139/23 140/13
**present [25]** 4/2 13/24 15/10 26/9 35/22 52/1 52/8 86/20 86/21 117/10 120/4 120/6 120/16 123/5 123/11 133/18 140/3 150/23 152/21 152/24 153/11 154/10 197/7 227/18 228/8
**presentation [1]** 123/3
**presented [2]** 123/4 214/20
**preserved [1]** 27/4
**pressure [2]** 60/18 93/21
**pressures [1]** 138/2
**presumably [1]** 186/11
**pretty [19]** 21/13 29/19 31/18 34/11 41/5 68/21 77/15 85/18 89/5 114/12 118/8 134/25 136/6 138/3 150/2 174/15 194/3 207/19 207/20
**previous [3]** 177/24 177/24 231/23
**previously [2]** 18/13 119/11
**primarily [3]** 17/23 25/9 187/19
**principles [1]** 107/9
**print [2]** 56/19 185/7
**prior [16]** 20/15 40/23 72/14 128/7 160/4 168/3 177/18 178/1 207/3 210/6 233/24 234/4 236/4 236/8 237/8 238/21
**prison [1]** 227/6
**private [1]** 171/7
**probability [2]** 144/20 170/9
**probably [36]** 22/6 22/24 23/22 34/19 35/20 35/21 50/9 50/16 51/19 59/3 71/22 73/14 82/18 84/2 94/11 97/9 156/2 156/10 160/6 165/17 165/24 169/14 171/10 171/13 174/6 174/14 179/6 179/23 180/5 190/11 190/22 197/15 198/23 199/12 216/22 226/22

**problem [12]** 15/25 70/13 151/3 163/14 167/16 169/22 206/19 207/24 208/23 213/2 223/7 230/17
**problems [7]** 18/15 83/6 135/22 168/6 217/12 218/2 218/4
**procedure [6]** 163/9 192/21 220/24 220/25 222/2 223/20
**procedures [2]** 223/5 223/9
**proceed [1]** 226/18
**proceeded [1]** 231/24
**proceedings [3]** 1/24 239/15 239/18
**process [3]** 218/21 221/17 221/21
**produce [14]** 17/24 18/4 18/6 49/25 50/10 55/22 72/20 86/6 86/13 86/14 86/15 88/4 133/5 146/14
**produced [1]** 1/24
**produces [1]** 86/16
**producing [1]** 85/21
**product [1]** 169/14
**products [2]** 51/20 168/7
**products or [1]** 51/20
**profession [1]** 56/23
**professional [2]** 122/13 222/11
**professionals [2]** 12/12 12/21
**professor [4]** 16/12 17/9 17/11 17/11
**proffer [2]** 150/5 229/25
**proffered [1]** 233/8
**proffers [2]** 230/25 233/19
**program [8]** 17/13 17/13 17/19 18/21 23/3 109/13 227/4 227/8
**programs [6]** 16/18 18/20 18/25 23/1 23/2 23/4
**progressed [1]** 184/17
**progresses [2]** 48/14 49/14
**progression [2]** 187/3 208/8
**prohibit [1]** 235/3
**project [1]** 47/2
**promoted [1]** 17/11
**prone [2]** 191/8 191/8
**pronounced [1]** 56/18
**proof [1]** 58/3
**proper [1]** 168/10
**properly [2]** 60/11 153/20
**proportion [2]** 163/2 198/14
**proportions [1]** 198/5
**proposition [5]** 55/20 57/21 87/9 88/23 106/2
**propound [1]** 118/10
**prosecution [1]** 14/13
**protocol [1]** 31/19
**proud [1]** 205/3
**prove [4]** 125/21 233/13 234/10 236/3
**provide [4]** 5/24 10/22 45/7 121/15
**provided [6]** 6/20 110/21 152/20 153/1 153/2 153/6
**provides [1]** 144/1
**providing [2]** 7/23 84/5
**provoking [1]** 220/18
**psychological [3]** 46/8 220/9 220/12
**psychologically [2]** 189/18

**psychotropic [1]** 17/15
**public [1]** 170/25
**publication [1]** 56/18
**publications [1]** 56/19
**publish [1]** 165/19
**published [4]** 56/16 105/25 113/15 118/23
**pudding [1]** 132/13
**pull [8]** 53/12 100/21 110/11 123/23 126/12 190/24 192/12 192/18
**pulled [1]** 190/20
**pulling [3]** 110/25 111/5 191/17
**punch [1]** 102/21
**puncture [1]** 173/8
**purely [2]** 63/6 63/25
**purports [1]** 67/20
**purpose [7]** 20/1 20/9 82/19 232/12 235/5 238/9 239/4
**purposes [2]** 43/15 79/16
**put [66]** 10/7 21/7 54/11 56/9 56/9 59/9 59/12 60/15 66/19 75/4 75/15 76/25 77/7 77/17 79/7 79/8 79/9 79/10 80/7 80/9 80/10 80/23 80/24 80/24 81/1 91/1 104/11 108/25 110/24 113/25 117/14 121/22 121/23 125/2 126/8 128/25 131/4 132/5 132/17 132/19 140/25 143/17 157/8 159/15 166/17 168/8 168/23 172/7 173/15 185/4 185/10 186/9 187/19 187/22 188/3 193/10 194/6 198/23 199/8 199/18 211/7 219/8 229/3 235/1 237/2 237/5
**puts [2]** 21/24 163/1
**putting [5]** 100/20 109/4 149/14 187/15 217/23

**Q**

**qualified [15]** 9/14 12/23 13/1 13/4 24/20 24/21 24/23 25/17 26/12 26/15 26/19 27/2 56/21 120/15 139/9
**qualify [1]** 45/11
**Qualifying [1]** 145/2
**quality [2]** 199/5 222/22
**quantification [1]** 62/15
**quantifying [1]** 62/13
**quantitate [1]** 52/21
**quantitating [1]** 62/10
**quantitative [1]** 142/1
**quantitatively [1]** 25/14
**question [67]** 21/20 25/25 31/23 32/3 32/4 32/7 32/25 36/8 51/1 51/5 58/7 59/16 68/3 68/13 68/21 68/24 69/1 69/2 73/15 74/2 79/4 80/7 85/1 85/23 86/4 86/14 87/25 88/10 92/8 96/15 97/11 97/12 97/24 102/2 105/23 106/9 106/16 109/6 109/12 109/23 111/25 113/2 116/1 116/10 116/11 116/14 116/15 117/20 118/10 118/20 119/10 128/11 129/8 129/17 132/25 134/15 141/10 145/19 147/23 148/20 181/3 182/11 182/13 183/2 183/18 194/1 204/22

**Q**

questioned [1]  231/7
questioning [1]  180/9
questions [34]  43/23 68/8
 87/1 97/4 97/5 102/20 105/16
 111/21 115/20 118/1 118/9
 118/13 121/21 121/22 123/21
 137/22 145/15 152/14 177/23
 178/4 180/7 182/19 216/6
 219/16 221/2 221/24 222/25
 223/4 224/15 225/8 226/7
 226/13 231/18 231/25
quick [4]  40/12 134/25 147/19
 224/9
quickly [5]  21/13 43/17 136/4
 136/6 221/21
QuikTrip [2]  54/20 54/22
quite [9]  24/4 112/25 177/18
 179/4 191/2 220/21 228/16
 231/18 232/14
quits [1]  228/5
quote [2]  62/21 62/22
quotes [2]  62/23 64/24

**R**

R-2 [2]  64/3 80/19
Raise [1]  91/11
raised [2]  177/21 201/13
Randall [3]  15/14 16/4 16/10
randomized [1]  88/25
range [11]  50/1 71/25 88/22
 88/23 97/24 98/2 169/14
 196/2 196/3 216/21 216/23
ranges [1]  98/2
rape [102]  6/24 6/24 8/24 9/3
 10/6 11/21 12/15 12/22 18/10
 18/16 19/2 19/3 19/5 19/17
 20/22 21/3 21/6 23/11 25/3
 25/20 28/8 34/12 36/17 39/11
 39/20 40/18 41/5 41/10 42/22
 43/9 43/16 47/11 47/12 47/16
 47/18 50/5 51/20 53/2 54/12
 55/7 55/13 55/21 56/6 57/17
 59/3 59/15 61/1 61/6 65/8
 83/4 83/10 83/16 85/11 85/12
 86/1 86/5 86/7 87/15 92/7
 96/9 96/9 96/24 97/14 97/25
 98/23 99/15 102/22 103/8
 105/5 105/15 106/2 106/8
 107/17 108/2 108/7 108/18
 112/10 122/19 124/12 128/4
 128/9 131/17 131/20 134/20
 136/3 136/7 140/8 140/11
 140/14 140/17 140/20 140/21
 142/8 143/19 143/22 144/16
 146/11 147/8 147/9 148/25
 212/11 212/13
rape drug [1]  6/24
rape-facilitation [9]  28/8
 36/17 39/20 40/18 142/8
 143/19 143/22 144/16 148/25
raped [12]  9/1 9/8 30/8 63/10
 69/22 80/14 106/20 208/19
 211/18 211/20 213/20 213/24
rapidly [4]  63/5 79/22 137/14
 191/11
rare [5]  177/2 177/3 183/13
 207/13 208/5
Rarely [1]  197/23
rate [4]  31/12 44/22 60/17
 86/16

133/10 205/13
rational [1]  146/12
raves [1]  36/19
ray [1]  60/18
reach [3]  48/10 208/17 208/22
react [5]  22/17 36/5 48/25
 49/1 49/1
reaction [3]  36/2 49/10 50/11
reacts [1]  37/11
read [35]  5/15 11/17 57/5
 57/5 68/21 68/23 85/23 116/6
 117/18 117/23 117/24 119/23
 133/14 158/24 162/13 181/2
 181/3 181/9 182/10 182/11
 183/25 193/23 194/19 195/11
 202/23 204/2 204/12 206/14
 211/15 225/24 225/25 230/3
 230/18 235/19 235/19
readily [1]  41/5
reading [10]  136/20 154/2
 184/14 194/19 196/14 202/18
 204/8 206/21 209/23 230/5
ready [4]  15/4 45/20 104/3
 149/19
real [3]  57/1 72/24 147/19
realize [4]  12/11 13/12
 103/24 190/11
really [18]  26/18 34/11 43/15
 54/21 86/18 111/6 112/24
 118/6 121/23 138/23 159/3
 164/19 187/15 189/15 191/3
 194/5 197/9 233/3
reason [12]  32/23 33/3 52/5
 52/6 52/7 102/4 182/1 188/16
 199/17 227/13 233/20 237/23
reasonable [5]  13/17 99/5
 144/19 170/9 199/3
reasonably [2]  71/11 217/25
reasons [7]  49/3 136/2 136/5
 187/16 187/20 221/12 230/13
rebut [2]  234/18 237/8
recall [20]  27/10 34/6 55/23
 91/25 94/21 139/25 160/14
 161/19 171/24 189/25 200/10
 207/17 211/22 212/6 222/14
 222/18 223/3 224/15 225/10
 229/23
recalls [6]  62/21 64/24 77/12
 77/21 77/23 78/3
recasts [1]  120/9
received [8]  16/22 16/23
 16/24 17/1 27/14 31/3 42/25
 83/9
receiving [1]  39/25
recent [2]  234/20 234/23
recently [1]  168/19
receptor [11]  55/6 55/7 55/12
 95/14 146/7 146/7 146/9
 146/11 146/13 146/19 147/4
receptors [2]  145/24 146/20
Recess [4]  15/9 123/10 150/22
 227/17
recessed [1]  239/15
rechallenge [1]  89/2
recipes [1]  41/6
recog [1]  118/22
recognition [1]  86/8
recognize [3]  58/18 110/22
 157/9
recognized [12]  87/23 105/12
 105/19 106/15 107/16 109/16

167/15 207/11
recommend [1]  185/23
recommendation [2]  157/22
 157/25
recommendations [5]  185/24
 186/1 186/4 186/5 221/25
recommended [2]  157/24 223/20
reconstruction [1]  210/1
reconstructions [1]  220/22
reconstructive [2]  155/8
 155/21
record [27]  27/4 68/17 69/9
 69/25 69/25 71/16 71/18
 90/18 90/21 90/23 91/21 93/4
 93/23 104/24 105/1 118/3
 118/12 119/1 121/19 151/17
 151/18 151/15 167/9 200/5
 204/10 233/14 239/18
recorded [2]  1/24 204/23
recording [1]  32/8
records [27]  6/4 9/22 9/23
 9/24 27/13 28/10 32/17 39/10
 39/24 69/6 70/16 70/18 71/8
 84/12 89/16 90/17 90/20
 133/23 133/25 134/17 151/5
 164/8 164/12 167/9 200/11
 209/8 222/9
recover [3]  210/24 210/25
 213/11
recovered [6]  54/3 54/5 57/20
 158/17 158/21 158/22
recovering [1]  57/19
recovery [3]  210/4 210/9
 210/10
recreate [1]  168/2
RECROSS [1]  144/23
RECROSS-EXAMINATION [1]  144/23
recur [3]  168/6 217/21 218/4
red [1]  174/10
redacted [1]  239/7
redirect [5]  130/23 131/1
 148/21 218/11 218/12
redness [3]  138/19 201/23
 202/3
reduce [1]  89/24
refer [5]  19/7 47/20 177/23
 205/13 205/16
reference [1]  12/20
referenced [1]  230/1
references [3]  107/18 113/20
 113/21
referred [4]  23/19 105/22
 118/15 146/21
referring [6]  65/6 147/22
 148/8 161/10 173/17 188/12
refers [1]  64/4
reflect [2]  213/19 213/23
reflected [1]  214/25
refresh [1]  214/13
regard [9]  18/23 25/9 25/16
 29/12 40/5 55/12 65/5 84/5
 132/16
regarding [5]  4/6 5/25 10/23
 76/11 82/4
regular [1]  29/24
regulatory [1]  17/12
reiterate [3]  8/8 11/6 100/2
reject [2]  130/4 130/12
relate [2]  104/24 133/12
related [13]  19/8 25/19 25/19
 37/5 48/11 89/18 89/25 96/11

R

**related...** [5] 98/19 152/15
 194/8 195/5 220/4
**relates** [2] 25/23 28/7
**relating** [1] 111/2 211/24
**relationship** [6] 47/23 47/24
 49/6 87/20 88/9 146/22
**relatively** [5] 34/23 50/6
 50/7 73/8 226/21
**released** [1] 20/17
**relevant** [3] 7/24 10/22 216/6
**reliability** [2] 7/25 14/11
**reliable** [2] 57/6 108/16
**reliably** [1] 112/11
**relied** [2] 10/8 33/7
**relies** [2] 116/7 125/22
**rely** [8] 33/10 125/17 138/4
 158/24 208/24 221/14 222/6
 222/11
**relying** [4] 9/21 33/18 224/6
 224/7
**remain** [5] 52/16 52/20 73/11
 101/8 191/1
**remained** [1] 55/3
**remaining** [1] 47/23
**remains** [1] 50/1
**remember** [60] 37/4 37/20 38/1
 38/6 39/22 40/2 45/19 53/3
 54/10 54/21 62/3 62/18 64/22
 65/9 77/23 79/1 80/1 82/15
 85/16 90/10 91/19 92/21 93/1
 95/23 97/11 97/12 102/15
 102/25 111/8 114/23 114/25
 115/3 115/7 115/10 115/12
 128/1 128/3 128/5 130/20
 132/14 136/20 137/1 137/9
 137/17 137/25 140/1 140/2
 161/20 174/6 178/7 180/24
 200/13 201/11 203/8 204/25
 211/24 213/10 214/9 214/17
 221/8
**remembering** [2] 76/23 78/7
**remembers** [5] 64/22 75/23
 81/13 91/23 130/3
**remind** [1] 178/5
**removal** [1] 209/25
**remove** [1] 89/1
**removed** [4] 193/11 193/14
 193/20 197/22
**removing** [1] 50/23
**render** [1] 24/24
**rendered** [2] 43/19 97/19
**repair** [12] 168/11 169/9
 169/22 180/19 191/9 210/25
 217/22 219/16 219/18 222/25
 223/2 223/12
**repaired** [3] 158/16 158/17
 169/7
**repairing** [4] 189/24 193/3
 193/4 217/20
**repairs** [1] 169/12
**repeat** [5] 89/4 100/2 102/2
 145/9 218/2
**repeatedly** [1] 118/15
**rephrase** [1] 204/22
**replacement** [1] 209/25
**report** [92] 5/16 11/19 14/16
 26/19 26/23 28/17 30/12
 32/12 32/13 33/21 34/10 47/3
 58/18 58/20 58/21 59/9 59/12
 61/2 61/10 62/19 63/6 64/7

67/20 69/21 70/4 70/4 70/5
 70/11 70/18 70/19 70/21
 71/13 71/23 73/19 76/20 78/9
 79/5 79/24 79/25 80/3 80/4
 81/7 81/9 82/3 83/20 83/23
 83/25 84/10 85/3 85/4 88/18
 95/19 102/12 106/4 107/24
 115/1 120/2 120/3 120/8
 120/25 121/4 121/5 121/7
 121/10 122/1 122/2 125/19
 127/23 134/22 136/20 138/10
 138/14 139/12 139/15 139/16
 147/21 151/15 179/22 211/17
 211/19 229/18 230/13 231/14
 232/7 232/7 236/23 238/22
 239/4
**reported** [11] 21/6 25/18
 29/17 38/4 60/5 108/15
 112/11 112/12 125/7 125/10
 204/6
**reporter** [3] 2/12 176/15
 239/23
**Reporter's** [1] 239/17
**reporting** [11] 59/18 60/4
 63/12 101/4 101/16 101/25
 102/5 102/6 112/15 125/3
 225/9
**reports** [43] 5/13 5/19 11/1
 11/14 23/7 26/16 27/15 61/7
 62/5 63/2 63/4 64/10 64/17
 73/18 76/8 76/15 76/17 76/22
 79/21 80/1 81/2 81/5 81/11
 81/17 81/22 81/23 88/21
 88/24 91/17 94/3 96/23
 101/24 109/3 110/15 115/19
 116/8 116/11 120/19 125/18
 125/23 133/17 141/15 158/23
**reposition** [1] 168/3
**represent** [7] 44/3 123/18
 142/7 152/1 152/20 165/15
 186/24
**representation** [2] 121/14
 143/18
**represented** [1] 67/10
**representing** [1] 170/16
**request** [6] 24/17 27/7 29/22
 41/1 212/8 213/12
**requested** [6] 29/25 30/25
 71/5 211/22 213/8 213/23
**require** [1] 210/4
**required** [2] 158/9 168/1
**requirement** [1] 109/12
**reservoir** [1] 135/9
**residency** [2] 191/22 192/4
**residual** [6] 53/15 135/8
 203/12 203/16 203/20 214/24
**resist** [3] 43/19 52/6 52/7
**respect** [15] 26/8 26/23 28/7
 68/20 78/14 105/23 107/21
 109/9 109/22 112/23 131/23
 134/6 142/7 143/18 153/17
**respectable** [1] 56/23
**respond** [1] 50/17
**responded** [1] 222/17
**responders** [2] 50/18 50/19
**response** [30] 47/20 47/21
 47/22 47/24 48/1 48/3 48/11
 49/6 49/7 49/14 49/16 49/20
 50/6 50/7 50/8 51/3 96/12
 97/3 97/4 109/17 119/25
 145/14 147/23 174/23 193/9

221/23
**responses** [3] 50/1 50/2
 230/23
**responsibilities** [2] 18/11
 18/14
**responsibility** [1] 18/18
**responsible** [1] 130/15
**responsive** [4] 68/24 109/10
 129/11 129/13
**rest** [5] 13/16 111/15 149/17
 150/3 230/19
**result** [15] 128/10 177/10
 179/13 179/16 181/8 182/22
 199/22 200/3 205/4 208/23
 213/20 216/20 217/1 217/17
 219/6
**resulting** [1] 212/11
**results** [24] 28/11 32/5 33/4
 33/13 33/23 33/24 33/24 34/1
 47/1 47/3 124/17 124/21
 124/23 125/3 125/7 125/21
 158/7 160/3 161/15 216/21
 217/4 217/8 217/12 219/21
**retained** [1] 6/10
**retracted** [1] 57/9
**retractors** [4] 158/14 172/22
 172/23 173/15
**retrograde** [1] 37/19
**returned** [6] 17/8 161/22
 161/24 162/16 218/18 218/25
**returning** [2] 202/13 215/5
**reurge** [1] 26/10
**review** [25] 6/3 9/17 9/19
 14/12 28/6 31/7 39/18 44/23
 56/22 57/3 57/8 57/11 58/8
 58/23 88/18 108/13 112/15
 113/4 113/7 114/2 116/22
 139/5 139/19 139/22 165/11
**reviewed** [48] 27/7 27/10 28/5
 28/10 28/25 55/17 55/18
 55/20 55/25 56/3 56/9 56/16
 56/18 56/20 57/13 57/14
 57/21 57/24 58/10 66/5 66/8
 88/4 88/14 89/9 90/17 105/25
 106/1 107/11 107/14 107/19
 107/22 108/4 109/15 109/18
 112/9 116/20 118/23 118/24
 121/12 132/16 133/24 164/8
 164/12 164/13 164/17 164/22
 201/3 201/8
**reviewing** [3] 27/17 82/20
 139/1
**reviews** [2] 88/17 131/23
**revision** [1] 199/13
**revisit** [1] 187/2
**rib** [3] 158/13 172/21 190/21
**ribs** [11] 158/15 173/10
 175/12 175/13 175/14 175/18
 178/14 187/5 190/6 190/13
 191/1
**rich** [4] 176/22 176/25 223/16
 223/18
**Richmond** [2] 1/17 1/20
**right** [156] 4/4 7/18 12/1
 13/24 15/1 24/21 24/22 39/2
 41/20 42/1 42/9 43/22 45/24
 46/11 46/23 47/4 47/9 47/18
 50/25 51/19 51/25 53/3 53/5
 53/23 54/2 55/14 58/20 59/1
 59/18 60/9 61/5 62/14 63/16
 64/21 67/6 67/12 67/16 67/17

**R**

**right... [118]** 67/17 70/24
71/5 71/11 71/20 71/22 71/23
73/3 73/13 75/18 76/6 77/4
77/6 77/20 78/21 80/3 83/20
84/3 85/3 88/13 90/10 90/14
90/17 90/22 90/24 90/25
91/11 93/11 93/14 93/20
93/25 94/3 94/9 94/16 98/20
101/13 101/14 104/18 104/20
104/24 106/10 107/10 110/25
111/23 115/7 116/5 117/11
126/17 127/15 127/22 131/21
136/10 148/10 148/15 148/18
149/9 151/9 152/18 154/13
160/22 162/24 166/5 166/7
166/9 166/25 169/6 175/12
175/19 176/5 178/19 181/4
183/2 188/4 188/6 192/14
193/5 193/7 193/8 193/14
193/17 193/21 194/2 194/23
195/11 196/5 196/15 196/20
196/21 197/3 199/10 201/11
203/7 203/14 203/22 204/12
206/15 206/18 209/10 212/6
212/15 213/5 213/12 213/14
213/15 213/21 214/22 215/19
215/22 219/5 219/24 220/1
220/6 221/13 223/6 225/23
228/9 236/6 238/4
**right-hand [3]** 13/24 151/9
166/25
**rigid [1]** 108/24
**rigor [1]** 79/14
**rigorous [1]** 109/8
**rippling [1]** 218/3
**rise [4]** 104/4 117/9 150/21
228/7
**rising [1]** 187/16
**risk [2]** 176/23 187/21
**risks [1]** 210/2
**Riverway [3]** 1/16 1/19 2/10
**roaches [2]** 64/2 80/18
**road [2]** 163/6 164/5
**Rohypnol [74]** 11/22 12/17
13/18 19/6 19/6 19/25 20/2
20/5 29/24 30/1 30/2 30/24
33/2 33/19 34/7 34/17 34/18
34/24 35/17 36/19 41/1 48/18
49/6 50/5 53/23 56/6 64/4
68/16 71/24 72/10 72/11
72/15 72/16 72/19 73/8 73/20
73/21 73/23 74/4 74/5 74/11
74/18 74/22 75/10 83/20 85/8
85/9 85/14 85/19 86/8 86/16
87/4 87/9 87/13 87/18 96/16
96/19 105/1 106/13 113/19
126/2 126/3 126/11 127/19
128/22 129/4 129/18 131/16
132/3 132/20 132/20 146/8
146/25 147/2
**Ron [1]** 1/18
**root [3]** 1/6 1/7 169/21
**roughly [3]** 40/13 156/3 162/9
**round [1]** 57/3
**rounded [1]** 116/12
**route [1]** 25/12
**routinely [2]** 6/21 30/23
**rubber [1]** 174/10
**ruffies [3]** 40/22 64/2 80/18
**rule [4]** 8/21 235/3 238/2

**ruled [6]** 4/15 26/17 116/4
122/4 143/3 143/7
**ruling [6]** 4/23 6/16 8/20
11/18 27/3 119/3
**rulings [2]** 10/14 26/8
**run [6]** 124/24 125/1 125/1
125/4 126/10 176/23
**running [1]** 174/7
**Rusk [1]** 2/14
**Ryan [1]** 115/11

**S**

**S-Y-N-C-O-P-E [1]** 93/9
**Sabrina [2]** 155/1 155/6
**sad [3]** 98/16 141/24 141/25
**Safe [1]** 149/7
**safely [1]** 71/11
**said [86]** 4/15 5/4 7/22 14/6
26/15 28/10 29/2 32/21 40/9
41/22 41/25 42/2 53/3 55/14
65/18 65/21 68/11 68/15
69/23 77/22 78/5 78/23 80/16
81/7 84/12 89/17 92/4 99/23
103/15 112/13 112/14 112/23
113/14 116/7 122/9 122/17
125/21 128/17 129/19 132/18
134/2 134/5 134/22 135/15
137/15 137/20 139/11 139/15
140/20 140/25 141/1 141/9
141/13 142/4 146/15 146/18
146/19 146/19 147/14 148/14
152/2 157/13 166/24 167/2
171/1 171/6 177/18 177/19
178/2 178/3 181/12 182/17
184/19 184/23 203/17 204/3
218/17 218/20 221/5 221/14
229/19 230/6 230/24 233/17
236/3 238/9
**same [37]** 33/16 36/3 36/23
37/14 42/11 42/13 49/1 49/2
49/2 50/17 54/11 55/7 57/4
86/16 86/16 112/18 117/16
123/3 137/15 143/3 143/10
145/20 146/7 146/13 146/15
146/25 152/15 178/7 207/25
225/2 231/13 232/8 233/20
235/23 236/25 237/7 238/4
**sample [4]** 69/22 72/7 72/14
127/24
**samples [1]** 139/23
**San [1]** 155/14
**save [1]** 152/12
**savvy [1]** 205/11
**saw [24]** 41/23 67/24 71/9
89/8 145/5 145/12 157/22
161/18 162/22 167/8 172/3
172/6 173/14 183/5 183/24
184/15 204/10 205/1 205/2
208/18 214/24 218/17 218/24
219/22
**say [130]** 8/10 8/25 9/7 9/25
12/1 12/16 12/18 13/14 13/18
13/21 22/22 23/9 24/7 30/12
31/3 32/11 32/14 32/14 32/18
33/2 33/18 33/19 36/18 43/13
45/8 48/7 48/9 48/17 51/8
54/17 55/10 56/8 56/13 57/5
57/23 58/13 60/9 62/16 62/16
65/20 68/9 68/17 70/5 73/2
74/17 75/2 77/14 77/15 77/24
78/1 81/23 86/8 86/17 86/21

94/13 94/18 95/8 95/20 96/19
96/20 100/21 100/25 108/20
109/3 120/17 121/8 121/11
125/5 128/17 128/18 133/3
135/2 137/8 138/23 144/4
151/16 151/18 151/24 155/25
156/2 156/9 158/4 159/10
164/5 164/21 169/24 170/2
176/9 177/10 180/19 181/12
182/5 184/2 190/19 191/12
193/20 195/3 196/13 197/15
198/18 198/19 202/2 203/15
206/18 207/16 208/20 211/19
213/7 213/13 213/22 214/4
215/10 216/16 216/18 217/7
218/20 221/15 221/20 222/1
225/23 233/4 233/23 234/22
234/24 237/11
**saying [31]** 9/5 13/10 33/21
48/17 49/14 65/24 69/5 70/9
75/7 79/1 95/9 95/24 107/10
113/3 113/13 130/13 135/23
135/24 139/15 146/24 151/14
173/1 173/2 178/8 183/8
210/7 210/8 235/7 235/8
234/4 238/5
**says [55]** 9/1 10/8 30/14
32/13 54/19 63/24 64/19
64/19 70/16 73/19 75/1 77/16
80/5 91/17 104/23 106/14
110/22 112/9 114/12 120/17
120/18 124/8 125/7 125/7
125/9 126/10 128/14 129/2
129/3 131/11 152/15 152/16
162/14 167/1 172/14 172/17
173/12 184/10 184/14 185/8
194/21 200/15 202/24 203/23
204/13 206/15 206/22 209/25
211/16 214/1 216/8 224/17
224/22 233/1 233/15
**scales [1]** 60/16
**scanning [3]** 52/12 53/12
53/21
**scar [2]** 200/7 210/23
**Scarano [3]** 6/16 228/10 229/2
**scars [1]** 171/21
**scenario [2]** 57/23 197/19
**schedule [3]** 91/4 211/17
228/13
**scheduling [1]** 149/23
**Schmidt [4]** 115/1 227/20
227/22 228/2
**School [1]** 155/13
**schools [1]** 18/24
**Schulz [9]** 33/8 70/21 71/5
71/13 72/8 124/10 134/1
145/5 145/12
**Schulz' [3]** 71/8 138/10 139/2
**science [5]** 17/21 30/3 108/3
113/8 113/9
**scientific [21]** 57/6 58/3
74/22 74/25 75/6 75/7 75/14
88/20 93/19 105/24 107/15
107/16 108/24 109/4 110/10
111/1 111/3 112/16 113/6
118/17 144/19
**scientifically [8]** 53/19
107/25 107/25 108/16 109/8
109/16 112/10 112/16
**scientist [2]** 8/9 67/1
**scientist's [1]** 137/25

scopolamine [1]  19/18

Scott [4]  90/17 90/21 91/22
91/24

Scott's [1]  139/12

screen [33]  29/12 29/18 29/20
29/25 30/1 30/20 30/21 30/24
31/1 31/24 32/10 32/11 32/21
33/1 33/7 33/13 67/11 68/16
68/18 71/6 71/6 72/6 124/2
124/21 126/1 126/7 126/11
128/11 128/14 131/9 131/12
133/15 134/16

screen -- you [1]  134/16

screened [2]  32/18 33/2

screening [2]  33/4 73/22

screens [7]  29/13 29/14 29/20
31/17 31/18 35/15 131/9

scribbling [2]  41/12 41/19

sealed [1]  27/13

seat [7]  15/17 15/18 154/13
154/14 209/18 209/19 209/19

seated [4]  15/23 123/12
154/11 227/19

second [23]  5/2 5/9 6/1 9/10
11/9 15/8 29/22 61/23 66/22
67/12 90/24 93/14 101/9
117/15 117/19 126/15 126/16
144/12 151/3 192/20 192/21
193/15 231/1

secondary [3]  51/10 206/24
207/2

secondly [1]  136/6

section [2]  18/19 204/10

Sections [1]  225/4

sedated [2]  21/12 51/12

sedates [1]  22/3

sedation [6]  21/15 22/12 48/9
49/8 51/2 51/5

sedative [7]  21/24 22/3 51/7
55/11 56/11 106/11 136/13

sedatives [1]  19/23

see [115]  11/13 19/18 19/20
20/25 21/5 21/15 21/16 22/11
30/14 30/22 31/5 35/22 36/16
36/19 36/21 36/22 36/23 37/4
37/5 37/6 37/12 37/14 37/25
38/18 38/19 38/20 40/11
40/11 40/12 40/16 43/8 49/15
51/8 51/9 51/14 51/18 52/12
55/8 67/4 67/21 67/24 70/16
70/21 78/18 78/20 78/21
78/23 81/6 82/21 84/20 86/12
89/13 90/3 90/23 91/21 92/11
92/16 94/3 95/1 95/2 95/11
96/6 98/19 99/10 104/7 115/1
121/1 123/6 126/2 138/17
142/16 142/18 152/8 156/1
156/2 156/24 157/20 161/16
162/11 166/15 166/21 167/5
169/4 170/3 171/20 172/5
172/12 173/9 173/10 173/11
173/13 173/14 173/19 180/4
180/5 181/3 194/5 194/13
198/6 201/16 201/18 202/13
203/25 204/17 207/5 207/7
208/5 208/6 208/13 215/2
220/14 220/17 222/24 232/23
232/23

seeing [8]  36/6 64/24 139/25
162/18 166/13 180/4 207/1

seek [2]  229/17 236/5

seem [3]  10/19 37/3 51/15

seemed [3]  40/1 40/5 141/9

seems [2]  40/12 236/25

seen [32]  19/22 23/23 36/10
37/1 60/23 69/20 70/14 71/8
73/4 78/4 82/8 86/9 89/15
106/10 109/2 110/15 124/5
124/6 133/22 153/20 168/19
186/4 186/5 207/13 207/14
207/17 208/10 208/12 209/2
209/6 209/12 212/10

self [4]  60/5 112/11 112/12
118/16

self-bolstering [1]  118/16

self-reported [3]  60/5 112/11
112/12

sells [1]  20/13

semantics [1]  215/12

semen [3]  63/17 139/24 140/3

send [4]  70/3 104/6 143/8
213/9

senior [1]  114/10

sensitive [5]  50/20 97/1
128/13 179/19 179/20

sent [1]  70/11

sentence [4]  192/21 203/17
216/4 216/8

separate [4]  99/3 126/11
189/2 189/6

September [2]  93/7 156/23

sequence [2]  64/23 81/13

series [1]  88/16

serious [1]  176/23

served [1]  17/9

services [2]  1/7 44/18

sets [1]  159/3

settle [1]  24/1

settled [1]  88/20

seven [5]  84/15 84/18 84/22
84/22 99/23

several [21]  23/25 37/15 38/3
38/23 39/21 41/4 43/12 45/13
91/19 105/14 106/3 107/4
107/18 113/21 180/20 188/11
188/21 197/12 230/13 230/23
231/25

severe [17]  163/18 167/7
167/10 167/12 176/23 201/14
201/15 201/19 203/1 203/11
204/13 204/19 206/15 206/19
225/16 226/1 226/3

severely [5]  179/21 203/10
203/18 203/19 207/21

sew [2]  188/24 191/4

sex [7]  6/6 21/4 63/21 64/25
91/25 132/6 139/14

sexual [50]  5/10 5/14 6/2
7/23 8/2 9/12 9/13 10/24
11/3 11/15 11/24 12/4 12/7
29/14 29/21 36/7 39/8 39/23
39/23 40/16 41/11 42/15
43/20 47/15 61/8 63/12 63/16
63/18 76/9 80/15 89/12 91/18
101/5 110/21 113/17 114/5
120/14 120/18 120/18 120/20
122/12 133/7 133/9 137/20
138/9 138/17 139/3 139/6
139/10 139/19

sexual/vaginal [1]  120/18

sexually [3]  21/17 98/14

shall [1]  204/22

shame [1]  105/15

shape [1]  197/4

shaped [1]  186/8

shapes [1]  186/10

Sharon [3]  2/9 94/6 186/24

sharp [1]  75/1

she [262]

she'll [2]  149/14 152/6

she's [8]  35/8 77/13 80/14
89/7 89/9 90/4 128/13 186/7

sheets [1]  140/1

shifted [2]  96/12 166/16

shifts [3]  166/19 166/20
166/21

shiny [1]  190/14

shocked [4]  204/25 205/5
205/23 218/17

shocking [1]  206/2

shoe [1]  60/17

short [11]  34/18 34/23 61/13
90/12 103/21 103/25 145/3
185/1 196/21 202/25 226/22

short-acting [1]  34/18

shortened [1]  223/25

shortens [1]  102/20

shorter [1]  35/19

shortest [1]  207/10

shorthand [1]  42/6

shortness [1]  194/22

should [18]  6/12 9/1 23/6
61/4 153/2 153/5 166/3 167/5
186/6 193/23 198/2 198/8
219/3 220/24 230/13 235/23
236/18 237/23

shoulders [2]  186/12 198/6

show [30]  5/3 21/25 62/17
74/20 74/22 75/10 90/23
105/17 142/11 142/19 142/21
143/11 143/13 157/13 165/17
167/2 187/3 231/19 232/14
233/20 233/21 234/4 234/5
234/12 235/9 235/11 236/8
236/23 236/24 239/2

showed [7]  32/19 77/14 88/17
127/16 142/15 142/17 199/24

showing [3]  105/1 120/1 239/4

shown [3]  4/7 5/5 152/11

shows [11]  11/20 33/11 71/5
74/18 75/6 125/5 127/21
151/3 151/6 233/16 238/24

shutting [1]  227/3

sic [4]  19/2 90/5 109/24
160/4

side [28]  6/11 13/24 20/5
24/3 66/11 66/24 84/6 132/18
145/21 149/1 151/9 162/24
162/25 166/4 166/10 166/17
166/25 169/6 169/6 192/23
194/6 194/7 195/6 195/8
214/24 215/13 219/24 220/1

sidebar [3]  26/6 39/5 142/25

sided [1]  151/2

sides [2]  173/4 177/25

sign [2]  76/23 137/11

signature [1]  212/24

significant [2]  194/3 213/17

significantly [3]  102/20
151/7 206/22

signs [10]  9/13 39/10 39/19
60/5 63/11 80/15 120/18

**signs... [3]**  137/20 138/9
180/3
**silicone [1]**  185/18
**similar [15]**  19/14 37/5 37/12
56/5 56/17 58/11 103/18
106/10 131/21 145/19 145/24
145/24 146/14 147/1 206/19
**similar -- in [1]**  147/1
**similarities [2]**  147/5 147/7
**similarly [1]**  6/16
**simple [1]**  111/25
**simply [17]**  14/9 22/2 48/7
75/23 79/24 80/23 86/21
91/25 92/24 95/17 95/18
96/25 100/21 144/2 196/25
204/6 222/8
**since [8]**  23/21 30/25 34/13
80/9 82/12 206/23 234/25
235/1
**single [5]**  49/22 49/23 53/1
55/21 57/17
**sips [11]**  75/23 80/5 100/3
100/9 102/25 130/3 130/19
136/19 136/24 137/1 137/16
**sir [64]**  15/16 23/13 27/19
27/22 28/9 28/24 29/1 43/24
44/7 44/10 47/4 47/7 47/9
56/2 58/19 58/25 59/11 59/25
63/1 66/4 66/15 66/18 66/25
68/25 69/13 69/16 69/19 70/9
70/23 71/10 75/25 79/3 82/2
82/5 82/13 82/24 83/6 83/19
84/2 84/4 85/6 87/6 88/16
89/19 93/19 94/5 96/25 98/1
99/13 100/11 100/11 105/21
119/19 131/7 133/13 139/21
142/9 142/13 143/20 145/17
148/17 149/1 170/13 184/12
**sit [6]**  27/3 83/3 83/4
88/14 194/5 194/5
**sits [1]**  158/13
**sitting [3]**  21/10 54/17
152/13
**situation [4]**  83/9 85/21
106/10 204/6
**six [16]**  57/13 72/16 73/4
82/18 84/18 84/22 171/19
172/4 172/5 197/17 200/8
200/9 210/4 210/8 210/14
210/21
**size [16]**  60/17 185/22 186/2
186/9 186/11 186/18 195/13
196/5 196/10 196/12 197/4
197/8 197/10 198/8 199/20
218/4
**sized [1]**  188/14
**sizer [5]**  193/7 193/8 193/10
193/14 193/20
**sizers [2]**  193/11 194/4
**sizes [4]**  186/10 196/1 196/2
196/6
**skills [2]**  64/12 81/4
**skin [13]**  168/8 174/24 188/10
189/2 189/7 199/6 199/10
199/11 199/21 221/3 221/11
224/4 224/4
**skipping [3]**  216/4 216/6
224/8
**sleep [17]**  19/23 21/24 37/13
54/10 56/10 66/1 85/19

132/6 132/7 132/7 132/11
147/2 147/3
**sleeping [1]**  20/3
**sleepwalking [1]**  56/10
**sleepy [3]**  22/7 49/19 49/20
**slept [1]**  65/13
**slide [3]**  133/15 187/10 189/3
**sliding [1]**  217/24
**slightly [1]**  123/4
**sling [1]**  168/4
**slip [1]**  187/17
**slipped [1]**  21/8
**slipping [2]**  188/10 188/11
**sliver [1]**  173/16
**slow [2]**  95/4 148/2
**slowly [1]**  12/10
**slurring [1]**  147/25
**small [23]**  15/4 73/8 135/8
157/18 174/15 177/1 185/9
185/12 185/14 186/2 189/13
189/17 189/20 189/24 190/3
191/11 195/17 196/10 196/11
196/13 197/16 198/11 198/17
**smaller [4]**  186/13 194/7
195/13 218/4
**snatches [2]**  65/9 65/10
**sneak [1]**  236/14
**so [279]**
**sober [1]**  60/10
**social [2]**  23/1 99/7
**society [1]**  220/23
**solely [1]**  10/8
**solemnly [2]**  15/19 154/16
**solicited [1]**  6/7
**solo [1]**  192/6
**some [114]**  4/4 10/21 18/16
19/13 19/18 19/23 20/16
21/15 21/15 22/7 22/7 22/11
24/19 27/12 27/14 27/14
28/10 29/20 29/22 37/13
37/13 39/6 42/12 43/18 43/23
44/14 44/15 45/6 46/6 46/25
47/2 48/25 50/19 50/19 52/12
54/23 55/1 55/13 58/20 60/16
67/3 72/22 83/7 85/12 85/25
88/17 90/2 90/20 97/3 97/4
103/4 105/18 109/18 125/7
128/17 132/23 134/7 135/3
135/22 136/12 139/2 141/8
145/3 145/14 147/5 152/14
152/14 154/22 158/15 158/23
168/4 168/16 170/5 171/17
172/25 174/21 176/10 176/24
177/9 180/5 180/7 181/22
183/7 188/18 189/10 190/20
190/24 190/25 191/17 191/17
191/18 194/21 196/7 196/10
196/11 199/13 202/2 202/5
213/17 213/18 217/23 218/11
218/15 220/1 221/2 221/23
222/25 223/1 223/4 225/8
229/2 231/13 235/1 238/23
**somebody [12]**  21/24 23/18
24/7 32/23 36/16 54/19 78/6
92/20 129/11 137/8 141/24
142/2
**somebody's [1]**  31/20
**somehow [1]**  164/7
**someone [34]**  12/8 12/22 13/18
14/10 21/3 30/17 32/7 42/25
56/17 59/2 59/14 61/1 61/6

92/24
95/22 98/20 107/5 107/17
108/1 108/17 108/19 137/16
140/11 140/24 196/12 198/8
198/13 208/13 212/23 212/25
**someone's [1]**  112/17
**someplace [1]**  200/14
**something [35]**  10/7 12/11
12/17 13/25 42/14 45/14
46/13 49/13 88/6 107/21
122/23 148/24 150/1 152/12
165/2 165/4 165/10 170/25
171/15 173/7 195/1 200/9
202/7 204/19 208/6 208/7
208/25 211/16 224/3 229/15
229/20 235/9 238/21 238/25
239/2
**sometime [3]**  45/22 71/14
82/12
**sometimes [16]**  18/24 24/9
45/9 46/21 46/21 46/21 49/1
51/6 88/24 131/20 135/1
190/8 195/3 202/3 223/10
223/10
**somewhat [6]**  37/3 49/15 50/22
96/2 217/1 217/9
**somewhere [4]**  27/25 186/2
200/20 216/23
**somnambulism [1]**  56/10
**soon [4]**  34/11 164/6 172/1
172/2
**sore [1]**  195/4
**soreness [7]**  9/13 63/11 80/14
120/18 137/20 138/8 201/23
**Soriano [1]**  115/6
**sorry [30]**  10/10 10/11 14/15
14/16 68/3 69/1 79/20 79/21
95/6 118/3 123/25 129/14
144/5 148/3 148/5 153/12
164/24 165/1 165/6 166/7
172/2 176/13 178/16 213/22
214/4 214/17 217/7 225/20
225/24 236/7
**sort [27]**  20/11 27/15 29/22
36/10 36/20 38/5 38/14 46/9
46/18 51/17 51/17 96/22
102/21 106/13 110/19 132/14
139/2 177/22 178/3 190/14
191/13 191/14 202/2 207/23
208/14 221/3 233/6
**sorts [1]**  218/4
**Sotto [2]**  11/10 91/8
**sound [1]**  13/17
**sounds [1]**  191/3
**source [2]**  116/12 215/23
**sources [5]**  108/4 109/18
110/11 113/25 122/17
**South [1]**  17/2
**SOUTHERN [1]**  1/1
**space [2]**  174/11 187/10
**spacer [1]**  187/9
**span [1]**  181/17
**speak [3]**  14/24 15/24 154/21
**speaker [1]**  231/13
**speakers [1]**  227/9
**speaking [1]**  152/1
**speaks [2]**  105/7 105/9
**specific [13]**  8/23 12/15
77/16 86/5 91/23 106/22
186/9 186/9 198/11 231/8
234/20 238/7 238/13
**specifically [16]**  13/6 59/8

**specifically... [14]** 66/7
  90/18 106/7 106/14 107/23
  108/19 122/6 131/10 198/12
  198/22 198/25 213/16 230/1
  230/18
**specified [2]** 48/18 49/24
**specimen [5]** 68/5 69/4 71/14
  72/11 74/6
**spectrum [1]** 49/21
**speech [3]** 46/13 46/16 148/1
**speeches [2]** 46/20 46/24
**speed [3]** 189/10 221/17
  221/20
**spend [2]** 91/9 239/10
**spent [1]** 227/5
**St [1]** 20/14
**staff [3]** 11/10 91/8 211/13
**stand [6]** 6/11 44/13 61/14
  61/18 88/14 152/16
**standing [1]** 188/9
**standpoint [4]** 32/25 53/21
  132/17 138/1
**stands [2]** 69/6 106/1
**start [9]** 15/12 21/12 38/21
  48/8 48/10 54/18 95/9 155/10
  174/24
**started [5]** 48/9 82/10 155/10
  192/5 220/8
**starting [6]** 52/11 99/14
  181/2 181/10 183/18 192/23
**starts [4]** 12/11 37/9 166/22
  183/25
**state [26]** 26/2 36/13 38/14
  68/7 69/14 82/4 93/13 115/2
  115/14 147/16 207/4 212/10
  214/10 229/18 230/1 230/2
  230/13 231/8 231/10 231/14
  232/7 236/22 237/5 238/11
  238/21 239/4
**stated [7]** 78/18 107/24
  147/14 147/23 148/15 203/18
  232/15
**statement [46]** 7/22 34/10
  56/25 74/23 101/20 101/23
  141/13 147/15 147/18 147/19
  148/11 176/11 230/1 230/20
  231/2 231/2 231/4 231/6
  231/8 231/9 232/8 232/13
  233/15 233/16 233/24 234/2
  234/4 234/8 234/22 234/24
  235/14 236/9 236/14 236/15
  237/2 237/5 237/8 237/12
  237/21 237/23 237/24 237/25
  238/1 238/6 238/7 238/11
**statements [12]** 7/11 9/21
  115/13 116/8 116/19 230/12
  230/15 230/17 234/9 234/23
  235/6 236/8
**states [12]** 1/1 1/11 19/10
  20/4 20/8 20/13 120/10
  202/14 202/25 203/10 203/11
  213/18
**stating [1]** 133/22
**stay [11]** 34/22 35/2 35/20
  38/20 39/8 71/24 95/7 95/8
  213/10 213/18 227/8
**staying [1]** 34/25
**stays [4]** 73/25 87/13 87/16
  168/10
**steered [1]** 118/8

**stenographically [1]**
**step [6]** 123/1 144/9 144/10
  149/4 150/9 226/16
**Stephanie [4]** 1/21 1/21 2/4
  237/10
**stick [1]** 14/16
**still [19]** 17/23 38/7 52/15
  53/16 74/4 74/10 74/11 90/1
  94/23 95/22 111/21 140/19
  167/12 168/16 169/4 188/18
  195/16 211/8 229/4
**stimulant [1]** 36/20
**stimulate [1]** 20/19
**stimulation [1]** 21/25
**stitch [2]** 174/8 190/24
**stitched [1]** 181/6
**stitches [2]** 174/4 217/23
**stitching [1]** 180/11
**stop [5]** 52/22 194/23 195/15
  203/3 206/25
**stopped [1]** 52/14
**stores [1]** 20/17
**stories [1]** 206/12
**story [8]** 105/18 130/2 130/19
  132/10 206/2 206/6 207/23
  212/14
**straightforward [2]** 68/3 69/1
**strange [16]** 62/22 77/12
  77/21 77/24 78/1 78/3 78/5
  78/6 78/7 78/19 78/20 79/2
  102/13 137/5 137/10 137/10
**strategy [2]** 5/23 5/24
**Stratus [3]** 168/7 169/13
  224/3
**streamline [1]** 229/7
**Street [3]** 1/22 2/5 2/14
**strength [1]** 89/11
**strengthens [1]** 89/17
**strenuous [2]** 210/5 210/14
**stretch [2]** 118/5 199/6
**stretched [1]** 164/6
**strictly [2]** 6/8 7/20
**string [2]** 82/22 82/25
**strings [1]** 82/6
**strong [4]** 41/24 85/21 89/5
  90/1
**stronger [1]** 88/24
**structurally [1]** 145/19
**structure [1]** 146/22
**structured [1]** 20/12
**struggle [2]** 223/7 223/13
**struggled [1]** 149/12
**Student [2]** 18/12 18/13
**students [3]** 18/14 54/7 54/16
**studies [5]** 17/7 58/6 88/13
  88/14 108/24
**study [4]** 16/20 57/3 57/5
  146/17
**stuff [2]** 238/8 238/12
**subdiscipline [1]** 18/8
**subject [13]** 43/19 48/19
  62/18 63/15 73/5 77/2 77/2
  94/12 108/13 112/14 113/4
  132/6 234/14
**subjected [1]** 191/17
**subjective [45]** 59/18 60/4
  60/8 60/12 60/21 61/10 61/21
  62/8 62/9 62/12 62/15 62/25
  63/6 63/7 63/12 63/25 64/7
  64/13 65/3 75/2 75/5 75/8
  75/17 78/8 78/9 84/16 84/21
  100/18 102/24 103/11 103/18

113/22
  130/2 130/19 133/21 137/21
  137/24 138/5 138/7 138/8
  141/19 225/9
**subpectoral [1]** 193/4
**subpoenaed [1]** 200/11
**subsection [1]** 234/17
**subside [1]** 210/3
**substances [2]** 36/11 72/25
**substantial [1]** 87/9
**substantially [2]** 105/10
  106/4
**subtle [1]** 177/22
**success [1]** 219/3
**successful [3]** 158/2 158/3
  158/4
**successfully [1]** 237/18
**such [16]** 5/12 8/1 11/1 29/16
  57/24 58/10 72/25 77/13 81/5
  89/22 168/7 177/1 180/19
  218/2 227/2 238/25
**suction [2]** 174/12 174/13
**sudden [2]** 42/18 42/20
**suddenly [10]** 37/22 62/22
  64/11 77/12 78/22 78/23 81/3
  102/13 137/5 137/11
**suffered [5]** 7/23 12/22
  189/12 201/14 213/20
**suffering [1]** 12/8
**sufficient [1]** 72/19
**suggested [1]** 119/11
**suggestion [1]** 237/9
**Suite [3]** 1/16 1/19 2/10
**summarize [1]** 143/7
**summarized [3]** 107/19 108/6
  110/20
**summary [4]** 27/12 27/16 121/1
  143/6
**summer [1]** 227/4
**supervision [1]** 192/9
**supply [1]** 32/23
**support [4]** 57/21 66/5 152/9
  186/12
**supported [3]** 102/4 108/7
  113/16
**supportive [1]** 92/6
**supports [1]** 107/14
**supposedly [1]** 32/16
**sure [23]** 10/2 41/19 52/23
  56/23 68/21 78/16 87/2 88/1
  93/6 104/8 149/20 151/19
  153/21 174/25 182/5 191/2
  196/23 201/11 206/11 206/11
  219/23 223/21 224/10
**surgeon [10]** 14/20 151/8
  151/22 155/8 155/21 185/11
  192/8 208/4 217/2 217/18
**surgeon's [4]** 185/25 207/12
  207/14 207/17
**surgeons [1]** 223/7
**surgeons' [1]** 208/11
**surgeries [8]** 156/7 170/4
  171/8 171/11 179/2 179/8
  179/11 182/21
**surgery [43]** 151/19 155/14
  155/15 155/17 156/5 158/8
  158/12 158/16 163/5 163/15
  164/20 168/14 169/16 169/23
  172/1 172/2 172/5 177/12
  179/13 180/8 181/23 183/4
  183/8 188/13 188/22 189/23
  191/22 191/25 192/4 194/12

**surgery... [13]** 199/11 202/24
207/4 207/11 210/3 210/6
211/1 215/1 217/13 217/14
218/14 219/1 220/7
**surgical [5]** 169/12 208/9
216/22 223/12 223/20
**surgically [1]** 181/5
**surprise [2]** 92/25 197/12
**surprised [1]** 233/6
**surprising [1]** 208/16
**Susan [2]** 2/3 123/18
**susceptibility [1]** 48/20
**suspect [1]** 6/7
**suture [4]** 174/14 181/13
190/8 191/13
**sutured [3]** 168/9 190/9 224/4
**sutures [11]** 168/5 174/15
181/14 181/25 182/3 182/14
190/23 190/25 191/8 191/16
223/10
**swabs [1]** 140/4
**swear [2]** 15/19 154/16
**swelling [9]** 180/5 180/6
201/22 202/10 203/25 204/16
204/17 210/16 210/19
**sworn [3]** 16/4 68/6 155/1
**syllable [2]** 95/8 95/8
**symmetry [1]** 197/4
**sympathy [1]** 206/7
**symptom [2]** 25/23 75/2
**symptoms [10]** 12/12 25/17
25/24 39/6 39/10 39/19 60/6
64/17 75/17 81/11
**syncope [3]** 93/9 93/11 93/17
**synonymous [1]** 95/18
**system [16]** 35/24 37/10 48/12
65/17 72/12 73/12 74/5 74/18
74/23 75/11 105/2 112/17
134/25 135/10 135/17 136/6

**T**

**table [1]** 92/21
**Tackett [21]** 5/24 6/16 6/23
7/21 8/7 10/22 12/6 15/14
15/15 15/16 16/4 16/6 16/10
16/11 27/7 110/1 116/14
119/12 121/12 122/11 123/16
**Tackett's [7]** 7/22 8/1 10/16
109/17 110/2 121/5 121/6
**take [57]** 14/19 15/1 15/4
15/17 21/9 21/23 34/20 36/18
60/18 70/1 70/1 70/18 70/20
100/24 101/19 102/3 102/13
102/16 102/16 103/25 107/22
108/25 109/1 109/2 109/2
109/3 109/7 113/19 113/24
117/7 145/16 145/18 149/15
154/14 159/2 168/24 171/19
171/22 172/3 172/4 180/1
192/15 200/4 200/16 200/17
201/17 204/9 209/21 210/8
210/21 210/24 221/15 227/16
229/16 229/19 235/23 236/9
**taken [26]** 4/14 13/18 15/9
55/2 58/4 72/7 72/9 72/11
97/10 107/18 109/17 120/19
120/21 123/10 127/23 127/24
129/11 150/22 159/7 162/15
171/12 171/14 200/25 201/3
227/17 230/14

**taking [15]** 22/4 25/21 36/14
51/21 51/25 52/14 72/14 79/1
111/1 130/13 135/22 136/19
179/14 219/3 231/13
**talk [23]** 4/5 4/24 4/25 7/11
12/9 12/16 13/11 24/20 24/21
46/16 46/17 47/9 49/16 59/18
77/18 113/21 133/16 137/19
172/18 198/12 221/17 222/24
229/14
**talked [17]** 4/22 12/20 65/15
66/16 74/20 75/13 83/23
85/22 94/14 100/18 111/7
118/7 131/23 136/8 136/19
145/14 226/23
**talking [33]** 26/14 41/12
41/19 45/5 47/17 49/21 49/23
50/10 52/24 52/25 52/25
73/16 73/17 92/23 101/11
101/13 101/24 104/21 111/18
117/17 117/21 123/25 124/6
124/7 138/5 138/14 160/20
169/25 173/7 176/6 196/22
214/22 227/2
**talks [1]** 66/7
**tangible [2]** 75/9 75/14
**tank [3]** 135/11 135/12 135/13
**teach [8]** 16/14 16/15 16/15
16/16 16/16 16/17 17/13
18/20
**teaches [1]** 14/10
**teaching [3]** 13/3 13/4 18/19
**tear [6]** 151/4 173/8 174/5
174/15 193/2 201/19
**tearing [6]** 164/15 165/18
167/3 167/5 191/8 191/8
**tears [2]** 152/3 152/7
**Technical [1]** 67/18
**technically [1]** 84/18
**technique [4]** 163/5 163/8
187/8 208/9
**technology [2]** 46/22 224/2
**telephone [1]** 212/4
**tell [51]** 16/19 21/9 21/22
24/23 25/15 29/15 37/8 37/10
38/13 41/20 46/4 54/7 68/6
72/15 83/7 95/10 105/6 105/7
112/20 129/12 131/8 132/1
132/10 141/12 141/22 146/5
155/9 158/4 158/25 167/24
178/23 186/6 187/6 190/2
192/3 196/1 198/21 198/23
198/25 199/11 200/9 203/4
203/14 204/9 205/11 205/16
215/14 220/3 220/8 228/22
229/6
**telling [9]** 33/17 49/5 54/3
57/24 66/2 87/7 94/17 214/18
229/9
**tells [4]** 12/21 24/13 140/15
182/22
**ten [39]** 7/3 10/7 12/20 22/24
26/24 45/9 59/5 59/8 59/12
59/13 60/25 75/18 84/15
84/22 90/18 107/23 107/24
108/20 112/4 113/14 113/18
114/9 119/4 119/5 121/6
121/9 122/11 122/19 122/20
122/20 122/24 133/1 133/6
133/13 150/4 163/6 164/5
182/25 221/15

**tendered [2]** 119/11 119/13
**tenderness [4]** 204/15 206/16
225/21 226/2
**tenet [2]** 47/25 58/12
**tenth [1]** 64/22
**term [11]** 47/12 52/24 78/1
78/20 78/25 81/8 134/3 134/3
191/20 199/12 224/6
**terminology [1]** 47/17
**terms [6]** 57/21 77/16 79/6
93/11 198/15 212/17
**terrible [1]** 206/12
**test [44]** 13/8 13/8 25/14
25/15 28/23 28/25 30/2 43/10
61/23 64/18 66/12 68/10
68/12 68/14 69/6 69/8 69/24
73/20 73/21 84/12 85/1
124/18 124/24 124/25 125/1
126/2 126/9 127/15 128/5
128/6 128/12 128/14 128/16
129/1 129/2 134/7 134/9
134/14 134/16 134/20 134/20
134/23 135/5 135/23
**tested [18]** 30/1 30/2 30/4
30/5 30/6 31/3 34/9 34/11
68/16 85/8 85/9 108/14 110/3
127/24 128/4 128/4 131/13
134/24
**testified [14]** 13/6 16/4
23/11 25/2 25/9 25/16 90/15
90/16 91/22 91/24 122/3
126/3 155/1 231/19
**testifies [2]** 153/22 153/25
**testify [22]** 4/16 6/17 7/2
7/7 8/7 9/14 9/15 9/16 10/20
12/18 13/7 13/9 13/15 13/16
23/14 27/2 97/3 97/4 97/13
122/5 144/4 234/2
**testifying [5]** 23/16 113/1
233/25 235/23 236/2
**testimony [62]** 5/8 14/9 15/19
26/7 44/24 69/17 78/4 109/21
111/11 111/12 115/13 117/23
118/4 121/13 121/14 122/9
128/15 130/11 130/14 130/14
130/18 134/2 138/23 138/24
139/2 143/8 144/2 150/12
150/17 151/6 152/8 152/14
154/16 177/9 177/22 177/23
216/11 221/8 227/22 228/2
229/24 229/25 231/1 232/10
233/13 233/18 234/13 234/17
235/22 235/24 236/4 236/13
236/24 237/4 237/12 237/19
237/25 238/13 238/21 238/22
238/23 239/2
**testing [9]** 33/15 67/7 74/17
74/19 83/6 83/7 104/10 135/2
135/3
**tests [9]** 25/7 25/16 40/24
40/25 75/12 125/4 129/23
134/12 135/16
**TEXAS [11]** 1/1 1/4 1/17 1/20
2/6 2/11 2/14 155/14 155/22
162/10 190/13
**textbooks [2]** 108/10 114/14
**texting [1]** 132/7
**than [54]** 9/25 13/9 19/10
40/6 40/13 42/14 42/18 42/21
43/13 44/9 45/14 69/20 72/23
85/13 86/1 86/7 86/24 87/13

**than... [36]**   88/25 90/8 96/20
101/23 104/6 106/14 131/16
133/10 151/7 152/4 160/12
162/19 162/24 163/23 167/4
169/17 173/7 176/11 176/24
186/12 195/4 195/8 196/6
197/24 197/25 198/20 199/1
205/13 208/7 210/25 216/16
216/17 216/18 223/17 224/24
226/23
**Thank [27]**   15/23 16/2 44/7
44/8 44/11 46/11 114/8 117/6
126/19 127/7 127/13 129/25
130/22 148/18 149/4 149/6
159/24 178/20 182/18 184/5
185/3 194/16 209/11 218/8
226/6 226/16 239/14
**Thanks [1]**   62/3
**that [1452]**
**that logic [1]**   70/1
**that the [1]**   233/25
**that's [178]**   4/7 5/9 6/8 7/2
9/5 10/19 11/4 11/6 12/1
13/20 13/22 14/2 15/1 15/25
18/21 19/12 20/2 20/11 21/4
22/5 22/12 23/9 25/21 25/21
27/15 28/17 30/10 30/22 32/2
33/11 33/20 34/13 35/14
39/13 39/13 42/8 42/17 44/17
45/7 46/9 46/16 46/16 47/13
47/14 47/24 48/21 49/20
53/21 54/6 54/10 56/13 57/9
58/14 58/22 60/11 60/12
60/20 61/9 61/25 62/9 63/20
65/3 67/12 69/23 71/18 74/7
75/2 77/4 77/15 77/24 78/10
78/10 78/11 78/12 78/13
81/11 84/22 85/9 87/14 89/5
89/10 92/23 93/12 93/19 95/1
95/11 95/14 96/7 96/11 96/11
98/24 101/9 102/19 104/1
104/16 105/12 105/19 105/20
109/19 109/19 109/19 110/8
110/12 114/13 115/25 117/6
117/20 120/11 120/19 122/15
122/21 124/12 124/16 125/12
125/15 127/19 128/6 128/24
128/24 129/3 129/12 132/14
133/21 140/9 141/5 142/20
143/7 143/11 145/8 145/21
145/22 148/14 150/19 152/16
152/18 152/18 153/19 153/23
154/3 154/5 156/12 166/16
166/20 166/22 172/4 175/15
178/21 181/12 182/1 184/8
184/23 188/16 188/19 189/5
193/14 194/4 195/4 200/2
207/20 209/10 211/10 214/1
214/5 216/14 218/20 219/12
219/20 219/21 220/4 222/23
225/21 227/15 228/4 228/13
233/12 238/9 238/14 239/1
**THC [1]**   126/24
**the -- I [1]**   33/2
**the phone [1]**   213/24
**their [36]**   17/24 17/24 18/4
18/6 24/4 25/7 30/18 36/14
37/10 47/10 52/14 52/16
53/14 65/16 103/11 103/12
104/6 106/4 106/5 111/13

197/16 198/6 198/6 198/7
199/5 199/6 199/11 200/7
210/23 220/17 230/25 236/13
**them [68]**   7/3 7/4 7/4 13/15
21/3 21/4 22/7 22/8 24/9
24/10 24/10 36/20 38/18 39/7
42/12 43/4 43/16 46/22 53/12
56/18 70/17 82/9 82/10 82/12
84/13 85/20 86/24 99/24
107/11 111/3 123/25 130/8
131/11 140/25 160/5 170/9
171/13 171/21 171/23 172/3
172/4 173/22 176/11 178/3
182/21 182/24 187/21 187/22
194/5 194/5 197/11 197/11
197/17 197/18 197/18 199/11
200/16 209/1 210/13 212/25
220/18 220/18 221/6 221/7
221/7 229/9 229/11 230/5
**themselves [5]**   9/16 9/23
220/16 221/1 230/4
**then [115]**   8/13 13/23 16/23
16/25 17/1 19/22 21/3 21/4
24/11 32/18 33/1 33/7 33/20
35/5 35/12 38/19 40/14 41/25
42/21 42/22 47/2 47/9 49/10
50/9 51/16 51/19 54/4 54/4
57/15 62/22 64/25 66/1 66/21
68/7 68/8 68/14 69/7 69/7
69/24 70/1 70/13 70/19 70/20
72/10 75/18 77/12 79/8 79/9
84/23 87/17 89/1 92/18 95/23
97/9 99/14 99/15 99/20
100/15 101/1 102/5 102/13
102/17 103/16 103/19 105/6
105/7 105/9 111/14 121/23
125/23 126/10 127/11 127/24
128/20 129/16 130/3 134/19
135/8 135/13 137/1 137/4
140/21 141/12 142/3 150/6
155/12 155/13 155/15 159/4
172/17 173/14 174/14 175/3
175/5 175/10 175/18 175/24
178/7 187/10 190/15 190/24
193/2 193/5 193/11 197/6
202/3 203/16 227/9 227/25
228/5 230/4 231/24 234/3
236/22 238/6
**theories [1]**   145/16
**therapeutic [1]**   18/5
**therapeutics [1]**   108/8
**there [174]**   9/20 10/7 12/3
17/2 19/13 20/10 21/13 22/18
25/5 27/11 27/12 27/13 27/23
28/22 30/15 30/22 32/2 32/8
32/14 32/20 33/7 34/1 34/3
34/4 34/4 34/6 34/8 36/2
36/24 38/1 38/7 38/20 41/9
41/25 42/2 45/13 48/23 50/2
51/12 52/6 52/22 53/15 53/16
55/2 55/14 56/19 57/20 58/2
61/2 61/19 62/9 63/21 67/18
70/21 74/4 74/11 75/6 75/9
77/17 80/10 80/10 80/25 81/1
84/12 86/4 87/21 89/22 90/2
90/3 97/1 97/24 100/23 103/4
103/18 104/17 105/15 106/1
106/12 107/14 107/22 109/23
110/13 110/17 112/9 112/23
113/17 114/2 115/3 120/4
120/7 120/10 120/14 122/20

133/16 134/7 135/3 135/7
135/8 137/12 137/23 138/3
139/23 140/2 140/3 140/13
140/13 140/20 140/24 141/5
141/7 141/8 141/10 145/20
147/5 147/5 147/7 147/11
152/13 152/22 158/8 159/6
162/19 164/14 166/12 167/15
167/17 167/20 171/24 173/3
186/1 187/25 189/15 189/19
190/14 190/25 190/25 191/17
193/7 194/23 195/15 198/2
198/16 198/18 200/14 200/14
201/8 201/11 201/12 201/24
202/5 202/20 203/3 204/19
206/25 208/20 210/18 213/7
213/9 215/17 218/15 221/5
221/10 222/25 223/1 223/4
223/11 223/12 224/24 225/6
232/15
**there's [84]**   13/13 18/20
19/15 19/19 20/13 22/18
23/19 29/15 29/16 31/18 32/6
32/14 36/10 36/11 36/14
40/20 40/21 42/3 42/4 42/10
42/23 45/5 48/24 50/11 52/5
56/2 64/18 66/5 69/8 69/24
71/15 74/15 87/24 89/7 89/8
90/1 92/16 96/2 96/3 100/17
105/14 105/15 106/11 112/23
113/21 126/1 126/2 128/1
128/3 134/15 134/19 135/22
136/5 137/22 140/21 141/10
141/22 142/3 151/2 151/11
151/12 151/16 151/21 154/7
158/23 166/12 175/24 177/21
186/10 188/11 188/15 188/21
190/7 190/15 191/3 192/15
197/12 198/5 198/9 198/10
198/20 199/14 216/5 223/19
**thereafter [3]**   100/4 100/14
105/9
**therefor [1]**   146/16
**therefore [8]**   10/17 12/3
68/13 87/16 96/17 141/1
232/1 236/4
**thereof [1]**   7/10
**these [125]**   6/21 9/1 9/2 9/5
9/18 12/12 12/21 13/5 13/5
13/7 14/3 18/16 19/4 20/16
20/21 21/2 21/6 21/11 22/5
22/9 23/4 23/5 23/19 25/11
25/24 33/20 34/16 36/1 36/3
36/17 37/16 37/19 38/4 38/15
39/6 43/8 43/11 43/16 48/21
51/3 51/18 54/9 55/7 56/3
56/11 58/25 59/1 59/5 65/1
65/5 65/24 67/17 73/18 75/4
75/16 77/5 84/23 87/15 89/10
94/19 98/18 99/22 100/9
100/18 100/23 102/16 102/17
102/17 107/5 107/7 107/8
107/10 107/15 107/18 107/23
107/24 108/3 108/6 108/6
108/7 108/8 110/22 110/25
111/2 111/4 113/14 113/14
113/21 114/9 114/12 115/14
115/20 116/19 122/18 124/17
129/10 129/23 130/6 131/9
131/20 131/20 132/18 133/2
133/6 133/8 133/11 134/11

these... [18]  134/12 138/6
140/15 140/16 144/17 146/16
146/17 157/6 162/15 169/12
176/21 191/10 196/5 197/14
205/24 206/8 229/2 231/11
they [139]  9/6 9/25 13/7 18/4
20/22 21/2 21/4 21/7 21/8
21/12 22/13 22/22 23/7 24/1
25/7 25/11 26/24 30/18 32/24
33/7 35/15 35/16 36/3 36/14
36/21 36/22 36/23 36/24 37/2
37/4 37/8 37/11 37/20 38/6
38/14 38/16 38/22 38/22 41/2
43/16 43/19 47/3 47/14 47/19
51/9 51/12 51/14 51/15 51/17
54/10 58/24 65/16 85/16
85/16 85/17 92/21 94/19
94/22 95/23 97/16 122/19
125/9 125/18 125/23 126/9
126/10 128/2 128/4 130/4
130/12 131/10 131/10 131/17
132/7 133/12 134/18 134/22
140/11 140/22 140/23 140/25
141/1 152/4 157/11 157/12
164/14 164/16 165/25 171/14
171/17 177/18 181/15 182/3
182/5 182/15 182/25 185/22
185/24 185/24 186/19 189/18
195/24 196/3 197/10 197/17
197/18 199/5 199/6 199/12
199/19 199/20 203/19 205/1
210/12 213/8 220/16 220/17
223/10 223/10 223/19 229/13
229/25 231/5 234/8 234/21
235/9 235/9 235/13 235/18
236/18 236/18 236/19 236/23
237/4 238/7 238/10 238/11
238/20 238/24
they're [38]  22/8 22/10 23/8
26/25 37/3 38/14 51/15 51/16
52/4 52/4 59/4 59/5 92/19
92/20 94/23 107/19 111/16
127/25 130/7 133/14 138/3
141/2 147/4 159/13 162/10
179/20 182/25 195/24 197/16
220/15 226/5 234/20 234/22
234/24 234/24 237/1 237/1
238/24
they've [7]  52/14 52/16 53/14
54/9 106/3 166/17 179/12
thick [2]  188/18 224/7
thin [5]  181/13 181/20 184/2
199/10 222/14
thing [42]  4/23 10/1 10/19
25/6 30/22 36/23 37/5 40/24
41/22 46/9 46/19 54/7 54/15
62/12 70/20 81/6 92/19
106/13 112/18 121/8 128/9
132/3 134/24 135/3 136/21
137/15 137/25 140/12 143/3
145/21 152/15 154/5 166/12
190/15 197/19 219/10 223/6
228/9 235/1 236/25 237/8
238/5
things [44]  4/4 9/2 9/6 19/8
21/9 36/6 37/25 40/15 40/20
41/3 45/12 49/23 50/15 51/8
52/11 52/13 54/23 75/4 77/23
84/16 89/6 92/15 92/16 94/23
103/22 105/14 108/21 109/5

133/8 136/9 138/6 144/17
145/24 163/25 164/4 174/22
191/10 199/8 227/2 238/13
think [136]  4/11 7/12 8/20
11/6 12/1 13/3 14/7 22/1
22/24 26/18 26/20 26/20
27/25 28/14 31/10 32/3 32/23
33/8 34/15 34/18 39/21 39/23
40/9 40/15 41/22 42/6 43/5
43/11 45/23 49/12 57/1 57/11
57/20 65/21 72/18 73/10 74/2
74/24 75/6 77/7 79/11 79/11
81/6 81/7 83/4 83/7 87/25
88/16 90/1 93/23 96/21 99/23
100/17 103/15 103/22 110/8
111/3 111/6 111/25 113/2
114/11 116/9 116/9 117/20
118/8 118/19 121/9 121/20
125/9 130/6 130/7 130/13
130/15 131/23 132/4 133/25
136/8 136/16 137/4 137/21
138/4 138/22 139/8 139/9
139/11 140/1 140/24 141/4
141/15 142/20 144/9 144/10
146/15 147/19 149/14 150/2
151/6 156/1 156/7 159/6
159/15 161/20 167/2 167/20
168/16 177/16 178/22 179/25
184/6 186/17 186/19 188/12
192/15 197/15 199/19 209/22
212/23 216/6 216/24 220/9
220/23 220/24 221/4 221/12
221/14 223/1 224/17 224/21
224/22 226/8 226/9 226/23
228/23 234/16 234/16 238/4
thinking [1]  54/18
thinned [3]  164/6 183/5 184/2
thinner [3]  181/14 222/23
224/6
thinning [1]  183/14
third [11]  5/11 62/5 76/16
93/22 101/16 124/3 136/15
151/22 159/7 159/25 172/8
this [392]
thoracic [3]  175/22 175/25
176/6
those [111]  4/22 6/25 7/1 7/3
7/11 7/11 9/20 9/22 10/3
10/7 10/8 12/12 17/17 17/25
18/5 18/22 19/15 19/20 21/16
21/24 25/18 26/25 27/1 27/17
28/5 34/7 36/19 38/13 41/2
43/3 46/20 46/24 46/25 49/13
50/24 51/25 52/10 52/20
53/25 54/1 55/8 56/7 58/4
58/7 58/23 59/4 65/17 79/5
79/6 81/23 82/8 82/19 82/20
86/11 88/17 95/14 96/16 97/1
97/6 105/17 105/19 110/13
110/17 113/18 117/1 117/5
119/4 119/5 120/5 120/9
122/1 125/3 125/23 133/1
134/24 135/1 136/8 136/9
138/2 138/9 142/4 145/25
146/12 149/1 157/9 157/23
171/11 179/7 179/7 181/14
186/4 189/6 190/12 190/25
191/8 196/6 199/8 206/10
206/12 212/13 215/21 218/1
218/3 221/12 223/5 223/9
225/25 226/3 226/4 230/5

though [10]  7/15 13/11 74/2
82/16 85/12 85/25 186/7
191/3 232/14 236/2
thought [18]  4/13 4/13 4/15
39/13 59/13 77/4 92/4 123/7
129/12 140/2 144/5 144/7
149/23 149/24 199/19 219/12
219/13 228/14
thousand [3]  27/25 46/17
169/15
three [32]  2/10 13/15 23/23
27/25 32/3 34/19 35/20 36/11
40/14 40/14 72/17 72/17 73/4
82/17 84/22 93/8 99/8 106/4
119/5 136/22 140/3 180/13
180/17 181/15 197/17 210/4
210/7 210/8 212/3 221/6
232/15 232/16
three-plus [1]  210/7
through [37]  17/10 18/2 18/7
20/14 24/12 26/19 36/24
66/21 76/7 101/2 111/13
117/14 119/5 130/2 133/14
145/19 146/9 146/11 146/13
147/4 152/10 173/11 174/21
174/24 175/1 175/5 175/18
175/18 176/1 176/21 176/24
180/8 215/19 230/25 232/21
235/14 239/9
throughout [2]  229/20 239/2
throw [2]  85/1 161/13
throwing [1]  135/23
tier [2]  29/22 134/23
tight [5]  190/7 191/5 191/5
191/6 196/20
till [1]  150/20
time [99]  8/8 24/19 27/17
27/20 31/5 35/23 38/19 39/23
42/4 45/2 45/4 45/10 46/23
49/8 49/14 49/14 51/5 52/58/24
63/5 70/10 71/19 71/20 72/6
72/7 72/11 74/5 74/15 75/11
79/22 81/22 81/22 82/1 82/23
88/18 91/7 94/25 96/6 99/25
104/6 106/15 107/3 111/20
112/2 117/13 117/15 122/9
131/4 132/22 135/21 148/7
148/8 148/11 158/12 158/16
158/21 159/8 161/25 162/22
163/5 163/15 165/20 166/9
168/15 173/25 174/1 177/5
178/5 178/9 179/13 181/7
181/22 183/20 184/15 185/1
185/12 186/9 188/2 188/13
188/22 189/1 191/14 191/21
194/13 199/3 200/6 203/19
203/24 206/8 207/10 213/18
214/15 215/24 216/13 221/16
226/9 226/23 231/6 236/16
239/10
times [19]  19/20 21/7 23/19
25/23 35/9 41/25 42/3 42/8
42/8 45/5 46/25 56/4 58/9
74/14 94/22 119/6 135/20
197/12 215/10
tipsy [4]  98/20 99/4 117/4
141/8
tired [5]  51/17 52/4 107/1
131/3 233/3
tissue [6]  175/1 181/20
188/21 189/2 222/14 224/7

**tissues [5]**  181/14 189/6
 199/5 222/22 224/6
**title [2]**  73/5 122/11
**to -- I [1]**  190/12
**to admit [1]**  229/18
**today [17]**  17/22 27/23 83/3
 83/4 97/5 97/13 99/20 130/18
 167/12 170/8 201/1 201/4
 226/24 226/25 227/1 235/22
 236/3
**Todd [3]**  1/14 59/10 59/12
**together [4]**  36/12 109/5
 173/11 190/25
**told [22]**  22/19 26/12 64/2
 64/10 64/14 80/18 80/19
 80/24 80/25 81/2 81/10 91/24
 120/5 130/2 140/8 140/11
 141/3 141/6 207/21 208/24
 212/14 229/14
**too [25]**  26/14 34/13 62/3
 62/6 76/18 86/11 101/18
 102/7 102/7 136/15 137/2
 154/5 157/18 157/18 162/23
 163/1 166/23 179/1 195/17
 197/16 197/16 198/10 198/10
 223/24 237/15
**took [20]**  30/18 75/23 100/3
 100/3 100/14 102/25 133/13
 134/1 139/12 144/9 146/3
 146/6 159/1 159/5 159/11
 200/13 200/15 200/21 201/10
 211/13
**top [9]**  114/23 115/7 122/3
 124/8 166/19 178/21 190/16
 200/10 225/8
**topic [1]**  129/9
**torn [17]**  151/16 151/25 164/7
 164/10 166/18 166/20 167/1
 172/24 173/1 173/2 173/5
 173/23 173/23 177/11 177/13
 177/15 202/4
**total [1]**  55/23
**totality [2]**  147/15 148/11
**totally [5]**  67/1 79/15 111/10
 227/13 229/11
**toto [1]**  148/10
**touching [1]**  11/24
**tough [1]**  190/15
**toward [2]**  188/8 228/12
**towards [1]**  166/18
**tox [2]**  104/21 104/23
**toxic [1]**  17/24
**toxicol [1]**  134/11
**toxicological [2]**  39/7 134/7
**toxicologist [10]**  5/6 5/15
 9/9 9/18 12/14 13/2 17/6
 25/1 108/12 110/23
**toxicologist/pharmacologist [2]**
 9/18 17/6
**toxicologists [4]**  6/21 47/19
 108/14 114/11
**toxicology [34]**  5/7 5/13 5/16
 5/19 11/1 11/14 11/19 13/8
 16/24 17/3 17/10 17/20 17/21
 17/22 18/7 18/7 23/6 25/10
 27/15 28/7 28/11 33/24 43/10
 57/4 57/7 61/23 66/12 66/16
 108/9 113/19 118/17 134/9
 134/12 145/22
**track [2]**  45/16 97/6

**train [2]**  22/20 22/22
**training [16]**  18/9 22/20 25/1
 59/6 59/7 105/13 105/22
 106/24 107/8 107/12 110/20
 114/5 155/14 155/16 155/17
 185/25
**trains [1]**  12/6
**trajectory [1]**  218/22
**transcribed [1]**  120/25
**transcript [7]**  1/10 1/24
 152/19 152/25 152/25 237/6
 239/18
**transcription [1]**  1/24
**transferred [1]**  68/1
**translate [2]**  146/17 185/7
**trauma [41]**  159/2 159/3
 159/13 163/6 166/24 169/25
 170/1 170/2 170/5 170/7
 179/8 179/16 180/1 180/3
 182/22 182/24 183/7 201/14
 201/15 201/19 203/1 206/24
 207/2 208/23 209/2 209/4
 209/6 211/18 211/20 212/12
 212/13 213/2 213/5 213/7
 213/17 213/21 213/25 218/15
 219/6 219/20 223/11
**traumatic [2]**  206/12 209/13
**traumatized [5]**  179/21 203/10
 203/18 203/24 207/22
**travel [2]**  27/20 46/20
**travels [1]**  149/7
**treat [2]**  155/23 155/25
**treated [3]**  163/15 203/2
 203/5
**treating [6]**  151/17 152/9
 153/5 153/7 177/24 178/2
**treatise [3]**  14/14 118/16
 118/23
**treatment [5]**  20/11 167/15
 167/19 167/24 168/1
**trial [14]**  1/10 5/23 17/19
 24/1 45/20 227/3 229/7
 229/20 233/25 234/2 234/14
 235/22 235/24 236/3
**trials [1]**  88/25
**tried [3]**  121/23 149/13 168/4
**trier [1]**  7/24
**tries [1]**  54/25
**trouble [1]**  154/22
**true [16]**  89/22 90/3 94/25
 95/11 95/20 99/17 130/20
 141/5 163/13 204/2 213/25
 223/16 231/2 231/3 231/25
 232/4
**truly [3]**  37/2 49/20 69/24
**trustworthy [1]**  113/5
**truth [19]**  15/21 15/21 15/21
 68/7 129/12 154/18 154/18
 154/18 231/17 231/22 232/1
 232/13 232/19 233/7 233/9
 233/11 233/21 234/9 234/11
**truthful [1]**  233/12
**try [23]**  15/23 15/24 21/23
 24/11 35/14 35/15 48/14
 55/14 93/3 93/3 100/1 112/1
 129/8 145/3 149/9 150/6
 150/7 154/20 154/21 168/5
 178/2 197/11 217/23
**trying [11]**  33/19 38/21 42/6
 70/12 105/18 133/2 146/24
 190/7 224/9 232/21 234/24

**turn [2]**  123/9 138/15
**turn [2]**  123/9 138/15
**twelve [5]**  169/14 228/23
 228/24 228/25 229/1
**Twenty [1]**  128/20
**Twenty-four [1]**  128/20
**two [75]**  5/21 15/6 17/4 19/15
 26/15 32/2 35/20 36/8 36/11
 40/14 40/20 40/21 49/23
 51/25 55/8 62/6 67/17 69/25
 71/20 71/22 75/23 76/18 80/5
 81/18 81/18 82/17 84/20
 86/11 86/21 90/18 92/16
 99/11 100/3 100/9 100/14
 101/17 101/18 101/18 101/20
 102/1 102/7 102/9 102/14
 102/25 105/9 111/22 118/10
 120/15 128/3 128/5 130/3
 130/19 134/23 136/5 136/19
 136/22 140/3 151/2 157/8
 159/3 172/22 173/4 173/16
 192/3 192/9 192/11 197/4
 203/22 203/23 210/12 210/20
 215/9 225/24 229/10 230/16
**two-tier [1]**  134/23
**two-year [1]**  17/4
**Tyler [4]**  115/1 227/20 227/22
 228/2
**type [17]**  11/21 37/5 41/3
 47/20 48/1 50/2 51/18 53/25
 55/7 56/7 95/3 106/10 132/3
 132/18 138/6 206/19 217/13
**types [2]**  86/5 86/5
**typical [5]**  29/19 30/21 36/16
 92/19 210/10
**typically [18]**  25/19 28/5
 37/10 46/20 49/25 60/4 71/25
 172/3 175/6 175/7 185/16
 200/2 205/6 205/9 205/10
 210/12 210/17 210/18
**typo [5]**  31/9 31/14 192/15
 224/18 224/24
**typographical [1]**  71/12

**U**

**U.S [1]**  2/13
**Uh [10]**  43/2 81/19 172/13
 174/2 175/24 176/12 191/7
 193/13 218/19 222/16
**Uh-huh [10]**  43/2 81/19 172/13
 174/2 175/24 176/12 191/7
 193/13 218/19 222/16
**ultimate [6]**  4/24 6/18 8/14
 8/18 8/19 144/3
**ultimately [3]**  55/24 57/19
 65/10
**unable [4]**  52/6 52/6 64/25
 195/7
**uncertain [3]**  63/9 80/13
 106/19
**uncommon [7]**  37/18 83/9 105/4
 105/11 128/9 184/24 194/3
**unconscious [3]**  92/18 95/23
 97/19
**unconsciously [1]**  92/25
**unconsciousness [1]**  106/6
**under [51]**  5/12 10/25 20/21
 39/10 51/10 59/3 59/15 61/1
 61/6 61/7 61/24 66/13 67/23
 68/3 69/2 69/2 76/8 81/25
 92/6 92/7 97/13 101/4 102/22

## U

**under... [28]** 103/8 105/5 106/2 107/17 108/1 108/17 117/2 117/3 117/15 118/4 133/4 175/7 187/4 187/7 187/10 187/10 187/15 187/19 187/22 187/25 188/10 188/18 225/4 230/16 234/13 234/16 236/2 236/3
**undercuts [1]** 92/12
**underneath [2]** 187/18 189/3
**underscore [1]** 57/16
**understand [34]** 4/4 6/13 8/15 26/8 34/10 38/11 42/1 44/14 48/17 55/17 56/24 65/5 73/1 74/9 75/22 76/14 83/11 86/13 89/13 89/13 93/9 96/14 108/11 109/14 111/18 114/16 139/13 158/8 159/4 164/19 187/9 214/7 233/19 234/12
**understanding [3]** 4/22 6/15 8/20
**understands [4]** 77/9 176/5 195/14 210/2
**understood [6]** 45/16 63/19 63/21 79/17 114/18 216/11
**undetermined [1]** 102/23
**undo [1]** 119/7
**unfortunate [1]** 193/2
**unfortunately [1]** 217/17
**unhappy [2]** 195/13 195/18
**uninhibited [1]** 98/14
**unique [1]** 22/5
**UNITED [8]** 1/1 1/11 19/10 20/3 20/8 20/13 202/13 213/18
**University [11]** 16/12 16/21 16/23 16/25 17/2 17/8 17/13 155/12 155/13 155/14 155/15
**unless [2]** 15/6 103/4
**unlike [1]** 6/9
**unlikely [1]** 35/1
**unqualified [1]** 6/6
**Unsophisticated [1]** 217/25
**until [6]** 56/17 75/24 130/3 152/11 200/7 218/22
**untruthful [3]** 224/25 233/13 233/20
**unusual [3]** 68/16 197/19 207/4
**up [126]** 4/7 4/14 12/10 14/19 15/4 15/17 21/4 29/24 31/10 35/1 35/5 35/11 37/15 40/25 45/6 47/8 49/11 52/16 56/4 57/9 58/7 63/9 64/24 66/2 66/19 68/8 72/1 75/24 77/17 79/19 80/10 80/12 81/1 85/15 87/12 87/15 88/17 91/1 92/20 94/22 95/4 95/7 95/8 95/22 103/23 104/11 106/3 106/5 106/18 106/21 107/3 107/22 110/13 123/21 123/23 126/3 126/8 126/10 126/12 128/16 128/17 128/18 129/20 129/21 130/7 131/4 132/11 132/13 133/16 135/1 137/21 150/6 150/24 151/1 152/12 154/13 157/8 163/25 166/3 166/22 168/4 168/9 171/18 172/7 172/8 174/8 174/14 185/4 185/10 187/10 187/13 187/16

194/5 194/11 194/21 197/4 199/12 199/16 199/21 201/13 201/17 202/24 202/25 208/2 211/7 215/17 219/9 219/10 221/4 221/11 221/17 221/21 223/10 224/5 225/4 228/13 228/18 229/17 229/20 233/16 235/5 235/13
**upon [38]** 4/25 5/8 5/25 9/16 9/21 10/23 11/24 13/2 13/3 20/25 21/1 32/21 35/7 50/3 50/11 59/5 59/6 63/2 67/4 67/10 102/23 103/11 107/9 108/3 114/13 116/4 116/7 157/22 158/24 159/11 162/3 170/3 172/22 208/17 208/24 222/6 222/11 223/3
**upper [1]** 188/19
**upsetting [1]** 208/13
**upward [2]** 188/2 218/21
**urinated [2]** 35/9 128/7
**urinates [1]** 74/7
**urine [44]** 28/23 28/25 30/12 30/14 30/18 32/7 32/16 32/22 32/23 33/3 33/15 35/2 35/3 35/7 35/10 35/16 68/5 69/3 69/22 71/6 71/14 71/24 72/6 72/7 72/10 72/14 72/14 73/17 73/19 73/20 73/20 73/22 73/25 74/6 104/21 104/23 124/18 124/21 126/1 128/6 129/1 134/20 134/23 135/1
**us [44]** 10/14 22/19 23/19 25/15 26/12 29/15 33/17 49/5 54/3 66/2 70/10 85/16 94/17 134/23 152/20 162/20 166/11 167/3 167/24 169/1 169/3 182/22 187/3 187/6 190/2 190/12 192/3 194/20 196/1 196/6 196/7 201/3 202/20 202/23 203/15 204/2 204/9 204/12 212/17 218/1 220/8 223/22 224/2 229/13
**use [40]** 5/12 11/1 11/14 13/14 14/20 19/22 20/6 20/7 20/10 43/16 47/11 49/6 52/25 53/4 59/1 59/4 76/4 78/20 94/24 132/25 136/2 146/22 150/25 152/17 153/13 153/24 154/1 154/8 161/14 168/4 168/8 174/7 185/17 185/18 186/13 187/9 200/2 207/18 224/2 225/18
**used [44]** 4/20 5/9 6/1 6/21 6/25 7/1 8/24 9/4 10/24 14/4 18/10 18/16 19/1 19/3 19/16 19/17 19/19 20/3 20/17 29/23 33/1 43/10 43/12 47/14 54/13 56/7 56/11 78/25 84/13 107/23 108/22 132/3 134/4 146/11 147/2 147/3 147/9 174/4 174/10 190/3 199/22 221/4 225/16 226/9
**useful [2]** 7/24 57/7
**uses [5]** 7/13 14/12 120/3 120/5 224/3
**using [17]** 7/15 36/7 36/19 47/15 51/9 74/3 74/10 106/25 121/25 145/17 151/8 153/17 172/21 189/24 191/13 192/22 237/21

## V

**vagina [1]** 12/3
**vaginal [9]** 9/13 9/14 12/2 63/11 80/14 120/18 137/20 138/8 140/4
**valid [7]** 88/21 107/25 107/25 108/16 109/8 109/16 112/16
**validate [2]** 57/23 71/12
**validated [3]** 108/15 110/3 111/4
**validity [1]** 100/12
**Valium [3]** 19/8 64/3 80/18
**value [3]** 32/13 70/19 70/20
**values [1]** 138/1
**variability [2]** 48/24 50/2
**variables [5]** 22/18 50/23 58/1 58/4 129/5
**varies [5]** 38/12 46/18 72/21 196/9 196/11
**variety [3]** 49/3 198/10 198/21
**various [5]** 99/2 110/11 113/25 139/24 174/8
**vary [4]** 38/2 45/8 106/25 107/1
**vehicle [2]** 209/5 209/15
**venue [1]** 21/8
**verbatim [1]** 134/18
**verbiage [1]** 123/3
**verifiable [2]** 74/21 75/9
**verification [1]** 63/15
**verified [1]** 63/22
**version [5]** 105/6 105/7 105/10 106/5 178/1
**versions [2]** 105/8 106/5
**versus [5]** 59/19 95/22 95/25 136/24 169/6
**very [77]** 7/10 8/21 10/6 19/14 19/23 20/10 20/12 20/12 21/7 21/8 22/2 22/22 35/14 37/12 40/16 41/7 47/13 62/22 62/23 63/5 65/9 77/12 78/2 78/22 78/24 78/25 79/2 79/22 85/20 100/24 103/21 119/2 138/19 144/17 145/21 147/10 149/1 149/4 149/20 158/3 158/4 158/13 169/5 169/13 177/25 181/13 182/3 182/17 184/24 186/10 186/19 188/22 189/22 190/6 191/5 191/10 195/14 195/23 195/24 195/24 197/1 197/14 197/18 199/10 199/11 199/19 205/11 207/4 208/5 217/13 218/8 220/15 220/18 224/7 226/16 236/17 239/14
**vessel [1]** 223/19
**vic [1]** 101/19
**vicious [1]** 201/14
**Vicknair [1]** 1/15
**victim [51]** 5/14 5/17 8/2 10/8 11/2 11/15 25/18 61/7 61/24 62/5 62/7 62/13 62/15 62/16 62/16 62/17 62/21 63/2 63/4 63/8 64/8 64/10 64/17

**victim... [28]**  64/19 65/8
  65/13 66/1 66/13 76/8 76/15
  76/17 76/19 76/20 79/21 81/2
  81/11 81/24 81/25 101/16
  101/19 101/25 102/5 102/8
  112/6 120/4 120/13 133/17
  137/5 137/13 141/15 231/23
**victim's [3]**  62/18 112/15
  121/10
**victims [1]**  38/16
**video [6]**  149/14 150/10
  226/22 227/20 228/20 229/24
**videos [2]**  228/23 229/1
**Videotaped [4]**  150/12 150/17
  227/22 228/2
**Vietnam [1]**  239/1
**view [5]**  61/17 116/12 117/20
  162/21 166/17
**violate [3]**  14/24 45/3 174/11
**violates [2]**  4/8 144/10
**violation [1]**  144/7
**violative [1]**  235/2
**virtual [2]**  46/22 46/22
**visible [3]**  180/3 202/1 202/5
**visit [10]**  75/18 91/23 162/16
  181/23 189/22 194/11 206/23
  215/24 224/17 224/19
**visited [1]**  160/14
**visualizing [3]**  172/24 173/12
  173/24
**voce [2]**  11/10 91/8
**void [1]**  35/16
**voided [1]**  72/13
**volume [1]**  194/7
**voluntary [1]**  60/5
**Vorpahl [1]**  2/3
**vows [1]**  227/14

**W**

**waist [1]**  60/17
**wait [9]**  14/21 15/6 57/14
  116/5 116/5 152/23 152/23
  210/21 233/22
**waited [1]**  200/7
**waiting [1]**  160/12
**waiver [1]**  230/16
**wake [4]**  21/4 37/14 85/15
  132/13
**wakes [1]**  107/3
**waking [7]**  49/11 63/9 64/24
  79/19 80/12 106/18 106/21
**walk [3]**  24/12 111/13 147/25
**wall [7]**  178/14 194/4 214/23
  215/8 215/12 215/15 224/4
**walls [2]**  22/8 198/10
**want [46]**  7/2 19/25 39/7
  39/13 55/14 56/8 62/1 62/2
  91/3 91/11 91/22 99/25
  106/16 106/21 113/1 118/14
  123/1 126/8 127/17 133/16
  136/2 137/6 137/19 155/10
  159/14 163/25 170/2 172/25
  189/15 189/22 194/11 198/12
  202/12 209/21 220/16 220/17
  222/24 222/21 226/8 232/23
  234/9 234/21 235/18 237/4
  238/7 238/10
**wanted [11]**  5/3 170/25 187/2
  210/6 210/22 213/8 226/24
  229/16 229/17 231/5 236/18

**want [3]**  12/17 13/18 14/20
**wants [6]**  12/17 13/18 14/20
  119/7 150/25 198/13
**War [1]**  239/1
**warning [4]**  54/11 56/9 132/5
  132/19
**was [410]**
**wasn't [17]**  31/12 34/11 57/10
  80/19 80/24 81/1 121/22
  125/22 128/4 132/21 135/24
  206/2 208/20 213/7 219/1
  223/6 233/12
**waste [1]**  104/6
**water [1]**  135/16
**way [43]**  13/23 14/5 20/12
  21/23 22/17 23/24 24/6 24/16
  35/14 36/5 43/18 45/16 48/25
  49/1 51/1 57/15 103/7 110/24
  116/15 123/4 125/2 125/20
  128/25 129/9 138/15 142/1
  147/3 154/7 169/17 171/24
  178/7 184/20 187/20 187/25
  188/1 188/3 194/8 198/9
  204/5 205/8 205/9 220/4
  223/3
**ways [1]**  135/16
**we [272]**
**we'd [1]**  192/15
**we'll [13]**  42/15 44/10 66/21
  91/13 91/13 117/7 117/8
  150/20 152/10 159/15 181/2
  227/9 228/1
**we're [55]**  13/12 15/16 33/16
  33/19 33/21 35/1 36/6 46/21
  50/10 52/11 52/24 52/25
  52/25 66/21 73/16 75/2 91/2
  93/11 94/11 101/11 101/13
  104/3 108/21 108/22 108/23
  111/18 113/10 117/8 142/22
  143/7 145/25 149/19 149/20
  152/5 153/8 154/12 159/6
  160/11 160/20 160/22 162/20
  163/10 166/8 166/11 166/13
  173/7 176/5 196/23 197/20
  206/10 206/10 227/2 229/10
  231/12 233/16
**we've [22]**  4/7 7/19 7/20
  10/12 19/22 44/4 47/14 85/22
  86/10 89/6 100/18 153/20
  154/21 170/17 177/9 190/13
  190/13 196/22 200/15 214/21
  224/19 229/9
**wear [1]**  37/22
**wearing [2]**  51/16 209/19
**wears [3]**  47/21 51/11 51/13
**wedding [1]**  227/13
**Wednesday [2]**  228/15 228/18
**week [9]**  156/2 201/18 201/18
  201/24 228/10 228/12 228/17
  229/3 229/3
**weekend [2]**  239/9 239/10
**weeks [8]**  82/17 82/18 180/24
  197/4 203/22 210/13 210/15
  210/20
**weigh [1]**  60/16
**weighed [1]**  13/8
**weight [8]**  60/16 111/11 183/6
  184/3 185/22 186/9 189/9
  221/8
**weights [1]**  138/2
**welcome [2]**  4/3 218/9
**well [140]**  4/20 6/22 7/10

4 15/7
17/7 19/5 21/22 22/22 24/16
29/11 31/5 32/25 34/10 36/1
36/18 40/20 44/14 48/23
49/12 49/23 50/25 51/5 52/9
54/21 57/16 62/11 62/13
65/15 69/11 70/1 70/20 71/17
71/18 72/21 73/14 75/2 75/14
76/4 76/22 77/2 77/16 78/15
80/9 82/10 85/14 87/1 87/21
87/23 90/24 93/3 94/18 97/8
98/2 99/25 100/17 100/21
101/1 101/11 102/16 104/5
104/16 106/24 110/5 112/22
113/13 114/14 116/9 118/8
118/21 120/17 123/8 124/25
125/9 125/11 127/17 128/1
130/11 131/9 135/24 136/5
137/23 137/24 138/19 138/22
139/1 139/11 140/21 144/1
146/2 146/20 149/22 150/6
151/21 153/2 153/7 153/10
153/23 156/2 156/12 159/7
163/14 164/4 164/22 166/15
167/5 168/24 169/17 169/20
171/16 173/3 177/3 181/13
184/2 188/4 188/11 190/5
195/3 198/4 198/12 200/19
205/4 205/22 210/12 212/22
212/25 220/14 222/21 229/7
231/11 232/5 232/21 234/3
234/25 237/7 238/16 238/20
**Wellness [1]**  18/12
**went [20]**  16/23 16/25 17/2
  17/10 67/21 67/24 68/4 69/3
  69/21 90/19 101/6 117/13
  119/5 135/4 139/14 155/12
  155/13 159/5 175/18 218/22
**were [113]**  9/20 13/5 13/14
  16/19 19/17 24/2 24/20 24/23
  26/9 27/11 27/13 27/17 37/16
  39/13 40/22 40/24 40/25 41/2
  41/18 41/25 45/17 50/13
  50/15 59/13 60/15 70/3 70/12
  75/12 77/4 80/5 85/7 93/1
  95/9 95/9 96/21 97/5 110/16
  115/4 117/16 120/3 121/24
  124/23 125/4 125/9 129/23
  130/2 132/24 138/5 140/15
  140/16 140/21 140/22 140/23
  140/25 141/1 141/8 153/11
  158/14 159/7 161/15 162/15
  164/10 167/4 171/14 171/24
  172/22 172/23 173/19 174/4
  174/9 179/21 182/3 182/14
  186/18 186/19 187/2 188/9
  192/6 193/11 195/17 195/22
  195/24 199/19 199/20 199/25
  200/11 200/25 201/2 201/9
  203/10 203/18 203/19 207/1
  210/7 210/7 218/17 219/6
  219/15 221/2 221/5 221/23
  221/24 222/14 223/4 223/4
  225/8 230/5 232/4 233/19
  235/8 236/21 238/13 239/8
**weren't [2]**  24/20 171/14
**West [1]**  1/22
**what [328]**
**what -- I [1]**  144/1
**what's [30]**  14/17 17/25 22/9
  23/15 25/7 37/20 38/13 71/25
  72/2 73/1 89/20 107/4 113/9

**what's... [17]**  117/23 132/7 150/24 151/14 157/17 164/2 164/19 164/23 166/14 169/3 169/19 169/19 198/11 203/14 207/10 208/2 226/20
**whatever [16]**  12/2 12/17 31/21 49/9 52/5 62/2 73/5 77/8 81/15 96/24 102/3 107/2 120/11 146/2 203/25 238/24
**whatnot [1]**  48/21
**whatsoever [1]**  69/20
**when [152]**  8/23 12/21 18/2 18/7 19/5 20/11 20/21 21/6 21/22 22/10 23/9 23/17 24/7 24/16 25/14 30/11 30/12 31/16 31/17 32/11 32/24 33/8 33/18 34/14 36/1 36/6 36/18 38/13 39/23 40/3 40/3 42/2 43/6 43/7 45/5 45/17 45/19 45/20 46/5 46/12 46/15 49/16 51/15 52/8 55/10 58/2 67/3 68/9 70/9 71/13 75/16 79/1 82/10 82/14 88/25 89/7 94/13 94/18 94/21 94/23 95/20 97/6 100/19 100/20 104/2 104/11 105/14 105/23 107/3 108/21 108/22 109/7 110/9 110/9 110/9 110/10 112/19 113/13 116/2 117/8 122/16 125/12 128/17 134/12 135/2 137/8 137/11 137/22 141/11 145/18 146/5 155/17 156/22 156/24 158/4 160/14 160/17 160/19 161/16 161/24 163/22 166/19 166/21 167/8 169/24 170/2 172/3 173/12 173/15 174/11 176/21 183/5 183/24 184/17 187/22 190/19 190/24 192/4 192/9 193/10 194/5 197/12 197/18 198/5 199/2 199/21 200/4 200/11 200/13 200/15 200/16 200/21 201/2 201/8 201/10 202/12 203/15 203/23 205/1 205/1 210/7 214/8 215/2 217/22 218/17 218/17 218/24 221/3 222/21 229/24 233/16 233/23
**when were [1]**  45/17
**whenever [1]**  44/10
**where [52]**  8/7 16/19 23/1 31/7 33/15 34/21 36/10 36/11 36/24 37/20 38/6 38/7 43/19 45/6 48/10 50/14 54/9 57/4 62/17 78/5 78/18 78/21 78/23 89/9 90/2 92/19 94/3 103/6 106/12 106/17 109/7 110/9 110/19 113/14 115/1 132/7 135/14 155/9 162/7 166/25 176/6 177/21 187/3 187/13 190/3 191/1 200/15 200/18 200/18 212/20 215/25 216/1
**whether [62]**  4/11 5/13 5/17 6/24 8/23 9/2 10/5 10/18 11/2 11/15 11/20 25/18 26/9 30/17 51/5 59/2 59/14 60/25 61/5 61/7 63/21 65/24 81/25 83/15 86/14 88/10 90/10 91/25 95/25 103/7 103/10 107/16 108/1 108/17 109/23 111/16 112/17 115/24 120/2

120/20 129/11 134/15 134/16 139/10 139/14 140/11 142/1 142/7 143/18 143/21 144/15 149/13 201/8 205/16 207/17 221/11 225/9 231/22
**which [113]**  4/25 5/22 6/18 7/8 7/12 8/2 8/11 9/17 10/14 11/13 17/14 17/15 18/3 18/16 18/22 19/7 19/13 21/7 21/24 22/16 22/16 22/25 25/7 25/21 26/16 29/13 29/20 29/22 30/2 33/6 33/12 38/1 42/3 42/24 47/16 52/11 55/6 55/7 55/12 56/4 56/10 59/5 59/7 64/24 65/8 73/7 83/4 83/8 83/8 83/12 84/16 92/17 95/23 99/24 102/17 102/24 103/13 103/22 104/12 106/25 108/4 108/9 109/18 110/17 110/21 110/25 112/5 116/3 116/7 116/22 122/9 126/11 128/12 129/5 129/17 133/17 134/1 134/10 135/11 135/21 136/7 145/18 146/6 147/24 153/24 157/20 158/15 159/19 162/23 166/18 168/5 168/23 169/6 169/13 178/13 180/2 183/21 183/25 188/19 188/20 189/10 193/3 194/12 201/14 203/2 207/10 214/21 229/2 233/17 235/22 235/23 238/2 238/12
**while [10]**  50/1 57/20 91/2 91/9 122/24 149/25 160/11 219/15 227/2 231/6
**white [2]**  8/21 185/8
**who [36]**  7/10 36/16 52/2 53/1 55/5 56/17 58/7 60/22 67/1 70/24 71/13 79/15 90/8 97/14 97/25 99/2 99/8 105/16 116/20 117/2 141/22 151/23 164/18 168/12 179/23 190/12 196/6 197/6 197/21 211/13 214/7 214/15 218/1 227/5 229/4 229/8
**who's [6]**  51/21 53/24 90/16 113/16 151/1 151/22
**whole [17]**  15/21 43/15 43/15 68/6 98/7 129/12 154/18 166/12 178/16 197/19 219/10 231/9 233/11 234/22 234/24 235/1 238/11
**whom [1]**  5/5
**whose [2]**  164/12 208/13
**why [39]**  8/22 8/22 32/23 34/8 34/11 38/11 69/23 78/12 80/9 85/9 87/14 106/22 140/9 140/10 163/13 166/20 166/22 171/14 171/24 172/4 175/15 182/1 183/19 194/1 194/4 200/4 207/1 209/16 210/21 222/6 227/16 232/22 233/12 234/3 235/9 235/9 237/23 238/2 238/2
**wider [1]**  186/8
**width [2]**  198/7 199/7
**wife [1]**  132/10
**will [50]**  6/7 6/23 12/20 13/7 13/9 14/23 15/18 15/20 19/20 22/7 23/19 23/25 29/22 38/11 38/5 38/14 49/1 55/21 56/19 103/22 106/2 106/4 111/13

124/3 125/18 125/23 126/9 130/4 130/17 132/12 144/25 145/9 152/1 152/20 154/14 154/17 180/14 181/3 186/12 195/4 209/25 210/2 210/3 210/8 227/3 227/5 235/12
**wind [1]**  150/6
**window [1]**  135/24
**wine [1]**  227/9
**wish [6]**  15/13 118/25 150/14 165/12 170/12 226/18
**wishes [1]**  149/18
**withdraw [1]**  103/2
**withdrawn [2]**  99/21 103/17
**within [18]**  7/6 20/24 60/21 63/5 72/3 72/8 72/9 72/9 79/22 88/20 115/19 116/3 116/3 122/2 129/23 229/21 230/11 238/1
**without [20]**  9/13 13/23 43/10 54/5 56/19 56/20 58/23 103/8 120/19 137/24 138/8 158/6 158/17 159/22 165/22 165/23 182/23 192/9 210/4 226/12
**witness [41]**  4/16 5/16 5/20 6/11 15/13 38/25 43/21 58/15 60/9 60/22 60/23 99/8 111/9 111/9 111/13 111/16 116/10 118/1 118/11 120/1 120/15 122/3 122/4 122/6 122/9 138/23 144/22 149/3 149/10 153/8 170/11 180/21 182/7 183/15 184/11 186/20 218/7 218/10 233/24 234/4 238/9
**witness' [5]**  7/9 111/12 118/4 143/8 237/19
**witnesses [22]**  3/3 5/4 64/10 81/2 81/23 99/8 99/10 99/11 111/7 112/6 114/20 115/4 115/14 117/5 130/11 141/3 177/9 177/18 228/14 228/17 228/19 229/3
**witnesses' [1]**  69/17
**woke [2]**  12/10 75/24
**woken [2]**  66/2 106/3
**woman [16]**  53/1 117/1 180/3 180/4 185/14 186/11 186/13 188/9 189/16 195/8 198/3 198/17 201/14 216/25 220/21 220/23
**woman's [3]**  162/19 197/1 199/10
**women [13]**  113/15 185/21 186/8 194/3 195/4 196/10 196/11 197/21 220/14 220/14 220/15 220/20 220/25
**won't [6]**  144/25 152/10 154/1 217/12 227/12 236/11
**wondered [1]**  208/2
**wondering [1]**  64/5
**Woodlands [2]**  155/21 162/10
**word [6]**  120/22 126/4 161/13 186/13 200/2 225/16
**words [11]**  48/24 49/13 71/15 78/22 95/5 195/22 225/18 225/24 226/3 226/4 226/5
**work [20]**  14/5 23/6 38/17 44/15 46/7 73/10 74/3 106/15 111/2 199/3 200/1 207/12 207/18 208/11 208/13 213/9 213/14 222/25 223/2 232/21

**W**

**workers [1]** 23/1
**working [9]** 45/25 46/5 46/7
 47/1 47/6 94/8 145/24 188/1
 236/20
**works [1]** 236/19
**workshop [3]** 18/21 22/25
 22/25
**workshops [1]** 22/23
**world [2]** 20/22 208/4
**worn [2]** 65/18 66/1
**worse [1]** 163/23
**worth [1]** 32/12
**worthy [1]** 56/18
**would [313]**
**wouldn't [10]** 8/18 95/23
 101/5 102/18 146/4 171/8
 179/22 198/23 200/4 213/14
**wound [1]** 173/8
**Wow [1]** 205/24
**wrap [1]** 103/22
**wrestling [2]** 136/17 137/4
**write [7]** 58/7 200/19 200/25
 205/10 211/22 212/8 213/16
**writing [9]** 79/9 79/15 112/13
 112/14 133/10 133/10 204/3
 212/6 213/10
**writings [1]** 57/22
**written [6]** 56/4 137/21 172/9
 205/22 213/1 213/12
**wrong [13]** 31/5 31/23 32/2
 51/19 69/7 70/4 70/6 70/12
 70/15 71/17 71/19 160/6
 183/21
**wrote [9]** 43/3 43/4 160/19
 197/6 214/8 214/15 221/5
 222/17 222/17

**X**

**x-ray [1]** 60/18
**Xanax [2]** 19/8 37/7

**Y**

**yeah [22]** 11/22 71/22 72/9
 77/7 79/11 109/14 109/14
 114/17 117/7 119/21 124/2
 136/11 141/5 172/10 178/21
 195/25 200/2 205/4 212/16
 232/18 232/23 235/25
**year [15]** 17/4 18/21 22/23
 46/1 47/5 47/6 57/13 171/4
 180/13 180/18 180/19 181/15
 185/8 186/2 227/4
**years [22]** 12/13 22/24 23/20
 23/23 25/2 59/7 111/1 156/13
 163/6 164/5 168/3 171/6
 171/7 180/20 181/18 183/1
 192/3 192/9 192/11 200/9
 221/15 227/6
**yes [211]** 8/12 11/5 15/14
 16/10 18/11 20/24 23/10
 23/13 25/21 27/19 27/22 28/4
 28/9 28/24 29/1 30/4 31/16
 35/14 35/25 39/21 41/16
 43/24 45/1 49/4 50/4 54/6
 55/19 57/6 58/19 58/25 59/8
 59/11 59/20 59/25 61/4 63/1
 65/11 66/4 66/15 66/18 68/25
 69/13 69/16 69/19 70/23
 75/25 76/9 77/1 77/15 77/17
 79/3 79/7 79/8 80/7 80/17

 81/17 81/18 82/2 82/5 82/8
 82/13 84/17 87/6 87/23 88/12
 89/19 93/19 93/24 94/5 97/16
 98/1 98/24 100/11 100/11
 102/5 103/12 104/22 105/21
 109/6 112/19 112/24 114/3
 115/12 117/5 117/18 119/2
 119/19 123/20 124/7 124/14
 126/6 128/24 130/24 131/7
 133/13 133/20 138/16 139/4
 139/7 139/21 140/5 141/16
 141/17 142/9 142/13 142/17
 143/5 143/20 144/21 148/14
 149/1 150/11 150/16 155/11
 156/15 157/10 158/10 158/22
 159/13 160/21 161/12 161/23
 162/17 163/24 164/16 165/6
 165/6 165/18 167/8 167/14
 167/19 167/21 168/19 168/21
 169/2 169/10 170/1 170/10
 170/13 171/3 171/10 172/19
 173/4 173/20 175/2 175/9
 175/17 175/21 176/14 176/15
 176/17 181/1 181/11 181/21
 182/1 182/17 183/12 184/12
 184/22 185/8 185/15 186/22
 187/16 191/5 191/24 192/7
 193/6 193/24 194/25 195/18
 195/21 197/2 198/23 200/24
 201/7 201/25 204/4 204/11
 204/18 205/15 206/3 206/8
 208/16 209/9 209/11 211/14
 211/21 212/7 212/9 215/4
 215/6 215/20 216/14 218/19
 221/9 221/22 222/18 225/11
 225/13 225/15 228/16 229/16
 229/22 230/9 236/7 237/14
 237/20
**yeses [1]** 81/18
**yesterday [5]** 28/14 115/19
 149/14 226/23 229/23
**yet [4]** 31/12 94/7 151/21
 167/18
**you [1034]**
**you'll [9]** 13/3 39/12 111/14
 123/23 123/24 124/18 129/8
 173/11 239/7
**you're [89]** 15/19 20/7 26/14
 28/22 31/17 31/20 33/18
 34/24 35/19 35/21 35/23 36/7
 38/18 45/5 48/2 48/17 49/5
 49/13 49/21 54/2 54/19 57/24
 59/21 62/10 65/6 65/24 66/2
 66/23 67/1 69/5 70/9 73/14
 73/17 75/16 78/10 79/5 79/8
 80/9 86/17 86/17 87/7 87/12
 92/15 94/17 94/19 95/24 96/7
 99/2 100/20 100/20 107/2
 108/24 110/10 111/5 113/13
 121/1 122/13 123/24 124/6
 130/6 130/13 131/3 135/14
 138/14 138/22 141/24 141/24
 141/25 154/2 154/16 162/18
 170/2 173/17 183/8 184/19
 188/12 195/7 206/4 210/8
 214/18 218/9 222/1 224/6
 234/5 235/15 235/15 235/16
 236/20 238/4
**you've [37]** 27/23 28/2 28/25
 35/5 36/5 37/1 37/23 41/12
 54/17 63/14 66/16 69/11

 73/17 74/9 81/6 86/11 88/2
 92/14 94/13 99/20 125/21
 126/1 156/7 165/10 169/16
 170/4 171/6 177/5 179/11
 186/5 188/6 188/7 207/17
 209/6 217/20 223/20 239/3
**you-all [3]** 91/11 150/1
 236/25
**young [3]** 117/1 191/10 220/14
**your [341]**
**your Honor [1]** 229/10
**yourself [6]** 15/24 16/8 70/3
 154/20 155/4 163/22