```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF TEXAS
 2                         HOUSTON DIVISION

 3   JAMIE LEIGH JONES,             .
     PLAINTIFF,                     .
 4                                  . H-07-CV-2719
           v.                       . HOUSTON, TEXAS
 5                                  . JUNE 28, 2011
                                    . 8:30 A.M.
 6   HALLIBURTON COMPANY D/B/A      .
     KBR KELLOGG BROWN & ROOT       .
 7   (KBR); KELLOGG BROWN & ROOT    .
     SERVICES, INC.;                .
 8   DEFENDANTS.                    .
     . . . . . . . . . . . . . .    .
 9

10                    TRANSCRIPT OF JURY TRIAL
                 BEFORE THE HONORABLE KEITH P. ELLISON
11                 UNITED STATES DISTRICT JUDGE

12
     A P P E A R A N C E S:
13
     FOR THE PLAINTIFFS:
14
           Lannie Todd Kelly
15         Heidi Olsen Vicknair
           The Kelly Law Firm PC
16         One Riverway
           Suite 1150
17         Richmond, Texas 77056

18         Ron Estefan
           Attorney at Law
19         One Riverway
           Suite 1150
20         Richmond, Texas 77056

21         Stephanie Marie Morris
           The Law Office of Stephanie M. Morris, PLLC
22         27 S. Darington Street
           West Chester, Pennsylvania 19382
23

24   Proceedings recorded by mechanical stenography, transcript
     produced by computer-aided transcription.
25                            - - - - -
```

```
 1   A P P E A R A N C E S:   (Continued)

 2   FOR DEFENDANT KBR:

 3        Joanne Vorpahl
          Susan Cates
 4        Blake Runions
          Stephanie Holcombe
 5        Daniel K. Hedges
          Porter & Hedges
 6        1000 Main Street
          36th Floor
 7        Houston, Texas 77002

 8   FOR DEFENDANT CHARLES BORTZ:

 9        Andrew T. McKinney, IV
          Sharon Cullen
10        Brandon Mullen
          McKinney Cooper LLP
11        Three Riverway
          Suite 500
12        Houston, Texas 77056

13   OFFICIAL COURT REPORTER:

14        Cheryll K. Barron, CSR, CM, FCRR
          U.S. District Court
15        515 Rusk Street
          Houston, Texas  77002
16

17                         - - - - -

18

19

20

21

22

23

24

25
```

1                          <u>INDEX</u>

2                                                      <u>PAGE</u>

3    <u>WITNESSES</u>

4    Gabriel Andino

5        Direct Examination by Mr. Estefan              4

6        Cross-Examination by Ms. Vorpahl              60

7        Redirect Examination by Mr. Estefan           98

8        Recross-Examination by Ms. Vorpahl           104

9    William Goodgine, by Video

10       Excerps Presented by Defendants              106

11       Excerpts Presented by Defendants             107

12   Michael Ciaravino

13       Direct Examination by Mr. Kelly              108

14       Cross-Examination by Mr. Hedges              135

15       Cross-Examination by Ms. Cullen              151

16       Redirect Examination by Mr. Kelly            155

17                       - - - - -

18

19

20

21

22

23

24

25

```
 1                          P R O C E E D I N G S
 2        (Jury present)
 3               THE COURT:  Please be seated.
 4                   All right.  You ready to resume?
 5               MR. ESTEFAN:  Yes, your Honor, if I may, please.
 6               THE COURT:  Yes.
 7               MR. ESTEFAN:  Plaintiff would call to the stand
 8   Mr. Gabriel Andino.
 9               THE COURT:  Mr. Andino.
10               MR. ESTEFAN:  I hope I said that right, Mr. Andino.
11               THE WITNESS:  Yes.
12               THE COURT:  You know the drill by now.
13               THE WITNESS:  Yes, your Honor, I do.
14               THE COURT:  Okay.  Make your way forward.
15               THE CASE MANAGER:  Do you solemnly swear the testimony
16   you're about to give in the matter now before the Court will be
17   truth, the whole truth, and nothing but the truth?
18               THE WITNESS:  Yes, ma'am, I do.
19               THE COURT:  You may inquire.
20               MR. ESTEFAN:  Thank you, your Honor.
21               GABRIEL ANDINO, DULY SWORN, TESTIFIED:
22                         DIRECT EXAMINATION
23   BY MR. ESTEFAN:
24   Q.  Ready?
25   A.  I believe so, yes, sir.
```

08:33   1    Q.  Good morning.

        2    A.  Good morning, sir.

        3    Q.  Would you state your name, please, sir.

        4    A.  My full name is Gabriel Jose Andino.

08:33   5    Q.  Mr. Andino, of all the people that KBR could have chosen to

        6    represent its company at this trial, they chose you.  You

        7    understand that, right?

        8    A.  Yes, I do.

        9            THE COURT:  Maybe the jury doesn't.  In a case that

08:33  10    involves a claim against a corporation, typically the

       11    corporation is asked to select one person who will attend the

       12    trial and be the spokesman for the corporation in the

       13    courtroom.  Everybody understand that?

       14    BY MR. ESTEFAN:

08:33  15    Q.  If you need a drink, Mr. Andino, please --

       16    A.  Appreciate that.  Thank you.

       17    Q.  So, for our purposes during this trial, you are KBR.  Is

       18    that correct?

       19    A.  Yes, sir, that's correct.

08:34  20    Q.  Let's talk about KBR generally.

       21    A.  Yes, sir.

       22    Q.  Okay?

       23            KBR makes its own rules about how it runs itself,

       24    true?

08:34  25    A.  That is true, sir.

08:34  1    Q.  And it doesn't get any input from people like Jamie or any
2    other person who's applying for a job to work at KBR.  Isn't
3    that right?
4    A.  I think that's a relatively accurate statement, sir.
08:34  5    Q.  Okay.  Additionally, KBR literature, which I believe you're
6    familiar with, says, "Our people are our greatest asset."
7             You've seen that before, haven't you?
8    A.  I've seen that and I've heard it many times, yes, sir.
9    Q.  Yes, sir.  I think it says, "Our people are our most
08:34  10   important asset."
11            Maybe I misstated that.  Is it "our most
12   important asset"?
13   A.  I've heard it different ways; but, in essence, our people
14   are our most important resource and assets, yes, sir.
08:34  15   Q.  Yes, sir.  And you agree with that statement, don't you?
16   A.  I do.
17   Q.  KBR sends all its employees to an orientation program right
18   here in Houston, up at Greenspoint Mall, don't they?
19   A.  For deployment to the Middle East.
08:35  20   Q.  Overseas.
21   A.  Yes, sir.
22   Q.  Yes.  And can you describe for us what happens during an
23   orientation?  Is it one big room with a bunch of tables in it,
24   or what does the room look like?
08:35  25   A.  Within the Green Zone, it is one very large room

08:35  1   compartmentalized for different efforts that go on

       2   simultaneously so that, if you have to do a medical screening,

       3   you have the privacy related to that; if you have to do a

       4   briefing of an administrative nature, you have an area to do

08:35  5   that.

       6            We have an area where the employees -- or the

       7   candidates, I should say, that are going through that process

       8   have a place to sit and eat and drink coffee or water or

       9   whatever.  So -- but it's a very large area.

08:35 10   Q.  And I understand that -- how long is this program, the

      11   orientation?

      12   A.  Basically, it's a week long.

      13   Q.  I understand there's a lot of stuff going on there.

      14   There's, I think, HazMat training.  We've heard about that?

08:36 15   A.  That's correct.

      16   Q.  And there's some other kind of safety training.  I'm not

      17   sure what all; but can you maybe enlighten us a little bit

      18   about that, please?

      19   A.  There's all sorts of training that takes place.  Part of it

08:36 20   is related to safety and the wellbeing of employees so that

      21   they know the hazards with a particular area that they're going

      22   into.  Part of it is administrative in nature so that they

      23   understand the proper procedures; for example, in filling out

      24   their time sheet.

08:36 25            Part of it is, as Mr. Estefan said, related to

08:36   1    HazMat so that they know how to, you know, don their what we

        2    call "PPE," personal protective equipment gear if necessary.

        3    Q.   Thank you, Mr. Andino.   And along with the training,

        4    there's other stuff that comes along, which is the presentation

08:37   5    of a bunch of documents, some of which they sign?

        6    A.   Correct.

        7    Q.   And some of which they're given, like the Code of Business

        8    Conduct, right?

        9    A.   Yes, sir.

08:37  10    Q.   And the Code of Business Conduct is KBR's rules for

       11    acceptable behaviors at work?

       12    A.   Correct, acceptable and unacceptable behavior.

       13    Q.   Well, that was my next question.   It also outlines the

       14    behaviors that aren't acceptable.

08:37  15    A.   Yes, sir.

       16    Q.   True?

       17               So, KBR employees leave the orientation knowing

       18    what the rules are.   That's a fair statement, isn't it?

       19    A.   At least they should be familiar with it by the time they

08:37  20    leave.   It shouldn't be unknown to them, yes, sir.

       21    Q.   Yes, sir.   In fact, if they want to work for KBR and be

       22    deployed overseas, this orientation and this training they're

       23    going through is mandatory?

       24    A.   Yes, it is, sir.

08:37  25    Q.   It's also mandatory for employees to sign all the KBR

08:38   1   forms?

2   A.   Correct.

3   Q.   And initial where they're told?

4   A.   Yes, sir.

08:38   5   Q.   It's not as though the employee can cross out some part of

6   the employment agreement and say, "I don't really agree with

7   that."   They can't cross it out, initial it, and say, "I don't

8   want that in my contract or my agreement."   They can't do that,

9   can they?

08:38   10   A.   I've never seen that happen, no, sir.

11   Q.   So, employees sign the KBR employment contract, among other

12   things, just as KBR prepares it?

13   A.   Yes, sir.

14   Q.   All right.   KBR designed the employment contract in a way

08:38   15   to protect itself to the fullest possible extent.   Isn't that

16   true?

17   A.   I don't know that that's the primary reason, but I know

18   that the policies are set so that it protects the company and

19   the employees.

08:38   20   Q.   Well, for example, KBR's employment contract has an

21   arbitration clause in it, doesn't it?

22   A.   Yes, sir.

23   Q.   And that's in every KBR employment contract, right?

24   A.   I don't know that to be true.   I know that I have at times

08:39   25   signed contracts within the company, that have the arbitration

08:39  1   clause; but I don't know that it's for every contract.

2   Q.  And it's for the arbitration of all employment related

3   disputes.  That's what that arbitration clause pertains to,

4   doesn't it?

08:39  5   A.  Yes, sir.

6   Q.  Why does KBR not want its people, it's so-called most

7   important asset, why doesn't KBR want them to have their day in

8   court?

9   A.  I think the intent is to have a process where employees can

08:39  10  voice their concerns through the arbitration process as opposed

11  to, as you said, a day in court.

12  Q.  Well, is it just possible that KBR has a more important

13  asset than its people?  Maybe its money?

14  A.  I would not state that, no, sir.

08:39  15  Q.  KBR doesn't allow its employees to opt out of the

16  arbitration clause in the contract, do they?

17  A.  I don't believe that that's an option; but I don't know

18  that for sure, sir.

19  Q.  Well, if arbitration was good for the employee, why not

08:40  20  give the employee the option of opting out of arbitration or

21  going to arbitration, as the employee chooses?

22  A.  I can't answer that on behalf of the company.

23  Q.  Well, let's talk about enforcing KBR policies and rules.

24  KBR and only KBR can decide whether or not it will enforce its

08:40  25  rules, true?

08:40   1   A.  Yes, sir.

2   Q.  Employees can tell KBR management about rule violations;

3   but the employees have no authority to enforce the rules, do

4   they?

08:40   5   A.  I think all of us, as employees, have the responsibility to

6   enforce the rules to the extent of our position within the

7   company and our responsibility as employees.

8   Q.  To enforce the rules, you first have to know what the rules

9   are.  That's a fair statement, isn't it?

08:41   10  A.  Of course.

11  Q.  I mean, you can't enforce a rule you don't know about --

12  A.  I understand.

13  Q.  -- right?

14          KBR rules are the same everywhere; one set of

08:41   15  rules for all KBR employees, right?

16  A.  By and large, that's a true statement.  We do have some

17  exceptions.

18  Q.  Okay.  Can you think of any exceptions?

19  A.  We did have an exception within the Green Zone when it came

08:41   20  to alcohol, initially while I was there.  And later that policy

21  was changed.

22  Q.  And, actually, you changed that policy?

23  A.  I did, sir, yes, sir.

24  Q.  And that change was made after Jamie's assault.

08:41   25  A.  Yes, it was.

08:41  1   Q.  And it was because of Jamie's assault.

2   A.  That is not a true statement, sir.

3   Q.  Okay.  If KBR has rules but chooses not to enforce them,

4   that sends a clear and direct message to all employees, doesn't

08:41  5   it?

6   A.  I would think that if we did not enforce our rules, it

7   would send a message to our employees, yes, sir.

8   Q.  What message does it send?

9   A.  It wouldn't be a good message, in my opinion.  I think the

08:42  10  rules are intended to be enforced, and our company does that.

11  Q.  Always?

12  A.  I like to think that we do.  We're not perfect, by no

13  means.

14  Q.  No, I don't think anybody expects anybody or a company to

08:42  15  be perfect.  I think that's an unreasonable standard.

16          Why even have a rule, Mr. Andino, if you're not

17  going to enforce it?  I mean, is it just so KBR can avoid

18  responsibility when something bad happens, by saying, "Look, we

19  have a rule against that"?

08:42  20  A.  What's the question, sir?

21  Q.  Why even have a rule if you're not going to enforce it?  I

22  mean, is it just that KBR --

23  A.  We had rules, and we enforced them.

24  Q.  Right.  But those rules are something you guys can show

08:42  25  anybody who says, "Oh, you're going to get in trouble."

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:42  1              "Oh, no, we had a rule.  We had a rule."

2    A.  I don't believe that's the purpose of the rules we had in

3    place, no, sir.  We had a reason to have rules.  It was for the

4    benefit of our employees, for the wellbeing of our employees;

08:43  5    and we enforce them.

6    Q.  Were any of those rules for the benefit and wellbeing of

7    KBR?

8    A.  If we talk specifically to a rule, we could argue that

9    point.  But by and large, I think the company -- as an equal

08:43  10   employment opportunity type company, I believe we do care for

11   our people.  And by virtue of our policies and procedures and

12   our leadership, we show that.

13   Q.  Let's talk about now what KBR knows and what candidates

14   don't know.

08:43  15   A.  Yes, sir.

16   Q.  Okay?  KBR knows or should know the rules that it creates

17   for itself, fair?

18   A.  Yes, sir.

19   Q.  KBR knows whether or not it has chosen to enforce those

08:43  20   rules?

21   A.  Of course.

22   Q.  -- right?

23            KBR knows what's happening on the ground, so to

24   speak, you know, out in the camps in the Middle East and stuff,

08:43  25   with regard to its rules and the enforcement of those rules;

_Cheryll K. Barron, CSR, CM, FCRR_                    _713.250.5585_

08:44   1   KBR knows that, right?

2   A.   Right.

3   Q.   Before working for KBR, a candidate doesn't know KBR's

4   rules, fair?

08:44   5   A.   Unless they worked with us before, I would not expect them

6   to know that, no, sir.

7   Q.   And someone applying for a job at KBR does not know and

8   cannot find out whether or not KBR chooses to enforce its own

9   rules, can they?

08:44   10   A.   Okay.

11   Q.   I mean, is that a fair statement?

12   A.   I think that's a fair statement.

13   Q.   And this person cannot make KBR enforce its own rules,

14   true, this candidate?

08:44   15   A.   If they're not an employee, I don't think they have much of

16   a say in the matter.  Once they become an employee, I do think

17   they have a say in the matter.

18   Q.   A person cannot find out on his or her own what's really

19   happening on the ground at the KBR camps.  One of these

08:44   20   candidates who's applying for a job with KBR can't possibly

21   know what's happening in the camps, can they?

22   A.   It depends on what level of detail we're talking about.  I

23   mean, the work that we do in places such as Iraq and

24   Afghanistan is very common knowledge.  Among the world, for

08:45   25   that matter, in the news, what's going on is told on a daily

08:45 1    basis.

2              So, as far as what's going on in camps, I think

3    that is -- depends to what extent we're talking about, what

4    knowledge we're talking about the employee would want to know,

08:45 5    or the candidate would want to know.

6    Q.   Things like whether KBR enforces it rules with regard to

7    health or safety, things like that, a candidate has no way to

8    find that out independently from what KBR tells them.  Isn't

9    that true?

08:45 10   A.   To some extent, I think that's fairly accurate, sir.

11   Q.   Hence, the candidate has to rely on what KBR's

12   representation of that is.  Isn't that a fair statement?

13   A.   That's a true statement, yes, sir.

14   Q.   If KBR chooses to not tell a candidate the truth about

08:45 15   important things, such as things that affect the applicant's

16   health or safety, and the applicant relies on KBR's

17   representation or KBR's silence as to that rule, KBR is

18   committing fraud on that applicant.  Isn't that true?

19             MS. VORPAHL:  Your Honor, I'm going to object.  First

08:46 20   of all, it calls for a legal conclusion.  Secondly, he's gone

21   outside the scope of his pleadings.

22             May we approach?

23      *(At sidebar with all counsel)*

24             MS. VORPAHL:  The only thing that he's pled is fraud

08:46 25   by omission.  So, I'm not going to let him sit and talk about

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

08:46  1    any other variety of fraud.  And his question asked about more
       2    than just fraud by omission, and I'm not going to let it be
       3    tried by consent.
       4              MR. McKINNEY:  Also, Judge, it's argumentative --
08:47  5              MS. VORPAHL:  And it calls for legal conclusion.
       6              MR. McKINNEY:  -- assumes facts not in evidence.  It
       7    assumes that they have proved their case and assumes now
       8    that -- he says, "Since we've proved our case, don't you agree
       9    that you committed fraud?"  That's not a proper question to a
08:47  10   fact witness.
       11             THE COURT:  Your response?
       12             MR. ESTEFAN:  This is KBR.  Fraud in the inducement to
       13   enter the employment contract and fraud in the inducement to
       14   arbitrate are two of the theories that we are establishing
08:47  15   proof of, your Honor.
       16             MS. VORPAHL:  By omission is the only way that you
       17   have alleged it.
       18             MR. McKINNEY:  How can there be fraud on the
       19   arbitration?  It's in the contract.  Every adult who signs a
08:47  20   contract is conclusively presumed to have read the contents of
       21   the contract.  If it's in the contract, it can't possibly be
       22   fraud.
       23             THE COURT:  You all make good points.
       24                  I think you've covered everything you need to
08:47  25   cover with this witness.  I would suggest we move on.  I really

08:47   1   think you made your point.

2        MR. ESTEFAN:  I intend to move on, your Honor.

3   *(In open court)*

4   BY MR. ESTEFAN:

08:48   5   Q.   Okay.  Mr. Andino, I want to go back to KBR's options.

6   A.   Yes, sir.

7   Q.   Okay?

8        KBR could choose to inform, truthfully, its

9   candidates, could it not?

08:49  10   A.   I believe that's what we do, yes, sir.

11   Q.   All right.  And an example of that on something like sexual

12   harassment might be the way that some college campuses do it,

13   where they, for example, provide statistics on sexual assault

14   to people who are applying to that college.  KBR could do that,

08:49  15   couldn't they?

16   A.   I suppose that's an option, yes, sir.

17   Q.   And that way, a person thinking about coming to work for

18   KBR could make an informed decision about whether they wanted

19   to work for that company, fair?

08:49  20   A.   Yes, sir.

21   Q.   That's not unreasonable, is it?

22   A.   I think that's just -- that's one approach to making that

23   information known.

24   Q.   Well, KBR informs applicants about other risks.  Like when

08:49  25   they go into the Green Zone or into the Middle East, they

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:49  1   inform them about things like mortars and IEDs and insurgent
       2   attacks and things like that, right?
       3   A.  We do, yes, sir.
       4   Q.  And, so, why does KBR disclose these risks, those risks
08:50  5   I've just talked about and things like it, to the applicants?
       6   A.  Because of the environment we're in, that is something that
       7   is likely to occur.
       8   Q.  And these risks are outside risks, you know, from people
       9   other than KBR.  So, that would not obviously expose KBR to any
08:50 10   liability, would it?
      11        MS. VORPAHL:  Your Honor, objection, calls for a legal
      12   conclusion.  I don't believe this witness can answer that.
      13        THE COURT:  Yeah.  I think that does go outside the
      14   area of this witness' competence.  Let's ask another question.
08:50 15   BY MR. ESTEFAN:
      16   Q.  Well, in fact, telling employees about outside risks and
      17   not telling them about inside risks is more dangerous to those
      18   employees, isn't it?
      19   A.  I believe we tell employees about all risks in general.  We
08:50 20   don't necessarily distinguish between outside and inside.
      21   Inside risk could be something as basic as insurgents attack,
      22   which is something that unfortunately has occurred -- or it had
      23   occurred early during the war in Iraq.  So, to my knowledge, we
      24   don't distinguish between outside and inside.
08:51 25   Q.  Well, if they're led to believe, if candidates are led to

08:51  1    believe that you've told them about all the risks since you

2    went to the trouble of telling them about the outside risks,

3    some of the risks, then they let their guard down with respect

4    to the inside risks.  Isn't that fair?

08:51  5    A.  I don't think that's a correct statement in the context of

6    our environment in such as places in Iraq or Afghanistan.

7    Q.  Okay.

8    A.  We don't let our guard down when we're inside a camp, as

9    you stated.

08:51  10    Q.  Yes, sir.  You're employed by KBR?

11    A.  Obviously.

12    Q.  How long have you worked for KBR?

13    A.  It will be 20 years in August, sir.

14    Q.  In July of 2005, what was your position with KBR?

08:52  15    A.  I was the project manager for what we call -- called at the

16    time Task Order 49, which was United States Mission Iraq in

17    support of the Department of State.

18    Q.  So -- wow, that's a lot.  But I think, from that, what I

19    take is "in support of the Department of State" means your

08:52  20    client, KBR's client, where you work, is the Department of

21    State?

22    A.  No.  The client was the United States Army.  The customer

23    was the Department of State.

24    Q.  Okay.  How -- is the Department of State somehow part of

08:52  25    the army?  Is that how they became the customer?

08:52  1    A.  No.  Under the umbrella of the -- what we have come to know

2    as the LOGCAP mission, there were several different task orders

3    issued, depending on the customer.  One of the customers was

4    the Department of State.  Another customer could have been

08:53  5    Coalition Forces.  So, it was just a way of segregating support

6    to different customers.

7    Q.  Understood.  Thank you, Mr. Andino.

8                  As the project manager for -- and I believe you

9    said it was -- was it Camp Hope or was it LOGCAP III?

08:53  10   A.  No.  We called it -- USMI was the acronym that we went by,

11   United States Mission Iraq, which I know is somewhat of a

12   misnomer; but it was in support of the Department of State.

13   Q.  As the project manager, you were responsible for the safety

14   of all KBR employees on the project, true?

08:53  15   A.  I believe that's one of my primary responsibilities, was

16   the safety and wellbeing of our employees, yes.

17   Q.  Would you agree, Mr. Andino, that having a rule that's not

18   enforced is worse than having no rule at all?

19   A.  I would believe that's true, yes, sir.

08:53  20   Q.  Why is that, sir?

21   A.  Well, if you have a rule and you don't enforce it, it sends

22   a message to your employees that you don't believe in that

23   rule.

24   Q.  Could it encourage other employees to say, you know, "I

08:54  25   know there's a law against speeding, but the cops aren't

08:54  1    pulling me over; so, I'm going to speed," for an analogy?

2    A.   I think some employees could interpret it that way, take

3    that position.

4    Q.   While you were the project manager at Camp Hope, KBR had a

08:54  5    security department there.  Isn't that true?

6    A.   We did have a security department, yes, sir.

7    Q.   And the main responsibility of KBR's security department

8    was the safety and wellbeing of the employees?

9    A.   Correct.

08:54  10   Q.   Now, it's important for you, in your position of project

11   manager, to know KBR policies and procedures, isn't it?

12   A.   At least be aware of them.

13   Q.   KBR had a zero tolerance policy on drugs, right?

14   A.   We would not tolerate drugs as -- as -- yes.

08:54  15   Q.   Except for alcohol, which you've explained there was --

16   that rule --

17   A.   Well, no.  With regards alcohol, we would not tolerate

18   alcohol in the workforce during -- you know, during the work

19   day.

08:55  20   Q.   Yes, sir.  But there was a thing called General Order

21   Number 1.

22   A.   There was.

23   Q.   And that was a "no alcohol within the camp," right?

24   A.   Well, I think it's important to understand the greater

08:55  25   context of General Order Number 1.

*Cheryll K. Barron, CSR, CM, FCRR*                         *713.250.5585*

08:55   1   Q.   Please enlighten us.

        2   A.   It was something established by the military --

        3   Q.   Yes, sir.

        4   A.   -- for all forces within Iraq.  But within the Green Zone,

08:55   5   which was, you know, a small city of sorts where the Department

        6   of State was located, along with force headquarters, military

        7   force headquarters, that General Order Number 1 with regards to

        8   alcohol was an exception policy.

        9   Q.   Okay.  So, let me just see if I can get this straight.  If

08:55  10   you worked for KBR in the Green Zone, it was okay during

       11   non-working hours to consume alcohol?

       12   A.   As with the rest of the people within the Green Zone, yes,

       13   sir.

       14   Q.   Even the military?

08:56  15   A.   Yes, even the military.

       16   Q.   Okay.  KBR also has had a zero tolerance policy with regard

       17   to sexual harassment, right?

       18   A.   Yes, sir.

       19   Q.   KBR also had policies prohibiting cohabitation, right?

08:56  20   A.   We would not allow cohabitation.

       21   Q.   Right.  And you heard Mr. Kara Hall testify from that seat

       22   that cohabitation, which is spending the night in a place other

       23   than your own bed, with someone else, is a termination offense?

       24   A.   I heard Mr. Hall say that, yes, sir.

08:56  25   Q.   Do you agree with that?

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

08:56   1   A.   I do.

2   Q.   KBR also has policies prohibiting relationships between

3   supervisors and subordinates, right?

4   A.   That is true.  We do not tolerate that.

08:57   5   Q.   And you've learned, Mr. Andino, through your training,

6   education, and experience that people act differently away from

7   home than they do at home, right?

8   A.   Through my experience, I have seen that in some employees,

9   yes, sir.

08:57   10   Q.   And you're familiar with the barracks at Camp Hope, aren't

11   you?

12   A.   I am.

13   Q.   Some of the walls in the rooms don't go all the way up to

14   the ceiling.  Isn't that true?

08:57   15   A.   My recollection is that they did not go up completely to

16   the walls, yes, sir.

17   Q.   And you would agree --

18   A.   But I've heard --

19   Q.   I'm sorry.

08:57   20   A.   -- during this trial that some folks recall it going to the

21   wall.  So, it may have been different than the walls we're

22   talking about.

23          THE COURT:  You mean the ceiling?

24          THE WITNESS:  Right, going to the ceiling.  Thank you,

08:57   25   Judge.  The walls going to the ceilings, yes, sir.

*Cheryll K. Barron, CSR, CM, FCRR*          *713.250.5585*

08:57  1    BY MR. ESTEFAN:

2    Q.  A company should not punish people who report sexual

3    harassment, right?

4    A.  We do not retribute against employees that report sexual

08:58  5    harassment.

6    Q.  I mean, if you did, that would be retaliation, right?

7    A.  Correct.

8    Q.  Punishing people who report sexual harassment would tend to

9    reduce the reporting of sexual harassment, true?

08:58  10   A.  I believe that's a true statement, yes, sir.

11   Q.  And the same goes for sexual assault?

12   A.  I believe that's a true statement, yes, sir.

13   Q.  Now, the KBR zero tolerance policy on sexual harassment was

14   not enforced, was it?

08:58  15   A.  I believe we enforce all our policies, including sexual

16   harassment.

17        MR. ESTEFAN:  May I have, Bill, please -- I'm going to

18   need Ms. Loewe to turn the screen -- Exhibit 2.  These are

19   all -- I think they're attachments to his deposition, which

08:58  20   have been -- they're plaintiffs' --

21        MS. VORPAHL:  I don't have that.

22        MR. ESTEFAN:  I'll show it to you.

23        MS. VORPAHL:  It's your Exhibit Number 2.

24        MR. ESTEFAN:  Our Exhibit Number 2.

08:59  25        Don't put it up yet until they see it.

09:00  1          MS. VORPAHL:  I have it, Ron.  I'm sorry if you're

2      waiting on me.

3          MR. ESTEFAN:  That's all right.  I wanted to let you

4      know I'll be using 2, 3, 4, and 5.  Okay?

09:00  5          MS. VORPAHL:  You're going to ask about 2 first?

6          MR. ESTEFAN:  2 is now, whenever you're ready.

7          MS. VORPAHL:  Good.  I am certainly ready.

8          MR. ESTEFAN:  Would you please put it up, Bill?

9              I don't know.  Is there any objection?

09:00  10         MS. VORPAHL:  No, there's no objection.

11         MR. ESTEFAN:  I guess it's now 80 -- mark it 84.  Is

12     that our next number?

13         MS. VORPAHL:  Okay.  This is going to be

14     Plaintiffs' 84?

09:00  15         MR. ESTEFAN:  Plaintiffs' 84, yes.

16         MS. CATES:  Why wouldn't you leave it Exhibit 2?

17         MR. ESTEFAN:  Well, because it was a plaintiff only

18     exhibit and it hadn't been admitted yet.  So, we can leave it 2

19     if --

09:00  20         MS. CATES:  Let's just leave them --

21         MS. VORPAHL:  That's certainly what we've done with

22     ours, is just leave them -- whatever number.

23         MR. ESTEFAN:  Okay.  Plaintiffs' 2 then is offered.

24         MS. VORPAHL:  No objection.

09:01  25         *(Sotto voce discussion between Mr. Estefan and case manger)*

09:01   1          MR. ESTEFAN:  Could you turn it to the third page of

        2   that exhibit, please?

        3          MS. VORPAHL:  Does the witness understand where he's

        4   supposed to go?

09:01   5          THE WITNESS:  I don't.

        6          MR. ESTEFAN:  May I approach the witness, your Honor?

        7          THE COURT:  You may.

        8          THE WITNESS:  Tab 3 you said?

        9          MR. ESTEFAN:  No, sir, Tab 2.  May I see the outside

09:02  10   of the binder, Mr. Andino?

       11          Yes.  So, it's plaintiffs' and it's Tab 2 and

       12   it's this e-mail right here and I'm on the last page of that,

       13   sir.

       14          THE WITNESS:  Thank you, sir.

09:02  15   BY MR. ESTEFAN

       16   Q.  And if you could -- is that the third page of 3?

       17   A.  Yes.  Yes.

       18   Q.  Okay.

       19          MR. ESTEFAN:  And if you could blow this section up

09:02  20   right here in the middle, this paragraph below -- there you go,

       21   right there.

       22          Thank you, Bill.

       23   BY MR. ESTEFAN:

       24   Q.  This is an e-mail, as you can see --

09:02  25   A.  Yes, sir.

                    Cheryll K. Barron, CSR, CM, FCRR                    713.250.5585

09:02    1    Q.   -- Mr. Andino, that originates from, I believe, Anthony

         2    Bryant?

         3    A.   Correct, sir.

         4    Q.   To Remo Butler and Daniel Maguire.  And the actual date of

09:03    5    the e-mail is a little above it, and can you see that on there?

         6    A.   Yes, sir.

         7    Q.   July -- July 5th, 2005?

         8    A.   Yes, sir.

         9    Q.   And in this e-mail, Mr. Bryant is reporting that an

09:03   10    employee, Mr. King, has, I believe in his words, "gone

        11    overboard again"?

        12    A.   Yes, sir.

        13    Q.   Who is Remo Bryant?

        14    A.   Remo Bryant was the Iraq project manager, my immediate

09:03   15    boss.

        16    Q.   Okay.  So, it says here that, "Craig King, USMI

        17    maintenance, has gone overboard again.  Gabe already has a copy

        18    and I believe is taking steps to correct this."

        19              And that Gabe that they refer to there, that's

09:03   20    you?

        21    A.   Yes, sir.

        22    Q.   And then it says, "Craig has really crossed the line here.

        23    His actions go way beyond simple sexual assault.  They

        24    disgustingly border upon criminal."  Do you see that?

09:04   25    A.   I do.

09:04  1    Q.  So, by the time this e-mail was sent on July 5th, you
       2    already had -- July 5th, 2005, that is, you already had notice
       3    of Mr. King?
       4    A.  Yes, sir.
09:04  5    Q.  And what his actions were, right?
       6    A.  I did.
       7    Q.  All right.
       8         MR. ESTEFAN:  And then I would like to go to
       9    Exhibit 2, please.  This is Plaintiffs' -- I think it would be
09:04  10   3.  I'm sorry --
       11        MS. VORPAHL:  Different exhibit.  Okay.
       12        MR. ESTEFAN:  I'm sorry, Plaintiffs' Exhibit 3.
       13   BY MR. ESTEFAN:
       14   Q.  Which is the next tab over.
09:04  15   A.  Tab 3?
       16   Q.  Yes, sir.
       17   A.  Yes, sir.
       18        MR. ESTEFAN:  Could you blow that up for us, the text
       19   where it says -- from the "from" line and down to the --
09:05  20   Mr. Andino's name there, all the way from the "from" line at
       21   the top, Bill, so we see who it's from, please.
       22   BY MR. ESTEFAN:
       23   Q.  So, this is an e-mail from you?
       24   A.  Yes, sir.
09:05  25   Q.  And this was actually sent six days before Jamie arrived in

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

09:05    1    Iraq, July 19th, 2005, right?

         2    A.   The e-mail was sent July 19th, yes, sir.

         3    Q.   Yes, sir.  And on that date you were writing to Ron

         4    Boutwell.  And, so, I guess we need to know who Ron Boutwell

09:05    5    is.  Can you tell us who he is, please?

         6    A.   Absolutely.  He was my human resources manager.

         7    Q.   Would he be in charge of, for example, Ms. Armstrong, who

         8    we heard testify yesterday by videotape?

         9    A.   Ms. Armstrong worked for Mr. Boutwell, yes, sir.

09:06   10    Q.   So, in this e-mail, if you read down, it says, "While in

        11    both cases there were no witnesses that affirmed the

        12    harassment, I reminded Craig what sexual harassment is and how

        13    the company views this" --

        14             THE COURT:  Slowly, slowly.

09:06   15    BY MR. ESTEFAN:

        16    Q.   -- "and how the company views this.  I also suggested that

        17    he refrain from situations that may lead to another harassment

        18    type scenario."  Right?

        19    A.   Yes, sir.

09:06   20    Q.   Now, when Mr. King was complained about, he was not fired

        21    and he remained a KBR employee.  Isn't that true?

        22    A.   That's correct, sir.

        23    Q.   And do you recall on another occasion Tony Bryant telling

        24    you about a woman who had been sexually harassed and she was

09:07   25    afraid to come forward and report it?

09:07  1    A.  I believe we're talking about the same employee, sir.

2    Q.  Okay.  Well, that would be under Tab -- I guess what would

3    be 4 there, perhaps.

4                 I'm sorry.  It might be 5.  I'm one off between

09:07  5    the deposition -- it's the one that's on the KBR letterhead and

6    it starts off with Ms. Tinova.

7    A.  Shqipe Tinova.

8                 MS. VORPAHL:  Your Honor, may we approach?  I mean, if

9    he's going into Exhibit 5, it's not only hearsay but hearsay

09:07  10   within hearsay.

11                THE COURT:  Let's approach.

12                MS. VORPAHL:  Thank you.

13        (At sidebar with all counsel)

14                MS. VORPAHL:  This is the exhibit.  And it is this

09:07  15   woman's out-of-court statement, and it contains statements that

16   Craig King supposedly made.  He can certainly ask the witness

17   his understanding of what the complaint was and he's -- and the

18   steps he took, but he can't put in a unilateral out-of-court

19   statement that contains hearsay and hearsay within hearsay.

09:08  20                THE COURT:  Okay.  So, in the first instance, this

21   comes in because it's a business record and because it's a

22   statement by the witness.  Is that right?

23                MR. ESTEFAN:  And it's a statement by a party

24   opponent.  He is KBR for all intentions in this trial, Judge.

09:08  25                THE COURT:  I understand.  Okay.  Then let's go to the

09:08    1    next level.

         2              MS. VORPAHL:  I don't believe this is a business

         3    record.

         4              MS. HOLCOMBE:  It's not a business record, your Honor.

09:08    5    There's no foundation for a business record, and there's no

         6    affidavit --

         7              THE COURT:  Okay.  It comes in for several reasons.

         8    One is it is a statement made by a party opponent while acting

         9    in the role that was envisioned for him by the employer.  So,

09:08   10    it comes in under 801.

        11              MS. VORPAHL:  The person that wrote this is not a

        12    party opponent.  This is written by some third party.

        13              THE COURT:  Well, I thought he was -- she's not an

        14    employee?

09:09   15              MS. VORPAHL:  She was an employee, yes.

        16              MR. ESTEFAN:  And this goes to the notice that KBR had

        17    and what they did about it.  It's a critical issue.

        18              MR. McKINNEY:  First of all, it's --

        19              MS. VORPAHL:  I mean, it's absolute hearsay and

09:09   20    hearsay within hearsay.  Neither of these people are here.

        21              THE COURT:  Well, now, I see the relevance.  It's

        22    before the incident in question.  It does go to notice.  We

        23    need to go through this one by one.

        24              MS. HOLCOMBE:  Well, I was going to say, your Honor,

09:09   25    with regards to the -- first, with regards to what Ms. Tinova

09:09   1   says, even under party opponent, it wouldn't come in under

        2   party opponent.  It's not dealing with the actual scope of the

        3   employment of KBR.  This is dealing with outside statements

        4   that are made to her somewhere when she is out and about.  This

09:10   5   is not --

        6          THE COURT:  Well, but it's the conduct of a KBR

        7   employee with respect to another KBR employee.

        8          MR. McKINNEY:  And that's why I have a problem with

        9   it.  This does not make the issue of whether Jamie Leigh Jones

09:10   10  was or was not sexually assaulted more or less likely.  There's

        11  no evidence that my man knows anything about this activity.

        12         THE COURT:  This doesn't go to your person at all, I

        13  don't think.  I think it goes to KBR.

        14         MR. McKINNEY:  But everything KBR is being sued for in

09:10   15  this case is derivative of the claim against my person; so,

        16  this is highly prejudicial to Charles Bortz.

        17             It doesn't actually prove anything in this case

        18  that would make Ms. Jones' allegations in this case more or

        19  less likely.  And to the extent that there is any residual

09:11   20  probative value, it is grossly outweighed by the inflammatory

        21  nature of these allegations which are -- as crude as the

        22  language is, as offensive as the language, it is does not

        23  involve non-consensual touching, does not involve sexual

        24  assault --

09:11   25         THE COURT:  It has a non-consensual sexual approach,

09:11  1   though.

2          MR. McKINNEY:  There's no doubt about that.  But it

3   doesn't make any issue -- the fundamental and core issue in

4   controversy in this case more or less likely.

09:11  5          THE COURT:  No.  I disagree.  I think it's evidence

6   that Halliburton did have some notice.  It went to this witness

7   who was hired -- it goes to notice whether or not it's the

8   truth of the matter.

9          MR. McKINNEY:  It shows notice that there are cretins

09:11 10   in this world.  That is a known fact.  I don't know that --

11          MS. HOLCOMBE:  Your Honor, the notice requirement or

12   the notice element can be satisfied with simply asking

13   Mr. Andino what he knew as a representative of KBR today, what

14   his knowledge was of this incident, what -- the actions he took

09:12 15   and the notices that he --

16          THE COURT:  Well, he can certainly do that; but, you

17   know, there's no -- having done that, there's no prohibition on

18   introducing an exhibit that goes with the inquiry.

19          Okay.  Now -- okay.  Craig -- Craig's statement,

09:12 20   as quoted in here, is definitely hearsay.  Is there an

21   exception that would make it admissible?

22          MR. ESTEFAN:  Craig is a manager.  He's management

23   level.

24          THE COURT:  No.  That takes care of --

09:12 25          MR. ESTEFAN:  Admission.

09:12      1                     MR. McKINNEY:  It's still outside the course and

           2      scope.

           3                     THE COURT:  That takes care of the statement itself

           4      but not Ms. Tinova's statement of his statement.  I mean, we do

09:12      5      have two levels of hearsay here.

           6                     MR. McKINNEY:  The connecting link is hearsay.

           7                     THE COURT:  So, what I want to know about is on what

           8      grounds do we admit Ms. Tinova's statement quoting this Craig

           9      person.

09:13     10                     Let me have a word with my colleague.  Just a

          11      minute.

          12                     MS. VORPAHL:  Thank you.  Should we return to our --

          13                     THE COURT:  No.  Stay there.

          14                     MS. VORPAHL:  Okay.

09:13     15            *(Sotto voce discussion at sidebar with court staff)*

          16                     THE COURT:  Well, I mean, I can't get over the

          17      hearsay.  You can certainly ask whether Mr. Andino was made

          18      aware of specific incidents of sexual harassment and what he

          19      did about them.  But I can't figure another way it comes in.

09:16     20                     I mean, I do think the evidence is probative, but

          21      I can't get around hearsay on this.  You can try to prove it up

          22      as a business record, but that would only take care of one

          23      level of hearsay anyway.

          24                     Sorry.

09:16     25                     Whose is this?

09:16   1       MS. VORPAHL:  Oh, I believe that's mine.  Thank you.

2       (In open court)

3       MR. ESTEFAN:  May I continue, your Honor?

4       THE COURT:  You may.

09:16   5   BY MR. ESTEFAN:

6   Q.  Mr. Andino, without reading out loud anything that's in

7   that document that you have, Ms. Tinova complained about

8   Mr. Craig King, on two separate occasions, sexually harassing

9   her.  Is that true?

09:17  10   A.  In this one document she --

11   Q.  Please don't read it out loud.

12   A.  No.  No, I won't.  She highlights two separate incidents,

13   yes, sir.

14       THE COURT:  It's involving the same person?

09:17  15       THE WITNESS:  Yes.

16       THE COURT:  Involving the same alleged harasser?

17       THE WITNESS:  Ms. Tinova regarding Mr. Craig King.

18       THE COURT:  Tell me again what Mr. King did.  What was

19   his function, what was his assignment?

09:17  20       THE WITNESS:  Mr. King was our maintenance manager,

21   and Ms. Shqipe Tinova was one of our property employees.

22       THE COURT:  Okay.  Thank you.

23   BY MR. ESTEFAN:

24   Q.  And I believe that both of those harassment allegations

09:18  25   made by Ms. Tinova -- the first one was May 5th, 2004, correct?

Cheryll K. Barron, CSR, CM, FCRR                    713.250.5585

09:18   1    A.   Yes, sir, that's what she states.

        2    Q.   And the other one was July 4th, 2005?

        3    A.   That is the second incident, yes, sir.

        4    Q.   And in spite of those two separate complaints, Mr. King was

09:18   5    not fired?

        6    A.   The -- I guess it's first important to understand that this

        7    was an e-mail that was -- or document that was sent to me with

        8    both incidents at once.  I was not at Camp Hope as the project

        9    manager during May of 2004.  I certainly was there by July,

09:18  10    2005.  And upon notification of the incident, it was looked

       11    into and I took action.

       12    Q.   Which means that your predecessor also didn't fire

       13    Mr. King.

       14    A.   No.  What I am stating is that she -- after a year is when

09:19  15    she made that first incident known.

       16    Q.   Okay.  The woman that Mr. King harassed filed a formal

       17    complaint, true?

       18    A.   She did.

       19         MS. VORPAHL:  Objection, your Honor.  I mean, it

09:19  20    assumes facts not in evidence.  The witness has testified -- I

       21    don't think that it's clear that Mr. King harassed anybody.  I

       22    mean, it's alleged that he harassed somebody.

       23         THE COURT:  Okay.  Just walk the witness through

       24    that -- a more detailed inquiry, Mr. Estefan.

09:19  25    BY MR. ESTEFAN:

09:19    1    Q.  When she filed this complaint, she was afraid, isn't she?

         2    A.  That's what Mr. Anthony Bryant says in his e-mail.  That's

         3    not what Shqipe says.

         4    Q.  Well, and she said to Mr. Bryant the reason --

09:20    5           MS. VORPAHL:  Your Honor, I object.  I mean, this is

         6    getting in the back door what you said could not come through

         7    the front door.  He's getting ready to quote.

         8           THE COURT:  No, he's not.  He's not going to do that.

         9    BY MR. ESTEFAN:

09:20   10    Q.  She said the reason she didn't tell anyone was that she was

       11    new, scared to cause trouble, and worried about being fired,

       12    right?

       13    A.  If you want me to read what she says, I will be glad to do

       14    that.

09:20   15           THE COURT:  No, no, no.

       16    BY MR. ESTEFAN:

       17    Q.  No, please don't.

       18           But within that exhibit -- or the one we started

       19    with --

09:20   20    A.  I'm looking at the exhibit that shows the two incidents.

       21    If you're looking at a different document, then please point me

       22    to that.

       23    Q.  If you look at the back page of that one --

       24    A.  Yes, sir.

09:20   25    Q.  -- it says in Ms. Tinova's words, "I did not want to report

09:20  1    these incidents, but I am afraid if I do nothing it will
       2    continue and we will -- and he will continue to sexually harass
       3    me."
       4              Do you see that?
09:21  5    A.  I do see that.
       6         MS. VORPAHL:  Your Honor, same objection.  This is
       7    hearsay.  And he's now reading from a document that you said
       8    that we were not going to admit.
       9         MR. ESTEFAN:  Only because of another issue, Judge,
09:21 10    not because of that.
      11         THE COURT:  Well, I think that that limited statement
      12    is a statement by a party opponent.  I don't think it's outside
      13    the scope of her employment, and I don't think it's unduly
      14    prejudicial.  So, I'm going to allow it.
09:21 15              Generally speaking, ladies and gentlemen, there
      16    are -- well, there are many ways to slice up evidence that is
      17    offered in a court of law.  We have tried to be faithful about
      18    keeping out statements that are introduced referring to
      19    someone's words spoken out of court when that witness is not
09:22 20    here to testify, if the statement is being used to show the
      21    truth of the matter asserted.
      22              However, some statements are made and they don't
      23    go to the truth of the matter asserted but go to whether notice
      24    reached a certain person or a certain corporation.
09:22 25              In other words, for these purposes we can't say

09:22  1    whether the actual statements of narrative are true or not

2    true.  We just don't know.  But we can accept the statement as

3    notice, some form of notice, maybe inadequate notice, maybe

4    insufficient notice, maybe even misleading notice.  But do you

09:22  5    understand the distinction I'm drawing?

6                   If someone reported to me that the jury room was

7    producing toxic fumes, that would be notice to me even though

8    it doesn't prove that there are really toxic fumes in there.

9    Does that -- I don't think I did a very good job explaining

09:23  10   that.  Do you understand at all what I'm talking about?

11                  All right.  Thank you.

12              MR. ESTEFAN:  Thank you, Judge.  May I continue?

13              THE COURT:  Yes, you may.

14   BY MR. ESTEFAN:

09:23  15   Q.  Mr. Andino, you remember Ms. Jo Frederiksen's testimony

16   from that chair in this courtroom.  Do you remember that?

17   A.  I do in part, yes, sir.

18   Q.  She was -- she testified that she was sexually harassed by

19   a project manager in 2004, didn't she?

09:23  20   A.  I believe she may have stated that.

21   Q.  Then, after she reported that harassment, her room was

22   searched.  Do you recall her testifying to that?

23   A.  I don't recall that her room was searched as a result of

24   her allegations.

09:23  25   Q.  There have been numerous women who have come forward to

09:23    1    report sexual harassment at KBR.  Isn't that true?

2    A.  I don't know of what "numerous" means in your mind.  I know

3    we've had incidents of sexual harassment reported, as we've

4    seen already, yes.

09:24    5    Q.  And several -- I mean, I can -- do you remember Misty

6    Brannon reporting it?

7    A.  I don't know Misty Bryan.

8    Q.  "Brannon."

9    A.  I do not know that.

09:24   10    Q.  Shana Lord?

11    A.  I do not know that employee either.

12    Q.  Julie McBride?

13    A.  I don't know that employee either.

14    Q.  Catherine Oravits?

09:24   15    A.  I don't know that employee.

16    Q.  Regina Prayer?

17    A.  I don't know that employee.

18    Q.  Tracy Barker?

19    A.  I do know that employee.

09:24   20    Q.  And you heard Jamie Armstrong's testimony yesterday, I

21    think, by video, that she said if any sexual harassment

22    happened and was complained of she would have heard about it

23    because she was in human resources.  Do you remember that?

24    A.  If it would have been -- if the complaint would have been

09:24   25    made, then, more than likely, HR or employee relations

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

09:24   1   department would have heard about it, depending on how the

2   allegation was reported.

3   Q.  Yes, sir.

4   A.  Yes, sir.

09:25   5   Q.  And I'm trying to reconstruct the testimony as I recall it.

6   I believe Mr. Coin said from that stand that ER, employee

7   relations, would investigate sexual harassment if they were

8   available but, if they weren't, human resources would do it.

9   Is that accurate?

09:25   10   A.  I think it depends on the availability of resources.  We

11   would -- one way or the other, the company would have a

12   representative investigate it.

13   Q.  Yes, sir.  And Jamie Armstrong just yesterday testified

14   that if there was a sexual harassment complaint human resources

09:25   15   and specifically her, she would have been aware of it.  Not

16   employee relations, she.  Was that a factual statement by

17   Ms. Armstrong?

18   A.  I don't think it's completely factual in the sense that

19   employee relations did do investigations and it's very possible

09:25   20   that HR may not have known about it, at least not Jaime

21   Armstrong in her capacity.  It's possible that her manager may

22   have known about it.

23   Q.  Mr. Andino, there was no minimum drinking age for alcohol

24   consumption in Camp Hope on July 25th, 2005, was there?

09:26   25   A.  If you want to imply that we didn't have a policy that

09:26   1    stated if you're a minor that you cannot drink, we did not have
        2    that, no, sir.
        3    Q.   Yeah.   Because there was no age limit.   In other words, if
        4    you're 18 and you're over there in Iraq, in the Green Zone, you
09:26   5    can drink in the Green Zone, right?
        6    A.   We did not have a policy that stipulated age.
        7    Q.   Right.
        8                 Jamie was taken to the hospital in Camp Hope,
        9    where an army doctor did the rape kit examination, right?
09:26  10    A.   Yes.
       11    Q.   And then, after the rape kit examination was done, two KBR
       12    security men took custody of that rape kit?
       13    A.   That is correct, sir.
       14    Q.   And you met personally with Jamie Jones on the evening of
09:27  15    July 29th, didn't you?
       16    A.   I met with Ms. Jones the evening after the allegation was
       17    made.
       18    Q.   Yes, sir.   The allegation was made the morning of
       19    July 28th.   You met with her the evening of July 29th.
09:27  20    A.   That is correct, sir.
       21    Q.   And when you met with her, you said she looked shaken to
       22    you, didn't you?
       23    A.   I used words to that effect, yes.
       24    Q.   So, that's more than 24 -- 36 hours after, more or less,
09:27  25    she reports that she's still shaken when you observe her?

09:27   1   A.   That was my observation then.

2   Q.   Yes, sir.   Now, Ms. Jones, Jamie Jones, was bringing a

3   server card -- when she was coming into the country on

4   July 25th into Camp Hope, she was bringing a server card,

09:27   5   wasn't she?

6   A.   I did not know that as -- as -- I mean, I've come to learn

7   that; but I did not know that at the time of the incident.

8   Q.   Okay.   Jamie transferred from -- I believe you told us

9   about LOGCAP and USMI, and I don't really -- I'm not real clear

09:28   10   on what all the distinctions are there.   But she did transfer

11   from LOGCAP after two days, to USMI on the morning of

12   July 27th, didn't she?

13   A.   I don't know all the details of how she came in-country

14   other than she arrived on the 25th and came to our camp on the

09:28   15   27th.   And what -- whether that was initially as a result of a

16   direct hire for our project or a transfer, I don't know the

17   details of that.

18   Q.   Yes, sir.   But you know she was transferred over to USMI on

19   the --

09:28   20   A.   I know that she traveled in-country through our Baghdad

21   International Airport and that she was brought over to USMI.

22   Q.   Okay.   And there's a higher security clearance to work at

23   USMI than there is at LOGCAP, right?

24   A.   Well, a security clearance is a security clearance.   And

09:29   25   it's only a secret clearance that is given to civilian

09:29  1   employees.

2   Q.  Okay.

3   A.  So, I don't know that that statement is -- is accurate,

4   sir.

09:29  5   Q.  Okay.

6   A.  I'm sorry.

7   Q.  No, that's all right.  I appreciate you giving honest

8   answers.

9          I want to look at something -- changing gears

09:29  10  now, I want to go to Joint Exhibit 187, please.

11         MR. ESTEFAN:  And this is already in evidence because

12  it's a joint exhibit.  And I think I need the last page of this

13  one.

14         The last page, Bill.  Is that the last page?

09:30  15         Okay.  And I need the last -- the very -- the

16  numbers at the top there and the headings.  Okay.

17  BY MR. ESTEFAN:

18  Q.  Now, this is in the joint exhibit binder, Mr. Andino.  And,

19  so, Ms. Loewe can probably get that for you or --

09:30  20  A.  For an exhibit?

21  Q.  Yes, sir.

22  A.  In another binder?

23  Q.  Yes, sir, it is.

24         THE WITNESS:  I'm not sure what I'm looking for.  So,

09:30  25  thank you, Stephanie.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:31  1          MR. ESTEFAN:  I have a copy --

2          MS. VORPAHL:  187.  I'm happy to give the witness my

3    copy if you want to do that.

4          MR. ESTEFAN:  Is that all right?

09:31  5          MS. VORPAHL:  That's okay.  I mean, I --

6          MR. ESTEFAN:  Oh, she's got it.

7          MS. VORPAHL:  Oh, all right.

8      *(Discussion off the record)*

9          MR. ESTEFAN:  Bill, could you go back to Page 1, the

09:32  10   very first page?

11              Thank you, Ms. Loewe.

12   BY MR. ESTEFAN:

13   Q.  Mr. Andino, you may have to figure a way to pull that

14   microphone closer to you now that that binder is there.  I'm

09:32  15   sorry about that.

16   A.  Yes, sir.

17   Q.  All set?

18              Okay.  On Page 1, what we're looking at here

19   is a -- I believe it's a six-page document, perhaps, that says

09:32  20   it's the KBR, Inc.'s Consolidated Statements of Income.  Do you

21   see that?

22   A.  I do, sir.

23   Q.  And, then, right below that, at the very top --

24          MR. ESTEFAN:  At the very, very top, that little

09:32  25   section at the top, Bill, in the middle.

*Cheryll K. Barron, CSR, CM, FCRR*          *713.250.5585*

09:32  1                    Yes, sir.

     2  BY MR. ESTEFAN:

     3  Q.  This is in the millions, except for the per-share data.

     4  So, we've got to add six zeros to all the numbers we see that

09:32  5  are anything other than the shares --

     6  A.  Yes, sir.

     7  Q.  -- right?

     8            So, now if you'll turn to the very last page of

     9  that exhibit --

09:33  10            MR. ESTEFAN:  And, Bill, if you would, too.

    11  BY MR. ESTEFAN:

    12  Q.  And these columns here, they cut off on the prior page; but

    13  I will represent that the number on the right-hand side, the

    14  two-point -- 2,204, where it says "Total Shareholders' Equity,"

09:33  15  that's from December 31st, 2010.  Is that fair?  Is that how

    16  you read it, too?

    17  A.  That's what you state.  I'll take your word for it, yes,

    18  sir.

    19  Q.  And that number really is -- that's the net worth of KBR on

09:33  20  December 31st, 2010, right?

    21  A.  I'm not a financial expert.  I'm sorry.  But --

    22  Q.  Oh, I know.  I'm asking you because you're KBR for this

    23  trial.  So -- but that's KBR net worth as of December 31st,

    24  2010, and that number is $2,204,000,000, true?

09:34  25  A.  Yes, sir.

09:34  1    Q.  The number to the left of that -- the number to the left is
       2    KBR's net worth as of March 31st, 2011, three months later.
       3    And KBR's net worth is $2,289,000,000.  Do you see that?
       4    A.  I do.
09:34  5    Q.  That's a difference of $85 million in those three months,
       6    in net worth?
       7    A.  Okay.
       8    Q.  Fair?
       9    A.  I take your word for the math.
09:34  10   Q.  Okay.  I want to briefly move back to disciplinary actions.
       11   If disciplinary actions aren't taken when there are KBR rule
       12   violations, people get the message that they can get away with
       13   things, right?
       14   A.  I think some people can -- would draw that conclusion.
09:35  15   Q.  And you heard testimony throughout this trial that
       16   Mr. Bortz, a KBR employee, in fact, spent the night with his
       17   girlfriend, which is cohabitation, and he wasn't fired for
       18   that, right?
       19   A.  He was not fired because at the time that that incident
09:35  20   occurred I was not aware objectively that that had occurred.
       21   Q.  Yes, sir.  You were aware objectively that Mr. Bortz spent
       22   the night with Jamie Jones because --
       23   A.  That is not a correct statement, no, sir.
       24   Q.  Well, there was a big investigation into them spending the
09:35  25   entire night together and all the things that went on that

09:35    1    night and Mr. Bortz going to -- out walking her out to the bus
         2    the next morning and all that.  And, so, all that was part of
         3    the investigation; and yet he wasn't fired for that either, was
         4    he?
09:36    5    A.  Yes, there was an investigation done by the Department of
         6    State.  I was not privy to the results of that investigation.
         7    Q.  Well, there was a KBR investigation before there was a
         8    Department of State investigation, right?
         9    A.  Within hours of the allegation of rape being made on
09:36   10    July 28th --
        11    Q.  Yes, sir.
        12    A.  -- the Department of State took over that investigation.
        13    So, within hours, I mean, there was only limited information
        14    that we were able to gather.
09:36   15    Q.  How many hours?
        16    A.  Roughly speaking, seven at most.
        17    Q.  So, the timeline -- does the notification of KBR begin --
        18    what you're talking about, the notification by Jamie to KBR,
        19    does that start when she goes to the clinic and sees Kristen
09:37   20    Rumba; or does that start after she's released from the CASH
        21    and escorted to the trailer?
        22    A.  I was notified of the rape allegation the morning of
        23    July 28th, mid to late morning, between 10:00 and 12:00.
        24    Q.  So, that seems to coincide with either the time that Jamie
09:37   25    was in the clinic, the KBR clinic, or when she's over at the

09:37  1  CASH.  Does that seem about right?

2  A.  It's my understanding that she went to the CASH after she

3  went to our clinic.

4  Q.  Yes, sir.

09:37  5  A.  So, I mean, as far as exact times, I honestly do not

6  remember.

7  Q.  Okay.

8  A.  But as a point of reference, I know it was the morning of

9  July 28th when the allegation was made; and I was informed

09:37  10  immediately upon that allegation being made to our

11  medical/HR department.

12  Q.  Yes, sir.  The State Department took over the investigation

13  because this happened sort of -- I guess for lack of a better

14  term -- on their turf.  Is that why they took over?

09:38  15  A.  Our leadership informed us that that would be the -- the

16  way it should be handled because it's a criminal offense and

17  they would be better prepared for that.

18  Q.  When Jamie was leaving Camp Hope, she left on a Little

19  Bird.  Isn't that right?

09:38  20  A.  I don't know exactly what type of aircraft she left.  I

21  know that we have documentation that states that we were making

22  coordination efforts to have her depart on a Black Hawk

23  military aircraft, which is something that we would coordinate.

24  I mean, that's the only way you can move on it.

09:39  25            But I've also seen that, at the last minute, the

09:39  1   Department of State offered up their aircraft services, which

       2   would have been a Little Bird, yes, sir.

       3   Q.  So, she actually left on the Little Bird?

       4   A.  I did not see her leave; so, I don't know that for a fact.

09:39  5   But either a Black Hawk or a military aircraft or Department of

       6   State aircraft.  She did leave in a helicopter.  There's no

       7   doubt about that.

       8   Q.  Right.  Now, you got an e-mail, you were copied on an

       9   e-mail from Tommy Shook?

09:39  10  A.  Yes, sir.

       11  Q.  On the morning, I believe -- or I'm not sure what date this

       12  is.  It looks like it's July.  The 29th was the preceding

       13  e-mail.  But in that e-mail he told you about Jamie being on a

       14  Little Bird when she left.

09:39  15  A.  Okay.  If you want to point me to that e-mail, that's fine.

       16  Q.  I think it's Plaintiffs' -- gosh, I don't know if it's 9 or

       17  10.

       18  A.  I'll be glad to --

       19        MS. HOLCOMBE:  It's 12.

09:39  20  BY MR. ESTEFAN:

       21  Q.  12, Plaintiffs' 12.

       22  A.  Different book, I guess?

       23        MS. VORPAHL:  Is it 9 or 12?

       24        MR. ESTEFAN:  It's 12 in the exhibits but it was 9 --

09:40  25        MS. VORPAHL:  Okay.  That's good.  You can get yours

09:40   1   back, and I'll use this.

2                MR. ESTEFAN:  Can you enlarge the -- that's not the --

3   yeah, go to the last page, please.

4                Should be the fourth page, I think.  Yes.  No.

09:40   5   That -- that's not what I am looking for.  There's one before

6   that.  I might have to use the overhead to do it.

7                See if you can get Page 3.  Here's what I am

8   looking for specifically, Bill.  I have it.  See if you can get

9   that page.  If not -- you know what?

09:41   10               MS. VORPAHL:  Are we still on Plaintiffs' 12?

11               MR. ESTEFAN:  I think so.  I'm going to -- it may be

12   that that's -- is that the right exhibit, or is it 9?  I don't

13   know why I have 9.  It might be 10.  Hold on.

14               In any event, if I could have the overhead, the

09:41   15   Elmo instead of that, I'll just do it this way.

16               MS. VORPAHL:  What is the exhibit now?  Is it part of

17   12?

18               MR. ESTEFAN:  I think it's part of 12.

19               MS. VORPAHL:  Can I see it?

09:41   20               MR. ESTEFAN:  It's what I just handed you.  You handed

21   it back.

22          *(Sotto voce discussion between Mr. Estefan and Ms. Vorpahl)*

23               MR. ESTEFAN:  It's not admitted.  I won't show it till

24   it is.

09:42   25               MS. MORRIS:  Is it 9, then?

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

09:42  1        MR. ESTEFAN:  It's 9.

2              And specifically, Jo, it's just that first

3    paragraph at the top.

4              Any objection if I offer it as, I guess,

09:43  5    Plaintiffs' 9?

6        MS. VORPAHL:  Yes, it is Plaintiffs' 9; and I have no

7    objection.

8        MR. ESTEFAN:  Your Honor, Plaintiffs' 9 is offered

9    without objection.

09:43  10       THE COURT:  Admitted without objection.

11       MR. ESTEFAN:  Thank you.

12             If you can -- no, that's not it either.  Why are

13   we not getting the right exhibit?

14             I'll just do it again on the overhead.  There we

09:43  15   go.  All right.

16   BY MR. ESTEFAN:

17   Q.  You see there, Mr. Andino, on Plaintiffs' 9 that I put on

18   the screen, the third line down --

19   A.  Yes, sir.

09:43  20   Q.  -- where it says -- and actually, it starts off on the

21   second line, "Tomorrow, 31 July 2005, the DOS will transport

22   her, a female KBR/HR escort, and the DOS agent by a dedicated

23   Little Bird to the BIAP military terminal for a 12:30 show

24   time."

09:44  25   A.  I see that.

09:44  1    Q.  And at the top of this e-mail, it's from Tommy Shook; and

       2    it was sent to Mr. Maguire and Mr. Russell and copied to you

       3    and Mr. Goodgine.

       4    A.  Yes, sir.

09:44  5    Q.  Do you see that?

       6                Does that refresh your recollection about how

       7    Jamie left Camp Hope?

       8    A.  That refreshes my memory as to what the plan was, yes.

       9    Q.  Yes, sir.  Okay.  I want to also show you an e-mail string

09:44 10    that's been -- we've talked about a couple of times during this

      11    trial.  It's the one between Jamie Jones and Pete Arroyo.  Do

      12    you remember that one?  We've seen it a few times.

      13    A.  There's several.

      14        (Sotto voce discussion between Mr. Estefan and Ms.

09:45 15    Holcombe)

      16                MS. VORPAHL:  These have already been admitted.  We

      17    just don't know what exhibit number they are.  But if you want

      18    to ask about them --

      19                MR. ESTEFAN:  Mr. McKinney, do you need a copy?

09:46 20                MR. McKINNEY:  I'm sure I don't.

      21    BY MR. ESTEFAN:

      22    Q.  Okay.  The only thing I want to ask about, Mr. Andino --

      23                MR. ESTEFAN:  Is it okay to talk about?

      24                MS. VORPAHL:  Does he have a copy of them?

09:46 25                MR. ESTEFAN:  I don't believe so, but I'm going to

1   show them on the overhead.  And it's not really a substantive

2   question really much.

3              MS. VORPAHL:  Do you mind if I let him have my paper

4   copies?  I think it's sometimes easier.

5              MR. ESTEFAN:  May I take it to the witness, your

6   Honor?

7              THE COURT:  You may.

8   BY MR. ESTEFAN:

9   Q.  Mr. Andino, I'm going to hand you -- this is one, and

10  here's a separate one.  And I would like you to -- what I am

11  going to do is line these up for you.  Okay?

12  A.  Yes, sir.

13  Q.  And the reason I'm lining them up is because this is this.

14  Okay?

15  A.  Okay.

16  Q.  Do you see what I am talking about, sir?

17  A.  I do.

18  Q.  And all I want to ask you about, about this e-mail, this

19  KBR e-mail here --

20  A.  Yes, sir.

21  Q.  -- is right there -- these have the same words, "The girls

22  hate me here."  Do you see that?

23  A.  I do, sir.

24  Q.  But what they -- what's different about them -- and we've

25  seen this e-mail once before -- on this side over here, the 7

09:47  1   was right up next to the 5.  Do you remember that?

2   A.  I do, sir.

3   Q.  Now, on the one to the right, that's the one that's got the

4   10:43 time on it.

09:47  5   A.  Yes, sir.

6   Q.  But there's also some other differences between these

7   e-mails, if you happen to notice.  The "from," the "sent," the

8   "to," and the "subject" is double spaced on the one on the

9   right and it's single spaced on the one on the left.  Do you

09:47  10  see that?

11  A.  Yes, sir.

12  Q.  Do you also see that the "the," the word "the" on the one

13  on the right starts further over to the left --

14  A.  I do, sir.

09:47  15  Q.  -- than the "the" on the one on the left starts?

16          Okay.  Do you have any knowledge about how these

17  e-mails got like that?

18  A.  The one on my left is the e-mails as they occurred

19  in-country.

09:47  20  Q.  Yes, sir.

21  A.  The one on the right is an e-mail that was appended and

22  forwarded to Houston and printed by somebody in Houston.  And

23  at the point that it was printed, all those changes and

24  characteristics would occur --

09:48  25  Q.  Okay.

09:48   1    A.   -- including the time difference.

2    Q.   So, all the other e-mails in this thread didn't go back and

3    forth to Houston but just that one did?

4    A.   No.   The e-mail that we're talking about on my right

09:48   5    includes everything below it; but the very top e-mail, which is

6    the one that says, "The girls hate me" and has the highlighted

7    changes that you've talked about, to include the time

8    difference of nine hours, is what would have been modified, if

9    you will, electronically by virtue of the person printing that

09:48   10   in Houston.   It's just something that happens.

11   Q.   Okay.

12   A.   And, I mean, there's --

13   Q.   And the text would have been moved over, too, the "the"

14   would have been moved over and all that?

09:48   15   A.   I can't explain why that happens.   It just does.

16   Q.   Okay.   KBR's profit depends on its image with its client.

17   Isn't that true?

18   A.   I think, in part, it -- it may be part of it, you know, or

19   whether or not we do a good job reflects our image.

09:49   20   Q.   Right.   And KBR has a money motive to keep things that are

21   bad under wraps.   Isn't that true?

22   A.   That's not true at all, sir, no.

23   Q.   Not true at all, no truth in that?

24   A.   Absolutely not.

09:49   25              MR. ESTEFAN:   I'll pass the witness.

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

09:49  1          THE COURT:  Okay.  Would anybody like a break now?

2          THE WITNESS:  I can use one.

3          THE COURT:  A lot of people would.

4               Would all please rise for the jury?

09:49  5     (Jury not present)

6          THE COURT:  Please be seated.

7               You may step down.

8               Didn't we have Mr. Arroyo's testimony that made a

9     different point about when he received that?  Didn't he say he

09:50  10    received it on -- no?

11         MS. HOLCOMBE:  He did.  He testified in his

12    deposition, your Honor, that was played, that he recognized

13    sending that -- or sorry -- receiving that at 7:43 a.m., that,

14    "The girls hate me."  So --

09:50  15         THE COURT:  But on July 29th, right?

16         MS. HOLCOMBE:  Yes, your Honor.

17         MR. McKINNEY:  July 28th.

18         MS. HOLCOMBE:  28th.  Sorry.  July 28th.

19         MS. VORPAHL:  But it was part of the string of

09:50  20    e-mails.  He didn't say --

21         THE COURT:  The 28th?

22         MS. HOLCOMBE:  Yes, your Honor, that he recognized

23    receiving it and he remembered seeing these e-mails and that

24    this is how they want.  So --

09:50  25         MR. McKINNEY:  Moreover, there's a direct in-context

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:50   1   response that follows.

2           THE COURT:  All right.  Somebody may try to clear that

3   up, then.

4           MS. VORPAHL:  We certainly can do that, your Honor.

09:50   5   It's exactly nine hours.

6           THE COURT:  It's your call.  I just wondered.

7           MS. VORPAHL:  Yes.

8           THE COURT:  And on the -- I went back to your

9   complaint, with my clerk's help; and the issue of

09:50   10  representations that were made of fraud that was committed, it

11  does look to me on Page 29 that plaintiff did allege as

12  follows, "Jamie Jones relied upon misrepresentation of fact

13  regarding the safety measures for women when she entered into

14  the contract of July 21st, 2005."

09:51   15          I mean, I think it was more than just fraud by

16  omission.

17          MR. RUNIONS:  Your Honor, could you tell me which

18  paragraph you're looking at?

19          THE COURT:  Yes.  Subparagraph F.

09:51   20          MR. RUNIONS:  Okay.

21          THE COURT:  I mean, I thought --

22          MR. RUNIONS:  I see that; but I mean, the

23  misrepresentation, first off, would have had to have been

24  before she signed her contract, unquestionably.

09:52   25          THE COURT:  Well, that's what this says.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:52   1         MR. RUNIONS: Okay.

       2         THE COURT: It said it was before entering the

       3  contract of July 21st.

       4         MR. ESTEFAN: Right.

09:52   5         MR. RUNIONS: Okay. Are we discussing this in the

       6  context of the me-too witnesses?

       7         MS. VORPAHL: No. I think it's an objection that I

       8  made.

       9         MR. RUNIONS: I'm sorry.

09:52  10         MS. VORPAHL: It actually goes to an objection that I

     11  made; and I'm still trying to read, your Honor.

     12         THE COURT: No question that the primary point of

     13  Count 8, fraud in the inducement, is fraud by omission; but I

     14  do think they've said enough -- that is, the plaintiffs have

09:53  15  said enough to make a case for fraud by affirmative

     16  misrepresentation of fact. Okay.

     17     *(Recess was taken from 9:53 a.m. to 10:09 a.m.)*

     18     *(Jury present)*

     19         THE COURT: Members of the jury, please be seated.

10:09  20         MR. ESTEFAN: Your Honor, before we get started, I

     21  would like to ask Ms. Vorpahl about two of the exhibits I

     22  referenced.

     23         THE COURT: Okay.

     24     *(Sotto voce discussion between Mr. Estefan and Ms. Vorpahl)*

10:10  25         MS. VORPAHL: I certainly have no objection to 3, and

I'm fine with 4.

       MR. ESTEFAN:  Plaintiff offers Plaintiffs' 3 and 4, your Honor, without objection I believe.

       MR. McKINNEY:  No objection.

       THE COURT:  Admitted without objection.

       MR. ESTEFAN:  I'll mark them and get them to you.

       MS. VORPAHL:  May I approach, your Honor?

       THE COURT:  You may.

**CROSS-EXAMINATION**

BY MS. VORPAHL:

Q.  Good morning, Mr. Andino.

A.  Good morning, ma'am.

Q.  Will you tell the jury a little about yourself, your background, and how you came to be employed at KBR?

A.  Sure.  As I stated before, my name is Gabriel Jose Andino. I was born in Spain.  My dad was in the United States Navy, stationed there.  For the most part, I grew up as a military brat, moving from base to base.

       From Spain, we moved to Maryland.  From Maryland, we moved to Florida.  And from Florida, we moved to Puerto Rico, which is where my parents are from.  I stayed there through high school and on through college.

       I graduated from the University of Puerto Rico with a Bachelor's degree in industrial engineering.  I too joined the United States Navy as a Civil Engineer Corps

officer.  I did two years of active duty, and I did a little
bit over eight years of active reserves.

         After my two years of active duty, I joined what
was then Brown & Root, which is now, of course, KBR.  And I --
in that regard, I've been at different places with the company,
including Somalia, Rwanda, Haiti, the Balkans and, of course,
the Middle East.

Q.  Can you say how much of your career at KBR -- which I
understood you to say has been about almost 20 years.  Is that
right?

A.  That's correct.

Q.  How much of it have you spent in theater, or overseas?

A.  My first appointment was to Mogadishu, Somalia, after the
US forces went there in the early Nineties.  I stayed there for
15 months.  My -- following those 15 months, I was transferred
into Rwanda, and I stayed there for about another 15 months.
Following those 15 months, I was transferred to the mission in
Haiti, where I was there between three and four months, closing
out a project.

         Then I came back stateside; and I worked in
support of NASA, Johnson Space Center, for a project we had
there.  And after three years there, I went back overseas to
the Balkans for four years and to the Middle East for two.  So,
do the math.

Q.  And how long have you been back in the United States?

A.  I last deployed on a full-time basis in -- from 2004 to

2006.  June of 2006 is when I returned back to the States.

Q.  And that's the period of time that you were project manager

at Camp Hope --

A.  That is correct.

Q.  -- in the Green Zone?

A.  Yes, ma'am.

Q.  I think you've maybe done as good as job as you'll be able

to; but, if not, I wanted to give you the opportunity.  You --

in response to some questions that were asked of you by

plaintiffs' counsel, you described Camp Hope as a small city or

a small town.  I don't remember which of those things you said.

Are you able to describe Camp Hope any better for

our jury, just since we have so little frame of reference for

what you're talking about?

A.  Sure.  I'll be glad to try to do that in a little bit more

detail so that at least you can gather an image.

I guess the most important thing to understand

about what we call the "Green Zone" was that it was a section

of downtown Baghdad -- no different from if you just chose a

section here in downtown Houston -- that was isolated and

confined and enclosed and -- "secure" is probably the best

word -- by the military forces.  It was very large.

And it comprised of Iraqi government buildings,

parliamentary buildings.  It was comprised of housing, Iraqi

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:15  1  people that lived in their homes, condominiums, businesses.

2           So, the -- you know, again, the best way I can

3  describe is it if you took a section of downtown Houston and

4  you cordoned it and secured it and you called that the Green

10:15  5  Zone, that would be the equivalent.

6  Q.  What were living conditions, what were the living

7  accommodations that were available at Camp Hope for KBR

8  employees?

9  A.  Camp Hope was predominantly, by and large, our home of

10:15  10  residence.  That's where we lived while we were there.  And it

11  was comprised of what we have known during this trial as

12  "CHUs," containerized housing units.  And for lack of a better

13  word, looked -- considered a modular trailer, very small one

14  albeit; but, nonetheless, that's what it best resembles.

10:16  15          We had a few administrative buildings; we had a

16  laundry unit there; we had MWR facilities there for after

17  hours; we had our dining facilities there.

18           But, by the way, it was several hundred modular

19  housing units that we had.

10:16  20  Q.  Were employees -- some employees also housed in barracks?

21  A.  Unfortunately, we did have barracks.  And I say

22  "unfortunately" because most people, although not all -- some

23  people actually did not want to move out of the barracks.  But

24  most people wanted their own assigned trailer for the sake of a

10:16  25  little bit more privacy than the barracks offered.

10:16   1   Q.  And the barracks, how did you move from the barracks into a
        2   containerized housing unit, or a CHU?
        3   A.  The system was pretty simple.  It was based on your arrival
        4   as an employee to the theater of operation, meaning to Iraq.
10:17   5   So, the day you arrived at Iraq, that was considered your
        6   in-country date.  And the seniority drove the list as to when
        7   you would move up the list, or up the chain, I guess, to a
        8   housing unit.
        9          And that -- housing units would become available
10:17  10   when employees rotated.  Considering the environment, the
       11   rotation was actually frequent.  But also because of our
       12   expansion of accommodations.  While I was there, we were in the
       13   process of expanding our camp for more trailers.
       14   Q.  So, you would get more trailers from time to time?
10:18  15   A.  Yes.
       16   Q.  Okay.  And how did people know sort of the pace at which
       17   they might be moving up the list?
       18   A.  There was at least two methods, that everybody knew.  The
       19   first one was they could go to the housing department -- we
10:18  20   called it the "billeting" department -- and find out where they
       21   stood, when they would become available.
       22          But the one that most employees used, because it
       23   was readily available to them living in the barracks, was a
       24   list that was posted, a roster, in alphabetical order, that was
10:18  25   posted on the wall of the first floor so that employees could

10:18  1   just look at it by name and figure out when it was their turn.

2   Q.  And you now know that Jamie Jones lived in Barracks 2.  Is

3   that right?

4   A.  Yes, I know that.  I know that.

10:19  5   Q.  Was that one of two barracks at Camp Hope?

6   A.  Yes, ma'am.

7   Q.  All right.  So, have you had a chance to look at the roster

8   from July of 2005 and ascertain how many men and how many women

9   were housed in Barracks 2 at the time Ms. Jones was at Camp

10:19 10   Hope in late July of 2005?

11   A.  I have looked at that roster.  We had a total of 49 men and

12   a total of 28 women, for a total of 77 personnel.

13   Q.  That were housed in Barracks 2 --

14   A.  In Barracks 2.

10:19 15   Q.  -- in late July of 2005?

16   A.  That's correct.

17   Q.  And are you consulting Exhibit 106 to arrive at those

18   numbers?

19   A.  Yes, ma'am.

10:19 20   Q.  All right.  And if the jury wanted to go back and check

21   your work --

22           MS. VORPAHL:  Can we put Exhibit 106, just the first

23   page of it, up on the screen?

24   BY MS. VORPAHL:

10:20 25   Q.  Can you explain to the jury how they could go back and

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:20  1    check your work if they wanted to?

2    A.  Sure.

3         MS. VORPAHL:  If we could enlarge, like, maybe the

4    first half of the page so that the jury can see better?

10:20  5    BY MS. VORPAHL:

6    Q.  Can you explain, Mr. Andino, what they would look for?

7    A.  Sure.  The easiest way would be to go down the Room Number

8    column and look for anything that started with a B1 or a B2 and

9    identify those.  And then, with that in mind, look at the

10:20  10   name --

11   Q.  "B1" would be Barracks 1, right?

12   A.  Barracks 1.  And, then, the room number -- or Barracks 2

13   and the room number.  And then, once you've segregated that

14   information, you would look at the name and, obviously,

10:20  15   determine whether it was a male or a female.

16   Q.  All right.  But you know these people, and you have

17   determined that there were 49 men and 28 women in Barracks 2 at

18   Camp Hope in late July of 2005 when Ms. Jones was there.  Is

19   that right?

10:21  20   A.  Yes, ma'am.

21   Q.  And did you locate Ms. Jones' name on this list, Joint

22   Exhibit 106?

23   A.  Yes.

24   Q.  That would be on the second page?

10:21  25   A.  Yes, ma'am.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:21  1    Q.  And what room does it say she was assigned to?

      2    A.  She was assigned to Barracks 2, Room 201.

      3    Q.  All right.  I notice that your name is not on this list,

      4    Mr. Andino.  Can you explain to us why that is so?

10:21  5    A.  Sure.  When I arrived into Iraq, initially, I was

      6    transferred over from the Balkans as the -- what we call at the

      7    time back then, was Task Order 59 project manager, which was

      8    separate from the task order associated with the Department of

      9    State.  The trailer that I was assigned to was controlled

10:22 10    outside of the auspice of the Department of State related task

     11    order.  So, in essence, somebody else controlled the billeting

     12    that I was assigned to.

     13    Q.  Upper on another list?

     14    A.  Another list.

10:22 15    Q.  All right.  Was anybody in Barracks 2 on another list or is

     16    this the entire list for Barracks 2?

     17    A.  No.  There would not have been another list under the

     18    Department of -- or the task order that we're talking about.

     19    This was it.

10:22 20    Q.  So, you feel comfortable saying 49 men and 28 women is the

     21    right count at the time Ms. Jones was there?

     22    A.  I do.

     23    Q.  All right.  You'll recall that in some questions -- and I'm

     24    changing topics now -- that in some questions that you were

10:22 25    asked in your prior examination you were asked whether

10:22    1    Ms. Jones left on a Black Hawk or a Little Bird.  Isn't that
         2    right?
         3    A.  Yes, ma'am.
         4    Q.  All right.  You were shown an e-mail from Mr. Shook.  And
10:23    5    tell us again who Mr. Shook is?
         6    A.  Mr. Tommy Shook was my security department manager.
         7    Q.  Okay.  And that e-mail, I believe, was dated July 30th.
         8    And it said that Ms. Jones would be leaving on a Little Bird.
         9    Is that right?
10:23   10    A.  Yes.
        11    Q.  And had -- and you indicated that you had previously -- or
        12    during this period also been led to believe that she might
        13    leave on a Black Hawk.  Is that right?
        14    A.  We were -- KBR was trying to get Ms. Jones out the most
10:23   15    expeditiously as possible.  Within our control, we would have
        16    access to the military helicopter channel.
        17    Q.  Which would have been a Black Hawk?
        18    A.  Black hawk, correct.
        19    Q.  All right.  Let me, if I could --
10:23   20         MS. VORPAHL:  And, Wendy, would you come and help me?
        21    BY MS. VORPAHL:
        22    Q.  I just wanted to show the jury what's been marked as a
        23    portion of Plaintiffs' Exhibit 12, which is an e-mail that you
        24    received the day prior to.
10:24   25              Is this an e-mail dated the evening of July 29th,

10:24  1  where Mr. Shook indicates that Ms. Jones is scheduled to leave

2  on a Black Hawk.

3  A.  That's correct.

4  Q.  All right.  And I'm going to ask you again, do you know

10:24  5  whether she left on a Black Hawk or a Little Bird?

6  A.  I do not know specifically what she left on.  I mean, the

7  record led me to believe it was a Little Bird, at the end of

8  the day; but I know we were planning for the Black Hawk.  And,

9  obviously, the Department of State decided that they would

10:25  10  escort her out and took her on the Little Bird.

11  Q.  All right.  Do you know who was with Ms. Jones at the time

12  she left the Green Zone?

13  A.  KBR would have had another employee with her; and, of

14  course, the Department of State would have had employees with

10:25  15  her, as well.

16  Q.  You were asked some questions about an allegation, I guess,

17  that Jo Frederiksen made about a room search.  Were room

18  searches conducted from time to time at Camp Hope and elsewhere

19  that you were overseas since you've been employed with KBR?

10:25  20  A.  Unfortunately, they were.  And I say "unfortunately"

21  because it was one of those necessary evils we had to do from

22  time to time.

23  Q.  How was the decision made what rooms to search?

24  A.  The project manager for that location would decide when a

10:26  25  room search was to be done.  And the room searches were random

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

in nature.  And depending on the size of the camp, they would

have done all rooms or a portion of it.  If it was too large of

a camp, obviously, they would have done a portion of it.  And I

know that on at least two occasions my rooms were searched at

different times because --

Q.  While you were overseas?

A.  While I was -- once, at Camp Hope, not in the capacity of

the USMI mission, the other mission that I talked about.  And I

know it's kind of confusing.  And, then, at a different

location.

Q.  All right.  Mr. Andino, did you have your own copy of the

KBR or Halliburton Code of Business Conduct summary like I'm

holding up here, which is Joint Exhibit 5?

A.  I did have one of those yes, ma'am.

Q.  Did every employee receive one of Joint Exhibit 5?

A.  They would have been issued one of those here in Houston

while they were going through the deployment center.

Q.  All right.  Or if they were already employees, might they

already have it?

A.  They would have had it, of course.

Q.  And was that true in July of 2005, if you know?

A.  It hasn't changed throughout the years I've been with the

company.

Q.  Now, I believe you testified that Jamie Jones arrived at

Camp Hope on July 25 of 2005.  Is that right?

A.   That's what I stated.

Q.   When did you first meet her?

A.   I met Ms. Jones the afternoon of her arrival, is my recollection, if I'm accurate with my recollection.  It was a -- it was just a coincidental meeting.  I was going from my office to somebody else's and she was coming by with another employee and that employee stopped me and introduced me to Ms. Jones.

Q.   When you were the project manager of Camp Hope, how many people did you supervise directly or indirectly?

A.   We had over 700 ex patriots, meaning personnel that we hired through Houston.  In addition to that, we had third-country nationals that would have been hired along with Iraqi nationals.  And, of course, we would have had subcontractors that worked in support of the mission.  So, by and large, we had well over 3,000 personnel supporting the Department of State mission.

Q.   I want to turn specifically -- well, before I turn to Ms. Jones' allegations, let me ask you this.

       THE COURT:  Let me ask one question first.  I'm sure I've forgotten, but how many people were there total in the camp?

       THE WITNESS:  We -- living in the camp day by day -- and these were -- I mean, it was a KBR camp.  They were the only people that lived there.

10:29   1          THE COURT:  I know that.

        2          THE WITNESS:  We had well over 700 people.

        3          THE COURT:  Thank you.

        4   BY MS. VORPAHL:

10:29   5   Q.  Before I turn to the issue of Ms. Jones' specific

        6   allegations, can you explain for the jury, if you know, how the

        7   LOGCAP contract functioned, generally, and how KBR was paid

        8   under that contract?

        9   A.  I'll try to do my best.  The -- of course, the LOGCAP

10:30  10   contract was a -- what the army would call a cost-plus award

       11   fee type contract.  And the type of contract was dictated by

       12   the nature of the work.

       13          And probably the most important element to

       14   understand is that the nature of the work was very fluid.  So,

10:30  15   it's not like the department -- or the US Army can say

       16   emphatically, "This is what we want you to do."  They would

       17   just give you a general idea, "This is what we need."  And as

       18   things changed, they would modify their requirements.

       19          So, that is the basis for a cost-plus type

10:30  20   contract.  It's to kind of level the playing field, based on

       21   the unknowns.  For LOGCAP III, unlike previous LOGCAP awards,

       22   this contract called for a 3 percent award fee.  And the way

       23   that was determined -- and I know there's been a lot of talk

       24   about what that means.

10:31  25          The way that's determined is, on a month-to-month

10:31   1   basis your client, with the support of the customer, provides

2   you feedback as to how you're doing.  And they look at things

3   such as, of course, cost, I mean, everybody is interested in

4   cost -- making sure that you're making good business efforts

10:31   5   with the government's money; schedule, schedule is important,

6   in the context of are you coming in on schedule as work has

7   been planned; and the quality of work -- the workmanship.  At

8   the end of the day they're paying you for an adequate product.

9           And that would -- that combination of information

10:32   10   would be funneled through a board, a panel, if you will, that

11   would, on occasion -- it could have been anything from a year,

12   you know, six months, three months -- determine how well you're

13   doing.

14   Q.  All right.  I want to change directions a little bit.  In

10:32   15   addition to the training that you've described and that we -- a

16   lot of people have talked about that occurred out at

17   Greenspoint, was there training at each camp once new people

18   arrived in-country?

19   A.  Each camp had very similar requirements that they would --

10:32   20   that we all had to contend with.  But, by the same token, each

21   camp had very peculiar requirements that they had to contend

22   with.

23           For example, my camp, which was with the

24   Department of State, had very peculiar requirements that

10:33   25   another camp, such as that where the marines were, Al Asad, did

10:33    1    not have to contend with.  And specifically with the amount of

         2    local nationals that worked for us, that was uncommon in other

         3    camps.  Actually, it just didn't happen.

         4            But I guess to answer your question, each camp

10:33    5    would provide training specific to their location.

         6    Q.  All right.  And Camp Hope was no exception to that?

         7    A.  No, ma'am.

         8            MS. VORPAHL:  May I approach the witness, because I

         9    think I can expedite this whole exhibit situation?

10:33   10            THE COURT:  You may.

        11    BY MS. VORPAHL:

        12    Q.  Mr. Andino, I'm going to hand you what has been marked

        13    Joint Exhibit 135 and ask you if you can identify that as the

        14    materials that accompanied the training that was presented at

10:34   15    Camp Hope in July of 2005.

        16    A.  This is the briefing that we did for all new employees.

        17    Q.  And how long did it last?

        18    A.  Took a full day.

        19    Q.  Okay.  And was -- when was it conducted?

10:34   20    A.  We had a schedule that, for the most part, did not change

        21    unless it was absolutely necessary, whereas every Friday we

        22    would take it for this briefing.

        23    Q.  So, whatever employees had arrived during the week would

        24    have this training on Friday?

10:34   25    A.  Yes, ma'am.

```
10:34    1    Q.  Did Ms. Jones ever have this training?
         2    A.  Unfortunately, she did not attend this training.
         3    Q.  And why not?
         4    A.  Because when she arrived and the allegation of the rape was
10:34    5    being made, it just happened before that Friday.
         6    Q.  All right.  So, she wasn't there a Friday to take the
         7    training?
         8    A.  No.
         9    Q.  I just want to ask you a few questions about this training
10:34   10    and then this will be an exhibit and the jury will be able to
        11    review it further.  But if you'll turn to Page KBR 0001305 of
        12    Exhibit 135 -- let me ask you this before I ask you about the
        13    specific page.
        14              Did you attend each week's "welcome" briefing?
10:35   15    A.  I did the opening for all briefings, and I did the closing
        16    for all briefings.
        17    Q.  So, you would go there twice every Friday?
        18    A.  Yes.
        19    Q.  All right.  Tell us about this page that's marked 1305.
10:35   20    Was this one of your pages or was this one of somebody else's
        21    pages?
        22    A.  No.  This was -- the initial section was mine --
        23    Q.  All right.
        24    A.  -- up through the -- up through the logistics section.
10:35   25    Q.  Okay.  And tell us sort of what you would say to the new
```

10:35   1   people about this particular page, or slide.

2   A.   Sure.   Well, in general, with my section, of course, I

3   wanted to welcomes employees.   I wanted to give them an

4   overview of what our task order represented.   I wanted to

10:36   5   highlight some of the nuances with our customer, Department of

6   State.

7         I wanted to reinforce some of the training and

8   requirements that they would have already learned coming

9   through the deployment center here in Houston.   And I wanted

10:36   10   to, I guess, make them feel proud, make them feel welcome to

11   our project, and to understand the things I expected of them so

12   that they can do their time, whatever that would be, in good

13   standing.   And the page that you're referring to kind of helped

14   me do that.

10:36   15         I mean, it was -- to provide some expectations of

16   things that I would expect employees to do and things that I

17   did not want them to do and hoped that they didn't.

18   Q.   Turn to Page 1362, KBR Page 1362, of Joint Exhibit 135.

19   That is entitled "SOS Evacuations."   I am assuming somebody

10:37   20   from your medical staff would do that?

21   A.   Sorry.

22   Q.   No.   Please take your time.   I'm going too fast.

23   A.   This 1362 would have been done by our safety and health

24   personnel, which medical fell under.

10:38   25   Q.   And was it accurate that there were SOS evacuations for --

1   under these circumstances?

2   A.  Yes.  And, unfortunately, we had to rely on that from time

3   to time.

4   Q.  All right.  And is it accurate that, in order to return to

5   theater, you would have to get clearance from Houston?

6   A.  That was a requirement, correct.

7   Q.  All right.  Take a look now, finally, at KBR 001383, that

8   page of Joint Exhibit 135.

9   A.  (Complies).

10  Q.  That's a -- I'm assuming this was a PowerPoint.  Am I

11  correct?  Or was this a manual that was handed out?

12  A.  No.  It was a PowerPoint.

13  Q.  This slide deals with the Halliburton Code of Business

14  Conduct?

15  A.  Correct.

16  Q.  Had each employee received a copy of the Code of Business

17  Conduct when they a came through Greenspoint, or before if they

18  had been a prior KBR employee?

19  A.  Right.  The expectation would have been that either you

20  received it as a new employee or that you had received it as a

21  prior employee.

22  Q.  Okay.  Can you explain about the training that you refer to

23  in the third sort of bullet point, or paragraph, of that

24  section on the Halliburton Code of Business Conduct?

25  A.  Sure.  The training that we emphasized or highlighted

10:39    1    during that briefing was referring to an annual training that
         2    all employees received on the Code of Business Conduct.
         3    Q.  And that included employees in theater?
         4    A.  All employees, regardless of where they were.  Throughout
10:39    5    the world, for that matter.
         6    Q.  Okay.  You told the jury that you met Jamie Jones on July
         7    the 25th.  Is that right?
         8    A.  I --
         9    Q.  The day she arrived?
10:40   10    A.  The day she arrive at USMI is when I met her, that
        11    afternoon.
        12    Q.  All right.  When did you next see or hear something about
        13    Jamie Jones?
        14    A.  The morning when the rape allegation was made, July 28th --
10:40   15    or 27th.
        16    Q.  And from whom did you learn of that allegation?
        17    A.  It was a -- it was a call from Ron Boutwell.  And I'm sure
        18    he had others in there, to include security personnel.
        19    Q.  Did you actually speak with Tom Jones, Ms. Jones' father,
10:40   20    at some point that morning?
        21    A.  Actually, I did.  Not long after my personnel informed me
        22    of the allegation, as things would happen, our theater IT
        23    manager, Mr. William Tompkins -- refer to him as Billy --
        24    received a call from Mr. Jones, stateside; and Mr. Tompkins
10:41   25    referred that call to me.  So, I had a very brief conversation

10:41 1 with Mr. Jones.

2 Q. And what did you tell Mr. Jones?

3 A. Well, I tried to tell him that we were aware of the

4 situation, that we were acting upon the allegation.  And I

10:41 5 tried to provide him, as best as one can in a situation like

6 that, some sort of comfort and confidence that KBR was taking

7 care of his daughter.

8 Q. Did you exchange e-mails and prepare other reports that day

9 and in the following days that document the actions that you

10:42 10 and others took?

11 A. Sure.  Every day following that incident, I had a

12 responsibility to our company, to our leadership, to provide an

13 update as to how we were taking care of our employee, whether

14 it be a status up date with plans that they already knew or

10:42 15 things that were developing.  And we did that until she

16 departed and came back home.

17 Q. I would like to discuss some of those with you now?

18    MS. VORPAHL:  May I approach the witness, your Honor?

19    THE COURT:  You may.

10:42 20 BY MS. VORPAHL:

21 Q. I'm going to show you, Mr. Andino, what's been marked as

22 Exhibit 55, Joint Exhibit 55, and ask you if that is -- and

23 please take time to read it if you need to -- if that is the

24 first of the e-mails and reports that you prepared.

10:43 25 A. The e-mail is the first --

MS. VORPAHL:  Could we put Exhibit 55 on the screen,
please?

BY MS. VORPAHL:

Q.  Let's take a look at the bottom of the first page of
Exhibit 55, please.

You wrote an e-mail at 12:26 p.m. on Thursday
July 28, 2005.  Is that right?

A.  Yes, ma'am.

Q.  Who did that e-mail go to, and could you say -- I mean, not
just their names but tell us the titles of these people.

A.  Sure.  In general, everybody that was on that e-mail was
our leadership, what I -- what we typically refer to as higher
headquarters to KBR in theater.  And I'll just go name by name
and highlight their role.  Perry Dalby was a program manager
for the middle east.  He was basically the number two guy.  Roy
Mohr was in the capacity of project manager for Iraq.  Arnold
Palmer was in the capacity of theater human resources manager
for the Middle East.  Daniel McGuire was in the capacity of
theater security manager for the Middle East.  Doug Horn, who
was, in essence, my boss' boss, had responsibility for Iraq and
Afghanistan, as a program manager.  Steve Shenk was at that
time in the capacity of Employee Assistance Program.  Chuck
Dunn was in the capacity of employee relations.  Remo Bryant
was my immediate boss.  And Damian Kelly was the project
operations manager for Iraq.

10:45   1              In fact, the titles are kind of confusing if you

2       don't -- you know, if you're not working with them.  But, in

3       general, all these individuals in some capacity or form had

4       responsibility for either the entire theater of operation,

10:45   5       which meant all the countries that we were in, or Iraq.

6       Q.   And then you copied Ron Boutwell, who was Camp Hope's

7       manager of human resources, and William Goodgine, who was Camp

8       Hope's manager of security.  Is that right?

9       A.   Yes, both those individual.

10:45   10      Q.   And you say in this first e-mail, "Attached please find the

11      initiate SIR regarding an alleged sexual assault incident.

12      Security, HR, and safety are managing this situation.  From

13      this point forward, safety will report the medical condition as

14      required and security will report the results of the

10:46   15      investigation as required."  Is that right?

16      A.   I did.

17      Q.   And, so, did you attach to this SIR -- what does "SIR"

18      stand for?

19      A.   "Serious Incident Report."

10:46   20      Q.   Did you attach to Exhibit 5 the initiate Serious Incident

21      Report that you prepared regarding these allegations?

22      A.   I did, ma'am.

23               MS. VORPAHL:  May I approach the witness, your Honor?

24               THE COURT:  You may, yes.

10:46   25      BY MS. VORPAHL:

10:46  1   Q.  I'm going to hand you now what has been marked as

2   Exhibit 53 and ask you if this is the Serious Incident Report

3   that was attached to that e-mail that you've identified as

4   Exhibit 55.

10:47  5   A.  This was the initiate one.

6   Q.  All right.

7        MS. VORPAHL:  And if we could put that on the screen.

8   BY MS. VORPAHL:

9   Q.  When was that -- did you prepare that exhibit?

10:47  10  A.  It would have been collected by different sources, mainly

11  the two that we've already named, HR and security at the time.

12  It would have been prepared by my administrative support,

13  Mr. Goren Doditch and given to me for review before sending

14  out.

10:47  15  Q.  All right.  If we could look towards the middle of the

16  exhibit, it indicates, first of all, that it was submitted by

17  and it has your name.  Is that right?

18  A.  That's correct.

19  Q.  And then the details that you submitted at this time.  What

10:47  20  time was this submitted?

21  A.  Well, the SIR states 12:10.  The e-mail, of course, that it

22  was attached to would have been probably a little more

23  specific, 12:26.

24  Q.  All right.  That's less than two hours after the initiate

10:48  25  report.  Is that right?

```
10:48   1    A.  Yes, ma'am.
        2    Q.  And that's just after noontime?
        3    A.  Correct.
        4    Q.  All right.  And what are the details that you have as of
10:48   5    that time?
        6                    And please feel free to read from the Serious
        7    Incident Report.
        8    A.  The Serious Incident Report was intended to capture as much
        9    information as we could so that we can inform our leadership of
10:48   10   what was occurring in incidents like this.  And in this one I
        11   start off by saying, "KBR female employee has alleged she has
        12   been sexually assaulted by multiple male KBR employees.  There
        13   are allegations of drug use.  Employee has been transported to
        14   the army hospital for rape screen."
10:48   15   Q.  Down below that, there's a section entitled "Actions
        16   Taken."  Do you see that?
        17   A.  Yes, ma'am.
        18   Q.  And what does that indicate that has already been done by
        19   12:10, or 12:26 when the e-mail actually went out?
10:49   20   A.  Right.  We highlighted that medical department was
        21   notified, that security department was notified, and that the
        22   safety department was notified.
        23   Q.  And turn to the next page and see if there is yet another
        24   department that has been notified?
10:49   25   A.  Under "Additional Comments," we stated that HR has also
```

10:49   1    been notified.

2    Q.  And was that notification all in keeping with KBR's

3    policies?

4    A.  It was.

10:49   5         MS. VORPAHL:  All right.  May I approach the witness,

6    your Honor?

7         THE COURT:  Yes.  Yes, ma'am.

8    BY MS. VORPAHL:

9    Q.  I'm going to hand you now what's marked as Joint Exhibit 75

10:49   10   and see if -- I believe that is something from the next day.

11   Is that right?

12        If you go down to the -- go to the second page of

13   that exhibit and you'll see that that is a -- that it starts

14   with an e-mail from Ron Boutwell --

10:50   15   A.  Right.

16   Q.  -- to many of the same people who you've described to us.

17   A.  That's correct.

18   Q.  And what does it indicate in the message from Ron Boutwell

19   to you and others?

10:50   20   A.  Right.  It's says, "Confidential, follow-up report from

21   yesterday's report, July 28th."

22   Q.  All right.  And is the report, the second report, the one

23   done on Friday the 29th of July, 2005, attached there as part

24   of Exhibit -- Joint Exhibit 75?

10:50   25   A.  Right.  It would have been the second SIR report, or an

10:50   1    update to the initial one.

2    Q.  And does it, in fact, contain the second report?

3                 If you could go to the third page of the exhibit,

4    does it, in fact, indicate that it's submitted on July 29th of

10:51   5    2005?

6    A.  Correct.

7    Q.  And at 12:55 p.m.?

8    A.  That's correct.

9    Q.  All right.  And does it provide greater detail now with

10:51  10    regard to the events that have transpired and the actions that

11    KBR has taken?

12    A.  It does highlight additional actions taken and events that

13    have transpired.

14    Q.  All right.  Can you tell the jury what actions had been

10:51  15    taken as of -- what additional actions had been taken as of

16    12:55 on Friday, the 29th of July, 2005?

17    A.  Sure.  "Employee was at the CASH hospital on July 28 from

18    1100 through 1450 under care of military victim advocate.

19    Sexual assault rape test kit was turned over to security, KBR

10:52  20    security, at 1450 on July 28.  Employee was placed in a

21    separate secured living arrangement" --

22    Q.  Let me stop you there and ask you why -- "the employee"

23    refers to Ms. Jones.  Is that right?

24    A.  Yes.

10:52  25    Q.  Why was she placed in a separate secured living

arrangement?

A.  For -- at the time, we thought it was in her best
interests, for security and her wellbeing, on the basis that
she had alleged that there was rape and multiple people
involved.  I mean, I did not know who all those people would
have been.

Q.  Had she identified these people?

A.  Not at that time, no, ma'am.

Q.  All right.  Keep going, then.  What else had transpired
since the last report at -- just after noon on the 28th of
July?

A.  "Throughout the day, July 28th, HR representatives
interfaced with the employee and offered support and counseling
services.  HR asked if the employee would like to speak with
her family.  She spoke with her parents.

        "At 1730, Department of State assumed
responsibility for the investigation predicated upon senior
leadership direction.

        "At 1815, HR and security met with employee to
offer support and assistance.

        "At 1900, HR and security returned to their
offices.

        "At or around 2000, HR," in parenthesis, "female,
assisted employee at their request with writing an incident
statement.

10:53   1        "At 2130, Department of State special agents and

2   security arrived in HR.

10:53   3        "HR was advised by Department of State not to

4   have a further communication in any way with the employee or

10:53   5   with the investigation.  Department of State collected employee

6   statements that employee provided to HR.  Department of State

7   stated to KBR HR Jamie Armstrong," in parenthesis, "in the

8   presence of KBR HR manager and KBR security, that if Jamie, A,

9   discussed anything with anyone surrounding victim's written

10:54   10   statement that this is a violation of federal law.  Department

11   of State advised Ms. Armstrong that even the CEO of

12   KBR/Halliburton is not privy to the information on employee's

13   written statement.

14        "At 2145, HR acknowledged and complied/cooperated

10:54   15   with the Department of State federal agents."

16   Q.   2145 is 9:45?

17   A.   9:45.

18   Q.   All right.  In the evening.

19        Go back up to the entry that says, "At or around

10:54   20   20" -- which would have been 8:00 p.m -- "HR female assisted

21   employee at their request with writing an incident statement."

22        Do you know who the pronoun "their" refers to?

23   Was it at Ms. Jones' request or at HR's request or do you know?

24   A.   My understanding, it was at Ms. Jones' request.

10:55   25   Q.   All right.  And what's the source of your understanding?

10:55   1    A.  Just recollection of things that I was briefed on.

        2    Q.  Okay.  You did -- there's another report like this for the

        3    next day, too.  Isn't that right?

        4    A.  Yes, ma'am.

10:55   5            MS. VORPAHL:  May I approach the witness, your Honor?

        6            THE COURT:  Yes, ma'am.

        7    BY MS. VORPAHL:

        8    Q.  Let me give you what has been marked as Exhibit 76, Joint

        9    Exhibit 76, and ask you if you recognize that document.

10:55  10            MS. VORPAHL:  And if we could put the e-mail up on the

       11    screen.

       12    BY MS. VORPAHL:

       13    Q.  This is an e-mail that you sent to many of the same people.

       14    And it says, "Confidential, follow-up report from yesterday's

10:55  15    report, July 29."  Is that right?

       16    A.  Yes, ma'am.

       17    Q.  And this e-mail is dated Saturday, July 30th at 8:44 a.m.,

       18    correct?

       19    A.  That's correct.

10:55  20    Q.  Now, you'll notice that the SIR, the Serious Incident

       21    accident report, is actually dated -- or is timed -- and it's

       22    the second page -- is --

       23            MS. VORPAHL:  But you can leave this up for right now.

       24    BY MS. VORPAHL

10:56  25    Q.  -- is timed 1740, which would be 5:40 in the afternoon.  Is

10:56    1    that right?

         2    A.   That's correct.

         3    Q.   So, how could you send an e-mail at 8:44 a.m. attaching

         4    something that wasn't prepared until 5:40 that afternoon?

10:56    5    A.   I think this is another example which we saw earlier that

         6    has to do when -- with the changes with time and the way the

         7    e-mails is formatted based on when it was printed, where it was

         8    printed.

         9    Q.   So, if it was 8:44 a.m. in Houston, what time was it in

10:56   10    Iraq?

        11    A.   Would have been nine hours later.  So, it would have been

        12    5:44.

        13    Q.   That's right.  It would have been -- or 1744, using

        14    military time.  Is that right?

10:57   15    A.   Correct.

        16    Q.   All right.  So, at 1744 in Iraq, you sent Exhibit 76.  Is

        17    that right?

        18    A.   That's correct.

        19    Q.   Okay.  And can you provide us with what has transpired in

10:57   20    the period of time since your last update with regard to Jamie

        21    Jones?

        22    A.   Yes, ma'am.

        23    Q.   If you'll move to the second page so that the jury can see

        24    this report, it was done at 5:40 in the afternoon on July 30th.

10:57   25    Is that right?

10:57  1    A.   Yes, ma'am.

2    Q.   Okay.  And tell the jury, if you will, please, what

3    additional detail you are now providing to the other members of

4    KBR management --

10:57  5    A.   KBR.

6    Q.   -- in the theater?

7    A.   "KBR HR, PM, and security met this morning to determine

8    medical leave travel for employee to Houston, point of origin."

9    Q.   What is "PM"?

10:58  10    A.   "Project manager."

11    Q.   "Project management"?

12    A.   "Project manager."  So, it would have been, "KBR, human

13    resources, project manager, and security met this morning to

14    determine medical leave travel for employee to Houston, point

10:58  15    of origin.

16              "Department of State and KBR human resources

17    representative," in parenthesis, "female, will escort employee

18    tomorrow, July 31, via MILAIR" -- military air -- "to Kuwait."

19              "Department of State, KBR human resources, and

10:58  20    KBR Employee Assistance Program rep will meet in Kuwait

21    tomorrow afternoon/evening.  KBR Employee Assistance Program

22    rep will escort employee to Houston.

23              "On Monday, August 1st, KBR Human Resources

24    travel is currently working with Kuwait on travel arrangements

10:58  25    for Employee Assistance Program rep and employee to Houston.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:59   1          "KBR Human Resources manager, USMI, contacted

2   employee's father today, July 30th, at or around 3:25 p.m. to,"

3   and in parenthesis, "only inform the father of traveling

4   arguments of employee.

10:59   5          "Employee's father will meet with KBR Employee

6   Assistance Program rep and employee in at the International

7   Airport in Houston on Monday."

8          And the report --

9   Q.   That's the end of that report.  And do you know whether

10:59   10   KBR's human resource manager -- would that have been Ron

11   Boutwell?

12   A.   That would be Ron Boutwell.

13   Q.   -- did, in fact, contact Mr. Jones to provide him with

14   travel arrangements?

10:59   15   A.   He did.  He talked to Mr. Jones on -- communicated at least

16   with Mr. Jones on more than one occasion.

17   Q.   All right.  And we'll see those e-mails later in the case.

18   Let's take a look at now the following day, which is Sunday,

19   July the 31st.  This is the day that Ms. Jones is going to

11:00   20   leave country.  Is that right?

21   A.   Yes, ma'am.

22          MS. VORPAHL:  All right.  May I approach the witness

23   again, your Honor?

24          THE COURT:  Yes, ma'am.

11:00   25   BY MS. VORPAHL:

11:00   1   Q.   Let me show you what has been marked as Exhibit 80, Joint

        2   Exhibit 80, and ask you if that is your report submitted on

        3   July the 31st.

        4   A.   Yes, it is, ma'am.

11:00   5   Q.   Take a look at the header on the e-mail and tell me if we

        6   don't have the same problem or issue here with regard to the

        7   time of the e-mail and -- that this was, in fact, printed in

        8   Houston, this e-mail?

        9   A.   Right.   The SIR is -- has a time of 1810, which is

11:00  10   6:10 p.m. Baghdad local time.   And the e-mail has a time of

       11   9:18 a.m. with the same date, which, of course, wouldn't make

       12   sense.

       13   Q.   So, if you add nine hours to that, which is the time

       14   difference between Houston and Baghdad, this e-mail was sent at

11:01  15   1818 p.m.   Is that right?

       16   A.   That's correct.

       17   Q.   In Baghdad.

       18   A.   Yes, ma'am.

       19   Q.   All right.   And the time that the -- on the report that's

11:01  20   attached is what?

       21   A.   The time of the report that's attached is 1810, or 6:10

       22   p.m.

       23   Q.   And what has happened since your last report?   What

       24   additional details are you able to supply?

11:01  25   A.   Okay.   "KBR Human Resources, Department of State, and

11:01 1  employee have arrived in Kuwait and have made contact with KBR

2  Employee Assistance Program representative.

3          "KBR Employee Assistance Program representative

4  will rendezvous with KBR Human Resources, Department of State,

11:02 5  and employee later this evening.

6          "At 5:05 p.m. Baghdad time, KBR Human Resources

7  manager contacted employee's father to provide an update and

8  inform him that employee arrived safely in Kuwait.

9          "KBR Human Resources manager informed employee's

11:02 10  father that employee and KBR Employee Assistance Program are

11  scheduled for a 10:25 p.m., Sunday, July 31st, departure from

12  Kuwait International.

13          "Alleged employees involved in the incident have

14  been interviewed by the Department of State at least once.  We

11:02 15  anticipate additional interviews."

16  Q.  Did you prepare yet another incident record the next day?

17  A.  I believe we did, ma'am.

18  Q.  Let me actually bring you a couple of exhibits and ask you

19  to take a look, if you will, please, at Exhibit 78.  And I'm

11:03 20  also going to hand you Exhibit 84, but we'll talk about

21  Exhibit 78 first.

22          You know, I think I brought you the wrong two

23  exhibits.  I might have brought you the one I marked on.  Let

24  me give you Exhibit 78 and 84.

11:03 25          Exhibit 78 is an e-mail exchange that actually

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:03   1   starts earlier in this chain and contains some of the same

2   information that you've previously furnished.  Is that right?

3   A.  Yes.  In essence, this is human resources reporting through

4   the channels about actions that have been taken.

11:04   5   Q.  All right.  So, go, then, to Exhibit 84, if you will,

6   please.

7   A.  Yes, ma'am.

8   Q.  Is this your next update with regard to the status of KBR's

9   efforts to get Ms. Jones home?

11:04   10   A.  Yes, it is.

11   Q.  All right.  And the e-mail is dated Monday, August 1st at

12   11:41 a.m.  Take a look at the report that is attached, and

13   tell me if this e-mail wasn't printed also in Houston.

14   A.  Yeah.  Based on the time, that's what occurred.  That's why

11:04   15   the time difference is off.

16   Q.  All right.  And you indicate in your e-mail, "Confidential.

17   Please do not forward or discuss.  This is an update from

18   yesterday's report," paren, "July 31."

19                  Is that right?

11:05   20   A.  Correct.

21   Q.  So, this report was submitted on August the 1st.  Is that

22   correct?

23   A.  That's correct.

24   Q.  At what time?

11:05   25   A.  You would add nine hours to 11:41, and that would give you

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:05  1    8:41 p.m. Iraq time.

2    Q.  Okay.  And the report itself is dated 8:40 p.m.  Is that

3    right?

4    A.  Correct.

11:05  5    Q.  Okay.  And what is the update that you are able to provide

6    as of 8:40 p.m., August the 1st of 2005, Baghdad time?

7    A.  "Confirmed with human resources travel office in Kuwait

8    that KBR Employee Assistance Program representative and

9    employee departed from Kuwait on Sunday, July 31st, at

11:05  10   10:25 p.m. and are en route to Houston.

11          "KBR Human Resources manager contacted employee's

12   father at 7:25 a.m., Monday, August 1st," in parenthesis,

13   "Baghdad time, to provide an update and inform him that

14   employee and KBR Employee Assistance Program representative

11:06  15   have departed Kuwait and are on schedule to arrive in Houston

16   at 4:20 p.m., Monday, August 1st.

17          "Department of State informed KBR that control of

18   their investigation was transferred to their DC office."

19   Q.  I want to show you now Joint Exhibit 88 and ask you if you

11:06  20   identify this -- can identify this document.  Again, I brought

21   you my copy.

22          Is this an e-mail from William Goodgine to Ron

23   Boutwell?

24   A.  Yes, it is.

11:07  25   Q.  With yet another update.  Is that correct?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:07    1    A.  That's correct.

         2    Q.  Did you receive this update, as well?

         3    A.  It doesn't show on this e-mail that I was on it; but I

         4    would have received it, the information that's on it.

11:07    5    Q.  And there's -- if you'll turn to the second page of this,

         6    what is the date on which this was submitted?

         7    A.  The Serious Incident Report is dated 1500, which is

         8    3:00 o'clock p.m. local Baghdad time.  Is that what you are

         9    asking?

11:08   10    Q.  Yes.  On what date?

        11    A.  5 August.

        12    Q.  All right.  And is this a report that is confirming Jamie

        13    Jones' safe arrival to Houston on August the 1st?

        14    A.  That is correct.

11:08   15    Q.  And providing other information with regard to her personal

        16    possessions, payroll, and so forth?

        17    A.  Yes.

        18    Q.  All right.  Take a look at the cover e-mail.  It says that

        19    it was sent Friday, August 5th at 11:02 a.m.  Is this another

11:08   20    e-mail in which we've got to add nine hours because it appears

        21    to have been printed in Houston?

        22    A.  I believe so.

        23    Q.  All right.  And finally, Mr. Andino, I'm going to --

        24            MS. VORPAHL:  May I approach?

11:09   25            THE COURT:  You may.

Cheryll K. Barron, CSR, CM, FCRR                    713.250.5585

BY MS. VORPAHL:

Q.   I'm going to hand you Exhibit 89 and ask you if this does, in fact, confirm receipt of the Serious Incident Report dated August 5 -- confirm your receipt of the Serious Incident Report dated August the 5th that we just talked about?

A.   Right, it does.

Q.   All right.  And you forwarded it on to people that we've described previously with a need to know?

A.   Same -- same leadership would have been provided this update.

Q.   Ms. Jones' claims that there were armed Gurkhas at the containerized housing unit where she was taken for her safety, were there armed guards preventing Jamie Jones from leaving the containerized housing unit?

A.   No, ma'am.  We had Gurkhas provided by Department of State for the camp, but we would have not been able to provide Gurkhas for her trailer.

Q.   Did KBR direct the work of the Gurkhas or did the Department of State direct their work?

A.   We did not direct it.  They were -- they were directed by the Department of State as their employees.

Q.   You were asked some questions about a complaint made by a female employee named Shqipe -- and I believe that's S-H-Q-I-P-E -- Tinova against Craig King.  Is that right?

A.   "Shqipe" Tinova.

11:11  1    Q.  "Shqipe," am I saying it correctly?

2    A.  "Shqipe."

3    Q.  "Shqipe."  I'm sorry.  You don't pronounce the Q, then.

4            What happened to -- what -- you've indicated that

11:11  5    you addressed the situation with Mr. King.  Is that right?

6    A.  I did.

7    Q.  Did he remain employed by KBR?

8    A.  He did.

9    Q.  Did you ever know of any other complaint against Mr. King

11:11  10    after that?

11    A.  No, ma'am.

12    Q.  And what happened to Ms. Tinova?

13    A.  Ms. Shqipe Tinova remained employed with us for several

14    years, as I recall, and actually throughout that time was

11:11  15    promoted, as I remember.

16            MS. VORPAHL:  Your Honor, I will reserve the remainder

17    of my questions for my case in chief.

18            THE COURT:  Your direct?

19            Okay.  Anything?

11:12  20            MR. McKINNEY:  I don't have any questions, your Honor.

21            THE COURT:  Okay.  Any redirect?

22            MR. ESTEFAN:  I do, briefly, your Honor.

23                    **REDIRECT EXAMINATION**

24    BY MR. ESTEFAN:

11:12  25    Q.  Mr. Andino, you said something about William Tompkins --

11:12    1    A.  Yes, sir.

         2    Q.  -- calling you and referred the Tom Jones telephone call to

         3    you.  Jamie's father called?

         4    A.  Correct.

11:12    5    Q.  And so, the sequence was Mr. Jones, Tom Jones --

         6    A.  Yes.

         7    Q.  -- reached Mr. Tompkins?

         8    A.  Right.

         9    Q.  And then Mr. Tompkins referred that call on to you?

11:12   10    A.  Yes.

        11    Q.  And you told Mr. Jones what happened to his daughter, true?

        12    A.  I -- the call was very short.

        13    Q.  Yes, sir.

        14    A.  And he -- and I don't know who told him.  I mean, I can

11:13   15    draw a reasonable conclusion, but he called me about the

        16    wellbeing of his daughter.  And I provided him, as best as I

        17    could, some assurance that, yes, we were aware of what was

        18    happening and taking steps to -- you know, to take care of her

        19    and -- I mean, it was a very short call.

11:13   20    Q.  Yes, sir.  And because this call happened before you had

        21    ever even gone to the trailer where Jamie Jones was --

        22    A.  Correct.

        23    Q.  -- the information that you provided to Tom Jones had to

        24    come from someone other than Jamie Jones, right?

11:13   25    A.  I'm not understanding the question.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:13  1    Q.  Well, Kristen Rumba, the physician's assistant gave you the
       2    information about what happened.  She's a KBR employee and she
       3    told you what happened and that's how you knew what to tell Tom
       4    Jones about what happened.

11:14  5    A.  HR provided me the information that I needed.  That's the
       6    call -- the call -- when I first heard about the rape
       7    allegation, it was through HR.

       8    Q.  Okay.  The document that you were handed, this Joint
       9    Exhibit 135, do you remember this one?

11:14  10   A.  Yes, sir.

       11   Q.  It's 85 pages long, I noted.  And if you look through it,
       12   the only place in this 85-page document where sexual harassment
       13   is even mentioned at all is on one page, on Page 1305.  And
       14   that's just in a list of stuff that's unacceptable.  It's like

11:14  15   there's -- one, two, three, four, five, six -- seven things
       16   listed there, and sexual harassment is the fourth thing that's
       17   unacceptable.

       18            All the rest of this 85-page training manual that
       19   you use a PowerPoint on is all about don't build scaffolds this

11:15  20   way and don't build ladders this way and wear goggles and don't
       21   smoke when you're filling up your gas tank and things like
       22   that.  Isn't that right?

       23   A.  If you looked at it, I guess that would be correct.  I
       24   haven't analyzed it in that capacity.

11:15  25   Q.  There's no other -- I'm sorry.

11:15   1    A.  It was all information that was important to highlight to

        2    our employees.

        3    Q.  Yes, sir.  But there's no other mention of sexual

        4    harassment anywhere in that document?

11:15   5    A.  Okay.

        6    Q.  Do you agree with that?

        7    A.  I mean, like I said, I've never analyzed it in that method;

        8    but I'll take your word for it.

        9    Q.  Also, on the next page, 1306, of that very document, the

11:15  10    first thing 1306 says is, "The client comes first," with an

       11    exclamation point.

       12    A.  Right.

       13    Q.  Ahead of the most valuable asset, employees?

       14    A.  I can explain that, since I was the one that did that

11:16  15    section for --

       16    Q.  Sure.

       17    A.  -- for introduction.

       18    Q.  By all means.

       19    A.  Meaning that the -- we were there to provide a mission and

11:16  20    their needs would come first, plain and simple.

       21    Q.  I think that's pretty much what it says.

       22    A.  Right.

       23    Q.  Yes, sir.  Then further down on that same page, on 1306 of

       24    Exhibit 135, I believe it is, it says -- there's a statement

11:16  25    about dealing with the press or the media?

                    *Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:16  1    A.  Right.

2    Q.  Did you design that, as well, that statement?

3    A.  I did.

4    Q.  And it says, "I cannot speak," in quotes -- this is what, I

11:16  5    guess, KBR employees are taught to say if, for whatever reason,

6    the media walked up on them or something in Iraq.

7              And if you would like to look at it, it's on

8    Page 1306.

9              And in quotes, in bold letters, it says, "I

11:16  10   cannot speak on behalf of the company, but I can have our media

11   relations specialist contact you."

12   A.  Right.

13   Q.  Why does KBR have the need for a media relations

14   specialist?

11:17  15   A.  Well, the project is a very large one, very complex one;

16   and, by and large, myself included, don't necessarily have all

17   the answers that a media representative may have.  So, rather

18   than provide misinformation, which is often what happens when

19   you don't have the information that's appropriate, we would

11:17  20   just ask employees to refer them to the appropriate person.

21   Q.  On this Joint Exhibit 75 that you were asked about, that

22   Ms. Vorpahl handed you --

23   A.  Yes, sir.

24   Q.  Do you have it?  It's probably in a stack there.  And I

11:17  25   would like to --

11:17   1          MR. ESTEFAN:  Can I have the Elmo, please?

2                  Thank you.

3                  THE WITNESS:  Yes, sir.

4    BY MR. ESTEFAN

11:18   5    Q.  If you go to Page 3, where the SIR begins, Page -- and I

6    think at the bottom right-hand corner it's KBR E02195, just so

7    we're all --

8    A.  Yes, sir.

9    Q.  Do you see that?

11:18   10                 And on that page right there, do you see where it

11   says -- this is a report that you wrote.  And there's several

12   places where you've used "her" and "she" and "her" in reference

13   to Jamie Jones, right?

14   A.  Yes.

11:18   15   Q.  Then, on the very next page, you write "their," in

16   reference to HR and security.  And the next sentence you use,

17   "at their request."

18                 Now, the "their" you mean in that sentence is HR

19   and security, not Ms. Jones.  Because if you had wanted to use

11:19   20   the pronoun for that, you could have said "at her request."

21   A.  You're looking at the second page of the SIR?

22   Q.  Yes, sir.  It's KBR E02196 is the number.

23   A.  Correct.

24   Q.  And the first sentence says "their," "HR and security

11:19   25   returned to their offices."

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:19  1    A.  Right.

2    Q.  And then they use the same pronoun, "their" in the very

3    next sentence?

4    A.  Okay.

11:19  5    Q.  And, so, I'm saying if you had been referencing Ms. Jones

6    you would have used "her."

7    A.  I think it was just a typo.

8    Q.  Same typo in both lines?

9    A.  Well, the first sentence obviously refers to human

11:19  10   resources and security.  The second sentence refers to

11   Ms. Jones.

12   Q.  Right.

13        MR. ESTEFAN:  Pass the witness, your Honor.

14        THE COURT:  Any further questions from anybody?

11:20  15        MS. VORPAHL:  Honest to goodness, I have one.

16                    **RECROSS-EXAMINATION**

17   BY MS. VORPAHL:

18   Q.  Mr. Andino, when you spoke with Mr. Jones on July the

19   28th --

11:20  20   A.  Yes.

21   Q.  -- was it clear to you whether he already knew about his

22   daughter's allegations or were you telling him about the

23   allegations?

24        MR. ESTEFAN:  Objection, your Honor.  That would call

11:20  25   for speculation by Mr. Andino.

*Cheryll K. Barron, CSR, CM, FCRR*                *713.250.5585*

11:20   1          THE COURT:  I don't want you to guess.  Do you have

2      any basis for knowing?  And, if so, tell us what that basis is.

3          THE WITNESS:  I spoke to him directly.

4          THE COURT:  Okay.

11:20   5          THE WITNESS:  And --

6          THE COURT:  Was he calling you, or were you calling

7      him?

8          THE WITNESS:  No.  He called our IT department, and

9      that manager referred the call to me.  So, that's how I came to

11:21  10      talk to him directly.

11          THE COURT:  So, he was calling you, having already

12      been informed of the --

13          THE WITNESS:  Correct.

14          THE COURT:  -- alleged attack?

11:21  15          THE WITNESS:  Correct.

16          THE COURT:  Okay.  You may step down.

17          MS. VORPAHL:  Nothing further.

18          THE COURT:  Do we have another witness?

19          MR. ESTEFAN:  Your Honor, we have a video deposition

11:21  20      of William Goodgine that we can play; but I -- I can't vouch

21      for the time on it, how long it will be.

22          THE COURT:  You don't have an estimate?

23          MR. ESTEFAN:  We have an estimate of our part.  I

24      believe our part is around 13 minutes.

11:21  25          THE COURT:  Fourteen?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

```
11:21    1            MR. ESTEFAN:  Thirteen for us.

         2            MS. CATES:  We've got 40.

         3            THE COURT:  I mean, are you-all okay?  I think we can

         4     do that.  Fifty-three minutes, that means we get to break for

11:21    5     lunch around 12:15.

         6                 Let's do it.  If we hear cries of pain from the

         7     jury, we'll stop the tape and I'll get you a lawyer.

         8        (Discussion off the record)

         9            MR. HEDGES:  Can we point out who he is and where he

11:22   10     is and why it looks the way it looks?

        11            THE COURT:  You-all can do a better job than I can.

        12            MR. ESTEFAN:  Mr. Hedges can do a better job than I

        13     can.

        14            MR. HEDGES:  This is William Goodgine, who's with

11:22   15     security.  He's at a location other than Camp Hope in Iraq when

        16     this is done and it's done by Skype and it looks like it was

        17     done by Skype and it's very, very hard with the time sequence.

        18     It's really chopped up.

        19                 Is that fair?

11:22   20            MR. ESTEFAN:  That's a fair statement, yes.

        21            MR. HEDGES:  He's no longer a KBR employee.

        22            THE COURT:  Okay.

        23            MS. VORPAHL:  At this time, yeah.

        24        (Videotaped of testimony of William Goodgine playing)

11:38   25            MR. ESTEFAN:  Your Honor, that concludes our part.  I
```

```
11:38   1    think, for the jury's benefit, that last little bit we lost the
        2    signal.
        3                THE COURT:  Okay.
        4                MS. CATES:  We would like to play our cross.
11:38   5                THE COURT:  All right.
        6         (Videotaped of testimony of William Goodgine playing)
        7                MS. CATES:  That conclude our cross.
        8                THE COURT:  Okay.  Why don't we break for lunch.  Be
        9    back here at 1:05.
12:19   10        (Jury not present)
        11               THE COURT:  All right.  Please be seated.
        12                  Who's your next witness?
        13               MR. ESTEFAN:  Dr. Ciaravino this afternoon, and he's
        14   here.
12:19   15               THE COURT:  Actually ready to go?
        16               MR. ESTEFAN:  He actually wandered into the courtroom
        17   for a minute, but Mr. Kelly escorted him out.
        18               MR. HEDGES:  Do we know who they plan to call after
        19   him?
12:20   20                  I doubt it will take the whole afternoon.
        21               THE COURT:  Well, we only have two hours.
        22        (Recess was taken from 12:20 p.m. to 1:14 p.m.)
        23        (Jury present)
        24               THE COURT:  Members of the jury, please be seated.
01:14   25                  You may inquire.  Yes, the next witness?
```

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:14  1               MR. KELLY:  Your Honor, Dr. Michael Ciaravino.

       2               THE COURT:  Dr. Ciaravino, is he here?

       3               MR. KELLY:  He is, your Honor.

       4               THE COURT:  Yes, Dr. Ciaravino, good afternoon, sir.

01:14  5     We're going to have you up here.  Before you take your seat,

       6     Mrs. Loewe will administer the oath.

       7               THE WITNESS:  Okay.

       8               THE CASE MANAGER:  Do you solemnly swear that the

       9     testimony that you're about to give in the matter now before

01:14  10    the Court will be the truth, the whole truth, and nothing but

       11    the truth?

       12              THE WITNESS:  Yes.

       13              THE COURT:  Okay.  Now, is this the exhibit book

       14    you're going to use?

01:14  15              MR. KELLY:  I don't think so, your Honor.  I'm

       16    using -- I don't think so.

       17              THE COURT:  Okay.  That's fine.

       18              MR. KELLY:  May it please the Court.

       19              THE COURT:  Yes.

       20             **MICHAEL CIARAVINO, DULY SWORN, TESTIFIED:**

       21                       **DIRECT EXAMINATION**

       22    BY MR. KELLY

       23    Q.  Dr. Ciaravino, good afternoon.

       24    A.  Hello.

01:15  25    Q.  Would you please introduce yourself to the ladies and

01:15  1  gentlemen of the jury?

2  A.  Hi.  I'm Dr. Michael Ciaravino.

3  Q.  Tell us about your education, sir, if you would.

4  A.  I'm a plastic surgeon, Board certified plastic surgeon.  I

01:15  5  was -- originally went to the University of Florida for medical

6  school.  I started at Tulane, went to University of Florida.

7  Came out to Houston, and I studied at -- plastic

8  surgery at St. Joseph Hospital at a program where they focused

9  on a lot of breast surgery.  And I've been in practice here in

01:15  10  Houston in my own practice for 14 years now.

11  Q.  And you do have your own practice here in Houston?

12  A.  Yes, I do.

13  Q.  Okay.  And how do you know -- or do you know Jamie Leigh

14  Jones?

01:15  15  A.  I know Jamie as a patient who came to visit me.

16  Q.  I want to ask you about that very briefly, Doctor.  You

17  said you know her as a patient.  Is it important when you're

18  evaluating someone that you've actually had an opportunity to

19  look at them and to put eyes on them and actually do an

01:16  20  evaluation?

21  A.  Sure.  When a patient comes into our office, we do a very

22  thorough process of asking them a lot of questions,

23  interviewing them, examining them, spending a lot of time to

24  get to know them.

01:16  25  Q.  Is that the preferred method of offering opinions, over,

01:16  1  say, just a document review about a patient?

2  A.  Oh, absolutely.  There's many steps.

3  Q.  Doctor, the clinic here in Houston that you mentioned that

4  you practice, is that where you treated Jamie Leigh Jones?

01:16  5  A.  Yeah, that is where I met her and saw her and examined her.

6  And then I did her actual surgery at an outpatient hospital.

7  Q.  Do you recall when the first time was that you saw Jamie

8  Jones?

9  A.  Yes.  It was in September of 2005.

01:16  10  Q.  And I see that you have your medical chart in front of you,

11  Doctor.  And you're welcome, certainly, to look at anything you

12  want to look at as we're speaking today.

13  A.  Okay.  Thank you.

14       MR. KELLY:  For benefit of counsel, I would like to

01:17  15  put up what's been marked as Exhibit B197.  I don't believe

16  there's any objections to any of these.

17       MS. HOLCOMBE:  No objections.

18       MR. McKINNEY:  No objections.

19       THE COURT:  Admitted without objection.

01:17  20  BY MR. KELLY:

21  Q.  Actually, I'll go down to the bottom of that.  You can see

22  the date on there.  This would have been -- first of all, can

23  you tell us what this document is, Doctor?

24  A.  Yes.  That's the form that the patient fills out when they

01:17  25  come to my office, to tell about their medical background

1  and --

2  Q.  So, when Jamie came to your office on September 6 of 2005,

3  she would have filled this out?

4  A.  Yes.

5  Q.  So, in fairness, the words on here are really her words?

6  A.  Yes.

7  Q.  Okay.  And she reported to you at that time -- well, first

8  of all, it was about six weeks after the report of the assault

9  in this case.  Is that right?

10  A.  Yes.

11  Q.  And she reported to you -- I see that she at least checked

12  the block for "anxiety and depression"?

13  A.  Correct.

14  Q.  And she also reported that she had post-traumatic stress

15  disorder from the rape or sexual assault.

16  A.  Yes.

17  Q.  Is that right?

18  A.  That's correct.

19  Q.  And it says that she has chest pain.  Do you recall talking

20  with her about chest pain?

21  A.  A little bit about chest pain, yes.

22  Q.  What do you recall about that, sir?

23  A.  She was saying that since she was attacked there was some

24  discomfort.

25  Q.  Do you recall when she first met with you, Doctor, her

01:18    1    having a misunderstanding about a torn pectoral muscle?

         2    A.   Yes.   When she came in telling her story, she had told me

         3    that she was attacked and "I think I tore my pectoral muscle,

         4    and now my implants are out of position and messed up,"

01:19    5    basically.

         6    Q.   Okay.   And did you understand that to be a correct or

         7    incorrect accounting of what actually happened to her body?

         8    A.   Well, I was a little suspicious.   A lot of times patients

         9    come in and they mention that they tore their muscle.   And I

01:19   10    often find that the muscle was actually not torn.   But I know,

        11    in my experience, most likely what happened is the muscle kind

        12    of had forced the implants out of position.

        13            So, a lot of times patients will come in and I'll

        14    frequently hear that, "My muscle is torn."   And I'm, "Yeah.

01:19   15    Maybe, maybe not."   So, if that answers your question.

        16    Q.   It certainly does.   Thank you.   And did you make a

        17    determination in this case of what was actually going on with

        18    Jamie?

        19    A.   Well, I examined Jamie, and I knew that Jamie had implants

01:19   20    that were put in by another doctor.   She had breast implants.

        21    And as I examined her, I immediately noticed that her implants

        22    were out of position.   They were set very low and very wide

        23    out.

        24    Q.   Is there a name for that condition, Doctor?

01:20   25    A.   Typically we refer to that as "bottoming out."   Her

01:20  1   implants "bottomed out" is the term that we use.

2   Q.  I'm putting up B198, Doctor, which I believe is also a page

3   from your record.  And it seems to indicate that you circled

4   "bottoming out" -- or "bottomed out" on this particular record.

01:20  5   Can you read what you wrote next to that?

6   A.  "More on the left."

7   Q.  Okay.  And does that mean it's asymmetric?

8   A.  Yes.  "Asymmetric" means that the two sides are not even.

9   Q.  Okay.  And why is that -- or is that significant?

01:20  10  A.  Well, it's mostly significant to me as the -- I view myself

11  as the repairman to try to make her breasts as even as

12  possible.  And we were going to have to do, you know, more work

13  on the left side.

14  Q.  Doctor, in terms of the severity of this bottoming out --

01:21  15  let me back up a little bit.

16          How many repair surgeries do you think you've

17  done in a bottoming out situation?

18  A.  Well, I've done hundreds of repair surgeries, because I do

19  one of the highest amounts of breast surgery in the country.

01:21  20  As far as I know, I do -- there's two implant companies.  For

21  the one company, I put in the most implants in the whole

22  country.

23          So, of course, I have a lot of patients who come

24  to me for repair of their breast surgery.  Without question I

01:21  25  do the most in Texas, I do the most in Houston.  So, I see a

01:21   1   lot of these type of cases.  And it's fairly common to see

2   minor degrees of bottoming out, because it's a common thing

3   that can occur with implants over time.  But usually it's

4   pretty minor.  In a given week, about four or five times a

01:22   5   week, I'll do kind of a minor repair on a bottoming out case.

6   Q.  Was Jamie's bottoming out minor, Doctor?

7   A.  No.  Jamie's was severe, one of the more severe cases that

8   I've had.

9   Q.  One of the more severe you've had?

01:22   10  A.  Yes.

11  Q.  Out of the hundreds that you've done?

12  A.  Yes.

13  Q.  Were the findings with Jamie, were they -- were they

14  consistent with the reports of trauma that she was making to

01:22   15  you?

16  A.  It all made sense to me.  I believed her story.  I had no

17  reason to doubt the story; but, yes, it's -- it was certainly

18  feasible, hearing her story, that over time she could develop

19  this problem.

01:23   20  Q.  And what level of pain did she report to you, Doctor, when

21  she came in, in September?

22  A.  She said she had very severe, extreme pain; and I think she

23  was on a medication for it, on an antiinflammatory.  And when

24  she explained that -- when she mentioned she had pain, that

01:23   25  didn't really surprise me because a lot of times when the

01:23  1   implants are out of position now they are kind of rubbing

2   against the ribs and it's a sensitive -- sensitive area.

3   Q.  This jury has heard some testimony about Jamie's body size

4   and the size of these implants not being properly proportioned

01:24  5   and at least the inference that that was the reason that she

6   was bottoming out to the degree that she was when you saw her,

7   Doctor.  Can you address that for us?

8   A.  Well, when Jamie came to see me, she was -- she was 5-foot,

9   6, 122 pounds; and the implants that were previously placed

01:24  10  were 360 or 380, filled up to 450.  And those are a reasonable

11  size for her frame.  They are -- there's a spectrum, and sizing

12  is hard to say exactly.  I have many patients at that size.

13  It's not -- I wouldn't say that's overly extreme.

14  Q.  Is sizing of breast implants, Doctor, something that really

01:25  15  is best left to the judgment of the surgeon who is actually

16  placing them?

17  A.  Yes.  Sizing -- there's a lot of factors that go into

18  sizing.  Like, we can't just look at her height and weight.  We

19  look at the width of the chest, our measurements there, our own

01:25  20  experience.

21          And, in fact, when I did her corrective surgery,

22  I -- by the time she came to me for the corrective surgery, she

23  was a little bit lighter -- or significantly lighter.  And I

24  moved down in size, but just a little bit down in size.  So, I

01:25  25  didn't fill it up quite as much; and that worked out very well.

01:25    1              So, you know, to answer that, I think that the
         2    implant size that I used and was pretty successful with was not
         3    that different from her original.  So, I don't think her
         4    original was extreme.
01:26    5    Q.  In fact, I think you said she had lost some weight.  Do you
         6    remember what she weighed when you actually --
         7    A.  Yeah.  I think when she -- when I originally saw her was
         8    September, and then it was several months before she actually
         9    had her surgery.  And I think by that point she dropped down
01:26   10    to -- my notes say 98 to 105 pounds.  So, she was basically
        11    100 pounds.  So, she dropped 20 pounds from her original
        12    surgery to my surgery.
        13    Q.  And you put breast implants in that were just slightly
        14    smaller, I think you said --
01:26   15    A.  Correct.  That's correct.
        16    Q.  -- than the original ones?
        17              Doctor, assume with me that -- just for
        18    argument's sake, that these breast implants were too large for
        19    Jamie's size and so forth and that that was a contributing
01:26   20    factor to what happened here.  Given that fact -- or given that
        21    assumption, would trauma have played any role at all in what
        22    happened to Jamie's breast by the time you saw her?
        23    A.  Well, it definitely could have.  Often -- like, for
        24    implants to bottom out, there's usually kind of a combination
01:27   25    of factors there.  So, it's hard to just say that, yes, it's

01:27  1    just trauma or not, particularly when you have -- there's not

2    much there to support.  So -- you have kind of thin skin trying

3    to hold up this implant.

4              Yes, in general, the bigger the implant, the more

01:27  5    chance for it to stretch that skin.  What happens, when an

6    implant kind of gets out of the normal anatomy of the breast,

7    then it starts to raise the risk of bottoming out.

8              So, certainly sometimes trauma does play a role.

9    And what happens is it kind of exerts a force at the top of it

01:27  10   and now the implant's sort of out of position and, then, over

11   time, it continues to stretch, gravity, and continues to move

12   down.

13             So, that's why I kind of felt that, yes, that

14   could contribute to it.

01:28  15   Q.  Do you believe more likely than not that trauma contributed

16   to the condition you saw in Jamie's case?

17   A.  Yes, I believe --

18   Q.  I see you sort of struggling with your hand up there,

19   Doctor.

01:28  20             MR. KELLY:  May I approach the witness?

21             THE COURT:  You may.

22   BY MR. KELLY:

23   Q.  This is a demonstrative exhibit, Doctor.  It doesn't have a

24   number on it, but have you seen that document?

01:28  25   A.  Yes.

Cheryll K. Barron, CSR, CM, FCRR                    713.250.5585

01:28   1   Q.   And could you -- does that document assist you in

2   explaining what you were just telling us about with the

3   bottoming out?

4   A.   Yeah, I think this would.   And we'll look at it at this

01:28   5   view.

6                    So, basically you have an implant up here, in

7   position.   And, you know, ideally this implant would start a

8   little higher.   You have the muscle kind of coming across it

9   and then the breast tissue sort of supporting it.

01:29   10                    And then what tends to happen is either the

11   combination of -- the force of the muscle sort of pushes the

12   implant downward; and now you have the skin just trying to hold

13   it, and it can't really hold it.   So, what happens is the

14   implant continues to move down and out.

01:29   15                    And the other thing that happens is the nipple,

16   which in a normal breast would have been centered here, kind of

17   looks like it's moved up because the skin continues to stretch.

18   So, if you think on somebody's body here, you have a breast

19   with a nipple in position.   As this starts to slide down, it

01:29   20   starts looking odd, stretching the skin; and the nipple looks

21   like it's going up north.   So, that's a pretty good diagram.

22                    If you look at it from the side, what happens

23   here, this is the muscle.   The muscle only covers the top half

24   of the implant.   The bottom of the breast is here.   And, as

01:30   25   this forces down, the implant kind of ends up moving down.   And

01:30  1    then over time just further -- kind of further moves south,

       2    so -- and out.

       3    Q.  I think you were explaining to me earlier, Doctor, how the

       4    artist's rendition of the torn capsule is maybe slightly off.

01:30  5    Would you explain that to us?

       6    A.  Sure.  When we -- we talk about the word a "capsule,"

       7    right?  When any patient has an implant put in, normally your

       8    body forms a little layer around it, like a film, that we call

       9    a "capsule."  It's almost like a Saran Wrap layer.  So, an

01:30 10    implant has a little filmy layer around it.

      11             And in this drawing, it would have been nicer if

      12    they just made it like a little white line that goes all the

      13    way around the implant, as a capsule.

      14             So, here they're showing a torn capsule.

01:31 15    Really -- really what happens is the capsule that kind of came

      16    across the bottom was helping support the implant a little bit.

      17    But now it potentially kind of breaks the capsule, and then the

      18    implant can move down.

      19             Some people hardly have a capsule; others have a

01:31 20    thicker capsule.

      21             But that would have been better if they drew it

      22    all the way around there.

      23    Q.  Doctor, have you had an opportunity to review the medical

      24    records from a Dr. Michael Eisemann?

01:31 25    A.  Yes, I did.

01:31  1    Q.  Did Dr. Eisemann confirm your findings of a tear in the

2    fibrous breast capsule?

3    A.  Yes.

4    Q.  Did you -- you would agree that Jamie certainly suffered a

01:32  5    severe disfigurement to her breast implants?

6    A.  Yes.

7        THE COURT:  The jury has been told that the phenomenon

8    of bottoming out is very difficult to fix surgically.  Do you

9    agree with that?

01:32  10       THE WITNESS:  I do -- I fix it all the time.  It is

11   challenging to fix, but it's something that I can repair.

12   Those who do it a lot typically use a technique called

13   "capsulorrhaphy," where we put stitches in.

14           Part of the reason why it is hard -- so, I will

01:32  15   agree with that -- is now the skin has gotten stretched and

16   we're not really repairing that skin.  So, yes.

17       THE COURT:  Would it be fair to summarize your

18   position as being it's a more complicated surgery but success

19   can be achieved fairly regularly?

01:33  20       THE WITNESS:  By someone who is very experienced at

21   doing this.

22       THE COURT:  So, a lot more people would do implants

23   than would do repairs of bottoming out?

24       THE WITNESS:  Correct.

01:33  25   BY MR. KELLY:

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:33   1   Q.  In fact, you mentioned capsulorrhaphy, Doctor.  Is that
        2   what you did with Jamie Jones?
        3   A.  Yes.  "Capsulorrhaphy" means "repair of the capsule."  So,
        4   what that means is that her implants have moved out too far.
01:33   5   And I've got to figure out how am I going to get them up there.
        6   So, I get them up there by putting stitches in the capsule to
        7   try to hold it up there.  So, I'm using that capsule to get the
        8   implants back up where they belong.
        9   Q.  And capsulorrhaphy is a surgical repair?
01:33  10   A.  Yes.
       11   Q.  When you did your surgical repair in this case, were your
       12   findings at least consistent with the trauma that had been
       13   reported to you?
       14   A.  The findings are what I expected to see, that now her
01:34  15   internal space is very stretched out and -- so, I saw what I
       16   expected to see, yes.
       17   Q.  Okay.  You have reviewed -- well, have you reviewed a
       18   number of series of photographs that have been taken of
       19   Ms. Jones' chest since the July of 2005 assault?
01:34  20   A.  Yes.
       21       MR. KELLY:  Give me just a moment.
       22   BY MR. KELLY:
       23   Q.  I think these are an Exhibit 69 and 70 with the exception
       24   of Dr. Eisemann's, which I'm also going to show you, Doctor.
01:35  25   And without reference to the specific numbers, I'm going to try

01:35  1    to use dates here.

2              I'll represent to you, Doctor, that these are out

3    of Dr. Lahiri's records.  Do you recognize -- I believe this is

4    actually Page 91 from one of those records.  Do you recognize

01:35  5    these photographs, Doctor?

6    A.  Yes.

7    Q.  And the photograph at the bottom, do you recall what date

8    that was taken?

9    A.  That was in '05.  I believe that was shortly after the

01:36  10   reported event.

11   Q.  If I represent to you that was August 15th of 2005, does

12   that --

13   A.  Yes.

14              THE COURT:  The photo is not the event?

01:36  15              MR. KELLY:  The photograph, yes.  The photograph was

16   taken --

17   BY MR. KELLY:

18   Q.  Doctor, can you tell me what it is that you see in

19   this photograph from August 15th of 2005, from Dr. Lahiri's

01:36  20   records?

21   A.  Well, you start to see some asymmetry starting to come in

22   play because the breast on the left-hand side is starting to

23   bottom out and it's pointing the -- you see that the nipple is

24   starting to go up and out.

01:36  25              THE COURT:  By "left-hand side," you mean her left or

01:36    1    our left?

         2            THE WITNESS:  Patient's left.  Patient's left.  Oh,

         3    yeah --

         4    BY MR. KELLY:

01:37    5    Q.  This might make life easier for us.  This one is actually

         6    marked 8-15-05.

         7    A.  This is another doctor's picture.  So, I'm just kind of

         8    sharing what I see.

         9            But, to me, it looks like the breasts are

01:37   10    starting to become uneven, asymmetric, meaning that this

        11    implant is moving down too much; and that's why her -- this

        12    skin is starting to stretch.  So, it's bottoming out; and it's

        13    forcing the nipple out here, worse on this side than on the

        14    right side.

01:37   15            And, in fact, this line here kind of shows how

        16    this nipple and -- these nipples are not properly aligned.  And

        17    that happens to occur as the implant is displaced out of

        18    position.

        19    Q.  Doctor, the day after Jamie's assault, Dr. Jodi Schulz

01:38   20    performed a rape kit analysis where Jamie stood completely

        21    naked in front of her; and Dr. Schulz examined Jamie and made

        22    no mention of displaced breasts.

        23            Would you expect an OB-GYN looking at what we're

        24    seeing here on this exhibit to have made a notation of a

01:38   25    problem with the breasts?

01:38  1    A.  No, not necessarily so.  I mean, it usually takes, like, a

2    plastic surgeon to really start pointing out things like that,

3    unless she was really looking for it.

4    Q.  I would also like to show you, Doctor, if I could -- and I

01:38  5    know that counsel have agreed to allow me to put this up.  I

6    don't think that we have Dr. Michael Eisemann's records marked,

7    but these are photographs that appear to be dated 11-9 of '05.

8         And can you tell me, as compared to what you're

9    looking at on the board that was taken on 8-15-05, what's going

01:39  10   on there, Doctor?

11   A.  Well, it seems like there's a little worsening of the

12   asymmetry now if you look again at that breast on the left-hand

13   side.  It seems like if you took a ruler from the nipple to the

14   bottom of the patient's left, it's starting to stretch the skin

01:39  15   more.  So, it's a worsening bottoming out.

16   Q.  Is that the general nature of this type of injury, Doctor,

17   that it worsens over time after the initial trauma?

18   A.  Yes.  What typically happens is, once an implant is out of

19   position, now it kind of continues to get worse because the

01:39  20   skin can't really support it.

21   Q.  You took photographs yourself before the surgery, did you

22   not?

23   A.  Yes.

24   Q.  My quality of photographs is not great, Doctor; but do you

01:39  25   recognize these?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:40  1    A.  Yes.  Those are photos from my office the -- about a few

       2    days before the surgery, maybe a week before I did the surgery.

       3    So, I think it's like a half a year after the previous pictures

       4    were.

01:40  5    Q.  How does -- I don't know if we can see them both, based on

       6    how I have this.  Is there a way I can do that?

       7    A.  I think it was better when you zoomed in, if you're trying

       8    to show me my picture.  Well, whatever you want to do.

       9    Q.  I was going to show you both and ask you to compare what

01:40  10   you're seeing there, Doctor; and then I'll zoom in, if that's

       11   all right.

       12          Can you compare what you're seeing in the

       13   November of '05 photograph to what you're seeing when you did

       14   your surgery?

01:40  15          Which was when?

       16   A.  In July of '06 -- I'm sorry, June -- yeah, the actual

       17   surgery was July.  That picture was June 28th, '06.  So, it was

       18   about a week before the surgery.

       19          Yeah, to compare the two -- so, looking at the

01:41  20   other doctor's picture, on the right-hand side of the screen,

       21   and then you look down at my pre-op picture, it seems like it

       22   got a lot worse.  You can see the implants really moving down.

       23   So, I believe that skin is stretching a lot more.

       24          You can also see in that photo kind of the

01:41  25   difference in how thin she is when she's seeing me, on the

01:41   1   bottom here.  You see how you could really see the definition
        2   of the implant.
        3   Q.  Yes.
        4   A.  And if you look up on the picture above, to me, that
01:41   5   doesn't look overly -- to answer your previous question, that
        6   doesn't look overly large for her frame when they were
        7   originally placed.  So, what's happened in the picture down
        8   below is worsening bottoming out.
        9   Q.  When you say "worsening bottoming out," was this painful
01:42  10   for Jamie?
       11   A.  Yes.
       12   Q.  Was it painful for Jamie from -- certainly when she first
       13   reported the pain back in September of '05, right?
       14   A.  I didn't understand the question.
01:42  15   Q.  I'm sorry.  Well, you noted extreme pain when she first
       16   came in, in September of '05?
       17   A.  Right.
       18   Q.  Nothing had been done to relieve that pain --
       19   A.  Right.
01:42  20   Q.  -- up until the surgery that you performed?
       21   A.  Right.
       22   Q.  Do you know why it took her so long to have this surgery,
       23   Doctor, just generally?
       24   A.  I believe it was just to get permission to have the surgery
01:42  25   or maybe a financial thing to --

01:42  1    Q.  She couldn't afford it?

2    A.  Yes, I believe -- well, basically, when I see her, we say,

3    "Okay.  You're going to have surgery."  Then I leave it to my

4    coordinator.  And then I didn't see her till she signed up

01:42  5    several months later.

6    Q.  Gotcha.

7    A.  So, I don't know.

8    Q.  When you did the surgery, did you prepare a postoperative

9    report?

01:43  10   A.  Yes.

11   Q.  Okay.  And did you also prepare some post-procedure

12   progress notes?

13   A.  Yes.

14   Q.  This is B210.  Is that those post-procedure progress notes

01:43  15   that you prepared, Doctor?

16   A.  Yes.

17   Q.  And I noted that you indicated that she was, "Status,

18   post-trauma"?

19   A.  Yes.

01:43  20   Q.  So, even after the surgery, you found that her findings

21   were consistent, is that right, with the trauma?

22   A.  I did not change any opinion on it.  I wrote that just

23   based on what she came in stating, yes.

24   Q.  Doctor, what other types of trauma can cause this severe

01:43  25   bottoming out?

01:43  1   A.  Well, you know, it's hard to answer that because it's a

2   progression -- a lot of times I'll have a story where a patient

3   will come in and they'll say, "Oh, I was doing fine, things

4   were looking good and then my kid jumped on my chest and then

01:44  5   over time it seems to be getting worse."

6          Something -- you know, something like that, we

7   might hear.

8   Q.  But -- and that's my point.  It's typically an event and

9   then followed by a progression over time?

01:44  10  A.  Many times, that's the case.  Many times, it's -- it is a

11  progression.  There's sometimes an event.

12  Q.  Doctor, you took postsurgical photographs in Jamie's case?

13  A.  Yes.

14  Q.  And is that what we're looking at here on the right-hand

01:44  15  side?

16  A.  Correct.

17  Q.  Can you compare -- tell us the difference of why the -- or

18  what's significantly better, I guess, from the right-hand side

19  to the left?

01:44  20  A.  Right.  Well, you can see on the repair there I was able

21  to -- what I did was this -- "capsulorrhaphy" means putting in

22  stitches.  So, I put in stitches across the whole bottom and

23  outside to help us move the implant up and really reduce the

24  distance from the nipple down.  So, I got the implant back up

01:45  25  in better position.

01:45   1          And, also, around the top of the breasts there, I

2    kind of opened that area so the implant could get back up where

3    it's, you know, supposed to be.

4    Q.  When Jamie came out of this surgery, Doctor, did you have

01:45   5    her wrapped up in anything?  How was she --

6    A.  I put her in a surgical bra that we provide and some gauze

7    wrapping.

8    Q.  How long does she wear that?

9    A.  She usually wears that bra for a couple of weeks, yes.

01:45  10    Q.  Okay.  And, so, she is not able to see herself, I take it,

11    until she takes that off.  Is that right?

12    A.  They peek a lot.  I don't know what she did really.

13    Q.  What do you tell them to do, Doctor?

14    A.  We encourage them to wear a supportive bra afterwards and

01:46  15    they are -- I usually allow them to take the bra off, like, the

16    day after surgery.  But we're encouraging them to wear it

17    basically, you know, pretty religiously because I'm trying to

18    get everything to heal up in position.

19    Q.  Did Jamie come back to you for a three-month visit?

01:46  20    A.  Yes, she did.

21    Q.  Is that actually when these photographs were taken?

22    A.  Right, those are at three months.

23    Q.  At that time, Doctor, were there still stitches that were

24    palpable?

01:46  25    A.  No.  The -- for the most part -- I mean, she might be able

01:46  1    to feel a little bit in there, but the stitches are all hidden

       2    on the inside.  They're -- the repair -- the tacking stitches

       3    are there for good.  Those are permanent stitches, but they're

       4    hidden on the inside.  Maybe that's -- there's nothing on the

01:46  5    outside that you could feel.

       6    Q.  Okay.  Do you recall in Jamie's specific case whether she

       7    could feel when she touched?

       8    A.  I don't remember exactly.  But that's a common thing, that

       9    patients come back and say, "Oh, I feel the stitch a little

01:47 10    bit."

      11              Yeah, I actually explain the puckers and told her

      12    it will relax.  That's a common thing that we hear.  So, I

      13    guess she did mention that.

      14    Q.  I want to ask you a little bit about the original breast

01:47 15    augmentation that Dr. Lahiri did in November of 2004.  You were

      16    aware of that, right?

      17    A.  Yes.

      18    Q.  And I think you were -- you've been asked, at least in

      19    deposition, about the pneumothorax and that sort of thing that

01:47 20    was experienced?

      21    A.  Uh-huh.

      22    Q.  Do you have an opinion, Doctor, as to whether that

      23    pneumothorax contributed at all to what you were looking at

      24    when you examined Jamie in September of 2005?

01:47 25    A.  Right.  I don't think the -- the pneumothorax, I don't

01:47    1    feel, has anything to do with the shifting of the implants.

         2    Q.   Okay.   And there was a note in one of the records that

         3    Dr. Lahiri had made that said the tear in the muscle was

         4    repaired.   What does that mean, Doctor, from a medical

01:48    5    standpoint?

         6    A.   What that -- well, a pneumothorax means that in a certain

         7    spot she went in too deep and kind of punctured the layer that

         8    surrounds the lung.   So, a pneumothorax is a kind of a

         9    collapsed lung.   And I believe what she was referring to is

01:48   10    she -- she probably went in with, like, a little zapper

        11    machine, a Bovie, and she went a little deep and then realized

        12    she did and put a stitch in to repair it.   But that's really

        13    more like between the ribs.

        14                You know, you feel that muscle between your

01:48   15    ribs --

        16    Q.   Right.

        17    A.   -- she probably accidentally got in there, and it was a

        18    little tear.

        19    Q.   In terms of severity, what are we talking about, Doctor?

01:48   20    A.   It sounded like it was small and it repaired it itself

        21    by -- I mean, she put in a stitch; but it was of no -- no issue

        22    after.

        23    Q.   Is this the type of injury that typically does repair

        24    itself?

01:49   25    A.   Yes.   If it was really small, it repaired itself.   Like, a

01:49    1   lot of times it happens when they're putting in, like, a line,

         2   like an IV, and someone will accidentally puncture it.  That

         3   would repair itself.

         4          But pneumothoraxes that happen if somebody is,

01:49    5   like, in a car accident and broke their ribs, that doesn't

         6   repair itself.  They have to put in a chest tube, and it's an

         7   emergency thing.  So, a big pneumothorax could kill you.

         8          But this sounded like a puncture thing that

         9   wasn't a big deal.

01:49   10   Q.  Gotcha.  In fact, in your review of Dr. Lahiri's records,

        11   did you note that Jamie had been completely healed before she

        12   ever left for Iraq?

        13   A.  Yes.

        14   Q.  Did you review the letter from Dr. Lahiri of March 5th,

01:49   15   2005, where she noted that Jamie's implants were "perfect" and

        16   that she had no complaints?

        17   A.  Yes.

        18   Q.  Is that relevant to sort of an evaluation of what you're

        19   seeing when you saw Jamie then in September of 2005?

01:50   20   A.  Well, yes, it was relevant because at -- you're -- you

        21   know, that's all I had to go by at -- I mean, in March they

        22   were okay; and now they're much worse, you know, they're out of

        23   position.

        24   Q.  And other than the assault in Iraq, is there any other

01:50   25   explaining factor for what might have caused that?

_Cheryll K. Barron, CSR, CM, FCRR_                    _713.250.5585_

01:50  1   A.  Well, the assault certainly all made sense with it for it

2   to get that bad.  So, no real other --

3   Q.  All right.  One last question on the pneumothorax.  Did the

4   pneumothorax in 2004 play any role in the condition you looked

01:50  5   at when you saw Jamie in September of 2005?

6   A.  The pneumothorax played no -- no role.

7   Q.  Doctor, looking at the photograph that's on the board, I

8   think Dr. Lahiri described that as a severe deformity of the

9   left breast.  Would you agree with her?

01:51  10   A.  Yes.  That's severe -- well, that's severe; but it got much

11   more severe in my pre-op pictures.

12   Q.  What does it mean that Jamie had a loss of the inframammary

13   fold?

14   A.  That's talking about the crease underneath the breast, and

01:51  15   basically the implant has kind of moved below it.  So, it's

16   lost its supportive function.

17   Q.  And, Doctor, we've kind of focused, I guess, on the left

18   breast as we've been talking; but is there deformity in the

19   right breast, as you're looking at that photograph, as well?

01:51  20   A.  Yeah.  In the photograph you can't really see it.  But she

21   had it on both sides.  In my photograph you could see it more.

22   In that one it actually doesn't look as bad.

23   Q.  Can you see it also in the photographs taken in November by

24   Dr. Eisemann?

01:52  25   A.  A little bit.  Not too bad there.

01:52   1          MS. CULLEN:  Mr. Kelly, would you mark those
        2    photographs and enter them into evidence, please?
        3          MR. KELLY:  I would be happy to.  I'll even put my
        4    color copies in.  How about that?
01:52   5          MS. CULLEN:  Excellent.
        6          MR. KELLY:  That's Plaintiffs' 84, which we offer at
        7    this time.
        8          MR. HEDGES:  No objection.
        9          THE COURT:  Admitted without objection.
01:52  10    BY MR. KELLY:
       11    Q.  We talked faster than my notes, so I'm skipping ahead, if
       12    you can bear with me, Doctor.
       13    A.  Okay.
       14    Q.  Is it your opinion, Doctor, that trauma contributed to the
01:53  15    condition that you treated with Jamie Leigh Jones on September
       16    of '05 and again in July of 2006?
       17    A.  Yes.
       18    Q.  Have you offered your opinions to a reasonable medical
       19    probability, sir?
01:53  20    A.  Yes.
       21    Q.  And, again, you're a treating physician, not a retained
       22    expert, by me, true?
       23    A.  Right.  Right.  I'm not paid at all to be here.  I'm here
       24    because Jamie came to see me because I'm the breast guy.  I
01:54  25    fixed it, and now I was asked to come here.

01:54   1   Q.  Thank you for coming, Doctor.

        2              MR. KELLY:  I pass the witness.

        3              THE COURT:  Okay.  Mr. Hedges?

        4                     **CROSS-EXAMINATION**

01:54   5   BY MR. HEDGES:

        6   Q.  Hello, Doctor.

        7   A.  Sure.

        8   Q.  We've met, right?

        9   A.  Yes.

01:54  10   Q.  Talk to the jury a little bit about how susceptible breasts

       11   are to pain when they are -- when they suffer some kind of a

       12   trauma.

       13   A.  Sure.  Depending on someone's sensitivity or -- breasts are

       14   sensitive.

01:55  15   Q.  One of the more sensitive parts of the body for a woman?

       16   A.  Sure.

       17   Q.  And is that because they have a lot of nerve endings in

       18   them?

       19   A.  Yes.

01:55  20   Q.  What about blood vessels; do breasts have a fairly robust

       21   supply of capillaries and arteries?

       22   A.  Sure.

       23   Q.  And when a body part has a very robust blood supply, does

       24   that make it more prone to bruising and swelling?

01:55  25   A.  Yes.

                    *Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:55  1   Q.  And, so, in addition to being very pain sensitive, are
2   breasts also very prone, if they are traumatized, to bruising
3   and swelling?
4   A.  A breast could be prone to bruising and swelling.
01:55  5   Q.  And, so, if a person was subjected to the kind of trauma
6   that Ms. Jones claims to have been subjected to over in Iraq
7   and goes to see a doctor the next day, isn't that person likely
8   to be in fairly severe pain and exhibit a certain amount of
9   bruising and swelling?
01:56  10  A.  I would say it depends on exactly the mechanism to the
11  breasts.  So, yes or no.
12  Q.  Yes, if they were sufficiently traumatized.  Is that fair?
13  A.  If -- possibly so, yes.
14  Q.  Okay.  And, so, you would expect --
01:56  15  A.  However, I guess it also depends on when a bruise would set
16  in and -- I don't think that's conclusive really either way.
17  Q.  Tell us a little bit about that.  How long, for somebody
18  who has been severely traumatized to their breasts, would it
19  normally take for bruises and/or swelling to become visible?
01:56  20  A.  I mean, there's a lot of times when there's no visible
21  bruising to a breast, if it's underneath.  It's hard to answer
22  that.
23  Q.  I don't quite understand when you say that it's
24  "underneath."
01:56  25  A.  Sometimes a patient would come in and they would report

01:56  1    some trauma to their breast or implant or they come see me,

2    they're concerned about their implant; and I wouldn't see

3    anything visible on the outside of the breast.  So, there are

4    some instances where breasts are pretty durable.

01:57  5              Think of -- a breast in some sexual activities

6    don't necessarily bruise.  And some of them can get fairly

7    aggressive.  So, the bruising, to me, doesn't really -- can be

8    there or not.

9    Q.  I think you mentioned to us that you perform a tremendous

01:57 10    number of capsulorrhaphies on women whose breasts have bottomed

11    out.

12    A.  Yes.

13    Q.  How many have you performed on women whose breasts have

14    bottomed out as a result of trauma?

01:57 15    A.  Hard to answer that because --

16    Q.  Why is it hard to answer?

17    A.  Because I don't have those statistics.  And sometimes

18    they're just reporting -- they would make mention of it.  I

19    have not had any that had, like, direct -- that much direct

01:58 20    trauma like this.

21    Q.  You've not -- of the hundreds and hundreds you have

22    performed, of capsulorrhaphies for bottoming out, none of them

23    have been the result of a trauma like you think this one is?

24    A.  No.  You're putting words in --

01:58 25    Q.  I don't want to do that.

A.   Okay.  All right.  I don't know the number; but on fair occasions, patients would come in and say something along the lines of, "My kid jumped on my chest."  We've had some cases of, "I've been in a car accident."  But I don't know the number of it.

And I'm more not necessarily looking at exactly what happened as I now have the problem, "Oh, yes, you bottomed out.  I know how to fix it."

So, when they're telling me, "My kid jumped on the chest" or "I was in an accident," that certainly made sense to me and I see why this occurred; but I don't keep that statistic.

Q.   So, it's fair to say that when somebody presents themselves to you with bottoming out, you're more concerned about the extent of the bottoming out, how to fix the bottoming out, than you are with what caused the bottoming out?

A.   Yes, that's true.

Q.   Analyzing whether it was caused by trauma or whether it was caused by something else is not a significant part of what you do, is it?

A.   Correct.

Q.   And would you tell the jury just a little bit more about the technique that you use, the capsulorrhaphy and the interior and lateral stitchings?  There are other ways of doing it, aren't there?

01:59   1   A.  There's a couple of different techniques.  But "orraphy"

        2   means "repair," like "herniorrhaphy," "repair of."

        3   "Capsulorrhaphy" means "repair of the capsule."

        4               So, basically what's happened is you have a

02:00   5   space.  And now, because the implant has moved down, you have

        6   this big space in there.  So, there's that capsule layer.  And

        7   what I am doing is putting in many different stitches close

        8   together, kind of across the outside and across the bottom, to

        9   bring that implant up and in.  That's the main technique that's

02:00  10   used.

       11               One other thing that's newer now, some people are

       12   putting in, like, a supportive sheet; but it's still kind of

       13   experimental.  So, some variation of what I am doing is a

       14   common approach.

02:00  15               MR. KELLY:  I would just like to -- for Jamie's

       16   discretion, your Honor.

       17               MR. HEDGES:  Oh, good idea.

       18               MR. KELLY:  Not anymore than we have to actually look

       19   at them.

02:00  20               THE COURT:  Yeah, that's fine.

       21               MR. HEDGES:  Can we put up KBR Exhibit 69, Page 7,

       22   please?

       23   BY MR. HEDGES:

       24   Q.  And I will come back to what we were just discussing a

02:01  25   little bit later.

02:01  1              Let me first just ask you, though.  Is it sort of

2    a matter of surgeon's choice as to whether you use the

3    technique you use or some other surgeon uses some of these

4    other techniques that you mentioned?

02:01  5    A.  Yes.  But the majority of people who know how to do this

6    and treat it a lot will do one of two things, either what I'm

7    describing or put in some kind of, like, a mesh type material.

8    Q.  What is your success rate with capsulorrhaphies for

9    bottomed out breasts?

02:01  10    A.  It's very high.

11    Q.  And how long should it last before there are problems?

12    A.  Well, it's hard to say, because what happens with this is

13    you fix it but the skin is still -- it's variable because the

14    skin in some cases is stronger than others.  The capsule, what

02:02  15    we've had to sew to, can vary from one to another.  And there's

16    all different factors.  It depends on the weight of the

17    implant, the force of someone's muscle.  So, it's hard to

18    answer that.

19              Most of the people that I see and treat are -- we

02:02  20    have a very good repair, they're pretty happy with it.  But

21    then you'll see some kind of recurrence to it.  So, it's not a

22    permanent fix, but we've been pretty -- we've made a lot of

23    improvement.

24    Q.  And we're going to look at the pre-op and post-op pictures

02:02  25    of Ms. Jones from your surgery in a minute.  But as I recall,

02:02  1    you were very satisfied with the results of your surgery on

       2    Ms. Jones?

       3    A.  Yes.  Pretty -- for what I had to work with, I was pretty

       4    satisfied with it.

02:02  5    Q.  Would you have expected it to last for more than three

       6    years before it bottomed out again?

       7    A.  No.  It really could -- it really could have been at any --

       8    any point I expect to see some little change with -- it

       9    wouldn't surprise me.  We would hope it would last -- it

02:03  10   becomes kind of like a subjective thing of, most commonly, you

       11   see some recurrence, maybe even within a short period, within a

       12   few months, but usually not too bad.

       13              So, the most common thing is we'll see, yeah,

       14   it's starting to bottom out a little bit but it's a heck of a

02:03  15   lot better than what she had.

       16   Q.  Would you have expected her to bottom out sufficiently in

       17   three years enough so to require yet another reconstructive

       18   surgery?

       19   A.  Not if it -- not -- I wouldn't expect it to be really bad,

02:03  20   but I would expect there to be a little bit -- like a little

       21   bit off that a critical eye could pick up.

       22   Q.  Okay.  We'll come back to that.

       23              MR. HEDGES:  Can you scroll a little bit further down

       24   on -- let's just pull it down.  I'm not seeing what I was

02:04  25   looking for.

*Cheryll K. Barron, CSR, CM, FCRR*                        *713.250.5585*

02:04   1   BY MR. HEDGES:

2   Q.  Let me ask you about the unfortunate occurrence, the

3   pneumothorax in Dr. Lahiri's surgery.  And I want to stress

4   that this was something that happened in Dr. Lahiri's surgery

02:04   5   and not your surgery.  Is that correct?

6   A.  Right.

7   Q.  Have you ever had that happen in one of your surgeries?

8   A.  No, I have not.

9   Q.  If you can actually -- and I think the term she used was

02:04   10  "visualizing the lung."  Do you recall that from her note?

11  A.  Yes.

12  Q.  "Visualizing" is a good doctor word for "see"?

13  A.  Right.

14  Q.  So, you could see the lung.  So, if you could actually see

02:04   15  through about seven layers of tissue and muscle and see the

16  lung, it had to be something more than just a microscopic

17  puncture wound, doesn't it?

18  A.  Well, it depends if the lung -- sometimes what I imagine

19  someone could do -- I don't know at all.  But you might want to

02:05   20  inspect it.  So, she might have, you know, looked in there with

21  some retractors --

22  Q.  With retractors.

23  A.  -- to kind of detect the amount of injury that was there.

24  And that would probably be a good idea so you would know with

02:05   25  what you're dealing with.  Because if she really did get in

1  there with a big opening, then she's going to have a bigger

2  problem, going to need a chest tube and things like that.

3  Q.  Exactly.  And she didn't need that?

4  A.  Right.

5  Q.  Doctor, nobody in their right mind would try to tie a

6  pneumothorax in a puncturing of these layers to a case of

7  bottoming out, would they?

8  A.  No.

9  Q.  But they might very well want to talk about it in relation

10  to chest wall pain?

11  A.  I don't fully answer the question -- know the question, but

12  I wouldn't expect a puncture pneumothorax to cause much pain

13  over a long period of time.  Usually it's like the pneumo

14  hurts -- while they're breathing is while it hurts.  So, that

15  might last for a few days; but then it just kind of goes away.

16  Q.  But it doesn't have anything to do with bottoming out,

17  right?

18  A.  Right.

19  Q.  Of course.

20  A.  Right.

21       MR. HEDGES:  Let's put up KBR 69, page and Bates

22  Number 11, please.  It's the same photographs from

23  Dr. Ciaravino that we were looking at a few minutes ago.

24  BY MR. HEDGES:

25  Q.  I promise I won't make the mistake I did in the deposition,

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:06    1    of not asking you which are the pre-op and which are the
         2    post-op.
         3    A.    I could have got you guys a better picture.    This is --
         4    Q.    And, Doctor, we talked in your deposition, you may recall,
02:07    5    of whether bottoming out was somewhat more likely to happen in
         6    a very small person than it would in a larger person with a
         7    larger chest cavity.    Is that basically what you told me then?
         8    A.    Yes.
         9    Q.    And you agree with that?
02:07   10    A.    Yes.
        11    Q.    And you also said earlier that the larger the implants, the
        12    larger -- the greater the chance of bottoming out?
        13    A.    Correct.
        14    Q.    So, if you add together a very small, petite woman with --
02:07   15    to use Dr. Lahiri's words from one of her notes -- "very large
        16    implants," you have in two different ways increased the chances
        17    of bottoming out.    Is that fair?
        18    A.    In general, bigger implants on a smaller person with less
        19    support has more chance of bottoming out.
02:07   20    Q.    And let me back up a little bit even beyond that to before
        21    Dr. Lahiri.    Have you seen -- I think Mr. Kelly actually put up
        22    here very briefly -- I don't know if you talked about it, but
        23    he put up here Dr. Lahiri's preoperative photographs of
        24    Ms. Jones' breasts.    Have you seen those?
02:08   25    A.    Not lately.

02:08   1   Q.  Well, let me give you a little help in this.  She describes
        2   the preoperative condition of Ms. Jones as "hypoplasia."  Can
        3   you tell the jury what "hypoplasia" is?
        4   A.  Yeah.  That's the term we use for anybody with a small
02:08   5   breast.  That's why they're coming to see us.
        6   Q.  Sure.
        7   A.  "Hypoplasia," "hypomastia" just means small breasts.
        8   Q.  And when they are a young person, petite with very small
        9   breasts and, therefore, very less tissue, you've got less of a
02:08  10   structure to fit the implants into, don't you?
       11   A.  Yes.
       12   Q.  And that is a third factor that can increase the chances of
       13   bottoming out, correct?
       14   A.  Yes.  In general, the smaller the person -- but, like I
02:08  15   said, I didn't think those were overly large.
       16   Q.  Her breast implants that Dr. Lahiri put in, were they
       17   silicone gel or saline?
       18   A.  Those are saline implants.
       19   Q.  And is saline heavier than silicone gel?
02:09  20   A.  They're similar.  They're the same implants that I used.
       21   Q.  And they weigh -- do they weigh more?
       22   A.  They are pretty close in weight.  I don't have the answer
       23   to that.
       24   Q.  And do the silicone -- excuse me.
02:09  25                 Do the saline breasts deflate or rupture more

02:09    1    readily than the silicone implants?

2    A.   Saline implants deflate more readily.

3    Q.   When you -- and during your surgery, did you remove the

4    saline implants that Dr. Lahiri had implanted?

02:09    5    A.   Yes.

6    Q.   Were they ruptured?

7    A.   No.

8    Q.   Were they deflated?

9    A.   No.

02:09    10    Q.   So, is it fair to say that the implants themselves showed

11    no signs of trauma?

12    A.   Right.

13    Q.   Did the breasts themselves show any signs of trauma other

14    than being, to use your term, severely bottomed out?

02:10    15    A.   Right.   You wouldn't expect visible trauma that many -- I

16    operated on her, like a year or two out.

17    Q.   I questioned Dr. Lahiri about your procedure of tacking

18    sutures; and she answered, and I quote, "Those sutures can fail

19    in three months or they might last a year."Do you agree with

02:10    20    that?

21    A.   No, I don't agree with that at all.

22    Q.   And tell the jury why you don't agree with Dr. Lahiri.

23    A.   Well, I don't agree with Dr. Lahiri on that point because I

24    have many patients who have lasted many years with this

02:11    25    technique.   I also believe I probably have done this many,

02:11   1    many, many more times than Dr. Lahiri.  And it's worked for me.

        2    You know, you do what works for you in your practice.  So --

        3    Q.  We asked Dr. Lahiri, "When you saw Ms. Jones in

        4    December" -- and she, by the way, did see Ms. Jones in December

02:11   5    of 2009 and took some photographs.  Have you seen those

        6    photographs?

        7    A.  Two thousand and --

        8    Q.  '9.

        9    A.  No, I have not.

02:11   10   Q.  Okay.  I'll show them to you in just a minute.

        11                "When you saw Ms. Jones in December of 2009 and

        12   assuming that Dr. Ciaravino in July, 2006, had sutured the

        13   capsule inferiorly and laterally, is it medically probable that

        14   the reason why she had lost the inframammary fold at that point

02:11   15   in time, 2009, was the fact that the sutures did not hold?"

        16                And Dr. Lahiri answered, "Correct."

        17                Do you agree with that?

        18   A.  Without seeing the photographs, no, I don't necessarily

        19   agree.

02:12   20   Q.  Let me ask you one more question, and then I'll show you

        21   the photographs.

        22   A.  Sure.

        23   Q.  She was asked, "You would have predicted as of July, 2006,

        24   the date of your surgery, if just sutures were placed

02:12   25   inferiorly and laterally, they would not hold?"

02:12    1          And she answered, "Very highly likelihood, yes."
         2          Do you agree with that?
         3   A.  No.  I mean, considering what I had to work with, I believe
         4   I made a very good repair.  I wish we could see the picture
02:12    5   more clearly.  And -- but it wouldn't surprise me at all if it
         6   didn't.  Because that skin is stretched a lot.  We're bringing
         7   it up -- you know, I'm good; but I'm not a magician.  So -- but
         8   the technique works.
         9          I mean, I say that there's a lot of people and I
02:12   10   can make a lot of improvement and then they -- they hold, the
        11   majority of them.  But they -- just like a regular breast, you
        12   got gravity, you got age.  Nothing lasts forever, and that's
        13   what I have to tell the patients.
        14          MR. HEDGES:  Let's put up KBR Exhibit 70, Pages --
02:13   15   either 93 or 94, please.  Let's do 93 and then leave it up for
        16   a second and then do 94.
        17          Can we look at 94, please?
        18   BY MR. HEDGES:
        19   Q.  You can't see it on these copies but these are dated and
02:13   20   the date on them is December 16th, 2009.  The pictures were
        21   taken by Dr. Lahiri or a member of her staff.
        22          Doctor, how would you describe the appearance and
        23   condition of the breasts in these photographs?
        24   A.  Well, it's a little hard to see in the photographs.  From
02:14   25   the side -- the two on the side angles, the breast looks pretty

02:14  1   good.  From the -- from the center, you know, you still have
       2   some asymmetry with the nipple pointing outward.  You know,
       3   better than -- you know, a lot better than the pre-op picture.
       4   But --
02:14  5   Q.  There's --
       6   A.  -- it's hard to comment too much without being able to --
       7   Q.  You say they look pretty good?
       8   A.  They look okay.
       9   Q.  Do they need further reconstructive surgery?
02:14 10   A.  They -- they could -- you know, you might be able to make
      11   some improvement.  They don't absolutely need it.  It kind of
      12   becomes a subjective thing where you say, "Is there something
      13   that can be improved?  Is it worth undergoing surgery?  You've
      14   done what you can.  Can you really make it better?  What would
02:15 15   it take to make it better?  If you have to cut away a lot of
      16   skin, is that worth the scars?"
      17           So, the answer is -- it's hard to answer because
      18   there's always a little room for improvement.  And then you
      19   have to decide, "Am I ready to take that step?"
02:15 20           You could do another surgery, and you could have
      21   more problems.  So, that's a conversation you have to have with
      22   the patient and see what you think you can do and what you
      23   can't do.  Like I said, there's some things that just can't be
      24   fully fixed.
02:15 25   Q.  Would it be a medical necessity to do reconstructive

02:15   1   surgery on the breasts we see in Pages 93 and 94?

2   A.   A medical necessity?  No, I would not say that.

3   Q.   Doctor, just a final question or two.

4           Ms. Jones has testified that when she went home

02:16   5   following your surgery and her husband unwrapped her that she

6   cried because her breasts were still not fixed.  Is that

7   somewhat surprising to you?

8   A.   No.  Patients are very emotional at that time and

9   they're -- like I said, they're -- they don't always know what

02:16   10   they're looking at right away and it's -- they may have

11   expectations that are beyond it.

12           I -- we don't -- I mean, we had such a crummy

13   picture of it.  But I was kind of proud of the three-month

14   picture and it looked good and I would have been able to speak

02:16   15   about it more clearly if we had a clear picture.

16           If she was not satisfied with that, it wasn't

17   really conveyed to me.  But I know deep in my heart, of what we

18   had to work with, that was a good repair.

19   Q.   You've brought your records with you today, correct?

02:17   20   A.   Yes, but it has a photographed copy.  It's not the --

21   Q.   Yours aren't much better than the ones we looked at?

22   A.   No, like yours.  I did have it e-mailed.  But, you know --

23   what's the difference?  I'm not on trial here.  I did a breast

24   repair and --

02:17   25   Q.   No, you're not.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:17   1    A.   -- we did what we could to fix it.

2    Q.   You did a very good job, Doctor.

3    A.   I'm not recruiting patients or anything.  I'm just trying

4    to help out here.

02:17   5    Q.   Doctor, thank you very much.  It's good to see you again.

6    A.   All right.  Thank you.

7              MR. HEDGES:  Pass the witness, your Honor.

8              THE COURT:  Okay.  Ms. Cullen?

9                        **CROSS-EXAMINATION**

02:17   10   BY MS. CULLEN:

11   Q.   Hi, Dr. Ciaravino.

12   A.   Hi.

13   Q.   My name is Sharon Cullen, and I'm counsel for Charles

14   Bortz.

02:17   15   A.   Okay.

16   Q.   When you were discussing the medical drawing that we had

17   here --

18   A.   Uh-huh.

19   Q.   -- is it your testimony that any time you have bottoming

02:18   20   out, basically the implant is going to push through the bottom

21   of the capsule and so, to the extent that you might describe it

22   as a torn capsule, what you're talking about is an opening at

23   the bottom of the capsule?

24   A.   No.  The capsule -- sometimes you can't even see a capsule.

02:18   25   So, more so what "bottoming out" means is that the skin has

02:18   1    stretched and the implant has moved below where -- either the

        2    skin has been stretched or the implant has shifted out of

        3    position, basically.

        4    Q.  Tell me this.  Is -- is the only way to tell whether a

02:18   5    capsule, in fact, formed on a given patient is by being the

        6    surgeon who goes in and looks?  Can you tell -- let me try

        7    again.

        8    A.  Right.

        9    Q.  Can you tell simply by examining a patient in your office

02:18  10    whether or not a capsule has formed around the implant?

       11    A.  Yeah.  Well, if a -- if it's a firm capsule, you could

       12    tell.  A loose capsule, you can't really tell.  So, you don't

       13    really know when you -- until you go in there.  That's why I

       14    didn't really focus much on there is a torn capsule.  I'm more

02:19  15    there's an implant out of place.

       16    Q.  So, the whole torn capsule issue is really kind of a

       17    non-issue for those of you who know what you're talking about?

       18    A.  Right.  It's more the repair of the capsule that we're --

       19    it depends how you describe it.  Because the capsule has spread

02:19  20    now to the new, you know, location.

       21    Q.  And is the side view on that medical drawing, that looks

       22    like some sort of terrible rip in the tissue above the implant,

       23    that's just -- that is not an accurate --

       24    A.  Right.

02:19  25    Q.  -- depiction of what happened to Ms. Jones?

02:19   1   A.   Right.  Right.  That is -- the capsule is not really the

        2   significant part of this discussion.  It's more that the

        3   implant has moved down below where it's supposed to be, below

        4   the -- what was the inframammary fold, which someone asked of

02:20   5   earlier.  So, the capsule is not as important.

        6   Q.   You mentioned, as one of the stories of trauma that has

        7   contributed to bottoming out in some of your other patients, a

        8   car accident.  And what I wanted to ask you was do you think

        9   it's the shoulder restraint and the position of shoulder

02:20  10   restraints that sometimes cause the bottoming out for women who

       11   are in car accidents.

       12   A.   It's -- it's hard to say.  It's like where -- like I said,

       13   we're not like CSI investigators and one kind of thing

       14   happened.  It's -- it could just as easily be a -- if I'm

02:20  15   guessing at it, it could be a muscle force.  There's times when

       16   people have bottomed out from repeat using of their chest

       17   muscle, kind of pushes it like that.  So -- (Indicating)

       18   Q.   So, simply the force of using your own muscle can force an

       19   implant --

02:21  20   A.   Or a fight or something like that.

       21   Q.   One month following a breast augmentation, would you be

       22   able to examine a patient and make a fair determination of the

       23   final outcome of that surgery at the one-month point?

       24   A.   You get a -- you get a pretty good handle on what your

02:21  25   potential is, yeah.

*Cheryll K. Barron, CSR, CM, FCRR*                              *713.250.5585*

02:21    1    Q.  But healing and swelling going away and all that, it's not
         2    all completely perfect and --
         3    A.  Right.  You might see it again at three months.  Some
         4    people you can tell right away.  Some people it just takes a
02:21    5    little more time.
         6    Q.  Would you personally write a letter that said, "The
         7    implants I just put in are perfect, the breasts are perfect,"
         8    if the last time you'd seen the patient was just one month
         9    post-op?
02:22   10    A.  I mean, I usually don't -- I don't like to use the word
        11    "perfect" on any of these because there's always something.
        12    But it's all taken with -- relative in time.  You know, I'd say
        13    for this period of time -- when I see some people a week after
        14    surgery, I'm looking at it and I go, "Oh, yeah, that's great,
02:22   15    she's in good shape.  The surgery was perfect."
        16              But it -- it's a progression.  So, we're saying
        17    it usually with, "For this period, it's looking good."  I
        18    personally usually see people about a week out, and then I see
        19    them again at three months.
02:22   20              MS. CULLEN:  Thank you very much, Doctor.
        21              THE WITNESS:  Thanks.
        22              MS. CULLEN:  No further questions.
        23              THE COURT:  Okay.  Thank you.
        24              Any redirect?
02:22   25              MR. KELLY:  Yes, sir.

|       |    |                                                                         |
|-------|----|-------------------------------------------------------------------------|
| 02:22 | 1  | **REDIRECT EXAMINATION**                                                |
|       | 2  | BY MR. KELLY:                                                           |
|       | 3  | Q.  If you had a drug in your system and were reporting a rape,         |
|       | 4  | Doctor --                                                               |
| 02:23 | 5  | MS. CULLEN:  Objection.                                                 |
|       | 6  | BY MR. KELLY                                                            |
|       | 7  | Q.  -- do you suppose that might --                                     |
|       | 8  | MS. CULLEN:  Objection, your Honor.                                     |
|       | 9  | THE COURT:  I guess we need to approach.  Okay.                         |
| 02:23 | 10 | *(At sidebar with all counsel)*                                        |
|       | 11 | MS. CULLEN:  Mr. Kelly is going completely outside the                  |
|       | 12 | scope of cross-examination.                                            |
|       | 13 | THE COURT:  I wasn't sure where the question was                        |
|       | 14 | going.                                                                  |
| 02:23 | 15 | MR. KELLY:  No.  He was asked if you would expect to                    |
|       | 16 | see pain on report the following day.  I get to explain why she         |
|       | 17 | didn't have pain, because she had a drug in her system.  It's           |
|       | 18 | not outside the scope.  It's directly within the scope.                 |
|       | 19 | MR. McKINNEY:  No, because he's not a toxicologist,                     |
| 02:23 | 20 | he's not --                                                             |
|       | 21 | MR. HEDGES:  He's not a pain management --                              |
|       | 22 | MR. KELLY:  He's used anesthetics.                                      |
|       | 23 | THE COURT:  I'm going to allow it.                                      |
|       | 24 | *(In open court)*                                                      |
| 02:24 | 25 | BY MR. KELLY:                                                           |

02:24 1  Q.  Doctor, if you had a drug in your system that is known to

2  be used as an anesthetic in some places, in your system the day

3  following an assault, would you expect that that might diminish

4  reports of pain?

02:24 5  A.  Yes.

6  MR. KELLY:  I'm reminded that I failed to put up one

7  of the photographs I had.  So, your Honor, may I approach?

8  THE COURT:  Yes.

9  BY MR. KELLY:

02:24 10  Q.  That's the best copy I have of the December, '09,

11  photograph, Doctor.  I think that was taken by Dr. Lahiri.  You

12  recall Mr. Hedges asking you about that one a few moments ago?

13  A.  Yes.

14  THE COURT:  You may step down, sir, if you need to see

02:24 15  it.

16  THE WITNESS:  Okay.

17  BY MR. KELLY:

18  Q.  The only question I really have for you about that, Doctor,

19  is would you describe this photograph as these breasts are

02:25 20  perfect.

21  A.  No.

22  Q.  Okay.  Could further surgical revision help?

23  A.  Possibly.  You know, when we were looking at the other --

24  the other photograph, when we were looking at the nipple, you

02:25 25  remember the nipple was much higher above the line?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:25   1   Q.  Yes, sir.

2   A.  This one is still -- still a little longer, right?  So,

3   there's still -- there's still a little bit of asymmetry there

4   because -- I believe because the skin was stretched there more.

02:25   5   So, you're going to see a difference.

6            One might be able to make some improvement by

7   either retacking underneath there or maybe cutting away a

8   little bit of the skin.  Because in the original surgery, all

9   we did was tack from the inside; and we still had the extra

02:26   10   skin on the outside.

11   Q.  I see.

12   A.  So, one thing you could do is cut away a little bit of the

13   skin and then make these more even.  But to do that, you need a

14   bigger incision.  So, that's where you have to say, "Is it

02:26   15   worth it or not?"  Because to get, you know, an improvement,

16   you need to pick up a scar.  And we have to say, "Is it worth

17   it or are you satisfied with this?"

18   Q.  Gotcha.

19            THE COURT:  Doctor, let me ask a naive question.

02:26   20   Nature's own breasts, the ones that people are born with, is

21   there sometimes asymmetry even in those?

22            THE WITNESS:  Yes, very common.

23   BY MR. KELLY:

24   Q.  You were speaking in response to Mr. Hedges' questions

02:26   25   earlier, Doctor, about trauma that causes bottoming out.  Do

02:26  1    you recall that?

2    A.  Yes.

3    Q.  And you mentioned kids jumping on the woman's breasts or

4    car wrecks.

02:26  5    A.  Yes.

6    Q.  Do you recall that testimony?

7                One of the things that you have in a car wreck,

8    for instance, is air bag explosions, right?

9    A.  Yes.

02:27  10           THE COURT:  Can we take the photo down now?

11           MR. KELLY:  Yes, sir.

12               I'm -- I'm sorry, Jamie.

13           MS. JONES:  It's okay.

14   BY MR. KELLY:

02:27  15   Q.  When you were talking about the bottoming out -- the case

16   of bottoming out in Jamie Leigh Jones, even with reference to

17   these car wrecks and these kids jumping and so forth, you still

18   classified it as one of the worst you've seen?

19   A.  Yes.

02:27  20   Q.  You were asked if there were signs of severe trauma -- I'm

21   sorry.

22               You were asked if there were signs of trauma

23   other than the severe bottoming out.  Let me ask it a slightly

24   different way, Doctor.

02:27  25               Would you expect to see any signs, other than

02:27    1    severe bottoming out, to indicate trauma?

         2    A.   Right.   No, there was no visible signs of trauma by the

         3    time I see her.

         4              MR. KELLY:   Again, Doctor, thank you for your time.

02:28    5              MR. HEDGES:   Nothing further, your Honor.

         6              MS. CULLEN:   Nothing further, your Honor.

         7              THE COURT:   You may step down, Doctor.   You're free to

         8    go.   Thank you very much.

         9              MR. ESTEFAN:   We're all --

02:28   10              THE COURT:   Okay.   Have about a half hour left.

        11              MR. ESTEFAN:   We're all out of witnesses till tomorrow

        12    morning, your Honor.

        13              THE COURT:   Okay.

        14              MR. KELLY:   We could dance or something, Judge.

02:28   15              THE COURT:   If you don't want to stay for the program

        16    or anything, if you need taxi fare, I'm happy to cover it.   I

        17    am really sorry to be leaving you right when all the buses are

        18    not running.

        19                   You may go, Doctor.   Thank you very much.

02:28   20                   But we do continue to thank you for your service.

        21    I can only imagine we're being cussed regularly at home.   I'm

        22    sorry.

        23                   Okay.   Would all please rise for the jury?

        24                   Tomorrow at 8:30, right, everybody?

02:29   25         (Jury not present)

02:29   1          THE COURT:  Okay.  Please be seated.

        2                I'm told you worked out the grand jury issue,

        3    which I'm pleased to know.  Have you reached any similar

        4    agreement on what we call the "me-too" employees, at least --

02:29   5    we're not going to hear from the ones who weren't disclosed on

        6    the witness list, but as to the ones who were disclosed?

        7          MS. VORPAHL:  Your Honor, I don't think that we've

        8    reached an agreement.  We did file a conditional motion to

        9    bifurcate this morning.

02:29  10          THE COURT:  I saw that, yeah.

       11          MR. KELLY:  And I think we've provided to defense a

       12    case, and I think we may have a copy for the Court.

       13          THE COURT:  Well, before we reach the question of

       14    whether I should bifurcate or even whether I have authority to

02:30  15    bifurcate, my take on this is it falls within that general

       16    category that gets ever larger, of ways to extend and

       17    complicate the trial.  And for that reason, I don't think it

       18    should come in.

       19                We're here on an assault allegedly perpetrated on

02:30  20    Ms. Jones.  We're now considering whether you ought to allow

       21    testimony from women who were employed later and either are in

       22    litigation or have litigated with KBR.  It seems to me each one

       23    of those, if allowed, would give us a whole new lawsuit.  We

       24    would be arguing all over again about a whole other lawsuit.

02:30  25          MR. KELLY:  Your Honor, I think they're just witnesses

02:31   1   to the environment, is really what -- it's not about the

2   specifics of the case but the environment and the fact that --

3   there's a couple of things going on.  One of them is the

4   environment.  But it certainly goes to punitive damages,

02:31   5   because that's one of the reasons that punitive damages are

6   awarded, is to deter conduct, to make sure that conduct is

7   improved.

8          But there's more here, and I didn't mention it

9   yesterday.  I was flustered.

02:31   10         In fact, since we're all here and jury is out, I

11   would like to offer the Court my apologies.  Yesterday I did

12   lose my temper.

13         THE COURT:  No apologies necessary.

14         MR. KELLY:  I feel like it is, your Honor.  I just

02:31   15   want to offer it to the Court.

16         THE COURT:  Thank you.

17         MR. KELLY:  But in my frustration yesterday, I failed

18   to mention that the other issue is ratification, which we've

19   also pled in this case.  And we believe that showing that KBR

02:31   20   continues to act in the way that they continue to act and that

21   they continue to protect the wrongdoers that work for KBR, that

22   that is evidence of ratification.

23         It also goes -- again, we can show -- and, in

24   fact, so that I don't forget, I do have some other issues I

02:32   25   would like to bring up to the Court -- that I think it goes to

02:32   1   a lot more than simply the issues that we're talking about

        2   here.  And if I could have just a moment.  I hadn't planned to

        3   argue this right away, and I'm technologically slow.

        4           THE COURT:  I am, too.

02:32   5           MR. KELLY:  If I can just have a moment.

        6           MR. RUNIONS:  Your Honor, I don't want to interrupt

        7   his argument.

        8           MR. KELLY:  Go ahead.

        9           THE COURT:  We can fill the time.

02:32  10           MR. RUNIONS:  I assert that they didn't plead

       11   ratification.  They pled respondeat superior or they pled

       12   vicarious liability, but they have actually not included

       13   ratification in their complaint at all.  Just something I

       14   wanted to clear up.

02:32  15           And further than that, I don't think the conduct

       16   that happened four years later, three years later is a

       17   ratification of this act.  But it's --

       18           THE COURT:  But we've got a preliminary problem before

       19   we reach that, don't we?  I assume KBR has not admitted this

02:33  20   conduct occurred?

       21           MS. VORPAHL:  No.

       22           MR. RUNIONS:  No, absolutely not.

       23           THE COURT:  That's what I mean.  It's -- would enhance

       24   punitive damages, it would show an environment, it would show

02:33  25   pattern and practice only if they really occurred, right?

02:33   1          MR. RUNIONS:  Oh, absolutely.  No.  I think that

2      that's all true.  Not only have we not admitted it, I mean,

3      we're actively litigating it.  So, this stuff hasn't been

4      through discovery yet.  You know --

02:33   5          MR. KELLY:  Well, your Honor, I don't think that to

6      say that the only way that we can bring on evidence that KBR

7      has ratified actions and that these things have continued to

8      happen is to say that it has been previously proven.  I don't

9      think there's such a requirement.

02:33   10         THE COURT:  No, I'm not setting up that requirement.

11     I'm just -- in my responsibilities to manage a trial under

12     Rule -- what is it -- 611, I'm just trying to weave my way

13     through that which we absolutely have to have in the case to

14     allow you a fair trial and allow defendants a fair trial and

02:34   15     that which might bear on a tertiary point perhaps.

16             And I just -- I just -- knowing the litigious

17     nature of the parties -- and that's not a criticism.  But if we

18     introduce another woman, another time, another perpetrator

19     alleged, I just see maximum possibility for elongating and

02:34   20     confusing this jury -- this process.

21         MR. KELLY:  Well, your Honor, there's a case -- and I

22     have been able to get my technology up -- *Alaniz* -- spelled

23     A-L-A-N-I-Z -- *v. Zamora* --

24         THE COURT:  "*Alaniz.*"

02:34   25         MR. KELLY:  -- *Alaniz versus Zamora Quezada* at

02:34   1    591 F.3d, 761, a Fifth Circuit opinion from 2009.  And evidence

        2    of these other crimes, wrongs, or acts is admissible for

        3    purposes such as proof of intent, plan, motive, knowledge, and

        4    absence of mistake or accident.

02:35   5            And I think it goes -- it certainly goes here to

        6    knowledge and absence or mistake or accident, particularly in

        7    light of the fact that we, of course, disagree with counsel and

        8    believe we have adequately pled ratification.  It's one of the

        9    bases for which KBR is to be held liable for the acts of

02:35  10    Charles Bortz.  It's not an independent cause of action, by the

       11    way.

       12            THE COURT:  Yeah, I know that.

       13            Okay.  Mr. --

       14            MR. RUNIONS:  Well, the word itself is actually not in

02:35  15    their complaint whatsoever.

       16            MR. McKINNEY:  The problem I have with all of this

       17    evidence, your Honor, is it doesn't describe and isn't relevant

       18    to the case now before the Court.  The Court has seen copious

       19    evidence, irrefutable, indisputable evidence that in the

02:35  20    aftermath, in the immediate aftermath of Ms. Jones'

       21    allegations, HR swoops in, takes a statement, KBR security is

       22    providing security, the State Department is informed of the

       23    allegations, the State Department takes over the investigation,

       24    KBR coordinates with the State Department to get Ms. Jones back

02:36  25    to the United States.

02:36   1          There is nothing about the facts of this case

2   that match the allegations in these me-too cases, which

3   apparently is these ladies come forward, make some kind of

4   allegation, and are fired or are terminated.  There's nothing

02:36   5   in Ms. Jones' fact pattern that's even remotely similar to the

6   proffer being made in this case, aside from all of the other

7   concerns, such as extending the trial, having to litigate all

8   these other claims in front of this jury that's already been

9   here far longer than it needs to be to decide this issue.

02:36   10          I just don't see the relevance of any of that

11   kind of testimony to the known facts of this case.

12          THE COURT:  Well, I do see where Mr. Kelly is going.

13   He wants to show that this was a regular practice in the area

14   and, therefore, KBR should have had an opportunity to segregate

02:37   15   barracks or whatever to prevent this kind of thing happening

16   again.  Also, he wants to be able to show that this was a

17   regular practice of KBR, thus perhaps justifying punitive

18   damages.

19          But all these issues, to me -- the worker's

02:37   20   compensation issue, the State Department investigation, the

21   DOJ investigation, these other women -- all of them might in

22   some way contribute marginally to our understanding of the case

23   better; but it just comes at such a huge price.  We're -- I

24   just think we're adding weeks to this case.

02:37   25          MR. RUNIONS:  Your Honor, I agree.  And I recall on

02:37 1   the very first day of this trial one of the things you said

2   when you were talking about the grand jury is that you had an

3   obligation to keep out unnecessary and diverting information in

4   the case.  Those are the words that you used, and that's all

02:38 5   this does.

6          All this does is bring up things years later in

7   different locations, some of them in Iraq but different

8   locations in Iraq, different individuals, supervisors and --

9          THE COURT:  I understand that.

02:38 10         MR. RUNIONS:  -- nothing relating back to this case.

11         THE COURT:  Yes, sir, your turn.

12         MR. KELLY:  Your Honor, the whole idea is that KBR has

13   been able, through one method or another, to isolate these

14   individual claims over the years, to keep them separate, to

02:38 15   keep them quiet, and to make sure that they don't impact upon

16   one another so that the world doesn't know what they're doing.

17   That is our claim.  We've made that claim in this case.  We can

18   prove it, but we have to be allowed to do so.

19         And the fact that KBR doesn't want us to be able

02:38 20   to bring any other victims is no surprise, because that's been

21   their pattern since they set up the arbitration program, since

22   all of the things they've done to make sure that these women do

23   not come forward and have a voice.  And all I want to do is

24   give them a voice, let them be heard.

02:39 25         The *Alaniz* case is right on point here, your

02:39  1    Honor.  And it talks about the fact that, while it is
       2    completely within the judge's discretion, if you exercise your
       3    discretion to allow us to prove the environment that happens
       4    here, I think the jury is not only going to see that it was
02:39  5    there, I think they will impose punitive damages against this
       6    company, because that's what needs to happen to stop this
       7    conduct.
       8            THE COURT:  There's a lot of logic to what you say,
       9    Mr. Kelly, but -- and I am absolutely sympathetic to Ms. Jones'
02:39  10   right to have her day in court.  That's why I refused to send
       11   it to arbitration.
       12           MR. KELLY:  And we appreciate that.
       13           THE COURT:  What we're talking about now is moving
       14   from a single-plaintiff, two-defendant case to the equivalent
02:39  15   of a multi-plaintiff, perhaps multi-defendant case.  And then
       16   we also open ourselves up, I think -- not that sexual assault
       17   is ever permissible, but I think we probably open up ourselves
       18   to a whole lot of statistical analysis and whether KBR's record
       19   was any worse than, perhaps it was better than other large
02:40  20   companies that have foreign employees.  I don't know.  I mean,
       21   I don't think defendant would omit that point.
       22           MR. KELLY:  It's not so much the record as it is the
       23   treatment of the women thereafter.  And one of the things -- in
       24   fact, that's why I don't think we need to have mini trials,
02:40  25   your Honor.

02:40  1          The whole point, for instance -- I obviously hate

2     letting cats out of the bag, but I guess I need to.

3          For instance, Terry Westcott is going to say that

4     in Baghdad, Iraq, in 2006 she was raped; she reported that

02:40  5     rape; and in response to her reporting that rape, KBR fired

6     her.

7          THE COURT:  That is not Ms. Jones' case.

8          MR. KELLY:  No.  But it shows the retaliatory nature

9     and the ratification of KBR over -- of the rapists over -- the

02:40 10    people that they choose to protect as opposed to the victims.

11         THE COURT:  But Ms. Jones' case was just -- I mean, I

12    think on that point, Mr. McKinney is correct; there's very

13    little evidence, if any, in this case that after they -- after

14    KBR received word of what happened, they were very solicitous

02:41 15    of Ms. Jones and certainly didn't fire her.  I mean, they were

16    happy to have her back.

17         MR. KELLY:  Well, we -- I think there's differing

18    views on that, your Honor.  I certainly understand that's

19    Mr. McKinney's view.  That's certainly not ours, and it's

02:41 20    certainly not what Ms. Jones --

21         THE COURT:  Tell me what particular is it incorrect?

22    You're saying that KBR would not have taken her back?

23         MR. KELLY:  Well, I think that's very true.  We have

24    e-mails that say that KBR did not want her back.  Now they say

02:41 25    that they didn't want her back for varying reasons, but they

02:41   1   certainly say that they didn't want her back.

2   We have not put those into evidence in this case

3   because, frankly, I don't think that's particularly the issue

4   here either.

02:41   5   THE COURT:  Well, if that's not the issue, then why do

6   we need to talk about these women who have been fired?

7   MR. KELLY:  Well, in Jamie's case, your Honor, the

8   issue was locking her up.  And I understand -- I know we had

9   this discussion the other day.  In our case, the issue was

02:42   10   locking her up.  I'll grant that there are two sides to that

11   story, too.

12   But from our perspective, she was locked in a

13   trailer, not allowed to leave.  And she's told that story, and

14   that evidence has come before this jury.  It is one form of the

02:42   15   retaliation KBR uses.

16   You heard Lorenzo Santuro talk about being locked

17   up himself.  You've heard -- we had another one that talked

18   about it.  I can't even recall now, but we had another witness

19   talk about that.

02:42   20   THE COURT:  We have a witness that says that somebody

21   was killed and buried.  We have that.

22   MR. KELLY:  Well, we have a number of different forms

23   of this retaliatory nature and this ratification of bad acts by

24   KBR.  One of them is firing, one of them is imprisoning.

02:42   25   Sometimes both are used.  In the case of Lorenzo Santuro, both

02:42   1    were used.

        2              MS. VORPAHL:  Neither retaliation nor --

        3              THE COURT:  Let Mr. Kelly finish.  You can have as

        4    long as you want.

02:42   5              MR. KELLY:  So, you know, the fact that we have these

        6    other victims that will talk about retaliation, in whatever

        7    form, is directly relevant to the fact that KBR ratified the

        8    actions of its employees when they do these bad acts to the

        9    detriment of the victims of the bad acts.

02:43  10              THE COURT:  Ms. Vorpahl.

       11              MS. VORPAHL:  I just want to say one sentence, and

       12    then I'm going to sit down.  Neither retaliation nor

       13    ratification are in this case.  I'll be happy to hand you up

       14    the pleadings.

02:43  15              THE COURT:  We got it.

       16              MS. VORPAHL:  And I'm now going to sit down.

       17              MR. RUNIONS:  I just wanted to clarify -- just in

       18    response, I did want to clarify one thing.  Mr. Santuro did not

       19    testify at all that he was locked up and held against his will.

02:43  20    He testified that he was put into a container, that he was able

       21    to leave, to go to the PX to buy things, to go to the dining

       22    facility to eat, those sort of things.  None of that -- it's

       23    just a misrepresentation of his testimony.

       24              MR. KELLY:  Please pull that transcript.

02:43  25              MR. RUNIONS:  I will.

02:43    1        THE COURT:  Okay.  Okay.  All right.  Let's -- go

2   ahead.

3        MR. RUNIONS:  The testimony in this case is that after

4   her report Ms. Jones was taken to a secure facility and a few

02:44    5   days later she was taken out of the country on medical leave.

6        THE COURT:  Well, Mr. Kelly says there's a difference

7   of opinion on that.  So, I mean --

8        MR. RUNIONS:  Well, maybe.  But that difference of

9   opinion is what the jury has to decide.

02:44   10        THE COURT:  No.  And he's saying it might be easier

11   for the jury if we allowed testimony from other witnesses who

12   had similar experiences.

13        MR. McKINNEY:  The problem is you're offering --

14   you're taking a witness from a different camp under different

02:44   15   circumstances and using that witness' testimony to prove what

16   happened on Ms. Jones' occasion.  That is specifically excluded

17   by Rule 608 of the Federal Rules of Evidence.  You can't use

18   one allegedly bad act at a distant place and time to prove the

19   proof or not of another bad act in another location.

02:44   20        The jury has heard all of Ms. Jones' evidence

21   about her alleged incarceration.  The jury has heard all the

22   other evidence to put it in context.  It's simply up to the

23   jury to decide who they believe.

24        THE COURT:  Mr. Kelly quoted the language from the

02:45   25   Rules of Evidence as to showing absence of accident or

02:45  1    happenstance or whatever.  I mean, I can find it.  That's what

2    he says he's doing.

3              And it is true that these may involve different

4    camps and certainly different individual perpetrators, but he's

02:45  5    saying that the question is how did KBR respond.

6              And I guess he reads the evidence as strong on

7    the question of Ms. Jones being locked up.

8         MR. McKINNEY:  Well, and I understand that that's his

9    position, your Honor.  But if you were going to take, let's

02:45  10   say, a bad act in Mosul and draw a line to an alleged bad act

11   in the Green Zone at Camp Hope, at a minimum this Court should

12   require proof the same managerial group, the same operative

13   group, or control group within the company was making the same

14   set of decisions.  It's not --

02:46  15        THE COURT:  Well, that's kind of like the employment

16   cases.  I mean, a case that happened in the next office is more

17   probative than one that occurred in the next building; but you

18   can argue about whether it should be kept out all together.

19        MR. RUNIONS:  But in the case of post-employment acts,

02:46  20   the post-employment cases, in our supplemental brief we pointed

21   to half a dozen or more cases in which District Courts

22   specifically excluded that because if it's post-employment,

23   that activity cannot have affected the terms and conditions of

24   this complainant's -- or this plaintiff's employment.  And

02:46  25   that's really what -- the cause of action that is at stake

02:46    1    here.  It's a hostile work environment, what was her hostile
         2    work environment.
         3            MS. VORPAHL:  I'm told that somebody in the back of
         4    the room has pulled up the *Alaniz* case, a case that we weren't
02:46    5    familiar with in the context of the brief we most recently
         6    filed and that it appears to deal with prior bad acts.  Now, I
         7    haven't read the case; but I'd certainly like the opportunity
         8    to --
         9            THE COURT:  Well, my clerk has, apparently.
02:47   10            MS. VORPAHL:  -- to take a look at that.  But, I mean,
        11    that --
        12            THE COURT:  Okay.  Mr. Kelly.
        13            MR. KELLY:  I'll say one more thing, and then I'm
        14    going to sit down, your Honor.  The other thing about that case
02:47   15    is -- and I read it earlier, but it's become more relevant as
        16    counsel has been talking.
        17                We're arguing in this case about what the motive
        18    for putting Jamie in that trailer was.  That is central to this
        19    case.  And to argue -- to not allow us to then put on evidence
02:47   20    of KBR's motive certainly is detrimental to our case in a way
        21    that unfairly prejudices the plaintiff.
        22            THE COURT:  You're saying that what happened after
        23    Ms. Jones left the area and left the company is relevant to
        24    what happened to her?
02:47   25            MR. KELLY:  It's relevant to prove the motive of what

02:47    1    happened to her, absolutely.  Because they're arguing that they
         2    put her in that trailer to protect her.  We're arguing that
         3    that's a farce, that they put her in that trailer to intimidate
         4    her, to force her to give a statement, and for their own
02:48    5    protection, not hers.  And we think we can make that case, your
         6    Honor.
         7              Their argument is, "We put her in this trailer to
         8    protect her and, you know, we had nothing but good intentions
         9    for our poor injured employee."  I get that.
02:48   10              But the point is that's a motive question.  And
        11    we have these witnesses that we can bring in, we would bring
        12    them in to prove that KBR's motive in dealing with a
        13    complaining victim is to make sure those victims don't talk.
        14    That's their motive.  And that's the witness -- that's the
02:48   15    purpose for bringing these witnesses.
        16              And anyway, I'm not going to say any more, your
        17    Honor.  I tend to get frustrated when I --
        18              THE COURT:  We all do.  I understand that.
        19              MS. VORPAHL:  That would be a motive for retaliation,
02:48   20    and retaliation is not in this case.
        21              MR. RUNIONS:  Or false imprisonment, which is not in
        22    this case.
        23              MS. HOLCOMBE:  The only thing I would like to add,
        24    your Honor, is that motive, by the very nature of it, is what
02:48   25    was in the mind of KBR or its employees on the day they put her

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:48   1   in the container.  Therefore, there's no way that the KBR
        2   employees' future acts could have impacted their motive on the
        3   date of July 28th, 2005.
        4           So, even if arguably it went to motive, as
02:49   5   opposing counsel suggested, which we dispute entirely, there's
        6   no way that what KBR chooses to do in 2007, 2008, 2009, 2010
        7   can impact what they chose to do in 2005 on July 28.
        8           THE COURT:  How about for punitive damages?  If we
        9   have a case where an employer has been guilty of a great wrong,
02:49  10   guilty -- not "guilty" -- has been found liable for a great
       11   wrong and the great wrongs continue, is that not relevant to
       12   punitive damages?
       13           MR. RUNIONS:  Well, your Honor, there's absolutely no
       14   evidence that the great wrong has continued, first off.  I
02:49  15   mean, we absolutely dispute that.
       16           THE COURT:  Well, that's what he wanted --
       17           MR. KELLY:  That's why I want to put in --
       18           MR. RUNIONS:  We absolutely dispute that.
       19           And, secondly, that that -- the wrong involved
02:49  20   there, if there was any, which we dispute, has nothing to do
       21   with the wrong involved here.
       22           THE COURT:  Not even for punitive damages?
       23           MR. RUNIONS:  I don't see it for punitive damages --
       24           THE COURT:  Well --
02:50  25           MR. RUNIONS:  -- based upon her claims that she has in

02:50   1   this case.

        2           THE COURT:  Pick another industry.  If somebody was

        3   producing soup with botulism in it and, after it was found to

        4   have botulism, they kept making the same soup, you don't think

02:50   5   that's relevant to punitive damages?

        6           MR. RUNIONS:  I don't think that that's the fact

        7   pattern that we have here.

        8           MS. HOLCOMBE:  And the difference, your Honor, is in

        9   those future situations with -- the "botulism"?

02:50  10           THE COURT:  Yeah, it can kill you quick.  I'm going to

       11   feed it to all of you.

       12           MS. HOLCOMBE:  Your Honor --

       13           MR. KELLY:  I stepped away, your Honor.

       14           MS. HOLCOMBE:  In those future cases, with botulism,

02:50  15   it will already have been decided that botulism, as you just

       16   said, can kill people.  Therefore, if it's continued to be

       17   used, that's nothing that needs to be proved.  You don't have

       18   to put on additional discovery.

       19           THE COURT:  Well, Mr. Kelly makes a point; and it's

02:50  20   fair enough.  Most times when evidence comes in in one case

       21   it's not that it's been subject of a decision in another case.

       22   It's just one witness volunteering to come forward and the jury

       23   decides whether she is believable or not.  I mean, it's not --

       24   that would be a very high standard of proof if we require

02:51  25   another -- another decision decided and final before somebody

02:51  1    could testify about what happened.

2              MS. HOLCOMBE:  Actually, your Honor, in a lot of those

3    cases where they exclude this exact type of evidence, it's

4    because of the trials within trials.  The fact that in order to

02:51  5    properly cross-examine that person -- it's not to have a

6    greater burden.  But to properly cross them on the complaint

7    that they make before our jury, it's -- would allow us -- or

8    would force us to have to continue discovery that's pending in

9    someone else's case.  We'd have to bring in additional rebuttal

02:51  10   witnesses --

11             THE COURT:  That's my fear.  I know.  But I don't know

12   if I can move from that fear to the conclusion that plaintiff

13   can't introduce witnesses.

14                  I mean, I am very worried.  This trial has

02:51  15   already taken far longer than we wished, far longer than we

16   thought.  I know that.

17             MR. KELLY:  Your Honor, all they had to do -- all they

18   had to do was take the deposition of those witnesses in this

19   case when they were noticed.  They don't have to finish the

02:51  20   discovery in another case to take the deposition in this one.

21   They chose not to.

22             THE COURT:  Well, if they would take the deposition at

23   the first instance, then I'm sure that would lead to other

24   depositions and other depositions.

02:52  25             MR. RUNIONS:  And there are agreements in some of

02:52   1    these cases, your Honor, about where -- the status of those

        2    cases and the fact that discovery will not go forward.  I mean,

        3    it's an exceptionally complicated onion, and you just start

        4    peeling back the layers.

02:52   5               MR. KELLY:  It's not that complicated.  In each of

        6    these cases, your Honor, I represent the other client.  There

        7    is nothing that would have prevented them from taking the

        8    deposition had they simply asked.

        9               THE COURT:  Did you also represent the client in the

02:52  10    case that settled?

       11               MS. VORPAHL:  No.

       12               MR. KELLY:  In the Tracy Barker case, your Honor?

       13               THE COURT:  I don't know which one.

       14               MS. VORPAHL:  Teresa Westcott.

02:52  15               MR. KELLY:  Teresa Westcott?  I did not represent her

       16    in that case.  I currently represent her in another case.

       17               MS. HOLCOMBE:  And respectfully, your Honor -- and

       18    nothing to call out Mr. Kelly; but in a case where he did

       19    represent one of the witnesses we already heard from, he stated

02:52  20    that a document that he would have had access to was not

       21    applicable for us to use in this case even though he had access

       22    to it as her counsel in that other case.  So, he kept them

       23    completely separate, his representation, in that instance with

       24    Ms. Frederiksen.  And, so, now it's confusing, I guess, the

02:53  25    position he's taking.

               *Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:53  1    MR. KELLY:  Apples and oranges, your Honor.  All that

2    that issue was about was whether counsel should be able to use

3    a document from that case in this case which they had not

4    produced in this case, if the Court will recall that issue.

02:53  5    And both cases have voluminous documents, and

6    they never identified that document for use in this case.  That

7    was the issue in that.

8    THE COURT:  Yes, ma'am.  I'll let you speak and then

9    I'm going to --

02:53  10    MS. VORPAHL:  We objected to that document.

11    But, Judge, let me say this.  I suppose that in

12    the punitive damage arena, if an -- and I'm trying to think

13    what the predicate findings are, and I don't recall exactly.

14    But they would be in the first phase of the trial.

02:53  15    I suppose that -- this evidence, if we got to the

16    issue of punitive damages and if there was evidence that bore

17    on the issue of punishment of KBR, this evidence might become

18    relevant as would our defensive evidence.  I mean, then we'd

19    set about having these mini trials over whether KBR had

02:54  20    continued to do something punishable.

21    THE COURT:  I would have preferred, actually, if

22    someone had severed the actual from the punitive.  We've done

23    it both ways.  And the problem is, if you don't mention

24    punitives in the final jury instructions and the jury does come

02:54  25    back with a finding of liability, the jury is very annoyed to

02:54  1    then learn they have to stay for another trial.  That is a --

       2    that's not your problem, but it's my problem.

       3              But I -- this is a very difficult circumstance

       4    where we're talking about letting in information that, in my

02:54  5    mind, only bears on punitives.

       6         MS. VORPAHL:  I think that's exactly right.  And I

       7    will sit down.

       8         THE COURT:  I'm going to have a word with my

       9    colleague.  Please be patient.

03:05 10         (Sotto voce discussion at bench with court staff)

      11         THE COURT:  Okay.  I am sensitive to how this case is

      12    going to look on appeal.  I don't want to -- no -- no offense

      13    to anyone, but I don't want to try it again.

      14              I think we need to at least converse, as we have

03:05 15    done before, with these witnesses and find out what it is they

      16    might say, just like we did with that one truck driver, whom I

      17    ultimately found had nothing to say.  And that would at least

      18    explain to the Court reviewing this later what -- the decisions

      19    I reached.

03:06 20              And I would suggest you find the time -- we can

      21    talk to them telephonically.  I assume none of them are in

      22    town, right?

      23         MR. KELLY:  One of them for sure.  I think two of them

      24    may be in town.  And one of them is in Austin.  So, they're not

03:06 25    far.

_Cheryll K. Barron, CSR, CM, FCRR_                    _713.250.5585_

03:06  1      THE COURT:  Well, we can do it telephonically or we

2   can do it in person.  But it will be clearer to me and clearer

3   to the reviewing Court why we did what we ultimately do.  And I

4   don't know what that is yet.

03:06  5          On the *Alaniz* case, it really is, I think, very

6   distinguishable.  There the perpetrator was the same

7   individual, not just the same company.  It was the same

8   individual.

9          Okay.  I'm going to have to go tend to things I

03:07 10   need to tend to.  Is there anything else you can --

11      MR. McKINNEY:  Judge, I have two things off topic.

12   One, when Dr. Scarano comes, could you ask him -- and we will

13   be happy to provide the labor, do the heavy lifting; but I

14   would like the jury to be able to visualize his entire file to

03:07 15   appreciate the enormous amount of information.

16      THE COURT:  We will convey that to Dr. Scarano that's

17   your request.  I'm not going to order him to do that.

18      MR. McKINNEY:  No.  It's a request.  And we're happy

19   to provide the labor and the transportation.

03:07 20          The second point is in counsel -- we're

21   working -- it may not look like it, but we actually do work

22   together on some issues.

23      THE COURT:  Good.

24      MR. ESTEFAN:  It's usually when you're out of the

03:07 25   room, Judge.

03:07  1          MR. McKINNEY:  And if we run out of witnesses tomorrow
       2   or the next day -- there are legitimate scheduling issues, if I
       3   may be so bold, it might not be a bad time to start talking
       4   about the charge so we don't spend a day with the jury --

03:07  5          THE COURT:  You've already talked about that or you
       6   have not?

       7          MR. McKINNEY:  No.  It would be something we would
       8   take up with the Court.

       9          THE COURT:  No.  Have you talked about that among
03:08 10   yourselves yet?

      11          MR. McKINNEY:  We have not.

      12          THE COURT:  No, I'm mindful of that.  It's always
      13   tricky whether we start too early, in which the case -- the
      14   issues may evolve, or we start too late, in which case we have
03:08 15   a long delay.  But that would not be an inappropriate use of
      16   downtime, I agree.

      17     (Discussion off the record)

      18          MR. McKINNEY:  Are we through for the day, your Honor?

      19          THE COURT:  We are.

      20     (Proceedings recessed for evening)

      21                        * * * * *

      22

      23

      24

      25

COURT REPORTER'S CERTIFICATION

    I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled cause.

Date:  June 28, 2011

                        /s/   Cheryll K. Barron

                      Cheryll K. Barron, CSR, CMR, FCRR
                      Official Court Reporter

$

$2,204,000,000 [1]  46/24
$2,289,000,000 [1]  47/3
$85 [1]  47/5

'

'05 [6]  122/9 124/7 125/13
 126/13 126/16 134/16
'06 [2]  125/16 125/17
'09 [1]  156/10
'9 [1]  147/8

/

/s [1]  183/6

0

0001305 [1]  75/11
001383 [1]  77/7
05 [2]  123/6 124/9

1

10 [2]  50/17 51/13
100 pounds [1]  116/11
1000 [1]  2/6
105 [1]  116/10
106 [3]  65/17 65/22 66/22
10:00 [1]  48/23
10:09 [1]  59/17
10:25 p.m [2]  93/11 95/10
10:43 [1]  55/4
11 [1]  143/22
11-9 [1]  124/7
1100 [1]  85/18
1150 [2]  1/16 1/19
11:02 a.m [1]  96/19
11:41 [1]  94/25
11:41 a.m [1]  94/12
12 [9]  50/19 50/21 50/21
 50/23 50/24 51/10 51/17
 51/18 68/23
122 pounds [1]  115/9
12:00 [1]  48/23
12:10 [2]  82/21 83/19
12:15 [1]  106/5
12:20 [1]  107/22
12:26 [1]  82/23
12:26 p.m [1]  80/6
12:26 when [1]  83/19
12:30 [1]  52/23
12:55 on [1]  85/16
12:55 p.m [1]  85/7
13 [1]  105/24
1305 [2]  75/19 100/13
1306 [4]  101/9 101/10 101/23
 102/8
135 [6]  74/13 75/12 76/18
 77/8 100/9 101/24
1362 [3]  76/18 76/18 76/23
14 [1]  109/10
1450 [2]  85/18 85/20
15 [4]  61/15 61/15 61/16
 61/17
1500 [1]  96/7
15th [2]  122/11 122/19
16th [1]  148/20
1730 [1]  86/16
1740 [1]  88/25
1744 [2]  89/13 89/16
18 [1]  42/4
1810 [2]  92/9 92/21
1815 [1]  86/19

187 [2]  44/10 45/2
1900 [1]  86/21
19382 [1]  1/22
19th [2]  29/1 29/2
1:05 [1]  107/9
1:14 [1]  107/22
1st [7]  90/23 94/11 94/21
 95/6 95/12 95/16 96/13

2

2,204 [1]  46/14
20 [3]  19/13 61/9 87/20
20 pounds [1]  116/11
2000 [1]  86/23
2004 [6]  35/25 36/9 39/19
 62/1 130/15 133/4
2005 [32]  19/14 27/7 28/2
 29/1 36/2 36/10 41/24 52/21
 58/14 65/8 65/10 65/15 66/18
 70/21 70/25 74/15 80/7 84/23
 85/5 85/16 95/6 110/9 111/2
 121/19 122/11 122/19 130/24
 132/15 132/19 133/5 175/3
 175/7
2006 [6]  62/2 62/2 134/16
 147/12 147/23 168/4
2007 [1]  175/6
2008 [1]  175/6
2009 [6]  147/5 147/11 147/15
 148/20 164/1 175/6
201 [1]  67/2
2010 [4]  46/15 46/20 46/24
 175/6
2011 [3]  1/5 47/2 183/4
2130 [1]  87/1
2145 [2]  87/14 87/16
21st [2]  58/14 59/3
24 [1]  42/24
25 [1]  70/25
25th [4]  41/24 43/4 43/14
 78/7
27 [1]  1/22
2719 [1]  1/4
27th [3]  44/12 43/15 78/15
28 [9]  1/5 65/12 66/17 67/20
 80/7 85/17 85/20 175/7 183/4
28th [15]  42/19 48/10 48/23
 49/9 57/17 57/18 57/18 57/21
 78/14 84/21 86/10 86/12
 104/19 125/17 175/3
29 [2]  58/11 88/15
29th [8]  42/15 42/19 50/12
 57/15 68/25 84/23 85/4 85/16

3

3 percent [1]  72/22
3,000 [1]  71/16
30th [4]  68/7 88/17 89/24
 91/2
31 [3]  52/21 90/18 94/18
31st [8]  46/15 46/20 46/23
 47/2 91/19 92/3 93/11 95/9
36 [1]  42/24
360 [1]  115/10
36th [1]  2/6
380 [1]  115/10
3:00 o'clock [1]  96/8
3:25 p.m [1]  91/2

4

40 [1]  106/2

49 [4]  19/16 65/11 66/17
 67/20
4:20 p.m [1]  95/16
4th [1]  36/2

5

5-foot [1]  115/8
500 [1]  2/11
515 [1]  2/15
53 [1]  82/2
55 [5]  79/22 79/22 80/1 80/5
 82/4
59 [1]  67/7
591 F.3d [1]  164/1
5:05 p.m [1]  93/6
5:40 [2]  88/25 89/4
5:40 in [1]  89/24
5:44 [1]  89/12
5th [7]  27/7 28/1 28/2 35/25
 96/19 97/5 132/14

6

608 [1]  171/17
611 [1]  163/12
69 [3]  121/23 139/21 143/21
6:10 [1]  92/21
6:10 p.m [1]  92/10

7

70 [2]  121/23 148/14
700 [2]  71/11 72/2
75 [3]  84/9 84/24 102/21
76 [3]  88/8 88/9 89/16
761 [1]  164/1
77 [1]  65/12
77002 [2]  2/7 2/15
77056 [3]  1/17 1/20 2/12
78 [4]  93/19 93/21 93/24
 93/25
7:25 a.m [1]  95/12
7:43 a.m [1]  57/13

8

8-15-05 [2]  123/6 124/9
80 [3]  25/11 92/1 92/2
801 [1]  31/10
84 [7]  25/11 25/14 25/15
 93/20 93/24 94/5 134/6
85 [1]  100/11
85-page [2]  100/12 100/18
88 [1]  95/19
89 [1]  97/2
8:00 p.m [1]  87/20
8:30 [2]  1/5 159/24
8:40 p.m [2]  95/2 95/6
8:41 p.m [1]  95/1
8:44 a.m [3]  88/17 89/3 89/9

9

91 [1]  122/4
93 [3]  148/15 148/15 150/1
94 [4]  148/15 148/16 148/17
 150/1
98 [1]  116/10
9:18 a.m [1]  92/11
9:45 [2]  87/16 87/17
9:53 [1]  59/17

A

A-L-A-N-I-Z [1]  163/23
a.m [11]  1/5 57/13 59/17

**a.m... [8]** 59/17 88/17 89/3
89/9 92/11 94/12 95/12 96/19
**able [22]** 48/14 62/8 62/13
75/10 92/24 95/5 97/16
128/20 129/10 129/25 149/6
149/10 150/14 153/22 157/6
163/22 165/16 166/13 166/19
170/20 179/2 181/14
**about [161]** 4/16 5/20 5/23
7/14 7/18 10/23 11/2 11/11
13/13 14/22 15/3 15/4 15/14
15/25 16/1 17/17 17/18 17/24
18/1 18/5 18/16 18/17 18/19
19/1 19/2 23/22 25/5 29/20
29/24 30/1 31/17 32/4 32/11
33/2 34/7 34/19 35/7 37/11
38/17 39/10 40/22 41/1 41/20
41/22 43/9 45/15 48/18 49/1
50/7 50/13 53/6 53/10 53/18
53/22 53/23 54/16 54/18
54/18 54/24 55/16 56/4 56/7
57/9 59/21 60/13 61/9 61/16
62/15 62/19 67/18 69/16
69/17 70/8 72/24 73/16 75/9
75/12 75/19 76/1 77/22 78/12
93/20 94/4 97/5 97/22 98/25
99/15 100/2 100/4 100/6
100/19 101/25 102/21 104/21
104/22 108/9 109/3 109/16
110/1 110/25 111/8 111/20
111/21 111/22 112/1 114/4
115/3 118/2 119/6 125/1
125/18 130/14 130/19 131/19
133/14 134/4 135/10 135/20
136/17 137/2 138/14 138/22
142/2 142/15 143/9 144/22
146/17 150/15 151/22 152/17
154/18 156/12 156/18 157/25
158/15 159/10 160/24 161/1
162/1 165/1 166/2 167/1
167/13 169/6 169/16 169/18
169/19 170/6 171/21 172/18
173/14 173/17 175/8 177/1
178/1 179/2 179/19 180/4
182/4 182/5 182/9
**above [5]** 27/5 126/4 152/22
156/25 183/2
**above-entitled [1]** 183/2
**absence [3]** 164/4 164/6
171/25
**absolute [1]** 31/19
**absolutely [13]** 29/6 56/24
74/21 110/2 149/11 162/22
163/1 163/13 167/9 174/1
175/13 175/15 175/18
**accept [1]** 39/2
**acceptable [3]** 8/11 8/12 8/14
**access [3]** 68/16 178/20
178/21
**accident [8]** 88/21 132/5
138/4 138/10 153/8 164/4
164/6 171/25
**accidentally [2]** 131/17 132/2
**accidents [1]** 153/11
**accommodations [2]** 63/7 64/12
**accompanied [1]** 74/14
**accounting [1]** 112/7
**accurate [8]** 6/4 15/10 41/9
44/3 71/4 76/25 77/4 152/23
**achieved [1]** 120/19

**acknowledged [1]** 109/10
**acronym [1]** 20/10
**across [5]** 118/8 119/16
128/22 139/8 139/8
**act [8]** 23/6 161/20 161/20
162/17 171/18 171/19 172/10
172/10
**acting [2]** 31/8 79/4
**action [3]** 36/11 164/10
172/25
**actions [14]** 27/23 28/5 33/14
47/10 47/11 79/9 83/15 85/10
85/12 85/14 85/15 94/4 163/7
170/8
**active [3]** 61/1 61/2 61/3
**actively [1]** 163/3
**activities [1]** 137/5
**activity [2]** 32/11 172/23
**acts [8]** 164/2 164/9 169/23
170/8 170/9 172/19 173/6
175/2
**actual [6]** 27/4 32/2 39/1
110/6 125/16 179/22
**actually [41]** 11/22 28/25
32/17 50/3 52/20 59/10 63/23
64/11 74/3 78/19 78/21 83/19
88/21 93/18 93/25 98/14
107/15 107/16 109/18 109/19
110/21 112/7 112/10 112/17
115/15 116/6 116/8 122/4
123/5 129/21 130/11 133/22
139/18 142/9 142/14 144/21
162/12 164/14 177/2 179/21
181/21
**add [6]** 46/4 92/13 94/25
96/20 144/14 174/23
**adding [1]** 165/24
**addition [3]** 71/12 73/15
136/1
**additional [8]** 83/25 85/12
85/15 90/3 92/24 93/15
176/18 177/9
**Additionally [1]** 6/5
**address [1]** 115/7
**addressed [1]** 98/5
**adequate [1]** 73/8
**adequately [1]** 164/8
**administer [1]** 108/6
**administrative [4]** 7/4 7/22
63/15 82/12
**admissible [2]** 33/21 164/2
**Admission [1]** 33/25
**admit [2]** 34/8 38/8
**admitted [9]** 25/18 51/23
52/10 53/16 60/5 110/19
134/9 162/19 163/2
**adult [1]** 16/19
**advised [2]** 87/3 87/11
**advocate [1]** 85/18
**affect [1]** 15/15
**affected [1]** 172/23
**affidavit [1]** 31/6
**affirmative [1]** 59/15
**affirmed [1]** 29/11
**Afghanistan [3]** 14/24 19/6
80/21
**afraid [3]** 29/25 37/1 38/1
**after [33]** 11/24 36/14 39/21
42/11 42/16 42/24 43/11
48/20 49/2 61/3 61/13 61/22
63/16 78/21 82/24 83/2 86/10

22/9
123/19 124/17 125/3 127/20
129/16 131/22 154/13 168/13
168/13 171/3 173/22 176/3
**aftermath [2]** 164/20 164/20
**afternoon [10]** 71/3 78/11
88/25 89/4 89/24 90/21
107/13 107/20 108/4 108/23
**afternoon/evening [1]** 90/21
**afterwards [1]** 129/14
**again [22]** 27/11 27/17 35/18
52/14 63/2 68/5 69/4 91/23
95/20 124/12 134/16 134/21
141/6 151/5 152/7 154/3
154/19 159/4 160/24 161/23
165/16 180/13
**against [10]** 5/10 12/19 20/25
24/4 32/15 97/24 98/9 115/2
167/5 170/19
**age [4]** 41/23 42/3 42/6
148/12
**agent [1]** 52/22
**agents [2]** 87/1 87/15
**aggressive [1]** 137/7
**ago [2]** 143/23 156/12
**agree [21]** 6/15 9/6 16/8
20/17 22/25 23/17 101/6
120/4 120/9 120/15 133/9
144/9 146/19 146/21 146/22
146/23 147/17 147/19 148/2
165/25 182/16
**agreed [1]** 124/5
**agreement [4]** 9/6 9/8 160/4
160/8
**agreements [1]** 177/25
**ahead [4]** 101/13 134/11 162/8
171/2
**aided [1]** 1/24
**air [2]** 90/18 158/8
**aircraft [5]** 49/20 49/23 50/1
50/5 50/6
**Airport [2]** 43/21 91/7
**Al [1]** 73/25
**Al Asad [1]** 73/25
**Alaniz [6]** 163/22 163/24
163/25 166/25 173/4 181/5
**albeit [1]** 63/14
**alcohol [8]** 11/20 21/15 21/17
21/18 21/23 22/8 22/11 41/23
**aligned [1]** 123/16
**all [169]** 4/4 4/5 6/17 7/17
7/19 8/25 9/14 10/2 11/5
11/15 12/4 15/20 15/23 16/23
17/11 18/19 19/1 20/14 20/18
22/4 23/13 24/15 24/19 25/3
28/7 28/20 30/13 30/24 31/18
32/12 39/10 39/11 43/10
43/13 44/7 45/4 45/7 45/17
46/4 47/25 48/2 48/2 52/15
54/18 55/23 56/2 56/14 56/22
56/23 57/4 58/2 63/22 65/7
65/20 66/16 67/3 67/15 67/23
68/4 68/19 69/4 69/11 70/2
70/11 70/18 73/14 73/20 74/6
74/16 75/6 75/15 75/16 75/19
75/23 77/4 77/7 78/2 78/4
78/12 81/3 81/5 82/6 82/15
82/16 82/24 83/4 84/2 84/5
84/22 85/9 85/14 86/5 86/9
87/18 87/25 89/16 91/17
91/22 92/19 94/5 94/11 94/16
96/12 96/18 96/23 97/7

**all... [63]**  100/13 100/18
100/19 101/1 101/18 102/16
103/7 106/3 106/11 107/5
107/11 110/22 111/8 114/16
116/21 119/12 119/22 120/10
125/11 130/1 130/23 132/21
133/1 133/3 134/23 138/1
140/16 142/19 146/21 148/5
151/6 154/1 154/2 154/12
155/10 157/8 159/9 159/11
159/17 159/23 160/24 161/10
162/13 163/2 164/16 165/6
165/7 165/19 165/21 166/4
166/6 166/22 166/23 170/19
171/1 171/20 171/21 172/18
174/18 176/11 177/17 177/17
179/1
**allegation [15]**  41/2 42/16
42/18 48/9 48/22 49/9 49/10
69/16 75/4 78/14 78/16 78/22
79/4 100/7 165/4
**allegations [13]**  32/18 32/21
35/24 39/24 71/19 72/6 81/21
83/13 104/22 104/23 164/21
164/23 165/2
**allege [1]**  58/11
**alleged [11]**  16/17 35/16
36/22 81/11 83/11 86/4 93/13
105/14 163/19 171/21 172/10
**allegedly [2]**  160/19 171/18
**allow [12]**  10/15 22/20 38/14
124/5 129/15 155/23 160/20
163/14 163/14 167/3 173/19
177/7
**allowed [4]**  160/23 166/18
169/13 171/11
**almost [2]**  61/9 119/9
**along [5]**  8/3 8/4 22/6 71/13
138/2
**alphabetical [1]**  64/24
**already [19]**  27/17 28/2 28/2
40/4 44/11 53/16 70/18 70/19
76/8 79/14 82/11 83/18
104/21 105/11 165/8 176/15
177/15 178/19 182/5
**also [36]**  8/13 8/25 16/4
22/16 22/19 23/2 29/16 36/12
49/25 53/9 55/6 55/12 63/20
64/11 68/12 83/25 93/20
94/13 101/9 111/14 113/2
121/24 124/4 125/24 127/11
129/1 133/23 136/2 136/15
144/11 146/25 161/19 161/23
165/16 167/16 178/9
**although [1]**  63/22
**always [5]**  12/11 149/18 150/9
154/11 182/12
**am [20]**  23/12 25/7 36/14
38/1 51/5 51/7 54/10 54/16
76/19 77/10 98/1 121/5 139/7
139/13 149/19 159/17 162/4
167/9 177/14 180/11
**among [3]**  9/11 14/24 182/9
**amount [4]**  74/1 136/8 142/23
181/15
**amounts [1]**  113/19
**analogy [1]**  21/1
**analysis [2]**  123/20 167/18
**analyzed [2]**  100/24 101/7
**Analyzing [1]**  138/18

**anatomy [1]**  99/16
**and -- I [1]**  99/19
**and/or [1]**  136/19
**Andino [36]**  4/8 4/9 4/10 4/21
5/4 5/5 5/15 8/3 12/16 17/5
20/7 20/17 23/5 26/10 27/1
33/13 34/17 35/6 39/15 41/23
44/18 45/13 52/17 53/22 54/9
60/11 60/15 66/6 67/4 70/11
74/12 79/21 96/23 98/25
104/18 104/25
**Andino's [1]**  28/20
**Andrew [1]**  2/9
**anesthetic [1]**  156/2
**anesthetics [1]**  155/22
**angles [1]**  148/25
**annoyed [1]**  179/25
**annual [1]**  78/1
**another [44]**  18/14 20/4 29/17
29/23 32/7 34/19 38/9 44/22
61/16 67/13 67/14 67/15
67/17 69/13 71/6 73/25 83/23
88/2 89/5 93/16 95/25 96/19
105/18 112/20 123/7 140/15
141/17 149/20 163/18 163/18
163/18 166/13 166/16 169/17
169/18 171/19 171/19 176/2
176/21 176/25 176/25 177/20
178/16 180/1
**answer [14]**  10/22 18/12 74/4
116/1 126/5 128/1 136/21
137/15 137/16 140/18 143/11
145/22 149/17 149/17
**answer is [1]**  149/17
**answered [3]**  146/18 147/16
148/1
**answers [3]**  44/8 102/17
112/15
**Anthony [2]**  27/1 37/2
**anticipate [1]**  93/15
**antiinflammatory [1]**  114/23
**anxiety [1]**  111/12
**any [42]**  6/1 6/1 11/18 13/6
16/1 18/9 25/9 32/19 33/3
40/21 51/14 52/4 55/16 62/13
87/4 98/9 98/20 98/21 104/14
105/2 110/16 110/16 116/21
119/7 127/22 132/24 133/4
137/19 141/7 141/8 146/13
151/19 154/11 154/24 158/25
160/3 165/10 166/20 167/19
168/13 174/16 175/20
**anybody [8]**  12/14 12/14 12/25
36/21 57/1 67/15 104/14
145/4
**anymore [1]**  139/18
**anyone [3]**  37/10 87/9 180/13
**anything [16]**  32/11 32/17
35/6 46/5 66/8 73/11 87/9
98/19 110/11 129/5 131/1
137/3 143/16 151/3 159/16
181/10
**anyway [2]**  34/23 174/16
**anywhere [1]**  101/4
**apologies [2]**  161/11 161/13
**apparently [2]**  165/3 173/9
**appeal [1]**  180/12
**appear [1]**  124/7
**appearance [1]**  148/22
**appears [2]**  96/20 173/6
**appended [1]**  55/21
**Apples [1]**  179/1

**applicant [2]**  15/16 15/18
**applicant's [1]**  15/15
**applicants [2]**  17/24 18/5
**applying [4]**  6/2 14/7 14/20
17/14
**appointment [1]**  61/13
**appreciate [4]**  5/16 44/7
167/12 181/15
**approach [18]**  15/22 17/22
26/6 30/8 30/11 32/25 60/7
74/8 79/18 81/23 84/5 88/5
91/22 96/24 117/20 139/14
155/9 156/7
**appropriate [2]**  102/19 102/20
**arbitrate [1]**  16/14
**arbitration [12]**  9/21 9/25
10/2 10/3 10/10 10/16 10/19
10/20 10/21 16/19 166/21
167/11
**are [113]**  5/17 6/6 6/9 6/14
7/7 8/18 9/18 11/9 11/14
12/10 12/24 16/14 16/14
17/14 18/8 18/25 24/18 31/20
32/4 32/21 33/9 38/16 38/16
38/18 38/22 39/1 39/8 43/10
46/5 47/11 51/10 52/12 53/17
56/20 59/5 60/21 62/13 65/17
73/6 81/1 81/12 83/4 83/13
90/3 92/24 93/10 95/5 95/10
95/15 96/8 102/5 106/3 111/5
112/4 113/8 115/1 115/1
115/10 115/11 121/14 121/23
122/2 123/9 123/16 124/7
125/1 129/15 129/22 130/1
130/3 130/3 131/19 135/11
135/11 135/13 136/1 136/2
137/3 137/4 138/16 138/24
139/11 140/11 140/19 144/1
144/1 145/8 145/18 145/22
148/19 150/8 150/11 153/11
154/7 154/7 156/19 157/17
157/20 159/17 160/21 161/5
165/4 165/4 166/4 169/10
169/25 170/13 177/25 179/13
180/21 182/2 182/18 182/19
**area [9]**  7/4 7/6 7/9 7/21
18/14 115/2 129/2 165/13
173/23
**aren't [6]**  8/14 20/25 23/10
47/11 138/25 150/21
**arena [1]**  179/12
**arguably [1]**  175/4
**argue [4]**  13/8 162/3 172/18
173/19
**arguing [4]**  160/24 173/17
174/1 174/2
**argument [2]**  162/7 174/7
**argument's [1]**  116/18
**argumentative [1]**  16/4
**arguments [1]**  91/4
**armed [2]**  97/11 97/13
**Armstrong [7]**  29/7 29/9 41/13
41/17 41/21 87/7 87/11
**Armstrong's [1]**  40/20
**army [6]**  19/12 19/25 42/9
72/10 72/15 83/14
**Arnold [1]**  80/16
**around [12]**  34/21 86/23 87/19
91/2 105/24 106/5 119/8
119/10 119/13 119/22 129/1
152/10

**A**

**arrangement [2]** 85/21 86/1
**arrangements [2]** 90/24 91/14
**arrival [3]** 64/3 71/3 96/13
**arrive [3]** 65/17 78/10 95/15
**arrived [12]** 28/25 43/14 64/5
  67/5 70/24 73/18 74/23 75/4
  78/9 87/2 93/1 93/8
**Arroyo [1]** 53/11
**Arroyo's [1]** 57/8
**arteries [1]** 135/21
**artist's [1]** 119/4
**as [153]** 7/25 9/5 9/12 10/10
  10/11 10/21 11/5 11/7 13/9
  14/23 15/2 15/2 15/15 15/17
  18/21 18/21 19/6 19/8 20/2
  20/8 20/13 21/14 21/14 22/12
  26/24 32/21 32/21 32/22
  32/22 33/13 33/20 34/22 36/8
  39/2 39/23 40/3 41/5 43/6
  43/6 43/15 46/23 47/2 49/5
  49/5 49/8 52/4 53/8 55/18
  58/11 60/15 60/17 60/25 62/8
  62/8 62/8 62/11 63/11 64/4
  64/6 67/6 68/15 68/22 69/15
  72/17 73/2 73/3 73/6 73/25
  74/13 77/20 77/20 78/22
  78/23 79/5 79/5 79/13 79/21
  80/12 80/21 81/13 81/15 82/1
  82/3 83/4 83/8 83/9 84/9
  84/23 85/15 85/15 88/8 92/1
  95/6 96/2 97/21 98/14 98/15
  99/16 99/16 102/2 109/15
  109/17 110/12 110/15 112/21
  112/25 113/10 113/11 113/11
  113/11 113/20 113/20 115/25
  118/19 118/24 119/13 120/18
  123/17 124/8 130/22 133/8
  133/18 133/19 133/19 133/22
  137/14 138/7 140/2 140/25
  145/2 147/23 151/22 153/5
  153/6 153/14 156/2 156/19
  158/18 160/6 164/3 165/7
  167/22 168/10 170/3 170/4
  171/25 172/6 173/15 175/4
  176/15 178/22 179/18 180/14
**as -- I [1]** 43/6
**as -- yes [1]** 21/14
**Asad [1]** 73/25
**ascertain [1]** 65/8
**aside [1]** 165/6
**ask [34]** 18/14 25/5 30/16
  34/17 53/18 53/22 54/18
  59/21 69/4 71/19 71/20 74/13
  75/9 75/12 75/12 79/22 82/2
  85/22 88/9 92/2 93/18 95/19
  97/2 102/20 109/16 125/9
  130/14 140/1 142/2 147/20
  153/8 157/19 158/23 181/12
**asked [18]** 5/11 16/1 62/10
  67/25 67/25 69/16 86/14
  97/22 102/21 130/18 134/25
  147/3 147/23 153/4 155/15
  158/20 158/22 178/8
**asking [6]** 33/12 46/22 96/9
  109/22 144/1 156/12
**assault [17]** 11/24 12/1 17/13
  24/11 27/23 32/24 81/11
  85/19 111/8 111/15 121/19
  123/19 132/24 133/1 156/3
  160/19 167/16

**angled [1]** 62/8
**assert [1]** 162/10
**asserted [2]** 38/21 38/23
**asset [6]** 6/6 6/10 6/12 10/7
  10/13 101/13
**assets [1]** 6/14
**assigned [5]** 63/24 67/1 67/2
  67/9 67/12
**assignment [1]** 35/19
**assist [1]** 118/1
**assistance [11]** 80/22 86/20
  90/20 90/21 90/25 91/6 93/2
  93/3 93/10 95/8 95/14
**assistant [1]** 100/1
**assisted [2]** 86/24 87/20
**associated [1]** 67/8
**assume [3]** 116/17 162/19
  180/21
**assumed [1]** 86/16
**assumes [4]** 16/6 16/7 16/7
  36/20
**assuming [3]** 76/19 77/10
  147/12
**assumption [1]** 116/21
**assurance [1]** 99/17
**asymmetric [3]** 113/7 113/8
  123/10
**asymmetry [5]** 122/21 124/12
  149/2 157/3 157/21
**at [218]**
**at -- I [1]** 132/21
**attach [2]** 81/17 81/20
**attached [7]** 81/10 82/3 82/22
  84/23 92/20 92/21 94/12
**attaching [1]** 89/3
**attachments [1]** 24/19
**attack [2]** 18/21 105/14
**attacked [2]** 111/23 112/3
**attacks [1]** 18/2
**attend [3]** 5/11 75/2 75/14
**Attorney [1]** 1/18
**augmentation [2]** 130/15
  153/21
**August [14]** 19/13 90/23 94/11
  94/21 95/6 95/12 95/16 96/11
  96/13 96/19 97/4 97/5 122/11
  122/19
**August 15th [2]** 122/11 122/19
**August 1st [4]** 90/23 94/11
  95/12 95/16
**August 5 [1]** 97/4
**August 5th [1]** 96/19
**auspice [1]** 67/10
**Austin [1]** 180/24
**authority [2]** 11/3 160/14
**availability [1]** 41/10
**available [5]** 41/8 63/7 64/9
  64/21 64/23
**avoid [1]** 12/17
**award [2]** 72/10 72/22
**awarded [1]** 161/6
**awards [1]** 72/21
**aware [8]** 21/12 34/18 41/15
  47/20 47/21 79/3 99/17
  130/16
**away [11]** 23/6 47/12 143/15
  149/15 150/10 154/1 154/4
  157/7 157/12 162/3 176/13

**B**

**B1 [2]** 66/8 66/11
**B197 [1]** 110/15

**B2 [1]** 66/8
**B210 [1]** 127/14
**Bachelor's [1]** 60/24
**back [39]** 17/5 37/6 37/23
  45/9 47/10 51/1 51/21 56/2
  58/8 61/20 61/22 61/25 62/2
  65/20 65/25 67/7 79/16 87/19
  107/9 113/15 121/8 126/13
  128/24 129/2 129/19 130/9
  139/24 141/22 144/20 164/24
  166/10 168/16 168/22 168/24
  168/25 169/1 173/3 178/4
  179/25
**background [2]** 60/14 110/25
**bad [16]** 12/18 56/21 133/2
  133/22 133/25 141/12 141/19
  169/23 170/8 170/9 171/18
  171/19 172/10 172/10 173/6
  182/3
**bag [2]** 158/8 168/2
**Baghdad [10]** 43/20 62/20
  92/10 92/14 92/17 93/6 95/6
  95/13 96/8 168/4
**Balkans [3]** 61/6 61/23 67/6
**Barker [2]** 40/18 178/12
**barracks [21]** 23/10 63/20
  63/21 63/23 63/25 64/1 64/1
  64/23 65/2 65/5 65/9 65/13
  65/14 66/11 66/12 66/12
  66/17 67/2 67/15 67/16
  165/15
**Barracks 1 [2]** 66/11 66/12
**Barracks 2 [9]** 65/2 65/9
  65/13 65/14 66/12 66/17 67/2
  67/15 67/16
**Barron [3]** 2/14 183/6 183/7
**base [2]** 60/18 60/18
**based [7]** 64/3 72/20 89/7
  94/14 125/5 127/23 175/25
**bases [1]** 164/9
**basic [1]** 18/21
**basically [12]** 7/12 80/15
  112/5 116/10 118/6 127/2
  129/17 133/15 139/4 144/7
  151/20 152/3
**basis [7]** 15/1 62/1 72/19
  73/1 86/3 105/2 105/2
**Bates [1]** 143/21
**be [115]** 4/3 4/16 5/12 8/19
  8/20 8/21 9/24 12/9 12/10
  12/15 16/2 16/18 16/21 17/12
  18/21 19/13 21/12 24/6 25/4
  25/13 28/9 29/7 30/2 30/3
  30/4 33/12 37/13 38/17 39/7
  49/15 49/16 49/17 50/18 51/4
  51/11 51/13 56/18 57/6 59/19
  60/14 62/8 62/16 63/5 64/17
  66/7 66/11 66/24 68/8 69/25
  73/10 75/10 75/10 76/12
  79/14 88/25 91/12 100/23
  105/21 107/8 107/11 107/24
  108/10 112/6 120/17 120/19
  124/7 128/5 129/3 129/25
  134/3 134/23 136/4 136/8
  137/7 141/19 141/20 142/16
  142/24 144/10 149/13 149/23
  149/25 153/3 153/14 153/15
  153/21 156/2 157/6 159/17
  160/1 160/24 164/9 165/9
  165/16 166/18 166/19 166/24
  170/13 171/10 172/18 174/19

**be... [14]** 176/16 176/17 176/24 179/2 179/14 180/9 180/24 181/2 181/13 181/14 182/3 182/3 182/7 182/15
**bear [2]** 134/12 163/15
**bears [1]** 180/5
**became [1]** 19/25
**because [63]** 12/1 18/6 25/17 30/21 30/21 38/9 38/10 40/23 42/3 44/11 46/22 47/19 47/22 49/13 49/16 54/13 63/22 64/11 64/22 69/21 70/5 74/8 75/4 96/20 99/20 103/19 113/18 114/2 114/25 118/17 122/22 124/19 128/1 129/17 132/20 134/24 134/24 135/17 137/15 137/17 139/5 140/12 140/13 142/25 146/23 148/6 149/17 150/6 152/19 154/11 155/17 155/19 157/4 157/4 157/8 157/15 161/5 166/20 167/6 169/3 172/22 174/1 177/4
**become [7]** 14/16 64/9 64/21 123/10 136/19 173/15 179/17
**becomes [2]** 141/10 149/12
**bed [1]** 22/23
**been [96]** 20/4 23/21 24/20 25/18 29/24 39/25 40/24 40/24 41/15 50/2 53/10 53/16 56/8 56/13 56/14 58/23 61/5 61/9 61/25 67/17 68/12 68/17 68/22 69/19 70/16 70/22 71/13 72/23 73/7 73/11 74/12 76/23 77/18 77/19 79/21 82/1 82/10 82/12 82/22 83/12 83/13 83/18 83/24 84/1 84/25 85/14 85/15 86/6 87/20 88/8 89/11 89/11 89/13 90/12 91/10 92/1 93/14 94/4 96/21 97/9 97/16 104/5 105/12 109/9 110/15 110/22 118/16 119/11 119/21 120/7 121/12 121/18 126/18 130/18 132/11 133/18 136/16 136/18 137/23 138/4 140/22 141/7 150/14 152/2 163/3 163/8 163/22 165/8 166/13 166/20 169/6 173/16 175/9 175/10 176/15 176/21
**before [39]** 1/10 4/16 6/7 14/3 14/5 28/25 31/22 48/7 51/5 54/25 58/24 59/2 59/20 60/15 71/18 72/5 75/5 75/12 77/17 82/13 99/20 108/5 108/9 116/8 124/21 125/2 125/2 125/18 132/11 140/11 141/6 144/20 160/13 162/18 164/18 169/14 176/25 177/7 180/15
**begin [1]** 48/17
**begins [1]** 103/5
**behalf [2]** 10/22 102/10
**behavior [1]** 8/12
**behaviors [2]** 8/11 8/14
**being [17]** 32/14 37/11 38/20 48/9 49/10 50/13 75/5 115/4 120/18 136/1 146/14 149/6 152/5 159/21 165/6 169/16 172/7

**believe [57]** 4/25 6/5 10/17 13/2 13/10 17/10 18/12 18/19 18/25 19/1 20/8 20/15 20/19 20/22 24/10 24/12 24/15 27/1 27/10 27/18 30/1 31/2 35/1 35/24 39/20 41/6 43/8 45/19 50/11 53/25 60/3 68/7 68/12 69/7 70/24 84/10 93/17 96/22 97/23 101/24 105/24 110/15 113/2 117/15 117/17 122/3 122/9 125/23 126/24 127/2 131/9 146/25 148/3 157/4 161/19 164/8 171/23
**believed [1]** 114/16
**belong [1]** 121/8
**below [9]** 26/20 45/23 56/5 83/15 126/8 133/15 152/1 153/3 153/3
**bench [1]** 180/10
**benefit [4]** 13/4 13/6 107/1 110/14
**best [9]** 62/22 63/2 63/14 72/9 79/5 86/2 99/16 115/15 156/10
**better [20]** 49/13 49/17 62/13 63/12 66/4 106/11 106/12 119/21 125/7 128/18 128/25 141/15 144/3 149/3 149/3 149/14 149/15 150/21 165/23 167/19
**between [15]** 18/20 18/24 23/2 25/25 30/4 48/23 51/22 53/11 53/14 55/6 59/24 61/18 92/14 131/13 131/14
**beyond [3]** 27/23 144/20 150/11
**BIAP [1]** 52/23
**bifurcate [3]** 160/9 160/14 160/15
**big [6]** 6/23 47/24 132/7 132/9 139/6 143/1
**bigger [4]** 117/4 143/1 144/18 157/14
**Bill [9]** 24/17 25/8 26/22 28/21 44/14 45/9 45/25 46/10 51/8
**billeting [2]** 64/20 67/11
**Billy [1]** 78/23
**binder [4]** 26/10 44/18 44/22 45/14
**Bird [10]** 49/19 50/2 50/3 50/14 52/23 68/1 68/8 69/5 69/7 69/10
**bit [27]** 7/17 61/2 62/16 63/25 73/14 107/1 111/21 113/15 115/23 115/24 119/16 130/1 130/10 130/14 133/25 135/10 136/17 138/22 139/25 141/14 141/20 141/21 141/23 144/20 157/3 157/8 157/12
**Black [9]** 49/22 50/5 68/1 68/13 68/17 68/18 69/2 69/5 69/8
**Black Hawk [2]** 49/22 50/5
**Blake [1]** 2/4
**block [1]** 111/12
**blood [2]** 135/20 135/23
**blow [2]** 26/19 28/18
**board [4]** 73/10 109/4 124/9 133/7
**body [6]** 112/7 115/3 118/18

**bold [2]** 102/9 182/3
**book [2]** 50/22 108/13
**border [1]** 27/24
**bore [1]** 179/16
**born [2]** 60/16 157/20
**BORTZ [7]** 2/8 32/16 47/16 47/21 48/1 151/14 164/10
**boss [3]** 27/15 80/20 80/24
**boss' [1]** 80/20
**both [12]** 29/11 35/24 36/8 81/9 104/8 125/5 125/9 133/21 169/25 169/25 179/5 179/23
**bottom [16]** 80/4 103/6 110/21 116/24 118/24 119/16 122/7 122/23 124/14 126/1 128/22 139/8 141/14 141/16 151/20 151/23
**bottomed [9]** 113/1 113/4 137/10 137/14 138/7 140/9 141/6 146/14 153/16
**bottoming [38]** 112/25 113/4 113/14 113/17 114/2 114/5 114/6 115/6 117/7 118/3 120/8 120/23 123/12 124/15 126/8 126/9 127/25 137/22 138/14 138/15 138/15 138/16 143/7 143/16 144/5 144/12 144/17 144/19 145/13 151/19 151/25 153/7 153/10 157/25 158/15 158/16 158/23 159/1
**botulism [5]** 176/3 176/4 176/9 176/14 176/15
**Boutwell [10]** 29/4 29/4 29/9 78/17 81/6 84/14 84/18 91/11 91/12 95/23
**Bovie [1]** 131/11
**bra [4]** 129/6 129/9 129/14 129/15
**Brandon [1]** 2/10
**Brannon [2]** 40/6 40/8
**brat [1]** 60/18
**break [3]** 57/1 106/4 107/8
**breaks [1]** 119/17
**breast [34]** 109/9 112/20 113/19 113/24 115/14 116/13 116/18 116/22 117/6 118/9 118/16 118/18 118/24 120/2 120/5 122/22 124/12 130/14 133/9 133/14 133/18 133/19 134/24 136/4 136/21 137/1 137/3 137/5 145/5 145/16 148/11 148/25 150/23 153/21
**breasts [27]** 113/11 123/9 123/22 123/25 129/1 135/10 135/13 135/20 136/2 136/11 136/18 137/4 137/10 137/13 140/9 144/24 145/7 145/9 145/25 146/13 148/23 150/1 150/6 154/7 156/19 157/20 158/3
**breathing [1]** 143/14
**brief [3]** 78/25 172/20 173/5
**briefed [1]** 88/1
**briefing [5]** 7/4 74/16 74/22 75/14 78/1
**briefings [2]** 75/15 75/16
**briefly [4]** 47/10 98/22 109/16 144/22
**bring [9]** 93/18 139/9 161/25 163/6 166/6 166/20 174/11

**B**

**bring... [2]** 174/11 177/9
**bringing [4]** 43/2 43/4 148/6 174/15
**broke [1]** 132/5
**brought [5]** 43/21 93/22 93/23 95/20 150/19
**BROWN [3]** 1/6 1/7 61/4
**bruise [2]** 136/15 137/6
**bruises [1]** 136/19
**bruising [6]** 135/24 136/2 136/4 136/9 136/21 137/7
**Bryan [1]** 40/7
**Bryant [8]** 27/2 27/9 27/13 27/14 29/23 37/2 37/4 80/23
**build [2]** 100/19 100/20
**building [1]** 172/17
**buildings [3]** 62/24 62/25 63/15
**bullet [1]** 77/23
**bunch [2]** 6/23 8/5
**burden [1]** 177/6
**buried [1]** 169/21
**bus [1]** 48/1
**buses [1]** 159/17
**business [13]** 8/7 8/10 30/21 31/2 31/4 31/5 34/22 70/12 73/4 77/13 77/16 77/24 78/2
**businesses [1]** 63/1
**but [181]** 4/17 6/13 7/9 7/17 9/17 10/1 10/17 11/3 12/3 12/24 13/9 19/18 20/12 20/25 21/20 22/4 23/18 30/9 30/18 32/6 32/14 33/2 33/16 34/4 34/19 34/20 34/22 37/18 38/1 38/23 39/2 39/4 41/8 43/7 43/10 43/18 46/12 46/21 46/23 49/8 49/25 50/5 50/13 50/24 53/17 53/25 54/24 55/6 56/3 56/5 57/15 57/19 58/22 59/13 62/9 63/14 63/18 63/23 64/11 64/22 66/16 69/8 71/21 73/20 74/4 75/11 80/10 81/2 88/23 93/20 96/3 97/16 99/15 101/3 101/8 102/10 105/20 107/17 108/10 112/10 114/3 114/17 115/24 117/24 119/17 119/21 120/11 120/18 123/9 124/7 124/24 128/8 129/16 130/1 130/3 130/8 131/12 131/21 132/4 132/8 133/10 133/18 133/20 138/1 138/4 138/11 139/1 139/12 140/5 140/13 140/20 140/22 140/25 141/12 141/14 141/20 142/19 143/9 143/11 143/15 143/16 144/22 145/14 148/5 148/7 148/7 148/11 148/19 149/4 150/13 150/17 150/20 150/22 154/1 154/12 154/16 157/13 159/20 160/6 161/2 161/4 161/8 161/17 162/12 162/17 162/18 163/17 165/19 165/23 166/7 166/18 167/9 167/17 168/2 168/8 168/11 168/25 169/12 169/18 171/8 172/4 172/9 172/17 172/19 173/7 173/10 173/15 174/8 174/10 177/6 177/11 178/18 179/11 179/14 180/2 180/3 180/13 181/2 181/13 181/21 182/15

**buy [1]** 170/21
**by -- I [1]** 131/21

**C**

**call [23]** 4/7 8/2 19/15 58/6 62/19 67/6 72/10 78/17 78/24 78/25 99/2 99/9 99/12 99/19 99/20 100/6 100/6 104/24 105/9 107/18 119/8 160/4 178/18
**called [11]** 10/6 19/15 20/10 21/20 63/4 64/20 72/22 99/3 99/15 105/8 120/12
**calling [4]** 99/2 105/6 105/6 105/11
**calls [3]** 15/20 16/5 18/11
**came [20]** 11/19 43/13 43/14 60/14 61/20 77/17 79/16 105/9 109/7 109/15 111/2 112/2 114/21 115/8 115/22 119/15 126/16 127/23 129/4 134/24
**camp [44]** 19/8 20/9 21/4 21/23 23/10 36/8 41/24 42/8 43/4 43/14 49/18 53/7 62/4 62/11 62/13 63/7 63/9 64/13 65/5 65/9 66/18 69/18 70/1 70/3 70/7 70/25 71/9 71/22 71/23 71/24 73/17 73/19 73/21 73/23 73/25 74/4 74/6 74/15 81/6 81/7 97/16 106/15 171/14 172/11
**camps [6]** 13/24 14/19 14/21 15/2 74/3 172/4
**campuses [1]** 17/12
**can [130]** 6/22 7/19 9/5 9/9 10/9 10/24 11/2 11/18 12/17 12/24 14/9 14/21 16/18 18/12 22/9 25/18 26/24 27/5 29/5 30/16 33/12 33/16 34/17 34/21 39/2 40/5 42/5 44/19 47/12 47/14 49/24 50/25 51/2 51/7 51/8 51/19 52/12 57/2 58/4 61/8 62/17 63/2 65/22 65/25 66/4 66/6 67/4 72/6 72/15 74/9 74/13 76/12 77/22 79/5 83/9 85/14 88/23 89/19 89/23 95/20 99/14 101/14 102/10 103/1 105/20 106/3 106/9 106/11 106/11 106/12 106/13 110/21 110/22 113/5 114/3 115/7 119/18 120/11 120/19 122/18 124/8 125/5 125/6 125/12 125/22 125/24 127/24 128/17 128/20 133/23 134/12 137/6 137/7 139/21 140/15 141/23 142/9 145/2 145/12 146/18 148/10 148/17 149/13 149/14 149/14 149/22 152/6 152/9 153/18 154/4 158/10 159/21 161/23 162/5 162/9 163/6 166/17 170/3 172/1 172/18 174/5 174/11 175/7 176/10 176/16 177/12 180/20 181/1 181/2 181/10
**can't [25]** 9/7 9/8 10/22 11/11 14/20 16/21 30/18 34/16 34/19 34/21 38/25 56/15 105/20 115/18 118/13 124/20 133/20 148/19 149/23 149/23 151/24 152/12 169/18

**candidate [6]** 14/3 14/14 15/5 15/7 15/11 15/14
**candidates [5]** 7/7 13/13 14/20 17/9 18/25
**cannot [7]** 14/8 14/13 14/18 42/1 102/4 102/10 172/23
**capacity [9]** 41/21 70/7 80/16 80/17 80/18 80/22 80/23 81/3 100/24
**capillaries [1]** 135/21
**capsule [32]** 119/4 119/6 119/9 119/13 119/14 119/15 119/17 119/19 119/20 120/2 121/3 121/6 121/7 139/3 139/6 140/14 147/13 151/21 151/22 151/23 151/24 151/24 152/5 152/10 152/11 152/12 152/14 152/16 152/18 152/19 153/1 153/5
**capsulorrhaphies [3]** 137/10 137/22 140/8
**capsulorrhaphy [7]** 120/13 121/1 121/3 121/9 128/21 138/23 139/3
**capture [1]** 83/8
**car [7]** 132/5 138/4 153/8 153/11 158/4 158/7 158/17
**card [2]** 43/3 43/4
**care [8]** 13/10 33/24 34/3 34/22 79/7 79/13 85/18 99/18
**career [1]** 61/8
**case [81]** 5/9 16/7 16/8 25/25 32/15 32/17 32/18 33/4 59/15 91/17 98/17 111/9 112/17 114/5 117/16 121/11 128/10 128/12 130/6 143/6 158/15 160/12 161/2 161/19 163/13 163/21 164/18 165/1 165/6 165/11 165/22 165/24 166/4 166/10 166/17 166/25 167/14 167/15 168/7 168/11 168/13 169/2 169/7 169/9 169/25 170/13 171/3 172/16 172/19 173/4 173/4 173/7 173/14 173/17 173/19 173/20 174/5 174/20 174/22 175/9 176/1 176/20 176/21 177/9 177/19 177/20 178/10 178/12 178/16 178/16 178/18 178/21 178/22 179/3 179/3 179/4 179/6 180/11 181/5 182/13 182/14
**cases [15]** 29/11 114/1 114/7 138/3 140/14 165/2 172/16 172/20 172/21 176/14 177/3 178/1 178/2 178/6 179/5
**CASH [4]** 48/20 49/1 49/2 85/17
**category [1]** 160/16
**Cates [1]** 2/3
**Catherine [1]** 40/14
**cats [1]** 168/2
**cause [9]** 37/11 127/24 143/12 153/10 164/10 172/25 183/2
**caused [4]** 132/25 138/16 138/18 138/19
**causes [1]** 157/25
**cavity [1]** 144/7
**ceiling [3]** 23/14 23/23 23/24
**ceilings [1]** 23/25
**center [4]** 61/21 70/17 76/9 149/1

**centered [1]** 118/16
**central [1]** 173/18
**CEO [1]** 87/11
**certain [4]** 38/24 38/24 131/6 136/8
**certainly [26]** 25/7 25/21 30/16 33/16 34/17 36/9 58/4 59/25 110/11 112/16 114/17 117/8 120/4 126/12 133/1 138/10 161/4 164/5 168/15 168/18 168/19 168/20 169/1 172/4 173/7 173/20
**Certification [1]** 183/1
**certified [1]** 109/4
**certify [1]** 183/2
**chain [2]** 64/7 94/1
**chair [1]** 39/16
**challenging [1]** 120/11
**chance [4]** 65/7 117/5 144/12 144/19
**chances [2]** 144/16 145/12
**change [5]** 11/24 73/14 74/20 127/22 141/8
**changed [4]** 11/21 11/22 70/22 72/18
**changes [3]** 55/23 56/7 89/6
**changing [2]** 44/9 67/24
**channel [1]** 68/16
**channels [1]** 94/4
**characteristics [1]** 55/24
**charge [2]** 29/7 182/4
**CHARLES [4]** 2/8 32/16 151/13 164/10
**chart [1]** 110/10
**check [2]** 65/20 66/1
**checked [1]** 111/11
**Cheryll [3]** 2/14 183/6 183/7
**chest [13]** 111/19 111/20 111/21 115/19 121/19 128/4 132/6 138/3 138/10 143/2 143/10 144/7 153/16
**Chester [1]** 1/22
**chief [1]** 98/17
**choice [1]** 140/2
**choose [2]** 17/8 168/10
**chooses [5]** 10/21 12/3 14/8 15/14 175/6
**chopped [1]** 106/18
**chose [4]** 5/6 62/20 175/7 177/21
**chosen [2]** 5/5 13/19
**CHU [1]** 64/2
**Chuck [1]** 80/22
**CHUs [1]** 63/12
**Ciaravino [10]** 107/13 108/1 108/2 108/4 108/20 108/23 109/2 143/23 147/12 151/11
**circled [1]** 113/3
**Circuit [1]** 164/1
**circumstance [1]** 180/3
**circumstances [2]** 77/1 171/15
**city [2]** 22/5 62/11
**Civil [1]** 60/25
**civilian [1]** 43/25
**claim [4]** 5/10 32/15 166/17 166/17
**claims [5]** 97/11 136/6 165/8 166/14 175/25
**clarify [2]** 170/17 170/18
**classified [1]** 158/18

**clause [1]** 10/16
**clear [7]** 12/4 36/21 43/9 58/2 104/21 150/15 162/14
**clearance [5]** 43/22 43/24 43/24 43/25 77/5
**clearer [2]** 181/2 181/2
**clearly [2]** 148/5 150/15
**clerk [1]** 173/9
**clerk's [1]** 58/9
**client [8]** 19/20 19/20 19/22 56/16 73/1 101/10 178/6 178/9
**clinic [5]** 48/19 48/25 48/25 49/3 110/3
**close [2]** 139/7 145/22
**closer [1]** 45/14
**closing [2]** 61/18 75/15
**CM [1]** 2/14
**CMR [1]** 183/7
**Coalition [1]** 20/5
**Code [7]** 8/7 8/10 70/12 77/13 77/16 77/24 78/2
**coffee [1]** 7/8
**cohabitation [4]** 22/19 22/20 22/22 47/17
**Coin [1]** 41/6
**coincide [1]** 48/24
**coincidental [1]** 71/5
**collapsed [1]** 131/9
**colleague [2]** 34/10 180/9
**collected [2]** 82/10 87/5
**college [3]** 17/12 17/14 60/22
**color [1]** 134/4
**column [1]** 66/8
**columns [1]** 46/12
**combination [3]** 73/9 116/24 111/11
**come [29]** 20/1 29/25 32/1 37/6 39/25 43/6 68/20 99/24 101/20 110/25 112/9 112/13 113/23 122/21 128/3 129/19 130/9 134/25 136/25 137/1 138/2 139/24 141/22 160/18 165/3 166/23 169/14 176/22 179/24
**comes [10]** 8/4 30/21 31/7 31/10 34/19 101/10 109/21 165/23 176/20 181/12
**comfort [1]** 79/6
**comfortable [1]** 67/20
**coming [8]** 17/17 43/3 71/6 73/6 76/8 118/8 135/1 145/5
**comment [1]** 149/6
**Comments [1]** 83/25
**committed [2]** 16/9 58/10
**committing [1]** 15/18
**common [8]** 14/24 114/1 114/2 130/8 130/12 139/14 141/13 157/22
**commonly [1]** 141/10
**communicated [1]** 91/15
**communication [1]** 87/4
**companies [2]** 113/20 167/20
**company [24]** 1/6 5/6 9/18 9/25 10/22 11/7 12/10 12/14 13/9 13/10 17/19 24/2 29/13 29/16 41/11 61/5 70/23 79/12 102/10 113/21 167/6 172/13 173/23 181/7
**compare [4]** 125/9 125/12 125/19 128/17

**compartmentalized [1]** 7/1
**compensation [1]** 165/20
**competence [1]** 18/14
**complainant's [1]** 172/24
**complained [3]** 29/20 35/7 40/22
**complaining [1]** 174/13
**complaint [13]** 30/17 36/17 37/1 40/24 41/14 58/9 97/22 98/9 162/13 164/15 177/6
**complaints [2]** 36/4 132/16
**completely [8]** 23/15 41/18 123/20 132/11 154/2 155/11 167/2 178/23
**complex [1]** 102/15
**complicate [1]** 160/17
**complicated [3]** 120/18 178/3 178/5
**complied [1]** 87/14
**complied/cooperated [1]** 87/14
**Complies [1]** 77/9
**comprised [3]** 62/24 62/25 63/11
**computer [1]** 1/24
**computer-aided [1]** 1/24
**concerned [2]** 137/2 138/14
**concerns [2]** 10/10 165/7
**conclude [1]** 107/7
**concludes [1]** 106/25
**conclusion [6]** 15/20 16/5 18/12 47/14 99/15 177/12
**conclusive [1]** 136/16
**conclusively [1]** 16/20
**condition [7]** 81/13 112/24 117/16 133/4 134/15 145/2 148/23
**conditional [1]** 160/8
**conditions [2]** 63/6 172/23
**condominiums [1]** 63/1
**conduct [13]** 8/8 8/10 32/6 70/12 77/14 77/17 77/24 78/2 161/6 161/6 162/15 162/20 167/7
**conducted [2]** 69/18 74/19
**confidence [1]** 79/6
**Confidential [3]** 84/20 88/14 94/16
**confined [1]** 62/22
**confirm [3]** 97/3 97/4 120/1
**Confirmed [1]** 95/7
**confirming [1]** 96/12
**confusing [4]** 70/9 81/1 163/20 178/24
**connecting [1]** 34/6
**consensual [2]** 32/23 32/25
**consent [1]** 16/3
**considered [2]** 63/13 64/5
**considering [3]** 64/10 148/3 160/20
**consistent [3]** 114/14 121/12 127/21
**Consolidated [1]** 45/20
**consulting [1]** 65/17
**consume [1]** 22/11
**consumption [1]** 41/24
**contact [3]** 91/13 93/1 102/11
**contacted [3]** 91/1 93/7 95/11
**contain [1]** 85/2
**container [2]** 170/20 175/1
**containerized [1]** 63/12 64/2 97/12 97/14

**C**

**contains [3]** 30/15 30/19 94/1
**contend [3]** 73/20 73/21 74/1
**contents [1]** 16/20
**context [7]** 19/5 21/25 57/25
59/6 73/6 171/22 173/5
**continue [9]** 35/3 38/2 38/2
39/12 159/20 161/20 161/21
175/11 177/8
**continued [5]** 2/1 163/7
175/14 176/16 179/20
**continues [6]** 117/11 117/11
118/14 118/17 124/19 161/20
**contract [22]** 9/8 9/11 9/14
9/20 9/23 10/1 10/16 16/13
16/19 16/20 16/21 16/21
58/14 58/24 59/3 72/7 72/8
72/10 72/11 72/11 72/20
72/22
**contracts [1]** 9/25
**contribute [2]** 117/14 165/22
**contributed [4]** 117/15 130/23
134/14 153/7
**contributing [1]** 116/19
**control [3]** 68/15 95/17
172/13
**controlled [2]** 67/9 67/11
**controversy [1]** 33/4
**conversation [2]** 78/25 149/21
**converse [1]** 180/14
**convey [1]** 181/16
**conveyed [1]** 150/17
**Cooper [1]** 2/10
**cooperated [1]** 87/14
**coordinate [1]** 49/23
**coordinates [1]** 164/24
**coordination [1]** 49/22
**coordinator [1]** 127/4
**copied [3]** 50/8 53/2 81/6
**copies [3]** 54/4 134/4 148/19
**copious [1]** 164/18
**cops [1]** 20/25
**copy [11]** 27/17 45/1 45/3
53/19 53/24 70/11 77/16
95/21 150/20 156/10 160/12
**cordoned [1]** 63/4
**core [1]** 33/3
**corner [1]** 103/6
**corporation [4]** 5/10 5/11
5/12 38/24
**Corps [1]** 60/25
**correct [63]** 5/18 5/19 7/15
8/6 8/12 9/2 19/5 21/9 24/7
27/3 27/18 29/22 35/25 42/13
42/20 47/23 61/11 62/5 65/16
68/18 69/3 77/6 77/11 77/15
82/18 83/3 84/17 85/6 85/8
88/18 88/19 89/2 89/15 89/18
92/16 94/20 94/22 94/23 95/4
95/25 96/1 96/14 99/4 99/22
100/23 103/23 105/13 105/15
111/13 111/18 112/6 116/15
116/15 120/24 128/16 138/21
142/5 144/13 145/13 147/16
150/19 168/12 183/2
**corrective [2]** 115/21 115/22
**correctly [1]** 98/1
**cost [4]** 72/10 72/19 73/3
73/4
**cost-plus [2]** 72/10 72/19
**could [68]** 5/5 13/8 17/8 17/9

21/2 26/1 26/16 26/19 28/18
37/6 45/9 51/14 58/17 64/19
64/25 65/25 66/3 68/19 73/11
80/1 80/9 82/7 82/15 83/9
85/3 88/10 89/3 99/17 103/20
114/18 116/23 117/14 118/1
124/4 126/1 129/2 130/5
130/7 132/7 133/21 136/4
141/7 141/7 141/21 142/14
142/14 142/19 144/3 148/4
149/10 149/20 149/20 151/1
152/11 153/14 153/15 156/22
157/12 159/14 162/2 175/2
177/1 181/12
**could -- you [1]** 149/10
**couldn't [2]** 17/15 127/1
**counsel [13]** 15/23 30/13
62/11 110/14 124/5 151/13
155/10 164/7 173/16 175/5
178/22 179/2 181/20
**counseling [1]** 86/13
**count [2]** 59/13 67/21
**countries [1]** 81/5
**country [11]** 43/3 43/13 43/20
55/19 64/6 71/13 73/18 91/20
113/19 113/22 171/5
**couple [5]** 53/10 93/18 129/9
139/1 161/3
**course [16]** 11/10 13/21 34/1
61/4 61/6 69/14 70/20 71/14
72/9 73/3 76/2 82/21 92/11
113/23 143/19 164/7
**court [31]** 1/1 2/13 2/14 4/16
10/8 10/11 17/3 30/15 30/18
34/15 35/2 38/17 38/19
108/10 108/18 155/24 160/12
161/11 161/15 161/25 164/18
164/18 167/10 172/11 179/4
180/10 180/18 181/3 182/8
183/1 183/7
**courtroom [3]** 5/13 39/16
107/16
**Courts [1]** 172/21
**cover [3]** 16/25 96/18 159/16
**covered [1]** 16/24
**covers [1]** 118/23
**Craig [10]** 27/16 27/22 29/12
30/16 33/19 33/22 34/8 35/8
35/17 97/24
**Craig's [1]** 33/19
**crease [1]** 133/14
**creates [1]** 13/16
**cretins [1]** 33/9
**cried [1]** 150/6
**cries [1]** 106/6
**crimes [1]** 164/2
**criminal [2]** 27/24 49/16
**critical [2]** 31/17 141/21
**criticism [1]** 163/17
**cross [10]** 9/5 9/7 60/9 107/4
107/7 135/4 151/9 155/12
177/5 177/6
**cross-examination [4]** 60/9
135/4 151/9 155/12
**cross-examine [1]** 177/5
**crossed [1]** 27/22
**crude [1]** 32/21
**crummy [1]** 150/12
**CSI [1]** 153/13
**CSR [2]** 2/14 183/7
**Cullen [3]** 2/9 151/8 151/13

**cussed [1]** 159/21
**custody [1]** 42/12
**customer [6]** 19/22 19/25 20/3
20/4 73/1 76/5
**customers [2]** 20/3 20/6
**cut [3]** 46/12 149/15 157/12
**cutting [1]** 157/7
**CV [1]** 1/4

**D**

**D/B/A [1]** 1/6
**dad [1]** 60/16
**daily [1]** 14/25
**Dalby [1]** 80/14
**damage [1]** 179/12
**damages [11]** 161/4 161/5
162/24 165/18 167/5 175/8
175/12 175/22 175/23 176/5
179/16
**Damian [1]** 80/24
**dance [1]** 159/14
**dangerous [1]** 18/17
**Daniel [3]** 2/5 27/4 80/18
**Darington [1]** 1/22
**data [1]** 46/3
**date [14]** 27/4 29/3 50/11
64/6 79/14 92/11 96/6 96/10
110/22 122/7 147/24 148/20
175/3 183/4
**dated [11]** 68/7 68/25 88/17
88/21 94/11 95/2 96/7 97/3
97/5 124/7 148/19
**dates [1]** 122/1
**daughter [3]** 79/7 99/11 99/16
**daughter's [1]** 104/22
**day [32]** 10/7 10/11 21/19
64/5 68/24 69/8 71/23 71/23
73/8 74/18 78/9 78/10 79/8
79/11 84/10 86/12 88/3 91/18
91/19 93/16 123/19 129/16
136/7 155/16 156/2 166/1
167/10 169/9 174/25 182/2
182/4 182/18
**days [6]** 28/25 43/11 79/9
125/2 143/15 171/5
**DC [1]** 95/18
**deal [2]** 132/9 173/6
**dealing [5]** 32/2 32/3 101/25
142/25 174/12
**deals [1]** 77/13
**December [8]** 46/15 46/20
46/23 147/4 147/4 147/11
148/20 156/10
**December 16th [1]** 148/20
**December 31st [3]** 46/15 46/20
46/23
**Decmeber of [1]** 147/11
**decide [6]** 10/24 69/24 149/19
165/9 171/9 171/23
**decided [3]** 69/9 176/15
176/25
**decides [1]** 176/23
**decision [4]** 17/18 69/23
176/21 176/25
**decisions [2]** 172/14 180/18
**dedicated [1]** 52/22
**deep [3]** 131/7 131/11 150/17
**defendant [5]** 2/2 2/8 167/14
167/15 167/21
**defendants [2]** 1/8 163/14
**defense [1]** 160/11

**defensive [1]** 179/18
**definitely [2]** 33/20 116/23
**definition [1]** 126/1
**deflate [2]** 145/25 146/2
**deflated [1]** 146/8
**deformity [2]** 133/8 133/18
**degree [2]** 60/24 115/6
**degrees [1]** 114/2
**delay [1]** 182/15
**demonstrative [1]** 117/23
**depart [1]** 49/22
**departed [3]** 79/16 95/9 95/15
**department [56]** 19/17 19/19
19/20 19/23 19/24 20/4 20/12
21/5 21/6 21/7 22/5 41/1
48/5 48/8 48/12 49/11 49/12
50/1 50/5 64/19 64/20 67/8
67/10 67/18 68/6 69/9 69/14
71/17 72/15 73/24 76/5 83/20
83/21 83/22 83/24 86/16 87/1
87/3 87/5 87/6 87/10 87/15
90/16 90/19 92/25 93/4 93/14
95/17 97/15 97/19 97/21
105/8 164/22 164/23 164/24
165/20
**departure [1]** 93/11
**depending [4]** 20/3 41/1 70/1
135/13
**depends [9]** 14/22 15/3 41/10
56/16 136/10 136/15 140/16
142/18 152/19
**depiction [1]** 152/25
**deployed [2]** 8/22 62/1
**deployment [3]** 6/19 70/17
76/9
**deposition [11]** 24/19 30/5
57/12 105/19 130/19 143/25
144/4 177/18 177/20 177/22
178/8
**depositions [2]** 177/24 177/24
**depression [1]** 111/12
**derivative [1]** 32/15
**describe [8]** 6/22 62/13 63/3
148/22 151/21 152/19 156/19
164/17
**described [5]** 62/11 73/15
84/16 97/8 133/8
**describes [1]** 145/1
**describing [1]** 140/7
**design [1]** 102/2
**designed [1]** 9/14
**detail [4]** 14/22 62/17 85/9
90/3
**detailed [1]** 36/24
**details [5]** 43/13 43/17 82/19
83/4 92/24
**detect [1]** 142/23
**deter [1]** 161/6
**determination [2]** 112/17
153/22
**determine [4]** 66/15 73/12
90/7 90/14
**determined [3]** 66/17 72/23
72/25
**detriment [1]** 170/9
**detrimental [1]** 173/20
**develop [1]** 114/18
**developing [1]** 79/15
**diagram [1]** 118/21
**dictated [1]** 72/11

**did [128]**
21/6 23/15 24/6 28/6 31/17
33/6 34/19 35/18 36/18 37/25
39/9 41/19 42/1 42/6 42/9
43/6 43/7 43/10 50/4 50/6
56/3 57/11 58/11 61/1 61/1
63/21 63/23 64/1 64/16 66/21
70/11 70/14 70/15 71/2 71/10
73/25 74/16 74/17 74/20 75/1
75/2 75/14 75/15 75/15 76/17
78/12 78/16 78/19 78/21 79/2
79/8 79/15 80/9 81/16 81/17
81/20 81/22 82/9 86/5 88/2
91/13 91/15 93/16 93/17 96/2
97/18 97/18 97/20 98/6 98/7
98/8 98/9 101/14 102/2 102/3
110/6 112/6 112/16 114/20
115/21 119/25 120/1 120/4
121/2 121/11 124/21 125/2
125/13 127/8 127/8 127/11
127/22 128/21 129/4 129/12
129/19 129/20 130/13 130/15
131/12 132/11 132/14 133/3
142/25 143/25 146/3 146/13
147/4 147/15 150/22 150/23
151/1 151/2 157/9 160/8
161/11 168/24 170/18 170/18
172/5 178/9 178/15 178/18
180/16 181/3
**didn't [27]** 36/12 37/10 39/19
41/25 42/15 42/22 43/12 56/2
57/8 57/9 57/20 74/3 76/17
114/25 115/25 126/14 127/4
143/3 145/15 148/6 152/14
155/17 161/8 162/10 168/15
168/25 169/1
**difference [12]** 47/5 56/1
56/8 92/14 94/15 125/25
128/17 150/23 157/5 171/6
171/8 176/8
**differences [1]** 55/6
**different [29]** 6/13 7/1 20/2
20/6 23/21 28/11 37/21 50/22
54/24 57/9 61/5 62/20 70/5
70/9 82/10 116/3 139/1 139/7
140/16 144/16 158/24 166/7
166/7 166/8 169/22 171/14
171/14 172/3 172/4
**differently [1]** 23/6
**differing [1]** 168/17
**difficult [2]** 120/8 180/3
**diminish [1]** 156/3
**dining [2]** 63/17 170/21
**direct [11]** 4/22 12/4 43/16
57/25 97/18 97/19 97/20
98/18 108/21 137/19 137/19
**directed [1]** 97/20
**direction [1]** 86/18
**directions [1]** 73/14
**directly [5]** 71/10 105/3
105/10 155/18 170/7
**disagree [2]** 33/5 164/7
**disciplinary [2]** 47/10 47/11
**disclose [1]** 18/4
**disclosed [2]** 160/5 160/6
**discomfort [1]** 111/24
**discovery [5]** 163/4 176/18
177/8 177/20 178/2
**discretion [3]** 139/16 167/2
167/3
**discuss [2]** 79/17 94/17
**discussed [1]** 87/9

**discussing [1]** 5/8 59/24
151/16
**discussion [11]** 25/25 34/15
45/8 51/22 53/14 59/24 106/8
153/2 169/9 180/10 182/17
**disfigurement [1]** 120/5
**disgustingly [1]** 27/24
**disorder [1]** 111/15
**displaced [2]** 123/17 123/22
**dispute [4]** 175/5 175/15
175/18 175/20
**disputes [1]** 10/3
**distance [1]** 128/24
**distant [1]** 171/18
**distinction [1]** 39/5
**distinctions [1]** 43/10
**distinguish [2]** 18/20 18/24
**distinguishable [1]** 181/6
**DISTRICT [5]** 1/1 1/1 1/11
2/14 172/21
**diverting [1]** 166/3
**DIVISION [1]** 1/2
**do [195]**
**doctor [65]** 42/9 109/16 110/3
110/11 110/23 111/25 112/20
112/24 113/2 113/14 114/6
114/20 115/7 115/14 116/17
117/19 117/23 119/3 119/23
121/1 121/24 122/2 122/5
122/18 123/19 124/4 124/10
124/16 124/24 125/10 126/23
127/15 127/24 128/12 129/4
129/13 129/23 130/22 131/4
131/19 133/7 133/17 134/12
134/14 135/1 135/6 136/7
142/12 143/5 144/4 148/22
150/3 151/2 151/5 154/20
155/4 156/1 156/11 156/18
157/19 157/25 158/24 159/4
159/7 159/19
**doctor's [2]** 123/7 125/20
**document [21]** 35/7 35/10 36/7
37/21 38/7 45/19 79/9 88/9
95/20 100/8 100/12 101/4
101/9 110/11 110/23 117/24
118/1 178/20 179/3 179/6
179/10
**documentation [1]** 49/21
**documents [2]** 8/5 179/5
**Doditch [1]** 82/13
**does [46]** 6/24 10/6 12/8
12/10 14/7 18/4 18/13 26/3
31/22 32/9 32/22 32/23 39/9
48/17 48/19 48/20 49/1 53/6
53/24 56/15 58/11 67/1 81/17
83/18 84/18 85/2 85/4 85/9
85/12 97/2 97/6 102/13
112/16 113/7 117/8 118/1
122/11 125/5 129/8 131/4
131/23 133/12 135/23 166/5
166/6 179/24
**doesn't [24]** 5/9 6/1 9/21
10/4 10/7 10/15 12/4 14/3
32/12 32/17 33/3 39/8 96/3
117/23 126/5 126/6 132/5
133/22 137/7 142/17 143/16
164/17 166/16 166/19
**doing [9]** 73/2 73/13 120/21
128/3 138/24 139/7 139/13
166/16 172/2
**DOJ [1]** 165/21
**DOJ investigation [1]** 165/21

**don [1]**  8/1

**don't [133]**  6/15 6/18 9/6 9/7
9/17 9/24 10/1 10/17 10/17
11/11 12/14 13/2 13/14 14/15
16/8 18/12 18/20 18/24 19/5
19/8 20/21 20/22 23/13 24/21
24/25 25/9 26/5 31/2 32/13
33/10 35/11 36/21 37/17
38/12 38/13 38/22 39/2 39/9
39/23 40/2 40/7 40/13 40/15
40/17 41/18 43/9 43/13 43/16
44/3 49/20 50/4 50/16 51/12
53/17 53/20 53/25 62/12 81/2
92/6 98/3 98/20 99/14 100/19
100/20 100/20 102/16 102/19
105/1 105/22 107/8 108/15
108/16 110/15 116/3 124/6
125/5 127/7 129/12 130/8
130/25 130/25 136/16 136/23
137/6 137/17 137/25 138/1
138/4 138/11 142/19 143/11
144/22 145/10 145/22 146/21
146/22 146/23 147/18 149/11
150/9 150/12 152/12 154/10
154/10 159/15 160/7 160/17
161/24 162/6 162/15 162/19
163/5 163/8 165/10 166/15
167/20 167/21 167/24 169/3
174/13 175/23 176/4 176/6
176/17 177/11 177/19 178/13
179/13 179/23 180/12 180/13
181/4 182/4

**don't -- I [1]**  150/12

**done [24]**  25/21 33/17 42/11
48/5 62/8 69/25 70/2 70/3
76/23 83/18 84/23 89/24
106/16 106/16 106/17 113/17
113/18 114/11 126/18 146/25
149/14 166/22 179/22 180/15

**door [2]**  37/6 37/7

**DOS [2]**  52/21 52/22

**double [1]**  55/8

**doubt [4]**  33/2 50/7 107/20
114/17

**Doug [1]**  80/19

**down [37]**  19/3 19/8 28/19
29/10 52/18 57/7 66/7 83/15
84/12 101/23 105/16 110/21
115/24 115/24 116/9 117/12
118/14 118/19 118/25 118/25
119/18 123/11 125/21 125/22
126/7 128/24 139/5 141/23
141/24 153/3 156/14 158/10
159/7 170/12 170/16 173/14
180/7

**downtime [1]**  182/16

**downtown [3]**  62/20 62/21 63/3

**downward [1]**  118/12

**dozen [1]**  172/21

**Dr [8]**  107/13 142/3 142/4
144/21 145/16 146/4 147/1
151/11

**Dr. [32]**  108/1 108/2 108/4
108/23 109/2 119/24 120/1
121/24 122/3 122/19 123/19
123/21 124/6 130/15 131/3
132/10 132/14 133/8 133/24
143/23 144/15 144/23 146/17
146/22 146/23 147/3 147/12
147/16 148/21 156/11 181/12

**Dr. Ciaravino [5]**  108/2 108/4
108/23 143/23 147/12

**Dr. Eisemann [2]**  120/1 133/24

**Dr. Eisemann's [1]**  121/24

**Dr. Jodi [1]**  123/19

**Dr. Lahiri [11]**  130/15 131/3
132/14 133/8 146/17 146/22
146/23 147/3 147/16 148/21
156/11

**Dr. Lahiri's [5]**  122/3 122/19
132/10 144/15 144/23

**Dr. Michael [4]**  108/1 109/2
119/24 124/6

**Dr. Scarano [2]**  181/12 181/16

**Dr. Schulz [1]**  123/21

**draw [3]**  47/14 99/15 172/10

**drawing [4]**  39/5 119/11
151/16 152/21

**drew [1]**  119/21

**drill [1]**  4/12

**drink [4]**  5/15 7/8 42/1 42/5

**drinking [1]**  41/23

**driver [1]**  180/16

**dropped [2]**  116/9 116/11

**drove [1]**  64/6

**drug [4]**  83/13 155/3 155/17
156/1

**drugs [2]**  21/13 21/14

**DULY [2]**  4/21 108/20

**Dunn [1]**  80/23

**durable [1]**  137/4

**during [14]**  5/17 6/22 18/23
21/18 21/18 22/10 23/20 36/9
53/10 63/11 68/12 74/23 78/1
146/3

**duty [2]**  61/1 61/3

**E**

**e-mail [53]**  26/12 26/24 27/5
27/9 28/1 28/23 29/2 29/10
36/7 37/2 50/8 50/9 50/13
50/13 50/15 53/1 53/9 54/18
54/19 54/25 55/11 56/4 56/5
68/4 68/7 68/23 68/25 79/25
80/6 80/9 80/11 81/10 82/3
82/21 83/19 84/14 88/10
88/13 88/17 89/3 92/5 92/7
92/8 92/10 92/14 93/25 94/11
94/13 94/16 95/22 96/3 96/18
96/20

**e-mailed [1]**  150/22

**e-mails [11]**  55/7 55/17 55/18
56/2 57/20 57/23 79/8 79/24
89/7 91/17 168/24

**E02195 [1]**  103/6

**E02196 [1]**  103/22

**each [8]**  73/17 73/19 73/20
74/4 75/14 77/16 160/22
178/5

**earlier [7]**  89/5 94/1 119/3
144/11 153/5 157/25 173/15

**early [3]**  18/23 61/14 182/13

**easier [3]**  54/4 123/5 171/10

**easiest [1]**  66/7

**easily [1]**  153/14

**east [8]**  6/19 13/24 17/25
61/7 61/23 80/15 80/18 80/19

**eat [2]**  7/8 170/22

**education [2]**  23/6 109/3

**effect [1]**  42/23

**efforts [4]**  7/1 49/22 73/4

**eight [1]**  61/2

**Eisemann [3]**  119/24 120/1
133/24

**Eisemann's [2]**  121/24 124/6

**either [16]**  40/11 40/13 48/3
48/24 50/5 52/12 77/19 81/4
118/10 136/16 140/6 148/15
152/1 157/7 160/21 169/4

**electronically [1]**  56/9

**element [2]**  33/12 72/13

**ELLISON [1]**  1/10

**Elmo [2]**  51/15 103/1

**elongating [1]**  163/19

**else [5]**  22/23 67/11 86/9
138/19 181/10

**else's [3]**  71/6 75/20 177/9

**elsewhere [1]**  69/18

**emergency [1]**  132/7

**emotional [1]**  150/8

**emphasized [1]**  77/25

**emphatically [1]**  72/16

**employed [6]**  19/10 60/14
69/19 98/7 98/13 160/21

**employee [75]**  9/5 10/19 10/20
10/21 14/15 14/16 15/4 27/10
29/21 30/1 31/14 31/15 32/7
32/7 40/11 40/13 40/15 40/17
40/19 40/25 41/6 41/16 41/19
47/16 64/4 69/16 70/15 71/7
71/7 77/16 77/18 77/20 77/21
79/13 80/22 80/23 83/11
83/13 85/17 85/20 85/22
86/13 86/14 86/19 86/24 87/4
87/5 87/6 87/21 90/8 90/14
90/17 90/20 90/21 90/22
90/25 90/25 91/4 91/5 91/6
93/1 93/2 93/3 93/5 93/8
93/10 93/10 95/8 95/9 95/14
95/14 97/23 100/2 106/21
174/9

**employee's [6]**  87/12 91/2
91/5 93/7 93/9 95/11

**employees [57]**  6/17 7/6 7/20
8/17 8/25 9/11 9/19 10/9
10/15 11/2 11/3 11/5 11/7
11/15 12/4 12/7 13/4 13/4
18/16 18/18 18/19 20/14
20/16 20/22 20/24 21/2 21/8
23/8 24/4 35/21 44/1 63/8
63/20 63/20 64/10 64/22
64/25 69/14 70/18 74/16
74/23 76/3 76/16 78/2 78/3
78/4 83/12 93/13 97/21 101/2
101/13 102/5 102/20 160/4
167/20 170/8 174/25

**employees' [1]**  175/2

**employer [2]**  31/9 175/9

**employment [15]**  9/6 9/11 9/14
9/20 9/23 10/2 13/10 16/13
32/3 38/13 172/15 172/19
172/20 172/22 172/24

**en [1]**  95/10

**enclosed [1]**  62/22

**encourage [2]**  20/24 129/14

**encouraging [1]**  129/16

**end [3]**  69/7 73/8 91/9

**endings [1]**  135/17

**ends [1]**  118/25

**enforce [15]**  10/24 11/3 11/6
11/8 11/11 12/3 12/6 12/17
12/21 13/5 13/19 14/8 14/13

**enforce... [2]**  20/21 24/15
**enforced [4]**  12/10 12/23
20/18 24/14
**enforcement [1]**  13/25
**enforces [1]**  15/6
**enforcing [1]**  10/23
**Engineer [1]**  60/25
**engineering [1]**  60/24
**enhance [1]**  162/23
**enlarge [2]**  51/2 66/3
**enlighten [2]**  7/17 22/1
**enormous [1]**  181/15
**enough [4]**  59/14 59/15 141/17
176/20
**enter [2]**  16/13 134/2
**entered [1]**  58/13
**entering [1]**  59/2
**entire [4]**  47/25 67/16 81/4
181/14
**entirely [1]**  175/5
**entitled [3]**  76/19 83/15
183/2
**entry [1]**  87/19
**environment [10]**  18/6 19/6
64/10 161/1 161/2 161/4
162/24 167/3 173/1 173/2
**envisioned [1]**  31/9
**equal [1]**  13/9
**equipment [1]**  8/2
**Equity [1]**  46/14
**equivalent [2]**  63/5 167/14
**ER [1]**  41/6
**escort [4]**  52/22 69/10 90/17
90/22
**escorted [2]**  48/21 107/17
**essence [4]**  6/13 67/11 80/20
94/3
**established [1]**  22/2
**establishing [1]**  16/14
**Estefan [7]**  1/18 7/25 25/25
36/24 51/22 53/14 59/24
**estimate [2]**  105/22 105/23
**evacuations [2]**  76/19 76/25
**evaluating [1]**  109/18
**evaluation [2]**  109/20 132/18
**even [26]**  12/16 12/21 22/14
22/15 32/1 39/4 39/7 87/11
99/21 100/13 113/8 113/11
127/20 134/3 141/11 144/20
151/24 157/13 157/21 158/16
160/14 165/5 169/18 175/4
175/22 178/21
**evening [8]**  42/14 42/16 42/19
68/25 87/18 90/21 93/5
182/20
**event [5]**  51/14 122/10 122/14
128/8 128/11
**events [2]**  85/10 85/12
**ever [7]**  75/1 98/9 99/21
132/12 142/7 160/16 167/17
**every [7]**  9/23 10/1 16/19
70/15 74/21 75/17 79/11
**everybody [5]**  5/13 64/18 73/3
80/11 159/24
**everything [4]**  16/24 32/14
56/5 129/18
**everywhere [1]**  11/14
**evidence [30]**  16/6 32/11 33/5
34/20 36/20 38/16 44/11
134/2 161/22 163/6 164/1

169/2 169/14 171/17 171/20
171/22 171/25 172/6 173/19
175/14 176/20 177/3 179/15
179/16 179/17 179/18
**evils [1]**  69/21
**evolve [1]**  182/14
**ex [1]**  71/11
**exact [2]**  49/5 177/3
**exactly [9]**  49/20 58/5 115/12
130/8 136/10 138/6 143/3
179/13 180/6
**examination [12]**  4/22 42/9
42/11 60/9 67/25 98/23
104/16 108/21 135/4 151/9
155/1 155/12
**examine [2]**  153/22 177/5
**examined [5]**  110/5 112/19
112/21 123/21 130/24
**examining [2]**  109/23 152/9
**example [7]**  7/23 9/20 17/11
17/13 29/7 73/23 89/5
**Excellent [1]**  134/5
**except [2]**  21/15 46/3
**exception [5]**  11/19 22/8
33/21 74/6 121/23
**exceptionally [1]**  178/3
**exceptions [2]**  11/17 11/18
**exchange [2]**  79/8 93/25
**exclamation [1]**  101/11
**exclude [1]**  177/3
**excluded [2]**  171/16 172/22
**excuse [1]**  145/24
**exercise [1]**  167/2
**exerts [1]**  117/9
**exhibit [73]**  24/18 24/23
24/24 25/16 25/18 26/2 28/9
28/11 28/12 30/9 30/14 33/18
37/18 37/20 44/10 44/12
44/18 44/20 46/9 51/12 51/16
52/13 53/17 65/17 65/22
66/22 68/23 70/13 70/15 74/9
74/13 75/10 75/12 76/18 77/8
79/22 79/22 80/1 80/5 81/20
82/2 82/4 82/9 82/16 84/9
84/13 84/24 84/24 85/3 88/8
88/9 89/16 92/1 92/2 93/19
93/20 93/21 93/24 93/25 94/5
95/19 97/2 100/9 101/24
102/21 108/13 110/15 117/23
121/23 123/24 136/8 139/21
148/14
**Exhibit 106 [3]**  65/17 65/22
66/22
**Exhibit 12 [1]**  68/23
**Exhibit 135 [6]**  74/13 75/12
76/18 77/8 100/9 101/24
**Exhibit 187 [1]**  44/10
**Exhibit 2 [3]**  24/18 25/16
28/9
**Exhibit 3 [1]**  28/12
**Exhibit 5 [4]**  30/9 70/13
70/15 81/20
**Exhibit 53 [1]**  82/2
**Exhibit 55 [5]**  79/22 79/22
80/1 80/5 82/4
**Exhibit 69 [2]**  121/23 139/21
**Exhibit 70 [1]**  148/14
**Exhibit 75 [3]**  84/9 84/24
102/21
**Exhibit 76 [2]**  88/8 88/9
**Exhibit 78 [4]**  93/19 93/21

**Exhibit 80 [2]**  92/1 92/2
**Exhibit 84 [2]**  93/20 94/5
**Exhibit 88 [1]**  95/19
**exhibit binder [1]**  44/18
**exhibits [4]**  50/24 59/21
93/18 93/23
**expanding [1]**  64/13
**expansion [1]**  64/12
**expect [12]**  14/5 76/16 123/23
136/14 141/8 141/19 141/20
143/12 146/15 155/15 156/3
158/25
**expectation [1]**  77/19
**expectations [2]**  76/15 150/11
**expected [5]**  76/11 121/14
121/16 141/5 141/16
**expects [1]**  12/14
**expedite [1]**  74/9
**expeditiously [1]**  68/15
**experience [4]**  23/6 23/8
112/11 115/20
**experienced [2]**  120/20 130/20
**experiences [1]**  171/12
**experimental [1]**  139/13
**expert [2]**  46/21 134/22
**explain [11]**  56/15 65/25 66/6
67/4 72/6 77/22 101/14 119/5
130/11 155/16 180/18
**explained [2]**  21/15 114/24
**explaining [4]**  39/9 118/2
119/3 132/25
**explosions [1]**  158/8
**expose [1]**  18/9
**extend [1]**  160/16
**extending [1]**  165/7
**extent [7]**  9/15 11/6 15/3
15/10 32/19 138/15 151/21
**extra [1]**  157/9
**extreme [4]**  114/22 115/13
116/4 126/15
**eye [1]**  141/21
**eyes [1]**  109/19

**F**

**F.3d [1]**  164/1
**facilities [2]**  63/16 63/17
**facility [2]**  170/22 171/4
**fact [35]**  8/21 16/10 18/16
33/10 47/16 50/4 58/12 59/16
81/1 85/2 85/4 91/13 92/7
97/3 115/21 116/5 116/20
121/1 123/15 132/10 147/15
152/5 161/2 161/10 161/24
164/7 165/5 166/19 167/1
167/24 170/5 170/7 176/6
177/4 178/2
**factor [3]**  116/20 132/25
145/12
**factors [3]**  115/17 116/25
140/16
**facts [4]**  16/6 36/20 165/1
165/11
**factual [2]**  41/16 41/18
**fail [1]**  146/18
**failed [2]**  156/6 161/17
**fair [23]**  8/18 11/9 13/17
14/4 14/11 14/12 15/12 17/19
19/4 46/15 47/8 106/19
106/20 120/17 136/12 138/1
138/13 144/17 146/10 153/22
163/14 163/14 176/20

**F**

fairly [6] 15/10 114/1 120/19 135/20 136/8 137/6
fairness [1] 111/5
faithful [1] 38/17
falls [1] 160/15
false [1] 174/21
familiar [4] 6/6 8/19 23/10 173/5
family [1] 86/15
far [8] 15/2 49/5 113/20 121/4 165/9 177/15 177/15 180/25
farce [1] 174/3
fare [1] 159/16
fast [1] 76/22
faster [1] 134/11
father [8] 78/19 91/2 91/3 91/5 93/7 93/10 95/12 99/3
FCRR [2] 2/14 183/7
fear [2] 177/11 177/12
feasible [1] 114/18
federal [3] 87/10 87/15 171/17
fee [2] 72/11 72/22
feed [1] 176/11
feedback [1] 73/2
feel [11] 67/20 76/10 76/10 83/6 130/1 130/5 130/7 130/9 131/1 131/14 161/14
fell [1] 76/24
felt [1] 117/13
female [7] 52/22 66/15 83/11 86/23 87/20 90/17 97/23
few [9] 53/12 63/15 75/9 125/1 141/12 143/15 143/23 156/12 171/4
fibrous [1] 120/2
field [1] 72/20
Fifth [1] 164/1
Fifty [1] 106/4
Fifty-three [1] 106/4
fight [1] 153/20
figure [4] 34/19 45/13 65/1 121/5
file [2] 160/8 181/14
filed [3] 36/16 37/1 173/6
fill [2] 115/25 162/9
filled [2] 111/3 115/10
filling [2] 7/23 100/21
fills [1] 110/24
film [1] 119/8
filmy [1] 119/10
final [4] 150/3 153/23 176/25 179/24
finally [2] 77/7 96/23
financial [2] 46/21 126/25
find [9] 14/8 14/18 15/8 64/20 81/10 112/10 172/1 180/15 180/20
finding [1] 179/25
findings [6] 114/13 120/1 121/12 121/14 127/20 179/13
fine [5] 50/15 60/1 108/17 128/3 139/20
finish [2] 170/3 177/19
fire [2] 36/12 168/15
fired [9] 29/20 36/5 37/11 47/17 47/19 48/3 165/4 168/5 169/6
firing [1] 169/24

first [42] 11/8 15/19 25/5 30/20 31/18 31/25 35/25 36/6 36/15 45/10 52/2 58/23 61/13 64/19 64/25 65/22 66/4 71/2 71/20 79/24 79/25 80/4 81/10 82/16 93/21 100/6 101/10 101/10 101/20 103/24 104/9 110/7 110/22 111/7 111/25 126/12 126/15 140/1 166/1 175/14 177/23 179/14
fit [1] 145/10
five [2] 100/15 114/4
fix [8] 120/8 120/10 120/11 138/8 138/15 140/13 140/22 151/1
fixed [3] 134/25 149/24 150/6
floor [2] 2/6 64/25
Florida [4] 60/20 60/20 109/5 109/6
fluid [1] 72/14
flustered [1] 161/9
focus [1] 152/14
focused [2] 109/8 133/17
fold [3] 133/13 147/14 153/4
folks [1] 23/20
follow [2] 84/20 88/14
follow-up [2] 84/20 88/14
followed [1] 128/9
following [9] 61/15 61/17 79/9 79/11 91/18 150/5 153/21 155/16 156/3
follows [2] 58/1 58/12
foot [1] 115/8
force [10] 22/6 22/7 117/9 118/11 140/17 153/15 153/18 153/18 174/4 177/8
forced [1] 112/12
forces [5] 20/5 22/4 61/14 62/23 118/25
forcing [1] 123/13
foregoing [1] 183/2
foreign [1] 167/20
forever [1] 148/12
forget [1] 161/24
forgotten [1] 71/21
form [5] 39/3 81/3 110/24 169/14 170/7
formal [1] 36/16
formatted [1] 89/7
formed [2] 152/5 152/10
forms [3] 9/1 119/8 169/22
forth [4] 56/3 96/16 116/19 158/17
forward [9] 4/14 29/25 39/25 81/13 94/17 165/3 166/23 176/22 178/2
forwarded [2] 55/22 97/7
found [4] 127/20 175/10 176/3 180/17
foundation [1] 31/5
four [5] 61/18 61/23 100/15 114/4 162/16
Fourteen [1] 105/25
fourth [2] 51/4 100/16
frame [3] 62/14 115/11 126/6
frankly [1] 169/3
fraud [14] 15/18 15/24 16/1 16/2 16/9 16/12 16/13 16/18 16/22 58/10 58/15 59/13 59/13 59/15
Frederiksen [2] 69/17 178/24

free [2] 83/6 159/7
frequent [1] 64/11
frequently [1] 112/14
Friday [8] 74/21 74/24 75/5 75/6 75/17 84/23 85/16 96/19 165/8
frustrated [1] 174/17
frustration [1] 161/17
full [3] 5/4 62/1 74/18
full-time [1] 62/1
fullest [1] 9/15
fully [2] 143/11 149/24
fumes [2] 39/7 39/8
function [2] 35/19 133/16
functioned [1] 72/7
fundamental [1] 33/3
funneled [1] 73/10
furnished [1] 94/2
further [15] 55/13 75/11 87/4 101/23 104/14 105/17 119/1 119/1 141/23 149/9 154/22 156/22 159/5 159/6 162/15
further moves [1] 119/1
future [3] 175/2 176/9 176/14

**G**

Gabe [2] 27/17 27/19
Gabriel [4] 4/8 4/21 5/4 60/15
gas [1] 100/21
gather [2] 48/14 62/17
gauze [1] 129/6
gave [1] 100/1
gear [1] 8/2
gears [1] 44/9
gel [2] 145/17 145/19
general [13] 18/19 21/20 21/25 22/7 72/17 76/2 80/11 81/3 117/4 124/16 144/18 145/14 160/15
generally [4] 5/20 38/15 72/7 126/23
gentlemen [2] 38/15 109/1
get [38] 6/1 12/25 22/9 34/16 34/21 44/19 47/12 47/12 50/25 51/7 51/8 59/20 60/6 64/14 68/14 77/5 94/9 106/4 106/7 109/24 121/5 121/6 121/7 124/19 126/24 129/2 129/18 133/2 137/6 142/25 153/24 153/24 155/16 157/15 163/22 164/24 174/9 174/17
gets [2] 117/6 160/16
getting [4] 37/6 37/7 52/13 128/5
girlfriend [1] 47/17
girls [3] 54/21 56/6 57/14
give [15] 4/16 10/20 45/2 62/9 72/17 76/3 88/8 93/24 94/25 108/9 121/21 145/1 160/23 166/24 174/4
given [7] 8/7 43/25 82/13 114/4 116/20 116/20 152/5
giving [1] 44/7
glad [3] 37/13 50/18 62/16
go [49] 7/1 17/5 17/25 18/13 23/13 23/15 26/4 26/20 27/23 28/8 30/25 31/22 31/23 32/12 38/23 38/23 44/10 45/9 51/3 52/15 56/2 64/19 65/20 65/25

# G

**go... [25]** 66/7 75/17 80/9
80/13 84/12 84/12 85/3 87/19
94/5 103/5 107/15 110/21
115/17 122/24 132/21 152/13
154/14 159/8 159/19 162/8
170/21 170/21 171/1 178/2
181/9

**goes [16]** 24/11 31/16 32/13
33/7 33/18 48/19 59/10
119/12 136/7 143/15 152/6
161/4 161/23 161/25 164/5
164/5

**goggles [1]** 100/20

**going [79]** 7/7 7/13 7/21 8/23
10/21 12/17 12/21 12/25
14/25 15/2 15/19 15/25 16/2
21/1 23/20 23/24 23/25 24/17
25/5 25/13 30/9 31/24 37/8
38/8 38/14 48/1 51/11 53/25
54/9 54/11 69/4 70/17 71/5
74/12 76/22 79/21 82/1 84/9
86/9 91/19 93/20 96/23 97/2
108/5 108/14 112/17 113/12
118/21 121/5 121/24 121/25
124/9 125/9 127/3 140/24
143/1 143/2 151/20 154/1
155/11 155/14 155/23 157/5
160/5 161/3 165/12 167/4
168/3 170/12 170/16 172/9
173/14 174/16 176/10 179/9
180/8 180/12 181/9 181/17

**gone [4]** 15/20 27/10 27/17
99/21

**good [36]** 5/1 5/2 10/19 12/9
16/23 25/7 39/9 50/25 56/19
60/11 60/12 62/8 73/4 76/12
108/4 108/23 118/21 128/4
130/3 139/17 140/20 142/12
142/24 148/4 148/7 149/1
149/7 150/14 150/18 151/2
151/5 153/24 154/15 154/17
174/8 181/23

**Goodgine [7]** 53/3 81/7 95/22
105/20 106/14 106/24 107/6

**goodness [1]** 104/15

**Goren [1]** 82/13

**gosh [1]** 50/16

**got [19]** 45/6 46/4 50/8 55/3
55/17 96/20 106/2 121/5
125/22 128/24 131/17 133/10
144/3 145/9 148/12 148/12
162/18 170/15 179/15

**Gotcha [3]** 127/6 132/10
157/18

**gotten [1]** 120/15

**government [1]** 62/24

**government's [1]** 73/5

**graduated [1]** 60/23

**grand [2]** 160/2 166/2

**grant [1]** 169/10

**gravity [2]** 117/11 148/12

**great [6]** 124/24 154/14 175/9
175/10 175/11 175/14

**greater [4]** 21/24 85/9 144/12
177/6

**greatest [1]** 6/6

**Green [13]** 6/25 11/19 17/25
22/4 22/10 22/12 42/4 42/5
62/6 62/19 63/4 69/12 172/11

**Greenspoint [3]** 6/18 73/17

**grew [1]** 60/17

**grossly [1]** 32/20

**ground [2]** 13/23 14/19

**grounds [1]** 34/8

**group [3]** 172/12 172/13
172/13

**guard [2]** 19/3 19/8

**guards [1]** 97/13

**guess [23]** 25/11 29/4 30/2
36/6 49/13 50/22 52/4 62/18
64/7 69/16 74/4 76/10 100/23
102/5 105/1 128/18 130/13
133/17 136/15 155/9 168/2
172/6 178/24

**guessing [1]** 153/15

**guilty [3]** 175/9 175/10
175/10

**Gurkhas [4]** 97/11 97/15 97/17
97/18

**guy [2]** 80/15 134/24

**guys [2]** 12/24 144/3

**GYN [1]** 123/23

# H

**H-07-CV-2719 [1]** 1/4

**had [121]** 12/23 13/1 13/1
13/2 13/3 18/22 21/4 21/13
22/16 22/19 28/2 28/2 29/24
31/16 40/3 47/20 58/23 61/21
63/15 63/15 63/16 63/17
63/19 65/7 65/11 68/11 68/11
69/13 69/14 69/21 70/20
71/11 71/12 71/14 71/16 72/2
73/19 73/20 73/21 73/21
73/24 74/20 74/23 77/2 77/16
77/18 77/20 78/18 78/25
79/11 80/20 81/3 85/14 85/15
86/4 86/7 86/9 97/15 99/20
99/23 103/19 104/5 109/18
111/14 112/2 112/12 112/19
112/20 114/8 114/9 114/16
114/22 114/24 116/5 116/9
119/23 121/12 126/18 131/3
132/11 132/16 132/21 133/12
133/21 137/19 137/19 138/3
140/15 141/3 141/15 142/7
142/16 146/4 147/12 147/14
148/3 150/12 150/15 150/18
151/16 155/3 155/17 156/1
156/7 157/9 165/14 166/2
169/8 169/17 169/18 171/12
174/8 177/17 177/18 178/8
178/20 178/21 179/3 179/19
179/22 180/17

**hadn't [2]** 25/18 162/2

**Haiti [2]** 61/6 61/18

**half [5]** 66/4 118/23 125/3
159/10 172/21

**Hall [2]** 22/21 22/24

**HALLIBURTON [6]** 1/6 33/6
70/12 77/13 77/24 87/12

**hand [16]** 46/13 54/9 74/12
82/1 84/9 93/20 97/2 103/6
117/18 122/22 122/25 124/12
125/20 128/14 128/18 170/13

**handed [5]** 51/20 51/20 77/11
100/8 102/22

**handle [1]** 153/24

**handled [1]** 49/16

**happen [10]** 9/10 55/7 74/3
78/22 118/10 132/4 142/7

**happened [29]** 40/22 49/13
75/5 92/23 98/4 98/12 99/11
99/20 100/2 100/3 100/4
112/7 112/11 116/20 116/22
126/7 138/7 139/4 142/4
152/25 153/14 162/16 168/14
171/16 172/16 173/22 173/24
174/1 177/1

**happening [5]** 13/23 14/19
14/21 99/18 165/15

**happens [16]** 6/22 12/18 56/10
56/15 102/18 117/5 117/9
118/13 118/15 118/22 119/15
123/17 124/18 132/1 140/12
167/3

**happenstance [1]** 172/1

**happy [8]** 45/2 134/3 140/20
159/16 168/16 170/13 181/13
181/18

**harass [1]** 38/2

**harassed [5]** 29/24 36/16
36/21 36/22 39/18

**harasser [1]** 35/16

**harassing [1]** 35/8

**harassment [22]** 17/12 22/17
24/3 24/5 24/8 24/9 24/13
24/16 29/12 29/12 29/17
34/18 35/24 39/21 40/1 40/3
40/21 41/7 41/14 100/12
100/16 101/4

**hard [14]** 106/17 115/12
116/25 120/14 128/1 136/21
137/15 137/16 140/12 140/17
148/24 149/6 149/17 153/12

**hardly [1]** 119/19

**has [76]** 9/20 10/12 12/3
13/19 15/7 15/11 18/22 22/16
23/2 27/10 27/17 27/17 27/22
32/25 36/20 56/6 56/20 61/9
73/6 74/12 82/1 82/17 83/11
83/11 83/13 83/18 83/24
83/25 85/11 88/8 89/6 89/19
92/1 92/9 92/10 92/23 111/19
115/3 119/7 119/10 120/7
120/15 131/1 133/15 135/23
136/18 139/5 144/19 150/4
150/20 151/25 152/1 152/2
152/2 152/10 152/19 153/3
153/6 162/19 163/7 163/8
164/18 166/12 169/14 171/9
171/20 171/21 173/4 173/9
173/16 175/9 175/10 175/14
175/20 175/25 177/14

**hasn't [2]** 70/22 163/3

**hate [4]** 54/22 56/6 57/14
168/1

**have [303]**

**haven't [3]** 6/7 100/24 173/7

**having [7]** 20/17 20/18 33/17
105/11 112/1 165/7 179/19

**hawk [9]** 49/22 50/5 68/1
68/13 68/17 68/18 69/2 69/5
69/8

**hazards [1]** 7/21

**HazMat [2]** 7/14 8/1

**he [67]** 16/8 29/5 29/6 29/7
29/17 29/20 29/21 30/16
30/18 30/18 30/24 31/13
33/13 33/14 33/15 33/16
34/18 36/22 38/2 47/17 47/19
48/3 48/4 50/13 53/24 57/9

he... **[41]**   57/9 57/9 57/11
57/11 57/12 57/20 57/22
57/23 78/18 80/15 91/15
91/15 98/7 98/8 99/14 99/15
104/21 105/6 105/8 105/11
106/9 106/9 107/16 108/2
108/3 144/23 155/15 165/13
165/16 170/19 170/20 170/20
170/20 172/2 172/6 175/16
178/18 178/19 178/20 178/21
178/22
he's **[21]**   15/20 15/24 26/3
30/9 30/17 33/22 37/7 37/8
37/8 38/7 106/15 106/21
107/13 155/19 155/20 155/21
155/22 171/10 172/2 172/4
178/25
header **[1]**   92/5
headings **[1]**   44/16
headquarters **[3]**   22/6 22/7
80/13
heal **[1]**   129/18
healed **[1]**   132/11
healing **[1]**   154/1
health **[3]**   15/7 15/16 76/23
hear **[6]**   78/12 106/6 112/14
128/7 130/12 160/5
heard **[19]**   6/8 6/13 7/14
22/21 22/24 23/18 29/8 40/20
40/22 41/1 47/15 100/6 115/3
166/24 169/16 169/17 171/20
171/21 178/19
hearing **[1]**   114/18
hearsay **[16]**   30/9 30/9 30/10
30/19 30/19 30/19 31/19
31/20 31/20 33/20 34/5 34/6
34/17 34/21 34/23 38/7
heart **[1]**   150/17
heavier **[1]**   145/19
heavy **[1]**   181/13
heck **[1]**   141/14
Hedges **[5]**   2/5 2/5 106/12
135/3 156/12
Hedges' **[1]**   157/24
Heidi **[1]**   1/15
height **[1]**   115/18
held **[2]**   164/9 170/19
helicopter **[2]**   50/6 68/16
Hello **[2]**   108/24 135/6
help **[6]**   58/9 68/20 128/23
145/1 151/4 156/22
helped **[1]**   76/13
helping **[1]**   119/16
Hence **[1]**   15/11
her **[118]**   14/18 32/4 35/9
38/13 39/21 39/22 39/23
39/24 41/15 41/21 41/21
42/19 42/21 42/25 48/1 49/22
50/4 52/22 58/24 69/10 69/10
69/13 69/15 71/2 71/3 78/10
86/2 86/3 86/15 86/15 96/15
97/12 97/17 99/18 103/12
103/12 103/20 104/6 109/17
110/5 110/5 110/5 110/6
111/5 111/20 111/25 112/2
112/7 112/21 112/21 112/25
113/11 114/16 114/18 115/6
115/11 115/18 115/21 116/3
116/3 116/7 116/9 116/11
116/22 120/5 121/4 121/14

126/22 127/2 127/4 127/20
129/5 129/6 130/11 133/9
141/16 142/10 144/15 145/16
146/16 148/21 150/5 150/5
150/6 155/17 159/3 167/10
168/5 168/6 168/15 168/16
168/22 168/24 168/25 169/1
169/8 169/10 171/4 171/21
173/1 173/24 174/1 174/2
174/2 174/3 174/4 174/4
174/7 174/8 174/25 175/25
178/15 178/16 178/22
here **[60]**   6/18 26/12 26/20
27/16 27/22 31/20 33/20 34/5
38/20 45/18 46/12 54/19
54/22 54/25 62/21 70/13
70/16 76/9 92/6 107/9 107/14
108/2 108/5 109/9 109/11
110/3 111/5 116/20 118/6
118/16 118/18 118/23 118/24
119/14 122/1 123/13 123/15
123/24 126/1 128/14 134/23
134/23 134/25 144/22 144/23
150/23 151/4 151/17 160/19
161/8 161/10 162/2 164/5
165/9 166/25 167/4 169/4
173/1 175/21 176/7
here's **[2]**   51/7 54/10
herniorrhaphy **[1]**   139/2
hers **[1]**   174/5
herself **[1]**   129/10
Hi **[3]**   109/2 151/11 151/12
hidden **[2]**   130/1 130/4
high **[3]**   60/22 140/10 176/24
higher **[4]**   43/22 80/12 118/8
156/25
highest **[1]**   113/19
highlight **[4]**   76/5 80/14
85/12 101/1
highlighted **[3]**   56/6 77/25
83/20
highlights **[1]**   35/12
highly **[2]**   32/16 148/1
him **[19]**   15/25 31/9 54/3
78/23 79/3 79/5 91/13 93/8
95/13 99/14 99/16 104/22
105/3 105/7 105/10 107/17
107/19 181/12 181/17
himself **[1]**   169/17
hire **[1]**   43/16
hired **[3]**   33/7 71/12 71/13
his **[25]**   14/18 15/21 16/1
24/19 27/10 27/23 28/5 30/17
33/14 34/4 35/19 35/19 37/2
47/16 57/11 79/7 99/11 99/16
104/21 162/7 170/19 170/23
172/8 178/23 181/14
Holcombe **[2]**   2/4 53/15
hold **[8]**   51/13 117/3 118/12
118/13 121/7 147/15 147/25
148/10
holding **[1]**   70/13
home **[7]**   23/7 23/7 63/9 79/16
94/9 150/4 159/21
homes **[1]**   63/1
honest **[2]**   44/7 104/15
honestly **[1]**   49/5
Honor **[79]**   4/5 4/13 4/20
15/19 16/15 17/2 18/11 26/6
30/8 31/4 31/24 33/11 35/3
36/19 37/5 38/6 52/8 54/6

59/11 59/20 60/3 60/7 79/18
81/23 84/6 88/5 91/23 98/16
98/20 98/22 104/13 104/24
105/19 106/25 108/1 108/3
108/15 139/16 151/7 155/8
156/7 159/5 159/6 159/12
160/7 160/25 161/14 162/6
163/5 163/21 164/17 165/25
166/12 167/1 167/25 168/18
169/7 172/9 173/14 174/6
174/17 174/24 175/13 176/8
176/12 176/13 177/2 177/17
178/1 178/6 178/12 178/17
179/1 182/18
HONORABLE **[1]**   1/10
hope **[27]**   4/10 20/9 21/4
23/10 36/8 41/24 42/8 43/4
49/18 53/7 62/4 62/11 62/13
63/7 63/9 65/5 65/10 66/18
69/18 70/7 70/25 71/9 74/6
74/15 106/15 141/9 172/11
Hope's **[2]**   81/6 81/8
hoped **[1]**   76/17
Horn **[1]**   80/19
hospital **[5]**   42/8 83/14 85/17
109/8 110/6
hostile **[2]**   173/1 173/1
hour **[1]**   159/10
hours **[14]**   22/11 42/24 48/9
48/13 48/15 56/8 58/5 63/17
82/24 89/11 92/13 94/25
96/20 107/21
housed **[3]**   63/20 65/9 65/13
housing **[9]**   62/25 63/12 63/19
64/2 64/8 64/9 64/19 97/12
97/14
HOUSTON **[34]**   1/2 1/4 2/7 2/12
2/15 6/18 55/22 55/22 56/3
56/10 62/21 63/3 70/16 71/12
76/9 77/5 89/9 90/8 90/14
90/22 90/25 91/7 92/8 92/14
94/13 95/10 95/15 96/13
96/21 109/7 109/10 109/11
110/3 113/25
how **[62]**   5/23 7/10 8/1 16/18
19/12 19/24 19/25 29/12
29/16 41/1 43/13 46/15 48/15
53/6 55/16 57/24 60/14 61/8
61/12 61/25 64/1 64/16 65/8
65/8 65/25 69/23 71/9 71/21
72/6 72/7 73/2 73/12 74/17
79/13 89/3 100/3 105/9
105/21 109/13 113/16 119/3
121/5 123/15 125/5 125/6
125/25 126/1 129/5 129/8
134/4 135/10 136/17 137/13
138/8 138/15 140/5 140/11
148/22 152/19 172/5 175/8
180/11
However **[2]**   38/22 136/15
HR **[26]**   40/25 41/20 49/11
52/22 81/12 82/11 83/25
86/12 86/14 86/19 86/21
86/23 87/2 87/3 87/6 87/7
87/8 87/14 87/20 90/7 100/5
100/7 103/16 103/18 103/24
164/21
HR female **[1]**   87/20
HR's **[1]**   87/23
huge **[1]**   165/23
huh **[2]**   130/21 151/18

**H**

human **[20]**   29/6 40/23 41/8
  41/14 80/17 81/7 90/12 90/16
  90/19 90/23 91/1 91/10 92/25
  93/4 93/6 93/9 94/3 95/7
  95/11 104/9
hundred **[1]**   63/18
hundreds **[4]**   113/18 114/11
  137/21 137/21
hurts **[2]**   143/14 143/14
husband **[1]**   150/5
hypomastia **[1]**   145/7
hypoplasia **[3]**   145/2 145/3
  145/7

**I**

I'd **[2]**   154/12 173/7
I'll **[27]**   24/22 25/4 46/17
  50/18 51/1 51/15 52/14 56/25
  60/6 62/16 72/9 80/13 101/8
  106/7 110/21 112/13 114/5
  122/2 125/10 128/2 134/3
  147/10 147/20 169/10 170/13
  173/13 179/8
I'm **[109]**   7/16 15/19 15/25
  16/2 21/1 23/19 24/17 25/1
  26/12 28/10 28/12 30/4 30/4
  37/20 38/14 39/5 39/10 41/5
  43/9 44/6 44/24 44/24 45/2
  45/14 46/21 46/21 46/22
  50/11 51/11 53/20 53/25 54/9
  54/13 59/9 59/11 60/1 67/23
  69/4 70/12 71/4 71/20 74/12
  76/22 77/10 78/17 79/21 82/1
  84/9 93/19 96/23 97/2 98/3
  99/25 100/25 104/5 108/15
  109/2 109/4 112/14 113/2
  121/7 121/24 121/25 123/7
  125/16 126/15 129/17 134/11
  134/23 134/23 134/24 138/6
  140/6 141/24 148/7 148/7
  150/23 151/3 151/3 151/13
  152/14 153/14 154/14 155/23
  156/6 158/12 158/12 158/20
  159/16 159/21 160/2 160/3
  162/3 163/10 163/11 163/12
  170/12 170/16 173/3 173/13
  174/16 176/10 177/23 179/9
  179/12 180/8 181/9 181/17
  182/12
I've **[17]**   6/8 6/8 6/13 9/10
  18/5 23/18 43/6 49/25 61/5
  70/22 71/21 101/7 109/9
  113/18 114/8 121/5 138/4
idea **[4]**   72/17 139/17 142/24
  166/12
ideally **[1]**   118/7
identified **[3]**   82/3 86/7
  179/6
identify **[4]**   66/9 74/13 95/20
  95/20
IEDs **[1]**   18/1
if **[184]**   18/1
III **[2]**   20/9 72/21
image **[3]**   56/16 56/19 62/17
imagine **[2]**   142/18 159/21
immediate **[3]**   27/14 80/24
  164/20
immediately **[2]**   49/10 112/21
impact **[2]**   166/15 175/7
impacted **[1]**   175/2

ism **[1]**   [?]
  117/3 117/4 117/6 118/6
  118/7 118/12 118/14 118/24
  118/25 119/7 119/10 119/13
  119/16 119/18 123/11 123/17
  124/18 126/2 128/23 128/24
  129/2 133/15 137/1 137/2
  139/5 139/9 140/17 151/20
  152/1 152/2 152/10 152/15
  152/22 153/3 153/19
implant's **[1]**   117/10
implanted **[1]**   146/4
implants **[34]**   112/4 112/12
  112/19 112/20 112/21 113/1
  113/21 114/3 115/1 115/4
  115/9 115/14 116/13 116/18
  116/24 120/5 120/22 121/4
  121/8 125/22 131/1 132/15
  144/11 144/16 144/18 145/10
  145/16 145/18 145/20 146/1
  146/2 146/4 146/10 154/7
imply **[1]**   41/25
important **[15]**   6/10 6/12 6/14
  10/7 10/12 15/5 21/10 21/24
  36/6 62/18 72/13 73/5 101/1
  109/17 153/5
impose **[1]**   167/5
imprisoning **[1]**   169/24
imprisonment **[1]**   174/21
improved **[2]**   149/13 161/7
improvement **[6]**   140/23 148/10
  149/11 149/18 157/6 157/15
in 2005 **[1]**   175/7
in-context **[1]**   57/25
in-country **[5]**   43/13 43/20
  55/19 64/6 73/18
inadequate **[1]**   39/3
inappropriate **[1]**   182/15
INC **[1]**   1/7
Inc.'s **[1]**   45/20
incarceration **[1]**   171/21
incident **[22]**   31/22 33/14
  36/3 36/10 36/15 43/7 47/19
  79/1 81/11 81/19 81/20 82/2
  83/7 83/8 86/24 87/21 88/20
  93/13 93/16 96/7 97/3 97/4
incidents **[7]**   34/18 35/12
  36/8 37/20 38/1 40/3 83/10
incision **[1]**   157/14
include **[2]**   56/7 78/18
included **[3]**   78/3 102/16
  162/12
includes **[1]**   56/5
including **[3]**   24/15 56/1 61/6
Income **[1]**   45/20
incorrect **[2]**   112/7 168/21
increase **[1]**   145/12
increased **[1]**   144/16
independent **[1]**   164/10
independently **[1]**   15/8
INDEX **[1]**   3/1
indicate **[6]**   83/18 84/18 85/4
  94/16 113/3 159/11
indicated **[3]**   68/11 98/4
  127/17
indicates **[2]**   69/1 82/16
Indicating **[1]**   153/17
indirectly **[1]**   71/10
indisputable **[1]**   164/19
individual **[5]**   81/9 166/14
  172/4 181/7 181/8
individuals **[2]**   81/3 166/8

judgement **[3]** 162/16/13
  59/13
industrial **[1]**   60/24
industry **[1]**   176/2
inference **[1]**   115/5
inferiorly **[2]**   147/13 147/25
inflammatory **[1]**   32/20
inform **[6]**   17/8 18/1 83/9
  91/3 93/8 95/13
information **[17]**   17/23 48/13
  66/14 73/9 83/9 87/12 94/2
  96/4 96/15 99/23 100/2 100/5
  101/1 102/19 166/3 180/4
  181/15
informed **[8]**   17/18 49/9 49/15
  78/21 93/9 95/17 105/12
  164/22
informs **[1]**   17/24
inframammary **[3]**   133/12
  147/14 153/4
initial **[5]**   9/3 9/7 75/22
  85/1 124/17
initially **[3]**   11/20 43/15
  67/5
initiate **[4]**   81/11 81/20 82/5
  82/24
injured **[1]**   174/9
injury **[3]**   124/16 131/23
  142/23
input **[1]**   6/1
inquire **[2]**   4/19 107/25
inquiry **[2]**   33/18 36/24
inside **[9]**   18/17 18/20 18/21
  18/24 19/4 19/8 130/2 130/4
  157/9
inspect **[1]**   142/20
instance **[6]**   30/20 158/8
  168/1 168/3 177/23 178/23
instances **[1]**   137/4
instead **[1]**   51/15
instructions **[1]**   179/24
insufficient **[1]**   39/4
insurgent **[1]**   18/1
insurgents **[1]**   18/21
intend **[1]**   17/2
intended **[2]**   12/10 83/8
intent **[2]**   10/9 164/3
intentions **[2]**   30/24 174/8
interested **[1]**   73/3
interests **[1]**   86/3
interfaced **[1]**   86/13
interior **[1]**   138/23
internal **[1]**   121/15
International **[3]**   43/21 91/6
  93/12
interpret **[1]**   21/2
interrupt **[1]**   162/6
interviewed **[1]**   93/14
interviewing **[1]**   109/23
interviews **[1]**   93/15
intimidate **[1]**   174/3
into **[19]**   7/22 17/25 17/25
  30/9 36/11 43/3 43/4 47/24
  58/13 61/16 64/1 67/5 107/16
  109/21 115/17 134/2 145/10
  169/2 170/20
introduce **[3]**   108/25 163/18
  177/13
introduced **[2]**   38/18 71/7
introducing **[1]**   33/18
introduction **[1]**   101/17
investigate **[2]**   41/7 41/12

**I**

**investigation [15]** 47/24 48/3
48/5 48/6 48/7 48/8 48/12
49/12 81/15 86/17 87/5 95/18
164/23 165/20 165/21
**investigations [1]** 41/19
**investigators [1]** 153/13
**involve [3]** 32/23 32/23 172/3
**involved [4]** 86/5 93/13
175/19 175/21
**involves [1]** 5/10
**involving [2]** 35/14 35/16
**Iraq [27]** 14/23 18/23 19/6
19/16 20/11 22/4 27/14 29/1
42/4 64/4 64/5 67/5 80/16
80/20 80/25 81/5 89/10 89/16
95/1 102/6 106/15 132/12
132/24 136/6 166/7 166/8
168/4
**Iraqi [3]** 62/24 62/25 71/14
**irrefutable [1]** 164/19
**is [485]**
**is a [1]** 45/19
**isn't [23]** 6/2 8/18 9/15 11/9
15/8 15/12 15/18 18/18 19/4
21/5 21/11 23/14 29/21 37/1
40/1 49/19 56/17 56/21 68/1
88/3 100/22 136/7 164/17
**isolate [1]** 166/13
**isolated [1]** 62/21
**issue [24]** 31/17 32/9 33/3
33/3 38/9 58/9 72/5 92/6
131/21 152/16 152/17 160/2
161/18 165/9 165/20 169/3
169/5 169/8 169/9 179/2
179/4 179/7 179/16 179/17
**issued [2]** 20/3 70/16
**issues [6]** 161/24 162/1
165/19 181/22 182/2 182/14
**it [531]**
**it on [1]** 57/10
**it's [177]** 7/9 7/12 8/25 9/5
10/1 10/2 10/6 16/4 16/19
16/21 21/10 21/24 24/23
25/11 26/11 26/11 26/12
28/21 30/5 30/9 30/21 30/21
30/23 31/4 31/17 31/18 31/19
31/21 32/2 32/6 33/5 33/7
34/1 35/14 36/6 36/21 36/22
38/12 38/13 41/18 41/19
41/21 43/25 44/12 45/19
45/20 49/2 49/16 50/12 50/16
50/16 50/19 50/24 51/18
51/20 51/23 52/1 52/2 53/1
53/11 54/1 54/4 55/9 56/10
58/5 58/6 59/7 70/9 72/15
72/20 84/20 85/4 88/21
100/11 100/14 102/7 102/24
103/6 103/22 106/16 106/17
106/18 113/7 113/10 114/1
114/2 114/3 114/17 115/2
115/13 116/25 116/25 118/17
118/21 119/9 120/11 120/18
122/23 123/12 123/12 124/14
124/15 125/3 128/1 128/1
128/8 128/10 129/3 132/6
133/15 136/21 136/21 136/23
138/13 139/12 140/10 140/12
140/13 140/17 140/21 141/14
141/14 143/13 143/22 147/1
148/24 149/6 149/17 150/10

153/2 153/3 153/9 153/12
153/12 153/12 153/14 154/1
154/12 154/16 154/17 155/17
155/18 158/13 161/1 162/17
162/23 164/8 164/10 167/22
168/19 170/22 171/22 172/14
172/22 173/1 173/15 173/25
176/16 176/19 176/21 176/21
176/22 176/23 177/3 177/5
177/7 178/3 178/5 178/24
180/2 181/18 181/24 182/12
**it's Plaintiffs' [1]** 50/16
**its [17]** 5/6 5/23 6/17 10/6
10/13 10/13 10/15 10/24
13/25 14/8 14/13 17/8 56/16
56/16 133/16 170/8 174/25
**itself [11]** 5/23 9/15 13/17
34/3 95/2 131/20 131/24
131/25 132/3 132/6 164/14
**IV [2]** 2/9 132/2

**J**

**Jaime [1]** 41/20
**JAMIE [58]** 1/3 6/1 28/25 32/9
40/20 41/13 42/8 42/14 43/2
43/8 47/22 48/18 48/24 49/18
50/13 53/7 53/11 58/12 65/2
70/24 78/6 78/13 87/7 87/8
89/20 96/12 97/13 99/21
99/24 103/13 109/13 109/15
110/4 110/7 111/2 112/18
112/19 112/19 114/13 115/8
120/4 121/2 123/20 123/21
126/10 126/12 129/4 129/19
130/24 132/11 132/19 133/5
133/12 134/15 134/24 158/12
158/16 173/18
**Jamie's [15]** 11/24 12/1 99/3
114/6 114/7 115/3 116/19
116/22 117/16 123/19 128/12
130/6 132/15 139/15 169/7
**Jo [3]** 39/15 52/2 69/17
**Joanne [1]** 2/3
**job [9]** 6/2 14/7 14/20 39/9
56/19 62/8 106/11 106/12
112/1
**Jodi [1]** 123/19
**Johnson [1]** 61/21
**joined [2]** 60/25 61/3
**joint [17]** 44/10 44/12 44/18
66/21 70/13 70/15 74/13
76/18 77/8 79/22 84/9 84/24
88/8 92/1 95/19 100/8 102/21
**JONES [71]** 1/3 32/9 42/14
42/16 43/2 43/2 47/22 53/11
58/12 65/2 65/9 66/18 67/21
68/1 68/8 68/14 69/1 69/11
70/24 71/3 71/8 75/1 78/6
78/13 78/19 78/24 79/1 79/2
85/23 89/21 91/13 91/15
91/16 91/19 94/9 97/13 99/2
99/5 99/5 99/11 99/21 99/23
99/24 100/4 103/13 103/19
104/5 104/11 104/18 109/14
110/4 110/8 121/2 134/15
136/6 140/25 141/2 145/2
147/3 147/4 147/11 150/4
152/25 158/16 160/20 164/24
168/15 168/20 171/4 172/7
173/23
**Jones because [1]** 47/22

72/5 78/19 87/23 87/24 96/13
97/11 121/19 144/24 164/20
165/5 167/9 168/7 168/11
171/16 171/20
**Jose [2]** 5/4 60/15
**Joseph [1]** 109/8
**JUDGE [10]** 1/11 16/4 23/25
30/24 38/9 39/12 159/14
179/11 181/11 181/25
**judge's [1]** 167/2
**judgment [1]** 115/15
**Julie [1]** 40/12
**July [62]** 19/14 27/7 27/7
28/1 28/2 29/1 29/2 36/2
36/9 41/24 42/15 42/19 42/19
43/4 43/12 48/10 48/23 49/9
50/12 52/21 57/15 57/17
57/18 58/14 59/3 65/8 65/10
65/15 66/18 68/7 68/25 70/21
70/25 74/15 78/6 78/14 80/7
84/21 84/23 85/4 85/16 85/17
85/20 86/11 86/12 88/15
88/17 89/24 90/18 91/2 91/19
92/3 93/11 94/18 95/9 104/18
121/19 125/16 125/17 134/16
175/3 175/7
**July 19th [1]** 29/1
**July 21st [2]** 58/14 59/3
**July 25 [1]** 70/25
**July 25th [2]** 41/24 43/4
**July 27th [1]** 43/12
**July 28 [3]** 80/7 85/17 85/20
**July 28th [9]** 42/19 48/10
48/23 57/17 57/18 78/14
84/21 86/12 175/3
**July 29th [5]** 42/15 42/19
57/15 68/25 85/4
**July 30th [3]** 68/7 88/17
89/24
**July 31 [2]** 90/18 94/18
**July 31st [2]** 93/11 95/9
**July 5th [1]** 28/1
**July, [2]** 147/12 147/23
**July, 2006 [2]** 147/12 147/23
**jumped [3]** 128/4 138/3 138/9
**jumping [2]** 158/3 158/17
**JUNE [5]** 1/5 62/2 125/16
125/17 183/4
**June 28th [1]** 125/17
**jury [52]** 1/10 4/2 5/9 39/6
57/4 57/5 59/18 59/19 60/13
62/14 65/20 65/25 66/4 68/22
72/6 75/10 78/6 85/14 89/23
90/2 106/7 107/10 107/23
107/24 109/1 115/3 120/7
135/10 138/22 145/3 146/22
159/23 159/25 160/2 161/10
163/20 165/8 166/2 167/4
169/14 171/9 171/11 171/20
171/21 171/23 176/22 177/7
179/24 179/24 179/25 181/14
182/4
**jury's [1]** 107/1
**just [104]** 9/12 10/12 12/17
12/22 16/2 17/22 18/5 20/5
22/9 25/20 25/22 34/10 36/23
39/2 41/13 51/15 51/20 52/2
52/14 53/17 56/3 56/10 56/15
58/6 58/15 62/14 62/20 65/1
65/22 68/22 71/5 72/17 74/3
75/5 75/9 80/10 80/13 83/2

**J**

**just... [66]**  86/10 88/1 97/5
100/14 102/20 103/6 104/7
110/1 115/18 115/24 116/13
116/17 116/25 117/1 118/2
118/12 119/1 119/12 121/21
123/7 126/23 126/24 127/22
137/18 138/22 139/15 139/24
140/1 141/24 142/16 143/15
145/7 147/10 147/24 148/11
149/23 150/3 151/3 152/23
153/14 154/4 154/7 154/8
160/25 161/14 162/2 162/5
162/13 163/11 163/12 163/16
163/16 163/19 165/10 165/23
165/24 168/11 170/11 170/17
170/17 170/23 176/15 176/22
178/3 180/16 181/7
**just -- I [1]**  168/11
**justifying [1]**  165/17

**K**

**Kara [1]**  22/21
**KBR [174]**  1/6 1/7 2/2 5/5
5/17 5/20 5/23 6/2 6/5 6/17
8/17 8/21 8/25 9/11 9/12
9/14 9/23 10/6 10/7 10/12
10/15 10/23 10/24 10/24 11/2
11/14 11/15 12/3 12/17 12/22
13/7 13/13 13/16 13/19 13/23
14/1 14/3 14/7 14/8 14/13
14/19 14/20 15/6 15/8 15/14
15/17 16/12 17/8 17/14 17/18
17/24 18/4 18/9 18/9 19/10
19/12 19/14 20/14 21/4 21/11
21/13 22/10 22/16 22/19 23/2
24/13 29/21 30/5 30/24 31/16
32/3 32/6 32/7 32/13 32/14
33/13 40/1 42/11 45/20 46/19
46/22 46/23 47/11 47/16 48/7
48/17 48/18 48/25 52/22
54/19 56/20 60/14 61/4 61/8
63/7 68/14 69/13 69/19 70/12
71/24 72/7 75/11 76/18 77/7
77/18 79/6 80/13 83/11 83/12
85/11 85/19 87/7 87/8 87/8
87/12 90/4 90/5 90/7 90/12
90/16 90/19 90/20 90/21
90/23 91/1 91/5 92/25 93/1
93/3 93/4 93/6 93/9 93/10
95/8 95/11 95/14 95/17 97/18
98/7 100/2 102/5 102/13
103/6 103/22 106/21 139/21
143/21 148/14 160/22 161/19
161/21 162/19 163/6 164/9
164/21 164/24 165/14 165/17
166/12 166/19 168/5 168/9
168/14 168/22 168/24 169/15
169/24 170/7 172/5 174/25
175/1 175/6 179/17 179/19
**KBR's [18]**  8/10 9/20 14/3
15/11 15/16 15/17 17/5 19/20
21/7 47/2 47/3 56/16 84/2
91/10 94/8 167/18 173/20
174/12
**KBR/Halliburton [1]**  87/12
**KBR/HR [1]**  52/22
**keep [6]**  56/20 86/9 138/11
166/3 166/14 166/15
**keeping [2]**  38/18 84/2
**KEITH [1]**  1/10

**Kelly [15]**  1/14 1/15 80/24
107/17 134/1 144/21 155/11
165/12 167/9 170/3 171/6
171/24 173/12 176/19 178/18
**kept [3]**  172/18 176/4 178/22
**kid [3]**  128/4 138/3 138/9
**kids [2]**  158/3 158/17
**kill [3]**  132/7 176/10 176/16
**killed [1]**  169/21
**kind [46]**  7/16 70/9 72/20
76/13 81/1 112/11 114/5
115/1 116/24 117/2 117/6
117/9 117/13 118/8 118/16
118/25 119/1 119/15 119/17
123/7 123/15 124/19 125/24
129/2 131/7 131/8 133/15
133/17 135/11 136/5 139/8
139/12 140/7 140/21 141/10
142/23 143/15 149/11 150/13
152/16 153/13 153/17 165/3
165/11 165/15 172/15
**King [16]**  27/10 27/16 28/3
29/20 30/16 35/8 35/17 35/18
35/20 36/4 36/13 36/16 36/21
97/24 98/5 98/9
**kit [5]**  42/9 42/11 42/12
85/19 123/20
**knew [6]**  33/13 64/18 79/14
100/3 104/21 112/19
**know [149]**  4/12 7/21 8/1 8/1
9/17 9/17 9/24 9/24 10/1
10/17 11/8 11/11 13/14 13/16
13/24 14/3 14/6 14/7 14/21
15/4 15/5 18/8 20/1 20/11
20/24 20/25 21/11 21/18 22/5
25/4 25/9 29/4 33/10 33/17
34/7 39/2 40/2 40/2 40/7
40/9 40/11 40/13 40/15 40/17
40/19 43/6 43/7 43/13 43/16
43/18 43/20 44/3 46/22 49/8
49/20 49/21 50/4 50/16 51/9
51/13 53/17 56/18 63/2 64/16
65/2 65/4 65/4 66/16 69/4
69/6 69/8 69/11 70/4 70/9
70/21 72/1 72/6 72/23 73/12
81/2 86/5 87/22 87/23 91/9
93/22 97/8 98/9 99/14 99/18
107/18 109/13 109/13 109/15
109/17 109/24 112/10 113/12
113/20 116/1 118/7 124/5
125/5 126/22 127/7 128/1
128/6 129/3 129/12 129/17
131/14 132/21 132/22 138/1
138/4 138/8 140/5 142/19
142/20 142/24 143/11 144/22
147/2 148/7 149/1 149/2
149/3 149/10 150/9 150/17
150/22 152/13 152/17 152/20
154/12 156/23 157/15 160/3
163/4 164/12 166/16 167/20
169/8 170/5 174/8 177/11
177/11 177/16 178/13 181/4
**knowing [3]**  8/17 105/2 163/16
**knowledge [7]**  14/24 15/4
18/23 33/14 55/16 164/3
164/6
**known [8]**  17/23 33/10 36/15
41/20 41/22 63/11 156/1
165/11
**knows [6]**  13/13 13/16 13/19
13/23 14/1 32/11

**Kuwait [9]**  90/18 90/20 90/24
93/1 93/8 93/12 95/7 95/9
95/15

**L**

**labor [2]**  181/13 181/19
**lack [2]**  49/13 63/12
**ladders [1]**  100/20
**ladies [3]**  38/15 108/25 165/3
**Lahiri [15]**  130/15 131/3
132/14 133/8 144/21 145/16
146/4 146/17 146/22 146/23
147/1 147/3 147/16 148/21
156/11
**Lahiri's [7]**  122/3 122/19
132/10 142/3 142/4 144/15
144/23
**language [3]**  32/22 32/22
171/24
**Lannie [1]**  1/14
**large [15]**  6/25 7/9 11/16
13/9 62/23 63/9 70/2 71/16
102/15 102/16 116/18 126/6
144/15 145/15 167/19
**larger [5]**  144/6 144/7 144/11
144/12 160/16
**last [21]**  26/12 44/12 44/14
44/14 44/15 46/8 49/25 51/3
62/1 74/17 86/10 89/20 92/23
107/1 133/3 140/11 141/5
141/9 143/15 146/19 154/8
**lasted [1]**  146/24
**lasts [1]**  148/12
**late [5]**  48/23 65/10 65/15
66/18 182/14
**lately [1]**  144/25
**later [13]**  11/20 47/2 89/11
91/17 93/5 127/5 139/25
160/21 162/16 162/16 166/6
171/5 180/18
**lateral [1]**  138/24
**laterally [2]**  147/13 147/25
**laundry [1]**  63/16
**law [6]**  1/15 1/18 1/21 20/25
38/17 87/10
**lawsuit [2]**  160/23 160/24
**lawyer [1]**  106/7
**layer [5]**  119/8 119/9 119/10
131/7 139/6
**layers [3]**  142/15 143/6 178/4
**lead [2]**  29/17 177/23
**leadership [7]**  13/12 49/15
79/12 80/12 83/9 86/18 97/9
**learn [3]**  43/6 78/16 180/1
**learned [2]**  23/5 76/8
**least [15]**  8/19 21/12 41/20
62/17 64/18 70/4 91/15 93/14
111/11 115/5 121/12 130/18
160/4 180/14 180/17
**leave [19]**  8/17 8/20 25/16
25/18 25/20 25/22 50/4 50/6
68/13 69/1 88/23 90/8 90/14
91/20 127/3 148/15 169/13
170/21 171/5
**leaving [4]**  49/18 68/8 97/13
159/17
**led [4]**  18/25 18/25 68/12
69/7
**left [33]**  47/1 47/1 49/18
49/20 50/3 50/14 53/7 55/9
55/13 55/15 55/18 68/1 69/5

**L**

**left...** **[20]**  69/6 69/12 113/6
 113/13 115/15 122/22 122/25
 122/25 123/1 123/2 123/2
 124/12 124/14 128/19 132/12
 133/9 133/17 159/10 173/23
 173/23
**left-hand** **[3]**  122/22 122/25
 124/12
**legal** **[3]**  15/20 16/5 18/11
**legitimate** **[1]**  182/2
**LEIGH** **[6]**  1/3 32/9 109/13
 110/4 134/15 158/16
**less** **[8]**  32/10 32/19 33/4
 42/24 82/24 144/18 145/9
 145/9
**let** **[30]**  15/25 16/2 19/3 19/8
 22/9 25/3 34/10 54/3 68/19
 71/19 71/20 75/12 85/22 88/8
 92/1 93/18 93/23 113/15
 140/1 142/2 144/20 145/1
 147/20 152/6 157/19 158/23
 166/24 170/3 179/8 179/11
**let's** **[16]**  5/20 10/23 13/13
 18/14 25/20 30/11 30/25 80/4
 91/18 106/6 141/24 143/21
 148/14 148/15 171/1 172/9
**letter** **[2]**  132/14 154/6
**letterhead** **[1]**  30/5
**letters** **[1]**  102/9
**letting** **[2]**  168/2 180/4
**level** **[6]**  14/22 31/1 33/23
 34/23 72/20 114/20
**levels** **[1]**  34/5
**liability** **[3]**  18/10 162/12
 179/25
**liable** **[2]**  164/9 175/10
**life** **[1]**  123/5
**lifting** **[1]**  181/13
**light** **[1]**  164/7
**lighter** **[2]**  115/23 115/23
**like** **[91]**  6/1 6/24 8/7 12/12
 15/6 15/7 17/11 17/24 18/1
 18/2 18/5 28/8 50/12 54/10
 55/17 57/1 59/21 66/3 70/12
 72/15 79/5 79/17 83/10 86/14
 88/2 100/14 100/21 101/7
 102/7 102/25 106/16 107/4
 110/14 115/18 116/23 118/17
 118/21 119/8 119/9 119/12
 123/9 124/1 124/2 124/4
 124/11 124/13 125/3 125/21
 128/6 129/15 131/10 131/13
 131/20 131/25 132/1 132/2
 132/5 132/8 137/19 137/20
 137/23 139/2 139/12 139/15
 140/7 141/10 141/20 143/2
 143/13 145/14 146/16 148/11
 149/23 150/9 150/22 152/22
 153/12 153/12 153/13 153/17
 153/20 154/10 161/11 161/14
 161/25 172/15 173/7 174/23
 180/16 181/14 181/21
**likelihood** **[1]**  148/1
**likely** **[9]**  18/7 32/10 32/19
 33/4 40/25 112/11 117/15
 136/7 144/5
**limit** **[1]**  42/3
**limited** **[2]**  38/11 48/13
**line** **[11]**  27/22 28/19 28/20
 52/18 52/21 54/11 119/12

**lines** **[2]**  104/8 138/3
**lining** **[1]**  54/13
**link** **[1]**  34/6
**list** **[13]**  64/6 64/7 64/17
 64/24 66/21 67/3 67/13 67/14
 67/15 67/16 67/17 100/14
 160/6
**listed** **[1]**  100/16
**literature** **[1]**  6/5
**litigate** **[1]**  165/7
**litigated** **[1]**  160/22
**litigating** **[1]**  163/3
**litigation** **[1]**  160/22
**litigious** **[1]**  163/16
**little** **[58]**  7/17 27/5 45/24
 49/18 50/2 50/3 50/14 52/23
 60/13 61/1 62/14 62/16 63/25
 68/1 68/8 69/5 69/7 69/10
 73/14 82/22 107/1 111/21
 112/8 113/15 115/23 115/24
 118/8 119/8 119/10 119/12
 119/16 124/11 130/1 130/9
 130/14 131/10 131/11 131/18
 133/25 135/10 136/17 138/22
 139/25 141/8 141/14 141/20
 141/20 141/23 144/20 145/1
 148/24 149/18 154/5 157/2
 157/3 157/8 157/12 168/13
**lived** **[4]**  63/1 63/10 65/2
 71/25
**living** **[6]**  63/6 63/6 64/23
 71/23 85/21 85/25
**LLP** **[1]**  2/10
**local** **[3]**  74/2 92/10 96/8
**locate** **[1]**  66/21
**located** **[1]**  22/6
**location** **[6]**  69/24 70/10 74/5
 106/15 152/20 171/19
**locations** **[2]**  166/7 166/8
**locked** **[4]**  169/12 169/16
 170/19 172/7
**locking** **[2]**  169/8 169/10
**Loewe** **[4]**  24/18 44/19 45/11
 108/6
**LOGCAP** **[9]**  20/2 20/9 43/9
 43/11 43/23 72/7 72/9 72/21
 72/21
**LOGCAP III** **[1]**  72/21
**logic** **[1]**  167/8
**logistics** **[1]**  75/24
**long** **[15]**  7/10 7/12 19/12
 61/25 74/17 78/21 100/11
 105/21 126/22 129/8 136/17
 140/11 143/13 170/4 182/15
**longer** **[5]**  106/21 157/2 165/9
 177/15 177/15
**look** **[43]**  6/24 12/18 37/23
 44/9 58/11 65/1 65/7 66/6
 66/8 66/9 66/14 73/2 77/7
 80/4 82/15 91/18 92/5 93/19
 94/12 96/18 100/11 102/7
 109/19 110/11 110/12 115/18
 115/19 118/4 118/22 124/12
 125/21 126/4 126/5 126/6
 133/22 139/18 140/24 148/17
 149/7 149/8 173/10 180/12
 181/21
**looked** **[9]**  36/10 42/21 63/13
 65/11 100/23 133/4 142/20
 150/14 150/21
**looking** **[26]**  37/20 37/21

 103/21 118/20 123/23 124/3
 124/9 125/19 128/4 128/14
 130/23 133/7 133/19 138/6
 141/25 143/23 150/10 154/14
 154/17 156/23 156/24
**looks** **[10]**  50/12 106/10
 106/10 106/16 118/17 118/20
 123/9 148/25 152/6 152/21
**loose** **[1]**  152/12
**Lord** **[1]**  40/10
**Lorenzo** **[2]**  169/16 169/25
**lose** **[1]**  161/12
**loss** **[1]**  133/12
**lost** **[4]**  107/1 116/5 133/16
 147/14
**lot** **[35]**  7/13 19/18 57/3
 72/23 73/16 109/9 109/22
 109/23 112/8 112/13 113/23
 114/1 114/25 115/17 120/12
 120/22 125/22 125/23 128/2
 129/12 132/1 135/17 136/20
 140/6 140/22 141/15 148/6
 148/9 148/10 149/3 149/15
 162/1 167/8 167/18 177/2
**loud** **[2]**  35/6 35/11
**low** **[1]**  112/22
**lunch** **[2]**  106/5 107/8
**lung** **[6]**  131/8 131/9 142/10
 142/14 142/16 142/18

**M**

**ma'am** **[31]**  4/18 60/12 62/7
 65/6 65/19 66/20 66/25 68/3
 70/14 74/7 74/25 80/8 81/22
 83/1 83/17 84/7 86/8 88/4
 88/6 88/16 89/22 90/1 91/21
 91/24 92/4 92/18 93/17 94/7
 97/15 98/11 179/8
**machine** **[1]**  131/11
**made** **[36]**  11/24 17/1 30/16
 31/8 32/4 34/17 35/25 36/15
 38/22 40/25 42/17 42/18 48/9
 49/9 49/10 57/8 58/10 59/8
 59/11 69/17 69/23 75/5 78/14
 93/1 97/22 114/16 119/12
 123/21 123/24 131/3 133/1
 138/10 140/22 148/4 165/6
 166/17
**magician** **[1]**  148/7
**Maguire** **[2]**  27/4 53/2
**mail** **[53]**  26/12 26/24 27/5
 27/9 28/1 28/23 29/2 29/10
 36/7 37/2 50/8 50/9 50/13
 50/13 50/15 53/1 53/9 54/18
 54/19 54/25 55/21 56/4 56/5
 68/4 68/7 68/23 68/25 79/25
 80/6 80/9 80/11 81/10 82/3
 82/21 83/19 84/14 88/10
 88/13 88/17 89/3 92/5 92/7
 92/8 92/10 92/14 93/25 94/11
 94/13 94/16 95/22 96/3 96/18
 96/20
**mailed** **[1]**  150/22
**mails** **[11]**  55/7 55/17 55/18
 56/2 57/20 57/23 79/6 79/24
 89/7 91/17 168/24
**main** **[3]**  2/6 21/7 139/9
**mainly** **[1]**  82/10
**maintenance** **[2]**  27/17 35/20
**majority** **[2]**  140/5 148/11
**make** **[32]**  4/14 14/13 16/23

**M**

**make... [29]** 17/18 32/9 32/18 33/3 33/21 59/15 76/10 76/10 92/11 112/16 113/11 123/5 135/24 137/18 143/25 148/10 149/10 149/14 149/15 153/22 157/6 157/13 161/6 165/3 166/15 166/22 174/5 174/13 177/7
**makes [2]** 5/23 176/19
**making [7]** 17/22 49/21 73/4 73/4 114/14 172/13 176/4
**male [2]** 66/15 83/12
**Mall [1]** 6/18
**man [1]** 32/11
**manage [1]** 163/11
**management [5]** 11/2 33/22 90/4 90/11 155/21
**manager [36]** 19/15 20/8 20/13 21/4 21/11 27/14 29/6 33/22 35/20 36/9 39/19 41/21 62/3 67/7 68/6 69/24 71/9 78/23 80/14 80/16 80/17 80/19 80/21 80/25 81/7 81/8 87/8 90/10 90/12 90/13 91/1 91/10 93/7 93/9 95/11 105/9
**managerial [1]** 172/12
**managing [1]** 81/12
**mandatory [2]** 8/23 8/25
**manger [1]** 25/25
**manual [2]** 77/11 100/18
**many [22]** 6/8 38/16 48/15 65/8 65/8 71/9 71/21 84/16 88/13 110/2 113/16 115/12 128/10 128/10 137/13 139/7 146/15 146/24 146/24 146/25 147/1 147/1
**March [3]** 47/2 132/14 132/21
**March 31st [1]** 47/2
**marginally [1]** 165/22
**Marie [1]** 1/21
**marines [1]** 73/25
**mark [3]** 25/11 60/6 134/1
**marked [12]** 68/22 74/12 75/19 79/21 82/1 84/9 88/8 92/1 93/23 110/15 123/6 124/6
**Maryland [2]** 60/19 60/19
**match [1]** 165/2
**material [1]** 140/7
**materials [1]** 74/14
**math [2]** 47/9 61/24
**matter [10]** 4/16 14/16 14/17 14/25 33/8 38/21 38/23 78/5 108/9 140/2
**maximum [1]** 163/19
**may [57]** 4/5 4/19 15/22 23/21 24/17 26/6 26/7 26/9 29/17 30/8 35/3 35/4 35/25 36/9 39/12 39/13 39/20 41/20 41/21 45/13 51/11 54/5 54/7 56/18 57/7 58/2 60/7 60/8 74/8 74/10 79/18 79/19 81/23 81/24 84/5 88/5 91/22 96/24 96/25 102/17 105/16 107/25 108/18 117/20 117/21 144/4 150/10 156/7 156/14 159/7 159/19 160/12 172/3 180/24 181/21 182/3 182/14
**maybe [18]** 5/9 6/11 7/17 10/13 39/3 39/3 39/4 62/8 66/3 112/15 112/15 119/4

**McBride [1]** 40/12
**McGuire [1]** 80/18
**McKinney [4]** 2/9 2/10 53/19 168/12
**McKinney's [1]** 168/19
**me [88]** 21/1 22/9 25/2 34/10 35/18 36/7 37/13 37/21 38/3 39/6 39/7 50/15 54/22 56/6 57/14 58/11 58/17 59/6 68/19 68/20 69/7 71/7 71/7 71/19 71/20 75/12 76/14 78/21 78/25 82/13 85/22 88/8 92/1 92/5 93/18 93/24 94/13 99/15 100/5 105/9 109/15 112/2 113/10 113/15 113/24 114/16 114/25 115/8 115/22 116/17 119/3 121/21 122/18 123/9 124/5 124/8 125/8 125/25 126/4 134/12 134/22 134/24 137/1 137/7 138/9 138/11 140/1 141/9 142/2 144/7 144/20 145/1 145/24 147/1 147/20 148/5 150/17 152/4 152/6 157/19 158/23 160/4 160/22 165/2 165/19 168/21 179/11 181/2
**me-too [3]** 59/6 160/4 165/2
**mean [63]** 11/11 12/17 12/22 14/11 14/23 23/23 24/6 30/8 31/19 34/4 34/16 34/20 36/19 36/22 37/5 40/5 43/6 45/5 48/13 49/5 49/24 56/12 58/15 58/21 58/22 69/6 71/24 73/3 76/15 80/9 86/5 99/14 99/19 101/7 103/18 106/3 113/7 122/25 124/1 129/25 131/4 131/21 132/21 133/12 136/20 148/3 148/9 150/12 154/10 162/23 163/2 167/20 168/11 168/15 171/7 172/1 172/16 173/10 175/15 176/23 177/14 178/2 179/18
**meaning [4]** 64/4 71/11 101/19 123/10
**means [16]** 12/13 19/19 36/12 40/2 72/24 101/18 106/4 113/8 121/3 121/4 128/21 131/6 139/2 139/3 145/7 151/25
**meant [1]** 81/5
**measurements [1]** 115/19
**measures [1]** 58/13
**mechanical [1]** 1/24
**mechanism [1]** 136/10
**media [5]** 101/25 102/6 102/10 102/13 102/17
**medical [19]** 7/2 49/11 76/20 76/24 81/13 83/20 90/8 90/14 109/5 110/10 110/25 119/23 131/4 134/18 149/25 150/2 151/16 152/21 171/5
**medical/HR department [1]** 49/11
**medically [1]** 147/13
**medication [1]** 114/23
**meet [3]** 71/2 90/20 91/5
**meeting [1]** 71/5
**member [1]** 148/21
**members [3]** 59/19 90/3 107/24
**memory [1]** 53/8

**mention [8]** 101/3 112/9 123/22 130/13 137/18 161/8 161/18 179/23
**mentioned [8]** 100/13 110/3 114/24 121/1 137/9 140/4 153/6 158/3
**mesh [1]** 140/7
**message [7]** 12/4 12/7 12/8 12/9 20/22 47/12 84/18
**messed [1]** 112/4
**met [13]** 42/14 42/16 42/19 42/21 71/3 78/6 78/10 86/19 90/7 90/13 110/5 111/25 135/8
**method [3]** 101/7 109/25 166/13
**methods [1]** 64/18
**Michael [5]** 108/1 108/20 109/2 119/24 124/6
**microphone [1]** 45/14
**microscopic [1]** 142/16
**mid [1]** 48/23
**middle [11]** 6/19 13/24 17/25 26/20 45/25 61/7 61/23 80/15 80/18 80/19 82/15
**Middle East [1]** 17/25
**might [29]** 17/12 30/4 51/6 51/13 64/17 68/12 70/18 93/23 123/5 128/7 129/25 132/25 142/19 142/20 143/9 143/15 146/19 149/10 151/21 154/3 155/7 156/3 157/6 163/15 165/21 171/10 179/17 180/16 182/3
**MILAIR [1]** 90/18
**military [13]** 22/2 22/6 22/14 22/15 49/23 50/5 52/23 60/17 62/23 68/16 85/18 89/14 90/18
**million [1]** 47/5
**millions [1]** 46/3
**mind [6]** 40/2 54/3 66/9 143/5 174/25 180/5
**mindful [1]** 182/12
**mine [2]** 35/1 75/22
**mini [2]** 167/24 179/19
**minimum [2]** 41/23 172/11
**minor [5]** 42/1 114/2 114/4 114/5 114/6
**minute [5]** 34/11 49/25 107/17 140/25 147/10
**minutes [3]** 105/24 106/4 143/23
**misinformation [1]** 102/18
**misleading [1]** 39/4
**misnomer [1]** 20/12
**misrepresentation [4]** 58/12 58/23 59/16 170/23
**mission [9]** 19/16 20/2 20/11 61/17 70/8 70/8 71/15 71/17 101/19
**misstated [1]** 6/11
**mistake [3]** 143/25 164/4 164/6
**Misty [2]** 40/5 40/7
**misunderstanding [1]** 112/1
**modified [1]** 56/8
**modify [1]** 72/18
**modular [2]** 63/13 63/18
**Mogadishu [1]** 61/13

**M**

**Mohr [1]**  80/16
**moment [3]**  121/21 162/2 162/5
**moments [1]**  156/12
**Monday [5]**  90/23 91/7 94/11
 95/12 95/16
**money [3]**  10/13 56/20 73/5
**month [7]**  72/25 72/25 129/19
 150/13 153/21 153/23 154/8
**month-to-month [1]**  72/25
**months [16]**  47/2 47/5 61/15
 61/15 61/16 61/17 61/18
 73/12 73/12 116/8 127/5
 129/22 141/12 146/19 154/3
 154/19
**more [61]**  10/12 16/1 18/17
 32/10 32/18 33/4 36/24 40/25
 42/24 42/24 58/15 62/16
 63/25 64/13 64/14 82/22
 91/16 113/6 113/12 114/7
 114/9 117/4 117/15 120/18
 120/22 124/15 125/23 131/13
 133/11 133/21 135/15 135/24
 138/6 138/14 138/22 141/5
 142/16 144/5 144/19 145/21
 145/25 146/2 147/1 147/20
 148/5 149/21 150/15 151/25
 152/14 152/18 153/2 154/5
 157/4 157/13 161/8 162/1
 172/16 172/21 173/13 173/15
 174/16
**Moreover [1]**  57/25
**morning [17]**  5/1 5/2 42/18
 43/11 48/2 48/22 48/23 49/8
 50/11 60/11 60/12 78/14
 78/20 90/7 90/13 159/12
 160/9
**Morris [2]**  1/21 1/21
**mortars [1]**  18/1
**most [24]**  6/9 6/11 6/14 10/6
 48/16 60/17 62/18 63/22
 63/24 64/22 68/14 72/13
 74/20 101/13 112/11 113/21
 113/25 113/25 129/25 140/19
 141/10 141/13 173/5 176/20
**mostly [1]**  113/10
**Mosul [1]**  172/10
**motion [1]**  160/8
**motive [12]**  56/20 164/3
 173/17 173/20 173/25 174/10
 174/12 174/14 174/19 174/24
 175/2 175/4
**move [13]**  16/25 17/2 47/10
 49/24 63/23 64/1 64/7 89/23
 117/11 118/14 119/18 128/23
 177/12
**moved [12]**  56/13 56/14 60/19
 60/20 60/20 115/24 118/17
 121/4 133/15 139/5 152/1
 153/3
**moves [1]**  119/1
**moving [6]**  60/18 64/17 118/25
 123/11 125/22 167/13
**Mr [19]**  4/10 5/5 5/15 8/3
 12/16 17/5 20/7 20/17 23/5
 25/25 26/10 27/1 51/22 53/2
 53/14 59/24 106/12 164/13
 170/3
**Mr. [87]**  4/8 4/9 7/25 22/21
 22/24 27/9 27/10 28/3 28/20
 29/9 29/20 33/13 34/17 35/6

**M (cont.)**
 36/13 36/16 36/21 36/24 37/2
 37/4 39/15 41/6 41/23 44/18
 45/13 47/16 47/21 48/1 52/17
 53/2 53/3 53/19 53/22 54/9
 57/8 60/11 66/6 67/4 68/4
 68/5 68/6 69/1 70/11 74/12
 78/23 78/24 78/24 79/1 79/2
 79/21 82/13 91/13 91/15
 91/16 96/23 98/5 98/9 98/25
 99/5 99/7 99/9 99/11 104/18
 104/18 104/25 107/17 134/1
 135/3 144/21 155/11 156/12
 157/24 165/12 167/9 168/12
 168/19 170/18 171/6 171/24
 173/12 176/19 178/18
**Mr. Andino [21]**  4/9 33/13
 34/17 35/6 39/15 41/23 44/18
 45/13 52/17 53/22 54/9 60/11
 66/6 67/4 70/11 74/12 79/21
 96/23 98/25 104/18 104/25
**Mr. Andino's [1]**  28/20
**Mr. Anthony [1]**  37/2
**Mr. Arroyo's [1]**  57/8
**Mr. Bortz [3]**  47/16 47/21
 48/1
**Mr. Boutwell [1]**  29/9
**Mr. Bryant [2]**  27/9 37/4
**Mr. Coin [1]**  41/6
**Mr. Craig [2]**  35/8 35/17
**Mr. Estefan [2]**  7/25 36/24
**Mr. Gabriel [1]**  4/8
**Mr. Goodgine [1]**  53/3
**Mr. Goren [1]**  82/13
**Mr. Hall [1]**  22/24
**Mr. Hedges [2]**  135/3 156/12
**Mr. Hedges' [1]**  157/24
**Mr. Jones [9]**  78/24 79/1 79/2
 91/13 91/15 91/16 99/5 99/11
 104/18
**Mr. Kara [1]**  22/21
**Mr. Kelly [11]**  107/17 134/1
 144/21 155/11 165/12 167/9
 171/6 171/24 173/12 176/19
 178/18
**Mr. King [11]**  27/10 28/3
 29/20 35/18 35/20 36/4 36/13
 36/16 36/21 98/5 98/9
**Mr. Maguire [1]**  53/2
**Mr. McKinney [2]**  53/19 168/12
**Mr. McKinney's [1]**  168/19
**Mr. Santuro [1]**  170/18
**Mr. Shook [3]**  68/4 68/5 69/1
**Mr. Tommy [1]**  68/6
**Mr. Tompkins [3]**  78/24 99/7
 99/9
**Mr. William [1]**  78/23
**Mrs. [1]**  108/6
**Mrs. Loewe [1]**  108/6
**Ms [6]**  31/25 35/7 35/17
 51/22 53/14 59/24
**Ms. [73]**  24/18 29/7 29/9 30/6
 32/18 34/4 34/8 35/21 35/25
 37/25 39/15 41/17 42/16 43/2
 44/19 45/11 59/21 65/9 66/18
 66/21 67/21 68/1 68/8 68/14
 69/1 69/11 71/3 71/8 71/19
 72/5 75/1 78/19 85/23 87/11
 87/23 87/24 91/19 94/9 97/11
 98/12 98/13 102/22 103/19
 104/5 104/11 121/19 136/6
 140/25 141/2 144/24 145/2

**M (cont.)**
 151/8 152/25 160/20 164/20
 164/24 165/5 167/9 168/7
 168/11 168/15 168/20 170/10
 171/4 171/16 171/20 172/7
 173/23 178/24
**Ms. Armstrong [4]**  29/7 29/9
 41/17 87/11
**Ms. Cullen [1]**  151/8
**Ms. Frederiksen [1]**  178/24
**Ms. Jo [1]**  39/15
**Ms. Jones [35]**  42/16 43/2
 65/9 66/18 67/21 68/1 68/8
 68/14 69/1 69/11 71/3 71/8
 75/1 85/23 91/19 94/9 103/19
 104/5 104/11 136/6 140/25
 141/2 145/2 147/3 147/4
 147/11 150/4 152/25 160/20
 164/24 168/15 168/20 171/4
 172/7 173/23
**Ms. Jones' [17]**  32/18 66/21
 71/19 72/5 78/19 87/23 87/24
 97/11 121/19 144/24 164/20
 165/5 167/9 168/7 168/11
 171/16 171/20
**Ms. Loewe [3]**  24/18 44/19
 45/11
**Ms. Shqipe [2]**  35/21 98/13
**Ms. Tinova [3]**  30/6 35/25
 98/12
**Ms. Tinova's [3]**  34/4 34/8
 37/25
**Ms. Vorpahl [3]**  59/21 102/22
 170/10
**much [22]**  14/15 54/2 61/8
 61/12 83/8 101/21 115/25
 117/2 123/11 132/22 133/10
 137/19 143/12 149/6 150/21
 151/5 152/14 154/20 156/25
 159/8 159/19 167/22
**Mullen [1]**  2/10
**multi [2]**  167/15 167/15
**multi-defendant [1]**  167/15
**multi-plaintiff [1]**  167/15
**multiple [2]**  83/12 86/4
**muscle [17]**  112/1 112/3 112/9
 112/10 112/11 112/14 118/8
 118/11 118/23 118/23 131/3
 131/14 140/17 142/15 153/15
 153/17 153/18
**MWR [1]**  63/16
**my [81]**  5/4 8/13 9/8 9/8
 12/9 18/23 20/15 23/8 23/15
 27/14 29/6 32/11 32/15 34/10
 43/1 45/2 49/2 53/8 54/3
 55/18 56/4 58/9 60/15 60/16
 60/21 61/3 61/13 61/15 68/6
 70/4 71/3 71/4 71/5 72/9
 73/23 76/2 78/21 80/20 80/24
 82/12 87/24 95/21 98/17
 98/17 109/10 110/25 112/3
 112/4 112/11 112/14 116/10
 116/12 124/24 125/1 125/8
 125/21 127/3 128/4 128/4
 128/8 133/11 133/21 134/3
 134/11 138/3 138/3 138/9
 150/17 151/13 160/15 161/11
 161/12 161/17 163/11 163/12
 163/22 173/9 177/11 180/2
 180/4 180/8
**myself [2]**  102/16 113/10

**N**

naked [1]  123/21
name [14]  5/3 5/4 28/20 60/15
 65/1 66/10 66/14 66/21 67/3
 80/13 80/13 82/17 112/24
 151/13
named [2]  82/11 97/23
names [1]  80/10
narrative [1]  39/1
NASA [1]  61/21
nationals [3]  71/13 71/14
 74/2
nature [11]  7/4 7/22 32/21
 70/1 72/12 72/14 124/16
 163/17 168/8 169/23 174/24
Nature's [1]  157/20
Navy [2]  60/16 60/25
necessarily [6]  18/20 102/16
 124/1 137/6 138/6 147/18
necessary [4]  8/2 69/21 74/21
 161/13
necessity [2]  149/25 150/2
need [26]  5/15 16/24 24/18
 29/4 31/23 44/12 44/15 53/19
 72/17 79/23 97/8 102/13
 143/2 143/3 149/9 149/11
 155/9 156/14 157/13 157/16
 159/16 167/24 168/2 169/6
 180/14 181/10
needed [1]  100/5
needs [4]  101/20 165/9 167/6
 176/17
Neither [3]  31/20 170/2
 170/12
nerve [1]  135/17
net [5]  46/19 46/23 47/2
 47/3 47/6
never [3]  9/10 101/7 179/6
new [7]  37/11 73/17 74/16
 75/25 77/20 152/20 160/23
newer [1]  139/11
news [1]  14/25
next [23]  8/13 25/12 28/14
 31/1 48/2 55/1 78/12 83/23
 84/10 88/3 93/16 94/8 101/9
 103/15 103/16 104/3 107/12
 107/25 113/5 136/7 172/16
 172/17 182/2
nicer [1]  119/11
night [5]  22/22 47/16 47/22
 47/25 48/1
nine [6]  56/8 58/5 89/11
 92/13 94/25 96/20
Nineties [1]  61/14
nipple [11]  118/15 118/19
 118/20 122/23 123/13 123/16
 124/13 128/24 149/2 156/24
 156/25
nipples [1]  123/16
no [125]  9/10 10/14 11/3
 12/12 12/14 13/1 13/3 14/6
 15/7 19/22 20/1 20/10 20/18
 21/17 21/23 25/10 25/10
 25/24 26/9 29/11 31/5 31/5
 32/11 33/2 33/5 33/17 33/17
 33/24 34/13 35/12 35/12
 36/14 37/8 37/15 37/15 37/15
 37/17 41/23 42/2 42/3 44/7
 47/23 50/6 51/4 52/6 52/12
 56/4 56/22 56/23 57/10 59/7
 59/12 59/25 60/4 62/20 67/17
 77/12 86/8 97/15 98/11
 100/25 101/3 105/8 106/21
 110/17 110/18 114/7 114/16
 123/22 124/1 129/25 131/21
 131/21 132/16 133/2 133/6
 133/6 134/8 136/11 136/20
 137/24 141/7 142/8 143/8
 146/7 146/9 146/11 146/21
 147/9 147/18 148/3 150/2
 150/8 150/22 150/25 151/24
 154/22 155/15 155/19 156/21
 159/2 159/2 161/13 162/21
 162/22 163/1 163/10 166/20
 168/8 171/10 175/1 175/6
 175/13 178/11 180/12 180/12
 181/18 182/7 182/9 182/12
nobody [1]  143/5
non [4]  22/11 32/23 32/25
 152/17
non-consensual [2]  32/23
 32/25
non-issue [1]  152/17
non-working [1]  22/11
none [3]  137/22 170/22 180/21
nonetheless [1]  63/14
noon [1]  86/10
noontime [1]  83/2
nor [2]  170/2 170/12
normal [2]  117/6 118/16
normally [2]  119/7 136/19
north [1]  118/21
not [229]
notation [1]  123/24
note [3]  131/2 132/11 142/10
noted [4]  100/11 126/15
 127/17 132/15
notes [5]  116/10 127/12
 127/14 134/11 144/15
nothing [18]  4/17 38/1 105/17
 108/10 126/18 130/4 148/12
 159/5 159/6 165/1 165/4
 166/10 174/8 175/20 176/17
 178/7 178/18 180/17
notice [18]  28/2 31/16 31/22
 33/6 33/7 33/9 33/11 33/12
 38/23 39/3 39/3 39/3 39/4
 39/4 39/7 55/7 67/3 88/20
noticed [2]  112/21 177/19
notices [1]  33/15
notification [4]  36/10 48/17
 48/18 84/2
notified [6]  48/22 83/21
 83/21 83/22 83/24 84/1
November [3]  125/13 130/15
 133/23
now [63]  4/12 4/16 13/13 16/7
 21/10 24/13 25/6 25/11 29/20
 31/21 33/19 38/7 43/2 44/10
 44/18 45/14 46/8 50/8 51/16
 55/3 57/1 61/4 65/2 67/24
 70/24 77/7 79/17 82/1 84/9
 85/9 88/20 88/23 90/3 91/18
 95/19 103/18 108/9 108/13
 109/10 112/4 115/1 117/10
 118/12 119/17 120/15 121/14
 124/12 124/19 132/12 134/25
 138/7 139/5 139/11 152/20
 158/10 160/20 164/18 167/13
 168/24 169/18 170/16 173/6
 178/24
nuances [1]  76/5

77/14 77/17 22/25 22/7
24/23 24/24 25/12 25/22
46/13 46/19 46/24 47/1 47/1
53/17 66/7 66/12 66/13 80/15
103/22 117/24 121/18 137/10
138/1 138/4 143/22 169/22
Number 1 [3]  21/21 21/25 22/7
Number 11 [1]  143/22
Number 2 [2]  24/23 24/24
numbers [4]  44/16 46/4 65/18
 121/25
numerous [2]  39/25 40/2

**O**

o'clock [1]  96/8
oath [1]  108/6
OB [1]  123/23
OB-GYN [1]  123/23
object [2]  15/19 37/5
objected [1]  179/10
objection [22]  18/11 25/9
 25/10 25/24 36/19 38/6 52/4
 52/7 52/9 52/10 59/7 59/10
 59/25 60/3 60/4 60/5 104/24
 110/19 134/8 134/9 155/5
 155/8
objections [3]  110/16 110/17
 110/18
objectively [2]  47/20 47/21
obligation [1]  166/3
observation [1]  43/1
observe [1]  42/25
obviously [7]  18/9 19/11
 66/14 69/9 70/3 104/9 168/1
occasion [4]  29/23 73/11
 91/16 171/16
occasions [3]  35/8 70/4 138/2
occur [4]  18/7 55/24 114/3
 123/17
occurred [11]  18/22 18/23
 47/20 47/20 55/18 73/16
 94/14 138/11 162/20 162/25
 172/17
occurrence [1]  142/2
occurring [1]  83/10
odd [1]  118/20
off [16]  30/4 30/6 45/8 46/12
 52/20 58/23 83/11 94/15
 106/8 119/4 129/11 129/15
 141/21 175/14 181/11 182/17
offense [3]  22/23 49/16
 180/12
offensive [1]  32/22
offer [5]  52/4 86/20 134/6
 161/11 161/15
offered [7]  25/23 38/17 50/1
 52/8 63/25 86/13 134/18
offering [2]  109/25 171/13
offers [1]  60/2
office [10]  1/21 71/6 95/7
 95/18 109/21 110/25 111/2
 125/1 152/9 172/16
officer [1]  61/1
offices [2]  86/22 103/25
OFFICIAL [2]  2/13 183/7
often [3]  102/18 112/10
 116/23
Often -- like [1]  116/23
Oh [14]  12/25 13/1 35/1 45/6
 45/7 46/22 110/2 123/2 128/3
 130/9 138/7 139/17 154/14
 163/1

**okay [122]**   4/14 5/22 6/5
11/18 12/3 13/16 14/10 17/5
17/7 19/7 19/24 22/9 22/10
22/16 25/4 25/13 25/23 26/18
27/16 28/11 30/2 30/20 30/25
31/7 33/19 33/19 34/14 35/22
36/16 36/23 43/8 43/22 44/2
44/5 44/15 44/16 45/5 45/18
47/7 47/10 49/7 50/15 50/25
53/9 53/22 53/23 54/11 54/14
54/15 55/16 55/25 56/11
56/16 57/1 58/20 59/1 59/5
59/16 59/23 64/16 68/7 74/19
75/25 77/22 78/6 88/2 89/19
90/2 92/25 95/2 95/5 98/19
98/21 100/8 101/5 104/4
105/4 105/16 106/3 106/22
107/3 107/8 108/7 108/13
108/17 109/13 110/13 111/7
112/6 113/7 113/9 121/17
127/3 127/11 129/10 130/6
131/2 132/22 134/13 135/3
136/14 138/1 141/22 147/10
149/8 151/8 151/15 154/23
155/9 156/16 156/22 158/13
159/10 159/13 159/23 160/1
164/13 171/1 171/1 173/12
180/11 181/9
**Olsen [1]**   1/15
**omission [5]**   15/25 16/2 16/16
58/16 59/13
**omit [1]**   167/21
**on [257]**
**once [8]**   14/16 36/8 54/25
66/13 70/7 73/17 93/14
124/18
**one [120]**   1/16 1/19 5/11 6/23
6/25 11/14 14/19 17/22 20/3
20/15 30/4 30/5 31/8 31/23
31/23 34/22 35/10 35/21
35/25 36/2 37/18 37/23 41/11
44/13 51/5 53/11 53/12 54/9
54/10 55/3 55/3 55/8 55/9
55/12 55/15 55/18 55/21 56/3
56/6 57/2 63/13 64/19 64/22
65/5 69/21 70/14 70/15 70/16
71/20 75/20 75/20 79/5 82/5
83/10 84/22 85/1 91/16 93/23
100/9 100/13 100/15 101/14
102/15 102/15 104/15 113/19
113/21 114/7 114/9 122/4
123/5 131/2 133/3 133/22
135/15 137/23 139/11 140/6
140/15 142/7 144/15 147/20
153/6 153/13 153/21 153/23
154/8 156/6 156/12 157/2
157/6 157/12 158/7 158/18
160/22 161/3 161/5 164/8
166/1 166/13 166/16 167/23
169/14 169/17 169/24 169/24
170/11 170/18 171/18 172/17
173/13 176/20 176/22 177/20
178/13 178/19 180/16 180/23
180/24 181/12
**one-month [1]**   153/23
**ones [5]**   116/16 150/21 157/20
160/5 160/6
**onion [1]**   178/3
**only [25]**   10/24 15/24 16/16
25/17 30/9 34/22 38/9 43/25

100/12 107/21 118/23 152/4
156/18 159/21 162/25 163/2
163/6 167/4 174/23 180/5
**op [8]**   125/21 133/11 140/24
140/24 144/1 144/2 149/3
153/7
**open [5]**   17/3 35/2 155/24
167/16 167/17
**opened [1]**   129/2
**opening [3]**   75/15 143/1
151/22
**operated [1]**   146/16
**operation [2]**   64/4 81/4
**operations [1]**   80/25
**operative [1]**   172/12
**opinion [7]**   12/9 127/22
130/22 134/14 164/1 171/7
171/9
**opinions [2]**   109/25 134/18
**opponent [6]**   30/24 31/8 31/12
32/1 32/2 38/12
**opportunity [6]**   13/10 62/9
109/18 119/23 165/14 173/7
**opposed [2]**   10/10 168/10
**opposing [1]**   175/5
**opt [1]**   10/15
**opting [1]**   10/20
**option [3]**   10/17 10/20 17/16
**options [1]**   17/5
**or [159]**   6/1 6/24 7/6 7/8 7/8
9/8 10/20 10/24 12/14 13/16
13/19 14/8 14/18 15/5 15/7
15/16 15/17 17/25 18/22 19/6
20/9 32/10 32/10 32/18 33/4
33/7 33/11 36/7 37/18 38/24
39/1 40/25 41/11 42/24 43/16
44/19 48/20 48/25 50/5 50/5
50/11 50/16 50/23 51/12
56/18 56/19 57/13 61/12
62/11 64/2 64/7 66/8 66/12
66/15 67/15 67/18 68/1 68/11
69/5 70/2 70/12 70/18 71/10
72/15 75/20 76/1 77/11 77/17
77/20 77/23 77/25 78/12
78/15 79/14 81/3 81/5 83/19
84/25 86/23 87/4 87/19 87/23
87/23 88/21 89/13 91/2 92/6
92/21 94/17 97/18 101/25
102/6 104/22 105/6 109/13
111/15 112/6 113/4 113/9
114/4 115/10 115/23 116/20
117/1 122/25 126/25 128/17
135/13 136/11 136/19 137/1
137/1 137/8 138/10 138/18
140/3 140/7 145/17 145/25
146/16 146/19 148/15 148/21
150/3 151/3 152/2 152/10
153/20 153/20 157/7 157/15
157/17 158/3 159/14 159/16
160/14 160/22 162/11 164/2
164/4 164/6 164/6 165/4
165/15 166/13 171/19 171/25
172/1 172/13 172/21 172/24
174/21 174/25 176/23 177/7
181/1 182/2 182/5 182/14
**oranges [1]**   179/1
**Oravits [1]**   40/14
**order [13]**   19/16 21/20 21/25
22/7 64/24 67/7 67/8 67/11
67/18 76/4 77/4 177/4 181/17
**orders [1]**   20/2

**origin [2]**   90/8 90/15
**original [6]**   116/3 116/4
116/11 116/16 130/14 157/8
**originally [3]**   109/5 116/7
126/7
**originates [1]**   27/1
**orraphy [1]**   139/1
**other [61]**   6/2 7/16 8/4 9/11
16/1 17/24 18/9 20/24 22/22
36/2 38/25 41/11 42/3 43/14
46/5 55/6 56/2 70/8 74/2
79/8 90/3 96/15 98/9 99/24
100/25 101/3 106/15 118/15
125/20 127/24 132/24 132/24
133/2 138/24 139/11 140/3
140/4 146/13 153/7 156/23
156/24 158/23 158/25 160/24
161/18 161/24 164/2 165/6
165/8 165/21 166/20 167/19
169/9 170/6 171/11 171/22
173/14 177/23 177/24 178/6
178/22
**others [5]**   78/18 79/10 84/19
119/19 140/14
**ought [1]**   160/20
**our [72]**   5/17 6/6 6/6 6/9 6/9
6/11 6/13 6/14 11/6 11/7
12/6 12/7 12/10 13/4 13/4
13/11 13/11 13/12 16/8 19/6
19/8 20/16 24/15 24/24 25/12
34/12 35/20 35/21 43/14
43/16 43/20 49/3 49/10 49/15
56/19 62/14 63/9 63/17 64/11
64/13 68/15 76/4 76/5 76/11
76/23 78/22 79/12 79/12
79/13 80/12 83/9 101/2
102/10 105/8 105/23 105/24
106/25 107/4 107/7 109/21
115/19 115/19 123/1 165/22
166/17 169/9 169/12 172/20
173/20 174/9 177/7 179/18
**ours [2]**   25/22 168/19
**ourselves [2]**   167/16 167/17
**out [122]**   7/23 9/5 9/7 10/15
10/20 13/24 14/8 14/18 15/8
30/15 30/18 32/4 35/6 35/11
38/18 38/19 48/1 48/1 61/19
63/23 64/20 65/1 68/14 69/10
73/16 77/11 82/14 83/19
106/9 107/17 109/7 110/24
111/3 112/4 112/12 112/22
112/23 112/25 113/1 113/4
113/4 113/14 113/17 114/2
114/5 114/6 114/11 115/1
115/6 115/25 116/24 117/6
117/7 117/10 118/3 118/14
119/2 120/8 120/23 121/4
121/5 121/15 122/2 122/23
122/24 123/12 123/13 123/17
124/2 124/15 124/18 126/8
126/9 127/25 129/4 132/22
137/11 137/14 137/22 138/8
138/14 138/15 138/15 138/16
140/9 141/6 141/14 141/16
143/7 143/16 144/5 144/12
144/17 144/19 145/13 146/14
146/16 151/4 151/20 151/25
152/2 152/15 153/7 153/10
153/16 154/18 157/25 158/15
158/16 158/23 159/1 159/11

**out... [10]** 160/2 161/10 166/3 168/2 171/5 172/18 178/18 180/15 181/24 182/1
**out-of-court [2]** 30/15 30/18
**outcome [1]** 153/23
**outlines [1]** 8/13
**outpatient [1]** 110/6
**outside [19]** 15/21 18/8 18/13 18/16 18/20 18/24 19/2 26/9 32/3 34/1 38/12 67/10 128/23 130/5 137/3 139/8 155/11 155/18 157/10
**outward [1]** 149/2
**outweighed [1]** 32/20
**over [36]** 21/1 28/14 34/16 42/4 43/18 43/21 48/12 48/25 49/12 49/14 54/25 55/13 56/13 56/14 61/2 67/6 71/11 71/16 72/2 85/19 109/25 114/3 114/18 117/10 119/1 124/17 128/5 128/9 136/6 143/13 160/24 164/23 166/14 168/9 168/9 179/19
**overboard [2]** 27/11 27/17
**overhead [4]** 51/6 51/14 52/14 54/1
**overly [4]** 115/13 126/5 126/6 145/15
**overseas [6]** 6/20 8/22 61/12 61/22 69/19 70/6
**overview [1]** 76/4
**own [13]** 5/23 14/8 14/13 14/18 22/23 63/24 70/11 109/10 109/11 115/19 153/18 157/20 174/4

**P**

**p.m [17]** 80/6 85/7 87/20 91/2 92/10 92/15 92/22 93/6 93/11 95/1 95/2 95/6 95/10 95/16 96/8 107/22 107/22
**pace [1]** 64/16
**page [53]** 3/2 26/1 26/12 26/16 37/23 44/12 44/14 44/14 45/9 45/10 45/18 45/19 46/8 46/12 51/3 51/4 51/7 51/9 58/11 65/23 66/4 66/24 75/11 75/13 75/19 76/1 76/13 76/18 76/18 77/8 80/4 83/23 84/12 85/3 88/22 89/23 96/5 100/12 100/13 100/13 100/18 101/9 101/23 102/8 103/5 103/5 103/10 103/15 103/21 113/2 122/4 139/21 143/21
**Page 1 [2]** 45/9 45/18
**Page 1305 [1]** 100/13
**Page 1306 [1]** 102/8
**Page 1362 [2]** 76/18 76/18
**Page 3 [2]** 51/7 103/5
**Page 7 [1]** 139/21
**Page 91 [1]** 150/1
**pages [5]** 75/20 75/21 100/11 148/14 150/1
**Pages 93 [1]** 150/1
**paid [2]** 72/7 134/23
**pain [19]** 106/6 111/19 111/20 111/21 114/20 114/22 114/24 126/13 126/15 126/18 135/11 136/1 136/8 143/10 143/12 155/16 155/17 155/21 156/4

**palm [1]** 129/23
**Palmer [1]** 80/17
**palpable [1]** 129/24
**panel [1]** 73/10
**paper [1]** 54/3
**paragraph [4]** 26/20 52/3 58/18 77/23
**paren [1]** 94/18
**parenthesis [5]** 86/23 87/7 90/17 91/3 95/12
**parents [2]** 60/21 86/15
**parliamentary [1]** 62/25
**part [23]** 7/19 7/22 7/25 9/5 19/24 39/17 48/2 51/16 51/18 56/18 56/18 57/19 60/17 74/20 84/23 105/23 105/24 106/25 120/14 129/25 135/23 138/19 153/2
**part -- I [1]** 129/25
**particular [4]** 7/21 76/1 113/4 168/21
**particularly [3]** 117/1 164/6 169/3
**parties [1]** 163/17
**parts [1]** 135/15
**party [7]** 30/23 31/8 31/12 31/12 32/1 32/2 32/2 38/12
**pass [4]** 56/25 104/13 135/2 151/7
**patient [14]** 109/15 109/17 109/21 110/1 110/24 119/7 128/2 136/25 149/22 152/5 152/9 153/22 154/8 180/9
**patient's [3]** 123/2 123/2 124/14
**patients [11]** 112/8 112/13 113/23 115/12 130/9 138/2 146/24 148/13 150/8 151/3 153/7
**patriots [1]** 71/11
**pattern [4]** 162/25 165/5 166/21 176/7
**paying [1]** 73/8
**payroll [1]** 96/16
**PC [1]** 1/15
**pectoral [2]** 112/1 112/3
**peculiar [2]** 73/21 73/24
**peek [1]** 129/12
**peeling [1]** 178/4
**pending [1]** 177/8
**Pennsylvania [1]** 1/22
**people [52]** 5/5 6/1 6/6 6/9 6/13 10/6 10/13 13/11 17/14 18/8 22/12 23/6 24/2 24/8 31/20 47/12 47/14 57/3 63/1 63/22 63/23 63/24 64/16 66/16 71/10 71/21 71/25 72/2 73/16 73/17 76/1 80/10 84/16 86/4 86/5 86/7 88/13 97/7 119/19 120/22 139/11 140/5 140/19 148/9 153/16 154/4 154/4 154/13 154/18 157/20 168/10 176/16
**per [1]** 46/3
**per-share [1]** 46/3
**percent [1]** 72/22
**perfect [9]** 12/12 12/15 132/15 154/2 154/7 154/7 154/11 154/15 156/20
**perform [1]** 137/9
**performed [4]** 123/20 126/20 137/13 137/22

**permill [2]** 163/15
165/17 167/15 167/19
**period [7]** 62/3 68/12 89/20 141/11 143/13 154/13 154/17
**permanent [2]** 130/3 140/22
**permissible [1]** 167/17
**permission [1]** 126/24
**perpetrated [1]** 160/19
**perpetrator [2]** 163/18 181/6
**perpetrators [1]** 172/4
**Perry [1]** 80/14
**person [22]** 5/11 6/2 14/13 14/18 17/17 31/11 32/12 32/15 34/9 35/14 38/24 56/9 102/20 136/5 136/7 144/6 144/6 144/18 145/8 145/14 177/5 181/2
**personal [2]** 8/2 96/15
**personally [3]** 42/14 154/6 154/18
**personnel [6]** 65/12 71/11 71/16 76/24 78/18 78/21
**perspective [1]** 169/12
**pertains [1]** 10/3
**Pete [1]** 53/11
**petite [2]** 144/14 145/8
**phase [1]** 179/14
**phenomenon [1]** 120/7
**photo [3]** 122/14 125/24 158/10
**photograph [12]** 122/7 122/15 122/15 122/19 125/13 133/7 133/19 133/20 133/21 156/11 156/19 156/24
**photographed [1]** 150/20
**photographs [18]** 121/18 122/5 124/7 124/21 124/24 128/12 129/21 133/23 134/2 143/22 144/23 147/5 147/6 147/18 147/21 148/23 148/24 156/7
**photos [1]** 125/1
**physician [1]** 134/21
**physician's [1]** 100/1
**pick [3]** 141/21 157/16 176/2
**picture [13]** 123/7 125/8 125/17 125/20 125/21 126/4 126/7 144/3 148/4 149/3 150/13 150/14 150/15
**pictures [4]** 125/3 133/11 140/24 148/20
**place [7]** 7/8 7/19 13/3 22/22 100/12 152/15 171/18
**placed [5]** 85/20 85/25 115/9 126/7 147/24
**places [5]** 14/23 19/6 61/5 103/12 156/2
**placing [1]** 115/16
**plain [1]** 101/20
**plaintiff [9]** 1/3 4/7 25/17 58/11 60/2 167/14 167/15 173/21 177/12
**plaintiff's [1]** 172/24
**plaintiffs [2]** 1/13 59/14
**plaintiffs' [18]** 24/20 25/14 25/15 25/23 26/11 28/9 28/12 50/16 50/21 51/10 52/5 52/6 52/8 52/17 60/2 62/11 68/23 134/6
**Plaintiffs' 84 [1]** 25/14
**plan [3]** 53/8 107/18 164/3
**planned [2]** 73/7 162/2
**planning [1]** 69/8

plans [1] 79/14
plastic [4] 109/4 109/4 109/7 124/2
play [5] 105/20 107/4 117/8 122/22 133/4
played [3] 57/12 116/21 133/6
playing [3] 72/20 106/24 107/6
plead [1] 162/10
pleadings [2] 15/21 170/14
please [44] 4/3 4/5 5/3 5/15 7/18 22/1 24/17 25/8 26/2 28/9 28/21 29/5 35/11 37/17 37/21 44/10 51/3 57/4 57/6 59/19 76/22 79/23 80/2 80/5 81/10 83/6 90/2 93/19 94/6 94/17 103/1 107/11 107/24 108/18 108/25 134/2 139/22 143/22 148/15 148/17 159/23 160/1 170/24 180/9
pleased [1] 160/3
pled [5] 15/24 161/19 162/11 162/11 164/8
PLLC [1] 1/21
plus [2] 72/10 72/19
PM [2] 90/7 90/9
pneumo [1] 143/13
pneumothorax [12] 130/19 130/23 130/25 131/6 131/8 132/7 133/3 133/4 133/6 142/3 143/6 143/12
pneumothoraxes [1] 132/4
point [30] 13/9 17/1 37/21 46/14 49/8 50/15 55/23 57/9 59/12 77/23 78/20 81/13 90/8 90/14 101/11 106/9 116/9 128/8 141/8 146/23 147/14 153/23 163/15 166/25 167/21 168/1 168/12 174/10 176/19 181/20
pointed [1] 172/20
pointing [3] 122/23 124/2 149/2
points [1] 16/23
policies [9] 9/18 10/23 13/11 21/11 22/19 23/2 24/15 84/3
policy [8] 11/20 11/22 21/13 22/8 22/16 24/13 41/25 42/6
poor [1] 174/9
Porter [1] 2/5
portion [3] 68/23 70/2 70/3
position [21] 11/6 19/14 21/3 21/10 112/4 112/12 112/22 115/1 117/10 118/7 118/19 120/18 123/18 124/19 128/25 129/18 132/23 152/3 153/9 172/9 178/25
possessions [1] 96/16
possibility [1] 163/19
possible [6] 9/15 10/12 41/19 41/21 68/15 113/12
possibly [4] 14/20 16/21 136/13 156/23
post [10] 111/14 127/11 127/14 127/18 140/24 144/2 154/9 172/19 172/20 172/22
post-employment [3] 172/19 172/20 172/22
post-op [3] 140/24 144/2 154/9

post-procedure [2] 127/11 127/14
post-trauma [1] 127/18
post-traumatic [1] 111/14
posted [2] 64/24 64/25
postoperative [1] 127/8
postsurgical [1] 128/12
potential [1] 153/25
potentially [1] 119/17
pounds [4] 115/9 116/10 116/11 116/11
PowerPoint [3] 77/10 77/12 100/19
PPE [1] 8/2
practice [8] 109/9 109/10 109/11 110/4 147/2 162/25 165/13 165/17
Prayer [1] 40/16
pre [5] 125/21 133/11 140/24 144/1 149/3
pre-op [5] 125/21 133/11 140/24 144/1 149/3
preceding [1] 50/12
predecessor [1] 36/12
predicate [1] 179/13
predicated [1] 86/17
predicted [1] 147/23
predominantly [1] 63/9
preferred [2] 109/25 179/21
prejudices [1] 173/21
prejudicial [2] 32/16 38/14
preliminary [1] 162/18
preoperative [2] 144/23 145/2
prepare [5] 79/8 82/9 93/16 127/8 127/11
prepared [6] 49/17 79/24 81/21 82/12 89/4 127/15
prepares [1] 9/12
presence [1] 87/8
present [6] 4/2 57/5 59/18 107/10 107/23 159/25
presentation [1] 8/4
presented [1] 74/14
presents [1] 138/13
press [1] 101/25
presumed [1] 16/20
pretty [15] 64/3 101/21 114/4 116/2 118/21 129/17 137/4 140/20 140/22 141/3 141/3 145/22 148/25 149/7 153/24
prevent [1] 165/15
prevented [1] 178/7
preventing [1] 97/13
previous [3] 72/21 125/3 126/5
previously [5] 68/11 94/2 97/8 115/9 163/8
price [1] 162/23
primary [3] 9/17 20/15 59/12
printed [7] 55/22 55/23 89/7 89/8 92/7 94/13 96/21
printing [1] 56/9
prior [6] 46/12 67/25 68/24 77/18 77/21 173/6
privacy [2] 7/3 63/25
privy [2] 48/6 87/12
probability [1] 134/19
probable [1] 147/13
probably [10] 44/19 62/22 72/13 82/22 102/24 131/10 131/17 142/24 146/25 167/17
probative [3] 32/20 34/20

problem [12] 32/8 92/6 114/19 123/25 138/7 143/2 162/18 164/16 171/13 179/23 180/2 180/2
problems [2] 140/11 149/21
procedure [3] 127/11 127/14 146/17
procedures [3] 7/23 13/11 21/11
proceedings [3] 1/24 182/20 183/2
process [6] 7/7 10/9 10/10 64/13 109/22 163/20
produced [2] 1/24 179/4
producing [2] 39/7 176/3
product [1] 73/8
proffer [1] 165/6
profit [1] 56/16
program [17] 6/17 7/10 80/14 80/21 80/22 90/20 90/21 90/25 91/6 93/2 93/3 93/10 95/8 95/14 109/8 159/15 166/21
progress [2] 127/12 127/14
progression [4] 128/2 128/9 128/11 154/16
prohibiting [2] 22/19 23/2
prohibition [1] 33/17
project [24] 19/15 20/8 20/13 20/14 21/4 21/10 27/14 36/8 39/19 43/16 61/19 61/21 62/3 67/7 69/24 71/9 76/11 80/16 80/24 90/10 90/11 90/12 90/13 102/15
promise [1] 143/25
promoted [1] 98/15
prone [3] 135/24 136/2 136/4
pronoun [3] 87/22 103/20 104/2
pronounce [1] 98/3
proof [5] 16/15 164/3 171/19 172/12 176/24
proper [2] 7/23 16/9
properly [4] 115/4 123/16 177/5 177/6
property [1] 35/21
proportioned [1] 115/4
protect [5] 9/15 161/21 168/10 174/2 174/8
protection [1] 174/5
protective [1] 8/2
protects [1] 9/18
proud [2] 76/10 150/13
prove [9] 32/17 34/21 39/8 166/18 167/3 171/15 171/18 173/25 174/12
proved [3] 16/7 16/8 176/17
proven [1] 163/8
provide [17] 17/13 74/5 76/15 79/5 79/12 85/9 89/19 91/13 93/7 95/5 95/13 97/16 101/19 102/18 129/6 181/13 181/19
provided [7] 87/6 97/9 97/15 99/16 99/23 100/5 160/11
provides [1] 73/1
providing [3] 90/3 96/15 164/22
puckers [1] 130/11
Puerto [2] 60/20 60/23
pull [3] 45/13 141/24 170/24
pulled [1] 173/4

**P**

**pulling [1]** 21/1
**puncture [4]** 132/2 132/8
142/17 143/12
**punctured [1]** 131/7
**puncturing [1]** 143/6
**punish [1]** 24/2
**punishable [1]** 179/20
**Punishing [1]** 24/18
**punishment [1]** 179/17
**punitive [13]** 161/4 161/5
162/24 165/17 167/5 175/8
175/12 175/22 175/23 176/5
179/12 179/16 179/22
**punitives [2]** 179/24 180/5
**purpose [2]** 13/2 174/15
**purposes [3]** 5/17 38/25 164/3
**push [1]** 151/20
**pushes [2]** 118/11 153/17
**put [41]** 24/25 25/8 30/18
52/17 65/22 80/1 82/7 88/10
109/19 110/15 112/20 113/21
116/13 119/7 120/13 124/5
128/22 129/6 131/12 131/21
132/6 134/3 139/21 140/7
143/21 144/21 144/23 145/16
148/14 154/7 156/6 169/2
170/20 171/22 173/19 174/2
174/3 174/7 174/25 175/17
176/18
**putting [8]** 113/2 121/6
128/21 132/1 137/24 139/7
139/12 173/18
**PX [1]** 170/21

**Q**

**quality [2]** 73/7 124/24
**question [27]** 8/13 12/20 16/1
16/9 18/14 31/22 54/2 59/12
71/20 74/4 99/25 112/15
113/24 126/5 126/14 133/3
143/11 143/11 147/20 150/3
155/13 156/18 157/19 160/13
172/5 172/7 174/10
**questioned [1]** 146/17
**questions [12]** 62/10 67/23
67/24 69/16 75/9 97/22 98/17
98/20 104/14 109/22 154/22
157/24
**Quezada [1]** 163/25
**quick [1]** 176/10
**quiet [1]** 166/15
**quite [2]** 115/25 136/23
**quote [2]** 37/7 146/18
**quoted [2]** 33/20 171/24
**quotes [2]** 102/4 102/9
**quoting [1]** 34/8

**R**

**raise [1]** 117/7
**random [1]** 69/25
**rape [16]** 42/9 42/11 42/12
48/9 48/22 75/4 78/14 83/14
85/19 86/4 100/6 111/15
123/20 155/3 168/5 168/5
**raped [1]** 168/4
**rapists [1]** 168/9
**rate [1]** 140/8
**rather [1]** 102/17
**ratification [9]** 161/18
161/22 162/11 162/13 162/17

**ratified [2]** 163/7 170/7
**reach [2]** 160/13 162/19
**reached [5]** 38/24 99/7 160/3
160/8 180/19
**read [11]** 16/20 29/10 35/11
37/13 46/16 59/11 79/23 83/6
113/5 173/7 173/15
**readily [3]** 64/23 146/1 146/2
**reading [2]** 35/6 38/7
**reads [1]** 172/6
**ready [7]** 4/4 4/24 25/6 25/7
37/7 107/15 149/19
**real [2]** 43/9 133/2
**realized [1]** 131/11
**really [46]** 9/6 14/18 16/25
27/22 39/8 43/9 46/19 54/1
54/2 106/18 111/5 114/25
115/14 118/13 119/15 119/15
120/16 124/2 124/3 124/20
125/22 126/1 128/23 129/12
131/12 131/25 133/20 136/16
137/7 141/7 141/7 141/19
142/25 149/14 150/17 152/12
152/13 152/14 152/16 153/1
156/18 159/17 161/1 162/25
172/25 181/5
**really what [1]** 161/1
**reason [11]** 9/17 13/3 37/4
37/10 54/13 102/5 114/17
115/5 120/14 147/14 160/17
**reasonable [3]** 99/15 115/10
134/18
**reasons [3]** 31/7 161/5 168/25
**rebuttal [1]** 177/9
**recall [23]** 23/20 29/23 39/22
39/23 41/5 67/23 98/14 110/7
111/19 111/22 111/25 122/7
130/6 140/25 142/10 144/4
156/12 158/1 158/6 165/25
169/18 179/4 179/13
**receipt [2]** 97/3 97/4
**receive [2]** 70/15 96/2
**received [10]** 57/9 57/10
68/24 77/16 77/20 77/20 78/2
78/24 96/4 168/14
**receiving [2]** 57/13 57/23
**recently [1]** 173/5
**Recess [2]** 59/17 107/22
**recessed [1]** 182/20
**recognize [4]** 88/9 122/3
122/4 124/25
**recognized [2]** 57/12 57/22
**recollection [5]** 23/15 53/6
71/4 71/4 88/1
**reconstruct [1]** 41/5
**reconstructive [3]** 141/17
149/9 149/25
**record [15]** 30/21 31/3 31/4
31/5 34/22 45/8 69/7 93/16
106/8 113/3 113/4 167/18
167/22 182/17 183/2
**recorded [1]** 1/24
**records [8]** 119/24 122/3
122/4 122/20 124/6 131/2
132/10 150/19
**RECROSS [1]** 104/16
**RECROSS-EXAMINATION [1]** 104/16
**recruiting [1]** 151/3
**recurrence [2]** 140/21 141/11
**redirect [4]** 98/21 98/23
154/24 155/1

**refer [6]** 27/19 77/22 78/23
80/12 102/20 112/25
**reference [6]** 49/8 62/14
103/12 103/16 121/25 158/16
**referenced [1]** 59/22
**referencing [1]** 104/5
**referred [4]** 78/25 99/2 99/9
105/9
**referring [4]** 38/18 76/13
78/1 131/9
**refers [4]** 85/23 87/22 104/9
104/10
**reflects [1]** 56/19
**refrain [1]** 29/17
**refresh [1]** 53/6
**refreshes [1]** 53/8
**refused [1]** 167/10
**regard [9]** 13/25 15/6 22/16
61/5 85/10 89/20 92/6 94/8
96/15
**regarding [4]** 35/17 58/13
81/11 81/21
**regardless [1]** 78/4
**regards [4]** 21/17 22/7 31/25
31/25
**Regina [1]** 40/16
**regular [3]** 148/11 165/13
165/17
**regularly [2]** 120/19 159/21
**reinforce [1]** 76/7
**related [5]** 7/3 7/20 7/25
10/2 67/10
**relating [1]** 166/10
**relation [1]** 143/9
**relations [7]** 40/25 41/7
41/16 41/19 40/23 102/11
102/13
**relationships [1]** 23/2
**relative [1]** 154/12
**relatively [1]** 6/4
**relax [1]** 130/12
**released [1]** 48/20
**relevance [2]** 31/21 165/10
**relevant [10]** 132/18 132/20
164/17 170/7 173/15 173/23
173/25 175/11 176/5 179/18
**relied [1]** 58/12
**relies [1]** 15/16
**relieve [1]** 126/18
**religiously [1]** 129/17
**rely [2]** 15/11 77/2
**remain [1]** 98/7
**remainder [1]** 98/16
**remained [2]** 29/21 98/13
**remember [13]** 39/15 39/16
40/5 40/23 49/6 53/12 55/1
62/12 98/15 100/9 116/6
130/8 156/25
**remembered [1]** 57/23
**reminded [2]** 29/12 156/6
**Remo [4]** 27/4 27/13 27/14
80/23
**remotely [1]** 165/5
**remove [1]** 146/3
**rendezvous [1]** 93/4
**rendition [1]** 119/4
**rep [4]** 90/20 90/22 90/25
91/6
**repair [22]** 113/16 113/18
113/24 114/5 120/11 121/3
121/9 121/11 128/20 130/2

**R**

**repair... [12]** 131/12 131/23
 132/3 132/6 139/2 139/2
 139/3 140/20 148/4 150/18
 150/24 152/18
**repaired [3]** 131/4 131/20
 131/25
**repairing [1]** 120/16
**repairman [1]** 113/11
**repairs [1]** 120/23
**repeat [1]** 153/16
**report [47]** 24/2 24/4 24/8
 29/25 37/25 40/1 81/13 81/14
 81/19 81/21 82/2 82/25 83/7
 83/8 84/20 84/21 84/22 84/22
 84/25 85/2 86/10 88/2 88/14
 88/15 88/21 89/24 91/8 91/9
 92/2 92/19 92/21 92/23 94/12
 94/18 94/21 95/2 96/7 96/12
 97/3 97/4 103/11 111/8
 114/20 127/9 136/25 155/16
 171/4
**reported [11]** 39/6 39/21 40/3
 41/2 111/7 111/11 111/14
 121/13 122/10 126/13 168/4
**REPORTER [2]** 2/13 183/7
**Reporter's [1]** 183/1
**reporting [7]** 24/9 27/9 40/6
 94/3 137/18 155/3 168/5
**reports [5]** 42/25 79/8 79/24
 114/14 156/4
**represent [9]** 5/6 46/13 122/2
 122/11 128/6 178/8 178/9 178/15
 178/16 178/19
**representation [3]** 15/12
 15/17 178/23
**representations [1]** 58/10
**representative [8]** 33/13
 41/12 90/17 93/2 93/3 95/8
 95/14 102/17
**representatives [1]** 86/12
**represented [1]** 76/4
**request [9]** 86/24 87/21 87/23
 87/23 87/24 103/17 103/20
 181/17 181/18
**require [3]** 141/17 172/12
 176/24
**required [2]** 81/14 81/15
**requirement [4]** 33/11 77/6
 163/9 163/10
**requirements [5]** 72/18 73/19
 73/21 73/24 76/8
**resembles [1]** 63/14
**reserve [1]** 98/16
**reserves [1]** 61/2
**residence [1]** 63/10
**residual [1]** 32/19
**resource [2]** 6/14 91/10
**resources [20]** 29/6 40/23
 41/8 41/10 41/14 80/17 81/7
 90/13 90/16 90/19 90/23 91/1
 92/25 93/4 93/6 93/9 94/3
 95/7 95/11 104/10
**respect [2]** 19/3 32/7
**respectfully [1]** 178/17
**respond [1]** 172/5
**respondeat [1]** 162/11
**response [6]** 16/11 58/1 62/10
 157/24 168/5 170/18
**responsibilities [2]** 20/15
 163/11
**responsibility [8]** 4/22 10/2
 12/18 21/7 79/12 80/20 81/4
 86/17
**responsible [1]** 20/13
**rest [2]** 22/12 100/18
**restraint [1]** 153/9
**restraints [1]** 153/10
**result [4]** 39/23 43/15 137/14
 137/23
**results [3]** 48/6 81/14 141/1
**resume [1]** 4/4
**retacking [1]** 157/7
**retained [1]** 134/21
**retaliation [7]** 24/6 169/15
 170/2 170/6 170/12 174/19
 174/20
**retaliatory [2]** 168/8 169/23
**retractors [2]** 142/21 142/22
**retribute [1]** 24/4
**return [2]** 34/12 77/4
**returned [3]** 62/2 86/21
 103/25
**review [6]** 75/11 82/13 110/1
 119/23 132/10 132/14
**reviewed [2]** 121/17 121/17
**reviewing [2]** 180/18 181/3
**revision [1]** 156/22
**ribs [4]** 115/2 131/13 131/15
 132/5
**Richmond [2]** 1/17 1/20
**Rico [2]** 60/21 60/23
**right [218]**
**right-hand [5]** 46/13 103/6
 125/20 128/14 128/18
**rip [1]** 152/22
**rise [2]** 57/4 159/23
**risk [2]** 18/21 117/7
**risks [12]** 17/24 18/4 18/4
 18/8 18/18 18/16 18/17 18/19
 19/1 19/2 19/3 19/4
**Riverway [3]** 1/16 1/19 2/11
**robust [2]** 135/20 135/23
**role [6]** 31/9 80/14 116/21
 117/8 133/4 133/6
**Ron [11]** 1/18 25/1 29/3 29/4
 78/17 81/6 84/14 84/18 91/10
 91/12 95/22
**room [18]** 6/23 6/24 6/25 39/6
 39/21 39/23 66/7 66/12 66/13
 67/1 67/2 69/17 69/17 69/25
 69/25 149/18 173/4 181/25
**Room 201 [1]** 67/2
**rooms [4]** 23/13 69/23 70/2
 70/4
**ROOT [3]** 1/6 1/7 61/4
**roster [3]** 64/24 65/7 65/11
**rotated [1]** 64/10
**rotation [1]** 64/11
**Roughly [1]** 48/16
**route [1]** 95/10
**Roy [1]** 80/15
**rubbing [1]** 115/1
**rule [17]** 11/2 11/11 12/16
 12/19 12/21 13/1 13/1 13/8
 15/17 20/17 20/18 20/21
 20/23 21/16 47/11 163/12
 171/17
**ruler [1]** 124/13
**rules [29]** 5/23 8/10 8/18
 10/23 10/25 11/3 11/6 11/8
 11/8 11/14 11/15 12/3 12/6
 12/10 12/23 12/24 13/2 13/3
 13/25 13/25
 14/4 14/9 14/13 15/6 171/17
 171/25
**Rumba [2]** 48/20 100/1
**run [1]** 182/1
**Runions [1]** 2/4
**running [1]** 159/18
**runs [1]** 5/23
**rupture [1]** 145/25
**ruptured [1]** 146/6
**Rusk [1]** 2/15
**Russell [1]** 53/2
**Rwanda [2]** 61/6 61/16

**S**

**S-H-Q-I-P-E [1]** 97/24
**safe [1]** 96/13
**safely [1]** 93/8
**safety [13]** 7/16 7/20 15/7
 15/16 20/13 20/16 21/8 58/13
 76/23 81/12 81/13 83/22
 97/12
**said [33]** 4/10 7/25 10/11
 20/9 26/8 37/4 37/6 37/10
 38/7 40/21 41/6 42/21 59/2
 59/14 59/15 62/12 68/8 98/25
 101/7 103/20 109/17 114/22
 116/5 116/14 131/3 144/11
 145/15 149/23 150/9 153/12
 154/6 166/1 176/16
**sake [2]** 63/24 116/18
**saline [6]** 145/17 145/18
 145/19 145/25 146/2 146/4
**same [27]** 11/14 24/11 30/1
 35/14 35/16 38/6 54/21 73/20
 84/16 88/13 92/6 92/11 94/1
 97/9 97/9 101/23 104/2 104/8
 143/22 145/20 172/12 172/12
 172/13 176/4 181/6 181/7
 181/7
**Santuro [3]** 169/16 169/25
 170/18
**Saran [1]** 119/9
**satisfied [5]** 33/12 141/1
 141/4 150/16 157/17
**Saturday [1]** 88/17
**saw [13]** 89/5 110/5 110/7
 115/6 116/7 116/22 117/16
 121/15 132/19 133/5 147/3
 147/11 160/10
**say [58]** 7/7 9/6 9/7 14/16
 14/17 20/24 22/24 31/24
 38/25 57/9 57/20 61/8 61/9
 63/21 67/1 69/20 72/15 75/25
 80/9 81/10 102/5 110/1
 115/12 115/13 116/10 116/25
 126/9 127/2 128/3 130/9
 136/10 136/23 138/2 138/13
 140/12 146/10 148/9 149/7
 149/12 150/2 153/12 154/12
 157/14 157/16 163/6 163/8
 167/8 168/3 168/24 168/24
 169/1 170/11 172/10 173/13
 174/16 179/11 180/16 180/17
**say -- I [1]** 80/9
**saying [11]** 12/18 67/20 83/11
 98/1 104/5 111/23 154/16
 168/22 171/10 172/5 173/22
**says [33]** 6/6 6/9 12/25 16/8
 27/16 27/22 28/19 29/10 32/1
 37/2 37/3 37/13 37/25 45/19
 46/14 52/20 56/6 58/25 84/20

**says... [14]** 87/19 88/14
  96/18 101/10 101/21 101/24
  102/4 102/9 103/11 103/24
  111/19 169/20 171/6 172/2
**scaffolds [1]** 100/19
**scar [1]** 157/16
**Scarano [2]** 181/12 181/16
**scared [1]** 37/11
**scars [1]** 149/16
**scenario [1]** 29/18
**schedule [5]** 73/5 73/5 73/6
  74/20 95/15
**scheduled [2]** 69/1 93/11
**scheduling [1]** 182/2
**school [2]** 60/22 109/6
**Schulz [2]** 123/19 123/21
**scope [7]** 15/21 32/2 34/2
  38/13 155/12 155/18 155/18
**screen [8]** 24/18 52/18 65/23
  80/1 82/7 83/14 88/11 125/20
**screening [1]** 7/2
**scroll [1]** 141/23
**search [3]** 69/17 69/23 69/25
**searched [3]** 39/22 39/23 70/4
**searches [2]** 69/18 69/25
**seat [2]** 22/21 108/5
**seated [6]** 4/3 57/6 59/19
  107/11 107/24 160/1
**second [14]** 36/3 52/21 66/24
  84/12 84/22 84/25 85/2 88/22
  89/23 96/5 103/21 104/10
  148/16 181/20
**secondly [2]** 15/20 175/19
**secret [1]** 43/25
**section [11]** 26/19 45/25
  62/19 62/21 63/3 75/22 75/24
  76/2 77/24 83/15 101/15
**secure [2]** 62/22 171/4
**secured [3]** 63/4 85/21 85/25
**security [31]** 21/5 21/6 21/7
  42/12 43/22 43/24 43/24 68/6
  78/18 80/19 81/8 81/12 81/14
  82/11 83/21 85/19 85/20 86/3
  86/19 86/21 87/2 87/8 90/7
  90/13 103/16 103/19 103/24
  104/10 106/15 164/21 164/22
**see [98]** 22/9 24/25 26/9
  26/24 27/5 27/24 28/21 31/21
  38/4 38/5 45/21 46/4 47/3
  50/4 51/7 51/8 51/19 52/17
  52/25 53/5 54/16 54/22 55/10
  55/12 58/22 66/4 78/12 83/16
  83/23 84/10 84/13 89/23
  91/17 103/9 103/10 110/10
  110/21 111/11 113/25 114/1
  115/8 117/18 121/14 121/16
  122/18 122/21 122/23 123/8
  125/5 125/22 125/24 126/1
  126/1 127/2 127/4 128/20
  129/10 133/20 133/21 133/23
  134/24 136/7 137/1 137/2
  138/11 140/19 140/21 141/8
  141/11 141/13 142/12 142/14
  142/14 142/15 145/5 147/4
  148/4 148/19 148/24 149/22
  150/1 151/5 151/24 154/3
  154/13 154/18 154/18 155/16
  156/14 157/5 157/11 158/25
  159/3 163/19 165/10 165/12
  167/4 175/23

  125/10 125/12 125/13 125/25
  132/19 141/24 147/18
**seem [1]** 49/1
**seems [7]** 48/24 113/3 124/11
  124/13 125/21 128/5 160/22
**seen [15]** 6/7 6/8 9/10 23/8
  40/4 49/25 53/12 54/25
  117/24 144/21 144/24 147/5
  154/8 158/18 164/18
**sees [1]** 48/19
**segregate [1]** 165/14
**segregated [1]** 66/13
**segregating [1]** 20/5
**select [1]** 5/11
**send [4]** 12/7 12/8 89/3
  167/10
**sending [2]** 57/13 82/13
**sends [3]** 6/17 12/4 20/21
**senior [1]** 86/17
**seniority [1]** 64/6
**sense [5]** 41/18 92/12 114/16
  133/1 138/10
**sensitive [6]** 115/2 115/2
  135/14 135/15 136/1 180/11
**sensitivity [1]** 135/13
**sent [10]** 28/1 28/25 29/2
  36/7 53/2 55/7 88/13 89/16
  92/14 96/19
**sentence [7]** 103/16 103/18
  103/24 104/3 104/9 104/10
  170/11
**separate [9]** 35/8 35/12 36/4
  54/10 67/8 85/21 85/25
  166/14 178/23
**September [10]** 110/9 111/2
  114/21 116/8 126/13 126/16
  130/24 132/19 133/5 134/15
**September 6 [1]** 111/2
**sequence [2]** 99/5 106/17
**series [1]** 121/18
**Serious [9]** 81/19 81/20 82/2
  83/6 83/8 88/20 96/7 97/3
  97/4
**server [2]** 43/3 43/4
**service [1]** 159/20
**services [3]** 1/7 50/1 86/14
**set [8]** 9/18 11/14 45/17
  112/22 136/15 166/21 172/14
  179/19
**setting [1]** 163/10
**settled [1]** 178/10
**seven [3]** 48/16 100/15 142/15
**several [9]** 20/2 31/7 40/5
  53/13 63/18 98/13 103/11
  116/8 127/5
**severe [14]** 114/7 114/7 114/9
  114/22 120/5 127/24 133/8
  133/10 133/10 133/11 136/8
  158/20 158/23 159/1
**severed [1]** 179/22
**severely [2]** 136/18 146/14
**severity [2]** 113/14 131/19
**sew [1]** 140/15
**sexual [28]** 17/11 17/13 22/17
  24/2 24/4 24/8 24/9 24/11
  24/13 24/15 27/23 29/12
  32/23 32/25 34/18 40/1 40/3
  40/21 41/7 41/14 81/11 85/19
  100/12 100/16 101/3 111/15
  137/5 167/16
**sexually [6]** 29/24 32/10 35/8

**shaken [2]** 42/21 42/25
**Shana [1]** 40/10
**shape [1]** 154/15
**share [1]** 46/3
**Shareholders' [1]** 46/14
**shares [1]** 46/5
**sharing [1]** 123/8
**Sharon [2]** 2/9 151/13
**she [161]** 29/24 31/15 32/4
  35/10 35/12 36/1 36/14 36/15
  36/18 37/1 37/1 37/1 37/4
  37/10 37/10 37/10 37/13
  39/18 39/18 39/18 39/19
  39/20 39/21 40/21 40/22
  40/23 41/15 41/16 42/21
  42/25 43/3 43/4 43/5 43/10
  43/12 43/13 43/14 43/18
  43/20 43/21 48/19 49/2 49/2
  49/18 49/20 50/3 50/6 50/14
  58/13 58/24 67/1 67/2 68/12
  69/5 69/6 69/12 71/6 75/2
  75/4 75/6 78/9 78/10 79/15
  83/11 85/25 86/4 86/7 86/15
  97/12 100/2 103/12 111/3
  111/7 111/11 111/11 111/14
  111/14 111/19 111/23 111/23
  111/25 112/2 112/2 112/3
  112/20 114/14 114/18 114/20
  114/21 114/22 114/22 114/22
  114/24 114/24 114/24 114/5
  115/6 115/8 115/8 115/22
  115/22 116/5 116/6 116/7
  116/8 116/9 116/10 116/11
  124/3 125/25 126/12 126/15
  127/1 127/4 127/17 127/23
  129/5 129/8 129/9 129/10
  129/11 129/12 129/20 129/25
  130/6 130/7 130/13 131/7
  131/9 131/10 131/10 131/11
  131/12 131/17 131/21 132/11
  132/15 132/16 133/20 141/15
  142/9 142/20 142/25 143/3
  145/1 146/18 147/4 147/14
  147/23 148/1 150/4 150/5
  150/16 155/16 155/17 168/4
  168/4 169/12 171/5 175/25
  176/23
**she's [10]** 31/13 42/25 45/6
  48/20 48/25 100/2 125/25
  143/1 154/15 169/13
**sheet [2]** 7/24 139/12
**Shenk [1]** 80/21
**shifted [1]** 152/2
**shifting [1]** 131/1
**Shook [6]** 50/9 53/1 68/4 68/5
  68/6 69/1
**short [3]** 99/12 99/19 141/11
**shortly [1]** 122/9
**should [14]** 7/7 8/19 13/16
  24/2 34/12 49/16 51/4 140/11
  160/14 160/18 165/14 172/11
  172/18 179/2
**shoulder [2]** 153/9 153/9
**shouldn't [1]** 8/20
**show [25]** 12/24 13/12 24/22
  38/20 51/23 52/23 53/9 54/1
  68/22 79/21 92/1 95/19 96/3
  121/24 124/4 125/8 125/9
  146/13 147/10 147/20 161/23
  162/24 162/24 165/13 165/16
**showed [1]** 146/10

**showing [3]** 119/14 161/19
171/25
**shown [1]** 68/4
**shows [4]** 33/9 37/20 123/15
168/8
**Shqipe [9]** 30/7 35/21 37/3
97/23 97/25 98/1 98/2 98/3
98/13
**side [15]** 46/13 54/25 113/13
118/22 122/22 122/25 123/13
123/14 124/13 125/20 128/15
128/18 148/25 148/25 152/21
**sidebar [4]** 15/23 30/13 34/15
155/10
**sides [3]** 113/8 133/21 169/10
**sign [3]** 8/5 8/25 9/11
**signal [1]** 107/2
**signed [3]** 9/25 58/24 127/4
**significant [4]** 113/9 113/10
138/19 153/2
**significantly [2]** 115/23
128/18
**signs [7]** 16/19 146/11 146/13
158/20 158/22 158/25 159/2
**silence [1]** 15/17
**silicone [4]** 145/17 145/19
145/24 146/1
**similar [5]** 73/19 145/20
160/3 165/5 171/12
**simple [3]** 27/23 64/3 101/20
**simply [6]** 33/12 152/9 153/18
162/1 171/22 178/8
**simultaneously [1]** 7/2
**since [21]** 16/8 19/1 62/14
69/19 86/10 89/20 92/23
101/14 111/23 121/19 161/10
166/21 166/21
**single [2]** 55/9 167/14
**single-plaintiff [1]** 167/14
**sir [146]** 4/25 5/2 5/3 5/19
5/21 5/25 6/4 6/8 6/9 6/14
6/15 6/21 8/9 8/15 8/20 8/21
8/24 9/4 9/10 9/13 9/22 10/5
10/14 10/18 11/1 11/23 11/23
12/2 12/7 12/20 13/3 13/15
13/18 14/6 15/10 15/13 17/6
17/10 17/16 17/20 18/3 19/10
19/13 20/19 20/20 21/6 21/20
22/3 22/13 22/18 22/24 23/9
23/16 23/25 24/10 24/12 26/9
26/13 26/14 26/25 27/3 27/6
27/8 27/12 27/21 28/4 28/16
28/17 28/24 29/2 29/3 29/9
29/19 29/22 30/1 35/13 36/1
36/3 37/24 39/17 41/3 41/4
41/13 42/2 42/13 42/18 42/20
43/2 43/18 44/4 44/21 44/23
45/16 45/22 46/1 46/6 46/18
46/25 47/21 47/23 48/11 49/4
49/12 50/2 50/10 52/19 53/4
53/9 54/12 54/16 54/20 54/23
55/2 55/5 55/11 55/14 55/20
56/22 81/11 81/17 81/17
82/21 84/25 88/20 92/9 99/1
99/13 99/20 100/10 101/3
101/23 102/23 103/3 103/5
103/8 103/21 103/22 108/4
109/3 111/22 134/19 154/25
156/14 157/1 158/11 166/11
**sit [6]** 7/8 15/25 170/12

**situation [6]** 74/9 79/4 79/5
81/12 98/5 113/17
**situations [2]** 29/17 176/9
**six [6]** 28/25 45/19 46/4
73/12 100/15 111/8
**six-page [1]** 45/19
**size [9]** 70/1 115/3 115/4
115/11 115/12 115/24 115/24
116/2 116/19
**sizing [4]** 115/11 115/14
115/17 115/18
**skin [21]** 117/2 117/5 118/12
118/17 118/20 120/15 120/16
123/12 124/14 124/20 125/23
140/13 140/14 148/6 149/16
151/25 152/2 157/4 157/8
157/10 157/13
**skipping [1]** 134/11
**Skype [2]** 106/16 106/17
**slice [1]** 38/16
**slide [3]** 76/1 77/13 118/19
**slightly [3]** 116/13 119/4
158/23
**slow [1]** 162/3
**slowly [2]** 29/14 29/14
**small [11]** 22/5 62/11 62/12
63/13 131/20 131/25 144/6
144/14 145/4 145/7 145/8
**smaller [3]** 116/14 144/18
145/14
**smoke [1]** 100/21
**so [204]**
**so-called [1]** 10/6
**solemnly [2]** 4/15 108/8
**solicitous [1]** 168/14
**Somalia [2]** 61/6 61/13
**some [74]** 7/16 8/5 8/7 9/5
11/16 15/10 17/12 19/3 21/2
23/8 23/13 23/20 31/12 33/6
38/22 39/3 47/14 55/6 62/10
63/20 63/22 67/23 67/24
69/16 76/5 76/7 76/15 78/20
79/6 79/17 81/3 94/1 97/22
99/17 111/23 115/3 116/5
119/19 122/21 127/11 129/6
135/11 137/1 137/4 137/5
137/6 138/3 139/11 139/13
140/3 140/3 140/7 140/14
140/21 141/8 141/11 142/21
147/5 149/2 149/11 149/23
152/22 153/7 154/3 154/4
154/13 156/2 157/6 161/24
165/3 165/22 166/7 177/25
181/22
**somebody [14]** 36/22 55/22
58/2 67/11 71/6 75/20 76/19
132/4 136/17 138/13 169/20
173/3 176/2 176/25
**somebody's [1]** 118/18
**somehow [1]** 19/24
**someone [11]** 14/7 22/23 39/6
99/24 109/18 120/20 132/2
142/19 153/4 177/9 179/22
**someone's [3]** 38/19 135/13
140/17
**something [30]** 12/18 12/24
17/11 18/6 18/21 18/22 22/2
44/9 49/23 56/10 78/12 84/10
89/4 98/25 102/6 115/14
120/11 128/6 128/6 138/2
138/19 142/4 142/16 149/12

**somewhere [1]** 179/20 182/7
**sometimes [10]** 54/4 117/8
128/11 136/25 137/17 142/18
151/24 153/10 157/21 169/25
**somewhat [3]** 20/11 144/5
150/7
**somewhere [1]** 32/4
**sorry [21]** 23/19 25/1 28/10
28/12 30/4 34/24 44/6 45/15
46/21 57/13 57/18 59/9 76/21
98/3 100/25 125/16 126/15
158/12 158/21 159/17 159/22
**sort [14]** 49/13 64/16 75/25
77/23 79/6 117/10 117/18
118/9 118/11 130/19 132/18
140/1 152/22 170/22
**sorts [2]** 7/19 22/5
**SOS [2]** 76/19 76/25
**Sotto [6]** 25/25 34/15 51/22
53/14 59/24 180/10
**sounded [2]** 131/20 132/8
**soup [2]** 176/3 176/4
**source [1]** 87/25
**sources [1]** 82/10
**south [1]** 119/1
**SOUTHERN [1]** 1/1
**space [4]** 61/21 121/15 139/5
139/6
**spaced [2]** 55/8 55/9
**Spain [2]** 60/16 60/19
**speak [7]** 13/24 78/19 86/14
102/4 102/10 150/14 179/8
**speaking [4]** 38/15 48/16
110/12 157/24
**special [1]** 87/1
**specialist [2]** 102/11 102/14
**specific [7]** 34/18 72/5 74/5
75/13 82/23 121/25 130/6
**specifically [9]** 13/8 41/15
51/8 52/2 69/6 71/18 74/1
171/16 172/22
**specifics [1]** 161/2
**spectrum [1]** 115/11
**speculation [1]** 104/25
**speed [1]** 21/1
**speeding [1]** 20/25
**spelled [1]** 163/22
**spend [1]** 182/4
**spending [3]** 22/22 47/24
109/23
**spent [3]** 47/16 47/21 61/12
**spite [1]** 36/4
**spoke [3]** 86/15 104/18 105/3
**spoken [1]** 38/19
**spokesman [1]** 5/12
**spot [1]** 131/7
**spread [1]** 152/19
**St. [1]** 109/8
**St. Joseph [1]** 109/8
**stack [1]** 102/24
**staff [4]** 34/15 76/20 148/21
180/10
**stake [1]** 172/25
**stand [3]** 4/7 41/6 81/18
**standard [2]** 12/15 176/24
**standing [1]** 76/13
**standpoint [1]** 131/5
**start [10]** 48/19 48/20 83/11
118/7 122/21 124/2 178/3
182/3 182/13 182/14
**started [4]** 37/18 59/20 66/8

**started... [1]** 109/6
**starting [7]** 122/21 122/22 122/24 123/10 123/12 124/14 141/14
**starts [9]** 30/6 52/20 55/13 55/15 84/13 94/1 117/7 118/19 118/20
**state [44]** 5/3 10/14 19/17 19/19 19/21 19/23 19/24 20/4 20/12 22/6 46/17 48/6 48/8 48/12 49/12 50/1 50/6 67/9 67/10 69/9 69/14 71/17 73/24 76/6 86/16 87/1 87/3 87/5 87/6 87/11 87/15 90/16 90/19 92/25 93/4 93/14 95/17 97/15 97/19 97/21 164/22 164/23 164/24 165/20
**stated [8]** 19/9 39/20 42/1 60/15 71/1 83/25 87/7 178/19
**statement [39]** 6/4 6/15 8/18 11/9 11/16 12/2 14/11 14/12 15/12 15/13 19/5 24/10 24/12 30/15 30/19 30/22 30/23 31/8 33/19 34/3 34/4 34/4 34/8 38/11 38/12 38/20 39/2 41/16 44/3 47/23 86/25 87/10 87/13 87/21 101/24 102/2 106/20 164/21 174/4
**statements [7]** 30/15 32/3 38/18 38/22 39/1 45/20 87/6
**states [13]** 1/1 1/11 19/16 19/22 20/11 36/1 49/21 60/16 60/25 61/25 62/2 82/21 164/25
**stateside [2]** 61/20 78/24
**stating [2]** 36/14 127/23
**stationed [1]** 60/17
**statistic [1]** 138/12
**statistical [1]** 167/18
**statistics [2]** 17/13 137/17
**status [4]** 79/14 94/8 127/17 178/1
**stay [3]** 34/13 159/15 180/1
**stayed [3]** 60/21 61/14 61/16
**stenography [1]** 1/24
**step [5]** 57/7 105/16 149/19 156/14 159/7
**Stephanie [4]** 1/21 1/21 2/4 44/25
**stepped [1]** 176/13
**steps [4]** 27/18 30/18 99/18 110/2
**Steve [1]** 80/21
**still [15]** 34/1 42/25 51/10 59/11 129/23 139/12 140/13 149/1 150/6 157/2 157/2 157/3 157/3 157/9 158/17
**stipulated [1]** 42/6
**stitch [3]** 130/9 131/12 131/21
**stitches [9]** 120/13 121/6 128/22 128/22 129/23 130/1 130/2 130/3 139/7
**stitchings [1]** 138/24
**stood [2]** 64/21 123/20
**stop [3]** 85/22 106/7 167/6
**stopped [1]** 71/7
**stories [1]** 153/6
**story [7]** 112/2 114/16 114/17 114/18 128/2 169/11 169/13

**straight [1]** 110/8
**Street [3]** 1/22 2/6 2/15
**stress [2]** 111/14 142/3
**stretch [5]** 117/5 117/11 118/17 123/12 124/14
**stretched [6]** 120/15 121/15 148/6 152/1 152/2 157/4
**stretching [2]** 118/20 125/23
**string [2]** 53/9 57/19
**strong [1]** 172/6
**stronger [1]** 140/14
**structure [1]** 145/10
**struggling [1]** 117/18
**studied [1]** 109/7
**stuff [5]** 7/13 8/4 13/24 100/14 163/3
**subcontractors [1]** 71/15
**subject [2]** 55/8 176/21
**subjected [2]** 136/5 136/6
**subjective [2]** 141/10 149/12
**submitted [7]** 82/16 82/19 82/20 85/4 92/2 94/21 96/6
**subordinates [1]** 23/3
**Subparagraph [1]** 58/19
**substantive [1]** 54/1
**success [2]** 120/18 140/8
**successful [1]** 116/2
**such [10]** 14/23 15/15 19/6 73/3 73/25 150/12 163/9 164/3 165/7 165/23
**sued [1]** 32/14
**suffer [1]** 135/11
**suffered [1]** 120/4
**sufficiently [2]** 136/12 141/16
**suggest [2]** 16/25 180/20
**suggested [2]** 29/16 175/5
**Suite [3]** 1/16 1/19 2/11
**summarize [1]** 120/17
**summary [1]** 70/12
**Sunday [3]** 91/18 93/11 95/9
**superior [1]** 162/11
**supervise [1]** 71/10
**supervisors [2]** 23/3 166/8
**supplemental [1]** 172/20
**supply [3]** 92/24 135/21 135/23
**support [14]** 19/17 19/19 20/5 20/12 61/21 71/15 73/1 82/12 86/13 86/20 117/2 119/16 124/20 144/19
**supporting [2]** 71/16 118/9
**supportive [3]** 129/14 133/16 139/12
**suppose [4]** 17/16 155/7 179/11 179/15
**supposed [3]** 26/4 129/3 153/3
**supposedly [1]** 30/16
**sure [34]** 7/17 10/18 44/24 50/11 53/20 60/15 62/16 66/2 66/7 67/5 71/20 73/4 76/2 77/25 78/17 79/11 80/11 85/17 101/16 109/21 119/6 135/7 135/13 135/16 135/22 145/6 147/22 155/13 161/6 166/15 166/22 174/13 177/23 180/23
**surgeon [6]** 109/4 109/4 115/15 124/2 140/3 152/6
**surgeon's [1]** 140/2
**surgeries [3]** 113/16 113/18 142/7

**surgeon [3]** 109/9
**surgeons [2]** 109/21 109/23
**surgeries [?]** 113/24 115/21
**110/6 113/19 113/24 115/21
115/22 116/9 116/12 116/12
120/18 124/21 125/2 125/2
125/14 125/17 125/18 126/20
126/22 126/24 127/3 127/8
127/20 129/4 129/16 140/25
141/1 141/18 142/3 142/4
142/5 146/3 147/24 149/9
149/13 149/20 150/1 150/5
153/23 154/14 154/15 157/8
**surgical [4]** 121/9 121/11 129/6 156/22
**surgically [1]** 120/8
**surprise [4]** 114/25 141/9 148/5 166/20
**surprising [1]** 150/7
**surrounding [1]** 87/9
**surrounds [1]** 131/8
**Susan [1]** 2/3
**susceptible [1]** 135/10
**suspicious [1]** 112/8
**sutured [1]** 147/12
**sutures [4]** 146/18 146/18 147/15 147/24
**swear [2]** 4/15 108/8
**swelling [6]** 135/24 136/3 136/4 136/9 136/19 154/1
**swoops [1]** 160/15
**SWORN [2]** 4/21 108/20
**sympathetic [1]** 167/9
**system [5]** 64/3 155/3 155/17 156/1 156/2

**T**

**tab [6]** 26/8 26/9 26/11 28/14 28/15 30/2
**Tab 2 [2]** 26/9 26/11
**Tab 3 [2]** 26/8 28/15
**tables [1]** 6/23
**tack [1]** 157/9
**tacking [2]** 130/2 146/17
**take [34]** 19/19 21/2 34/22 46/17 47/9 54/5 74/22 75/6 76/22 77/7 79/23 80/4 91/18 92/5 93/19 94/12 96/18 99/18 101/8 107/20 108/5 129/10 129/15 136/19 149/15 149/19 158/10 160/15 172/9 173/10 177/18 177/20 177/22 182/8
**taken [24]** 42/8 47/11 59/17 83/16 85/11 85/12 85/15 85/15 94/4 97/12 107/22 121/18 122/8 122/16 124/9 129/21 133/23 148/21 154/12 156/11 168/22 171/4 171/5 177/15
**takes [8]** 7/19 33/24 34/3 124/1 129/11 154/4 164/21 164/23
**taking [7]** 27/18 79/6 79/13 99/18 171/14 178/7 178/25
**talk [18]** 5/20 10/23 13/8 13/13 15/25 53/23 72/23 93/20 105/10 119/6 135/10 143/9 169/6 169/16 169/19 170/6 174/13 180/5
**talked [13]** 18/5 53/10 56/7 70/8 73/16 91/15 97/5 134/11 144/4 144/22 169/17 182/5 182/9
**talking [24]** 14/22 15/3 15/4

**talking... [21]**   23/22 30/1
  39/10 48/18 54/16 56/4 62/15
  67/18 111/19 131/19 133/14
  133/18 151/22 152/17 158/15
  162/1 166/2 167/13 173/16
  180/4 182/3
**talks [1]**   167/1
**tank [1]**   100/21
**tape [1]**   106/7
**task [7]**   19/16 20/2 67/7 67/8
  67/10 67/18 76/4
**Task Order 59 [1]**   67/7
**taught [1]**   102/5
**taxi [1]**   159/16
**tear [3]**   120/1 131/3 131/18
**technique [6]**   120/12 138/23
  139/9 140/3 146/25 148/8
**techniques [2]**   139/1 140/4
**technologically [1]**   162/3
**technology [1]**   163/22
**telephone [1]**   99/2
**telephonically [2]**   180/21
  181/1
**tell [40]**   11/2 15/14 18/19
  29/5 35/18 37/10 58/17 60/13
  68/5 75/19 75/25 79/2 79/3
  80/10 85/14 90/2 92/5 94/13
  100/3 105/2 109/3 110/23
  110/25 122/18 124/8 128/17
  129/13 136/17 138/22 145/3
  146/22 148/13 152/4 152/4
  152/6 152/9 152/12 152/12
  154/4 168/21
**telling [8]**   18/16 18/17 19/2
  29/23 104/22 112/2 118/2
  138/9
**tells [1]**   15/8
**temper [1]**   161/12
**tend [4]**   24/8 174/17 181/9
  181/10
**tends [1]**   118/10
**Teresa [2]**   178/14 178/15
**term [5]**   49/14 113/1 142/9
  145/4 146/14
**terminal [1]**   52/23
**terminated [1]**   165/4
**termination [1]**   22/23
**terms [3]**   113/14 131/19
  172/23
**terrible [1]**   152/22
**Terry [1]**   168/3
**tertiary [1]**   163/15
**test [1]**   85/19
**testified [9]**   4/21 36/20
  39/18 41/13 57/11 70/24
  108/20 150/4 170/20
**testify [5]**   22/21 29/8 38/20
  170/19 177/1
**testifying [1]**   39/22
**testimony [18]**   4/15 39/15
  40/20 41/5 47/15 57/8 106/24
  107/6 108/9 115/3 151/19
  158/6 160/21 165/11 170/23
  171/3 171/11 171/15
**TEXAS [8]**   1/1 1/4 1/17 1/20
  2/7 2/12 2/15 113/25
**text [2]**   28/18 56/13
**than [52]**   10/13 16/2 18/9
  20/18 22/23 23/7 23/21 40/25
  42/24 43/14 43/23 46/5 55/15

99/24 102/18 106/11 106/12
106/15 116/16 117/15 120/23
123/13 132/24 134/11 138/15
139/18 140/14 141/5 141/15
142/16 144/6 145/19 146/1
146/14 147/1 149/3 149/3
150/21 158/23 158/25 162/1
162/15 165/9 167/19 167/19
172/17 177/15 177/15
**thank [30]**   4/20 5/16 8/3 20/7
23/24 26/14 26/22 30/12
34/12 35/1 35/22 39/11 39/12
44/25 45/11 52/11 72/3 103/2
110/13 112/16 135/1 151/5
151/6 154/20 154/23 159/4
159/8 159/19 159/20 161/16
**Thanks [1]**   154/21
**that [1098]**
**that's [168]**   5/19 6/4 7/15
8/18 9/17 9/23 10/3 10/17
11/9 11/16 12/15 13/2 14/12
15/10 15/13 16/9 17/10 17/16
17/21 17/22 17/22 19/5 19/18
20/15 20/17 20/19 24/10
24/12 25/3 25/21 27/19 29/22
30/5 32/8 35/1 35/6 36/1
37/2 37/2 42/24 44/7 45/5
46/15 46/17 46/19 46/23 47/5
49/24 50/15 50/25 51/2 51/5
51/12 52/12 53/10 55/3 55/3
56/22 58/25 61/11 62/3 63/10
63/14 65/16 69/3 71/1 72/25
75/19 77/10 82/18 82/24 83/2
84/17 85/8 88/19 89/2 89/13
89/18 91/9 92/16 92/19 92/21
94/14 94/14 94/23 96/1 96/4
97/23 100/3 100/5 100/14
100/14 100/16 101/21 102/19
105/9 106/20 108/17 110/24
111/18 115/13 116/15 117/13
118/21 123/11 125/10 128/8
128/10 130/4 130/8 130/12
131/12 132/21 133/7 133/10
133/10 133/14 134/6 136/16
138/17 139/9 139/9 139/11
139/20 145/4 145/5 148/12
149/21 152/13 152/23 154/14
156/10 157/14 161/5 162/23
163/2 163/17 165/5 165/8
166/4 166/20 167/6 167/10
167/24 168/18 168/19 168/23
169/3 169/5 172/1 172/8
172/15 172/25 174/3 174/10
174/14 174/14 174/14 175/16
175/17 176/5 176/6 176/17
177/8 177/11 180/2 180/6
181/16
**the -- you [1]**   63/2
**theater [10]**   61/12 64/4 77/5
78/3 78/22 80/13 80/17 80/19
81/4 90/6
**their [47]**   7/24 8/1 10/7
10/10 16/7 19/3 49/14 50/1
63/1 63/24 65/1 72/18 74/5
76/12 80/10 80/14 86/21
86/24 87/21 87/22 95/18
95/18 97/19 97/21 101/20
103/15 103/17 103/18 103/24
103/25 104/2 110/25 112/9
113/24 132/5 136/18 137/1
137/2 143/5 153/16 162/13

**them [73]**   8/20 10/7 12/3
12/23 13/5 14/5 15/8 18/1
18/17 19/1 19/2 21/12 25/20
25/22 34/19 47/24 53/18
53/24 54/1 54/13 54/24 60/6
60/6 64/23 76/3 76/10 76/10
76/11 76/17 81/2 102/6
102/20 109/19 109/19 109/22
109/23 109/23 109/24 115/16
121/5 121/6 125/5 129/13
129/14 129/15 129/16 134/2
135/18 137/6 137/22 139/19
147/10 148/11 148/20 154/19
161/3 165/21 166/7 166/14
166/15 166/24 166/24 169/24
169/24 174/12 177/6 178/7
178/22 180/21 180/21 180/23
180/23 180/24
**themselves [3]**   138/13 146/10
146/13
**then [67]**   19/3 25/23 27/22
28/8 30/25 37/21 39/21 40/25
42/11 43/1 45/23 51/25 58/3
61/4 61/20 66/9 66/12 66/13
67/7 70/9 75/10 81/6 82/19
86/9 94/5 98/3 99/9 101/23
103/15 104/2 110/6 116/8
117/7 117/10 118/9 118/10
119/1 119/17 125/10 125/21
127/3 127/4 128/4 128/4
128/9 131/11 132/19 140/21
143/1 143/15 144/7 147/20
148/10 148/15 148/16 149/18
154/18 157/13 167/15 169/5
170/12 173/13 173/19 177/23
179/8 179/18 180/1
**theories [1]**   16/14
**there [135]**   7/13 11/20 16/18
20/2 21/5 21/15 21/20 21/22
25/9 26/20 26/21 27/5 27/19
28/20 29/11 30/3 32/19 33/9
33/20 34/13 36/9 38/15 38/16
39/8 39/8 39/25 41/14 41/23
41/24 42/3 42/4 43/10 43/23
44/16 45/14 47/11 47/24 48/5
48/7 48/7 48/13 52/14 52/17
54/21 60/17 60/21 61/14
61/14 61/16 61/18 61/22
61/22 63/10 63/16 63/16
63/17 64/12 64/18 66/17
66/18 67/17 67/21 71/21
71/25 73/17 75/6 75/17 76/25
78/18 83/12 83/23 84/23
85/22 86/4 97/11 97/13
100/16 101/19 102/24 103/10
110/22 111/23 112/24 115/19
116/25 117/2 117/18 119/22
121/5 121/6 121/7 124/10
125/6 125/10 128/20 129/1
129/23 130/1 130/3 131/2
131/17 132/24 133/18 133/25
137/3 137/8 138/24 138/25
139/6 140/11 141/20 142/20
142/23 143/1 149/12 152/13
152/14 157/3 157/4 157/7
157/21 158/20 158/22 159/2
165/1 167/5 169/10 175/20
175/20 177/25 178/6 179/16
181/6 181/10 182/2
**there's [65]**   7/13 7/14 7/16

there's... [62]  7/19 8/4
20/25 25/10 31/5 31/5 32/10
33/2 33/17 33/17 43/22 50/6
51/5 53/13 55/6 56/12 57/25
72/23 83/15 88/2 96/5 100/15
100/25 101/3 101/24 103/11
110/2 110/16 113/20 115/11
115/17 116/24 117/1 124/11
128/11 130/4 136/20 136/20
139/1 139/6 140/15 148/9
149/5 149/18 149/23 152/15
153/15 154/11 157/3 157/3
161/3 161/8 163/9 163/21
165/4 167/8 168/12 168/17
171/6 175/1 175/5 175/13
thereafter [1]  167/23
therefore [4]  145/9 165/14
175/1 176/16
these [62]  14/19 18/4 18/8
24/18 31/20 32/21 38/1 38/25
46/12 53/16 54/11 54/21 55/6
55/16 57/23 66/16 71/24 77/1
80/10 81/3 81/21 86/7 110/16
114/1 115/4 116/18 121/23
122/2 122/5 123/16 124/7
124/25 129/21 140/3 143/6
148/19 148/19 148/23 154/11
156/19 157/13 158/17 158/17
163/7 164/2 165/2 165/3
165/8 165/19 165/21 166/13
166/22 169/6 170/5 170/8
172/3 174/11 174/15 178/1
178/6 179/19 180/15
they [164]  5/6 6/18 7/21 7/22
8/1 8/5 8/19 8/19 8/21 9/7
9/8 9/9 10/16 11/4 14/5 14/9
14/15 14/16 14/17 14/21 16/7
17/13 17/15 17/18 17/25
17/25 19/3 19/25 23/7 23/15
24/25 27/19 27/23 31/17
38/22 41/7 41/8 46/12 47/12
49/14 49/17 53/17 54/24
55/18 57/24 64/17 64/19
64/20 64/21 65/25 66/1 66/6
69/9 69/20 70/1 70/3 70/16
70/17 70/18 70/18 70/20
71/24 72/16 72/18 73/2 73/19
73/21 76/8 76/12 76/17 77/17
77/17 78/4 79/14 97/20 97/20
104/2 107/18 109/8 110/24
112/9 112/9 112/22 114/13
114/13 115/1 115/11 119/12
119/21 121/8 126/6 129/12
129/15 132/6 132/21 135/11
135/11 135/17 136/2 136/12
136/25 137/1 137/18 143/7
143/9 145/8 145/16 145/21
145/21 145/22 146/6 146/8
146/19 147/25 148/10 148/10
148/11 149/7 149/8 149/9
149/10 149/10 149/11 150/9
150/10 150/20 161/21 162/10
162/11 162/11 162/12 162/25
166/15 166/21 167/5 168/10
168/13 168/14 168/15 168/24
168/25 168/25 169/1 170/8
171/23 174/1 174/3 174/25
175/7 176/4 177/3 177/7
177/17 177/17 177/19 177/19
177/21 177/22 178/8 179/3

they'll [1]  128/3
they're [30]  7/21 8/7 8/22
9/3 14/15 18/25 24/19 24/20
73/8 119/14 130/2 130/3
132/1 132/22 132/22 137/2
137/18 138/9 140/20 143/14
145/5 145/20 145/20 150/9
150/9 150/10 160/25 166/16
174/1 180/24
they've [2]  59/14 166/22
thicker [1]  119/20
thin [2]  117/2 125/25
thing [25]  15/24 21/20 53/22
62/18 100/16 101/10 114/2
118/15 126/25 130/8 130/12
130/19 132/7 132/8 139/11
141/10 141/13 149/12 153/13
157/12 165/15 170/18 173/13
173/14 174/23
things [38]  9/12 15/6 15/7
15/15 15/15 18/1 18/2 18/5
47/13 47/25 56/20 62/12
72/18 73/2 76/11 76/16 76/16
78/22 79/15 88/1 100/15
100/21 124/2 128/3 140/6
143/2 149/23 158/7 161/3
163/7 166/1 166/6 166/22
167/23 170/21 170/22 181/9
181/11
things -- in [1]  167/23
think [120]  6/4 6/9 7/14 10/9
11/5 11/18 12/6 12/9 12/12
12/14 12/15 13/9 14/12 14/15
14/16 15/2 15/10 16/24 17/1
17/22 18/13 19/5 19/18 21/2
21/24 24/19 28/9 32/13 32/13
33/5 34/20 36/21 38/11 38/12
38/13 39/9 40/21 41/10 41/18
44/12 47/14 50/16 51/4 51/11
51/18 54/4 56/18 58/15 59/7
59/14 62/8 74/9 89/5 93/22
101/21 103/6 104/7 106/3
107/1 108/15 108/16 112/3
113/16 114/22 116/1 116/3
116/5 116/7 116/9 116/14
118/4 118/18 119/3 121/23
124/6 125/3 125/7 130/18
130/25 133/8 136/16 137/5
137/9 137/23 142/9 144/21
145/15 149/22 153/8 156/11
160/7 160/11 160/12 160/17
160/25 161/25 162/15 163/1
163/5 163/9 164/5 165/24
167/4 167/5 167/16 167/17
167/21 167/24 168/12 168/17
168/23 169/3 174/5 176/4
176/6 179/12 180/6 180/14
180/23 181/5
thinking [1]  17/17
third [8]  26/1 26/16 31/12
52/18 71/13 77/23 85/3
145/12
third-country [1]  71/13
Thirteen [1]  106/1
this [284]
this photograph [1]  122/19
thorough [1]  109/22
those [48]  12/24 13/6 13/19
13/25 18/4 18/17 35/24 36/4
47/5 55/23 61/15 61/17 62/12
65/17 66/9 69/21 70/14 70/16

though [5]  9/5 33/1 39/7
140/1 178/21
thought [4]  31/13 58/21 86/2
177/16
thousand [1]  147/7
thread [1]  56/2
three [17]  2/11 47/2 47/5
61/18 61/22 73/12 100/15
106/4 129/19 129/22 141/5
141/17 146/19 150/13 154/3
154/19 162/16
three-month [2]  129/19 150/13
through [28]  7/7 8/23 10/10
23/5 23/8 31/23 36/23 37/6
43/20 60/22 60/22 70/17
71/12 73/10 75/24 75/24 76/9
77/17 85/18 94/3 100/7
100/11 142/15 151/20 163/4
163/13 166/13 182/18
throughout [5]  47/15 70/22
78/4 86/12 98/14
Thursday [1]  80/6
thus [1]  165/17
tie [1]  143/5
till [3]  51/23 127/4 159/11
time [88]  7/24 8/19 19/16
28/1 43/7 47/19 48/24 52/24
55/4 56/1 56/7 62/1 62/3
64/14 64/14 65/9 67/7 67/21
69/11 69/18 69/18 69/22
69/22 76/12 76/22 77/2 77/3
79/23 80/22 82/11 82/19
82/20 83/5 86/2 86/8 89/6
89/9 89/14 89/20 92/7 92/9
92/10 92/10 92/13 92/19
92/21 93/6 94/14 94/15 94/24
95/1 95/6 95/13 96/8 98/14
105/21 106/17 106/23 109/23
110/7 111/7 114/3 114/18
115/22 116/22 117/11 119/1
120/10 124/17 128/5 128/9
129/23 134/7 143/13 147/15
150/8 151/19 154/5 154/8
154/12 154/13 159/3 159/4
162/9 163/18 171/18 180/20
182/3
timed [2]  88/21 88/25
timeline [1]  48/17
times [18]  6/8 9/24 49/5
53/10 53/12 70/5 112/8
112/13 114/4 114/25 128/2
128/10 128/10 132/1 136/20
147/1 153/15 176/20
Tinova [11]  30/6 30/7 31/25
35/7 35/17 35/21 35/25 97/24
97/25 98/12 98/13
Tinova's [3]  34/4 34/8 37/25
tissue [4]  118/9 142/15 145/9
152/22
titles [2]  80/10 81/1
today [4]  33/13 91/2 110/12
150/19
Todd [1]  1/14
together [5]  47/25 139/8

**T**

**together... [3]** 144/14 172/18
181/22
**token [1]** 73/20
**told [16]** 9/3 14/25 19/1 43/8
50/13 78/6 99/11 99/14 100/3
112/2 120/7 130/11 144/7
160/2 169/13 173/3
**tolerance [3]** 21/13 22/16
24/13
**tolerate [3]** 21/14 21/17 23/4
**Tom [5]** 78/19 99/2 99/5
99/23 100/3
**Tommy [3]** 50/9 53/1 68/6
**tomorrow [6]** 52/21 90/18
90/21 159/11 159/24 182/1
**Tompkins [5]** 78/23 78/24
98/25 99/7 99/9
**Tony [1]** 29/23
**too [21]** 46/10 46/16 56/13
59/6 60/24 70/2 76/22 88/3
116/18 121/4 123/11 131/7
133/25 141/12 149/6 160/4
162/4 165/2 169/11 182/13
182/14
**took [16]** 30/18 33/14 36/11
42/12 48/12 49/12 49/14 63/3
69/10 74/18 79/10 124/13
124/21 126/22 128/12 147/5
**top [11]** 28/21 44/16 45/23
45/24 45/25 52/3 53/1 56/5
117/9 118/23 129/1
**topic [1]** 181/11
**topics [1]** 67/24
**tore [2]** 112/3 112/9
**torn [8]** 112/1 112/10 112/14
119/4 119/14 151/22 152/14
152/16
**total [5]** 46/14 65/11 65/12
65/12 71/21
**touched [1]** 130/7
**touching [1]** 32/23
**towards [1]** 82/15
**town [3]** 62/12 180/22 180/24
**toxic [2]** 39/7 39/8
**toxicologist [1]** 155/19
**Tracy [2]** 40/18 178/12
**trailer [11]** 48/21 63/13
63/24 67/9 97/17 99/21
169/13 173/18 174/2 174/3
174/7
**trailers [2]** 64/13 64/14
**training [20]** 7/14 7/16 7/19
8/3 8/22 23/5 73/15 73/17
74/5 74/14 74/24 75/1 75/2
75/7 75/9 76/7 77/22 77/25
78/1 100/18
**transcript [4]** 1/10 1/24
170/24 183/2
**transcription [1]** 1/24
**transfer [2]** 43/10 43/16
**transferred [6]** 43/8 43/18
61/15 61/17 67/6 95/18
**transpired [4]** 85/10 85/13
86/9 89/19
**transport [1]** 52/21
**transportation [1]** 181/19
**transported [1]** 83/13
**trauma [27]** 114/14 116/21
117/1 117/8 117/15 121/12
124/17 127/18 127/21 127/24

137/14 137/20 137/23 138/18
146/11 146/13 146/15 153/6
157/25 158/20 158/22 159/1
159/2
**traumatic [1]** 111/14
**traumatized [1]** 136/2 136/12
136/18
**travel [6]** 90/8 90/14 90/24
90/24 91/14 95/7
**traveled [1]** 43/20
**traveling [1]** 91/3
**treat [2]** 140/6 140/19
**treated [2]** 110/4 134/15
**treating [1]** 134/21
**treatment [1]** 167/23
**tremendous [1]** 137/9
**trial [20]** 1/10 5/6 5/12 5/17
23/20 30/24 46/23 47/15
53/11 63/11 150/23 160/17
163/11 163/14 163/14 165/7
166/1 177/14 179/14 180/1
**trials [4]** 167/24 177/4 177/4
179/19
**tricky [1]** 182/13
**tried [4]** 16/3 38/17 79/3
79/5
**trouble [3]** 12/25 19/2 37/11
**truck [1]** 180/16
**true [38]** 5/24 5/25 8/16 9/16
9/24 10/25 11/16 12/2 14/14
15/9 15/13 15/18 20/14 20/19
21/5 23/4 23/14 24/9 24/10
24/12 29/21 35/9 36/17 39/1
39/2 40/1 46/24 56/17 56/21
56/22 56/23 70/21 99/11
134/22 138/17 163/2 168/23
172/3
**truth [11]** 4/17 4/17 4/17
15/14 33/8 38/21 38/23 56/23
108/10 108/10 108/11
**truthfully [1]** 17/8
**try [10]** 34/21 58/2 62/16
72/9 113/11 121/7 121/25
143/5 152/6 180/13
**trying [10]** 41/5 59/11 68/14
117/2 118/12 125/7 129/17
151/3 163/12 179/12
**tube [1]** 132/6 143/2
**Tulane [1]** 109/6
**turf [1]** 49/14
**turn [12]** 24/18 26/1 46/8
65/1 71/18 71/18 72/5 75/11
76/18 83/23 96/5 166/11
**turned [1]** 85/19
**twice [1]** 75/17
**two [35]** 16/14 34/5 35/8
35/12 36/4 37/20 42/11 43/11
46/14 59/21 61/1 61/3 61/23
64/18 65/5 70/4 80/15 82/11
82/24 93/22 100/15 107/21
113/8 113/20 125/19 140/6
144/16 146/16 147/7 148/25
150/3 167/14 169/10 180/23
181/11
**two-defendant [1]** 167/14
**two-point [1]** 46/14
**type [11]** 13/10 29/18 49/20
72/11 72/11 72/19 114/1
124/16 131/23 140/7 177/3
**types [1]** 127/24
**typically [7]** 5/10 80/12

131/23
**typo [2]** 104/7 104/8

**U**

**U.S [1]** 2/14
**Uh [2]** 130/21 151/18
**Uh-huh [2]** 130/21 151/18
**ultimately [2]** 180/17 181/3
**umbrella [1]** 20/1
**unacceptable [3]** 8/12 100/14
100/17
**uncommon [1]** 74/2
**under [14]** 20/1 30/2 31/10
32/1 32/1 56/21 67/17 72/8
76/24 77/1 83/25 85/18
163/11 171/14
**undergoing [1]** 149/13
**underneath [4]** 133/14 136/21
136/24 157/7
**understand [23]** 5/7 5/13 7/10
7/13 7/23 11/12 21/24 26/3
30/25 36/6 39/5 39/10 62/18
72/14 76/11 112/6 126/14
136/23 166/9 168/18 169/8
172/8 174/18
**understanding [6]** 30/17 49/2
87/24 87/25 99/25 165/22
**understood [2]** 20/7 61/9
**unduly [1]** 38/13
**uneven [1]** 123/10
**unfairly [1]** 173/21
**unfortunate [1]** 142/2
**unfortunately [7]** 18/22 63/21
63/22 69/20 69/20 75/2 77/2
**unilateral [1]** 30/18
**unit [5]** 63/16 64/2 64/8
97/12 97/14
**UNITED [9]** 1/1 1/11 19/16
19/22 20/11 60/16 60/25
61/25 164/25
**units [3]** 63/12 63/19 64/9
**University [3]** 60/23 109/5
109/6
**unknown [1]** 8/20
**unknowns [1]** 72/21
**unless [3]** 14/5 74/21 124/3
**unlike [1]** 72/21
**unnecessary [1]** 166/3
**unquestionably [1]** 58/24
**unreasonable [2]** 12/15 17/21
**until [6]** 24/25 79/15 89/4
126/20 129/11 152/13
**unwrapped [1]** 150/5
**up [87]** 6/18 23/13 23/15
24/25 25/8 26/19 28/18 34/21
38/16 50/1 54/11 54/13 55/1
58/3 60/17 64/7 64/7 64/17
65/23 70/13 75/24 75/24
79/14 84/20 87/19 88/10
88/14 88/23 100/21 102/6
106/18 108/5 110/15 112/4
113/2 113/15 115/10 115/25
117/3 117/18 118/6 118/17
118/21 118/25 121/5 121/6
121/7 121/8 122/24 124/5
126/4 126/20 127/4 128/23
128/24 129/2 129/5 129/18
139/9 139/21 141/21 143/21
144/20 144/21 144/23 148/7
148/14 148/15 156/6 157/16
161/25 162/14 163/10 163/22

**U**

up... **[13]**  166/6 166/21
 167/16 167/17 169/8 169/10
 169/17 170/13 170/19 171/22
 172/7 173/4 182/8
up -- you **[1]**  148/7
update **[11]**  79/13 85/1 89/20
 93/7 94/8 94/17 95/5 95/13
 95/25 96/2 97/10
upon **[8]**  27/24 36/10 49/10
 58/12 79/4 86/17 166/15
 175/25
Upper **[1]**  67/13
us **[40]**  6/22 7/17 11/5 14/5
 22/1 28/18 29/5 43/8 49/15
 61/14 67/4 68/5 72/15 74/2
 75/19 75/25 80/10 84/16
 89/19 98/13 105/2 106/1
 109/3 110/23 115/7 118/2
 119/5 123/5 128/17 128/23
 136/17 137/9 145/5 160/23
 166/19 167/3 173/19 177/7
 177/8 178/21
use **[24]**  51/1 51/6 57/2 83/13
 100/19 103/16 103/19 104/2
 108/14 113/1 120/12 122/1
 138/23 140/2 140/3 144/15
 145/4 146/14 154/10 171/17
 178/21 179/2 179/6 182/15
used **[15]**  38/20 42/23 64/22
 103/12 104/6 116/2 139/10
 142/9 145/20 155/22 156/2
 166/4 169/25 170/1 176/17
uses **[2]**  140/3 169/15
using **[7]**  25/4 89/13 108/16
 121/7 153/16 153/18 171/15
USMI **[10]**  20/10 27/16 43/9
 43/11 43/18 43/21 43/23 70/8
 78/10 91/1
usually **[11]**  114/3 116/24
 124/1 129/9 129/15 141/12
 143/13 154/10 154/17 154/18
 181/24

**V**

valuable **[1]**  101/13
value **[1]**  32/20
variable **[1]**  140/13
variation **[1]**  139/13
variety **[1]**  16/1
vary **[1]**  140/15
varying **[1]**  168/25
versus **[1]**  163/25
very **[69]**  6/25 7/9 14/24 39/9
 41/19 44/15 45/10 45/23
 45/24 45/24 46/8 56/5 62/23
 63/13 72/14 73/19 73/21
 73/24 78/25 99/12 99/19
 101/9 102/15 102/15 103/15
 104/2 106/17 106/17 109/16
 109/21 112/22 112/22 114/22
 115/25 120/8 120/20 121/15
 135/23 136/1 136/2 140/10
 140/20 141/1 143/9 144/6
 144/14 144/15 144/22 145/8
 145/9 148/1 148/4 150/8
 151/2 151/5 154/20 157/22
 159/8 159/19 166/1 168/12
 168/14 168/23 174/24 176/24
 177/14 179/25 180/3 181/5
vessels **[1]**  135/20

vicarious **[1]**  162/12
Vicknair **[1]**  1/15
victim **[2]**  85/18 174/13
victim's **[1]**  87/9
victims **[5]**  166/20 168/10
 170/6 170/9 174/13
video **[2]**  40/21 105/19
videotape **[1]**  29/8
Videotaped **[2]**  106/24 107/6
view **[4]**  113/10 118/5 152/21
 168/19
views **[3]**  29/13 29/16 168/18
violation **[1]**  87/10
violations **[2]**  11/2 47/12
virtue **[2]**  13/11 56/9
visible **[5]**  136/19 136/20
 137/3 146/15 159/2
visit **[2]**  109/15 129/19
visualize **[1]**  181/14
visualizing **[2]**  142/10 142/12
voce **[6]**  25/25 34/15 51/22
 53/14 59/24 180/10
voice **[3]**  10/10 166/23 166/24
voluminous **[1]**  179/5
volunteering **[1]**  176/22
Vorpahl **[6]**  2/3 51/22 59/21
 59/24 102/22 170/10
vouch **[1]**  105/20

**W**

waiting **[1]**  25/2
walk **[1]**  36/23
walked **[1]**  102/6
walking **[1]**  48/1
wall **[3]**  23/21 64/25 143/10
walls **[4]**  23/13 23/16 23/21
 23/25
wandered **[1]**  107/16
want **[51]**  8/21 9/8 10/6 10/7
 15/4 15/5 17/5 34/7 37/13
 37/25 41/25 44/9 44/10 45/3
 47/10 50/15 53/9 53/17 53/22
 54/18 57/24 63/23 71/18
 72/16 73/14 75/9 76/17 95/19
 105/1 109/16 110/12 125/8
 130/14 137/25 142/3 142/19
 143/9 159/15 161/15 162/6
 166/19 166/23 168/24 168/25
 169/1 170/4 170/11 170/18
 175/17 180/12 180/13
wanted **[17]**  17/18 25/3 62/9
 63/24 65/20 66/1 68/22 76/3
 76/3 76/4 76/7 76/9 103/19
 153/8 162/14 170/17 175/16
wants **[2]**  165/13 165/16
war **[1]**  18/23
was **[394]**
wasn't **[9]**  43/5 47/17 48/3
 75/6 89/4 94/13 132/9 150/16
 155/13
water **[1]**  7/8
way **[42]**  4/14 9/14 15/7 16/16
 17/12 17/17 20/5 21/2 23/13
 27/23 28/20 34/19 41/11
 45/13 49/16 49/24 51/15 63/2
 63/18 66/7 72/22 72/25 87/4
 89/6 100/20 100/20 106/10
 119/13 119/22 125/6 136/16
 147/4 152/4 158/24 161/20
 163/6 163/12 164/11 165/22
 173/20 175/1 175/6

we **[280]**
we'd **[2]**  177/9 179/18
we'll **[6]**  91/17 93/20 106/7
 118/4 141/13 141/22
we're **[40]**  12/12 14/22 15/3
 15/4 18/6 19/8 23/21 30/1
 45/18 56/4 67/18 103/7 108/5
 110/12 120/16 123/23 128/14
 129/16 140/24 148/6 152/18
 153/13 154/16 159/9 159/11
 159/21 160/5 160/19 160/20
 161/10 162/1 163/3 165/23
 165/24 167/13 173/17 174/2
 180/4 181/18 181/20
we've **[26]**  7/14 16/8 25/21
 40/3 40/3 46/4 53/10 53/12
 54/24 82/11 96/20 97/7 106/2
 133/17 133/18 135/8 138/3
 140/15 140/22 140/22 160/7
 160/11 161/18 162/18 166/17
 179/22
wear **[4]**  100/20 129/8 129/14
 129/16
wears **[1]**  129/9
weave **[1]**  163/12
week **[8]**  7/12 74/23 114/4
 114/5 125/2 125/18 154/13
 154/18
week's **[1]**  75/14
weeks **[3]**  111/8 129/9 165/24
weigh **[2]**  145/21 145/21
weighed **[1]**  116/6
weight **[4]**  115/18 116/5
 140/16 145/22
welcome **[3]**  75/14 76/10
 110/11
welcomes **[1]**  76/3
well **[89]**  8/13 9/20 10/12
 10/19 10/23 17/24 18/16
 18/25 20/21 21/17 21/24
 25/17 30/2 31/13 31/21 31/24
 32/6 33/16 34/16 37/4 38/11
 38/16 43/24 47/24 48/7 58/25
 69/15 71/16 71/18 72/2 73/12
 76/2 79/3 82/21 96/2 100/1
 102/2 102/15 104/9 107/21
 111/7 112/8 112/19 113/10
 113/18 115/8 115/25 116/23
 121/17 122/21 124/11 125/8
 126/15 127/2 128/1 128/20
 131/6 132/20 133/1 133/10
 133/19 140/12 142/18 143/9
 145/1 146/23 148/24 152/11
 160/13 163/5 163/21 164/14
 165/12 168/17 168/23 169/5
 169/7 169/22 171/6 171/8
 172/8 172/15 173/9 175/13
 175/16 175/24 176/19 177/22
 181/1
wellbeing **[7]**  7/20 13/4 13/6
 20/16 21/8 86/3 99/16
Wendy **[1]**  68/20
went **[17]**  19/2 20/10 33/6
 47/25 49/2 49/3 58/8 61/14
 61/22 83/19 109/5 109/6
 131/7 131/10 131/11 150/4
 175/4
were **[117]**  13/6 20/2 20/13
 21/4 28/5 29/3 29/11 38/8
 41/7 47/21 48/14 49/21 50/8

**were... [104]**  58/10 62/3
62/10 63/6 63/6 63/7 63/10
63/20 64/12 65/9 65/13 66/17
67/24 67/25 68/4 68/14 69/8
69/16 69/17 69/19 69/20
69/25 70/4 70/6 70/17 70/18
71/9 71/21 71/24 71/24 73/25
76/25 78/4 79/3 79/4 79/13
79/15 81/5 97/11 97/13 97/20
97/20 97/22 99/17 100/8
101/19 102/21 104/22 105/6
112/20 112/22 112/22 113/12
114/13 114/13 114/13 115/9
115/10 116/13 116/18 118/2
119/3 121/11 125/4 126/6
127/21 128/4 129/21 129/23
129/23 130/15 130/18 130/23
132/15 132/22 136/12 139/24
141/1 143/23 145/15 145/16
146/6 146/8 147/24 148/20
150/6 151/16 155/3 156/23
156/24 157/24 158/15 158/20
158/20 158/22 158/22 160/6
160/21 166/2 168/14 168/15
170/1 172/9 177/19
**were -- I [1]**  71/24
**weren't [3]**  41/8 160/5 173/4
**West [1]**  1/22
**Westcott [3]**  168/3 178/14
178/15
**what [234]**
**what's [17]**  12/20 13/23 14/18
14/21 14/25 15/2 54/24 68/22
79/21 84/9 87/25 110/15
124/9 126/7 128/18 139/4
150/23
**whatever [9]**  7/9 25/22 74/23
76/12 102/5 125/8 165/15
170/6 172/1
**whatsoever [1]**  164/15
**when [112]**  11/19 12/18 17/24
19/8 29/20 32/4 36/14 37/1
38/19 42/21 42/25 43/3 47/11
48/19 48/25 49/9 49/18 50/14
57/9 58/13 62/2 64/6 64/10
64/21 65/1 66/18 67/5 69/24
71/2 71/9 74/19 75/4 77/17
78/10 78/12 78/14 82/9 83/19
89/6 89/7 100/6 100/21
102/18 104/18 106/15 109/17
109/21 110/7 110/24 111/2
111/25 112/2 114/20 114/23
114/24 114/25 115/6 115/8
115/21 116/6 116/7 116/7
117/1 117/5 119/6 119/7
121/11 125/7 125/13 125/15
125/25 126/6 126/9 126/12
126/15 127/2 127/8 129/4
129/21 130/7 130/24 132/1
132/19 133/5 135/11 135/11
135/23 136/15 136/20 136/23
138/9 138/13 145/8 146/3
147/3 147/11 150/4 151/16
152/13 153/15 154/13 156/23
156/24 158/15 159/17 166/2
170/8 174/17 176/20 177/19
181/12 181/24
**whenever [1]**  25/6
**where [48]**  7/6 9/3 10/9 17/13
19/20 22/5 26/3 28/19 42/9

63/10 64/20 69/1 73/25 78/4
89/7 97/12 99/21 100/12
103/5 103/10 103/12 106/9
109/8 110/4 110/5 120/13
121/8 123/20 128/2 129/2
132/15 137/4 149/12 152/1
153/3 153/12 155/13 157/14
165/12 175/9 177/3 178/1
178/18 180/4
**whereas [1]**  74/21
**whether [35]**  10/24 13/19 14/8
15/6 17/18 32/9 33/7 34/17
38/23 39/1 43/15 56/19 66/15
67/25 69/5 79/13 91/9 104/21
130/6 130/22 138/18 138/18
140/2 144/5 152/4 152/10
160/14 160/14 160/20 167/18
172/18 176/23 179/2 179/19
182/13
**which [64]**  6/5 8/4 8/5 8/7
18/22 19/16 20/11 21/15 22/5
22/22 24/19 28/14 32/21
36/12 47/17 49/23 50/1 56/5
58/17 60/21 61/4 61/8 62/12
64/16 67/7 68/17 68/23 70/13
73/23 76/24 81/5 87/20 88/25
89/5 91/18 92/9 92/11 92/13
96/6 96/7 96/20 102/18 113/2
118/16 121/24 125/15 134/6
144/1 144/1 153/4 160/3
161/18 163/13 163/15 164/9
165/2 172/21 174/21 175/5
175/20 178/13 179/3 182/13
182/14
**while [12]**  11/20 21/4 29/10
31/8 63/10 64/12 70/6 70/7
70/17 143/14 143/14 167/1
**white [1]**  119/12
**who [43]**  5/11 12/25 16/19
17/14 24/2 24/8 27/13 28/21
29/4 29/5 29/7 29/24 33/7
39/25 68/5 69/11 80/9 80/19
81/6 81/7 84/16 86/5 87/22
99/14 106/9 107/18 109/15
113/23 115/15 120/12 120/20
136/18 140/5 146/24 152/6
152/17 153/10 160/5 160/6
162/10 169/6 171/11 171/23
**who's [4]**  6/2 14/20 106/14
107/12
**whole [12]**  4/17 74/9 107/20
108/10 113/21 128/22 152/16
160/23 160/24 166/12 167/18
168/1
**whom [2]**  78/16 180/16
**whose [3]**  34/25 137/10 137/13
**why [39]**  10/6 10/7 10/19
12/16 12/21 18/4 20/20 25/16
32/8 49/14 51/13 52/12 56/15
67/4 75/3 85/22 85/25 94/14
102/13 106/10 107/8 113/9
117/13 120/14 123/11 126/22
128/17 137/16 138/11 145/5
146/22 147/14 152/13 155/16
167/10 167/24 169/5 175/17
181/3
**why the [1]**  128/17
**wide [1]**  112/22
**width [1]**  115/19
**will [48]**  4/16 5/11 10/24
19/13 37/13 38/1 38/2 38/2

75/10 75/10 81/13 81/14 90/2
90/17 90/20 90/22 91/5 93/4
93/19 94/5 98/16 105/21
107/20 108/6 108/10 112/13
120/14 128/3 130/12 132/2
139/24 140/6 167/5 170/6
170/19 170/25 176/15 178/2
179/4 180/7 181/2 181/12
181/16
**William [8]**  78/23 81/7 95/22
98/25 105/20 106/14 106/24
107/6
**wish [1]**  148/4
**wished [1]**  177/15
**within [22]**  6/25 9/25 11/6
11/19 21/23 22/4 22/4 22/12
30/10 30/19 31/20 37/18 48/9
48/13 68/15 141/11 141/11
155/18 160/15 167/2 172/13
177/4
**without [11]**  35/6 52/9 52/10
60/3 60/5 110/19 113/24
121/25 134/9 147/18 149/6
**witness [33]**  16/10 16/25
18/12 26/3 26/6 30/16 30/22
33/6 36/20 36/23 38/19 45/2
54/5 56/25 74/8 79/18 81/23
84/5 88/5 91/22 104/13
105/18 107/12 107/25 117/20
135/2 151/7 160/6 169/18
169/20 171/14 174/14 176/22
**witness' [2]**  18/14 171/15
**witnesses [14]**  3/3 29/11 59/6
159/11 160/25 171/11 174/11
174/15 177/10 177/13 177/18
178/19 180/15 182/1
**woman [5]**  29/24 36/16 135/15
144/14 163/18
**woman's [2]**  30/15 158/3
**women [14]**  39/25 58/13 65/8
65/12 66/17 67/20 137/10
137/13 153/10 160/21 165/21
166/22 167/23 169/6
**won't [3]**  35/12 51/23 143/25
**wondered [1]**  58/6
**word [13]**  34/10 46/17 47/9
55/12 62/23 63/13 101/8
119/6 142/12 154/10 164/14
168/14 180/8
**words [12]**  27/10 37/25 38/19
38/25 42/3 42/23 54/21 111/5
111/5 137/24 144/15 166/4
**work [25]**  6/2 8/11 8/21 14/23
17/17 17/19 19/20 21/18
43/22 65/21 66/1 72/12 72/14
73/6 73/7 97/18 97/19 113/12
141/3 148/3 150/18 161/21
173/1 173/2 181/21
**worked [10]**  14/5 19/12 22/10
29/9 61/20 71/15 74/2 115/25
147/1 160/2
**worker's [1]**  165/19
**workforce [1]**  21/18
**working [5]**  14/3 22/11 81/2
90/24 181/21
**workmanship [1]**  73/7
**works [2]**  147/2 148/8
**world [4]**  14/24 33/10 78/5
166/16
**worried [2]**  37/11 177/14
**worse [7]**  20/18 123/13 124/19

35

## W

**worse... [4]** 125/22 128/5
132/22 167/19
**worsening [4]** 124/11 124/15
126/8 126/9
**worsens [1]** 124/17
**worst [1]** 158/18
**worth [9]** 46/19 46/23 47/2
47/3 47/6 149/13 149/16
157/15 157/16
**would [211]**
**wouldn't [11]** 12/9 25/16 32/1
92/11 115/13 137/2 141/9
141/19 143/12 146/15 148/5
**wound [1]** 142/17
**wow [1]** 19/18
**Wrap [1]** 119/9
**wrapped [1]** 129/5
**wrapping [1]** 129/7
**wraps [1]** 56/21
**wreck [1]** 158/7
**wrecks [2]** 158/4 158/17
**write [2]** 103/15 154/6
**writing [3]** 29/3 86/24 87/21
**written [3]** 31/12 87/9 87/13
**wrong [6]** 93/22 175/9 175/11
175/14 175/19 175/21
**wrongdoers [1]** 161/21
**wrongs [2]** 164/2 175/11
**wrote [5]** 31/11 80/6 103/11
113/5 127/22

## Y

**yeah [23]** 18/13 42/3 51/3
94/14 106/23 110/5 112/14
116/7 118/4 123/3 125/16
125/19 130/11 133/20 139/20
141/13 145/4 152/11 153/25
154/14 160/10 164/12 176/10
**year [5]** 36/14 73/11 125/3
146/16 146/19
**years [17]** 19/13 61/1 61/2
61/3 61/9 61/22 61/23 70/22
98/14 109/10 141/6 141/17
146/24 162/16 162/16 166/2
166/14
**yes [256]**
**yesterday [6]** 29/8 40/20
41/13 161/9 161/11 161/17
**yesterday's [3]** 84/21 88/14
94/18
**yet [10]** 24/25 25/18 48/3
83/23 93/16 95/25 141/17
163/4 181/4 182/10
**you [740]**
**you'd [1]** 154/8
**you'll [9]** 46/8 62/8 67/23
75/11 84/13 88/20 89/23 96/5
140/21
**you're [52]** 4/16 6/5 12/16
12/21 12/25 19/10 23/10 25/1
25/5 25/6 37/21 42/1 42/4
42/4 46/22 48/18 58/18 62/15
73/2 73/4 73/12 76/13 81/2
100/21 103/21 108/9 108/14
109/17 110/11 124/8 125/7
125/10 125/12 125/13 127/3
132/18 132/20 133/19 134/21
137/24 138/14 142/25 150/25
151/22 152/17 157/5 159/7
168/22 171/13 171/14 173/22

**you're -- you [1]** 132/20
**you've [27]** 6/7 16/24 19/1
21/15 23/5 56/7 62/8 66/13
69/19 73/15 82/3 84/16 94/2
98/4 103/12 109/18 113/16
114/9 114/11 130/18 137/21
145/9 149/13 150/19 158/18
169/17 182/5
**you-all [2]** 106/3 106/11
**young [1]** 145/8
**your [170]** 4/5 4/13 4/14 4/20
5/3 15/19 16/11 16/15 17/1
17/2 18/11 19/14 19/19 20/22
21/10 22/23 23/5 24/23 26/6
30/8 31/4 31/24 32/12 33/11
35/3 36/12 36/19 37/5 38/6
40/2 46/17 47/9 52/8 53/6
54/5 57/12 57/16 57/22 58/4
58/6 58/8 58/17 59/11 59/20
60/3 60/7 60/13 61/8 64/3
64/5 65/21 66/1 67/3 67/25
70/11 73/1 74/4 75/20 76/20
76/22 79/18 81/23 82/17 84/6
87/25 88/5 89/20 91/23 92/2
92/23 94/8 94/16 97/4 98/16
98/18 98/20 98/22 100/21
101/8 104/13 104/24 105/19
106/25 107/12 108/1 108/3
108/5 108/15 109/3 109/11
110/10 111/2 112/15 113/3
117/18 119/7 120/1 120/17
121/11 121/11 125/14 126/5
131/14 132/10 134/14 134/18
139/16 140/8 140/25 141/1
142/5 142/7 144/4 146/3
146/14 146/17 147/2 147/24
150/5 150/19 151/7 151/19
152/9 153/7 153/18 153/24
155/3 155/8 156/1 156/2
156/7 159/4 159/5 159/6
159/12 159/20 160/7 160/25
161/14 162/6 163/5 163/21
164/17 165/25 166/11 166/12
166/25 167/2 167/25 168/18
169/7 172/9 173/14 174/5
174/16 174/24 175/13 176/8
176/12 176/13 177/2 177/17
178/1 178/6 178/12 178/17
179/1 180/2 181/17 182/18
**yours [3]** 50/25 150/21 150/22
**yourself [3]** 60/13 108/25
124/21
**yourselves [1]** 182/10

## Z

**Zamora [2]** 163/23 163/25
**zapper [1]** 131/10
**zero [3]** 21/13 22/16 24/13
**zeros [1]** 46/4
**Zone [13]** 6/25 11/19 17/25
22/4 22/10 22/12 42/4 42/5
62/6 62/19 63/5 69/12 172/11
**zoom [1]** 125/10
**zoomed [1]** 125/7