```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3   JAMIE LEIGH JONES,            .
     PLAINTIFF,                    .
 4                                 . H-07-CV-2719
           v.                      . HOUSTON, TEXAS
 5                                 . JULY 5, 2011
                                   . 8:34 A.M.
 6   HALLIBURTON COMPANY D/B/A     .
     KBR KELLOGG BROWN & ROOT      .
 7   (KBR); KELLOGG BROWN & ROOT   .
     SERVICES, INC.;               .
 8   DEFENDANTS.                   .
     . . . . . . . . . . . . . . . .
 9


10


11                  TRANSCRIPT OF JURY TRIAL
             BEFORE THE HONORABLE KEITH P. ELLISON
12                UNITED STATES DISTRICT JUDGE


13


14


15   A P P E A R A N C E S:

16   FOR THE PLAINTIFFS:

17        Lannie Todd Kelly
          The Kelly Law Firm PC
18        One Riverway
          Suite 1150
19        Richmond, Texas 77056

20        Ron Estefan
          Attorney at Law
21        One Riverway
          Suite 1150
22        Richmond, Texas 77056

23


24


25   Proceedings recorded by mechanical stenography, transcript
     produced by computer-aided transcription.
```

```
1    A P P E A R A N C E S:   (Continued)

2    FOR DEFENDANT KBR:

3         Joanne Vorpahl
          Susan Cates
4         Blake Runions
          Stephanie Holcombe
5         Daniel K. Hedges
          Porter & Hedges
6         1000 Main Street
          36th Floor
7         Houston, Texas 77002

8    FOR DEFENDANT CHARLES BORTZ:

9         Andrew T. McKinney, IV
          Sharon Cullen
10        McKinney Cooper LLP
          Three Riverway
11        Suite 500
          Houston, Texas 77056
12
     OFFICIAL COURT REPORTER:
13
          Cheryll K. Barron, CSR, CM, FCRR
14        U.S. District Court
          515 Rusk Street
15        Houston, Texas  77002

16                            - - - - -

17

18

19

20

21

22

23

24

25
```

1                                    <u>INDEX</u>

2                                                              <u>PAGE</u>

3    <u>WITNESSES</u>

4    Victor Scarano

5        Direct Examination by Mr. McKinney                     6

6        Cross-Examination by Mr. Hedges                       66

7        Cross-Examination by Mr. Estefan                      81

8        Redirect Examination by Mr. McKinney                 101

9        Recross-Examination by Mr. Estefan                   107

10   Teresa Westcott

11       Voir Dire Examination by Ms. Vorpahl                 114

12       Direct Examination by Mr. Kelly                      131

13       Cross-Examination by Ms. Vorpahl                     149

14   Anna Mayo

15       Voir Dire Examination by Ms. Vorpahl                 172

16       Voir Dire Examination by Mr. McKinney                180

17       Voir Dire Examination by Mr. Kelly                   181

18   Gabe Andino

19       Direct Examination by Mr. McKinney                   196

20       Cross-Examination by Mr. Estefan                     199

21       Redirect Examination by Mr. McKinney                 201

22                          - - - - -

23

24

25

              *Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

1          P R O C E E D I N G S

2      *(Jury not present)*

3          THE COURT:  Okay.  The jury is all here, but we need

4      to see if we can be brief.

5                  Good morning and welcome back.

6                  What's up?

7          MR. McKINNEY:  Just wanted to clear with the Court

8      that Dr. Scarano has been briefed by the Court on the

9      412 rulings and whatnot and the rulings regarding the grand

10     jury?

11         THE COURT:  He has.  He sure has.

12         MR. McKINNEY:  Okay.  I don't want to inadvertently

13     elicit any responses.

14         THE COURT:  No.  He's been -- we communicated with him

15     about evidentiary rulings that have and have not been made, and

16     he's sensitive to his obligations both pursuant to the Rules of

17     Evidence and as a sworn witness.

18         MR. ESTEFAN:  Thank you, Judge.  And on a related

19     matter, I know the Court's ruling is that he can be referred to

20     as an independent expert.  I just would urge the Court to not

21     allow questioning about, you know, you're not being paid for --

22     you weren't hired by the defense, you weren't hired by the

23     plaintiff, that kind of leaves it only one other person in the

24     courtroom that may have brought him in here.  It's sort of a

25     backdoor way of getting to court-appointed status.  And, so, I

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:35 1  just --

2      MR. McKINNEY:  I do plan to point out to the jury that

3  he was not retained by either side.

4      THE COURT:  Yeah, I thought that's what gave him

08:35 5  credibility and even gravitas, that he was not hired by either

6  party.

7      MR. McKINNEY:  No sides had access to him.

8      MR. HEDGES:  We won't say, "Did we pay you anything?"

9  We won't say that.

08:35 10     THE COURT:  That's fine.  That's fine.

11     MR. ESTEFAN:  Depending on how it's highlighted, I

12  think the inference from the jury could be that obviously he is

13  Court appointed.  So, I just --

14     THE COURT:  Okay.  That's fine.  Okay.  Anything

08:36 15  further?

16     *(Jury present)*

17     THE COURT:  Thank you.  Please be seated.

18         Ladies and gentlemen, hope the weekend was a good

19  one.  We thank you for your promptness this morning.  We're

08:37 20  ready to proceed with a new witness.

21     MR. McKINNEY:  May it please the Court?  Charles Bortz

22  calls Dr. Victor Scarano out of order.

23     *(Witness being summoned to the stand)*

24     THE COURT:  Dr. Scarano.  Yes, sir.  This will be your

08:37 25  seat up here.  It's not a terribly comfortable seat, but do the

08:37  1   best you can and try to speak directly into the microphone.

2   Dr. Scarano, before you're seated, Ms. Loewe will administer

3   the oath.

4             THE CASE MANAGER:  Do you solemnly swear the testimony

08:37  5   you're about to give in the matter now before the Court will be

6   the truth, the whole truth, and nothing but the truth?

7             THE WITNESS:  I do.

8             THE COURT:  Okay.  Thank you.  Please be seated.

9             You may inquire.

08:37  10            MR. McKINNEY:  Thank you, your Honor.  Let the witness

11   get situated, please.

12   **VICTOR SCARANO, DULY SWORN, TESTIFIED:**

13   **DIRECT EXAMINATION**

14   BY MR. McKINNEY:

08:38  15   Q.  Would you state your name, please, for the jury.

16   A.  Yes.  My name is Victor Scarano, S-C-A-R-A-N-O.

17   Q.  And what do you do for a living?

18   A.  I am a forensic psychiatrist.

19   Q.  So, that would make you Dr. Scarano?

08:38  20   A.  Yes.  You have to be a medical doctor to be a psychiatrist.

21   Q.  We're going to talk about what a forensic psychiatrist does

22   in just a moment, but first I want to acquaint the jury with

23   your role in this matter.  You are here today as an independent

24   expert.  Is that correct?

08:38  25   A.  That's correct.

08:38   1   Q.  Not hired by either side of this -- any side to this

    2   lawsuit?

    3   A.  That's correct.

    4   Q.  And you have not had contact with any of the attorneys in

08:38   5   this case.  Is that correct?

    6   A.  I have not spoken to any attorney since I've been in this

    7   case.

    8   Q.  You have been furnished substantial materials for your

    9   review in this lawsuit, have you not?

08:39   10   A.  I have.

    11   Q.  All of that has been done through a disinterested third

    12   person?

    13   A.  My understanding is that the information that I got came

    14   through the Court.

08:39   15   Q.  All right.  Now, tell us a little bit about your

    16   educational background, starting with medical school and

    17   acquaint the jury -- first of all, let me back up.

    18            How old a man, are you?

    19   A.  I am 75.

08:39   20   Q.  You have a lengthy résumé.  I'm not going to go through it

    21   line by line.  If you would simply acquaint the jury with your

    22   education beginning with medical school, and inform the jury of

    23   the various different Board certifications you have held over

    24   the years as a medical doctor.

08:40   25   A.  Okay.  I went to medical school at Jefferson Medical

08:40    1    College in Philadelphia, Pennsylvania.  I did an internship

2    following medical school.  I served two years in the Air Force.

3    I did a surgical residency at the University of Alabama in

4    Birmingham.  I then did a cardiovascular surgical residency at

08:40    5    the University of Tennessee in Memphis.  And then I did a

6    residency in pediatric general thoracic and cardiac surgery in

7    Toronto, Canada at the Hospital for Sick Children.

8                 In '87 to '89, I went to law school and got a

9    degree as a -- a juris doctor degree.  And then in 1994 I came

08:41   10    to Houston at Baylor College of Medicine, completed a

11    psychiatric residency, spent one year in forensic psychiatry at

12    the University of Texas Medical Branch in Galveston and then

13    returned to Baylor as chief of forensic psychiatry until 2006,

14    when I left and opened up my own practice of forensic

08:41   15    psychiatry as Texas Law & Psychiatry.

16    Q.  Tell us, please, the difference between an ordinary or

17    treating psychiatrist and a forensic psychiatrist.  What sets

18    you apart from some of the doctors we've heard from and may yet

19    hear from in this trial?

08:42   20    A.  The difference between a practicing treating psychiatrist

21    and a forensic psychiatrist is a critical difference.  A

22    treating psychiatrist, like any treating physician, has

23    patients come to them because there's something in their life

24    that is causing problems or distress, whether it's orthopedics,

08:42   25    dermatology, obstetrics, or psychiatry.  The assumption is when

08:42  1   the patient comes to the doctor that they are going to tell
       2   them the symptoms that they have so that they can have
       3   treatment that would relieve their suffering.  The treating
       4   doctor assumes that the patient is telling them the truth.
08:43  5            In forensic psychiatry, my practice and all
       6   forensic psychiatrists are involved in legal matters with
       7   individuals that may or may not have a psychiatric illness.
       8   The forensic psychiatrist does not form a doctor/patient
       9   relationship with the individual.  The individual is not a
08:43 10   patient.  The individual is a person to be evaluated, the
      11   defendant, the plaintiff, so forth.  The forensic psychiatrist
      12   cannot assume that the individual is going to tell them the
      13   truth.
      14            So, because the individual in that particular
08:43 15   environment has a vested interest in what the outcome is in
      16   that legal matter, therefore, the forensic psychiatrist has to
      17   look at other materials to see whether what the individual is
      18   saying is corroborated by the other materials that you are --
      19   is there somebody, something, some information that
08:44 20   corroborates what it is that the individual is saying is their
      21   problem, because of some legal matter.
      22            It is especially important in the area of
      23   post-traumatic stress disorder because the symptoms are all
      24   subjective.  If you have a broken bone, you can get an x-ray
08:44 25   and you can see the broken bone.  In post-traumatic stress

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:44   1   disorder, it is all subjective.  So, you need to look and see

2   is there anything to corroborate the symptoms and the signs

3   that are being complained of.

4   Q.   In conducting your forensic psychiatric evaluation in this

08:45   5   case, outline briefly what you looked at, what you did, what

6   your methodology was in arriving at your opinions, if any.

7   A.   Sure.  All right.  To do a forensic independent psychiatric

8   evaluation, there are several things to be done.  One is a

9   face-to-face interview with the individual who is complaining

08:46   10   of some problem that has to do with a legal matter.  For

11   instance, a person is -- in a criminal case has murdered

12   somebody.  So, you want to have a face-to-face interview to see

13   what the circumstances were, what the mindset was at the time

14   that the event occurred.

08:46   15           So, even in a civil case, you want to have a

16   face-to-face interview with the individual, which was done.

17   That interview, besides finding out what their recollection was

18   of the events, you want to also understand their mental status.

19   So, you want to know how is their concentration, how is their

08:47   20   affect, are they depressed, how is their mood, what is their

21   thought processes, are they having hallucinations and so forth.

22           Then you go through a past psychiatric history,

23   past medical history.  And then you go through records.  And as

24   you can see here before you, these are the boxes of records

08:47   25   that I was given to go through.

08:47  1          And then you try to put together your

2     understanding of whether or not the information that you have

3     collected supports or doesn't support what is being claimed.

4     Q.   You mentioned medical records and interview and some

08:47  5     testing that you did; and you have alluded to these four boxes

6     here on the floor, which are your file.  In and amongst the

7     materials that you reviewed, would that include depositions of

8     witnesses, the Department of State report, and witness

9     statements and matters of that nature?

08:48  10    A.   Yeah, many depositions and all of those materials were in

11    these four boxes of materials that I reviewed.

12    Q.   Did you prepare a report?

13    A.   I did.

14    Q.   Tell the jury how many pages -- how many pages long your

08:48  15    report is, exclusive of appendices.

16    A.   Okay.  224 pages.

17    Q.   Within that report, have you prepared a detailed timeline

18    of what each witness, each doctor, each nurse, Ms. Jones, her

19    husband, et cetera, said and did at relevant time periods?

08:49  20    A.   I did.

21    Q.   Slightly off topic, have you reviewed the expert reports or

22    the evaluations prepared by various IME physicians and treating

23    physicians and healthcare professionals prepared in this case?

24    A.   I did.

08:49  25    Q.   Has any -- have any of those individuals -- any of the

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:49   1   doctors or psychiatrists or psychologists or social workers,

2   what have you, have any of those individuals had access to the

3   full range of documentation that you had, all the depositions,

4   all the investigative reports, all of the medical records, as

08:49   5   far as you can tell?

6   A.   In the reports they refer to some records.  None of the

7   reports reviewed the extensive amount of materials that I had

8   the opportunity to review.

9   Q.   And how long was your interview with Ms. Jones?  Was it a

08:50   10   brief interview, a short meeting?

11   A.   I think it was around three, three and a half hours.

12   Q.   In the interview you stated that you conducted some tests

13   to evaluate her mental status -- I made some notes here -- her

14   concentration, her mood, her affect, her thought processes.

08:50   15        Why -- first -- I'll ask you about the testing in

16   just a moment.  But why is it important for you, as a forensic

17   psychiatrist in this particular kind of case, to nail down and

18   test and evaluate Ms. Jones' concentration, her mood, her

19   affect, and her thought processes?

08:50   20   A.   Well, it's important to understand that the individual does

21   not have a problem with attending, concentrating, focusing,

22   because if they do, it can impact upon the interview that you

23   perform and then would also have an impact upon the cognitive

24   testing that you would perform.  So, you want to know what that

08:51   25   state of mind is at the time that you're doing the evaluation.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:51  1    Q.  Tell the jury, please, the different tests that you ran on

2    Ms. Jones; and, as you identify each test, explain what the

3    general object of the test is.

4    A.  Sure.

08:51  5    Q.  And then please explain, also, why it is relevant to this

6    particular case, what it tells you or what it doesn't tell you

7    about Ms. Jones.

8    A.  Sure.  Now, please remember that the testing and the

9    evaluation is done at a particular period of time.  What may

08:52  10   have been months before or months after, it doesn't critically

11   say what the state of mind was at that time.

12           Now, I ask orientation.  Orientation is do you

13   know what -- the date, do you know where you are, do you know

14   who you are, and do you know what we're doing here.  That is

08:52  15   called "orientation."  Individuals with serious mental illness

16   have trouble with the date.  That's the first thing to go.  The

17   next thing to go is where you are.  The very last thing, which

18   means profound mental illness, is when you don't know who you

19   are.

08:53  20           The next is fund of information.  And this is

21   just a general -- this is not neuropsych testing, which is a

22   different area, much more complex.  This is called fund of

23   information, and it's a list of a number of items that gives

24   you a general idea of the person's intelligence.  Ms. Jones

08:53  25   scored very well in fund of information.  So -- and I had no

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

reason not to believe that she would score well.  She's an
intelligent person.

            Attention digit span, this is to identify how the
person is able to attend to things.  And what you do is you
give numbers, "Four, nine, five, three."

            They're supposed to say, "Four, nine, five,
three."  With each one that they say correctly, you add another
number and add another number until they fail.  Then you go,
"Four, five, six"; and they have to go, "Six, five, four."  You
got to say it backward.  It's harder.  And you keep adding the
number until they fail.  Ms. Jones scored very well in that
area, indicating that she can keep that in her mind and then
repeat it.

            The next is memory.  So, you read a story, "Ertha
Smith is a maid who works on State Street, and she was walking
down the street and was robbed of $15.  She reported it to the
police," so forth and so on.  And then you ask the person to
repeat as much of the story as they remember.  This has to do
with short-term memory abilities.  Ms. Jones scored very well.

            Perception of judgment and comprehension, so, you
have a lot of things to understand, a person's understanding of
our normal requirements in society and so forth, why should we
pay taxes, things of that type.  And then you score on that.
She scored well on that.

            Perception and coordination is to draw a certain

08:56  1    number of figures.  This has to do with visual spatial ability.

2    So, there's six or seven figures to draw on the opposite page.

3    You ask them to draw a cube, a six-sided cube, and then a

4    clockface, putting the hours numbers in, in their correct

08:56  5    position, and then setting the hands at a certain time.  This

6    is to help understand that the person visual spatial.  People

7    with dementia, brain injury will skew the clock, will have

8    difficulty with the drawings.  Ms. Jones performed quite well.

9            Abstract reasoning, this is can a person abstract

08:57  10   from a saying or a proverb.  For instance, even monkeys fall

11   out of trees.  All of these has to do with something about

12   human beings.  So, "even monkeys fall out of trees" means even

13   people with experience can make mistakes.

14           Don't change horses in the middle of a stream.

08:57  15   That means -- to abstract from that is that finish what you're

16   doing before you start something else.  People with serious

17   mental disorders can't abstract.  So, they'll say, "Well, if

18   you're on a horse and you try to change, you'll fall in the

19   water and you'll drown."  Ms. Jones did very well on that.

08:57  20           The Mini Mental Status Exam is a 30-point exam

21   used routinely throughout psychiatry and psychology and mental

22   health professionals to give an idea of the person's ability.

23   Thirty is the top score.  You start getting down to 24, 20,

24   there's something going on with the brain.  She scored 30.

08:58  25           Trails A and Trails B.  Trails A, all you do is

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

08:58  1   you connect numbers: one, two, three, four, five, six.  The
       2   numbers are scattered all over the page, and you have to do it
       3   in a certain amount of time.

       4               Trails B is harder because Trails B has numbers
08:58  5   and letters.  So, you've got to go 1A, 2B, 3C, 4D and so forth.
       6   That has to do with executive frontal lobe function.  Ms. Jones
       7   performed well on those tests.

       8               Similarities is another way of trying to
       9   understand a person's ability to abstract.  Okay?  It's paired
08:59  10  items that are not similar, and they're supposed to tell you
       11  something similar about them.  A car and an airplane, well,
       12  they both have motors and they can travel in them and so forth.
       13  Wood and steel, you can build things with them.  A circle and a
       14  square, they're shapes and so forth.

08:59  15              The Rey 15-Item Memory Test, you tell the person
       16  "I'm going to test your memory now.  There's 15 items.  I'm
       17  only going to let you look at them for 12 seconds and then I'm
       18  going to take it away and then on this piece of paper I want
       19  you to write down what you remember."

08:59  20              It's an extremely simple test because all it has
       21  is A, B, C, 1, 2, 3 and three -- a circle, a triangle, and a
       22  square.  It's a test to try to find those people who are
       23  malingering memory loss.  Ms. Jones did fine on that test.
       24  There are some people who flunk that test, which shows that
09:00  25  they're trying to show that their memory is bad.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:00   1          The Complicated Hand Movement Test, this was
        2   created by a Dr. Muria; and it's a hand movement test.  You go
        3   fist, palm, and chop; and you do it three times.  It's frontal
        4   lobe again.  Most people, it usually takes maybe two or three
09:01   5   times.  You give them four chances.  If they can't do it in
        6   four chances, then they are unable to do that test.  If I
        7   remember correctly, Ms. Jones did it on the first try.
        8          And then the Center for Epidemiological Studies
        9   Depression Test is a self report.  So, you give the individual
09:01  10   a sheet of paper, and it has questions on it and -- hold on
       11   just a second.  Hold on -- yes.  You give them a sheet, and
       12   they mark down certain things, "I've been crying more than
       13   usual," things of that type.  And they mark down what they do.
       14   You get over 20 points, you have some -- you may have some
09:02  15   depression.  You get over 30, 40 points, you have a significant
       16   depression.
       17          These were the tests I gave.
       18   Q.  What was the result on depression test?
       19   A.  Ms. Jones scored a 26 points out of a possible 60 points.
09:02  20   But on the test I found there were some inconsistencies on
       21   marking the different areas.
       22   Q.  What were those inconsistencies?
       23   A.  All right.  You have -- I think it's four -- the first one
       24   is you felt this way on the two days that's -- and then the
09:02  25   next is three to four days and then five to seven days.  So,

*Cheryll K. Barron, CSR, CM, FCRR*                *713.250.5585*

09:03   1   you've got mild, moderate, and severe.

2               On one of the questions she said that -- she

3   checked the five to seven days in the past week she felt that

4   she could not shake off the blues even with help from my family

09:03   5   and/or friends, and she checked five to seven had crying

6   spells.  But then she checked three to four days out of the

7   past week she was happy and three to four days out of the past

8   week she enjoyed life, which was inconsistent with the other

9   two responses.

09:03   10   Q.  The test that you ran, are these accepted within the

11   psychiatric and psychological community as valid and

12   appropriate tests for assessing a person's psychological or

13   psychiatric status?

14   A.  These are -- what can I -- the best way to explain those

09:04   15   tests is that they are threshold tests.  If there were

16   significant problems on these tests, you would refer that

17   individual to a neuropsychiatrist for neuropsychological

18   testing to identify and quantify the deficits that you're

19   finding.

09:04   20   Q.  Did you find any deficits in Ms. Jones?

21   A.  No, I did not.

22   Q.  So, in sum and substance, the bottom line on the tests

23   tells you, as a forensic psychiatrist, what, as you began to

24   evaluate this case?

09:05   25   A.  She was functioning normally.

*Cheryll K. Barron, CSR, CM, FCRR*               *713.250.5585*

09:05    1    Q.  And why is that important to you in evaluating this case?
         2    A.  It was helpful to understand that the person I'm talking to
         3    and performing an evaluation of was functioning in a normal
         4    manner, that she was able to attend, to focus, to listen, to
09:05    5    interact so that the test results I can say -- I can be -- I
         6    can depend upon.
         7    Q.  In addition, to administering tests, did you conduct an
         8    in-depth interview with Ms. Jones?
         9    A.  I did.
09:05   10    Q.  And what was noteworthy about Ms. Jones from a forensic
        11    psychiatric standpoint?
        12    A.  Well, she was attentive, focused, concentrating.  I didn't
        13    see any emotional displays.  Her affect was normal.  She
        14    appeared to be functioning as a -- actually a normal individual
09:06   15    with a more than -- more than an average intelligence.
        16    Q.  In terms of appearance and demeanor, did you make a
        17    notation of that?
        18    A.  Oh, yes.  She was very well dressed.  She was made up, had
        19    her makeup on properly.  Her clothes were very fashionable.
09:06   20    She looked fine.
        21    Q.  Is appearance, affect, demeanor, et cetera, how someone
        22    cares for themselves, is that a relevant factor that
        23    psychiatrists routinely note when they interview a patient or a
        24    person?
09:06   25    A.  Absolutely.  Appearance is very important.  Body language,

09:06  1   movements, appearance, whether they're disheveled, whether the
2   man has shaved, whether the woman has combed her hair, whether
3   they have makeup on, all of this -- whether their fingernails
4   are clean, all of this gives you an idea of the person's -- how
09:07  5   they care for themselves and what care they take in their
6   appearance.
7   Q.  Did you ask Ms. Jones about her pre-Iraq, her Iraq, and her
8   post-Iraq, her medical history, her social history, matters of
9   that nature?
09:07  10  A.  I did.
11  Q.  What did you learn of significance in interviewing
12  Ms. Jones on those subjects?
13  A.  That's very broad, Mr. McKinney.  I have 224 pages here.
14  Q.  Well, good point.
09:07  15  A.  If you can help me out, I'll be happy to explain.
16  Q.  Well, let me ask you, then, in a different way.  Did you
17  find items of interest in Ms. Jones' pre-Iraq history medically
18  and socially that are relevant to your evaluation of her
19  psychiatric status?
09:08  20  A.  Well, I did.  And I'm not sure which of these records that
21  I reviewed I can talk about.
22  Q.  Well, I understand; and I'm going to try to tailor my
23  questions in such a way that we don't run afoul of any of the
24  Court's evidentiary rules.
09:08  25             Just generally I would like to establish with

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:08  1    you, first of all, if there were, in fact, records of

2    Ms. Jones' pre-Iraq history that you found to be significant in

3    connection with evaluating her psychiatric status?

4    A.  Yes, absolutely.

09:09  5    Q.  And did you find and review evidence in connection with

6    Ms. Jones' allegations regarding what happened in Iraq that are

7    relevant to your evaluation of Ms. Jones' psychiatric status?

8    A.  Yes.

9    Q.  And finally, have you reviewed documents, medical records,

09:09 10    et cetera, regarding Ms. Jones' post-Iraq medical history and

11    social history that are relevant to you in evaluating

12    Ms. Jones' psychiatric status?

13    A.  Yes.

14    Q.  All of this leads up to the question of whether you have

09:09 15    made findings with regard to Ms. Jones' psychiatric status.

16    A.  Yes, I have made diagnoses.

17          THE COURT:  Let me just insert, it is important that

18    you understand the difference between a forensic psychiatrist

19    and a treating psychiatrist.  Treating psychiatrists are

09:10 20    supposed to adhere scrupulously to the notion that, first of

21    all, do no harm; and a forensic psychiatrist, that is not any

22    part of his or her mission.  His mission is diagnosis.  If it

23    helps, fine; but if it hurts, he's not being unprofessional in

24    the least in following his scholarly inquiry to its limits.

09:10 25          Is that fair, Dr. Scarano?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:10    1              THE WITNESS:  Yes, sir.  Thanks, Judge.

         2    BY MR. McKINNEY:

         3    Q.  Have you made findings with respect to Ms. Jones' diagnosis

         4    of post-traumatic stress disorder?

09:10    5    A.  Yes, I did.

         6    Q.  Have you made findings with respect to whether Ms. Jones is

         7    consistent or inconsistent, to a forensically significant

         8    extent, in how she sees herself, describes herself, how she

         9    sees the events in her life, and how she describes those events

09:11   10    compared and contrasted to how others see Ms. Jones and the

        11    events in her life?

        12    A.  Yes.

        13    Q.  And is Ms. Jones consistent with others or inconsistent

        14    with others to a forensically psychiatric and psychiatrically

09:11   15    significant extent?

        16    A.  Ms. Jones is very inconsistent with the things that she

        17    reports at different times to different people.

        18    Q.  I have scanned in your Axis I through V, and we're going to

        19    put that up now as a demonstrative aid.

09:12   20              MR. McKINNEY:  Is that agreeable with you?

        21              MR. ESTEFAN:  No objection.  We've talked about this,

        22    your Honor.

        23              THE COURT:  All right.

        24              MR. McKINNEY:  I'm going to provide him a copy.

09:12   25    BY MR. McKINNEY:

Q.  Doctor, your Axis I through V will pop up on the screen
here in just a moment.  And tell the jury, please -- they've
heard this before, but explain to the jury what axis -- or
Axes, I suppose, I through V are meant to denote and why we
have seen this and why we're seeing this in your evaluation and
why we've seen it in other psychiatrists' and psychologists'
evaluations.

A.  Axis I has to do with mental disorders, affective
disorders, depression, bipolar disorder, psychotic disorder,
schizophrenia, schizoaffective disorder, so forth.

Axis II is personality disorders, and these
disorders can be very disruptive in the individual's life.

Axis III has to do with medical disorders that
can impact upon your mental state.  For instance,
hypothyroidism is associated with depression.  The treatment
for that depression is not an antidepressive.  It's thyroid
medication.  That's why that's important.

Axis IV is psychosocial stressors that can
influence a person's mental state.  They just got fired,
they've been divorced, the person is facing a criminal charge,
so forth.

Axis V is to try to identify on a scale of 1 to
100 where the person fits in regards to their mental state.
Nobody is a hundred and -- which means that you are absolutely
perfect psychiatrically in every possible way.  And zero would

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:14  1    be you're dead.  So, 30 and below, you got to be in the
       2    hospital because your psychiatric disorder is so bad that you
       3    need to be hospitalized.  That's what those numbers are for.
       4    Q.  Ms. Jones came in at a 65.  Where is that?
09:14  5    A.  That's in the upper area, the upper range.  And it's 65
       6    because of the anxiety and the -- the stress of this legal
       7    matter.  So, she was coming to see somebody who's going to
       8    write a report about what he finds.  She was facing a
       9    deposition coming up, those type of stressful things can --
09:15 10    should be accounted for and reduced her score to 65.
      11    Q.  I'm going to ask you a couple of questions and then get
      12    into the Axes I through V.
      13            You told us you conducted this battery of tests
      14    during Ms. Jones' interview with you and she scored very well
09:15 15    across the board.  And now you're telling us that Ms. Jones has
      16    various issues that you have diagnosed.  And, so, I would like
      17    to know and perhaps others would like to know how it is that
      18    someone can come into your office and score well on, I think,
      19    15 or so different tests, have an organized mind, a responsive
09:16 20    mind, be attentive and alert and intelligent and communicate in
      21    a normal, appropriate fashion and, yet, you have diagnosed both
      22    affective and personality disorders, which we'll get into in a
      23    minute.
      24            How do you reconcile those two apparent
09:16 25    discrepancies, or inconsistencies?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:16    1    A.  Well, the adjustment disorder is just a -- stressful events

2    that many of us face every day.  So, we can function normally

3    despite having certain stresses in our life.

4              Personality disorder is a disorder that is

09:17    5    long-standing for many years, that particularly in Ms. Jones is

6    a problematic area of her life that's never been fully

7    addressed by any mental health professional.

8    Q.  Now, in reviewing the various post-Iraq treaters' and

9    independent medical evaluators' reports, has Ms. Jones

09:17   10    consistently denied a history of anxiety and depression?

11    A.  Prior to the --

12    Q.  Prior to Iraq?

13    A.  -- the events that occurred in Iraq, yes.

14    Q.  And is that consistent with her actual medical history?

09:18   15    A.  No.

16    Q.  It a small inconsistency or a medically significant

17    inconsistency?

18    A.  It's a big inconsistency because somatization disorder,

19    which is one of the areas in Axis I, is an anxiety disorder

09:18   20    that causes distress and dysfunction in individuals' lives

21    and -- for which she received treatment.

22    Q.  Does Ms. Jones, likewise, in communicating with her

23    post-Iraq treaters and independent medical evaluators,

24    consistently deny a pre-Iraq history of sexually transmitted

09:18   25    diseases?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:19  1    A.  Yes.  There are a certain number of records in which she

2    denied having sexually transmitted diseases prior to the

3    alleged events that occurred on July 28, 29 of 2005.

4    Q.  Why is that significant, if it is significant?

09:19  5    A.  Well, that's an inconsistency, either you have it or you

6    don't have it.  And if you had it, why don't you say, yes.  If

7    a doctor like Dr. Schulz asks, "Do you have a sexually

8    transmitted disease" and they say no and you do, that is a

9    serious inconsistency.

09:19  10   Q.  You've noted on Axis III that her sexually transmitted

11   diseases are medical conditions which impact on Axis I and

12   Axis II.  Do I understand that correctly or not?

13   A.  That's correct.

14   Q.  All right.  If Ms. Jones were to have advised her various

09:20  15   post-Iraq treaters of her prior history of sexually transmitted

16   diseases, would that have been a relevant factor in how those

17   physicians approached -- or should that have been a relevant

18   factor in how those various treaters approached the diagnosis

19   and management of her condition, if any, post-Iraq?

09:20  20   A.  I think you're going to have to ask that question again,

21   Mr. McKinney.  I lost it somewhere.

22   Q.  Well, I do that from time to time.

23            Because Ms. Jones was not forthright with respect

24   to her pre-Iraq history of sexually transmitted diseases, you

09:20  25   would have noted this to be a significant factor on Axis III,

09:21   1    correct?

2    A.  Yes.

3    Q.  If the pre-Iraq history had been properly reported to her

4    various treaters and independent evaluators who were performing

09:21   5    an Axis I through V evaluation, would you have expected those

6    treaters and those evaluators to have perhaps taken a different

7    approach or a modified approach with respect to evaluating her

8    mental status given the presence and not the absence of a

9    pre-Iraq history?  And if that's still too long of a question,

09:21   10   I'm just going to move on.

11   A.  I really don't know how to answer that one, Mr. McKinney.

12   Q.  All right.  Finally, are you aware that on December 22nd of

13   2004, Ms. Jones alleged, in a medical report to Dr. Terri

14   Scott's physician's assistant, that she was sexually assaulted

09:22   15   at work by a manager?  Are you aware of that?

16   A.  Yes.

17   Q.  And have you seen the subsequent records, various notations

18   where Ms. Jones gave a history or referred to, quote, a rape,

19   close quote, which occurred roughly in December of 2004?

09:22   20   A.  Yes.

21   Q.  Did Ms. Jones consistently and persistently deny any prior

22   history of sexual assault to her post-Iraq treaters and

23   independent medical evaluators?

24   A.  Yes.

09:22   25   Q.  And would -- if it was true, would an actual reported

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:22   1   sexual assault have been relevant in assessing whether
        2   Ms. Jones was giving an accurate history regarding events in
        3   Iraq and whether Ms. Jones, in fact, had post-traumatic stress
        4   disorder?
09:23   5   A.  She was reporting these to treating mental health
        6   professionals.  And I don't -- the information that she may
        7   have been raped prior to the alleged rape in Iraq would have
        8   been a factor that they would have noted; but I don't know
        9   whether that would have changed the treating physician or
09:23  10   mental health professional's treatment, unless they had all the
       11   records and all the pre stuff and all the inconsistencies that
       12   I was able to see.  In other words, the treating person is not
       13   interested in all of that.  They're interested in right now
       14   what's wrong with you, what are you suffering with, what is
09:24  15   your complaints, and then maybe I can give you something that
       16   can help you.
       17   Q.  Before we get into the specifics of your Axis I and Axis II
       18   findings, I would like you to assist us, if you can -- you
       19   describe Axis I as an affective disorder and Axis II as a
09:24  20   personality disorder.  What's the difference?
       21   A.  Axis I is affective and psychotic disorders; in other
       22   words, depression, bipolar disorder, a general anxiety
       23   disorder, post-traumatic stress disorder; on the depression
       24   anxiety scale, somatization disorder; on the psychotic scale,
09:25  25   schizophrenia, schizoaffective disorder, things of that type.

09:25  1   These are major psychiatric disorders.

2                      Axis II is a personality disorder.  A personality

3   disorder is a pervasive way of behaving over periods of time.

4   It's the -- type of a characterological type of thing.  And

09:25  5   that can cause you great distress.  Borderline personality

6   disorder, they can't form relationships, they're distrustful to

7   everybody, they have impulsivity, they cut themselves just to

8   feel something.  This causes great distress in their life.  And

9   that's the difference between the Axis I and the Axis II

09:26 10   diagnoses.

11   Q.  Let's look at your Axis I diagnosis; and I would like to

12   talk about the first one, adjustment disorder, first.  What is

13   adjustment disorder, and why have you stated in writing as an

14   independent expert that Ms. Jones has features of or suffers

09:26 15   from an adjustment disorder?

16   A.  Ladies and gentlemen, we all have had adjustment disorders.

17   They're part of life.  You got fired, you're having trouble

18   with your girlfriend and your spouse, you just were in a -- you

19   just drove out your new car from Ford and some guy hits you and

09:27 20   smashes into your car, that can cause a period, usually not

21   long, where you can have a certain anxiety or a certain down

22   feeling.  It can be problematic enough, if you're going through

23   a divorce or something of that type, that you might go see a

24   therapist for therapy or you may see a psychiatrist and get a

09:27 25   pill of some type for a short period of time to get you over

09:27  1    it.

2          Adjustment disorder in this instance was anxiety

3    secondary to legal stress of this case, the upcoming deposition

4    she would have to go through and so forth.  It's a mild type of

09:28  5    mental problem that occurs not uncommonly in our lives.

6    Q.  The next thing I want to talk about -- or I want you to

7    talk about, please, is you have noted that Ms. Jones exhibits

8    features of somatization -- say that, please.

9    A.  Somatization disorder.

09:28  10   Q.  What is it, and why do you say that Ms. Jones has features

11   of -- and you'll have to say it again for me.

12   A.  Somatization disorder.  Somatization disorder is a type of

13   anxiety disorder in which the individual, under stress, might

14   have or complains of physical problems.  And it has to be in a

09:28  15   number of areas, abdominal pain, pelvic pain, menstrual pain,

16   headaches, backaches; and there has to be a pseudoneurological

17   problem.

18          "Pseudoneurological" means I can't lift my arm

19   but, when the doctors go through all the tests, there isn't

09:29  20   anything wrong.  So, it's a pseudoneurological problem.

21          At the time in which all of these things are

22   being manifested, Ms. Jones is going through a difficult part

23   of her life.  Parents are being divorced.  And she's

24   manifesting problems of a physical nature that, in my view, as

09:29  25   I go through these records, were really psychological problems

Cheryll K. Barron, CSR, CM, FCRR                    713.250.5585

09:30   1   manifested by physical complaints.

2   Q.  We're going to talk about malingering post-traumatic stress

3   disorder in just a moment.  I would like to now switch to the

4   Axis II diagnoses where you identify features of narcissistic

09:30   5   and histrionic personality disorder.

6        Describe for the jury, please, what these two

7   disorders are and generally why you have noted that Ms. Jones

8   has features of these two disorders.

9   A.  Often personality disorders are in combination.  Antisocial

09:30   10  personality disorder and narcissistic personality disorder are

11  very common.  As you know, the antisocial is the criminal type

12  that doesn't abide by the rules and regulations of society.

13  Narcissistic personality disorder is a feeling that or belief

14  or presentation that you're better than other people, there's

09:31   15  something superior about you.  You present yourself in a more

16  inflated way.

17        Histrionic and hysterical personality disorder

18  has to do mostly -- though men have it, the majority of

19  individuals with histrionic and hysterical personality

09:31   20  disorders are females.  They present themselves in a more

21  grandiose manner.  They make -- they present things about them

22  that show that they are in the upper levels of their sister

23  females; and they'll say things that, when you review records,

24  just aren't true.

09:32   25        Now, the histrionic, hysterical female usually

09:32 1  grows up in a dysfunctional family where problems are

2  occurring.  The hysterical, histrionic female binds closely

3  with the father.  She is daddy's little girl.  She's in

4  competition with the mother.  So, she can have fantasies about

09:33 5  how she could do a better job caring for the father than the

6  mother can.  She can have those fantasies, and that's fine

7  until a divorce occurs.

8         When the divorce occurs, two very traumatic

9  things happen.  Number one, the mother has lost.  So, the

09:33 10  father -- she can still have her relationship, still be daddy's

11  little girl.  But when daddy finds another girl, it's like a

12  put-down for the hysterical, histrionic female.  What is

13  important is that she, of course, cannot act on her fantasies

14  because of the taboo of incest and in the fact that she has an

09:34 15  older, bigger mother who she's in competition with.  It's the

16  reverse of the Oedipus complex where the boy wants to out-do

17  the father for the mother's attention.

18         When you put both of those things together,

19  narcissistic, histrionic, and hysterical personality disorder,

09:34 20  this causes problems in the girl's life.  In other words, she

21  has trouble with relationships.  She's in competition with

22  other women, and that essentially is -- are the features of the

23  Axis II diagnosis that I said -- I didn't make an absolute

24  diagnosis because you have to have that individual in treatment

09:35 25  over a long period of time.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:35  1          This is an individual that, when the doctor says

2    that you have this problem, they'll leave that doctor and

3    they'll go to somebody else.  So, they'll go doctor shopping

4    until they find somebody who can agree with their

09:35  5    interpretation of what's going on.

6    Q.  Can you give us some examples, from the materials that you

7    have reviewed and the notes that you've made in your lengthy

8    report, of Ms. Jones' manifesting or exhibiting the

9    narcissistic and histrionic personality disorder?

09:35  10   A.   Sure.  Ms. Jones said she graduated from high school when

11   she was 16 to a number of individuals.  She was actually 18.

12   She told me she graduated in the top 5 to 10 percent of her

13   class.  When I looked up her class, there were 859 graduates.

14   She was number 252, which put her in the 29th percentile.

09:36  15         She got her undergraduate from the American

16   Military University, which is a subsidiary of the American

17   Public University System; and she got her master of business

18   administration with a grade point average of 3.86 and told me

19   that she graduated summa cum laude.  APUS and the Military

09:37  20   Public University does not use the Latin terms.  You can

21   graduate with honors, and then you're invited to belong to an

22   honor society.  These are -- these are indications of trying to

23   inflate who you are to an upper level.

24   Q.  With respect to some of the interpersonal conflicts that

09:37  25   Ms. Jones has had, let me direct your attention to the incident

09:37  1   in San Diego.  Were there any examples of how Ms. Jones

2   conducted herself regarding the incident in San Diego that are

3   significant from the standpoint of assessing the histrionic

4   personality disorder?

09:38  5   A.  Are we talking about the bowling alley incident?

6   Q.  Yes.  Yes.

7   A.  Okay.  I believe it was April the 8th of 2007, Ms. Jones

8   and her husband were at the bowling alley, drinking.  And the

9   records indicate that her husband was ready to leave and she

09:38  10  wasn't.  According to the people at the bowling alley,

11  Ms. Jones ran out one door with her husband chasing after her.

12  She comes in through another door screaming, "My husband has

13  hit me."

14         Then she reports to certain individuals different

09:39  15  stories, he punched her in the face, he punched her in the

16  abdomen, earlier in the day had hit her with a baseball bat.

17  She goes to the hospital; and as they're rolling her in, she's

18  screaming and yelling, "I'm five months pregnant."  Of course,

19  she wasn't five months pregnant.  Her -- the nurse observed

09:39  20  that her abdomen was quite flat, and her pregnancy test was

21  negative.

22         She allowed her husband, of course, to be picked

23  up by the police.  The investigation of spousal abuse, the

24  military -- a military protective order was instituted.  This

09:39  25  occurred on the 8th.  The military protective order was

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:40  1  released on the 12th.

2  She gave different stories to different people.

3  She relented and then called the investigators and said, "No,

4  he didn't hit me; and I have proof because I have my medical

09:40  5  record that shows that I -- there were no injuries that I had."

6  She told me that he grabbed her arm and dragged

7  her out of the bowling alley.  As I told you, the observers

8  there saw her running out and her husband chasing her.

9  She told the social worker her mother was going

09:40  10  to come, she's very frightened.  This is a woman, don't forget

11  now, that has complained that she has been severely and

12  horribly assaulted and raped by five -- four or five firemen.

13  When I asked her, "Well, gosh, this is the only

14  man you've been able to trust all these years.  How come -- how

09:41  15  come this wasn't more of a significant event for you?"

16  She says, "Well, he only did it once."

17  But really interesting, and it shows what you

18  might call information management, the military protective

19  order was nullified on April the 12th.

09:41  20  On April the 11th, she's seeing her therapist.

21  Not one word about the events that occurred in the bowling

22  alley.  This is the type of things that you expect and you see

23  from hysterical, histrionic, narcissistic personality

24  disordered individuals.

09:42  25  Q.  You used the phrase "information management."  And is that

09:42  1   something that you have observed in other aspects of Ms. Jones'

2   life as reflected in the various records and depositions,

3   et cetera, that you have reviewed?

4   A.   On review of the records, and individuals with this type of

09:42  5   personality disorder, there is information management and

6   selective memory.

7   Q.   Explain what that means.  Explain whether you've seen one

8   or two or many examples of information management and selective

9   memory in your review of the records.

09:43  10   A.   Yes.  The information management would be telling health

11   providers after Iraq that you didn't have sexually transmitted

12   diseases prior to the alleged event.  Information management is

13   that you tell certain individuals and providers that you

14   developed venereal warts or Human Papilloma virus after the

09:44  15   alleged rapes in Iraq.

16        Selective memory is -- let's see.  One example

17   would be there is a string of e-mails between Ms. Jones and her

18   mother in regard to the supervisor when she was working for KBR

19   before she went to Iraq, for which she has no memory of those

09:44  20   e-mails.  And she says it was five years ago.  However, she

21   remembers in critical detail a medical report ten years ago

22   because that medical report was saying something that she felt

23   wasn't appropriate.  That's selective memory.  There are other

24   areas, they don't come to mind; but as we go on, they might.

09:45  25   Q.   Well, it's a lengthy report.  We'll touch on some of them,

09:45  1    but we're not going to spend the day at it.

2                    Let's move now to your review of Ms. Jones'

3    account of what transpired in Iraq.

4    A.   We haven't gone over the post-traumatic stress disorder.

09:45  5    Q.   We're going to get to that.

6    A.   You're going to do that later?

7    Q.   We're going to get to that.

8    A.   Okay.  Sure.

9    Q.   If it assists, you might want to take a look at Page 154 of

09:46  10   your report where you summarize some of the events that were in

11   place the morning that Ms. Jones alleges she woke up and had

12   her encounter with Charles Bortz.

13   A.   Okay.  I'm on Page 154.

14   Q.   If I could draw your attention to the second full paragraph

09:46  15   there in the middle of the page, if you could review that

16   briefly.  And for the record, you have not memorized this

17   complete report?

18   A.   No, I have not.

19   Q.   All right.  Why don't you take a look at that paragraph

09:47  20   briefly --

21   A.   Okay.

22   Q.   -- and then --

23   A.   Yes, I see it.  Starting "Sexually active" --

24   Q.   No.  The next paragraph.

09:47  25   A.   Oh, okay.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

09:47 | 1                 Yes.  Okay.  I have reviewed it.

2 Q.  Based upon your review of the records, the night before

3 Ms. Jones -- or the night of Ms. Jones' alleged assault, you

4 understand that she had had some sort of interpersonal conflict

09:47 | 5 with a young woman named Sara Simco?

6 A.  Yes.

7 Q.  And thereafter, Ms. Jones presented at a social gathering

8 attended by a number of people, including my client, Charles

9 Bortz?

09:48 | 10 A.  I believe Sara Simco was there and that's -- when something

11 was said, Ms. Simco leaves.  She goes to apologize and then

12 comes back.

13 Q.  Yes.  At the time of the social gathering, Charles Bortz

14 had a girlfriend, Beneta Brumatti?

09:48 | 15 A.  Yes.

16 Q.  Who was on vacation or on leave and not in Camp Hope?

17 A.  Yes.  And she was supposed to return either the next day or

18 day after.  She was soon to return.

19 Q.  And Ms. Jones had, the day before, been transferred to

09:48 | 20 Ms. Brumatti's department and would be Ms. Brumatti's coworker?

21 A.  She would be in the same department as Ms. Brumatti at the

22 USMI IT.

23 Q.  Now, you're not here to express an opinion as to whether

24 the encounter between Ms. Jones and Mr. Bortz was consensual or

09:49 | 25 not consensual.  You understand that?

*Cheryll K. Barron, CSR, CM, FCRR*                  *713.250.5585*

09:49  1    A.  Yes, I do.

2    Q.  However, referring now to Page 154, you're picking up there

3    at the point in time where Ms. Jones has, the next morning,

4    asked Mr. Bortz, A, whether they had sex and, B, whether the

09:49  5    sex was protected.  Do you --

6    A.  Correct.

7    Q.  What is the status of Ms. Jones' situation based upon your

8    review of all of the records, all of the testimony of all of

9    the witnesses, et cetera?  What is Ms. Jones faced with that

09:50  10   morning when she wakes up and gets the answer to those two

11   questions?

12   A.  Well, she's in a predicament.

13   Q.  Please explain.

14   A.  She has two sexually transmitted diseases, genital warts,

09:50  15   human -- Herpes Simplex Virus, and genital warts, Human

16   Papilloma Virus.

17   Q.  Did you happen to review Ms. -- in detail Ms. Jones'

18   gynecological history regarding the course of those two

19   diseases right up until the time she departed for Iraq?

09:50  20   A.  I did.

21   Q.  Were the diseases in the active stage at that time?

22   A.  I believe one of them was.  They were very serious

23   disorders in that outpatient treatment wasn't being ineffective

24   [sic].  She had to be hospitalized one time for the treatment

09:51  25   of the herpes infection; and at another time she had to have

09:51   1   laser surgery, cryotherapy, and so forth for the genital warts.

2   Q.  So, in plain words, Doctor, what potential problems was

3   Ms. Jones facing on an ongoing basis having slept with Beneta

4   Brumatti's boyfriend and having -- and being the carrier of two

09:51   5   sexually transmitted diseases and having apparently learned or

6   confirmed that the sex was unprotected?

7   A.  Well, of course, she had no problem because she was

8   unconscious; and being unconscious, she couldn't alert

9   Mr. Bortz that she had sexually transmitted diseases.

09:52  10   Q.  Do you believe that her history of being unconscious was --

11   I don't want to run afoul of the Court's ruling here.

12                 Do you accept as valid her history of being

13   unconscious?

14   A.  No.

09:52  15   Q.  Refer now, please, to Page 152, the bottom paragraph.

16   A.  Yes.

17   Q.  What opinion do you put forth on Page 152 in the bottom

18   paragraph?

19   A.  This was her interaction with Pete Arroyo, where in my view

09:53  20   she's recruiting Mr. Arroyo to test out her theory of the date

21   rape drug and being unconscious and saying she doesn't know

22   what happened, what if all these guys had sex with me?  And, of

23   course, Mr. Arroyo becomes quite concerned and takes her to see

24   the physician's assistant, Kristen Rumba.

09:53  25   Q.  Based upon your review of the records, did Ms. Jones'

09:54  1    history -- that is, did her statements regarding the date rape

2    drug, the number of assailants, et cetera, et cetera -- did

3    that evolve over time or was it consistent?

4    A.  No, no.  That is an evolving -- as the entire episode

09:54  5    evolved over time.

6    Q.  Initially what did Ms. Jones report as having been the

7    scenario that resulted in her alleged assault?

8    A.  The initial to Ms. Rumba and to Dr. Schulz was she was in

9    her room about 10:00 o'clock at night sleeping when four to

09:54  10   five firemen came and knocked on her door and she invited them

11   in and they -- one of them mixed a drink and she had two sips

12   and the next thing she remembered was waking up at 6:30 in the

13   morning, feeling physically injured, went to the bathroom,

14   bleeding profusely between her legs; and then over time other

09:55  15   facts were added to the story.

16   Q.  The history that Ms. Jones gave to Kristen Rumba and

17   Dr. Jodi Schulz, in either of those histories was Ms. Jones

18   able to identify her assailants?

19   A.  If I remember correctly, she did not identify them to Rumba

09:56  20   and to Dr. Schulz.

21   Q.  Did you find any evidence whatsoever in the record that

22   Ms. Jones did not know and recognize Charles Bortz when she saw

23   him that morning?

24   A.  Well, there are a number of records like the letter to --

09:56  25   Q.  Senator Boxer --

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

A.  Senator Boxer, that's right.  I couldn't remember her name.
She woke up in the morning with a nude firefighter lying next
to her whom she now knows to be Charles Bortz.  I think in her
testimony before Congress she says that a nude -- or a
firefighter was in her room that she now knows to be Charles
Bortz.  Well, she knew it was Charles Bortz all along.
Q.  And you say that she knew it was Charles Bortz all along.
Why do you say that?
A.  Well, because when she woke up, she talked to Charles Bortz
and asked Charles Bortz, "Did we have sex?"
          And when he said yes, "Well, was it protected?"
          "No."
          And I think she talked to Pete Arroyo and said to
Pete Arroyo that Bortz was in her room.
Q.  All right.  Now, after speaking with Dr. Schulz and Dr. --
and Ms. Rumba -- and, by the way, what did she say specifically
was the circumstances under which she had been allegedly
drugged and raped to those two women?
A.  Well, if I remember correctly, it was that the firefighters
came into her room, they knocked on the door, woke her up and
they mixed a drink.  One of the firefighters, we're not sure
who it was, might have been Matthew Ryan -- Matt Ryan said,
"Don't worry, I'm not putting ruffies in here.  I'm saving
those for Dubai."  And so, that implanted the roofie thought.
And then she -- the next thing she knew is that she woke up,

6:30.

Q.  After being examined by Dr. Schulz, Ms. Jones was visited by a lady named Jamie Armstrong.  Do you recall that?

A.  Well, rather than visited, she was taken to -- from the hospital to human resources and from human resources, Jamie Armstrong and several others walked her to this hooch, that they call it, a hooch, some type of a structure, in which they wanted her -- they -- they had assigned to her and her alone. There was nobody else in the hooch.

From what I understand, there's a room on one side, a room on the other, and there's a bathroom in between. There was nobody in the other side, it was just Ms. Jones in that room; and that's where they put her for her own protection.

Q.  Now, when Ms. Armstrong and Ms. Jones were in the hooch together, is it your understanding that Ms. Armstrong took a statement from Ms. Jones?

A.  Yes.

Q.  And the difference -- or is the difference between the two reports that Ms. Jones gave to Kristen Rumba and Dr. Schulz, those are medical histories.  The report given to Ms. Armstrong was the first in the official -- or unofficial investigation of Ms. Jones' allegations?

A.  My understanding is Mr. Goodgine, the security director, asked Ms. Jones to please, while it is fresh in your mind,

10:00  1  would you please write a statement; and Jamie Armstrong was

2  there to assist.  That was my understanding of the records.

3  Q.  With an investigation in process or beginning, what

4  difference -- what important differences, if any, took place

10:01  5  between the reports that Ms. Jones gave to Dr. Schulz and

6  Ms. Rumba versus the report that Ms. Jones gave to Jamie

7  Armstrong?

8  A.  If I remember correctly, Mr. McKinney, the report that

9  she -- or the statement she made in the hooch with Jamie

10:01  10  Armstrong was that she joined a group of KBR employees outside

11  that were socializing.

12  Q.  As opposed to having men come to her room?

13  A.  That's correct.

14  Q.  Just a little bit off topic; but to perhaps give some

10:02  15  background data, you're called as an expert witness in criminal

16  matters from time to time?

17  A.  Most of the time.

18  Q.  And you are frequently called as an expert witness -- as an

19  independent witness or sometimes even by the court?

10:02  20  A.  Often by the court.

21  Q.  Okay.  As a part of your role in criminal matters, do you

22  find yourself reviewing investigative reports prepared by

23  police officers or DPS troopers or FBI agents or people of that

24  nature?

10:02  25  A.  I always ask for investigative reports.

10:02  1    Q.  Let me make sure I have the right exhibit number.

       2          MR. McKINNEY:  I'm having an exhibit malfunction.

       3    Good time for the morning break?

       4          THE COURT:  I think it probably is.

10:03  5          Would all please rise for the jury.  15 minutes,

       6    please.

       7          (Recess was taken from 10:03 a.m. to 10:18 a.m.)

       8      (Jury present)

       9          THE COURT:  Members of the jury, please be seated.

10:18  10          You may resume your inquiry.

       11          MR. McKINNEY:  May it please the Court.

       12    BY MR. McKINNEY:

       13    Q.  The exhibit malfunction has been fixed.

       14          And before I show you that exhibit, I would like

10:19  15    to review the bidding with you on the histories that Ms. Jones

       16    gave, beginning with her initial discussion with Pete Arroyo

       17    and up through the Jamie Armstrong statement.

       18          At Page 49 of your report and close to the

       19    bottom -- the middle -- lower middle portion, you quote Pete

10:19  20    Arroyo's testimony as having Ms. Jones report to him, quote,

       21    "Well, if I had just one drink and I didn't even finish that

       22    drink, you know, what happened?  What if, you know, the other

       23    guys had sex with me?  I don't know," close quote.

       24          And then we have the statement to Ms. Rumba in

10:19  25    which Ms. Jones advises Ms. Rumba that four men, four

10:20   1   firefighters, came to her room, gave her a drink, she remembers

2   nothing.  And then the statement to Dr. Schulz that five men,

3   five firemen, came to her room, gave her a drink and she

4   remembers nothing.

10:20   5           And then when the statement is requested as a

6   part of an investigation, Ms. Jones goes to the social

7   gathering where there were, of course, many witnesses and

8   states that she was given a drink, had a couple of sips and

9   remembers nothing.

10:20   10          Your records and your review of the records

11   agree, essentially, with those -- with that developed pattern

12   or that developed scenario, that evolving scenario?

13   A.  Yes.

14   Q.  And I asked you before the break if, as a part of your

10:21   15   function as an independent witness in criminal matters, whether

16   you are from time to time given the investigative report.  And

17   I believe you -- that is, the official investigative report by

18   the police officers or whoever is working for the state or the

19   government.  And I believe you said you did?

10:21   20   A.  Yeah.  I always review the police investigator reports.

21   Q.  All right.  Doctor, I'm not sure if Bortz Exhibit 69 is a

22   part of your records.

23          MR. McKINNEY:  May I approach the witness, please,

24   your Honor?

10:21   25          THE COURT:  You may, yes.

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

10:21    1          MR. McKINNEY:  Could we please put Bortz 69 up on the

         2    screen?

         3    BY MR. McKINNEY:

         4    Q.  Doctor, I particularly want to draw your attention to these

10:21    5    two paragraphs right here.  Can you read them on the screen, or

         6    would you rather have this copy?

         7    A.  I would rather have this.  Will this be a problem for you?

         8    Q.  No, not at all, because I'll have the screen.

         9          MR. McKINNEY:  The bottom -- there's three highlighted

10:22   10    paragraphs.  The bottom two, would you please enlarge those?

        11    A.  I didn't know you could make it big.

        12    BY MR. McKINNEY:

        13    Q.  It's a crazy technological world we live in.  What can I

        14    say?  All kinds of wizardry going on.

10:22   15    A.  I just reviewed it.  No, this was not a part of the

        16    information that I was given.

        17    Q.  And the sum and substance, the middle paragraph in this

        18    letter -- or the first one that's blown up, recites Ms. Jones'

        19    history of the party, getting some drinks, going to bed with

10:23   20    Bortz, et cetera.

        21    A.  Yes.

        22    Q.  That would -- that is the report that she gave to Jamie

        23    Armstrong?

        24    A.  Correct.

10:23   25    Q.  The second paragraph here refers to the report that

10:23   1   Ms. Jones gave to the army doctor in which men came to her

        2   room?

        3   A.  Correct.

        4   Q.  Based on your experience as an independent forensic

10:23   5   psychiatrist reviewing police investigative reports, would it

        6   be a normal part of an investigator's duty to speak with

        7   someone like Ms. Jones, a complaining witness, and ask her to

        8   address inconsistencies or perceived inconsistencies in her

        9   story?

10:24  10   A.  Yes, of course.

       11   Q.  And what notation did the investigators make here regarding

       12   Ms. Jones' explanation for the inconsistency between the story

       13   she gave to Dr. Schulz and the story she gave to Jamie

       14   Armstrong?

10:24  15   A.  Well, she says that the -- that Dr. Schulz was pressuring

       16   her for a story as to what happened.  I don't know how that's

       17   related to what she told her.

       18   Q.  Well, exactly.  She states that she lied to Dr. Schulz

       19   because -- or she is reported to have stated that she lied to

10:25  20   Dr. Schulz because she was under pressure from Dr. Schulz to

       21   give an account of what happened?

       22   A.  That's what it says, yes.

       23   Q.  Now, is that -- if the reporter, the person who wrote

       24   that -- and we don't know who wrote it because the Justice

10:25  25   Department didn't give us the second page of the letter.  But

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:25   1    if the person who wrote that is accurately writing down what

        2    Ms. Jones said and did, is Ms. Jones' explanation the type of

        3    explanation that is consistent with a histrionic personality

        4    disorder?

10:25   5    A.  A statement just standing by itself, Mr. McKinney, is not

        6    something you can make that diagnosis of.  She made different

        7    statements about how the statements in Rumba and Dr. Schulz'

        8    report indicated that firemen came to her -- her room that are

        9    also different from this.

10:26   10   Q.  But in terms of her blaming Dr. Schulz for her having given

        11   an erroneous report --

        12   A.  I got it.

        13   Q.  -- is that the type of behavior that is consistent with --

        14   not diagnostic of, but consistent with a histrionic personality

10:26   15   disorder?

        16   A.  Yes, of course, because they put the blame -- they never

        17   take responsibility themselves.  Anything that you can bring up

        18   that shows negatively on a narcissistic, histrionic, hysterical

        19   type of person, they will then shove that responsibility on to

10:27   20   somebody else.

        21   Q.  Assume for the purposes of -- for the purpose of the next

        22   couple of questions I'm going to ask you that one of the points

        23   that Ms. Jones has made often in this trial is that she woke up

        24   in bed -- well, first of all, that she took two sips of a drink

10:27   25   and remembers absolutely nothing --

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:27  1  A.  That's correct.

2  Q.  -- until she woke up the next morning, per her testimony

3  before this jury, alone in her top bunk -- she has emphasized

4  this point several times.  Just assume what I am telling you --

10:27  5  A.  Oh, okay.

6  Q.  -- is the evidence so far.

7  A.  Okay.

8  Q.  Assume that Ms. Jones found herself fully unclothed, which

9  is not customary, recalls climbing down the ladder, recalls

10:28  10  being in great pain, her breasts, her female lower anatomy,

11  recalls going to the bathroom and many, many details of what

12  she observed and felt, et cetera, et cetera.

13  A.  Uh-huh.  Yes.  Okay.

14  Q.  And then assume that she has testified and -- I think the

10:28  15  point has been underscored often in the trial that when she

16  returned to her room, she found a man in her lower bunk.

17  A.  Okay.

18  Q.  Not lying in bed with her, as stated in the Barbara Boxer

19  letter, but in her lower bunk.  All right?

10:29  20  A.  Yes.

21  Q.  Now, assume further that her regular treating counselor,

22  Dawn Nelson, whose records I believe you reviewed --

23  A.  I did.

24  Q.  -- testified Thursday in this courtroom.  And assume that

10:29  25  Ms. Nelson reported a history from Ms. Jones, including two

10:29   1   general fact patterns.  The first fact pattern is that

2   Ms. Jones reported to Ms. Nelson that after she took the two

3   sips she recalled losing sensation -- that is, she described a

4   gradual process -- or not a -- perhaps not a gradual process

10:29   5   but a process of losing her ability to see, hear, remember,

6   focus, until she had no further memory.

7   Do you see the difference between the process

8   following the two drinks and the instant loss of memory?

9   A.  I do see the difference.

10:30   10   Q.  Assume further that Ms. Nelson told us that the history

11   that Ms. Jones gave with respect to waking up that morning is

12   that Ms. Jones awoke with -- nude and lying in bed with her,

13   nude, was a man in the top bunk, who later turned out to be

14   Charles Bortz, and that this man reported to her that not only

10:30   15   had he had unprotected sex with her the night before but that

16   four or five other men had had sex vaginally and anally with

17   Ms. Jones and that is how Ms. Jones came to learn that she had

18   been sexually assaulted by multiple assailants.

19   Can you assume all that for us?

10:31   20   A.  Okay.

21   Q.  If those assumptions are borne out by the evidence, are the

22   various histories of what happened that night, the assumptions

23   I've asked you to make with respect to Ms. Jones' alleged lost

24   of consciousness, how she awoke, the circumstances under which

10:31   25   she awoke, are those -- if the jury finds them to be different,

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:31 1  are those different scenarios consistent or inconsistent with a

2  narcissistic and histrionic personality disorder?

3  A.  If we assume that Dawn Nelson's report is related to

4  information that was provided to her by Ms. Jones, they're

10:32 5  totally inconsistent with multiple reports in other records.

6  And that is part of changing stories, information monitoring,

7  selective memory, all of that has to do with a person with a

8  narcissistic, histrionic, hysterical personality disorder.

9  Q.  We're now going to talk about post-traumatic stress

10:32 10  disorder.

11  A.  Okay.

12  Q.  And the opinion that you have expressed --

13       MR. McKINNEY:  If we could go back to the scan that I

14  asked you to put up.

10:33 15  BY MR. McKINNEY:

16  Q.  The opinion that you have expressed, the finding that you

17  have made with respect to post-traumatic stress disorder, is

18  that Ms. Jones is malingering --

19  A.  Yes.

10:33 20  Q.  -- post-traumatic stress disorder?

21  A.  Right.

22  Q.  What does "malingering post-traumatic stress disorder"

23  mean?  The operative word being "malingering."  What does that

24  mean?

10:33 25  A.  Sure.  Malingering is not a mental disorder, but it is a

10:33   1   diagnosis in the Diagnostic and Statistical Manual of mental

        2   diseases that is an intentional fabrication or exaggeration of

        3   an event for a specific purpose.

        4   Q.  Tell us generally -- and then we will get into the

10:33   5   specifics.  Tell us generally why you do not believe Ms. Jones

        6   has post-traumatic stress disorder.

        7   A.  Mr. McKinney, you want the short version --

        8   Q.  The short version --

        9   A.  -- I'm going to have to use this --

10:34  10   Q.  Well --

       11   A.  The short version is, if you are unconscious, meaning that

       12   you are not present consciously at the time a traumatic event

       13   occurs, you can't meet the threshold, or the door that you have

       14   to get through, to have a diagnosis of post-traumatic stress

10:34  15   disorder.  That's it.

       16   Q.  Well, now, Ms. Jones says that the trauma of realizing what

       17   had happened to her that night -- and not only Ms. Jones, her

       18   therapist, Ms. Nelson, and perhaps -- oh, and the retained

       19   expert, Dr. Blank, from Atlanta all say that it's perfectly

10:35  20   fine to not actually experience the traumatic event but to

       21   learn about it later.  Do you agree or disagree?  And as they

       22   say in school, explain your answer.

       23   A.  I absolutely and totally disagree.  This is the Diagnostic

       24   and Statistical Manual of Mental Disorders which psychiatrists

10:35  25   and psychologists use to make diagnoses.  There's a threshold

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:36   1   you have to get through before you can diagnose post-traumatic
2   stress disorder.  Of all the mental disorders in forensic
3   psychiatry, this is the easiest diagnosis to malinger because
4   it's totally subjective.

10:36   5           The threshold is this, that the person has been
6   exposed to a traumatic event in which both of the following
7   were present.  The person experienced, witnessed, or was
8   confronted with an event or events that involve actual or
9   threatened death or serious injury.

10:36   10          That means they have to be conscious.

11          And the person's response involved intense fear,
12   helplessness, or horror.  You can't have that, you can't
13   experience fear, helplessness and horror, if you're
14   unconscious.

10:37   15          Now, the other problem with post-traumatic stress
16   disorder is that anybody can get on the Internet and punch in
17   "PTSD" or "post-traumatic stress disorder" and you'll get all
18   the symptoms.

19          You can't get through the threshold to make this
10:37   20   diagnosis.

21   Q.  I learned on the break that you had requested the flip
22   chart up there --
23   A.  I did.
24   Q.  All right.  And you requested that in connection with your
10:37   25   findings regarding the fact that Ms. Jones is malingering PTSD?

10:37   1    A.  Yes.  Because we have to talk about memory, post-traumatic

        2    stress disorder, how memories are embedded, what a true person

        3    with post-traumatic stress disorder has, and the difference

        4    between that and what we're talking about here.

10:38   5    Q.  I'm going to give you a box of markers and tell the jury

        6    what you think the jury needs to know.

        7    A.  I got a blue one here that I'm going to use.  All right.

        8    Q.  Hang on a second.

        9            We've gotten in trouble for this before, so

10:38  10    you're going to need to use both hands.  Try to speak into the

       11    microphone.

       12    A.  All right.  I'm going to try to be ambidextrous here today.

       13            The first thing we're going to talk about is

       14    memory.  The memory, how do we have memories?  Memories are

10:39  15    inputted by our five senses: what we see, what we hear, what we

       16    taste, what we smell, what we touch produces a memory.  We have

       17    to actually see, hear, taste, smell, and touch so that the

       18    memory can be implanted.

       19            There's special areas of the brain that are

10:39  20    associated with memory.  So, memory requires that the person is

       21    conscious and awake and receives these type of memories, this

       22    information.  And that information then is implanted in the

       23    brain as a memory.

       24            Post-traumatic stress disorder -- I'm going to

10:40  25    give the first scenario.  The true post-traumatic stress

10:40  1   disorder individual -- and we'll talk about a marine or a

       2   military army fellow in Iraq when we first invaded Iraq in

       3   Operation Iraqi Freedom.  Mortars are being fired, bullets are

       4   coming, bombs are being blown up, your Humvee is blown up; the

10:40  5   soldier, the marine, sees his buddies injured, he's hurt.

       6   Those memories, the sights, the hearing, the sounds, the smell

       7   are inputted, input into his memory.

       8          Now, as Dr. Blank said in her deposition, that

       9   can be so terrifying that psychologically some of those

10:41  10  memories are suppressed because they're so terrifying.  Over

       11  time and in therapy, in a safe place, some of those memories

       12  can be restored.  But the person was awake, conscious, and

       13  aware of what was going on.

       14         Here's Scenario Number 2 -- I need a little drink

10:42  15  of water.

       16         All right.  Scenario Number 2 -- I don't know if

       17  anybody has had a colonoscopy or anything where they had Versed

       18  under the anesthesia and woke up and had absolutely no memory.

       19  Rohypnol and Versed are benzodiazepines.  If you take enough of

10:42  20  those drugs, they cause anterograde memory.  And it's not

       21  memory loss.  The memory was never implanted.

       22         So, if a person says, "I was drugged with

       23  Rohypnol and I remember absolutely nothing until I got up," no

       24  memory of what happened between being unconscious can be

10:43  25  implanted.  So, you can't have flashbacks.  You can't have

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:43  1    nightmares because you have no memories implanted of what

2    happened.

3              My diagnosis is it's not possible to have

4    post-traumatic stress disorder from an alleged gang rape that

10:43  5    occurred sometime between the hours of 11:30 on July the 28th

6    of 2005, and 6:30 in the morning of July the 29th, 2005.

7    Q.  I have a few follow-up questions, but I'm going to --

8              THE COURT:  Yeah, that's fine.

9    BY MR. McKINNEY:

10:44  10   Q.  Ms. Jones has testified that it was her shock and horror,

11   coupled with her physical agony, which was the traumatic event

12   that -- and her realization that she had been, in her opinion,

13   raped that constitutes the actual experience of a life

14   threatening event.  You understand that?

10:45  15   A.  Well, I understand what you're saying.  I see it as an

16   imagined.

17   Q.  Is there any support in the medical literature, in the

18   psychiatric literature, for the notion that a person can wake

19   up from an event of amnesia and make assumptions that something

10:45  20   horrible has happened and be so traumatized by their

21   assumptions that they develop post-traumatic stress disorder?

22   A.  They don't develop post-traumatic stress disorder because

23   they can't get through the threshold.  They can have symptoms.

24   If they have in their imagination -- I mean, we develop serious

10:46  25   diseases because we imagine we have something.  But it is not

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:46  1   post-traumatic stress disorder.  It's an anxiety disorder of

2   some type or some -- put some other name on it, if you will.

3   It is not post-traumatic stress disorder.  You can't have

4   flashbacks and you can't have -- flashbacks and -- I can't

10:46  5   remember the other -- sorry.

6   Q.  That's all right.  You mentioned that anyone who wants to

7   can punch in "PTSD" on the Google and come up with the symptoms

8   for post-traumatic stress disorder.

9   A.  Yes.  That's the problem with every forensic psychiatrist

10:47  10   that is -- has to deal with post-traumatic stress disorder.

11   Q.  Let me visit with you on the specific topic of

12   hypervigilance.  Tell our jury what hypervigilance is.

13   A.  Hypervigilance in post-traumatic stress disorder -- and

14   we'll go back to the military person that experienced a

10:47  15   traumatic event.  In fact, we have a famous case here in Texas

16   where a Vietnam veteran was at Hermann Hospital before it was

17   Hermann Memorial.  They landed a helicopter on the heliport

18   next to his room.  The guy went bananas, raced out.  They tried

19   to grab him.  They fell in to an elevator shaft.  The intern

10:48  20   that was with him died.

21         Hypervigilance is you hear a noise and you're

22   startled because that noise might be an explosion going off or

23   something happening.  So, you're hypervigilant, you're looking

24   at everything, you're worried, you keep the blinds down, you --

10:48  25   when you park your car, you park it in a special place so that

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:48  1  there's easy access in and out.  When you go to the restaurant,

2  you make sure you sit with your back to the -- you sit with

3  your back so your front is to the door so you can see who's

4  coming in and who's not coming in.  That's hypervigilance.

10:48  5  Q.  Now, typically a person -- and hypervigilance is one of the

6  and may be the only observable manifestation of post-traumatic

7  stress disorder.

8  A.  It's usually not the only symptom.  They come in clusters.

9  Q.  Is hypervigilance an observable condition in someone who is

10:49  10  undergoing a hypervigilance episode?

11  A.  You have to rely on other individuals saying that, "I've

12  observed this hypervigilance."

13  Q.  All right.  Is a person who is actually afflicted with

14  hypervigilance, if that's the right way to put it, are they

10:49  15  typically aware that they are engaging in hypervigilant

16  activity or, to them, does it seem perfectly normal and

17  rational to be --

18  A.  It depends.  Many of them are aware that they're

19  hypervigilant, because they're seeing where they're going to

10:50  20  park the car, they're looking at where they're going to sit in

21  the restaurant.  At home they understand, "I'm closing the

22  blinds.  I'm blocking the door and making sure it's locked."

23          So, those type of hypervigilance, when you go

24  through it and you ask them, you have to elicit those symptoms.

10:50  25  And they may not -- they may not come out and tell it to you.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:50   1             And, in fact, in evaluation of most people with
        2    real post-traumatic stress disorder, you have to understand all
        3    of the symptoms to be able to elicit them and then you have to
        4    get corroboration that this actually is taking place.
10:50   5    Q.  We may in a moment put up Bortz 191, but I'll try to do it
        6    on asking you to assume certain things.
        7             Assume that on August the 2nd of 2005, within a
        8    day or two of returning to the United States from Iraq,
        9    Ms. Jones went to see her regular OB-GYN, Dr. Terri Scott.  You
10:51  10    may recall seeing that record.
       11    A.  I do.
       12    Q.  Assume that Ms. -- that Dr. Scott, in this courtroom, has
       13    testified that Ms. Jones' demeanor throughout the visit -- and
       14    also assume that this particular visit involved Ms. Jones
10:51  15    reporting to Dr. Scott that she had been raped by four men
       16    Iraq.
       17    A.  Yes.
       18    Q.  Assume that Dr. Scott charted in her chart and then
       19    testified in this courtroom that Ms. Jones was calm throughout
10:52  20    the visit, that Ms. Jones did not exhibit any observable signs
       21    of hypervigilance.  However, assume that Ms. Jones reported the
       22    following symptoms of post-traumatic stress disorder on August
       23    the 2nd, 2005.
       24             MR. McKINNEY:  Let's put up 191 so I don't get it
10:52  25    wrong.  But I'm pretty --

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

BY MR. McKINNEY:

Q.  I know that she reported -- that Ms. Jones reported to her

doctor that she was hypervigilant.

        MR. McKINNEY:  And if we could get Bortz 191 up,

please?

        THE COURT:  Let's try to ask a question, please.

There's a lot of assumptions in here.

        Okay.  So, you're asking him to assume Ms. Jones

was calm throughout the visit to Dr. Scott, assume that

Ms. Jones did not exhibit any observable signs of

hypervigilance, and assume that Ms. Jones reported the

following symptoms of post-traumatic stress disorder?

        MR. McKINNEY:  I may need to go to the next page.

        THE COURT:  So, that's three different assumptions.

Is that right?

        MR. McKINNEY:  Yes.

        THE COURT:  Do you have that, Dr. Scarano?

        THE WITNESS:  Yes.

        THE COURT:  All right.  As long as you have it.

        THE WITNESS:  Yes.

        MR. McKINNEY:  Yes, highlight this paragraph right

here, if you can, please, where it says "Patient reports."

        No.  The previous page.

        Sorry.  I found it.  Right there.

BY MR. McKINNEY:

10:53  1    Q.  See here, Doctor, where Dr. Scott charts that Ms. Jones

2    reported on August the 2nd that since the rape occurred she has

3    had difficulty sleeping and also is having flashbacks,

4    nightmares and hypervigilance.

10:54  5    A.  I see that.

6    Q.  You see that?

7    A.  Yes.

8    Q.  Are all of those the types of symptoms that one could find

9    easily on the Internet, as symptoms of post-traumatic stress

10:54  10   disorder?

11   A.  Yeah, absolutely.

12   Q.  Ms. Jones, as you know from the records, has described her

13   condition when she awoke as groggy, in pain, disoriented, trip

14   to the bathroom, et cetera.

10:54  15   A.  Yes.

16   Q.  Did you review the testimony of Pete Arroyo regarding

17   Ms. Jones' demeanor, her lack of -- apparent lack of pain,

18   limitation of movement, et cetera, as a part of reviewing the

19   records in this case?

10:55  20   A.  Yes, I did.

21   Q.  Did you review the two e-mail chains that Ms. Jones

22   participated in that morning, in which she was concerned about

23   being an object of gossip, concern that the girls hated her,

24   that she had made enemies, et cetera?

10:55  25   A.  Yes.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

10:55  1  Q.  That she missed her family and was sick to her stomach,

       2  et cetera?

       3  A.  Yes.

       4  Q.  Now, is it possible -- and when I say "possible," I mean

10:55  5  the reasonable realm of possibility, not in an infinite

       6  universe of anything is possible.

       7          But is it reasonably possible, is it conceivable,

       8  et cetera, that a person such as Ms. Jones could experience an

       9  event sufficiently horrific so as to induce post-traumatic

10:56 10  stress disorder at, let's say, 6:30 in the morning and then, by

      11  6:45 in the morning, get in a car with someone like Pete Arroyo

      12  and show absolutely no sign or symptom of having perceived that

      13  horrific, life-changing event that apparently produced physical

      14  pain as well as extreme emotional torment?

10:56 15  A.  No.

      16  Q.  In your interview with Ms. Jones, did she supply to you new

      17  information, regarding Charles Bortz and her thoughts regarding

      18  Mr. Bortz that morning in her room, that you had not seen

      19  before in any of the other records, in any of her prior

10:57 20  histories or reports to treating physicians or independent

      21  medical examiners?

      22  A.  Yes.

      23  Q.  And what was the new information that Ms. Jones imparted to

      24  you in your interview?

10:57 25  A.  During the interview, we were talking about the events and

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

what happened and Ms. Jones told me that she was afraid to ask

Charles Bortz if he raped her because he [sic] felt that she

was -- he was trying to kill her and that if she did ask about

whether he raped, he may want to finish killing her.

That was nowhere in any record up until the time

that she came into my office.

Q.   And when did she come into your office?

A.   I believe it was March the 18th.

Q.   Of which year?

A.   2011.

Q.   Four months ago?  About four months ago, Doctor?

A.   Yes.

Q.   Three or four months?

A.   Almost.  Almost four months.

Q.   Finally, Doctor -- and then I'm just about through -- what

are some of the significant activities that Ms. Jones has

engaged in that -- and I'm asking this based on your report, of

course -- that you find to be inconsistent with someone who

continues to suffer from post-traumatic stress disorder?

A.   Well, Ms. Jones applied and started school, the American

Public University System, the American Military University,

which is a subset of that; and she got her degree in forensic

sciences, graduated with a 3.56 or something like that, a

little over 3.5, and then went on to get her Master's of

Business Administration, graduated there with a 3.86, getting

10:59　1　mostly A's and B's.  Somebody who has post-traumatic stress

2　disorder, who is complaining that they can't concentrate,

3　they're hypervigilant, they don't sleep, and they have all of

4　these problems don't get grades like that in undergraduate

11:00　5　school and graduate school.

6　Q.  Is someone who is claiming post-traumatic stress disorder

7　as a result of, to use Ms. Jones' words, being drugged and

8　brutally raped in Iraq, is someone suffering from that

9　condition likely to wish to relive that experience by making

11:00　10　many public appearances, going on news programs, testifying

11　before Congress, et cetera, et cetera?

12　A.  No.  You find that people with post-traumatic stress

13　disorder are -- usually withdraw and don't go out a lot.

14　　　　　　　Ms. Jones has created a life and has gone to the

11:01　15　public media, "20/20," "The Rachel Maddow Show," the --

16　testified before Congress, helped with a bill, which I think

17　was great.  The bill that Congress passed was probably good.

18　But people with serious, significant post-traumatic stress

19　disorder don't do that.

11:01　20　Q.  Have you had an opportunity to review the actual testimony

21　and interviews that Ms. Jones has given; that is, have you seen

22　her speak and interact with interviewers and members of

23　Congress and the Senate?

24　A.  Yes.  I received some CD's which were videos of Ms. Jones

11:02　25　in the -- being interviewed by media and giving Congressional

*Cheryll K. Barron, CSR, CM, FCRR*　　　　　　　　　　*713.250.5585*

11:02  1    testimony.  She was very verbal, very present, spoke well, well

2    dressed with her makeup on and in very good style, giving her

3    testimony and her rendition of what happened.

4    Q.   In the various public appearances that Ms. Jones has made

11:02  5    that you have observed as a part of your review of the evidence

6    in this case, was any part of her demeanor or affect, her

7    presentation, consistent with someone who was suffering from

8    the level of post-traumatic stress disorder that Ms. Jones

9    alleges in this case?

11:03  10   A.   I didn't see any appearance of any significant stress or

11   distress or anxiety during her appearances.

12           MR. McKINNEY:  May it please the Court, I pass the

13   witness.

14           THE COURT:  Okay.  We're going to allow Mr. Hedges to

11:03  15   inquire on behalf of KBR, and then we'll give Ms. Jones'

16   attorneys as long as they might want.

17           MR. HEDGES:  May I inquire, your Honor?

18           THE COURT:  You may inquire, yes.

19           MR. HEDGES:  Thank you.

11:03  20                       **CROSS-EXAMINATION**

21   BY MR. HEDGES:

22   Q.   Dr. Scarano, the only time you and I have said much more

23   than anything besides "Hi, how are you," is at your deposition.

24   Is that correct?

11:03  25   A.   That is correct.

11:03  1   Q.  I've never been to your office, have I?

2   A.  No, you have not.

3   Q.  And we have never spoken on the telephone, have we?

4   A.  Never.

11:03  5   Q.  I want to do a little housekeeping, Doctor.  Let me ask you

6   to get out your report.

7   A.  I got it.

8   Q.  Would you turn to the index?

9   A.  Okay.

11:04  10   Q.  And it's Page 2 of the index, Section 8, Roman Numeral

11   VIII.

12   A.  Yes.

13   Q.  Do you see Line C?

14   A.  Yes.

11:04  15   Q.  I don't think you meant to say this but, in your answers to

16   Mr. McKinney, on several occasions you said that the alleged

17   assault occurred on July 28 and that the interviews and visit

18   to the doctor was on July 29th.  Is that incorrect?

19   A.  I was a day ahead of time.  It was July 27th to July 28th.

11:04  20   Q.  Thank you.  Ms. Nelson also testified as to something else

21   that Mr. McKinney did not bring up with you; and that was she

22   thought that the, quote, imprisonment of Ms. Jones in the

23   container the next day was, if not standing alone by itself,

24   virtually that -- sufficient to cause the PTSD.  Let me ask you

11:05  25   a couple of questions about that.

11:05   1                    As a result of your voluminous -- your review of

        2    the voluminous records, did you get the impression that

        3    Ms. Jones had been imprisoned in a container with armed guards

        4    standing outside?

11:05   5    A.  My review of the records at the time that she was -- before

        6    she was taken by the special agents of the State Department to

        7    the embassy -- so, we're talking about the time that she went

        8    from the hospital to HR to the hooch.  From the time she

        9    arrived at the hooch to the time she left with the special

11:06  10    agents, nothing in the reports that I read indicated that she

       11    was ever incarcerated in any way.

       12    Q.  Based on what you read, the very same things you just

       13    talked about, would any part of that, generally speaking, be

       14    capable of inducing PTSD in a person?

11:06  15    A.  Well, if it didn't happen, of course, it can't induce PTSD.

       16    Somebody who has been imprisoned -- but more than just

       17    imprisonment, there has to be -- see, you have to be in fear of

       18    your life.  So, it's not just the imprisonment.

       19                    However, the records I read, she was never

11:06  20    imprisoned.  So, you can't have PTSD from that.

       21    Q.  Thank you.

       22                    Would you agree with me -- and I think you agreed

       23    with Mr. McKinney -- that Ms. Jones has seen a remarkable,

       24    unusual number of healthcare providers, both before she went to

11:07  25    Iraq and after she returned from Iraq?


                 *Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:07  1    A.  Well, that's part of the somatization problem.

2    Q.  And would you explain that to the jury, please?

3    A.  Well, I think we went through it earlier.  Somatization

4    disorder is an anxiety type of disorder where an individual,

11:07  5    due to certain stresses and problems in their life, can -- will

6    have physical manifestations of that: pain in their chest, pain

7    in their abdomen, pelvic pain, pain on intercourse, headaches

8    that are not -- that are not relieved by headache medication

9    and so forth.

11:07  10   Q.  I think you very briefly mentioned but did not go into any

11   detail on the 2002 hospitalization when she was hospitalized

12   for four or five days and I think they were checking to see if

13   she perhaps had West Nile virus.  Were there some things you

14   recall about that hospitalization that would speak to the

11:08  15   somatization disorder?

16   A.  Yes.  She never had West Nile virus and there -- what we

17   talked about as a pseudoneurological problem, where she wasn't

18   able to walk but several healthcare providers -- a nurse and an

19   occupational therapist -- when she didn't believe that she was

11:08  20   being observed, was able to walk fine.  That's a type of

21   pseudoneurological problem, but it is also a hysterical type of

22   reaction to problems that are going on in her life at that

23   time.

24   Q.  And I think Mr. McKinney and you discussed the fact that,

11:09  25   since returning from Iraq, she's seen a large number of

11:09  1    healthcare providers, most of whom have either diagnosed or

2    simply sort of accepted as a diagnosis of her that she has

3    PTSD, which obviously you disagree with them.

4              What have you done, that they did not do, that

11:09  5    accounts for your disagreeing with so many healthcare

6    providers?

7    A.   They were treating healthcare providers, therapists,

8    psychiatrists, who, as we talked earlier, accept what the

9    individual tells them because they're not into not believing

11:09  10   what the patient says when they come into the office.  The

11   patient is coming in, "I'm suffering.  I need help."

12             "What is your problem?"

13             "I was terribly and awfully raped by five firemen

14   in Iraq and physically abused and so forth."

11:10  15            They're not going to go looking at five banker's

16   boxes full.  But that's treating doctors.  That's not a

17   forensic psychiatrist.  I have a different ethical duty than

18   they do.

19   Q.   All the rest of my questions are going to pertain to

11:10  20   another, I guess, forensic psychiatrist who did interview

21   Ms. Jones; and that's Dr. Blank.  Do you recall Dr. Blank's

22   interview?

23   A.   I recall that.  I didn't know she was a forensic

24   psychiatrist.

11:10  25   Q.   What causes you to have some doubt about that?

A.  Well, I didn't see her credentials that she's Board
certified in forensic psychiatry.

THE COURT:  You thought she was a treating physician,
right?

THE WITNESS:  Yes.  Well, I thought she was a treating
physician.  Her report was like a treating physician, and she
was an expert for the defense.

THE COURT:  That's what I thought, too; but maybe I'm
wrong.

BY MR. HEDGES:

Q.  Let me just kind of walk through some aspects of her
report, Doctor.  You mentioned to Mr. McKinney that you
reviewed a number of depositions taken in this case.  Do you
remember roughly how many?

Don't take time to look it up if you don't.  Just
give us an estimate.

A.  I'm going to give an estimate of 20, 30 depositions.

Q.  Let me kind of walk you through a timeline the morning of
the 28th.  Did you review -- starting early in the morning and
moving on from there, did you review the deposition of
Mr. Bortz?

A.  Yes.

Q.  Mr. Arroyo?

A.  Yes.

Q.  Anthony Adams?

11:11   1    A.   Yes.

2    Q.   Kristen Rumba?

3    A.   Yes.

4    Q.   Jodi Schulz?

11:11   5    A.   Yes.

6    Q.   Jamie Armstrong?

7    A.   Yes.

8    Q.   Were those useful to you?

9    A.   Yes, they were very useful.

11:11  10    Q.   Why?

11    A.   Well, because they provided other views or other

12    recollections of the events that occurred during that period of

13    time.

14    Q.   Was one of the most significant the -- both the report of

11:12  15    and the deposition of Dr. Schulz?

16    A.   Absolutely.

17    Q.   From reviewing Dr. Blank's report, did Dr. Blank review any

18    of these depositions?

19    A.   I didn't see in what she wrote as what she reviewed that

11:12  20    she reviewed any of them.

21    Q.   We asked her here in court, and she said she did not.

22          What would be a problem with her holding herself

23    out as a forensic psychiatrist, or at least holding herself out

24    as an expert witness who is able to opine on the condition of

11:12  25    Ms. Jones, if she failed to read Dr. Schulz' report?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:12   1   A.   That's a -- this is a significant problem that occurs not

2   infrequently.   A treating psychiatrist gets up and accepts what

3   the individual tells them and then gives testimony as to their

4   opinion.   The ethical guidelines for the American Association

11:13   5   of Psychiatry and the Law, which is the United States forensic

6   psychiatry group, admonish and say that if you're a treating

7   psychiatrist don't go in and testify as a forensic

8   psychiatrist, because most of the time you have a -- I mean, if

9   you have a doctor-patient relationship, of course, you have a

11:13   10  fiduciary responsibility to the patient.   So -- and you would

11  have accepted the patient's word.

12          In addition, you're very vulnerable to

13  cross-examination.

14          THE COURT:   So, you would say that a treating

11:13   15  psychiatrist would be inhibited as to what she could disclose

16  in a court of law?

17          THE WITNESS:   Yes.   Because he has a duty not to harm

18  her patient.   [sic]

19  BY MR. HEDGES:

11:14   20  Q.   And there's a privilege that exists between a treating

21  physician and their patient, is there not?

22  A.   There is.   And what happens is, if the patient asks the

23  treating doctor to come and testify, the relationship is

24  essentially destroyed, because now the patient wants to make

11:14   25  sure that the doctor is going to testify in accordance to help

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:14  1    them rather than to be objective as to the evaluation.

2    Q.  And, Doctor, is it fair to say that your uncertainty as to

3    whether Dr. Blank was a forensic psychiatrist or a treating

4    psychiatrist in this is based on her lack of review of all of

11:14  5    the information that was available to be reviewed, such as

6    prior pre-Iraq medical records and all of this deposition

7    testimony?

8    A.  Yes.  This was not a forensic psychiatric report.

9    Q.  Just wasn't one at all?

11:15  10   A.  No.

11   Q.  One of my sharp young lawyers has handed me a note that at

12   one time you referred to Dr. Blank as a defense expert.  She

13   is, of course, the plaintiffs' expert?

14   A.  Oh, I'm sorry.  I misspoke.  You see, I do a lot of

11:15  15   criminal stuff and I --

16   Q.  I understand.

17           I believe I asked her if she had reviewed the

18   e-mail chain between Pete Arroyo and Ms. Jones that morning of

19   the 28th and she had not.  Would you tell the jury why a

11:15  20   forensic psychiatrist, if -- if a forensic psychiatrist would

21   want to review that e-mail chain and, if so, why?

22   A.  Right.  There -- a forensic psychiatrist wants to review

23   writing, letters to friends or to parents, because they're not

24   as cautioned about what they say.  Here are 19 e-mail back and

11:16  25   forth.  I think nine from Pete Arroyo and ten from Ms. Jones.

11:16   1    And it helps to understand where her state of mind is during

2    that period of time before she gets Mr. Arroyo to come because

3    she wants to tell him something.

4    Q.  And would a forensic psychiatrist find that chain of

11:16   5    e-mails critical to review?

6    A.  I have to explain that a forensic psychiatry looks at

7    thousands of pieces of information.  No one piece of

8    information is going to make or break what the final opinion

9    is.  It's the accumulation of all of that information that the

11:17   10   forensic psychiatrist depends upon.

11              That e-mail interactions between Ms. Jones and

12   Mr. Arroyo are helpful to see as part of the thousands of

13   pieces of information that have to be reviewed.

14   Q.  I want to go through a few of the things that Ms. Jones

11:17   15   told Dr. Blank and get your reaction to them.  She told

16   Dr. Blank that armed Gurkhas took her to a location where she

17   was locked inside a shipping container.

18              Based on your review of the depositions of the

19   people who were actually there and saw and heard what happened,

11:17   20   was Ms. Jones taken to a location by armed Gurkhas?

21   A.  No.

22   Q.  Was she locked in a shipping container?

23   A.  No.

24   Q.  If Ms. Jones told that to Dr. Blank, was she

11:18   25   misrepresenting what had happened?

*Cheryll K. Barron, CSR, CM, FCRR*                     *713.250.5585*

11:18  1   A.  She was and --

2          MR. ESTEFAN:  Your Honor, there's a lot of leading

3   questions --

4   A.  -- Dr. Blank accepted it.

11:18  5          MR. ESTEFAN:  There's a lot of leading questions going

6   on.  I have to object.  He's serially leading the witness.

7          THE COURT:  He's asking -- what I heard was asking,

8   yes or no, did something occur.  That's not leading.  I'll

9   allow it.

11:18  10         MR. KELLY:  And he's also violating the order about

11  one of the ultimate issues.

12         THE COURT:  I'm going to allow it.

13  BY MR. HEDGES:

14  Q.  In the same paragraph, Ms. Jones tells Dr. Blank, quote

11:18  15  "She was there" -- the shipping container -- "for some period

16  of time until she was able to beg a guard to let her use his

17  cell phone."

18              Based on your review of the records, is that an

19  accurate depiction of what happened?

11:18  20  A.  No.

21  Q.  On Page 9 of Dr. Blank's report, it says, quote, "She

22  reports that her pain after the assault was ten out of ten."

23  Is that the highest pain level there is?

24  A.  Yes.

11:19  25  Q.  Did Ms. Jones tell Dr. Schulz anything about pain in her

11:19  1   breasts?

2   A.  No.

3   Q.  Also on the same page of Dr. Blank's report is a list of

4   medical issues.  Did Ms. Jones tell Dr. Blank about her

11:19  5   pre-Iraq anxiety and depression?

6   A.  Not that I recall reading her report.

7   Q.  There's a section on Pages 13 and 14 of Dr. Blank's report,

8   entitled "Current living environment, support network."  Do you

9   recall seeing anything in that section -- I will represent to

11:19  10  you that she saw Dr. Blank in 2010, I believe.  It might have

11  been 2009.  Is there anything in that report about her

12  2007 altercation with her husband at the San Diego bowling

13  alley?

14  A.  No.

11:20  15  Q.  And do you find the bowling alley episode to be

16  significant?

17  A.  The bowling alley incident is extremely significant --

18  Q.  Why is that?

19  A.  -- in several ways.

11:20  20  Q.  Would you please explain that to the jury?

21  A.  Yes.

22  Q.  I know you've talked about some of it.  I don't mean to ask

23  you to repeat anything that you've already told them.

24  A.  Right.  It's significant because she accuses her husband of

11:20  25  abusing her, hitting her.  She first says that, "I told him I

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:20   1    was pregnant, and he started hitting me."

2         "I told him that I was thinking about getting

3    pregnant, and he started hitting me."

4         "I was beating him at bowling, and he hit me."

11:21   5         And then, in her deposition, "I was beating him

6    playing pool, and he started hitting me."

7         The husband's taken to the -- I don't think he

8    was ever officially arrested, but he was taken to the police

9    department as the investigation went on.

11:21   10        A military protective order was instituted.  She

11   told the social worker, "I'm scared.  I didn't realize he was

12   this violent."

13        And then, a day or two later, she calls the

14   investigator to say, "I didn't -- that's not the truth.  I was

11:21   15   so drunk I couldn't -- I don't remember what I did."

16        And then, when she talked to me in my evaluation,

17   she again said that -- now it's back to, "He hit me."

18        There's just no -- there's no consistency in what

19   she says.  And to impute her own husband in a way that caused

11:22   20   him to get into trouble and if it would have been, you know,

21   followed up, he might have been court-martialed -- we don't

22   know what could happen to him.

23   Q.  Are inconsistencies such as you have just described to the

24   jury consistent with one or more of your diagnoses?

11:23   25   A.  Yes.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:23   1   Q.   And which would that be?

2   A.   Well, first, malingering the post-traumatic stress disorder

3   and narcissistic, histrionic, hysterical personality disorder.

4   Q.   From reading the interviews that were done by the law

11:23   5   enforcement personnel and the medical personnel in San Diego,

6   is it -- would you describe her behavior during those

7   interviews as hysterical?

8   A.   No.

9   Q.   Would you describe it as inconsistent?

11:23   10   A.   Yes.

11   Q.   Let me go back to Dr. Blank's report for a minute.  You may

12   recall that she has a "Family History" section and that it's

13   about two relatively short paragraphs long.  You have four

14   pages of family history.

11:23   15          Would you tell the jury why, in a forensic

16   assessment of a person, family history is important?

17   A.   Family history is an extremely important area to inquire

18   about because you want to know what -- the person's childhood

19   and background, what they were doing as children, what the

11:24   20   family environment is like, how things went in school, whether

21   they had animals, how did they react with the animals.

22   Especially in a criminal area, people that abuse animals are

23   more likely than not to abuse fellow human beings.

24          So, you want to go through all of that to

11:24   25   understand the type of background that this individual came

*Cheryll K. Barron, CSR, CM, FCRR*                     *713.250.5585*

11:24  1  from.  And it's especially helpful to people with personality

2  disorders, because they start in childhood.  You don't develop

3  a narcissistic personality disorder when you become 21.  This

4  stuff starts in a childhood, during the person's childhood.

11:25  5  Q.  I questioned Dr. Blank about how short her family history

6  was, and I believe her answer basically was it's just not that

7  important to her because she's more concerned about what the

8  condition of the client -- was her word -- is now.  Is that

9  more consistent with a treating physician or a forensic

11:25  10  physician?

11  A.  Absolutely.  The treating physician wants to know, "What is

12  your problem?  What are the symptoms you're having?"

13  "Oh, you've got -- you were terribly raped and

14  abused and you have hypervigilance and you have flashbacks and

11:25  15  so forth.  Well, you got post-traumatic stress disorder.  We

16  got to get you a treatment."

17  Q.  Final group of questions, Doctor.  You and Mr. McKinney

18  went through in some degree of detail -- and I won't reiterate

19  it -- 12 or 14 tests that you conducted during your interview

11:26  20  of Ms. Jones.  Do you recall that?

21  A.  Yes.

22  Q.  Do you recall from Dr. Blank's report whether she conducted

23  any such tests?

24  A.  No.  But, you know, everybody may be a little different

11:26  25  than -- the forensic psychiatrist is in a different area.  I

*Cheryll K. Barron, CSR, CM, FCRR*　　　　　　　　*713.250.5585*

11:26   1   come into this court and Mr. Kelly is going to cross-examine
2   me.  I've got to have my stuff together.  I've got to know what
3   I am talking about, because he's going to test that I know what
4   I am saying.
11:26   5   Q.  Are the tests that you conducted basically -- I realize
6   different doctors will do different tests, but are those fairly
7   standard tests for a forensic assessment?
8   A.  Yes.
9   Q.  Is it surprising not to see any of them in Dr. Blank's
11:26   10   report?
11   A.  It's surprising because if the forensic psychiatrist
12   doesn't do the testing himself will send the individual to a
13   neuropsychiatrist and have neuropsychiatric testing done.  It's
14   almost always that they will have some type of way to identify
11:27   15   the person's cognitive abilities.
16   Q.  And did Dr. Blank refer Ms. Jones out for such testing by
17   another professional?
18   A.  I didn't see it.
19       MR. HEDGES:  Your Honor, I pass the witness.
11:27   20       THE COURT:  Mr. Kelly -- yes, sir, your inquiry,
21   Mr. Estefan.
22       MR. ESTEFAN:  Thank you, Judge.
23                    **CROSS-EXAMINATION**
24   BY MR. ESTEFAN:
11:27   25   Q.  Good morning, Dr. Scarano.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:27 1    A.   Good morning.

2    Q.   "Independent" is not really accurate, is it?

3    A.   I think so.

4    Q.   Well, the reason it's not is because you, like all of us,

11:28 5    have life experiences that affect your views.  Isn't that true?

6    A.   Oh, sure, of course.

7    Q.   Right.  And like we all do, you filter information through

8    the lens of your life experiences, right?

9    A.   It's almost impossible not to.

11:28 10   Q.   Absolutely.  For example, you're both a doctor and a

11   lawyer?

12   A.   That's correct.

13   Q.   Another example of how your views are affected is your

14   admiration and respect for a teacher you had when you were

11:28 15   studying your current field, forensic psychiatry.  Isn't that

16   so?

17   A.   Dr. Felthous?

18   Q.   Yes.

19   A.   Oh, yes.

11:28 20   Q.   You remember Dr. Felthous and his -- you admire him and his

21   work, right?

22   A.   I sure do.  He was my -- I was -- he ran the program in

23   which I did my forensic psychiatry fellowship.

24   Q.   Yes, sir.  You met him in 1996?

11:28 25   A.   Yes.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:28  1    Q.  And, of course, you know that Dr. Felthous worked hard to

2    understand and empathize with the accused person in criminal

3    matters, right?

4    A.  I'm not sure what you mean by that.  He wanted to do an

11:29  5    objective, proper evaluation and not railroad a defendant.

6    Q.  Yes.

7          MR. ESTEFAN:  May I have the Elmo, please?

8    BY MR. ESTEFAN:

9    Q.  In fact, you wrote, "Dr. Felthous is a wonderful human

11:29  10   being who exemplifies all those qualities we find so meaningful

11   and worthwhile."

12         Didn't you write that?

13   A.  Was that when he became president of the AAPL, the American

14   Association of Psychiatry and the Law, and I was his presenter?

11:30  15   Q.  Well, this is your -- this is something that you wrote for

16   the *Journal of American Academy of Psychiatry Law* --

17   A.  Yes.

18   Q.  -- in 2007.

19   A.  That was the presentation of Dr. Felthous, who was taking

11:30  20   over as president of the American Association of Psychiatry and

21   the Law.

22   Q.  Right.  And, so, whatever you wrote here is -- these are

23   your words?

24   A.  They're my words.

11:30  25   Q.  And they're all true?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:30   1    A.  Of course, they're true.

2    Q.  Okay.  Of course.

3              And, so, back to my question.  In fact, you did

4    write, "Dr. Felthous is a wonderful human being who exemplifies

11:30   5    all those qualities we find so meaningful and worthwhile,"

6    didn't you?

7    A.  I did write that.

8    Q.  And you want to be like that, too, right?

9    A.  I don't want to be Dr. Felthous.  I want to be Dr. Scarano.

11:31   10   Q.  And, in fact, you are.  But I'm saying you want to be like

11   Dr. Felthous --

12   A.  No, I don't want to be like him.

13   Q.  Okay.

14   A.  I want to be in a -- a first-class ethical forensic

11:31   15   psychiatrist.  That's what I want to be.

16   Q.  Okay.  Well, what I -- my question was, Doctor, is you

17   don't want to exemplify the qualities we find so meaningful and

18   worthwhile, like Dr. Felthous?

19   A.  You're reading one sentence.

11:31   20   Q.  Yes, sir.

21   A.  I don't know what that means unless I can hear the rest of

22   what I said.  What are those qualities that I -- I must have

23   mentioned them.

24   Q.  Well, you certainly did mention them.

11:31   25   A.  Okay.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

                      MR. HEDGES:  Your Honor, I'm not sure this is
something that we've seen before.

                      MR. ESTEFAN:  No, they haven't; but this is
cross-examination.

                      THE COURT:  Let's not put it on the screen until
you've authenticated it somehow through the witness.

                      MR. ESTEFAN:  Certainly.  He's identified it as an
article he's written, your Honor.  So, I'll be happy to share
it with counsel.

                      THE COURT:  Well, I don't know what part of the
article we're talking about.

                      MR. ESTEFAN:  We're going to talk about all of it,
Judge.

                      THE COURT:  Let's give him the whole article, then, if
it's --

                      MR. HEDGES:  We have no objection to it, your Honor.

                      THE COURT:  All right.

BY MR. ESTEFAN:

Q.  So, again, Dr. Scarano, here where my finger is --

A.  Okay.

Q.  -- it says he's -- Dr. Felthous is -- and I guess I have to
make that a little smaller.

            It starts over here, "Dr. Felthous is a wonderful
human being who exemplifies all those qualities we find so
meaningful and worthwhile."  You wrote that?

11:32  1    A.   Yeah, I did.

2    Q.   Okay.

3    A.   I'm introducing him as the new president.

4    Q.   I understand.  Well, you wouldn't lie about that, would

11:33  5    you?

6    A.   Of course not.  I love Dr. Felthous.  He's wonderful.

7    Q.   Sure.  You also wrote this about Dr. Felthous, "No matter

8    how loathsome, contemptible, or wicked a criminal defendant

9    might be, Dr. Felthous also sees the human being behind the

11:33  10   behavior, the labels, and the alleged crime."

11   A.   Absolutely.  He taught me that.

12   Q.   And, again, you wrote that about Dr. Felthous because you

13   admire that about him.  True?

14   A.   I do admire him.

11:33  15   Q.   You would agree that Dr. Felthous focused on helping others

16   understand the psychiatric problem and how it related to the

17   criminal act, wouldn't you?

18   A.   Yes, just like I do.

19   Q.   All right.  You learned that Dr. Felthous always knew the

11:33  20   parameters within which he could testify and nobody could move

21   him out of those parameters, right?

22   A.   That's correct, yes.

23   Q.   And you try to be like Dr. Felthous in your practice of

24   forensic psychology, and you follow his core principles.  Isn't

11:34  25   that true?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:34  1    A.  That's forensic psychiatry.

2    Q.  You follow his core principles?

3    A.  I don't know what you mean by "his core principles."  This

4    is the principles of the American psychiatric -- the American

11:34  5    Association of Psychiatry and the Law.

6    Q.  Yes, sir.

7    A.  It's to do objective evaluations, honest evaluations while

8    striving for objectivity.  Of course, that's what we all do,

9    hopefully.

11:34  10   Q.  Well, the -- those parameters don't -- they don't talk --

11   or those guidelines don't talk about knowing the parameters

12   within which you could testify and not allowing yourself to be

13   moved out of those no matter what.  That's not in there

14   anywhere?

11:34  15   A.  In where?

16   Q.  In the American Psychiatry --

17   A.  Well, of course, it is.  All forensic psychiatrists do

18   that.  If you are going to do an evaluation, you know the

19   parameters.  In other words, I'm going into a jail, I know that

11:35  20   I have to alert the individual that this evaluation is not a

21   doctor-patient relationship, that his attorney didn't hire me

22   or he did hire me, that what you say is not confidential.

23   These are all the parameters.  We did that with Ms. Jones.

24   Q.  I think we're talking about apples and oranges, Doctor.

11:35  25   I'm not talking about the parameters of a jail visit to do an

11:35   1   evaluation.  I'm talking about the parameters of your

        2   testimony.

        3   A.  I don't think you understand what you're asking me, Mr. --

        4   Esquivel, is it?

11:35   5   Q.  It's close.

        6       THE COURT:  "Estefan."

        7   A.  Estefan.

        8       THE COURT:  Let's approach.

        9   *(At sidebar with all counsel)*

11:35  10       THE COURT:  I'm not sure where this is going.  I mean,

       11   is there some reason you think he's violated the ethical

       12   standards of forensic psychiatry?

       13       MR. ESTEFAN:  It goes right to his bias, Judge, and

       14   who he's aligning himself with in this case.  And he is

11:36  15   aligning himself with Charles Bortz because Bortz is the

       16   accused in this matter.  Although it's not a criminal matter,

       17   he is squarely the accused here.  And, so, he has a direct

       18   bias, as shown by his writings and his testimony, against one

       19   who has -- anyone other than the accused.

11:36  20       MR. McKINNEY:  Well, here's the problem.  The

       21   immediate problem we have here is that Mr. Estefan is couching

       22   the questions in terms of paraphrasing the "parameters of

       23   testimony."  The doctor understands the parameters to be what

       24   are the rules of the road.

11:36  25       THE COURT:  Yeah.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:36    1           MR. McKINNEY:  And it's Mr. Estefan's, I think,

2    implied meaning once that you get your opinion you're not going

3    to move off of it.  And that's how Mr. Estefan -- that's the

4    spin Mr. Estefan is putting on the parameters of Dr. Scarano's

11:37    5    views on how he conducts his business.

6           And, so, really what we have here is we have a --

7    it's not uncommon -- a lawyer and a witness arguing over an

8    undefined term.  If Mr. Estefan will define what he means by

9    "parameters of testimony," they'll be singing off the same

11:37    10    page; but right now they're bickering back and forth over

11    fundamental meanings.

12           THE COURT:  At a deeper level than that, though, I'm

13    concerned that to suggest that somebody who's done forensic

14    psychiatry for an accused is, therefore, biased in favor of the

11:37    15    accused looks like a huge leap to me.  I mean, that's like

16    saying a lawyer who represents a criminal defendant is biased

17    against victims in criminal law.  I don't think that follows.

18           MR. ESTEFAN:  Judge, I'm allowed to show the bias of

19    the witness; and this goes to his bias.  He picked these words.

11:37    20    He wrote them, he admires this guy, he wants to be like him.

21           THE COURT:  So what?

22           MR. ESTEFAN:  So, it shows his bias.  That's it.

23           THE COURT:  It doesn't show bias.

24           MR. ESTEFAN:  Well, I think the jury can decide that,

11:38    25    Judge.

11:38  1          MR. HEDGES:  Your Honor, I think he probably testified
2  a lot more times on behalf of the State than he's testified on
3  behalf of the --
4          MR. ESTEFAN:  You can bring that up.
11:38  5          MR. KELLY:  It's subject to cross-examination.
6              Judge, they were allowed to go into things that
7  went beyond this Court's order.  They asked him about the
8  actual truth of certain issues, which the Court admonished
9  about.  Mr. Estefan should certainly be allowed --
11:38  10         THE COURT:  No.  What I admonished -- my admonition
11  was not to ask the ultimate question of whether Ms. Jones was
12  lying or not.  That's --
13         MR. KELLY:  And they did that, Judge.
14         MR. ESTEFAN:  They were right on it.
11:38  15         MR. KELLY:  They did exactly that.
16         MR. McKINNEY:  We were allowed to ask about whether
17  there were inconsistencies, and he did not pass on her
18  credibility.  He simply identified --
19         MR. KELLY:  Mr. Hedges went to the direct issue.
11:38  20         MR. ESTEFAN:  Yes, he did.
21         MR. KELLY:  Yes, he did.
22         THE COURT:  What question?
23         MR. KELLY:  Well, I have to go back read the
24  transcript; but Mr. Hedges' direct -- I objected, your Honor --
11:38  25         THE COURT:  The first thing we need to do is clarify

11:38 1   what you mean by "parameters."  What he's testifying about is

2   the absolute common sense distinction between a treating

3   psychiatrist and a forensic psychiatrist.  That's what he

4   understands the question to be.

11:39 5                    Okay.  I'll give you a little room.

6        (In open court)

7   BY MR. ESTEFAN:

8   Q.  Dr. Scarano, we had a little difficulty with a word -- the

9   word was "parameters" -- in referencing that Dr. Felthous

11:39 10  always knew the parameters within which he could testify and

11  nobody could move him out of those parameters.

12                MR. ESTEFAN:  Judge, is the microphone back on?

13                THE COURT:  It is now.

14                MR. ESTEFAN:  I think she just turned it back on.

11:40 15                THE COURT:  It is now.

16  BY MR. ESTEFAN:

17  Q.  Did you hear my question, Dr. Scarano, or the preface to

18  it?

19  A.  I heard you say something.  I didn't hear the question

11:40 20  part.

21  Q.  All right.  I'm getting to that.  We were stuck on the

22  statement that -- or the question that you learned that

23  Dr. Felthous always knew the parameters within which he could

24  testify and nobody could move him out of those parameters.

11:40 25  A.  That's correct.

| | |
|---|---|
| 11:40 | 1 |

Q.  All right.  And you agree with that, right?

A.  I said you don't understand what the parameters are.

Q.  Well, I'm just taking it right out of your paper that you wrote.  Right here at the top, said, "He always knew the parameters within which he could testify and nobody could move him out of those parameters."

A.  Yes.  Would you like me to tell you what the parameters are?

Q.  I just want an answer to the question.  Is it yes or no?

THE COURT:  He said, "Yes."

Dr. Scarano, the answer I see on the screen is, "Yes.  Would you like me to tell you what the parameters are?"

THE WITNESS:  Yes.  Right.

THE COURT:  He said, "Yes."

BY MR. ESTEFAN:

Q.  Dr. Scarano, now I want to take a step back.

A.  Okay.

Q.  Now, I'm not blaming you for your bias --

A.  I'm not biased.

THE COURT:  Whoa, whoa, whoa.

A.  I'm not biased.

THE COURT:  Rephrase that question, please.

BY MR. ESTEFAN:

Q.  I'm trying to understand the basis of your opinions.

A.  It's 243 pages.

*Cheryll K. Barron, CSR, CM, FCRR*          *713.250.5585*

11:41    1    Q.  I understand that.

         2                You know that every mental health professional

         3    who treated Jamie found that she has PTSD from the sexual

         4    assault in Iraq?

11:41    5    A.  I understand that.  Absolutely.

         6    Q.  And these other professionals have been saying this for six

         7    years?

         8    A.  And they've been wrong for six years.

         9    Q.  You're the only one who says she doesn't have PTSD on

11:41   10    initial diagnosis.  Isn't that right?

        11    A.  That's correct.

        12    Q.  And, so, that would make you an outlier.  Isn't that right,

        13    Doctor?

        14    A.  No, it would not.  It makes me the only one that is able to

11:42   15    evaluate it correctly.

        16    Q.  You say that Jamie doesn't have PTSD from the rape because,

        17    after she took two sips from a drink, she can't remember

        18    anything until the next morning?

        19    A.  Well, now you're adding things in there.  You're saying

11:42   20    "the rape."  Who knows?  If you want to say "alleged rape,"

        21    I'll answer the question.

        22    Q.  You say, "Jamie does not have PTSD from the sexual assault

        23    because, after she took two sips from a drink, she can't

        24    remember anything until the next morning."

11:42   25    A.  All I'm saying is that she has testified she can remember

11:42  1    nothing, meaning that no memory was implanted.  So, she can't

2    have a memory.  She can't get into post-traumatic stress

3    disorder through the door.

4    Q.  Well, aren't you taking inconsistent positions about her

11:42  5    level of consciousness that night, Doctor?

6    A.  Well, explain to me.

7    Q.  Well, earlier -- just within the last hour you said you

8    didn't believe she was unconscious because she came up with

9    this, "Uh-oh, I have, you know, regret after the fact," and,

11:43  10   so, she had to concoct this story.  You took that position?

11   A.  Yes.

12   Q.  And then, at the same time, when talking about her PTSD,

13   you said, "But she couldn't have it because she was

14   unconscious."

11:43  15          So, you've taken absolutely diametrically opposed

16   positions with --

17   A.  Oh, no.

18   Q.  -- regard -- wait a minute.  Please let me finish my

19   question -- with regard to the level of her consciousness, have

11:43  20   you not?

21   A.  I took her position in my understanding of the facts.

22   Q.  You took two different positions in a completely

23   opposite --

24   A.  I didn't take two different positions.  I provided you with

11:43  25   two potential things, her story and what really happened.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:43   1   Q.  Well, she can't be both conscious and unconscious at the
        2   same time.
        3   A.  Exactly right.
        4   Q.  So --
11:43   5   A.  Exactly right.
        6   Q.  And you've said she was conscious and then afterwards
        7   regretted it and came up with this story because Mr. Bortz'
        8   girlfriend was going to come back.  You said that right here in
        9   this court just minutes ago.
11:44  10   A.  I said it because she had two sexually transmitted diseases
       11   that she didn't tell him about.
       12   Q.  I'm not asking for the reason.  I'm just asking if you said
       13   it.
       14   A.  Said what?
11:44  15   Q.  That she was conscious and then afterwards regretted it
       16   because Mr. Bortz' girlfriend was going to come back and she
       17   had to come up with a story.  You said that, didn't you?
       18   A.  I don't remember that Mr. Bortz' girlfriend was coming
       19   back.  I remember she was coming back.  But my point was she
11:44  20   said it because she was in a predicament because she didn't
       21   tell Mr. Bortz about her sexually transmitted diseases.
       22   Q.  Right.  But, so, she would have had to have been conscious?
       23   A.  Of course.
       24   Q.  And then you turn around, within minutes of that, and said
11:44  25   she can't have PTSD because she wasn't conscious.

11:45    1    A.  But I'm using her testimony.

         2    Q.  Well, which testimony are you using?

         3    A.  I'm using her testimony.  She said, "I took two sips and

         4    I'm unconscious and I don't know anything."

11:45    5              If that's true --

         6    Q.  Okay.

         7    A.  -- then she cannot have memories of what happened.  I

         8    don't -- what you're saying is -- the other part of it is I

         9    don't believe the story.

11:45   10    Q.  So, again, back to your personal bias --

        11    A.  I don't have a personal bias.

        12    Q.  You are filtering things as you see fit.

        13    A.  Well, yes, like all human beings, I have -- I have

        14    experiences in life that are part of who I am.

11:45   15    Q.  Right.  Using your criteria then, Doctor, when a woman who

        16    is drugged, raped, and finds out about it the next morning, she

        17    can -- just simply cannot have PTSD, right, using your

        18    criteria?

        19    A.  Yeah, there's no -- if there is no memory.  She can

11:46   20    certainly a have psychiatric disorder due to that, if it was

        21    true.

        22    Q.  So, if she doesn't have PTSD, what is the diagnosis of a

        23    woman who's been through that?

        24    A.  She can have general anxiety disorder, depression, you

11:46   25    know, things of that type.

11:46   1   Q.  You do know, Doctor, that a student of yours, who has been

2   one of Jamie's treaters, has found that Jamie suffers from

3   PTSD?

4   A.  What student is that of mine?

11:46   5   Q.  James Paskowitz.

6   A.  I don't know James.

7   Q.  He's one of Jamie's doctors in this case.

8   A.  Well, I know that.  But I don't know that he was my

9   student.

11:46   10          THE COURT:  Do you have a basis for saying that?

11          MR. ESTEFAN:  I do.

12          THE COURT:  Okay.

13   BY MR. ESTEFAN:

14   Q.  Are you open to the possibility, Doctor, that you have a

11:46   15   bias in favor of the accused and that's at the core of your

16   opinions that Jamie does not have PTSD?

17   A.  Absolutely not.

18   Q.  You're not even open to that possibility?

19   A.  No.  I don't know anything about KBR and Halliburton and

11:47   20   Mr. Bortz.  I knew nothing about this case until I was

21   contacted.

22          THE COURT:  Dr. Scarano, do you testify in criminal

23   matters on behalf of the government sometimes?

24          THE WITNESS:  Yes.

11:47   25          THE COURT:  Often?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:47    1           THE WITNESS:  Yes, fairly often.

         2           THE COURT:  Okay.

         3   BY MR. ESTEFAN:

         4   Q.  You know, that brings up a point.

11:47    5           MR. ESTEFAN:  Thank you, Judge.

         6   BY MR. ESTEFAN:

         7   Q.  You mentioned earlier -- you gave an example about a

         8   criminal who has murdered somebody and you need to do a

         9   face-to-face interview to get the person's mindset.  Do you

11:47   10   remember saying that?

        11   A.  To give an understanding of his -- what his -- what was

        12   going -- what his state of mind was at the time of the alleged

        13   offense.

        14   Q.  Right.  You know as a lawyer, of course, as well as a

11:47   15   forensic psychiatrist, that "murder" is a legal term.  And that

        16   just means somebody killed somebody, but it's for the jury to

        17   determine whether that was murder or whether it was not.  You

        18   understand that distinction, don't you?

        19   A.  Yes, sure.  Just like "insanity" is not a psychiatric

11:48   20   diagnosis.

        21   Q.  You talked about Jamie's story "evolving," I think was the

        22   term you used.  Now, that's because, as the effects of the drug

        23   are wearing off, little bits and pieces of information are

        24   coming into her consciousness.  That's accurate, isn't it?

11:48   25   A.  No.  Because, in my opinion, she was never drugged.

                    *Cheryll K. Barron, CSR, CM, FCRR*            *713.250.5585*

11:48   1    Q.  Now, you talk about -- you gave an example of a
        2    colonoscopy, and I believe it was under PTSD Number 2 on the
        3    screen there, on the chart.
        4    A.  I think it was under "Memory."  I said benzodiazepines like
11:48   5    Versed and Rohypnol cause anterograde memory loss.
        6    Q.  Right.
        7    A.  And that loss -- it's not lost.  It was never implanted,
        8    the memory.
        9    Q.  Yes.  And if a person -- a patient is under anesthetic with
11:49  10    Versed, another anesthetic -- you certainly heard of patients
       11    waking up during surgery?
       12    A.  Yeah.  But, you see, they woke up --
       13    Q.  Right.
       14    A.  -- and now they're awake and conscious and, of course, now
11:49  15    they have a memory.
       16    Q.  And you certainly heard of patients who have a memory, even
       17    those who didn't wake up, of things that happened in the
       18    surgical suite?  You've heard of that?
       19    A.  No.
11:49  20    Q.  Never heard of that?
       21    A.  There is no memory if you didn't come into a conscious
       22    level.
       23    Q.  Now, you also talked about something to the effect of Jamie
       24    going to Congress and on TV and all that other.  Do you know
11:49  25    why she did that?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:49  1    A.  Yes.

2    Q.  And it's because KBR was forcing her to go to arbitration

3    and not into a courtroom like this.  Isn't that --

4    A.  No, that wasn't my understanding.  My understanding was

11:49  5    that she was trying to have the government do something -- oh,

6    right, to create a law that they wouldn't have to go to

7    arbitration, you're right.

8    Q.  Yes.

9    A.  Yes.  So, she did all that, yes.  I'm not saying anything

11:50  10   bad about that.

11   Q.  No, no, no.  I recognize that.

12             Now, also with regard to your independence,

13   Doctor, do you know any of the parties or any of the lawyers

14   involved in this case?

11:50  15   A.  I fortunately know no one.

16   Q.  I noticed you came here today with a woman.  Is that your

17   wife?

18   A.  Yeah, that's my wife.  She wanted to come with me.

19   Q.  Did you see her greet Ms. Balli, KBR's lawyer, this morning

11:50  20   when she came in?  They waved at each other and said hello.

21   Did you see that?

22   A.  No.  I didn't see it.

23   Q.  Any idea how your wife might know Ms. Balli?

24   A.  I don't know.  You can ask her.

11:50  25             THE COURT:  No, no, not right now.  No.

*Cheryll K. Barron, CSR, CM, FCRR*                     *713.250.5585*

11:50    1        MR. ESTEFAN:  Pass the witness.

         2        THE COURT:  Okay.  Thank you.

         3            Any redirect?

         4        MR. HEDGES:  No.

11:51    5        THE COURT:  Any redirect?

         6        MR. McKINNEY:  One or two points, your Honor.

         7                     **REDIRECT EXAMINATION**

         8    BY MR. McKINNEY:

         9    Q.  Your opinions in this case have been challenged because

11:51   10    other treaters reached different conclusions.

        11    A.  Yes.

        12    Q.  All right.  In every instance, the other treaters have had

        13    to rely solely and exclusively on the history given to them by

        14    Jamie Leigh Jones, correct?

11:51   15    A.  Yes, plus, I think, some records; but certainly nothing --

        16    Q.  It would be the records that the attorneys retaining those

        17    experts chose to share with those experts?

        18    A.  That's correct.

        19    Q.  You, on the other hand, have asked for and received

11:52   20    virtually every record generated in this case?

        21    A.  Yes.  If there was -- as I reviewed the records, if there

        22    was something there that I thought might be helpful, I would

        23    contact the law clerk for the judge and say, "Can you get me

        24    these records?"  And they would appear.

11:52   25    Q.  In virtually every instance regarding the other treaters

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:52  1  and independent evaluators, Ms. Jones gave inaccurate histories

2  with regard to her prior history of anxiety and depression, her

3  prior history of sexual assault, and her prior history of

4  sexually transmitted diseases?

11:52  5  A.  Yes.

6  Q.  And in many instances, if we were to go through each of the

7  histories that Ms. Jones gave to the various treaters and

8  independent evaluators regarding the events in Iraq, we would

9  find different stories, would we not?

11:53  10  A.  Yes.

11  Q.  And the stories tend to get better over time, do they not?

12          MR. ESTEFAN:  Your Honor, objection, leading

13  repeatedly.

14          MR. McKINNEY:  I can rephrase it.

11:53  15          THE COURT:  Okay.  Why don't you do that.

16  BY MR. McKINNEY:

17  Q.  Do the stories get better over time?

18  A.  They fill in details and add other things.

19  Q.  Does Ms. Jones' history and description of her physical

11:53  20  symptoms, does it expand over time or decrease over time?

21  A.  It expands over time.

22  Q.  And is this consistent throughout all the treaters?  If we

23  were to line up chronologically every history that Ms. Jones

24  has given since returning from Iraq, does the story change and

11:53  25  change to Ms. Jones' advantage in virtually every instance?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:53   1   A.   I believe it does.

2   Q.   You have had, unlike any of the other treaters -- or have

3   you had, unlike any of the other treaters, access to the entire

4   record, both sides, every witness, every item of testimony?

11:53   5   A.   I have had thousands of pages of materials and depositions,

6   and medical records to review.

7   Q.   And have you put every single material event that you could

8   identify in those records in a lengthy chronology from minute

9   to minute, day to day, witness to witness, identifying

11:54   10   virtually everything that has happened in Ms. Jones' life from

11   about the year 2000 until about the year 2011?

12   A.   Well, for whatever I had, I did put together, just as you

13   said in this report, 230 pages.

14   Q.   With regard to you taking two different positions in this

11:54   15   case --

16        THE COURT:   The argument was that in some places he

17   believes her story and some places he did not.

18        MR. McKINNEY:   I think that opens the door for me to

19   ask some follow-up questions, your Honor.

11:55   20        THE COURT:   Well, we can go question by question.

21        MR. McKINNEY:   Yes, sir.

22   BY MR. McKINNEY:

23   Q.   Do you believe that Jamie Leigh Jones was drugged on the

24   night of January 28th, 2005?

11:55   25        MR. ESTEFAN:   Your Honor, objection.   We have to

11:55  1  approach if Mr. McKinney is going to go down --

2      MR. McKINNEY:  I think the door has been opened.

3      MR. ESTEFAN:  The door certainly has not, Judge.

4      THE COURT:  Let's not pursue that.  I understand the

11:55  5  line we're trying to draw is a fine one, but let's not --

6  whether he believes or not is not really his province.  Do you

7  understand that --

8      MR. McKINNEY:  I will rephrase the question.

9  BY MR. McKINNEY:

11:55  10  Q.  Did you find substantial credible evidence in the record

11  for the proposition that Ms. Jones was not drugged on the night

12  of July the 28th, 2005?

13      THE COURT:  You may answer if you have an answer.  I

14  don't want you to speculate.

11:56  15  A.  Well, as far as I know, the drug screen was negative for

16  the -- can I --

17      THE COURT:  Is it fair, Dr. Scarano, to say that

18  toxicology and drug use is not your expertise, at least when it

19  comes to drugs?

11:56  20      THE WITNESS:  Toxicology is not, but drugs are a very

21  important part of a forensic psychiatrist's thing because most

22  criminals have been using drugs and we have to understand the

23  effects of those drugs on the individual.

24      THE COURT:  But let me ask this.  The basic tenor of

11:56  25  your report was to explain what you thought, if you accepted

*Cheryll K. Barron, CSR, CM, FCRR*            *713.250.5585*

11:56  1   Ms. Jones' account of what happened to her on the night of

2   July 27th.  Is that fair?

3            THE WITNESS:  Yes, that's fair, Judge.

4            THE COURT:  Okay.  All right.

11:57  5   BY MR. McKINNEY:

6   Q.  Your opinion, based on Ms. Jones' malingering

7   post-traumatic stress disorder, is based upon your assuming --

8   not necessarily believing, but assuming the truth of her

9   statement that she had two sips from a drink and has no memory

11:57  10  thereafter?

11  A.  Yes.

12  Q.  If Ms. Jones did not lose her memory that night, if she

13  remained fully conscious and had consensual sex with Charles

14  Bortz, is there any support in the medical literature for

11:57  15  consensual sex, freely entered into, producing post-traumatic

16  stress disorder?

17  A.  No.

18  Q.  Is there support in the literature for consensual sex,

19  freely entered into, producing subsequent anxieties or

11:58  20  depressions because of the effect, the follow-on subsequent

21  effect of having had consensual sex with a particular person

22  under particular circumstances?

23  A.  Well, if the circumstances were that you had a sexually

24  transmitted disease and you didn't reveal that to your partner,

11:58  25  you could have a lot of anxiety and distress and develop a

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

11:58  1    depression because of that.

2          MR. McKINNEY:  Pass the witness.

3          MR. HEDGES:  Your Honor, in view of one of the last

4    questions by Mr. Estefan, I would like to conduct a

11:58  5    brief demonstration in the court, if I may?

6          THE COURT:  Okay.  Have they seen the exhibit or

7    whatever it is?

8          MR. HEDGES:  I'm just going to ask some people to

9    stand up, who was waving at who, since he brought up allegedly

11:58  10   Ms. Balli waving at the doctor's wife.

11         THE COURT:  Okay.  All right.

12         MR. HEDGES:  Ms. Shaw, would you stand up, please?

13   *(Ms. Shaw complies)*

14   BY MR. HEDGES:

11:59  15   Q.  Doctor, that's a colleague of ours, Ms. Shaw.

16              Who is sitting in front of Ms. Shaw?

17   A.  That's my wife, Ida.

18         MR. HEDGES:  Ms. Balli, would you stand up, please?

19   *(Ms. Balli complies)*

11:59  20         MR. HEDGES:  Would you face Ms. Shaw?

21   *(Ms. Balli complies)*

22         MR. HEDGES:  Would you wave at Ms. Shaw?

23   *(Ms. Balli complies)*

24   BY MR. HEDGES:

11:59  25   Q.  Does it look like Ms. Balli is waving at your wife, Doctor?

11:59   1   A.   No.

2   Q.   But she's waving at somebody standing immediately behind

3   your wife.  Is that correct?

4   A.   From the demonstration that you gave, that would be the

11:59   5   appearance.

6   Q.   Okay.  Thank you.

7                   Doctor, when you began working on this case, did

8   anyone tell you that they wanted you to end up at a certain

9   result at the end of your investigation and the writing of your

11:59   10   report?

11   A.   Yeah.  Ladies and gentlemen, when the Judge contacted me

12   and asked me to do an independent evaluation, the rule was that

13   none of these attorneys were allowed to talk to me, contact me,

14   send me anything; everything had to go through the Court.

12:00   15   Q.   And let's even go outside of the attorneys, outside the

16   attorneys, has anyone at any time, up to right now, in this

17   case ever told you that they wanted you to come up with a

18   certain result?

19   A.   Absolutely not.

12:00   20                   MR. HEDGES:  Pass the witness, your Honor.

21                   THE COURT:  Any recross?

22                   MR. ESTEFAN:  Very, very brief, your Honor.

23                           **RECROSS-EXAMINATION**

24   BY MR. ESTEFAN:

12:00   25   Q.   I'm sorry to end our morning right before lunch on the

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

12:00   1   subject of sexually transmitted diseases.

2   A.   Okay.

3   Q.   But I have just one quick question about that.

4   A.   Sure.

12:00   5   Q.   Did you know that Jamie had warned a partner before Iraq

6   and her husband -- the man who would become her husband after

7   Iraq, before they had sex that she had sexually transmitted

8   diseases?

9   A.   No.   I don't know because I saw no record of that.

12:01   10           MR. ESTEFAN:   That's all I have.   Pass the witness.

11           THE COURT:   Okay.   Ladies and gentlemen, we'll take

12   our lunch break.   Try to be back by 12:45, please.

13       (Jury not present)

14           THE COURT:   You may step down.   You're free to go.

12:01   15               Can you tell me who the next witness is going to

16   be?

17           MR. KELLY:   Teresa Westcott, your Honor.

18           MS. VORPAHL:   Your Honor, this is one of the remaining

19   me-too witnesses.   We filed a brief over the weekend.   We would

12:02   20   like an opportunity to again argue that these post July, 2005,

21   witnesses have nothing relevant to add.   Should the Court

22   decide, nevertheless, that your Honor is going to consider

23   their testimony, then we want the opportunity to voir dire

24   them.

12:02   25           THE COURT:   Okay.   What does she bring to the table?

12:02   1            MR. KELLY:  She brings quite a bit, your Honor.  First

2   of all, she was a victim of rape at -- in Baghdad.  It was

3   2006.  She was one of five victims who was raped by the same

4   assailant.  All five originally were coming forward.  Four of

12:02   5   them backed off.  Four were retained in employment by KBR.

6            This one was fired because she went forward.  In

7   addition, she worked directly for the same boss who was Jamie

8   Leigh Jones' boss at the time of Jamie Leigh Jones' rape.  And,

9   so, it certainly goes to KBR's response and particularly this

12:03   10   boss' response to women who claim rape.

11         THE COURT:  Was it the same base?

12         MR. KELLY:  I believe so, your Honor.  I know it was

13   in the same -- I know it was both Baghdad.  I'm not sure if it

14   was Camp Hope or if it was Camp Victory.  I'll have to get her

12:03   15   in here to actually testify to that.

16           The other thing she can testify and certainly

17   will testify to is that, again, as to the environment that

18   Ms. Jones found herself in, her boss was living in violation of

19   KBR's rules with his girlfriend on the base, well known to

12:03   20   everyone there.  So, it's simply -- actually, and there's more.

21          Prior to her rape, she had been sexually

22   harassed, she complained about it.  And when she did complain

23   about it, she was moved, like so many others, to Fallujah, a

24   well known more hostile base.  She will also talk about being

12:04   25   forced into arbitration and, despite their protestations

*Cheryll K. Barron, CSR, CM, FCRR*                 *713.250.5585*

12:04   1    otherwise, she'll talk about how arbitration was forced -- that

2    she was forced to remain silent following arbitration.

3            Essentially, that's it.  So, I think it's

4    certainly relevant.  And it's not "me-too."

12:04   5            THE COURT:  Ms. Vorpahl.

6            MS. VORPAHL:  Well, your Honor, she can't possibly

7    have personal knowledge of five rapes.

8            I mean, correct me if I'm wrong, she didn't see

9    these women raped.

12:04  10            MR. KELLY:  No.  She has personal knowledge of five

11   women originally coming forward -- sorry -- four, in addition

12   to herself, originally coming forward and then the other four

13   backing off, the other four being retained by KBR while she was

14   fired.

12:04  15            MS. VORPAHL:  All complete hearsay.  She was

16   terminated because she -- first of all, she didn't even report

17   her allegations until months after she claimed that they

18   occurred.  She was terminated for violation of KBR's drug

19   policy.

12:04  20            MR. KELLY:  Actually, she was terminated because she

21   had a Valium in her --

22            MS. VORPAHL:  Well, why don't you finish and then

23   I'll --

24            MR. KELLY:  -- system for which she had a

12:05  25   prescription.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

12:05   1       Well, that's a lie and you know it.

2    THE COURT:  We don't need this.

3     Ms. Vorpahl, go ahead and finish.

4   MS. VORPAHL:  Well, she was terminated in September of

12:05   5   2006 because she was out and appeared high.  She said she was

6   on Phenergan and Valium.  They found alcohol in her room in

7   violation of the policy at that camp.

8    THE COURT:  Which camp was she at, according to you?

9    MS. VORPAHL:  I believe that she was at Camp Victory.

12:05   10   I'm not positive either.

11    THE COURT:  Okay.  We'll -- I hate to do this to you

12   guys, but let's come back at 12:30.  And I want her on the

13   stand, and we'll voir dire her.

14    MR. KELLY:  She's on her way into town, your Honor.  I

12:05   15   believe she --

16    THE COURT:  Tell the jury we're going to extend lunch

17   to 1:00 o'clock, please.

18    MR. KELLY:  I don't know if she's going to be in till

19   1:00, your Honor.  She's on her way.

12:05   20    MS. VORPAHL:  Your Honor, again, I would like the

21   opportunity to urge the irrelevance and inadmissibility of any

22   of this testimony.  If it goes to anything at all, it is -- it

23   couldn't be more than punitive damages.  And why we would allow

24   these witnesses to testify to things that occurred after

12:06   25   Ms. Jones was no longer in active employment in Iraq with KBR

12:06    1    is --

         2            THE COURT:  Well, it's close in time, is the only

         3    reason I'm considering it.  Let's be back here 12:45.  If she's

         4    ready for us, we'll proceed with her.  If not, we'll talk about

12:06    5    the legal issues.

         6            MS. VORPAHL:  Thank you, your Honor.

         7            MR. HEDGES:  Your Honor, I think they represented they

         8    might have some other me-too witnesses.  Maybe one of them is

         9    available sooner possibly?

12:06   10            THE COURT:  If so, we'll take those whom we can find

        11    and -- it has to be one by one.  I'm not going to deal with all

        12    of them as a class.

        13            MR. ESTEFAN:  Your Honor, before you step down -- I'm

        14    sorry.  I just need to make a record.  And that is that

12:06   15    Dr. Scarano, in answer to Mr. Hedges' last question, directly

        16    violated the parameters you placed around him to not talk about

        17    his court appointed status.  He clearly referenced that, and

        18    he's an officer of the court as a lawyer.  And I just -- I'm

        19    making my record, your Honor.

12:07   20            THE COURT:  Okay.  But he said that the -- I think he

        21    said I contacted him.

        22            MR. KELLY:  He also said you provided the documents to

        23    him, that he wasn't permitted to talk to the lawyers.  Your

        24    Honor, he was directly violating the Court's order.

12:07   25            MR. ESTEFAN:  I know Mr. Hedges may not have intended

                    *Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

12:07  1   that be to the answer, but Dr. -- and I'm not casting stones at

2   Mr. Hedges.  All I'm saying is that Dr. Scarano, as an officer

3   of the court and a lawyer, was appraised of the Court's rulings

4   on that; and he went clearly afoul of that ruling.  So, I'm

12:07  5   making a --

6              THE COURT:  The problem is we got into the issue of

7   bias rather heavily and that -- I think Mr. Hedges' question

8   was responsive to that charge.  And it was not out of bounds to

9   say that nobody had contacted him and the evidence had come

12:07  10  from the Court.  The words "court appointed," I think, never

11  were uttered.

12             MR. ESTEFAN:  No, not exactly; but he said he was

13  contacted by the Court.

14             THE COURT:  Well, when you accuse somebody of bias,

12:08  15  it's hard to forbid them from responding.  I mean, that's -- I

16  don't know who opened the door, but your point is noted and so

17  is defendants'.

18        (Recess was taken from 12:08 p.m. to 12:47 p.m.)

19        (Jury not present)

12:51  20             THE COURT:  Good afternoon.  Welcome back.

21             Do we have a witness here yet?

22             MR. KELLY:  We do, your Honor.

23             THE COURT:  Okay.  Let's put him or her on, then.

24             MR. ESTEFAN:  It's "she."  It's Teresa Westcott, your

12:51  25  Honor.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

12:51   1           THE COURT:  Okay.

        2      *(Witness being summoned to the stand)*

        3           THE COURT:  Ms. Westcott, good afternoon, ma'am.

        4           THE WITNESS:  Good afternoon, sir.

12:52   5           THE COURT:  Make your way up here.  If you can thread

        6  this needle, we're going to have you in this seat.

        7                Before you take your seat, Mrs. Loewe will

        8  administer the oath.

        9           THE CASE MANAGER:  Do you solemnly swear the testimony

12:52   10  you're about to give in the matter now before the Court will be

        11  the truth, the whole truth, and nothing but the truth?

        12           THE WITNESS:  Yes.

        13           THE COURT:  Okay.  If you would have a seat.

        14                All right.  The defendants' lawyers have some

12:52   15  questions about your testimony we'll take up before the jury

        16  comes back to join us.

        17           MS. VORPAHL:  Thank you, your Honor.

        18           **TERESA WESTCOTT, DULY SWORN, TESTIFIED:**

        19                **VOIR DIRE EXAMINATION**

12:52   20  BY MS. VORPAHL:

        21  Q.  Ms. Westcott, my name is Joanne Vorpahl.  You and I have

        22  never met before, have we?

        23  A.  No, ma'am.

        24  Q.  I represent KBR in this lawsuit.

12:53   25  A.  Yes, ma'am.

12:53  1    Q.  And as the Judge said, I do want to ask you a few

2    questions.

3                There are some problems with acoustics in here;

4    so, we've both got to try to speak into the microphone.

12:53  5                The information I have is that on March 20th of

6    2007 you filed a charge of discrimination with the Equal

7    Employment Opportunity Commission against KBR.  Do you recall

8    whether that's correct or not?

9    A.  I don't recall the exact date, but that sounds about right.

12:53  10   Q.  All right.  The information I have is that one month later,

11   on April 20th of 2007, you settled your dispute with KBR.  Does

12   that sound correct to you?

13   A.  No.  Not the April date to settle, I don't think.

14              THE COURT:  Did you settle?

12:53  15   A.  I don't recall --

16              THE WITNESS:  Yes, I did.

17              THE COURT:  What's your best approximation of the

18   date?

19              THE WITNESS:  I believe it was sometime in June, but I

12:54  20   don't recall the exact date.

21              THE COURT:  We needn't be too concerned.

22   BY MS. VORPAHL:

23   Q.  I have the agreement.  I'd be happy to refresh your

24   recollection with it.

12:54  25   A.  That's fine.  I don't remember the date.

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

12:54  1          MS. VORPAHL:  May I --

2          THE COURT:  You may do that.

3          MR. KELLY:  May I see it?

4          MS. VORPAHL:  (Indicating)

12:54  5   BY MS. VORPAHL:

6   Q.  Will you take a look at that agreement and tell me if

7   that's the settlement agreement that you signed with KBR and if

8   it's not, in fact, dated April 20th, 2007?

9   A.  Yes, ma'am, it is.

12:55  10  Q.  Okay.  And that looks like your agreement?

11  A.  Yes, ma'am, it is.

12  Q.  You were represented by counsel through that process.

13  Isn't that right?

14  A.  Yes, ma'am.

12:55  15  Q.  That wasn't Mr. Kelly, though?

16  A.  No, sir.  No, ma'am.

17  Q.  But I understand -- and maybe I'm mistaken, but I

18  understand that Mr. Kelly now represents you.

19  A.  That is correct.

12:55  20  Q.  All right.  And in what regard does he now represent you?

21          MR. KELLY:  Your Honor, that violates attorney-client

22  privilege.  There's no reason to go into that, for what I

23  represent this witness for.

24          MS. VORPAHL:  I'm not asking for the substance of any

12:55  25  communications.  I'm wondering if --

*Cheryll K. Barron, CSR, CM, FCRR*                        *713.250.5585*

BY MS. VORPAHL:

Q.  Is it with regard to a claim against KBR?

A.  No.

Q.  Okay.  Okay.

        THE COURT:  But I think we need to know whether you represent her at least for purposes of whether you can object on her behalf right now.

        MR. KELLY:  I do not represent her in this lawsuit, your Honor, in connection with her testimony here; but the reasons for which I represent her I think are strictly attorney-client privilege.

        THE COURT:  Well, the privilege covers requests for legal services or legal advice.  The question being asked now is not what you might have said in providing advice but what is the endeavor in which you represent her, which may be relevant to what her testimony is going to be here today.  I mean, if it's something completely different, if it's wage and hour violations --

        MR. KELLY:  It's completely separate from her allegations against KBR, your Honor.

        THE COURT:  Okay.

        MS. VORPAHL:  Respectfully, however, if it is another employment claim, I think that I'm entitled to know that, as I believe it might go to --

        THE COURT:  Well, is it against KBR?

12:56  1          MR. KELLY:  It is not against KBR, your Honor.

2          THE COURT:  Okay.  Let's leave it alone.  Let's go.

3          MS. VORPAHL:  Your Honor, I do think I would be

4    entitled to known if it was another employment claim.

12:56  5          THE COURT:  Well, we're about to have a contested

6    issue on something that, to me, is way off the mark.  Let's

7    talk about issues that are more relevant.  We don't have much

8    time.

9    BY MS. VORPAHL:

12:56  10   Q.  In connection with the settlement with KBR, you did sign --

11   part of it was a confidentiality agreement.  Is that right?

12   A.  That's correct.

13   Q.  And you agreed that if you were ever asked about the status

14   of your disputes with the company, you could only say that,

12:57  15   quote, "The matter is settled and nothing more can be said,"

16   end quote?

17   A.  Except for being subpoenaed.  If I get subpoenaed, I can

18   testify in court.

19   Q.  So, you have been subpoenaed here today?

12:57  20   A.  Yes, I have.

21   Q.  Okay.  And who issued that subpoena?

22   A.  The Kelly Law Firm.

23   Q.  Okay.  Let's take a look at your agreement and find where

24   it says that.

12:57  25   A.  On Page 3, first paragraph.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

12:57  1    Q.  So, it says, "From the date of this agreement forward, in

2    the event Ms. Westcott is asked about the status of any dispute

3    with the company, she may reply with the words or words to the

4    same effect, quote, 'The matter is settled and nothing more can

12:58  5    be said,' but will not otherwise indicate the terms of the

6    settlement, including the amount paid, unless required by

7    subpoena, court order, administrative order, or otherwise

8    required by law."

9          Doesn't that last part say that if you're

12:58  10   subpoenaed you can indicate the terms of the settlement?

11   A.  I'm not a lawyer.  I just know that I was subpoenaed, and

12   I'm here to testify.

13   Q.  All right.  All right.  Very well.

14         You began working for KBR in October of 2005.  Is

12:58  15   that correct?

16   A.  Yes, ma'am.

17   Q.  All right.  Do you know when the events that give rise to

18   the lawsuit that we're here on occurred?

19   A.  I believe it was not during that time frame.

12:58  20   Q.  Right.  It was prior to that, in July of 2005.  You weren't

21   employed for KBR during that -- or by KBR during that period,

22   July of 2005, were you?

23   A.  No.  I started in October of 2005.

24   Q.  And the claims against KBR that were the basis of your

12:59  25   claim occurred in June of 2006.  Is that right?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

12:59   1   A.   That's correct.

2   Q.   But you didn't report that allegation to anyone until

3   September of 2006.   Is that right?

4   A.   I did tell my supervisors that it had happened.   It was not

12:59   5   handed to the top five management for -- to be handled; but I

6   did tell somebody, yes, several people.

7   Q.   Okay.   Tell us what your claim was.

8   A.   My claim was that I was raped by a male supervisor.

9           I had four other male supervisors, managers in

12:59   10   the room; and they did nothing to stop or help me when I was

11   being harassed, talked down to, abused.

12           Then when he, Scott Hickman --

13       THE WITNESS:   Am I allowed to say his name?

14       THE COURT:   Yes, you are.

12:59   15   A.   Okay.   He raped me.   He came into my room.   I was sound

16   asleep.   He wasn't somebody I partied with or went out with or

17   had anything to do.   He was just a supervisor.   He came into my

18   room.   I woke up; and he was attacking me, raped me.   And

19   the -- then KBR fired me when I did report it.

01:00   20           When other women were attacked, they came

21   forward, I came forward but then they backed away and they kept

22   their jobs.   I didn't.   I continued to cooperate with the CID,

23   and I was first beaten up and then fired.

24   BY MS. VORPAHL:

01:00   25   Q.   Okay.   You said that you were raped by a male supervisor,

01:00   1    Scott Hickman.  Is that right?

       2    A.  Yes.

       3    Q.  Now, I think I misunderstood this.  And four other men

       4    watched as you were raped?

01:00   5    A.  No.  They watched when I was in the office -- we all worked

       6    in the same office -- as he would come in with a full erection

       7    and grab himself and say, "You want some of this, don't you,"

       8    or "You're a hard egg to crack.  I'm going to crack you," or,

       9    "You don't like me staring at you, do you?"

01:00  10            And these were all male supervisors saying this.

      11   Q.  All right.  Who were those male supervisors?

      12   A.  Neal -- I can remember the first names.  I don't remember

      13   their last names.  But there was Saigh, Neal, Billy Tompkins,

      14   Darren.  Those are the main ones.  Those are all direct male

01:01  15   supervisors and managers.

      16   Q.  Who witnessed this conduct that you're describing?

      17   A.  Yes, ma'am.

      18   Q.  And did nothing about it?

      19   A.  Did nothing about it, as much as I asked them to.

01:01  20   Q.  And when was that?

      21   A.  That was consistently every day, the whole time I was

      22   working in IT.

      23   Q.  So, every day from October of 2005?

      24   A.  Well, in October what happened, I was at Al Asad and there

01:01  25   was a male counterpart there that was harassing me there, too.

01:01   1   And he did it in front of HR; and he was actually, you know,

        2   told to stop.

        3   Q.  Okay.  So, the first time that you suffered harassment was

        4   at Al Asad.

01:01   5               You were actually in four places over about three

        6   months, right?  You were --

        7   A.  Yes, ma'am.  Well, Al Asad, Fallujah, and in Baghdad.

        8   Q.  In that order?

        9   A.  Yes, ma'am.

01:01  10   Q.  And at Baghdad you were at Camp Victory.  Isn't that

       11   correct?

       12   A.  I lived at Parker for a short time, but I did work at

       13   Camp Victory an.d then I lived there at the end.

       14   Q.  You were never at Camp Hope, were you?

01:02  15   A.  No.

       16   Q.  Okay.  So, the first time that you say you suffered

       17   harassment was at Al Asad?

       18   A.  That's correct.

       19   Q.  Did you make a complaint?

01:02  20   A.  Yes, I did.

       21   Q.  A formal complaint?

       22   A.  No, it wasn't formal.  I was scared that I would get fired

       23   because we were told if we ever complained about sexual

       24   harassment, we would be fired.

01:02  25   Q.  Who told you that?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:02   1   A.   Everyone, all the women there.   The operations girls, the

2   guys, I mean, they just said, "If you report sexual harassment,

3   you will be fired."

4   Q.   Everybody there told you that?

01:02   5   A.   Everyone that I confided in and told what was happening.

6   Q.   Did you ever go to HR?

7   A.   Not in Al Asad.   HR brought me in; they pulled me in.   I

8   didn't go to them the first time.

9   Q.   In fact, at Al Asad you reported problems with a supervisor

01:02   10   and some computers and you said, "I don't" -- is this where you

11   said, "I don't wish to report sexual harassment," and HR came

12   and interviewed you anyway?

13   A.   That's correct, the first time.

14   Q.   All right.   Because HR wanted to find out what it was that

01:03   15   you had to say?

16   A.   Correct.   Because he had been released from KBR four times

17   prior to this incident and sent home and then returned back to

18   KBR.

19   Q.   How do you know that?

01:03   20   A.   Because I was there the fifth time that he was there and

21   the HR -- Terrence Copling -- he was the head of HR EAP -- told

22   me that.

23        THE COURT:   Ms. Westcott, you're obviously very

24   articulate; but I'm going to ask you to slow up just a little

01:03   25   bit.   She's got to try to keep up with every word.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:03   1                    THE WITNESS:  Okay.  Sorry.

       2                    THE COURT:  Everybody does it, including me.

       3                    THE WITNESS:  Okay.  Yes.

       4       BY MS. VORPAHL:

01:03   5       Q.  So someone told you that Terrence Copling had been released

       6       from KBR four times and was back a fifth?

       7       A.  No, ma'am.  Terrence Copling was in charge of the EAP HR

       8       program.

       9       Q.  Okay.

01:03  10       A.  He called me into his office and stated that another HR

      11       person had witnessed Matt -- I don't remember Matt's last

      12       name -- but had witnessed Matt standing over my desk,

      13       threatening me that he got me there, that he could get me out

      14       of there, and did I want to file a formal complaint.

01:04  15                    I said no, because I know that people get fired

      16       for filing complaints here.  I had heard it before I got there.

      17       I heard it the whole time I was there.  We were always in fear

      18       as women for our jobs because the guys were -- really played

      19       rough there.  And it wasn't just play.  We were very

01:04  20       threatened.

      21                    So, I said, "No, I'm not going to file a report."

      22                    I had just gotten on ground.  I didn't want any

      23       problems.

      24                    And, so, he said, "Well, that's very nice of

01:04  25       you" -- Terrence Copling said this to me -- he said, "because

                    Cheryll K. Barron, CSR, CM, FCRR                    713.250.5585

01:04  1  he has a file this thick.  He's already been released four

2  times."

3            And the thing is that they would go home for

4  three months, four months for detention or whatever you want to

01:04  5  call it and they'd allow them to come back and Matt was one of

6  them that came back.

7  Q.  And Terrence Copling was the source of that information?

8  A.  That is correct.

9  Q.  You did not witness people going home for four months and

01:04  10  then coming back.

11  A.  Yes, I did.  There were people that got -- not at that

12  point.  But further in my term, people were written up for

13  drinking and sent home for having alcohol, beer cans or

14  whatever; and then they would come back, like, three months

01:05  15  later.

16            And there's one gentleman -- he has dark hair.

17  He's, like, head of HR over there now.  Or he's now with Fluor,

18  but he -- James Video.  He was sent home for alcohol, and he's

19  back there working again.

20  Q.  But for Fluor, for a different company?

21  A.  He came back with KBR.  He just started with Fluor a couple

22  of months ago.

23  Q.  Okay.  And when did he come back with KBR?

24  A.  Three months almost to the day that they sent him home.

01:05  25  Q.  And that was for violation of the alcohol policy?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:05   1   A.  General Order No. 1, which means you're never supposed to
        2   be able to come back.
        3   Q.  Now, you had alcohol in your room?
        4   A.  No, I didn't.
01:05   5   Q.  You're saying --
        6           THE COURT:  Ms. Vorpahl, I think this is a witness I
        7   need to allow.  You'll have a chance to cross her, but I think
        8   she has information that is relevant.
        9           MS. VORPAHL:  Your Honor, a lot of this is hearsay.
01:05  10   And we're going to be up and down objecting to what's hearsay
       11   and what's not unless we get a very clear understanding of what
       12   she can testify to from personal knowledge.  And I think I do
       13   need to, respectfully, go on.
       14           THE COURT:  Well, but it sounds like to me that what
01:06  15   she would be quoting is admission by a party opponent; so, it
       16   would come in as not hearsay.
       17           MS. VORPAHL:  Your Honor, I don't see how that could
       18   possibly be an admission by a party opponent, that she heard
       19   generally from all sorts of -- from everybody --
01:06  20           THE COURT:  Well, you can pin her down on who she
       21   heard it from.  But it would be a statement by a person
       22   authorized by the party to make a statement or a statement by
       23   the party's agent or a servant concerning a matter within the
       24   scope of the agency or employment.
01:06  25           MS. VORPAHL:  Your Honor, I simply disagree; and I

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:06  1   would object.  This woman -- I don't believe she knows Charles

2   Bortz.  I don't believe that she knows Jamie Jones.  Certainly

3   she knows neither of them as employees of KBR.  She was not

4   there that night.

01:06  5        THE COURT:  When you have a company as big as KBR,

6   conduct that is similar as this to the conduct alleged in this

7   case cannot be excluded just because it was at a different base

8   or just because it was three months later.  That's drawing the

9   circle entirely too narrowly.

01:07  10       MR. RUNIONS:  But, your Honor, the Fifth Circuit case

11  law is fairly clear that if it did not affect the term and

12  condition of employment that it cannot go to a harassment

13  claim.  We provided the Court with many, many cases that says

14  that exact thing.

01:07  15       THE COURT:  No.  It goes more to what the employer

16  knew or should have known.

17       MR. KELLY:  This does go to the term and condition of

18  employment, your Honor.  This is evidence of the terms and

19  conditions of the employment in Baghdad for women.  That's all

01:07  20  it is.

21       MS. VORPAHL:  The Fifth Circuit says you don't look at

22  post-event conduct as evidence of that.  That's what we're

23  saying.

24       THE COURT:  But what I am saying is we might look at

01:07  25  it for whether the employer knew or should have known of the

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:08  1   harassment.

2          MR. RUNIONS:  But, your Honor, for which cause of

3   action?  For fraudulent inducement?

4          THE COURT:  No, not for that.

01:08  5        MR. McKINNEY:  Judge, you think I don't have a dog in

6   this fight; but I really do because any time someone's

7   mentioned the R word, there is blowback on my client.

8          THE COURT:  You'll have every opportunity to

9   cross-examine her.

01:08  10       MR. McKINNEY:  And I know I will, Judge.  That's not

11  the question.  The question is what does this witness have to

12  say that makes the only real fact issue in this case more or

13  less likely.

14         She has nothing to say that is even indirectly

01:08  15  probative on whether the sex between Jamie Leigh Jones and

16  Charles Bortz was consensual.  However, the purpose of the

17  offer is to say it happened at a later point in time, in

18  another location, to a KBR female; therefore, it could have

19  happened in this case.  That is totally irrelevant and

01:09  20  hopelessly -- it's very prejudiced.

21         THE COURT:  It's clearly very inflammatory testimony.

22  I understand that.  I understand that.

23         But it goes directly to the question of whether

24  there was a prevailing attitude in the camp, that men could get

01:09  25  away with sexual harassment and women were scared to report it.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:09 1          MR. McKINNEY:  But that's not the case before the

2      Court in terms of Ms. Jones.  She reported; it was promptly

3      investigated.  There's no evidence whatsoever of anybody trying

4      to sweep this under the rug.

01:09 5          The State Department took over the investigation.

6      After her statement had been taken, she was being -- depending

7      on how you want to interpret the facts -- I think the more

8      reasoned interpretation was she was being -- she was placed in

9      the hooch because, based on her original story, there were

01:09 10     multiple unknown assailants at large.

11          There's nothing about -- nothing about Ms. Jones'

12     testimony, your Honor, dovetails with any of these others

13     witnesses' alleged experiences.

14          THE COURT:  Well, but an issue -- not the issue -- an

01:10 15     issue is whether Mr. Bortz or others like him knew that they

16     had latitude to conduct themselves this way toward women.

17          MR. McKINNEY:  And what evidence is there at all, at

18     all, that Charles Bortz, as a fireman at Camp Hope, had any

19     knowledge of Scott Hickman, at some other camp, being the kind

01:10 20     of person that Scott Hickman is, according to this witness?

21     None whatsoever.

22          And you have to balance the scant probative value

23     of these inflammatory accusations against -- well, against the

24     inflammatory nature of the allegations.

01:10 25          Virtually nothing is proved, but the sound of the

01:11  1   minimal proof is quite loud and it echoes and reverberates on

2   and on.  There's no probative evidence here, great prejudice --

3           THE COURT:  I have every confidence you and

4   Ms. Vorpahl or other counsel can bring that out.

01:11  5           MS. VORPAHL:  May I just say one more thing?

6           THE COURT:  Yes, ma'am.

7           MS. VORPAHL:  I think that the charge that your Honor

8   will submit on the sexual harassment claim -- and this is

9   without waiver of my right to file -- to move for a directed

01:11  10  verdict on the sexual harassment claim --

11          THE COURT:  I understand.

12          MS. VORPAHL:  -- will consist of three questions:

13  "Was plaintiff sexually harassed by one or more of her

14  coworkers in Iraq?  Did KBR know or" -- and this is conditioned

01:11  15  on the a "yes" answer to the prior question -- "Did KBR know

16  or, in the exercise of reasonable care, should KBR have known

17  that plaintiff was being sexually harassed by one or more of

18  her coworkers in Iraq?"  And, 3, again conditioned, "Did KBR

19  fail to take prompt remedial action to stop the sexual

01:11  20  harassment of plaintiff in Iraq?"

21          I don't believe that the testimony of this

22  witness goes to any of those issues, makes any of them more or

23  less likely.

24          THE COURT:  Okay.  Your arguments are noted.  They are

01:12  25  obviously genuine and well expressed.  They are overruled.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:12  1          Will you get the jury in, please?

2          MR. McKINNEY:  Judge, one last thing.  I anticipate

3     that this witness may offer, gratuitously, testimony about

4     conversations with Eric Iler after a point in time when he was

01:12  5     no longer employed by KBR.  And --

6          THE COURT:  Those wouldn't come in.

7          MR. KELLY:  I won't ask a thing about Eric Iler.

8          MR. McKINNEY:  All right.  Good enough.

9          THE COURT:  Would all please rise for the jury?

01:12  10    *(Jury present)*

11         THE COURT:  Members of the jury, please be seated.

12              Ladies and gentlemen, this is one of plaintiff's

13    witnesses.  She has already been sworn to tell the truth.

14         MR. KELLY:  May it please the Court.

01:13  15                    **DIRECT EXAMINATION**

16    BY MR. KELLY:

17    Q.  Please introduce yourself to the ladies and gentlemen of

18    the jury.

19    A.  My name is Teresa Westcott, and I worked for KBR from '05

01:13  20    to '06.

21    Q.  And when in '05 did you arrive -- or did you work for KBR?

22    A.  October of '06 -- I'm sorry, of '05.

23    Q.  October of '05?

24    A.  Yes.

01:13  25    Q.  And where did you first work, Ms. Westcott?

01:13   1   A.   Originally I worked in Al Asad in Iraq.

    2   Q.   Okay.   And tell me what you did at Al Asad.

    3   A.   I was an administrative assistant when I arrived, for the

    4   program manager for all of the BNC sites.

01:14   5   Q.   Did you have some concerns that brought you into contact

    6   with human resources while you were at Al Asad?

    7   A.   Yes.   I had one man that kept harassing me, kept coming to

    8   my hooch, kept walking around the office, threatening me that

    9   he could get me fired if I didn't comply.   And he was witnessed

01:14   10  doing that.

    11  Q.   Who was this man?

    12  A.   Matt -- and I can't remember his last name.   Matthew.   I --

    13  can't remember his last name.

    14          THE COURT:   Can you describe his position?

01:14   15          THE WITNESS:   Yes.   He was one of the operations

    16  people.   He worked in the operations department.

    17  BY MR. KELLY:

    18  Q.   Do you recall who you spoke with in human resources about

    19  Matt?

01:14   20  A.   Terrence Copling.

    21  Q.   Who was Terrence Copling?   What was his position?

    22  A.   Terrence Copling was over all of EAP for theater, employee

    23  assistance program, HR issues, dispute resolutions and such.

    24  Q.   How did it come about that Terrence Copling learned of the

01:15   25  harassment you were suffering at Matt's hands?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:15   1    A.  I was in the office one day and it was one of the days that

2    Matt came into my office.  He stands about 6' 4".  And he --

3    and I was sitting at my desk.  And he came and he put his hands

4    on the desk, leaned over, and got, like, an inch from my face

01:15   5    and told me --

6            MS. VORPAHL:  Your Honor, I object to the hearsay

7    testimony.

8            THE COURT:  You object to what?

9            MS. VORPAHL:  The hearsay testimony, an out-of-court

01:15   10   statement by someone else.

11           MR. KELLY:  I think --

12           THE WITNESS:  He said it to me.

13           THE COURT:  No.  It comes within 801(d)(2).  I'm going

14   to allow it.

01:15   15           MS. VORPAHL:  And, your Honor, I just want my

16   objection noted and if --

17           THE COURT:  It is noted.  You have continuing

18   objection.  It's preserved for appeal.

19           MS. VORPAHL:  Thank you, your Honor.

01:15   20   A.  So, he stood over my desk, an inch from my face, and told

21   me, "I got you here.  I can take you out of here and" -- if I

22   didn't comply and why wasn't I coming to his hooch at night and

23   why wouldn't I pay him any attention.

24           And he started telling me, "I saw you get up ten

01:16   25   times last night and your light go on in your hooch."

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:16      1                    So, he would stand outside my hooch and watch if

           2      I would come or go or anything.

           3                    And, so, an HR employee was walking past the

           4      office when he was in this position, threatening me.  And I

01:16      5      walked around my desk and tried to get around him, and he

           6      blocked the door.  And that's when the HR person was walking

           7      down the hall and had stuck their head in, said, "Is everything

           8      okay?"

           9                    He turned around and said, "Yes, everything is

01:16     10      okay."

          11                    I said, "No."

          12                    And they walked -- they turned around and walked

          13      down to their manager, reported it.  And then Terrence Copling

          14      was notified, and he had called me into his office a couple of

01:16     15      days later.

          16      BY MR. KELLY:

          17      Q.  Did you learn anything about Matt when you spoke with

          18      Terrence Copling with regard to complaints you had made?

          19      A.  Terrence first mentioned that perhaps I would be happier at

01:16     20      Fl, which was, I believe, Baghdad.  And I said, "Why?  Why are

          21      you moving me?"

          22                    And he said, "Well," he said, "we've had problems

          23      with Matt before.  And do you want to open a statement -- or

          24      open a case?"

01:16     25                    And I said, "No.  Because I know people get fired

01:16  1   for that."

2          And he said, "Well, If you're not comfortable

3   opening a case," he goes, "I'm just letting you know he has,

4   like, four -- he's been released four times."  And he said, "We

01:17  5   have enough on him to get rid of him."

6          And I said, "I don't want any part of that.  I

7   know you get fired if you do that, I've been told."

8          So, he said, "Okay."  He said, "Well, then, we

9   won't open a case."

01:17  10          But it was shortly after that that they moved me.

11  Q.  How did you know you would get fired?  How had you heard

12  you would get fired if you reported sexual harassment?

13          THE COURT:  You need to tell me and tell the jury

14  specific people, not just "I heard" or "everybody knew."

01:17  15          THE WITNESS:  Okay.

16  A.  Melissa, she was over operations.  She worked with Matt.

17  She said that two women had been let go for complaining about

18  Matt.  She told me that.  And I don't know her last name

19  either.  I could find this if I needed to.

01:17  20          Then there was another female, she was a younger

21  female and she worked -- she was a floater in that building.

22  And she said, "Don't complain about the guys here," she said,

23  "because they'll either start moving you or they'll get rid of

24  you."

01:17  25          So -- and then, before I come to KBR, I had

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:17   1    talked to Matt; and he's the one that told me and kind of
        2    instilled the fear in me that, you know, "You can complain all
        3    you want, but they're just going to mark you as a troublemaker
        4    and release you, as a female."
01:18   5    Q.  Fair to say it was common knowledge that if you complained,
        6    you were fired?
        7    A.  It was common knowledge.  There was probably more people
        8    that told me directly, but that was a long time ago.
        9    Q.  After your conversation with Terrence Copling, what
01:18  10    happened with you?
       11    A.  I went back to my office, and it was probably a day or two
       12    later.  My manager, the program manager of operations, the PMO,
       13    Wayne Lanham, he informed me that they were going to have me
       14    start working out of Fallujah.
01:18  15    Q.  So, you moved to Fallujah?
       16    A.  So, they moved me to Fallujah.  And he said that it was not
       17    a direct result of that situation, and he made it very clear it
       18    was not a direct result of that situation.  But I got to
       19    Fallujah, and there were no managers to work for.  I was just
01:18  20    sitting in an office by myself with nothing to do.  So --
       21    Q.  So, after complaining of sexual harassment at Al Asad, you
       22    moved to Fallujah, not for that situation, and had nothing to
       23    do?
       24    A.  Had nothing to do.
01:19  25              MS. VORPAHL:  Objection, your Honor.  I'm going to

01:19  1   object that he is leading the witness.

2            THE COURT:  I don't think he's leading.  I'm going to

3   allow it.

4   BY MR. KELLY:

01:19  5   Q.  How long were you at Fallujah?

6   A.  I was at Fallujah about three weeks, and I had nothing to

7   do.  And I kept telling my manager I had nothing to do, trying

8   to help the others.  But it was a very small community.  So,

9   there was a bus crash in Al Asad and the employee assistance

01:19  10  program team came through and they said that they had an

11  opening in Baghdad.  So, the move from Fallujah to Baghdad was

12  actually my -- at my insistence so I would have something to

13  do.  So, I moved to the employee assistance group for just a

14  couple of weeks, in Baghdad.

01:19  15  Q.  When you got to Baghdad, is that where you worked at EAP?

16  A.  For about three weeks, yes.

17  Q.  Okay.  And what did you do there?

18  A.  I was still an admin there.  And the manager came into the

19  office; and he was upset that I was going to be working in his

01:19  20  office, because he was used to having an office by himself.

21  So, he went in and threatened to quit; and then he turned in

22  his notice.  And we were getting along great.  It wasn't -- he

23  just wanted privacy with his family and everything on the

24  phone.

01:20  25            So, he came back in and said he had turned in his

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:20  1   notice and that it was going to be very uncomfortable for the

2   next 30 days so I should probably start looking for something

3   else if I didn't want to put up with it.  So, I did.  IT hired

4   me right away.  It wasn't a problem.

01:20  5   Q.  So, you went to work for IT.  Who was your boss?

6   A.  Billy Tompkins.

7   Q.  We've heard reference to a Billy Tompkins in this case, who

8   was also Ms. Jones' boss back in 2005, as well.  And what was

9   his position?

01:20  10  A.  He was over all of IT for theater.  He was the

11  IT co-manager, I think they he called him, but all theater, all

12  the sites.

13  Q.  And, so, you would have started working for Billy Tompkins

14  when?

01:20  15  A.  Probably -- again, my recollection of exact dates -- I

16  worked for EAP in February.  I went on R&R, and I came back.

17  So, it would have been early March.

18  Q.  Tell me how -- well, what happened when you were working in

19  IT with Billy Tompkins?

01:21  20  A.  Within the first two days, Darren, my -- I was told to stay

21  with Darren, another male supervisor, and stay glued to his

22  side.  And within just a few days, he asked me to run errands

23  with him to the other -- to the towers and to show me the base

24  and what was going on.  And we stopped by his room to pick his

01:21  25  laundry up, which is very common, because we only had -- we had

01:21  1  to get our laundry in and out during the day.

2  And, so, we went in to grab his laundry; and

3  that's when he tried to kiss me.  And I was like, "Oh, no, this

4  is not happening," because he was a supervisor and you can't

01:21  5  report it because, if you do, you'll -- I mean, it's very

6  intimidating.

7  And, so, I tried to talk to him a couple of times

8  and say stop; and he wouldn't.  And then that's when the other

9  managers started kind of jumping in and Scott would come in and

01:21  10  grab his full erection in front of me and say, "You want some

11  of this, don't you," in front of the other supervisors and

12  managers.

13  Q.  Was this in the office at IT?

14  A.  This was in the office.  This was in the office.

01:21  15  Q.  And, so, Scott would actually have an erection and grab

16  it --

17  A.  And say, "You want some of this, don't you?"

18  Q.  And this is with Billy Tompkins and Darren and other

19  managers?

01:22  20  A.  Billy Tompkins was in the office next door.  He was aware

21  of it because I brought it and filled out reports to that

22  effect.  But  Saigh and Neal and Darren, all of -- they would

23  stand there and just kind of look and laugh.

24  Q.  Let me ask you just a little bit about -- is Billy Tompkins

01:22  25  also called Willie Tompkins?  Is it William Tompkins?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:22    1    A.   I think it's William something Tompkins, and we called him

         2    Billy because -- that's just what they called him.

         3    Q.   We've heard testimony in this case about how cohabitation

         4    was a terminable offense.

01:22    5    A.   Yes.

         6    Q.   Do you know anything about Willie Tompkins with respect to

         7    cohabitation?

         8    A.   Yes.  He had a girlfriend, Julie -- I forget her -- she

         9    used to be his admin, and they moved her into investor

01:22   10    relations or public relations, whatever, over there so that she

        11    could be out from underneath him.  She told me this and he told

        12    me this, you know, that they had done that because he was her

        13    boss and they were living together.

        14    Q.   They were living together in Baghdad?

01:23   15    A.   In Baghdad.

        16    Q.   Did Willie Tompkins have a nickname?

        17    A.   Billy.  I don't know any other.

        18    Q.   "Long Man" ring a bell?

        19    A.   No.

01:23   20    Q.   Okay.  Did something else happen with respect to Scott

        21    Hickman?

        22    A.   He attacked five women all together.  I knew all five

        23    women -- well, the fifth -- okay.  I was the third out of five.

        24    But he attacked two Macedonia women, and then I was the third

01:23   25    one.  And we were kind of all talking in the breezeway about

01:23   1   him pounding on our door, getting drunk and everything.  But I

2   did not disclose to them that I had been raped.  But they had

3   said that they had had to fight him off.

4           There was a fourth girl that I didn't know

01:23   5   anything about until the fifth girl, who was a really close

6   friend of mine, Melissa, was attacked.  And she's the one that

7   finally called the MPs and got the MPs involved.

8   Q.  I'll going to slow you down just a little bit,

9   Ms. Westcott.  I know we had a hearing outside the presence of

01:24   10   the jury a few minutes ago, but I think this is the first time

11   they've heard you say you had been raped.

12   A.  Yes, I was raped.

13   Q.  So, if you would tell us about Scott Hickman and the rape.

14   A.  Scott Hickman was another one of my supervisors, and we

01:24   15   worked on several projects together in the office.  And he

16   would find his way to my room all the time, knocking, drunk,

17   crying, you know, "I need to talk."

18           I'm like, "You've got a bunch of people your

19   age" -- you know, because he was a lot younger.  He was, like,

01:24   20   25; and I was 40, 41.

21           "You got plenty of women here that" -- because he

22   was, you know, a decent looking guy, you know, didn't have a

23   problem with women.  And I said, "Why are you coming to me?"  I

24   said, "I'm just here to work."  I really had no interest

01:24   25   because he was just a baby, too, you know.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:24   1          And he kept coming to my door and I kept

2   complaining and complaining and they didn't do anything about

3   it.  And one night he came to my door and I opened it and he

4   came in and said he needed to talk about his uncle.  And I was,

01:24   5   like, sound asleep.  And I was, like, "You what," you know.

6          And the next thing you know he was on top of me;

7   and he raped me.  And CID took the report the next day but --

8   not the next day.  Six months later.  But he -- yeah, he raped

9   me.

01:25   10          And I told two other coworkers that were not

11   managers that he had attacked me, but I was afraid to report it

12   to security because we knew very well that if we reported

13   sexual attacks, rapes, sexual harassment we were seen as the

14   problem, not the person doing it, and that we would be fired;

01:25   15   and I couldn't afford to lose my job at that time.  And it was

16   very well known.

17          I mean, we lived in intimidation every day with

18   that.  It was the boys will be boys club there, and he was one

19   of them.  He and Billy Tompkins and Darren were best friends in

01:25   20   the States and here -- over there.

21   Q.  You mentioned that you were the third of five women that he

22   had attacked.  When you say "attacked," what do you mean with

23   respect to the other women?

24   A.  Sexually attacked.

01:25   25          MS. VORPAHL:  Your Honor, again, I object.  This is

*Cheryll K. Barron, CSR, CM, FCRR*                              *713.250.5585*

01:25   1    all hearsay testimony.  She does not have personal knowledge of

2    anything other than what happened to her, and I object to this

3    entire line of questioning.

4              THE COURT:  Your response?

01:26   5              MR. KELLY:  Actually, your Honor, I can ask it in a

6    different way.

7              THE COURT:  Okay.  Let's do that.

8    BY MR. KELLY:

9    Q.  When you came forward to report what had happened to you,

01:26  10    did the other women come forward, as well?

11   A.  Yes.  All -- I was told that all five women --

12             THE COURT:  No, no.  Who told you?

13             THE WITNESS:  That all five women came forward?

14             THE COURT:  Before we go into, what was said?  Tell me

01:26  15   who said it.

16             THE WITNESS:  I'm sorry.  Who said what?

17             THE COURT:  Well, you were about to say "all five

18   women."  I'm just wondering --

19             THE WITNESS:  Okay.  Security approached me.

01:26  20             THE COURT:  All right.

21             THE WITNESS:  Tom Lynch approached me from security

22   and said, "We need you to participate because all five women

23   have -- the other four women have come forward."

24                   And I was led to believe that they were all

01:26  25   cooperating with the CID.  So, I cooperated.  And come to find

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:26    1   out later, they had all backed out and they kept their jobs,

2   including Melissa Connor.  And I lost mine.

3   BY MR. KELLY:

4   Q.  Did you ever back off of your allegation?

01:26    5   A.  No, not for a second.

6   Q.  Now, I think you said you wait -- it was a few months

7   before you actually reported the rape to CID?

8   A.  Correct.  Because, again, I was afraid I would get -- every

9   time I would go on R&R and I came back, I would have to call

01:27   10   everyone in my office to find out is everything safe, you know,

11   has anyone found out, are they going to fire me.  I mean, there

12   was always that fear that they would find out.

13   Q.  I want to ask you just very briefly about -- you did file a

14   claim against KBR for what happened to you?

01:27   15   A.  I did.  And the claim was not so much for the rape, it was

16   for getting beaten up and abused by KBR after the incident.

17   The rape was nothing compared to what KBR did to me.

18   Q.  Tell me about that.  Tell me about the getting beaten up

19   and abused after the incident.

01:27   20   A.  I -- when I finally started cooperating with the CID, the

21   CID would pull me into meetings several times a day.  And it

22   was upsetting the top management, but they couldn't tell me --

23   I guess they could have, but they didn't tell me to stop.  But

24   they kept telling me, you know, "This is cutting into your work

01:28   25   day," and making it very obvious that it wasn't behavior that

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

they wanted.

So, as I continued to cooperate with CID, I got more pressure from some of the top management, direct comments like, "Well, maybe you should go back to the United States, maybe you shouldn't be on this project, maybe it's not for you."

And I said, "No.  I've been through enough.  I'm not going anywhere now that I've reported this."

And, so, then they said, "Well, we're going to start moving you around."

And this one particular night, Jim Stapleton called me into his office and he said, "We're going to start moving you from camp to camp."

In the past people that get moved around camp to camp, it's because they want you to quit.  Because to get up and move over there -- you don't have moving vans and stuff. You have all your things in footlockers and it's a lot of trouble to move.  And especially when they say you're not going to have a dedicated place to live, you're just going to float around in Iraq.  And as a female, that's very intimidating.

So, I -- I was like, "Okay.  Well, I'm not moving."

And they're, like, "Yeah, you're moving."

And, so, I -- they said I had to be out by that night.  They gave me just a couple of hours to get my stuff

01:29   1   packed, someplace that I had lived for, what?  For six, almost

2   eight months.

3   And, so, I went back to my room.  And I went to

4   the medic, and I got a sick slip for the next day -- next day

01:29   5   and I -- that's the day that I was supposed to be off, and

6   that's when they came in the next day.

7   But that night at about -- I don't know what time

8   it was.  It was pitch black.  Someone knocked on my door.  And

9   at KBR we were mandated, we had to answer the door because it

01:29   10   could be security, it could be anybody.  And we didn't have

11   windows to look out and it was pitch black.

12   So, again, I opened the door.  And the next thing

13   I know, I was being thrown around the room.  I was thrown five

14   times by someone that was male.  I could feel him, and he was

01:30   15   kind of -- he wasn't saying anything.  He was just throwing me

16   around the room.

17   And I hit -- I was passed out, I think, for a

18   little while.  And then that's when I -- I was, like, okay --

19   you know, because I wasn't going into work the next day.  So --

01:30   20   Q.  Right.  So, your crime at this point had been reporting the

21   rape?

22   A.  Correct.  Correct.

23   Q.  Ultimately, were you terminated from KBR?

24   A.  Yes, I was.

01:30   25   Q.  Tell us about that.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:30    1    A.   The day that I took a sick day, I was in my room and I was

         2    sleeping.   And HR was knocking on my door; and I said, "I have

         3    a sick slip from the medic, John Hatzimichaels," the paramedic

         4    there.   "I have a sick slip.   You know, I don't need to go to

01:30    5    work today."

         6              They said, "You need to be in work."

         7              And I said, "No.   I'm on a sick day.   I have a

         8    sick slip."

         9              And they said, "HR wants you in the office

01:30   10    immediately."

        11              So, I got dressed; and I went there.   And no one

        12    had -- they didn't have paper or anything.   They were just --

        13    there were five people just sitting around me, staring at me.

        14    And some were secretaries, and some were managers.   And I was

01:31   15    like, "What's going on?"

        16              And they started asking me questions.   And I

        17    don't even remember what they were asking me; but they said,

        18    "We need you to come in to this other room."

        19              So, I got up to walk.   And they said, "Oh, you

01:31   20    stumbled.   You stumbled."

        21              And they rushed me to the medics and took a drug

        22    screen test on me.   And they didn't say anything about the

        23    bruises that I had from head to toe.   They said, "Did you

        24    fall?"

01:31   25              I said, "No, I didn't."   I said -- I mean, I had

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:31   1   bruises inside and out.  There's no way that a fall could have

    2   caused those bruises.

    3            So, they started trying to say that I had fallen.

    4   And I said, "No, I didn't."

01:31   5            So, the military kept asking me if anybody was

    6   abusing me or beating me up.  And at that point I had to say no

    7   because I was scared to death at that point.  I didn't know

    8   what to do.  I mean, when I got beaten up, I was like, "What

    9   are they going to do next?"

01:31   10           And it was the next day that they put me on a

    11  plane and sent me home.

    12  Q.  And that was for what?  What did they tell you it was for?

    13  A.  Well, they didn't tell me.  They just put me on a plane at

    14  the time.  But after I got back to the States, I contacted HR

01:31   15  and I said, "What's the reason?"

    16           They wouldn't tell me.  So, I had to contact CID.

    17  And CID got the report that said it was illegal substance abuse

    18  because I had Valium -- I had taken a Valium after I got beaten

    19  up.

01:32   20  Q.  Did you have a prescription for the Valium?

    21  A.  Yes, I did.

    22  Q.  Did you show the prescription to --

    23  A.  Yes, I did.

    24  Q.  Did you ultimately file a claim against KBR?

01:32   25  A.  Yes, I did.

01:32   1   Q.  And did that claim get resolved?

        2   A.  Yes, it did.

        3   Q.  In what forum did it get resolved?

        4   A.  We went through arbitration; and we came to an agreement, a

01:32   5   settlement, from KBR.

        6   Q.  Without telling us what that agreement or settlement was,

        7   were you bound to confidentiality through the arbitration

        8   provision?

        9   A.  Yes, except for subpoena and -- what's listed in here.

01:32  10   Q.  Okay.  And you're testifying here today under subpoena?

       11   A.  That's correct.

       12   Q.  You're testifying at my request?

       13   A.  Yes, I am.

       14   Q.  Okay.  And I do represent you in an unrelated matter?

01:32  15   A.  Yes, you do.

       16            MR. KELLY:  Pass the witness, your Honor.

       17            THE COURT:  Very well.

       18                        **CROSS-EXAMINATION**

       19   BY MS. VORPAHL:

01:33  20   Q.  Ms. Westcott, my name is Joanne Vorpahl.  We met just a few

       21   minutes ago, before the jury came in.  Isn't that right?

       22   A.  Yes, ma'am.

       23   Q.  I may take this a little bit out of order.

       24            On March the 20th of 2007, you filed your charge

01:33  25   of discrimination with the EEOC.  Is that right?

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

01:33     1    A.   The best I can recall.

          2    Q.   Okay.  I'm looking for that charge now.  Well, I'll find

          3    that, and I'll come back to it.

          4              You settled your dispute with KBR on April the

01:33     5    20th of 2007.  Is that right?

          6    A.   Yes, ma'am.

          7    Q.   Okay.  And if you'll read for the jury what your agreement

          8    says with regard to confidentiality, what your lawyer just

          9    asked you about, read that paragraph.

01:34    10    A.   Paragraph 5?

         11    Q.   Yes, ma'am.  I think that was it.  And I'm sorry I'm having

         12    a hard time here.

         13              THE WITNESS:  If I read this kind of fast, can she

         14    keep up?

01:34    15              THE COURT:  You have to read slow.  I know it's very

         16    hard to do.

         17              THE WITNESS:  Okay.  All right.

         18    A.   "Number 5, The terms and conditions of this agreement shall

         19    be maintained by Ms. Westcott in strict confidence.

01:34    20    Ms. Westcott agrees that she will not disclose, directly or

         21    indirectly, the terms of the agreement or any communications,

         22    written, verbal or otherwise, constituting or concerning the

         23    negotiation of this agreement to any person outside her

         24    immediate family, attorneys, accountants, auditors, financial

01:34    25    or tax advisers and only on the condition that they agree to

*Cheryll K. Barron, CSR, CM, FCRR*                         *713.250.5585*

01:35   1   the terms of this agreement, confidential, including, but not
        2   limited to, any former or current employee of KBR or any of its
        3   parents or subsidiaries.

        4              "From the date of this agreement forward, in the
01:35   5   event Ms. Westcott is asked about the status of any dispute
        6   with the company, she may reply with the words, or words to the
        7   same effect, 'The matter is settled and nothing more can be
        8   said," but will not otherwise indicate the terms of the
        9   settlement, including the amount paid, unless required by
01:35  10   subpoena, court order, administrative order, or otherwise
       11   required by law.

       12              "Nothing in this agreement is intended to prevent
       13   Ms. Westcott from cooperating fully in any investigation
       14   brought by the Justice Department" --

01:35  15          THE COURT:  Slow down.  "Any investigation brought
       16   by."
       17   A.  -- "any investigation brought by the Justice Department or
       18   any government agency."
       19   BY MS. VORPAHL:
01:35  20   Q.  Okay.  So, you filed your charge of discrimination in March
       21   of 2007.  You settled in mediation in April of 2007, to the
       22   day, one month later.  Isn't that right?
       23   A.  Yes, ma'am.
       24   Q.  Okay.  And you invoked KBR's dispute resolution procedure.
01:36  25   Isn't that right?  To effect the mediation.

A.  Correct, as mandated by them.  That's the only path I could
take.

Q.  Okay.  Well, didn't the EEOC tell you that you could also
mediate it through the EEOC?

A.  I didn't seem to have that option.  It wasn't my
understanding.

Q.  All right.  But you were represented by counsel at that
time?

A.  I was.

Q.  Okay.  And you were certainly able to file an EEOC charge,
which is a charge with a government agency.  Isn't that right?

A.  Yes.

Q.  And that agency, had you -- had you not chosen to resolve
your dispute, would have investigated the dispute.  Is that
correct?

A.  At some point, yes, they would.

Q.  Okay.  Now, let's go back to your employment with KBR.  You
began working for KBR in October of 2005.  Is that right?

A.  Yes, ma'am.

Q.  And the first person that you complained about is Matt.
What's Matt's last name?

A.  I don't recall.  I mean -- I don't recall.

Q.  He was your former boyfriend, though?

A.  No.

Q.  You had not had a relationship with Matt prior to --

01:37   1   A.   I knew his --

2   Q.   -- his hiring you?

3   A.   I knew him in Houston, but we didn't have a relationship.

4   Q.   All right.   So, he was -- he was a friend of yours and

01:37   5   nothing more --

6   A.   A friend, correct.

7   Q.   -- in Houston?

8   A.   Correct.

9   Q.   All right.   And he hired you at KBR to go to Iraq?

01:37   10   A.   I wouldn't say he had the determination of hiring me, but

11   he did put my résumé in.

12   Q.   And it's your sworn testimony that you never complained to

13   anyone that he treated you like you were still dating?

14   A.   That's not my testimony.

01:37   15   Q.   So, it's your sworn testimony that he did not -- that you

16   didn't make that comment to anyone?

17   A.   I'm sorry.   Rephrase the question you're asking me.

18   Q.   Yes.   If I say to you that I believe that you complained to

19   people that he treated you -- that Matt treated you as though

01:38   20   you were still dating, are you telling me that that is an

21   inaccurate statement?

22   A.   No, that's an accurate statement.   I had complained to

23   people there that he treated me as if we were dating.   But I

24   never dated him.   We were friends.

01:38   25   Q.   You did not date him before you --

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:38    1    A.  I did not.

    2    Q.  -- before you came to Iraq?

    3                 All right.  You made that complaint.  Is that

    4    right?

01:38    5    A.  To the coworkers.

    6    Q.  All right.  Well, eventually you spoke to Terrence Copling,

    7    who was theater director for HR or ER, right?

    8    A.  I spoke to him, but it was not a formal complaint.  It was

    9    just a -- pretty confidential between he and I, that we were

01:38   10    having a discussion, because I did not open a complaint against

   11    Matt.

   12    Q.  You didn't -- you're saying you didn't make a written

   13    complaint?

   14    A.  I didn't open a case.  So, it really doesn't go on file.

01:38   15    It's just -- I mean, ER and any kind of employee relations,

   16    employee assistance program, what you share with them, unless

   17    you agree to put it in writing, it's just like talking to your

   18    psychiatrist or something.  It's not --

   19    Q.  All right.  So, the EAP assures confidentiality?

01:39   20    A.  Correct.

   21    Q.  And you were given that confidentiality on that occasion?

   22    A.  Correct.

   23    Q.  And you were not terminated from your job with KBR?

   24    A.  Correct, because I did not make a complaint.

01:39   25    Q.  Okay.  Well, we don't know what would have happened if you

01:39    1   had made a complaint, do we?

2   A.  Yes, I do.  I was fired for being raped.

3   Q.  We'll get there.  We'll get there.

4               Then you also -- then you were moved, and you

01:39    5   made a complaint about Darren Peterson.  Is that right?

6   A.  That's correct.

7   Q.  And when you told -- when you complained about Darren

8   Peterson, your primary complaint was something with regard to

9   computers that he had access to and that you felt that he was

01:39   10   doing something wrong with?

11   A.  No.  That was not my initial complaint.

12   Q.  What was your initial complaint with regard to --

13   A.  That he took me to his room on the premises of picking up

14   his laundry and he tried to kiss me and started pressuring me

01:40   15   about not spending time with him and why was I going to spend

16   time with other people and not spending time with him.

17               THE COURT:  Slow down.

18               THE WITNESS:  Sorry.

19   A.  And I had no interest in him.  He was a supervisor.

01:40   20   BY MS. VORPAHL

21   Q.  So, again, you brought these complaints to Terrence

22   Copling?

23   A.  No.  Terrence Copling was out of the picture when I moved

24   to Baghdad.

01:40   25   Q.  All right.  I'm sorry.  That was to Dave Ford.  Is that

right?  That you made that complaint.

2    A.  Yes, I did.  I did go to Dave Ford.

3    Q.  Actually, Dave Ford came to you when he heard that you had

4    had some concerns about Darren Peterson.  Isn't that right?

5    A.  No, he did not.

6    Q.  All right.

7    A.  I came to him, and he asked me when I walked in the door --

8    well, I can go into detail.

9            He looked at me like, "Oh, God, you're here."

10   And he said, "Well," he said, "fill out this paperwork," my

11   name, my employee number, everything.

12           And I'm like, "I've given that all to you.  Let's

13   talk about what's going on."

14           And he had been traveling, and he was exhausted.

15   And he just looked at me, he's like, "Have you had this problem

16   before?  Is this an ongoing problem with you?"

17           He just made it sound like I was just being a

18   pain.  So, I left.  I didn't even finish the complaint with

19   him.

20   Q.  And, again, though, you kept your job at KBR?

21   A.  Yeah, because no formal complaint was made.

22   Q.  All right.  And you chose not to initiate a formal

23   complaint?

24   A.  Because they weren't going to do anything about it.

25   Q.  But your complaint would have been that Darren Peterson

01:41   1   tried to kiss you?

2   A.   Well, he was coming on to me.   He wasn't -- he pulled up

3   against me with an erection and he was in his room and I was

4   trying to get away and I told Billy Tompkins that I didn't feel

01:41   5   comfortable with it and Billy Tompkins wouldn't do anything

6   about it.

7   Q.   All right.   So, did you -- but you didn't file any formal

8   complaint?

9   A.   I did at -- I don't know the timeline.   It's been a long

01:42   10   time.   Because I -- I didn't know I was going to be answering

11   all these details about my case, and that's been several years.

12   Q.   Sure.

13   A.   So, I don't have -- I mean, I let go of that a long time

14   ago.   I was here to tell facts about, you know, my employers

01:42   15   and stuff.   I don't remember all my dates, but I did at some

16   point -- I have somewhere all the security reports that I filed

17   about each and every -- about Saigh, about Darren, about Billy

18   Tompkins, about Scott Hickman, just the everyday harassment

19   that I was getting.   And I would sit at my desk just like, "You

01:42   20   guys, come on," you know.   I mean, it was fun to them, it was a

21   sport.

22   Q.   You were never at Camp Hope.   Is that right?

23   A.   No, I didn't work there.

24   Q.   All right.   And you never visited there?

01:43   25   A.   I did visit there, but I'm trying to remember if it was

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:43  1   while I was with KBR.  I mean, I've been there several times,

2   but I don't know if I was with KBR.  I don't remember.

3   Q.  All right.  So, you've worked for other contractors

4   overseas, as well?

01:43  5   A.  Yes, I have.

6   Q.  Both before and after you worked for KBR?

7   A.  No.  Only after KBR.

8   Q.  Okay.  And Mr. Kelly represents you now in some other

9   matter?

01:43  10  A.  Correct.

11  Q.  And he asked you to come and testify?

12  A.  Correct.

13  Q.  You know that Scott Hickman was terminated before you

14  made -- before you came and told anyone what you alleged

01:43  15  happened to you?

16  A.  No.  He was terminated after.

17  Q.  Ma'am, he was terminated on September 4th of 2006.  And you

18  made your complaint for the first time on September 5th of

19  2006.  Isn't that correct?

01:43  20  A.  He was still there after I made my complaint.  He was still

21  there.  As a matter of fact, we all went on lockdown one night

22  because he was allowed to go to the airport when he was

23  terminated and he was allowed to go on his own accord with no

24  security or anything.  And security came to our barracks, to

01:44  25  our hooches, and told all the women to stay in the room, stay

01:44   1   locked in our room because he was out.  They didn't know where

2   he was.  He missed his flight.  They had to go -- they had to

3   hunt for him and find him.

4           So, he, in fact, was loose and was fired after my

01:44   5   incident.  Because I cooperated with CID, and he was still

6   there.

7   Q.  I certainly agree that he was fired after your incident.

8   But he was fired before you made the report of your incident.

9   A.  No, ma'am.  No, ma'am.

01:44  10  Q.  Well, I believe that the facts are otherwise.

11          Let me ask you this.  You've talked a lot about

12  CID and CID saying, "We're going to move you and you won't have

13  a dedicated place to live" --

14  A.  That wasn't CID.  That was top five management.  That was

01:44  15  KBR moving me around.

16          CID was investigating, trying to get all the

17  facts from me about everything going on.  And KBR did not want

18  me cooperating with the CID.

19  Q.  So, you made a claim to Army Criminal Investigation

01:44  20  Division and not to KBR?

21  A.  No.  They came to me after the fifth girl was attacked.

22  She called the MPs when he stripped her shirt off and tried

23  raping her.  She called -- she got to the phone and called the

24  MPs.  Only then did CID get involved and KBR do anything about

01:45  25  the situation.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:45   1   Q.  And who was that person?

2   A.  That was Melissa Connor.

3   Q.  And you did not make -- you did not tell anyone at KBR --

4   A.  Yes, I did.

01:45   5   Q.  -- about your allegations of rape until after Melissa

6   Connor came forward, did you?

7   A.  Yes, I did tell people there.  I didn't make a formal

8   complaint, though.

9   Q.  But you didn't tell anyone in human resources, did you?

01:45   10   A.  James Video, yes, I did.

11   Q.  When did you tell him?

12   A.  I told him that he was in my room -- actually, we had some

13   video on.  We were all sitting around, kind of hanging out; and

14   he was there.  And I said, "You know that that went down."

01:45   15           And he goes, "Yeah."  And he said, "Well, until

16   you make a formal complaint, it's not a complaint."

17           But he was in HR, and he did know about it.

18   Q.  And you told him, "You know that went down"?

19   A.  Yeah.  He was there when Scott would grab himself with a

01:45   20   full erection in the office, as well.

21           THE COURT:  CID is part of the army, right?

22           THE WITNESS:  Yes, sir, Criminal Investigation

23   Division.

24   BY MS. VORPAHL:

01:46   25   Q.  You don't know Charles Bortz?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:46  1    A.  No, ma'am, I don't.

2    Q.  You don't know Jamie Jones?

3    A.  I knew who she was, but I don't know her.

4    Q.  How did you know who she was?

01:46  5    A.  Because I was in IT.  I worked for the same people that

6    knew her and what had happened.  I mean, it's a very small

7    community there.  Just because you're on a different base, it's

8    2 miles away from where I lived.

9    Q.  All right.  Well, you have no personal information, no

01:46  10   personal knowledge of anything having to do with Jamie Jones'

11   employment at KBR, do you?

12   A.  When you say "personal knowledge" --

13   Q.  Something you saw, heard, smelled, felt, something that you

14   yourself --

01:46  15   A.  Heard, I mean, I'm just saying --

16   Q.  Okay.  Well, no, I don't want something that someone told

17   you.

18   A.  Okay.

19   Q.  But something that you personally experienced.

01:47  20   A.  That's correct, I don't know her.

21   Q.  You don't have any such knowledge.

22            Now, you signed an employment agreement when you

23   started with KBR in October of 2005.  Isn't that right?

24   A.  That's correct.

01:47  25   Q.  And you also read and signed KBR's Code of Business

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:47   1    Conduct, right?

       2    A.  Yes.

       3    Q.  You received this brochure?

       4    A.  As did all managers, yes.

01:47   5    Q.  All right.  You went through the week-long training at

       6    Greenspoint, I assume?

       7    A.  Yes.

       8    Q.  All right.  And you were -- you attended the presentation

       9    on employment issues and -- including harassment and

01:47  10    discrimination, right?

      11    A.  Yes.

      12    Q.  All right.  And you knew from attending that and from

      13    reading this brochure that incidents of harassment are required

      14    to be reported, correct?

01:47  15    A.  That's correct.

      16    Q.  All right.  Yet, you did not report the incidents of

      17    harassment that you've described for us, promptly?

      18    A.  Would you please define "report"?  Because I did tell

      19    people about it, and they were managers.

01:48  20    Q.  All right.  You did not report to your manager or to your

      21    manager's manager, you did not use the chain of command that is

      22    described in the literature, right?

      23    A.  Correct.

      24    Q.  All right.  And you did not go to human resources until the

01:48  25    times that we've talked about, right?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:48  1   A.  Right, due to intimidation and the fear that I would be

2   fired.

3   Q.  All right.  And, so, during your employment, you were

4   familiar with KBR's policies, including its employment

01:48  5   policies?

6   A.  Yes.

7   Q.  And you knew that employees could be terminated for

8   violating KBR's policies.  Is that right?

9   A.  Yes.

01:48  10  Q.  Okay.  And you knew that KBR had --

11          THE COURT:  Let me slow you down a little bit, too,

12  Ms. Vorpahl.

13          MS. VORPAHL:  Thank you, Judge.

14  BY MS. VORPAHL:

01:48  15  Q.  And you knew that KBR had a policy regarding unauthorized

16  medication use.  Is that right?

17  A.  KBR did, yes.

18  Q.  Yes.  Okay.  And that was one of the things that had been

19  covered with you during the two weeks of training or the

01:48  20  weeks -- the week of training -- excuse me -- at Greenspoint?

21  A.  That was authorized, because I did sign on my file that I

22  was taking those medications.

23  Q.  Okay.  Well, let me show you the unauthorized medication

24  use, if I could, please, the policy, please.

01:49  25          And I've specifically flagged one provision

01:49   1    that -- and I'll take this little sticky off here.  And you're

        2    welcome to read that whole policy if you would like to.

        3    A.  Sure.

        4    Q.  But that policy certainly requires that you disclose to KBR

01:49   5    any medications that you are taking.  Is that right?

        6    A.  And I did.  Yes.

        7    Q.  Now, on September 21 of 2006, you went in to work and,

        8    according to Debbie Lee, Valdeta Jacobs, and Lee O'Shea in

        9    Mr. Redosa's office, you appeared to be incoherent and high.

01:49   10   A.  When you say I went in to work, are you talking about the

        11   day they pulled me out of my room, that I was on sick leave?

        12   And I was not working that day.  I was on sick leave.  I had

        13   taken medication to sleep because I had just been beaten up.

        14              So, yes, I was in my room asleep and Jim Redosa

01:50   15   had someone come get me out of my room and bring me in his

        16   office.

        17   Q.  And the medication that you had taken was both Phenergan

        18   and Vicodin.  Is that right?  Or Phenergan -- I'm sorry.

        19   A.  I didn't have Vicodin.

01:50   20   Q.  Okay.  It was Phenergan and Valium.  Is that right?

        21   A.  Valium.  Not Phenergan.

        22   Q.  Okay.

        23   A.  It was Valium.  Not Phenergan.

        24   Q.  So, it's your sworn testimony that it was only Valium?

01:50   25   A.  I think so.  I mean, that's all I remember -- that's all I

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:50   1   recall.

2   Q.  All right.  And it's not Valium that was prescribed to you

3   by --

4   A.  Yes, it was.  I had the prescription bottle.  It was Valium

01:50   5   prescribed to me by a doctor, in my name.

6   Q.  So, it's your sworn testimony that you were just terminated

7   for taking a Valium that had been prescribed to you the night

8   before?

9   A.  No.  That's not -- they just said "illegal substance

01:50  10  abuse."  But that's not illegal because it was disclosed on my

11  file that I was taking Valium and that I was taking Ambien and

12  I signed off on my actual employment folder, on the front.

13  Because when we went through the medics, they said, "Oh, you

14  can't" --

01:51  15           And I said, "Well, I have it."

16           And they said, "Okay.  Well, sign here."

17           And I put my initials on that folder.

18  Q.  And, so, it's your --

19  A.  The medics.

01:51  20  Q.  So, it's your testimony that KBR just terminated you,

21  notwithstanding the fact that you said, "Oh, I do have

22  permission to have this substance," and it was only Valium?

23  A.  They didn't discuss anything with me.  They just put me on

24  a plane.  I was at the medics all day, from that morning, with

01:51  25  the military examining me the entire day, taking pictures of

01:51   1   all the bruising from head to toe from the beating the night

        2   before.

        3   Q.   When you started working for KBR in October of 2005, you

        4   were making about $2,600 a month.  Do you recall that?

01:52   5   A.   That sounds about right.

        6   Q.   You received a raise in January of 2006 and your salary was

        7   increased to between 3,000 and 3,100 dollars a month.  Is that

        8   right?

        9   A.   That sounds about right.

01:52   10  Q.   Okay.  And you received another raise in March of 2006.

        11  Your salary went up about another 250 or 300 dollars.  Is that

        12  correct?

        13  A.   That's correct.  I was doing a good job.

        14  Q.   Yes.  You were being recognized for it.  Is that correct?

01:52   15  A.   Yes.

        16  Q.   You were being promoted?

        17  A.   Yes.

        18  Q.   All right.  And you said you've indicated that you suffered

        19  this physical assault, what?  The day before you were

01:53   20  terminated?

        21  A.   That's correct, the night before.

        22  Q.   Okay.  You don't know who it was that assaulted you?

        23  A.   I have no idea.

        24  Q.   Okay.

01:53   25  A.   I never saw his face, and he didn't really say anything.

*Cheryll K. Barron, CSR, CM, FCRR*                        *713.250.5585*

01:53   1    Q.  Well, when did you report that?

2    A.  When I was in the hospital that next day, when they took me

3    to the medic because they said I stumbled.  They didn't take me

4    to the medic because I was bruised from head to toe.

01:53   5                I mean, I had bruises on my face, on my arms.  It

6    was only the military medics that said, "Are you being abused?

7    Why do you have all these bruises" you know.

8                And I was scared to death.  I just knew that I

9    wanted to leave.  I mean, I just wanted to get out of there.

01:53   10   Q.  And you're sure that that's not because you had had too

11   much to drink and had stumbled and fallen in your room the

12   night before?

13   A.  I had no alcohol in me.  There was no alcohol in my room I

14   don't know why the issue of alcohol was even coming up.

01:53   15   Q.  Didn't you tell your coworkers that you had fallen the

16   night before and that is why you had the bruises?

17   A.  I don't really recall who I told what at that point.  I was

18   so dazed from being beaten up and pulled out of my room on a

19   day that I had sick leave and HR pushing me here, taking me

01:54   20   there.  You know, there was really no concern for me.  It was

21   all about, "Let's -- what can we gig her on?"  But that's the

22   way KBR is.

23              MS. VORPAHL:  May I approach the witness?

24              THE COURT:  You may.

01:54   25   BY MS. VORPAHL:

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:54   1    Q.  Ms. Westcott, I want to show you -- and I have,

        2    unfortunately, only one copy of this -- the form that was

        3    completed by the medic at KBR when you came in for treatment.

        4    Okay?

01:54   5    A.  Uh-huh.

        6    Q.  And please take all the time that you need to, to read

        7    this.

        8             My question is going to be, didn't you deny abuse

        9    and indicate that the bruises were from you falling in your

01:55  10    room.

       11    A.  I don't remember saying that, and they were not from me

       12    falling.  If I did say that, it was because I was afraid to

       13    report to them what was really going on.  If you had just been

       14    beaten up after you were raped, you know, reported a rape -- I

01:55  15    was scared to death of them.  Why would I trust KBR with any

       16    information on me?

       17             This is KBR's information.  This is not what I

       18    gave to the medics and the military.  This KBR's medic.  I

       19    didn't trust KBR at all at that point.  So, I have no idea.  I

01:55  20    don't think I denied it.

       21    Q.  Well, read what it says.

       22             MR. KELLY:  Your Honor --

       23    A.  What do you want me to read?

       24             MR. KELLY:  Hold on for a second.

01:55  25             This is hearsay, your Honor.  It's never been

        *Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

1  produced to me at all.  So, to read it into the record, I think

2  is prejudicial.  To read it privately is fine, but to read

3  KBR's record into the record of this trial that they have never

4  produced --

5          THE COURT:  I don't know what the document is, but you

6  need to authenticate it if you're going to offer it.

7  BY MS. VORPAHL:

8  Q.  Isn't it, in fact, a record of your appearance at the

9  medical clinic?

10  A.  It's what KBR says.

11  Q.  Yes, that's right.  And among the things that they say are

12  that you denied any abuse and said that you had fallen in your

13  room.

14  A.  I deny that.

15  Q.  Yes, but isn't that what the record says?

16  A.  That's what their record says.

17  Q.  All right.

18  A.  But it's not true.

19          Is there a military record of what was said to

20  the military?

21  Q.  Ma'am, I don't know.

22  A.  Because that's where I spent the whole day.  I didn't even

23  see the medic that day, the KBR medic.  So, why a KBR medic

24  would have a report on me, I don't know.  Because I was at the

25  military medic all day, which is complete separate from KBR.

01:56    1    Q.  I'm not sure why the KBR people would have a record either

         2    unless you had been there to see them.

         3    A.  And they could have included the military record, as well.

         4    If they wanted it to be an authentic record, KBR could have

01:56    5    included the military record along with their record.

         6    Q.  All right.  Your chief complaint when you went in to KBR's

         7    medic was malaise.  Is that right?

         8    A.  I didn't have any complaints.  They yanked me out of my

         9    room and dragged me to the medic, to the military.  They

01:57   10    came --

        11    Q.  And that's because you appeared to be under the influence

        12    of drugs.

        13    A.  I had taken a Valium, yes, because I had been beaten the

        14    night before.

01:57   15                MS. VORPAHL:  I'll pass the witness, your Honor.

        16                THE COURT:  Any inquiry, Mr. McKinney?

        17                MR. McKINNEY:  I don't think so, your Honor.

        18                THE COURT:  Any redirect?

        19                MR. KELLY:  No, your Honor.

01:57   20                THE COURT:  You're free to go.  Thank you very much.

        21    Safe travels.

        22                MR. KELLY:  Call Anna Mayo, your Honor.

        23                MS. VORPAHL:  Your Honor, may we approach?

        24                THE COURT:  Okay.  I tell you what we're going to do

01:57   25    this time.  Let's see if we can go around this way, and we'll

                    *Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

01:57  1  be on this side of the court reporter.

2      *(At sidebar with all counsel)*

3          MS. VORPAHL:  I think we're going to have to ask the

4  jury to step out.  This is another witness.  This witness did

01:58  5  not begin working for KBR until October of 2008.  She was never

6  at Camp Hope.  She was about 50 miles from the Green Zone.

7          MR. KELLY:  I'll save you some words.  This witness is

8  called, your Honor, with respect to punitive damages.  At this

9  point in time this case has not been bifurcated.  I will

01:58  10  represent to the Court that I think it would be probably the

11  best time to call her now.  She's here from Austin.  She's

12  here.  She's pregnant.  I would like to get her testimony on.

13          THE COURT:  What's the testimony about?

14          MR. KELLY:  The continuing abuses of women even as

01:59  15  late as November, 2009, and the fact that this environment

16  still persists.  This is the last witness plaintiffs intend to

17  call.  And if we're -- my intention is to call her ten minutes

18  maybe and then rest.

19          MS. VORPAHL:  Her allegations are that she had

01:59  20  something happen to her at the hands of a non-KBR employee.

21          MR. KELLY:  That's incorrect.  Is this --

22          MR. RUNIONS:  That's exactly correct.

23          MS. VORPAHL:  That's exactly right.

24          THE COURT:  We'll take her on voir dire.

01:59  25          MS. VORPAHL:  Okay.  Thank you.

01:59   1       *(In open court)*

        2              THE COURT:  Ladies and gentlemen, I know you're not

        3       ready for another break; but we need to take one.

        4                     Would all please rise for the jury?

01:59   5       *(Jury not present)*

        6              THE COURT:  All right.  Please be seated.

        7              MR. ESTEFAN:  Your Honor, shall I get the witness?

        8              THE COURT:  If you would, please.

        9       *(Witness being summoned to the stand)*

02:00  10              THE COURT:  Good afternoon, ma'am.  If you make your

       11       way up here, we've got a special seat reserved for you.  Be

       12       seated in this seat right here.

       13                     And before you take your seat, Mrs. Loewe will

       14       administer the oath.  If you raise your right hand, please.

02:01  15              THE CASE MANAGER:  Do you solemnly swear the testimony

       16       you're about to give in the matter now before the Court will be

       17       the truth, the whole truth and nothing but the truth?

       18              THE WITNESS:  I do.

       19              THE COURT:  Okay.  Please have a seat.  Try to speak

02:01  20       directly into the mic, if you would.  I think Ms. Vorpahl, who

       21       represents KBR, has some questions for you.

       22              MS. VORPAHL:  Thank you, your Honor.

       23              **ANNA MAYO, DULY SWORN, TESTIFIED:**

       24              **VOIR DIRE EXAMINATION**

02:01  25       BY MS. VORPAHL:

02:01   1   Q.   Ma'am, my name is Joanne Vorpahl.  You and I have never met

2   before, have we?

3   A.   No, ma'am.

4   Q.   Okay.  I do have some questions to ask you.

02:01   5             You started working for KBR in October of 2008.

6   Is that right?

7   A.   Correct.

8   Q.   And you never worked at Camp Hope, did you?

9   A.   No, ma'am.

02:01   10   Q.   Where did you work?

11   A.   Joint Base Balad.

12   Q.   And that was --

13             THE COURT:  Where did you work?

14             THE WITNESS:  Joint Base Balad.

02:01   15             THE COURT:  Joint Base -- okay.

16   BY MS. VORPAHL"

17   Q.   B-A-L-A-D.  Joint Air Base Balad.  Is that right?

18   A.   Yes, ma'am.

19   Q.   That was about 50 miles from the Green Zone?

02:02   20   A.   Yes, ma'am.

21   Q.   Okay.  You have filed a lawsuit against KBR.  Is that

22   right?

23   A.   Yes, ma'am.

24   Q.   You have not filed a charge of discrimination against KBR,

02:02   25   correct?  With the Equal Employment Opportunity Commission?

02:02    1            THE COURT:  That's separate from a lawsuit, normally

2    precedes a lawsuit; that is, a complaint with the Equal

3    Employment Opportunity Commission?

4            THE WITNESS:  No, sir.

02:02    5            THE COURT:  As far as you know, you haven't filed one

6    there?

7            THE WITNESS:  No, sir.

8            THE COURT:  Is your complaint about being

9    discriminated against as a woman or a religious minority or

02:02    10    something like that?

11            THE WITNESS:  No, sir.

12            THE COURT:  What's the nature of your complaint?

13            THE WITNESS:  I was raped at --

14            THE COURT:  So, was that as an outgrowth of a policy

02:02    15    of sexual harassment?

16            THE WITNESS:  Yes.

17            THE COURT:  All right.

18    BY MS. VORPAHL:

19    Q.  But there has been no charge filed with the EEOC, to your

02:02    20    knowledge?

21    A.  No, ma'am.

22    Q.  Okay.  Now, you claim that you were raped by an Indian -- a

23    person of Indian descent.  Is that correct?

24    A.  That's correct.

02:03    25    Q.  And he was a subcontractor of KBR.  Is that right?

02:03   1   A.   To my knowledge, yes.

2   Q.   Again, you never worked in the Green Zone or at Camp Hope.

3   Is that right?

4   A.   That's right.

02:03   5   Q.   All right.  And the date on which you have alleged in your

6   lawsuit that this attack by the Indian person, who was a

7   subcontractor, was what date?

8   A.   November 30th, 2009.

9   Q.   Yes, November 30th of 2009.

02:03   10                  Do you know Charles Bortz?

11   A.   No, ma'am.

12   Q.   Do you know Jamie Leigh Jones?

13   A.   I do.

14   Q.   How do you know her?

02:04   15   A.   We have the same lawyer.

16   Q.   All right.  That's how you know her, is that you are both

17   represented by Todd Kelly?

18   A.   That's correct.

19   Q.   Okay.  Have you been subpoenaed to testify here today or

02:04   20   have you come voluntarily?

21   A.   Voluntarily.

22   Q.   You've come voluntarily.  And is that at Mr. Kelly's

23   suggestion?

24   A.   Yes.

02:04   25   Q.   You've not made a claim for sexual harassment, have you?

02:04  1    A.  No.

2    Q.  You've not made a claim for retaliation, have you?

3    A.  No.

4              THE COURT:  Who is your lawsuit against?

02:04  5              THE WITNESS:  KBR.

6              THE COURT:  And your belief is that KBR did not do

7    enough to protect you from your -- from the predator?

8              THE WITNESS:  Correct.

9              THE COURT:  Okay.

02:04  10   BY MS. VORPAHL:

11   Q.  You don't claim that you were ever locked in a container by

12   any KBR employee, do you?

13   A.  No.

14   Q.  You don't claim that you were fraudulently induced to enter

02:04  15   into an employment agreement with KBR, do you?

16   A.  No.

17   Q.  You don't claim -- your claim is that you were assaulted by

18   a subcontractor for an outfit called Kulak.  Is that right?

19   A.  That's correct.

02:05  20   Q.  And he was a third-country national subcontractor.  Is that

21   correct?

22   A.  Yes.

23   Q.  The criminal investigation of your case is still pending?

24   A.  Correct.

02:05  25   Q.  Your lawsuit was filed in June of 2010.  Is that right?

02:05   1    A.   That is correct.

2    Q.   And it has not been decided?

3    A.   No.

4              THE COURT:   Where was it filed?   In Houston or in

02:05   5    Austin?

6              THE WITNESS:   In Houston.

7    BY MS. VORPAHL:

8    Q.   The documents related to the investigation that the

9    government did, have not been released yet by the government,

02:05   10   have they?

11   A.   No, ma'am.

12   Q.   As soon as KBR became aware of your situation, KBR

13   responded.   Isn't that right?

14   A.   They were the medics, correct.

02:06   15   Q.   Yes.   KBR's security manager Brian Barr and Bill Bass

16   actually found you.   Is that right?

17   A.   I wasn't aware that Brian Barr, but it was Bill Bass.

18   Q.   Who was a KBR employee?

19   A.   Correct.

02:06   20   Q.   All right.   You were taken in a KBR ambulance to the

21   military hospital for treatment?

22   A.   I was.

23   Q.   Several KBR managers and employees visited you at the

24   hospital because they were concerned about your wellbeing?

02:06   25   A.   They were, yes.

02:06   1   Q.  You were then flown to Germany for further treatment?

        2   A.  Yes.

02:06   3   Q.  From Germany you were flown back to the United States?

        4   A.  Yes.

02:06   5   Q.  You don't claim that KBR imprisoned you?

        6   A.  No.

        7   Q.  You don't claim that KBR held you against your will?

        8   A.  No.

        9   Q.  You don't claim that KBR fired you for reporting the

02:06  10   alleged rape?

       11   A.  No.

       12   Q.  You don't claim that -- or rather, strike that.

       13             KBR did report your injuries to its worker's

       14   compensation carrier?

02:07  15   A.  Correct.

       16   Q.  And you began receiving benefits after you returned to the

       17   United States?

       18   A.  Correct.

       19             THE COURT:  Did the assault against you, ma'am, did it

02:07  20   take place on KBR property?

       21             THE WITNESS:  Yes, sir.  It happened in my living --

       22   in my sleeping facility, in my CHU -- it's called a CHU --

       23   while I was sleeping.

       24             THE COURT:  And how did the contractor happen to be

02:07  25   there at that hour?  Was he also housed in the same premises?

02:07  1          THE WITNESS:  Yes, probably in a Kulak.  I don't know

2     all of the details, sir; but I do know that it was during the

3     day.  I was working at night, a night shift employee.  And I

4     was in a row all by myself, and he somehow entered.

02:07  5          I don't know all the details because they're not

6     released yet, but I heard that there was a key missing from the

7     billeting office, which is by KBR.  But --

8          THE COURT:  And did -- is this the -- the predator,

9     did you have any acquaintance with him before that?

02:08  10          THE WITNESS:  He showed up at my room three days

11    before, during the day, knocked on my door.  I opened it.  I

12    was sleeping.  I woke up, opened it.  And I've never seen him.

13    And he asked if he could, like, check something in my bathroom.

14          And I said, "Do you realize it says" -- because

02:08  15    on my door it said, "day sleeper."

16          And I walked outside and let him check.  He was

17    in there for, like, 30 seconds -- three seconds.  It wasn't

18    very long.

19          And I reported it to KBR that -- it just felt

02:08  20    weird, you know, that he came, with a sign, you know, came

21    during the day.  It was very uncomfortable, and I reported it

22    to my boss that night when I went in to work.

23    BY MS. VORPAHL:

24    Q.  You have no personal knowledge with regard to the

02:08  25    atmosphere towards women at Camp Hope in July of 2005, do you?

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:08   1   A.   No, ma'am.

2           MS. VORPAHL:   Those are all the questions I have, your

3   Honor; but I strongly urge that --

4           THE COURT:   Okay.   I know your position.

02:08   5           Mr. Kelly, you want to ask any questions?

6           MR. ESTEFAN:   Mr. McKinney is up.

7           THE COURT:   Do you want to ask a question?

8           MR. McKINNEY:   Yes, I do.

9           THE COURT:   Okay.   You may go first.

02:09   10                  **VOIR DIRE EXAMINATION**

11   BY MR. McKINNEY:

12   Q.   Hi.

13   A.   Hi, sir.

14   Q.   I know this isn't easy for you.

02:09   15   A.   It's not.

16   Q.   Do you have any information that you can point to, even if

17   it's something that somebody else told you -- I'm just curious

18   as to what you might know or might not know -- any information

19   that would suggest that your attacker was in some form or

02:09   20   fashion aware of KBR HR policies, KBR mode of doing business,

21   anything of that nature?

22   A.   I don't know, sir.

23   Q.   All right.   Prior to your being attacked, were you aware of

24   any sexual harassment directed to you that you think your

02:10   25   attacker was aware of, was a party to, participated in,

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:10  1  anything of that nature?

2  A.  I don't believe so, no.

3  THE COURT:  Okay.  Anything you want to ask this young

4  woman?

02:10  5  MR. KELLY:  Very briefly.

6  **VOIR DIRE EXAMINATION**

7  BY MR. KELLY:

8  Q.  What happened to your attacker after your attack?

9  A.  From what I understand, he got his DNA taken and that

02:10  10  they -- he got -- he asked to go home and somebody from KBR

11  signed his papers to get on an airplane and he went back to

12  India.  So, now the FBI is looking for him.  Hopefully he'll

13  get extradited, he'll get caught and there will be justice.

14  Q.  Who did KBR blame for your rape?

02:10  15  A.  Not them.

16  Q.  Who did they blame?  Was there an individual they said must

17  have done it?

18  A.  My husband.  They said that -- well, they investigated him

19  and they questioned him and he was -- they took his computer

02:11  20  and --

21  THE COURT:  Was he working over there with you?

22  THE WITNESS:  Yes, sir.

23  THE COURT:  Or nearby?

24  THE WITNESS:  Yes, sir.  He worked --

02:11  25  THE COURT:  Were you married then?

*Cheryll K. Barron, CSR, CM, FCRR*          *713.250.5585*

02:11    1              THE WITNESS:  No, we weren't.  We were just dating.

        2              THE COURT:  Why would they suggest that he was the

        3     culprit?

        4              THE WITNESS:  They say the boyfriend is always the

02:11    5     first suspect.

        6              MR. KELLY:  That's all I have, your Honor.

        7              THE COURT:  I want to take a minute with my

        8     colleagues.  Nobody need rise.

        9              MR. KELLY:  May I approach the witness, your Honor?

02:11   10              THE COURT:  You may.

       11              We can take a short bathroom break.

       12         (Recess was taken from 2:11 p.m. to 2:20 p.m.)

       13              THE COURT:  Okay.  Is everybody back?

       14              My questions are that this obviously is a very

02:20   15     sincere, entirely believable young woman.  My heart goes out to

       16     her.  My questions are whether there was anything broader than

       17     this single tragedy, which is beyond condemnation, I know.  But

       18     was there any pattern of sexual harassment that preceded this?

       19     Was there any -- anything beyond a single catastrophic moment?

02:21   20              MR. KELLY:  I think the answer is, your Honor, with

       21     respect to the entire environment in Iraq, the answer is yes.

       22     And she's just a continuing part of that.

       23              THE COURT:  But could she help us with that?  Could

       24     she tell a story of harassment or non-enforcement of rules or

02:21   25     anything?

            *Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:21   1          MR. KELLY:  Well, the non-enforcement of rules

2     actually pertains to her.  She had a boyfriend that would stay

3     with her on occasion, your Honor, but -- so, she can certainly

4     do that, in fact, that that particular rule was not enforced.

02:21   5     But moreover, it's the way KBR again acted after the fact.

6              They removed the perpetrator, who was one of

7     their subcontractors, got him out of the country and then

8     started blaming the boyfriend.  And it's -- once again, it's

9     the actions after the fact that I think are predominantly

02:21   10    relevant.  That and the fact that it's just a continuation of

11    this abuse on women, the sexual abuse on women in Iraq.

12             And, again, as I said at the sidebar, your Honor,

13    I do -- I freely admit this goes more to punitive damages than

14    it does to the other elements in this case.  And if the Court

02:21   15    is inclined to bifurcate, then she probably would not be

16    relevant now.  If you're not inclined to bifurcate --

17             THE COURT:  I don't think I'm going to bifurcate.

18             MR. KELLY:  She'll be my last witness, and it's only

19    on that point.

02:22   20             THE COURT:  Last witness at all?

21             MR. KELLY:  We're going to rest after her.

22             THE COURT:  What happened to the father?

23             MR. KELLY:  The father is in Michigan, your Honor.

24    There's some issues with respect to him.  I think the defense

02:22   25    is actually going to call him by deposition, and we'll respond

02:22   1   by deposition.  But we have no intention of calling call him --

2           MS. VORPAHL:  Well, we just learned that today.  So,

3   we are going to designate some excerpts; but we aren't prepared

4   with those.

02:22   5           THE COURT:  I'm not arguing with you.

6           MS. VORPAHL:  Sure, sure.  I just wanted to tell you

7   where we are on that.

8           Her boyfriend, who Mr. Kelly has acknowledged

9   spent the night with her on occasion, was not a KBR employee.

02:22   10   She was married to someone else at the time.  I mean, I just

11   want you to have the full flavor.  He was married to someone

12   else at the time.  Please excuse me.  And there has been no

13   allegation -- and you heard it from this witness' own mouth --

14   of any sexual harassment.

02:23   15           Now, I agree with you, this is a most unfortunate

16   circumstance; but the lawsuit -- the criminal investigation is

17   not even concluded.  The lawsuit was filed a year ago.  This is

18   not the kind of witness that has anything relevant to say with

19   regard to the allegations that we've been here three weeks on.

02:23   20           THE COURT:  Well, it's a close question, I agree.  I

21   mean, I think it might be relevant to punitive damages.  And I

22   guess I would have to hear some more from her about -- and

23   that's the problem.  When there's a pending lawsuit, I feel

24   like we almost need to try that lawsuit in addition to this

02:23   25   one.  That's the problem.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:23   1          MS. VORPAHL:  There's no question about that.  And,

        2   your Honor, if I could, there -- I believe that under current

        3   case law, specifically the *Kolstad* case, which I have here,

        4   there won't be punitive damages as to Title VII, because there

02:23   5   was not supervisor harassment.  This is coworker harassment in

        6   the Jamie Jones case.  And, so, there will not be a punitive

        7   damage question put to the jury unless it is on the fraudulent

        8   inducement claims, which things that happen four years later

        9   could have nothing to do with fraudulent inducement.

02:24  10          So, I urge you -- and I'm happy to argue the --

       11   whether or not there's a punitive damage claim.

       12          THE COURT:  No.

       13          MR. KELLY:  We disagree, your Honor.  Actually, I

       14   think the hostile work environment as well as the ratification

02:24  15   of Charles Bortz' actions subject KBR to punitive damages in

       16   this case.

       17          THE COURT:  Now, on this witness, I mean, she's not

       18   going to testify about other harassment?

       19          MR. KELLY:  No, your Honor.  Her testimony is

02:24  20   admittedly very limited.  And again, like I said, I think I

       21   probably will have her on the stand myself ten minutes or less.

       22          MS. VORPAHL:  But she wasn't even -- her story doesn't

       23   even involve a KBR employee but a subcontractor over whom, by

       24   definition, KBR had no control.  It is not an analogous

02:25  25   situation.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:25   1          THE COURT:  Well, no.  KBR had some control over

2   housing, some control over where the keys were, some control

3   over whether they wanted to follow up on the complaint about a

4   subcontractor visiting her place of residence three days

02:25   5   earlier.

6          MS. VORPAHL:  But that investigation is all still

7   ongoing.

8          THE COURT:  Well, I mean, I can't fix that.  I mean,

9   we don't have to exclude all evidence that comes from another

02:25   10   pending case.  I don't think that's the law.  I see your point.

11   I just think it's a very, very close call.

12          MS. VORPAHL:  Well, respectfully, given the status of

13   Fifth Circuit jurisprudence on the whole issue of post-event

14   testimony and the fact that this is so attenuated in time, in

02:25   15   place, in the fact that there is not a KBR employee involved,

16   that it is a subcontractor, I just don't believe this testimony

17   has any place in this lawsuit.

18          MR. KELLY:  Actually, the negligence -- the primary

19   negligence was not even of the subcontractor but of KBR itself,

02:26   20   your Honor.

21          THE COURT:  No.  The primary bad actor is

22   unquestionably the subcontractor.

23          MR. KELLY:  Well, you're right.  But the fact of the

24   matter is that there were three days' warning to KBR and to

02:26   25   Ms. Mayo's supervisors, by her testimony heard in this court.


*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

1   That was an opportunity to rectify that problem.

2           Furthermore, as she's testified, what it looks

3   like the evidence is going to bear out is that there was a key

4   missing from the billeting office and that was probably the way

5   this man got in.

6           THE COURT:  Well, that was a different camp and it

7   was -- I'm afraid I'm not going to be able to allow this.  I'm

8   sorry.  I'm very sorry.

9           Do you wish to rest?

10          MR. KELLY:  Yes, sir.

11          THE COURT:  Okay.

12          MR. KELLY:  We would ask that -- before the defense

13  begins its case, your Honor, we would ask for that instruction

14  to the jury that we talked about earlier with respect to the

15  dismissal of the slander claim against Ms. Jones.

16          THE COURT:  I'm sorry?

17          MR. McKINNEY:  This is not an appropriate point.

18          MR. KELLY:  I think it is appropriate.

19          THE COURT:  What instruction are we talking about?

20          MR. KELLY:  There was a slander claim against

21  Ms. Jones that was originally brought, your Honor.  And I think

22  you had elected to hold off at the specific time that we had

23  asked for that instruction.  The Court had said you were going

24  to instruct the jury on the dismissal of that claim.

25          We think that's appropriate at this point in time

02:27 1  with respect to that instruction, since the defense is now

2  going to take over their case.  It's certainly not appropriate

3  for the jury to be considering a slander claim that no longer

4  sits before them.

02:27 5        MR. McKINNEY:  I don't recall the Court declaring an

6  intent to instruct one way or the other on the nonsuit of the

7  slander claim.  And certainly, at this point in time, what

8  would be the purpose?  To underscore what?  To call the jury's

9  attention to what?

02:27 10       *(Sotto voce discussion at bench with court staff)*

11       THE COURT:  My law clerk confirms I did promise to

12  give an instruction.  I don't think I promised as to when I

13  would give it.

14       MR. KELLY:  That's correct, your Honor.

02:28 15       MR. ESTEFAN:  You didn't say when, Judge.  We had

16  moved for the Court to do so after Mr. Bortz' testimony, and

17  the Court deferred at that point.

18       THE COURT:  I think giving a single instruction right

19  now would be confusing and give it more emphasis than it

02:28 20  deserves.  I don't think I'll do that.

21       Okay.  No other motions?

22       Don't wait till the jury comes back in and decide

23  you want to make a motion.

24       MS. VORPAHL:  Has the plaintiff rested?

02:28 25       MR. ESTEFAN:  Plaintiff has rested.

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

```
02:28   1              MR. KELLY:  Yes.

        2              MR. McKINNEY:  Judge, we --

        3              MS. VORPAHL:  I have a motion for directed verdict.

        4                   And I don't mean to -- you're welcome to go

02:28   5    first, but I don't want you to start your case.

        6              MR. McKINNEY:  No.

        7              MS. VORPAHL:  I have a motion for judgment as a matter

        8    of law.

        9              THE COURT:  I rather expected you would.

02:29  10              MS. VORPAHL:  All right.  May I hand it up?  And we'll

       11    file it electronically now and provide copies.

       12              MR. McKINNEY:  Judge, what time are we starting

       13    tomorrow?  I am going to alert a witness that I have under

       14    subpoena.

02:29  15              THE COURT:  8:30.

       16              MS. VORPAHL:  Do you want a moment to look at it, your

       17    Honor?

       18              THE COURT:  Yes, please.

       19                   Okay.  I digested the -- at least the substance

02:30  20    of the motion.  Do you wish to add anything?

       21              MS. VORPAHL:  Probably -- there's probably not

       22    anything to add, your Honor.

       23              THE COURT:  Okay.

       24              MS. VORPAHL:  I would be happy to argue it, but I'm

02:30  25    also happy to allow you to rely on the writing.
```

*Cheryll K. Barron, CSR, CM, FCRR*                     *713.250.5585*

02:30   1          THE COURT:  No.

        2                 Does plaintiff wish to argue the issue?

        3          MR. KELLY:  I don't read nearly that fast, your Honor.

        4   So, I apologize.

02:30   5          THE COURT:  All right.  Rather than delay the jury

        6   further, I think I would vote to carry on with the trial.  And

        7   I can always grant this at some other time if I decide to grant

        8   it.

        9          MR. McKINNEY:  Judge, for the record, Charles Bortz

02:31  10   moves orally for an instructed verdict on all issues on the

       11   basis of --

       12          THE COURT:  Well, I think with your client it's a lot

       13   harder because there it's just a pure he said/she said.  KBR

       14   has some more arrows in its quiver.  They have to go the

02:31  15   further step of showing some kind of supervisory negligence or

       16   worse.

       17          MR. McKINNEY:  If I thought I had a compelling motion,

       18   I would have been jumping up and down and saying it a little

       19   bit louder.  I'm just making -- just in case I happen to be

02:31  20   right, I'm making the motion --

       21          THE COURT:  Yeah.  No, I understand what you're doing.

       22          MR. McKINNEY:  -- to preserve --

       23          THE COURT:  Both motions are noted.  The issues set

       24   forth are preserved for appeal.

02:31  25                 Mr. Bortz' motion, I deny.


                *Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:31   1               KBR's motion, I'll take under advisement.

2           MS. VORPAHL:  Thank you, your Honor.

3           MR. McKINNEY:  Judge, that leaves us with some

4  logistical issues.

02:32   5           THE COURT:  Sir?

6           MR. McKINNEY:  I was not anticipating that the case

7  would rest this early in the day.  I have one witness that will

8  be good for about ten minutes, and my next witness is under

9  subpoena and will be here tomorrow morning at 8:30.  And I'm

02:32  10  sorry about that, but I didn't anticipate --

11          THE COURT:  I don't think I've ever gotten upset with

12  anybody on a logistical issue.  You're saying -- are you going

13  to go first?

14          MR. McKINNEY:  I believe so.  Isn't that the order of

02:32  15  proof?

16          MS. VORPAHL:  Yes.

17          THE COURT:  That's fine.

18           Ms. Holcombe?

19          MS. HOLCOMBE:  I was going to say, your Honor, one

02:32  20  thing we could take up later or now or whatever -- again, we

21  understand Ms. Morris is not available.

22           I think you said maybe by phone.  We said we

23  would try to put it off for tomorrow.  We can wait till

24  tomorrow.  And I'm only saying --

02:32  25          THE COURT:  Who are we talking about?

02:32   1          MS. HOLCOMBE:  Stephanie Morris.  Her child, the

2    sitting -- sorry.  You can probably explain it better than me.

3          MR. KELLY:  She has a childcare issue, to make a long

4    story short, your Honor, and could not be in court today.  She

02:32   5    will be back in court tomorrow.

6          MS. HOLCOMBE:  And the reason that's important is

7    because we do -- there are some more page and lines objections.

8    We would --

9          THE COURT:  And who's Ms. Morris?  Your witness?

02:33  10          MS. HOLCOMBE:  Their lawyer, your Honor.

11          MR. KELLY:  Our co-counsel, your Honor.

12          MR. ESTEFAN:  Stephanie Morris, who's been here

13    since --

14          THE COURT:  Oh, I'm sorry.

02:33  15          MS. HOLCOMBE:  And, so, we have a few more page and

16    lines objections.

17          MS. CATES:  A lot more.

18          MS. HOLCOMBE:  A lot more, actually, because of our

19    direct -- or the defendants' direct examination of the page and

02:33  20    line designations they have objections to and we have

21    objections to their cross.

22              Mr. Kelly and I spoke this morning that

23    Ms. Morris is not available to handle the objections today; but

24    given how fast this is going, that will be something we need to

02:33  25    take up with the Court whenever either Ms. Morris can go by

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

```
02:33   1    phone or we can do it as soon as possible.  We will have those
        2    depositions to play as well potentially.
        3              THE COURT:  How many depositions are we talking about?
        4              MS. CATES:  Seven.
02:33   5              MS. HOLCOMBE:  Possibly.
        6              MR. HEDGES:  They're very, very short excerpts that
        7    your Honor is well aware of.  Most of it has been played.
        8              MS. CATES:  Some are longer than others.
        9              THE COURT:  Okay.  Well, we'll -- if we get done early
02:33  10    today, we can talk -- oh, Ms. Morris isn't available?
       11              MR. KELLY:  I would love to argue those, your Honor;
       12    but floundering is probably not something you want to watch me
       13    do.
       14              THE COURT:  Okay.  So, do we have any witnesses this
02:34  15    afternoon?
       16              MR. McKINNEY:  I'm going to call Gabe Andino for about
       17    ten minutes, and that will be it.
       18              THE COURT:  On deposition or live?
       19              MR. McKINNEY:  Live.  He's here in the courtroom.
02:34  20              THE COURT:  Oh, Mr. Andino.  I beg your pardon, sir.
       21    I'm sorry.  No.  I was thinking he's already testified, which
       22    he has but --
       23              Okay.  So, we need the jury back in here for what
       24    exactly?  Mr. Andino and that's all?
02:34  25              MR. McKINNEY:  And I'm going to offer into evidence
```

02:34   1   this flak jacket -- I've been laying the foundation for it --

        2   so the jury can actually see and experience what's involved in

        3   one of these.

        4          THE COURT:  I thought you were kidding.  I thought you

02:34   5   were offering it to me.

        6          MR. KELLY:  Actually, though, Judge, I think there has

        7   to be a showing that that's even similar to the one that was

        8   issued to Ms. Jones.

        9          MR. McKINNEY:  Well, I'm going to lay the foundation.

02:34  10   If I don't --

       11          THE COURT:  Lay the foundation, yes.

       12          MR. ESTEFAN:  And that's the only reason you're

       13   putting on Mr. Andino, for that?

       14          MR. McKINNEY:  That's it.

02:35  15      (Discussion off the record)

       16          THE COURT:  And there's not a single one of your depos

       17   we can put on now?  Because apparently, Ms. Loewe tells me, the

       18   jury was ready to stay till 5:30 this afternoon.

       19          MS. CATES:  Not without Ms. Morris here, unless they

02:35  20   want to waive their objections to our cuts.  Or we can argue

       21   them now.  There's -- some of them -- there's not that many.

       22          THE COURT:  Mr. Kelly indicates he's not ready to

       23   argue.  I don't want to disadvantage his side because of

       24   childcare problems.

02:35  25          MR. KELLY:  Thank you, your Honor.

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

02:35   1           THE COURT:  We've all been in that situation before.

        2   Even those of us who are not parents, I think we've seen that.

        3           Okay.  Well, I guess we'll bring them back in and

        4   put on Mr. Andino.

02:36   5           Are we going to cut them loose right in the

        6   middle of the afternoon?

        7           MR. McKINNEY:  I think you can tell the jury, though,

        8   that the case will end this week.

        9           It will end this week?

02:36  10           MS. VORPAHL:  I certainly think so.

       11           MR. McKINNEY:  Yes.  So, we're going to be finished, I

       12   think, with all the evidence this week.  It could be as soon as

       13   tomorrow.

       14           MR. KELLY:  Just as far as the Court preference, your

02:36  15   Honor, would you prefer that we stand up and let the jury know

       16   that we've rested?

       17           THE COURT:  Yes.

       18           MR. KELLY:  Okay.

       19           THE COURT:  Okay.  Anything else before we bring the

02:36  20   jury back in?

       21       *(Jury present)*

       22           THE COURT:  Members of the jury, please be seated.

       23           MR. KELLY:  Plaintiff rests, your Honor.

       24           THE COURT:  Okay.  Ladies and gentlemen, that's an

02:37  25   important marker in the trial.  The plaintiff has now concluded

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:37  1   its evidence.  We'll now hear from -- whatever the defendants

       2   want to offer.

       3          We believe, with a high degree of confidence,

       4   we'll be finished with the trial this week.  We may have an

02:37  5   awkward break here because not all defendants are ready to go

       6   for -- this afternoon.  But we won't have much more evidence

       7   from them, I'm told.  So, Mr. Bortz is going to present his

       8   evidence next.

       9          And we have at least one witness ready to go.  Is

02:37 10   that right?

      11          MR. McKINNEY:  One witness today, your Honor, another

      12   witness at 8:30 in the morning; and then I'll be finished.

      13          THE COURT:  You'll be finished.  Okay.  So, we're

      14   making progress.

02:38 15          Okay.  Call your witness.

      16          MR. McKINNEY:  Charles Bortz re-calls Gabe Andino to

      17   the witness stand.

      18          THE COURT:  Okay.  Mr. Andino, I'm sure you know

      19   you're still under oath.

02:38 20          THE WITNESS:  Yes, your Honor.

      21              **GABE ANDINO, DULY SWORN, TESTIFIED:**

      22                    **DIRECT EXAMINATION**

      23   BY MR. McKINNEY:

      24   Q.  I want to visit with you briefly about the types of

02:38 25   personal protective equipment that was issued to all KBR

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:38   1   employees in Camp Hope and elsewhere in Iraq.

2   Can you identify the types of personal protective

3   equipment that each and every employee, including Jamie Leigh

4   Jones, would have?

02:38   5   A.  Yes, sir.

6   Q.  And what would that be?

7   A.  For the most part, we used a civilian style vest, PPE vest.

8   In some cases there were a few military style.  And the

9   difference was, of course, the manufacturer, the type of

02:39   10   clothing that it would have, whether it was camouflage or not.

11   And probably the most important thing would have been the

12   different weight that would have been associated with that type

13   of protective vest.

14   Q.  All right.  In addition to a vest, were employees issued

02:39   15   helmets?

16   A.  Yes, sir, they were.

17   Q.  The head gear?

18   A.  Yes.

19   Q.  Was the head gear -- was the helmet and the vest, or the

02:39   20   jacket, were they designed to be shrapnel proof?

21   A.  They were.

22   Q.  When traveling, such as in a helicopter, what rules were

23   there regarding wearing one's personal protective equipment?

24   A.  It was absolutely essential that you travel with PPE in any

02:40   25   type of aircraft.

02:40  1   Q.  All right.  When you say "traveling with PPE," was it

2   appropriate to have your flak jacket and your helmet resting on

3   your lap, or were you -- was each and every employee actually

4   required to wear their jacket and their helmet?

02:40  5   A.  You could not board an aircraft unless you were properly

6   donning your flak vest and your helmet.  You had to be wearing

7   them.

8            MR. McKINNEY:  Your Honor, may I approach the witness?

9            THE COURT:  You may.

02:40  10  BY MR. McKINNEY:

11  Q.  You've seen this before?

12  A.  I have.

13  Q.  If you don't mind, so that your voice carries on the

14  microphone --

02:40  15  A.  Yes, I have seen that before.

16  Q.  Do you recognize that?

17  A.  I do.

18  Q.  What is it?

19  A.  It's a flak vest.

02:40  20  Q.  In terms of comparing that flak vest to the type of flak

21  vest available to KBR employees such as Jamie Leigh Jones in

22  the summer of 2005, is that flak jacket substantially similar

23  in size, weight, configuration, et cetera, such that it is a

24  reasonable facsimile of the type of flak jacket that would have

02:41  25  been issued to Ms. Jones?

02:41   1   A.  I think, for the most part, it is.  I mean, the only thing

2   that I would probably highlight that is probably a little

3   different from what we wore then is this one is a little bit

4   lighter than what we wore then.

02:41   5   Q.  The flak jacket that is by your side, other than being

6   somewhat lighter than the type worn back in the summer of '05

7   by KBR employees, is it substantially and functionally the

8   same?

9   A.  It is.

02:42   10   MR. McKINNEY:  Your Honor, I'm going to mark that as

11   whatever our next number exhibit is.  Someone is going to tell

12   me that.

13   MS. CULLEN:  It's 257.

14   MR. McKINNEY:  Mark that Bortz 257, and I move for the

02:42   15   admission of Bortz --

16   THE COURT:  Well, I'm going to let plaintiff have a

17   chance to examine this witness; and we'll make a decision after

18   that has happened.

19   MR. McKINNEY:  All right.  I pass the witness.

02:42   20   THE COURT:  KBR have any questions?

21   MS. VORPAHL:  No, your Honor, we don't.

22   THE COURT:  Okay.  Yes, sir, Mr. Estefan.

23   MR. ESTEFAN:  I do, your Honor.

24   **CROSS-EXAMINATION**

02:42   25   BY MR. ESTEFAN:

02:42  1    Q.  Mr. Andino, I understand that you're here to talk about
2    that flak jacket, just that this afternoon, right?
3    A.  That's my understanding.
4    Q.  Do you know whether Jamie wore that flak jacket or one like
02:42  5    it when she got on the helicopter?
6    A.  I do not know if she wore that flak jacket, no.
7    Q.  Or even one like it?
8    A.  I don't.
9    Q.  In fact, you weren't there when she boarded the helicopter?
02:42  10   A.  That is correct.
11   Q.  Do you recall -- or have any knowledge, I should say, of
12   what kind of helicopter Ms. Jones got on that day?
13   A.  Only by what we've heard here.
14   Q.  And we've heard she got on a Little Bird.  You remember
02:43  15   that testimony?
16   A.  That's correct.
17   Q.  Which is a private aircraft, not a military aircraft?
18   A.  It's a civilian aircraft.
19   Q.  That's what I meant.  Thank you for correcting me,
02:43  20   Mr. Andino.
21           It's a civilian aircraft, which means that, then,
22   military flak jackets and things like that are not required to
23   be worn on a civilian aircraft.  Is that right?
24   A.  I have seen that -- civilian aircraft many times, and all
02:43  25   the operators in that aircraft would have their flak jackets

02:43  1   on.

2   Q.  They may by choice; but it's not a requirement, fair?

3   A.  I can't answer that, sir.

4   Q.  All right.  Now, Ms. Jones -- in fact, her flak jacket that

02:43  5   she had issued to her when she was in Camp Hope, that remained

6   in her room, right?

7   A.  I don't know that, sir.

8   Q.  And you don't know whether she wore any flak jacket at all,

9   one like that or one completely different than that, when she

02:44  10  boarded that helicopter?

11  A.  I've only heard what has been stated by virtue of

12  depositions during this trial --

13  Q.  Right.

14  A.  -- of what others have stated.

02:44  15  Q.  So, you have no idea if she even wore a flak jacket when

16  she got on the helicopter?

17  A.  Personally, I did not see her wear a flak jacket, no, sir.

18          MR. ESTEFAN:  Thank you.

19              Pass the witness, your Honor.

02:44  20          MR. McKINNEY:  Just one or two points.

21          THE COURT:  Yes, sir.

22                  **REDIRECT EXAMINATION**

23  BY MR. McKINNEY:

24  Q.  You heard William Goodgine's testimony?

02:44  25  A.  Yes, I did.

02:44   1   Q.   She was wearing a flak jacket?

2   A.   Yes, that's what he stated.

3   Q.   Mr. Goodgine was a KBR employee?

4   A.   Yes, sir.

02:44   5   Q.   He would have drawn a flak jacket from the KBR inventory of

6   flak jackets?

7        MR. ESTEFAN:   Your Honor, I think that calls for the

8   witness to speculate on what Mr. Goodgine would have done.

9        THE COURT:   Your response?

02:44   10        THE WITNESS:   Can you repeat the question?

11        MR. McKINNEY:   I'll try to fix the question.

12        THE COURT:   Okay.

13   BY MR. McKINNEY:

14   Q.   Where else would Mr. Goodgine have gotten a flak jacket

02:44   15   other than the KBR inventory of flak jackets?

16   A.   That's the only source he would have had.

17   Q.   If Mr. Goodgine has testified, which I believe he has, that

18   he put a flak jacket on Jamie Leigh Jones, would there be any

19   other source of flak jackets for him to look to, other than a

02:45   20   standard KBR inventory?

21   A.   No, sir.

22   Q.   And the flak jacket there to your immediate right, is that

23   flak jacket substantially similar in size, weight, and function

24   to the KBR inventory of flak jackets?

02:45   25   A.   In size and function, yes.  Weight, this is probably a

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:45   1    little bit lighter than what I've at least experienced.

2           MR. McKINNEY:  I think that's an adequate foundation.

3    I move for --

4           THE COURT:  I'm not going to be able to allow it.

02:45   5    There's too many holes in the story.  It's nothing to do with

6    Mr. Andino.  It's a marginal issue anyway, what kind of flak

7    jacket she was wearing.  So, I'm not going to allow it.

8           You may step down, Mr. Andino.

9           That's it for today.  Is that right?

02:45   10          MR. McKINNEY:  That's all I have, Judge, for today.

11          THE COURT:  Well, I'm terribly sorry, ladies and

12   gentlemen.  But I will say this.  When you're not here, we do

13   keep working and we do try to make the trial shorter.  And

14   we'll try to put our time to good use this afternoon.  I'm very

02:46   15   sorry.  We'll see you at 8:30 in the morning.

16          *(Jury not present)*

17          THE COURT:  Please be seated.

18          What makes sense this afternoon?  The plaintiff

19   has indicated it's not ready to talk about line and page.  Does

02:46   20   it make sense to talk about jury instructions?

21          MR. McKINNEY:  Sure.

22          MR. KELLY:  Your Honor, I have something very brief.

23          THE COURT:  Sure.

24          MR. KELLY:  There's an indication that they intend to

02:47   25   call Dr. Paskowitz tomorrow.  He's not on either defendants'

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:47   1   witness list, and they did not cross designate.  So, we would

        2   move that he not be allowed to --

        3         THE COURT:  Why don't you spell that for the court

        4   reporter, please.

02:47   5         MR. KELLY:  P-A-S-K-O-W-I-T-Z.

        6             I have both witness lists if the Court would like

        7   to see them.

        8         MR. McKINNEY:  Well, my response to that is, guys, I

        9   have asked and had reported to me at least a half a dozen times

02:47  10   in this trial, "Are you bringing Dr. Paskowitz because I want

       11   to cross-examine him?"

       12             And up until today I was told that Dr. Paskowitz

       13   would testify either today or tomorrow.

       14         THE COURT:  What is his field?

02:48  15         MR. McKINNEY:  He is Ms. Jones' treating psychiatrist.

       16   Ms. Jones' treating psychiatrist.  And I have some questions

       17   for the man.

       18         THE COURT:  He's here in Houston?

       19         MR. McKINNEY:  He is.  I've subpoenaed him.  He'll be

02:48  20   here at 8:30 tomorrow morning.  He's been on their witness

       21   list.

       22         THE COURT:  See, this is one of those issues that you

       23   apparently discussed between yourselves.  I have no idea what

       24   the equities of that are.

02:48  25         MR. KELLY:  Well, your Honor, I know that witnesses

02:48  1   have been excluded from the plaintiffs' list simply because

2   they are not on the list.  I have both defendants' lists.

3        THE COURT:  No.  The question is whether your oral

4   representations override that.

02:48  5        MR. KELLY:  Well, I know I didn't personally make that

6   oral representation that he was coming.  I can't think --

7        MR. ESTEFAN:  We've cut down a number of witnesses,

8   Judge, that we had intended to call because of the length this

9   trial has gone on.  We had promised this jury three weeks, and

02:48  10  we're already into our fourth week now.  So, we didn't -- there

11  were three of these witnesses that were going to come this

12  afternoon.  As you saw, we only called two.

13            We're not planning on calling Mr. Jones.  We're

14  doing everything we can now because I think we're being taxed

02:49  15  with the length of the trial.

16        THE COURT:  Well, by whom?  Not by me.

17        MR. ESTEFAN:  By the jury, your Honor.

18        THE COURT:  Why do you think that?

19        MR. ESTEFAN:  Because we told them it was going to be

02:49  20  three weeks.  We haven't even rested yet, until today.

21        MS. HOLCOMBE:  Your Honor?

22        THE COURT:  Yes.  Go ahead.

23        MS. HOLCOMBE:  I would just add, each day I've spoken

24  with Mr. Estefan, or Ron, about the witnesses that are coming.

02:49  25  And I do know that last Thursday, when we were kind of wrapping

02:49    1    up for the week and preparing for what was going to come

         2    today -- and one of the reasons the defense doesn't have anyone

         3    today is because it was our understanding, and it has been

         4    throughout, that this -- today was going to consist of

02:49    5    Dr. Scarano, the me-too witnesses.  And then Mr. Jones and

         6    Mr. Paskowitz were told to me as of last Thursday that he would

         7    come testify today and, if they didn't have time today, they

         8    would flow over until tomorrow.

         9              So, even as the last time we spoke -- and we were

02:49   10    in a habit every day of talking about -- which was very

        11    gracious of them -- who was coming.  We did rely on that until

        12    today when they have now said that Mr. Paskowitz is no longer

        13    coming.  So, I will just say that I have been a part of those

        14    conversations each afternoon.  And Mr. Paskowitz, until today,

02:50   15    was even orally represented that he would have been coming as

        16    their witness.

        17         MR. KELLY:  Your Honor, I can't speak to the truth of

        18    that, because I wasn't in those conversations.  But assume it's

        19    true for the purposes of this argument.  We've also talked

02:50   20    about Patti Chapman all through this trial; but the issue has

        21    been: Not on our list, not coming to trial.

        22              I would respond that, even if they thought we

        23    were bringing Dr. Paskowitz all throughout this trial, the time

        24    to have said they were going to bring him was the time when

02:50   25    they designated; and they didn't do it.  Not on their list, not

02:50  1   coming to trial.  Your Honor, clearly --

       2        THE COURT:  I understand what you're saying.

       3        MR. KELLY:  -- clearly they shouldn't be allowed to do

       4   something we can't do.

02:50  5        THE COURT:  The difference between that -- this

       6   situation and Ms. Chapman is I don't think anybody ever assured

       7   you that Patti Chapman would be called.

       8        MR. KELLY:  No, your Honor.  But the difference --

       9   it's really not that different.  As soon as I knew of Patti

02:51 10   Chapman, within a day of knowing, literally, within 24 hours of

      11   knowing about Patti Chapman's import to this case, I informed

      12   the Court and opposing counsel of my intention to bring her.

      13   And the reason that I was not allowed to do so was because she

      14   hadn't been on my exchanged witness list and --

02:51 15        THE COURT:  No.  I understand that.

      16        MR. KELLY:  So, everything that's happened has been

      17   subsequent to those lists --

      18        THE COURT:  No.  I understand that.  But I just -- I

      19   don't -- I would like to think that lawyers can proceed between

02:51 20   themselves on a handshake or a conversation.  And if that has

      21   been traduced in this situation, I don't feel good about it.

      22        MR. McKINNEY:  And let me be clear.  Let me be clear.

      23        I'll be happy to visit with Ron privately before

      24   I say anything on the record.

02:51 25        Do you want to talk?  I mean, I thought --

*Cheryll K. Barron, CSR, CM, FCRR*                          *713.250.5585*

02:51  1          THE COURT:  You thought --

2          MR. McKINNEY:  From the beginning of the trial, I have

3     made it a point to inquire whether Dr. Paskowitz would be

4     coming as a witness; and I have been told up until today that

02:52  5     he would.  And when I was told this morning that he would not

6     be called in the plaintiffs' case, I advised opposing counsel

7     that I would put a subpoena out for Dr. Paskowitz, which I have

8     done; and he has been served.

9          He is standing by to be here tomorrow.  He is

02:52 10     Ms. Jones' principal treating psychiatrist.  His testimony is

11     not a surprise.  We are checking our paperwork to see if we

12     have a catchall cross designation.  Normally we do.  It would

13     have been an oversight if we didn't.

14          But whether we did or we didn't, who, in a case

02:52 15     like this, with the amount of paper that's been filed, has in

16     their mind whether or not someone has been cross designated?

17          With respect, this is a bit of a gotcha.  It's

18     not like this witness wasn't known, wasn't anticipated.  He was

19     introduced to the jury by plaintiffs' counsel during voir dire.

02:53 20     You know, I'm sorry.  I think I have every right to call this

21     person because he's not a surprise, subject to their control or

22     their access.  That's just -- I can't see why I wouldn't be

23     allowed to call him.

24          MR. ESTEFAN:  Your Honor, we were also -- just to give

02:53 25     you an idea, there's a lot of moving parts here but --

*Cheryll K. Barron, CSR, CM, FCRR*                    *713.250.5585*

02:53   1                  THE COURT:  Yeah, there are.

2                  MR. ESTEFAN:  -- we were informed that Mr. Iler and

3       Ms. Royal were coming, and Mr. McKinney tells us Monday morning

4       last they're not coming.

02:53   5                  THE COURT:  I'm definitely allowing you to subpoena

6       those guys.

7                  MR. ESTEFAN:  They're now out of subpoena range.

8       Mr. Iler is out of the country.  And so, you know, things are

9       changing all the time in a trial, Judge.

02:53   10                 And, so, you know, Mr. McKinney did the same to

11      us that he's now -- that's how he recognizes it, I suppose,

12      because he's now saying we're doing to him what he did to us.

13                 MR. McKINNEY:  Well, excuse me.  Excuse me.  Mr. Iler

14      was available for subpoena Monday, Tuesday, and Wednesday of

02:54   15      last week.  Nobody made a move in that direction.  Nobody was

16      coming to me, saying, "You going to bring him?  Because we're

17      counting on it."

18                 I was -- simply told you that if I was going to

19      call him I was going to call him out of order because he had

02:54   20      travel plans.  And we got jammed up last week on other

21      witnesses; and I didn't want to take up any time with him

22      because, quite frankly, I thought it was a sideshow.

23                 Her principal treating psychiatrist, however, is

24      not a sideshow.

02:54   25                 MR. KELLY:  It just occurs to me how, Mr. McKinney,


*Cheryll K. Barron, CSR, CM, FCRR*                        *713.250.5585*

02:54  1   you continue to frame what's a sideshow and what is the main

2   points of this case in the manner that's most beneficial to

3   you.  We tend to disagree with you.  So, just because you call

4   it a "sideshow" doesn't make it so, sir.

02:54  5         MR. McKINNEY:  Well, and I'm not saying that I speak

6   with the force of law, although sometimes I think I do.  I'm

7   simply saying that it was my judgment that last week, with

8   everything else we had going on, Mr. Iler and Ms. Royal didn't

9   bring enough to the table to justify supplanting other

02:55  10  witnesses, because the case had been going on a long time.  I

11  gave everybody notice as soon as I made that decision --

12        MR. KELLY:  The morning they were to be called.

13        MR. McKINNEY:  No, sir.

14        MR. KELLY:  My notes --

02:55  15        MR. McKINNEY:  The morning before.

16        MR. KELLY:  My notes of the cross-examination are

17  still in my folder because I planned to cross him that day,

18  sir.

19        MS. HOLCOMBE:  It was the Monday, and he wasn't

02:55  20  expected to be called until Tuesday.

21        MR. McKINNEY:  Exactly.

22        I told you Monday morning that he wasn't coming.

23  They were due to be called on Tuesday.

24        And all I'm saying is -- you know, and you didn't

02:55  25  try to subpoena him.

02:55   1            Ms. Pulver -- Ms. Royal is in town, bring her in.

02:55   2            THE COURT:  Remind me who Ms. Royal is, sir.

        3            MR. McKINNEY:  Ms. Royal is -- if you'll recall the

        4    e-mail exchange between Ms. Jones and her mother that --

02:55   5            THE COURT:  Oh, yes.

        6            MR. McKINNEY:  -- that's -- Jennifer Royal was the

        7    other employee who was supposedly being mistreated.  She would

        8    say that she's not.

        9            In any event --

02:56   10   (Sotto voce discussion between defense counsel)

        11           MR. ESTEFAN:  Judge, part of this, I will freely

        12   admit, is frustration over three weeks of wrangling with

        13   opposing counsel and looking for whatever strategic or other

        14   advantage we can get.  I'm sure they're doing the same thing on

02:56   15   their side.

        16           With or without a cross designation, if this

        17   Court says that Dr. Paskowitz can come testify, then the

        18   plaintiffs are not going to --

        19           THE COURT:  Tell me what he's going -- is it -- sounds

02:56   20   like it may be very cumulative.  Do we really need anything

        21   from him?  I would have thought your side got everything it

        22   wanted from a psychiatrist in Dr. Scarano.  Why do we need

        23   anything further?

        24           MR. McKINNEY:  Well, I think that I have some relevant

02:57   25   questions to ask her principal treating psychiatrist, based on

02:57   1   his records and based on the history that she gave that --

2          THE COURT:  So, it goes more to plaintiff's

3   credibility?

4          MR. McKINNEY:  And whether or not she has

02:57   5   post-traumatic stress disorder and a variety of other issues.

6          MR. ESTEFAN:  And one other thing I might add, your

7   Honor.  I think Dr. Paskowitz' records are in evidence.  So --

8   and Mr. McKinney, of course, as all of us, would be free to

9   argue any reasonable inferences therefrom.  So, it's not as

02:57   10   though he wouldn't have the benefit of anything Dr. Paskowitz

11   has to say.

12          MR. McKINNEY:  I do find myself a bit taken aback

13   having to respond to this.  You know, for some number of hours,

14   my esteemed opponents have known that I intended to call

02:58   15   Dr. Paskowitz.  The first I heard that they were going to raise

16   the objection that he was not on my witness list was when they

17   stood up and made the announcement after the jury left.

18          THE COURT:  I'm going to allow it.  I'm going to allow

19   him to testify.

02:58   20          Tell me where the basic thematic disagreements

21   are on the jury charge.  Don't have to get into the details

22   yet.  Tell me where you're disagreeing.

23          MS. VORPAHL:  I'd have to say we don't have any idea,

24   because we have not exchanged charges.

02:58   25          THE COURT:  Okay.  Well, then, I'm not going to get in

02:58  1   the middle of that.  You-all spend this time talking about it.

2          MS. VORPAHL:  That's a great idea, your Honor.  I

3   think that's what we should do.

4          MR. McKINNEY:  I will say -- for what it's worth, let

02:58  5   me throw this out because the fundamental thematic issue I see

6   is that the first question ought to be whether my client raped

7   Ms. Jones.  I think that's the first question the jury ought to

8   have to answer.  And I think the instructions ought to come out

9   of the Texas Penal Code.  So, if anybody has an issue with

02:59  10  that --

11         THE COURT:  Well, I mean, there are potentially a lot

12  of issues when criminal charges are used in a civil proceeding.

13  I've done other hybrid cases.  It's a little tricky.

14             If we have an instruction that clearly applies

02:59  15  and the parties can't agree, the default option is always going

16  to be the pattern jury instruction.  If we can't agree, that's

17  the default option.  Often the parties can agree and have a

18  custom-made, tailored instruction that's more suitable; but

19  lacking that, we'll use the patterns.

02:59  20             Have you -- there's also an issue -- the default

21  option in the pattern jury instructions on the civil side is

22  that you guys argue and then I charge.  Every case I've ever

23  had, except one, the lawyers preferred that I instruct and then

24  they argue.

03:00  25         MR. ESTEFAN:  I prefer that, Judge.

03:00  1          MS. VORPAHL:  So do we.

2          MR. McKINNEY:  We're all fine with that.

3          THE COURT:  Okay.  How much time are you-all going to

4      need for closing arguments?

03:00  5          MR. HEDGES:  I thought your Honor already had given

6      us, like, an hour a side.

7          THE COURT:  Yeah, but I just wonder --

8          MR. ESTEFAN:  I thought it was a little longer than

9      that.

03:00  10         MR. KELLY:  I think it was a little longer than that,

11     Judge.

12         MR. ESTEFAN:  An hour and a half a side, I thought.

13     We had that in voir dire and opening.

14         THE COURT:  That's an awful -- three hours of closing

03:00  15     arguments?

16         MS. VORPAHL:  That's awful.

17         THE COURT:  And we got -- I mean, do you-all divide up

18     the time?

19         MS. VORPAHL:  We would certainly divide up whatever

03:00  20     time there is, but I think three hours is still too much.

21     That's just my own view.

22         MR. McKINNEY:  It depends on how much of it I get.

23         MS. VORPAHL:  Well, we'll probably give you a few

24     minutes.

03:00  25              I'm kidding.

03:00    1                    I'm assuming we would split the time evenly.

         2           MR. McKINNEY:  I'm going to need 30, 35 to 40 minutes.

         3           THE COURT:  No, you don't.

         4           MR. McKINNEY:  I think I do, Judge.  They're going to

03:01    5    be up for --

         6           THE COURT:  I thought you told me this was a simple

         7    case, we ask the first question, did your client rape

         8    plaintiffs' client; and then, if the answer is what you think

         9    it's going to be, that's -- your whole case is over.  You don't

03:01   10    need 30 minutes to explain that.

        11           MR. McKINNEY:  Well, we have three weeks of evidence,

        12    Judge, and a fair amount to discuss in the evidence.

        13           THE COURT:  I'm going to give an hour per side.

        14    You-all can divide it up however you wish.  Okay.

03:01   15           MS. VORPAHL:  Your Honor, while we're talking about

        16    charge issues, I do believe that as to the fraudulent

        17    inducement claims -- and I've included this in the motion for

        18    directed verdict -- that there's going to be a decision that

        19    the Court is going to have to make as to duty.

03:01   20           THE COURT:  Okay.  All right.  Thank you-all very

        21    much.

        22           (Proceedings recessed for evening)

        23                        *  *  *  *  *

        24

        25


                    *Cheryll K. Barron, CSR, CM, FCRR*                *713.250.5585*

1              COURT REPORTER'S CERTIFICATION

2         I certify that the foregoing is a correct transcript from
          the record of proceedings in the above-entitled cause.
3

4    Date:  July 5, 2011

5

6                            /s/   Cheryll K. Barron

7                       Cheryll K. Barron, CSR, CMR, FCRR
                        Official Court Reporter
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$15 [1]** 14/16
**$2,600 [1]** 166/4

**'**

**'05 [5]** 131/19 131/21 131/22
131/23 199/6
**'06 [2]** 131/20 131/22
**'87 [1]** 8/8
**'89 [1]** 8/8
**'The [2]** 119/4 151/7

**/**

**/s [1]** 216/6

**1**

**10 [1]** 33/12
**100 [1]** 23/23
**1000 [1]** 2/6
**10:00 [1]** 41/9
**10:03 [1]** 45/7
**10:18 a.m [1]** 45/7
**1150 [2]** 1/18 1/21
**11:30 [1]** 57/5
**11th [1]** 35/20
**12 [2]** 16/17 80/19
**12:08 [1]** 113/18
**12:30 [1]** 111/12
**12:45 [2]** 108/12 112/3
**12:47 [1]** 113/18
**12th [2]** 35/1 35/19
**13 [1]** 77/7
**14 [2]** 77/7 80/19
**15 [3]** 16/16 24/19 45/5
**152 [2]** 40/15 40/17
**154 [3]** 37/9 37/13 39/2
**16 [1]** 33/11
**18 [1]** 33/11
**18th [1]** 64/8
**19 [1]** 74/24
**191 [3]** 60/5 60/24 61/4
**1994 [1]** 8/9
**1996 [1]** 82/24
**1:00 [1]** 111/19
**1:00 o'clock [1]** 111/17
**1A [1]** 16/5

**2**

**2 miles [1]** 161/8
**20 [3]** 15/23 65/15 71/17
**20 points [1]** 17/14
**20/20 [1]** 65/15
**2000 [1]** 103/11
**2002 [1]** 69/11
**2004 [2]** 27/13 27/19
**2005 [19]** 26/3 57/6 57/6 60/7
60/23 103/24 104/12 108/20
119/14 119/20 119/22 119/23
121/23 138/8 152/18 161/23
166/3 179/25 198/22
**2006 [10]** 8/13 109/3 111/5
119/25 120/3 158/17 158/19
164/7 166/6 166/10
**2007 [9]** 34/7 83/18 115/6
115/11 116/8 149/24 150/5
151/21 151/21
**2007 altercation [1]** 77/12
**2008 [2]** 171/5 173/5
**2009 [4]** 77/11 171/15 175/8
175/9
**2010 [2]** 77/10 176/25

**20th [5]** 115/5 115/11 116/8
149/24 150/5
**21 [2]** 80/3 164/7
**224 [2]** 11/16 20/13
**22nd [1]** 27/12
**230 [1]** 103/13
**24 [2]** 15/23 207/10
**243 [1]** 92/25
**25 [1]** 141/20
**250 [1]** 166/11
**252 [1]** 33/14
**257 [2]** 199/13 199/14
**26 [1]** 17/19
**2719 [1]** 1/4
**27th [2]** 67/19 105/2
**28 [2]** 26/3 67/17
**28th [6]** 57/5 67/19 71/9
74/19 103/24 104/12
**29 [1]** 26/3
**29th [3]** 33/14 57/6 67/18
**2:11 [1]** 182/12
**2:20 [1]** 182/12
**2B [1]** 16/5
**2nd [3]** 60/7 60/23 62/2

**3**

**3,000 [1]** 166/7
**3,100 [1]** 166/7
**3.5 [1]** 64/24
**3.56 [1]** 64/23
**3.86 [2]** 33/18 64/25
**30 [8]** 15/24 17/15 24/1
71/17 138/2 179/17 215/2
215/10
**30-point [1]** 15/20
**300 [1]** 166/11
**30th [2]** 175/8 175/9
**35 [1]** 215/2
**36th [1]** 2/6
**3C [1]** 16/5

**4**

**40 [3]** 17/15 141/20 215/2
**41 [1]** 141/20
**412 rulings [1]** 4/9
**49 [1]** 45/18
**4D [1]** 16/5
**4th [1]** 158/17

**5**

**50 miles [2]** 171/6 173/19
**500 [1]** 2/11
**515 [1]** 2/14
**5:30 [1]** 194/18
**5th [1]** 158/18

**6**

**6' [1]** 133/2
**60 [1]** 17/19
**65 [3]** 24/4 24/5 24/10
**69 [2]** 46/21 47/1
**6:30 [1]** 43/1
**6:30 in [3]** 41/12 57/6 63/10
**6:45 in [1]** 63/11

**7**

**75 [1]** 7/19
**77002 [2]** 2/7 2/15
**77056 [3]** 1/19 1/22 2/11

**801 [1]** 133/13
**859 [1]** 33/13
**8:30 [5]** 189/15 191/9 196/12
203/15 204/20
**8:34 [1]** 1/5
**8th [2]** 34/7 34/25

**A**

**a -- I [1]** 73/8
**A's [1]** 65/1
**a.m [3]** 1/5 45/7 45/7
**AAPL [1]** 83/13
**aback [1]** 212/12
**abdomen [3]** 34/16 34/20 69/7
**abdominal [1]** 30/15
**abide [1]** 31/12
**abilities [2]** 14/19 81/15
**ability [4]** 15/1 15/22 16/9
51/5
**able [15]** 14/4 19/4 28/12
35/14 41/18 60/3 69/18 69/20
72/24 76/16 93/14 126/2
152/10 187/7 203/4
**about [185]** 4/15 4/21 6/5
6/21 7/15 12/15 13/7 15/11
16/11 19/10 20/7 20/21 22/21
24/8 29/12 30/6 30/7 31/2
31/15 31/21 32/4 34/5 35/21
41/9 49/7 52/9 53/21 55/1
55/4 55/13 56/1 62/22 63/25
64/3 64/11 64/15 67/25 68/7
68/13 69/14 69/17 70/25
74/24 76/10 76/25 77/4 77/11
77/22 78/2 79/13 79/18 80/5
80/7 81/3 85/11 85/12 86/4
86/7 86/12 86/13 87/11 87/24
87/25 88/1 90/7 90/9 90/16
91/1 94/4 94/12 95/11 95/21
96/16 97/19 97/20 98/7 98/21
99/1 99/23 100/10 103/11
103/11 108/3 109/22 109/23
109/24 110/1 112/4 112/16
114/10 114/15 115/9 118/5
118/7 118/13 119/2 121/18
121/19 122/5 122/23 129/11
129/11 131/3 131/7 132/18
132/24 133/2 134/17 135/17
135/22 137/6 137/16 139/24
140/3 140/6 140/25 141/5
141/13 142/2 142/4 143/17
144/13 144/18 144/18 146/7
146/25 147/22 150/9 151/5
152/20 155/5 155/7 155/15
156/4 156/13 156/24 157/6
157/11 157/14 157/17 157/17
157/17 157/17 157/18 159/11
159/17 159/24 160/5 160/17
162/19 162/25 164/10 166/4
166/5 166/9 166/11 167/21
171/6 171/13 172/16 173/19
174/8 177/24 184/22 185/1
185/18 186/3 187/14 187/19
191/8 191/10 191/25 193/3
193/16 196/24 200/1 203/19
203/20 205/24 206/10 206/20
207/11 207/21 213/1 215/15
**above [1]** 216/2
**above-entitled [1]** 216/2
**absence [1]** 27/8
**absolute [2]** 32/23 91/2

2

**A**

**absolutely [18]**  19/25 21/4 23/24 49/25 53/23 56/18 56/23 62/11 63/12 72/16 80/11 82/10 86/11 93/5 94/15 97/17 107/19 197/24
**abstract [5]**  15/9 15/9 15/15 15/17 16/9
**abuse [9]**  34/23 79/22 79/23 148/17 165/10 168/8 169/12 183/11 183/11
**abused [6]**  70/14 80/14 120/11 144/16 144/19 167/6
**abuses [1]**  171/14
**abusing [2]**  77/25 148/6
**Academy [1]**  83/16
**accept [2]**  40/12 70/8
**accepted [5]**  18/10 70/2 73/11 76/4 104/25
**accepts [1]**  73/2
**access [6]**  5/7 12/2 59/1 103/3 155/9 208/22
**accord [1]**  158/23
**accordance [1]**  73/25
**according [4]**  34/10 111/8 129/20 164/8
**account [3]**  37/3 48/21 105/1
**accountants [1]**  150/24
**accounted [1]**  24/10
**accounts [1]**  70/5
**accumulation [1]**  75/9
**accurate [5]**  28/2 76/19 82/2 98/24 153/22
**accurately [1]**  49/1
**accusations [1]**  129/23
**accuse [1]**  113/14
**accused [7]**  83/2 88/16 88/17 88/19 89/14 89/15 97/15
**accuses [1]**  77/24
**acknowledged [1]**  184/8
**acoustics [1]**  115/3
**acquaint [3]**  6/22 7/17 7/21
**acquaintance [1]**  179/9
**across [1]**  24/15
**act [2]**  32/13 86/17
**acted [1]**  183/5
**action [2]**  128/3 130/19
**actions [2]**  183/9 185/15
**active [3]**  37/23 39/21 111/25
**activities [1]**  64/16
**activity [1]**  59/16
**actor [1]**  186/21
**actual [7]**  25/14 27/25 54/8 57/13 65/20 90/8 165/12
**actually [27]**  19/14 33/11 53/20 55/17 59/13 60/4 75/19 109/15 109/20 110/20 122/1 122/5 137/12 139/15 143/5 144/7 156/3 160/12 177/16 183/2 183/25 185/13 186/18 192/18 194/2 194/6 198/3
**Adams [1]**  71/25
**add [8]**  14/7 14/8 102/18 108/21 189/20 189/22 205/23 212/6
**added [1]**  41/15
**adding [2]**  14/10 93/19
**addition [6]**  19/7 73/12 109/7 110/11 184/24 197/14
**address [1]**  48/8
**addressed [1]**  25/7

**adequate [1]**  208/20
**adhere [1]**  21/20
**adjustment [6]**  25/1 29/12 29/13 29/15 29/16 30/2
**admin [2]**  137/18 140/9
**administer [3]**  6/2 114/8 172/14
**administering [1]**  19/7
**administration [2]**  33/18 64/25
**administrative [3]**  119/7 132/3 151/10
**admiration [1]**  82/14
**admire [3]**  82/20 86/13 86/14
**admires [1]**  89/20
**admission [3]**  126/15 126/18 199/15
**admit [2]**  183/13 211/12
**admittedly [1]**  185/20
**admonish [1]**  73/6
**admonished [2]**  90/8 90/10
**admonition [1]**  90/10
**advantage [2]**  102/25 211/14
**advice [2]**  117/13 117/14
**advised [2]**  26/14 208/6
**advisement [1]**  191/1
**advisers [1]**  150/25
**advises [1]**  45/25
**affect [8]**  10/20 12/14 12/19 19/13 19/21 66/6 82/5 127/11
**affected [1]**  82/13
**affective [4]**  23/8 24/22 28/19 28/21
**afflicted [1]**  59/13
**afford [1]**  142/15
**afoul [3]**  20/23 40/11 113/4
**afraid [5]**  64/1 142/11 144/8 168/12 187/7
**after [42]**  13/10 34/11 36/11 36/14 38/18 42/15 43/2 51/2 68/25 76/22 93/17 93/23 94/9 108/6 110/17 111/24 129/6 131/4 135/10 136/9 136/21 144/16 144/19 148/14 148/18 158/6 158/7 158/16 158/20 159/4 159/7 159/21 160/5 168/14 178/16 181/8 183/5 183/9 183/21 188/16 199/17 212/17
**afternoon [13]**  113/20 114/3 114/4 172/10 193/15 194/18 195/6 196/6 200/2 203/14 203/18 205/12 206/14
**afterwards [2]**  95/6 95/15
**again [24]**  17/4 26/20 30/11 78/17 85/19 86/12 96/10 108/20 109/17 111/20 125/19 130/18 138/15 142/25 144/8 146/12 155/21 156/20 175/2 183/5 183/8 183/12 185/20 191/20
**against [22]**  88/18 89/17 115/7 117/2 117/20 117/25 118/1 119/24 129/23 129/23 144/14 148/24 154/10 157/3 173/21 173/24 174/9 176/4 178/7 178/19 187/15 187/20
**age [1]**  141/19
**agency [4]**  126/24 151/18 152/11 152/13
**agent [1]**  126/23
**agents [3]**  44/23 68/6 68/10

64/11 95/9 125/22 136/8 141/10 149/21 157/14 184/17
**agony [1]**  57/11
**agree [14]**  33/4 46/11 53/21 68/22 86/15 92/1 150/25 154/17 159/7 184/15 184/20 213/15 213/16 213/17
**agreeable [1]**  22/20
**agreed [2]**  68/22 118/13
**agreement [18]**  115/23 116/6 116/7 116/10 118/11 118/23 119/1 149/4 149/6 150/7 150/18 150/21 150/23 151/1 151/4 151/12 161/22 176/15
**agrees [1]**  150/20
**ahead [3]**  67/19 111/3 205/22
**aid [1]**  22/19
**aided [1]**  1/25
**Air [2]**  8/2 173/17
**Air Force [1]**  8/2
**aircraft [9]**  197/25 198/5 200/17 200/17 200/18 200/21 200/23 200/24 200/25
**airplane [2]**  16/11 181/11
**airport [1]**  158/22
**Al [11]**  121/24 122/4 122/7 122/17 123/7 123/9 132/1 132/2 132/6 136/21 137/9
**Al Asad [11]**  121/24 122/4 122/7 122/17 123/7 123/9 132/1 132/2 132/6 136/21 137/9
**Alabama [1]**  8/3
**alcohol [8]**  111/6 125/13 125/18 125/25 126/3 167/13 167/13 167/14
**alert [4]**  24/20 40/8 87/20 189/13
**aligning [2]**  88/14 88/15
**all [225]**
**allegation [3]**  120/2 144/4 184/13
**allegations [8]**  21/6 43/23 110/17 117/20 129/24 160/5 171/19 184/19
**alleged [18]**  26/3 27/13 28/7 36/12 36/15 38/3 41/7 51/23 57/4 67/16 86/10 93/20 98/12 127/6 129/13 158/14 175/5 178/10
**allegedly [2]**  42/17 106/9
**alleges [2]**  37/11 66/9
**alley [8]**  34/5 34/8 34/10 35/7 35/22 77/13 77/15 77/17 77/25 78/3 78/16
**allow [15]**  4/21 66/14 76/9 76/12 111/23 125/5 126/7 133/14 137/3 187/7 189/25 203/4 203/7 212/18 212/18
**allowed [13]**  34/22 89/18 90/6 90/9 90/16 107/13 120/13 158/22 158/23 204/2 207/3 207/13 208/23
**allowed to [1]**  204/2
**allowing [2]**  87/12 209/5
**alluded [1]**  11/5
**almost [7]**  64/14 64/14 81/14 82/9 125/24 146/1 184/24
**alone [4]**  43/8 50/3 67/23 118/2
**along [4]**  42/6 42/7 137/22 170/5

**already [6]**  77/23 125/1
131/13 193/21 205/10 214/5
**also [26]**  10/18 12/23 13/5
49/9 60/14 62/3 67/20 69/21
76/10 77/3 86/7 86/9 99/23
100/12 109/24 112/22 138/8
139/25 152/3 155/4 161/25
178/25 189/25 206/19 208/24
213/20
**altercation [1]**  77/12
**although [2]**  88/16 210/6
**always [12]**  44/25 46/20 81/14
86/19 91/10 91/23 92/4
124/17 144/12 182/4 190/7
213/15
**am [10]**  6/18 7/19 50/4 81/3
81/4 96/14 120/13 127/24
149/13 189/13
**ambidextrous [1]**  55/12
**Ambien [1]**  165/11
**ambulance [1]**  177/20
**American [11]**  33/15 33/16
64/20 64/21 73/4 83/13 83/16
83/20 87/4 87/4 87/16
**amnesia [1]**  57/19
**among [1]**  169/11
**amongst [1]**  11/6
**amount [6]**  12/7 16/3 119/6
151/9 208/15 215/12
**an.d [1]**  122/13
**anally [1]**  51/16
**analogous [1]**  185/24
**anatomy [1]**  50/10
**and/or [1]**  18/5
**Andino [12]**  193/16 193/20
193/24 194/13 195/4 196/16
196/18 196/21 200/1 200/20
203/6 203/8
**Andrew [1]**  2/9
**anesthesia [1]**  56/18
**anesthetic [2]**  99/9 99/10
**animals [3]**  79/21 79/21 79/22
**Anna [2]**  170/22 172/23
**announcement [1]**  212/17
**another [23]**  14/7 14/8 16/8
32/11 34/12 39/25 70/20
81/17 82/13 99/10 117/22
118/4 124/10 128/18 135/20
138/21 141/14 166/10 166/11
171/4 172/3 186/9 196/11
**answer [18]**  27/11 39/10 53/22
80/6 92/9 92/11 93/21 104/13
104/13 112/15 113/1 130/15
146/9 182/20 182/21 201/3
213/8 215/8
**answering [1]**  157/10
**answers [1]**  67/15
**anterograde [2]**  56/20 99/5
**Anthony [1]**  71/25
**anticipate [2]**  131/2 191/10
**anticipated [1]**  208/18
**anticipating [1]**  191/6
**antidepressive [1]**  23/16
**antisocial [2]**  31/9 31/11
**anxieties [1]**  105/19
**anxiety [15]**  24/6 25/10 25/19
28/22 28/24 29/21 30/2 30/13
58/1 66/11 69/4 77/5 96/24
102/2 105/25
**any [96]**  4/13 7/1 7/4 7/6

12/2 18/20 19/13 20/23 21/21
25/7 26/19 27/21 34/1 41/21
44/4 57/17 60/20 61/10 63/19
63/19 64/5 66/6 66/10 66/10
68/11 68/13 69/10 72/17
72/20 80/23 81/9 100/13
100/13 100/23 101/3 101/5
103/2 103/3 105/14 107/16
107/21 111/21 116/24 119/2
124/22 128/6 129/12 129/18
130/22 130/22 133/23 135/6
140/17 150/21 150/23 151/2
151/2 151/5 151/13 151/15
151/17 151/18 154/15 157/7
161/21 164/5 168/15 169/12
170/8 170/16 170/18 176/12
179/9 180/5 180/16 180/18
180/24 182/18 182/19 184/14
186/17 193/14 197/24 199/20
200/11 201/8 202/18 209/21
211/9 212/9 212/23
**anybody [8]**  54/16 56/17 129/3
146/10 148/5 191/12 207/6
213/9
**anyone [12]**  58/6 88/19 107/8
107/16 120/2 144/11 153/13
153/16 158/14 160/3 160/9
206/2
**anything [50]**  5/8 5/14 10/2
30/20 49/17 56/17 63/6 66/23
76/25 77/9 77/11 77/23 93/18
93/24 96/4 97/19 100/9
107/14 111/22 120/17 134/2
134/17 140/6 141/5 142/2
143/2 146/15 147/12 147/22
156/24 157/5 158/24 159/24
161/10 165/23 166/25 180/21
181/1 181/3 182/16 182/19
182/25 184/18 189/20 189/22
195/19 207/24 211/20 211/23
212/10
**anyway [2]**  123/12 203/6
**anywhere [2]**  87/14 145/8
**apart [1]**  8/18
**apologize [2]**  38/11 190/4
**apparent [2]**  24/24 62/17
**apparently [4]**  40/5 63/13
194/17 204/23
**appeal [2]**  133/18 190/24
**appear [1]**  101/24
**appearance [8]**  19/16 19/21
19/25 20/1 20/6 66/10 107/5
169/8
**appearances [3]**  65/10 66/4
66/11
**appeared [4]**  19/14 111/5
164/9 170/11
**appendices [1]**  11/15
**apples [1]**  87/24
**applied [1]**  64/20
**applies [1]**  213/14
**appointed [4]**  4/25 5/13
112/17 113/10
**appraised [1]**  113/3
**approach [9]**  27/7 27/7 46/23
88/8 104/1 167/23 170/23
182/9 198/8
**approached [4]**  26/17 26/18
143/19 143/21
**appropriate [8]**  18/12 24/21
36/23 187/17 187/18 187/25

**approximation [1]**  115/17
**April [8]**  34/7 35/19 35/20
115/11 115/13 116/8 150/4
151/21
**April 20th [2]**  115/11 116/8
**APUS [1]**  33/19
**arbitration [7]**  100/2 100/7
109/25 110/1 110/2 149/4
149/7
**are [163]**  6/23 7/18 9/1 9/6
9/18 9/23 10/3 10/8 10/20
10/21 10/24 11/6 13/13 13/14
13/17 13/19 16/2 16/10 16/22
16/24 17/6 18/10 18/14 18/15
20/4 20/18 21/6 21/11 21/19
23/4 23/24 24/3 26/1 26/11
27/12 27/15 28/14 29/1 30/21
30/23 31/7 31/9 31/10 31/20
31/22 32/1 32/22 33/22 33/22
33/23 34/2 34/5 36/23 41/24
43/21 44/18 46/16 49/8 51/21
51/21 51/25 52/1 53/11 53/12
55/2 55/14 55/19 56/3 56/3
56/4 56/7 56/10 56/19 59/14
59/15 59/18 62/8 64/16 65/13
66/23 69/8 69/8 69/22 70/19
74/24 75/12 78/23 79/22
80/12 81/5 81/6 82/13 83/22
84/10 84/22 87/18 87/23
88/24 92/2 92/8 92/12 96/2
96/12 96/14 97/14 98/23
98/23 104/20 115/3 117/10
118/7 120/14 121/14 121/14
130/24 130/24 130/25 134/20
141/23 144/11 148/9 153/20
159/10 162/13 164/5 164/10
167/6 169/11 171/19 175/16
180/2 182/14 182/16 183/9
184/3 184/7 187/19 189/12
190/23 190/24 191/12 191/25
192/7 193/3 193/8 195/2
195/5 196/5 200/22 204/10
204/24 205/2 205/24 208/11
209/1 209/8 210/16 211/18
212/7 212/21 213/11 213/12
214/3
**area [8]**  9/22 13/22 14/12
24/5 25/6 79/17 79/22 80/25
**areas [5]**  17/21 25/19 30/15
36/24 55/19
**aren't [3]**  31/24 94/4 184/3
**argue [10]**  108/20 185/10
189/24 190/2 193/11 194/20
194/23 212/9 213/22 213/24
**arguing [2]**  89/7 184/5
**argument [2]**  103/16 206/19
**arguments [3]**  130/24 214/4
214/15
**arm [2]**  30/18 35/6
**armed [3]**  68/3 75/16 75/20
**arms [1]**  167/5
**Armstrong [12]**  43/3 43/6
43/15 43/16 43/21 44/1 44/7
44/10 45/17 47/23 48/14 72/6
**army [4]**  48/1 56/2 159/19
160/21
**around [17]**  12/11 95/24
112/16 132/8 134/5 134/5
134/9 134/12 145/10 145/14
145/20 146/13 146/16 147/13
159/15 160/13 170/25

**arrested [1]** 78/8
**arrive [1]** 131/21
**arrived [2]** 68/9 132/3
**arriving [1]** 10/6
**arrows [1]** 190/14
**Arroyo [13]** 40/19 40/20 40/23
42/13 42/14 45/16 62/16
63/11 71/23 74/18 74/25 75/2
75/12
**Arroyo's [1]** 45/20
**article [3]** 85/8 85/11 85/14
**articulate [1]** 123/24
**as [170]** 4/17 4/20 6/23 7/24
8/9 8/13 8/15 10/23 12/4
12/5 12/16 13/2 14/18 14/18
18/11 18/23 18/23 19/14
22/19 28/19 28/19 29/13
30/24 31/11 34/17 35/7 36/2
36/24 38/21 38/23 40/12 41/4
41/6 44/12 44/15 44/18 44/18
44/21 45/20 46/5 46/14 46/15
48/4 48/16 50/18 53/21 55/23
56/8 57/15 61/19 61/19 62/9
62/12 62/13 62/18 63/8 63/9
63/14 63/14 65/7 66/5 66/16
66/16 67/20 68/1 69/17 70/2
70/8 72/19 72/23 72/24 73/3
73/7 73/15 74/1 74/2 74/5
74/12 74/24 75/12 78/9 78/23
79/7 79/9 79/19 83/20 85/7
86/3 88/18 96/12 98/14 98/14
98/14 98/22 101/21 103/12
104/15 104/15 109/17 112/12
112/18 113/2 115/1 117/23
121/4 121/6 121/19 121/19
124/18 126/16 127/3 127/5
127/5 127/6 127/22 129/18
136/3 136/4 138/8 142/13
143/10 145/2 145/20 152/1
153/19 153/23 158/4 158/21
160/20 162/4 170/3 171/14
171/15 174/5 174/5 174/9
174/14 177/12 177/12 180/18
183/12 185/4 185/14 185/14
187/2 188/12 189/7 193/1
193/1 193/2 195/12 195/12
195/14 195/14 197/22 198/21
199/10 205/12 206/6 206/9
206/15 207/9 207/9 208/4
210/11 210/11 212/8 212/9
215/16 215/19
**Asad [11]** 121/24 122/4 122/7
122/17 123/7 123/9 132/1
132/2 132/6 136/21 137/9
**ask [40]** 12/15 13/12 14/17
15/3 20/7 20/16 24/11 26/20
44/25 48/7 49/22 59/24 61/6
64/1 64/3 67/5 67/24 77/22
90/11 90/16 100/24 103/19
104/24 106/8 115/1 123/24
131/7 139/24 143/5 144/13
159/11 171/3 173/4 180/5
180/7 181/3 187/12 187/13
211/25 215/7
**asked [25]** 35/13 39/4 42/10
43/25 46/14 51/23 52/14
72/21 74/17 90/7 101/19
107/12 117/13 118/13 119/2
121/19 138/22 150/9 151/5
156/7 158/11 179/13 181/10

**asking [13]** 60/6 61/8 64/17
76/7 76/7 88/3 95/12 95/12
116/24 147/16 147/17 148/5
153/17
**asks [2]** 26/7 73/22
**asleep [3]** 120/16 142/5
164/14
**aspects [2]** 36/1 71/11
**assailant [1]** 109/4
**assailants [4]** 41/2 41/18
51/18 129/10
**assault [11]** 27/22 28/1 38/3
41/7 67/17 76/22 93/4 93/22
102/3 166/19 178/19
**assaulted [5]** 27/14 35/12
51/18 166/22 176/17
**assessing [3]** 18/12 28/1 34/3
**assessment [2]** 79/16 81/7
**assigned [1]** 43/8
**assist [2]** 28/18 44/2
**assistance [4]** 132/23 137/9
137/13 154/16
**assistant [3]** 27/14 40/24
132/3
**assists [1]** 37/9
**associated [3]** 23/15 55/20
197/12
**Association [4]** 73/4 83/14
83/20 87/5
**assume [21]** 9/12 49/21 50/4
50/8 50/14 50/21 50/24 51/10
51/19 52/3 60/6 60/7 60/12
60/14 60/18 60/21 61/8 61/9
61/11 162/6 206/18
**assumes [1]** 9/4
**assuming [3]** 105/7 105/8
215/1
**assumption [1]** 8/25
**assumptions [6]** 51/21 51/22
57/19 57/21 61/7 61/14
**assured [1]** 207/6
**assures [1]** 154/19
**at [179]** 1/20 7/25 8/3 8/4
8/7 8/10 8/11 9/17 10/5 10/6
10/13 11/19 12/25 13/9 13/11
15/5 16/17 22/17 24/4 27/15
29/11 30/21 34/8 34/10 37/1
37/9 37/19 38/7 38/13 38/21
39/3 39/21 39/25 41/9 41/12
45/18 47/8 53/12 58/16 58/24
59/20 59/21 63/10 66/23 68/5
68/9 69/22 70/15 72/23 74/9
74/11 75/6 77/12 78/4 88/9
89/12 92/4 94/12 95/1 97/15
98/12 100/20 104/18 106/9
106/10 106/22 106/25 107/2
107/8 107/9 107/16 109/2
109/8 111/7 111/8 111/9
111/12 111/22 113/1 116/6
117/6 118/23 121/9 121/24
122/4 122/10 122/10 122/12
122/12 122/13 122/14 122/17
123/9 125/11 127/7 127/21
127/24 128/17 129/10 129/17
129/17 129/18 129/19 132/2
132/6 132/25 133/3 133/22
134/19 136/21 137/5 137/6
137/12 137/15 139/13 142/15
146/7 146/9 146/20 147/13
148/6 148/7 148/13 149/12
152/7 152/16 153/9 156/9

157/19 157/22 160/3 161/11
162/5 163/20 165/24 167/17
168/3 168/19 168/19 169/1
169/8 169/24 171/2 171/6
171/8 171/20 173/8 174/13
175/2 175/22 177/23 178/25
179/3 179/10 179/25 183/12
183/20 184/10 184/12 187/22
187/25 188/7 188/10 188/17
189/16 189/19 190/7 191/9
196/9 196/12 201/8 203/1
203/15 204/9 204/20
**Atlanta [1]** 53/19
**atmosphere [1]** 179/25
**attack [2]** 175/6 181/8
**attacked [10]** 120/20 140/22
140/24 141/6 142/11 142/22
142/22 142/24 159/21 180/23
**attacker [3]** 180/19 180/25
181/8
**attacking [1]** 120/18
**attacks [1]** 142/13
**attend [2]** 14/4 19/4
**attended [2]** 38/8 162/8
**attending [2]** 12/21 162/12
**attention [7]** 14/3 32/17
33/25 37/14 47/4 133/23
188/9
**attentive [2]** 19/12 24/20
**attenuated [1]** 186/14
**attitude [1]** 128/24
**attorney [5]** 1/20 7/6 87/21
116/21 117/11
**attorney-client [2]** 116/21
117/11
**attorneys [7]** 7/4 66/16
101/16 107/13 107/15 107/16
150/24
**auditors [1]** 150/24
**August [3]** 60/7 60/22 62/2
**Austin [2]** 171/11 177/5
**authentic [1]** 170/4
**authenticate [1]** 169/6
**authenticated [1]** 85/6
**authorized [2]** 126/22 163/21
**available [7]** 74/5 112/9
191/21 192/23 193/10 198/21
209/14
**average [2]** 19/15 33/18
**awake [3]** 55/21 56/12 99/14
**aware [12]** 27/12 27/15 56/13
59/15 59/18 139/20 177/12
177/17 180/20 180/23 180/25
193/7
**away [6]** 16/18 120/21 128/25
138/4 157/4 161/8
**awful [2]** 214/14 214/16
**awfully [1]** 70/13
**awkward [1]** 196/5
**awoke [4]** 51/12 51/24 51/25
62/13
**Axes [2]** 23/4 24/12
**Axes I [1]** 24/12
**axis [25]** 22/18 23/1 23/3
23/8 23/11 23/13 23/18 23/22
25/19 26/10 26/11 26/12
26/25 27/5 28/17 28/17 28/19
28/19 28/21 29/2 29/9 29/9
29/11 31/4 32/23
**Axis I [11]** 22/18 23/1 23/8
25/19 26/11 27/5 28/17 28/19

**A**

**Axis I... [3]** 28/21 29/9 29/11
**Axis II [8]** 23/11 26/12 28/17 28/19 29/2 29/9 31/4 32/23
**Axis III [3]** 23/13 26/10 26/25
**Axis IV [1]** 23/18

**B**

**B's [1]** 65/1
**B-A-L-A-D [1]** 173/17
**baby [1]** 141/25
**back [56]** 4/5 7/17 38/12 52/13 58/14 59/2 59/3 74/24 78/17 79/11 84/3 89/10 90/23 91/12 91/14 92/16 95/8 95/16 95/19 95/19 96/10 108/12 111/12 112/3 113/20 114/16 123/17 124/6 125/5 125/6 125/10 125/14 125/19 125/21 125/23 126/2 136/11 137/25 138/8 138/16 144/4 144/9 145/4 146/3 148/14 150/3 152/17 178/3 181/11 182/13 188/22 192/3 193/22 195/3 195/20 199/6
**backaches [1]** 30/16
**backdoor [1]** 4/25
**backed [3]** 109/5 120/21 144/1
**background [4]** 7/16 44/15 79/19 79/25
**backing [1]** 110/13
**backward [1]** 14/10
**bad [4]** 16/25 24/2 100/10 186/21
**Baghdad [13]** 109/2 109/13 122/7 122/10 127/19 134/20 137/11 137/11 137/14 137/15 140/14 140/15 155/24
**Balad [3]** 173/11 173/14 173/17
**balance [1]** 129/22
**Balli [8]** 100/19 100/23 106/10 106/18 106/19 106/21 106/23 106/25
**bananas [1]** 58/18
**banker's [1]** 70/15
**Barbara [1]** 50/18
**Barr [2]** 177/15 177/17
**barracks [1]** 158/24
**Barron [3]** 2/13 216/6 216/7
**base [10]** 109/11 109/19 109/24 127/7 138/23 161/7 173/11 173/14 173/15 173/17
**baseball [1]** 34/16
**based [14]** 38/2 39/7 40/25 48/4 64/17 68/12 74/4 75/6 76/18 105/6 105/7 129/9 211/25 212/1
**basic [2]** 104/24 212/20
**basically [2]** 80/6 81/5
**basis [5]** 40/3 92/24 97/10 119/24 190/11
**Bass [2]** 177/15 177/17
**bat [1]** 34/16
**bathroom [6]** 41/13 43/11 50/11 62/14 179/13 182/11
**battery [1]** 24/13
**Baylor [2]** 8/10 8/13
**be [190]** 4/4 4/19 5/12 5/17

10/8 19/5 19/14 20/15 21/2 23/12 24/1 24/1 24/3 24/10 24/20 26/25 29/22 30/14 30/16 32/10 34/22 36/10 36/17 38/20 38/21 39/24 42/3 42/5 45/9 47/7 48/6 51/13 51/25 54/10 55/12 55/18 56/9 56/12 56/24 57/20 58/22 59/6 59/17 60/3 64/18 68/13 68/17 68/17 72/22 73/15 74/1 74/5 75/13 77/15 79/1 80/24 84/8 84/9 84/9 84/10 84/12 84/14 84/15 85/8 86/9 86/23 87/12 88/23 89/9 89/20 90/9 91/4 95/1 101/16 101/22 107/4 108/12 108/16 111/18 111/23 112/3 112/11 113/1 114/10 115/21 115/23 117/15 117/16 118/3 118/15 119/5 120/5 122/24 123/3 126/2 126/10 126/15 126/18 126/21 127/7 131/11 134/19 137/19 138/1 140/9 140/11 142/14 142/18 145/5 145/24 146/5 146/10 146/10 147/6 150/19 151/7 157/10 162/14 163/1 163/7 164/9 168/8 170/4 170/11 171/1 171/10 172/6 172/11 172/16 178/24 181/13 183/15 183/18 184/21 185/4 185/6 187/7 188/3 188/8 188/19 189/24 190/19 191/8 191/9 192/4 192/5 192/24 193/17 194/7 195/11 195/12 195/22 196/4 196/12 196/13 197/6 197/20 198/6 200/23 202/18 203/4 203/17 204/2 204/19 205/19 207/3 207/7 207/22 207/22 207/23 208/3 208/6 208/9 208/22 210/12 210/20 210/23 211/20 212/8 213/6 213/16 215/5 215/9 215/18
**bear [1]** 187/3
**beaten [9]** 120/23 144/16 144/18 148/8 148/18 164/13 167/18 168/14 170/13
**beating [4]** 78/4 78/5 148/6 166/1
**became [2]** 83/13 177/12
**because [152]** 8/23 9/14 9/21 9/23 12/22 16/4 16/20 24/2 24/6 25/18 26/23 32/14 32/24 35/4 36/22 40/7 42/9 47/8 48/19 48/20 48/24 49/16 54/3 55/1 56/10 57/1 57/22 57/25 58/22 59/19 64/2 70/9 72/11 73/8 73/17 73/24 74/23 75/2 77/24 79/18 80/2 80/7 81/3 81/11 82/4 86/12 88/15 93/16 93/23 94/8 94/13 95/7 95/10 95/16 95/20 95/20 95/25 98/22 98/25 100/2 101/9 104/21 105/20 106/1 108/9 109/6 110/16 110/20 111/5 122/23 123/14 123/16 123/20 124/15 124/18 124/25 127/7 127/8 128/6 129/9 134/25 135/23 137/20 138/25 139/4 139/5 139/21 140/2 140/12 141/19 141/21 141/25 142/12 143/22 144/8 145/15 145/15

154/10 154/24 156/21 156/24 157/10 158/22 159/1 159/5 161/5 161/7 162/18 163/21 164/13 165/10 165/13 167/3 167/4 167/10 168/12 169/22 169/24 170/11 170/13 177/24 179/5 179/14 185/4 190/13 192/7 192/18 194/17 194/23 196/5 204/10 205/1 205/8 205/14 205/19 206/3 206/18 207/13 208/21 209/12 209/16 209/19 209/22 210/3 210/10 210/17 212/24 213/5
**become [2]** 80/3 108/6
**becomes [1]** 40/23
**bed [4]** 47/19 49/24 50/18 51/12
**been [100]** 4/8 4/14 4/15 7/6 7/8 7/11 13/10 17/12 23/20 25/6 26/16 26/17 27/3 28/1 28/7 28/8 35/11 35/14 38/19 41/6 42/17 42/22 45/13 50/15 51/18 54/5 57/12 60/15 67/1 68/3 68/16 77/11 78/20 78/21 93/6 93/8 95/22 96/23 97/1 101/9 104/2 104/22 109/21 118/19 123/16 124/5 125/1 129/6 131/13 135/4 135/7 135/17 138/17 141/2 141/11 145/7 146/20 156/14 156/25 157/9 157/11 158/1 163/18 164/13 165/7 168/13 168/25 170/2 170/13 171/9 174/19 175/19 177/2 177/9 184/12 184/19 190/18 192/12 193/7 194/1 195/1 197/11 197/12 198/25 201/11 204/20 205/1 206/3 206/13 206/15 206/21 207/14 207/16 207/21 208/4 208/8 208/13 208/15 208/16 210/10
**beer [1]** 125/13
**before [68]** 1/11 6/2 6/5 10/24 13/10 15/16 23/3 28/17 36/19 38/2 38/19 42/4 45/14 46/14 50/3 51/15 54/1 55/9 58/16 63/19 65/11 65/16 68/5 68/24 75/2 85/2 107/25 108/5 108/7 112/13 114/7 114/10 114/15 114/22 124/16 129/1 134/23 135/25 143/14 144/7 149/21 153/25 154/2 156/16 158/6 158/13 158/14 159/8 165/8 166/2 166/19 166/21 167/12 167/16 170/14 172/13 172/16 173/2 179/9 179/11 187/12 188/4 195/1 195/19 198/11 198/15 207/23 210/15
**beg [2]** 76/16 193/20
**began [5]** 18/23 107/7 119/14 152/18 178/16
**begin [1]** 171/5
**beginning [4]** 7/22 44/3 45/16 208/2
**begins [1]** 187/13
**behalf [5]** 66/15 90/2 90/3 97/23 117/7
**behaving [1]** 29/3
**behavior [4]** 49/13 79/6 86/10 144/25
**behind [2]** 86/9 107/2

**being [50]** 4/21 5/23 10/3 11/3 21/23 30/22 30/23 39/23 40/4 40/8 40/10 40/12 40/21 43/2 50/10 52/23 56/3 56/4 56/24 62/23 65/7 65/25 69/20 83/10 84/4 85/24 86/9 109/24 110/13 114/2 117/13 118/17 120/11 129/6 129/8 129/19 130/17 146/13 155/2 156/17 166/14 166/16 167/6 167/18 172/9 174/8 180/23 199/5 205/14 211/7
**beings [3]** 15/12 79/23 96/13
**belief [2]** 31/13 176/6
**believable [1]** 182/15
**believe [39]** 14/1 34/7 38/10 39/22 40/10 46/17 46/19 50/22 53/5 64/8 69/19 74/17 77/10 80/6 94/8 96/9 99/2 103/1 103/23 109/12 111/9 111/15 115/19 117/24 119/19 127/1 127/2 130/21 134/20 143/24 153/18 159/10 181/2 185/2 186/16 191/14 196/3 202/17 215/16
**believes [2]** 103/17 104/6
**believing [2]** 70/9 105/8
**bell [1]** 140/18
**belong [1]** 33/21
**below [1]** 24/1
**bench [1]** 188/10
**beneficial [1]** 210/2
**benefit [1]** 212/10
**benefits [1]** 178/16
**Beneta [2]** 38/14 40/3
**benzodiazepines [2]** 56/19 99/4
**besides [2]** 10/17 66/23
**best [6]** 6/1 18/14 115/17 142/19 150/1 171/11
**better [5]** 31/14 32/5 102/11 102/17 192/2
**between [27]** 8/16 8/20 21/18 29/9 36/17 38/24 41/14 43/11 43/19 44/5 48/12 51/7 55/4 56/24 57/5 73/20 74/18 75/11 91/2 128/15 154/9 166/7 204/23 207/5 207/19 211/4 211/10
**beyond [3]** 90/7 182/17 182/19
**bias [12]** 88/13 88/18 89/18 89/19 89/22 89/23 92/18 96/10 96/11 97/15 113/7 113/14
**biased [4]** 89/14 89/16 92/19 92/21
**bickering [1]** 89/10
**bidding [1]** 45/15
**bifurcate [3]** 183/15 183/16 183/17
**bifurcated [1]** 171/9
**big [3]** 25/18 47/11 127/5
**bigger [1]** 32/15
**bill [4]** 65/16 65/17 177/15 177/17
**Bill Bass [2]** 177/15 177/17
**billeting [2]** 179/7 187/4
**Billy [14]** 121/13 138/6 138/7 138/13 138/19 139/18 139/20 139/24 140/2 140/17 142/19

**binds [1]** 32/2
**bipolar [2]** 23/9 28/22
**Bird [1]** 200/14
**Birmingham [1]** 8/4
**bit [13]** 7/15 44/14 109/1 123/25 139/24 141/8 149/23 163/11 190/19 199/3 203/1 208/17 212/12
**bits [1]** 98/23
**black [2]** 146/8 146/11
**Blake [1]** 2/4
**blame [3]** 49/16 181/14 181/16
**blaming [3]** 49/10 92/18 183/8
**Blank [15]** 53/19 56/8 70/21 72/17 74/3 74/12 75/15 75/16 75/24 76/4 76/14 77/4 77/10 80/5 81/16
**Blank's [8]** 70/21 72/17 76/21 77/3 77/7 79/11 80/22 81/9
**bleeding [1]** 41/14
**blinds [2]** 58/24 59/22
**blocked [1]** 134/6
**blocking [1]** 59/22
**blowback [1]** 128/7
**blown [3]** 47/18 56/4 56/4
**blue [1]** 55/7
**blues [1]** 18/4
**BNC [1]** 132/4
**board [4]** 7/23 24/15 71/1 198/5
**boarded [2]** 200/9 201/10
**Body [1]** 19/25
**bombs [1]** 56/4
**bone [2]** 9/24 9/25
**Borderline [1]** 29/5
**borne [1]** 51/21
**BORTZ [42]** 2/8 5/21 37/12 38/9 38/13 38/24 39/4 40/9 41/22 42/3 42/6 42/6 42/7 42/9 42/10 42/14 46/21 47/1 47/20 51/14 60/5 61/4 63/17 63/18 64/2 71/21 88/15 88/15 95/21 97/20 105/14 127/2 128/16 129/15 129/18 160/25 175/10 190/9 196/7 196/16 197/19 196/15
**Bortz' [6]** 95/7 95/16 95/18 185/15 188/16 190/25
**boss [7]** 109/7 109/8 109/18 138/5 138/8 140/13 179/22
**boss' [1]** 109/10
**both [19]** 4/16 16/12 24/21 32/18 54/6 55/10 68/24 72/14 82/10 95/1 103/4 109/13 115/4 158/6 164/17 175/16 190/23 204/6 205/2
**bottle [1]** 165/4
**bottom [6]** 18/22 40/15 40/17 45/19 47/9 47/10
**bound [1]** 149/7
**bounds [1]** 113/8
**bowling [9]** 34/5 34/8 34/10 35/7 35/21 77/12 77/15 77/17 78/4
**box [1]** 55/5
**Boxer [3]** 41/25 42/1 50/18
**boxes [4]** 10/24 11/5 11/11 70/16
**boy [1]** 32/16
**boyfriend [6]** 40/4 152/23 182/4 183/2 183/8 184/8

**brain [4]** 15/7 15/24 55/19 55/23
**Branch [1]** 8/12
**break [8]** 45/3 46/14 54/21 75/8 108/12 172/3 182/11 196/5
**breasts [2]** 50/10 77/1
**breezeway [1]** 140/25
**Brian [2]** 177/15 177/17
**brief [6]** 4/4 12/10 106/5 107/22 108/17 203/22
**brief demonstration [1]** 106/5
**briefed [1]** 4/8
**briefly [7]** 10/5 37/16 37/20 69/10 144/13 181/5 196/24
**bring [13]** 49/17 67/21 90/4 108/25 130/4 164/15 195/3 195/19 206/24 207/12 209/16 210/9 211/1
**bringing [1]** 204/10 206/23
**brings [2]** 98/4 109/1
**broad [1]** 20/13
**broader [1]** 182/16
**brochure [2]** 162/3 162/13
**broken [2]** 9/24 9/25
**brought [10]** 4/24 106/9 123/7 132/5 139/21 151/14 151/15 151/17 155/21 187/21
**BROWN [2]** 1/6 1/7
**bruised [1]** 167/4
**bruises [7]** 147/23 148/1 148/2 167/5 167/7 167/16 168/9
**bruising [1]** 166/1
**Brumatti [2]** 38/14 38/21
**Brumatti's [3]** 38/20 38/20 40/4
**brutally [1]** 65/8
**buddies [1]** 56/5
**build [1]** 16/13
**building [1]** 135/21
**bullets [1]** 56/3
**bunch [1]** 141/18
**bunk [4]** 50/3 50/16 50/19 51/13
**bus [1]** 137/9
**business [5]** 33/17 64/25 89/5 161/25 180/20
**but [176]** 4/3 5/25 6/6 6/22 12/16 17/20 18/6 21/23 23/3 28/8 30/19 32/11 35/17 36/24 37/1 44/14 48/25 49/10 49/14 50/19 51/5 51/15 52/25 53/20 56/12 57/7 57/25 60/5 60/25 63/7 65/18 67/15 68/16 69/10 69/18 69/21 70/16 71/8 78/8 80/24 81/6 84/10 85/3 89/10 90/24 94/13 95/19 95/22 96/1 97/8 98/16 99/12 101/15 104/5 104/20 104/24 105/8 107/2 108/3 111/12 112/20 113/1 113/12 113/16 114/11 115/9 115/19 116/17 116/17 117/5 117/9 117/14 119/5 120/2 120/5 120/21 121/13 122/12 123/24 124/12 125/12 125/18 125/20 126/7 126/14 126/21 127/10 127/24 128/2 128/6 128/23 129/1 129/14 129/25 135/10 136/3 136/8 136/18 137/8 138/11 139/22

Case 4:07-cv-02719 Document 327 Filed on 07/05/11 in TXSD Page 223 of 257

**B**

but... [75]  140/24 141/1
141/2 141/10 142/7 142/8
142/11 144/22 144/23 144/23
146/7 147/17 148/14 151/1
151/8 152/7 153/3 153/10
153/23 154/8 156/25 157/7
157/15 157/25 158/2 159/8
160/9 160/17 161/3 161/19
164/4 165/10 167/21 169/2
169/5 169/15 169/18 172/3
172/17 174/19 177/17 179/2
179/6 179/7 180/3 182/17
182/23 183/3 183/5 184/1
184/3 184/16 185/22 185/23
186/6 186/19 186/23 189/5
189/24 191/10 192/23 193/12
193/22 196/6 201/2 203/12
206/18 206/20 207/8 207/18
208/14 208/25 213/18 214/7
214/20

**C**

call [22]  35/18 43/7 125/5
144/9 170/22 171/11 171/17
171/17 183/25 184/1 186/11
188/8 193/16 196/15 203/25
205/8 208/20 208/23 209/19
209/19 210/3 212/14
called [25]  13/15 13/22 35/3
44/15 44/18 124/10 134/14
138/11 139/25 140/1 140/2
141/7 145/12 159/22 159/23
159/23 171/8 176/18 178/22
205/12 207/7 208/6 210/12
210/20 210/23
calling [2]  184/1 205/13
calls [4]  5/22 78/13 196/16
202/7
calm [2]  60/19 61/9
came [48]  7/13 8/9 24/4 41/10
42/20 46/1 46/3 48/1 49/8
51/17 64/6 79/25 94/8 95/7
100/16 100/20 120/15 120/17
120/20 120/21 123/11 125/6
125/21 133/2 133/3 137/10
137/18 137/25 138/16 142/3
142/4 143/9 143/13 144/9
146/6 149/4 149/21 154/2
156/3 156/7 158/14 158/24
159/21 160/6 168/3 170/10
179/20 179/20
camouflage [1]  197/10
camp [24]  38/16 109/14 109/14
111/7 111/8 111/9 122/10
122/13 122/14 128/24 129/18
129/19 145/13 145/13 145/14
145/15 157/22 171/6 173/8
175/2 179/25 187/6 197/1
201/5
Camp Victory [4]  109/14 111/9
122/10 122/13
can [113]  4/4 4/19 6/1 9/2
9/24 9/25 10/24 12/5 12/22
14/12 15/9 15/13 16/12 16/13
18/14 19/5 19/5 19/6 20/15
20/21 23/12 23/14 23/18 24/9
24/18 25/2 28/15 28/16 28/18
29/5 29/20 29/21 29/22 32/4
32/6 32/6 32/10 33/4 33/6
33/20 47/5 47/13 49/6 49/17

56/12 56/24 57/18 57/23 58/7
59/3 61/22 69/5 84/21 89/24
90/4 93/25 96/17 96/19 96/24
100/24 101/23 102/14 103/20
104/16 108/15 109/16 112/10
114/5 117/6 118/15 118/17
119/4 119/10 121/12 126/12
126/20 130/4 132/14 133/21
136/2 143/5 150/1 150/13
151/7 156/8 167/21 170/25
180/16 182/11 183/3 190/7
191/23 192/2 192/25 193/1
193/10 194/2 194/17 194/20
195/7 197/2 202/10 205/14
207/19 211/14 211/17 213/17
215/14
can't [36]  15/17 17/5 29/6
30/18 53/13 54/12 54/12
54/19 56/25 56/25 57/23 58/3
58/4 58/4 65/2 68/15 68/20
93/17 93/23 94/1 94/2 95/1
95/25 110/6 132/12 132/13
139/4 165/14 186/8 201/3
205/6 206/17 207/4 208/22
213/15 213/16
Canada [1]  8/7
cannot [6]  9/12 32/13 96/7
96/17 127/7 127/12
cans [1]  125/13
capable [1]  68/14
car [6]  16/11 29/19 29/20
58/25 59/20 63/11
cardiac [1]  8/6
cardiovascular [1]  8/4
care [3]  20/5 20/5 130/16
cares [1]  19/22
caring [1]  32/5
carrier [2]  40/4 178/14
carries [1]  198/13
carry [1]  190/6
case [59]  7/5 7/7 10/5 10/11
10/15 11/23 12/17 13/6 18/24
19/1 30/3 58/15 62/19 66/6
66/9 71/13 88/14 97/7 97/20
100/14 101/9 101/20 103/15
107/7 107/17 127/7 127/10
128/12 128/19 129/1 134/24
135/3 135/9 138/7 140/3
154/14 157/11 171/9 176/23
183/14 185/3 185/3 185/6
185/16 186/10 187/13 188/2
189/5 190/19 191/6 195/8
207/11 208/6 208/14 210/2
210/10 213/22 215/7 215/9
cases [3]  127/13 197/8 213/13
casting [1]  113/1
catastrophic [1]  182/19
catchall [1]  208/12
Cates [1]  2/3
caught [1]  181/13
cause [7]  29/5 29/20 56/20
67/24 99/5 128/2 216/2
caused [2]  78/19 148/2
causes [4]  25/20 29/8 32/20
70/25
causing [1]  8/24
cautioned [1]  74/24
CD's [1]  65/24
cell [1]  76/17
Center [1]  17/8
certain [15]  14/25 15/5 16/3

29/21
34/14 38/13 60/6 69/5 90/8
107/8 107/18
certainly [20]  84/24 85/7
90/9 96/20 99/10 99/16
101/15 104/3 109/9 109/16
110/4 127/2 152/10 159/7
164/4 183/3 188/2 188/7
195/10 214/19
Certification [1]  216/1
certifications [1]  7/23
certified [1]  71/2
certify [1]  216/2
cetera [18]  11/19 19/21 21/10
36/3 39/9 41/2 41/2 47/20
50/12 50/12 62/14 62/18
62/24 63/2 63/8 65/11 65/11
198/23
chain [4]  74/18 74/21 75/4
162/21
chains [1]  62/21
challenged [1]  101/9
chance [2]  126/7 199/17
chances [2]  17/5 17/6
change [4]  15/14 15/18 102/24
102/25
changed [1]  28/9
changing [3]  52/6 63/13 209/9
Chapman [4]  206/20 207/6
207/7 207/10
Chapman's [1]  207/11
characterological [1]  29/4
charge [15]  23/20 113/8 115/6
124/7 130/7 149/24 150/2
151/20 152/10 152/11 173/24
174/19 212/21 213/22 215/16
charges [2]  212/24 213/12
CHARLES [25]  2/8 5/21 37/12
38/8 38/13 41/22 42/3 42/5
42/6 42/7 42/9 42/10 51/14
63/17 64/2 88/15 105/13
127/1 128/16 129/18 160/25
175/10 185/15 190/9 196/16
chart [3]  54/22 60/18 99/3
charted [1]  60/18
charts [1]  62/1
chasing [2]  34/11 35/8
check [2]  179/13 179/16
checked [2]  18/3 18/5 18/6
checking [2]  69/12 208/11
Cheryll [3]  2/13 216/6 216/7
chest [1]  69/6
chief [2]  8/13 170/6
child [1]  192/1
childcare [2]  192/3 194/24
childhood [4]  79/18 80/2 80/4
80/4
children [2]  8/7 79/19
choice [1]  201/2
chop [1]  17/3
chose [2]  101/17 156/22
chosen [1]  152/13
chronologically [1]  102/23
chronology [1]  103/8
CHU [2]  178/22 178/22
CID [17]  120/22 142/7 143/25
144/7 144/20 144/21 145/2
148/16 148/17 159/5 159/12
159/12 159/14 159/16 159/18
159/24 160/21
circle [3]  16/13 16/21 127/9
Circuit [3]  127/10 127/21

**Circuit... [1]**  186/13
**circumstance [1]**  184/16
**circumstances [5]**  10/13 42/17
51/24 105/22 105/23
**civil [3]**  10/15 213/12 213/21
**civilian [5]**  197/7 200/18
200/21 200/23 200/24
**claim [32]**  109/10 117/2
117/23 118/4 119/25 120/7
120/8 127/13 130/8 130/10
144/14 144/15 148/24 149/1
159/19 174/22 175/25 176/2
176/11 176/14 176/17 176/17
178/5 178/7 178/9 178/12
185/11 187/15 187/20 187/24
188/3 188/7
**claimed [2]**  11/3 110/17
**claiming [1]**  65/6
**claims [3]**  119/24 185/8
215/17
**clarify [1]**  90/25
**class [4]**  33/13 33/13 84/14
112/12
**clean [1]**  20/4
**clear [6]**  4/7 126/11 127/11
136/17 207/22 207/22
**clearly [6]**  112/17 113/4
128/21 207/1 207/3 213/14
**clerk [2]**  101/23 188/11
**client [9]**  38/8 80/8 116/21
117/11 128/7 190/12 213/6
215/7 215/8
**climbing [1]**  50/9
**clinic [1]**  169/9
**clock [1]**  15/7
**clockface [1]**  15/4
**close [8]**  27/19 45/18 45/23
88/5 112/2 141/5 184/20
186/11
**closely [1]**  32/2
**closing [3]**  59/21 214/4
214/14
**clothes [1]**  19/19
**clothing [1]**  197/10
**club [1]**  142/18
**clusters [1]**  59/8
**CM [1]**  2/13
**CMR [1]**  216/7
**co [2]**  138/11 192/11
**co-counsel [1]**  192/11
**Code [2]**  161/25 213/9
**cognitive [2]**  12/23 81/15
**cohabitation [2]**  140/3 140/7
**colleague [1]**  106/15
**colleagues [1]**  182/8
**collected [1]**  11/3
**College [2]**  8/1 8/10
**colonoscopy [2]**  56/17 99/2
**combed [1]**  20/2
**combination [1]**  31/9
**come [49]**  8/23 24/18 35/10
35/14 35/15 36/24 44/12 58/7
59/8 59/25 64/7 70/10 73/23
75/2 81/1 95/8 95/16 95/17
99/21 100/18 107/17 111/12
113/9 121/6 125/5 125/14
125/23 126/2 126/16 131/6
132/24 134/2 135/25 139/9
143/10 143/23 143/25 147/18
150/3 157/20 158/11 164/15

206/7 211/17 213/8
**comes [8]**  9/1 34/12 38/12
104/19 114/16 133/13 186/9
188/22
**comfortable [3]**  5/25 135/2
157/5
**coming [31]**  24/7 24/9 56/4
59/4 59/4 70/11 95/18 95/19
98/24 109/4 110/11 110/12
125/10 132/7 133/22 141/23
142/1 157/2 167/14 205/6
205/24 206/11 206/13 206/15
206/21 207/1 208/4 209/3
209/4 209/16 210/22
**coming forward [1]**  110/11
**command [1]**  162/21
**comment [1]**  153/16
**comments [1]**  145/3
**Commission [3]**  115/7 173/25
174/3
**common [5]**  31/11 91/2 136/5
136/7 138/25
**communicate [1]**  24/20
**communicated [1]**  4/14
**communicating [1]**  25/22
**communications [2]**  116/25
150/21
**community [3]**  18/11 137/8
161/7
**company [6]**  1/6 118/14 119/3
125/20 127/5 151/6
**compared [2]**  22/10 144/17
**comparing [1]**  198/20
**compelling [1]**  190/17
**compensation [1]**  178/14
**competition [3]**  32/4 32/15
32/21
**complain [3]**  109/22 135/22
136/2
**complained [10]**  10/3 35/11
109/22 122/23 136/5 152/20
153/12 153/18 153/22 155/7
**complaining [7]**  10/9 48/7
65/2 135/17 136/21 142/2
142/2
**complains [1]**  30/14
**complaint [29]**  122/19 122/21
124/14 154/3 154/8 154/10
154/13 154/24 155/1 155/5
155/8 155/11 155/12 156/1
156/18 156/21 156/23 156/25
157/8 158/18 158/20 160/8
160/16 160/16 170/6 174/2
174/8 174/12 186/3
**complaints [6]**  28/15 31/1
124/16 134/18 155/21 170/8
**complete [3]**  37/17 110/15
169/25
**completed [2]**  8/10 168/3
**completely [4]**  94/22 117/17
117/19 201/9
**complex [2]**  13/22 32/16
**Complicated [1]**  17/1
**complies [4]**  106/13 106/19
106/21 106/23
**comply [2]**  132/9 133/22
**comprehension [1]**  14/20
**computer [2]**  1/25 181/19
**computer-aided [1]**  1/25
**computers [2]**  123/10 155/9
**conceivable [1]**  63/7

**concentrating [2]**  12/21 19/12
**concentration [3]**  10/19 12/14
12/18
**concern [2]**  62/23 167/20
**concerned [6]**  40/23 62/22
80/7 89/13 115/21 177/24
**concerning [2]**  126/23 150/22
**concerns [2]**  132/5 156/4
**concluded [2]**  184/17 195/25
**conclusions [1]**  101/10
**concoct [1]**  94/10
**condemnation [1]**  182/17
**condition [9]**  26/19 59/9
62/13 65/9 72/24 80/8 127/12
127/17 150/25
**conditioned [2]**  130/14 130/18
**conditions [3]**  26/11 127/19
150/18
**conduct [8]**  19/7 106/4 121/16
127/6 127/6 127/22 129/16
162/1
**conducted [6]**  12/12 24/13
34/2 80/19 80/22 81/5
**conducting [1]**  10/4
**conducts [1]**  89/5
**confided [1]**  123/5
**confidence [3]**  130/3 150/19
196/3
**confidential [3]**  87/22 151/1
154/9
**confidentiality [5]**  118/11
149/7 150/8 154/19 154/21
**configuration [1]**  198/23
**confirmed [1]**  40/6
**confirms [1]**  188/11
**conflict [1]**  38/4
**conflicts [1]**  33/24
**confronted [1]**  54/8
**confusing [1]**  188/19
**Congress [6]**  42/4 65/11 65/16
65/17 65/23 99/24
**Congressional [1]**  65/25
**connect [1]**  16/1
**connection [5]**  21/3 21/5
54/24 117/9 118/10
**Connor [3]**  144/2 160/2 160/6
**conscious [11]**  54/10 55/21
56/12 95/1 95/6 95/15 95/22
95/25 99/14 99/21 105/13
**consciously [1]**  53/12
**consciousness [4]**  51/24 94/5
94/19 98/24
**consensual [7]**  38/24 38/25
105/13 105/15 105/18 105/21
128/16
**consider [1]**  108/22
**considering [2]**  112/3 188/3
**consist [2]**  130/12 206/4
**consistency [1]**  78/18
**consistent [12]**  22/7 22/13
25/14 41/3 49/3 49/13 49/14
52/1 66/7 78/24 80/9 102/22
**consistently [4]**  25/10 25/24
27/21 121/21
**constitutes [1]**  57/13
**constituting [1]**  150/22
**contact [5]**  7/4 101/23 107/13
132/5 148/16
**contacted [6]**  97/21 107/11
112/21 113/9 113/13 148/14
**container [6]**  67/23 68/3

## C

container... [4]  75/17 75/22
  76/15 176/11
contemptible [1]  86/8
contested [1]  118/5
continuation [1]  183/10
continue [1]  210/1
continued [3]  2/1 120/22
  145/2
continues [1]  64/19
continuing [3]  133/17 171/14
  182/22
contractor [1]  178/24
contractors [1]  158/3
contrasted [1]  22/10
control [5]  185/24 186/1
  186/2 186/2 208/21
conversation [2]  136/9 207/20
conversations [3]  131/4
  206/14 206/18
Cooper [1]  2/10
cooperate [2]  120/22 145/2
cooperated [2]  143/25 159/5
cooperating [4]  143/25 144/20
  151/13 159/18
coordination [1]  14/25
copies [1]  189/11
Copling [15]  123/21 124/5
  124/7 124/25 125/7 132/20
  132/21 132/22 132/24 134/13
  134/18 136/9 154/6 155/22
  155/23
copy [3]  22/24 47/6 168/2
core [4]  86/24 87/2 87/3
  97/15
correct [76]  6/24 6/25 7/3
  7/5 15/4 26/13 27/1 39/6
  44/13 47/24 48/3 50/1 66/24
  66/25 82/12 86/22 91/25
  93/11 101/14 101/18 107/3
  110/8 115/8 115/12 116/19
  118/12 119/15 120/1 122/11
  122/18 123/13 123/16 125/8
  144/8 146/22 146/22 149/11
  152/1 152/15 153/6 153/8
  154/20 154/22 154/24 155/6
  158/10 158/12 158/19 161/20
  161/24 162/14 162/15 162/23
  166/12 166/13 166/14 166/21
  171/22 173/7 173/25 174/23
  174/24 175/18 176/8 176/19
  176/21 176/24 177/1 177/14
  177/19 178/15 178/18 188/14
  200/10 200/15 216/2
correcting [1]  200/19
correctly [7]  14/7 17/7 26/12
  41/19 42/19 44/8 93/15
corroborate [1]  10/2
corroborated [1]  9/18
corroborates [1]  9/20
corroboration [1]  60/4
couching [1]  88/21
could [52]  5/12 18/4 32/5
  37/14 37/15 47/1 47/11 52/13
  61/4 62/8 63/8 73/15 78/22
  86/20 86/20 87/12 91/10
  91/11 91/23 91/24 92/5 92/5
  103/7 105/25 118/14 124/13
  126/17 128/18 128/24 132/9
  135/19 140/11 144/23 146/10
  146/10 146/14 148/1 152/1

170/4 179/13 182/23 182/23
  185/2 185/9 191/20 192/4
  195/12 198/5
couldn't [7]  40/8 42/1 78/15
  94/13 111/23 142/15 144/22
counsel [12]  85/9 88/9 116/12
  130/4 152/7 171/2 192/11
  207/12 208/6 208/19 211/10
  211/13
counselor [1]  50/21
counterpart [1]  121/25
counting [1]  209/17
country [3]  176/20 183/7
  209/8
couple [9]  24/11 46/8 49/22
  67/25 125/21 134/14 137/14
  139/7 145/25
coupled [1]  57/11
course [25]  32/13 34/18 34/22
  39/18 40/7 40/23 46/7 48/10
  49/16 64/18 68/15 73/9 74/13
  82/6 83/1 84/1 84/2 86/6
  87/8 87/17 95/23 98/14 99/14
  197/9 212/8
court [61]  1/1 2/12 2/14 4/7
  4/8 4/20 4/25 5/13 5/21 6/5
  7/14 44/19 44/20 45/11 66/12
  72/21 73/16 78/21 81/1 90/8
  91/6 95/9 106/5 107/14
  108/21 112/17 112/18 113/3
  113/10 113/10 113/13 114/10
  118/18 119/7 127/13 129/2
  131/14 133/9 151/10 171/1
  171/10 172/1 172/16 183/14
  186/25 187/23 188/5 188/10
  188/16 188/17 192/4 192/5
  192/25 195/14 204/3 204/6
  207/12 211/17 215/19 216/1
  216/7
Court's [6]  4/19 20/24 40/11
  90/7 112/24 113/3
court-appointed [1]  4/25
court-martialed [1]  78/21
courtroom [6]  4/24 50/24
  60/12 60/19 100/3 193/19
covered [1]  163/19
covers [1]  117/12
coworker [1]  38/20 185/5
coworkers [5]  130/14 130/18
  142/10 154/5 167/15
crack [2]  121/8 121/8
crash [1]  137/9
crazy [1]  47/13
create [1]  100/6
created [2]  17/2 65/14
credentials [1]  71/1
credibility [3]  5/5 90/18
  212/3
credible [1]  104/10
crime [2]  86/10 146/20
criminal [21]  10/11 23/20
  31/11 44/15 44/21 46/15
  74/15 79/22 82/3 86/8 86/17
  88/16 89/16 89/17 97/22 98/8
  159/19 160/22 176/23 184/16
  213/12
criminals [1]  104/22
criteria [2]  96/15 96/18
critical [3]  8/21 36/21 75/5
critically [1]  13/10
cross [18]  66/20 73/13 81/1

128/9
  149/18 192/21 199/24 204/1
  204/11 208/12 208/16 210/16
  210/17 211/16
cross-examination [8]  66/20
  73/13 81/23 85/4 90/5 149/18
  199/24 210/16
cross-examine [3]  81/1 128/9
  204/11
crying [3]  17/12 18/5 141/17
cryotherapy [1]  40/1
CSR [2]  2/13 216/7
cube [2]  15/3 15/3
Cullen [1]  2/9
culprit [1]  182/3
cum [1]  33/19
cumulative [1]  211/20
curious [1]  180/17
current [4]  77/8 82/15 151/2
  185/2
custom [1]  213/18
custom-made [1]  213/18
customary [1]  50/9
cut [3]  29/7 195/5 205/7
cuts [1]  194/20
cutting [1]  144/24
CV [1]  1/4

## D

D/B/A [1]  1/6
daddy [1]  32/11
daddy's [2]  32/3 32/10
damage [2]  185/7 185/11
damages [6]  111/23 171/8
  183/13 184/21 185/4 185/15
Daniel [1]  2/5
dark [1]  125/16
Darren [11]  121/14 138/20
  138/21 139/18 139/22 142/19
  155/5 155/7 156/4 156/25
  157/17
data [1]  44/15
date [15]  13/13 13/16 40/20
  41/1 115/9 115/13 115/18
  115/20 115/25 119/1 151/4
  153/25 175/5 175/7 216/4
dated [2]  116/8 153/24
dates [2]  138/15 157/15
dating [4]  153/13 153/20
  153/23 182/1
Dave [3]  155/25 156/2 156/3
Dawn [2]  50/22 52/3
day [53]  25/2 34/16 37/1
  38/17 38/18 38/19 60/8 67/19
  67/23 78/13 103/9 103/9
  121/21 121/23 125/24 133/1
  136/11 139/1 142/7 142/8
  142/17 144/21 144/25 146/4
  146/4 146/5 146/6 146/19
  147/1 147/1 147/7 148/10
  151/22 164/11 164/12 165/24
  165/25 166/19 167/2 167/19
  169/22 169/23 169/25 179/3
  179/11 179/15 179/21 191/7
  200/12 205/23 206/10 207/10
  210/17
days [14]  17/24 17/25 17/25
  18/3 18/6 18/7 69/12 133/1
  134/15 138/2 138/20 138/22
  179/10 186/4
days' [1]  186/24
dazed [1]  167/18

**dead [1]**  24/1
**deal [2]**  58/10 112/11
**death [4]**  54/9 148/7 167/8
168/15
**Debbie [1]**  164/8
**December [2]**  27/12 27/19
**December 22nd [1]**  27/12
**decent [1]**  141/22
**decide [4]**  89/24 108/22
188/22 190/7
**decided [1]**  177/2
**decision [3]**  199/17 210/11
215/18
**declaring [1]**  188/5
**decrease [1]**  102/20
**dedicated [2]**  145/19 159/13
**deeper [1]**  89/12
**default [3]**  213/15 213/17
213/20
**defendant [6]**  2/2 2/8 9/11
83/5 86/8 89/16
**defendants [3]**  1/8 196/1
196/5
**defendants' [5]**  113/17 114/14
192/19 203/25 205/2
**defense [8]**  4/22 71/7 74/12
183/24 187/12 188/1 206/2
211/10
**deferred [1]**  188/17
**deficits [2]**  18/18 18/20
**define [2]**  89/8 162/18
**definitely [1]**  209/5
**definition [1]**  185/24
**degree [5]**  8/9 8/9 64/22
80/18 196/3
**delay [1]**  190/5
**demeanor [5]**  19/16 19/21
60/13 62/17 66/6
**dementia [1]**  15/7
**demonstration [2]**  106/5 107/4
**demonstrative [1]**  22/19
**denied [4]**  25/10 26/2 168/20
169/12
**denote [1]**  23/4
**deny [5]**  25/24 27/21 168/8
169/14 190/25
**departed [1]**  39/19
**department [10]**  11/8 38/20
38/21 48/25 68/6 78/9 129/5
132/16 151/14 151/17
**depend [1]**  19/6
**depending [2]**  5/11 129/6
**depends [3]**  59/18 75/10
214/22
**depiction [1]**  76/19
**depos [1]**  194/16
**deposition [11]**  24/9 30/3
56/8 66/23 71/20 72/15 74/6
78/5 183/25 184/1 193/18
**depositions [12]**  11/7 11/10
12/3 36/2 71/13 71/17 72/18
75/18 103/5 193/2 193/3
201/12
**depressed [1]**  10/20
**depression [14]**  17/9 17/15
17/16 17/18 23/9 23/15 23/16
25/10 28/22 28/23 77/5 96/24
102/2 106/1
**depressions [1]**  105/20
**depth [1]**  19/8

**descent [1]**  174/23
**describe [5]**  28/19 31/6 79/6
79/9 132/14
**described [5]**  51/3 62/12
78/23 162/17 162/22
**describes [2]**  22/8 22/9
**describing [1]**  121/16
**description [1]**  102/19
**deserves [1]**  188/20
**designate [2]**  184/3 204/1
**designated [2]**  206/25 208/16
**designation [2]**  208/12 211/16
**designations [1]**  192/20
**designed [1]**  197/20
**desk [6]**  124/12 133/3 133/4
133/20 134/5 157/19
**despite [2]**  25/3 109/25
**destroyed [1]**  73/24
**detail [5]**  36/21 39/17 69/11
80/18 156/8
**detailed [1]**  11/17
**details [6]**  50/11 102/18
157/11 179/2 179/5 212/21
**detention [1]**  125/4
**determination [1]**  153/10
**determine [1]**  98/17
**develop [5]**  57/21 57/22 57/24
80/2 105/25
**developed [3]**  36/14 46/11
46/12
**diagnose [1]**  54/1
**diagnosed [3]**  24/16 24/21
70/1
**diagnoses [5]**  21/16 29/10
31/4 53/25 78/24
**diagnosis [16]**  21/22 22/3
26/18 29/11 32/23 32/24 49/6
53/1 53/14 54/3 54/20 57/3
70/2 93/10 96/22 98/20
**diagnostic [3]**  49/14 53/1
53/23
**diametrically [1]**  94/15
**did [202]**  5/8 8/1 8/3 8/4 8/5
10/5 11/5 11/12 11/13 11/19
11/20 11/24 15/19 16/23 17/7
18/20 18/21 19/7 19/9 19/16
20/7 20/10 20/11 20/16 20/20
21/5 22/5 27/21 35/16 39/17
39/20 40/25 41/1 41/2 41/6
41/19 41/21 41/22 42/10
42/16 46/19 48/11 49/2 50/23
54/23 60/20 61/10 62/16
62/20 62/21 63/16 64/3 64/7
67/21 68/2 69/10 70/4 70/20
71/19 71/20 72/17 72/21 76/8
76/25 77/4 78/15 79/21 81/16
82/23 84/3 84/7 84/24 86/1
87/22 87/23 90/13 90/15
90/17 90/20 90/21 91/17
99/25 100/9 100/19 100/21
103/12 103/17 104/10 105/12
107/7 108/5 109/22 115/14
115/16 118/10 120/4 120/6
120/10 120/19 121/18 121/19
122/1 122/12 122/19 122/20
123/6 124/14 125/9 125/11
125/23 127/11 130/14 130/15
130/18 131/21 131/21 131/25
132/2 132/5 132/24 134/17
135/11 137/17 138/3 140/16
140/20 141/2 143/10 144/4

147/23
148/12 148/20 148/21 148/22
148/23 148/24 148/25 149/1
149/2 149/3 153/11 153/15
153/25 154/1 154/10 154/24
156/2 156/2 156/5 157/7
157/9 157/15 157/25 159/17
159/24 160/3 160/3 160/4
160/6 160/7 160/9 160/10
160/11 160/17 161/4 162/4
162/16 162/18 162/20 162/21
162/24 163/17 163/21 164/6
167/1 168/12 171/4 173/8
173/10 173/13 176/6 177/9
178/13 178/19 178/19 178/24
179/8 179/9 181/14 181/16
188/11 201/17 201/25 204/1
206/11 208/14 209/10 209/12
215/7
**didn't [85]**  19/12 32/23 35/4
36/11 45/21 47/11 48/25
66/10 68/15 69/19 70/23 71/1
72/19 78/11 78/14 81/18
83/12 84/6 87/21 91/19 94/8
94/24 95/11 95/17 95/20
99/17 99/21 100/22 105/24
110/8 110/16 120/2 120/22
123/8 124/22 126/4 132/9
133/22 138/3 141/4 141/22
142/2 144/23 146/10 147/12
147/22 147/25 148/4 148/7
148/13 152/3 152/5 153/3
153/16 154/12 154/12 154/14
156/18 157/4 157/7 157/10
157/23 159/1 160/7 160/9
164/19 165/23 166/25 167/3
167/15 168/8 168/19 169/22
170/8 188/15 191/10 205/5
205/10 206/7 206/25 208/13
208/14 209/21 210/8 210/24
**died [1]**  58/20
**Diego [4]**  34/1 34/2 77/12
79/5
**difference [15]**  8/16 8/20
8/21 21/18 28/20 29/9 43/19
43/19 44/4 51/7 51/9 55/3
197/9 207/5 207/8
**differences [1]**  44/4
**different [37]**  7/23 13/1
13/22 17/21 20/16 22/17
22/17 24/19 27/6 34/14 35/2
35/2 49/6 49/9 51/25 52/1
61/14 70/17 80/24 80/25 81/6
81/6 94/22 94/24 101/10
102/9 103/14 117/17 125/20
127/7 143/6 161/7 187/6
197/12 199/3 201/9 207/9
**difficult [1]**  30/22
**difficulty [3]**  15/8 62/3 91/8
**digested [1]**  189/19
**digit [1]**  14/3
**dire [9]**  108/23 111/13 114/19
171/24 172/24 180/10 181/6
208/19 214/13
**direct [13]**  6/13 33/25 88/17
90/19 90/24 121/14 131/15
136/17 136/18 145/3 192/19
192/19 196/22
**directed [4]**  130/9 180/24
189/3 215/18
**direction [1]**  209/15
**directly [8]**  6/1 109/7 112/15

**directly... [5]**  112/24 128/23
  136/8 150/20 172/20
**director [2]**  43/24 154/7
**disadvantage [1]**  194/23
**disagree [6]**  53/21 53/23 70/3
  126/25 185/13 210/3
**disagreeing [2]**  70/5 212/22
**disagreements [1]**  212/20
**disclose [4]**  73/15 141/2
  150/20 164/4
**disclosed [1]**  165/10
**discrepancies [1]**  24/25
**discriminated [1]**  174/9
**discrimination [5]**  115/6
  149/25 151/20 162/10 173/24
**discuss [2]**  165/23 215/12
**discussed [2]**  69/24 204/23
**discussion [5]**  45/16 154/10
  188/10 194/15 211/10
**disease [2]**  26/8 105/24
**diseases [18]**  25/25 26/2
  26/11 26/16 26/24 36/12
  39/14 39/19 39/21 40/5 40/9
  53/2 57/25 95/10 95/21 102/4
  108/1 108/8
**disheveled [1]**  20/1
**disinterested [1]**  7/11
**dismissal [2]**  187/15 187/24
**disorder [94]**  9/23 10/1 22/4
  23/9 23/9 23/10 24/2 25/1
  25/4 25/4 25/18 25/19 28/4
  28/19 28/20 28/22 28/23
  28/23 28/24 29/15 29/2 29/3
  29/6 29/12 29/13 29/15 30/2
  30/9 30/12 30/12 30/13 31/3
  31/5 31/10 31/10 31/13 31/17
  32/19 33/9 34/4 36/5 37/4
  49/4 49/15 52/2 52/8 52/10
  52/17 52/20 52/22 52/25 53/6
  53/15 54/2 54/16 54/17 55/2
  55/3 55/24 56/1 57/4 57/21
  57/22 58/1 58/1 58/3 58/8
  58/10 58/13 59/7 60/2 60/22
  61/12 62/10 63/10 64/19 65/2
  65/6 65/13 65/19 66/8 69/4
  69/4 69/15 79/2 79/3 80/3
  80/15 94/3 96/20 96/24 105/7
  105/16 212/5
**disordered [1]**  35/24
**disorders [18]**  15/17 23/8
  23/9 23/11 23/12 23/13 24/22
  28/21 29/1 29/16 31/7 31/8
  31/9 31/20 39/23 53/24 54/2
  80/2
**disoriented [1]**  62/13
**displays [1]**  19/13
**dispute [8]**  115/11 119/2
  132/23 150/4 151/5 151/24
  152/14 152/14
**disputes [1]**  118/14
**disruptive [1]**  23/12
**distinction [2]**  91/2 98/18
**distress [6]**  8/24 25/20 29/5
  29/8 66/11 105/25
**DISTRICT [4]**  1/1 1/1 1/12
  2/14
**distrustful [1]**  29/6
**divide [3]**  214/17 214/19
  215/14
**DIVISION [3]**  1/2 159/20

**divorce [3]**  29/23 32/7 32/8
**divorced [2]**  23/20 30/23
**DNA [1]**  181/9
**do [195]**  5/2 5/25 6/4 6/7
  6/17 6/17 10/7 10/10 12/22
  13/12 13/13 13/13 13/14 14/4
  14/18 15/1 15/11 15/25 16/2
  16/6 17/3 17/5 17/6 17/13
  21/21 23/8 23/13 24/24 26/7
  26/8 26/12 26/22 30/10 31/18
  32/5 32/16 37/6 39/1 39/5
  40/10 40/12 40/17 42/8 43/3
  44/21 51/7 51/9 52/7 53/5
  53/21 55/14 60/5 60/11 61/17
  65/19 67/5 67/13 70/4 70/18
  70/21 71/13 74/14 77/8 77/15
  80/20 80/22 81/6 81/12 82/7
  82/22 83/4 86/14 86/18 87/7
  87/8 87/17 87/18 87/25 90/25
  97/1 97/10 97/11 97/22 98/8
  98/9 99/24 100/5 100/13
  102/11 102/15 102/17 103/23
  104/6 107/12 111/11 113/21
  113/22 114/9 115/1 115/7
  116/2 117/8 118/3 119/17
  120/17 121/9 123/19 126/12
  128/6 132/18 134/23 135/7
  136/20 136/23 136/24 137/7
  137/7 137/13 137/17 139/5
  140/6 142/2 142/22 143/7
  148/8 148/9 149/14 149/15
  150/16 155/1 155/2 156/24
  157/5 159/24 161/10 161/11
  165/21 166/4 167/7 168/23
  170/24 172/15 172/18 173/4
  175/10 175/12 175/13 175/14
  176/6 176/12 176/15 179/2
  179/14 179/25 180/7 180/8
  180/16 183/4 183/13 185/9
  187/9 188/16 188/20 189/16
  189/20 192/7 193/1 193/13
  193/14 198/16 198/17 199/23
  200/4 200/6 200/11 203/5
  203/12 203/13 205/18 205/25
  206/25 207/3 207/4 207/13
  207/25 208/12 210/6 211/20
  211/22 212/12 213/3 214/1
  214/17 215/4 215/16
**doctor [43]**  6/20 7/24 8/9 9/1
  9/4 9/8 11/18 23/1 26/7 33/1
  33/2 33/3 40/2 46/21 47/4
  48/1 61/3 62/1 64/11 64/15
  67/5 67/18 71/12 73/9 73/23
  73/25 74/2 80/17 82/10 84/16
  87/21 87/24 88/23 93/13 94/5
  96/15 97/1 97/14 100/13
  106/15 106/25 107/7 165/5
**doctor's [1]**  106/10
**doctor-patient [2]**  73/9 87/21
**doctor/patient [1]**  9/8
**doctors [6]**  8/18 12/1 30/19
  70/16 81/6 97/7
**document [1]**  169/5
**documentation [1]**  12/3
**documents [3]**  21/9 112/22
  177/8
**does [25]**  6/21 9/8 12/20
  25/22 33/20 52/22 52/23
  59/16 93/22 97/16 102/19
  102/20 102/24 103/1 106/25
  108/25 115/11 116/20 124/2

**doesn't [15]**  11/3 13/6 13/10
  31/12 40/21 81/12 89/23 93/9
  93/16 96/22 119/9 154/14
  185/22 206/2 210/4
**dog [1]**  128/5
**doing [13]**  12/25 13/14 15/16
  79/19 132/10 142/14 155/10
  166/13 180/20 190/21 205/14
  209/12 211/14
**dollars [2]**  166/7 166/11
**don't [153]**  4/12 13/18 15/14
  20/23 26/6 26/6 27/11 28/6
  28/8 35/10 36/24 37/19 40/11
  42/23 45/23 48/16 48/24
  56/16 57/22 60/24 65/3 65/4
  65/13 65/19 67/15 71/15
  71/15 73/7 77/22 78/7 78/15
  78/21 80/2 84/9 84/12 84/17
  84/21 85/10 87/3 87/10 87/10
  87/11 88/3 89/17 92/2 95/18
  96/4 96/8 96/9 96/11 97/6
  97/8 97/19 98/18 100/24
  102/15 104/14 108/9 110/22
  111/2 111/18 113/16 115/9
  115/13 115/15 115/20 115/25
  118/7 121/7 121/9 121/12
  123/10 123/11 124/11 126/17
  127/1 127/2 127/21 128/5
  130/21 135/6 135/18 135/22
  137/2 139/11 139/17 140/17
  145/16 146/7 147/4 147/17
  152/22 152/22 154/25 157/9
  157/13 157/15 158/2 158/2
  160/25 161/1 161/2 161/3
  161/16 161/20 161/21 166/22
  167/14 167/17 168/11 168/20
  169/5 169/21 169/24 170/17
  176/11 176/14 176/17 178/5
  178/7 178/9 178/12 179/1
  179/5 180/22 181/2 183/17
  186/9 186/10 186/16 188/5
  188/12 188/20 188/22 189/4
  189/5 190/3 191/11 194/10
  194/23 198/13 199/21 200/8
  201/7 201/8 204/3 207/6
  207/19 207/21 212/21 212/23
  215/3 215/9
**done [14]**  7/11 10/8 10/16
  13/9 70/4 79/4 81/13 89/13
  140/12 181/17 193/9 202/8
  208/8 213/13
**donning [1]**  198/6
**door [24]**  34/11 34/12 41/10
  42/20 53/13 59/3 59/22 94/3
  103/18 104/2 104/3 113/16
  134/6 139/20 141/1 142/1
  142/3 146/8 146/9 146/12
  147/2 156/7 179/11 179/15
**doubt [1]**  70/25
**dovetails [1]**  129/12
**down [28]**  12/17 14/16 15/23
  16/19 17/12 17/13 29/21
  32/12 49/1 50/9 58/24 104/1
  108/14 112/13 120/11 126/10
  126/20 134/7 134/13 141/8
  151/15 155/17 160/14 160/18
  163/11 190/18 203/8 205/7
**dozen [1]**  204/9
**DPS [1]**  44/23
**Dr [4]**  6/2 42/15 104/17
  190/2 203/19

**D**

Dr... [1]   113/1
Dr. [100]   4/8 5/22 5/24 6/19
  17/2 21/25 26/7 27/13 41/8
  41/17 41/20 42/15 43/2 43/20
  44/5 46/2 48/13 48/15 48/18
  48/20 48/20 49/7 49/10 53/19
  56/8 60/9 60/12 60/15 60/18
  61/9 61/17 62/1 66/22 70/21
  70/21 72/15 72/17 72/17
  72/25 74/3 74/12 75/15 75/16
  75/24 76/4 76/14 76/21 76/25
  77/3 77/4 77/7 77/10 79/11
  80/5 80/22 81/9 81/16 81/25
  82/17 82/20 83/1 83/9 83/19
  84/4 84/9 84/9 84/11 84/18
  85/19 85/21 85/23 86/6 86/7
  86/9 86/12 86/15 86/19 86/23
  89/4 91/8 91/9 91/17 91/23
  92/11 92/16 97/22 112/15
  113/2 203/25 204/10 204/12
  206/5 206/23 208/3 208/7
  211/17 211/22 212/7 212/10
  212/15
Dr. Blank [15]   53/19 56/8
  70/21 72/17 74/3 74/12 75/15
  75/16 75/24 76/4 76/14 77/4
  77/10 80/5 81/16
Dr. Blank's [8]   70/21 72/17
  76/21 77/3 77/7 79/11 80/22
  81/9
Dr. Felthous [20]   82/17 82/20
  83/1 83/9 83/19 84/4 84/9
  84/11 84/18 85/21 85/23 86/6
  86/7 86/9 86/12 86/15 86/19
  86/23 91/9 91/23
Dr. Jodi [1]   41/17
Dr. Muria [1]   17/2
Dr. Paskowitz [9]   203/25
  204/10 204/12 206/23 208/3
  208/7 211/17 212/10 212/15
Dr. Paskowitz' [1]   212/7
Dr. Scarano [18]   4/8 5/24
  6/19 21/25 61/17 66/22 81/25
  84/9 85/19 91/8 91/17 92/11
  92/16 97/22 112/15 113/2
  206/5 211/22
Dr. Scarano's [1]   89/4
Dr. Schulz [16]   26/7 41/8
  41/20 42/15 43/2 43/20 44/5
  46/2 48/13 48/15 48/18 48/20
  48/20 49/10 72/15 76/25
Dr. Schulz' [2]   49/7 72/25
Dr. Scott [5]   60/12 60/15
  60/18 61/9 62/1
Dr. Terri [2]   27/13 60/9
Dr. Victor [1]   5/22
dragged [2]   35/6 170/9
draw [6]   14/25 15/2 15/3
  37/14 47/4 104/5
drawing [1]   127/8
drawings [1]   15/8
drawn [1]   202/5
dressed [3]   19/18 66/2 147/11
drink [13]   41/11 42/21 45/21
  45/22 46/1 46/3 46/8 49/24
  56/14 93/17 93/23 105/9
  167/11
drinking [2]   34/8 125/13
drinks [2]   47/19 51/8
drove [1]   29/19

drug [7]   40/21 41/2 98/22
  104/15 104/18 110/18 147/21
drugged [7]   42/18 56/22 65/7
  96/16 98/25 103/23 104/11
drugs [6]   56/20 104/19 104/20
  104/22 104/23 170/12
drunk [3]   78/15 141/1 141/16
Dubai [1]   42/24
due [4]   69/5 96/20 163/1
  163/24
DULY [4]   6/12 114/18 172/23
  196/21
during [20]   24/14 63/25 66/11
  72/12 75/1 79/6 80/4 80/19
  99/11 119/19 119/21 119/21
  139/1 163/3 163/19 179/2
  179/11 179/21 201/12 208/19
duty [4]   48/6 70/17 73/17
  215/19
dysfunction [1]   25/20
dysfunctional [1]   32/1

**E**

e-mail [6]   62/21 74/18 74/21
  74/24 75/11 211/4
e-mails [3]   36/17 36/20 75/5
each [12]   11/18 11/18 11/18
  13/2 14/7 100/20 102/6
  157/17 197/3 198/3 205/23
  206/14
EAP [6]   123/21 124/7 132/22
  137/15 138/16 154/19
earlier [7]   34/16 69/3 70/8
  94/7 98/7 186/5 187/14
early [4]   71/19 138/17 191/7
  193/9
easiest [1]   54/3
easily [1]   62/9
easy [2]   59/1 180/14
echoes [1]   130/1
education [1]   7/22
educational [1]   7/16
EEOC [5]   149/25 152/3 152/4
  152/10 174/19
effect [7]   99/23 105/20
  105/21 119/4 139/22 151/7
  151/25
effects [2]   98/22 104/23
egg [1]   121/8
eight [1]   146/2
either [14]   5/3 5/5 7/1 26/5
  38/17 41/17 70/1 111/10
  135/19 135/23 170/1 192/25
  203/25 204/13
elected [1]   187/22
electronically [1]   189/11
elements [1]   183/14
elevator [1]   58/19
elicit [3]   4/13 59/24 60/3
ELLISON [1]   1/11
Elmo [1]   83/7
else [14]   15/16 33/3 43/9
  49/20 67/20 133/10 138/3
  140/20 180/17 184/10 184/12
  195/19 202/14 210/8
elsewhere [1]   197/1
embassy [1]   68/7
embassy -- so [1]   68/7
embedded [1]   55/2
emotional [2]   19/13 63/14
empathize [1]   83/2

emphasized [1]   50/3
employed [2]   119/21 131/5
employee [19]   132/22 134/3
  137/9 137/13 151/2 154/15
  154/16 156/11 171/20 176/12
  177/18 179/3 184/9 185/23
  186/15 197/3 198/3 202/3
  211/7
employees [8]   44/10 127/3
  163/7 177/23 197/1 197/14
  198/21 199/7
employer [2]   127/15 127/25
employers [1]   157/14
employment [19]   109/5 111/25
  115/7 117/23 118/4 126/24
  127/12 127/18 127/19 152/17
  161/11 161/22 162/9 163/3
  163/4 165/12 173/25 174/3
  176/15
encounter [2]   37/12 38/24
end [7]   107/8 107/9 107/25
  118/16 122/13 195/8 195/9
endeavor [1]   117/15
enemies [1]   62/24
enforced [1]   183/4
enforcement [3]   79/5 182/24
  183/1
engaged [1]   64/17
engaging [1]   59/15
enjoyed [1]   18/8
enlarge [1]   47/10
enough [7]   29/22 56/19 131/8
  135/5 145/7 176/7 210/9
enter [1]   176/14
entered [3]   105/15 105/19
  179/4
entire [5]   41/4 103/3 143/3
  165/25 182/21
entirely [2]   127/9 182/15
entitled [4]   77/8 117/23
  118/4 216/2
environment [7]   9/15 77/8
  79/20 109/17 171/15 182/21
  185/14
Epidemiological [1]   17/8
episode [3]   41/4 59/10 77/15
Equal [3]   115/6 173/25 174/2
equipment [3]   196/25 197/3
  197/23
equities [1]   204/24
ER [2]   154/7 154/15
erection [5]   121/6 139/10
  139/15 157/3 160/20
Eric [2]   131/4 131/7
errands [1]   138/22
erroneous [1]   49/11
Ertha [1]   14/14
especially [4]   9/22 79/22
  80/1 145/18
Esquivel [1]   88/4
essential [1]   197/24
essentially [4]   32/22 46/11
  73/24 110/3
establish [1]   20/25
esteemed [1]   212/14
Estefan [12]   1/20 81/21 88/6
  88/7 88/21 89/3 89/4 89/8
  90/9 106/4 199/22 205/24
Estefan's [1]   89/1
estimate [2]   71/16 71/17
et [18]   11/19 19/21 21/10

**et...** **[15]** 36/3 39/9 41/2 41/2 47/20 50/12 50/12 62/14 62/18 62/24 63/2 63/8 65/11 65/11 198/23

**et cetera** **[18]** 11/19 19/21 21/10 36/3 39/9 41/2 41/2 47/20 50/12 50/12 62/14 62/18 62/24 63/2 63/8 65/11 65/11 198/23

**ethical** **[4]** 70/17 73/4 84/14 88/11

**evaluate** **[4]** 12/13 12/18 18/24 93/15

**evaluated** **[1]** 9/10

**evaluating** **[4]** 19/1 21/3 21/11 27/7

**evaluation** **[17]** 10/4 10/8 12/25 13/9 19/3 20/18 21/7 23/5 27/5 60/1 74/1 78/16 83/5 87/18 87/20 88/1 107/12

**evaluations** **[4]** 11/22 23/7 87/7 87/7

**evaluators** **[6]** 25/23 27/4 27/6 27/23 102/1 102/8

**evaluators'** **[1]** 25/9

**even** **[31]** 5/5 10/15 15/10 15/12 15/12 18/4 44/19 45/21 97/18 99/16 107/15 110/16 128/14 147/17 156/18 167/14 169/22 171/14 180/16 184/17 185/22 185/23 186/19 194/7 195/2 200/7 201/15 205/20 206/9 206/15 206/22

**evening** **[1]** 215/22

**evenly** **[1]** 215/1

**event** **[20]** 10/14 35/15 36/12 53/3 53/12 53/20 54/6 54/8 57/11 57/14 57/19 58/15 63/9 63/13 103/7 119/2 127/22 151/5 186/13 211/9

**events** **[15]** 10/18 22/9 22/9 22/11 25/1 25/13 26/3 28/2 35/21 37/10 54/8 63/25 72/12 102/8 119/17

**eventually** **[1]** 154/6

**ever** **[11]** 68/11 78/8 107/17 118/13 122/23 123/6 144/4 176/11 191/11 207/6 213/22

**every** **[25]** 23/25 25/2 58/9 93/2 101/12 101/20 101/25 102/23 102/25 103/4 103/4 103/7 121/21 121/23 123/25 128/8 130/3 142/17 144/8 157/17 197/3 198/3 206/10 208/20 213/22

**everybody** **[8]** 29/7 80/24 123/4 124/2 126/19 135/14 182/13 210/11

**everyday** **[1]** 157/18

**everyone** **[4]** 109/20 123/1 123/5 144/10

**everything** **[14]** 58/24 103/10 107/14 134/7 134/9 137/23 141/1 144/10 156/11 159/17 205/14 207/16 210/8 211/21

**evidence** **[23]** 4/17 21/5 41/21 50/6 51/21 66/5 104/10 113/9 127/18 127/22 129/3 129/17 130/2 186/9 187/3 193/25 195/12 196/1 196/6 196/8

**evidentiary** **[2]** 4/15 20/24

**evolve** **[1]** 41/3

**evolved** **[1]** 41/5

**evolving** **[3]** 41/4 46/12 98/21 138/15

**exact** **[4]** 115/9 115/20 127/14 138/15

**exactly** **[9]** 48/18 90/15 95/3 95/5 113/12 171/22 171/23 193/24 210/21

**exaggeration** **[1]** 53/2

**exam** **[2]** 15/20 15/20

**examination** **[19]** 6/13 66/20 73/13 81/23 85/4 90/5 101/7 107/23 114/19 131/15 149/18 172/24 180/10 181/6 192/19 196/22 199/24 201/22 210/16

**examine** **[4]** 81/1 128/9 199/17 204/11

**examined** **[1]** 43/2

**examiners** **[1]** 63/21

**examining** **[1]** 165/25

**example** **[5]** 36/16 82/10 82/13 98/7 99/1

**examples** **[3]** 33/6 34/1 36/8

**except** **[3]** 118/17 149/9 213/23

**excerpts** **[2]** 184/3 193/6

**exchange** **[1]** 211/4

**exchanged** **[2]** 207/14 212/24

**exclude** **[1]** 186/9

**excluded** **[2]** 127/7 205/1

**exclusive** **[1]** 11/15

**exclusively** **[1]** 101/13

**excuse** **[4]** 163/20 184/12 209/13 209/13

**executive** **[1]** 16/6

**exemplifies** **[3]** 83/10 84/4 85/24

**exemplify** **[1]** 84/17

**exercise** **[1]** 130/16

**exhausted** **[1]** 156/14

**exhibit** **[9]** 45/1 45/2 45/13 45/14 46/21 60/20 61/10 106/6 199/11

**Exhibit 69** **[1]** 46/21

**exhibiting** **[1]** 33/8

**exhibits** **[1]** 30/7

**exists** **[1]** 73/20

**expand** **[1]** 102/20

**expands** **[1]** 102/21

**expect** **[1]** 35/22

**expected** **[3]** 27/5 189/9 210/20

**experience** **[8]** 15/13 48/4 53/20 54/13 57/13 63/8 65/9 194/2

**experienced** **[4]** 54/7 58/14 161/19 203/1

**experiences** **[4]** 82/5 82/8 96/14 129/13

**expert** **[11]** 4/20 6/24 11/21 29/14 44/15 44/18 53/19 71/7 72/24 74/12 74/13

**expertise** **[1]** 104/18

**experts** **[2]** 101/17 101/17

**explain** **[16]** 13/2 13/5 18/14 20/15 23/3 36/7 36/7 39/13 53/22 69/2 75/6 77/20 94/6 104/25 192/2 215/10

**explanation** **[3]** 48/12 49/2 49/3

**exposed** **[1]** 54/6

**express** **[1]** 38/23

**expressed** **[3]** 52/12 52/16 130/25

**extend** **[1]** 111/16

**extensive** **[1]** 12/7

**extent** **[2]** 22/8 22/15

**extradited** **[1]** 181/13

**extreme** **[1]** 63/14

**extremely** **[3]** 16/20 77/17 79/17

**F**

**F1** **[1]** 134/20

**fabrication** **[1]** 53/2

**face** **[15]** 10/9 10/9 10/12 10/12 10/16 10/16 25/2 34/15 98/9 98/9 106/20 133/4 133/20 166/25 167/5

**face-to-face** **[4]** 10/9 10/12 10/16 98/9

**faced** **[1]** 39/9

**facility** **[1]** 178/22

**facing** **[3]** 23/20 24/8 40/3

**facsimile** **[1]** 198/24

**fact** **[30]** 21/1 28/3 32/14 51/1 51/1 54/25 58/15 60/1 69/24 83/9 84/3 84/10 94/9 116/8 123/9 128/12 158/21 159/4 165/21 169/8 171/15 183/4 183/5 183/9 183/10 186/14 186/15 186/23 200/9 201/4

**factor** **[5]** 19/22 26/16 26/18 26/25 28/8

**facts** **[6]** 41/15 94/21 129/7 157/14 159/10 159/17

**fail** **[3]** 14/8 14/11 130/19

**failed** **[1]** 72/25

**fair** **[8]** 21/5 74/2 104/17 105/2 105/3 136/5 201/2 215/12

**fairly** **[3]** 81/6 98/1 127/11

**fall** **[5]** 15/10 15/12 15/18 147/24 148/1

**fallen** **[4]** 148/3 167/11 167/15 169/12

**falling** **[2]** 168/9 168/12

**Fallujah** **[10]** 109/23 122/7 136/14 136/15 136/16 136/19 136/22 137/5 137/6 137/11

**familiar** **[1]** 163/4

**family** **[11]** 18/4 32/1 63/1 79/12 79/14 79/16 79/17 79/20 80/5 137/23 150/24

**famous** **[1]** 58/15

**fantasies** **[3]** 32/4 32/6 32/13

**far** **[5]** 12/5 50/6 104/15 174/5 195/14

**fashion** **[2]** 24/21 180/20

**fashionable** **[1]** 19/19

**fast** **[3]** 150/13 190/3 192/24

**father** **[6]** 32/3 32/5 32/10 32/17 183/22 183/23

**favor** **[2]** 89/14 97/15

**FBI** **[2]** 44/23 181/12

**FCRR** **[2]** 2/13 216/7

**fear** **[7]** 54/11 54/13 68/17 124/17 124/12 142/12 163/1

**features** **[6]** 29/14 30/8 30/10 31/4 31/8 32/22

**February [1]**  138/16
**feel [5]**  29/8 146/14 157/4
  184/23 207/21
**feeling [3]**  29/22 31/13 41/13
**fell [1]**  58/19
**fellow [2]**  56/2 79/23
**fellowship [1]**  82/23
**felt [8]**  17/24 18/3 36/22
  50/12 64/2 155/9 161/13
  179/19
**Felthous [20]**  82/17 82/20
  83/1 83/9 83/19 84/4 84/9
  84/11 84/18 85/21 85/23 86/6
  86/7 86/9 86/12 86/15 86/19
  86/23 91/9 91/23
**female [9]**  31/25 32/2 32/12
  50/10 128/18 135/20 135/21
  136/4 145/20
**females [2]**  31/20 31/23
**few [10]**  57/7 75/14 115/1
  138/22 141/10 144/6 149/20
  192/15 197/8 214/23
**fiduciary [1]**  73/10
**field [2]**  82/15 204/14
**fifth [8]**  123/20 124/6 127/10
  127/21 140/23 141/5 159/21
  186/13
**fight [2]**  128/6 141/3
**figures [2]**  15/1 15/2
**file [13]**  11/6 124/14 124/21
  125/1 130/9 144/13 148/24
  152/10 154/14 157/7 163/21
  165/11 189/11
**filed [13]**  108/19 115/6
  149/24 151/20 157/16 173/21
  173/24 174/5 174/19 176/25
  177/4 184/17 208/15
**filing [1]**  124/16
**fill [1]**  102/18 156/10
**filled [1]**  139/21
**filter [1]**  82/7
**filtering [1]**  96/12
**final [2]**  75/8 80/17
**finally [5]**  21/9 27/12 64/15
  141/7 144/20
**financial [1]**  150/24
**find [29]**  16/22 18/20 20/17
  21/5 33/4 41/21 44/22 62/8
  64/18 65/12 75/4 77/15 83/10
  84/5 84/17 85/24 102/9
  104/10 112/10 118/23 123/14
  135/19 141/16 143/25 144/10
  144/12 150/2 159/3 212/12
**finding [3]**  10/17 18/19 52/16
**findings [5]**  21/15 22/3 22/6
  28/18 54/25
**finds [4]**  24/8 32/11 51/25
  96/16
**fine [15]**  5/10 5/10 5/14
  16/23 19/20 21/23 32/6 53/20
  57/8 69/20 104/5 115/25
  169/2 191/17 214/2
**finger [1]**  85/19
**fingernails [1]**  20/3
**finish [7]**  15/15 45/21 64/4
  94/18 110/22 111/3 156/18
**finished [4]**  195/11 196/4
  196/12 196/23
**fire [1]**  144/11
**fired [24]**  23/19 29/17 56/3

122/22 122/24 123/3 124/15
  132/9 134/25 135/7 135/11
  135/12 136/6 142/14 155/2
  159/4 159/7 159/8 163/2
  178/9
**firefighter [2]**  42/2 42/5
**firefighters [3]**  42/19 42/21
  46/1
**fireman [1]**  129/18
**firemen [5]**  35/12 41/10 46/3
  49/8 70/13
**Firm [2]**  1/17 118/22
**first [44]**  6/22 7/17 12/15
  13/16 17/7 17/23 21/1 21/20
  29/12 29/12 43/22 47/18
  49/24 51/1 55/13 55/25 56/2
  77/25 79/2 84/14 90/25 109/1
  110/16 118/25 120/23 121/12
  122/3 122/16 123/8 123/13
  131/25 134/19 138/20 141/10
  152/20 158/18 180/9 182/5
  189/5 191/13 212/15 213/6
  213/7 215/7
**first-class [1]**  84/14
**fist [1]**  17/3
**fit [1]**  96/12
**fits [1]**  23/23
**five [37]**  14/5 14/6 14/9 14/9
  16/1 17/25 18/3 18/5 34/18
  34/19 35/12 35/12 36/20
  41/10 46/2 46/3 51/16 55/15
  69/12 70/13 70/15 109/3
  109/4 110/7 110/10 120/5
  140/22 140/22 140/23 142/21
  143/11 143/13 143/17 143/22
  146/13 147/13 159/14
**fix [2]**  186/8 202/11
**fixed [1]**  45/13
**flagged [1]**  163/25
**flak [29]**  194/1 198/2 198/6
  198/19 198/20 198/20 198/22
  198/24 199/5 200/2 200/4
  200/6 200/22 200/25 201/4
  201/8 201/15 201/17 202/1
  202/5 202/6 202/14 202/15
  202/18 202/19 202/22 202/23
  202/24 203/6
**flashbacks [5]**  56/25 58/4
  58/4 62/3 80/14
**flat [1]**  34/20
**flavor [1]**  184/11
**flight [1]**  159/2
**flip [1]**  54/21
**float [1]**  145/19
**floater [1]**  135/21
**floor [2]**  2/6 11/6
**floundering [1]**  193/12
**flow [1]**  206/8
**flown [2]**  178/1 178/3
**flunk [1]**  16/24
**Fluor [3]**  125/17 125/20
  125/21
**focus [2]**  19/4 51/6
**focused [2]**  19/12 86/15
**focusing [1]**  12/21
**folder [3]**  165/12 165/17
  210/17
**follow [6]**  57/7 86/24 87/2
  103/19 105/20 186/3
**follow-on [1]**  105/20
**follow-up [2]**  57/7 103/19

**following [7]**  8/2 21/24 51/8
  54/6 60/22 61/12 110/2
**follows [1]**  89/17
**footlockers [1]**  145/17
**forbid [1]**  113/15
**force [2]**  8/2 210/6
**forced [3]**  109/25 110/1 110/2
**forcing [1]**  100/2
**Ford [4]**  29/19 155/25 156/2
  156/3
**foregoing [1]**  216/2
**forensic [54]**  6/18 6/21 8/11
  8/13 8/14 8/17 8/21 9/5 9/6
  9/8 9/11 9/16 10/4 10/7
  12/16 18/23 19/10 21/18
  21/21 48/4 54/2 58/9 64/22
  70/17 70/20 70/23 71/2 72/23
  73/5 73/7 74/3 74/8 74/20
  74/20 74/22 75/4 75/6 75/10
  79/15 80/9 80/25 81/7 81/11
  82/15 82/23 84/14 86/24 87/1
  87/17 88/12 89/13 91/3 98/15
  104/21
**forensically [2]**  22/7 22/14
**forget [2]**  35/10 140/8
**form [2]**  9/8 29/6 168/2
  180/19
**formal [9]**  122/21 122/22
  124/14 154/8 156/21 156/22
  157/7 160/7 160/16
**former [2]**  151/2 152/23
**forth [18]**  9/11 10/21 14/17
  14/22 16/5 16/12 16/14 23/10
  23/21 30/4 40/1 40/17 69/9
  70/14 74/25 80/15 89/10
  190/24
**forthright [1]**  26/23
**fortunately [1]**  100/15
**forum [1]**  149/3
**forward [13]**  109/4 109/6
  110/11 110/12 119/1 120/21
  120/21 143/9 143/10 143/13
  143/23 151/4 160/6
**found [11]**  17/20 21/2 50/8
  50/16 61/24 93/3 97/2 109/18
  111/6 144/11 177/16
**foundation [4]**  194/1 194/9
  194/11 203/2
**four [42]**  11/5 11/11 14/5
  14/6 14/9 14/9 16/1 17/5
  17/6 17/23 17/25 18/6 18/7
  35/12 41/9 45/25 45/25 51/16
  60/15 64/11 64/11 64/13
  64/14 69/12 79/13 109/4
  109/5 110/11 110/12 110/13
  120/9 121/3 122/5 123/16
  124/6 125/1 125/4 125/9
  135/4 135/4 143/23 185/8
**fourth [2]**  141/4 205/10
**frame [2]**  119/19 210/1
**frankly [1]**  209/22
**fraudulent [4]**  128/3 185/7
  185/9 215/16
**fraudulently [1]**  176/14
**free [3]**  108/14 170/20 212/8
**Freedom [1]**  56/3
**freely [4]**  105/15 105/19
  183/13 211/11
**frequently [1]**  44/18
**fresh [1]**  43/25
**friend [3]**  141/6 153/4 153/6

**F**

**friends [4]**   18/5 74/23 142/19
 153/24
**frightened [1]**   35/10
**front [6]**   59/3 106/16 122/1
 139/10 139/11 165/12
**frontal [2]**   16/6 17/3
**frustration [1]**   211/12
**full [7]**   12/3 37/14 70/16
 121/6 139/10 160/20 184/11
**fully [4]**   25/6 50/8 105/13
 151/13
**fun [1]**   157/20
**function [5]**   16/6 25/2 46/15
 202/23 202/25
**functionally [1]**   199/7
**functioning [3]**   18/25 19/3
 19/14
**fund [3]**   13/20 13/22 13/25
**fundamental [2]**   89/11 213/5
**furnished [1]**   7/8
**further [9]**   5/15 50/21 51/6
 51/10 125/12 178/1 190/6
 190/15 211/23
**Furthermore [1]**   187/2

**G**

**Gabe [3]**   193/16 196/16 196/21
**Galveston [1]**   8/12
**gang [1]**   57/4
**gathering [3]**   38/7 38/13 46/7
**gave [25]**   5/4 17/17 27/18
 35/2 41/16 43/20 44/5 44/6
 45/16 46/1 46/3 47/22 48/1
 48/13 48/13 51/11 98/7 99/1
 102/1 102/7 107/4 145/25
 168/18 210/11 212/1
**gear [2]**   197/17 197/19
**general [8]**   8/6 13/3 13/21
 13/24 28/22 51/1 96/24 126/1
**generally [6]**   20/25 31/7 53/4
 53/5 68/13 126/19
**generated [1]**   101/20
**genital [3]**   39/14 39/15 40/1
**gentleman [1]**   125/16
**gentlemen [9]**   5/18 29/16
 107/11 108/11 131/12 131/17
 172/2 195/24 203/12
**genuine [1]**   130/25
**Germany [2]**   178/1 178/3
**get [76]**   6/11 9/24 17/14
 17/15 24/11 24/22 28/17
 29/24 29/25 37/5 37/7 53/4
 53/14 54/1 54/16 54/17 54/19
 57/23 60/4 60/24 61/4 63/11
 64/24 65/4 67/6 68/2 75/15
 78/20 80/16 89/2 94/2 98/9
 101/23 102/11 102/17 109/14
 118/17 122/22 124/13 124/15
 126/11 128/24 131/1 132/9
 133/24 134/5 134/25 135/5
 135/7 135/11 135/23 135/23
 139/1 144/8 145/14 145/15
 145/25 149/1 149/3 155/3
 155/3 157/4 159/16 159/24
 164/15 167/9 171/12 172/7
 181/11 181/13 181/13 193/9
 211/14 212/21 212/25 214/22
**gets [3]**   39/10 73/2 75/2
**getting [11]**   4/25 15/23 47/19
 64/25 78/2 91/21 137/22

**gig [1]**   167/21
**girl [6]**   32/3 32/11 32/11
 141/4 141/5 159/21
**girl's [1]**   32/20
**girlfriend [7]**   29/18 38/14
 95/8 95/16 95/18 109/19
 140/8
**girls [2]**   62/23 123/1
**give [28]**   6/5 14/5 15/22 17/5
 17/9 17/11 28/15 33/6 44/14
 48/21 48/25 55/5 55/25 66/15
 71/16 71/17 85/14 91/5 98/11
 114/10 119/17 172/16 188/12
 188/13 188/19 208/24 214/23
 215/13
**given [15]**   10/25 27/8 43/21
 46/8 46/16 47/16 49/10 65/21
 101/13 102/24 154/21 156/12
 186/12 192/24 214/5
**gives [3]**   13/23 20/4 73/3
**giving [4]**   28/2 65/25 66/2
 188/18
**glued [1]**   138/21
**go [77]**   7/20 10/22 10/23
 10/25 13/16 13/17 14/8 14/9
 16/5 17/2 29/23 30/4 30/19
 30/25 33/3 33/3 36/24 52/13
 58/14 59/1 59/23 61/13 65/13
 69/10 70/15 73/7 73/14 79/11
 79/24 90/6 90/23 100/2 100/6
 102/6 103/20 104/1 107/14
 107/15 108/14 111/3 116/22
 117/24 118/2 123/6 123/8
 125/3 126/13 127/12 127/17
 133/25 134/2 135/17 143/14
 144/9 145/4 147/4 152/17
 153/9 154/14 156/2 156/8
 157/13 158/22 158/23 159/2
 162/24 170/20 170/25 180/9
 181/10 189/4 190/14 191/13
 192/25 196/5 196/9 205/22
**God [1]**   156/9
**goes [15]**   34/17 38/11 46/6
 88/13 89/19 109/9 111/22
 127/15 128/23 130/22 135/3
 160/15 182/15 183/13 212/2
**going [153]**   6/21 7/20 9/1
 9/12 15/24 16/16 16/17 16/18
 20/22 22/18 22/24 24/7 24/11
 26/20 27/10 29/22 30/22 31/2
 33/5 35/9 37/1 37/5 37/6
 37/7 47/14 47/19 49/22 50/11
 52/9 53/9 55/5 55/7 55/10
 55/12 55/13 55/24 56/13 57/7
 58/22 59/19 59/20 65/10
 66/14 69/22 70/15 70/19
 71/17 73/25 75/8 76/5 76/12
 81/1 81/3 85/12 87/18 87/19
 88/10 89/2 95/8 95/16 98/12
 99/24 100/1 106/8 108/15
 108/22 111/16 111/18 112/11
 114/6 117/16 121/8 123/24
 124/21 125/9 126/10 133/13
 136/3 136/13 136/25 137/2
 137/19 138/1 138/24 141/8
 144/11 145/8 145/9 145/12
 145/18 145/19 146/19 147/15
 148/9 155/15 156/13 156/24
 157/10 159/12 159/17 168/8
 168/13 169/6 170/24 171/3
 183/17 183/21 183/25 184/3

187/23
188/2 189/13 191/12 191/19
192/24 193/16 193/25 194/9
195/5 195/11 196/7 199/10
199/11 199/16 203/4 203/7
205/11 205/19 206/1 206/4
206/24 209/16 209/18 209/19
210/8 210/10 211/18 211/19
212/15 212/18 212/18 212/25
213/15 214/3 215/2 215/4
215/9 215/13 215/18 215/19
**gone [3]**   37/4 65/14 205/9
**good [17]**   4/5 5/18 20/14 45/3
 65/17 66/2 81/25 82/1 113/20
 114/3 114/4 131/8 166/13
 172/10 191/8 203/14 207/21
**Goodgine [5]**   43/24 202/3
 202/8 202/14 202/17
**Goodgine's [1]**   201/24
**Google [1]**   58/7
**gosh [1]**   35/13
**gossip [1]**   62/23
**got [54]**   7/13 8/8 14/10 16/5
 18/1 23/19 24/1 29/17 33/15
 33/17 49/12 55/7 56/23 64/22
 67/7 80/13 80/15 80/16 81/2
 81/2 113/6 115/4 123/25
 124/13 124/16 125/11 133/4
 133/21 136/18 137/15 141/7
 141/18 141/21 145/2 146/4
 147/11 147/19 148/8 148/14
 148/17 148/18 159/23 172/11
 181/9 181/10 183/7 187/5
 200/5 200/12 200/14 201/16
 209/20 211/21 214/17
**got -- I [1]**   214/17
**gotcha [1]**   208/17
**gotten [4]**   55/9 124/22 191/11
 202/14
**government [7]**   46/19 97/23
 100/5 151/18 152/11 177/9
 177/9
**grab [6]**   58/19 121/7 139/2
 139/10 139/15 160/19
**grabbed [1]**   35/6
**gracious [1]**   206/11
**grade [1]**   33/18
**grades [1]**   65/4
**gradual [2]**   51/4 51/4
**graduate [2]**   33/21 65/5
**graduated [5]**   33/10 33/12
 33/19 64/23 64/25
**graduates [1]**   33/13
**grand [1]**   4/9
**grandiose [1]**   31/21
**grant [2]**   190/7 190/7
**gratuitously [1]**   131/3
**gravitas [1]**   5/5
**great [7]**   29/5 29/8 50/10
 65/17 130/2 137/22 213/2
**Green [3]**   171/6 173/19 175/2
**Greenspoint [2]**   162/6 163/20
**greet [1]**   100/19
**groggy [1]**   62/13
**ground [1]**   124/22
**group [4]**   44/10 73/6 80/17
 137/13
**grows [1]**   32/1
**guard [1]**   76/16
**guards [1]**   68/3
**guess [5]**   70/20 85/21 144/23
 184/22 195/3

**G**

**guidelines [2]** 73/4 87/11
**Gurkhas [2]** 75/16 75/20
**guy [4]** 29/19 58/18 89/20 141/22
**guys [10]** 40/22 45/23 111/12 123/2 124/18 135/22 157/20 204/8 209/6 213/22
**GYN [1]** 60/9
**gynecological [1]** 39/18

**H**

**H-07-CV-2719 [1]** 1/4
**habit [1]** 206/10
**had [196]** 5/7 7/4 12/2 12/3 12/7 13/25 18/5 19/18 26/6 27/3 28/3 28/10 29/16 33/25 34/16 35/5 37/11 38/4 38/4 38/14 38/19 39/4 39/24 39/25 40/7 40/9 40/22 41/11 42/17 43/8 45/21 45/23 46/8 51/6 51/15 51/15 51/16 51/16 51/17 53/17 54/21 56/17 56/17 56/18 57/12 60/15 62/3 62/24 63/18 65/20 68/3 69/13 69/16 74/17 74/19 75/25 79/21 82/14 91/8 94/10 95/10 95/17 95/22 101/12 103/2 103/3 103/5 103/12 105/9 105/13 105/21 105/23 107/14 108/5 108/7 108/7 109/21 110/21 110/24 113/9 113/9 120/4 120/9 120/17 123/15 123/16 124/5 124/11 124/12 124/16 124/22 126/3 129/6 129/16 129/18 132/7 134/7 134/14 134/18 134/22 135/11 135/17 135/25 136/22 136/24 137/6 137/7 137/10 137/25 138/25 138/25 140/8 140/12 141/2 141/2 141/3 141/3 141/9 141/11 141/24 142/11 142/22 143/9 144/1 145/24 146/1 146/9 146/20 147/12 147/23 147/25 148/3 148/6 148/16 148/18 148/18 152/13 152/13 152/15 152/25 153/10 153/22 155/1 155/9 155/19 156/3 156/4 156/14 156/15 159/2 159/2 160/12 161/6 163/10 163/15 163/18 164/12 164/13 164/15 164/17 165/4 165/7 167/5 167/10 167/10 167/11 167/13 167/15 167/16 167/19 168/13 169/12 170/2 170/13 170/13 171/19 183/2 185/24 186/1 187/22 187/22 187/23 188/15 190/17 198/6 201/5 202/16 204/9 205/8 205/9 209/19 210/8 210/10 213/23 214/5 214/13
**hadn't [1]** 207/14
**hair [2]** 20/2 125/16
**half [3]** 12/11 204/9 214/12
**hall [1]** 134/7
**HALLIBURTON [2]** 1/6 97/19
**hallucinations [1]** 10/21
**hand [5]** 17/1 17/2 101/19 172/14 189/10
**handed [2]** 74/11 120/5
**handle [1]** 192/23

**hands [5]** 15/5 55/10 132/25 133/3 171/20
**handshake [1]** 207/20
**Hang [1]** 55/8
**hanging [1]** 160/13
**happen [9]** 32/9 39/17 68/15 78/22 140/20 171/20 178/24 185/8 190/19
**happened [37]** 21/6 40/22 45/22 48/16 48/21 51/22 53/17 56/24 57/2 57/20 64/1 66/3 75/19 75/25 76/19 94/25 96/7 99/17 103/10 105/1 120/4 121/24 128/17 128/19 136/10 138/18 143/2 143/9 144/14 154/25 158/15 161/6 178/21 181/8 183/22 199/18 207/16
**happening [3]** 58/23 123/5 139/4
**happens [1]** 73/22
**happier [1]** 134/19
**happy [8]** 18/7 20/15 85/8 115/23 185/10 189/24 189/25 207/23
**harassed [4]** 109/22 120/11 130/13 130/17
**harassing [2]** 121/25 132/17
**harassment [28]** 122/3 122/17 122/24 123/2 123/11 127/12 128/1 128/25 130/8 130/10 130/20 132/25 135/12 136/21 142/13 157/18 162/9 162/13 162/17 174/15 175/25 180/24 182/18 182/24 184/14 185/5 185/5 185/18
**hard [5]** 83/1 113/15 121/8 150/12 150/16
**harder [3]** 14/10 16/4 190/13
**harm [2]** 21/21 73/17
**has [122]** 4/8 4/11 4/11 7/11 8/22 9/15 9/16 10/10 10/11 11/25 14/18 15/1 15/11 16/4 16/6 16/20 17/10 20/2 20/2 23/8 23/13 24/15 25/9 29/14 30/10 30/14 30/16 31/8 31/18 32/9 32/14 32/21 33/25 34/12 35/11 35/11 36/19 39/3 39/14 45/13 49/23 50/3 50/14 50/15 52/7 53/6 54/5 55/3 56/17 57/10 57/20 58/10 60/12 62/22 62/12 64/16 65/1 65/14 65/14 65/21 66/4 68/16 68/17 68/23 70/2 73/17 74/11 79/12 88/17 88/19 93/3 93/25 97/1 97/2 98/8 102/24 103/10 104/2 104/3 105/9 107/16 110/10 112/11 125/1 125/16 126/8 128/14 131/13 135/3 144/11 171/9 172/21 174/14 177/2 184/8 184/12 184/18 186/17 188/24 188/25 190/14 192/3 193/7 193/22 194/6 195/25 199/18 201/11 202/17 202/17 203/19 205/9 206/3 206/20 207/16 207/20 208/8 208/15 208/16 212/4 212/11 213/9
**hate [1]** 111/11
**hated [1]** 62/23
**Hatzimichaels [1]** 147/3
**have [389]**

**haven't [4]** 37/4 85/3 174/5 205/20
**having [22]** 10/21 25/3 26/2 29/17 40/3 40/4 40/5 41/6 44/12 45/2 45/20 49/10 62/3 63/12 80/12 105/21 125/13 137/20 150/11 154/10 161/10 212/13
**he [265]**
**he'll [3]** 181/12 181/13 204/19
**he's [36]** 4/14 4/16 21/23 56/5 76/6 76/7 76/10 81/3 85/7 85/8 85/21 86/6 88/11 88/14 90/2 91/1 97/7 112/18 125/1 125/17 125/17 125/18 135/4 136/1 137/2 156/15 193/19 193/21 194/22 203/25 204/18 204/20 208/21 209/11 209/12 211/19
**head [8]** 123/21 125/17 134/7 147/23 166/1 167/4 197/17 197/19
**headache [1]** 69/8
**headaches [2]** 30/16 69/7
**health [6]** 15/22 25/7 28/5 28/10 36/10 93/2
**healthcare [6]** 11/23 68/24 69/18 70/1 70/5 70/7
**hear [10]** 8/19 51/5 55/15 55/17 58/21 84/21 91/17 91/19 184/22 196/1
**heard [29]** 8/18 23/3 75/19 76/7 91/19 99/10 99/16 99/18 99/20 124/16 124/17 126/18 126/21 135/11 135/14 138/7 140/3 141/11 156/3 161/13 161/15 179/6 184/13 186/25 200/13 200/14 201/11 201/24 212/15
**hearing [2]** 56/6 141/9
**hearsay [8]** 110/15 126/9 126/10 126/16 133/6 133/9 143/1 168/25
**heart [1]** 182/15
**heavily [1]** 113/7
**Hedges [6]** 2/5 2/5 66/14 90/19 112/25 113/2
**Hedges' [3]** 90/24 112/15 113/7
**held [2]** 7/23 178/7
**helicopter [7]** 58/17 197/22 200/5 200/9 200/12 201/10 201/16
**heliport [1]** 58/17
**hello [1]** 100/20
**helmet [4]** 197/19 198/2 198/4 198/6
**helmets [1]** 197/15
**help [9]** 15/6 18/4 20/15 28/16 70/11 73/25 120/10 137/8 182/23
**helped [1]** 65/16
**helpful [4]** 19/2 75/12 80/1 101/22
**helping [1]** 86/15
**helplessness [2]** 54/12 54/13
**helps [2]** 21/23 75/1
**her [270]**
**here [80]** 4/3 4/24 5/25 6/23 10/24 11/6 12/13 13/14 20/13

here... [71]   23/2 38/23 40/11
42/23 47/5 47/25 48/11 55/4
55/7 55/12 58/15 61/7 61/22
62/1 72/21 74/24 83/22 85/19
85/23 88/17 88/21 89/6 92/4
95/8 100/16 109/15 112/3
113/21 114/5 115/3 117/9
117/16 118/19 119/12 119/18
124/16 130/2 133/21 133/21
135/22 141/21 141/24 142/20
149/9 149/10 150/12 156/9
157/14 164/1 165/16 167/19
171/11 171/12 172/11 172/12
175/19 184/19 185/3 191/9
192/12 193/19 193/23 194/19
196/5 200/1 200/13 203/12
204/18 204/20 208/9 208/25
here but [1]   208/25
here's [2]   56/14 88/20
Hermann [2]   58/16 58/17
herpes [2]   39/15 39/25
herself [8]   22/8 22/8 34/2
50/8 72/22 72/23 109/18
110/12
Hi [3]   66/23 180/12 180/13
Hickman [9]   120/12 121/1
129/19 129/20 140/21 141/13
141/14 157/18 158/13
high [4]   33/10 111/5 164/9
196/3
highest [1]   76/23
highlight [2]   61/21 199/2
highlighted [2]   5/11 47/9
him [89]   4/14 4/24 5/4 5/7
22/24 41/23 45/20 58/19
58/20 61/8 75/3 77/25 78/2
78/4 78/5 78/20 78/22 82/20
82/24 84/12 85/14 86/3 86/13
86/14 86/21 89/20 90/7 91/11
91/24 92/6 95/11 112/16
112/21 112/23 113/9 113/23
125/24 129/15 133/23 134/5
135/5 135/5 138/11 138/23
139/7 140/1 140/2 140/11
141/1 141/3 146/14 153/3
153/24 153/25 154/8 155/15
155/16 155/19 156/7 156/19
159/3 159/3 160/11 160/12
160/18 179/9 179/12 179/16
181/12 181/18 181/19 183/7
183/24 183/25 184/1 202/19
204/11 204/19 206/24 208/23
209/12 209/16 209/19 209/19
209/21 210/17 210/25 211/21
212/19
himself [6]   81/12 88/14 88/15
121/7 137/20 160/19
hire [2]   87/21 87/22
hired [6]   4/22 4/22 5/5 7/1
138/3 153/9
hiring [2]   153/2 153/10
his [67]   4/16 21/22 21/22
21/24 56/5 56/7 58/18 76/16
82/20 82/20 83/14 86/24 87/2
87/3 87/21 88/13 88/18 88/18
89/5 89/19 89/22 98/11 98/11
98/12 104/6 109/19 112/17
120/13 124/10 132/12 132/13
132/14 132/21 133/3 133/22
134/14 137/19 137/22 137/23

137/23 138/21 139/2 139/11
138/24 139/2 139/10 140/9
141/16 142/4 145/12 153/1
153/2 155/13 155/14 157/3
158/23 159/2 164/15 166/25
181/9 181/11 181/19 194/23
196/7 204/14 208/10 212/1
histories [7]   41/17 43/21
45/15 51/22 63/20 102/1
102/7
history [38]   10/22 10/23 20/8
20/8 20/17 21/2 21/10 21/11
25/10 25/14 25/24 26/15
26/24 27/3 27/9 27/18 27/22
28/2 39/18 40/10 40/12 41/1
41/16 47/19 50/25 51/10
79/12 79/14 79/16 79/17 80/5
101/13 102/2 102/3 102/3
102/19 102/23 212/1
histrionic [1]   31/5 31/17
31/19 31/25 32/2 32/12 32/19
33/9 34/3 35/23 49/3 49/14
49/18 52/2 52/8 79/3
hit [6]   34/13 34/16 35/4
78/4 78/17 146/17
hits [1]   29/19
hitting [4]   77/25 78/1 78/3
78/6
Holcombe [2]   2/4 191/18
hold [4]   17/10 17/11 168/24
187/22
holding [2]   72/22 72/23
holes [1]   203/5
home [9]   59/21 123/17 125/3
125/9 125/13 125/18 125/24
148/11 181/10
honest [1]   87/7
honor [113]   6/10 22/22 33/22
46/24 66/17 76/2 81/19 85/1
85/8 85/16 90/1 90/24 101/6
102/12 103/19 103/25 106/3
107/20 107/22 108/17 108/18
108/22 109/1 109/12 110/6
111/14 111/19 111/20 112/6
112/7 112/13 112/19 112/24
113/22 113/25 114/17 116/21
117/9 117/20 118/1 118/3
126/9 126/17 126/25 127/10
127/18 128/2 129/12 130/7
133/6 133/15 133/19 136/25
142/25 143/5 149/16 168/22
168/25 170/15 170/17 170/19
170/22 170/23 171/8 172/7
172/22 180/3 182/6 182/9
182/20 183/3 183/12 183/23
185/2 185/13 185/19 186/20
187/13 187/21 188/14 189/17
189/22 190/3 191/2 191/19
192/4 192/10 192/11 193/7
193/11 194/25 195/15 195/23
196/11 196/20 198/8 199/10
199/21 199/23 201/19 202/7
203/22 204/25 205/17 205/21
206/17 207/1 207/8 208/24
212/7 213/2 214/5 215/15
HONORABLE [1]   1/11
honors [1]   33/21
hooch [12]   43/6 43/7 43/9
43/15 44/9 68/8 68/9 129/9
43/8 133/22 133/25 134/1
hooches [1]   158/25
hope [12]   5/18 38/16 109/14

171/20 169/23 169/25 171/6
173/8 175/2 179/25 197/1
201/5
hopefully [2]   87/9 181/12
hopelessly [1]   128/20
horrible [1]   57/20
horribly [1]   35/12
horrific [2]   63/9 63/13
horror [3]   54/12 54/13 57/10
horse [1]   15/18
horses [1]   15/14
hospital [9]   8/7 24/2 34/17
43/5 58/16 68/8 167/2 177/21
177/24
hospitalization [2]   69/11
69/14
hospitalized [3]   24/3 39/24
69/11
hostile [2]   109/24 185/14
hour [6]   94/7 117/17 178/25
214/6 214/12 215/13
hours [8]   12/11 15/4 57/5
145/25 207/10 212/13 214/14
214/20
housed [1]   178/25
housekeeping [1]   67/5
housing [1]   186/2
HOUSTON [11]   1/2 1/4 2/7 2/11
2/15 8/10 153/3 153/7 177/4
177/6 204/18
how [61]   5/11 7/18 10/19
10/19 10/20 11/14 11/14 12/9
14/3 19/21 20/4 22/8 22/8
22/9 22/10 24/17 24/24 26/16
26/18 27/11 32/5 34/1 35/14
35/14 48/16 49/7 51/17 51/24
55/2 55/14 66/23 71/14 79/20
79/21 80/5 82/13 86/8 86/16
89/3 89/5 100/23 110/1
123/19 126/17 129/7 132/24
135/11 135/11 137/5 138/18
140/3 161/4 175/14 175/16
178/24 192/24 193/3 209/11
209/25 214/3 214/22
however [8]   36/20 39/2 60/21
68/19 117/22 128/16 209/23
215/14
HR [21]   68/8 122/1 123/6
123/7 123/11 123/14 123/21
123/21 124/7 124/10 125/17
132/23 134/3 134/6 147/2
147/9 148/14 154/7 160/17
167/19 180/20
huge [1]   89/15
huh [2]   50/13 168/5
human [16]   15/12 36/14 39/15
39/15 43/5 43/5 79/23 83/9
84/4 85/24 86/9 96/13 132/6
132/18 160/9 162/24
Humvee [1]   56/4
hundred [1]   23/24
hunt [1]   159/3
hurt [1]   56/5
hurts [1]   21/23
husband [13]   11/19 34/8 34/9
34/11 34/12 34/22 35/8 77/12
77/24 78/19 108/6 108/6
181/18
husband's [1]   78/7
hybrid [1]   213/13
hypervigilance [15]   58/12
58/12 58/13 58/21 59/4 59/5

# H

**hypervigilance... [9]** 59/9
 59/10 59/12 59/14 59/23
 60/21 61/11 62/4 80/14
**hypervigilant [5]** 58/23 59/15
 59/19 61/3 65/3
**hypothyroidism [1]** 23/15
**hysterical [12]** 31/17 31/19
 31/25 32/2 32/12 32/19 35/23
 49/18 52/8 69/21 79/3 79/7

# I

**I'd [2]** 115/23 212/23
**I'll [21]** 12/15 20/15 47/8
 60/5 76/8 85/8 91/5 93/21
 109/14 110/23 141/8 150/2
 150/3 164/1 170/15 171/7
 188/20 191/1 196/12 202/11
 207/23
**I'm [140]** 7/20 16/16 16/16
 16/17 19/2 20/20 20/22 22/24
 24/11 27/10 34/18 37/13
 42/23 42/23 45/2 46/21 49/22
 53/9 55/5 55/7 55/12 55/24
 57/7 59/21 59/22 60/25 64/15
 64/17 70/11 71/8 71/17 74/14
 76/12 78/11 83/4 84/10 85/1
 86/3 87/19 87/25 88/1 88/10
 89/12 89/18 91/21 92/3 92/18
 92/19 92/21 92/24 93/25
 95/12 95/12 96/1 96/3 96/4
 100/9 106/8 107/25 109/13
 110/8 111/10 112/3 112/11
 112/13 112/18 113/1 113/2
 113/4 116/17 116/24 116/25
 117/23 119/11 119/12 121/8
 123/24 124/21 131/22 133/13
 135/3 136/25 137/2 141/18
 141/24 143/16 143/18 145/7
 145/21 147/7 150/2 150/11
 150/11 153/17 155/25 156/12
 157/25 161/15 164/18 170/1
 180/17 183/17 184/5 185/10
 187/7 187/7 187/7 187/8
 187/16 189/24 190/19 190/20
 191/9 191/24 192/14 193/16
 193/21 193/25 194/9 196/7
 196/18 199/10 199/16 203/4
 203/7 203/11 203/14 208/20
 209/5 210/5 210/6 210/24
 211/14 212/18 212/18 212/25
 214/25 215/1 215/2 215/13
**I've [23]** 7/6 17/12 51/23
 59/11 67/1 81/2 81/2 135/7
 145/7 145/8 156/12 158/1
 163/25 179/12 191/11 194/1
 201/11 203/1 204/19 205/23
 213/13 213/22 215/17
**Ida [1]** 106/17
**idea [11]** 13/24 15/22 20/4
 100/23 166/23 168/19 201/15
 204/23 208/25 212/23 213/2
**identified [2]** 85/7 90/18
**identify [10]** 13/2 14/3 18/18
 23/22 31/4 41/18 41/19 81/14
 103/8 197/2
**identifying [1]** 103/9
**if [172]** 4/4 7/21 9/24 10/6
 12/22 15/17 17/5 17/6 18/15
 20/15 21/1 21/22 21/23 26/4
 26/6 26/6 26/14 26/19 27/3

 37/14 37/15 40/22 41/19
 42/19 44/4 44/8 45/21 45/22
 46/14 46/21 48/23 49/1 51/21
 51/25 52/3 52/13 53/11 54/13
 56/16 56/19 56/22 57/24 58/2
 59/14 61/4 61/22 64/2 64/3
 67/23 68/15 69/12 71/15
 72/25 73/6 73/8 73/22 74/17
 74/20 74/20 74/21 75/24
 78/20 81/11 85/14 87/18 89/8
 93/20 95/12 96/5 96/19 96/20
 96/22 99/9 99/21 101/21
 101/21 102/6 102/22 104/1
 104/13 104/25 105/12 105/12
 105/23 106/5 109/13 109/14
 110/8 111/18 111/22 112/3
 112/4 112/10 114/5 114/13
 116/6 116/7 116/25 117/16
 117/17 117/22 118/4 118/13
 118/17 119/9 122/23 123/2
 127/11 132/9 133/16 133/21
 134/1 135/2 135/7 135/12
 135/19 136/5 138/3 139/5
 141/13 142/12 148/5 150/7
 150/13 153/18 153/23 154/25
 157/25 158/2 163/24 164/2
 168/12 168/13 169/6 170/4
 170/25 171/17 172/8 172/10
 172/14 172/20 179/13 180/16
 183/14 183/16 185/2 190/7
 190/17 193/9 194/10 198/13
 200/6 201/15 202/17 204/6
 206/7 206/22 207/20 208/11
 208/13 209/18 211/3 211/16
 213/9 213/14 213/16 215/8
**II [8]** 23/11 26/12 28/17
 28/19 29/2 29/9 31/4 32/23
**III [3]** 23/13 26/10 26/25
**Iler [6]** 131/4 131/7 209/2
 209/8 209/13 210/8
**illegal [3]** 148/17 165/9
 165/10
**illness [3]** 9/7 13/15 13/18
**imagination [1]** 57/24
**imagination -- I [1]** 57/24
**imagine [1]** 57/25
**imagined [1]** 57/16
**IME [1]** 11/22
**immediate [3]** 88/21 150/24
 202/22
**immediately [2]** 107/2 147/10
**impact [4]** 12/22 12/23 23/14
 26/11
**imparted [1]** 63/23
**implanted [8]** 42/24 55/18
 55/22 56/21 56/25 57/1 94/1
 99/7
**implied [1]** 89/2
**import [1]** 207/11
**important [16]** 9/22 12/16
 12/20 19/1 19/25 21/17 23/17
 32/13 44/4 79/16 79/17 80/7
 104/21 192/6 195/25 197/11
**impossible [1]** 82/9
**impression [1]** 68/2
**imprisoned [4]** 68/3 68/16
 68/20 178/5
**imprisonment [3]** 67/22 68/17
 68/18
**impulsivity [1]** 29/7
**impute [1]** 78/19

**inaccurate [2]** 102/1 153/21
**inadmissibility [1]** 111/21
**inadvertently [1]** 4/12
**INC [1]** 1/7
**incarcerated [1]** 68/11
**incest [1]** 32/14
**inch [2]** 133/4 133/20
**incident [10]** 33/25 34/2 34/5
 77/17 123/17 144/16 144/19
 159/5 159/7 159/8
**incidents [2]** 162/13 162/16
**inclined [2]** 183/15 183/16
**include [1]** 11/7
**included [3]** 170/3 170/5
 215/17
**including [10]** 38/8 50/25
 119/6 124/2 144/2 151/1
 151/9 162/9 163/4 197/3
**incoherent [1]** 164/9
**inconsistencies [8]** 17/20
 17/22 24/25 28/11 48/8 48/8
 78/23 90/17
**inconsistency [6]** 25/16 25/17
 25/18 26/5 26/9 48/12
**inconsistent [9]** 18/8 22/7
 22/13 22/16 52/1 52/5 64/18
 79/9 94/4
**incorrect [2]** 67/18 171/21
**increased [1]** 166/7
**independence [1]** 100/12
**independent [16]** 4/20 6/23
 10/7 25/9 25/23 27/4 27/23
 29/14 44/19 46/15 48/4 63/20
 82/2 102/1 102/8 107/12
**index [3]** 3/1 67/8 67/10
**India [1]** 181/12
**Indian [3]** 174/22 174/23
 175/6
**indicate [5]** 34/9 119/5
 119/10 151/8 168/9
**indicated [4]** 49/8 68/10
 166/18 203/19
**indicates [1]** 194/22
**indicating [2]** 14/12 116/4
**indication [1]** 203/24
**indications [1]** 33/22
**indirectly [2]** 128/14 150/21
**individual [25]** 9/9 9/9 9/10
 9/12 9/14 9/17 9/20 10/9
 10/16 12/20 17/9 18/17 19/14
 30/13 32/24 33/1 56/1 69/4
 70/9 73/3 79/25 81/12 87/20
 104/23 181/16
**individual's [1]** 23/12
**individuals [11]** 9/7 11/25
 12/2 13/15 31/19 33/11 34/14
 35/24 36/4 36/13 59/11
**individuals' [1]** 25/20
**induce [2]** 63/9 68/15
**induced [1]** 176/14
**inducement [4]** 128/3 185/8
 185/9 215/17
**inducing [1]** 68/14
**ineffective [1]** 39/23
**infection [1]** 39/25
**inference [1]** 5/12
**inferences [1]** 212/9
**infinite [1]** 63/5
**inflammatory [3]** 128/21
 129/23 129/24
**inflate [1]** 33/23

Case 4:07-cv-02719   Document 327   Filed on 03/05/11 in TXSD   Page 235 of 257

**I**

**inflated [1]**  31/16
**influence [2]**  23/19 170/11
**inform [1]**  7/22
**information [36]**  7/13 9/19
 11/2 13/20 13/23 13/25 28/6
 35/18 35/25 36/5 36/8 36/10
 36/12 47/16 52/4 52/6 55/22
 55/22 63/17 63/23 74/5 75/7
 75/8 75/9 75/13 82/7 98/23
 115/5 115/10 125/7 126/8
 161/9 168/16 168/17 180/16
 180/18
**informed [3]**  136/13 207/11
 209/2
**infrequently [1]**  73/2
**inhibited [1]**  73/15
**initial [5]**  41/8 45/16 93/10
 155/11 155/12
**Initially [1]**  41/6
**initials [1]**  165/17
**initiate [1]**  156/22
**injured [2]**  41/13 56/5
**injuries [2]**  35/5 178/13
**injury [2]**  15/7 54/9
**input [1]**  56/7
**inputted [2]**  55/15 56/7
**inquire [6]**  6/9 66/15 66/17
 66/18 79/17 208/3
**inquiry [4]**  21/24 45/10 81/20
 170/16
**insanity [1]**  98/19
**insert [1]**  21/17
**inside [2]**  75/17 148/1
**insistence [1]**  137/12
**instance [7]**  10/11 15/10
 23/14 30/2 101/12 101/25
 102/25
**instances [1]**  102/6
**instant [1]**  51/8
**instilled [1]**  136/2
**instituted [2]**  34/24 78/10
**instruct [3]**  187/24 188/6
 213/23
**instructed [1]**  190/10
**instruction [9]**  187/13 187/19
 187/23 188/1 188/12 188/18
 213/14 213/16 213/18
**instructions [3]**  203/20 213/8
 213/21
**intelligence [2]**  13/24 19/15
**intelligent [2]**  14/2 24/20
**intend [2]**  171/16 203/24
**intended [4]**  112/25 151/12
 205/8 212/14
**intense [1]**  54/11
**intent [1]**  188/6
**intention [3]**  171/17 184/1
 207/12
**intentional [1]**  53/2
**interact [2]**  19/5 65/22
**interaction [1]**  40/19
**interactions [1]**  75/11
**intercourse [1]**  69/7
**interest [4]**  9/15 20/17
 141/24 155/19
**interested [2]**  28/13 28/13
**interesting [1]**  35/17
**intern [1]**  58/19
**Internet [2]**  54/16 62/9
**internship [1]**  8/1

**interpersonal [1]**  78/21
**interpret [1]**  129/7
**interpretation [2]**  33/5 129/8
**interview [19]**  10/9 10/12
 10/16 10/17 11/4 12/9 12/10
 12/12 12/22 19/8 19/23 24/14
 63/16 63/24 63/25 70/20
 70/22 80/19 98/9
**interviewed [2]**  65/25 123/12
**interviewers [1]**  65/22
**interviewing [1]**  20/11
**interviews [4]**  65/21 67/17
 79/4 79/7
**intimidating [2]**  139/6 145/20
**intimidation [2]**  142/17 163/1
**into [51]**  6/1 24/12 24/18
 24/22 28/17 29/20 42/20 53/4
 55/10 56/7 64/6 64/7 69/10
 70/9 70/10 78/20 81/1 87/19
 90/6 94/2 98/24 99/21 100/3
 105/15 105/19 109/25 111/14
 113/6 115/4 116/22 120/15
 120/17 124/10 132/5 133/2
 134/14 137/18 140/9 143/14
 144/21 144/24 145/12 146/19
 156/8 169/1 169/3 172/20
 176/15 193/25 205/10 212/21
**introduce [1]**  131/17
**introduced [1]**  208/19
**introducing [1]**  86/3
**invaded [1]**  56/2
**inventory [4]**  202/5 202/15
 202/20 202/24
**investigated [3]**  129/3 152/14
 181/18
**investigating [1]**  159/16
**investigation [16]**  34/23
 43/22 44/3 46/6 78/9 107/9
 129/5 151/13 151/15 151/17
 159/19 160/22 176/23 177/8
 184/16 186/6
**investigative [6]**  12/4 44/22
 44/25 46/16 46/17 48/5
**investigator [2]**  46/20 78/14
**investigator's [1]**  48/6
**investigators [2]**  35/3 48/11
**investor [1]**  140/9
**invited [2]**  33/21 41/10
**invoked [1]**  151/24
**involve [2]**  54/8 185/23
**involved [8]**  9/6 54/11 60/14
 100/14 141/7 159/24 186/15
 194/2
**Iraq [52]**  20/7 20/7 20/8
 20/17 21/2 21/6 21/10 25/8
 25/12 25/13 25/23 25/24
 26/15 26/19 26/24 27/3 27/9
 27/22 28/3 28/7 36/11 36/15
 36/19 37/3 39/19 56/2 56/2
 60/8 60/16 65/8 68/25 68/25
 69/25 70/14 74/6 77/5 93/4
 102/8 102/24 108/5 108/7
 111/25 130/14 130/18 130/20
 132/1 145/20 153/9 154/2
 182/21 183/11 197/1
**Iraqi [1]**  56/3
**irrelevance [1]**  111/21
**irrelevant [1]**  128/19
**is [530]**
**is -- you [1]**  210/24
**isn't [23]**  30/19 82/5 82/15
 86/24 93/10 93/12 98/24

**integers [1]**  130/21
 151/22 151/25 152/11 156/4
 158/19 161/23 169/8 169/15
 177/13 180/14 191/14 193/10
**issue [17]**  90/19 113/6 118/6
 128/12 129/14 129/14 129/15
 167/14 186/13 190/2 191/12
 192/3 203/6 206/20 213/5
 213/9 213/20
**issued [6]**  118/21 194/8
 196/25 197/14 198/25 201/5
**issues [17]**  24/16 76/11 77/4
 90/8 112/5 118/7 130/22
 132/23 162/9 183/24 190/10
 190/23 191/4 204/22 212/5
 213/12 215/16
**it [415]**
**IT co-manager [1]**  138/11
**it's [118]**  4/24 5/11 5/25
 8/24 12/20 13/23 14/10 16/9
 16/20 16/22 17/2 17/3 17/23
 23/16 24/5 25/18 29/4 30/4
 30/20 32/11 32/15 36/25
 47/13 53/19 54/4 56/20 57/3
 58/1 59/8 59/22 67/10 68/18
 75/9 77/24 78/17 79/12 80/1
 80/6 81/11 81/13 82/4 82/9
 85/15 87/7 88/5 88/16 89/1
 89/7 90/5 92/25 98/16 99/7
 100/2 109/20 110/3 110/4
 112/2 113/15 113/24 113/24
 116/8 117/17 117/17 117/19
 128/20 128/21 133/18 139/5
 140/1 145/5 145/15 145/17
 150/15 153/12 153/15 154/15
 154/17 154/18 157/9 160/16
 161/6 161/7 164/24 165/2
 165/6 165/18 165/20 168/25
 169/10 169/18 178/22 180/15
 180/17 183/5 183/8 183/8
 183/10 183/18 184/20 186/11
 188/2 190/12 190/13 198/19
 199/13 200/18 200/21 201/2
 203/5 203/6 203/19 206/18
 207/9 208/17 212/9 213/4
 213/13 215/9
**item [2]**  16/15 103/4
**items [4]**  13/23 16/10 16/16
 20/17
**its [7]**  21/24 151/2 163/4
 178/13 187/13 190/14 196/1
**itself [3]**  49/5 67/23 186/19
**IV [2]**  2/9 23/18

**J**

**jacket [21]**  194/1 197/20
 198/2 198/4 198/22 198/24
 199/5 200/2 200/4 200/6
 201/4 201/8 201/15 201/17
 202/1 202/5 202/14 202/18
 202/22 202/23 203/7
**jackets [6]**  200/22 200/25
 202/6 202/15 202/19 202/24
**Jacobs [1]**  164/8
**jail [2]**  87/19 87/25
**James [4]**  97/5 97/6 125/18
 160/10
**JAMIE [31]**  1/3 43/3 43/5 44/1
 44/6 44/9 45/17 47/22 48/13
 72/6 93/3 93/16 93/22 97/2
 97/16 99/23 101/14 103/23
 108/5 109/7 109/8 127/2

**JAMIE... [9]** 128/15 161/2
161/10 175/12 185/6 197/3
198/21 200/4 202/18
**Jamie's [3]** 97/2 97/7 98/21
**jammed [1]** 209/20
**January [2]** 103/24 166/6
**January 28th [1]** 103/24
**Jefferson [1]** 7/25
**Jennifer [1]** 211/6
**Jim [2]** 145/11 164/14
**Joanne [4]** 2/3 114/21 149/20
173/1
**job [5]** 32/5 142/15 154/23
156/20 166/13
**jobs [3]** 120/22 124/18 144/1
**Jodi [2]** 41/17 72/4
**John [1]** 147/3
**join [1]** 114/16
**joined [1]** 44/10
**Joint [4]** 173/11 173/14
173/15 173/17
**JONES [157]** 1/3 11/18 12/9
13/2 13/7 13/24 14/11 14/19
15/8 15/19 16/6 16/23 17/7
17/19 18/20 19/8 19/10 20/7
20/12 22/6 22/10 22/13 22/16
24/4 24/15 25/5 25/9 25/22
26/14 26/23 27/13 27/18
27/21 28/2 28/3 29/14 30/7
30/10 30/22 31/7 33/10 33/25
34/1 34/7 34/11 36/17 37/11
38/3 38/7 38/19 38/24 39/3
39/9 40/3 41/6 41/16 41/17
41/22 43/2 43/12 43/15 43/17
43/20 43/25 44/5 44/6 45/15
45/20 45/25 46/6 48/1 48/7
49/2 49/23 50/8 50/25 51/2
51/11 51/12 51/17 51/17 52/4
52/18 53/5 53/16 53/17 54/25
57/10 60/9 60/14 60/19 60/20
60/21 61/2 61/8 61/10 61/11
62/1 62/12 62/21 63/8 63/16
63/23 64/1 64/16 64/20 65/14
65/21 65/24 66/4 66/8 67/22
68/3 68/23 70/21 72/25 74/18
74/25 75/11 75/14 75/20
75/24 76/14 76/25 77/4 80/20
81/16 87/23 90/11 101/14
102/1 102/7 102/23 103/23
104/11 105/12 109/18 111/25
127/2 128/15 129/2 161/2
175/12 185/6 187/15 187/21
194/8 197/4 198/21 198/25
200/12 201/4 202/18 205/13
206/5 211/4 213/7
**Jones' [39]** 12/18 20/17 21/2
21/6 21/7 21/10 21/12 21/15
22/3 24/14 33/8 36/1 37/2
38/3 39/7 39/17 40/25 43/23
47/18 48/12 49/2 51/23 60/13
62/17 65/7 66/15 102/19
102/25 103/10 105/1 105/6
109/8 109/8 129/11 138/8
161/10 204/15 204/16 208/10
**Journal [1]** 83/16
**judge [35]** 1/12 4/18 22/1
81/22 85/13 88/13 89/18
89/25 90/6 90/13 91/12 98/5
101/23 104/3 105/3 107/11
115/1 128/5 128/10 131/2

190/9 191/3 194/6 203/10
205/8 209/9 211/11 213/25
214/11 215/4 215/12
**judgment [3]** 14/20 189/7
210/7
**Julie [1]** 140/8
**JULY [14]** 1/5 26/3 57/5 57/6
67/17 67/18 67/19 67/19
104/12 105/2 119/20 119/22
179/25 216/4
**July 27th [2]** 67/19 105/2
**July 28 [2]** 26/3 67/17
**July 28th [1]** 67/19
**July, [1]** 108/20
**July, 2005 [1]** 108/20
**jumping [2]** 139/7 190/18
**June [3]** 115/19 119/25 176/25
**juris [1]** 8/9
**jurisprudence [1]** 186/13
**jury [72]** 1/11 4/2 4/3 4/10
5/2 5/12 5/16 6/15 6/22 7/17
7/21 7/22 11/14 13/1 23/2
23/3 31/6 45/5 45/8 45/9
50/3 51/25 55/5 55/6 58/12
69/2 74/19 77/20 78/24 79/15
89/24 98/16 108/13 111/16
113/19 114/15 131/1 131/9
131/10 131/11 131/18 135/13
141/10 149/21 150/7 171/4
172/4 172/5 185/7 187/14
187/24 188/3 188/22 190/5
193/23 194/2 194/18 195/7
195/15 195/20 195/21 195/22
203/16 203/20 205/9 205/17
208/19 212/17 212/21 213/7
213/16 213/21
**jury's [1]** 188/8
**just [127]** 4/7 4/20 5/1 5/13
6/22 12/16 13/21 17/11 20/25
21/17 23/2 23/19 25/1 27/10
29/7 29/18 29/19 31/3 31/24
43/12 44/14 45/21 47/15 49/5
50/4 64/15 68/12 68/16 68/18
71/11 71/15 74/9 78/18 78/23
80/6 86/18 91/14 92/3 92/9
94/7 95/9 95/12 96/17 98/16
98/19 103/12 106/8 108/3
112/14 112/18 119/11 120/17
123/2 123/24 124/19 124/22
125/21 127/7 127/8 130/5
133/15 135/3 135/14 136/3
136/19 137/13 137/23 138/22
139/23 139/24 140/2 141/8
141/24 141/25 143/18 144/13
145/19 145/25 146/15 147/12
147/13 148/13 149/20 150/8
154/9 154/15 154/17 156/15
156/17 156/17 157/18 157/19
161/7 161/15 164/13 165/6
165/9 165/20 165/23 167/8
167/9 168/13 179/19 180/17
182/1 182/22 183/10 184/2
184/6 184/10 186/11 186/16
190/13 190/19 190/19 195/14
200/2 201/20 205/23 206/13
207/18 208/22 208/24 209/25
210/3 214/7 214/21
**just -- I [1]** 154/15
**justice [4]** 48/24 151/14
151/17 181/13
**justify [1]** 210/9

**KBR [128]** 1/6 1/7 2/2 36/18
44/10 66/15 97/19 100/2
109/5 110/13 111/25 114/24
115/7 115/11 116/7 117/2
117/20 117/25 118/1 118/10
119/14 119/21 119/21 119/24
120/19 123/16 123/18 124/6
125/21 125/23 127/3 127/5
128/18 130/14 130/15 130/16
130/18 131/5 131/19 131/21
135/25 144/14 144/16 144/17
146/9 146/23 148/24 149/5
150/4 151/2 152/17 152/18
153/9 154/23 156/20 158/1
158/2 158/6 158/7 159/15
159/17 159/20 159/24 160/3
161/11 161/23 163/10 163/15
163/17 164/4 165/20 166/3
167/22 168/3 168/15 168/19
169/10 169/23 169/23 169/25
170/1 170/4 171/5 171/20
172/21 173/5 173/21 173/24
174/25 176/5 176/6 176/12
176/15 177/12 177/12 177/18
177/20 177/23 178/5 178/7
178/9 178/13 178/20 179/7
179/19 180/20 180/20 181/10
181/14 183/5 184/9 185/15
185/23 185/24 186/1 186/15
186/19 186/24 190/13 196/25
198/21 199/7 199/20 202/3
202/5 202/15 202/20 202/24
**KBR's [14]** 100/19 109/9
109/19 110/18 151/24 161/25
163/4 163/8 168/17 168/18
169/3 170/6 177/15 191/1
**keep [6]** 14/10 14/12 58/24
123/25 150/14 203/13
**KEITH [1]** 1/11
**KELLOGG [2]** 1/6 1/7
**Kelly [13]** 1/17 1/17 81/1
81/20 116/15 116/18 118/22
158/8 175/17 180/5 184/8
192/22 194/22
**Kelly's [1]** 175/22
**kept [11]** 120/21 132/7 132/7
132/8 137/7 142/1 142/1
144/1 144/24 148/5 156/20
**key [2]** 179/6 187/3
**keys [1]** 186/2
**kidding [2]** 194/4 214/25
**kill [1]** 64/3
**killed [1]** 98/16
**killing [1]** 64/4
**kind [18]** 4/23 12/17 71/11
71/18 129/19 136/1 139/9
139/23 140/25 146/15 150/13
154/15 160/13 184/18 190/15
200/12 203/6 205/25
**kinds [1]** 47/14
**kiss [3]** 139/3 155/14 157/1
**knew [24]** 42/6 42/7 42/25
86/19 91/10 91/23 92/4 97/20
127/16 127/25 129/15 135/14
140/22 142/12 153/1 153/3
161/3 161/6 162/12 163/7
163/10 163/15 167/8 207/9
**knocked [4]** 41/10 42/20 146/8
179/11
**knocking [2]** 141/16 147/2

# K

**know [157]**   4/19 4/21 10/19
12/24 13/13 13/13 13/13
13/14 13/18 24/17 24/17
27/11 28/8 31/11 40/21 41/22
45/22 45/22 45/23 47/11
48/16 48/24 55/6 56/16 61/2
62/12 70/23 77/22 78/20
78/22 79/18 80/11 80/24 81/2
81/3 83/1 84/21 85/10 87/3
87/18 87/19 93/2 94/9 96/4
96/25 97/1 97/6 97/8 97/8
97/19 98/4 98/14 99/24
100/13 100/15 100/23 100/24
104/15 108/5 108/9 109/12
109/13 111/1 111/18 112/25
113/16 117/5 117/23 119/11
119/17 122/1 123/19 124/15
128/10 130/14 130/15 134/25
135/3 135/7 135/11 135/18
136/2 140/6 140/12 140/17
141/4 141/9 141/17 141/19
141/22 141/22 141/25 142/5
142/6 144/10 144/24 146/7
146/13 146/19 147/4 148/7
150/15 154/25 157/9 157/10
157/14 157/20 158/2 158/13
159/1 160/14 160/17 160/18
160/25 161/2 161/3 161/4
161/20 166/22 167/7 167/14
167/20 168/14 169/5 169/21
169/24 172/2 174/5 175/10
175/12 175/14 175/16 179/1
179/2 179/5 179/20 179/20
180/4 180/14 180/18 180/18
180/22 182/17 195/15 196/18
200/4 200/6 201/7 201/8
204/25 205/5 205/25 208/20
209/8 209/10 210/24 212/13

**knowing [3]**   87/11 207/10
207/11

**knowledge [14]**   110/7 110/10
126/12 129/19 136/5 136/7
143/1 161/10 161/12 161/21
174/20 175/1 179/24 200/11

**known [9]**   109/19 109/24 118/4
127/16 127/25 130/16 142/16
208/18 212/14

**knows [6]**   42/3 42/5 93/20
127/1 127/2 127/3

**Kolstad [1]**   185/3

**Kristen [4]**   40/24 41/16 43/20
72/2

**Kulak [2]**   176/18 179/1

# L

**labels [1]**   86/10
**lack [3]**   62/17 62/17 74/4
**lacking [1]**   213/19
**ladder [1]**   50/9
**ladies [9]**   5/18 29/16 107/11
108/11 131/12 131/17 172/2
195/24 203/11
**lady [1]**   43/3
**landed [1]**   58/17
**language [1]**   19/25
**Lanham [1]**   136/13
**Lannie [1]**   1/17
**lap [1]**   198/3
**large [2]**   69/25 129/10
**laser [1]**   40/1

**last [23]**   7/3 11/19 27/3 68/4
112/15 119/9 121/13 124/11
131/2 132/12 132/13 133/25
135/18 152/21 171/16 183/18
183/20 205/25 206/6 206/9
209/4 209/15 209/20 210/7
**late [1]**   171/15
**later [15]**   37/6 51/13 53/21
78/13 115/10 125/15 127/8
128/17 134/15 136/12 142/8
144/1 151/22 185/8 191/20
**Latin [1]**   33/20
**latitude [1]**   129/16
**laude [1]**   33/19
**laugh [1]**   139/23
**laundry [4]**   138/25 139/1
139/2 155/14
**law [23]**   1/17 1/20 8/8 8/15
73/5 73/16 79/4 83/14 83/16
83/21 87/5 89/17 100/6
101/23 118/22 119/8 127/11
151/11 185/3 186/10 188/11
189/8 210/6
**lawsuit [16]**   7/2 7/9 114/24
117/8 119/18 173/21 174/1
174/2 175/6 176/4 176/25
184/16 184/17 184/23 184/24
186/17
**lawyer [11]**   82/11 89/7 89/16
98/14 100/19 112/18 113/3
119/11 150/8 175/15 192/10
**lawyers [6]**   74/11 100/13
112/23 114/14 207/19 213/23
**lay [2]**   194/9 194/11
**laying [1]**   194/1
**leading [7]**   76/2 76/5 76/6
76/8 102/12 137/1 137/2
**leads [1]**   21/14
**leaned [1]**   133/4
**leap [1]**   89/15
**learn [4]**   20/11 51/17 53/21
134/17
**learned [6]**   40/5 54/21 86/19
91/22 132/24 184/2
**least [8]**   21/24 72/23 104/18
117/6 189/19 196/9 203/1
204/9
**leave [8]**   33/2 34/9 38/16
118/2 164/11 164/12 167/9
167/19
**leaves [3]**   4/23 38/11 191/3
**led [1]**   143/24
**Lee [2]**   164/8 164/8
**left [4]**   8/14 68/9 156/18
212/17
**legal [10]**   9/6 9/16 9/21
10/10 24/6 30/3 98/15 112/5
117/13 117/13
**legs [1]**   41/14
**LEIGH [10]**   1/3 101/14 103/23
109/8 109/8 128/15 175/12
197/3 198/21 202/18
**length [2]**   205/8 205/15
**lengthy [4]**   7/20 33/7 36/25
103/8
**lens [1]**   82/8
**less [3]**   128/13 130/23 185/21
**let [28]**   6/10 7/17 16/17
20/16 21/17 33/25 45/1 58/11
67/5 67/24 71/11 71/18 76/16
79/11 94/18 104/24 135/17
139/24 157/13 159/11 163/11

139/25 140/7 163/16 199/16
207/22 207/22 213/4
**let's [24]**   29/11 36/16 37/2
60/24 61/6 63/10 85/5 85/14
88/8 104/4 104/5 107/15
111/12 112/3 113/23 118/2
118/2 118/6 118/23 143/7
152/17 156/12 167/21 170/25
**Let's see [1]**   170/25
**letter [4]**   41/24 47/18 48/25
50/19
**letters [2]**   16/5 74/23
**letting [1]**   135/3
**level [7]**   33/23 66/8 76/23
89/12 94/5 94/19 99/22
**levels [1]**   31/22
**lie [2]**   86/4 111/1
**lied [2]**   48/18 48/19
**life [22]**   8/23 18/8 22/9
22/11 23/12 25/3 25/6 29/8
29/17 30/23 32/20 36/2 57/13
63/13 65/14 68/18 69/5 69/22
82/5 82/8 96/14 103/10
**life-changing [1]**   63/13
**lift [1]**   30/18
**light [1]**   133/25
**lighter [3]**   199/4 199/6 203/1
**like [83]**   8/22 20/25 24/16
24/17 26/7 28/18 29/11 31/3
32/11 41/24 45/14 48/7 63/11
64/23 65/4 71/6 79/20 82/4
82/7 84/8 84/10 84/12 84/18
86/18 86/23 89/15 89/15
89/20 92/7 92/12 96/13 98/19
99/4 100/3 106/4 106/25
108/20 109/23 111/20 116/10
121/9 125/14 125/17 126/14
129/15 133/4 135/4 139/3
141/18 141/19 142/5 142/5
145/4 145/21 145/23 146/18
147/15 148/8 153/13 154/17
156/9 156/12 156/15 156/17
157/19 164/2 171/12 174/10
179/13 179/17 184/24 185/20
187/3 200/4 200/7 200/22
201/9 204/6 207/19 208/15
208/18 211/20 214/6
**likely [4]**   65/9 79/23 128/13
130/23
**likewise [1]**   25/22
**limitation [1]**   62/18
**limited [2]**   151/2 185/20
**limits [1]**   21/24
**line [9]**   7/21 7/21 18/22
67/13 102/23 104/5 143/3
192/20 203/19
**lines [2]**   192/7 192/16
**list [10]**   13/23 77/3 204/1
204/21 205/1 205/2 206/21
206/25 207/14 212/16
**listed [1]**   149/9
**listen [1]**   19/4
**lists [3]**   205/8 205/2 207/17
**literally [1]**   207/10
**literature [5]**   57/17 57/18
105/14 105/18 162/22
**little [27]**   7/15 32/3 32/11
44/14 56/14 64/24 67/5 80/24
85/22 91/5 91/8 98/23 123/24
139/24 141/8 146/18 149/23
163/11 164/1 190/18 199/2
199/3 200/14 203/1 213/13

**L**

**little... [2]**  214/8 214/10
**live [5]**  47/13 145/19 159/13 193/18 193/19
**lived [5]**  122/12 122/13 142/17 146/1 161/8
**lives [2]**  25/20 30/5
**living [6]**  6/17 77/8 109/18 140/13 140/14 178/21
**LLP [1]**  2/10
**loathsome [1]**  86/8
**lobe [2]**  16/6 17/4
**location [3]**  75/16 75/20 128/18
**lockdown [1]**  158/21
**locked [5]**  59/22 75/17 75/22 159/1 176/11
**Loewe [4]**  6/2 114/7 172/13 194/17
**logistical [2]**  191/4 191/12
**long [18]**  11/14 12/9 25/5 27/9 29/21 32/25 61/19 66/16 79/13 136/8 137/5 140/18 157/9 157/13 162/5 179/18 192/3 210/10
**long-standing [1]**  25/5
**longer [7]**  111/25 131/5 188/3 193/8 206/12 214/8 214/10
**look [16]**  9/17 10/1 16/17 29/11 37/9 37/19 71/15 106/25 116/6 118/23 127/21 127/24 139/23 146/11 189/16 202/19
**looked [5]**  10/5 19/20 33/13 156/9 156/15
**looking [8]**  58/23 59/20 70/15 138/2 141/22 150/2 181/12 211/13
**looks [4]**  75/6 89/15 116/10 187/2
**loose [2]**  159/4 195/5
**lose [2]**  105/12 142/15
**losing [2]**  51/3 51/5
**loss [5]**  16/23 51/8 56/21 99/5 99/7
**lost [5]**  26/21 32/9 51/23 99/7 144/2
**lot [17]**  14/21 61/7 65/13 74/14 76/2 76/5 90/2 105/25 126/9 141/19 145/17 159/11 190/12 192/17 192/18 208/25 213/11
**loud [1]**  130/1
**louder [1]**  190/19
**love [2]**  86/6 193/11
**lower [4]**  45/19 50/10 50/16 50/19
**lunch [3]**  107/25 108/12 111/16
**lying [4]**  42/2 50/18 51/12 90/12
**Lynch [1]**  143/21

**M**

**ma'am [35]**  114/3 114/23 114/25 116/9 116/11 116/14 116/16 119/16 121/17 122/7 122/9 124/7 130/6 149/22 150/6 150/11 151/23 152/19 158/17 159/9 159/9 161/1 169/21 172/10 173/1 173/3
174/21 175/11 177/11 178/19 180/1
**Macedonia [1]**  140/24
**Maddow [1]**  65/15
**made [34]**  4/15 12/13 19/18 21/15 21/16 22/3 22/6 33/7 44/9 49/6 49/23 52/17 62/24 66/4 134/18 136/17 154/3 155/1 155/5 156/1 156/17 156/21 158/14 158/18 158/20 159/8 159/19 175/25 176/2 208/3 209/15 210/11 212/17 213/18
**maid [1]**  14/15
**mail [6]**  62/21 74/18 74/21 74/24 75/11 211/4
**mails [3]**  36/17 36/20 75/5
**main [3]**  2/6 121/14 210/1
**maintained [1]**  150/19
**major [1]**  29/1
**majority [1]**  31/18
**make [37]**  6/19 15/13 19/16 31/21 32/23 45/1 47/11 48/11 49/6 51/23 53/25 54/19 57/19 59/2 73/24 75/8 85/22 93/12 112/14 114/5 122/19 126/22 153/16 154/12 154/24 160/3 160/7 160/16 172/10 188/23 192/3 199/17 203/13 203/20 205/5 210/4 215/19
**makes [4]**  93/14 128/12 130/22 203/18
**makeup [3]**  19/19 20/3 66/2
**making [9]**  59/22 65/9 112/19 113/5 144/25 166/4 190/19 190/20 196/14
**malaise [1]**  170/7
**male [9]**  120/8 120/9 120/25 121/10 121/11 121/14 121/25 138/21 146/14
**malfunction [2]**  45/2 45/13
**malinger [1]**  54/3
**malingering [9]**  16/23 31/2 52/18 52/22 52/23 52/25 54/25 79/2 105/6
**man [12]**  7/18 20/2 35/14 50/16 51/13 51/14 108/6 132/7 132/11 140/18 187/5 204/17
**management [11]**  26/19 35/18 35/25 36/5 36/8 36/10 36/12 120/5 144/22 145/3 159/14
**manager [11]**  27/15 132/4 134/13 136/12 136/12 137/7 137/18 138/11 162/20 162/21 177/15
**manager's [1]**  162/21
**managers [11]**  120/9 121/15 136/19 139/9 139/12 139/19 142/11 147/14 162/4 162/19 177/23
**mandated [2]**  146/9 152/1
**manifestation [1]**  59/6
**manifestations [1]**  69/6
**manifested [2]**  30/22 31/1
**manifesting [2]**  30/24 33/8
**manner [3]**  19/4 31/21 210/2
**Manual [2]**  53/1 53/24
**manufacturer [1]**  197/9
**many [21]**  11/10 11/14 11/14 25/2 25/5 36/8 46/7 50/11
102/6 109/23 127/13 127/13 193/3 194/21 200/24 203/5
**March [6]**  64/8 115/5 138/17 149/24 151/20 166/10
**March 20th [1]**  115/5
**marginal [1]**  203/6
**marine [2]**  56/1 56/5
**mark [6]**  17/12 17/13 118/6 136/3 199/10 199/14
**marker [1]**  195/25
**markers [1]**  55/5
**marking [1]**  17/21
**married [3]**  181/25 184/10 184/11
**martialed [1]**  78/21
**master [1]**  33/17
**Master's [1]**  64/24
**material [1]**  103/7
**materials [9]**  7/8 9/17 9/18 11/7 11/10 11/11 12/7 33/6 103/5
**Matt [16]**  42/22 124/11 124/12 125/5 132/12 132/19 133/2 134/17 134/23 135/16 135/18 136/1 152/20 152/25 153/19 154/11
**Matt's [3]**  124/11 132/25 152/21
**matter [22]**  4/19 6/5 6/23 9/16 9/21 10/10 24/7 86/7 87/13 88/16 88/16 114/10 118/15 119/4 126/23 149/14 151/7 158/9 158/21 172/16 186/24 189/7
**matters [8]**  9/6 11/9 20/8 44/16 44/21 46/15 83/3 97/23
**Matthew [2]**  42/22 132/12
**may [54]**  4/24 5/21 6/9 8/18 9/7 9/7 13/9 17/14 28/6 29/24 45/10 45/11 46/23 46/25 59/6 59/25 59/25 60/5 60/10 61/13 64/4 66/12 66/17 66/18 79/11 80/24 83/7 104/13 106/5 108/14 112/25 116/1 116/2 116/3 117/15 119/3 130/5 131/3 131/14 149/23 151/6 167/23 167/24 170/23 180/9 182/9 182/10 189/10 196/4 198/8 198/9 201/2 203/8 211/20
**maybe [10]**  17/4 28/15 71/8 112/8 116/17 145/4 145/5 145/5 171/18 191/22
**Mayo [2]**  170/22 172/23
**Mayo's [1]**  166/15
**McKinney [21]**  2/9 2/10 20/13 26/21 27/11 44/8 49/5 53/7 67/16 67/21 68/23 69/24 71/12 80/17 104/1 170/16 180/6 209/3 209/10 209/25 212/8
**me [198]**  7/17 20/15 20/16 21/17 30/11 33/12 33/18 33/25 34/13 35/4 35/6 40/22 45/1 45/23 58/11 64/1 67/5 67/24 68/22 71/11 71/18 74/1 78/1 78/3 78/4 78/6 78/16 78/17 79/11 81/2 86/11 87/21 87/22 88/3 89/15 92/7 92/12 93/14 94/6 94/18 100/18 101/23 103/18 104/24

**me...** [154]   107/11 107/12
107/13 107/13 107/14 108/15
108/19 110/4 110/8 112/8
116/6 118/6 120/10 120/15
120/18 120/18 120/19 121/9
121/25 123/7 123/7 123/22
124/2 124/10 124/13 124/13
124/13 124/25 126/14 132/2
132/7 132/8 132/9 133/5
133/12 133/21 133/24 134/4
134/14 134/21 135/10 135/13
135/18 136/1 136/2 136/8
136/13 136/13 136/16 138/4
138/18 138/22 138/23 139/3
139/10 139/24 140/11 140/12
141/23 142/6 142/7 142/9
142/11 143/14 143/19 143/21
144/11 144/17 144/18 144/18
144/21 144/22 144/23 144/24
145/12 145/25 146/15 147/13
147/13 147/16 147/17 147/21
147/22 148/5 148/6 148/6
148/10 148/11 148/13 148/13
148/16 153/10 153/17 153/20
153/23 155/13 155/14 155/14
156/7 156/9 156/15 157/2
157/3 159/11 159/15 159/17
159/18 159/21 163/11 163/20
163/23 164/11 164/15 164/15
165/5 165/23 165/23 165/25
167/2 167/3 167/13 167/19
167/19 167/20 168/11 168/16
168/23 169/1 169/24 170/8
170/9 184/12 192/2 193/12
194/5 194/17 199/12 200/19
204/9 205/16 206/5 206/6
207/22 207/22 209/13 209/13
209/16 209/25 211/2 211/19
212/20 212/22 213/5 215/6
**me-too** [4]   108/19 110/4 112/8
206/5
**mean** [41]   52/23 52/24 57/24
63/4 73/8 77/22 83/4 87/3
88/10 89/15 91/1 110/8
113/15 117/16 123/2 139/5
142/17 142/22 144/11 147/25
148/8 152/22 154/15 157/13
157/20 158/1 161/6 161/15
164/25 167/5 167/9 184/10
184/21 185/17 186/8 186/8
189/4 199/1 207/25 213/11
214/17
**meaning** [3]   53/11 89/2 94/1
**meaningful** [4]   83/10 84/5
84/17 85/25
**meanings** [1]   89/11
**means** [12]   13/18 15/12 15/15
23/24 30/18 36/7 54/10 84/21
89/8 98/16 126/1 200/21
**meant** [3]   23/4 67/15 200/19
**mechanical** [1]   1/25
**media** [2]   65/15 65/25
**mediate** [1]   152/4
**mediation** [2]   151/21 151/25
**medic** [12]   146/4 147/3 167/3
167/4 168/3 168/18 169/23
169/23 169/23 169/25 170/7
170/9
**medical** [33]   6/20 7/16 7/22
7/24 7/25 7/25 8/2 8/12

21/10 23/13 25/9 25/14 25/23
26/11 27/13 27/23 35/4 36/21
36/22 43/21 57/17 63/21 74/6
77/4 79/5 103/6 105/14 169/9
**medically** [2]   20/17 25/16
**medication** [6]   23/17 69/8
163/16 163/23 164/13 164/17
**medications** [2]   163/22 164/5
**Medicine** [1]   8/10
**medics** [7]   147/21 165/13
165/19 165/24 167/6 168/18
177/14
**meet** [1]   53/13
**meeting** [1]   12/10
**meetings** [1]   144/21
**Melissa** [5]   135/16 141/6
144/2 160/2 160/5
**members** [4]   45/9 65/22 131/11
195/22
**Memorial** [1]   58/17
**memories** [9]   55/2 55/14 55/14
55/21 56/6 56/10 56/11 57/1
96/7
**memorized** [1]   37/16
**memory** [39]   14/14 14/19 16/15
16/16 16/23 16/25 36/6 36/9
36/16 36/19 36/23 51/6 51/8
52/7 55/1 55/14 55/15 55/16
55/18 55/20 55/20 55/23 56/7
56/18 56/20 56/21 56/21
56/24 94/1 94/2 96/19 99/4
99/5 99/8 99/15 99/16 99/21
105/9 105/12
**Memphis** [1]   8/5
**men** [3]   31/18 44/12 45/25
46/2 48/1 51/16 60/15 121/3
128/24
**menstrual** [1]   30/15
**mental** [21]   10/18 12/13 13/15
13/18 15/17 15/20 15/21 23/8
23/14 23/19 23/23 25/7 27/8
28/5 28/10 30/5 52/25 53/1
53/24 54/2 93/2
**mention** [1]   84/24
**mentioned** [9]   11/4 58/6 69/10
71/12 84/23 98/7 128/7
134/19 142/21
**met** [4]   82/24 114/22 149/20
173/1
**methodology** [1]   10/6
**mic** [1]   172/20
**Michigan** [1]   183/23
**microphone** [5]   6/1 55/11
91/12 115/4 198/14
**middle** [7]   15/14 37/15 45/19
45/19 47/17 195/6 213/1
**might** [21]   29/23 30/13 35/18
36/24 37/9 42/22 58/22 66/16
77/10 78/21 86/9 100/23
101/22 112/8 117/14 117/24
127/24 180/18 180/18 184/21
212/6
**mild** [2]   18/1 30/4
**miles** [3]   161/8 171/6 173/19
**military** [24]   33/16 33/19
34/24 34/24 34/25 35/18 56/2
58/14 64/21 78/10 148/5
165/25 167/6 168/18 169/19
169/20 169/25 170/3 170/5
170/9 177/21 197/8 200/17
200/22

24/19 24/20 36/24 43/25 75/1
98/12 198/13 208/16
**mindset** [2]   10/13 98/9
**mine** [3]   97/4 141/6 144/2
**Mini** [1]   15/20
**minimal** [1]   130/1
**minority** [1]   174/9
**minute** [6]   24/23 79/11 94/18
103/8 103/9 182/7
**minutes** [12]   45/5 95/9 95/24
141/10 149/21 171/17 185/21
191/8 193/17 214/24 215/2
215/10
**misrepresenting** [1]   75/25
**missed** [2]   63/1 159/2
**missing** [2]   179/6 187/4
**mission** [2]   21/22 21/22
**misspoke** [1]   74/14
**mistaken** [1]   116/17
**mistakes** [1]   15/13
**mistreated** [1]   211/7
**misunderstood** [1]   121/3
**mixed** [2]   41/11 42/21
**mode** [1]   180/20
**moderate** [1]   18/1
**modified** [1]   27/7
**moment** [7]   6/22 12/16 23/2
31/3 60/5 182/19 189/16
**Monday** [4]   209/3 209/14
210/19 210/22
**monitoring** [1]   52/6
**monkeys** [2]   15/10 15/12
**month** [4]   115/10 151/22 166/4
166/7
**months** [20]   13/10 13/10 34/18
34/19 64/11 64/11 64/13
64/14 110/17 122/6 125/4
125/4 125/9 125/14 125/22
125/24 127/8 142/8 144/6
146/2
**mood** [3]   10/20 12/14 12/18
**more** [42]   13/22 17/12 19/15
19/15 31/15 31/20 35/15
66/22 68/16 78/24 79/23 80/7
80/9 90/2 109/20 109/24
111/23 118/7 118/15 119/4
127/15 128/12 129/7 130/5
130/13 130/17 130/22 136/7
145/3 151/7 153/5 183/13
184/22 188/19 190/14 192/7
192/15 192/17 192/18 196/6
212/2 213/18
**moreover** [1]   183/5
**morning** [37]   4/5 5/19 37/11
39/3 39/10 41/13 41/23 42/2
45/3 50/2 51/11 57/6 62/22
63/10 63/11 63/18 71/18
71/19 74/18 81/25 82/1 93/18
93/24 96/16 100/19 107/25
165/24 191/9 192/22 196/12
203/15 204/20 208/5 209/3
210/12 210/15 210/22
**Morris** [8]   191/21 192/1 192/9
192/12 192/23 192/25 193/10
194/19
**Mortars** [1]   56/3
**most** [13]   17/4 44/17 60/1
70/1 72/14 73/8 104/21
184/15 193/7 197/7 197/11
199/1 210/2
**mostly** [2]   31/18 65/1

**M**

**mother [7]**  32/4 32/6 32/9
  32/15 35/9 36/18 211/4
**mother's [1]**  32/17
**motion [9]**  188/23 189/3 189/7
  189/20 190/17 190/20 190/25
  191/1 215/17
**motions [2]**  188/21 190/23
**motors [1]**  16/12
**mouth [1]**  184/13
**move [16]**  27/10 37/2 86/20
  89/3 91/11 91/24 92/5 130/9
  137/11 145/16 145/18 159/12
  199/14 203/3 204/2 209/15
**move for [1]**  199/14
**moved [12]**  87/13 109/23
  135/10 136/15 136/16 136/22
  137/13 140/9 145/14 155/4
  155/23 188/16
**movement [3]**  17/1 17/2 62/18
**movements [1]**  20/1
**moves [1]**  190/10
**moving [10]**  71/20 134/21
  135/23 145/10 145/13 145/16
  145/22 145/23 159/15 208/25
**MPs [4]**  141/7 141/7 159/22
  159/24
**Mr [1]**  88/3
**Mr. [89]**  20/13 26/21 27/11
  38/24 39/4 40/9 40/20 40/23
  43/24 44/8 49/5 53/7 63/18
  66/14 67/16 67/21 68/23
  69/24 71/12 71/21 71/23 75/2
  75/12 80/17 81/1 81/20 81/21
  88/21 89/1 89/3 89/4 89/8
  90/9 90/19 90/24 95/7 95/16
  95/18 95/21 97/20 104/1
  106/4 112/15 112/25 113/2
  113/7 116/15 116/18 129/15
  158/8 164/9 170/16 175/22
  180/5 180/6 184/8 188/16
  190/25 192/22 193/20 193/24
  194/13 194/22 195/4 196/7
  196/18 199/22 200/1 200/20
  202/3 202/8 202/14 202/17
  203/6 203/8 205/13 205/24
  206/5 206/6 206/12 206/14
  209/2 209/3 209/8 209/10
  209/13 209/25 210/8 212/8
**Mr. Andino [9]**  193/20 193/24
  194/13 195/4 196/18 200/1
  200/20 203/6 203/8
**Mr. Arroyo [5]**  40/20 40/23
  71/23 75/2 75/12
**Mr. Bortz [9]**  38/24 39/4 40/9
  63/18 71/21 95/21 97/20
  129/15 196/7
**Mr. Bortz' [5]**  95/7 95/16
  95/18 188/16 190/25
**Mr. Estefan [9]**  81/21 88/21
  89/3 89/4 89/8 90/9 106/4
  199/22 205/24
**Mr. Estefan's [1]**  89/1
**Mr. Goodgine [5]**  43/24 202/3
  202/8 202/14 202/17
**Mr. Hedges [4]**  66/14 90/19
  112/25 113/2
**Mr. Hedges' [3]**  90/24 112/15
  113/7
**Mr. Iler [4]**  209/2 209/8
  209/13 210/8

**Mr. Kelly [9]**  81/1 81/20
  116/15 116/18 158/8 180/5
  184/8 192/22 194/22
**Mr. Kelly's [1]**  175/22
**Mr. McKinney [19]**  20/13 26/21
  27/11 44/8 49/5 53/7 67/16
  67/21 68/23 69/24 71/12
  80/17 104/1 170/16 180/6
  209/3 209/10 209/25 212/8
**Mr. Paskowitz [3]**  206/6
  206/12 206/14
**Mr. Redosa's [1]**  164/9
**Mrs. [2]**  114/7 172/13
**Mrs. Loewe [2]**  114/7 172/13
**Ms [21]**  39/17 50/25 51/2
  51/10 53/18 60/12 65/7 67/20
  100/19 100/23 106/13 106/15
  106/18 106/19 106/21 106/23
  106/25 126/6 191/18 194/8
  194/19
**Ms. [227]**
**Ms. Armstrong [3]**  43/15 43/16
  43/21
**Ms. Balli [1]**  106/10
**Ms. Brumatti [1]**  38/21
**Ms. Brumatti's [2]**  38/20
  38/20
**Ms. Chapman [1]**  207/6
**Ms. Jones [143]**  11/18 12/9
  13/2 13/7 13/24 14/11 14/19
  15/8 15/19 16/6 16/23 17/7
  17/19 18/20 19/8 19/10 20/7
  20/12 22/6 22/10 22/13 22/16
  24/4 24/15 25/5 25/9 25/22
  26/14 26/23 27/13 27/18
  27/21 28/2 28/3 29/14 30/7
  30/10 30/22 31/7 33/10 33/25
  34/1 34/7 34/11 36/17 37/11
  38/3 38/7 38/19 38/24 39/3
  39/9 40/3 41/6 41/16 41/17
  41/22 43/2 43/12 43/15 43/17
  43/20 43/25 44/5 44/6 45/15
  45/20 45/25 46/6 48/1 48/7
  49/2 49/23 50/8 50/25 51/2
  51/11 51/12 51/17 51/17 52/4
  52/18 53/5 53/16 53/17 54/25
  57/10 60/9 60/14 60/19 60/20
  60/21 61/2 61/8 61/10 61/11
  62/1 62/12 62/21 63/8 63/16
  63/23 64/1 64/16 64/20 65/14
  65/21 65/24 66/4 66/8 67/22
  68/3 68/23 70/21 72/25 74/18
  74/25 75/11 75/14 75/20
  75/24 76/14 76/25 77/4 80/20
  81/16 87/23 90/11 102/1
  102/7 102/23 104/11 105/12
  109/18 111/25 129/2 187/15
  187/21 198/25 200/12 201/4
  211/4 213/7
**Ms. Jones' [35]**  12/18 20/17
  21/2 21/6 21/7 21/10 21/12
  21/15 22/3 24/14 33/8 36/1
  37/2 38/3 39/7 39/17 40/25
  43/23 47/18 48/12 49/2 51/23
  60/13 62/17 66/15 102/19
  102/25 103/10 105/1 105/6
  129/11 138/8 204/15 204/16
  208/10
**Ms. Loewe [2]**  6/2 194/17
**Ms. Mayo's [1]**  186/25
**Ms. Morris [5]**  191/21 192/9

**Ms. Pulver [1]**  211/1
**Ms. Royal [5]**  209/3 210/8
  211/1 211/2 211/3
**Ms. Rumba [5]**  41/8 42/16 44/6
  45/24 45/25
**Ms. Shaw [4]**  106/12 106/16
  106/20 106/22
**Ms. Simco [1]**  38/11
**Ms. Vorpahl [5]**  110/5 111/3
  130/4 163/12 172/4
**Ms. Westcott [12]**  114/3
  114/21 119/2 123/23 131/25
  141/9 149/20 150/19 150/20
  151/5 151/13 168/1
**much [13]**  13/22 14/18 66/22
  118/7 121/19 144/15 167/11
  170/20 196/6 214/3 214/20
  214/22 215/21
**multiple [3]**  51/18 52/5
  129/10
**murder [2]**  98/15 98/17
**murdered [2]**  10/11 98/8
**Muria [1]**  17/2
**must [2]**  84/22 181/16
**my [136]**  6/16 7/13 8/14 9/5
  18/4 20/22 30/18 30/24 34/12
  35/4 38/8 40/19 43/24 44/2
  57/3 64/6 68/5 70/19 74/11
  78/16 81/2 82/22 82/23 83/24
  84/3 84/16 85/19 90/10 91/17
  94/18 94/21 95/19 97/8 98/25
  100/4 100/4 100/18 106/17
  112/19 114/21 120/4 120/8
  120/15 120/17 124/12 125/12
  128/7 130/9 131/19 132/8
  133/2 133/3 133/4 133/15
  133/20 133/20 134/1 134/5
  136/11 136/12 137/7 137/12
  137/12 138/15 138/20 141/14
  141/16 142/1 142/3 142/15
  144/10 145/25 146/3 146/8
  147/1 147/2 149/12 149/20
  152/5 153/11 153/14 155/11
  156/10 156/11 157/11 157/14
  157/15 157/19 158/20 159/4
  160/12 163/21 164/11 164/14
  164/15 165/5 165/10 165/12
  165/17 167/5 167/5 167/13
  167/18 168/8 170/8 171/17
  173/1 175/1 178/21 178/22
  178/22 179/10 179/11 179/13
  179/15 179/22 181/18 182/7
  182/14 182/15 182/16 183/18
  188/11 191/8 200/3 204/8
  207/12 207/14 210/7 210/14
  210/16 210/17 212/14 212/16
  213/6 214/21
**myself [4]**  136/20 179/4
  185/21 212/12

**N**

**nail [1]**  12/17
**name [16]**  6/15 6/16 42/1 58/2
  114/21 120/13 124/12 131/19
  132/12 132/13 135/18 149/20
  152/21 156/11 165/5 173/1
**named [2]**  38/5 43/3
**names [2]**  121/12 121/13
**narcissistic [11]**  31/4 31/10
  31/13 32/19 33/9 35/23 49/18
  52/2 52/8 79/3 80/3

**N**

narrowly [1]  127/9
national [1]  176/20
nature [8]  11/9 20/9 30/24
  44/24 129/24 174/12 180/21
  181/1
Neal [3]  121/12 121/13 139/22
nearby [1]  181/23
nearly [1]  190/3
necessarily [1]  105/8
need [32]  4/3 10/1 24/3 55/10
  56/14 61/13 70/11 90/25 98/8
  111/2 112/14 117/5 126/7
  126/13 135/13 141/17 143/22
  147/4 147/6 147/18 168/6
  169/6 172/3 182/8 184/24
  192/24 193/23 211/20 211/22
  214/4 215/2 215/10
needed [2]  135/19 142/4
needle [1]  114/6
needn't [1]  115/21
needs [1]  55/6
negative [2]  34/21 104/15
negatively [1]  49/18
negligence [3]  186/18 186/19
  190/15
negotiation [1]  150/23
neither [1]  127/3
Nelson [6]  50/22 50/25 51/2
  51/10 53/18 67/20
Nelson's [1]  52/3
network [1]  77/8
neuropsych [1]  13/21
neuropsychiatric [1]  81/13
neuropsychiatrist [2]  18/17
  81/13
neuropsychological [1]  18/17
never [27]  25/6 49/16 56/21
  67/1 67/3 67/4 68/19 69/16
  98/25 99/7 99/20 113/10
  114/22 122/14 126/1 153/12
  153/24 157/22 157/24 166/25
  168/25 169/3 171/5 173/1
  173/8 175/2 179/12
nevertheless [1]  108/22
new [5]  5/20 29/19 63/16
  63/23 86/3
news [1]  65/10
next [36]  13/17 13/20 14/14
  17/25 30/6 37/24 38/17 39/3
  41/12 42/2 42/25 49/21 50/2
  58/18 61/13 67/23 93/18
  93/24 96/16 108/15 138/2
  139/20 142/6 142/7 142/8
  146/4 146/4 146/6 146/12
  146/19 148/9 148/10 167/2
  191/8 196/8 199/11
nice [1]  124/24
nickname [1]  140/16
night [29]  38/2 38/3 41/9
  51/15 51/22 53/17 94/5
  103/24 104/11 105/1 105/12
  127/4 133/22 133/25 142/3
  145/11 145/25 146/7 158/21
  165/7 166/1 166/21 167/12
  167/16 170/14 179/3 179/3
  179/22 184/9
nightmares [2]  57/1 62/4
Nile [2]  69/13 69/16
nine [3]  14/5 14/6 74/25
no [185]  4/14 5/7 13/25 18/21
  35/5 36/19 37/18 37/24 40/7
  40/14 41/4 41/4 42/12 47/8
  47/15 51/6 56/18 56/23 57/1
  61/23 63/12 63/15 65/12 67/2
  74/10 75/7 75/21 75/23 76/8
  76/20 77/2 77/14 78/18 78/18
  79/8 80/24 84/12 85/3 85/16
  86/7 87/13 90/10 92/9 93/14
  94/1 94/17 96/19 96/19 97/19
  98/25 99/19 99/21 100/4
  100/11 100/11 100/11 100/15
  100/22 100/25 100/25 100/25
  101/4 105/9 105/17 107/1
  108/9 108/9 110/10 111/25
  113/12 114/23 115/13 116/16
  116/16 116/22 117/3 119/23
  121/5 122/15 122/22 124/7
  124/15 124/21 126/1 126/4
  127/15 128/4 129/3 130/2
  131/5 133/13 134/11 134/25
  136/19 139/3 140/19 141/24
  143/12 143/12 144/5 145/7
  147/7 147/11 147/25 148/1
  148/4 148/6 152/24 153/22
  155/11 155/19 155/23 156/5
  156/21 157/23 158/7 158/16
  158/23 159/9 159/9 159/21
  161/1 161/9 161/9 161/16
  165/9 166/23 167/13 167/13
  167/20 168/19 170/19 173/3
  173/9 174/4 174/7 174/11
  174/19 174/21 175/11 176/1
  176/3 176/13 176/16 177/3
  177/11 178/6 178/8 178/11
  179/24 180/1 181/2 182/1
  184/1 184/12 185/1 185/12
  185/19 185/24 186/1 186/21
  188/3 188/21 189/6 190/1
  190/21 193/21 199/21 200/6
  201/15 201/17 202/21 204/23
  205/3 206/12 207/8 207/15
  207/18 210/13 215/3
nobody [11]  23/24 43/9 43/12
  86/20 91/11 91/24 92/5 113/9
  182/8 209/15 209/15
noise [2]  58/21 58/22
non [3]  171/20 182/24 183/1
non-enforcement [2]  182/24
  183/1
non-KBR [1]  171/20
none [3]  12/6 107/13 129/21
nonsuit [1]  188/6
normal [7]  14/22 19/3 19/13
  19/14 24/21 48/6 59/16
normally [4]  18/25 25/2 174/1
  208/12
not [319]
notation [2]  19/17 48/11
notations [1]  27/17
note [2]  19/23 74/11
noted [10]  26/10 26/25 28/8
  30/7 31/7 113/16 130/24
  133/16 133/17 190/23
notes [4]  12/13 33/7 210/14
  210/16
noteworthy [1]  19/10
nothing [33]  6/6 46/2 46/4
  46/9 49/25 56/23 68/10 94/1
  97/20 101/15 108/21 114/11
  118/15 119/4 120/10 121/18
  121/19 128/14 129/11 129/11
  137/6 137/7 144/17 151/7
  151/12 153/5 172/17 185/9
  203/5
notice [3]  137/22 138/1
  210/11
noticed [1]  100/16
notified [1]  134/14
notion [2]  21/20 57/18
notwithstanding [1]  165/21
November [3]  171/15 175/8
  175/9
November 30th [2]  175/8 175/9
now [83]  6/5 7/15 13/8 13/12
  16/16 22/19 24/15 25/8 28/13
  31/3 31/25 35/11 37/2 38/23
  39/2 40/15 42/3 42/5 42/15
  43/15 48/23 50/21 52/9 53/16
  54/15 56/8 59/5 63/4 73/24
  78/17 80/8 89/10 91/13 91/15
  92/16 92/18 93/19 98/22 99/1
  99/14 99/14 99/23 100/12
  100/25 107/16 114/10 116/18
  116/20 117/7 117/13 121/3
  125/17 125/17 126/3 144/6
  145/8 150/2 152/17 158/8
  161/22 164/7 171/11 172/16
  174/22 181/12 183/16 184/15
  185/17 188/1 188/19 189/11
  191/20 194/17 194/21 195/25
  196/1 201/4 205/10 205/14
  206/12 209/7 209/11 209/12
nowhere [1]  64/5
nude [4]  42/2 42/4 51/12
  51/13
nullified [1]  35/19
number [25]  13/23 14/8 14/8
  14/11 15/1 26/1 30/15 32/9
  33/11 33/14 38/8 41/2 41/24
  45/1 56/14 56/16 68/24 69/25
  71/13 99/2 150/16 156/11
  199/11 205/7 212/13
Number 2 [3]  56/14 56/16 99/2
number 252 [1]  33/14
Number 5 [1]  150/18
Number one [1]  32/9
numbers [6]  14/5 15/4 16/1
  16/2 16/4 24/3
Numeral [1]  67/10
nurse [3]  11/18 34/19 69/18

**O**

o'clock [2]  41/9 111/17
O'Shea [1]  164/8
oath [4]  6/3 114/8 172/14
  196/19
OB [1]  60/9
OB-GYN [1]  60/9
object [10]  13/3 62/23 76/6
  117/6 127/1 133/6 133/8
  137/1 142/25 143/2
objected [1]  90/24
objecting [1]  126/10
objection [8]  22/21 85/16
  102/12 103/25 133/16 133/18
  136/25 212/16
objections [6]  192/7 192/16
  192/20 192/21 192/23 194/20
objective [3]  74/1 83/5 87/7
objectivity [1]  87/8
obligations [1]  4/16
observable [4]  59/6 59/9

**observable... [2]** 60/20 61/10
**observed [6]** 34/19 36/1 50/12
59/12 66/5 69/20
**observers [1]** 35/7
**obstetrics [1]** 8/25
**obvious [1]** 144/25
**obviously [5]** 5/12 70/3
123/23 130/25 182/14
**occasion [3]** 154/21 183/3
184/9
**occasions [1]** 67/16
**occupational [1]** 69/19
**occur [1]** 76/8
**occurred [14]** 10/14 25/13
26/3 27/19 34/25 35/21 57/5
62/2 67/17 72/12 110/18
111/24 119/18 119/25
**occurring [1]** 32/2
**occurs [6]** 30/5 32/7 32/8
53/13 73/1 209/25
**October [11]** 119/14 119/23
121/23 121/24 131/22 131/23
152/18 161/23 166/3 171/5
173/5
**Oedipus [1]** 32/16
**off [19]** 11/21 18/4 44/14
58/22 89/3 89/9 98/23 109/5
110/13 118/6 141/3 144/4
146/5 159/22 164/1 165/12
187/22 191/23 194/15
**offense [2]** 98/13 140/4
**offer [5]** 128/17 131/3 169/6
193/25 196/2
**offering [1]** 194/5
**office [31]** 24/18 64/6 64/7
67/1 70/10 121/5 121/6
124/10 132/8 133/1 133/2
134/4 134/14 136/11 136/20
137/19 137/20 137/20 139/13
139/14 139/14 139/20 141/15
144/10 145/12 147/9 160/20
164/9 164/16 179/7 187/4
**office at [1]** 139/13
**officer [2]** 112/18 113/2
**officers [2]** 44/23 46/18
**official [4]** 2/12 43/22 46/17
216/7
**officially [1]** 78/8
**often [7]** 31/9 44/20 49/23
50/15 97/25 98/1 213/17
**oh [20]** 19/18 37/25 50/5
53/18 74/14 80/13 82/6 82/19
94/9 94/17 100/5 139/3
147/19 156/9 165/13 165/21
192/14 193/10 193/20 211/5
**okay [135]** 4/3 4/12 5/14 5/14
6/8 7/25 11/16 16/9 34/7
37/8 37/13 37/21 37/25 38/1
44/21 50/5 50/7 50/13 50/17
51/20 52/11 61/8 66/14 67/9
84/2 84/13 84/16 84/25 85/20
86/2 91/5 92/17 96/6 97/12
98/2 101/2 102/15 105/4
106/6 106/11 107/6 108/2
108/11 108/25 111/11 112/20
113/23 114/1 114/13 116/10
117/4 117/4 117/21 118/2
118/21 118/23 120/7 120/15
120/25 122/3 122/16 124/1
124/3 124/9 125/23 130/24

135/15 137/17 140/20 140/23
143/7 143/19 145/21 146/18
149/10 149/14 150/2 150/7
150/17 151/20 151/24 152/3
152/10 152/17 154/25 158/8
161/16 161/18 163/10 163/18
163/23 164/20 164/22 165/16
166/10 166/22 166/24 168/4
170/24 171/25 172/19 173/4
173/15 173/21 174/22 175/19
176/9 180/4 180/9 181/3
182/13 187/11 188/21 189/19
189/23 193/9 193/14 193/23
195/3 195/18 195/19 195/24
196/13 196/15 196/18 199/22
202/12 212/25 214/3 215/14
215/20
**old [1]** 7/18
**older [1]** 32/15
**on [272]**
**once [3]** 35/16 89/2 183/8
**one [100]** 1/18 1/21 4/23 5/19
8/11 10/8 14/7 16/1 17/23
18/2 25/19 27/11 29/12 32/9
34/11 35/21 36/7 36/16 39/22
39/24 41/11 42/21 43/10
45/21 47/18 49/22 55/7 59/5
62/8 72/14 74/9 74/11 74/12
75/7 76/11 78/24 84/19 88/18
93/9 93/14 97/2 97/7 100/15
101/6 104/5 106/3 108/3
108/18 109/3 109/6 112/8
112/11 112/11 115/10 125/5
125/16 130/5 130/13 130/17
131/2 131/12 132/7 132/15
133/1 133/1 136/1 140/25
141/6 141/14 142/3 142/18
145/11 147/11 151/22 158/21
163/18 163/25 168/2 172/3
174/5 183/6 184/25 188/6
191/7 191/19 194/3 194/7
194/16 196/9 196/11 199/3
200/4 200/7 201/9 201/9
201/20 204/22 206/2 212/6
213/23
**one's [1]** 197/23
**ones [1]** 121/14
**ongoing [3]** 40/3 156/16 186/7
**only [31]** 4/23 16/17 35/13
35/16 51/14 53/17 59/6 59/8
66/22 93/9 93/14 112/2
118/14 128/12 138/25 150/25
152/1 158/7 159/24 164/24
165/22 167/6 168/2 183/18
191/24 194/12 199/1 200/13
201/11 202/16 205/12
**only had [1]** 138/25
**open [9]** 91/6 97/14 97/18
134/23 134/24 135/9 154/10
154/14 172/1
**opened [7]** 8/14 104/2 113/16
142/3 146/12 179/11 179/12
**opening [3]** 135/3 137/11
214/13
**opens [1]** 103/18
**Operation [1]** 56/3
**operations [5]** 123/1 132/15
132/16 135/16 136/12
**operative [1]** 52/23
**operators [1]** 200/25
**opine [1]** 72/24

**opinion [11]** 38/23 72/17
52/12 52/16 57/12 73/4 75/8
89/2 98/25 105/6
**opinions [4]** 10/6 92/24 97/16
101/9
**opponent [2]** 126/15 126/18
**opponents [1]** 212/14
**opportunity [10]** 12/8 65/20
108/20 108/23 111/21 115/7
128/8 173/25 174/3 187/1
**opposed [2]** 44/12 94/15
**opposing [3]** 207/12 208/6
211/13
**opposite [2]** 15/2 94/23
**option [4]** 152/5 213/15
213/17 213/21
**or [215]** 8/16 8/24 8/25 9/7
11/2 11/3 11/21 12/1 12/1
12/1 13/6 13/10 15/2 15/10
17/4 18/5 18/12 19/23 21/22
22/7 22/13 23/3 24/19 24/25
25/16 26/5 26/12 26/17 27/7
27/18 28/9 29/14 29/21 29/23
29/24 30/6 30/14 31/13 31/14
33/8 35/12 36/8 36/8 36/14
38/3 38/16 38/17 38/24 40/5
41/3 42/4 43/19 43/22 44/3
44/9 44/19 44/23 44/23 44/23
46/12 46/18 46/18 47/5 47/18
48/8 48/19 51/4 51/16 52/1
53/2 53/13 53/21 54/7 54/8
54/8 54/9 54/12 54/17 56/1
56/17 58/2 58/22 59/16 60/8
63/12 63/20 63/20 64/13
64/23 66/6 66/10 66/11 69/12
70/1 72/11 72/23 74/3 74/23
75/8 76/8 78/13 78/24 80/9
80/19 86/8 87/11 87/22 90/12
91/17 91/22 92/9 98/17
100/13 101/6 102/20 103/2
104/6 105/19 106/6 109/14
113/23 115/8 117/13 119/3
119/7 119/21 120/10 120/16
120/16 121/8 121/8 125/4
125/13 125/17 126/22 126/23
126/24 127/8 127/16 127/25
128/12 129/15 130/4 130/13
130/14 130/16 130/17 130/22
131/21 134/2 134/2 134/23
135/14 135/23 136/11 140/10
147/12 148/6 149/6 150/20
150/21 150/22 150/22 150/25
151/2 151/2 151/3 151/6
151/10 151/17 154/7 154/18
158/24 162/20 163/19 164/18
166/11 174/9 174/9 175/2
175/19 177/4 178/12 180/18
180/19 181/23 182/24 182/24
185/11 185/21 188/6 190/15
191/20 191/20 192/19 193/1
193/18 194/20 197/10 197/19
198/3 200/4 200/7 200/11
201/9 201/20 204/13 205/24
207/20 208/14 208/16 208/21
211/13 211/16 212/4
**oral [2]** 205/3 205/6
**orally [2]** 190/10 206/15
**oranges [1]** 87/24
**order [17]** 5/22 34/24 34/25
35/19 76/10 78/10 90/7
112/24 119/7 119/7 122/8
126/1 149/23 151/10 151/10

**order... [2]** 191/14 209/19
**ordinary [1]** 8/16
**organized [1]** 24/19
**orientation [3]** 13/12 13/12 13/15
**original [1]** 129/9
**originally [5]** 109/4 110/11 110/12 132/1 187/21
**orthopedics [1]** 8/24
**other [77]** 4/23 9/17 9/18 18/8 23/6 28/12 28/21 31/14 32/20 32/22 36/1 36/23 41/14 43/11 43/12 45/22 51/16 52/5 54/15 58/2 58/5 59/11 63/19 72/11 72/11 87/19 88/19 93/6 96/8 99/24 100/20 101/10 101/12 101/19 101/25 102/18 103/2 103/3 109/16 110/12 110/13 112/8 120/9 120/20 121/3 129/19 130/4 138/23 139/8 139/11 139/18 140/17 142/10 142/23 143/2 143/10 143/23 147/18 155/16 158/3 158/8 183/14 185/18 188/6 188/21 190/7 199/5 202/15 202/19 202/19 209/20 210/9 211/7 211/13 212/5 212/6 213/13
**others [12]** 22/10 22/13 22/14 24/17 43/6 86/15 109/23 129/12 129/15 137/8 193/8 201/14
**otherwise [7]** 110/1 119/5 119/7 150/22 151/8 151/10 159/10
**ought [3]** 213/6 213/7 213/8
**our [22]** 14/22 25/3 30/5 55/15 58/12 107/25 108/12 124/18 139/1 141/1 158/24 158/25 159/1 192/11 192/18 194/20 199/11 203/14 205/10 206/3 206/21 208/11
**ours [1]** 106/15
**out [75]** 5/2 5/22 10/17 15/11 15/12 17/19 18/6 18/7 20/15 29/19 32/16 34/11 35/7 35/8 40/20 51/13 51/21 58/18 59/1 59/25 65/13 67/6 72/23 72/23 76/22 81/16 86/21 87/13 91/11 91/24 92/3 92/6 96/16 111/5 113/8 120/16 123/14 124/13 130/4 133/9 133/21 136/14 139/1 139/21 140/11 140/23 144/1 144/1 144/10 144/11 144/12 145/24 146/11 146/17 148/1 149/23 155/23 156/10 159/1 160/13 164/11 164/15 167/9 167/18 170/8 171/4 182/15 183/7 187/3 208/7 209/7 209/8 209/19 213/5 213/8
**out-do [1]** 32/16
**out-of-court [1]** 133/9
**outcome [1]** 9/15
**outfit [1]** 176/18
**outgrowth [1]** 174/14
**outlier [1]** 93/12
**outline [1]** 10/5
**outpatient [1]** 39/23
**outside [8]** 44/10 68/4 107/15

**over [44]** 7/23 16/2 17/14 17/15 29/3 29/25 32/25 37/4 41/3 41/5 41/14 56/10 64/24 83/20 85/23 89/7 89/10 102/11 102/17 102/20 102/20 102/21 108/19 122/5 124/12 125/17 129/5 132/22 133/4 133/20 135/16 138/10 140/10 142/20 145/16 181/21 185/23 186/1 186/2 186/3 188/2 206/8 211/12 215/9
**override [1]** 205/4
**overruled [1]** 130/25
**overseas [1]** 158/4
**oversight [1]** 208/13
**own [6]** 8/14 43/13 78/19 158/23 184/13 214/21

**P**

**P-A-S-K-O-W-I-T-Z [1]** 204/5
**p.m [4]** 113/18 113/18 182/12 182/12
**packed [1]** 146/1
**page [22]** 3/2 15/2 16/2 37/9 37/13 37/15 39/2 40/15 40/17 45/18 48/25 61/13 61/23 67/10 76/21 77/3 89/10 118/25 192/7 192/15 192/19 203/19
**Page 152 [2]** 40/15 40/17
**Page 154 [3]** 37/9 37/13 39/2
**Page 2 [1]** 67/10
**Page 3 [1]** 118/25
**Page 49 [1]** 45/18
**Page 9 [1]** 76/21
**pages [9]** 11/14 11/14 11/16 20/13 77/7 79/14 92/25 103/5 103/13
**Pages 13 [1]** 77/7
**paid [3]** 4/21 119/6 151/9
**pain [15]** 30/15 30/15 30/15 50/10 62/13 62/17 63/14 69/6 69/6 69/7 69/7 76/22 76/23 76/25 156/18
**paired [1]** 16/9
**palm [1]** 17/3
**paper [5]** 16/18 17/10 92/3 147/12 208/15
**papers [1]** 181/11
**paperwork [2]** 156/10 208/11
**Papilloma [2]** 36/14 39/16
**paragraph [12]** 37/14 37/19 37/24 40/15 40/18 47/17 47/25 61/21 76/14 118/25 150/9 150/10
**Paragraph 5 [1]** 150/10
**paragraphs [3]** 47/5 47/10 79/13
**paramedic [1]** 147/3
**parameters [24]** 86/20 86/21 87/10 87/11 87/19 87/23 87/25 88/1 88/22 88/23 89/4 89/9 91/1 91/9 91/10 91/11 91/23 91/24 92/2 92/5 92/6 92/7 92/12 112/16
**parameters don't [1]** 87/10
**paraphrasing [1]** 88/22
**pardon [1]** 193/20
**parents [4]** 30/23 74/23 151/3 195/2

**Parker [1]** 122/12
**part [30]** 21/22 29/17 30/22 44/21 46/6 46/14 46/22 47/15 48/6 52/6 62/18 66/5 66/6 68/13 69/1 75/12 85/10 91/20 96/8 96/14 104/21 118/11 119/9 135/6 160/21 182/22 197/7 199/1 206/13 211/11
**participate [1]** 143/22
**participated [2]** 62/22 180/25
**particular [9]** 9/14 12/17 13/6 13/9 60/14 105/21 105/22 145/11 183/4
**particularly [3]** 25/5 47/4 109/9
**partied [1]** 120/16
**parties [3]** 100/13 213/15 213/17
**partner [2]** 105/24 108/5
**parts [1]** 208/25
**party [6]** 5/6 47/19 126/15 126/18 126/22 180/25
**party's [1]** 126/23
**Paskowitz [13]** 97/5 203/25 204/10 204/12 206/6 206/12 206/14 206/23 208/3 208/7 211/17 212/10 212/15
**Paskowitz' [1]** 212/7
**pass [11]** 66/12 81/19 90/17 101/1 106/2 107/20 108/10 149/16 170/15 199/19 201/19
**passed [2]** 65/17 146/17
**past [7]** 10/22 10/23 18/3 18/7 18/7 134/3 145/14
**path [1]** 152/1
**patient [16]** 9/1 9/4 9/8 9/10 19/23 61/22 70/10 70/11 73/9 73/10 73/18 73/21 73/22 73/24 87/21 99/9
**patient's [1]** 73/11
**patients [3]** 8/23 99/10 99/16
**pattern [5]** 46/11 51/1 182/18 213/16 213/21
**patterns [2]** 51/1 213/19
**Patti [4]** 206/20 207/7 207/9 207/11
**pay [3]** 5/8 14/23 133/23
**PC [1]** 1/17
**pediatric [1]** 8/6
**pelvic [2]** 30/15 69/7
**Penal [1]** 213/9
**pending [3]** 176/23 184/23 186/10
**Pennsylvania [1]** 8/1
**people [38]** 15/6 15/13 15/16 16/22 16/24 17/4 22/17 31/14 34/10 35/2 38/8 44/23 60/1 65/12 65/18 75/19 79/22 80/1 106/8 120/6 124/15 125/9 125/11 125/12 132/16 134/25 135/14 136/7 141/18 145/14 147/13 153/19 153/23 155/16 160/7 161/5 162/19 170/1
**per [2]** 50/2 215/13
**perceived [2]** 48/8 63/12
**percent [1]** 33/12
**percentile [1]** 33/14
**Perception [2]** 14/20 14/25
**perfect [1]** 23/25
**perfectly [2]** 53/19 59/16
**perform [2]** 12/23 12/24

**performed [2]** 15/8 16/7
**performing [2]** 19/3 27/4
**perhaps [7]** 24/17 27/6 44/14
51/4 53/18 69/13 134/19
**period [8]** 13/9 29/20 29/25
32/25 72/12 75/2 76/15
119/21
**periods [2]** 11/19 29/3
**permission [1]** 165/22
**permitted [1]** 112/23
**perpetrator [1]** 183/6
**persistently [1]** 27/21
**persists [1]** 171/16
**person [46]** 4/23 7/12 9/10
10/11 14/2 14/4 14/17 15/6
15/9 16/15 19/2 19/24 23/20
23/23 28/12 48/23 49/1 49/19
52/7 54/5 54/7 55/2 55/20
56/12 56/22 57/18 58/14 59/5
59/13 63/8 68/14 79/16 83/2
99/9 105/21 124/11 126/21
129/20 134/6 142/14 150/23
152/20 160/1 174/23 175/6
208/21
**person's [12]** 13/24 14/21
15/22 16/9 18/12 20/4 23/19
54/11 79/18 80/4 81/15 98/9
**personal [13]** 96/10 96/11
110/7 110/10 126/12 143/1
161/9 161/10 161/12 179/24
196/25 197/2 197/23
**personality [26]** 23/11 24/22
25/4 28/20 29/2 29/2 29/5
31/5 31/9 31/10 31/10 31/13
31/17 31/19 32/19 33/9 34/4
35/23 36/5 49/3 49/14 52/2
52/8 79/3 80/1 80/3
**personally [3]** 161/19 201/17
205/5
**personnel [2]** 79/5 79/5
**pertain [1]** 70/19
**pertains [1]** 183/2
**pervasive [1]** 29/3
**Pete [9]** 40/19 42/13 42/14
45/16 45/19 62/16 63/11
74/18 74/25
**Peterson [4]** 155/5 155/8
156/4 156/25
**Phenergan [6]** 111/6 164/17
164/18 164/20 164/21 164/23
**Philadelphia [1]** 8/1
**phone [5]** 76/17 137/24 159/23
191/22 193/1
**phrase [1]** 35/25
**physical [8]** 30/14 30/24 31/1
57/11 63/13 69/6 102/19
166/19
**physically [2]** 41/13 70/14
**physician [9]** 8/22 28/9 71/3
71/6 71/6 73/21 80/9 80/10
80/11
**physician's [2]** 27/14 40/24
**physicians [4]** 11/22 11/23
26/17 63/20
**pick [1]** 138/24
**picked [2]** 34/22 89/19
**picking [2]** 39/2 155/13
**picture [1]** 165/25
**pictures [1]** 165/25
**piece [2]** 16/18 75/7

**pill [1]** 29/25
**pin [1]** 126/20
**pitch [2]** 146/8 146/11
**place [11]** 37/11 44/4 56/11
58/25 60/4 145/19 159/13
178/20 186/4 186/15 186/17
**placed [2]** 112/16 129/8
**places [3]** 103/16 103/17
122/5
**plain [1]** 40/2
**plaintiff [13]** 1/3 4/23 9/11
130/13 130/17 130/20 188/24
188/25 190/2 195/23 195/25
199/16 203/18
**plaintiff's [2]** 131/12 212/2
**plaintiffs [3]** 1/16 171/16
211/18
**plaintiffs' [5]** 74/13 205/1
208/6 208/19 215/8
**plan [1]** 5/2
**plane [3]** 148/11 148/13
165/24
**planned [1]** 210/17
**planning [1]** 205/13
**plans [1]** 209/20
**play [2]** 124/19 193/2
**played [2]** 124/18 193/7
**playing [1]** 78/6
**please [56]** 5/17 5/21 6/8
6/11 6/15 8/16 13/1 13/5
13/8 23/2 30/7 30/8 31/6
39/13 40/15 43/25 44/1 45/5
45/6 45/9 45/11 46/23 47/1
47/10 61/5 61/6 61/22 66/12
69/2 77/20 83/7 92/22 94/18
106/12 106/18 108/12 111/17
131/1 131/9 131/11 131/14
131/17 162/18 163/24 163/24
168/6 172/4 172/6 172/8
172/14 172/19 184/12 189/18
195/22 203/17 204/4
**plenty [1]** 141/21
**plus [1]** 101/15
**PMO [1]** 136/12
**point [29]** 5/2 15/20 20/14
33/18 39/3 50/4 50/15 95/19
98/4 113/16 125/12 128/17
131/4 146/20 148/6 148/7
152/16 157/16 167/17 168/19
171/9 180/16 183/19 186/10
187/17 187/25 188/7 188/17
208/3
**points [8]** 17/14 17/15 17/19
17/19 49/22 101/6 201/20
210/2
**police [7]** 14/17 34/23 44/23
46/18 46/20 48/5 78/8
**policies [4]** 163/4 163/5
163/8 180/20
**policy [8]** 110/19 111/7
125/25 163/15 163/24 164/2
164/4 174/14
**pool [1]** 78/6
**pop [1]** 23/1
**Porter [1]** 2/5
**portion [1]** 45/19
**position [8]** 15/5 94/10 94/21
132/14 132/21 134/4 138/9
180/4
**positions [5]** 94/4 94/16
94/22 94/24 103/14

**positive [1]** 111/10
**possibility [3]** 63/5 97/14
97/18
**possible [8]** 17/19 23/25 57/3
63/4 63/4 63/6 63/7 193/1
**possibly [4]** 110/6 112/9
126/18 193/5
**post [56]** 9/23 9/25 20/8
21/10 22/4 25/8 25/23 26/15
26/19 27/22 28/3 28/23 31/2
37/4 52/9 52/17 52/20 52/22
53/6 53/14 54/1 54/15 54/17
55/1 55/3 55/24 55/25 57/4
57/21 57/22 58/1 58/3 58/8
58/10 58/13 59/6 60/2 60/22
61/12 62/9 63/9 64/19 65/1
65/6 65/12 65/18 66/8 79/2
80/15 94/2 105/7 105/15
108/20 127/22 186/13 212/5
**post-event [2]** 127/22 186/13
**post-Iraq [7]** 20/8 21/10 25/8
25/23 26/15 26/19 27/22
**post-traumatic [46]** 9/23 9/25
22/4 28/3 28/23 31/2 37/4
52/9 52/17 52/20 52/22 53/6
53/14 54/1 54/15 54/17 55/1
55/3 55/24 55/25 57/4 57/21
57/22 58/1 58/3 58/8 58/10
58/13 59/6 60/2 60/22 61/12
62/9 63/9 64/19 65/1 65/6
65/12 65/18 66/8 79/2 80/15
94/2 105/7 105/15 212/5
**potential [2]** 40/2 94/25
**potentially [2]** 193/2 213/11
**pounding [1]** 141/1
**PPE [3]** 197/7 197/24 198/1
**practice [3]** 8/14 9/5 86/23
**practicing [1]** 8/20
**pre [10]** 20/7 20/17 21/2
25/24 26/24 27/3 27/9 28/11
74/6 77/5
**pre-Iraq [9]** 20/7 20/17 21/2
25/24 26/24 27/3 27/9 74/6
77/5
**preceded [1]** 182/18
**precedes [1]** 174/2
**predator [2]** 176/7 179/8
**predicament [2]** 39/12 95/20
**predominantly [1]** 183/9
**preface [1]** 91/17
**prefer [2]** 195/15 213/25
**preference [1]** 195/14
**preferred [1]** 213/23
**pregnancy [1]** 34/20
**pregnant [5]** 34/18 34/19 78/1
78/3 171/12
**prejudice [1]** 130/2
**prejudiced [1]** 128/20
**prejudicial [1]** 169/2
**premises [2]** 155/13 178/25
**prepare [1]** 11/12
**prepared [5]** 11/17 11/22
11/23 44/22 184/3
**preparing [1]** 206/1
**prescribed [3]** 165/2 165/5
165/7
**prescription [4]** 110/25
148/20 148/22 165/4
**prescription to [1]** 148/22
**presence [2]** 27/8 141/9
**present [16]** 4/2 5/16 31/15

**P**

present... **[13]**   31/20 31/21 45/8 53/12 54/7 66/1 108/13 113/19 131/10 172/5 195/21 196/7 203/16
presentation **[4]**   31/14 66/7 83/19 162/8
presented **[1]**   38/7
presenter **[1]**   83/14
preserve **[1]**   190/22
preserved **[2]**   133/18 190/24
president **[3]**   83/13 83/20 86/3
pressure **[2]**   48/20 145/3
pressuring **[2]**   48/15 155/14
pretty **[2]**   60/25 154/9
prevailing **[1]**   128/24
prevent **[1]**   151/12
previous **[1]**   61/23
primary **[3]**   155/8 186/18 186/21
principal **[3]**   208/10 209/23 211/25
principles **[4]**   86/24 87/2 87/3 87/4
prior **[18]**   25/11 25/12 26/2 26/15 27/21 28/7 36/12 63/19 74/6 102/2 102/3 102/3 109/21 119/20 123/17 130/15 152/25 180/23
privacy **[1]**   137/23
private **[1]**   200/17
privately **[2]**   169/2 207/23
privilege **[4]**   73/20 116/22 117/11 117/12
probably **[21]**   45/4 65/17 90/1 136/7 136/11 138/2 138/15 171/10 179/1 183/15 185/21 187/4 189/21 189/21 192/2 193/12 197/11 199/2 199/2 202/25 214/23
probative **[3]**   128/15 129/22 130/2
problem **[30]**   9/21 10/10 12/21 30/5 30/17 30/20 33/2 40/7 47/7 54/15 58/9 69/1 69/17 69/21 70/12 72/22 73/1 80/12 86/16 88/20 88/21 113/6 138/4 141/23 142/14 156/15 156/16 184/23 184/25 187/1
problematic **[2]**   25/6 29/22
problems **[16]**   8/24 18/16 30/14 30/24 30/25 32/1 32/20 40/2 65/4 69/5 69/22 115/3 123/9 124/23 134/22 194/24
procedure **[1]**   151/24
proceed **[3]**   5/20 112/4 207/19
proceeding **[1]**   213/12
proceedings **[3]**   1/25 215/22 216/2
process **[6]**   44/3 51/4 51/4 51/5 51/7 116/12
processes **[3]**   10/21 12/14 12/19
produced **[4]**   1/25 63/13 169/1 169/4
produces **[1]**   55/16
producing **[2]**   105/15 105/19
professional **[3]**   25/7 81/17 93/2
professional's **[1]**   28/10

professionals **[4]**   15/22 28/6 93/6
profound **[1]**   13/18
profusely **[1]**   41/14
program **[7]**   82/22 124/8 132/4 132/23 136/12 137/10 154/16
programs **[1]**   65/10
progress **[1]**   196/14
project **[1]**   145/5
projects **[1]**   141/15
promise **[1]**   188/11
promised **[2]**   188/12 205/9
promoted **[1]**   166/16
prompt **[1]**   130/19
promptly **[2]**   129/2 162/17
promptness **[1]**   5/19
proof **[4]**   35/4 130/1 191/15 197/20
proper **[1]**   83/5
properly **[3]**   19/19 27/3 198/5
property **[1]**   178/20
proposition **[1]**   104/11
protect **[1]**   176/7
protected **[2]**   39/5 42/11
protection **[1]**   43/14
protective **[8]**   34/24 34/25 35/18 78/10 196/25 197/2 197/13 197/23
protestations **[1]**   109/25
proved **[1]**   129/25
proverb **[1]**   15/10
provide **[2]**   22/24 189/11
provided **[5]**   52/4 72/11 94/24 112/22 127/13
providers **[7]**   36/11 36/13 68/24 69/18 70/1 70/6 70/7
providing **[1]**   117/14
province **[1]**   104/6
provision **[2]**   149/8 163/25
pseudoneurological **[5]**   30/16 30/18 30/20 69/17 69/21
psychiatric **[22]**   8/11 9/7 10/4 10/7 10/22 18/11 18/13 19/11 20/19 21/3 21/7 21/12 21/15 22/14 24/2 29/1 57/18 74/8 86/16 87/4 96/20 98/19
psychiatrically **[2]**   22/14 23/25
psychiatrist **[47]**   6/18 6/20 6/21 8/17 8/17 8/20 8/21 8/22 9/8 9/11 9/16 12/17 18/23 21/18 21/19 21/21 29/24 48/5 58/9 70/17 70/20 70/24 72/23 73/2 73/7 73/8 73/15 74/3 74/4 74/20 74/20 74/22 75/4 75/10 80/25 81/11 84/15 91/3 91/3 98/15 154/18 204/15 204/16 208/10 209/23 211/22 211/25
psychiatrist's **[1]**   104/21
psychiatrists **[7]**   9/6 12/1 19/23 21/19 53/24 70/8 87/17
psychiatrists' **[1]**   23/6
psychiatry **[22]**   8/11 8/13 8/15 8/15 8/25 9/5 15/21 54/3 71/2 73/5 73/6 75/6 82/15 82/23 83/14 83/16 83/20 87/1 87/5 87/16 88/12 89/14
psychological **[3]**   18/11 18/12 30/25
psychologically **[1]**   56/9

psychologist **[2]**   12/21 53/25
psychologists' **[1]**   23/6
psychology **[2]**   15/21 86/24
psychosocial **[1]**   23/18
psychotic **[3]**   23/9 28/21 28/24
PTSD **[19]**   54/17 54/25 58/7 67/24 68/14 68/15 68/20 70/3 93/3 93/9 93/16 93/22 94/12 95/25 96/17 96/22 97/3 97/16 99/2
public **[7]**   33/17 33/20 64/21 65/10 65/15 66/4 140/10
pull **[1]**   144/21
pulled **[4]**   123/7 157/2 164/11 167/18
Pulver **[1]**   211/1
punch **[2]**   54/16 58/7
punched **[2]**   34/15 34/15
punitive **[8]**   111/23 171/8 183/13 184/21 185/4 185/6 185/11 185/15
pure **[1]**   190/13
purpose **[4]**   49/21 53/3 128/16 188/8
purposes **[3]**   49/21 117/6 206/19
pursuant **[1]**   4/16
pursue **[1]**   104/4
pushing **[1]**   167/19
put **[33]**   1/1 22/19 32/12 32/18 33/14 40/17 43/13 47/1 49/16 52/14 58/2 59/14 60/5 60/24 85/5 103/7 103/12 113/23 133/3 138/3 148/10 148/13 153/11 154/17 165/17 165/23 185/7 191/23 194/17 195/4 202/18 203/14 208/7
put-down **[1]**   32/12
putting **[4]**   15/4 42/23 89/4 194/13

**Q**

qualities **[5]**   83/10 84/5 84/17 84/22 85/24
quantify **[1]**   18/18
question **[39]**   21/14 26/20 27/9 61/6 84/3 84/16 90/11 90/22 91/4 91/17 91/19 91/22 92/9 92/22 93/21 94/19 103/20 103/20 104/8 108/3 112/15 113/7 117/13 128/11 128/11 128/23 130/15 153/17 168/8 180/7 184/20 185/1 185/7 202/10 202/11 205/3 213/6 213/7 215/7
questioned **[2]**   80/5 181/19
questioning **[2]**   4/21 143/3
questions **[28]**   17/10 18/2 20/23 24/11 39/11 49/22 57/7 67/25 70/19 76/3 76/5 80/17 88/22 103/19 106/4 114/15 115/2 130/12 147/16 172/21 173/4 180/2 180/5 182/14 182/16 199/20 204/16 211/25
quick **[1]**   108/3
quit **[2]**   137/21 145/15
quite **[6]**   15/8 34/20 40/23 109/1 130/1 209/22
quiver **[1]**   190/14
quote **[11]**   27/18 27/19 45/19 45/20 45/23 67/22 76/14

**Q**

quote... [4]   76/21 118/15
118/16 119/4
quoting [1]   126/15

**R**

raced [1]   58/18
Rachel [1]   65/15
railroad [1]   83/5
raise [4]   166/6 166/10 172/14
212/15
ran [4]   13/1 18/10 34/11
82/22
range [3]   12/3 24/5 209/7
rape [23]   27/18 28/7 40/21
41/1 57/4 62/2 93/16 93/20
93/20 109/2 109/8 109/10
109/21 141/13 144/7 144/15
144/17 146/21 160/5 168/14
178/10 181/14 215/7
raped [28]   28/7 35/12 42/18
57/13 60/15 64/2 64/4 65/8
70/13 80/13 96/16 109/3
110/9 120/8 120/15 120/18
120/25 121/4 141/2 141/11
141/12 142/7 142/8 155/2
168/14 174/13 174/22 213/6
rapes [3]   36/15 110/7 142/13
raping [1]   159/23
rather [8]   43/4 47/6 47/7
74/1 113/7 178/12 189/9
190/5
ratification [1]   185/14
rational [1]   59/17
ray [1]   9/24
re [1]   196/16
re-calls [1]   196/16
reached [1]   101/10
react [1]   79/21
reaction [2]   69/22 75/15
read [20]   14/14 47/5 68/10
68/12 68/19 72/25 90/23
150/7 150/9 150/13 150/15
161/25 164/2 168/6 168/21
168/23 169/1 169/2 169/2
190/3
reading [4]   77/6 79/4 84/19
162/13
ready [9]   5/20 34/9 112/4
172/3 194/18 194/22 196/5
196/9 203/19
real [2]   60/2 128/12
realization [1]   57/12
realize [3]   78/11 81/5 179/14
realizing [1]   53/16
really [18]   27/11 30/25 35/17
82/2 89/6 94/25 104/6 124/18
128/6 141/5 141/24 154/14
166/25 167/17 167/20 168/13
207/9 211/20
realm [1]   63/5
reason [10]   14/1 82/4 88/11
95/12 112/3 116/22 148/15
192/6 194/12 207/13
reasonable [4]   63/5 130/16
198/24 212/9
reasonably [1]   63/7
reasoned [1]   129/8
reasoning [1]   15/9
reasons [2]   117/10 206/2
recall [24]   43/3 60/10 69/14

80/20 80/22 115/7 115/9
115/15 115/20 132/18 150/1
152/22 152/22 165/1 166/4
167/17 188/5 200/11 211/3
recalled [1]   51/3
recalls [3]   50/9 50/9 50/11
received [6]   25/21 65/24
101/19 162/3 166/6 166/10
receives [1]   55/21
receiving [1]   178/16
Recess [3]   45/7 113/18 182/12
recessed [1]   215/22
recites [1]   47/18
recognize [3]   41/22 100/11
198/16
recognized [1]   166/14
recognizes [1]   209/11
recollection [3]   10/17 115/24
138/15
recollections [1]   72/12
reconcile [1]   24/24
record [27]   35/5 37/16 41/21
60/10 64/5 101/20 103/4
104/10 108/9 112/14 112/19
169/1 169/3 169/3 169/8
169/15 169/16 169/19 170/1
170/3 170/4 170/5 170/5
190/9 194/15 207/24 216/2
recorded [1]   1/25
records [43]   10/23 10/24 11/4
12/4 12/6 20/20 21/1 21/9
26/1 27/17 28/11 30/25 31/23
34/9 36/2 36/4 36/9 38/2
39/8 40/25 41/24 44/2 46/10
46/10 46/22 50/22 52/5 62/12
62/19 63/19 68/2 68/5 68/19
74/6 76/18 101/15 101/16
101/21 101/24 103/6 103/8
212/1 212/7
recross [2]   107/21 107/23
RECROSS-EXAMINATION [1]   107/23
recruiting [1]   40/20
rectify [1]   187/1
redirect [5]   101/3 101/5
101/7 170/18 201/22
Redosa [1]   164/14
Redosa's [1]   164/9
reduced [1]   24/10
refer [4]   12/6 18/16 40/15
81/16
reference [1]   138/7
referenced [1]   112/17
referencing [1]   91/9
referred [3]   4/19 27/18 74/12
referring [1]   39/2
refers [1]   47/25
reflected [1]   36/2
refresh [1]   115/23
regard [15]   21/15 36/18 94/18
94/19 100/12 102/2 103/14
116/20 117/2 134/18 150/8
155/8 155/12 179/24 184/19
regarding [16]   4/9 21/6 21/10
28/2 34/2 39/18 41/1 48/11
54/25 62/16 63/17 63/17
101/25 102/8 163/15 197/23
regards [1]   23/23
regret [1]   94/9
regretted [2]   95/7 95/15
regular [2]   50/21 60/9
regulations [1]   31/12

related [9]   4/18 48/17 52/3
86/16 177/8
relations [3]   140/10 140/10
154/15
relationship [7]   9/9 32/10
73/9 73/23 87/21 152/25
153/3
relationships [2]   29/6 32/21
relatively [1]   79/13
release [1]   136/4
released [7]   35/1 123/16
124/5 125/1 135/4 177/9
179/6
relented [1]   35/5
relevant [19]   11/19 13/5
19/22 20/18 21/7 21/11 26/16
26/17 28/1 108/21 110/4
117/15 118/7 126/8 183/10
183/16 184/18 184/21 211/24
relieve [1]   9/3
relieved [1]   69/8
religious [1]   174/9
relive [1]   65/9
rely [4]   59/11 101/13 189/25
206/11
remain [1]   110/2
remained [2]   105/13 201/5
remaining [1]   108/18
remarkable [1]   68/23
remedial [1]   130/19
remember [33]   13/8 14/18
16/19 17/7 41/19 42/1 42/19
44/8 51/5 56/23 58/5 71/14
78/15 82/20 93/17 93/24
93/25 95/18 95/19 98/10
115/25 121/12 121/12 124/11
132/12 132/13 147/17 157/15
157/25 158/2 164/25 168/11
200/14
remembered [1]   41/12
remembers [5]   36/21 46/1 46/4
46/9 49/25
Remind [1]   211/2
removed [1]   183/6
rendition [1]   66/3
repeat [4]   14/13 14/18 77/23
202/10
repeatedly [1]   102/13
rephrase [4]   92/22 102/14
104/8 153/17
reply [2]   119/3 151/6
report [65]   11/8 11/12 11/15
11/17 17/9 24/8 27/13 33/8
36/21 36/22 36/25 37/10
37/17 41/6 43/21 44/6 44/8
45/18 45/20 46/16 46/17
47/22 47/25 49/8 49/11 52/3
64/17 67/6 71/6 71/12 72/14
72/17 72/25 74/8 76/21 77/3
77/6 77/7 77/11 79/11 80/22
81/10 103/13 104/25 107/10
110/16 120/2 120/19 123/2
123/11 124/21 128/25 139/5
142/7 142/11 143/9 148/17
159/8 162/16 162/18 162/20
167/1 168/13 169/24 178/13
reported [24]   14/16 27/3
27/25 48/19 50/25 51/2 51/14
60/21 61/2 61/2 61/11 62/2
123/9 129/2 134/13 135/12
142/12 144/7 145/8 162/14

**R**

**reported... [4]** 168/14 179/19 179/21 204/9
**reporter [5]** 2/12 48/23 171/1 204/4 216/7
**Reporter's [1]** 216/1
**reporting [4]** 28/5 60/15 146/20 178/9
**reports [20]** 11/21 12/4 12/6 12/7 22/17 25/9 34/14 43/20 44/5 44/22 44/25 46/20 48/5 52/5 61/22 63/20 68/10 76/22 139/21 157/16
**represent [10]** 77/9 114/24 116/20 116/23 117/6 117/8 117/10 117/15 149/14 171/10
**representation [1]** 205/6
**representations [1]** 205/4
**represented [5]** 112/7 116/12 152/7 175/17 206/15
**represents [4]** 89/16 116/18 158/8 172/21
**request [1]** 149/12
**requested [3]** 46/5 54/21 54/24
**requests [1]** 117/12
**required [7]** 119/6 119/8 151/9 151/11 162/13 198/4 200/22
**requirement [1]** 201/2
**requirements [1]** 14/22
**requires [2]** 55/20 164/4
**reserved [1]** 172/11
**residence [1]** 186/4
**residency [4]** 8/3 8/4 8/6 8/11
**resolution [1]** 151/24
**resolutions [1]** 132/23
**resolve [1]** 152/13
**resolved [2]** 149/1 149/3
**resources [6]** 43/5 43/5 132/6 132/18 160/9 162/24
**respect [18]** 22/3 22/6 26/23 27/7 33/24 51/11 51/23 52/17 82/14 140/6 140/20 142/23 171/8 182/21 183/24 187/14 188/1 208/17
**respectfully [3]** 117/22 126/13 186/12
**respond [3]** 183/25 206/22 212/13
**responded [1]** 177/13
**responding [1]** 113/15
**response [6]** 54/11 109/9 109/10 143/4 202/9 204/8
**responses [2]** 4/13 18/9
**responsibility [3]** 49/17 49/19 73/10
**responsive [2]** 24/19 113/8
**rest [6]** 70/19 84/21 171/18 183/21 187/9 191/7
**restaurant [2]** 59/1 59/21
**rested [4]** 188/24 188/25 195/16 205/20
**resting [1]** 198/2
**restored [1]** 56/12
**rests [1]** 195/23
**result [7]** 17/18 65/7 68/1 107/9 107/18 136/17 136/18
**resulted [1]** 41/7
**results [1]** 19/5

**retained [4]** 5/3 53/18 109/5 110/13
**retaining [1]** 101/16
**retaliation [1]** 176/2
**return [2]** 38/17 38/18
**returned [5]** 8/13 50/16 68/25 123/17 178/16
**returning [3]** 60/8 69/25 102/24
**reveal [1]** 105/24
**reverberates [1]** 130/1
**reverse [1]** 32/16
**review [31]** 7/9 12/8 21/5 31/23 36/4 36/9 37/2 37/15 38/2 39/8 39/17 40/25 45/15 46/10 46/20 62/16 62/21 65/20 66/5 68/1 68/5 71/19 71/20 72/17 74/4 74/21 74/22 75/5 75/18 76/18 103/6
**reviewed [18]** 11/7 11/11 11/21 12/7 20/21 21/9 33/7 36/3 38/1 47/15 50/22 71/13 72/19 72/20 74/5 74/17 75/13 101/21
**reviewing [5]** 25/8 44/22 48/5 62/18 72/17
**Rey [1]** 16/15
**Rey 15-Item [1]** 16/15
**Richmond [2]** 1/19 1/22
**rid [2]** 135/5 135/23
**right [182]** 7/15 10/7 17/23 22/23 26/14 27/12 28/13 37/19 39/19 42/1 42/15 45/1 46/21 47/5 50/19 52/21 54/24 55/7 55/12 56/16 58/6 59/13 59/14 61/15 61/19 61/21 61/24 71/4 74/22 77/24 82/7 82/8 82/21 83/3 83/22 84/8 85/17 86/19 86/21 88/13 89/10 90/14 91/21 92/1 92/1 92/3 92/4 92/13 93/10 93/12 95/3 95/5 95/8 95/22 96/15 96/17 98/14 99/6 99/13 100/6 100/7 100/25 101/12 105/4 106/11 107/16 107/25 114/14 115/9 115/10 116/13 116/20 117/7 118/11 119/13 119/13 119/17 119/20 119/25 120/3 121/1 121/11 122/6 123/14 130/9 131/8 138/4 143/20 146/20 149/21 149/25 150/5 150/17 151/22 151/25 152/7 152/11 152/18 153/4 153/9 154/3 154/4 154/6 154/7 154/19 155/5 155/25 156/1 156/4 156/6 156/22 157/7 157/22 157/24 158/3 160/21 161/9 161/23 162/1 162/5 162/8 162/10 162/12 162/16 162/20 162/22 162/24 162/25 163/1 163/3 163/8 163/16 164/5 164/18 164/20 165/2 166/5 166/8 166/9 166/18 169/11 169/17 170/6 170/7 171/23 172/6 172/12 172/14 173/6 173/17 173/22 174/7 174/25 175/3 175/4 175/5 175/16 176/18 176/25 177/13 177/16 177/20 180/23 186/23 188/18 189/10 190/5 190/20 195/5 196/10 197/14 198/1

209/17 201/4
201/6 201/13 202/22 203/9 208/20 215/20
**ring [1]** 140/18
**rise [5]** 45/5 119/17 131/9 172/4 182/8
**Riverway [3]** 1/18 1/21 2/10
**road [1]** 88/24
**robbed [1]** 14/16
**Rohypnol [3]** 56/19 56/23 99/5
**role [2]** 6/23 44/21
**rolling [1]** 34/17
**Roman [1]** 67/10
**Ron [3]** 1/20 205/24 207/23
**roofie [1]** 42/24
**room [44]** 41/9 42/5 42/14 42/20 43/10 43/11 43/13 44/12 46/1 46/3 48/2 49/8 50/16 58/18 63/18 91/5 111/6 120/10 120/15 120/18 126/3 138/24 141/16 146/3 146/13 146/16 147/1 147/18 155/13 157/3 158/25 159/1 160/12 164/11 164/14 164/15 167/11 167/13 167/18 168/10 169/13 170/9 179/10 201/6
**ROOT [2]** 1/6 1/7
**rough [1]** 124/19
**roughly [2]** 27/19 71/14
**routinely [2]** 15/21 19/23
**row [1]** 179/4
**Royal [6]** 209/3 210/8 211/1 211/2 211/3 211/6
**ruffies [1]** 42/23
**rug [1]** 129/4
**rule [2]** 107/12 183/4
**rules [8]** 4/16 20/24 31/12 88/24 109/19 182/24 183/1 197/22
**ruling [3]** 4/19 40/11 113/4
**rulings [4]** 4/9 4/9 4/15 113/3
**Rumba [11]** 40/24 41/8 41/16 41/19 42/16 43/20 44/6 45/24 45/25 49/7 72/2
**run [3]** 20/23 40/11 138/22
**Runions [1]** 2/4
**running [1]** 35/8
**rushed [1]** 147/21
**Rusk [1]** 2/14
**Ryan [2]** 42/22 42/22
**résumé [2]** 7/20 153/11

**S**

**S-C-A-R-A-N-O [1]** 6/16
**safe [3]** 56/11 144/10 170/21
**said [124]** 11/19 18/2 32/23 33/10 35/3 38/11 42/11 42/13 42/22 46/19 49/2 56/8 66/22 67/16 72/21 78/17 84/22 92/2 92/4 92/10 92/14 94/7 94/13 95/6 95/8 95/10 95/12 95/14 95/17 95/20 95/24 96/3 99/4 100/20 103/13 111/5 112/20 112/21 112/22 113/12 115/1 117/14 118/15 120/25 123/2 123/10 123/11 124/15 124/21 124/24 124/25 124/25 133/12 134/7 134/9 134/11 134/20 134/22 134/22 134/25 135/2 135/4 135/6 135/8 135/8 135/17 135/22 135/22 136/16

**S**

**said... [55]** 137/10 137/25
141/3 141/23 141/24 142/4
143/14 143/15 143/16 143/22
144/6 145/7 145/9 145/12
145/24 147/2 147/6 147/7
147/9 147/17 147/19 147/23
147/25 147/25 148/4 148/15
148/17 151/8 156/10 156/10
160/14 160/15 165/9 165/13
165/15 165/16 165/21 166/18
167/3 167/6 169/12 169/19
179/14 179/15 181/16 181/18
183/12 185/20 187/23 190/13
190/13 191/22 191/22 206/12
206/24
**said,' [1]** 119/5
**said/she [1]** 190/13
**Saigh [3]** 121/13 139/22
157/17
**salary [2]** 166/6 166/11
**same [20]** 38/21 68/12 76/14
77/3 89/9 94/12 95/2 109/3
109/7 109/11 109/13 119/4
121/6 151/7 161/5 175/15
178/25 199/8 209/10 211/14
**San [4]** 34/1 34/2 77/12 79/5
**Sara [2]** 38/5 38/10
**save [1]** 171/7
**saving [1]** 42/23
**saw [9]** 35/8 41/22 75/19
77/10 108/9 133/24 161/13
166/25 205/12
**say [77]** 5/8 5/9 13/11 14/6
14/7 14/10 15/17 19/5 26/6
26/8 30/8 30/10 30/11 31/23
42/7 42/8 42/16 47/14 53/19
53/22 63/4 63/10 67/15 73/6
73/14 74/2 74/24 78/14 87/22
91/19 93/16 93/20 93/22
101/23 104/17 113/9 118/14
119/9 120/13 121/7 122/16
123/15 128/12 128/14 128/17
130/5 136/5 139/8 139/10
139/17 141/11 142/22 143/17
145/18 147/22 148/3 148/6
153/10 153/18 161/12 164/10
166/25 168/12 169/11 182/4
184/18 188/15 191/19 198/1
200/11 203/12 206/13 207/24
211/8 212/11 212/23 213/4
**saying [36]** 9/18 9/20 15/10
36/22 40/21 57/15 59/11 81/4
84/10 89/16 93/6 93/19 93/25
96/8 97/10 98/10 100/9 113/2
121/10 126/5 127/23 127/24
146/15 154/12 159/12 161/15
168/11 190/18 191/12 191/24
207/2 209/12 209/16 210/5
210/7 210/24
**says [26]** 33/1 35/16 36/20
42/4 48/15 48/22 53/16 56/22
61/22 70/10 76/21 77/25
78/19 85/21 93/9 118/24
119/1 127/13 127/21 150/8
168/21 169/10 169/15 169/16
179/14 211/17
**scale [3]** 23/22 28/24 28/24
**scan [1]** 52/13
**scanned [1]** 22/18
**scant [1]** 129/22

**scar [3]** 32/8 93/10 93/25
6/2 6/12 6/16 6/19 21/25
61/17 66/22 81/25 84/9 85/19
91/8 91/17 92/11 92/16 97/22
104/17 112/15 113/2 206/5
211/22
**Scarano's [1]** 89/4
**scared [6]** 78/11 122/22
128/25 148/7 167/8 168/15
**scattered [1]** 16/2
**scenario [6]** 41/7 46/12 46/12
55/25 56/14 56/16
**scenarios [1]** 52/1
**schizoaffective [2]** 23/10
28/25
**schizophrenia [2]** 23/10 28/25
**scholarly [1]** 21/24
**school [1]** 7/16 7/22 7/25
8/2 8/8 33/10 53/22 64/20
65/5 65/5 79/20
**Schulz [18]** 26/7 41/8 41/17
41/20 42/15 43/2 43/20 44/5
46/2 48/3 48/15 48/18 48/20
48/20 49/10 72/4 72/15 76/25
**Schulz' [2]** 49/7 72/25
**sciences [1]** 64/23
**scope [1]** 126/24
**score [5]** 14/1 14/23 15/23
24/10 24/18
**scored [7]** 13/25 14/11 14/19
14/24 15/24 17/19 24/14
**Scott [18]** 60/9 60/12 60/15
60/18 61/9 62/1 120/12 121/1
129/19 129/20 139/9 139/15
140/20 141/13 141/14 157/18
158/13 160/19
**Scott's [1]** 27/14
**screaming [2]** 34/12 34/18
**screen [9]** 23/1 47/2 47/5
47/8 85/5 92/11 99/3 104/15
147/22
**scrupulously [1]** 21/20
**seat [9]** 5/25 5/25 114/6
114/7 114/13 172/11 172/12
172/13 172/19
**seated [9]** 5/17 6/2 6/8 45/9
131/11 172/6 172/12 195/22
203/17
**second [7]** 17/11 37/14 47/25
48/25 55/8 144/5 168/24
**secondary [1]** 30/3
**seconds [3]** 16/17 179/17
179/17
**secretaries [1]** 147/14
**section [4]** 67/10 77/7 77/9
79/12
**Section 8 [1]** 67/10
**security [9]** 43/24 142/12
143/19 143/21 146/10 157/16
158/24 158/24 177/15
**see [58]** 4/4 9/17 9/25 10/1
10/12 10/24 19/13 22/10 24/7
28/12 29/23 29/24 35/22
36/16 37/23 40/23 51/5 51/7
51/9 55/15 55/17 57/15 59/3
60/9 62/1 62/5 62/6 66/10
67/13 68/17 69/12 71/1 72/19
74/14 75/12 81/9 81/18 92/11
96/12 99/12 100/19 100/21
100/22 110/8 116/3 126/17
169/23 170/2 170/25 186/10
194/2 201/17 203/15 204/7

**seeing [5]** 23/5 35/20 59/19
60/10 77/9
**seem [2]** 59/16 152/5
**seen [16]** 23/5 23/6 27/17
36/7 63/18 65/21 68/23 69/25
85/2 106/6 142/13 179/12
195/2 198/11 198/15 200/24
**sees [4]** 22/8 22/9 56/5 86/9
**selective [5]** 36/6 36/8 36/16
36/23 52/7
**self [1]** 17/9
**Senate [1]** 65/23
**Senator [2]** 41/25 42/1
**send [2]** 81/12 107/14
**sensation [1]** 51/3
**sense [3]** 91/2 203/18 203/20
**senses [1]** 55/15
**sensitive [1]** 4/16
**sent [5]** 123/17 125/13 125/18
125/24 148/11
**sentence [1]** 84/19
**separate [3]** 117/19 169/25
174/1
**September [5]** 111/4 120/3
158/17 158/18 164/7
**September 21 [1]** 164/7
**September 4th [1]** 158/17
**serially [1]** 76/6
**serious [7]** 13/15 15/16 26/9
39/22 54/9 57/24 65/18
**servant [1]** 126/23
**served [2]** 8/2 208/8
**services [2]** 1/7 117/13
**set [1]** 190/23
**sets [1]** 8/17
**setting [1]** 15/5
**settle [2]** 115/13 115/14
**settled [6]** 115/11 118/15
119/4 150/4 151/7 151/21
**settlement [7]** 116/7 118/10
119/6 119/10 149/5 149/6
151/9
**seven [5]** 15/2 17/25 18/3
18/5 193/4
**several [12]** 10/8 43/6 50/4
67/16 69/18 77/19 120/6
141/15 144/21 157/11 158/1
177/23
**severe [1]** 18/1
**severely [1]** 35/11
**sex [14]** 39/4 39/5 40/6 40/22
42/10 45/23 51/15 51/16
105/13 105/15 105/18 105/21
108/7 128/15
**sexual [22]** 27/22 28/1 93/3
93/22 102/3 122/23 123/2
123/11 128/25 130/8 130/10
130/19 135/12 136/21 142/13
142/13 174/15 175/25 180/24
182/18 183/11 184/14
**sexually [23]** 25/25 26/2 26/7
26/10 26/15 26/24 27/14
36/11 37/23 39/14 40/5 40/9
51/18 95/10 95/21 102/4
105/23 108/1 108/7 109/21
130/13 130/17 142/24
**shaft [1]** 58/19
**shake [1]** 18/4
**shall [2]** 150/18 172/7
**shapes [1]** 16/14
**share [3]** 85/8 101/17 154/16

**Sharon [1]** 2/9
**sharp [1]** 74/11
**shaved [1]** 20/2
**Shaw [6]** 106/12 106/13 106/15 106/16 106/20 106/22
**she [349]**
**she'll [2]** 110/1 183/18
**she's [27]** 14/1 30/23 32/3 32/15 32/21 34/17 35/10 35/20 39/12 40/20 69/25 71/1 80/7 107/2 111/14 111/18 111/19 112/3 123/25 141/6 171/11 171/11 171/12 182/22 185/17 187/2 211/8
**sheet [2]** 17/10 17/11
**shift [1]** 179/3
**shipping [3]** 75/17 75/22 76/15
**shirt [1]** 159/22
**shock [1]** 57/10
**shopping [1]** 33/3
**short [12]** 12/10 14/19 29/25 53/7 53/8 53/11 79/13 80/5 122/12 182/11 192/4 193/6
**short-term [1]** 14/19
**shorter [1]** 203/13
**shortly [1]** 135/10
**should [12]** 14/22 24/10 26/17 90/9 108/21 127/16 127/25 130/16 138/2 145/4 200/11 213/3
**shouldn't [2]** 145/5 207/3
**shove [1]** 49/19
**show [11]** 16/25 31/22 45/14 63/12 65/15 89/18 89/23 138/23 148/22 163/23 168/1
**showed [1]** 179/10
**showing [2]** 190/15 194/7
**shown [1]** 88/18
**shows [5]** 16/24 35/5 35/17 49/18 89/22
**shrapnel [1]** 197/20
**sic [3]** 39/24 64/2 73/18
**sick [11]** 8/7 63/1 146/4 147/1 147/3 147/4 147/7 147/8 164/11 164/12 167/19
**side [15]** 5/3 7/1 7/1 43/11 43/12 138/22 171/1 194/23 199/5 211/15 211/21 213/21 214/6 214/12 215/13
**sidebar [3]** 88/9 171/2 183/12
**sided [1]** 15/3
**sides [2]** 5/7 103/4
**sideshow [4]** 209/22 209/24 210/1 210/4
**sights [1]** 56/6
**sign [5]** 63/12 118/10 163/21 165/16 179/20
**signed [5]** 116/7 161/22 161/25 165/12 181/11
**significance [1]** 20/11
**significant [19]** 17/15 18/16 21/2 22/7 22/15 25/16 26/4 26/4 26/25 34/3 35/15 64/16 65/18 66/10 72/14 73/1 77/16 77/17 77/24
**signs [3]** 10/2 60/20 61/10
**silent [1]** 110/2
**Simco [3]** 38/5 38/10 38/11
**similar [6]** 16/10 16/11 127/6

**Similarities [1]** 16/8
**simple [2]** 16/20 215/6
**Simplex [1]** 39/15
**simply [9]** 7/21 70/2 90/18 96/17 109/20 126/25 205/1 209/18 210/7
**since [7]** 7/6 62/2 69/25 102/24 106/9 188/1 192/13
**sincere [1]** 182/15
**singing [1]** 89/9
**single [5]** 103/7 182/17 182/19 188/18 194/16
**sips [8]** 41/11 46/8 49/24 51/3 93/17 93/23 96/3 105/9
**sir [35]** 5/24 22/1 81/20 82/24 84/20 87/6 103/21 114/4 116/16 160/22 174/4 174/7 174/11 178/21 179/2 180/13 180/22 181/22 181/24 187/10 191/5 193/20 197/5 197/16 199/22 201/3 201/7 201/17 201/21 202/4 202/21 210/4 210/13 210/18 211/2
**sister [1]** 31/22
**sit [4]** 59/2 59/2 59/20 157/19
**sites [2]** 132/4 138/12
**sits [1]** 188/4
**sitting [6]** 106/16 133/3 136/20 147/13 160/13 192/2
**situated [1]** 6/11
**situation [10]** 39/7 136/17 136/18 136/22 159/25 177/12 185/25 195/1 207/6 207/21
**six [9]** 14/9 14/9 15/2 15/3 16/1 93/6 93/8 142/8 146/1
**six-sided [1]** 15/3
**size [3]** 198/23 202/23 202/25
**skew [1]** 15/7
**slander [4]** 187/15 187/20 188/3 188/7
**sleep [2]** 65/3 164/13
**sleeper [1]** 179/15
**sleeping [6]** 41/9 62/3 147/2 178/22 178/23 179/12
**slept [1]** 40/3
**Slightly [1]** 11/21
**slip [4]** 146/4 147/3 147/4 147/8
**slow [6]** 123/24 141/8 150/15 151/15 155/17 163/11
**small [3]** 25/16 137/8 161/6
**smaller [1]** 85/22
**smashes [1]** 29/20
**smell [3]** 55/16 55/17 56/6
**smelled [1]** 161/13
**Smith [1]** 14/15
**so [217]**
**social [8]** 12/1 20/8 21/11 35/9 38/7 38/13 46/6 78/11
**socializing [1]** 44/11
**socially [1]** 20/18
**society [3]** 14/22 31/12 33/22
**soldier [1]** 56/5
**solely [1]** 101/13
**solemnly [3]** 6/4 114/9 172/15
**somatization [9]** 25/18 28/24 30/8 30/9 30/12 30/12 69/1 69/3 69/15
**some [80]** 8/18 9/19 9/21 10/10 11/4 12/6 12/12 12/13

**29/19 29/25 33/6 33/24 36/25 37/10 38/4 43/7 44/14 47/19 56/9 56/11 58/2 58/2 58/2 64/16 65/24 69/13 70/25 71/11 76/15 77/22 80/18 81/14 88/11 101/15 103/16 103/17 103/19 106/8 112/8 114/14 115/3 121/7 123/10 129/19 132/5 139/10 139/17 145/3 147/14 147/14 152/16 156/4 157/15 158/8 160/12 171/7 172/21 173/4 180/19 183/24 184/3 184/22 186/1 186/2 186/2 190/7 190/14 190/15 191/3 192/7 193/8 194/21 197/8 204/16 211/24 212/13**
**somebody [18]** 9/19 10/12 24/7 33/3 33/4 49/20 65/1 68/16 89/13 98/8 98/16 98/16 107/2 113/14 120/6 120/16 180/17 181/10
**somehow [2]** 85/6 179/4
**someone [19]** 19/21 24/18 48/7 59/9 63/11 64/18 65/6 65/8 66/7 124/5 133/10 146/8 146/14 161/16 164/15 184/10 184/11 199/11 208/16
**someone's [1]** 128/6
**someplace [1]** 146/1
**something [48]** 8/23 9/19 15/11 15/16 15/24 16/11 28/15 29/8 29/23 31/15 36/1 36/22 38/10 49/6 57/19 57/25 58/23 64/23 67/20 75/3 76/8 83/15 85/2 91/19 99/23 100/5 101/22 117/17 118/6 137/12 138/2 140/1 140/20 154/18 155/8 155/10 161/13 161/13 161/16 161/19 171/20 174/10 179/13 180/17 192/24 193/12 203/22 207/4
**sometime [2]** 57/5 115/19
**sometimes [3]** 44/19 97/23 210/6
**somewhat [1]** 199/6
**somewhere [2]** 26/21 157/16
**soon [6]** 38/18 177/12 193/1 195/12 207/9 210/11
**sooner [1]** 112/9
**sorry [24]** 58/5 61/24 74/14 107/25 110/11 112/14 124/1 131/22 143/16 150/11 153/17 155/18 155/25 164/18 187/8 187/8 187/16 191/10 192/2 192/14 193/21 203/11 203/15 208/20
**sort [3]** 4/24 38/4 70/2
**sorts [1]** 126/19
**Sotto [2]** 188/10 211/10
**sound [5]** 115/12 120/15 129/25 142/5 156/17
**sounds [6]** 56/6 115/9 126/14 166/5 166/9 211/19
**source [3]** 125/7 202/16 202/19
**SOUTHERN [1]** 1/1
**span [1]** 14/3
**spatial [2]** 15/1 15/6
**speak [9]** 6/1 48/6 55/10 65/22 69/14 115/4 172/19

34

**speak... [2]**  206/17 210/5
**speaking [2]**  42/15 68/13
**special [5]**  55/19 58/25 68/6
68/9 172/11
**specific [4]**  53/3 58/11
135/14 187/22
**specifically [3]**  42/16 163/25
185/3
**specifics [2]**  28/17 53/5
**speculate [2]**  104/14 202/8
**spell [1]**  204/3
**spells [1]**  18/6
**spend [3]**  37/1 155/15 213/1
**spending [2]**  155/15 155/16
**spent [3]**  8/11 169/22 184/9
**spin [1]**  89/4
**split [1]**  215/1
**spoke [7]**  66/1 132/18 134/17
154/6 154/8 192/22 206/9
**spoken [3]**  7/6 67/3 205/23
**sport [1]**  157/21
**spousal [1]**  34/23
**spouse [1]**  29/18
**square [2]**  16/14 16/22
**squarely [1]**  88/17
**staff [1]**  188/10
**stage [1]**  39/21
**stand [12]**  5/23 106/9 106/12
106/18 111/13 114/2 134/1
139/23 172/9 185/21 195/15
196/17
**standard [2]**  81/7 202/20
**standards [1]**  88/12
**standing [7]**  25/5 49/5 67/23
68/4 107/2 124/12 208/9
**standpoint [2]**  19/11 34/3
**stands [1]**  133/2
**Stapleton [1]**  145/11
**staring [2]**  121/9 147/13
**start [9]**  15/16 15/23 80/2
135/23 136/14 138/2 145/10
145/12 189/5
**started [17]**  64/20 78/1 78/3
78/6 119/23 125/21 133/24
138/13 139/9 144/20 147/16
148/3 155/14 161/23 166/3
173/5 183/8
**starting [4]**  7/16 37/23 71/19
189/12
**startled [1]**  58/22
**starts [2]**  80/4 85/23
**state [14]**  6/15 11/8 12/25
13/11 14/15 23/14 23/19
23/23 46/18 68/6 75/1 90/2
98/12 129/5
**stated [8]**  12/12 29/13 48/19
50/18 124/10 201/11 201/14
202/2
**statement [18]**  43/17 44/1
44/9 45/17 45/24 46/2 46/5
49/5 91/22 105/9 126/21
126/22 126/22 129/6 133/10
134/23 153/21 153/22
**statements [4]**  11/9 41/1 49/7
49/7
**states [11]**  1/1 1/12 46/8
48/18 60/8 73/5 142/20 145/4
148/14 178/3 178/17
**Statistical [2]**  53/1 53/24
**status [17]**  4/25 10/18 12/13

21/12 21/15 27/8 39/7 112/17
118/13 119/2 151/5 186/12
**stay [6]**  138/20 138/21 158/25
158/25 183/2 194/18
**steel [1]**  16/13
**stenography [1]**  1/25
**step [6]**  92/16 108/14 112/13
171/4 190/15 203/8
**Stephanie [3]**  2/4 192/1
192/12
**sticky [1]**  164/1
**still [15]**  27/9 32/10 32/10
137/18 153/13 153/20 158/20
158/20 159/5 171/16 176/23
186/6 196/19 210/17 214/20
**stomach [1]**  63/1
**stones [1]**  113/1
**stood [2]**  133/20 212/17
**stop [5]**  120/10 122/2 130/19
139/8 144/23
**stopped [1]**  138/24
**stories [6]**  34/15 35/2 52/6
102/9 102/11 102/17
**story [20]**  14/14 14/18 41/15
48/9 48/12 48/13 48/16 94/10
94/25 95/7 95/17 96/9 98/21
102/24 103/17 129/9 182/24
185/22 192/4 203/5
**strategic [1]**  211/13
**stream [1]**  15/14
**street [4]**  2/6 2/14 14/15
14/16
**stress [50]**  9/23 9/25 22/4
24/6 28/3 28/23 30/3 30/13
31/2 37/4 52/9 52/17 52/20
52/22 53/6 53/14 54/2 54/15
54/17 55/2 55/3 55/24 55/25
57/4 57/21 57/22 58/1 58/3
58/8 58/10 58/13 59/7 60/2
60/22 61/12 62/9 63/10 64/19
65/1 65/6 65/12 65/18 66/8
66/10 79/2 80/15 94/2 105/7
105/16 212/5
**stresses [2]**  25/3 69/5
**stressful [2]**  24/9 25/1
**stressors [1]**  23/18
**strict [1]**  150/19
**strictly [1]**  117/10
**strike [1]**  178/12
**string [1]**  36/17
**stripped [1]**  159/22
**striving [1]**  87/8
**strongly [1]**  180/3
**structure [1]**  43/7
**stuck [2]**  91/21 134/7
**student [3]**  97/1 97/4 97/9
**Studies [1]**  17/8
**studying [1]**  82/15
**stuff [7]**  28/11 74/15 80/4
81/2 145/16 145/25 157/15
**stumbled [4]**  147/20 147/20
167/3 167/11
**style [3]**  66/2 197/7 197/8
**subcontractor [9]**  174/25
175/7 176/18 176/20 185/23
186/4 186/16 186/19 186/22
**subcontractors [1]**  183/7
**subject [4]**  90/5 108/1 185/15
208/21
**subjective [3]**  9/24 10/1 54/4
**subjects [1]**  20/12

**subpoena [12]**  118/21 119/7
149/9 149/10 151/10 189/14
191/9 208/7 209/5 209/7
209/14 210/25
**subpoenaed [7]**  118/17 118/17
118/19 119/10 119/11 175/19
204/19
**subsequent [4]**  27/17 105/19
105/20 207/17
**subset [1]**  64/22
**subsidiaries [1]**  151/3
**subsidiary [1]**  33/16
**substance [7]**  18/22 47/17
116/24 148/17 165/9 165/22
189/19
**substantial [2]**  7/8 104/10
**substantially [3]**  198/22
199/7 202/23
**such [11]**  20/23 63/8 74/5
78/23 80/23 81/16 132/23
161/21 197/22 198/21 198/23
**suffer [1]**  64/19
**suffered [3]**  122/3 122/16
166/18
**suffering [6]**  9/3 28/14 65/8
66/7 70/11 132/25
**suffers [2]**  29/14 97/2
**sufficient [1]**  67/24
**sufficiently [1]**  63/9
**suggest [3]**  89/13 180/19
182/2
**suggestion [1]**  175/23
**suitable [1]**  213/18
**suite [4]**  1/18 1/21 2/11
99/18
**sum [2]**  18/22 47/17
**summa [1]**  33/19
**summarize [1]**  37/10
**summer [2]**  198/22 199/6
**summoned [3]**  5/23 114/2 172/9
**superior [1]**  31/15
**supervisor [9]**  36/18 120/8
120/17 120/25 123/9 138/21
139/4 155/19 185/5
**supervisors [8]**  120/4 120/9
121/10 121/11 121/15 139/11
141/14 186/25
**supervisory [1]**  190/15
**supplanting [1]**  210/9
**supply [1]**  63/16
**support [5]**  11/3 57/17 77/8
105/14 105/18
**supports [1]**  11/3
**suppose [2]**  23/4 209/11
**supposed [6]**  14/6 16/10 21/20
38/17 126/1 146/5
**supposedly [1]**  211/7
**suppressed [1]**  56/10
**sure [33]**  4/11 10/7 13/4 13/8
20/20 33/10 37/8 42/21 45/1
46/21 52/25 59/2 59/22 73/25
82/6 82/22 83/4 85/1 86/7
88/10 98/19 108/4 109/13
157/12 164/3 167/10 170/1
184/6 184/6 196/18 203/21
203/23 211/14
**surgery [3]**  8/6 40/1 99/11
**surgical [3]**  8/3 8/4 99/18
**surprise [2]**  208/11 208/21
**surprising [2]**  81/9 81/11
**Susan [1]**  2/3

**S**

suspect [1]  182/5
swear [3]  6/4 114/9 172/15
sweep [1]  129/4
switch [1]  31/3
sworn [10]  4/17 6/12 114/18
131/13 153/12 153/15 164/24
165/6 172/23 196/21
symptom [2]  59/8 63/12
symptoms [14]  9/2 9/23 10/2
54/18 57/23 58/7 59/24 60/3
60/22 61/12 62/8 62/9 80/12
102/20
system [3]  33/17 64/21 110/24

**T**

table [2]  108/25 210/9
taboo [1]  32/14
tailor [1]  20/22
tailored [1]  213/18
take [33]  16/18 20/5 37/9
37/19 49/17 56/19 71/15
92/16 94/24 108/11 112/10
114/7 114/15 116/6 118/23
130/19 133/21 149/23 152/2
164/1 167/3 168/6 171/24
172/3 172/13 178/20 182/7
182/11 188/2 191/1 191/20
192/25 209/21
taken [19]  27/6 43/4 45/7
68/6 71/13 75/20 78/7 78/8
94/15 113/18 129/6 148/18
164/13 164/17 170/13 177/20
181/9 182/12 212/12
takes [2]  17/4 40/23
taking [12]  60/4 83/19 92/3
94/4 103/14 163/22 164/5
165/7 165/11 165/11 165/25
167/19
talk [30]  6/21 20/21 29/12
30/6 30/7 31/2 52/9 55/1
55/13 56/1 85/12 87/10 87/11
99/1 107/13 109/24 110/1
112/4 112/16 112/23 118/7
139/7 141/17 142/4 156/13
193/10 200/1 203/19 203/20
207/25
talked [16]  22/21 42/9 42/13
68/13 69/17 70/8 77/22 78/16
98/21 99/23 120/11 136/1
159/11 162/25 187/14 206/19
talking [20]  19/2 34/5 55/4
63/25 68/7 81/3 85/11 87/24
87/25 88/1 94/12 140/25
154/17 164/10 187/19 191/25
193/3 206/10 213/1 215/15
taste [2]  55/16 55/17
taught [1]  86/11
tax [1]  150/25
taxed [1]  205/14
taxes [1]  14/23
teacher [1]  82/14
team [1]  137/10
technological [1]  47/13
telephone [1]  67/3
tell [64]  7/15 8/16 9/1 9/12
11/14 12/5 13/1 13/6 16/10
16/15 23/2 36/13 53/4 53/5
55/5 58/12 59/25 74/19 75/3
76/25 77/4 79/15 92/7 92/12
95/11 95/21 107/8 108/15

120/7 131/13 132/2 135/13
135/13 138/18 141/13 143/14
144/18 144/18 144/22 144/23
146/25 148/12 148/13 148/16
152/3 157/14 160/3 160/7
160/9 160/11 162/18 167/15
170/24 182/24 184/6 195/7
199/11 211/19 212/20 212/22
telling [9]  9/4 24/15 36/10
50/4 133/24 137/7 144/24
149/6 153/20
tells [7]  13/6 18/23 70/9
73/3 76/14 194/17 209/3
ten [9]  36/21 74/25 76/22
76/22 133/24 171/17 185/21
191/8 193/17
tend [2]  102/11 210/3
Tennessee [1]  8/5
tenor [1]  104/24
tERESA [4]  108/17 113/24
114/18 131/19
term [7]  14/19 89/8 98/15
98/22 125/12 127/11 127/17
terminable [1]  140/4
terminated [14]  110/16 110/18
110/20 111/4 146/23 154/23
158/13 158/16 158/17 158/23
163/7 165/6 165/20 166/20
terms [13]  19/16 33/20 49/10
88/22 119/5 119/10 127/18
129/2 150/18 150/21 151/1
151/8 198/20
Terrence [16]  123/21 124/5
124/7 124/25 125/7 132/20
132/21 132/22 132/24 134/13
134/18 134/19 136/9 154/6
155/21 155/23
Terri [2]  27/13 60/9
terribly [4]  5/25 70/13 80/13
203/11
terrifying [2]  56/9 56/10
test [21]  12/18 13/2 13/3
16/15 16/16 16/20 16/22
16/23 16/24 17/1 17/2 17/6
17/9 17/18 17/20 18/10 19/5
34/20 40/20 81/3 147/22
testified [17]  6/12 50/14
50/24 57/10 60/13 60/19
65/16 67/20 90/1 90/2 93/25
114/18 172/23 187/2 193/21
196/21 202/17
testify [23]  73/7 73/23 73/25
86/20 87/12 91/10 91/24 92/5
97/22 109/15 109/16 109/17
111/24 118/18 119/12 126/12
158/11 175/19 185/18 204/13
206/7 211/17 212/19
testifying [4]  65/10 91/1
149/10 149/12
testimony [50]  6/4 39/8 42/4
45/20 52/2 62/16 65/20 66/1
66/3 73/3 74/7 88/2 88/18
88/23 89/9 96/1 96/2 96/3
103/4 108/23 111/22 114/9
114/15 117/9 117/16 128/21
129/12 130/21 131/3 133/7
133/9 140/3 143/1 153/12
153/14 153/15 164/24 165/6
165/20 171/12 171/13 172/15
185/19 186/14 186/16 186/25
188/16 200/15 201/24 208/10

STEPHENS [1]  12/24
13/8 13/21 18/18 81/12 81/13
81/16
tests [18]  12/12 13/1 16/7
17/17 18/12 18/15 18/15
18/16 18/22 19/7 24/13 24/19
30/19 80/19 80/23 81/5 81/6
81/7
TEXAS [11]  1/1 1/4 1/19 1/22
2/7 2/11 2/15 8/12 8/15
58/15 213/9
than [32]  17/12 19/15 19/15
31/14 32/5 43/4 66/23 68/16
70/17 74/1 79/23 80/25 88/19
89/12 90/2 111/23 143/2
182/16 183/13 188/19 190/5
192/2 193/8 199/4 199/5
199/6 201/9 202/15 202/19
203/1 214/8 214/10
thank [24]  4/18 5/17 5/19 6/8
6/10 66/19 67/20 68/21 81/22
98/5 101/2 107/6 112/6
114/17 133/19 163/13 170/20
171/25 172/22 191/2 194/25
200/19 201/18 215/20
Thanks [1]  22/1
that [1175]
that's [158]  5/4 5/10 5/10
5/14 6/25 7/3 13/16 17/24
20/13 23/17 23/17 24/3 24/5
25/6 26/5 26/13 27/9 29/9
32/6 36/23 38/10 42/1 43/13
44/13 47/18 48/16 48/22 50/1
53/15 57/8 58/6 58/9 59/4
59/14 61/14 69/1 69/20 70/16
70/16 70/21 71/8 73/1 76/8
78/14 82/12 84/15 86/22 87/1
87/8 87/13 89/3 89/3 89/15
89/22 90/12 91/3 91/25 93/11
96/5 97/15 98/22 98/24
100/18 101/18 105/3 106/15
106/17 108/10 110/3 111/1
113/15 115/8 115/25 116/7
118/12 120/1 122/18 123/13
124/24 127/8 127/19 127/22
128/10 129/1 134/6 139/3
139/8 140/2 145/20 146/5
146/6 146/18 149/11 152/1
153/14 153/22 155/6 157/11
161/20 161/24 162/15 164/25
164/25 165/9 165/10 166/13
166/21 167/10 167/21 169/11
169/16 169/22 170/11 171/21
171/22 171/23 174/1 174/24
175/4 175/16 175/18 176/19
182/6 184/23 184/25 186/10
187/25 188/14 191/17 192/6
193/24 194/7 194/12 194/14
195/24 200/3 200/16 200/19
202/2 202/16 203/2 203/9
203/10 207/16 208/15 208/22
209/11 210/2 211/6 213/2
213/3 213/7 213/16 213/18
214/14 214/16 214/21 215/9
theater [4]  132/22 138/10
138/11 154/7
their [48]  8/23 9/3 9/20
10/17 10/18 10/19 10/19
10/20 10/20 15/4 16/25 20/3
20/5 23/23 29/8 31/22 33/4
57/20 57/24 69/5 69/6 69/7
73/3 73/21 108/23 109/25

**their... [22]**  120/22 121/13
134/7 134/13 144/1 169/16
170/5 183/7 188/2 192/10
192/21 194/20 198/4 198/4
200/25 204/20 206/16 206/25
208/16 208/21 208/22 211/15
**them [65]**  8/23 9/2 9/4 9/12
15/3 16/11 16/12 16/13 16/17
17/5 17/11 31/21 36/25 39/22
41/10 41/11 41/19 47/5 51/25
59/16 59/18 59/24 60/3 70/3
70/9 72/20 73/3 74/1 75/15
77/23 81/9 84/23 84/24 89/20
101/13 108/24 109/5 112/8
112/12 113/15 121/19 123/8
125/5 125/6 127/3 130/22
141/2 142/19 152/1 154/16
157/20 168/13 168/15 170/2
181/15 188/4 194/21 194/21
195/3 195/5 196/7 198/7
204/7 205/19 206/11
**thematic [2]**  212/20 213/5
**themselves [7]**  19/22 20/5
29/7 31/20 49/17 129/16
207/20
**then [95]**  8/4 8/5 8/9 8/12
10/22 10/23 11/1 12/23 13/5
14/8 14/12 14/17 14/23 15/3
15/5 16/17 16/18 17/6 17/8
17/24 17/25 18/6 20/16 24/11
28/15 33/21 34/14 35/3 37/22
38/11 41/14 42/25 45/24 46/2
46/5 49/19 50/14 53/4 55/22
60/3 60/18 63/10 64/15 64/24
66/15 73/3 78/5 78/13 78/16
85/14 94/12 95/6 95/15 95/24
96/7 96/15 108/23 110/12
110/22 113/23 120/12 120/19
120/21 120/23 122/13 123/17
125/10 125/14 134/13 135/8
135/20 135/25 137/21 139/8
140/24 145/9 146/18 155/4
155/4 159/24 171/18 178/1
181/25 183/7 183/15 196/12
199/3 199/4 200/21 206/5
211/17 212/25 213/22 213/23
215/8
**theory [1]**  40/20
**therapist [4]**  29/24 35/20
53/18 69/19
**therapists [1]**  70/7
**therapy [2]**  29/24 56/11
**there [144]**  9/19 10/2 10/8
16/24 17/20 18/15 21/1 26/1
30/16 30/19 33/13 34/1 35/5
35/8 36/5 36/17 36/23 37/15
38/10 39/2 41/24 43/9 43/12
44/2 46/7 54/22 57/17 61/24
64/25 68/17 69/13 69/16
71/20 73/21 73/22 74/22
75/19 76/15 76/23 77/11
87/13 88/11 90/17 93/19
96/19 99/3 99/21 101/21
101/21 101/22 105/14 105/18
109/20 115/3 121/13 121/24
121/25 121/25 122/13 123/1
123/4 123/20 123/20 124/13
124/14 124/16 124/17 124/19
125/11 125/17 125/19 127/4
128/7 128/24 129/9 129/17

137/17 137/18 139/23 140/10
141/4 142/18 142/20 144/11
145/16 147/4 147/11 147/13
153/23 155/3 155/3 157/23
157/24 157/25 158/1 158/20
158/21 159/6 160/7 160/14
160/19 161/7 167/9 167/13
167/20 167/20 169/19 170/2
174/6 174/19 178/25 179/6
179/17 181/13 181/16 181/21
182/16 182/18 182/19 184/12
185/2 185/4 185/4 185/6
186/15 186/24 187/3 187/20
190/13 192/7 194/6 197/8
197/23 200/9 202/18 202/22
205/10 209/1 213/11 214/20
**there's [39]**  8/23 15/2 15/24
16/16 31/14 43/10 43/11 47/9
53/25 55/19 59/1 61/7 73/20
76/2 76/5 77/7 78/18 78/18
96/19 109/20 116/22 125/16
129/3 129/11 130/2 148/1
183/24 184/23 185/1 185/11
189/21 194/16 194/21 194/21
203/5 203/24 208/25 213/20
215/18
**thereafter [2]**  38/7 105/10
**therefore [3]**  9/16 89/14
128/18
**therefrom [1]**  212/9
**these [41]**  10/24 11/5 11/11
15/11 17/17 18/10 18/14
18/16 20/20 23/11 28/5 29/1
30/21 30/25 31/6 31/8 33/22
33/22 35/14 40/22 47/4 55/21
65/4 72/18 83/22 87/23 89/19
93/6 101/24 107/13 108/20
110/9 111/24 121/10 129/12
129/23 155/21 157/11 167/7
194/3 205/11
**they [234]**
**they don't [1]**  87/10
**they'd [1]**  125/5
**they'll [8]**  15/17 31/23 33/2
33/3 33/3 89/9 135/23 135/23
**they're [33]**  14/6 16/10 16/14
16/25 20/1 28/13 29/6 29/17
34/17 52/4 56/10 59/18 59/19
59/19 59/20 59/20 65/3 70/9
70/15 74/23 83/24 83/25 84/1
89/10 99/14 136/3 145/23
179/5 193/6 209/4 209/7
211/14 215/4
**they've [4]**  23/2 23/20 93/8
141/11
**thick [1]**  125/1
**thing [23]**  13/16 13/17 13/17
29/4 30/6 41/12 42/25 55/13
90/25 104/21 109/16 125/3
127/14 130/5 131/2 131/7
142/6 146/12 191/20 197/11
199/1 211/14 212/6
**things [35]**  10/8 14/4 14/21
14/23 16/13 17/12 17/13
22/16 24/9 28/25 30/21 31/21
31/23 32/9 32/18 35/22 60/6
68/12 69/13 75/14 79/20 90/6
93/19 94/25 96/12 96/25
99/17 102/18 111/24 145/17
163/18 169/11 185/8 200/22
209/8

**think [211]**  17/21 17/23
24/18 26/20 42/3 42/13 45/4
50/14 55/6 65/16 67/15 68/22
69/3 69/10 69/12 69/24 74/25
78/7 82/3 87/24 88/3 88/11
89/1 89/17 89/24 90/1 91/14
98/21 99/4 101/15 103/18
104/2 110/3 112/7 112/20
113/7 113/10 115/13 117/5
117/10 117/23 118/3 121/3
126/6 126/7 126/12 128/5
129/7 130/7 133/11 137/2
138/11 140/1 141/10 144/6
146/17 150/11 164/25 168/20
169/1 170/17 171/3 171/10
172/20 180/24 182/20 183/9
183/17 183/24 184/21 185/14
185/20 186/10 186/11 187/18
187/21 187/25 188/12 188/18
188/20 190/6 190/12 191/11
191/22 194/6 195/2 195/7
195/10 195/12 199/1 202/7
203/2 205/6 205/14 205/18
207/6 207/19 208/20 210/6
211/24 212/7 213/3 213/7
213/8 214/10 214/20 215/4
215/18
**thinking [2]**  78/2 193/21
**third [5]**  7/11 140/23 140/24
142/21 176/20
**third-country [1]**  176/20
**Thirty [1]**  15/23
**this [289]**
**thoracic [1]**  8/6
**those [74]**  11/10 11/25 12/2
16/7 16/22 17/22 18/14 20/12
22/9 24/3 24/9 24/24 26/16
26/18 27/5 27/6 32/6 32/18
36/19 39/10 39/18 41/17
42/18 42/24 42/21 46/11
47/10 51/21 51/25 52/1 56/6
56/9 56/11 56/20 59/23 59/24
62/8 72/8 79/6 81/6 83/10
84/5 84/22 85/24 86/21 87/10
87/11 87/13 91/11 91/24 92/6
99/17 101/16 101/17 103/8
104/23 112/10 121/11 121/14
121/14 130/22 131/6 148/2
163/22 180/2 184/4 193/1
193/11 195/2 204/22 206/13
206/18 207/17 209/6
**though [10]**  31/18 89/12
116/15 152/23 153/19 156/20
160/8 194/6 195/7 212/10
**thought [23]**  5/4 10/21 12/14
12/19 42/24 67/22 71/3 71/5
71/8 101/22 104/25 190/17
194/4 194/4 206/22 207/25
208/1 209/22 211/21 214/5
214/8 214/12 215/6
**thoughts [1]**  63/17
**thousands [3]**  75/7 75/12
103/5
**thread [1]**  114/5
**threatened [3]**  54/9 124/20
137/21
**threatening [4]**  57/14 124/13
132/8 134/4
**three [35]**  2/10 12/11 12/11
14/5 14/7 16/1 16/21 17/3
17/4 17/25 18/6 18/7 47/9
61/14 64/13 122/5 125/4

**three...** [18]  125/14 125/24
127/8 130/12 137/6 137/16
179/10 179/17 184/19 186/4
186/24 205/9 205/11 205/20
211/12 214/14 214/20 215/11
**threshold** [6]  18/15 53/13
53/25 54/5 54/19 57/23
**through** [45]  7/11 7/14 7/20
10/22 10/23 10/25 22/18 23/1
23/4 24/12 27/5 29/22 30/4
30/19 30/22 30/25 34/12
45/17 53/14 54/1 54/19 57/23
59/24 64/15 69/3 71/11 71/18
75/14 79/24 80/18 82/7 85/6
94/3 96/23 102/6 107/14
116/12 137/10 145/7 149/4
149/7 152/4 162/5 165/13
206/20
**throughout** [7]  15/21 60/13
60/19 61/9 102/22 206/4
206/23
**throw** [1]  213/5
**throwing** [1]  146/15
**thrown** [2]  146/13 146/13
**Thursday** [3]  50/24 205/25
206/6
**thyroid** [1]  23/16
**till** [4]  111/18 188/22 191/23
194/18
**time** [108]  10/13 11/19 12/25
13/9 13/11 15/5 16/3 26/22
26/22 29/3 29/25 30/21 32/25
38/13 39/3 39/19 39/21 39/24
39/25 41/3 41/5 41/14 44/16
44/16 44/17 45/3 46/16 46/16
53/12 56/11 64/5 66/22 67/19
68/5 68/7 68/8 68/9 69/23
71/15 72/13 73/8 74/12 75/2
76/16 94/12 95/2 98/12
102/11 102/17 102/20 102/20
102/21 107/16 109/8 112/2
118/8 119/19 121/21 122/3
122/12 122/16 123/8 123/13
123/20 124/17 128/6 128/17
131/4 136/8 141/10 141/16
142/15 144/9 146/7 148/14
150/12 152/8 155/15 155/16
155/16 157/10 157/13 158/18
168/6 170/25 171/9 171/11
184/10 184/12 186/14 187/22
187/25 188/7 189/12 190/7
203/14 206/7 206/9 206/23
206/24 209/9 209/21 210/10
213/1 214/3 214/18 214/20
215/1
**timeline** [3]  11/17 71/18
157/9
**times** [17]  17/3 17/5 22/17
50/4 90/2 123/16 124/6 125/2
133/25 135/4 139/7 144/21
146/14 158/1 162/25 200/24
204/9
**Title** [1]  185/4
**Title VII** [1]  185/4
**today** [26]  6/23 55/12 100/16
117/16 118/19 147/5 149/10
175/19 184/2 192/4 192/23
193/10 196/11 203/9 203/10
204/12 204/13 205/20 206/2
206/3 206/4 206/7 206/7

**Todd** [2]  1/17 175/17
**toe** [3]  147/23 166/1 167/4
**together** [9]  11/1 32/18 43/16
81/2 103/12 140/13 140/14
140/22 141/15
**told** [54]  24/13 33/12 33/18
35/6 35/7 35/9 48/17 51/10
64/1 75/15 75/15 75/24 77/23
77/25 78/2 78/11 107/17
122/2 122/23 122/25 123/4
123/5 123/21 124/5 133/5
133/20 135/7 135/18 136/1
136/8 138/20 140/11 140/11
142/10 143/11 143/12 155/7
157/4 158/14 158/25 160/12
160/18 161/16 167/17 180/17
196/7 204/12 205/19 206/6
208/4 208/5 209/18 210/22
215/6
**Tom** [1]  143/21
**tomorrow** [11]  189/13 191/9
191/23 191/24 192/5 195/13
203/25 204/13 204/20 206/8
208/9
**Tompkins** [17]  121/13 138/6
138/7 138/13 138/19 139/18
139/20 139/24 139/25 139/25
140/1 140/6 140/16 142/19
157/4 157/5 157/18
**too** [15]  27/9 71/8 84/8
108/19 110/4 112/8 115/21
121/25 127/9 141/25 163/11
167/10 203/5 206/5 214/20
**took** [18]  43/16 44/4 49/24
51/2 75/16 93/17 93/23 94/10
94/21 94/22 96/3 129/5 142/7
147/1 147/21 155/13 167/2
181/19
**top** [10]  15/23 33/12 50/3
51/13 92/4 120/5 142/6
144/22 145/3 159/14
**topic** [3]  11/21 44/14 58/11
**torment** [1]  63/14
**Toronto** [1]  8/7
**totally** [4]  52/5 53/23 54/4
128/19
**touch** [3]  36/25 55/16 55/17
**toward** [1]  129/16
**towards** [1]  179/25
**towers** [1]  138/23
**town** [2]  111/14 211/1
**toxicology** [2]  104/18 104/20
**traduced** [1]  207/21
**tragedy** [1]  182/17
**Trails** [5]  15/25 15/25 15/25
16/4 16/4
**Trails B** [1]  16/4
**training** [3]  162/5 163/19
163/20
**transcript** [4]  1/11 1/25
90/24 216/2
**transcription** [1]  1/25
**transferred** [1]  38/19
**transmitted** [16]  25/24 26/2
26/8 26/10 26/15 26/24 36/11
39/14 40/5 40/9 95/10 95/21
102/4 105/24 108/1 108/7
**transpired** [1]  37/3
**trauma** [1]  53/16
**traumatic** [52]  9/23 9/25 22/4
28/3 28/23 31/2 32/8 37/4

53/6
53/12 53/14 53/20 54/1 54/6
54/15 54/17 55/1 55/3 55/24
55/25 57/4 57/11 57/21 57/22
58/1 58/3 58/8 58/10 58/13
58/15 59/6 60/2 60/22 61/12
62/9 63/9 64/19 65/1 65/6
65/12 65/18 66/8 79/2 80/15
94/2 105/7 105/15 212/5
**traumatized** [1]  57/20
**travel** [3]  16/12 197/24
209/20
**traveling** [3]  156/14 197/22
198/1
**travels** [1]  170/21
**treated** [5]  93/3 153/13
153/19 153/19 153/23
**treaters** [14]  25/23 26/15
26/18 27/4 27/6 27/22 97/2
101/10 101/12 101/25 102/7
102/22 103/2 103/3
**treaters'** [1]  25/8
**treating** [32]  8/17 8/20 8/22
8/22 9/3 11/22 21/19 21/19
28/5 28/9 28/12 50/21 63/20
70/7 70/16 71/3 71/5 71/6
73/2 73/6 73/14 73/20 73/23
74/3 80/9 80/11 91/2 204/15
204/16 208/10 209/23 211/25
**treatment** [11]  9/3 23/15
25/21 28/10 32/24 39/23
39/24 80/16 168/3 177/21
178/1
**trees** [2]  15/11 15/12
**trial** [19]  1/11 8/19 49/23
50/15 169/3 190/6 195/25
196/4 201/12 203/13 204/10
205/9 205/15 206/20 206/21
206/23 207/1 208/2 209/9
**triangle** [1]  16/21
**tricky** [1]  213/13
**tried** [7]  58/18 134/5 139/3
139/7 155/14 157/1 159/22
**trip** [1]  62/13
**troopers** [1]  44/23
**trouble** [6]  13/16 29/17 32/21
55/9 78/20 145/18
**troublemaker** [1]  136/3
**true** [13]  27/25 31/24 55/2
55/25 82/5 83/25 84/1 86/13
86/25 96/5 96/21 169/18
206/19
**trust** [3]  35/14 168/15 168/19
**truth** [16]  6/6 6/6 6/6 9/4
9/13 78/14 90/8 105/8 114/11
114/11 114/11 131/13 172/17
172/17 172/17 206/17
**try** [22]  6/1 11/1 15/18 16/22
17/7 20/22 23/22 55/10 55/12
60/5 61/6 86/23 108/12 115/4
123/25 172/19 184/24 191/23
202/11 203/13 203/14 210/25
**trying** [13]  16/8 16/25 33/22
64/3 92/24 100/5 104/5 129/3
137/7 148/3 157/4 157/25
159/16
**Tuesday** [3]  209/14 210/20
210/23
**turn** [2]  67/8 95/24
**turned** [6]  51/13 91/14 134/9
134/12 137/21 137/25
**TV** [1]  99/24

**T**

**two [45]** 8/2 16/1 17/4 17/24
18/9 24/24 31/6 31/8 32/8
36/8 39/10 39/14 39/18 40/4
41/11 42/18 43/19 47/5 47/10
49/24 50/25 51/2 51/8 60/8
62/21 78/13 79/13 93/17
93/23 94/22 94/24 94/25
95/10 96/3 101/6 103/14
105/9 135/17 136/11 138/20
140/24 142/10 163/19 201/20
205/12
**type [32]** 14/23 17/13 24/9
28/25 29/4 29/4 29/23 29/25
30/4 30/12 31/11 35/22 36/4
43/7 49/2 49/13 49/19 55/21
58/2 59/23 69/4 69/20 69/21
79/25 81/14 96/25 197/9
197/12 197/25 198/20 198/24
199/6
**types [3]** 62/8 196/24 197/2
**typically [2]** 59/5 59/15
**typically a [1]** 59/5

**U**

**U.S [1]** 2/14
**Uh [3]** 50/13 94/9 168/5
**Uh-huh [2]** 50/13 168/5
**Uh-oh [1]** 94/9
**ultimate [2]** 76/11 90/11
**ultimately [2]** 146/23 148/24
**unable [1]** 17/6
**unauthorized [2]** 163/15
163/23
**uncertainty [1]** 74/2
**uncle [1]** 142/4
**unclothed [1]** 50/8
**uncomfortable [2]** 138/1
179/21
**uncommon [1]** 89/7
**uncommonly [1]** 30/5
**unconscious [12]** 40/8 40/8
40/10 40/13 40/21 53/11
54/14 56/24 94/8 94/14 95/1
96/4
**undefined [1]** 89/8
**under [17]** 30/13 42/17 48/20
51/24 56/18 99/2 99/4 99/9
105/22 129/4 149/10 170/11
185/2 189/13 191/1 191/8
196/19
**undergoing [1]** 59/10
**undergraduate [2]** 33/15 65/4
**underneath [1]** 140/11
**underscore [1]** 188/8
**underscored [1]** 50/15
**understand [43]** 10/18 12/20
14/21 15/6 16/9 19/2 20/22
21/18 26/12 38/4 38/25 43/10
57/14 57/15 59/21 60/2 74/16
75/1 79/25 83/2 86/4 86/16
88/3 92/2 92/24 93/1 93/5
98/18 104/4 104/7 104/22
116/17 116/18 128/22 128/22
130/11 181/9 190/21 191/21
200/1 207/2 207/15 207/18
**understanding [14]** 7/13 11/2
14/21 43/16 43/24 44/2 94/21
98/11 100/4 100/4 126/11
152/6 200/3 206/3
**understands [2]** 88/23 91/4

**unfortunate [1]** 203/14
213/19
**unfortunately [1]** 168/2
**UNITED [7]** 1/1 1/12 60/8 73/5
145/4 178/3 178/17
**universe [1]** 63/6
**University [8]** 8/3 8/5 8/12
33/16 33/17 33/20 64/21
64/21
**unknown [1]** 129/10
**unless [10]** 28/10 84/21 119/6
126/11 153/19 154/16 170/2
185/7 194/19 198/5
**unlike [2]** 103/2 103/3
**unofficial [1]** 43/22
**unprofessional [1]** 21/23
**unprotected [2]** 40/6 51/15
**unquestionably [1]** 186/22
**unrelated [1]** 149/14
**until [30]** 8/13 14/8 14/11
32/7 33/4 39/19 50/2 51/6
56/23 64/5 76/16 85/5 93/18
93/24 97/20 103/11 110/17
120/2 141/5 160/5 160/15
162/24 171/5 204/12 205/20
206/8 206/11 206/14 208/4
210/20
**unusual [1]** 68/24
**up [108]** 4/6 5/25 7/17 8/14
19/18 21/14 22/19 23/1 24/9
32/1 33/13 34/23 37/11 39/2
39/10 39/19 41/12 42/2 42/9
42/20 42/25 45/17 47/1 47/18
49/17 49/23 50/2 51/11 52/14
54/22 56/4 56/4 56/18 56/23
57/7 57/19 58/7 60/5 60/24
61/4 64/5 67/21 71/15 73/2
78/21 90/4 94/8 95/7 95/17
98/4 99/11 99/12 99/17
102/23 103/19 106/9 106/9
106/12 106/18 107/8 107/16
107/17 114/5 114/15 120/18
120/23 123/24 123/25 125/12
126/10 133/24 138/3 138/25
144/16 144/18 145/15 147/19
148/6 148/8 148/19 150/14
155/13 157/2 164/13 166/11
167/14 167/18 168/14 172/11
179/10 179/12 180/6 186/3
189/10 190/18 191/20 192/25
195/15 204/12 206/1 208/4
209/20 209/21 212/17 214/17
214/19 215/5 215/14
**up for [1]** 215/5
**upcoming [1]** 30/3
**upon [9]** 12/22 12/23 19/6
23/14 38/2 39/7 40/25 75/10
105/7
**upper [4]** 24/5 24/5 31/22
33/23
**upset [2]** 137/19 191/11
**upsetting [1]** 144/22
**urge [4]** 4/20 111/21 180/3
185/10
**us [29]** 7/15 8/16 24/13
24/15 25/2 28/18 33/6 48/25
51/10 51/19 53/4 53/5 71/16
82/4 112/4 114/16 120/7
141/13 146/25 149/6 162/17
182/23 191/3 195/2 209/3
209/11 209/12 212/8 214/6
**use [13]** 33/20 53/9 53/25
55/7 55/10 65/7 76/16 104/18

**used [7]** 15/21 35/25 98/22
137/20 140/9 197/7 213/12
**useful [2]** 72/8 72/9
**using [6]** 96/1 96/2 96/3
96/15 96/17 104/22
**USMI [1]** 38/22
**usual [1]** 17/13
**usually [5]** 17/4 29/20 31/25
59/8 65/13
**uttered [1]** 113/11

**V**

**vacation [1]** 38/16
**vaginally [1]** 51/16
**Valdeta [1]** 164/8
**valid [2]** 18/11 40/12
**Valium [15]** 110/21 111/6
148/18 148/18 148/20 164/20
164/21 164/23 164/24 165/2
165/4 165/7 165/11 165/22
170/13
**value [1]** 129/22
**vans [1]** 145/16
**variety [1]** 212/5
**various [12]** 7/23 11/22 24/16
25/8 26/14 26/18 27/4 27/17
36/2 51/22 66/4 102/7
**venereal [1]** 36/14
**verbal [2]** 66/1 150/22
**verdict [4]** 130/10 189/3
190/10 215/18
**Versed [4]** 56/17 56/19 99/5
99/10
**version [3]** 53/7 53/8 53/11
**versus [1]** 44/6
**very [62]** 13/17 13/25 14/11
14/19 15/19 19/18 19/19
19/25 20/13 22/16 23/12
24/14 31/11 32/8 35/10 39/22
66/1 66/1 66/2 68/12 69/10
72/9 73/12 104/20 107/22
107/22 119/13 123/23 124/19
124/24 126/11 128/20 128/21
136/17 137/8 138/1 138/25
139/5 142/12 142/16 144/13
144/25 145/20 149/17 150/15
161/6 170/20 179/18 179/21
181/5 182/14 185/20 186/11
186/11 187/8 193/6 193/6
203/14 203/22 206/10 211/20
215/20
**vest [9]** 197/7 197/7 197/13
197/14 197/19 198/6 198/19
198/20 198/21
**vested [1]** 9/15
**veteran [1]** 58/16
**Vicodin [2]** 164/18 164/19
**victim [1]** 109/2
**victims [2]** 89/17 109/3
**Victor [3]** 5/22 6/12 6/16
**Victory [4]** 109/14 111/9
122/10 122/13
**video [3]** 125/18 160/10
160/13
**videos [1]** 65/24
**Vietnam [1]** 58/16
**view [4]** 30/24 40/19 106/3
214/21
**views [4]** 72/11 82/5 82/13
89/5

**VII [1]**   185/4
**VIII [1]**   67/11
**violated [2]**   88/11 112/16
**violates [1]**   116/21
**violating [3]**   76/10 112/24
163/8
**violation [4]**   109/18 110/18
111/7 125/25
**violations [1]**   117/18
**violent [1]**   78/12
**virtually [6]**   67/24 101/20
101/25 102/25 103/10 129/25
**virtue [1]**   201/11
**virus [5]**   36/14 39/15 39/16
69/13 69/16
**visit [10]**   58/11 60/13 60/14
60/20 61/9 67/17 87/25
157/25 196/24 207/23
**visited [4]**   43/2 43/4 157/24
177/23
**visiting [1]**   186/4
**visual [2]**   15/1 15/6
**voce [2]**   188/10 211/10
**voice [1]**   198/13
**voir [9]**   108/23 111/13 114/19
171/24 172/24 180/10 181/6
208/19 214/13
**voluminous [2]**   68/1 68/2
**voluntarily [3]**   175/20 175/21
175/22
**Vorpahl [10]**   2/3 110/5 111/3
114/21 126/6 130/4 149/20
163/12 172/20 173/1
**vote [1]**   190/6
**vulnerable [1]**   73/12

**W**

**wage [1]**   117/17
**wait [4]**   94/18 144/6 188/22
191/23
**waive [1]**   194/20
**waiver [1]**   130/9
**wake [2]**   57/18 99/17
**wakes [1]**   39/10
**waking [3]**   41/12 51/11 99/11
**walk [5]**   69/18 69/20 71/11
71/18 147/19
**walked [6]**   43/6 134/5 134/12
134/12 156/7 179/16
**walking [4]**   14/15 132/8 134/3
134/6
**want [70]**   4/12 6/22 10/12
10/15 10/18 10/19 12/24
16/18 30/6 30/6 37/9 40/11
47/4 53/7 64/4 66/16 67/5
74/21 75/14 79/18 79/24 84/8
84/9 84/9 84/10 84/12 84/14
84/15 84/17 92/9 92/16 93/20
104/14 108/23 111/12 115/1
121/7 124/14 124/22 125/4
129/7 133/15 134/23 135/6
136/3 138/3 139/10 139/17
144/13 145/15 159/17 161/16
168/1 168/23 180/5 180/7
181/3 182/7 184/11 188/23
189/5 189/16 193/12 194/20
194/23 196/2 196/24 204/10
207/25 209/21
**wanted [15]**   4/7 43/8 83/4
100/18 107/8 107/17 123/14

**wants [8]**   32/16 58/6 73/24
74/22 75/3 80/11 89/20 147/9
**warned [1]**   108/5
**warning [1]**   186/24
**warts [4]**   36/14 39/14 39/15
40/1
**was [591]**
**wasn't [31]**   34/10 34/19 35/15
36/23 39/23 69/17 74/9 95/25
100/4 112/23 116/15 120/16
122/22 124/19 133/22 137/22
138/4 144/25 146/15 146/19
152/5 157/2 159/14 177/17
179/17 185/22 206/18 208/18
208/18 210/19 210/22
**watch [2]**   134/1 193/12
**watched [2]**   121/4 121/5
**water [2]**   15/19 56/15
**wave [1]**   106/22
**waved [1]**   100/20
**waving [4]**   106/9 106/10
106/25 107/2
**way [28]**   4/25 16/8 17/24
18/14 20/16 20/23 23/25 29/3
31/16 42/16 59/14 68/11
78/19 81/14 111/14 111/19
114/5 118/6 129/16 141/16
143/6 148/1 167/22 170/25
172/11 183/5 187/4 188/6
**Wayne [1]**   136/13
**ways [1]**   77/19
**we [226]**
**we'll [27]**   24/22 36/25 56/1
58/14 66/15 108/11 111/11
111/13 112/4 112/4 112/10
114/15 155/3 155/3 170/25
171/24 183/25 189/10 193/9
195/3 196/1 196/4 199/17
203/14 203/15 213/19 214/23
**we're [42]**   5/19 6/21 13/14
22/18 23/5 31/2 37/1 37/5
37/7 42/21 52/9 55/4 55/13
66/14 68/7 85/11 85/12 87/24
104/5 111/16 114/6 118/5
119/18 126/10 127/22 145/9
145/12 159/12 170/24 171/3
171/17 183/21 195/11 196/13
205/10 205/13 205/13 205/14
209/12 209/16 214/2 215/15
**we've [19]**   8/18 22/21 23/6
55/9 85/2 115/4 134/22 138/7
140/3 162/25 172/11 184/19
195/1 195/2 195/16 200/13
200/14 205/7 206/19
**wear [2]**   198/4 201/17
**wearing [5]**   98/23 197/23
198/6 202/1 203/7
**Wednesday [1]**   209/14
**week [14]**   18/3 18/7 18/8
162/5 163/20 195/8 195/9
195/12 196/4 205/10 206/1
209/15 209/20 210/7
**week-long [1]**   162/5
**weekend [2]**   5/18 108/19
**weeks [10]**   137/6 137/14
137/16 163/19 163/20 184/19
205/9 205/20 211/12 215/11
**weight [4]**   197/12 198/23
202/23 202/25
**weird [1]**   179/20

**well [160]**   12/20 13/25 14/1
14/11 14/19 14/24 15/8 15/17
15/19 16/7 16/11 19/12 19/18
20/14 20/16 20/20 20/22
24/14 24/18 25/1 26/5 26/22
35/13 35/16 36/25 39/12 40/7
41/24 42/6 42/9 42/11 42/19
43/4 45/21 48/15 48/18 49/24
53/10 53/16 57/15 63/14
64/20 66/1 66/1 68/15 69/1
69/3 71/1 71/5 72/11 79/2
80/15 82/4 83/15 84/16 84/24
85/10 86/4 87/10 87/17 88/20
89/24 90/23 92/3 93/19 94/4
94/6 94/7 95/1 96/2 96/13
97/8 98/14 103/12 103/20
104/15 105/23 109/19 109/24
110/6 110/22 111/1 111/4
112/2 113/14 117/12 117/25
118/5 119/13 121/24 122/7
124/24 126/14 126/20 129/14
129/23 130/25 134/22 135/2
135/8 138/8 138/18 140/23
142/12 142/16 143/10 143/17
145/4 145/9 145/21 148/13
149/17 150/2 152/3 154/6
154/25 156/8 156/10 157/2
158/4 159/10 160/15 160/20
161/9 161/16 163/23 165/15
165/16 167/1 168/21 170/3
181/18 183/1 184/2 184/20
185/14 186/1 186/8 186/12
186/23 187/6 190/12 193/2
193/7 193/9 194/9 195/3
199/16 203/11 204/8 204/25
205/5 205/16 209/13 210/5
211/24 212/25 213/11 214/23
215/11
**wellbeing [1]**   177/24
**went [38]**   7/25 8/8 36/19
41/13 58/18 60/9 64/24 68/7
68/24 69/3 78/9 79/20 80/18
90/7 90/19 109/6 113/4
120/16 136/11 137/21 138/5
138/16 139/2 146/3 146/3
147/11 149/4 158/21 160/14
160/18 162/5 164/7 164/10
165/13 166/11 170/6 179/22
181/11
**were [157]**   10/13 11/10 17/17
17/20 17/22 18/15 19/19 21/1
26/14 27/4 29/18 30/25 33/13
34/1 34/8 35/5 37/10 39/21
39/22 41/15 43/15 44/11 46/7
54/7 63/25 65/24 69/12 69/13
70/7 72/8 72/9 75/19 79/4
79/19 80/13 82/14 90/6 90/14
90/16 90/17 91/21 102/6
102/23 105/23 107/13 109/4
109/5 113/11 116/12 118/13
119/22 119/24 120/20 120/25
121/4 121/10 121/11 122/5
122/6 122/10 122/14 122/14
122/23 124/17 124/18 124/19
125/11 125/12 128/25 129/9
132/6 132/25 136/6 136/13
136/19 137/5 137/22 138/18
140/13 140/14 140/25 142/12
142/13 142/19 142/21 143/17
143/24 146/9 146/23 147/12

**were... [67]**  147/13 147/14
147/14 147/17 149/7 152/7
152/10 153/13 153/20 153/23
153/24 154/9 154/21 154/23
155/4 157/22 160/13 162/8
162/19 163/3 165/6 166/4
166/14 166/16 166/19 168/9
168/11 168/14 174/22 176/11
176/14 176/17 177/14 177/20
177/24 177/25 178/1 178/3
180/23 181/25 182/1 186/2
186/24 187/23 194/4 194/5
197/8 197/14 197/16 197/20
197/21 197/22 198/3 198/5
205/11 205/11 205/25 206/6
206/9 206/23 206/24 208/24
209/2 209/3 210/12 210/23
212/15

**weren't [6]**  4/22 4/22 119/20
156/24 182/1 200/9

**West [2]**  69/13 69/16

**wESTCOTT [16]**  108/17 113/24
114/3 114/18 114/21 119/2
123/23 131/19 131/25 141/9
149/20 150/19 150/20 151/5
151/13 168/1

**what [259]**

**what's [16]**  4/6 28/14 28/20
33/5 115/17 126/10 126/11
147/15 148/15 149/9 152/21
156/13 171/13 174/12 194/2
210/1

**whatever [11]**  83/22 103/12
106/7 125/4 125/14 140/10
191/20 196/1 199/11 211/13
214/19

**whatnot [1]**  4/9

**whatsoever [3]**  41/21 129/3
129/21

**when [109]**  8/14 8/25 13/18
19/23 30/19 31/23 32/8 32/11
32/18 33/1 33/10 33/13 35/13
36/18 38/10 39/10 41/9 41/22
42/9 42/11 43/15 46/5 50/15
56/2 58/25 59/1 59/23 62/13
63/4 64/7 69/11 69/19 70/10
78/16 80/3 82/14 83/13 94/12
96/15 100/20 104/18 107/7
107/11 109/22 113/14 119/17
120/10 120/12 120/19 120/20
121/5 121/20 125/23 127/5
131/4 131/21 132/3 134/4
134/6 134/17 137/15 138/14
138/18 139/3 139/8 142/22
143/9 144/20 145/18 146/6
146/18 148/8 155/7 155/7
155/23 156/3 156/7 158/22
159/22 160/11 160/19 161/12
161/22 164/10 165/13 166/3
167/1 167/2 167/2 168/3
170/6 179/22 184/23 188/12
188/15 197/22 198/1 200/5
200/9 201/5 201/9 201/15
203/12 205/25 206/12 206/24
208/5 212/16 213/12

**whenever [1]**  192/25

**where [42]**  13/13 13/17 23/23
24/4 27/18 29/21 31/4 32/1
32/16 37/10 39/3 40/19 43/13
46/7 56/17 58/16 59/19 59/20

75/16 85/19 87/15 88/10
118/23 123/10 131/25 137/15
159/1 161/8 169/22 173/10
173/13 177/4 184/7 186/2
202/14 212/20 212/22

**whether [46]**  8/24 9/17 11/2
20/1 20/1 20/2 20/2 20/3
21/14 22/6 28/1 28/3 28/9
36/7 38/23 39/4 39/4 46/15
64/4 74/3 79/20 80/22 90/11
90/16 98/17 98/17 104/6
115/8 117/5 117/6 127/25
128/15 128/23 129/15 182/16
185/11 186/3 197/10 200/4
201/8 205/3 208/3 208/14
208/16 212/4 213/6

**which [66]**  10/16 11/6 13/17
13/21 16/24 18/8 20/20 23/24
24/22 25/19 25/21 26/1 26/11
27/19 30/13 30/21 33/14
33/16 36/19 42/17 43/7 45/25
48/1 50/8 51/24 53/24 54/6
57/11 62/22 64/9 64/22 65/16
65/24 70/3 73/5 79/1 82/23
86/20 87/12 90/8 91/10 91/23
92/5 96/2 110/24 111/8
117/10 117/15 117/15 126/1
128/2 134/20 138/25 152/11
169/25 175/5 179/7 182/17
185/3 185/8 193/21 200/17
200/21 202/17 206/10 208/7

**while [8]**  43/25 87/7 110/13
132/6 146/18 158/1 178/23
215/15

**who [88]**  10/9 13/14 13/18
14/15 16/22 16/24 27/4 32/15
33/4 33/23 38/16 42/22 48/23
48/24 49/1 51/13 58/6 59/9
59/13 64/18 65/1 65/2 65/6
66/7 68/16 70/8 70/20 72/24
75/19 83/10 83/19 84/4 85/24
88/14 88/19 89/16 93/3 93/9
93/20 96/14 96/15 97/1 98/8
99/16 99/17 106/9 106/9
106/16 108/6 108/15 109/3
109/7 109/10 113/16 118/21
121/11 121/16 122/25 126/20
132/11 132/18 132/21 138/5
138/7 141/5 143/12 143/15
143/16 154/7 160/1 161/3
161/4 166/22 167/17 172/20
175/6 176/4 177/18 181/14
181/16 183/6 184/8 191/25
195/2 206/11 208/14 211/2
211/7

**who's [7]**  24/7 59/3 59/4
89/13 96/23 192/9 192/12

**whoa [3]**  92/20 92/20 92/20

**whoever [1]**  46/18

**whole [10]**  6/6 85/14 114/11
121/21 124/17 164/2 169/22
172/17 186/13 215/9

**whom [5]**  42/3 70/1 112/10
185/23 205/16

**whose [1]**  50/22

**why [43]**  12/15 12/16 13/5
14/22 19/1 23/4 23/5 23/6
23/17 26/4 26/6 29/13 30/10
31/7 37/19 42/8 53/5 72/10
74/19 74/21 77/18 79/15
99/25 102/15 110/22 111/23

134/20
141/23 155/15 167/7 167/14
167/16 168/15 169/23 170/1
182/2 204/3 205/18 208/22
211/22

**wicked [1]**  86/8

**wife [7]**  100/17 100/18 100/23
106/10 106/17 106/25 107/3

**will [50]**  5/24 6/2 6/5 15/7
15/7 23/1 47/7 49/19 53/4
58/2 69/5 77/9 81/6 81/12
81/14 89/8 104/8 109/17
109/24 114/7 114/10 116/6
119/5 123/3 128/10 130/8
130/12 131/1 142/18 150/20
151/8 171/9 172/13 172/16
178/7 181/13 185/6 185/21
191/7 191/9 192/5 192/24
193/1 193/17 195/8 195/9
203/12 206/13 211/11 213/4

**William [3]**  139/25 140/1
201/24

**Willie [3]**  139/25 140/6
140/16

**windows [1]**  146/11

**wish [6]**  65/9 123/11 187/9
189/20 190/2 215/14

**withdraw [1]**  65/13

**within [16]**  11/17 18/10 60/7
86/20 87/12 91/10 91/23 92/5
94/7 95/24 126/23 133/13
138/20 138/22 207/10 207/10

**without [4]**  130/9 149/6
194/19 211/16

**witness [73]**  4/17 5/20 5/23
6/10 11/8 11/18 44/15 44/18
44/19 46/15 46/23 48/7 66/13
72/24 76/6 81/19 85/6 89/7
89/19 101/1 103/4 103/9
103/9 106/2 107/20 108/10
108/15 113/21 114/2 116/23
125/9 126/6 128/11 129/20
130/22 131/3 137/1 149/16
167/23 170/15 171/4 171/4
171/7 171/16 172/7 172/9
182/9 183/18 183/20 184/18
185/17 189/13 191/7 191/8
192/9 196/9 196/11 196/12
196/15 196/17 198/8 199/17
199/19 201/19 202/8 204/1
204/6 204/20 206/16 207/14
208/4 208/18 212/16

**witness' [1]**  184/13

**witnessed [5]**  54/7 121/16
124/11 124/12 132/9

**witnesses [17]**  3/3 11/8 39/9
46/7 108/19 108/21 111/24
112/8 131/13 193/14 204/25
205/7 205/11 205/24 206/5
209/21 210/10

**witnesses' [1]**  129/13

**wizardry [1]**  47/14

**woke [11]**  37/11 42/2 42/9
42/20 42/25 49/23 50/2 56/18
99/12 120/18 179/12

**woman [10]**  20/2 35/10 38/5
96/15 96/23 100/16 127/1
174/9 181/4 182/15

**women [30]**  32/22 42/18 109/10
110/9 110/11 120/20 123/1
124/18 127/19 128/25 129/16
135/17 140/22 140/23 140/24

**W**

women... **[15]**  141/21 141/23
142/21 142/23 143/10 143/11
143/13 143/18 143/22 143/23
158/25 171/14 179/25 183/11
183/11
won't **[8]**  5/8 5/9 80/18 131/7
135/9 159/12 185/4 196/6
wonder **[1]**  214/7
wonderful **[4]**  83/9 84/4 85/23
86/6
wondering **[2]**  116/25 143/18
Wood **[1]**  16/13
word **[8]**  35/21 52/23 73/11
80/8 91/8 91/9 123/25 128/7
words **[15]**  28/12 28/22 32/20
40/2 65/7 83/23 83/24 87/19
89/19 113/10 119/3 119/3
151/6 151/6 171/7
wore **[6]**  199/3 199/4 200/4
200/6 201/8 201/15
work **[19]**  27/15 82/21 122/12
131/21 131/25 136/19 138/5
141/24 144/24 146/19 147/5
147/6 157/23 164/7 164/10
173/10 173/13 179/22 185/14
worked **[17]**  83/1 109/7 121/5
131/19 132/1 132/16 135/16
135/21 137/15 138/16 141/15
158/3 158/6 161/5 173/8
175/2 181/24
worker **[2]**  35/9 78/11
worker's **[1]**  178/13
workers **[1]**  12/1
working **[18]**  36/18 46/18
107/7 119/14 121/22 125/19
136/14 137/19 138/13 138/18
152/18 164/12 166/3 171/5
173/5 179/3 181/21 203/13
works **[1]**  14/15
world **[1]**  47/13
worn **[2]**  199/6 200/23
worried **[1]**  58/24
worry **[1]**  42/23
worse **[1]**  190/16
worth **[1]**  213/4
worthwhile **[4]**  83/11 84/5
84/18 85/25
would **[178]**  4/20 6/15 6/19
7/21 9/3 11/7 12/23 12/24
14/1 18/16 20/25 23/25 24/16
24/17 26/16 26/25 27/5 27/25
27/25 28/7 28/8 28/9 28/18
29/11 30/4 31/3 36/10 36/17
38/20 38/21 44/1 45/5 45/14
47/6 47/7 47/10 47/22 48/5
67/8 68/13 68/22 69/2 69/14
72/22 73/10 73/14 73/15
74/19 74/20 75/4 77/20 78/20
79/1 79/6 79/9 79/15 86/4
86/15 92/7 92/12 93/12 93/14
95/22 101/16 101/22 101/24
102/8 102/9 106/4 106/12
106/18 106/20 106/22 107/4
108/6 108/19 111/20 111/23
114/13 118/3 121/6 122/22
122/24 125/3 125/14 126/15
126/16 126/21 127/1 131/9
134/1 134/2 134/19 135/11
135/12 137/12 138/13 138/17
139/9 139/15 139/22 141/13

144/9 144/12 144/21 152/14
152/16 154/25 156/25 157/19
160/19 162/18 163/1 164/2
168/15 169/24 170/1 171/10
171/12 172/4 172/8 172/20
180/19 182/2 183/2 183/15
184/22 187/12 187/13 188/8
188/13 188/19 189/9 189/24
190/6 190/18 191/7 191/23
192/8 193/11 195/15 197/4
197/6 197/10 197/11 197/12
198/24 199/2 200/25 202/5
202/8 202/14 202/16 202/18
204/1 204/6 204/13 205/23
206/6 206/8 206/15 206/22
207/7 207/19 208/3 208/5
208/5 208/7 208/12 211/7
211/21 212/8 214/19 215/1
wouldn't **[11]**  86/4 86/17
100/6 131/6 133/23 139/8
148/16 153/10 157/5 208/22
215/10
wrangling **[1]**  211/12
wrapping **[1]**  205/25
write **[6]**  16/19 24/8 44/1
83/12 84/4 84/7
writing **[6]**  29/13 49/1 74/23
107/9 154/17 189/25
writings **[1]**  88/18
written **[4]**  85/8 125/12
150/22 154/12
wrong **[7]**  28/14 30/20 60/25
71/9 93/8 110/8 155/10
wrote **[12]**  48/23 48/24 49/1
72/19 83/9 83/15 83/22 85/25
86/7 86/12 89/20 92/4

**X**

x-ray **[1]**  9/24

**Y**

yanked **[1]**  170/8
yeah **[19]**  5/4 11/10 46/20
57/8 62/11 86/1 88/25 96/19
99/12 100/18 107/11 142/8
145/23 156/21 160/15 160/19
190/21 209/1 214/7
year **[5]**  8/11 64/9 103/11
103/11 184/17
years **[10]**  7/24 8/2 25/5
35/14 36/20 36/21 93/7 93/8
157/11 185/8
yelling **[1]**  34/18
yes **[220]**
yet **[8]**  8/18 24/21 113/21
162/16 177/9 179/6 205/20
212/22
you **[1061]**
you'll **[10]**  15/18 15/19 30/11
54/17 126/7 128/8 139/5
150/7 196/13 211/3
you're **[74]**  4/21 6/2 6/5
12/25 15/15 15/18 18/18 24/1
24/15 26/20 29/17 29/22
31/14 33/21 37/6 38/23 39/2
44/15 54/13 55/10 57/15
58/21 58/23 58/23 58/24 61/8
73/6 73/12 80/12 82/10 84/19
88/3 89/2 93/9 93/19 93/19
96/8 97/18 100/7 108/14
114/10 119/9 121/8 121/16

145/18 145/19 145/23 149/10
149/12 153/17 154/12 156/9
161/7 164/1 167/10 169/6
170/20 172/2 172/16 183/16
186/23 189/4 190/21 191/12
194/12 196/19 200/1 203/12
207/2 212/22
you've **[22]**  16/5 18/1 26/10
33/7 35/14 36/7 77/22 77/23
80/13 85/6 94/15 95/6 99/18
141/18 158/3 159/11 162/17
166/18 175/22 175/25 176/2
198/11
you-all **[5]**  213/1 214/3
214/17 215/14 215/20
young **[4]**  38/5 74/11 181/3
182/15
younger **[2]**  135/20 141/19
your **[324]**
yours **[2]**  97/1 153/4
yourself **[5]**  31/15 44/22
87/12 131/17 161/14
yourselves **[1]**  204/23

**Z**

zero **[1]**  23/25
Zone **[3]**  171/6 173/19 175/2